1  **LINDA B. OLIVER (SBN 166720)**
loliver@maynardcooper.com
2  MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
3  San Francisco, CA 94111
Telephone: (415) 646-4700
4  Facsimile:  (205) 254-1999

5  Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
6  INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA BERTACCHI-FREEMAN, | Case No. 2:15-cv-02596-GEB-AC |
| Plaintiff, | |
| v. | **DEFENDANT HARTFORD LIFE INSURANCE COMPANY'S NOTICE OF FILING OF ADMINISTRATIVE RECORD** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | Complaint Filed: December 15, 2015 |
| Defendant. | |

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Hartford Life and Accident Insurance Company ("Hartford") hereby submits the Administrative Record,

page numbers Bertacchi-Freeman/Hartford000001 through Bertacchi-Freeman/Hartford001835, attached hereto as Exhibit A.

DATED: April 3, 2017        /s/ Linda B. Oliver
                            Linda B. Oliver

                            Attorney for Defendant
                            HARTFORD LIFE AND ACCIDENT
                            INSURANCE COMPANY

**DEFENDANT HARTFORD LIFE INSURANCE COMPANY'S NOTICE
OF FILING OF ADMINISTRATIVE RECORD**

# PROOF OF SERVICE

STATE OF CALIFORNIA         )
COUNTY OF SAN FRANCISCO     )

I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard, Cooper and Gale, LLP, 600 Montgomery Street, Suite 2600, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**DEFENDANT HARTFORD LIFE INSURANCE COMPANY'S NOTICE OF FILING OF ADMINISTRATIVE RECORD**

[x]   CM/ECF ELECTRONIC SERVICE: The following are registered CM/ECF users with the Court, and have consented to service through the Court's automatic transmission of a notice of electronic filing.

   William Green
   Delfino Green & Green
   1010 B Street Suite 320
   San Rafael, CA  94901
   (415) 442-4646
   Email: Bill@dgglaw.Com

I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 3, 2016, in San Francisco, California.

                                                Claudia Wu

**DEFENDANT HARTFORD LIFE INSURANCE COMPANY'S NOTICE OF FILING OF ADMINISTRATIVE RECORD**