# Exhibit A

# Group
# Long Term Disability
# Insurance

## Designed for Employees of

## Cardinal Health, Inc.



Bertacchi-Freeman/Hartford000001



# THE HARTFORD

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

**Simsbury, Connecticut**
(A stock insurance company)

## Having issued Group Policy No. 83120674

## to

## Cardinal Health, Inc.

**(herein called the Employer)**

## CERTIFICATE OF INSURANCE

CERTIFIES that *You* are insured provided that *You* qualify under the ELIGIBILITY provision, become insured and remain insured in accordance with the terms of the policy. *Your* insurance is subject to all the definitions, limitations and conditions of the policy. It takes effect on the effective date stated in the EFFECTIVE DATE provision.

This certificate describes *Your* eligibility for benefits and the terms and provisions of the policy. It replaces and cancels any other certificate previously issued to *You* under the policy.

CDI-1AB

Signed for Hartford Life and Accident Insurance Company

**Terence Shields,** *Secretary*                **Ronald R. Gendreau,** *President*

## Group Long Term Disability Certificate

## THIS IS NOT A WORKERS' COMPENSATION CERTIFICATE

SBDI-C

Bertacchi-Freeman/Hartford000002

SBDI-C

Bertacchi-Freeman/Hartford000003

## TABLE OF CONTENTS

***PROVISION***                                                                                          ***PAGE***

*Schedule Of Benefits* ............................................................................................................... *4*

*Eligibility And Effective Dates* .................................................................................................... *7*

*Long Term Disability Benefits* ................................................................................................... *9*

*Exclusions And Limitations* ..................................................................................................... *14*

*Termination Of Coverage* ....................................................................................................... *14*

*Supplemental Benefits And Services* ..................................................................................... *15*

    *Survivor Income Benefit* ..................................................................................................... *15*

*Claim Services* ....................................................................................................................... *15*

*Filing A Claim* ........................................................................................................................ *16*

*Uniform Provisions* ................................................................................................................. *19*

*Definitions* .............................................................................................................................. *20*

Note:  All terms in *italics* are listed and defined in the Definitions section or within the certificate itself.
CDI-3AA

**Bertacchi-Freeman/Hartford000004**

# SCHEDULE OF BENEFITS

## Effective as of:   January 1, 2015

| | |
|---|---|
| **Employer:** | Cardinal Health, Inc. |
| **Policy Number:** | 83120674 |
| **Effective Date:** | July 1, 2004 |
| **Eligibility:** | All active\*, regular employees excluding Medsystems (Former Project Wheels) of the Employer working in the United States of America who are not members of a collective bargaining unit. |

Full-time means Actively Working an average\*\* of at least 20 hours per week for the Holder.  All temporary, seasonal or retired employees of the Holder are not eligible.

**Waiting Period:**

- If You enter a class eligible for insurance on or before the Policy Effective Date - No Waiting Period
- If You enter a class eligible for insurance after the Policy Effective Date - No Waiting Period

**Elimination Period:**   180 Days

Elimination Period is extended to the later of the period shown above or the expiration of *Your* Short Term Disability benefits.

**Core Plan - 50% to $10,000
LTD Monthly Benefit:**   50% of *Monthly Earnings* to a maximum benefit of $10,000 per month subject to reduction by deductible sources of income or *Disability Earnings*.

**Buy Up Plan - 65% to $14,000
LTD Monthly Benefit:**   65% of *Monthly Earnings* to a maximum benefit of $14,000 per month subject to reduction by deductible sources of income or *Disability Earnings*.

**Social Security Offset Method:**   Family Social Security

**Core Plan - 50% to $10,000
Employer Contribution:**   Premium for the Core Plan is paid fully by the Employer for all eligible employees.

**Buy Up Plan - 65% to $14,000
Employer Contribution:**   Premium for the additional benefits represented by the Buy-Up Plan is paid by employees who have elected to increase their coverage above that available under the Core Plan.

SBDI-C

Bertacchi-Freeman/Hartford000005

| Maximum Period Payable: | Age at *Disability* | Maximum Period Payable |
|---|---|---|
| | Age 61 or younger | To Retirement Age* |
| | Age 62 | 42 months or to Retirement Age*, whichever is longer |
| | Age 63 | 36 months or to Retirement Age*, whichever is longer |
| | Age 64 | 30 months or to Retirement Age*, whichever is longer |
| | Age 65 | 24 months or to Retirement Age*, whichever is longer |
| | Age 66 | 21 months or to Retirement Age*, whichever is longer |
| | Age 67 | 18 months or to Retirement Age*, whichever is longer |
| | Age 68 | 15 months or to Retirement Age*, whichever is longer |
| | Age 69 or over | 12 months |

**\*SOCIAL SECURITY NORMAL RETIREMENT AGES**

Based on the 1983 amendment to the Social Security Act, the following are normal retirement ages by date of birth:

| Year of Birth | Social Security Normal Retirement Age |
|---|---|
| 1937 or earlier | 65 years |
| 1938 | 65 years, 2 months |
| 1939 | 65 years, 4 months |
| 1940 | 65 years, 6 months |
| 1941 | 65 years, 8 months |
| 1942 | 65 years, 10 months |
| 1943 – 1954 | 66 years |
| 1955 | 66 years, 2 months |
| 1956 | 66 years, 4 months |
| 1957 | 66 years, 6 months |
| 1958 | 66 years, 8 months |
| 1959 | 66 years, 10 months |
| 1960 or later | 67 years |

**Core Plan - 50% to $10,000**
**Reinstatement:**

If, after termination of an employee's coverage because of termination of employment, the employee is rehired within 12 months after the date of termination and is eligible as stated in the Eligiblity provision, the employee's coverage may be reinstated.  The request for reinstatement and payment of premium must be made within 31 days after becoming eligible again.

Coverage will be reinstated and become effective on the date *Your* reinstatement is accepted by the Employer or *Us,* provided *You* are *Actively-at-Work*.  If *You* are not *Actively-at-Work* on that date, the effective date of the reinstatement will be the date *You* return to *Active Work*.

Time periods for *Pre-existing Conditions* will be credited for the period between the employee's date of termination and the date of reinstatement as if there had been no break in coverage.

SBDI-C

5

Bertacchi-Freeman/Hartford000006

**Buy Up Plan - 65% to $14,000**

**Reinstatement:** If, after termination of an employee's coverage because of termination of employment, the employee is rehired within 12 months after the date of termination and is eligible as stated in the Eligiblity provision, the employee's coverage may be reinstated.  The request for reinstatement and payment of premium must be made within 31 days after becoming eligible again.

Coverage will be reinstated and become effective on the date *Your* reinstatement is accepted by the Employer or *Us,* provided *You* are *Actively-at-Work*.   If *You* are not *Actively-at-Work* on that date, the effective date of the reinstatement will be the date *You* return to *Active Work*.

If the request for reinstatement and payment of premium is not made within 31 days after the employee resumes eligibility, reinstatement will be subject to *Our* approval of the employee's *Evidence of Insurability*. *We* will notify the employee of the date of reinstatement.

Time periods for *Pre-existing Conditions* will be credited for the period between the employee's date of termination and the date of reinstatement as if there had been no break in coverage.

# *OTHER FEATURES*

The following other features are included:

- Waiver of Premium
- Work Incentive Benefit
- Minimum Benefit
- Recurrent Disability
- FMLA Coverage Extension
- Survivor Benefit
- Worksite Modification Benefit
- Vocational Rehabilitation Service
- Social Security Assistance
- Continuity of Coverage

**THIS SCHEDULE OF BENEFITS CANCELS AND REPLACES ALL OTHER SCHEDULES PREVIOUSLY ISSUED TO *YOU* UNDER THE POLICY.  IT OUTLINES THE POLICY FEATURES.  THE FOLLOWING PAGES PROVIDE A COMPLETE DESCRIPTION OF THE PROVISIONS OF *YOUR* CERTIFICATE.**
SOBC

Bertacchi-Freeman/Hartford000007

## *ELIGIBILITY AND EFFECTIVE DATES*

### *Are You eligible for this insurance?*

All active*, regular employees excluding Medsystems (Former Project Wheels) of the Employer working in the United States of America who are not members of a collective bargaining unit.

Full-time means Actively Working an average** of at least 20 hours per week for the Holder. All temporary, seasonal or retired employees of the Holder are not eligible.

The waiting period is stated in the *Schedule of Benefits.*
CDI-4AA

### *When does Your insurance become effective?*

**Core Plan**

If *You* are eligible as of the Policy Effective Date, *Your* coverage under the Core Plan shall take effect on such Date. If *You* become eligible after the Policy Effective Date, *Your* coverage under the Core Plan shall become effective on the date *You* become an eligible employee.

If, because of *Injury* or *Sickness*, *You* are eligible but not *Actively at Work* on the date coverage under the Core Plan would otherwise take effect, it will take effect on the day *You* return to *Active Work.*

**Buy-Up Plan**

If *You* enroll for additional benefits of the Buy-Up Plan on or before the Policy Effective Date, *Your* coverage shall take effect on the Policy Effective Date. If *You* first become eligible for the Buy-Up Plan after the Policy Effective Date *You* may enroll within 31 days of becoming eligible. *Your* coverage will take effect on the date *Your* Employer receives *Your* signed enrollment form.

If, because of *Injury* or *Sickness*, *You* are eligible but not *Actively at Work* on the date coverage under the Buy-Up Plan would otherwise take effect, it will take effect on the day *You* return to *Active Work* for a continuous period equal to the time *You* we*re* not *Actively Working*. This return to *Active Work* requirement will not exceed 30 days.

If *You* initially waive coverage or fail to enroll in the Buy-Up Plan *You* may change *Your* election and choose to be insured the Buy-Up Plan:

1) during an annual enrollment period; or
2) if *You* experience a change in family status. A "change in family status" with respect to this insurance arises out of one of the following circumstances: marriage, divorce, birth of or adoption of a child, death of a spouse or child, commencement of spouse's employment, or termination of spouse's employment.

If *You* choose to be insured under the Buy-Up Plan during an annual enrollment period, the Buy-Up coverage will be subject to the Buy-Up Plan Pre-Existing Condition Exclusion below.

If *You* choose to be insured under the Buy-Up Plan because of a change in family status, *You* must enroll for coverage and provide proof of the qualifying change in family status within 31 days after the date of the change. *You* will not be required to submit Evidence of Insurability. *Your* election change will take effect on the date *Your* employer receives the signed enrollment form.
CDI-5AA

### *Buy-Up Plan Pre-Existing Condition*

The portion of the Buy-Up Plan that exceeds the coverage available under the Core Plan will not apply to any *Disability* caused by a condition for which medical treatment or advice was rendered, prescribed or recommended within 12 months prior to the effective date of the Buy-Up Plan. A condition shall no longer be considered pre-existing if it causes *Disability* that begins after the Buy Up Plan has been in force for a period of 12 months.
CDI-46AA

SBDI-C

7

**Bertacchi-Freeman/Hartford000008**

### Evidence of Insurability

If *You* are required to submit Evidence of Insurability, *You* must:

1) Complete and sign a health and medical history form provided by *Us;*
2) Submit to a medical examination, if requested;
3) Submit verification of *Monthly Earnings*;
4) Provide any additional information and attending physicians' statements that *We* require; and
5) Furnish all such evidence at *Your* own expense.

CDI-47AA

**Core Plan - 50% to $10,000**

### Who pays for Your coverage under the Core Plan?

*Your* Employer pays the entire cost of *Your* coverage under the Core Plan.

CDI-6AA

**Buy Up Plan - 65% to $14,000**

### Who pays for Your coverage under the Buy Up Plan?

"Buy-Up Plan" refers to the combined level of benefits *You* receive from the Core Plan, for which *Your* Employer pays the cost, and the available additional benefits, for which *You* pay the cost.

CDI-6AA

### Is premium payable while You receive benefits?

*We* will waive premium for *You* during a period of *Disability* for which the *LTD Monthly Benefit* is payable under the Policy.   Premium payment is required during *Your Elimination Period* or any other period when the *LTD Monthly Benefit* is not payable under the Policy.

CDI-45AA

### What happens if We are replacing an existing contract?

**Effect on *Actively at Work* Provision**

If *You* were insured under the Prior Policy on the day before the Policy Effective Date, *You* may be covered by the Policy even if *You* fail to satisfy the *Actively at Work* requirement as stated in the *Are You eligible for this insurance?* provision.   *You* will receive credit for time covered under the Prior Policy.   This credit will be applied toward satisfaction of service waiting periods, *Elimination Period*s or any other periods of the same or similar provisions under the Policy.

**Effect on Benefits**

If *You* do not satisfy the *Actively at Work* requirement, *You* may still be eligible for benefits under the Policy as follows:

The benefits payable under the Policy will be the benefit which would have been payable under the terms of the Prior Policy if it had remained in force.   The benefits payable under the Policy will be reduced by any benefits paid under the Prior Policy for the same *Disability.*

Benefits will end on the earliest of the following:

1) the date that benefits would terminate in accordance with the provisions of the Policy; or
2) the date that benefits would terminate under the Prior Policy if it had remained in force.

The Prior Policy is the group disability insurance policy issued to the Employer by Continental Casualty Company whose coverage terminated as of the Policy Effective Date.

CDI-7AB

**Bertacchi-Freeman/Hartford000009**

***Effect on Pre-existing Conditions***

*You* will receive credit toward satisfaction of the *Pre-existing Condition* time periods under the Policy for the time *You* were covered under the Prior Policy.  If, after applying the time covered under the Prior Policy, *Your Disability* is due to a *Pre-existing Condition*, benefits shall be the lesser of:

1) the benefits payable under the Policy; or
2) the benefits that would have been payable under the Prior Policy if it had remained in force, taking into account the *Pre-existing Condition* provision, if any, of the Prior Policy.

CDI-8AA

## LONG TERM DISABILITY BENEFITS

### How do We define Disability?

*Disability* or *Disabled* means that *You* satisfy the Occupation Qualifier or the Earnings Qualifier as defined below.
CDI-9AA

**Occupation Qualifier**

*Disability* means that during the *Elimination Period* and the following 24 months, *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:

1) continuously unable to perform the *Material and Substantial Duties* of *Your Regular Occupation*; and
2) not *Gainfully Employed*.

CDI-10AB

After the *LTD Monthly Benefit* has been payable for 24 months, *Disability* means that *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:

1) continuously unable to engage in any occupation for which *You* are or become qualified by education, training or experience; and
2) not *Gainfully Employed*.

CDI-11AB

**Earnings Qualifier**

*You* may be considered *Disabled* during and after the *Elimination Period* in any month in which *You* are *Gainfully Employed*, if an *Injury* or *Sickness* is causing physical or mental impairment to such a degree of severity that *You* are unable to earn more than 80% of *Your Monthly Earnings* in any occupation for which *You* are qualified by education, training or experience.  On each anniversary of *Your Disability*, *We* will increase the *Monthly Earnings* by the lesser of the current annual percentage increase in *CPI-W*, or 10%.

*You* are not considered to be *Disabled* if *You* are able to earn more than 80% of *Your Monthly Earnings*.  Salary, wages, partnership or proprietorship draw, commissions, bonuses, or similar pay, and any other income *You* receive or are entitled to receive will be included.  Sick pay and salary continuance payments will not be included.  Any lump sum payment will be prorated, based on the time over which it accrued or the period for which it was paid.
CDI-13AB

**Loss of Professional License or Certification**

If *You* require a professional license or certification for *Your* occupation, loss of that professional license or certification does not in and of itself constitute *Disability* under the Occupation Qualifier or the Earnings Qualifier.
CDI-14AA

SBDI-C

Bertacchi-Freeman/Hartford000010

### What is the Elimination Period and how is it satisfied?

The *Elimination Period* begins on the day *You* become *Disabled*.  It is a period of continuous *Disability* which must be satisfied before *You* are eligible to receive benefits from *Us*.  *You* must be continuously *Disabled* through *Your Elimination Period*.

If *You* temporarily recover and return to work, *We* will treat *Your Disability* as continuous if *You* return to work for a period of less than one-half the *Elimination Period* as shown in the *Schedule of Benefits* not to exceed 90 days. The days that *You* are not *Disabled* will not count toward *Your Elimination Period*.

Any increases *You* receive in *Monthly Earnings* during *Your* return to work period will not be taken into consideration when calculating *Your LTD Monthly Benefit*.

If *You* return to work for a period greater than one-half the *Elimination Period*, or 90 days, whichever is less, and become *Disabled* again, *You* will have to begin a new *Elimination Period*.

### Can You satisfy Your Elimination Period if You are working?

*You* can satisfy *Your Elimination Period* if *You* are working, provided *You* meet the definition of *Disability*.
CDI-15AA

### What Disability Benefit are You eligible to receive?

If *You* are *Disabled*, *You* are eligible to receive one of the following at any given time:

1)  an *LTD Monthly Benefit*; or
2)  a Work Incentive Benefit.

While *You* are *Disabled*, *You* might be eligible to receive one or the other of the above, but *You* cannot receive more than one of these benefits at the same time.
CDI-16AA

**Core Plan - 50% to $10,000**

### What is Your LTD Monthly Benefit and how is it calculated?

*Your LTD Monthly Benefit* will be based on *Your Monthly Earnings* as reported to *Us* by *Your* Employer and for which premium has been paid.

An *LTD Monthly Benefit* will be provided after the end of the *Elimination Period* if *You* are *Disabled* according to the Occupation Qualifier provision.

*We* will calculate *Your Gross LTD Monthly Benefit* amount as follows:

1)  Multiply *Your Monthly Earnings* by 50%.
2)  The maximum *Gross LTD Monthly Benefit* is $10,000.
3)  Compare the answers from Item 1 and Item 2.  The lesser of these two amounts is *Your Gross LTD Monthly Benefit*.
4)  Subtract the Deductible Sources of Income from *Your Gross LTD Monthly Benefit*.  The resulting figure is *Your Net LTD Monthly Benefit*.

If a benefit is payable for less than one month, it will be paid on the basis of 1/30[th] of the *Net LTD Monthly Benefit* for each day of *Disability*.
CDI-17AB

Bertacchi-Freeman/Hartford000011

**Buy Up Plan - 65% to $14,000**

### What is Your LTD Monthly Benefit and how is it calculated?

*Your LTD Monthly Benefit* will be based on *Your Monthly Earnings* as reported to *Us* by *Your* Employer and for which premium has been paid.

An *LTD Monthly Benefit* will be provided after the end of the *Elimination Period* if *You* are *Disabled* according to the Occupation Qualifier provision.

*We* will calculate *Your Gross LTD Monthly Benefit* amount as follows:

1) Multiply *Your Monthly Earnings* by 65%.
2) The maximum *Gross LTD Monthly Benefit* is $14,000.
3) Compare the answers from Item 1 and Item 2.  The lesser of these two amounts is *Your Gross LTD Monthly Benefit*.
4) Subtract the Deductible Sources of Income from *Your Gross LTD Monthly Benefit*.  The resulting figure is *Your Net LTD Monthly Benefit*.

If a benefit is payable for less than one month, it will be paid on the basis of 1/30[th] of the *Net LTD Monthly Benefit* for each day of *Disability*.

CDI-17AB

### How do We define Earnings?

*Monthly Earnings* equals the monthly wage or salary that You we*re* receiving from Your Employer on the *Date of Disability*.  It includes*:*

1) employee contributions made through a salary reduction agreement with *Your* Employer to an IRC Section 401(k), 403(b), 501(c)(3), 457 deferred compensation plan, or any other qualified or non-qualified employee *Retirement Plan* or deferred compensation arrangement; and

2) commissions averaged over the preceding 12-month period or length of employment if less; and

3) amounts contributed to *Your* fringe benefits according to a salary reduction arrangement under an IRC Section 125 plan.

It does not include:

1) bonuses;
2) overtime pay;
3) Your Employer's contribution on Your behalf to a Retirement Plan or deferred compensation arrangement; or
4) any other extra compensation.

CDI-19AA

SBDI-C

Bertacchi-Freeman/Hartford000012

### *What are the Deductible Sources of Income?*

1) *Disability* benefits paid, payable, or for which there is a right under:

   a) The Social Security Act, including any amounts for which *Your* dependents may qualify because of *Your Disability*;

   b) Any Workers Compensation or Occupational Disease Act or Law, or any other law which provides compensation for an occupational *Injury* or *Sickness*;

   c) Occupational accident coverage provided by or through the Employer;

   d) Any Statutory Disability Benefit Law;

   e) The Railroad Retirement Act;

   f) The Canada Pension Plan, Quebec Pension Plan, or any other similar disability or pension plan or act;

   g) The Canada Old Age Security Act;

   h) Any Public Employee Retirement System Plan, or any State Teachers' Retirement System Plan, or any plan provided as an alternative to any of the above acts or plans.

2) *Disability* benefits paid under:

   a) Any group insurance plan provided by or through the Employer, and

   b) Any sick leave or salary continuance plan provided by or through the Employer.

3) Retirement benefits paid under the Social Security Act including any amounts for which *Your* dependents may qualify because of *Your* retirement;

4) Retirement and *Disability* benefits paid under a Retirement Plan provided by the Employer except for amounts attributable to *Your* contributions;

5) *Disability* benefits paid under any No Fault Auto Motor Vehicle coverage.

**Proration of Lump Sum Awards**

If any benefit described above is paid in a single sum through compromise settlement or as an advance on future liability, *We* will determine the amount of reduction to *Your Gross LTD Monthly Benefit* as follows:

1) *We* will divide the amount paid by the number of months for which the settlement or advance was provided; or

2) If the number of months for which the settlement or advance is made is not known, *We* will divide the amount of the settlement or advance by the expected remaining number of months for which *We* will provide benefits for *Your Disability* based on the Proof of *Disability* which *We* have, subject to a maximum of 60 months.

CDI-20AB

### *What other sources of income are not deductible?*

*We* will not reduce *Your Gross LTD Monthly Benefit* by any of the following:

1) deferred compensation arrangements such as 401(k), 403(b) or 457 plans;

2) credit *Disability* insurance;

3) pension plans for partners;

4) military pension and *Disability* income plans;

5) franchise *Disability* income plans;

6) individual *Disability* income plans;

7) a *Retirement Plan* from another Employer;

8) profit sharing plans;

9) thrift or savings plans;

10) individual retirement account (IRA);

11) tax sheltered annuity (TSA);

12) stock ownership plan.

CDI-21AB

SBDI-C

Bertacchi-Freeman/Hartford000013

*Can You work and still receive benefits?*

While *Disabled, You* may qualify for the Work Incentive Benefit.
CDI-22AA

**Work Incentive Benefit**

A Work Incentive Benefit will be provided if *You* are *Disabled* and *Gainfully Employed* after the end of the *Elimination Period,* or after a period during which *You* received *LTD Monthly Benefits.*

The Work Incentive Benefit will be calculated during the first 12 months of *Gainful Employment* as follows:

1) The *Net LTD Monthly Benefit* amount and *Disability Earnings* amount will be added together and compared to *Monthly Earnings.*

2) If the total amount in Item 1 exceeds 100% of *Monthly Earnings*, the Work Incentive Benefit amount will be equal to the *Net LTD Monthly Benefit* reduced by the amount of the excess.

3) If the total amount in Item 1 does not exceed 100% of *Monthly Earnings*, the Work Incentive Benefit will be equal to the *Net LTD Monthly Benefit* amount.

After the first 12 months of *Gainful Employment*, the Work Incentive Benefit will be equal to the *Net LTD Monthly Benefit* amount less 50% of *Disability Earnings.*

The Work Incentive Benefit will cease on the earliest of the following:

1) the date *You* are no longer *Disabled;* or

2) the end of the *Maximum Period Payable.*
CDI-23AB

*What is the minimum Net LTD Monthly Benefit payable under this program?*

The *Net LTD Monthly Benefit* payable for *Disability* will not be less than $100 or 10% of *Your Gross LTD Monthly Benefit*, whichever is greater.   The minimum *Net LTD Monthly Benefit* does not apply if *You* are *Gainfully Employed.*
CDI-25AB

*What happens if Your other benefits increase?*

The *Net LTD Monthly Benefit* will not be further reduced for subsequent cost-of-living increases which are paid, payable, or for which there is a right under any Deductible Source of Income shown above.
CDI-26AB

*How long will You receive benefits under this program?*

*We* will send *You* a payment for each month of *Disability* up to the *Maximum Period Payable* as shown in the *Schedule of Benefits.*   Payment of benefits is also subject to any benefit duration limitation pertaining to *Your Disability.*
CDI-27AB

*What happens if Your Disability recurs?*

If *Disability* for which benefits were payable ends but recurs due to the same or related causes less than 6 months after the end of a prior *Disability*, it will be considered a resumption of the prior *Disability*.  Such recurrent *Disability* shall be subject to the provisions of the Policy that were in effect at the time the prior *Disability* began.

*Disability* which recurs more than 6 months after the end of a prior *Disability* are subject to:

1) a new *Elimination Period*;

2) a new *Maximum Period Payable*; and

3) the other provisions of the Policy that are in effect on the date the *Disability* recurs.

*Disability* must recur while *Your* coverage is in force under the Policy.
CDI-28AA

13

Bertacchi-Freeman/Hartford000014

## EXCLUSIONS AND LIMITATIONS

### What are the exclusions and limitations under this program?

The policy does not cover any loss caused by or resulting from:
CDIX-1AA12

- declared or undeclared war or an act of either;
CDIX-2AA

- a *Pre-existing Condition*;
CDIX-4AA

- attempted suicide, while sane or insane, or intentional self-inflicted *Injury* or *Sickness*;
CDIX-5AA

- commission of or attempt to commit an act which is a felony in the jurisdiction in which the act occurred;
CDIX-6AA

- *Disability* beyond 24 months after the *Elimination Period* if it is due to a *Mental Disorder* of any type. Confinement in a *Hospital* or institution licensed to provide care and treatment for mental illness will not be counted as part of the 24-month limit.
CDIX-3AA

- Substance Abuse (drug or alcohol) related *Disability* unless *You* are participating in a substance abuse treatment program approved by the State.  The cost of the treatment program must be borne by *You,* or another group plan of *Your* Employer (such as a group health plan or Employee Assistance Program) if one is available and covers this type of treatment.  In no event will *LTD Monthly Benefits* for Substance Abuse be paid beyond the earliest of the date:

  1) 24 *LTD Monthly Benefit* payments have been made; or
  2) the *Maximum Period Payable* is reached; or
  3) *You* refuse to participate in an appropriate, available treatment program, or *You* leave the treatment program prior to completion; or
  4) *You* are no longer following the requirements of *Your* treatment plan under the program; or
  5) *You* complete the initial treatment plan, exclusive of any aftercare or follow-up services.
CDIX-29AB

Benefits are not payable for any period during which *You* are confined to a penal or correctional institution if the period of confinement exceeds 30 days.
CDIX-12AA

## TERMINATION OF COVERAGE

### When will Your insurance terminate?

*Your* coverage will terminate on the earliest of the following dates:

1) the date on which the Policy is terminated;
2) the date at the end of the period for which premium has been paid if the Employer fails to pay the required premium for *You* within 31 days after the premium due date, except for an inadvertent error; or
3) the date at the end of the pay cycle in which *You*:

   a) are no longer a member of a class eligible for this insurance,
   b) withdraw from the program,
   c) are retired or pensioned, or
   d) cease work because of a leave of absence, furlough, layoff, or temporary work stoppage due to a labor dispute, unless *We* and the Employer have agreed in writing in advance of the leave to continue insurance during such period.  Orders to active military service for 6 months or less will be covered subject to continued payment of premium.

Termination will not affect a covered loss which began before the date of termination.
CDI-30AB

**Bertacchi-Freeman/Hartford000015**

**Will coverage be continued if You are eligible for leave under FMLA?**

In the event *You* are eligible for and *Your* Employer approves a leave under the Family and Medical Leave Act of 1993 (FMLA), *Your* insurance will continue for a period of up to 12 weeks following the date the leave begins, provided the required premium continues to be paid.

*You* are eligible for leave under this Act in order to provide care:

    1)  After the birth of a child; or

    2)  After the legal adoption of a child; or

    3)  After the placement of a foster child in *Your* home; or

    4)  To a *Spouse*, child or parent due to their serious illness; or

    5)  For *Your* own serious health condition.

While granted a Family or Medical Leave of Absence:

    1)  The Employer must remit the required premium according to the terms of the policy; and

    2)  Coverage will terminate if *You* do not return to work as scheduled according to the terms of *Your* agreement with the Employer.

CDI-31AB

# *SUPPLEMENTAL BENEFITS AND SERVICES*

## *SURVIVOR INCOME BENEFIT*

### *What happens if You die while receiving benefits?*

If *You* die after having received a benefit provided by the Policy for at least 12 successive months and during a period for which benefits are payable, *We* will pay a Survivor Income Benefit. This benefit is equal to the amount *You* we*re* last entitled to receive for the month preceding death.

The Survivor Income Benefit shall be payable on a monthly basis immediately after *We* receive written proof of *Your* death.  It is payable for 6 months. The benefit shall accrue from *Your* date of death.

This benefit is payable to the beneficiary, if any, named by *You* under the Policy.  If no such beneficiary exists, the benefit will be payable in accordance with the *Time of Payment of Claim* provision.

CDI-33AB

## *CLAIM SERVICES*

### *What other services are available to You while You are Disabled?*

If *You* are *Disabled* and eligible to receive *Disability* benefits under the Policy, *We* will evaluate *You* for eligibility to receive any of the following.  *We* will make the final determination for any of the following benefits or services.

**Worksite Modification Benefit**

*We* will assist *You* and *Your* Employer in identifying modifications *We* agree are likely to help *You* remain at work or return to work.  This agreement will be in writing and must be signed by *You*, *Your* Employer and *Us*.

When this occurs, *We* will reimburse *Your* Employer for the cost of the modification, up to the greater of:

    1)  $1,500; or

    2)  2 months of *Your Net LTD Monthly Benefit*.

**Bertacchi-Freeman/Hartford000016**

**Vocational Rehabilitation Service**

Rehabilitation services are available when *We* determine that these services are reasonably required to assist in returning *You* to *Gainful Employment*. Vocational rehabilitation services might include one or more of the following:

1) job modification;
2) job retraining;
3) job placement;
4) other activities.

Eligibility for vocational rehabilitation services is based upon *Your* education, training, work experience and physical and/or mental capacity. To be considered for rehabilitation services:

1) *Your* Disability must prevent *You* from performing *Your Regular Occupation*;
2) *You* must have the physical and/or mental capacities necessary for successful completion of a rehabilitation program, and
3) There must be a reasonable expectation that rehabilitation services will help *You* return to *Gainful Employment*.

**Social Security Assistance**

When necessary, *We* will provide an advocate for *You*, in applying for and securing Social Security *Disability* awards. When *We* determine that Social Security Assistance is appropriate for *You*, it is provided at no additional cost to *You*.

CDI-35AB

# *FILING A CLAIM*

## *What are the Claim Filing Requirements?*

**Initial Notice of Claim**

*We* ask that *You* notify *Us* of *Your* claim as soon as possible, so that *We* may make a timely decision on *Your* claim. The Employer can assist *You* with the appropriate telephone number and address of *Our* Claim Department. *You* must send *Us* written notice of *Your Disability* within 30 days of the *Date of Disability*, or as soon as reasonably possible. Notice may be sent to *Our* Claim Department, The Hartford, P.O. Box 14306, Lexington, KY 40512-4306.

**Written Proof of Loss**

Within 15 days of *Us* being notified in writing of *Your* claim, *We* will supply *You* with the necessary claim forms. The claim form is to be completed and signed by *You*, the Employer and *Your Doctor*. If *You* do not receive the appropriate claim forms within 15 days, then *You* will be considered to have met the requirements for written proof of loss if *We* receive written proof, which describes the occurrence, extent and nature of loss as stated in the Proof of *Disability* provision.

**Time Limit for Filing *Your* Claim**

*You* must furnish *Us* with written proof of loss within 90 days after the end of *Your Elimination Period*. The length of the *Elimination Period* is stated in the *Schedule of Benefits*. If it is not possible to give *Us* written proof within 90 days, the claim is not affected if the proof is given as soon as possible. However, unless *You* are legally incapacitated, written proof of loss must be given no later than 1 year after the time proof is otherwise due.

No benefits are payable for claims submitted more than 1 year after the time proof is due. However, *You* can request that benefits be paid for late claims if *You* can show that:

1) It was not reasonably possible to give written proof during the 1 year period, and
2) Proof of loss satisfactory to *Us* was given as soon as was reasonably possible.

SBDI-C

Bertacchi-Freeman/Hartford000017

**Proof of *Disability***

The following items, supplied at *Your* expense, must be a part of *Your* proof of loss.  Failure to do so may delay, suspend or terminate *Your* benefits.

1) The date *Your Disability* began;

2) The cause of *Your Disability*;

3) The prognosis of *Your Disability*;

4) Proof that *You* are receiving *Appropriate and Regular Care* for *Your* condition from a *Doctor*, who is someone other than *You* or a member of *Your* immediate family, whose specialty or expertise is the most appropriate for *Your* disabling condition(s) according to *Generally Accepted Medical Practice*.

5) Objective medical findings which support *Your Disability*.  Objective medical findings include but are not limited to tests, procedures, or clinical examinations standardly accepted in the practice of medicine, for *Your* disabling condition(s).

6) The extent of *Your Disability*, including restrictions and limitations which are preventing *You* from performing *Your Regular Occupation*.

7) Appropriate documentation of *Your Monthly Earnings*.  If applicable, regular monthly documentation of *Your Disability Earnings*.

8) If *You* were contributing to the premium cost, *Your* Employer must supply proof of *Your* appropriate payroll deductions.

9) The name and address of any *Hospital* or *Health Care Facility* where *You* have been treated for *Your Disability*.

10) If applicable, proof of incurred costs covered under other benefits included in the Policy.

**Continuing Proof of *Disability***

*You* may be asked to submit proof that *You* continue to be *Disabled* and are continuing to receive *Appropriate and Regular Care* of a *Doctor*.  Requests of this nature will only be as often as *We* feel reasonably necessary.  If so, this will be at *Your* expense and must be received within 30 days of *Our* request.  Failure to do so may delay, suspend or terminate *Your* benefits.

**Examination**

At *Our* expense, *We* have the right to have *You* examined as often as reasonably necessary while the claim continues.  Failure to comply with this examination may deny, suspend or terminate benefits, unless *We* agree *You* have a valid and acceptable reason for not complying.

**Authorization and Documentation *You* will be asked to supply**

1) *You* will be required to provide signed authorization for *Us* to obtain and release all reasonably necessary medical, financial or other non-medical information which support *Your Disability* claim. Failure to submit this information may deny, suspend or terminate *Your* benefits.

2) *You* will be required to supply proof that *You* have applied for other Deductible Income Benefits such as Workers' Compensation or Social Security *Disability* benefits, when applicable.

3) *You* will be required to notify *Us* when *You* receive or are awarded other Deductible Income Benefits. *You* must tell *Us* the nature of the income benefit, the amount received, the period to which the benefit applies, and the duration of the benefit if it is being paid in installments.

CDI-36AB

Bertacchi-Freeman/Hartford000018

### Time of Payment of Claim

As soon as *We* have all necessary substantiating documentation for *Your Disability* claim, *Your* benefit will be paid on a monthly basis, so long as *You* continue to qualify for it.

*We* will pay benefits to *You* unless otherwise indicated.  If *You* die while *Your* claim is open, any due and unpaid *Disability* benefit will be paid to *Your* named beneficiary, if any.

If there is no surviving beneficiary, payment may be made, at *Our* option, to the surviving person or persons in the first of the following classes of successive preference beneficiaries: *Your:*  1) *Spouse*; 2) children including legally adopted children; 3) parents; 4) brothers or sisters; or 5) estate.

If any benefit is payable to an estate, a minor or a person not competent to give a valid release, *We* may pay up to $1,000 to any relative or beneficiary of *Yours* whom *We* deem to be entitled to this amount.  *We* will be discharged to the extent of such payment made by *Us* in good faith.
CDI-37AB

### Can you assign Your benefits?

*Your* benefits are not assignable, which means that *You* may not transfer *Your* benefits to anyone else.
CDI-38AA

### What will happen if a claim is overpaid?

A claim overpayment can occur when *You* receive a retroactive payment from a Deductible Source of Income; when *We* inadvertently make an error in the calculation of *Your* claim; or if fraud occurs.

In an overpayment situation, *We* will determine the method by which the repayment is made.  *You* will be required to sign an agreement with *Us* which details the source of the overpayment, the total amount *We* will recover and the method of recovery.  If *LTD Monthly Benefits* are suspended while recovery of the overpayment is being made, suspension will also apply to the minimum *LTD Monthly Benefits* payable under the Policy.

The overpayment amount equals the amount *We* paid in excess of the amount *We* should have paid under the Policy.
CDI-39AA

### Subrogation  –  Right of Reimbursement

When any claim payment is made, *We* reserve any and all rights to subrogation and/or reimbursement to the fullest extent allowed by statute and customary practice.  Any party to this contract shall not perform any act that will prejudice such rights without prior agreement with *Us*.

*We* will bear any expenses associated with *Our* pursuit of subrogation or recovery.
CDI-41AA

### Fraud

Any person who, knowingly and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any material false information or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act which is a crime and may subject such person to criminal and civil penalties.  Such penalties include, but are not limited to fines, denial or termination of insurance benefits, recovery of any amounts paid, civil damages, criminal prosecution and confinement in state prison.
CDI-42AA

Bertacchi-Freeman/Hartford000019

## *UNIFORM PROVISIONS*

### *Entire Contract; Changes*

The Policy, the Employer's application, the employee's certificate of coverage, and *Your* application, if any, and any other attached papers, form the entire contract between the parties.  Coverage under the Policy can be amended by mutual consent between the Employer and *Us*.  No change in the Policy is valid unless approved in writing by one of *Our* officers.  No agent has the right to change the Policy or to waive any of its provisions.

### *Statements on the Application*

Any statement made by the Employer or *You*, except for fraudulent misstatements, is considered a representation and not a warranty.  A copy of the statement will be provided to the Employer or *You*, whoever made the statement.  No statement of the Employer will be used to void the Policy after it has been in force for 2 years.  No statement of *Yours* will be used in defense of a claim after *You* have been insured for 2 years, except for fraudulent misstatements.

### *Legal Actions*

No legal action of any kind may be filed against *Us*:

1) within the 60 days after proof of *Disability* has been given; or
2) more than 3 years after proof of *Disability* must be filed, unless the law in the state where *You* live allows a longer period of time.

### *Conformity with State Statutes*

If any provision of the Policy conflicts with the statutes of the state in which the Policy was issued or delivered, it is automatically changed to meet the minimum requirements of the statute.
CDI-40AB

### *General Provisions*

*We* have the right to inspect all of the Employer's records on the Policy at any reasonable time.  This right will extend until:

1) 2 years after termination of the Policy; or
2) all claims under the Policy have been settled,

whichever is later.

The Policy is in the Employer's possession and may be inspected by *You* at any time during normal business hours at the Employer's office.

The Policy is not in lieu of and does not affect any requirements for coverage by Workers' Compensation Insurance.
CDI-43AB

Bertacchi-Freeman/Hartford000020

## *DEFINITIONS*

The following are key words and phrases used in this certificate.  When these words and phrases, or forms of them, are used, they are capitalized and italicized in the text.  As *You* read this certificate, refer back to these definitions.

***Actively at Work*** or ***Active Work*** means that *You* must be:

1) working at the Employer's usual place of business, or on assignment for the purpose of furthering the Employer's business; and

2) performing the *Material and Substantial Duties* of *Your Regular Occupation* on a full-time basis.
CDID-1AB

***Appropriate and Regular Care*** means that *You* are regularly visiting a *Doctor* as frequently as medically required to meet *Your* basic health needs.  The effect of the care should be of demonstrable medical value for *Your* disabling condition(s) to effectively attain and/or maintain *Maximum Medical Improvement*.
CDID-4AA

***Date of Disability*** is the date *We* determine *Your Injury* or *Sickness* impairs *Your* ability to perform *Your Regular Occupation.*
CDID-5AA

***Disability*** or ***Disabled*** means that *You* satisfy either the Occupation Qualifier or the Earnings Qualifier.
CDID-6AA

***Disability Earnings*** is the wage or salary *You* earn from *Gainful Employment* after a *Disability* begins.  It includes partnership or proprietorship draw, commissions, bonuses, or similar pay, and any other income *You* receive or are entitled to receive.  It does not include Social Security, sick pay, salary continuance payments or any other *Disability* payment *You* receive as a result of *Your Disability*.  Any lump sum payment will be prorated, based on the time over which it accrued or the period for which it was paid.
CDID-7AB

***Doctor*** means a person legally licensed to practice medicine, psychiatry, psychology or psychotherapy, who is neither *You* nor a member of *Your* immediate family.  A licensed medical practitioner is a *Doctor* if applicable state law requires that such practitioners be recognized for purposes of certification of *Disability*, and the treatment provided by the practitioner is within the scope of his or her license.
CDID-8AA

***Elimination Period*** means the number of calendar days at the beginning of a continuous period of *Disability* for which no benefits are payable.  The *Elimination Period* is shown in the *Schedule of Benefits.*
CDID-9AA

***Gainful Employment*** or ***Gainfully Employed*** means the performance of any occupation for wages, remuneration or profit, for which *You* are qualified by education, training or experience on a full-time or part-time basis, and which *We* approve and for which *We* reserve the right to modify approval in the future.
CDID-10AB

***Generally Accepted Medical Practice*** or ***Generally Accepted in the Practice of Medicine*** means care and treatment which is consistent with relevant guidelines of national medical, research and health care coverage organizations and governmental agencies.
CDID-11AA

***Gross LTD Monthly Benefit*** means that benefit shown in the *Schedule of Benefits* which applies to *You*.
CDID-20AGross

***Hospital or Health Care Facility*** is a legally operated, accredited facility licensed to provide full-time care and treatment for the condition(s) causing *Your Disability*.  It is operated by a full-time staff of licensed physicians and registered nurses.  It does not include facilities which primarily provide custodial, educational or rehabilitative care.
CDID-12AA

20

Bertacchi-Freeman/Hartford000021

***Injury*** means bodily injury caused by an accident which results, directly and independently of all other causes, in *Disability* which begins while *Your* coverage is in force.
CDID-13AA

***LTD*** means Long Term Disability.
CDID-35AA

***Male pronoun***, whenever used, includes the female.
CDID-16AA

***Material and Substantial Duties*** means the necessary functions of *Your Regular Occupation* which cannot be reasonably omitted or altered.
CDID-17AA

***Maximum Medical Improvement*** is the level at which, based on reasonable medical probability, further material recovery from, or lasting improvement to, an *Injury* or *Sickness* can no longer be reasonably anticipated.
CDID-18AA

***Maximum Period Payable***, as shown in the *Schedule of Benefits*, means the longest period of time that *We* will make payments to *You* for any one period of *Disability*.
CDID-32AA

***Mental Disorder*** means a disorder found in the current diagnostic standards of the American Psychiatric Association.
CDID-19AA

***Net LTD Monthly Benefit*** means the *Gross LTD Monthly Benefit* less the Deductible Sources of Income.
CDID-20ANet

***Pre-existing Condition*** means a condition for which medical treatment or advice was rendered, prescribed or recommended within 3 months prior to *Your* effective date of insurance.   A condition shall no longer be considered pre-existing if it causes *Disability* which begins after *You* have been insured under the Policy for a period of 12 months.
CDID-21BA

***Regular Occupation*** means the occupation that *You* are performing for income or wages on *Your Date of Disability*.  It is not limited to the specific position *You* held with *Your* Employer.
CDID-22BA

***Retirement Plan*** means a plan which provides retirement benefits to employees and is not funded wholly by employee contributions.
CDID-24AA

***Schedule of Benefits*** means the schedule which is a part of this certificate.
CDID-28AA

***Sickness*** means sickness or disease causing *Disability* which begins while *Your* coverage is in force.
CDID-26AA

***Spouse*** means lawful spouse in the jurisdiction in which *You* reside.
CDID-27AA

***We, Our*** and ***Us*** mean the Hartford Life and Accident Insurance Company, Chicago, Illinois.
CDID-29AA

***You, Your*** and ***Yours*** means the employee to whom this certificate is issued and whose insurance is in force under the terms of the Policy.
CDID-30AA

**Bertacchi-Freeman/Hartford000022**



# HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

**Simsbury, Connecticut**

(A stock insurance company)

**Group Insurance Policy No.** 83120674

**Employer:**  Cardinal Health, Inc.

It is understood and agreed that the above listed Policy is amended as follows:

This rider is intended to amend Your certificate, as indicated below, to comply with the laws of Your state of residence. Only those references to benefits, provisions or terms actually included in Your certificate will affect Your coverage. In addition, any reference made herein to Dependent coverage will only apply if Dependent coverage is provided in Your certificate.

For <u>Oregon</u> residents:

The following is added to the **WHEN WILL YOUR INSURANCE TERMINATE** provision for Employers with 10 or more employees:

**Jury Duty**

If You are scheduled to serve or are required to serve as a juror, Your coverage may be continued until the last day of Your Jury Duty, provided You:

1) elected to have Your coverage continued; and

2) provided notice of the election to Your employer in accordance with Your employer's notification policy.

In all other respects the Policy will remain the same.

Payment of the Policy premium after the Employer's receipt of this Rider is deemed acceptance of this Rider, unless a written objection is received within <u>60 days</u> after the Employer's receipt.

This Rider takes effect on <u>the Policy Effective Date</u> at 12:01 A.M., Standard Time, at the address of the Employer. It is hereby attached to and forms a part of the Policy. It expires concurrently with the Policy, and is subject to all the definitions, conditions and provisions of the Policy not inconsistent with this Rider.

With respect to the individual Certificates of Insurance, this Rider will take effect on the date shown above for those individuals insured on that date, and will end concurrently with each Certificate. For those insured subsequent to the effective date of this Rider, this Rider will begin and end concurrently with each Certificate.

Bertacchi-Freeman/Hartford000023

This Rider has been duly executed by the undersigned.

Signed for Hartford Life and Accident Insurance Company

**Terence Shields,** *Secretary*          **Ronald R. Gendreau,** *President*

PA-3057 (HLA) ET (SBDI)

SBDI-C

23

Bertacchi-Freeman/Hartford000024

## *IMPORTANT ERISA WELFARE PLAN INFORMATION*

The following section contains information provided to You at the request of the Plan Administrator of Your Plan to meet certain requirements of the Employee Retirement Income Security Act of 1974, as amended, (ERISA). All inquiries related to the following material should be referred directly to Your Plan Administrator.

### *DISCRETIONARY AUTHORITY*

The Policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable, by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.  The plan administrator and other plan fiduciaries have discretionary authority to determine Your eligibility for and entitlement to benefits under the Policy.  The plan administrator has delegated sole discretionary authority to Hartford Life and Accident Insurance Company to determine Your eligibility for benefits and to interpret the terms and provisions of the plan and any policy issued in connection with it.

Bertacchi-Freeman/Hartford000025

## *COMPLAINT NOTICE*

THIS NOTICE IS TO ADVISE YOU THAT ANY COMPLAINTS REGARDING THIS GROUP INSURANCE PLAN MAY BE DIRECTED TO:

> The Hartford
> P.O. Box 2999
> Hartford, CT 06104
> (800) 572-9047

and/or

> Illinois Department of Insurance
> Consumer Division or Public Service Section
> Springfield, IL 62767

Bertacchi-Freeman/Hartford000026

**NOTICE CONCERNING COVERAGE**
**LIMITATIONS AND EXCLUSIONS UNDER THE**
**OHIO LIFE AND HEALTH INSURANCE**
**GUARANTY ASSOCIATION ACT**

Residents of Ohio who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Ohio Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the guaranty association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the guaranty association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

**The Ohio Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Ohio. You should not rely on coverage by the Ohio Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.**

**Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus. You should check with your insurance company representative to determine if you are only covered in part or not covered at all.**

**Insurance companies or their agents are required by law to give or send you this notice. *However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.***

**Ohio Life and Health Insurance Guaranty Association**
**1840 Mackenzie Drive**
**Columbus, Ohio 43220**

**Ohio Department of Insurance**
**50 W. Town Street**
**Third Floor, Suite 300**
**Columbus, Ohio 43215**

The state law that provides for this safety-net coverage is called the Ohio Life and Health Insurance Guaranty Association Act. On the next page is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the guaranty association.

(please turn to next page)

Bertacchi-Freeman/Hartford000027

## COVERAGE

Generally, individuals will be protected by the life and health insurance guaranty association if they live in Ohio and hold a life or health insurance contract, annuity contract, unallocated annuity contract, or if they are insured under a group insurance contract, issued by a member insurer.  The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

### EXCLUSIONS FROM COVERAGE

However, persons holding such policies are **not** protected by this association if:
- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- the insurer was not authorized to do business in this state;
- their policy was issued by a medical, health or dental care corporation, an HMO, a fraternal benefit society, a mutual protective association or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The association also does **not** provide coverage for:
- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- any policy of reinsurance (unless an assumption certificate was issued);
- interest rate yields that exceed an average rate;
- dividends;
- credits given in connection with the administration of a policy by a group contract holder;
- employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them).

### LIMITS ON AMOUNT OF COVERAGE

The act also limits the amount the association is obligated to pay out: the association cannot pay more than what the insurance company would owe under a policy or contract.  Also, for any one insured life, the association will pay a maximum of $300,000 - no matter how many policies and contracts there were with the same company, even if they provided different types of coverages.  Within this overall $300,000 limit, the Association will not pay more than $100,000 in cash surrender values, $100,000 in health insurance benefits, $250,000 in present value of annuities, or $300,000 in life insurance death benefits - again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages.

**Note to benefit plan trustees or other holders of unallocated annuities (GICs, DACs, etc.) covered by the act:**  For unallocated annuities that fund governmental retirement plans under §401(k), 403(b) or 457 of the Internal Revenue Code, the limit is $250,000 in present value of annuity benefits including net cash surrender and net cash withdrawal per participating individual.  In no event shall the association be liable to spend more than $300,000 in the aggregate per individual.  For covered unallocated annuities that fund other plans, a special limit of $1,000,000 applies to each contract holder, regardless of the number of contracts held with the same company or number of persons covered.  In all cases, of course, the contract limits also apply.

**For more information about the Ohio Life & Health Insurance Guaranty Assocation, visit our website at: olhiga.org.**

27

Bertacchi-Freeman/Hartford000028



The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including issuing companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.

# Group
# Long Term Disability
# Insurance

## Designed for Employees of

## Cardinal Health, Inc.



Bertacchi-Freeman/Hartford000030



# THE HARTFORD

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

**Simsbury, Connecticut**
(A stock insurance company)

## Having issued Group Policy No. 83120674

## to

## Cardinal Health, Inc.

**(herein called the Employer)**

## CERTIFICATE OF INSURANCE

CERTIFIES that *You* are insured provided that *You* qualify under the ELIGIBILITY provision, become insured and remain insured in accordance with the terms of the policy. *Your* insurance is subject to all the definitions, limitations and conditions of the policy. It takes effect on the effective date stated in the EFFECTIVE DATE provision.

This certificate describes *Your* eligibility for benefits and the terms and provisions of the policy. It replaces and cancels any other certificate previously issued to *You* under the policy.

CDI-1AB

Signed for Hartford Life and Accident Insurance Company

**Terence Shields,** *Secretary*          **Ronald R. Gendreau,** *President*

## Group Long Term Disability Certificate

## THIS IS NOT A WORKERS' COMPENSATION CERTIFICATE

SBDI-C

Bertacchi-Freeman/Hartford000031

SBDI-C

2

Bertacchi-Freeman/Hartford000032

## *TABLE OF CONTENTS*

**PROVISION**                                                            **PAGE**

*Schedule Of Benefits* ............................................................................................................. 4

*Eligibility And Effective Dates* ................................................................................................ 7

*Long Term Disability Benefits* ............................................................................................... 9

*Exclusions And Limitations* ................................................................................................. 14

*Termination Of Coverage* .................................................................................................... 14

*Supplemental Benefits And Services* .................................................................................. 15

    *Survivor Income Benefit* ................................................................................................. 15

*Claim Services* ..................................................................................................................... 15

*Filing A Claim* ...................................................................................................................... 16

*Uniform Provisions* .............................................................................................................. 19

*Definitions* ............................................................................................................................ 20

Note:  All terms in *italics* are listed and defined in the Definitions section or within the certificate itself.

CDI-3AA

Bertacchi-Freeman/Hartford000033

## SCHEDULE OF BENEFITS

### Effective as of:   January 1, 2015 (Revised)

| | |
|---|---|
| **Employer:** | Cardinal Health, Inc. |
| **Policy Number:** | 83120674 |
| **Effective Date:** | July 1, 2004 |
| **Eligibility:** | All active*, regular employees excluding Medsystems (Former Project Wheels) of the Employer working in the United States of America who are not members of a collective bargaining unit. |
| | Full-time means Actively Working an average** of at least 30 hours per week for the Holder.  All temporary, seasonal or retired employees of the Holder are not eligible. |
| **Waiting Period:** | • If You enter a class eligible for insurance on or before the Policy Effective Date - No Waiting Period<br>• If You enter a class eligible for insurance after the Policy Effective Date - No Waiting Period |
| **Elimination Period:** | 180 Days |
| | Elimination Period is extended to the later of the period shown above or the expiration of *Your* Short Term Disability benefits. |
| **Core Plan - 50% to $10,000 LTD Monthly Benefit:** | 50% of *Monthly Earnings* to a maximum benefit of $10,000 per month subject to reduction by deductible sources of income or *Disability Earnings.* |
| **Buy Up Plan - 65% to $14,000 LTD Monthly Benefit:** | 65% of *Monthly Earnings* to a maximum benefit of $14,000 per month subject to reduction by deductible sources of income or *Disability Earnings.* |
| **Social Security Offset Method:** | Family Social Security |
| **Core Plan - 50% to $10,000 Employer Contribution:** | Premium for the Core Plan is paid fully by the Employer for all eligible employees. |
| **Buy Up Plan - 65% to $14,000 Employer Contribution:** | Premium for the additional benefits represented by the Buy-Up Plan is paid by employees who have elected to increase their coverage above that available under the Core Plan. |

Bertacchi-Freeman/Hartford000034

**Maximum Period Payable:**

| Age at *Disability* | Maximum Period Payable |
|---|---|
| Age 61 or younger | To Retirement Age* |
| Age 62 | 42 months or to Retirement Age*, whichever is longer |
| Age 63 | 36 months or to Retirement Age*, whichever is longer |
| Age 64 | 30 months or to Retirement Age*, whichever is longer |
| Age 65 | 24 months or to Retirement Age*, whichever is longer |
| Age 66 | 21 months or to Retirement Age*, whichever is longer |
| Age 67 | 18 months or to Retirement Age*, whichever is longer |
| Age 68 | 15 months or to Retirement Age*, whichever is longer |
| Age 69 or over | 12 months |

**\*SOCIAL SECURITY NORMAL RETIREMENT AGES**

Based on the 1983 amendment to the Social Security Act, the following are normal retirement ages by date of birth:

| Year of Birth | Social Security Normal Retirement Age |
|---|---|
| 1937 or earlier | 65 years |
| 1938 | 65 years, 2 months |
| 1939 | 65 years, 4 months |
| 1940 | 65 years, 6 months |
| 1941 | 65 years, 8 months |
| 1942 | 65 years, 10 months |
| 1943 – 1954 | 66 years |
| 1955 | 66 years, 2 months |
| 1956 | 66 years, 4 months |
| 1957 | 66 years, 6 months |
| 1958 | 66 years, 8 months |
| 1959 | 66 years, 10 months |
| 1960 or later | 67 years |

**Core Plan - 50% to $10,000**
**Reinstatement:**

If, after termination of an employee's coverage because of termination of employment, the employee is rehired within 12 months after the date of termination and is eligible as stated in the Eligiblity provision, the employee's coverage may be reinstated.  The request for reinstatement and payment of premium must be made within 31 days after becoming eligible again.

Coverage will be reinstated and become effective on the date *Your* reinstatement is accepted by the Employer or *Us,* provided *You* are *Actively-at-Work.*  If *You* are not *Actively-at-Work* on that date, the effective date of the reinstatement will be the date *You* return to *Active Work.*

Time periods for *Pre-existing Conditions* will be credited for the period between the employee's date of termination and the date of reinstatement as if there had been no break in coverage.

Bertacchi-Freeman/Hartford000035

**Buy Up Plan - 65% to $14,000**

**Reinstatement:**   If, after termination of an employee's coverage because of termination of employment, the employee is rehired within 12 months after the date of termination and is eligible as stated in the Eligiblity provision, the employee's coverage may be reinstated.  The request for reinstatement and payment of premium must be made within 31 days after becoming eligible again.

Coverage will be reinstated and become effective on the date *Your* reinstatement is accepted by the Employer or *Us,* provided *You* are *Actively-at-Work*.   If *You* are not *Actively-at-Work* on that date, the effective date of the reinstatement will be the date *You* return to *Active Work*.

If the request for reinstatement and payment of premium is not made within 31 days after the employee resumes eligibility, reinstatement will be subject to *Our* approval of the employee's *Evidence of Insurability*. *We* will notify the employee of the date of reinstatement.

Time periods for *Pre-existing Conditions* will be credited for the period between the employee's date of termination and the date of reinstatement as if there had been no break in coverage.

## *OTHER FEATURES*

The following other features are included:

- Waiver of Premium
- Work Incentive Benefit
- Minimum Benefit
- Recurrent Disability
- FMLA Coverage Extension
- Survivor Benefit
- Worksite Modification Benefit
- Vocational Rehabilitation Service
- Social Security Assistance
- Continuity of Coverage

**THIS SCHEDULE OF BENEFITS CANCELS AND REPLACES ALL OTHER SCHEDULES PREVIOUSLY ISSUED TO *YOU* UNDER THE POLICY.  IT OUTLINES THE POLICY FEATURES.  THE FOLLOWING PAGES PROVIDE A COMPLETE DESCRIPTION OF THE PROVISIONS OF *YOUR* CERTIFICATE.**
SOBC

Bertacchi-Freeman/Hartford000036

## ELIGIBILITY AND EFFECTIVE DATES

### Are You eligible for this insurance?

All active*, regular employees excluding Medsystems (Former Project Wheels) of the Employer working in the United States of America who are not members of a collective bargaining unit.

Full-time means Actively Working an average** of at least 30 hours per week for the Holder.  All temporary, seasonal or retired employees of the Holder are not eligible.

The waiting period is stated in the *Schedule of Benefits*.
CDI-4AA

### When does Your insurance become effective?

**Core Plan**

If *You* are eligible as of the Policy Effective Date, *Your* coverage under the Core Plan shall take effect on such Date.  If *You* become eligible after the Policy Effective Date, *Your* coverage under the Core Plan shall become effective on the date *You* become an eligible employee.

If, because of *Injury* or *Sickness*, *You* are eligible but not *Actively at Work* on the date coverage under the Core Plan would otherwise take effect, it will take effect on the day *You* return to *Active Work*.

**Buy-Up Plan**

If *You* enroll for additional benefits of the Buy-Up Plan on or before the Policy Effective Date, *Your* coverage shall take effect on the Policy Effective Date.  If *You* first become eligible for the Buy-Up Plan after the Policy Effective Date *You* may enroll within 31 days of becoming eligible.   *Your* coverage will take effect on the date *Your* Employer receives *Your* signed enrollment form.

If, because of *Injury* or *Sickness*, *You* are eligible but not *Actively at Work* on the date coverage under the Buy-Up Plan would otherwise take effect, it will take effect on the day *You* return to *Active Work* for a continuous period equal to the time *You* we*re not *Actively Working*.  This return to *Active Work* requirement will not exceed 30 days.

If *You* initially waive coverage or fail to enroll in the Buy-Up Plan *You* may change *Your* election and choose to be insured the Buy-Up Plan:

1)  during an annual enrollment period; or
2)  if *You* experience a change in family status.  A "change in family status" with respect to this insurance arises out of one of the following circumstances:  marriage, divorce, birth of or adoption of a child, death of a spouse or child, commencement of spouse's employment, or termination of spouse's employment.

If *You* choose to be insured under the Buy-Up Plan during an annual enrollment period, the Buy-Up coverage will be subject to the Buy-Up Plan Pre-Existing Condition Exclusion below.

If *You* choose to be insured under the Buy-Up Plan because of a change in family status, *You* must enroll for coverage and provide proof of the qualifying change in family status within 31 days after the date of the change.  *You* will not be required to submit Evidence of Insurability.  *Your* election change will take effect on the date *Your* employer receives the signed enrollment form.
CDI-5AA

### Buy-Up Plan Pre-Existing Condition

The portion of the Buy-Up Plan that exceeds the coverage available under the Core Plan will not apply to any *Disability* caused by a condition for which medical treatment or advice was rendered, prescribed or recommended within 12 months prior to the effective date of the Buy-Up Plan.  A condition shall no longer be considered pre-existing if it causes *Disability* that begins after the Buy Up Plan has been in force for a period of 12 months.
CDI-46AA

SBDI-C

Bertacchi-Freeman/Hartford000037

*Evidence of Insurability*

If *You* are required to submit Evidence of Insurability, *You* must:

1) Complete and sign a health and medical history form provided by *Us;*
2) Submit to a medical examination, if requested;
3) Submit verification of *Monthly Earnings*;
4) Provide any additional information and attending physicians' statements that *We* require; and
5) Furnish all such evidence at *Your* own expense.

CDI-47AA

**Core Plan - 50% to $10,000**

### *Who pays for Your coverage under the Core Plan?*

*Your* Employer pays the entire cost of *Your* coverage under the Core Plan.

CDI-6AA

**Buy Up Plan - 65% to $14,000**

### *Who pays for Your coverage under the Buy Up Plan?*

"Buy-Up Plan" refers to the combined level of benefits *You* receive from the Core Plan, for which *Your* Employer pays the cost, and the available additional benefits, for which *You* pay the cost.

CDI-6AA

### *Is premium payable while You receive benefits?*

*We* will waive premium for *You* during a period of *Disability* for which the *LTD Monthly Benefit* is payable under the Policy.  Premium payment is required during *Your Elimination Period* or any other period when the *LTD Monthly Benefit* is not payable under the Policy.

CDI-45AA

### *What happens if We are replacing an existing contract?*

**Effect on *Actively at Work* Provision**

If *You* were insured under the Prior Policy on the day before the Policy Effective Date, *You* may be covered by the Policy even if *You* fail to satisfy the *Actively at Work* requirement as stated in the *Are You eligible for this insurance?* provision.  *You* will receive credit for time covered under the Prior Policy.  This credit will be applied toward satisfaction of service waiting periods, *Elimination Period*s or any other periods of the same or similar provisions under the Policy.

**Effect on Benefits**

If *You* do not satisfy the *Actively at Work* requirement, *You* may still be eligible for benefits under the Policy as follows:

The benefits payable under the Policy will be the benefit which would have been payable under the terms of the Prior Policy if it had remained in force.  The benefits payable under the Policy will be reduced by any benefits paid under the Prior Policy for the same *Disability.*

Benefits will end on the earliest of the following:

1) the date that benefits would terminate in accordance with the provisions of the Policy; or
2) the date that benefits would terminate under the Prior Policy if it had remained in force.

The Prior Policy is the group disability insurance policy issued to the Employer by Continental Casualty Company whose coverage terminated as of the Policy Effective Date.

CDI-7AB

8

Bertacchi-Freeman/Hartford000038

*Effect on Pre-existing Conditions*

*You* will receive credit toward satisfaction of the *Pre-existing Condition* time periods under the Policy for the time *You* were covered under the Prior Policy.  If, after applying the time covered under the Prior Policy, *Your Disability* is due to a *Pre-existing Condition*, benefits shall be the lesser of:

1) the benefits payable under the Policy; or
2) the benefits that would have been payable under the Prior Policy if it had remained in force, taking into account the *Pre-existing Condition* provision, if any, of the Prior Policy.

CDI-8AA

# LONG TERM DISABILITY BENEFITS

### How do We define Disability?

*Disability* or *Disabled* means that *You* satisfy the Occupation Qualifier or the Earnings Qualifier as defined below.
CDI-9AA

**Occupation Qualifier**

*Disability* means that during the *Elimination Period* and the following 24 months, *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:

1) continuously unable to perform the *Material and Substantial Duties* of *Your Regular Occupation*; and
2) not *Gainfully Employed*.
CDI-10AB

After the *LTD Monthly Benefit* has been payable for 24 months, *Disability* means that *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:

1) continuously unable to engage in any occupation for which *You* are or become qualified by education, training or experience; and
2) not *Gainfully Employed*.
CDI-11AB

**Earnings Qualifier**

*You* may be considered *Disabled* during and after the *Elimination Period* in any month in which *You* are *Gainfully Employed*, if an *Injury* or *Sickness* is causing physical or mental impairment to such a degree of severity that *You* are unable to earn more than 80% of *Your Monthly Earnings* in any occupation for which *You* are qualified by education, training or experience.  On each anniversary of *Your Disability*, *We* will increase the *Monthly Earnings* by the lesser of the current annual percentage increase in *CPI-W*, or 10%.

*You* are not considered to be *Disabled* if *You* are able to earn more than 80% of *Your Monthly Earnings*.  Salary, wages, partnership or proprietorship draw, commissions, bonuses, or similar pay, and any other income *You* receive or are entitled to receive will be included.  Sick pay and salary continuance payments will not be included.  Any lump sum payment will be prorated, based on the time over which it accrued or the period for which it was paid.
CDI-13AB

**Loss of Professional License or Certification**

If *You* require a professional license or certification for *Your* occupation, loss of that professional license or certification does not in and of itself constitute *Disability* under the Occupation Qualifier or the Earnings Qualifier.
CDI-14AA

SBDI-C

Bertacchi-Freeman/Hartford000039

### What is the Elimination Period and how is it satisfied?

The *Elimination Period* begins on the day *You* become *Disabled*.  It is a period of continuous *Disability* which must be satisfied before *You* are eligible to receive benefits from *Us*.  *You* must be continuously *Disabled* through *Your Elimination Period*.

If *You* temporarily recover and return to work, *We* will treat *Your Disability* as continuous if *You* return to work for a period of less than one-half the *Elimination Period* as shown in the *Schedule of Benefits* not to exceed 90 days. The days that *You* are not *Disabled* will not count toward *Your Elimination Period*.

Any increases *You* receive in *Monthly Earnings* during *Your* return to work period will not be taken into consideration when calculating *Your LTD Monthly Benefit*.

If *You* return to work for a period greater than one-half the *Elimination Period*, or 90 days, whichever is less, and become *Disabled* again, *You* will have to begin a new *Elimination Period*.

### Can You satisfy Your Elimination Period if You are working?

*You* can satisfy *Your Elimination Period* if *You* are working, provided *You* meet the definition of *Disability*.

CDI-15AA

### What Disability Benefit are You eligible to receive?

If *You* are *Disabled*, *You* are eligible to receive one of the following at any given time:

1) an *LTD Monthly Benefit*; or
2) a Work Incentive Benefit.

While *You* are *Disabled*, *You* might be eligible to receive one or the other of the above, but *You* cannot receive more than one of these benefits at the same time.

CDI-16AA

**Core Plan - 50% to $10,000**

### What is Your LTD Monthly Benefit and how is it calculated?

*Your LTD Monthly Benefit* will be based on *Your Monthly Earnings* as reported to *Us* by *Your* Employer and for which premium has been paid.

An *LTD Monthly Benefit* will be provided after the end of the *Elimination Period* if *You* are *Disabled* according to the Occupation Qualifier provision.

*We* will calculate *Your Gross LTD Monthly Benefit* amount as follows:

1) Multiply *Your Monthly Earnings* by 50%.
2) The maximum *Gross LTD Monthly Benefit* is $10,000.
3) Compare the answers from Item 1 and Item 2.  The lesser of these two amounts is *Your Gross LTD Monthly Benefit*.
4) Subtract the Deductible Sources of Income from *Your Gross LTD Monthly Benefit*.  The resulting figure is *Your Net LTD Monthly Benefit*.

If a benefit is payable for less than one month, it will be paid on the basis of 1/30[th] of the *Net LTD Monthly Benefit* for each day of *Disability*.

CDI-17AB

Bertacchi-Freeman/Hartford000040

Buy Up Plan - 65% to $14,000

### *What is Your LTD Monthly Benefit and how is it calculated?*

*Your LTD Monthly Benefit* will be based on *Your Monthly Earnings* as reported to *Us* by *Your* Employer and for which premium has been paid.

An *LTD Monthly Benefit* will be provided after the end of the *Elimination Period* if *You* are *Disabled* according to the Occupation Qualifier provision.

*We* will calculate *Your Gross LTD Monthly Benefit* amount as follows:

1) Multiply *Your Monthly Earnings* by 65%.

2) The maximum *Gross LTD Monthly Benefit* is $14,000.

3) Compare the answers from Item 1 and Item 2.  The lesser of these two amounts is *Your Gross LTD Monthly Benefit*.

4) Subtract the Deductible Sources of Income from *Your Gross LTD Monthly Benefit*.  The resulting figure is *Your Net LTD Monthly Benefit*.

If a benefit is payable for less than one month, it will be paid on the basis of 1/30[th] of the *Net LTD Monthly Benefit* for each day of *Disability*.

CDI-17AB

### *How do We define Earnings?*

*Monthly Earnings* equals the monthly wage or salary that You we*re* receiving from Your Employer on the *Date of Disability.*  It includes:

1) employee contributions made through a salary reduction agreement with *Your* Employer to an IRC Section 401(k), 403(b), 501(c)(3), 457 deferred compensation plan, or any other qualified or non-qualified employee *Retirement Plan* or deferred compensation arrangement; and

2) commissions averaged over the preceding 12-month period or length of employment if less; and

3) amounts contributed to *Your* fringe benefits according to a salary reduction arrangement under an IRC Section 125 plan.

It does not include:

1) bonuses;

2) overtime pay;

3) Your Employer's contribution on Your behalf to a Retirement Plan or deferred compensation arrangement; or

4) any other extra compensation.

CDI-19AA

SBDI-C

Bertacchi-Freeman/Hartford000041

### *What are the Deductible Sources of Income?*

1) *Disability* benefits paid, payable, or for which there is a right under:

   a) The Social Security Act, including any amounts for which *Your* dependents may qualify because of *Your Disability*;

   b) Any Workers Compensation or Occupational Disease Act or Law, or any other law which provides compensation for an occupational *Injury* or *Sickness*;

   c) Occupational accident coverage provided by or through the Employer;

   d) Any Statutory Disability Benefit Law;

   e) The Railroad Retirement Act;

   f) The Canada Pension Plan, Quebec Pension Plan, or any other similar disability or pension plan or act;

   g) The Canada Old Age Security Act;

   h) Any Public Employee Retirement System Plan, or any State Teachers' Retirement System Plan, or any plan provided as an alternative to any of the above acts or plans.

2) *Disability* benefits paid under:

   a) Any group insurance plan provided by or through the Employer, and

   b) Any sick leave or salary continuance plan provided by or through the Employer.

3) Retirement benefits paid under the Social Security Act including any amounts for which *Your* dependents may qualify because of *Your* retirement;

4) Retirement and *Disability* benefits paid under a Retirement Plan provided by the Employer except for amounts attributable to *Your* contributions;

5) *Disability* benefits paid under any No Fault Auto Motor Vehicle coverage.

**Proration of Lump Sum Awards**

If any benefit described above is paid in a single sum through compromise settlement or as an advance on future liability, *We* will determine the amount of reduction to *Your Gross LTD Monthly Benefit* as follows:

1) *We* will divide the amount paid by the number of months for which the settlement or advance was provided; or

2) If the number of months for which the settlement or advance is made is not known, *We* will divide the amount of the settlement or advance by the expected remaining number of months for which *We* will provide benefits for *Your Disability* based on the Proof of *Disability* which *We* have, subject to a maximum of 60 months.

CDI-20AB

### *What other sources of income are not deductible?*

*We* will not reduce *Your Gross LTD Monthly Benefit* by any of the following:

1) deferred compensation arrangements such as 401(k), 403(b) or 457 plans;

2) credit *Disability* insurance;

3) pension plans for partners;

4) military pension and *Disability* income plans;

5) franchise *Disability* income plans;

6) individual *Disability* income plans;

7) a *Retirement Plan* from another Employer;

8) profit sharing plans;

9) thrift or savings plans;

10) individual retirement account (IRA);

11) tax sheltered annuity (TSA);

12) stock ownership plan.

CDI-21AB

SBDI-C

Bertacchi-Freeman/Hartford000042

*Can You work and still receive benefits?*

While *Disabled, You* may qualify for the Work Incentive Benefit.
CDI-22AA

**Work Incentive Benefit**

A Work Incentive Benefit will be provided if *You* are *Disabled* and *Gainfully Employed* after the end of the *Elimination Period,* or after a period during which *You* received *LTD Monthly Benefits.*

The Work Incentive Benefit will be calculated during the first 12 months of *Gainful Employment* as follows:

1) The *Net LTD Monthly Benefit* amount and *Disability Earnings* amount will be added together and compared to *Monthly Earnings.*

2) If the total amount in Item 1 exceeds 100% of *Monthly Earnings,* the Work Incentive Benefit amount will be equal to the *Net LTD Monthly Benefit* reduced by the amount of the excess.

3) If the total amount in Item 1 does not exceed 100% of *Monthly Earnings,* the Work Incentive Benefit will be equal to the *Net LTD Monthly Benefit* amount.

After the first 12 months of *Gainful Employment,* the Work Incentive Benefit will be equal to the *Net LTD Monthly Benefit* amount less 50% of *Disability Earnings.*

The Work Incentive Benefit will cease on the earliest of the following:

1) the date *You* are no longer *Disabled;* or

2) the end of the *Maximum Period Payable.*
CDI-23AB

*What is the minimum Net LTD Monthly Benefit payable under this program?*

The *Net LTD Monthly Benefit* payable for *Disability* will not be less than $100 or 10% of *Your Gross LTD Monthly Benefit,* whichever is greater.   The minimum *Net LTD Monthly Benefit* does not apply if *You* are *Gainfully Employed.*
CDI-25AB

*What happens if Your other benefits increase?*

The *Net LTD Monthly Benefit* will not be further reduced for subsequent cost-of-living increases which are paid, payable, or for which there is a right under any Deductible Source of Income shown above.
CDI-26AB

*How long will You receive benefits under this program?*

*We* will send *You* a payment for each month of *Disability* up to the *Maximum Period Payable* as shown in the *Schedule of Benefits.*   Payment of benefits is also subject to any benefit duration limitation pertaining to *Your Disability.*
CDI-27AB

*What happens if Your Disability recurs?*

If *Disability* for which benefits were payable ends but recurs due to the same or related causes less than 6 months after the end of a prior *Disability,* it will be considered a resumption of the prior *Disability.*  Such recurrent *Disability* shall be subject to the provisions of the Policy that were in effect at the time the prior *Disability* began.

*Disability* which recurs more than 6 months after the end of a prior *Disability* are subject to:

1) a new *Elimination Period*;

2) a new *Maximum Period Payable*; and

3) the other provisions of the Policy that are in effect on the date the *Disability* recurs.

*Disability* must recur while *Your* coverage is in force under the Policy.
CDI-28AA

Bertacchi-Freeman/Hartford000043

## EXCLUSIONS AND LIMITATIONS

### *What are the exclusions and limitations under this program?*

The policy does not cover any loss caused by or resulting from:
CDIX-1AA12

- declared or undeclared war or an act of either;
CDIX-2AA

- a *Pre-existing Condition*;
CDIX-4AA

- attempted suicide, while sane or insane, or intentional self-inflicted *Injury* or *Sickness*;
CDIX-5AA

- commission of or attempt to commit an act which is a felony in the jurisdiction in which the act occurred;
CDIX-6AA

- *Disability* beyond 24 months after the *Elimination Period* if it is due to a *Mental Disorder* of any type. Confinement in a *Hospital* or institution licensed to provide care and treatment for mental illness will not be counted as part of the 24-month limit.
CDIX-3AA

- Substance Abuse (drug or alcohol) related *Disability* unless *You* are participating in a substance abuse treatment program approved by the State.  The cost of the treatment program must be borne by *You,* or another group plan of *Your* Employer (such as a group health plan or Employee Assistance Program) if one is available and covers this type of treatment.  In no event will *LTD Monthly Benefits* for Substance Abuse be paid beyond the earliest of the date:

  1) 24 *LTD Monthly Benefit* payments have been made; or
  2) the *Maximum Period Payable* is reached; or
  3) *You* refuse to participate in an appropriate, available treatment program, or *You* leave the treatment program prior to completion; or
  4) *You* are no longer following the requirements of *Your* treatment plan under the program; or
  5) *You* complete the initial treatment plan, exclusive of any aftercare or follow-up services.
CDIX-29AB

Benefits are not payable for any period during which *You* are confined to a penal or correctional institution if the period of confinement exceeds 30 days.
CDIX-12AA

## TERMINATION OF COVERAGE

### *When will Your insurance terminate?*

*Your* coverage will terminate on the earliest of the following dates:

1) the date on which the Policy is terminated;
2) the date at the end of the period for which premium has been paid if the Employer fails to pay the required premium for *You* within 31 days after the premium due date, except for an inadvertent error; or
3) the date at the end of the pay cycle in which *You*:

   a) are no longer a member of a class eligible for this insurance,
   b) withdraw from the program,
   c) are retired or pensioned, or
   d) cease work because of a leave of absence, furlough, layoff, or temporary work stoppage due to a labor dispute, unless *We* and the Employer have agreed in writing in advance of the leave to continue insurance during such period.  Orders to active military service for 6 months or less will be covered subject to continued payment of premium.

Termination will not affect a covered loss which began before the date of termination.
CDI-30AB

Bertacchi-Freeman/Hartford000044

*Will coverage be continued if You are eligible for leave under FMLA?*

In the event *You* are eligible for and *Your* Employer approves a leave under the Family and Medical Leave Act of 1993 (FMLA), *Your* insurance will continue for a period of up to 12 weeks following the date the leave begins, provided the required premium continues to be paid.

*You* are eligible for leave under this Act in order to provide care:

1) After the birth of a child; or
2) After the legal adoption of a child; or
3) After the placement of a foster child in *Your* home; or
4) To a *Spouse*, child or parent due to their serious illness; or
5) For *Your* own serious health condition.

While granted a Family or Medical Leave of Absence:

1) The Employer must remit the required premium according to the terms of the policy; and
2) Coverage will terminate if *You* do not return to work as scheduled according to the terms of *Your* agreement with the Employer.

CDI-31AB

# *SUPPLEMENTAL BENEFITS AND SERVICES*

## *SURVIVOR INCOME BENEFIT*

### *What happens if You die while receiving benefits?*

If *You* die after having received a benefit provided by the Policy for at least 12 successive months and during a period for which benefits are payable, *We* will pay a Survivor Income Benefit. This benefit is equal to the amount *You* were last entitled to receive for the month preceding death.

The Survivor Income Benefit shall be payable on a monthly basis immediately after *We* receive written proof of *Your* death.  It is payable for 6 months. The benefit shall accrue from *Your* date of death.

This benefit is payable to the beneficiary, if any, named by *You* under the Policy.  If no such beneficiary exists, the benefit will be payable in accordance with the *Time of Payment of Claim* provision.

CDI-33AB

## *CLAIM SERVICES*

### *What other services are available to You while You are Disabled?*

If *You* are *Disabled* and eligible to receive *Disability* benefits under the Policy, *We* will evaluate *You* for eligibility to receive any of the following.  *We* will make the final determination for any of the following benefits or services.

**Worksite Modification Benefit**

*We* will assist *You* and *Your* Employer in identifying modifications *We* agree are likely to help *You* remain at work or return to work.  This agreement will be in writing and must be signed by *You, Your* Employer and *Us.*

When this occurs, *We* will reimburse *Your* Employer for the cost of the modification, up to the greater of:

1) $1,500; or
2) 2 months of *Your Net LTD Monthly Benefit.*

**Bertacchi-Freeman/Hartford000045**

**Vocational Rehabilitation Service**

Rehabilitation services are available when *We* determine that these services are reasonably required to assist in returning *You* to *Gainful Employment*.   Vocational rehabilitation services might include one or more of the following:

    1)  job modification;

    2)  job retraining;

    3)  job placement;

    4)  other activities.

Eligibility for vocational rehabilitation services is based upon *Your* education, training, work experience and physical and/or mental capacity.  To be considered for rehabilitation services:

    1)  *Your* Disability must prevent *You* from performing *Your Regular Occupation*;

    2)  *You* must have the physical and/or mental capacities necessary for successful completion of a rehabilitation program, and

    3)  There must be a reasonable expectation that rehabilitation services will help *You* return to *Gainful Employment*.

**Social Security Assistance**

When necessary, *We* will provide an advocate for *You*, in applying for and securing Social Security *Disability* awards.  When *We* determine that Social Security Assistance is appropriate for *You*, it is provided at no additional cost to *You*.
CDI-35AB

# *FILING A CLAIM*

## *What are the Claim Filing Requirements?*

**Initial Notice of Claim**

*We* ask that *You* notify *Us* of *Your* claim as soon as possible, so that *We* may make a timely decision on *Your* claim.  The Employer can assist *You* with the appropriate telephone number and address of *Our* Claim Department.  *You* must send *Us* written notice of *Your Disability* within 30 days of the *Date of Disability*, or as soon as reasonably possible.  Notice may be sent to *Our* Claim Department, The Hartford, P.O. Box 14306, Lexington, KY 40512-4306.

**Written Proof of Loss**

Within 15 days of *Our* being notified in writing of *Your* claim, *We* will supply *You* with the necessary claim forms. The claim form is to be completed and signed by *You*, the Employer and *Your Doctor*.  If *You* do not receive the appropriate claim forms within 15 days, then *You* will be considered to have met the requirements for written proof of loss if *We* receive written proof, which describes the occurrence, extent and nature of loss as stated in the Proof of *Disability* provision.

**Time Limit for Filing *Your* Claim**

*You* must furnish *Us* with written proof of loss within 90 days after the end of *Your Elimination Period*.  The length of the *Elimination Period* is stated in the *Schedule of Benefits*.  If it is not possible to give *Us* written proof within 90 days, the claim is not affected if the proof is given as soon as possible.  However, unless *You* are legally incapacitated, written proof of loss must be given no later than 1 year after the time proof is otherwise due.

No benefits are payable for claims submitted more than 1 year after the time proof is due.  However, *You* can request that benefits be paid for late claims if *You* can show that:

    1)  It was not reasonably possible to give written proof during the 1 year period, and

    2)  Proof of loss satisfactory to *Us* was given as soon as was reasonably possible.

SBDI-C

Bertacchi-Freeman/Hartford000046

**Proof of** *Disability*

The following items, supplied at *Your* expense, must be a part of *Your* proof of loss.  Failure to do so may delay, suspend or terminate *Your* benefits.

1) The date *Your Disability* began;

2) The cause of *Your Disability*;

3) The prognosis of *Your Disability*;

4) Proof that *You* are receiving *Appropriate and Regular Care* for *Your* condition from a *Doctor*, who is someone other than *You* or a member of *Your* immediate family, whose specialty or expertise is the most appropriate for *Your* disabling condition(s) according to *Generally Accepted Medical Practice*.

5) Objective medical findings which support *Your Disability*.  Objective medical findings include but are not limited to tests, procedures, or clinical examinations standardly accepted in the practice of medicine, for *Your* disabling condition(s).

6) The extent of *Your Disability*, including restrictions and limitations which are preventing *You* from performing *Your Regular Occupation*.

7) Appropriate documentation of *Your Monthly Earnings.*  If applicable, regular monthly documentation of *Your Disability Earnings*.

8) If *You* were contributing to the premium cost, *Your* Employer must supply proof of *Your* appropriate payroll deductions.

9) The name and address of any *Hospital* or *Health Care Facility* where *You* have been treated for *Your Disability*.

10) If applicable, proof of incurred costs covered under other benefits included in the Policy.

**Continuing Proof of** *Disability*

*You* may be asked to submit proof that *You* continue to be *Disabled* and are continuing to receive *Appropriate and Regular Care* of a *Doctor*.  Requests of this nature will only be as often as *We* feel reasonably necessary.  If so, this will be at *Your* expense and must be received within 30 days of *Our* request.  Failure to do so may delay, suspend or terminate *Your* benefits.

**Examination**

At *Our* expense, *We* have the right to have *You* examined as often as reasonably necessary while the claim continues.  Failure to comply with this examination may deny, suspend or terminate benefits, unless *We* agree *You* have a valid and acceptable reason for not complying.

**Authorization and Documentation** *You* **will be asked to supply**

1) *You* will be required to provide signed authorization for *Us* to obtain and release all reasonably necessary medical, financial or other non-medical information which support *Your Disability* claim. Failure to submit this information may deny, suspend or terminate *Your* benefits.

2) *You* will be required to supply proof that *You* have applied for other Deductible Income Benefits such as Workers' Compensation or Social Security *Disability* benefits, when applicable.

3) *You* will be required to notify *Us* when *You* receive or are awarded other Deductible Income Benefits.  *You* must tell *Us* the nature of the income benefit, the amount received, the period to which the benefit applies, and the duration of the benefit if it is being paid in installments.

CDI-36AB

Bertacchi-Freeman/Hartford000047

### Time of Payment of Claim

As soon as *We* have all necessary substantiating documentation for *Your Disability* claim, *Your* benefit will be paid on a monthly basis, so long as *You* continue to qualify for it.

*We* will pay benefits to *You* unless otherwise indicated.  If *You* die while *Your* claim is open, any due and unpaid *Disability* benefit will be paid to *Your* named beneficiary, if any.

If there is no surviving beneficiary, payment may be made, at *Our* option, to the surviving person or persons in the first of the following classes of successive preference beneficiaries: *Your:*  1) *Spouse*; 2) children including legally adopted children; 3) parents; 4) brothers or sisters; or 5) estate.

If any benefit is payable to an estate, a minor or a person not competent to give a valid release, *We* may pay up to $1,000 to any relative or beneficiary of *Yours* whom *We* deem to be entitled to this amount.  *We* will be discharged to the extent of such payment made by *Us* in good faith.
CDI-37AB

### Can you assign Your benefits?

*Your* benefits are not assignable, which means that *You* may not transfer *Your* benefits to anyone else.
CDI-38AA

### What will happen if a claim is overpaid?

A claim overpayment can occur when *You* receive a retroactive payment from a Deductible Source of Income; when *We* inadvertently make an error in the calculation of *Your* claim; or if fraud occurs.

In an overpayment situation, *We* will determine the method by which the repayment is made.  *You* will be required to sign an agreement with *Us* which details the source of the overpayment, the total amount *We* will recover and the method of recovery.  If *LTD Monthly Benefits* are suspended while recovery of the overpayment is being made, suspension will also apply to the minimum *LTD Monthly Benefits* payable under the Policy.

The overpayment amount equals the amount *We* paid in excess of the amount *We* should have paid under the Policy.
CDI-39AA

### Subrogation  –  Right of Reimbursement

When any claim payment is made, *We* reserve any and all rights to subrogation and/or reimbursement to the fullest extent allowed by statute and customary practice.  Any party to this contract shall not perform any act that will prejudice such rights without prior agreement with *Us*.

*We* will bear any expenses associated with *Our* pursuit of subrogation or recovery.
CDI-41AA

### Fraud

Any person who, knowingly and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any material false information or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act which is a crime and may subject such person to criminal and civil penalties.  Such penalties include, but are not limited to fines, denial or termination of insurance benefits, recovery of any amounts paid, civil damages, criminal prosecution and confinement in state prison.
CDI-42AA

Bertacchi-Freeman/Hartford000048

## *UNIFORM PROVISIONS*

### *Entire Contract; Changes*

The Policy, the Employer's application, the employee's certificate of coverage, and *Your* application, if any, and any other attached papers, form the entire contract between the parties.  Coverage under the Policy can be amended by mutual consent between the Employer and *Us*.  No change in the Policy is valid unless approved in writing by one of *Our* officers.  No agent has the right to change the Policy or to waive any of its provisions.

### *Statements on the Application*

Any statement made by the Employer or *You*, except for fraudulent misstatements, is considered a representation and not a warranty.  A copy of the statement will be provided to the Employer or *You*, whoever made the statement.  No statement of the Employer will be used to void the Policy after it has been in force for 2 years.  No statement of *Yours* will be used in defense of a claim after *You* have been insured for 2 years, except for fraudulent misstatements.

### *Legal Actions*

No legal action of any kind may be filed against *Us*:

1) within the 60 days after proof of *Disability* has been given; or
2) more than 3 years after proof of *Disability* must be filed, unless the law in the state where *You* live allows a longer period of time.

### *Conformity with State Statutes*

If any provision of the Policy conflicts with the statutes of the state in which the Policy was issued or delivered, it is automatically changed to meet the minimum requirements of the statute.
CDI-40AB

### *General Provisions*

*We* have the right to inspect all of the Employer's records on the Policy at any reasonable time.  This right will extend until:

1) 2 years after termination of the Policy; or
2) all claims under the Policy have been settled,

whichever is later.

The Policy is in the Employer's possession and may be inspected by *You* at any time during normal business hours at the Employer's office.

The Policy is not in lieu of and does not affect any requirements for coverage by Workers' Compensation Insurance.
CDI-43AB

Bertacchi-Freeman/Hartford000049

## DEFINITIONS

The following are key words and phrases used in this certificate.  When these words and phrases, or forms of them, are used, they are capitalized and italicized in the text.  As *You* read this certificate, refer back to these definitions.

***Actively at Work*** or ***Active Work*** means that *You* must be:

1) working at the Employer's usual place of business, or on assignment for the purpose of furthering the Employer's business; and
2) performing the *Material and Substantial Duties* of *Your Regular Occupation* on a full-time basis.
CDID-1AB

***Appropriate and Regular Care*** means that *You* are regularly visiting a *Doctor* as frequently as medically required to meet *Your* basic health needs.  The effect of the care should be of demonstrable medical value for *Your* disabling condition(s) to effectively attain and/or maintain *Maximum Medical Improvement*.
CDID-4AA

***Date of Disability*** is the date *We* determine *Your Injury* or *Sickness* impairs *Your* ability to perform *Your Regular Occupation*.
CDID-5AA

***Disability*** or ***Disabled*** means that *You* satisfy either the Occupation Qualifier or the Earnings Qualifier.
CDID-6AA

***Disability Earnings*** is the wage or salary *You* earn from *Gainful Employment* after a *Disability* begins.  It includes partnership or proprietorship draw, commissions, bonuses, or similar pay, and any other income *You* receive or are entitled to receive.  It does not include Social Security, sick pay, salary continuance payments or any other *Disability* payment *You* receive as a result of *Your Disability*.  Any lump sum payment will be prorated, based on the time over which it accrued or the period for which it was paid.
CDID-7AB

***Doctor*** means a person legally licensed to practice medicine, psychiatry, psychology or psychotherapy, who is neither *You* nor a member of *Your* immediate family.  A licensed medical practitioner is a *Doctor* if applicable state law requires that such practitioners be recognized for purposes of certification of *Disability*, and the treatment provided by the practitioner is within the scope of his or her license.
CDID-8AA

***Elimination Period*** means the number of calendar days at the beginning of a continuous period of *Disability* for which no benefits are payable.  The *Elimination Period* is shown in the *Schedule of Benefits*.
CDID-9AA

***Gainful Employment*** or ***Gainfully Employed*** means the performance of any occupation for wages, remuneration or profit, for which *You* are qualified by education, training or experience on a full-time or part-time basis, and which *We* approve and for which *We* reserve the right to modify approval in the future.
CDID-10AB

***Generally Accepted Medical Practice*** or ***Generally Accepted in the Practice of Medicine*** means care and treatment which is consistent with relevant guidelines of national medical, research and health care coverage organizations and governmental agencies.
CDID-11AA

***Gross LTD Monthly Benefit*** means that benefit shown in the *Schedule of Benefits* which applies to *You*.
CDID-20AGross

***Hospital or Health Care Facility*** is a legally operated, accredited facility licensed to provide full-time care and treatment for the condition(s) causing *Your Disability*.  It is operated by a full-time staff of licensed physicians and registered nurses.  It does not include facilities which primarily provide custodial, educational or rehabilitative care.
CDID-12AA

SBDI-C

Bertacchi-Freeman/Hartford000050

***Injury*** means bodily injury caused by an accident which results, directly and independently of all other causes, in *Disability* which begins while *Your* coverage is in force.
CDID-13AA

***LTD*** means Long Term Disability.
CDID-35AA

***Male pronoun***, whenever used, includes the female.
CDID-16AA

***Material and Substantial Duties*** means the necessary functions of *Your Regular Occupation* which cannot be reasonably omitted or altered.
CDID-17AA

***Maximum Medical Improvement*** is the level at which, based on reasonable medical probability, further material recovery from, or lasting improvement to, an *Injury* or *Sickness* can no longer be reasonably anticipated.
CDID-18AA

***Maximum Period Payable***, as shown in the *Schedule of Benefits*, means the longest period of time that *We* will make payments to *You* for any one period of *Disability*.
CDID-32AA

***Mental Disorder*** means a disorder found in the current diagnostic standards of the American Psychiatric Association.
CDID-19AA

***Net LTD Monthly Benefit*** means the *Gross LTD Monthly Benefit* less the Deductible Sources of Income.
CDID-20ANet

***Pre-existing Condition*** means a condition for which medical treatment or advice was rendered, prescribed or recommended within 3 months prior to *Your* effective date of insurance.   A condition shall no longer be considered pre-existing if it causes *Disability* which begins after *You* have been insured under the Policy for a period of 12 months.
CDID-21BA

***Regular Occupation*** means the occupation that *You* are performing for income or wages on *Your Date of Disability*.  It is not limited to the specific position *You* held with *Your* Employer.
CDID-22BA

***Retirement Plan*** means a plan which provides retirement benefits to employees and is not funded wholly by employee contributions.
CDID-24AA

***Schedule of Benefits*** means the schedule which is a part of this certificate.
CDID-28AA

***Sickness*** means sickness or disease causing *Disability* which begins while *Your* coverage is in force.
CDID-26AA

***Spouse*** means lawful spouse in the jurisdiction in which *You* reside.
CDID-27AA

***We, Our*** and ***Us*** mean the Hartford Life and Accident Insurance Company.
CDID-29AA

***You, Your*** and ***Yours*** means the employee to whom this certificate is issued and whose insurance is in force under the terms of the Policy.
CDID-30AA

Bertacchi-Freeman/Hartford000051



# HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

**Simsbury, Connecticut**

(A stock insurance company)

**Group Insurance Policy No.**  83120674

**Employer:**  Cardinal Health, Inc.

It is understood and agreed that the above listed Policy is amended as follows:

This rider is intended to amend Your certificate, as indicated below, to comply with the laws of Your state of residence.  Only those references to benefits, provisions or terms actually included in Your certificate will affect Your coverage.  In addition, any reference made herein to Dependent coverage will only apply if Dependent coverage is provided in Your certificate.

For <u>Oregon</u> residents:

The following is added to the **WHEN WILL YOUR INSURANCE TERMINATE** provision for Employers with 10 or more employees:

**Jury Duty**

If You are scheduled to serve or are required to serve as a juror, Your coverage may be continued until the last day of Your Jury Duty, provided You:

    1)   elected to have Your coverage continued; and

    2)   provided notice of the election to Your employer in accordance with Your employer's notification policy.

In all other respects the Policy will remain the same.

Payment of the Policy premium after the Employer's receipt of this Rider is deemed acceptance of this Rider, unless a written objection is received within <u>60 days</u> after the Employer's receipt.

This Rider takes effect on <u>the Policy Effective Date</u> at 12:01 A.M., Standard Time, at the address of the Employer.  It is hereby attached to and forms a part of the Policy.  It expires concurrently with the Policy, and is subject to all the definitions, conditions and provisions of the Policy not inconsistent with this Rider.

With respect to the individual Certificates of Insurance, this Rider will take effect on the date shown above for those individuals insured on that date, and will end concurrently with each Certificate.  For those insured subsequent to the effective date of this Rider, this Rider will begin and end concurrently with each Certificate.

SBDI-C

**Bertacchi-Freeman/Hartford000052**

This Rider has been duly executed by the undersigned.

Signed for Hartford Life and Accident Insurance Company

**Terence Shields,** *Secretary*          **Ronald R. Gendreau,** *President*

PA-3057 (HLA) ET (SBDI)

Bertacchi-Freeman/Hartford000053

# IMPORTANT ERISA WELFARE PLAN INFORMATION

The following section contains information provided to You at the request of the Plan Administrator of Your Plan to meet certain requirements of the Employee Retirement Income Security Act of 1974, as amended, (ERISA). All inquiries related to the following material should be referred directly to Your Plan Administrator.

## DISCRETIONARY AUTHORITY

The Policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable, by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.  The plan administrator and other plan fiduciaries have discretionary authority to determine Your eligibility for and entitlement to benefits under the Policy.  The plan administrator has delegated sole discretionary authority to Hartford Life and Accident Insurance Company to determine Your eligibility for benefits and to interpret the terms and provisions of the plan and any policy issued in connection with it.

Bertacchi-Freeman/Hartford000054

## *COMPLAINT NOTICE*

THIS NOTICE IS TO ADVISE YOU THAT ANY COMPLAINTS REGARDING THIS GROUP INSURANCE PLAN
MAY BE DIRECTED TO:

> The Hartford
> P.O. Box 2999
> Hartford, CT 06104
> (800) 572-9047

and/or

> Illinois Department of Insurance
> Consumer Division or Public Service Section
> Springfield, IL 62767

Bertacchi-Freeman/Hartford000055

**NOTICE CONCERNING COVERAGE
LIMITATIONS AND EXCLUSIONS UNDER THE
OHIO LIFE AND HEALTH INSURANCE
GUARANTY ASSOCIATION ACT**

Residents of Ohio who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Ohio Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the guaranty association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the guaranty association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

---

**The Ohio Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Ohio. You should not rely on coverage by the Ohio Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.**

**Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus. You should check with your insurance company representative to determine if you are only covered in part or not covered at all.**

**Insurance companies or their agents are required by law to give or send you this notice.** *However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.*

**Ohio Life and Health Insurance Guaranty Association
1840 Mackenzie Drive
Columbus, Ohio 43220**

**Ohio Department of Insurance
50 W. Town Street
Third Floor, Suite 300
Columbus, Ohio 43215**

---

The state law that provides for this safety-net coverage is called the Ohio Life and Health Insurance Guaranty Association Act. On the next page is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the guaranty association.

(please turn to next page)

Bertacchi-Freeman/Hartford000056

COVERAGE

Generally, individuals will be protected by the life and health insurance guaranty association if they live in Ohio and hold a life or health insurance contract, annuity contract, unallocated annuity contract, or if they are insured under a group insurance contract, issued by a member insurer.  The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## EXCLUSIONS FROM COVERAGE

However, persons holding such policies are **not** protected by this association if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- the insurer was not authorized to do business in this state;
- their policy was issued by a medical, health or dental care corporation, an HMO, a fraternal benefit society, a mutual protective association or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The association also does **not** provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- any policy of reinsurance (unless an assumption certificate was issued);
- interest rate yields that exceed an average rate;
- dividends;
- credits given in connection with the administration of a policy by a group contract holder;
- employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them).

## LIMITS ON AMOUNT OF COVERAGE

The act also limits the amount the association is obligated to pay out: the association cannot pay more than what the insurance company would owe under a policy or contract.  Also, for any one insured life, the association will pay a maximum of $300,000 - no matter how many policies and contracts there were with the same company, even if they provided different types of coverages.  Within this overall $300,000 limit, the Association will not pay more than $100,000 in cash surrender values, $100,000 in health insurance benefits, $250,000 in present value of annuities, or $300,000 in life insurance death benefits - again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages.

**Note to benefit plan trustees or other holders of unallocated annuities (GICs, DACs, etc.) covered by the act:**  For unallocated annuities that fund governmental retirement plans under §401(k), 403(b) or 457 of the Internal Revenue Code, the limit is $250,000 in present value of annuity benefits including net cash surrender and net cash withdrawal per participating individual.  In no event shall the association be liable to spend more than $300,000 in the aggregate per individual.  For covered unallocated annuities that fund other plans, a special limit of $1,000,000 applies to each contract holder, regardless of the number of contracts held with the same company or number of persons covered.  In all cases, of course, the contract limits also apply.

**For more information about the Ohio Life & Health Insurance Guaranty Assocation, visit our website at: olhiga.org.**

Bertacchi-Freeman/Hartford000057



The Hartford[®] is The Hartford Financial Services Group, Inc. and its subsidiaries, including issuing companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.

Bertacchi-Freeman/Hartford000058

# Group
# Long Term Disability
# Insurance


**Designed for Employees of**

**Class 1**

# Cardinal Health, Inc.



Bertacchi-Freeman/Hartford000059

Bertacchi-Freeman/Hartford000060



# THE HARTFORD

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
**Simsbury, Connecticut**
(A stock insurance company)

## Having issued Group Policy No.  83120674

## to

## Cardinal Health, Inc.

**(herein called the Employer)**

## CERTIFICATE OF INSURANCE

CERTIFIES that *You* are insured provided that *You* qualify under the ELIGIBILITY provision, become insured and remain insured in accordance with the terms of the policy.   *Your* insurance is subject to all the definitions, limitations and conditions of the policy.  It takes effect on the effective date stated in the EFFECTIVE DATE provision.

This certificate describes *Your* eligibility for benefits and the terms and provisions of the policy.  It replaces and cancels any other certificate previously issued to *You* under the policy.

CDI-1AB

Signed for Hartford Life and Accident Insurance Company

**Terence Shields, *Secretary***                                    **Ronald R. Gendreau, *President***

**Group Long Term Disability Certificate**

**THIS IS NOT A WORKERS' COMPENSATION CERTIFICATE**

SBDI-C

2

Bertacchi-Freeman/Hartford000061

## TABLE OF CONTENTS

**PROVISION**                                                              **PAGE**

*Schedule Of Benefits* .................................................................................................................... 4

*Eligibility And Effective Dates* ....................................................................................................... 7

*Long Term Disability Benefits* ........................................................................................................ 9

*Exclusions And Limitations* ......................................................................................................... 14

*Termination Of Coverage* ............................................................................................................ 14

*Supplemental Benefits And Services* .......................................................................................... 15

      *Survivor Income Benefit* ....................................................................................................... 15

*Claim Services* ............................................................................................................................ 15

*Filing A Claim* ............................................................................................................................. 16

*Uniform Provisions* ..................................................................................................................... 19

*Definitions* .................................................................................................................................. 20

Note:  All terms in *italics* are listed and defined in the Definitions section or within the certificate itself.
<sub>CDI-3AA</sub>

Bertacchi-Freeman/Hartford000062

# SCHEDULE OF BENEFITS

## Effective as of:   July 1, 2015

| | |
|---|---|
| **Employer:** | Cardinal Health, Inc. |
| **Policy Number:** | 83120674 |
| **Effective Date:** | July 1, 2004 |
| **Eligibility:** | All active*, regular employees excluding Medsystems (Former Project Wheels) of the Employer who are not members of a collective bargaining unit. |
| | Full-time means Actively Working an average** of at least 30 hours per week for the Holder.  All temporary, seasonal or retired employees of the Holder are not eligible. |
| **Waiting Period:** | • If You enter a class eligible for insurance on or before the Policy Effective Date - No Waiting Period<br>• If You enter a class eligible for insurance after the Policy Effective Date - No Waiting Period |
| **Elimination Period:** | 180 Days |
| | Elimination Period is extended to the later of the period shown above or the expiration of *Your* Short Term Disability benefits. |
| **Core Plan - 50% to $10,000<br>LTD Monthly Benefit:** | 50% of *Monthly Earnings* to a maximum benefit of $10,000 per month subject to reduction by deductible sources of income or *Disability Earnings.* |
| **Buy Up Plan - 65% to $14,000<br>LTD Monthly Benefit:** | 65% of *Monthly Earnings* to a maximum benefit of $14,000 per month subject to reduction by deductible sources of income or *Disability Earnings.* |
| **Social Security Offset Method:** | Family Social Security |
| **Core Plan - 50% to $10,000<br>Employer Contribution:** | Premium for the Core Plan is paid fully by the Employer for all eligible employees. |
| **Buy Up Plan - 65% to $14,000<br>Employer Contribution:** | Premium for the additional benefits represented by the Buy-Up Plan is paid by employees who have elected to increase their coverage above that available under the Core Plan. |

SBDI-C

4

Bertacchi-Freeman/Hartford000063

**Maximum Period Payable:**

| Age at *Disability* | Maximum Period Payable |
|---|---|
| Age 61 or younger | To Retirement Age* |
| Age 62 | 42 months or to Retirement Age*, whichever is longer |
| Age 63 | 36 months or to Retirement Age*, whichever is longer |
| Age 64 | 30 months or to Retirement Age*, whichever is longer |
| Age 65 | 24 months or to Retirement Age*, whichever is longer |
| Age 66 | 21 months or to Retirement Age*, whichever is longer |
| Age 67 | 18 months or to Retirement Age*, whichever is longer |
| Age 68 | 15 months or to Retirement Age*, whichever is longer |
| Age 69 or over | 12 months |

**\*SOCIAL SECURITY NORMAL RETIREMENT AGES**

Based on the 1983 amendment to the Social Security Act, the following are normal retirement ages by date of birth:

| Year of Birth | Social Security Normal Retirement Age |
|---|---|
| 1937 or earlier | 65 years |
| 1938 | 65 years, 2 months |
| 1939 | 65 years, 4 months |
| 1940 | 65 years, 6 months |
| 1941 | 65 years, 8 months |
| 1942 | 65 years, 10 months |
| 1943 – 1954 | 66 years |
| 1955 | 66 years, 2 months |
| 1956 | 66 years, 4 months |
| 1957 | 66 years, 6 months |
| 1958 | 66 years, 8 months |
| 1959 | 66 years, 10 months |
| 1960 or later | 67 years |

**Core Plan - 50% to $10,000**

**Reinstatement:**

If, after termination of an employee's coverage because of termination of employment, the employee is rehired within 12 months after the date of termination and is eligible as stated in the Eligiblity provision, the employee's coverage may be reinstated.  The request for reinstatement and payment of premium must be made within 31 days after becoming eligible again.

Coverage will be reinstated and become effective on the date *Your* reinstatement is accepted by the Employer or *Us,* provided *You* are *Actively-at-Work.*   If *You* are not *Actively-at-Work* on that date, the effective date of the reinstatement will be the date *You* return to *Active Work.*

Time periods for *Pre-existing Conditions* will be credited for the period between the employee's date of termination and the date of reinstatement as if there had been no break in coverage.

5

Bertacchi-Freeman/Hartford000064

**Buy Up Plan - 65% to $14,000**

**Reinstatement:**    If, after termination of an employee's coverage because of termination of employment, the employee is rehired within 12 months after the date of termination and is eligible as stated in the Eligiblity provision, the employee's coverage may be reinstated.  The request for reinstatement and payment of premium must be made within 31 days after becoming eligible again.

Coverage will be reinstated and become effective on the date *Your* reinstatement is accepted by the Employer or *Us,* provided *You* are *Actively-at-Work*.   If *You* are not *Actively-at-Work* on that date, the effective date of the reinstatement will be the date *You* return to *Active Work*.

If the request for reinstatement and payment of premium is not made within 31 days after the employee resumes eligibility, reinstatement will be subject to *Our* approval of the employee's *Evidence of Insurability*. *We* will notify the employee of the date of reinstatement.

Time periods for *Pre-existing Conditions* will be credited for the period between the employee's date of termination and the date of reinstatement as if there had been no break in coverage.

## *OTHER FEATURES*

The following other features are included:

- Waiver of Premium
- Work Incentive Benefit
- Minimum Benefit
- Recurrent Disability
- FMLA Coverage Extension
- Survivor Benefit
- Worksite Modification Benefit
- Vocational Rehabilitation Service
- Social Security Assistance
- Continuity of Coverage

**THIS SCHEDULE OF BENEFITS CANCELS AND REPLACES ALL OTHER SCHEDULES PREVIOUSLY ISSUED TO *YOU* UNDER THE POLICY.  IT OUTLINES THE POLICY FEATURES.  THE FOLLOWING PAGES PROVIDE A COMPLETE DESCRIPTION OF THE PROVISIONS OF *YOUR* CERTIFICATE.**

SOBC

**Bertacchi-Freeman/Hartford000065**

## *ELIGIBILITY AND EFFECTIVE DATES*

### *Are You eligible for this insurance?*

All active*, regular employees excluding Medsystems (Former Project Wheels) of the Employer who are not members of a collective bargaining unit.

Full-time means Actively Working an average** of at least 30 hours per week for the Holder.  All temporary, seasonal or retired employees of the Holder are not eligible.

The waiting period is stated in the *Schedule of Benefits.*
CDI-4AA

### *When does Your insurance become effective?*

**Core Plan**

If *You* are eligible as of the Policy Effective Date, *Your* coverage under the Core Plan shall take effect on such Date.  If *You* become eligible after the Policy Effective Date, *Your* coverage under the Core Plan shall become effective on the date *You* become an eligible employee.

If, because of *Injury* or *Sickness*, *You* are eligible but not *Actively at Work* on the date coverage under the Core Plan would otherwise take effect, it will take effect on the day *You* return to *Active Work*.

**Buy-Up Plan**

If *You* enroll for additional benefits of the Buy-Up Plan on or before the Policy Effective Date, *Your* coverage shall take effect on the Policy Effective Date.  If *You* first become eligible for the Buy-Up Plan after the Policy Effective Date *You* may enroll within 31 days of becoming eligible.  *Your* coverage will take effect on the date *Your* Employer receives *Your* signed enrollment form.

If, because of *Injury* or *Sickness*, *You* are eligible but not *Actively at Work* on the date coverage under the Buy-Up Plan would otherwise take effect, it will take effect on the day *You* return to *Active Work* for a continuous period equal to the time *You* were not *Actively Working*.  This return to *Active Work* requirement will not exceed 30 days.

If *You* initially waive coverage or fail to enroll in the Buy-Up Plan *You* may change *Your* election and choose to be insured the Buy-Up Plan:

1) during an annual enrollment period; or
2) if *You* experience a change in family status.  A "change in family status" with respect to this insurance arises out of one of the following circumstances:  marriage, divorce, birth of or adoption of a child, death of a spouse or child, commencement of spouse's employment, or termination of spouse's employment.

If *You* choose to be insured under the Buy-Up Plan during an annual enrollment period, the Buy-Up coverage will be subject to the Buy-Up Plan Pre-Existing Condition Exclusion below.

If *You* choose to be insured under the Buy-Up Plan because of a change in family status, *You* must enroll for coverage and provide proof of the qualifying change in family status within 31 days after the date of the change.  *You* will not be required to submit Evidence of Insurability.  *Your* election change will take effect on the date *Your* employer receives the signed enrollment form.
CDI-5AA

### *Buy-Up Plan Pre-Existing Condition*

The portion of the Buy-Up Plan that exceeds the coverage available under the Core Plan will not apply to any *Disability* caused by a condition for which medical treatment or advice was rendered, prescribed or recommended within 12 months prior to the effective date of the Buy-Up Plan.  A condition shall no longer be considered pre-existing if it causes *Disability* that begins after the Buy Up Plan has been in force for a period of 12 months.
CDI-46AA

**Bertacchi-Freeman/Hartford000066**

*Evidence of Insurability*

If *You* are required to submit Evidence of Insurability, *You* must:

1) Complete and sign a health and medical history form provided by *Us*;
2) Submit to a medical examination, if requested;
3) Submit verification of *Monthly Earnings*;
4) Provide any additional information and attending physicians' statements that *We* require; and
5) Furnish all such evidence at *Your* own expense.

CDI-47AA

**Core Plan - 50% to $10,000**

### Who pays for Your coverage under the Core Plan?

*Your* Employer pays the entire cost of *Your* coverage under the Core Plan.

CDI-6AA

**Buy Up Plan - 65% to $14,000**

### Who pays for Your coverage under the Buy Up Plan?

"Buy-Up Plan" refers to the combined level of benefits *You* receive from the Core Plan, for which *Your* Employer pays the cost, and the available additional benefits, for which *You* pay the cost.

CDI-6AA

### Is premium payable while You receive benefits?

*We* will waive premium for *You* during a period of *Disability* for which the *LTD Monthly Benefit* is payable under the Policy.  Premium payment is required during *Your Elimination Period* or any other period when the *LTD Monthly Benefit* is not payable under the Policy.

CDI-45AA

### What happens if We are replacing an existing contract?

**Effect on *Actively at Work* Provision**

If *You* were insured under the Prior Policy on the day before the Policy Effective Date, *You* may be covered by the Policy even if *You* fail to satisfy the *Actively at Work* requirement as stated in the *Are You eligible for this insurance?* provision.  *You* will receive credit for time covered under the Prior Policy.  This credit will be applied toward satisfaction of service waiting periods, *Elimination Period*s or any other periods of the same or similar provisions under the Policy.

**Effect on Benefits**

If *You* do not satisfy the *Actively at Work* requirement, *You* may still be eligible for benefits under the Policy as follows:

The benefits payable under the Policy will be the benefit which would have been payable under the terms of the Prior Policy if it had remained in force.  The benefits payable under the Policy will be reduced by any benefits paid under the Prior Policy for the same *Disability.*

Benefits will end on the earliest of the following:

1) the date that benefits would terminate in accordance with the provisions of the Policy; or
2) the date that benefits would terminate under the Prior Policy if it had remained in force.

The Prior Policy is the group disability insurance policy issued to the Employer by Continental Casualty Company whose coverage terminated as of the Policy Effective Date.

CDI-7AB

Bertacchi-Freeman/Hartford000067

*Effect on Pre-existing Conditions*

*You* will receive credit toward satisfaction of the *Pre-existing Condition* time periods under the Policy for the time *You* were covered under the Prior Policy.  If, after applying the time covered under the Prior Policy, *Your Disability* is due to a *Pre-existing Condition*, benefits shall be the lesser of:

1) the benefits payable under the Policy; or
2) the benefits that would have been payable under the Prior Policy if it had remained in force, taking into account the *Pre-existing Condition* provision, if any, of the Prior Policy.

CDI-8AA

# *LONG TERM DISABILITY BENEFITS*

### How do We define Disability?

*Disability* or *Disabled* means that *You* satisfy the Occupation Qualifier or the Earnings Qualifier as defined below.
CDI-9AA

**Occupation Qualifier**

*Disability* means that during the *Elimination Period* and the following 24 months, *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:

1) continuously unable to perform the *Material and Substantial Duties* of *Your Regular Occupation*; and
2) not *Gainfully Employed*.
CDI-10AB

After the *LTD Monthly Benefit* has been payable for 24 months, *Disability* means that *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:

1) continuously unable to engage in any occupation for which *You* are or become qualified by education, training or experience; and
2) not *Gainfully Employed*.
CDI-11AB

**Earnings Qualifier**

*You* may be considered *Disabled* during and after the *Elimination Period* in any month in which *You* are *Gainfully Employed*, if an *Injury* or *Sickness* is causing physical or mental impairment to such a degree of severity that *You* are unable to earn more than 80% of *Your Monthly Earnings* in any occupation for which *You* are qualified by education, training or experience.  On each anniversary of *Your Disability*, *We* will increase the *Monthly Earnings* by the lesser of the current annual percentage increase in *CPI-W*, or 10%.

*You* are not considered to be *Disabled* if *You* are able to earn more than 80% of *Your Monthly Earnings*.  Salary, wages, partnership or proprietorship draw, commissions, bonuses, or similar pay, and any other income *You* receive or are entitled to receive will be included.  Sick pay and salary continuance payments will not be included.  Any lump sum payment will be prorated, based on the time over which it accrued or the period for which it was paid.
CDI-13AB

**Loss of Professional License or Certification**

If *You* require a professional license or certification for *Your* occupation, loss of that professional license or certification does not in and of itself constitute *Disability* under the Occupation Qualifier or the Earnings Qualifier.
CDI-14AA

Bertacchi-Freeman/Hartford000068

### What is the Elimination Period and how is it satisfied?

The *Elimination Period* begins on the day *You* become *Disabled*.  It is a period of continuous *Disability* which must be satisfied before *You* are eligible to receive benefits from *Us*.  *You* must be continuously *Disabled* through *Your Elimination Period*.

If *You* temporarily recover and return to work, *We* will treat *Your Disability* as continuous if *You* return to work for a period of less than one-half the *Elimination Period* as shown in the *Schedule of Benefits* not to exceed 90 days. The days that *You* are not *Disabled* will not count toward *Your Elimination Period*.

Any increases *You* receive in *Monthly Earnings* during *Your* return to work period will not be taken into consideration when calculating *Your LTD Monthly Benefit*.

If *You* return to work for a period greater than one-half the *Elimination Period*, or 90 days, whichever is less, and become *Disabled* again, *You* will have to begin a new *Elimination Period*.

### Can You satisfy Your Elimination Period if You are working?

*You* can satisfy *Your Elimination Period* if *You* are working, provided *You* meet the definition of *Disability*.
CDI-15AA

### What Disability Benefit are You eligible to receive?

If *You* are *Disabled*, *You* are eligible to receive one of the following at any given time:

1) an *LTD Monthly Benefit*; or
2) a Work Incentive Benefit.

While *You* are *Disabled*, *You* might be eligible to receive one or the other of the above, but *You* cannot receive more than one of these benefits at the same time.
CDI-16AA

**Core Plan - 50% to $10,000**

### What is Your LTD Monthly Benefit and how is it calculated?

*Your LTD Monthly Benefit* will be based on *Your Monthly Earnings* as reported to *Us* by *Your* Employer and for which premium has been paid.

An *LTD Monthly Benefit* will be provided after the end of the *Elimination Period* if *You* are *Disabled* according to the Occupation Qualifier provision.

*We* will calculate *Your Gross LTD Monthly Benefit* amount as follows:

1) Multiply *Your Monthly Earnings* by 50%.
2) The maximum *Gross LTD Monthly Benefit* is $10,000.
3) Compare the answers from Item 1 and Item 2.  The lesser of these two amounts is *Your Gross LTD Monthly Benefit*.
4) Subtract the Deductible Sources of Income from *Your Gross LTD Monthly Benefit*.  The resulting figure is *Your Net LTD Monthly Benefit*.

If a benefit is payable for less than one month, it will be paid on the basis of 1/30[th] of the *Net LTD Monthly Benefit* for each day of *Disability*.
CDI-17AB

Bertacchi-Freeman/Hartford000069

**Buy Up Plan - 65% to $14,000**

### *What is Your LTD Monthly Benefit and how is it calculated?*

*Your LTD Monthly Benefit* will be based on *Your Monthly Earnings* as reported to *Us* by *Your* Employer and for which premium has been paid.

An *LTD Monthly Benefit* will be provided after the end of the *Elimination Period* if *You* are *Disabled* according to the Occupation Qualifier provision.

*We* will calculate *Your Gross LTD Monthly Benefit* amount as follows:

1) Multiply *Your Monthly Earnings* by 65%.
2) The maximum *Gross LTD Monthly Benefit* is $14,000.
3) Compare the answers from Item 1 and Item 2.  The lesser of these two amounts is *Your Gross LTD Monthly Benefit*.
4) Subtract the Deductible Sources of Income from *Your Gross LTD Monthly Benefit*.  The resulting figure is *Your Net LTD Monthly Benefit*.

If a benefit is payable for less than one month, it will be paid on the basis of 1/30[th] of the *Net LTD Monthly Benefit* for each day of *Disability*.

CDI-17AB

### *How do We define Earnings?*

*Monthly Earnings* equals the monthly wage or salary that You were receiving from Your Employer on the *Date of Disability*.  It includes:

1) employee contributions made through a salary reduction agreement with *Your* Employer to an IRC Section 401(k), 403(b), 501(c)(3), 457 deferred compensation plan, or any other qualified or non-qualified employee *Retirement Plan* or deferred compensation arrangement; and

2) commissions averaged over the preceding 12-month period or length of employment if less; and

3) amounts contributed to *Your* fringe benefits according to a salary reduction arrangement under an IRC Section 125 plan.

It does not include:

1) bonuses;
2) overtime pay;
3) Your Employer's contribution on Your behalf to a Retirement Plan or deferred compensation arrangement; or
4) any other extra compensation.

CDI-19AA

Bertacchi-Freeman/Hartford000070

### *What are the Deductible Sources of Income?*

1) *Disability* benefits paid, payable, or for which there is a right under:

   a) The Social Security Act, including any amounts for which *Your* dependents may qualify because of *Your Disability*;

   b) Any Workers Compensation or Occupational Disease Act or Law, or any other law which provides compensation for an occupational *Injury* or *Sickness*;

   c) Occupational accident coverage provided by or through the Employer;

   d) Any Statutory Disability Benefit Law;

   e) The Railroad Retirement Act;

   f) The Canada Pension Plan, Quebec Pension Plan, or any other similar disability or pension plan or act;

   g) The Canada Old Age Security Act;

   h) Any Public Employee Retirement System Plan, or any State Teachers' Retirement System Plan, or any plan provided as an alternative to any of the above acts or plans.

2) *Disability* benefits paid under:

   a) Any group insurance plan provided by or through the Employer, and

   b) Any sick leave or salary continuance plan provided by or through the Employer.

3) Retirement benefits paid under the Social Security Act including any amounts for which *Your* dependents may qualify because of *Your* retirement;

4) Retirement and *Disability* benefits paid under a Retirement Plan provided by the Employer except for amounts attributable to *Your* contributions;

5) *Disability* benefits paid under any No Fault Auto Motor Vehicle coverage.

### Proration of Lump Sum Awards

If any benefit described above is paid in a single sum through compromise settlement or as an advance on future liability, *We* will determine the amount of reduction to *Your Gross LTD Monthly Benefit* as follows:

1) *We* will divide the amount paid by the number of months for which the settlement or advance was provided; or

2) If the number of months for which the settlement or advance is made is not known, *We* will divide the amount of the settlement or advance by the expected remaining number of months for which *We* will provide benefits for *Your Disability* based on the Proof of *Disability* which *We* have, subject to a maximum of 60 months.

CDI-20AB

### *What other sources of income are not deductible?*

*We* will not reduce *Your Gross LTD Monthly Benefit* by any of the following:

1) deferred compensation arrangements such as 401(k), 403(b) or 457 plans;

2) credit *Disability* insurance;

3) pension plans for partners;

4) military pension and *Disability* income plans;

5) franchise *Disability* income plans;

6) individual *Disability* income plans;

7) a *Retirement Plan* from another Employer;

8) profit sharing plans;

9) thrift or savings plans;

10) individual retirement account (IRA);

11) tax sheltered annuity (TSA);

12) stock ownership plan.

CDI-21AB

Bertacchi-Freeman/Hartford000071

*Can You work and still receive benefits?*

While *Disabled, You* may qualify for the Work Incentive Benefit.

CDI-22AA

**Work Incentive Benefit**

A Work Incentive Benefit will be provided if *You* are *Disabled* and *Gainfully Employed* after the end of the *Elimination Period,* or after a period during which *You* received *LTD Monthly Benefits.*

The Work Incentive Benefit will be calculated during the first 12 months of *Gainful Employment* as follows:

1) The *Net LTD Monthly Benefit* amount and *Disability Earnings* amount will be added together and compared to *Monthly Earnings.*

2) If the total amount in Item 1 exceeds 100% of *Monthly Earnings*, the Work Incentive Benefit amount will be equal to the *Net LTD Monthly Benefit* reduced by the amount of the excess.

3) If the total amount in Item 1 does not exceed 100% of *Monthly Earnings*, the Work Incentive Benefit will be equal to the *Net LTD Monthly Benefit* amount.

After the first 12 months of *Gainful Employment*, the Work Incentive Benefit will be equal to the *Net LTD Monthly Benefit* amount less 50% of *Disability Earnings.*

The Work Incentive Benefit will cease on the earliest of the following:

1) the date *You* are no longer *Disabled;* or
2) the end of the *Maximum Period Payable.*

CDI-23AB

*What is the minimum Net LTD Monthly Benefit payable under this program?*

The *Net LTD Monthly Benefit* payable for *Disability* will not be less than $100 or 10% of *Your Gross LTD Monthly Benefit*, whichever is greater.   The minimum *Net LTD Monthly Benefit* does not apply if *You* are *Gainfully Employed.*

CDI-25AB

*What happens if Your other benefits increase?*

The *Net LTD Monthly Benefit* will not be further reduced for subsequent cost-of-living increases which are paid, payable, or for which there is a right under any Deductible Source of Income shown above.

CDI-26AB

*How long will You receive benefits under this program?*

*We* will send *You* a payment for each month of *Disability* up to the *Maximum Period Payable* as shown in the *Schedule of Benefits.*   Payment of benefits is also subject to any benefit duration limitation pertaining to *Your Disability.*

CDI-27AB

*What happens if Your Disability recurs?*

If *Disability* for which benefits were payable ends but recurs due to the same or related causes less than 6 months after the end of a prior *Disability*, it will be considered a resumption of the prior *Disability*.   Such recurrent *Disability* shall be subject to the provisions of the Policy that were in effect at the time the prior *Disability* began.

*Disability* which recurs more than 6 months after the end of a prior *Disability* are subject to:

1) a new *Elimination Period*;
2) a new *Maximum Period Payable*; and
3) the other provisions of the Policy that are in effect on the date the *Disability* recurs.

*Disability* must recur while *Your* coverage is in force under the Policy.

CDI-28AA

Bertacchi-Freeman/Hartford000072

## EXCLUSIONS AND LIMITATIONS

### What are the exclusions and limitations under this program?

The policy does not cover any loss caused by or resulting from:
CDIX-1AA12

- declared or undeclared war or an act of either;
CDIX-2AA

- a *Pre-existing Condition*;
CDIX-4AA

- attempted suicide, while sane or insane, or intentional self-inflicted *Injury* or *Sickness*;
CDIX-5AA

- commission of or attempt to commit an act which is a felony in the jurisdiction in which the act occurred;
CDIX-6AA

- *Disability* beyond 24 months after the *Elimination Period* if it is due to a *Mental Disorder* of any type. Confinement in a *Hospital* or institution licensed to provide care and treatment for mental illness will not be counted as part of the 24-month limit.
CDIX-3AA

- Substance Abuse (drug or alcohol) related *Disability* unless *You* are participating in a substance abuse treatment program approved by the State.  The cost of the treatment program must be borne by *You,* or another group plan of *Your* Employer (such as a group health plan or Employee Assistance Program) if one is available and covers this type of treatment.  In no event will *LTD Monthly Benefits* for Substance Abuse be paid beyond the earliest of the date:

  1) 24 *LTD Monthly Benefit* payments have been made; or
  2) the *Maximum Period Payable* is reached; or
  3) *You* refuse to participate in an appropriate, available treatment program, or *You* leave the treatment program prior to completion; or
  4) *You* are no longer following the requirements of *Your* treatment plan under the program; or
  5) *You* complete the initial treatment plan, exclusive of any aftercare or follow-up services.
CDIX-29AB

Benefits are not payable for any period during which *You* are confined to a penal or correctional institution if the period of confinement exceeds 30 days.
CDIX-12AA

## TERMINATION OF COVERAGE

### When will Your insurance terminate?

*Your* coverage will terminate on the earliest of the following dates:

1) the date on which the Policy is terminated;
2) the date at the end of the period for which premium has been paid if the Employer fails to pay the required premium for *You* within 31 days after the premium due date, except for an inadvertent error; or
3) the date at the end of the pay cycle in which *You*:

   a) are no longer a member of a class eligible for this insurance,
   b) withdraw from the program,
   c) are retired or pensioned, or
   d) cease work because of a leave of absence, furlough, layoff, or temporary work stoppage due to a labor dispute, unless *We* and the Employer have agreed in writing in advance of the leave to continue insurance during such period.  Orders to active military service for 6 months or less will be covered subject to continued payment of premium.

Termination will not affect a covered loss which began before the date of termination.
CDI-30AB

Bertacchi-Freeman/Hartford000073

*Will coverage be continued if You are eligible for leave under FMLA?*

In the event *You* are eligible for and *Your* Employer approves a leave under the Family and Medical Leave Act of 1993 (FMLA), *Your* insurance will continue for a period of up to 12 weeks following the date the leave begins, provided the required premium continues to be paid.

*You* are eligible for leave under this Act in order to provide care:

1) After the birth of a child; or
2) After the legal adoption of a child; or
3) After the placement of a foster child in *Your* home; or
4) To a *Spouse*, child or parent due to their serious illness; or
5) For *Your* own serious health condition.

While granted a Family or Medical Leave of Absence:

1) The Employer must remit the required premium according to the terms of the policy; and
2) Coverage will terminate if *You* do not return to work as scheduled according to the terms of *Your* agreement with the Employer.

CDI-31AB

# *SUPPLEMENTAL BENEFITS AND SERVICES*

## *SURVIVOR INCOME BENEFIT*

*What happens if You die while receiving benefits?*

If *You* die after having received a benefit provided by the Policy for at least 12 successive months and during a period for which benefits are payable, *We* will pay a Survivor Income Benefit. This benefit is equal to the amount *You* were last entitled to receive for the month preceding death.

The Survivor Income Benefit shall be payable on a monthly basis immediately after *We* receive written proof of *Your* death.  It is payable for 6 months. The benefit shall accrue from *Your* date of death.

This benefit is payable to the beneficiary, if any, named by *You* under the Policy.  If no such beneficiary exists, the benefit will be payable in accordance with the *Time of Payment of Claim* provision.

CDI-33AB

## *CLAIM SERVICES*

*What other services are available to You while You are Disabled?*

If *You* are *Disabled* and eligible to receive *Disability* benefits under the Policy, *We* will evaluate *You* for eligibility to receive any of the following.  *We* will make the final determination for any of the following benefits or services.

**Worksite Modification Benefit**

*We* will assist *You* and *Your* Employer in identifying modifications *We* agree are likely to help *You* remain at work or return to work.  This agreement will be in writing and must be signed by *You, Your* Employer and *Us.*

When this occurs, *We* will reimburse *Your* Employer for the cost of the modification, up to the greater of:

1) $1,500; or
2) 2 months of *Your Net LTD Monthly Benefit.*

**Bertacchi-Freeman/Hartford000074**

**Vocational Rehabilitation Service**

Rehabilitation services are available when *We* determine that these services are reasonably required to assist in returning *You* to *Gainful Employment*.   Vocational rehabilitation services might include one or more of the following:

1) job modification;

2) job retraining;

3) job placement;

4) other activities.

Eligibility for vocational rehabilitation services is based upon *Your* education, training, work experience and physical and/or mental capacity.   To be considered for rehabilitation services:

1) *Your* Disability must prevent *You* from performing *Your Regular Occupation*;

2) *You* must have the physical and/or mental capacities necessary for successful completion of a rehabilitation program, and

3) There must be a reasonable expectation that rehabilitation services will help *You* return to *Gainful Employment*.

**Social Security Assistance**

When necessary, *We* will provide an advocate for *You*, in applying for and securing Social Security *Disability* awards.   When *We* determine that Social Security Assistance is appropriate for *You*, it is provided at no additional cost to *You*.

CDI-35AB

# *FILING A CLAIM*

## *What are the Claim Filing Requirements?*

**Initial Notice of Claim**

*We* ask that *You* notify *Us* of *Your* claim as soon as possible, so that *We* may make a timely decision on *Your* claim. The Employer can assist *You* with the appropriate telephone number and address of *Our* Claim Department.   *You* must send *Us* written notice of *Your Disability* within 30 days of the *Date of Disability*, or as soon as reasonably possible.   Notice may be sent to *Our* Claim Department, The Hartford, P.O. Box 14306, Lexington, KY 40512-4306.

**Written Proof of Loss**

Within 15 days of *Our* being notified in writing of *Your* claim, *We* will supply *You* with the necessary claim forms. The claim form is to be completed and signed by *You*, the Employer and *Your Doctor*.  If *You* do not receive the appropriate claim forms within 15 days, then *You* will be considered to have met the requirements for written proof of loss if *We* receive written proof, which describes the occurrence, extent and nature of loss as stated in the Proof of *Disability* provision.

**Time Limit for Filing *Your* Claim**

*You* must furnish *Us* with written proof of loss within 90 days after the end of *Your Elimination Period*.   The length of the *Elimination Period* is stated in the *Schedule of Benefits*.   If it is not possible to give *Us* written proof within 90 days, the claim is not affected if the proof is given as soon as possible.   However, unless *You* are legally incapacitated, written proof of loss must be given no later than 1 year after the time proof is otherwise due.

No benefits are payable for claims submitted more than 1 year after the time proof is due.   However, *You* can request that benefits be paid for late claims if *You* can show that:

1) It was not reasonably possible to give written proof during the 1 year period, and

2) Proof of loss satisfactory to *Us* was given as soon as was reasonably possible.

SBDI-C

**Bertacchi-Freeman/Hartford000075**

**Proof of *Disability***

The following items, supplied at *Your* expense, must be a part of *Your* proof of loss.  Failure to do so may delay, suspend or terminate *Your* benefits.

1) The date *Your Disability* began;

2) The cause of *Your Disability*;

3) The prognosis of *Your Disability*;

4) Proof that *You* are receiving *Appropriate and Regular Care* for *Your* condition from a *Doctor*, who is someone other than *You* or a member of *Your* immediate family, whose specialty or expertise is the most appropriate for *Your* disabling condition(s) according to *Generally Accepted Medical Practice*.

5) Objective medical findings which support *Your Disability*.  Objective medical findings include but are not limited to tests, procedures, or clinical examinations standardly accepted in the practice of medicine, for *Your* disabling condition(s).

6) The extent of *Your Disability*, including restrictions and limitations which are preventing *You* from performing *Your Regular Occupation*.

7) Appropriate documentation of *Your Monthly Earnings*.  If applicable, regular monthly documentation of *Your Disability Earnings*.

8) If *You* were contributing to the premium cost, *Your* Employer must supply proof of *Your* appropriate payroll deductions.

9) The name and address of any *Hospital* or *Health Care Facility* where *You* have been treated for *Your Disability*.

10) If applicable, proof of incurred costs covered under other benefits included in the Policy.

**Continuing Proof of *Disability***

*You* may be asked to submit proof that *You* continue to be *Disabled* and are continuing to receive *Appropriate and Regular Care* of a *Doctor*.  Requests of this nature will only be as often as *We* feel reasonably necessary.  If so, this will be at *Your* expense and must be received within 30 days of *Our* request.  Failure to do so may delay, suspend or terminate *Your* benefits.

**Examination**

At *Our* expense, *We* have the right to have *You* examined as often as reasonably necessary while the claim continues.  Failure to comply with this examination may deny, suspend or terminate benefits, unless *We* agree *You* have a valid and acceptable reason for not complying.

**Authorization and Documentation *You* will be asked to supply**

1) *You* will be required to provide signed authorization for *Us* to obtain and release all reasonably necessary medical, financial or other non-medical information which support *Your Disability* claim. Failure to submit this information may deny, suspend or terminate *Your* benefits.

2) *You* will be required to supply proof that *You* have applied for other Deductible Income Benefits such as Workers' Compensation or Social Security *Disability* benefits, when applicable.

3) *You* will be required to notify *Us* when *You* receive or are awarded other Deductible Income Benefits. *You* must tell *Us* the nature of the income benefit, the amount received, the period to which the benefit applies, and the duration of the benefit if it is being paid in installments.

CDI-36AB

Bertacchi-Freeman/Hartford000076

### Time of Payment of Claim

As soon as *We* have all necessary substantiating documentation for *Your Disability* claim, *Your* benefit will be paid on a monthly basis, so long as *You* continue to qualify for it.

*We* will pay benefits to *You* unless otherwise indicated.  If *You* die while *Your* claim is open, any due and unpaid *Disability* benefit will be paid to *Your* named beneficiary, if any.

If there is no surviving beneficiary, payment may be made, at *Our* option, to the surviving person or persons in the first of the following classes of successive preference beneficiaries: *Your:*  1) *Spouse*; 2) children including legally adopted children; 3) parents; 4) brothers or sisters; or 5) estate.

If any benefit is payable to an estate, a minor or a person not competent to give a valid release, *We* may pay up to $1,000 to any relative or beneficiary of *Yours* whom *We* deem to be entitled to this amount.  *We* will be discharged to the extent of such payment made by *Us* in good faith.
CDI-37AB

### Can you assign Your benefits?

*Your* benefits are not assignable, which means that *You* may not transfer *Your* benefits to anyone else.
CDI-38AA

### What will happen if a claim is overpaid?

A claim overpayment can occur when *You* receive a retroactive payment from a Deductible Source of Income; when *We* inadvertently make an error in the calculation of *Your* claim; or if fraud occurs.

In an overpayment situation, *We* will determine the method by which the repayment is made.  *You* will be required to sign an agreement with *Us* which details the source of the overpayment, the total amount *We* will recover and the method of recovery.  If *LTD Monthly Benefits* are suspended while recovery of the overpayment is being made, suspension will also apply to the minimum *LTD Monthly Benefits* payable under the Policy.

The overpayment amount equals the amount *We* paid in excess of the amount *We* should have paid under the Policy.
CDI-39AA

### Subrogation  –  Right of Reimbursement

When any claim payment is made, *We* reserve any and all rights to subrogation and/or reimbursement to the fullest extent allowed by statute and customary practice.  Any party to this contract shall not perform any act that will prejudice such rights without prior agreement with *Us*.

*We* will bear any expenses associated with *Our* pursuit of subrogation or recovery.
CDI-41AA

### Fraud

Any person who, knowingly and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any material false information or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act which is a crime and may subject such person to criminal and civil penalties.  Such penalties include, but are not limited to fines, denial or termination of insurance benefits, recovery of any amounts paid, civil damages, criminal prosecution and confinement in state prison.
CDI-42AA

Bertacchi-Freeman/Hartford000077

## UNIFORM PROVISIONS

### Entire Contract; Changes

The Policy, the Employer's application, the employee's certificate of coverage, and *Your* application, if any, and any other attached papers, form the entire contract between the parties.  Coverage under the Policy can be amended by mutual consent between the Employer and *Us*.  No change in the Policy is valid unless approved in writing by one of *Our* officers.  No agent has the right to change the Policy or to waive any of its provisions.

### Statements on the Application

Any statement made by the Employer or *You*, except for fraudulent misstatements, is considered a representation and not a warranty.  A copy of the statement will be provided to the Employer or *You*, whoever made the statement.  No statement of the Employer will be used to void the Policy after it has been in force for 2 years.  No statement of *Yours* will be used in defense of a claim after *You* have been insured for 2 years, except for fraudulent misstatements.

### Legal Actions

No legal action of any kind may be filed against *Us*:

  1)  within the 60 days after proof of *Disability* has been given; or
  2)  more than 3 years after proof of *Disability* must be filed, unless the law in the state where *You* live allows a longer period of time.

### Conformity with State Statutes

If any provision of the Policy conflicts with the statutes of the state in which the Policy was issued or delivered, it is automatically changed to meet the minimum requirements of the statute.
CDI-40AB

### General Provisions

*We* have the right to inspect all of the Employer's records on the Policy at any reasonable time.  This right will extend until:

  1)  2 years after termination of the Policy; or
  2)  all claims under the Policy have been settled,

whichever is later.

The Policy is in the Employer's possession and may be inspected by *You* at any time during normal business hours at the Employer's office.

The Policy is not in lieu of and does not affect any requirements for coverage by Workers' Compensation Insurance.
CDI-43AB

SBDI-C

19

Bertacchi-Freeman/Hartford000078

# *DEFINITIONS*

The following are key words and phrases used in this certificate.  When these words and phrases, or forms of them, are used, they are capitalized and italicized in the text.  As *You* read this certificate, refer back to these definitions.

***Actively at Work*** or ***Active Work*** means that *You* must be:

1) working at the Employer's usual place of business, or on assignment for the purpose of furthering the Employer's business; and
2) performing the *Material and Substantial Duties* of *Your Regular Occupation* on a full-time basis.

CDID-1AB

***Appropriate and Regular Care*** means that *You* are regularly visiting a *Doctor* as frequently as medically required to meet *Your* basic health needs.  The effect of the care should be of demonstrable medical value for *Your* disabling condition(s) to effectively attain and/or maintain *Maximum Medical Improvement*.

CDID-4AA

***Date of Disability*** is the date *We* determine *Your Injury* or *Sickness* impairs *Your* ability to perform *Your Regular Occupation*.

CDID-5AA

***Disability*** or ***Disabled*** means that *You* satisfy either the Occupation Qualifier or the Earnings Qualifier.

CDID-6AA

***Disability Earnings*** is the wage or salary *You* earn from *Gainful Employment* after a *Disability* begins.  It includes partnership or proprietorship draw, commissions, bonuses, or similar pay, and any other income *You* receive or are entitled to receive.  It does not include Social Security, sick pay, salary continuance payments or any other *Disability* payment *You* receive as a result of *Your Disability*.  Any lump sum payment will be prorated, based on the time over which it accrued or the period for which it was paid.

CDID-7AB

***Doctor*** means a person legally licensed to practice medicine, psychiatry, psychology or psychotherapy, who is neither *You* nor a member of *Your* immediate family.  A licensed medical practitioner is a *Doctor* if applicable state law requires that such practitioners be recognized for purposes of certification of *Disability*, and the treatment provided by the practitioner is within the scope of his or her license.

CDID-8AA

***Elimination Period*** means the number of calendar days at the beginning of a continuous period of *Disability* for which no benefits are payable.  The *Elimination Period* is shown in the *Schedule of Benefits*.

CDID-9AA

***Gainful Employment*** or ***Gainfully Employed*** means the performance of any occupation for wages, remuneration or profit, for which *You* are qualified by education, training or experience on a full-time or part-time basis, and which *We* approve and for which *We* reserve the right to modify approval in the future.

CDID-10AB

***Generally Accepted Medical Practice*** or ***Generally Accepted in the Practice of Medicine*** means care and treatment which is consistent with relevant guidelines of national medical, research and health care coverage organizations and governmental agencies.

CDID-11AA

***Gross LTD Monthly Benefit*** means that benefit shown in the *Schedule of Benefits* which applies to *You*.

CDID-20AGross

***Hospital or Health Care Facility*** is a legally operated, accredited facility licensed to provide full-time care and treatment for the condition(s) causing *Your Disability*.  It is operated by a full-time staff of licensed physicians and registered nurses.  It does not include facilities which primarily provide custodial, educational or rehabilitative care.

CDID-12AA

SBDI-C

Bertacchi-Freeman/Hartford000079

**Injury** means bodily injury caused by an accident which results, directly and independently of all other causes, in *Disability* which begins while *Your* coverage is in force.
CDID-13AA

**LTD** means Long Term Disability.
CDID-35AA

**Male pronoun**, whenever used, includes the female.
CDID-16AA

**Material and Substantial Duties** means the necessary functions of *Your Regular Occupation* which cannot be reasonably omitted or altered.
CDID-17AA

**Maximum Medical Improvement** is the level at which, based on reasonable medical probability, further material recovery from, or lasting improvement to, an *Injury* or *Sickness* can no longer be reasonably anticipated.
CDID-18AA

**Maximum Period Payable**, as shown in the *Schedule of Benefits*, means the longest period of time that *We* will make payments to *You* for any one period of *Disability*.
CDID-32AA

**Mental Disorder** means a disorder found in the current diagnostic standards of the American Psychiatric Association.
CDID-19AA

**Net LTD Monthly Benefit** means the *Gross LTD Monthly Benefit* less the Deductible Sources of Income.
CDID-20ANet

**Pre-existing Condition** means a condition for which medical treatment or advice was rendered, prescribed or recommended within 3 months prior to *Your* effective date of insurance.  A condition shall no longer be considered pre-existing if it causes *Disability* which begins after *You* have been insured under the Policy for a period of 12 months.
CDID-21BA

**Regular Occupation** means the occupation that *You* are performing for income or wages on *Your Date of Disability*.  It is not limited to the specific position *You* held with *Your* Employer.
CDID-22BA

**Retirement Plan** means a plan which provides retirement benefits to employees and is not funded wholly by employee contributions.
CDID-24AA

**Schedule of Benefits** means the schedule which is a part of this certificate.
CDID-28AA

**Sickness** means sickness or disease causing *Disability* which begins while *Your* coverage is in force.
CDID-26AA

**Spouse** means lawful spouse in the jurisdiction in which *You* reside.
CDID-27AA

**We, Our** and **Us** mean the Hartford Life and Accident Insurance Company.
CDID-29AA

**You, Your** and **Yours** means the employee to whom this certificate is issued and whose insurance is in force under the terms of the Policy.
CDID-30AA

Bertacchi-Freeman/Hartford000080



# HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

**Simsbury, Connecticut**

(A stock insurance company)

**Group Insurance Policy No.**  83120674

**Employer:**  Cardinal Health, Inc.

It is understood and agreed that the above listed Policy is amended as follows:

This rider is intended to amend Your certificate, as indicated below, to comply with the laws of Your state of residence.  Only those references to benefits, provisions or terms actually included in Your certificate will affect Your coverage.  In addition, any reference made herein to Dependent coverage will only apply if Dependent coverage is provided in Your certificate.

For <u>Oregon</u> residents:

The following is added to the **WHEN WILL YOUR INSURANCE TERMINATE** provision for Employers with 10 or more employees:

**Jury Duty**

If You are scheduled to serve or are required to serve as a juror, Your coverage may be continued until the last day of Your Jury Duty, provided You:

1)   elected to have Your coverage continued; and

2)   provided notice of the election to Your employer in accordance with Your employer's notification policy.

In all other respects the Policy will remain the same.

Payment of the Policy premium after the Employer's receipt of this Rider is deemed acceptance of this Rider, unless a written objection is received within <u>60 days</u> after the Employer's receipt.

This Rider takes effect on <u>the Policy Effective Date</u> at 12:01 A.M., Standard Time, at the address of the Employer.  It is hereby attached to and forms a part of the Policy.  It expires concurrently with the Policy, and is subject to all the definitions, conditions and provisions of the Policy not inconsistent with this Rider.

With respect to the individual Certificates of Insurance, this Rider will take effect on the date shown above for those individuals insured on that date, and will end concurrently with each Certificate.  For those insured subsequent to the effective date of this Rider, this Rider will begin and end concurrently with each Certificate.

Bertacchi-Freeman/Hartford000081

This Rider has been duly executed by the undersigned.

Signed for Hartford Life and Accident Insurance Company

**Terence Shields,** *Secretary*          **Ronald R. Gendreau,** *President*

PA-3057 (HLA) ET (SBDI)

Bertacchi-Freeman/Hartford000082

## IMPORTANT ERISA WELFARE PLAN INFORMATION

The following section contains information provided to You at the request of the Plan Administrator of Your Plan to meet certain requirements of the Employee Retirement Income Security Act of 1974, as amended, (ERISA). All inquiries related to the following material should be referred directly to Your Plan Administrator.

## DISCRETIONARY AUTHORITY

The Policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable, by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.  The plan administrator and other plan fiduciaries have discretionary authority to determine Your eligibility for and entitlement to benefits under the Policy.  The plan administrator has delegated sole discretionary authority to Hartford Life and Accident Insurance Company to determine Your eligibility for benefits and to interpret the terms and provisions of the plan and any policy issued in connection with it.

24

Bertacchi-Freeman/Hartford000083

## COMPLAINT NOTICE

THIS NOTICE IS TO ADVISE YOU THAT ANY COMPLAINTS REGARDING THIS GROUP INSURANCE PLAN MAY BE DIRECTED TO:

The Hartford
P.O. Box 2999
Hartford, CT 06104
(800) 572-9047

and/or

Illinois Department of Insurance
Consumer Division or Public Service Section
Springfield, IL 62767

25

Bertacchi-Freeman/Hartford000084

**NOTICE CONCERNING COVERAGE**
**LIMITATIONS AND EXCLUSIONS UNDER THE**
**OHIO LIFE AND HEALTH INSURANCE**
**GUARANTY ASSOCIATION ACT**

Residents of Ohio who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Ohio Life and Health Insurance Guaranty Association.  The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations.  If this should happen, the guaranty association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force.  The valuable extra protection provided by these insurers through the guaranty association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

---

     **The Ohio Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Ohio.  You should not rely on coverage by the Ohio Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.**

     **Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.  You should check with your insurance company representative to determine if you are only covered in part or not covered at all.**

     **Insurance companies or their agents are required by law to give or send you this notice.  *However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.***

**Ohio Life and Health Insurance Guaranty Association**
**1840 Mackenzie Drive**
**Columbus, Ohio 43220**

**Ohio Department of Insurance**
**50 W. Town Street**
**Third Floor, Suite 300**
**Columbus, Ohio 43215**

---

The state law that provides for this safety-net coverage is called the Ohio Life and Health Insurance Guaranty Association Act.  On the next page is a brief summary of this law's coverages, exclusions and limits.  This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the guaranty association.

(please turn to next page)

Bertacchi-Freeman/Hartford000085

**COVERAGE**

Generally, individuals will be protected by the life and health insurance guaranty association if they live in Ohio and hold a life or health insurance contract, annuity contract, unallocated annuity contract, or if they are insured under a group insurance contract, issued by a member insurer.  The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

**EXCLUSIONS FROM COVERAGE**

However, persons holding such policies are **not** protected by this association if:
- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- the insurer was not authorized to do business in this state;
- their policy was issued by a medical, health or dental care corporation, an HMO, a fraternal benefit society, a mutual protective association or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The association also does **not** provide coverage for:
- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- any policy of reinsurance (unless an assumption certificate was issued);
- interest rate yields that exceed an average rate;
- dividends;
- credits given in connection with the administration of a policy by a group contract holder;
- employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them).

**LIMITS ON AMOUNT OF COVERAGE**

The act also limits the amount the association is obligated to pay out: the association cannot pay more than what the insurance company would owe under a policy or contract.  Also, for any one insured life, the association will pay a maximum of $300,000 - no matter how many policies and contracts there were with the same company, even if they provided different types of coverages.  Within this overall $300,000 limit, the Association will not pay more than $100,000 in cash surrender values, $100,000 in health insurance benefits, $250,000 in present value of annuities, or $300,000 in life insurance death benefits - again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages.

**Note to benefit plan trustees or other holders of unallocated annuities (GICs, DACs, etc.) covered by the act:**  For unallocated annuities that fund governmental retirement plans under §401(k), 403(b) or 457 of the Internal Revenue Code, the limit is $250,000 in present value of annuity benefits including net cash surrender and net cash withdrawal per participating individual.  In no event shall the association be liable to spend more than $300,000 in the aggregate per individual.  For covered unallocated annuities that fund other plans, a special limit of $1,000,000 applies to each contract holder, regardless of the number of contracts held with the same company or number of persons covered.  In all cases, of course, the contract limits also apply.

**For more information about the Ohio Life & Health Insurance Guaranty Assocation, visit our website at: olhiga.org.**

**Bertacchi-Freeman/Hartford000086**



The Hartford[®] is The Hartford Financial Services Group, Inc. and its subsidiaries, including issuing companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.

Bertacchi-Freeman/Hartford000087

# Group
# Long Term Disability
# Insurance

## Designed for Employees of

# Cardinal Health, Inc.



Bertacchi-Freeman/Hartford000088



# THE HARTFORD

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

**Simsbury, Connecticut**

(A stock insurance company)

## Having issued Group Policy No.  83120674

## to

## Cardinal Health, Inc.

**(herein called the Employer)**

## CERTIFICATE OF INSURANCE

CERTIFIES that *You* are insured provided that *You* qualify under the ELIGIBILITY provision, become insured and remain insured in accordance with the terms of the policy.  *Your* insurance is subject to all the definitions, limitations and conditions of the policy.  It takes effect on the effective date stated in the EFFECTIVE DATE provision.

This certificate describes *Your* eligibility for benefits and the terms and provisions of the policy.  It replaces and cancels any other certificate previously issued to *You* under the policy.

CDI-1AB

Signed for Hartford Life and Accident Insurance Company





**Richard G. Costello, Secretary**          **Thomas M. Marra, President**

**Group Long Term Disability Certificate**

**THIS IS NOT A WORKERS' COMPENSATION CERTIFICATE**

**SBDI-C**

Bertacchi-Freeman/Hartford000089

## TABLE OF CONTENTS

**PROVISION**                                                                 **PAGE**

Schedule Of Benefits ....................................................................................................................... 3

Eligibility And Effective Dates............................................................................................................ 6

Long Term Disability Benefits............................................................................................................ 8

Exclusions And Limitations ............................................................................................................. 13

Termination Of Coverage................................................................................................................. 13

Supplemental Benefits And Services............................................................................................... 14

    Survivor Income Benefit............................................................................................................ 14

Claim Services................................................................................................................................. 14

Filing A Claim .................................................................................................................................. 15

Uniform Provisions........................................................................................................................... 18

Definitions........................................................................................................................................ 19

Note:  All terms in *italics* are listed and defined in the Definitions section or within the certificate itself.
CDI-3AA

SBDI-C

Bertacchi-Freeman/Hartford000090

## SCHEDULE OF BENEFITS

### Effective as of:   September 1, 2008

| | |
|---|---|
| **Employer:** | Cardinal Health, Inc. |
| **Policy Number:** | 83120674 |
| **Effective Date:** | July 1, 2004 |
| **Eligibility:** | All active*, regular employees excluding Medsystems (Former Project Wheels) of the Employer working in the United States of America who are not members of a collective bargaining unit. |
| | Full-time means Actively Working an average** of at least 20 hours per week for the Holder.  All temporary, seasonal or retired employees of the Holder are not eligible. |

**Waiting Period:**
- If You enter a class eligible for insurance on or before the Policy Effective Date - No Waiting Period
- If You enter a class eligible for insurance after the Policy Effective Date - No Waiting Period

| | |
|---|---|
| **Elimination Period:** | 180 Days |
| | Elimination Period is extended to the later of the period shown above or the expiration of *Your* Short Term Disability benefits. |
| **Core Plan - 50% to $10,000 LTD Monthly Benefit:** | 50% of *Monthly Earnings* to a maximum benefit of $10,000 per month subject to reduction by deductible sources of income or *Disability Earnings.* |
| **Buy Up Plan - 65% to $14,000 LTD Monthly Benefit:** | 65% of *Monthly Earnings* to a maximum benefit of $14,000 per month subject to reduction by deductible sources of income or *Disability Earnings.* |
| **Social Security Offset Method:** | Family Social Security |
| **Core Plan - 50% to $10,000 Employer Contribution:** | Premium for the Core Plan is paid fully by the Employer for all eligible employees. |
| **Buy Up Plan - 65% to $14,000 Employer Contribution:** | Premium for the additional benefits represented by the Buy-Up Plan is paid by employees who have elected to increase their coverage above that available under the Core Plan. |

SBDI-C

3

Bertacchi-Freeman/Hartford000091

**Maximum Period Payable:**

| Age at *Disability* | Maximum Period Payable |
|---|---|
| Age 61 or younger | To Retirement Age* |
| Age 62 | 42 months or to Retirement Age*, whichever is longer |
| Age 63 | 36 months or to Retirement Age*, whichever is longer |
| Age 64 | 30 months or to Retirement Age*, whichever is longer |
| Age 65 | 24 months or to Retirement Age*, whichever is longer |
| Age 66 | 21 months or to Retirement Age*, whichever is longer |
| Age 67 | 18 months or to Retirement Age*, whichever is longer |
| Age 68 | 15 months or to Retirement Age*, whichever is longer |
| Age 69 or over | 12 months |

**\*SOCIAL SECURITY NORMAL RETIREMENT AGES**

Based on the 1983 amendment to the Social Security Act, the following are normal retirement ages by date of birth:

| Year of Birth | Social Security Normal Retirement Age |
|---|---|
| 1937 or earlier | 65 years |
| 1938 | 65 years, 2 months |
| 1939 | 65 years, 4 months |
| 1940 | 65 years, 6 months |
| 1941 | 65 years, 8 months |
| 1942 | 65 years, 10 months |
| 1943 – 1954 | 66 years |
| 1955 | 66 years, 2 months |
| 1956 | 66 years, 4 months |
| 1957 | 66 years, 6 months |
| 1958 | 66 years, 8 months |
| 1959 | 66 years, 10 months |
| 1960 or later | 67 years |

**Core Plan - 50% to $10,000**
**Reinstatement:**

If, after termination of an employee's coverage because of termination of employment, the employee is rehired within 12 months after the date of termination and is eligible as stated in the Eligiblity provision, the employee's coverage may be reinstated.  The request for reinstatement and payment of premium must be made within 31 days after becoming eligible again.

Coverage will be reinstated and become effective on the date *Your* reinstatement is accepted by the Employer or *Us,* provided *You* are *Actively-at-Work.*  If *You* are not *Actively-at-Work* on that date, the effective date of the reinstatement will be the date *You* return to *Active Work.*

Time periods for *Pre-existing Conditions* will be credited for the period between the employee's date of termination and the date of reinstatement as if there had been no break in coverage.

SBDI-C

Bertacchi-Freeman/Hartford000092

**Buy Up Plan - 65% to $14,000**

**Reinstatement:**  If, after termination of an employee's coverage because of termination of employment, the employee is rehired within 12 months after the date of termination and is eligible as stated in the Eligiblity provision, the employee's coverage may be reinstated.  The request for reinstatement and payment of premium must be made within 31 days after becoming eligible again.

Coverage will be reinstated and become effective on the date *Your* reinstatement is accepted by the Employer or *Us,* provided *You* are *Actively-at-Work*.  If *You* are not *Actively-at-Work* on that date, the effective date of the reinstatement will be the date *You* return to *Active Work*.

If the request for reinstatement and payment of premium is not made within 31 days after the employee resumes eligibility, reinstatement will be subject to *Our* approval of the employee's *Evidence of Insurability*. *We* will notify the employee of the date of reinstatement.

Time periods for *Pre-existing Conditions* will be credited for the period between the employee's date of termination and the date of reinstatement as if there had been no break in coverage.

## *OTHER FEATURES*

The following other features are included:

- Waiver of Premium
- Work Incentive Benefit
- Minimum Benefit
- Recurrent Disability
- FMLA Coverage Extension
- Survivor Benefit
- Worksite Modification Benefit
- Vocational Rehabilitation Service
- Social Security Assistance
- Continuity of Coverage

**THIS SCHEDULE OF BENEFITS CANCELS AND REPLACES ALL OTHER SCHEDULES PREVIOUSLY ISSUED TO *YOU* UNDER THE POLICY.  IT OUTLINES THE POLICY FEATURES.  THE FOLLOWING PAGES PROVIDE A COMPLETE DESCRIPTION OF THE PROVISIONS OF *YOUR* CERTIFICATE.**
SOBC

SBDI-C

Bertacchi-Freeman/Hartford000093

## *ELIGIBILITY AND EFFECTIVE DATES*

### *Are You eligible for this insurance?*

All active*, regular employees excluding Medsystems (Former Project Wheels) of the Employer working in the United States of America who are not members of a collective bargaining unit.

Full-time means *Actively Working* an average** of at least 20 hours per week for the Holder.  All temporary, seasonal or retired employees of the Holder are not eligible.

The waiting period is stated in the *Schedule of Benefits*.
CDI-4AA

### *When does Your insurance become effective?*

**Core Plan**

If *You* are eligible as of the Policy Effective Date, *Your* coverage under the Core Plan shall take effect on such Date.  If *You* become eligible after the Policy Effective Date, *Your* coverage under the Core Plan shall become effective on the date *You* become an eligible employee.

If, because of *Injury* or *Sickness*, *You* are eligible but not *Actively at Work* on the date coverage under the Core Plan would otherwise take effect, it will take effect on the day *You* return to *Active Work*.

**Buy-Up Plan**

If *You* enroll for additional benefits of the Buy-Up Plan on or before the Policy Effective Date, *Your* coverage shall take effect on the Policy Effective Date.  If *You* first become eligible for the Buy-Up Plan after the Policy Effective Date *You* may enroll within 31 days of becoming eligible.  *Your* coverage will take effect on the date *Your* Employer receives *Your* signed enrollment form.

If, because of *Injury* or *Sickness*, *You* are eligible but not *Actively at Work* on the date coverage under the Buy-Up Plan would otherwise take effect, it will take effect on the day *You* return to *Active Work* for a continuous period equal to the time *You* were not *Actively Working*.  This return to *Active Work* requirement will not exceed 30 days.

If *You* initially waive coverage or fail to enroll in the Buy-Up Plan *You* may change *Your* election and choose to be insured the Buy-Up Plan:

1)  during an annual enrollment period; or
2)  if *You* experience a change in family status.  A "change in family status" with respect to this insurance arises out of one of the following circumstances:  marriage, divorce, birth of or adoption of a child, death of a spouse or child, commencement of spouse's employment, or termination of spouse's employment.

If *You* choose to be insured under the Buy-Up Plan during an annual enrollment period, the Buy-Up coverage will be subject to the Buy-Up Plan Pre-Existing Condition Exclusion below.

If *You* choose to be insured under the Buy-Up Plan because of a change in family status, *You* must enroll for coverage and provide proof of the qualifying change in family status within 31 days after the date of the change. *You* will not be required to submit Evidence of Insurability.  *Your* election change will take effect on the date *Your* employer receives the signed enrollment form.
CDI-5AA

### *Buy-Up Plan Pre-Existing Condition*

The portion of the Buy-Up Plan that exceeds the coverage available under the Core Plan will not apply to any *Disability* caused by a condition for which medical treatment or advice was rendered, prescribed or recommended within 12 months prior to the effective date of the Buy-Up Plan.  A condition shall no longer be considered pre-existing if it causes *Disability* that begins after the Buy Up Plan has been in force for a period of 12 months.
CDI-46AA

SBDI-C

Bertacchi-Freeman/Hartford000094

### Evidence of Insurability

If *You* are required to submit Evidence of Insurability, *You* must:

1) Complete and sign a health and medical history form provided by *Us;*
2) Submit to a medical examination, if requested;
3) Submit verification of *Monthly Earnings*;
4) Provide any additional information and attending physicians' statements that *We* require; and
5) Furnish all such evidence at *Your* own expense.

CDI-47AA

**Core Plan - 50% to $10,000**

### Who pays for Your coverage under the Core Plan?

*Your* Employer pays the entire cost of *Your* coverage under the Core Plan.

CDI-6AA

**Buy Up Plan - 65% to $14,000**

### Who pays for Your coverage under the Buy Up Plan?

"Buy-Up Plan" refers to the combined level of benefits *You* receive from the Core Plan, for which *Your* Employer pays the cost, and the available additional benefits, for which *You* pay the cost.

CDI-6AA

### Is premium payable while You receive benefits?

*We* will waive premium for *You* during a period of *Disability* for which the *LTD Monthly Benefit* is payable under the Policy.  Premium payment is required during *Your* *Elimination Period* or any other period when the *LTD Monthly Benefit* is not payable under the Policy.

CDI-45AA

### What happens if We are replacing an existing contract?

**Effect on *Actively at Work* Provision**

If *You* were insured under the Prior Policy on the day before the Policy Effective Date, *You* may be covered by the Policy even if *You* fail to satisfy the *Actively at Work* requirement as stated in the *Are You eligible for this insurance?* provision.  *You* will receive credit for time covered under the Prior Policy.  This credit will be applied toward satisfaction of service waiting periods, *Elimination Period*s or any other periods of the same or similar provisions under the Policy.

**Effect on Benefits**

If *You* do not satisfy the *Actively at Work* requirement, *You* may still be eligible for benefits under the Policy as follows:

The benefits payable under the Policy will be the benefit which would have been payable under the terms of the Prior Policy if it had remained in force.  The benefits payable under the Policy will be reduced by any benefits paid under the Prior Policy for the same *Disability*.

Benefits will end on the earliest of the following:

1) the date that benefits would terminate in accordance with the provisions of the Policy; or
2) the date that benefits would terminate under the Prior Policy if it had remained in force.

The Prior Policy is the group disability insurance policy issued to the Employer by Continental Casualty Company whose coverage terminated as of the Policy Effective Date.

CDI-7AB

Bertacchi-Freeman/Hartford000095

*Effect on Pre-existing Conditions*

*You* will receive credit toward satisfaction of the *Pre-existing Condition* time periods under the Policy for the time *You* were covered under the Prior Policy.  If, after applying the time covered under the Prior Policy, *Your Disability* is due to a *Pre-existing Condition*, benefits shall be the lesser of:

1) the benefits payable under the Policy; or
2) the benefits that would have been payable under the Prior Policy if it had remained in force, taking into account the *Pre-existing Condition* provision, if any, of the Prior Policy.

CDI-8AA

# *LONG TERM DISABILITY BENEFITS*

### How do We define Disability?

*Disability* or *Disabled* means that *You* satisfy the Occupation Qualifier or the Earnings Qualifier as defined below.
CDI-9AA

**Occupation Qualifier**

*Disability* means that during the *Elimination Period* and the following 24 months, *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:

1) continuously unable to perform the *Material and Substantial Duties* of *Your Regular Occupation*; and
2) not *Gainfully Employed*.
CDI-10AB

After the *LTD Monthly Benefit* has been payable for 24 months, *Disability* means that *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:

1) continuously unable to engage in any occupation for which *You* are or become qualified by education, training or experience; and
2) not *Gainfully Employed*.
CDI-11AB

**Earnings Qualifier**

*You* may be considered *Disabled* during and after the *Elimination Period* in any month in which *You* are *Gainfully Employed*, if an *Injury* or *Sickness* is causing physical or mental impairment to such a degree of severity that *You* are unable to earn more than 80% of *Your Monthly Earnings* in any occupation for which *You* are qualified by education, training or experience.  On each anniversary of *Your Disability*, *We* will increase the *Monthly Earnings* by the lesser of the current annual percentage increase in *CPI-W*, or 10%.

*You* are not considered to be *Disabled* if *You* are able to earn more than 80% of *Your Monthly Earnings*.  Salary, wages, partnership or proprietorship draw, commissions, bonuses, or similar pay, and any other income *You* receive or are entitled to receive will be included.  Sick pay and salary continuance payments will not be included.  Any lump sum payment will be prorated, based on the time over which it accrued or the period for which it was paid.
CDI-13AB

**Loss of Professional License or Certification**

If *You* require a professional license or certification for *Your* occupation, loss of that professional license or certification does not in and of itself constitute *Disability* under the Occupation Qualifier or the Earnings Qualifier.
CDI-14AA

Bertacchi-Freeman/Hartford000096

### What is the Elimination Period and how is it satisfied?

The *Elimination Period* begins on the day *You* become *Disabled*.  It is a period of continuous *Disability* which must be satisfied before *You* are eligible to receive benefits from *Us*.   *You* must be continuously *Disabled* through *Your Elimination Period*.

If *You* temporarily recover and return to work, *We* will treat *Your Disability* as continuous if *You* return to work for a period of less than one-half the *Elimination Period* as shown in the *Schedule of Benefits* not to exceed 90 days. The days that *You* are not *Disabled* will not count toward *Your Elimination Period*.

Any increases *You* receive in *Monthly Earnings* during *Your* return to work period will not be taken into consideration when calculating *Your LTD Monthly Benefit*.

If *You* return to work for a period greater than one-half the *Elimination Period*, or 90 days, whichever is less, and become *Disabled* again, *You* will have to begin a new *Elimination Period*.

### Can You satisfy Your Elimination Period if You are working?

*You* can satisfy *Your Elimination Period* if *You* are working, provided *You* meet the definition of *Disability*.
CDI-15AA

### What Disability Benefit are You eligible to receive?

If *You* are *Disabled*, *You* are eligible to receive one of the following at any given time:

1)  an *LTD Monthly Benefit*; or
2)  a Work Incentive Benefit.

While *You* are *Disabled*, *You* might be eligible to receive one or the other of the above, but *You* cannot receive more than one of these benefits at the same time.
CDI-16AA

**Core Plan - 50% to $10,000**

### What is Your LTD Monthly Benefit and how is it calculated?

*Your LTD Monthly Benefit* will be based on *Your Monthly Earnings* as reported to *Us* by *Your* Employer and for which premium has been paid.

An *LTD Monthly Benefit* will be provided after the end of the *Elimination Period* if *You* are *Disabled* according to the Occupation Qualifier provision.

*We* will calculate *Your Gross LTD Monthly Benefit* amount as follows:

1)  Multiply *Your Monthly Earnings* by 50%.
2)  The maximum *Gross LTD Monthly Benefit* is $10,000.
3)  Compare the answers from Item 1 and Item 2.  The lesser of these two amounts is *Your Gross LTD Monthly Benefit*.
4)  Subtract the Deductible Sources of Income from *Your Gross LTD Monthly Benefit*.  The resulting figure is *Your Net LTD Monthly Benefit*.

If a benefit is payable for less than one month, it will be paid on the basis of 1/30[th] of the *Net LTD Monthly Benefit* for each day of *Disability*.
CDI-17AB

Bertacchi-Freeman/Hartford000097

Buy Up Plan - 65% to $14,000

### What is Your LTD Monthly Benefit and how is it calculated?

*Your LTD Monthly Benefit* will be based on *Your Monthly Earnings* as reported to *Us* by *Your* Employer and for which premium has been paid.

An *LTD Monthly Benefit* will be provided after the end of the *Elimination Period* if *You* are *Disabled* according to the Occupation Qualifier provision.

*We* will calculate *Your Gross LTD Monthly Benefit* amount as follows:

1) Multiply *Your Monthly Earnings* by 65%.
2) The maximum *Gross LTD Monthly Benefit* is $14,000.
3) Compare the answers from Item 1 and Item 2. The lesser of these two amounts is *Your Gross LTD Monthly Benefit.*
4) Subtract the Deductible Sources of Income from *Your Gross LTD Monthly Benefit.* The resulting figure is *Your Net LTD Monthly Benefit.*

If a benefit is payable for less than one month, it will be paid on the basis of 1/30th of the *Net LTD Monthly Benefit* for each day of *Disability*.

CDI-17AB

### How do We define Earnings?

*Monthly Earnings* equals the monthly wage or salary that *You we*re receiving from *Your* Employer on the *Date of Disability*. It includes:

1) employee contributions made through a salary reduction agreement with *Your* Employer to an IRS Section 401(k), 403(b), 501(c)(3), 457 deferred compensation plan, or any other qualified or non-qualified employee *Retirement Plan* or deferred compensation arrangement; and
2) amounts contributed to *Your* fringe benefits according to a salary reduction arrangement under an IRS Section 125 plan.

It does not include:

1) commissions;
2) bonuses;
3) overtime pay;
4) *Your* Employer's contribution on *Your* behalf to a *Retirement Plan* or deferred compensation arrangement; or any other extra compensation.

CDI-19AA

Bertacchi-Freeman/Hartford000098

### *What are the Deductible Sources of Income?*

1) *Disability* benefits paid, payable, or for which there is a right under:

   a) The Social Security Act, including any amounts for which *Your* dependents may qualify because of *Your Disability*;

   b) Any Workers Compensation or Occupational Disease Act or Law, or any other law which provides compensation for an occupational *Injury* or *Sickness*;

   c) Occupational accident coverage provided by or through the Employer;

   d) Any Statutory Disability Benefit Law;

   e) The Railroad Retirement Act;

   f) The Canada Pension Plan, Quebec Pension Plan, or any other similar disability or pension plan or act;

   g) The Canada Old Age Security Act;

   h) Any Public Employee Retirement System Plan, or any State Teachers' Retirement System Plan, or any plan provided as an alternative to any of the above acts or plans.

2) *Disability* benefits paid under:

   a) Any group insurance plan provided by or through the Employer, and

   b) Any sick leave or salary continuance plan provided by or through the Employer.

3) Retirement benefits paid under the Social Security Act including any amounts for which *Your* dependents may qualify because of *Your* retirement;

4) Retirement and *Disability* benefits paid under a Retirement Plan provided by the Employer except for amounts attributable to *Your* contributions;

5) *Disability* benefits paid under any No Fault Auto Motor Vehicle coverage.

**Proration of Lump Sum Awards**

If any benefit described above is paid in a single sum through compromise settlement or as an advance on future liability, *We* will determine the amount of reduction to *Your Gross LTD Monthly Benefit* as follows:

1) *We* will divide the amount paid by the number of months for which the settlement or advance was provided; or

2) If the number of months for which the settlement or advance is made is not known, *We* will divide the amount of the settlement or advance by the expected remaining number of months for which *We* will provide benefits for *Your Disability* based on the Proof of *Disability* which *We* have, subject to a maximum of 60 months.

CDI-20AB

### *What other sources of income are not deductible?*

*We* will not reduce *Your Gross LTD Monthly Benefit* by any of the following:

1) deferred compensation arrangements such as 401(k), 403(b) or 457 plans;

2) credit *Disability* insurance;

3) pension plans for partners;

4) military pension and *Disability* income plans;

5) franchise *Disability* income plans;

6) individual *Disability* income plans;

7) a *Retirement Plan* from another Employer;

8) profit sharing plans;

9) thrift or savings plans;

10) individual retirement account (IRA);

11) tax sheltered annuity (TSA);

12) stock ownership plan.

CDI-21AB

SBDI-C

Bertacchi-Freeman/Hartford000099

*Can You work and still receive benefits?*

While *Disabled, You* may qualify for the Work Incentive Benefit.
CDI-22AA

**Work Incentive Benefit**

A Work Incentive Benefit will be provided if *You* are *Disabled* and *Gainfully Employed* after the end of the *Elimination Period,* or after a period during which *You* received *LTD Monthly Benefits.*

The Work Incentive Benefit will be calculated during the first 12 months of *Gainful Employment* as follows:

1) The *Net LTD Monthly Benefit* amount and *Disability Earnings* amount will be added together and compared to *Monthly Earnings.*

2) If the total amount in Item 1 exceeds 100% of *Monthly Earnings*, the Work Incentive Benefit amount will be equal to the *Net LTD Monthly Benefit* reduced by the amount of the excess.

3) If the total amount in Item 1 does not exceed 100% of *Monthly Earnings*, the Work Incentive Benefit will be equal to the *Net LTD Monthly Benefit* amount.

After the first 12 months of *Gainful Employment*, the Work Incentive Benefit will be equal to the *Net LTD Monthly Benefit* amount less 50% of *Disability Earnings.*

The Work Incentive Benefit will cease on the earliest of the following:

1) the date *You* are no longer *Disabled;* or

2) the end of the *Maximum Period Payable.*
CDI-23AB

*What is the minimum Net LTD Monthly Benefit payable under this program?*

The *Net LTD Monthly Benefit* payable for *Disability* will not be less than $100 or 10% of *Your Gross LTD Monthly Benefit*, whichever is greater.  The minimum *Net LTD Monthly Benefit* does not apply if *You* are *Gainfully Employed.*
CDI-25AB

*What happens if Your other benefits increase?*

The *Net LTD Monthly Benefit* will not be further reduced for subsequent cost-of-living increases which are paid, payable, or for which there is a right under any Deductible Source of Income shown above.
CDI-26AB

*How long will You receive benefits under this program?*

*We* will send *You* a payment for each month of *Disability* up to the *Maximum Period Payable* as shown in the *Schedule of Benefits.*  Payment of benefits is also subject to any benefit duration limitation pertaining to *Your Disability.*
CDI-27AB

*What happens if Your Disability recurs?*

If *Disability* for which benefits were payable ends but recurs due to the same or related causes less than 6 months after the end of a prior *Disability*, it will be considered a resumption of the prior *Disability.*  Such recurrent *Disability* shall be subject to the provisions of the Policy that were in effect at the time the prior *Disability* began.

*Disability* which recurs more than 6 months after the end of a prior *Disability* are subject to:

1) a new *Elimination Period*;

2) a new *Maximum Period Payable*; and

3) the other provisions of the Policy that are in effect on the date the *Disability* recurs.

*Disability* must recur while *Your* coverage is in force under the Policy.
CDI-28AA

Bertacchi-Freeman/Hartford000100

# EXCLUSIONS AND LIMITATIONS

### What are the exclusions and limitations under this program?

The policy does not cover any loss caused by or resulting from:
CDIX-1AA12

- declared or undeclared war or an act of either;
CDIX-2AA

- a *Pre-existing Condition*;
CDIX-4AA

- attempted suicide, while sane or insane, or intentional self-inflicted *Injury* or *Sickness*;
CDIX-5AA

- commission of or attempt to commit an act which is a felony in the jurisdiction in which the act occurred;
CDIX-6AA

- *Disability* beyond 24 months after the *Elimination Period* if it is due to a *Mental Disorder* of any type. Confinement in a *Hospital* or institution licensed to provide care and treatment for mental illness will not be counted as part of the 24-month limit.
CDIX-3AA

- Substance Abuse (drug or alcohol) related *Disability* unless *You* are participating in a substance abuse treatment program approved by the State.  The cost of the treatment program must be borne by *You,* or another group plan of *Your* Employer (such as a group health plan or Employee Assistance Program) if one is available and covers this type of treatment.  In no event will *LTD Monthly Benefits* for Substance Abuse be paid beyond the earliest of the date:

  1) 24 *LTD Monthly Benefit* payments have been made; or
  2) the *Maximum Period Payable* is reached; or
  3) *You* refuse to participate in an appropriate, available treatment program, or *You* leave the treatment program prior to completion; or
  4) *You* are no longer following the requirements of *Your* treatment plan under the program; or
  5) *You* complete the initial treatment plan, exclusive of any aftercare or follow-up services.
CDIX-29AB

Benefits are not payable for any period during which *You* are confined to a penal or correctional institution if the period of confinement exceeds 30 days.
CDIX-12AA

# TERMINATION OF COVERAGE

### When will Your insurance terminate?

*Your* coverage will terminate on the earliest of the following dates:

1) the date on which the Policy is terminated;
2) the date at the end of the period for which premium has been paid if the Employer fails to pay the required premium for *You* within 31 days after the premium due date, except for an inadvertent error; or
3) the date at the end of the pay cycle in which *You*:

   a) are no longer a member of a class eligible for this insurance,
   b) withdraw from the program,
   c) are retired or pensioned, or
   d) cease work because of a leave of absence, furlough, layoff, or temporary work stoppage due to a labor dispute, unless *We* and the Employer have agreed in writing in advance of the leave to continue insurance during such period.  Orders to active military service for 6 months or less will be covered subject to continued payment of premium.

Termination will not affect a covered loss which began before the date of termination.
CDI-30AB

Bertacchi-Freeman/Hartford000101

*Will coverage be continued if You are eligible for leave under FMLA?*

In the event *You* are eligible for and *Your* Employer approves a leave under the Family and Medical Leave Act of 1993 (FMLA), *Your* insurance will continue for a period of up to 12 weeks following the date the leave begins, provided the required premium continues to be paid.

*You* are eligible for leave under this Act in order to provide care:

1) After the birth of a child; or
2) After the legal adoption of a child; or
3) After the placement of a foster child in *Your* home; or
4) To a *Spouse*, child or parent due to their serious illness; or
5) For *Your* own serious health condition.

While granted a Family or Medical Leave of Absence:

1) The Employer must remit the required premium according to the terms of the policy; and
2) Coverage will terminate if *You* do not return to work as scheduled according to the terms of *Your* agreement with the Employer.

CDI-31AB

# *SUPPLEMENTAL BENEFITS AND SERVICES*

## *SURVIVOR INCOME BENEFIT*

### *What happens if You die while receiving benefits?*

If *You* die after having received a benefit provided by the Policy for at least 12 successive months and during a period for which benefits are payable, *We* will pay a Survivor Income Benefit. This benefit is equal to the amount *You* were last entitled to receive for the month preceding death.

The Survivor Income Benefit shall be payable on a monthly basis immediately after *We* receive written proof of *Your* death. It is payable for 6 months. The benefit shall accrue from *Your* date of death.

This benefit is payable to the beneficiary, if any, named by *You* under the Policy. If no such beneficiary exists, the benefit will be payable in accordance with the *Time of Payment of Claim* provision.

CDI-33AB

## *CLAIM SERVICES*

### *What other services are available to You while You are Disabled?*

If *You* are *Disabled* and eligible to receive *Disability* benefits under the Policy, *We* will evaluate *You* for eligibility to receive any of the following. *We* will make the final determination for any of the following benefits or services.

**Worksite Modification Benefit**

*We* will assist *You* and *Your* Employer in identifying modifications *We* agree are likely to help *You* remain at work or return to work. This agreement will be in writing and must be signed by *You*, *Your* Employer and *Us*.

When this occurs, *We* will reimburse *Your* Employer for the cost of the modification, up to the greater of:

1) $1,500; or
2) 2 months of *Your Net LTD Monthly Benefit*.

Bertacchi-Freeman/Hartford000102

**Vocational Rehabilitation Service**

Rehabilitation services are available when *We* determine that these services are reasonably required to assist in returning *You* to *Gainful Employment*.  Vocational rehabilitation services might include one or more of the following:

1) job modification;
2) job retraining;
3) job placement;
4) other activities.

Eligibility for vocational rehabilitation services is based upon *Your* education, training, work experience and physical and/or mental capacity.  To be considered for rehabilitation services:

1) *Your* Disability must prevent *You* from performing *Your Regular Occupation*;
2) *You* must have the physical and/or mental capacities necessary for successful completion of a rehabilitation program, and
3) There must be a reasonable expectation that rehabilitation services will help *You* return to *Gainful Employment*.

**Social Security Assistance**

When necessary, *We* will provide an advocate for *You*, in applying for and securing Social Security *Disability* awards.  When *We* determine that Social Security Assistance is appropriate for *You*, it is provided at no additional cost to *You*.

CDI-35AB

# *FILING A CLAIM*

## *What are the Claim Filing Requirements?*

**Initial Notice of Claim**

*We* ask that *You* notify *Us* of *Your* claim as soon as possible, so that *We* may make a timely decision on *Your* claim.  The Employer can assist *You* with the appropriate telephone number and address of *Our* Claim Department.  *You* must send *Us* written notice of *Your Disability* within 30 days of the *Date of Disability*, or as soon as reasonably possible.  Notice may be sent to *Our* Claim Department, P.O. Box 946730, Maitland, FL 32794-6730 or given to *Our* Agent.

**Written Proof of Loss**

Within 15 days of *Our* being notified in writing of *Your* claim, *We* will supply *You* with the necessary claim forms. The claim form is to be completed and signed by *You*, the Employer and *Your Doctor*.  If *You* do not receive the appropriate claim forms within 15 days, then *You* will be considered to have met the requirements for written proof of loss if *We* receive written proof, which describes the occurrence, extent and nature of loss as stated in the Proof of *Disability* provision.

**Time Limit for Filing *Your* Claim**

*You* must furnish *Us* with written proof of loss within 90 days after the end of *Your Elimination Period*.  The length of the *Elimination Period* is stated in the *Schedule of Benefits*.  If it is not possible to give *Us* written proof within 90 days, the claim is not affected if the proof is given as soon as possible.  However, unless *You* are legally incapacitated, written proof of loss must be given no later than 1 year after the time proof is otherwise due.

No benefits are payable for claims submitted more than 1 year after the time proof is due.  However, *You* can request that benefits be paid for late claims if *You* can show that:

1) It was not reasonably possible to give written proof during the 1 year period, and
2) Proof of loss satisfactory to *Us* was given as soon as was reasonably possible.

SBDI-C

Bertacchi-Freeman/Hartford000103

**Proof of *Disability***

The following items, supplied at *Your* expense, must be a part of *Your* proof of loss.  Failure to do so may delay, suspend or terminate *Your* benefits.

1) The date *Your Disability* began;

2) The cause of *Your Disability*;

3) The prognosis of *Your Disability*;

4) Proof that *You* are receiving *Appropriate and Regular Care* for *Your* condition from a *Doctor*, who is someone other than *You* or a member of *Your* immediate family, whose specialty or expertise is the most appropriate for *Your* disabling condition(s) according to *Generally Accepted Medical Practice*.

5) Objective medical findings which support *Your Disability*.  Objective medical findings include but are not limited to tests, procedures, or clinical examinations standardly accepted in the practice of medicine, for *Your* disabling condition(s).

6) The extent of *Your Disability*, including restrictions and limitations which are preventing *You* from performing *Your Regular Occupation*.

7) Appropriate documentation of *Your Monthly Earnings*.  If applicable, regular monthly documentation of *Your Disability Earnings*.

8) If *You* were contributing to the premium cost, *Your* Employer must supply proof of *Your* appropriate payroll deductions.

9) The name and address of any *Hospital* or *Health Care Facility* where *You* have been treated for *Your Disability*.

10) If applicable, proof of incurred costs covered under other benefits included in the Policy.

**Continuing Proof of *Disability***

*You* may be asked to submit proof that *You* continue to be *Disabled* and are continuing to receive *Appropriate and Regular Care* of a *Doctor*.  Requests of this nature will only be as often as *We* feel reasonably necessary.  If so, this will be at *Your* expense and must be received within 30 days of *Our* request.  Failure to do so may delay, suspend or terminate *Your* benefits.

**Examination**

At *Our* expense, *We* have the right to have *You* examined as often as reasonably necessary while the claim continues.  Failure to comply with this examination may deny, suspend or terminate benefits, unless *We* agree *You* have a valid and acceptable reason for not complying.

**Authorization and Documentation *You* will be asked to supply**

1) *You* will be required to provide signed authorization for *Us* to obtain and release all reasonably necessary medical, financial or other non-medical information which support *Your Disability* claim. Failure to submit this information may deny, suspend or terminate *Your* benefits.

2) *You* will be required to supply proof that *You* have applied for other Deductible Income Benefits such as Workers' Compensation or Social Security *Disability* benefits, when applicable.

3) *You* will be required to notify *Us* when *You* receive or are awarded other Deductible Income Benefits. *You* must tell *Us* the nature of the income benefit, the amount received, the period to which the benefit applies, and the duration of the benefit if it is being paid in installments.

CDI-36AB

SBDI-C

16

Bertacchi-Freeman/Hartford000104

### Time of Payment of Claim

As soon as *We* have all necessary substantiating documentation for *Your Disability* claim, *Your* benefit will be paid on a monthly basis, so long as *You* continue to qualify for it.

*We* will pay benefits to *You* unless otherwise indicated.  If *You* die while *Your* claim is open, any due and unpaid *Disability* benefit will be paid to *Your* named beneficiary, if any.

If there is no surviving beneficiary, payment may be made, at *Our* option, to the surviving person or persons in the first of the following classes of successive preference beneficiaries: *Your:*  1) *Spouse*; 2) children including legally adopted children; 3) parents; 4) brothers or sisters; or 5) estate.

If any benefit is payable to an estate, a minor or a person not competent to give a valid release, *We* may pay up to $1,000 to any relative or beneficiary of *Yours* whom *We* deem to be entitled to this amount.   *We* will be discharged to the extent of such payment made by *Us* in good faith.
CDI-37AB

### Can you assign Your benefits?

*Your* benefits are not assignable, which means that *You* may not transfer *Your* benefits to anyone else.
CDI-38AA

### What will happen if a claim is overpaid?

A claim overpayment can occur when *You* receive a retroactive payment from a Deductible Source of Income; when *We* inadvertently make an error in the calculation of *Your* claim; or if fraud occurs.

In an overpayment situation, *We* will determine the method by which the repayment is made.   *You* will be required to sign an agreement with *Us* which details the source of the overpayment, the total amount *We* will recover and the method of recovery.  If *LTD Monthly Benefits* are suspended while recovery of the overpayment is being made, suspension will also apply to the minimum *LTD Monthly Benefits* payable under the Policy.

The overpayment amount equals the amount *We* paid in excess of the amount *We* should have paid under the Policy.
CDI-39AA

### Subrogation  –  Right of Reimbursement

When any claim payment is made, *We* reserve any and all rights to subrogation and/or reimbursement to the fullest extent allowed by statute and customary practice.  Any party to this contract shall not perform any act that will prejudice such rights without prior agreement with *Us*.

*We* will bear any expenses associated with *Our* pursuit of subrogation or recovery.
CDI-41AA

### Fraud

Any person who, knowingly and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any material false information or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act which is a crime and may subject such person to criminal and civil penalties.  Such penalties include, but are not limited to fines, denial or termination of insurance benefits, recovery of any amounts paid, civil damages, criminal prosecution and confinement in state prison.
CDI-42AA

Bertacchi-Freeman/Hartford000105

## *UNIFORM PROVISIONS*

### *Entire Contract; Changes*

The Policy, the Employer's application, the employee's certificate of coverage, and *Your* application, if any, and any other attached papers, form the entire contract between the parties.  Coverage under the Policy can be amended by mutual consent between the Employer and *Us*.  No change in the Policy is valid unless approved in writing by one of *Our* officers.  No agent has the right to change the Policy or to waive any of its provisions.

### *Statements on the Application*

Any statement made by the Employer or *You*, except for fraudulent misstatements, is considered a representation and not a warranty.  A copy of the statement will be provided to the Employer or *You*, whoever made the statement.  No statement of the Employer will be used to void the Policy after it has been in force for 2 years.  No statement of *Yours* will be used in defense of a claim after *You* have been insured for 2 years, except for fraudulent misstatements.

### *Legal Actions*

No legal action of any kind may be filed against *Us*:

1)  within the 60 days after proof of *Disability* has been given; or
2)  more than 3 years after proof of *Disability* must be filed, unless the law in the state where *You* live allows a longer period of time.

### *Conformity with State Statutes*

If any provision of the Policy conflicts with the statutes of the state in which the Policy was issued or delivered, it is automatically changed to meet the minimum requirements of the statute.

CDI-40AB

### *General Provisions*

*We* have the right to inspect all of the Employer's records on the Policy at any reasonable time.  This right will extend until:

1)  2 years after termination of the Policy; or
2)  all claims under the Policy have been settled,

whichever is later.

The Policy is in the Employer's possession and may be inspected by *You* at any time during normal business hours at the Employer's office.

The Policy is not in lieu of and does not affect any requirements for coverage by Workers' Compensation Insurance.

CDI-43AB

Bertacchi-Freeman/Hartford000106

## DEFINITIONS

The following are key words and phrases used in this certificate.  When these words and phrases, or forms of them, are used, they are capitalized and italicized in the text.  As *You* read this certificate, refer back to these definitions.

**Actively at Work** or **Active Work** means that *You* must be:

1) working at the Employer's usual place of business, or on assignment for the purpose of furthering the Employer's business; and
2) performing the *Material and Substantial Duties* of *Your Regular Occupation* on a full-time basis.
CDID-1AB

**Appropriate and Regular Care** means that *You* are regularly visiting a *Doctor* as frequently as medically required to meet *Your* basic health needs.  The effect of the care should be of demonstrable medical value for *Your* disabling condition(s) to effectively attain and/or maintain *Maximum Medical Improvement*.
CDID-4AA

**Date of Disability** is the date *We* determine *Your Injury* or *Sickness* impairs *Your* ability to perform *Your Regular Occupation*.
CDID-5AA

**Disability** or **Disabled** means that *You* satisfy either the Occupation Qualifier or the Earnings Qualifier.
CDID-6AA

**Disability Earnings** is the wage or salary *You* earn from *Gainful Employment* after a *Disability* begins.  It includes partnership or proprietorship draw, commissions, bonuses, or similar pay, and any other income *You* receive or are entitled to receive.  It does not include Social Security, sick pay, salary continuance payments or any other *Disability* payment *You* receive as a result of *Your Disability*.  Any lump sum payment will be prorated, based on the time over which it accrued or the period for which it was paid.
CDID-7AB

**Doctor** means a person legally licensed to practice medicine, psychiatry, psychology or psychotherapy, who is neither *You* nor a member of *Your* immediate family.  A licensed medical practitioner is a *Doctor* if applicable state law requires that such practitioners be recognized for purposes of certification of *Disability*, and the treatment provided by the practitioner is within the scope of his or her license.
CDID-8AA

**Elimination Period** means the number of calendar days at the beginning of a continuous period of *Disability* for which no benefits are payable.  The *Elimination Period* is shown in the *Schedule of Benefits*.
CDID-9AA

**Gainful Employment** or **Gainfully Employed** means the performance of any occupation for wages, remuneration or profit, for which *You* are qualified by education, training or experience on a full-time or part-time basis, and which *We* approve and for which *We* reserve the right to modify approval in the future.
CDID-10AB

**Generally Accepted Medical Practice** or **Generally Accepted in the Practice of Medicine** means care and treatment which is consistent with relevant guidelines of national medical, research and health care coverage organizations and governmental agencies.
CDID-11AA

**Gross LTD Monthly Benefit** means that benefit shown in the *Schedule of Benefits* which applies to *You*.
CDID-20AGross

**Hospital or Health Care Facility** is a legally operated, accredited facility licensed to provide full-time care and treatment for the condition(s) causing *Your Disability*.  It is operated by a full-time staff of licensed physicians and registered nurses.  It does not include facilities which primarily provide custodial, educational or rehabilitative care.
CDID-12AA

SBDI-C

Bertacchi-Freeman/Hartford000107

**Injury** means bodily injury caused by an accident which results, directly and independently of all other causes, in *Disability* which begins while *Your* coverage is in force.
CDID-13AA

**LTD** means Long Term Disability.
CDID-35AA

**Male pronoun**, whenever used, includes the female.
CDID-16AA

**Material and Substantial Duties** means the necessary functions of *Your Regular Occupation* which cannot be reasonably omitted or altered.
CDID-17AA

**Maximum Medical Improvement** is the level at which, based on reasonable medical probability, further material recovery from, or lasting improvement to, an *Injury* or *Sickness* can no longer be reasonably anticipated.
CDID-18AA

**Maximum Period Payable**, as shown in the *Schedule of Benefits*, means the longest period of time that *We* will make payments to *You* for any one period of *Disability*.
CDID-32AA

**Mental Disorder** means a disorder found in the current diagnostic standards of the American Psychiatric Association.
CDID-19AA

**Net LTD Monthly Benefit** means the *Gross LTD Monthly Benefit* less the Deductible Sources of Income.
CDID-20ANet

**Pre-existing Condition** means a condition for which medical treatment or advice was rendered, prescribed or recommended within 3 months prior to *Your* effective date of insurance.  A condition shall no longer be considered pre-existing if it causes *Disability* which begins after *You* have been insured under the Policy for a period of 12 months.
CDID-21BA

**Regular Occupation** means the occupation that *You* are performing for income or wages on *Your Date of Disability*.  It is not limited to the specific position *You* held with *Your* Employer.
CDID-22BA

**Retirement Plan** means a plan which provides retirement benefits to employees and is not funded wholly by employee contributions.
CDID-24AA

**Schedule of Benefits** means the schedule which is a part of this certificate.
CDID-28AA

**Sickness** means sickness or disease causing *Disability* which begins while *Your* coverage is in force.
CDID-26AA

**Spouse** means lawful spouse in the jurisdiction in which *You* reside.
CDID-27AA

**We, Our** and *Us* mean the Hartford Life and Accident Insurance Company, Chicago, Illinois.
CDID-29AA

**You, Your** and **Yours** means the employee to whom this certificate is issued and whose insurance is in force under the terms of the Policy.
CDID-30AA

Bertacchi-Freeman/Hartford000108

## IMPORTANT ERISA WELFARE PLAN INFORMATION

The following section contains information provided to You at the request of the Plan Administrator of Your Plan to meet certain requirements of the Employee Retirement Income Security Act of 1974, as amended, (ERISA). All inquiries related to the following material should be referred directly to Your Plan Administrator.

## DISCRETIONARY AUTHORITY

The Policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable, by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.  The plan administrator and other plan fiduciaries have discretionary authority to determine Your eligibility for and entitlement to benefits under the Policy.  The plan administrator has delegated sole discretionary authority to Hartford Life and Accident Insurance Company to determine Your eligibility for benefits and to interpret the terms and provisions of the plan and any policy issued in connection with it.

21

Bertacchi-Freeman/Hartford000109

## *COMPLAINT NOTICE*

THIS NOTICE IS TO ADVISE YOU THAT ANY COMPLAINTS REGARDING THIS GROUP INSURANCE PLAN
MAY BE DIRECTED TO:

The Hartford
P.O. Box 2999
Hartford, CT 06104
(800) 572-9047

and/or

Illinois Department of Insurance
Consumer Division or Public Service Section
Springfield, IL 62767

Bertacchi-Freeman/Hartford000110

## *LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION DISCLAIMER*

The Illinois Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent.  COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY.  Even if coverage is provided, there are substantial limitations and exclusions.  Coverage is generally conditioned on continued residence in Illinois.  Other conditions may also preclude coverage.

You should not rely on availability of coverage under the Life and Health Insurance Guaranty Association Law when selecting an insurer.  Your insurer and agent are prohibited by law from using the existence of the Association or its coverage to sell you an insurance policy.

---

The Illinois Life and Health Insurance Guaranty Association or the Illinois Department of Insurance will respond to any questions you may have which are not answered by this document.  Policyholders with additional questions may contact:

| | |
|---|---|
| Illinois Life and Health Insurance Guaranty Association | Illinois Department of Insurance |
| 8420 West Bryn Mawr Avenue | 320 West Washington Street, 4th Floor |
| Chicago, IL  60631 | Springfield, IL  62767 |
| (773) 714-8050 | (217) 782-4515 |

---

### *Summary and General Purposes and Current Limitations of Coverage*

The Illinois law that provides for this safety-net coverage is called the Illinois Life and Health Insurance Guaranty Association Law ("Law").  The following contains a brief summary of the Law's coverages, exclusions and limits.  This summary does not cover all provisions, nor does it in any way change anyone's rights or obligations under the Law or the rights or obligations of the Guaranty Association.  If you have obtained this document from an agent in connection with the purchase of a policy, you should be aware that its delivery to you does not guarantee that your policy is covered by the Guaranty Association.

### *Coverage*

The Illinois Life and Health Insurance Guaranty Association provides coverage to policyholders that reside in Illinois for insurance issued by members of the Guaranty Association, including:

- Life insurance, health insurance and annuity contracts;
- Life, health or annuity certificates under direct group policies or contracts;
- Unallocated annuity contracts; and
- Contracts to furnish health care services and subscription certificates for medical or health care services issued by certain licensed entities.  The beneficiaries, payees or assignees of such persons are also protected, even if they live in another state.

### *Exclusions from Coverage*

The Guaranty Association does **not** provide coverage for:

- Any policy or portion of a policy for which the individual has assumed the risk;
- Any policy of reinsurance (unless an assumption certificate was issued);
- Interest rate guarantees which exceed certain statutory limitations;
- Certain unallocated annuity contracts issued to an employee benefit plan protected under the Pension Benefit Guaranty Corporation and any portion of a contract which is not issued to or in connection with a specific employee, union or association of natural persons benefit plan or a government lottery;
- Any portion of a variable life insurance or variable annuity contract not guaranteed by an insurer; or
- Any stop loss insurance.

23

**Bertacchi-Freeman/Hartford000111**

In addition, persons are **not** protected by the Guaranty Association if:

- The Illinois Director of Insurance determines that, in the case of an insurer which is domiciled in Illinois, the insurer's home state provides substantially similar protection to Illinois residents which will be provided in a timely manner; or
- Their policy was issued by an organization which is not a member insurer of the Association.

### *Limits on Amount of Coverage*

The law limits the amount the Illinois Life and Health Insurance Guaranty Association is obligated to pay. The Guaranty Association's liability is limited to the lesser of either:

- The contractual obligations for which the insurer is liable or for which the insurer would have been liable if it were not an impaired or insolvent insurer; or
- With respect to any one life, regardless of the number of policies, contracts or certificates:
    - In the case of Life insurance, $300,000 in death benefits but not more than $100,000 in net cash surrender or withdrawal values;
    - In the case of health insurance, $300,000 in health insurance benefits, including net cash surrender or withdrawal values; and
    - With respect to annuities, $100,000 in the present value of annuity benefits, including net cash surrender or withdrawal values, and $100,000 in the present value of annuity benefits for individuals participating in certain government retirement plans covered by an unallocated annuity contract. The limit for coverage of unallocated annuity contracts other than those issued to certain governmental retirement plans is $5,000,000 in benefits per contract holder, regardless of the number of contracts.

However, in no event is the Guaranty Association liable for more than $300,000 with respect to any one individual.

Bertacchi-Freeman/Hartford000112



The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including issuing companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.

Bertacchi-Freeman/Hartford000113