The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

10/26/2015 06:31:54 a.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Invoices-EDM

24-OCT-15: Received Electronic Document with PCN: 30051201510245090007
Content : Invoices - DCN : 30051201510245090007001

10/22/2015 02:42:09 p.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

From: Floyd, Mary (GB and WC Claims)
Sent: Thursday, October 22, 2015 2:42 PM
To: Montroy, Christine M (GB and WC Claims); Radloff, Jamie M (GB and WC Claims)
Cc: Andersen, Lisa K (GB and WC Claims)
Subject: appeal decision / Gloria Bertacchi-Freeman / 9004108017

On completion of the appeal review, the decision has been made to uphold the claim termination.

Mary Floyd
Appeal Specialist
Group Benefit Field Claims

P.O. Box 14301
Lexington, KY 40512-4301
W: 678-566-4265
F: 866-411-5613

The Hartford ? is underwriting companies Hartfordlife and Accident Insurance Company and Hartford Life Insurance Company and administrator Hartford-Comprehensive Employee Benefit Service Company

www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford

10/22/2015 02:38:44 p.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Appeal review conclusion

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 2

Peer reviews completed as previously noted, with all 3 reviewers finding that the testing and conclusions in the 06/30/2015 report from the Center for Career Evaluations, Inc. to be unsupported and unreliable and no support for the assertion of cognitive impairment. It is noted that the claimant was awarded SSD, however the SSA guidelines treat individuals age 50 and older as having more limited ability to adjust to other work than younger workers. The claimant was over age 50 at the time she ceased working and her prior occupation did require more walking, bending, crouching, and stooping than she was capable of. However, the RCM has identifed viable occupations within the claimant's work restrictions as outlined that meet/exceed 65% of the Indexed PDE.

P uphold claim termination.

10/22/2015 01:34:50 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Other-EDM

22-OCT-15: Received Electronic Document with PCN: 30051201510225090329
Content : Other - DCN : 30051201510225090329001

10/22/2015 12:26:46 p.m. ET Bridgett A Collins SS/Rehab Simsbury CLAIM MANAGEMENT
Recommendation/Plan: CCM Employability Analysis Review Sign off required: N

Employability Analysis Report Addendum

Claimant: Gloria Bertacchi-Freeman
ID Number: 9004108017
Policyholder: Cardinal Health Inc.
Date of Report: 10/22/2015

An Employability Analysis was conducted for Gloria Bertacchi Freeman using OASYS for the purpose of determining her current employability. This analysis was based upon her functional capabilities, education, training and work history.

OASYS (Occupational Access System) is a computerized job matching system that cross references an individual's qualifications profile with 12,741 occupations classified by the U.S. Department of Labor in the 1991 Dictionary of Occupational Titles (DOT).

Functional Capabilities:
The functional capabilities used in this analysis are based on the Medical File Review dated 10/14/15 by Julia Y. Ash, M.D., Board Certified in Rheumatology, File Review by Dr. James A. Lambur, Board Certified in Orthopedic Surgery dated 10/14/15, Michael Leibowitz, MD, Board Certified in Physical Medicine and Rehabilitation dated 10/8/15.

Dr. Ash provides the following functional abilities:
? No cognitive deficits are documented throughout medical record and are, therefore, not supported. Cognitive deficits do not support restrictions and limitations. From a physical viewpoint, the following restrictions and limitations are supported as of 4/11/15 and beyond: Sitting up to eight hours per day with position changes allowed with ergonomic chair for back support, standing up to two hours per day one hour at a time, walking up to two hours per day half an hour at a time, occasional bending below waist and occasional reaching below desk level, frequent reaching above and at desk level, occasional climbing stairs, occasional driving, frequent handling, feeling, grasping, fingering, occasional

Bertacchi-Freeman/Hartford000115

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 3

lifting and carrying up to 10 pounds, occasional pushing and pulling up to 100 pounds if weight is on wheels, no crouching, kneeling, and crawling, no ladder climbing, occasional driving. Medical record supports the claimant?s ability to work full time in sedentary work capacity with above restrictions and limitations with reasonable continuity as of 4/11/15 and beyond.

Dr. Lambur provides the following functional abilities:
? The claimant is physically and cognitively able to return to the work place in a sedentary capacity, per DOT/DOL definitions, on 4/11/15, 8 hours a day, 5 days a week as of 4/11/15.

Dr. Leibowitz provides the following functional abilities:
? From 4/11/15 to the present time and beyond (beyond if the claimant?s impairments, conditions, illnesses, and surgical constructs remain stable and do not deteriorate). The claimant may work full time 8 hours per day, five days per week for total of 40 hours per week. The claimant may sit 15 minutes at a time for a total of 6 hours per day in an 8 hour workday, can stand 10 minutes at a time for a total of 1 and 1/2 hours in an eight hour day, the claimant can ambulate 3 minutes at a time for a total for one-half hour in an 8-hour day. The claimant can lift, carry, push, pull 10 pounds with both upper extremities occasionally (0-33% of the workday), can lift/carry, push, pull a negligible amount of weight with both upper extremities constantly (67-100% at a work day), can reach above bilateral shoulder level with both upper extremities occasionally (0-33% of the workday), can reach at waist/desk level with both upper extremities constantly (67-100% of the workday), and can reach below waist/desk level with both upper extremities frequently (34-66% of the workday). The claimant is restricted from kneeling on both knees, crawling, and climbing ladders.

Work and Educational History:
Ms. Bertacchi-Freeman reported in the work and educational history form dated 11/3/14, she obtained her Pharm D. in 1977 and her MBA in 2002. She reported that her Master?s degree is from a non-accredited university. When looking at the most recent 15 years of work history, the claimant worked as a Director of Pharmacy for 3\003months and as a Director of Operations, Clinical Pharmacist for 12.5 years.

The following Dictionary of Occupational (DOT) Titles represent the work history used in this analysis:

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str |
|---|---|---|---|---|---|---|---|---|
| 074.167-010 | Director, Pharmacy Services | 8 | 12 | 9 | Y | N | N | L |

Profile Adjustments and Considerations:
The following adjustments were made to the ability profile based on the functional capabilities and work and education history:

1. Strength was adjusted from Light to Sedentary.
2. Feeling was adjusted from never to frequently to reflect upper extremity abilities.
3. Talking, hearing, tasting, smelling, vision and environmental conditions were adjusted to constantly; and noise intensity was increased to very loud as there are no restrictions.
4. Following specific instructions was changed to yes as he used this skill to follow specific company and health care policies and procedures
5. Making judgments and decisions was changed from no to yes as she used this skill to solve problems on the job based on her prior work experiences
6. Analyzing, compiling, computing, copying and comparing were changed from no to yes as she used these skills to assess needs, develop plans, research, evaluate services, etc.
7. Supervising was changed from no to yes as she used this skill to monitor the activity of hospital pharmacists

Bertacchi-Freeman/Hartford000116

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 4

8. Serving was changed from no to yes as she used this skill to attend to the needs of clients, stack holders, etc.
9. Taking instructions-helping was changed to yes as he used this skill to attend to the requests of her supervisors
10. All other Physical Demands, Environmental Conditions, Aptitudes, Work Situations and Work Functions remained at Pre-disability levels.

Analysis Results:
The results of the Employability Analysis identified 4 occupations within the "closest" level, 1 occupation within the "good? level, 139 occupations within the "fair" level and 65 occupations within the ?potential? level.

Of the viable employment matches from this analysis, below is a representative sample of occupations that meet the claimant?s profile:

Code Occupation Monthly Median Wage
079.167-010 Community-Services-and-Health-Education Officer $ 14443.86
189.167-030 Program Manager $ 14443.86

Based on the 2014 National OES Wage Statistics, the median monthly wages for the identified occupations range from $14443.86-$14443.86/month and all meet or exceed the required estimated earnings potential of $6933.33/month.

The claimant has worked in the pharmacy industry and she has shown proficiency in planning and organizing activities of others, directing and coordinating budgets, and direct and coordinate activities of businesses and departments. Her job skills and knowledge transfer to alternative occupations in industries which involve the same traits. Ms. Bertacchi-Freeman has a Doctorate degree in Pharmacy which would qualify her for the above positons without the need for additional education.

The viable employment matches selected are positions which are performed while primarily seated but do include activities which involve brief periods of standing and walking which can be timed at the worker?s own volition. As these positions are sedentary and management level positions it is reasonable that she can relieve herself from sitting as often as needed for comfort.

The claimant resides in Placer County, the statistical area for Granit Bay, CA, which is located in the Sacramento, CA (population of 407,018) metro area. This region would offer a significant labor market of employment options.

These occupations exist in reasonable numbers in the geographic economy, use skills and/or worker traits and habits the claimant possesses and are within her physical, mental, and cognitive abilities. These findings are indicative that Gloria Bertacchi-Freeman possesses the capabilities to perform these occupations with minimum training in tools and/or materials.

Respectfully Submitted,

Bridgett Collins, MS, CRC
Vocational Clinical Case Manager

10/21/2015 03:47:53 p.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT

Bertacchi-Freeman/Hartford000117

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 5

Recommendation/Plan: Examiner Claim Management Plan

Sign off required: N

From: Floyd, Mary (GB and WC Claims)
Sent: Wednesday, October 21, 2015 3:43 PM
To: Collins, Bridgett (GB and WC Claims)
Subject: Bertacchi-Freeman 9004108017
Importance: High

Bridgett,

Apparently, rather than a consensus review of R/Ls, it appears that the reviewers gave 3 different R/Ls. As Dr. Leibowitz?s R/Ls are the most restrictive, please run the EA using his:

Ash:

From a physical viewpoint due to knee and lumbosacral spine osteoarthritis, the following restrictions and limitations are supported as of 04/11/2015 and beyond: Sitting up to eight hours per day with position changes allowed with ergonomic chair for back support, standing up to two hours per day one hour at a time, walking up to two hours per day half an hour at a time, occasional bending below waist and occasional reaching below desk level, frequent reaching above and at desk level, occasional climbing stairs, occasional driving, frequent handling, feeling, grasping, and fingering, occasional lifting and carrying up to 10 pounds, occasional pushing and pulling up to 100 pounds if weight is on wheels, no crouching, kneeling, and crawling, no ladder climbing, occasional driving. Medical record supports the claimant?s ability to work full time in sedentary work capacity with above restrictions and limitations with reasonable continuity as of 04/11/2015 and beyond.

Lambur

Opinion of this orthopedic reviewer, Ms. Bertacchi-Freeman is physically and cognitively able to return to the work place in a sedentary capacity, per DOT/DOL definitions, on 4/11/15, 8 hours a day, 5 days a week as of 4/11/15.

Leibowitz

From 4/11/15 to the present time and beyond (beyond if the claimant?s impairments, conditions, illnesses, and surgical constructs remain stable and do not deteriorate). The claimant may work full time 8 hours per day, five days per week for total of 40 hours per week. The claimant may sit 15 minutes at a time for a total of 6 hours per day in an 8 hour workday, can stand 10 minutes at a time for a total of 1 and 1/2 hours in an eight hour day, the claimant can ambulate 3 minutes at a time for a total for one-half hour in an 8-hour day. The claimant can lift, carry, push, pull 10 pounds with both upper extremities occasionally (0-33% of the workday), can lift/carry, push, pull a negligible amount of weight with both upper extremities constantly (67-100% at a work day), can reach above bilateral shoulder level with both upper extremities occasionally (0-33% of the workday), can reach at waist/desk level with both upper extremities constantly (67-100% of the workday), and can reach below waist/desk level with both upper extremities frequently (34-66% of the workday). The claimant is restricted from kneeling on both knees, crawling, and climbing ladders.

Mary Floyd

Bertacchi-Freeman/Hartford000118

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 6

Appeal Specialist
Group Benefit Field Claims

P.O. Box 14301
Lexington, KY 40512-4301
W: 678-566-4265
F: 866-411-5613

The Hartford ? is underwriting companies Hartfordlife and Accident Insurance Company and Hartford Life Insurance Company and administrator Hartford-Comprehensive Employee Benefit Service Company

www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford

10/21/2015 10:19:10 a.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Other-EDM

21-OCT-15: Received Electronic Document with PCN: 30051201510215090143
Content : Other - DCN : 30051201510215090143001

10/21/2015 10:05:39 a.m. ET Bridgett A Collins SS/Rehab Simsbury CLAIM MANAGEMENT
Recommendation/Plan: CCM Employability Analysis Review Sign off required: N

Employability Analysis Report

Claimant: Gloria Bertacchi-Freeman
ID Number: 9004108017
Policyholder: Cardinal Health Inc.
Date of Report: 10/21/2015

An Employability Analysis was conducted for Gloria Bertacchi Freeman using OASYS for the purpose of determining her current employability. This analysis was based upon her functional capabilities, education, training and work history.

OASYS (Occupational Access System) is a computerized job matching system that cross references an individual's qualifications profile with 12,741 occupations classified by the U.S. Department of Labor in the 1991 Dictionary of Occupational Titles (DOT).

Functional Capabilities:
The functional capabilities used in this analysis are based on the Medical File Review dated 10/14/15 by Julia Y. Ash, M.D., Board Certified in Rheumatology.

Bertacchi-Freeman/Hartford000119

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 7

Dr. Ash provides the following functional abilities:
? No cognitive deficits are documented throughout medical record and are, therefore, not supported. Cognitive deficits do not support restrictions and limitations. From a physical viewpoint, the following restrictions and limitations are supported as of 4/11/15 and beyond: Sitting up to eight hours per day with position changes allowed with ergonomic chair for back support, standing up to two hours per day one hour at a time, walking up to two hours per day half an hour at a time, occasional bending below waist and occasional reaching below desk level, frequent reaching above and at desk level, occasional climbing stairs, occasional driving, frequent handling, feeling, grasping, fingering, occasional lifting and carrying up to 10 pounds, occasional pushing and pulling up to 100 pounds if weight is on wheels, no crouching, kneeling, and crawling, no ladder climbing, occasional driving. Medical record supports the claimant?s ability to work full time in sedentary work capacity with above restrictions and limitations with reasonable continuity as of 4/11/15 and beyond.

Work and Educational History:
Ms. Bertacchi-Freeman reported in the work and educational history form dated 11/3/14, she obtained her Pharm D. in 1977 and her MBA in 2002. She reported that her Master?s degree is from a non-accredited university. When looking at the most recent 15 years of work history, the claimant worked as a Director of Pharmacy for 3 months and as a Director of Operations, Clinical Pharmacist for 12.5 years.

The following Dictionary of Occupational (DOT) Titles represent the work history used in this analysis:

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str |
|---|---|---|---|---|---|---|---|---|
| 074.167-010 | Director, Pharmacy Services | 8 | 12 | 9 | Y | N | N | L |

Profile Adjustments and Considerations:
The following adjustments were made to the ability profile based on the functional capabilities and work and education history:

1. Climbing and kneeling were adjusted from never to occasionally to reflect abilities provided in the medical review report.
2. Feeling was adjusted from never to frequently to reflect upper extremity abilities.
3. Talking, hearing, tasting, smelling, vision and environmental conditions were adjusted to constantly; and noise intensity was increased to very loud as there are no restrictions.
4. Following specific instructions was changed to yes as he used this skill to follow specific company and health care policies and procedures
5. Making judgments and decisions was changed from no to yes as she used this skill to solve problems on the job based on her prior work experiences
6. Analyzing, compiling, computing, copying and comparing were changed from no to yes as she used these skills to assess needs, develop plans, research, evaluate services, etc.
7. Supervising was changed from no to yes as she used this skill to monitor the activity of hospital pharmacists
8. Serving was changed from no to yes as she used this skill to attend to the needs of clients, stack holders, etc.
9. Taking instructions-helping was changed to yes as he used this skill to attend to the requests of her supervisors
10. All other Physical Demands, Environmental Conditions, Aptitudes, Work Situations and Work Functions remained at Pre-disability levels.

Analysis Results:
The results of the Employability Analysis identified 4 occupations within the "closest" level, 1 occupation within the "good? level, 139 occupations within the "fair" level and 65 occupations within the ?potential? level.

Bertacchi-Freeman/Hartford000120

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 8

Of the viable employment matches from this analysis, below is a representative sample of occupations that meet the claimant?s profile:

Code Occupation Monthly Median Wage
079.167-010 Community-Services-and-Health-Education Officer $ 14443.86
189.167-030 Program Manager $ 14443.86
169.167-090 Quality Assurance Coordinator $ 7734.13

Based on the 2014 National OES Wage Statistics, the median monthly wages for the identified occupations range from $7734.13-$14443.86/month and all meet or exceed the required estimated earnings potential of $6933.33/month.

The claimant has worked in the pharmacy industry and she has shown proficiency in planning and organizing activities of others, directing and coordinating budgets, and direct and coordinate activities of businesses and departments. Her job skills and knowledge transfer to alternative occupations in industries which involve the same traits. Ms. Bertacchi-Freeman has a Doctorate degree in Pharmacy which would qualify her for the above positons without the need for additional education.

The viable employment matches selected are positions which are performed while primarily seated but do include activities which involve brief periods of standing and walking which can be timed at the worker?s own volition.

The claimant resides in Placer County, the statistical area for Granit Bay, CA, which is located in the Sacramento, CA (population of 407,018) metro area. This region would offer a significant labor market of employment options.

These occupations exist in reasonable numbers in the geographic economy, use skills and/or worker traits and habits the claimant possesses and are within her physical, mental, and cognitive abilities. These findings are indicative that Gloria Bertacchi-Freeman possesses the capabilities to perform these occupations with minimum training in tools and/or materials.

Respectfully Submitted,

Bridgett Collins, MS, CRC
Vocational Clinical Case Manager

10/15/2015 09:42:49 a.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Medical Records-EDM

15-OCT-15: Received Electronic Document with PCN: 30051201510155090109
Content : Medical Records - Appeals DCN : 30051201510155090109001

Bertacchi-Freeman/Hartford000121

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 9

10/15/2015 09:21:23 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

From: Judy Keough [mailto:jkeough@udc1.com]
Sent: Thursday, October 15, 2015 8:58 AM
To: Floyd, Mary (GB and WC Claims)
Subject: Final report

Attached please find the final report for G. Bertacchio-Freeman by Dr. Ash.

I apologize for the inconvience.

Thanks,
Judy

Judy Keough
UDC/Medical Secretary
68 Chestnut , St.
Newton, Ma

10/15/2015 09:20:46 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

From: Floyd, Mary (GB and WC Claims)
Sent: Thursday, October 15, 2015 6:56 AM
To: 'Judy Keough'
Subject: RE: Final Reports

Judy,

Dr. Ash?s report states that she spoke with Dr. Lambur and Dr. Liebovitz on 09/03/2015. Please advise the correct date of her calls with the co-reviewing physicians. Thanks!

From: Judy Keough [mailto:jkeough@udc1.com]
Sent: Wednesday, October 14, 2015 3:08 PM
To: Floyd, Mary (GB and WC Claims)
Subject: Final Reports

Attached please find the final reports on G. Bertacchio-Freeman.

Bertacchi-Freeman/Hartford000122

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 10

If you have any questions, please call me.

Thanks,
Judy

10/15/2015 07:26:07 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation Sign off required: N

Peer reviews completed as noted, referral to RCM for EA using RLs:

From 4/11/15 to the present time and beyond (beyond if the claimant?s impairments, conditions, illnesses, and surgical constructs remain stable and do not deteriorate). The claimant may work full time 8 hours per day, five days per week for total of 40 hours per week. The claimant may sit 15 minutes at a time for a total of 6 hours per day in an 8 hour workday, can stand 10 minutes at a time for a total of 1 and 1/2 hours in an eight hour day, the claimant can ambulate 3 minutes at a time for a total for one-half hour in an 8-hour day. The claimant can lift, carry, push, pull 10 pounds with both upper extremities occasionally (0-33% of the workday), can lift/carry, push, pull a negligible amount of weight with both upper extremities constantly (67-100% at a work day), can reach above bilateral shoulder level with both upper extremities occasionally (0-33% of the workday), can reach at waist/desk level with both upper extremities constantly (67-100% of the workday), and can reach below waist/desk level with both upper extremities frequently (34-66% of the workday). The claimant is restricted from kneeling on both knees, crawling, and climbing ladders.

Although the claimant has listed credentials of having MBA degree from Americus University in her resume, she has advised on appeal that the university is non-accredited 65% of PDE remains at $6,933.33

10/15/2015 07:22:24 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

**Peer Review / UDC 10/14/2015 / Michael Leibowitz, bc Physical Medicine and Rehabilitation
no response from Dr. Kim to telephone or faxed questionnaires

Does the whole of the record support that the claimant experiences pain to the degree that it causes the decreased cognition/poor mental stamina as noted in the 6/30/2015 report from the Center for Career Evaluations, Inc.? Please explain your rationale in depth.
The record does not support that the claimant experiences pain to the degree that it causes the decreased cognition/poor mental stamina as noted in the 6/30/15 report from the Center for Career Evaluations, Inc. As a matter of fact, a 5/13/14 Attending Physician?s Statement of Continued Functionality authored by Dr. Kim indicated there are no cognitive or psychiatric impairments. A Hartford claimant questionnaire of 1/14/15 posed the question to the claimant: Have you suffered a severe cognitive impairment that renders you unable to perform common tasks such as using the phone, money management, or medication management? The claimant answered no to the aforementioned question. Furthermore, the questionnaire of 1/14/15 posed the following question to the claimant: Have you engaged in any work activity (including self-employment) since the onset of your disability? The claimant responded yes to the aforementioned question. She has applied for and interviewed for multiple jobs and performed case work preparation for her Workers? Comp case and her legal case. The aforementioned strongly speaks for lack of any significant cognitive impairment. Furthermore, since

Bertacchi-Freeman/Hartford000123

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 11

the onset of her disability she has continued her education: and prepared for the LSAT (i.e. Law School Admission Test) entrance exam. The aforementioned education and preparation for that entrance exam to a professional school is incompatible with decreased cognition and poor mental stamina as noted in the 6/30/15 FCE report. The claimant?s Curriculum Vitae is impressive and she continues to pursue higher education. Furthermore, there has been no Folstein mini mental status exam or neuropsychological test performed by the clinicians during the 6/30/15 FCE nor by any of her treating clinicians to document nor support any objective cognitive impairments. Of significance is that Tricia Benson, P.T. authored a physical therapy discharge summary on 8/13/14. Ms. Benson indicated that the claimant reports that she is unable to stand for longer than 10 minutes due to her pain, but however the claimant is observed to routinely be able to stand for exercises in physical therapy for 10 to 15 minutes without complaints of pain. The claimant indicates and reports only being able to lift very light weight but the claimant is observed being able to lift her purse from the floor with ease and without complaints of pain. Her scores on the Oswestry test indicated a much higher level of perceived impairments than that of her actual impairment seen during physical therapy treatments. The claimant indicates and reports moderate difficulty with getting into and out of a car but is able to drive herself to physical therapy independently and get into and out of a car and into and out of the building independently without an assistive device. She does not use an assistive device for any activities of daily living and Ms. Benson indicated that the claimant was discharged from physical therapy due to noncompliance. All the aforementioned supports that the claimant did not experience pain to the degree that it causes decreased cognition/poor mental stamina as noted on the 6/30/15 report from the Center for Career Evaluations, Inc.

Does the whole of the record support that the claimant has decreased mental function as a side effect of either pain and/or prescribed medications? Please explain your rationale in depth.
The whole of the record does not support that the claimant has decreased mental function as a side effect of either pain and/or prescribed medications. The purported medication side effects reported and noted on the 5/6/13 office visit of Dr. Kim noted that on 4/19/13 the claimant underwent a left knee ultrasound guided injection with lidocaine and a second injection with Marcaine and Depo-Medrol which was felt to elevate the blood pressure and lead to insomnia transiently for one week. However, the claimant had insomnia prior to the left knee injection. On 11/15/12 an office visit note of Dr. Nguyen noted that the claimant was already taking Benadryl for insomnia. The claimant has had preexisting hypertension and even in 2012 had elevated blood pressures. Depo-Medrol can certainly lead to elevated blood pressure and Depo-Medrol was used in the injection. The claimant has had elevated blood pressure with a history of hypertension prior to such injection. There was no definite cause and effect relationship between any of the medications in the injection to left knee of 4/19/13 and insomnia, nor the elevated blood pressure.

Please review and comment on the thoroughness and validity of the FCE conducted at the Center for Career Evaluations, Inc. in 6/2015.
The FCE conducted at the Center for Career Evaluations, Inc. performed in 6/2015 is not completely thorough. For instance, there was no thorough cardiorespiratory endurance protocol performed. This is generally an essential part of the FCE, and it is addressed by one of multiple protocols including the modified Bruce protocol or other protocols. This was not included in the FCE performed in 6/2015. The FCE was not entirely thorough. The FCE itself was not valid nor was it reliable. For instance, the lack of blood pressure and heart rate response to an increased work load, in the absence of a beta-blocker medication which could blunt such response (and the claimant was not on a beta-blocker) reveals that it is more likely than not that there was a suboptimal effort provided by the claimant. The observations of Ms. Benson, Physical Therapist on the physical therapy discharge summary of 8/13/14, alluded to above in conjunction with the lack of blood pressure and heart rate response to a physical demand load, speak for the claimant having self-imposed limitations on functionality. The aforementioned is in contradistinction to the 1/14/15 claimant questionnaire in which she indicated she exercises and walks. Furthermore, it is indicated that in multiple areas of the record the claimant exercises and clinicians have recommended the claimant to exercise. The lack of heart rate and blood pressure response to an increased physical demand load is inconsistent with the FCE being valid.

Bertacchi-Freeman/Hartford000124

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 12

The claimant?s initial Blood Pressure and Heart Rate were 122/84 and 74 respectively and exit Blood Pressure and Heart Rate was 126/84 and 76 respectively. Is this consistent with the claimant?s statement that she found the exertional demands of the FCE to be very heavy? Please explain.
No the lack of the significant blood pressure and heart rate increase with increasing physical demand levels are certainly not consistent with the claimant?s statement that she found the exertional demands of the FCE to be very heavy. The claimant was not on a beta-blocker which would blunt an increase in blood pressure and increase in heart rate with increasing physical demand levels. In the absence of the claimant being on a beta blocker, a heart rate increase of 2 beats per minute from a heart rate of 74 to a heart rate of 76 with a heart rate of 76 being entirely normal and with systolic blood pressure only increasing by 4 millimeters of mercury and diastolic blood pressure remaining constant, even in view of upper extremity exercise, is not consistent with the claimant?s subjective comments that she found the exertional demands of the FCE to be very heavy. The heart rate increase and the systolic pressure increase were extremely minor and are certainly not a significant increase from baseline systolic blood pressure and baseline heart rate. With aerobic conditioning a target heart rate for this 62-year-old female would be at least 110 beats per minute. The heart rate with an increasing physical demand level of 76 is entirely within normal limits and is certainly far less than 110 beats per minute.

Are you are in agreement with the assessments of Ms. Bubanja? Please explain your rationale in detail.
No, I am not in agreement with the assessment of Ms. Bubanja. Ms. Bubanja concluded that the claimant does not meet the full range of physical demand requirements for sedentary employment as defined by the Department of Labor. Ms. Bubanja opined that the claimant will be precluded from that exertional level of employment due to sitting and standing limitations, lifting and carrying limitations and poor finger and handling dexterity. The claimant has no upper extremity pathology that would preclude her from performing fingering/handling both upper extremities constantly. She has no pathology that would impair dexterity. The claimant has no evidence of psoriatic arthritis. For instance, there was no pitting of the nails. There were no prominent DIP joints of the upper extremities. There was no evidence of arthritis mutilans, there was no dactylitis and no sausage digits of the upper extremities. Furthermore, there was no evidence of flexor tendon sheath synovitis all of which would be seen in psoriatic arthritis. The claimant has no evidence of psoriatic arthritis which would adversely influence the aforementioned level of functionality.

The evidence and information support the following level of functionality. From 4/11/15 to the present time and beyond (beyond if the claimant?s impairments, conditions, illnesses, and surgical constructs remain stable and do not deteriorate). The claimant may work full time 8 hours per day, five days per week for total of 40 hours per week. The claimant may sit 15 minutes at a time for a total of 6 hours per day in an 8 hour workday, can stand 10 minutes at a time for a total of 1 and 1/2 hours in an eight hour day, the claimant can ambulate 3 minutes at a time for a total for one-half hour in an 8-hour day. The claimant can lift, carry, push, pull 10 pounds with both upper extremities occasionally (0-33% of the workday), can lift/carry, push, pull a negligible amount of weight with both upper extremities constantly (67-100% at a work day), can reach above bilateral shoulder level of both upper extremities occasionally (0-33% of the workday), can reach at waist/desk level with both upper extremities constantly (67-100% of the workday), can reach below waist/desk level with both upper extremities frequently (34-66% of the workday). The claimant is restricted from kneeling on both knees, crawling, and climbing ladders.

Furthermore, as alluded to above in question number 3, the FCE is not valid and not reliable for the reasons alluded to above. Therefore, any conclusion that Ms. Bubanja has arrived at is faulty on the basis of the FCE not being reliable. In addition, the following supports my opinion. The physical therapy note of 7/15/14 noted that the claimant reported she is still going to the gym. An Attending Physician?s Continued Functionality form completed by Dr. Kim on 5/13/14 noted that the claimant has no cognitive or psychiatric impairment. A 6/24/14 exam by Dr. Kim revealed a normal gait. On 11/17/14 an exam by Dr. Kim documented a neuro examination as being what was reported as negative. On 6/5/15 Dr.

Bertacchi-Freeman/Hartford000125

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 13

Kim?s Nurse Practitioner on examination found the lumbosacral spine range of motion to be full in bilateral lateral bending, bilateral rotation and was restricted to 10 degrees in extension. Furthermore, Ms. Benson, Physical Therapist in the physical therapy discharge summary as alluded to above has reported limitations by the claimant in terms of functionality. However, the functionality as reported by the claimant is self-limited as compared to the observed functionality by Ms. Benson. Furthermore, on a Hartford claim questionnaire on 1/14/15, the claimant acknowledged that she has not suffered a severe cognitive impairment that renders her unable to perform common tasks such as using the phone, money management, or medication management. In addition, the claimant acknowledged that she has applied for and interviewed for multiple jobs and has performed casework preparation for her Workers? Compensation case and legal case. The aforementioned suggests lack of significant cognitive impairments. In addition, the claimant has studied for the Law School Admission Test entrance examination which also suggests that she does not have significant limitations of cognition. Furthermore, there was no Folstein mini mental status examination or neuropsychological test performed during the FCE neither by Ms. Bubanja nor by any of the claimant?s clinicians to document the existence of any significant cognitive deficits.

Furthermore, an MRI of the lumbar spine of 6/5/13 demonstrated mild L4-5 and L5-S1 disc protrusions. Certainly by 4/11/15 such disc protrusions, even if they were the pain generators of the claimant?s low back pain would by 4/11/15 would have resorbed and would have culminated in degenerative disc disease at those levels L4-5 and L5-S1. However, the L4-5 and L5-S1 disc protrusions were not the pain generators of her low back pain. Accordingly, the L4-5 and L5-S1 are mild disc protrusions and were incidental findings. Furthermore, there were no segmental neurological deficits on multiple examinations to support that a lumbosacral radiculopathy was present.

What work restrictions (physical and cognitive) are supported as of 4/11/15 and beyond that would allow the claimant to work with reasonable continuity. Please explain your rationale in depth.
The evidence and information support the following level of functionality. From 4/11/15 to the present time and beyond (beyond if the claimant?s impairments, conditions, illnesses, and surgical constructs remain stable and do not deteriorate). The claimant may work full time 8 hours per day, five days per week for total of 40 hours per week. The claimant may sit 15 minutes at a time for a total of 6 hours per day in an 8 hour workday, can stand 10 minutes at a time for a total of 1 and 1/2 hours in an eight hour day, the claimant can ambulate 3 minutes at a time for a total for one-half hour in an 8-hour day. The claimant can lift, carry, push, pull 10 pounds with both upper extremities occasionally (0-33% of the workday), can lift/carry, push, pull a negligible amount of weight with both upper extremities constantly (67-100% at a work day), can reach above bilateral shoulder level with both upper extremities occasionally (0-33% of the workday), can reach at waist/desk level with both upper extremities constantly (67-100% of the workday), and can reach below waist/desk level with both upper extremities frequently (34-66% of the workday). The claimant is restricted from kneeling on both knees, crawling, and climbing ladders.

Furthermore, as alluded to above in question number 3, the FCE is not valid and not reliable for the reasons alluded to above. Therefore, any conclusion that Ms. Bubanja has arrived at is faulty on the basis of the FCE not being reliable. In addition, the following supports my opinion. The physical therapy note of 7/15/14 noted that the claimant reported she is still going to the gym. An Attending Physician?s Continued Functionality form completed by Dr. Kim on 5/13/14 noted that the claimant has no cognitive or psychiatric impairment. A 6/24/14 exam by Dr. Kim revealed a normal gait. On 11/17/14 an exam by Dr. Kim documented a neuro examination as being what was reported as negative. On 6/5/15 Dr. Kim?s Nurse Practitioner on examination found the lumbosacral spine range of motion to be full in bilateral lateral bending, bilateral rotation and was restricted to 10 degrees in extension. Furthermore, Ms. Benson, Physical Therapist in the physical therapy discharge summary as alluded to above has reported limitations by the claimant in terms of functionality. However, the functionality as reported by the claimant is self-limited as compared to the observed functionality by Ms. Benson. Furthermore, on a Hartford claim questionnaire on 1/14/15, the claimant acknowledged that she has not suffered a severe cognitive impairment that renders her unable to perform common tasks such as using the

Bertacchi-Freeman/Hartford000126

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 14

phone, money management, or medication management. In addition, the claimant acknowledged that she has applied for and interviewed for multiple jobs and has performed casework preparation for her Workers? Compensation case and legal case. The aforementioned suggests lack of significant cognitive impairments. In addition, the claimant has studied for the Law School Admission Test entrance examination which also suggests that she does not have significant limitations of cognition. Furthermore, there was no Folstein mini mental status examination or neuropsychological test performed during the FCE neither by Ms. Bubanja nor by any of the claimant?s clinicians to document the existence of any significant cognitive deficits.

Furthermore, an MRI of the lumbar spine of 6/5/13 demonstrated mild L4-5 and L5-S1 disc protrusions. Certainly by 4/11/15 such disc protrusions, even if they were the pain generators of the claimant?s low back pain would by 4/11/15 have resorbed and would have culminated in degenerative disc disease at those levels at L4-5 and L5-S1. However, the L4-5 and L5-S1 disc protrusions were not the pain generators of her low back pain. Accordingly, the L4-5 and L5-S1 are mild disc protrusions and were incidental findings. Furthermore, there were no segmental neurological deficits on multiple examinations to support that a lumbosacral radiculopathy was present.

10/15/2015 07:20:38 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan

Sign off required: N

**Peer Review / UDC 10/14/2015 / James Lambur, MD bc Orthopedic surgery
spoke w/ Dr. Kim on 10/01/2015 This reviewer advised Dr. Kim of his observations following the review of Ms. Bertacchi?s record. This reviewer also afforded Dr. Kim his opinion that Ms. Bertacchi appears able to return to the work place in the sedentary capacity. Dr. Kim was relatively vague in response as he was unsure of how long ago it had been since he had seen the patient but it had been ?quite some time?. He was of the opinion that Ms. Bertacchi exhibited a pain syndrome as well. However, when queried relative to clinical support to validate Ms. Bertacchi?s complaints of discomfort he was reluctant to do so. He stated that Ms. Bertacchi had difficulty sitting for prolonged periods of time, however, could offer no clinical observation to validate that complaint.
spoke w/ Dr. Sivamani on 10/01/2015 Dr. Sivamani stated that his last visit with Ms. Bertacchi was August 14th, 2015. At that time there is no indication that this young lady was suffering from anything such as psoriatic arthritis, as a matter of fact, the diagnosis of arthritis has not entered into the equation at all in the notes presented to the Doctor relative to the care of Ms. Bertacchi.

Medical Analysis: Ms. Bertacchi-Freeman is a 62 year old female with a past history of obesity coupled with the comorbid state of clinical evidence lending itself to early degenerative change in the medial compartment of the knees bilaterally.

There is also in the record reference to a dermatological condition of Psoriatic plaques over the lower extremities. This condition will be addressed by a co-reviewer Dr. Ash, a Rheumatologist.

Arthroscopic intervention has been performed for complaints of knee discomfort apparently stemming from degenerative change in the posterior horn of the medial menisci, compatible with early degenerative change in the knee, based upon long standing obesity as opposed to any traumatic incident described in concert with description with knee discomfort. Ms. Bertacchi has been afforded total disability status through the writings of her treating physician, Dr. Kim, following evaluation 6/30/15 by the Center for Career Evaluations. This evaluation lacks independence as it was

Bertacchi-Freeman/Hartford000127

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 15

requested by Ms. Bertacchi and cannot and should not be considered an independent review. These evaluations presented by the Center, were apparently authored and performed under the direction of Allen Nelson, a Vocational Consultant, and Diana Bubanja, a therapist. Actual medical supervision by a trained physician is not evidenced in the report provided. In the report provided, the right knee is described as having 72 percent of knee flexion with extension being within normal limits, and 76 percent of flexion of the left knee with the extension being within normal limits as well. These measurements, while limited, do not preclude return to the work place. There were no notable aberrations of motion of the upper extremities or of fingering or use of the upper extremities. The individual in question was shown to be able to lift waist to shoulder only 6 pounds and was observed to have low back pain with sitting for only 15 minutes, standing for only 5 minutes, etc. It is to be noted that in the record provided, Ms. Bertacchi-Freeman?s heart rate was measured at the beginning of the testing sequence and at the end of the physical capacity testing. At that time blood pressure was normal at 122/84 ? 126/84 and heart rate was identified to be 74 and 76 respectively. This would not indicate to this reviewer that intense engagement and concentration on the task presented were fully engaged in by the individual.

Basically, the report provided by Center for Career Evaluations reflects the patient?s interpretation of perceived discomfort to tasks presented. There is no in depth range of motion recording measurements utilizing passive range of motion as compared to active range of motion pain. While the Center for Career Evaluations did give in depth descriptions of tasks requested of Ms. Bertacchi, there is evidence that request for completion of performance of certain maneuvers was terminated on multiple occasions upon Ms. Bertacchi?s volunteered concerns relative to perceived discomfort being experienced by her in performance of such tasks. In telephone discussion with Dr. Leslie Kim, Ms. Bertacchi?s treating physician, his offering of Ms. Bertacchi?s complaint of inability to sit for prolonged periods of time while validated in the record as having been a symptom offered by this individual, when asked for clinical documentation for etiological factors contributing to that complaint, Dr. Kim was unable to do so. This reviewer explained to the treating physician that in the absence of dramatic limitations of the range of motion of the lumbar spine, or evidence of nerve compression or sensory impairment, or any neurologic deficit, that it was difficult to support Ms. Bertacchi?s complaint of ?inability to sit?. Based upon the absence of valid substantive pathology being evidenced either by clinical evaluation or radiographic observations, there is no clinical support for Ms. Bertacchi?s complaints.

Telephone communication with Dr. Sivamani, who is the Dermatologist apparently currently caring for psoriatic lesions referenced in the record of Ms. Bertacchi, has no indication of a diagnosis of arthritis entering into his equation of care. Dr. Sivamani added in our discussion that he had no overt obvious evidence to counter the recommendation that Ms. Bertacchi is able to engage in the sedentary occupation.

Conclusion: Ms. Gloria Bertacchi-Freeman is a 62 year old female who has undergone bilateral arthroscopic interventions of the knee with apparent good end result with the most recent note afforded by the operating surgeon indicating good functional range of motion of the knee without evidence of hydroarthrosis either right or left. Ongoing complaints of cervical, dorsal and lumbar back discomfort has not been validated or shown to be responsible for functional deficiency in multiple examinations performed by a series of physicians. There is no evidence of sensory impairment; there is no evidence of nerve entrapment or compromise due to degenerative change in the cervical, dorsal or lumbar spine. There is no evidence of atrophy and it is the opinion of this reviewer that Ms. Freeman is able to engage at the sedentary level of activity.

Please review and comment on the thoroughness and validity of the FCE conducted at the Center for Career Evaluations, Inc. in 06/2015.
Response: In the opinion of this reviewer, the thoroughness and validity of the FCE provided by the Center for Career Evaluations is in question. There is no identification of range of motion observations for passive and/or active motion.

Bertacchi-Freeman/Hartford000128

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 16

There is evidence of lack of intense engagement on the part of the claimant and there is evidence that the tasks perceived to create discomfort by Ms. Bertacchi are discontinued. There is no medical observation of evaluation performed, and in the opinion of this reviewer this evaluation has no validity in fact.

The claimant?s initial BP and HR were 122/84 and 74 respectively and exits BP and HR 126/84 and 76 respectively. Is this consistent with the claimant?s statement that she found the exertional demands of the FCE to be very heavy? Please explain.
Response: Absence of observations in increases in blood pressure and/or pulse rate are to be construed as lack of demand being placed on the individual being examined.

Are you in agreement with the assessments of Ms. Bubanja? Please explain your rationale in detail.
Response: This reviewer is not in agreement with the observations and assessment provided by Ms. Bubanja. Reasons for such disagreement are provided under the heading ?Analysis?.

Consensus Opinion:
What work restrictions (physical and cognitive) are supported as of 04/11/2015 and beyond that would allow the\003claimant to work with reasonable continuity? Please explain your rationale in depth.
Response: Opinion of this orthopedic reviewer, Ms. Bertacchi-Freeman is physically and cognitively able to return to the work place in a sedentary capacity, per DOT/DOL definitions, on 4/11/15, 8 hours a day, 5 days a week as of 4/11/15.

**Peer Review / UDC 10/14/2015 / Michael Leibowitz, bc Physical Medicine and Rehabilitation
no response from Dr. Kim to telephone or faxed questionnaires

Does the whole of the record support that the claimant experiences pain to the degree that it causes the decreased cognition/poor mental stamina as noted in the 6/30/2015 report from the Center for Career Evaluations, Inc.? Please explain your rationale in depth.
The record does not support that the claimant experiences pain to the degree that it causes the decreased cognition/poor mental stamina as noted in the 6/30/15 report from the Center for Career Evaluations, Inc. As a matter of fact, a 5/13/14 Attending Physician?s Statement of Continued Functionality authored by Dr. Kim indicated there are no cognitive or psychiatric impairments. A Hartford claimant questionnaire of 1/14/15 posed the question to the claimant: Have you suffered a severe cognitive impairment that renders you unable to perform common tasks such as using the phone, money management, or medication management? The claimant answered no to the aforementioned question. Furthermore, the questionnaire of 1/14/15 posed the following question to the claimant: Have you engaged in any work activity (including self-employment) since the onset of your disability? The claimant responded yes to the aforementioned question. She has applied for and interviewed for multiple jobs and performed case work preparation for her Workers? Comp case and her legal case. The aforementioned strongly speaks for lack of any significant cognitive impairment. Furthermore, since the onset of her disability she has continued her education: and prepared for the LSAT (i.e. Law School Admission Test) entrance exam. The aforementioned education and preparation for that entrance exam to a professional school is incompatible with decreased cognition and poor mental stamina as noted in the 6/30/15 FCE report. The claimant?s Curriculum Vitae is impressive and she continues to pursue higher education. Furthermore, there has been no Folstein mini mental status exam or neuropsychological test performed by the clinicians during the 6/30/15 FCE nor by any of her treating clinicians to document nor support any objective cognitive impairments. Of significance is that Tricia Benson, P.T. authored a physical therapy discharge summary on 8/13/14. Ms. Benson indicated that the claimant reports that she is unable to stand for longer than 10 minutes due to her pain, but however the claimant is observed to routinely be able to stand for exercises in physical therapy for 10 to 15 minutes without complaints of pain. The claimant indicates and reports only being able to lift very light weight but the claimant is observed being able to lift her purse from the floor with ease and without complaints of pain. Her scores on the Oswestry test indicated a much higher level of

Bertacchi-Freeman/Hartford000129

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 17

perceived impairments than that of her actual impairment seen during physical therapy treatments. The claimant indicates and reports moderate difficulty with getting into and out of a car but is able to drive herself to physical therapy independently and get into and out of a car and into and out of the building independently without an assistive device. She does not use an assistive device for any activities of daily living and Ms. Benson indicated that the claimant was discharged from physical therapy due to noncompliance. All the aforementioned supports that the claimant did not experience pain to the degree that it causes decreased cognition/poor mental stamina as noted on the 6/30/15 report from the Center for Career Evaluations, Inc.

Does the whole of the record support that the claimant has decreased mental function as a side effect of either pain and/or prescribed medications? Please explain your rationale in depth.
The whole of the record does not support that the claimant has decreased mental function as a side effect of either pain and/or prescribed medications. The purported medication side effects reported and noted on the 5/6/13 office visit of Dr. Kim noted that on 4/19/13 the claimant underwent a left knee ultrasound guided injection with lidocaine and a second injection with Marcaine and Depo-Medrol which was felt to elevate the blood pressure and lead to insomnia transiently for one week. However, the claimant had insomnia prior to the left knee injection. On 11/15/12 an office visit note of Dr. Nguyen noted that the claimant was already taking Benadryl for insomnia. The claimant has had preexisting hypertension and even in 2012 had elevated blood pressures. Depo-Medrol can certainly lead to elevated blood pressure and Depo-Medrol was used in the injection. The claimant has had elevated blood pressure with a history of hypertension prior to such injection. There was no definite cause and effect relationship between any of the medications in the injection to left knee of 4/19/13 and insomnia, nor the elevated blood pressure.

Please review and comment on the thoroughness and validity of the FCE conducted at the Center for Career Evaluations, Inc. in 6/2015.
The FCE conducted at the Center for Career Evaluations, Inc. performed in 6/2015 is not completely thorough. For instance, there was no thorough cardiorespiratory endurance protocol performed. This is generally an essential part of the FCE, and it is addressed by one of multiple protocols including the modified Bruce protocol or other protocols. This was not included in the FCE performed in 6/2015. The FCE was not entirely thorough. The FCE itself was not valid nor was it reliable. For instance, the lack of blood pressure and heart rate response to an increased work load, in the absence of a beta-blocker medication which could blunt such response (and the claimant was not on a beta-blocker) reveals that it is more likely than not that there was a suboptimal effort provided by the claimant. The observations of Ms. Benson, Physical Therapist on the physical therapy discharge summary of 8/13/14, alluded to above in conjunction with the lack of blood pressure and heart rate response to a physical demand load, speak for the claimant having self-imposed limitations on functionality. The aforementioned is in contradistinction to the 1/14/15 claimant questionnaire in which she indicated she exercises and walks. Furthermore, it is indicated that in multiple areas of the record the claimant exercises and clinicians have recommended the claimant to exercise. The lack of heart rate and blood pressure response to an increased physical demand load is inconsistent with the FCE being valid.

The claimant?s initial Blood Pressure and Heart Rate were 122/84 and 74 respectively and exit Blood Pressure and Heart Rate was 126/84 and 76 respectively. Is this consistent with the claimant?s statement that she found the exertional demands of the FCE to be very heavy? Please explain.
No the lack of the significant blood pressure and heart rate increase with increasing physical demand levels are certainly not consistent with the claimant?s statement that she found the exertional demands of the FCE to be very heavy. The claimant was not on a beta-blocker which would blunt an increase in blood pressure and increase in heart rate with increasing physical demand levels. In the absence of the claimant being on a beta blocker, a heart rate increase of 2 beats per minute from a heart rate of 74 to a heart rate of 76 with a heart rate of 76 being entirely normal and with systolic blood pressure only increasing by 4 millimeters of mercury and diastolic blood pressure remaining constant, even in view of upper extremity exercise, is not consistent with the claimant?s subjective comments

Bertacchi-Freeman/Hartford000130

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 18

that she found the exertional demands of the FCE to be very heavy. The heart rate increase and the systolic pressure increase were extremely minor and are certainly not a significant increase from baseline systolic blood pressure and baseline heart rate. With aerobic conditioning a target heart rate for this 62-year-old female would be at least 110 beats per minute. The heart rate with an increasing physical demand level of 76 is entirely within normal limits and is certainly far less than 110 beats per minute.

Are you are in agreement with the assessments of Ms. Bubanja? Please explain your rationale in detail.
No, I am not in agreement with the assessment of Ms. Bubanja. Ms. Bubanja concluded that the claimant does not meet the full range of physical demand requirements for sedentary employment as defined by the Department of Labor. Ms. Bubanja opined that the claimant will be precluded from that exertional level of employment due to sitting and standing limitations, lifting and carrying limitations and poor finger and handling dexterity. The claimant has no upper extremity pathology that would preclude her from performing fingering/handling both upper extremities constantly. She has no pathology that would impair dexterity. The claimant has no evidence of psoriatic arthritis. For instance, there was no pitting of the nails. There were no prominent DIP joints of the upper extremities. There was no evidence of arthritis mutilans, there was no dactylitis and no sausage digits of the upper extremities. Furthermore, there was no evidence of flexor tendon sheath synovitis all of which would be seen in psoriatic arthritis. The claimant has no evidence of psoriatic arthritis which would adversely influence the aforementioned level of functionality.

The evidence and information support the following level of functionality. From 4/11/15 to the present time and beyond (beyond if the claimant?s impairments, conditions, illnesses, and surgical constructs remain stable and do not deteriorate). The claimant may work full time 8 hours per day, five days per week for total of 40 hours per week. The claimant may sit 15 minutes at a time for a total of 6 hours per day in an 8 hour workday, can stand 10 minutes at a time for a total of 1 and 1/2 hours in an eight hour day, the claimant can ambulate 3 minutes at a time for a total for one-half hour in an 8-hour day. The claimant can lift, carry, push, pull 10 pounds with both upper extremities occasionally (0-33% of the workday), can lift/carry, push, pull a negligible amount of weight with both upper extremities constantly (67-100% at a work day), can reach above bilateral shoulder level of both upper extremities occasionally (0-33% of the workday), can reach at waist/desk level with both upper extremities constantly (67-100% of the workday), can reach below waist/desk level with both upper extremities frequently (34-66% of the workday). The claimant is restricted from kneeling on both knees, crawling, and climbing ladders.

Furthermore, as alluded to above in question number 3, the FCE is not valid and not reliable for the reasons alluded to above. Therefore, any conclusion that Ms. Bubanja has arrived at is faulty on the basis of the FCE not being reliable. In addition, the following supports my opinion. The physical therapy note of 7/15/14 noted that the claimant reported she is still going to the gym. An Attending Physician?s Continued Functionality form completed by Dr. Kim on 5/13/14 noted that the claimant has no cognitive or psychiatric impairment. A 6/24/14 exam by Dr. Kim revealed a normal gait. On 11/17/14 an exam by Dr. Kim documented a neuro examination as being what was reported as negative. On 6/5/15 Dr. Kim?s Nurse Practitioner on examination found the lumbosacral spine range of motion to be full in bilateral lateral bending, bilateral rotation and was restricted to 10 degrees in extension. Furthermore, Ms. Benson, Physical Therapist in the physical therapy discharge summary as alluded to above has reported limitations by the claimant in terms of functionality. However, the functionality as reported by the claimant is self-limited as compared to the observed functionality by Ms. Benson. Furthermore, on a Hartford claim questionnaire on 1/14/15, the claimant acknowledged that she has not suffered a severe cognitive impairment that renders her unable to perform common tasks such as using the phone, money management, or medication management. In addition, the claimant acknowledged that she has applied for and interviewed for multiple jobs and has performed casework preparation for her Workers? Compensation case and legal case. The aforementioned suggests lack of significant cognitive impairments. In addition, the claimant has studied for the Law School Admission Test entrance examination which also suggests that she does not have significant limitations of cognition. Furthermore, there was no Folstein mini mental status examination or neuropsychological test performed

Bertacchi-Freeman/Hartford000131

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 19

during the FCE neither by Ms. Bubanja nor by any of the claimant?s clinicians to document the existence of any significant cognitive deficits.

Furthermore, an MRI of the lumbar spine of 6/5/13 demonstrated mild L4-5 and L5-S1 disc protrusions. Certainly by 4/11/15 such disc protrusions, even if they were the pain generators of the claimant?s low back pain would by 4/11/15 would have resorbed and would have culminated in degenerative disc disease at those levels L4-5 and L5-S1. However, the L4-5 and L5-S1 disc protrusions were not the pain generators of her low back pain. Accordingly, the L4-5 and L5-S1 are mild disc protrusions and were incidental findings. Furthermore, there were no segmental neurological deficits on multiple examinations to support that a lumbosacral radiculopathy was present.

What work restrictions (physical and cognitive) are supported as of 4/11/15 and beyond that would allow the claimant to work with reasonable continuity. Please explain your rationale in depth.
The evidence and information support the following level of functionality. From 4/11/15 to the present time and beyond (beyond if the claimant?s impairments, conditions, illnesses, and surgical constructs remain stable and do not deteriorate). The claimant may work full time 8 hours per day, five days per week for total of 40 hours per week. The claimant may sit 15 minutes at a time for a total of 6 hours per day in an 8 hour workday, can stand 10 minutes at a time for a total of 1 and 1/2 hours in an eight hour day, the claimant can ambulate 3 minutes at a time for a total for one-half hour in an 8-hour day. The claimant can lift, carry, push, pull 10 pounds with both upper extremities occasionally (0-33% of the workday), can lift/carry, push, pull a negligible amount of weight with both upper extremities constantly (67-100% at a work day), can reach above bilateral shoulder level with both upper extremities occasionally (0-33% of the workday), can reach at waist/desk level with both upper extremities constantly (67-100% of the workday), and can reach below waist/desk level with both upper extremities frequently (34-66% of the workday). The claimant is restricted from kneeling on both knees, crawling, and climbing ladders.

Furthermore, as alluded to above in question number 3, the FCE is not valid and not reliable for the reasons alluded to above. Therefore, any conclusion that Ms. Bubanja has arrived at is faulty on the basis of the FCE not being reliable. In addition, the following supports my opinion. The physical therapy note of 7/15/14 noted that the claimant reported she is still going to the gym. An Attending Physician?s Continued Functionality form completed by Dr. Kim on 5/13/14 noted that the claimant has no cognitive or psychiatric impairment. A 6/24/14 exam by Dr. Kim revealed a normal gait. On 11/17/14 an exam by Dr. Kim documented\003a neuro examination as being what was reported as negative. On 6/5/15 Dr. Kim?s Nurse Practitioner on examination found the lumbosacral spine range of motion to be full in bilateral lateral bending, bilateral rotation and was restricted to 10 degrees in extension. Furthermore, Ms. Benson, Physical Therapist in the physical therapy discharge summary as alluded to above has reported limitations by the claimant in terms of functionality. However, the functionality as reported by the claimant is self-limited as compared to the observed functionality by Ms. Benson. Furthermore, on a Hartford claim questionnaire on 1/14/15, the claimant acknowledged that she has not suffered a severe cognitive impairment that renders her unable to perform common tasks such as using the phone, money management, or medication management. In addition, the claimant acknowledged that she has applied for and interviewed for multiple jobs and has performed casework preparation for her Workers? Compensation case and legal case. The aforementioned suggests lack of significant cognitive impairments. In addition, the claimant has studied for the Law School Admission Test entrance examination which also suggests that she does not have significant limitations of cognition. Furthermore, there was no Folstein mini mental status examination or neuropsychological test performed during the FCE neither by Ms. Bubanja nor by any of the claimant?s clinicians to document the existence of any significant cognitive deficits.

Furthermore, an MRI of the lumbar spine of 6/5/13 demonstrated mild L4-5 and L5-S1 disc protrusions. Certainly by 4/11/15 such disc protrusions, even if they were the pain generators of the claimant?s low back pain would by 4/11/15 have resorbed and would have culminated in degenerative disc disease at those levels at L4-5 and L5-S1. However, the

Bertacchi-Freeman/Hartford000132

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 20

L4-5 and L5-S1 disc protrusions were not the pain generators of her low back pain. Accordingly, the L4-5 and L5-S1 are mild disc protrusions and were incidental findings. Furthermore, there were no segmental neurological deficits on multiple examinations to support that a lumbosacral radiculopathy was present.

The opinions expressed herein are to a reasonable degree of medical certainty and are based upon the current records and information provided to me.

10/15/2015 07:20:23 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation Sign off required: N

Completion of Peer Reviews:

**Peer Review / UDC 10/14/2015 / Julia Ash, MD bc rheumatology
spoke w/ Dr. Sivamani on 10/02/2015 confirmed that Ms. Bertacchi-Freeman has skin psoriasis. Dr. Sivamani?s record does not indicate a diagnosis of psoriatic arthritis. He did mention that the severity of psoriasis is mild and has not, at any point, required initiation of biologic therapy with TNF inhibitor or DMARD therapy and has only been treated with topical medications.

MEDICAL ANALYSIS: The provided medical record documents partial bilateral meniscectomies due to meniscal tears. Left knee arthroscopic partial medial and lateral meniscectomy and synovectomy were performed in 2012 and right knee arthroscopic partial medial meniscectomy and synovectomy was performed on 12/26/2013. Subsequent orthopedic followup in 2014 documents no knee joint effusion and near-normal range of motion. On 11/19/2014, Dr. Kim, in Attending Physician?s Statement, recommends four hours of standing and four hours of walking per day indicating good postoperative results. Despite above, medical record continues to document complaints of pain with ambulation with subsequent x-ray dated 03/20/2015 documenting severe right and moderate left knee medial compartment degenerative arthritis with preserved lateral and patellofemoral joint compartments. Based on the above, medical record supports clinically significant degree of bilateral medial compartment degenerative arthritis supporting restrictions and limitations as of 04/11/2015 and beyond. Medical record documents increased pain with weight bearing activities and improvement with being off weight bearing, as expected with osteoarthritis of weight bearing joints such as knees.

The provided medical record documents lumbosacral spine MRI with L4-5 facet degenerative arthritis. Degenerative facet arthritis supports restrictions and limitations. Lumbosacral spine MRI documents absence of spinal stenosis. Clinical data does not support lumbar radiculopathy with no documentation for radiculopathic pain in either lower extremity. Dr. Kim, in November 2014, specifically mentions absence of radiculopathy in the lower extremities. Based on the above, full loss of functionality secondary to low back pain is not supported with provided documentation.

Medical record documents mild skin psoriasis without evidence of psoriatic arthritis. Clinical data does not support history of enthesitis, sacroiliitis, dactylitis and synovitis associated with psoriatic arthritis. Radiographic data does not document joint erosions and joint space narrowing as expected in inflammatory arthritis such as psoriatic arthritis. American College of Rheumatology criteria for psoriatic arthritis are not met. Medical record never documents diagnosis of psoriatic arthritis. Based on the above, diagnosis of psoriatic arthritis is not documented and not supported by medical record.

Functional Capacity Evaluation documents pain in the knees and low back pain of such severity as to prevent the claimant from performing even sedentary work activity on a full-time basis. Medical record does not support such conclusion.

Bertacchi-Freeman/Hartford000133

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 21

Significant inconsistencies were found in the Functional Capacity Evaluation administration and conclusions. (For more detail regarding inconsistencies in Functional Capacity Evaluation, please see Drs. Lambur and Liebovitz?s reports.)

Does the whole of the record support that the claimant has psoriatic arthritis? Please explain your rationale as well as any impact on work function if she does have psoriatic arthritis.
The provided medical record does not support diagnosis of psoriatic arthritis. Medical record supports only skin psoriasis. Thirty percent of patients with psoriasis develop psoriatic arthritis. Ms. Bertacchi-Freeman?s medical record, including clinical and radiographic data does not support diagnosis of psoriatic arthritis as outlined in more detail in Medical Analysis section of this report.

Please review and comment on the thoroughness and validity of the Functional Capacity Evaluation conducted at the Center for Career Evaluations, Inc., in 06/2015. The claimant?s initial blood pressure and heart rate were 122/84 and 74 respectively and exit blood pressure and heart rate 126/84 and 76 respectively. Is this consistent with the claimant?s statement that she found the exertional demands of the Functional Capacity to be very heavy? Please explain. Are you in agreement with the assessment of Ms. Bubanja? Please explain your rationale in detail.
Absence of blood pressure and pulse increase at the end of Functional Capacity Evaluation is inconsistent with the claimant?s self-reported complaint of severe pain experienced with standing, walking, reaching, et cetera. Loss of concentration during computer skill analysis is not supported as no cognitive difficulties or concentration deficit are ever documented in the medical record. In APS, Dr. Kim documents absence of cognitive deficits. Review of the clinical and radiographic data documented in the medical record do not support limitation in hand function and shoulder abnormalities that would cause difficulties with such activities as reaching and computer-associated hand activities. In APS, Dr. Kim recommends no restriction on reaching and hand activities. Review of the overall clinical and radiographic data documented in the medical record and outlined in the Medical Analysis section of this report does not support loss of function for full-time sedentary work as of 04/11/2015 and beyond.

What work restrictions (physical and cognitive) are supported as of 04/11/2015 and beyond that would allow the claimant to work with reasonable continuity? Please explain your rationale in depth.
No cognitive deficits are documented throughout medical record and are, therefore, not supported. Cognitive deficits do not support restrictions and limitations. From a physical viewpoint due to knee and lumbosacral spine osteoarthritis, the following restrictions and limitations are supported as of 04/11/2015 and beyond: Sitting up to eight hours per day with position changes allowed with ergonomic chair for back support, standing up to two hours per day one hour at a time, walking up to two hours per day half an hour at a time, occasional bending below waist and occasional reaching below desk level, frequent reaching above and at desk level, occasional climbing stairs, occasional driving, frequent handling, feeling, grasping, and fingering, occasional lifting and carrying up to 10 pounds, occasional pushing and pulling up to 100 pounds if weight is on wheels, no crouching, kneeling, and crawling, no ladder climbing, occasional driving. Medical record supports the claimant?s ability to work full time in sedentary work capacity with above restrictions and limitations with reasonable continuity as of 04/11/2015 and beyond.

10/15/2015 06:55:14 a.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Medical Records-EDM

15-OCT-15: Received Electronic Document with PCN: 30051201510155090014
Content : Medical Records - Appeals DCN : 30051201510155090014001

Bertacchi-Freeman/Hartford000134

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 22

10/15/2015 06:37:37 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

From: Judy Keough [mailto:jkeough@udc1.com]
Sent: Wednesday, October 14, 2015 3:08 PM
To: Floyd, Mary (GB and WC Claims)
Subject: Final Reports

Attached please find the final reports on G. Bertacchio-Freeman.

If you have any questions, please call me.

Thanks,
Judy

10/14/2015 11:40:11 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

From: Wendy Woolf [mailto:wendywoolf@udc1.com]
Sent: Wednesday, October 14, 2015 10:48 AM
To: Floyd, Mary (GB and WC Claims)
Subject: RE: Gloria Bertacchi-Freeman / 9004108017

This is with the director for final proofing as w speak

From: Floyd, Mary (GB and WC Claims) [mailto:Mary.Floyd@thehartford.com]
Sent: Wednesday, October 14, 2015 10:28 AM
To: Wendy Woolf
Subject: Gloria Bertacchi-Freeman / 9004108017

Hi, Wendy

Can you give me a status on the review? Thanks!

Mary Floyd
Appeal Specialist
Group Benefit Field Claims

P.O. Box 14301
Lexington, KY 40512-4301
W: 678-566-4265

Bertacchi-Freeman/Hartford000135

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 23

F: 866-411-5613

The Hartford ? is underwriting companies Hartfordlife and Accident Insurance Company and Hartford Life Insurance Company and administrator Hartford-Comprehensive Employee Benefit Service Company

www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford

************************************************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.
************************************************************

10/14/2015 10:27:52 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

From: Floyd, Mary (GB and WC Claims)
Sent: Wednesday, October 14, 2015 10:28 AM
To: 'Wendy Woolf'
Subject: Gloria Bertacchi-Freeman / 9004108017

Hi, Wendy

Can you give me a status on the review? Thanks!

Mary Floyd
Appeal Specialist
Group Benefit Field Claims

P.O. Box 14301
Lexington, KY 40512-4301
W: 678-566-4265
F: 866-411-5613

The Hartford ? is underwriting companies Hartfordlife and Accident Insurance Company and Hartford Life Insurance Company and administrator Hartford-Comprehensive Employee Benefit Service Company

www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford

Bertacchi-Freeman/Hartford000136

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 24

10/05/2015 06:17:36 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

claimant demand for questinnaire completions by Dr. Fink and RCM Hennessy - declined as not part of the administrative record

10/02/2015 12:53:16 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Correspondence-EDM

02-OCT-15: Received Electronic Document with PCN: 30051201510024000051
Content : Correspondence - Appeals DCN : 30051201510024000051001

09/28/2015 05:12:52 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Correspondence-EDM

28-SEP-15: Received Electronic Document with PCN: 30051201509284000039
Content : Correspondence - Appeals DCN : 30051201509284000039001

09/24/2015 12:04:35 p.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

claimant addition of additional argument to supplement appeal / acknowledgement of complete appeal received today sent.

09/24/2015 09:00:39 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Correspondence-EDM

24-SEP-15: Received Electronic Document with PCN: 30051201509241000125
Content : Correspondence - DCN : 30051201509241000125001

09/24/2015 07:22:49 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Additional submission of IMR sent to UDC

From: Floyd, Mary (GB and WC Claims)
Sent: Thursday, September 24, 2015 7:22 AM
To: 'Wendy Woolf'

Bertacchi-Freeman/Hartford000137

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 25

Subject: Bertacchi-Freeman / 9004108017

Hi, Wendy

Please include the attached for the reviewers.

Mary Floyd
Appeal Specialist
Group Benefit Field Claims

P.O. Box 14301
Lexington, KY 40512-4301
W: 678-566-4265
F: 866-411-5613

The Hartford ? is underwriting companies Hartfordlife and Accident Insurance Company and Hartford Life Insurance Company and administrator Hartford-Comprehensive Employee Benefit Service Company

www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford

09/24/2015 07:20:22 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

letter from claimant refusing FCE, enclosure of IMR refusal for knee injections, web excerpt regarding Americus, duplicate FCE, excerpt of psoriatic arthritis, WC code excerpts.

09/23/2015 03:14:00 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Medical Records-EDM

23-SEP-15: Received Electronic Document with PCN: 30051201509234000055
Content : Correspondence - DCN : 30051201509234000055001
Medical Records - DCN : 30051201509234000055002
Correspondence - DCN : 30051201509234000055003

09/23/2015 12:24:13 p.m. ET Mary Floyd Examiner Atlanta PHONE CALL
Type of Call: Outgoing Date of Call: 09/23/2015 Call To/From: Medical Provider
Name: Dr. Kim Conversation with: Jannelle
Phone: (650) 746-3226 Extension: Fax Number:

Bertacchi-Freeman/Hartford000138

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 26

returned call to Jannelle - explained that we requested script for FCE as the one submitted did not appear to be a standard FCE, however, Ms. Bertacchi-Freeman has since informed us that she is refusing to undergo another FCE. We are proceeding with peer reviews and do ask that Dr. Kim speak with the physicians when contacted.

09/23/2015 09:41:36 a.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Correspondence-EDM

23-SEP-15: Received Electronic Document with PCN: 30051201509235090170
Content : Correspondence - Appeals DCN : 30051201509235090170001

09/23/2015 07:12:13 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation Sign off required: N

Additional submission on appeal from claimant:

09/22/2015 further on appeal, asserts that the denial letter did not give specific reasons for denial as Dr. Fink is a foot expert, change to vocational report, patient record, and history;
also asserts that specific references to plan provisions were not given
asserts that description of additional materials to perfect claim not given
asserts that description of plan?s review procedure was not given

Regarding request for FCE is incorrect as claim is denied and will not attend/ has contacted physician citing her submission of FCE in 06/2015

An FCE has been submitted, but does not appear to be a standard, FCE. However, the claimant is refusing to attend an independently scheduled FCE. Will proceed with peer review / advisement to claimant of acknowledgement of additional submission on appeal

09/23/2015 06:31:39 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Correspondence-EDM

23-SEP-15: Received Electronic Document with PCN: 30051201509231000018
Content : Correspondence - DCN : 30051201509231000018001

09/23/2015 06:31:38 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Correspondence-EDM

23-SEP-15: Received Electronic Document with PCN: 30051201509231000016
Content : Correspondence - DCN : 30051201509231000016001

Bertacchi-Freeman/Hartford000139

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 27

09/21/2015 10:44:33 a.m. ET Mary Floyd Examiner Atlanta PHONE CALL
Type of Call: Outgoing Date of Call: 09/21/2015 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

call out to claimant - we have requested that her physician furnish a script for an FCE that she had indicated earlier was recommended. EE asked if policy provided for this, advised that it did for continuance of benefits.

09/18/2015 07:22:33 a.m. ET Mary Floyd Examiner Atlanta PHONE CALL
Type of Call: Incoming Date of Call: 09/18/2015 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

voicemail from yesterday - she received our letter, wanted to ensure that we knew that she had included an FCE in her appeal, it was very expensive and over a 2 day period.

09/11/2015 07:27:28 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

-------Transmission Fax Report-------
To: Kim,6509912650
Subject: Gloria Bertacchi-Freeman / 9004108017
Result: Successful
Explanation: All Pages OK

Sent: "@hig_atlantaclaims cover page","Bertacchi_auth.pdf"
Pages Sent: 3
Connect Time: 69
Transmit Time: 09/11/15 07:25
Transfer Rate: 31200
Retry Count: 1
Job Number: 29807366
From: Floyd, Mary (GB and WC Claims)
Sent: Friday, September 11, 2015 7:24 AM
To: 'Kim.6509912650@fax2mail.com'
Subject: Gloria Bertacchi-Freeman / 9004108017

Please expedite. Information requested in connection with your patient?s claim for disability benefits.

Patient: Gloria Bertacchi-Freeman
DOB: 05/01/1953

Bertacchi-Freeman/Hartford000140

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 28

EE ID: 9004108017
Claim Event: 14520979

The following information is needed for our review of the above referenced patient?s claim for Disability benefits. We are asking that you issue a prescription for Ms. Bertacchi-Freeman to attend a Functional Capacity Evaluation.

Please return requested information to my attention at the fax number listed below. An authorization for release of information is included. Should you require a fee, please include your Tax ID Number with your invoice.

Mary Floyd
Appeal Specialist
Group Benefit Field Claims

P.O. Box 14301
Lexington, KY 40512-4301
W: 678-566-4265
F: 866-411-5613

The Hartford ? is underwriting companies Hartfordlife and Accident Insurance Company and Hartford Life Insurance Company and administrator Hartford-Comprehensive Employee Benefit Service Company

www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford

09/11/2015 07:26:43 a.m. ET Mary Floyd Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation Sign off required: N

S on appeal, job caused swollen knees and back pain causing her to cease work, was awarded State Disability, and was awarded WC; dx?d w/ mild foraminal narrowing C3/6, lumbr scoliosis and mild lumbosacral facet arthritis; R knee strain, cervical thoracic strain and lumbar strain; R knee medial meniscus tear; broad based disc bulge L4/5 with severe facet arthropathy; osteopenia per bone density report, estimating risk of fx at 14%;

?history of rashes could indicate psoriatic arthritis which involves the knees, ankles, and joints?

had 2 day evaluation by Dr. Diana Bubanja, DPT who determined ?she was unable to demonstrate physical tolerances to maintain a regular full time workstation at any exertional level.

Dr. Kim is bc ortho sx has performed 2 knee sx (12/2012 and 12/2013) 10# lifting/pushing, no kneeling/bending/stooping/squatting; limite4d standing, climbing, and walking; Per Mitchell on 03/20/2015, L knee agg

Bertacchi-Freeman/Hartford000141

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 29

w/ walking, standing, transition from sit to stand and min relieved w/ Lidoderm and rest; R knee agg w/ stand/walk/transition from sit to stand , mildly relieved w/ Lidoderm and requires Norco for flashes of severe pain; radiographs severe medial compartment degeneration and joint space narrowing w/ osteophyte R and mod deg on L

Per Amster QME, no overhead activities or repetitive motion of the neck; no heavy lifting, prolonged wgt bearing, climbing, repetitive stairs, uneven surfaces, kneeling/crouching/crawling; no repetitive lifting over 25#;

?For the lumbar spine, job activities that required prolonged sitting or prolonged standing are also known to instigate or agg LBP(La Dou J. Current . . . .) no static neck; Per Amster permanent and stationary disabled / was awarded WC

EA by Hennessy on 01/27/2015 no occs/employability limited

Brett Fink is orthopedic Foot and Ankle surgeon, author of The Whole Foot and is not qualified to evaluate the back or the neck as this is not his area of expertise; both residencies were for foot and ankle sx  asserts that opinions of txing physicians outweigh those of Dr. Fink

Cites Bubanya, DPT and Alan Nelson, MSS CVE performed job simulations assessment/FCE on 06/03/2015 and 06/04/2015 and concluded that she does not possess physical tolerance for FT gainful employment and displayed problems with mental stamina that would impact work readiness.  alternate occ will likely require a high attention to detail and concentration, ability for long term sitting and standing and capability to perform accurate data analysis and repetitive typing

cites awards for WC and SSD / records from Kim, MRI of knees and back; uses a cane

was sent to Capital PT in 07/2015 and 08/2015

Asserts that pain and Rx side effects and mental clouding was not considered; Rx of hydrocodone and lidocaine, etc since 2012;  Norco causes dizziness/drowsiness, lightheadedness, nausea and vomiting and may cause blurred vision; Lidoderm can also have a host of side effects and increases in mental clouding; is also taking Rx for asthma, HTN, GERD, cholesteremia, rashes, and psoriasis and hypothyroidism; was prescribed Rx for gastroenteritis on 11/10/2014 and given Rx for cough, bronchitis, and asthma; cites that combination of medications that she takes affect her mental stamina as noted in vocational evaluation

Asserts that HIG has a conflict of interest as it has the discretion to deny benefits that it would have to pay; did not have her examined and used an unqualified medical expert (Fink)

asserts that HIG violated judicial estoppel in not using her SSD approval in their decision (incorrect) but required her to apply and then benefited from the award by deducting the SSD benefits from LTD

Asserts that while wage for Community Health Services and Health Education Officer was reported as $9,557.60/month on Payscale.com the average median salary is $3,827.25/month and wage for Program manager is $5,766.00; Quality Assurance Coordinator is $4,000.25 per month; these are less than 65% of PDE and also asserts that these jobs require specific education and work requirements that she is not qualified for.  The MBA is from an unaccredited university based on her work experience and is not acceptable to most employers.

appeal signed as ?Dr. Gloria Bertacchi-Freeman?

Bertacchi-Freeman/Hartford000142

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 30

**Job Description of Pharmacist at Cardinal Health
**US Healthworks / Peter Heitke and Radiology
**Florence Chong
**Kaiser x rays R knees
**MRIs back, neck, knees
**Copy of HIG medical record and Vibrant Care record
**Seton Medical Center Physical Therapy
**Capital Physical Therapy
**Swanson and Schaak PT
**Kaiser PT
**Vibrant PT and Rehab
**Job Simulation Assessment/FCE by Center for Career Evaluations
**Vocational Assessment / Allan Nelson
**Leslie Kim?s functional assessments and medical records
**Peninsula orthopedic associates / Kim / Brian Mitchell
**Sedgwick WC claim approval
**WC Qualified Medical Expert Report Michael Amster, MD 06/04/2013 and 06/06/2014
**Jessie Hennessy?s EA and HIG analysis results
**Information regarding Brett Fink, MD / Whole Foot Book advertisement
excerpt Medical Director at Whole Foot, LLC; orthopedic surgeon since 07/2000 and orthopedic physician
listed as orthpaedic surgery, reconstructive rearfoot/ankle; fellowship trained in foot and ankle sx; orthopedic focus
areas include foot and ankle and trauma
residency orthopedic sx Portsmouth Naval Hospital

**Excerpt from Daily Journal/Evan George 10/13/2009 Doctors Paid to Aid Insurers in Disability Claim Denials from Kantor
& Kantor
**Raja Kameswaran Sivamani MD
**xray bone densitometry
**SSA award dated 07/16/2013 including SSA records
**State of California disability claim payment hx
**UC Davis, Rosa Nguyens Office, Sivamani, Barbara Neyhart
**Target Pharmacy expenses
**Medical information regarding Rx side effects
Hydrocodone and Lidocaine Patient Education on Rx; excerpts on Norco
**HIG MCCM review
**PT excerpt on rom copy of work description for pharmacist
**Polypharmacy Journal Article
# 34 IME report
**Mileage and medical expense summary
# 36 dermatology records/ Lawrence Bass
# 37 Psoriatic arthritis article
**Payscales for jobs
#40 degree information about Americus U
**payments of STD from HIG and Cardinal
**excerpts on cervical distraction test, SLR, and Spurling?s test

**01/14/2015 Cx Q typed responses

Bertacchi-Freeman/Hartford000143

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 31

lumbar degeneration, osteoarthritis of knee, incontinence, asthma; limits movement/activities; lifting/sitting
Activities: reads, computer, internet, TV, exercises, walks, movies, studies
assistance w/ cleaning, repairs, movement, travel; independent adls w/ exception of bladder and bowel incontinence; no cognitive impairment
Education at Lincoln Law School test and preparation for test only

O 62 yr old directory of pharmacy LDW 10/10/2012 TD 10/11/2012
Pd thru 04/10/2015 Ben Eff 04/11/2013 TC 04/11/2015
Policy 83120674 situs IL residence CA ERISA
PDE $10,666.67 65% PDE $6,933.33

WORK/EDUCATION

Pharmacy doctorate degree 1977
MBA Business Administration online from Americus University in 2002
director of pharmacy, director of operations, clinical pharmacist

MEDICAL

**Peer Review /BMI 03/23/2015 / Brett Fink, bc orthopedic surgeon
no response from Dr. Kim
Dx osteoarthritis of LS and L knee deg meniscal tear
notes observations by Tricia Benson, pt sugg of abnormal pain behavior

Maximal physical functional capabilities

sit/stand/walk 6 hr 40 hr work week
drive 1 hr w/o stopping
continuously reach at desk/waist, handle/finger
freq 10#
Occ 20#, climb/balance
rarely stoop/kneel, crouch/crawl, reach

**Peninsula Orthopedic Associates, Inc. (P) 650 991 9400 (F) 650 991 2650
Leslie Kim, MD
08/21/2015 Rx for Lidoderm; Norco 10/325
08/21/2015 Work Status Report limited capacity for lift/push/pull 10#, limited capacity for climbing/walking, no kneeling, bending, stooping, squatting
07/22/2015 ltr to WC has completed 5 of 8 pt but states no sig imp; c/o bilateral knee pain, lbp w/ LE numbness/tingling; using lidoderm and occasional Norco with satisfactory pain control; uses cane for ambulation; knee unloader brace authorized, but not yet fitted;
PE slight guarded gait w/ slight R antalgic pattern; bilateral knee extension 180, bilateral flexion 120; R greater than L medial joint line tenderness; no effusion
Imp bilateral O/A of knees
06/05/2015 ltr to WC at her last visit on 05/01/2015 FCE request was sent and approved; however remains permanent and stationary regarding bilateral knees and has already had a FCE, so she has been advised by her atty not to proceed with a new FCE

Bertacchi-Freeman/Hartford000144

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 32

states her symptoms are unchanged R knee 5 to 7/10 and L 3 to 4/10; c/o cervical and LS pain from 4 to 6/10; using cane
PE antalgic gait w/ cane; mild hypertrophy of R knee compared to L knee w/ tenderness to palpation; bilateral knee extension at 0; R knee flexion 110; L knee flexion 100
LS tenderness; flexion 5 inches fingertip to toe; extension 10 deg, R lateral bending full; L lateral bending full, R lateral rotation full, L lateral rotation full
03/20/2015 slight swelling L knee; very tender; x rays today show severe medial compartment degeneration and joint space narrowing on R w/ osteophyte; moderate degeneration of L knee
Imp severe functional impairment due to O/A knees; in regard to whether or not she can do sed / request FCE
03/20/2015 response to MCM request regarding work function
We have submitted RFA for FCE to objectively evaluate work restrictions
11/19/2014 APS knee osteoarthritis/chondromalacia; cervical strain, lumbar degeneration
walk 15 min aat/4 hr total
stand ? hr aat/4 hr total
sit ? hr aat/4 hr total
no restrictions reaching, fingering/handling
occ 10#, bending, driving
never kneel/crouch, bend, stoop no cognitive impairment

11/17/2014 Work Status limited capacity 10#, standing, climbing, walking, no kneeling, bending/stooping/squatting
06/24/2014 currently Norco used infrequently; states Lidoderm patches effective; no radiating pain or neurologic symptoms associated w/ back pain
PE normal gait, R knee extension 180; L knee extension 180, R knee flexion 125, L knee flexion 130; tenderness to palpation medial joint line
05/13/2014 reports that car accident on 05/07/2014 increased her pain; c/o constant swelling of R knee, intermittent neck pain; diff sleeping taking Tylenol, Norco, Lidoderm prn 2 to 3x week
PE LS flexion 20 cm fingertip to floor; extension 90% normal; R bend 75% normal; L bend 75% normal; R rotation 90% normal; L rotation 100% normal; no spasm
01/01/2014 Work Status Report no kneeling, bending, stooping, squatting
? 12/26/2013 repair of R meniscus tear
06/17/2013 Medical Source Statement for SSA
less than 10# occ
stand/walk at least 2 hr w/ normal breaks, uses cane
sit for 1 to 2 hours with normal breaks and needs to alternate sit/stand
occ balance and stoop
never climb, kneel, crouch/crawl
occ reach
06/05/2013 lumbar MRI normal alignment/lordosis/vertebral height; evidence of possible prior bilateral laminectomies at L5/S1
L2/3 mild facet arthropathy, minimal foraminal protrusions w/o stenosis
L3/4 mild to moderate facet arthropathy; mild disc protrusions
L4/5 broad based disc bulge mildly narrowed foramina w/o impingement; severe facet arthropathy
L5/S1 mild disc protrusion w/ moderate facet arthropathy and moderate narrowing of neural foramina w/ possible impingment L5 due to facet osteophyte
05/31/2013 MRI R knee tear of posterior horn of medial meniscus
12/19/2012 ltr to Cigna s/p L arthroscopic partial medial and lateral meniscetomy on 12/13//2012; has minor pain agg w/ walking
? 01/25/2011 MRI L knee

Bertacchi-Freeman/Hartford000145

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 33

**Thuy Rose Nguyen, DO
11/12/2014 c/o diarrhea x 3 days
05/08/2014 pulling out of parking spot yesterday and swiped her car (10mph); did not hit her head; c/o headache and lbp
PE no back tenderness over lumbar; arom unremarkable on flexion and extension; neg slr, 5/5 strength on knee flexion and extension bilaterally; able to heel/toe and stand on heels and toes
Imp suspect tension headache; suspect muscle strain
12/20/2012 call pt states ortho has filled out disability pprwk
11/19/2012 c/o L knee and neck pain after backing up into a chair to avoid a patient; c/o back pain that she thinks is agg by having to reach in high cabinets at work

**VibrantCare
08/13/2014 discharge / due to non-compliance Tricia Benson PT
?She indicates she is unable to stand for longer than 10 minutes due to her pain but is routinely able to stand for exercises at physical therapy 10-15 minutes without complaint of pain. She indicates only being able to lift very light weights but is able to lift her purse from the floor with ease and without complaint of pain.? Her scores on the Oswestry have been consistent since starting treatment but indicate a much higher level of perceived impairment than her actual ability impairment seen during physical therapy treatments.?
pt for knees 03/31/2014 / super sore over weekend due to change in weather; 6 to 7/10
pt for R knee s/p sx on 12/26/2013
pt for lumbago 08/09/2013
TENS unit at home; c/o pain 10/10; unable to sit or stand over 10 min
pt for L knee 04/19/2013 to 05/28/2013
c/o knee giving out, unable to stand/walk over 10 min; pain 4/10
compliant w/ HEP / overall condition is improving

**Swanson Schaack PT
12/27/2012 to 03/21/2013 moving better, but still limited w/ amt of walking/standing tolerance;

**Capitol Physical Therapy
08/09/2015 recommend to continue pt
07/29/2015 pain 4/10
07/27/2015 reduced arom
Imp chronic, feels stronger, but pain ranges from 3 to 5
07/22/2015 ltr to Kim good compliance / aquatic therapy
07/06/2015 sitting/walking painful
PE stiff/tight w/ min spasm paraspinals; reduced arom lumbar and cervical; positive slr

**Seton Medical Center Physical Rehabilitation Services
06/23/2015 7/10 pain; moderate distress w/ transitional movements / findings c/w dx and pain report moderately TTP paraspinals; moderate hypertonicity; joint mobility deferred 2nd to pain; neg slr, antalgic R stance
06/15/2015 c/o cervical, thoracic, and lumbar pain agg w/ prolonged sitting/standing and limit most daily activities
11/21/2012 to 12/10/2012 activities walking, swimming, light workouts at health club
c/o lumbar and upper back pain w/o radiculopathy, agg standing/walking
PE Lumbar arom normal w/o pain complaints; stiff thoracic kyphosis, normal gait

**UC Davis Medical Group

Bertacchi-Freeman/Hartford000146

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 34

Raja Sivamani, MD / dermatology / Neyhart
06/12/2015 hx of psoriasis mostly under control w/ Rx; new, itchy neck rash
no fever, fatigue, or headache
PE alert/normal affect
Imp tinea axillaris/corporis; does have inverse psoriasis, but new rash c/w tinea
05/16/2014 ltr to Nguyen txing her for rash; per patient O/A of knees, back, and neck
c/o fatigue, hayfever, headache, joint pain, numbness/tingling
Imp psoriasis
04/05/2015 atopic dermatitis improved after shot and topical care; given 15 grams of lidex ointment
02/02/2015 atopic dermatitis; having flare in wintertime
? 07/29/2014 past hx of psoriasis, but now has poorly marginated erythematous scaly rash on feet, beneath breasts, and under arms / eczematous; still has typical psoriasis plaques on elbows
03/18/2013 ltr to EE regarding DEXA on 03/14/2013
osteopenia LS w/ AP measurement in the normal range; osteopenia of L femoral neck
10 year risk of osteoporotic fx at 14% and 10 yr risk of hip fx 0.5%

**Michael Amster, MD (P) 530 302 5773 (F) 5330 231 2942
board certified pain specialist and Qualified Medical Evaluator
06/06/2014 Qualified Medical Evaluation
PE mild tenderness over trapezius, 5/5 strength UE, normal reflexes; mild tenderness L3/5; mild pain w/ LS flexion and extension; full flexion of knees and no evidence of instability
5/5 strength LE w/ normal reflexes; normal gait; able to stand on R and L foot w/o diff, but does require some help w/ balancing; pain w/ squatting; able to toe/heel w/o diff; pain w/ kneeling and stooping
Imp R knee MMI / no change in R/Ls
10/04/2013 Qualified Medical Evaluation
c/o R knee pain, L knee pain, neck, and back pain; pending R meniscus repair; fecal incontinence
diff standing, sitting, walking for long periods and climbing stairs; diff seeing and hearing; diff sleeping due to pain
PE mild tenderness of trapezius, full UE strength, normal reflexes; mild tenderness L3/5; tenderness R knee w/o effusion/edema; pain w/ squatting, kneeling, stooping
Imp MMI / permanent and stationary in regard to back, neck, and L knee
no overhead activities, no activities involving repetitive motion of the neck or involving physical effort
no heavy lifting, squatting, stooping, prolonged standing, sitting, kneeling, climbing, twisting, walking on uneven ground or other activities involving comparable physical effort; no prolonged wgt bearing, climbing, repetitive stairs, no repetitive lifting over 25#

**US HealthWorks / Peter Heitke, MD
11/14/2012 no overhead work, stooping, bending, kneeling, squatting, climbing; last seen on 10/12/2012 cancelled further appt
10/12/2012 x ray cervical mild foraminal narrowing due to arthritis C4/6; LS scoliosis and mild lumbosacral facet arthritis

**Kaiser
Florency Chong, DO
11/26/2012 full rom of neck w/o pain; back tight at trapezius, paraspinals; no spasm, full rom in all directions w/o pain 3 inches from floor; neg slr/able to walk on toes/heels; +5/+5 strength; antalgic gait
11/05/2012 Fitness for Duty, limited stand/walk/sit/lift/carry
10/31/2012 pt

Bertacchi-Freeman/Hartford000147

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 35

10/25/2012 pt cervical and lumbar sprain; knee sprain (6 visits for 10/05/2012 injury)
hobbies, works out in gym with bike; swims 2x week
gait wnl, lumbar rom wnl w/ discomfort at end ranges; crom wnl w/ discomfort at end ranges
intact reflexes; neg slr; tightness of paraspinals
Imp resolved c spine strain; strain of LS, strain of knee released from care/FT duty trial
10/15/2012 mild O/A R knee per xray
02/11/2012 bronchitis symptoms c/o pruritic rash under both breasts

FINANCIAL

PSSD approved 07/16/2013

WC approved 06/26/2015 for period of 07/01/2012 to 10/05/2012 and awarded major permanent partial WC benefits paid for the period of 08/05/2014 thru 06/08/2015 $10,448.57 and for period of 06/06/2014 to 08/04/2014 $1,971.43 w date of loss of 10/05/2012 / compensation for injuries to knees, neck, and back

**Center for Career Evaluations, Inc. (P) 510 465 4111 (F) 510 465 9163
Alan Nelson, MS, CVE / Diana Bubanja, DPT
06/30/2015 Job Simulation Assessment/FCE from 06/03-04/2015
in addition to her knees, back, and neck, has asthma, frequent bouts of bronchitis, GERD, HTN, cholesterolemia, psoriasis, and dermatitis
Observed shift hips frequently due to lbp; reported low back knee and shoulder pain 5/10; pain ranges from 4 to 9/10, caused by prolonged sitting, cold weather, and excessive activity; temporary relief w/ cold applications, Rx, breaks, and naps; c/o frequent h/a and fatigue with interrupted sleep; needs to fluctuate from sitting position after 15 minutes due to back pain; can only stand for 10 to 15 minutes; avoids lifting over 10#, unable to walk over 1 block or full flight of stairs; avoids stooping/squatting; has diff w/ adls; uses cane; reported that she stopped 3x during 2 hour drive to facility due to back discomfort

Office Proficiency Assessment and Certification test 24 wpm w/ 98% accuracy 5 minute test
given break; then Career Abilities Placement Survey test w/ 8 5 minute sections administered from standing position, requested to sit due to discomfort; took 1 to 2 minute break after every 15 minutes of sitting
CAPS percentiles verbal reasoning 15th, numerical aptitude 78th , language usage 45th, word knowledge 98th, mechanical reasoning 45th, spatial reasoning 6th, perceptual speed 80th, manual speed 27th
OPAC proofreading / identified 31% of errors / needed to achieve 65% accuracy to demonstrate basic competency ?rushing to get that test over with because my back and neck don?t feel that great?
BETA III Nonverbal Reasoning Test to measure logical problem solving, ranked low at 39%
06/04/2015 reported having slept poorly
OPAC Editing/Formatting from\003a Rough Draft Test 61%
OPAC typing test 41 wpm 100% after 30 minutes of testing, asked to stand/move 2 min
OPAC Basic Word Test (Microsoft Word knowledge) 4%
Advanced Editing/Formatting from rough draft 29%
Computer Operator Aptitude Battery (sequencing recognition / problem solving 34%, stand and move every 15 min
OPAC Proofreading 66%
OPAC Typing / not administered after 3 minutes warm up due to discomfort
SRA Forms (business form) 60%
Nelson-Denny Reading Test 12.1 grade
did not want further typing due to back discomfort
WRAT 12.9 grade level

Bertacchi-Freeman/Hartford000148

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 36

Exit Interview, claimant reported physical and mental fatigue and felt slow paced when compared to previous work performance; reported that in the prior month, she had diff getting out of bed 2 to 3 days/week; reported that she doesn?t feel capable of working FT due to the unpredictability of physical tolerances from day to day;

Based on above does not currently possess the physical tolerances to perform FT gainful employment; test scores do not correspond to an individual with a doctoral education and work hx as pharmacist / may be a reflection of pain management and poor mental stamina

FCE did not meet full range of sedentary work requirements; would be precluded from sedentary work due to sit/stand limitations and poor finger/hand dexterity and inability to repetitively use UE full physical effort as demonstrated on isometric testing
reduced rom w/ reports of pain; max 6# waist to shoulder w/ c/o pain;
unsteady gait when carrying 6# for 10 ft
tasks not completed due to reports of pain; exhibition of pain behaviors; request for unscheduled breaks; rated overall exertional demand of FCE as ?Very Heavy?

| | initial | exit |
|---|---|---|
| BP | 122/84 | 126/84 |
| HR | 74 | 76 |

**EA 04/03/2015 using Peer R/Ls

| | |
|---|---|
| Community Services and Health Education Officer | $9,557.60 |
| Program Manager | $9,557.60 |
| Quality Assurance Coordinator | $10,311.60 |

**EA 01/27/2015 using 11/19/2014 APS by Dr. Kim
no occupations identified

A appeal as noted above. Actual IME, article on psoriatic arthritis and information regarding MBA does not appear to be in submission. There are inconsistencies in the medical findings and in the impairments as reported by the claimant.

P request script for FCE

09/10/2015 01:20:52 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Claim Form-EDM

10-SEP-15: Received Electronic Document with PCN: 30051201509105090345
Content : Claim Form - Authorizations DCN : 30051201509105090345001

09/10/2015 08:43:19 a.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Medical Records-EDM

10-SEP-15: Received Electronic Document with PCN: 30051201509105090065

Bertacchi-Freeman/Hartford000149

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 37

Content : Medical Records - Appeals DCN : 30051201509105090065001

09/08/2015 05:34:29 p.m. ET Cathy Reyes Examiner Atlanta GENERAL
Type: Miscellaneous

Appeal Unit rec'd clmt's appeal letter in work queue. Appeal ack letter sent to clmt.

09/03/2015 06:48:06 a.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Medical Records-EDM

02-SEP-15: Received Electronic Document with PCN: 30051201509024000036
Content : Correspondence - Appeals DCN : 300512015090240000036001
Medical Records - Appeals DCN : 300512015090240000036002
Correspondence - Appeals DCN : 300512015090240000036003
Medical Records - Appeals DCN : 300512015090240000036004
Correspondence - Appeals DCN : 300512015090240000036005
Medical Records - Appeals DCN : 300512015090240000036006
Correspondence - Appeals DCN : 300512015090240000036007
Medical Records - Appeals DCN : 300512015090240000036008
Correspondence - Appeals DCN : 300512015090240000036009
Medical Records - Appeals DCN : 300512015090240000036010
Correspondence - Appeals DCN : 300512015090240000036011
Medical Records - Appeals DCN : 300512015090240000036012
Correspondence - Appeals DCN : 300512015090240000036013
Medical Records - Appeals DCN : 300512015090240000036014
Correspondence - Appeals DCN : 300512015090240000036015

09/03/2015 06:48:06 a.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Medical Records-EDM

02-SEP-15: Received Electronic Document with PCN: 30051201509024000035
Content : Correspondence - Appeals DCN : 300512015090240000035001
Medical Records - Appeals DCN : 300512015090240000035002
Correspondence - Appeals DCN : 300512015090240000035003
Medical Records - Appeals DCN : 300512015090240000035004
Correspondence - Appeals DCN : 300512015090240000035005
Medical Records - Appeals DCN : 300512015090240000035006
Correspondence - Appeals DCN : 300512015090240000035007
Medical Records - Appeals DCN : 300512015090240000035008
Correspondence - Appeals DCN : 300512015090240000035009
Medical Records - Appeals DCN : 300512015090240000035010
Correspondence - Appeals DCN : 300512015090240000035011
Medical Records - Appeals DCN : 300512015090240000035012
Correspondence - Appeals DCN : 300512015090240000035013

Bertacchi-Freeman/Hartford000150

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 38

Medical Records - Appeals DCN : 30051201509024000035014

09/02/2015 03:58:13 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Outgoing    Date of Call: 09/02/2015    Call To/From: Claimant
Name: Gloria Bertacchi-Freeman    Conversation with:
Phone: (916) 390-1845    Extension:    Fax Number:

co to return vm
adv clmt have not rec'd appeal yet, but can take a while to be uploaded
clmt thanked

06/10/2015 06:37:04 a.m. ET Kimberly Scouten Nurse Simsbury GENERAL
Type: Miscellaneous

MCM paid IME invoice $1440.00.

06/09/2015 02:42:45 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Invoices-EDM

09-JUN-15: Received Electronic Document with PCN: 30051201506095090466
Content : Invoices - DCN : 30051201506095090466001

05/11/2015 02:06:08 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Other-EDM

11-MAY-15: Received Electronic Document with PCN: 30051201505115090417
Content : Other - DCN : 30051201505115090417001

05/11/2015 01:50:32 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Other-EDM

11-MAY-15: Received Electronic Document with PCN: 30051201505115090410
Content : Other - DCN : 30051201505115090410001

05/11/2015 01:50:32 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Other-EDM

11-MAY-15: Received Electronic Document with PCN: 30051201505115090416
Content : Other - DCN : 30051201505115090416001

Bertacchi-Freeman/Hartford000151

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 39

05/11/2015 01:50:31 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Other-EDM

11-MAY-15: Received Electronic Document with PCN: 30051201505115090400
Content : Other - DCN : 30051201505115090400001

05/11/2015 01:50:31 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Other-EDM

11-MAY-15: Received Electronic Document with PCN: 30051201505115090402
Content : Other - DCN : 30051201505115090402001

05/11/2015 01:35:15 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Other-EDM

11-MAY-15: Received Electronic Document with PCN: 30051201505115090394
Content : Other - DCN : 30051201505115090394001

05/11/2015 01:35:15 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Other-EDM

11-MAY-15: Received Electronic Document with PCN: 30051201505115090395
Content : Other - DCN : 30051201505115090395001

04/30/2015 01:39:03 p.m. ET Jamie M Radloff MANAGER Minneapolis PHONE CALL
Type of Call: Outgoing Date of Call: 04/30/2015 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

vm from ee. wondering status of claim file.

T/c to ee. rec. advised that file mailed on 4/29. ee thanked.

04/29/2015 03:43:20 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Other-EDM

29-APR-15: Received Electronic Document with PCN: 30051201504295090634
Content : Other - DCN : 30051201504295090634001

Bertacchi-Freeman/Hartford000152

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 40

04/29/2015 03:34:53 p.m. ET Brenda J Ball Examiner Atlanta GENERAL
Type: Miscellaneous

ROI Completed 04/27/2015
Date Range of File#: 03/07/2013 - 04/27/2015
UPS Tracking#: 1Z30V02W0299122131

04/27/2015 01:32:48 p.m. ET Charlene M Baez Examiner Simsbury GENERAL
Type: Mail Receipt

Rcvd req for copies from clmt in group queue 4/22/15

This is not an appeal. AA has already submitted ROI req. No action taken at this time.

04/24/2015 08:14:40 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd ltr

A/P: rec'd second request for roi - aa checked roi status - still being worked on, open and processing

put to file

04/22/2015 12:48:42 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Correspondence-EDM

22-APR-15: Received Electronic Document with PCN: 30051201504224000048
Content : Correspondence - Appeals DCN : 30051201504224000048001

04/17/2015 03:17:14 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd mail

A/P: submitted roi request

04/17/2015 02:43:12 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Outgoing Date of Call: 04/17/2015 Call To/From: Claimant

Bertacchi-Freeman/Hartford000153

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 41

Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

co to return vm
adv will submit request

04/17/2015 06:31:41 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Correspondence-EDM

17-APR-15: Received Electronic Document with PCN: 30051201504171000081
Content : Correspondence - DCN : 30051201504171000081001

04/10/2015 11:00:56 a.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Outgoing Date of Call: 04/10/2015 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

co to clmt
apologized to clmt, adv aa was under the impression she did not need a call back when she left a message a few wks ago
clmt adv that is fine
adv clmt will not meet change in def of db
clmt understood
adv will send ltr and appeal rights

04/10/2015 10:29:49 a.m. ET Jamie M Radloff MANAGER Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Test Change Decision Sign off required: N
Test Change Decision Date: 04/10/2015 Test Change Decision: Not Accepted

04/10/2015 08:13:44 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Test Change Recommendation Sign off required: Y

TC denial

O: rec'd EAR

WEH:
Hs diploma 1971
University of santa clara 1971-1973 ? science ? no degree
University of the pacific 1973-1977- pharm. Degree
America?s university ? mba ? 2002

Bertacchi-Freeman/Hartford000154

Report: E401773R The Hartford - Benefit Management Services Page 42
Office: Comments: Summary Detail Report
Date Of Report:12/28/2015 Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

License:
Pharmacist license exp 2016
RE broker exp 2015
Computer skills: word, 10 key, email, internet
R hand dominant
No military
Speaks English, French
Work experience:
Director of Pharmacy ? 7/1/2012-10/10/2012
Director of operations ? clinical pharmacist 2/1999-6/30/2012
Pharmacist 9/11-11/11
Pharmacist 6/10-9/10
Radback Energy ? president 2007-2008
President National Medical Seminars 1979-2006
Director of operations/clinical pharmacist ? national medical staffing 1979-1999

CQ:
Independent all adl?s except voluntary bladder/bowel which is marked as cannot do
Hobbies after dod: church service weekly, church/educational seminars weekly, physical therapy/gym 2-3x/wk, internet daily, restaurants 3-4x a week, shopping, walking occasionally, swim/Jacuzzi at gym occasionally
Owns computer
Ssd oib, other oibs listed old, WC pending and with CRO
Fraud/auth signed 1/14/2015

MCCM adv EE is at MMI and able to perform light job demand level work for 40 hours per week 8 hours per day.
MCM suggests AA refer to RCM for an EAR with the r/ls provided by the peer reviewer on 3/23/2015.

Analysis Results:
The results of the Employability Analysis identified 4 occupations within the "closest" level, 1 occupations within the "good? level, 138 occupations within the "fair" level and 61 occupations within the ?potential? level.

Of the viable employment matches from this analysis, below is a representative sample of occupations that meet the claimant?s profile:

Code Occupation Monthly Median Wage
079.167-010 Community-Services-and-Health-Education Officer $ 9557.60
189.167-030 Program Manager $ 9557.60
169.167-090 Quality Assurance Coordinator $ 10311.60

Based on the 2013 National OES Wage Statistics, the median monthly wages for the identified occupations range from $9557.60-$10311.60/month and all meet or exceed the required estimated earnings potential of $6933.33/month.

The claimant has worked in the pharmaceutical industry and she has shown proficiency in serving the requests of customers, planning and organizing activities of others and managing people and resources. Her job skills and knowledge transfer to sedentary and light alternative occupations in industries which involve the same traits.

The claimant resides in Placer County, the statistical area for Granit Bay, CA, which is located in the Sacramento, CA

Bertacchi-Freeman/Hartford000155

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 43

(population of 407,018) metro area. This region would offer a significant labor market of employment options.

These occupations exist in reasonable numbers in the geographic economy, use skills and/or worker traits and habits the claimant possesses and are within her physical abilities. These findings are indicative that Gloria Bertacchi- Freeman possesses the capabilities to perform these occupations with minimum training in tools and/or materials.

A: 62 y/o female oow for her light occupation as a pharmacy director since 10/12 due to back, neck, and knee pain. EE treated conservatively and eventually underwent surgery on 12/13/12. EE continues to have issues with knee and AP is addressing back pain as well. Surgery on right knee 12/26/2013.

claim was ref to MCCM and peer review was completed showing clmt is at MMI and has the ability to perform light occ 40 hrs wk - EAR was run and OCCs were found - AA recommends to deny TC

P: ltr to clmt
situs IL
ERISA

04/10/2015 10:29:37 a.m. ET Jamie Radloff MANAGER Minneapolis CLAIM MANAGEMENT

agree to TC denial.

04/08/2015 05:59:10 p.m. ET Dawn Vincentwolfe Examiner Atlanta PHONE CALL
Type of Call: Incoming Date of Call: 04/08/2015 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

Clmt ci to speak w/aa
adv will xfr to aa she stated she been trying to reach her the past 10 days
adv I would xfr to aa tl to assist
ee thanked

04/08/2015 05:55:06 p.m. ET Gloria C Aycott Examiner Sacramento PHONE CALL
Type of Call: Incoming Date of Call: 04/08/2015 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

ee c/i re clm stat
adv ee aa info

xfered to aa for further assistance

04/03/2015 02:06:12 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM

Bertacchi-Freeman/Hartford000156

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 44

Type: Other-EDM

03-APR-15: Received Electronic Document with PCN: 30051201504035090375
Content : Other - DCN : 30051201504035090375001

04/03/2015 01:57:25 p.m. ET Bridgett A Collins SS/Rehab Simsbury CLAIM MANAGEMENT
Recommendation/Plan: CCM Employability Analysis Review Sign off required: N

Employability Analysis Report Addendum

Claimant: Gloria Bertacchi-Freeman
ID Number: 9004108017
Policyholder: Cardinal Health, Inc.
Date of Report: 4/3/2015

This is an addendum to Employability Analysis dated 1/27/15 conducted for Gloria Bertacchi-Freeman using OASYS for the purpose of determining her current employability. This analysis was based upon her functional capabilities, provided in the file review dated 3/23/15.

Functional Capabilities:
The functional capabilities used in this analysis are based on the File Review report dated 3/23/15 by Brett Fink, MD, Board Certified Orthopedic Surgeon.

Dr. Fink provides the following restrictions and limitations:
? She may lift, carry, push or pull up to 20lbs occasionally and 10lbs frequently. She can sit, stand or walk up to 6 hours each out of an 8 hour day. She can drive up to 1 hour without stopping. She can climb or balance occasionally, and stoop, kneel, crouch, crawl, or reach rarely. These limitations/restrictions are based on minimum expected activity consistent with her observed ability to get in and out of a car without difficulty. She may work at waist/desk or below waist level continuously. No other activity limitations are necessary.
? Would be reasonably capable of physically performing within the limitations and restrictions for upt o 40 hours per week.

Work and Educational History:
Please see EAR dated 1/27/15 for work and educational history.

Profile Adjustments and Considerations:
The following adjustments were made to the ability profile based on the functional capabilities and work and education history:

1. Stooping was adjusted from occasionally to never to reflect restrictions provided by Dr. Fink.
2. Reaching, handling, fingering, feeling, talking, hearing, tasting, smelling, vision and environmental conditions were adjusted to constantly; and noise intensity was increased to very loud as there are no restrictions.
3. Following specific instructions was changed to yes as he used\003this skill to follow specific company and health care policies and procedures
4. Making judgments and decisions was changed to yes as she used this skill to solve problems on the job based on her

Bertacchi-Freeman/Hartford000157

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 45

prior work experiences
5. Analyzing, compiling, computing, copying and comparing were changed to yes as she used these skills to assess needs, develop plans, research, evaluate services, etc.
6. Supervising was changed to yes as she used this skill to monitor the activity of hospital pharmacists
7. Serving was changed to yes as she used this skill to attend to the needs of clients, stack holders, etc.
8. Taking instructions-helping was changed to yes as he used this skill to attend to the requests of her supervisors
9. All other Physical Demands, Environmental Conditions, Aptitudes, Work Situations and Work Functions remained at Pre-disability levels.

Analysis Results:
The results of the Employability Analysis identified 4 occupations within the "closest" level, 1 occupations within the "good? level, 138 occupations within the "fair" level and 61 occupations within the ?potential? level.

Of the viable employment matches from this analysis, below is a representative sample of occupations that meet the claimant?s profile:

| Code | Occupation | Monthly Median Wage |
|---|---|---|
| 079.167-010 | Community-Services-and-Health-Education Officer | $ 9557.60 |
| 189.167-030 | Program Manager | $ 9557.60 |
| 169.167-090 | Quality Assurance Coordinator | $ 10311.60 |

Based on the 2013 National OES Wage Statistics, the median monthly wages for the identified occupations range from $9557.60-$10311.60/month and all meet or exceed the required estimated earnings potential of $6933.33/month.

The claimant has worked in the pharmaceutical industry and she has shown proficiency in serving the requests of customers, planning and organizing activities of others and managing people and resources. Her job skills and knowledge transfer to sedentary and light alternative occupations in industries which involve the same traits.

The claimant resides in Placer County, the statistical area for Granit Bay, CA, which is located in the Sacramento, CA (population of 407,018) metro area. This region would offer a significant labor market of employment options.

These occupations exist in reasonable numbers in the geographic economy, use skills and/or worker traits and habits the claimant possesses and are within her physical abilities. These findings are indicative that Gloria Bertacchi- Freeman possesses the capabilities to perform these occupations with minimum training in tools and/or materials.

Respectfully Submitted,

Bridgett Collins, MS, CRC
Vocational Clinical Case Manager

03/31/2015 09:10:19 a.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Other-EDM

31-MAR-15: Received Electronic Document with PCN: 30051201503315090090
Content : Other - DCN : 300512015033150900900001

Bertacchi-Freeman/Hartford000158

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 46

03/31/2015 08:53:34 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd mccm RR

WEH:
Hs diploma 1971
University of santa clara 1971-1973 ? science ? no degree
University of the pacific 1973-1977- pharm. Degree
America?s university ? mba ? 2002
License:
Pharmacist license exp 2016
RE broker exp 2015
Computer skills: word, 10 key, email, internet
R hand dominant
No military
Speaks English, French
Work experience:
Director of Pharmacy ? 7/1/2012-10/10/2012
Director of operations ? clinical pharmacist 2/1999-6/30/2012
Pharmacist 9/11-11/11
Pharmacist 6/10-9/10
Radback Energy ? president 2007-2008
President National Medical Seminars 1979-2006
Director of operations/clinical pharmacist ? national medical staffing 1979-1999

CQ:
Independent all adl?s except voluntary bladder/bowel which is marked as cannot do
Hobbies after dod: church service weekly, church/educational seminars weekly, physical therapy/gym 2-3x/wk, internet daily, restaurants 3-4x a week, shopping, walking occasionally, swim/Jacuzzi at gym occasionally
Owns computer
Ssd oib, other oibs listed old, WC pending and with CRO
Fraud/auth signed 1/14/2015

A/P: MCCM adv EE is at MMI and able to perform light job demand level work for 40 hours per week 8 hours per day. MCM suggests AA refer to RCM for an EAR with the r/ls provided by the peer reviewer on 3/23/2015.

refer for EAR

03/30/2015 02:31:30 p.m. ET Kimberly Scouten Nurse Simsbury CLAIM MANAGEMENT
Recommendation/Plan: CCM Functional Assessment / Pre-Ex Sign off required: N

MCM notes no reply from the summary of the Peer review dated 3/23/2015 by Dr Brett Fink Ortho surgeon noting EE is at

Bertacchi-Freeman/Hartford000159

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 47

MMI and able to perform light job demand level work for 40 hours per week 8 hours per day.
MCM suggests AA refer to RCM for an EAR with the r/ls provided by the peer reviewer on 3/23/2015.

03/30/2015 02:26:09 p.m. ET Kimberly Scouten Nurse Simsbury FAXRECEIPT
Type: Medical Records

MCM notes function letter dated 3/20/2015 from Dr Kim requesting HIG to approve RFA for functional capacity eval.

03/26/2015 01:13:37 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

26-MAR-15: Received Electronic Document with PCN: 30051201503261001159
Content : Medical Records - DCN : 30051201503261001159001

03/24/2015 01:30:49 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan          Sign off required: N

O: rec'd task

A/P: completed - peer review rec'd - mccm working on claim

03/23/2015 05:37:45 p.m. ET Kimberly Scouten Nurse Simsbury PHONE CALL
Type of Call: Outgoing          Date of Call: 03/23/2015          Call To/From: Medical Provider
Name: Ortho Sx          Conversation with:
Phone: (650) 991-5630          Extension:          Fax Number: (650) 991-2650

MCM sent MC letter with summary of Peer Review letter to Dr Kim...

03/23/2015 03:05:12 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

23-MAR-15: Received Electronic Document with PCN: 30051201503231002239
Content : Medical Records - DCN : 30051201503231002239001

03/23/2015 02:51:51 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Correspondence-EDM

23-MAR-15: Received Electronic Document with PCN: 30051201503231002199
Content : Correspondence - DCN : 30051201503231002199001

Bertacchi-Freeman/Hartford000160

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 48

03/23/2015 12:14:39 p.m. ET Donna Miley Examiner Atlanta GENERAL
Type: Miscellaneous

From: GB Claim Clinical Vendor Coordinator (Claim)
Sent: Monday, March 23, 2015 2:58 PM
To: 'Michael W. Du Chene'
Subject: RE: Case 560751 {Secure Message}

Hi Michael,

Please have the provider complete the report without AP contact. Thank you.

Donna Miley
GB Claim Clinical Vendor Coordinator
GBC Central Services

The Hartford Financial Services Group, Inc.
200 Colonial Center Parkway, Suite 500
Lake Mary, FL 32746
W: 800-303-9744 ext. 2309219
F: 855-202-8683

---

From: Scouten, Kimberly M (Claim)
Sent: Monday, March 23, 2015 1:48 PM
To: GB Claim Clinical Vendor Coordinator (Claim)
Subject: RE: Case 560751 {Secure Message}

We need report as TC is fast approaching, please have the provider complete the report without AP contact.

---

From: Michael W. Du Chene
Sent: Monday, March 23, 2015 12:39 PM
To: GB Claim Clinical Vendor Coordinator (Claim)
Subject: RE: Case 560751 {Secure Message}

Hello Donna,

The reviewer was still unable to reach the AP even after waiting for them to return. Do you need any more attempts made? Please let me know how you would like to proceed. Thank you again and have a great day!

Michael Du Chene

Bertacchi-Freeman/Hartford000161

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 49

Client Services Coordinator III
Behavioral Medical Interventions (BMI)
6600 France Ave. S., Suite 245
Edina, MN 55435
Direct: 952-641-0610
Fax: 952-927-7147
michael.duchene@behavioralmedical.com
www.behavioralmedical.com
Follow us on: LinkedIn and Twitter

---

From: GB Claim Clinical Vendor Coordinator (Claim)
Sent: Monday, March 23, 2015 12:14 PM
To: Michael W. Du Chene (michael.duchene@behavioralmedical.com)
Subject: Case 560751 {Secure Message}

Hi Michael,

I am checking on the report for Gloria Bertacchi-Freeman. Has the reviewer been able to establish AP contact?

Donna Miley
GB Claim Clinical Vendor Coordinator
GBC Central Services
The Hartford Financial Services Group, Inc.
200 Colonial Center Parkway, Suite 500
Lake Mary, FL 32746
W: 800-303-9744 ext. 2309219
F: 855-202-8683

03/23/2015 09:17:39 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

23-MAR-15: Received Electronic Document with PCN: 30051201503231000186
Content : Medical Records - DCN : 30051201503231000186001

03/17/2015 04:08:24 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd task

A/P: mccm awaiting report - reset task

Bertacchi-Freeman/Hartford000162

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 50

03/12/2015 11:17:41 a.m. ET Donna Miley Examiner Atlanta GENERAL
Type: Miscellaneous

From: GB Claim Clinical Vendor Coordinator (Claim)
Sent: Thursday, March 12, 2015 2:38 PM
To: 'Michael W. Du Chene'
Subject: RE: Claim# 9004108017 {Secure Message}

Hi Michael,

We can wait until 3/17 for AP contact, but we would need the report completed and returned to us no later than 3/27.

Donna Miley
GB Claim Clinical Vendor Coordinator
GBC Central Services

The Hartford Financial Services Group, Inc.
200 Colonial Center Parkway, Suite 500
Lake Mary, FL 32746
W: 800-303-9744 ext. 2309219
F: 855-202-8683

---

From: Michael W. Du Chene
Sent: Thursday, March 12, 2015 9:28 AM
To: GB Claim Clinical Vendor Coordinator (Claim)
Subject: Claim# 9004108017

Hello Donna,

Today the reviewer learned that Dr. Kim, the treating provider is out of the office until 3/17/15. Would you like us to hold the report until they return? Please let me know how you would like to proceed. Thank you and have a great day!

Michael Du Chene

Client Services Coordinator III
Behavioral Medical Interventions (BMI)
6600 France Ave. S., Suite 245
Edina, MN 55435
Direct: 952-641-0610
Fax: 952-927-7147
michael.duchene@behavioralmedical.com
www.behavioralmedical.com

Bertacchi-Freeman/Hartford000163

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 51

Follow us on: LinkedIn and Twitter

03/03/2015 11:54:33 a.m. ET Donna Miley Examiner Atlanta GENERAL
Type: Miscellaneous

Medical records uploaded to vendor for IME

Snapshot - The Hartford - / MaitlandCase 560751

Medical Record(s) updated. Referral@behavioralmedical.com has been notified

Uploaded Record BertacchiFreemanG_9004108017_1.pdf Uploaded at 03/03/2015 11:53 AM by Donna Miley
Uploaded Record BertacchiFreemanG_9004108017_2.pdf Uploaded at 03/03/2015 11:53 AM by Donna Miley

03/03/2015 09:16:58 a.m. ET Donna Miley Examiner Atlanta GENERAL
Type: Miscellaneous

From: Michael W. Du Chene [mailto:michael.duchene@behavioralmedical.com]
Sent: Monday, March 02, 2015 4:12 PM
To: GB Claim Clinical Vendor Coordinator (Claim)
Subject: Claim# 9004108017

Hello Donna,

Thank you for the referral! BMI can accept this case. Please upload the records as soon as you can. Thank you again and have a great day!

Michael Du Chene

Client Services Coordinator III
Behavioral Medical Interventions (BMI)
6600 France Ave. S., Suite 245
Edina, MN 55435
Direct: 952-641-0610
Fax: 952-927-7147
michael.duchene@behavioralmedical.com
www.behavioralmedical.com
Follow us on: LinkedIn and Twitter

03/03/2015 08:49:47 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd multiple tasks

Bertacchi-Freeman/Hartford000164

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 52

A/P: med director adv claim needs peer - peer ref uploaded by mccm and completed by aa no action needed

reset fu task for 2 wks - TC is 4/11/2015

03/02/2015 05:29:54 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

02-MAR-15: Received Electronic Document with PCN: 30051201503021002501
Content : Medical Records - DCN : 30051201503021002501001

03/02/2015 05:26:55 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

02-MAR-15: Received Electronic Document with PCN: 30051201503021002501
Content : Medical Records - DCN : 30051201503021002501001

03/02/2015 03:02:27 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Correspondence-EDM

02-MAR-15: Received Electronic Document with PCN: 30051201503021002399
Content : Correspondence - DCN : 30051201503021002399001

03/02/2015 02:45:57 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Correspondence-EDM

02-MAR-15: Received Electronic Document with PCN: 30051201503021002348
Content : Correspondence - DCN : 30051201503021002348001

03/02/2015 01:19:01 p.m. ET Donna Miley Examiner Atlanta GENERAL
Type: Miscellaneous

New Peer referral

Snapshot - The Hartford - / MaitlandCase 560751

Case and Medical Records were successfully submitted. Notice of referral request was sent to BMIWilder@behavioralmedical.com

Uploaded Record Bertacchi-Freeman.doc Uploaded at 03/02/2015 02:23 PM by Donna Miley
Uploaded Record Bertacchi-Freeman_auth.TIF Uploaded at 03/02/2015 02:23 PM by Donna Miley

Bertacchi-Freeman/Hartford000165

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 53

Uploaded Record Bertacchi-Freeman_CL.tif Uploaded at 03/02/2015 02:23 PM by Donna Miley

03/02/2015 10:36:19 a.m. ET Kimberly Scouten Nurse Simsbury CLAIM MANAGEMENT
Recommendation/Plan: CCM Functional Assessment / Pre-Ex Sign off required: N

MCM notes MD review will refer for a Peer Review with ortho

02/13/2015 12:59:41 p.m. ET Kimberly Scouten Nurse Simsbury CLAIM MANAGEMENT
Recommendation/Plan: CCM Functional Assessment / Pre-Ex Sign off required: N

MCM has not received any reply from Dr Kim in clarification of EEs R/Ls. TC is 4/11/2015. MCM request a MD review to understand that R/L are supported. Please see MCM assessment and EE interview on 2/5/2015

02/12/2015 12:37:25 p.m. ET Kimberly Scouten Nurse Simsbury PHONE CALL
Type of Call: Outgoing Date of Call: 02/12/2015 Call To/From: Medical Provider
Name: Ortho Sx Conversation with:
Phone: (650) 756-5630 Extension: Fax Number: (650) 991-2650 Not Contacted: Left Message

MCM left VM with AP assistant requestin a return call regarding the letter sent out 2/5/2015 regarding clarification of function as EE had an OV with AP on the 5th or 6th. MCM left PN and fax should AP just fax letter signed and filled out back to MCM.

02/05/2015 03:49:16 p.m. ET Kimberly Scouten Nurse Simsbury PHONE CALL
Type of Call: Outgoing Date of Call: 02/05/2015 Call To/From: Medical Provider
Name: Ortho Sx Conversation with:
Phone: (650) 991-5630 Extension: Fax Number: (650) 991-2650 Not Contacted: Left Message

MCM left VM for Jennel from Dr Kims office. Describing letter faxed and acknowledged that EE has an appt tomorrow and wishes Dr Kim address the letter and return it clarifying EEs function. MCM left PN with extention.

02/05/2015 02:52:53 p.m. ET Kimberly Scouten Nurse Simsbury PHONE CALL
Type of Call: Incoming Date of Call: 02/05/2015 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

Current condition: right now EE is running a fever and has problems with neck and lower back. Neck pain and LBP, Knee pain, EE walk independently sometimes needs a cane. If she over exerts self than she needs her cane. Psoriasis, Biopsy of breast negative however a growth. GERD, HTN, synthroid. Difficulty sleeping. EE states the psoriasis and asthma affect her ability to do exertion activities as well.
Meds: Lidoderm patches, APAP, Benadryl to sleep, Norco, however not using recently. EE takes inhalers for asthma,
HCP: Dr Kim NOV 2/6/2015.
PCP : Dr Nuhgen

Bertacchi-Freeman/Hartford000166

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 54

Pulmonology,
ADLS: church on Sundays EE is able to work on computer; EE has several legal cases going on works with attorney on. EE is independent with care however is unable to do tree trimming and picking up things that are heavy or straining bending down.
Functional part of job: it was a physically demanding job and worked with psych patients and was injured which took EE OOW. EE is not able to talk about it as it is currently a continuing investigation.
EE has been doing job search and working with RCM. EE has a Commercial Real Estate license however it is due to expire this year and the company she worked with is out of business. EE has since gone bankrupt. MCM explained TC and the change in DOD EE stated she has been job searching however it is difficult to find a job with in the r/ls that Dr Kim has given. MCM explained she will be sending out a letter to clarify r/ls to Dr Kim today. EE stated she will discuss with AP tomorrow at the OV and have him return the letter.

02/05/2015 02:50:28 p.m. ET Kimberly Scouten Nurse Simsbury PHONE CALL
Type of Call: Outgoing    Date of Call: 02/05/2015    Call To/From: Medical Provider
Name: Ortho Sx    Conversation with:
Phone: (650) 991-5630    Extension:    Fax Number: (650) 991-2650

In the office notes you provided Ms Bertacchi is able to sit, stand, and walk for ? hr at a time totaling 4 hours each per day due to osteoarthritis, lumbar degeneration, and cervical strain. EE is limited to lifting no more than 10 lbs occasionally. EE reports exacerbation of pain with exertion.
It is understandable that Ms Bertacchi is not able to be on her feet for any length of time and requires frequent position changes due to her lower back pain, and knee pain, However, do you agree that she would be able to sit for 6-8 hours with changes in position as needed performing fingering and handling at desk level and lifting no more than 10 lbs occasionally? This is defined as Sedentary Job Demand in the Dictionary of Occupational Titles.
Yes______    No_______
If no, please explain the reason including diagnostic rational describing the barriers for Ms Bertacchi to function at a sedentary job demand level full time.

-------Transmission Fax Report-------

| | |
|---|---|
| To: | Dr Leslie Kim,16509912650 |
| Subject: | Gloria Bertacchi-Freeman |
| Result: | Successful |
| Explanation: | All Pages OK |
| Sent: | "#hig_std cover page","103371500.TIF" |
| Pages Sent: | 4 |
| Connect Time: | 69 |
| Transmit Time: | 02/05/15 14:51 |
| Transfer Rate: | 28800 |
| Retry Count: | 1 |
| Job Number: | 11140622 |

02/05/2015 01:59:41 p.m. ET Kimberly Scouten Nurse Simsbury PHONE CALL

Bertacchi-Freeman/Hartford000167

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 55

Type of Call: Outgoing Date of Call: 02/05/2015 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

Poor connection. EE stated she is in her car and will call MCM back.

02/05/2015 01:57:40 p.m. ET Kimberly Scouten Nurse Simsbury CLAIM MANAGEMENT
Recommendation/Plan: CCM Functional Assessment / Pre-Ex Sign off required: N

MCM acknowledged referral.

AA question: MCCM referral is required to review if limited ability to sit/stand/walk at a time is supported given medical on file.

MCM reviewed medical provided in DCS and SIR through date and time of review.

EE is a 61 year female pharmacy Director/Light OOW since 10//11/2012 due to knee, back and neck pain. EE underwent surgery to her knee in 2013 and continues to experience pain to her knee and back. TC is 4/11/2015.

Dr Kim's OVN:
11/19/2014 APS EE is able to sit stand and walk for ? hour at a time a total of 4 hours each per day. EE is not able to lift push or pull > 10 lbs. r/ls due to knee osteoarthritis , cervical strain, and lumbar degeneration.
11/17/2014 - EE notes no change in chronic pain, right knee using Lidoderm and ice for swelling. EE has restrictive activity and is disabled and off work. EE has limited capacity to sit, stand, and walk as well as lifting up to 10 lbs
8/23/2014 - lumbago - PT discharge - pt seemed to enjoy PT but did not report any improvement in cond after tx. perceived impairment is noted to be higher than actual ability impairment seen during PT tx.
MRI 6/5/2013 possible impingement of exiting right L5 nerve root. Severe bilateral facet arthropathy at L4-L5 with mild triangular narrowing of the spinal canal.

MCM notes a discussion between AA and EEs WC attorney Zachary Unk, on 2/3/2015 noting EE is working as a commercial real estate broker.

It is unclear what prevents EE from functioning at a sedentary job demand level however EE may have limitations in standing in walking due to the OA of her knee and LBP. MCM to reach out to EE for a clinical update and to AP for clarification of sedentary function.

02/03/2015 04:36:31 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

TC investigation - TC 4/11/2015 - SIU recommended by MRO

O: rec'd task

Bertacchi-Freeman/Hartford000168

Report: E401773R The Hartford - Benefit Management Services Page 56
Office: Comments: Summary Detail Report
Date Of Report:12/28/2015 Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Dr. Kim ovn's
11/17/2014 - hard to read - chronic pain, drainage?
8/23/2014 - lumbago - PT discharge - pt seemed to enjoy PT but did not report any improvement in cond over the few months tx. perceived impairment is higher than actual ability impairment seen during PT tx
8/13/2014 - joint pain/leg - perceived impairment is higher than actual ability impairment seen during PT tx, able to ambulate to appts, drive, without issue, does not need ad for any adl's - dx from care
7/17/2014 - leg pain/joint pain - cont to report pain, she is unable to give an exact answer as to pain location or number level of pain.
7/15/2014 - going to the gym, but does not feel her pain is changing much, cont to compain of lower back pain, but is vague as to the exact location or exacerbating activity
6/24/2014 - cont PT, wean off norco

APS:
dx. knee OA chrondomalacia 715.16, 717.7
2nd. Cervical strain/sprain, lumbar degeneration/spine disease
Ht 5?1 wt 209
Meds: Lidoderm, norco, Tylenol
Tx plan: pt to knee and back, pain meds, ice machine
Lov 11/17/14, nov 2/6/15
Sit/stand: ? hr aat, 4 hrs daily
Walk: ? hr aat, 4 hrs daily
Occasionally l/c up to 10lbs, bend at waist, drive
Never: l/c over 10 lbs, kneeling/crouching
No restrictions: reaching all levels, finger/handling
Signed Dr. Kim 11/19/14

WEH:
Hs diploma 1971
University of santa clara 1971-1973 ? science ? no degree
University of the pacific 1973-1977- pharm. Degree
America?s university ? mba ? 2002
License:
Pharmacist license exp 2016
RE broker exp 2015
Computer skills: word, 10 key, email, internet
R hand dominant
No military
Speaks English, French
Work experience:
Director of Pharmacy ? 7/1/2012-10/10/2012
Director of operations ? clinical pharmacist 2/1999-6/30/2012
Pharmacist 9/11-11/11
Pharmacist 6/10-9/10
Radback Energy ? president 2007-2008
President National Medical Seminars 1979-2006
Director of operations/clinical pharmacist ? national medical staffing 1979-1999

Bertacchi-Freeman/Hartford000169

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 57

CQ:
Independent all adl?s except voluntary bladder/bowel which is marked as cannot do
Hobbies after dod: church service weekly, church/educational seminars weekly, physical therapy/gym 2-3x/wk, internet daily, restaurants 3-4x a week, shopping, walking occasionally, swim/Jacuzzi at gym occasionally
Owns computer
Ssd oib, other oibs listed old, WC pending and with CRO
Fraud/auth signed 1/14/2015

Analysis Results:
The results of the Employability Analysis identified 4 occupations within the "closest" level, 1 occupation within the "good? level, 116 occupations within the "fair" level and 52 occupations within the ?potential? level when screened for an hourly wage of at least $40.00 within her local geographical area (Placer County, the statistical area for Granit Bay, CA, where the claimant resides). All but 5 occupations were eliminated as they would require additional skills/training. Another job was removed as it did not meet her wage requirement. The final 4 occupations were screened out as they would not allow for positions changes every 15 to 30 minutes.

Based on this analysis, no occupations were identified that utilize the claimant?s functional capabilities, transferrable skills and wage requirement, therefore her employability is limited.

A: Claimant is a 61 yof oow from her light occupation as a pharmacy director since 10/12 due to back, neck, and knee pain. EE treated conservatively and eventually underwent surgery on 12/13/12. EE continues to have issues with knee and AP is addressing back pain as well. Surgery on right knee 12/26/2013. Last APS from May 2014 notes almost sedentary/light abilities.

EAR showed no occs within clmts earnings requirement -

TL ref file and recommended file be ref to mccm before claim decision made:
Disagree with TC approval.

CQ notes hobbies of shopping, walking, church services, volunteering, going to the gym - all of which would require being in one position longer than 15-30 minutes as noted on APS. OVN note perceived impairment by claimant is greater than actual impairment. No significant findings noted in OVN.

Feel MCCM referral is required to review if limited ability to sit/stand/walk at a time is supported given medical on file.

MRO got ref flags from ee's WC attny - in discussion with SIU now for further steps

clm with MRO - await outcome before LSS
ssd: app
RCCM: clmt not interested in working with them - see rccm review

CNA policy - need local econ run

P: cont with mccm ref

Bertacchi-Freeman/Hartford000170

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 58

02/03/2015 03:04:37 p.m. ET Michael S Opperman MANAGER Maitland PHONE CALL
Type of Call: Outgoing Date of Call: 02/03/2015 Call To/From: Attorney
Name: Mcdonald Law Corporation Conversation with:
Phone: (925) 363-4380 Extension: Fax Number:

IBC from WC def counsel zachary w/ mcdonald law corp. he's been the lead atty since december. he is trying to get a better u/s of their potential exposure. he had some questions regarding the pmt ledger from pltff counsel. Explained the reason for small OP was ssdi awarded 4/1/13. he said that ee is working as a commercial real estate broker. asked him about the status of the case. there was an expedited hearing that was adjourned last week. They are disputing compensability, but given a lot of the material issues and the venue, they will offer a small settlement. no meaningful settlement conversations to date. he said that the ee claims that a patient pushed a chair towards the ee as she was conducting a small group setting, which then caused the ee to jump out of her chair causing her db. He said there were no witness statements to support this claim. they filed a petition to have her prior w/c carrier joined since they believe the condition may have been pre-existing prior to her date of hire. he asked for an updated ledger, agreed that I would forward to zachary@mcdonaldlawcorp.com. asked him for dates in which ttd has been accepted. as of right now, 11/18/12 - 6/6/14 which is when ee's condition was reported as stable. Explained that hig claim is for ltd. std payments were self-funded. He was unaware that the ER issued payments, he will contact the ER so he can rec'v itemized breakdown of pmts in order to credit the wc settlement.

02/03/2015 11:21:04 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

MCCM ref - TC 4/11/2015

O: rec'd review rec

Disagree with TC approval.

CQ notes hobbies of shopping, walking, church services, volunteering, going to the gym - all of which would require being in one position longer than 15-30 minutes as noted on APS. OVN note perceived impairment by claimant is greater than actual impairment. No significant findings noted in OVN.

Feel MCCM referral is required to review if limited ability to sit/stand/walk at a time is supported given medical on file.

A/P: will refer to mccm, mccm please review 1/29 SOAP - medical pasted below
Dr. Kim ovn's
11/17/2014 - hard to read - chronic pain, drainage?
8/23/2014 - lumbago - PT discharge - pt seemed to enjoy PT but did not report any improvement in cond over the few months tx. perceived impairment is higher than actual ability impairment seen during PT tx
8/13/2014 - joint pain/leg - perceived impairment is higher than actual ability impairment seen during PT tx, able to ambulate to appts, drive, without issue, does not need ad for any adl's - dx from care
7/17/2014 - leg pain/joint pain - cont to report pain, she is unable to give an exact answer as to pain location or

Bertacchi-Freeman/Hartford000188

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 59

number level of pain.
7/15/2014 - going to the gym, but does not feel her pain is changing much, cont to compain of lower back pain, but is vague as to the exact location or exacerbating activity
6/24/2014 - cont PT, wean off norco

APS:
dx. knee OA chrondomalacia 715.16, 717.7
2nd. Cervical strain/sprain, lumbar degeneration/spine disease
Ht 5?1 wt 209
Meds: Lidoderm, norco, Tylenol
Tx plan: pt to knee and back, pain meds, ice machine
Lov 11/17/14, nov 2/6/15
Sit/stand: ? hr aat, 4 hrs daily
Walk: ? hr aat, 4 hrs daily
Occasionally l/c up to 10lbs, bend at waist, drive
Never: l/c over 10 lbs, kneeling/crouching
No restrictions: reaching all levels, finger/handling
Signed Dr. Kim 11/19/14

02/03/2015 08:26:49 a.m. ET Michael S Opperman MANAGER Maitland PHONE CALL
Type of Call: Outgoing Date of Call: 02/03/2015 Call To/From: Attorney
Name: Mcdonald Law Corporation Conversation with:
Phone: (925) 363-4380 Extension: Fax Number:

called and l/m on v/m of mcdonald law corporation , requested that zachary contact me back to discuss pmt breakdown.

02/03/2015 08:25:47 a.m. ET Michael S Opperman MANAGER Maitland PHONE CALL
Type of Call: Incoming Date of Call: 02/03/2015 Call To/From: Attorney
Name: Mcdonald Law Corporation Conversation with:
Phone: (925) 363-4380 Extension: Fax Number:

rec'd a v/m from zachary of the mcdonald law firm. v/m requested that i c/b to answer some questions surrounding pmt ledger.

01/29/2015 01:08:37 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Test Change Recommendation Sign off required: Y

TC app

O: rec'd task

Dr. Kim ovn's
11/17/2014 - hard to read - chronic pain, drainage?
8/23/2014 - lumbago - PT discharge - pt seemed to enjoy PT but did not report any improvement in cond over the few

Bertacchi-Freeman/Hartford000182

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 60

months tx. perceived impairment is higher than actual ability impairment seen during PT tx
8/13/2014 - joint pain/leg - perceived impairment is higher than actual ability impairment seen during PT tx, able to ambulate to appts, drive, without issue, does not need ad for any adl's - dx from care
7/17/2014 - leg pain/joint pain - cont to report pain, she is unable to give an exact answer as to pain location or number level of pain.
7/15/2014 - going to the gym, but does not feel her pain is changing much, cont to compain of lower back pain, but is vague as to the exact location or exacerbating activity
6/24/2014 - cont PT, wean off norco

APS:
dx. knee OA chrondomalacia 715.16, 717.7
2nd. Cervical strain/sprain, lumbar degeneration/spine disease
Ht 5?1 wt 209
Meds: Lidoderm, norco, Tylenol
Tx plan: pt to knee and back, pain meds, ice machine
Lov 11/17/14, nov 2/6/15
Sit/stand: ? hr aat, 4 hrs daily
Walk: ? hr aat, 4 hrs daily
Occasionally l/c up to 10lbs, bend at waist, drive
Never: l/c over 10 lbs, kneeling/crouching
No restrictions: reaching all levels, finger/handling
Signed Dr. Kim 11/19/14

WEH:
Hs diploma 1971
University of santa clara 1971-1973 ? science ? no degree
University of the pacific 1973-1977- pharm. Degree
America?s university ? mba ? 2002
License:
Pharmacist license exp 2016
RE broker exp 2015
Computer skills: word, 10 key, email, internet
R hand dominant
No military
Speaks English, French
Work experience:
Director of Pharmacy ? 7/1/2012-10/10/2012
Director of operations ? clinical pharmacist 2/1999-6/30/2012
Pharmacist 9/11-11/11
Pharmacist 6/10-9/10
Radback Energy ? president 2007-2008
President National Medical Seminars 1979-2006
Director of operations/clinical pharmacist ? national medical staffing 1979-1999

CQ:
Independent all adl?s except voluntary bladder/bowel which is marked as cannot do
Hobbies after dod: church service weekly, church/educational seminars weekly, physical therapy/gym 2-3x/wk, internet

Bertacchi-Freeman/Hartford000173

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 61

daily, restaurants 3-4x a week, shopping, walking occasionally, swim/Jacuzzi at gym occasionally
Owns computer
Ssd oib, other oibs listed old, WC pending and with CRO
Fraud/auth signed 1/14/2015

Analysis Results:
The results of the Employability Analysis identified 4 occupations within the "closest" level, 1 occupation within the "good? level, 116 occupations within the "fair" level and 52 occupations within the ?potential? level when screened for an hourly wage of at least $40.00 within her local geographical area (Placer County, the statistical area for Granit Bay, CA, where the claimant resides). All but 5 occupations were eliminated as they would require additional skills/training. Another job was removed as it did not meet her wage requirement. The final 4 occupations were screened out as they would not allow for positions changes every 15 to 30 minutes.

Based on this analysis, no occupations were identified that utilize the claimant?s functional capabilities, transferrable skills and wage requirement, therefore her employability is limited.

A: Claimant is a 61 yof oow from her light occupation as a pharmacy director since 10/12 due to back, neck, and knee pain. EE treated conservatively and eventually underwent surgery on 12/13/12. EE continues to have issues with knee and AP is addressing back pain as well. Surgery on right knee 12/26/2013. Last APS from May 2014 notes almost sedentary/light abilities.

EAR showed no occs within clmts earnings requirement - AA recommends to app clm past TC

clm with MRO - await outcome before LSS
ssd: app
RCCM: clmt not interested in working with them - see rccm review

CNA policy - need local econ run

P: ltr to clmt

01/30/2015 11:51:33 a.m. ET Jamie Radloff MANAGER Minneapolis CLAIM MANAGEMENT

Disagree with TC approval.

CQ notes hobbies of shopping, walking, church services, volunteering, going to the gym - all of which would require being in one position longer than 15-30 minutes as noted on APS. OVN note perceived impairment by claimant is greater than actual impairment. No significant findings noted in OVN.

Feel MCCM referral is required to review if limited ability to sit/stand/walk at a time is supported given medical on file.

01/27/2015 12:45:31 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Claim Form-EDM

Bertacchi-Freeman/Hartford000174

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 62

27-JAN-15: Received Electronic Document with PCN: 30051201501271001211
Content : Claim Form - DCN : 30051201501271001211001

01/27/2015 11:59:34 a.m. ET Jessica A Hennessy SS/Rehab Simsbury CLAIM MANAGEMENT
Recommendation/Plan: CCM Employability Analysis Review Sign off required: N

Employability Analysis Report

Claimant: Gloria Bertacchi-Freeman
ID Number: 9004108017
Policyholder: Cardinal Health, Inc.
Date of Report: 1/27/15

An Employability Analysis was conducted for Ms. Bertacchi-Freeman using OASYS for the purpose of determining her current employability. This analysis was based upon her functional capabilities, education, training and work history.

OASYS (Occupational Access System) is a computerized job matching system that cross references an individual's qualifications profile with 12,761 occupations classified by the U.S. Department of Labor in the 1991 Dictionary of Occupational Titles (DOT).

Functional Capabilities:
The functional capabilities used in this analysis are based on the Attending Physician Statement dated 11/19/14, completed by Dr. Kim. The claimant is physically capable of the following: sitting for 30 minutes/time, 4 hours/day; stand 30 minutes/time, 4 hours/day; walk 15 minutes/time, 4 hours/day; occasionally lift/carry 10 pounds, bending, and driving; never kneel or crouch; and no restrictions with reaching, fingering or handling.

Work and Educational History:
Educationally, according to her work and educational history form dated 11/3/14, she obtained her Pharm D. in 1977 and her MSA in 2002. The work history used to perform this analysis was also developed from this form. When looking at the most recent 15 years of work history, the claimant worked as a Director of Pharmacy for 3 months and as a Director of Operations, Clinical Pharmacist for 12.5 years.

The following Dictionary of Occupational (DOT) Titles represent the work history used in this analysis:

| DOT Code | Occupation Title | SVP | Yrs | Mos | Str |
|---|---|---|---|---|---|
| 074.167-010 | Director, Pharmacy Services | 8 | 12 | 9 | L |

Profile Adjustments and Considerations:
The following adjustments were made to the ability profile based on the functional capabilities and work and education history:

? Stooping was set to occasionally
? Reaching, fingering and handling were set to constantly
? No restrictions were feeling so this was set at constantly

Bertacchi-Freeman/Hartford000175

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 63

? No restrictions were noted for talking, hearing, tasting/smelling, or vision, so these were adjusted to constantly
? No restrictions were noted for noise level, so this was adjusted to very loud
? Following specific instructions was changed to yes as he used this skill to follow specific company and health care policies and procedures
? Making judgments and decisions was changed to yes as she used this skill to solve problems on the job based on her prior work experiences
? Analyzing, compiling, computing, copying and comparing were changed to yes as she used these skills to assess needs, develop plans, research, evaluate services, etc.
? Supervising was changed to yes as she used this skill to monitor the activity of hospital pharmacists
? Serving was changed to yes as she used this skill to attend to the needs of clients, stack holders, etc.
? Taking instructions-helping was changed to yes as he used this skill to attend to the requests of her supervisors

Analysis Results:
The results of the Employability Analysis identified 4 occupations within the "closest" level, 1 occupation within the "good? level, 116 occupations within the "fair" level and 52 occupations within the ?potential? level when screened for an hourly wage of at least $40.00 within her local geographical area (Placer County, the statistical area for Granit Bay, CA, where the claimant resides). All but 5 occupations were eliminated as they would require additional skills/training. Another job was removed as it did not meet her wage requirement. The final 4 occupations were screened out as they would not allow for positions changes every 15 to 30 minutes.

Based on this analysis, no occupations were identified that utilize the claimant?s functional capabilities, transferrable skills and wage requirement, therefore her employability is limited.

Respectfully submitted,

Jessie Hennessy, MS, CRC, CVE

Jessie Hennessy, MS, CRC, CVE
Vocational Rehabilitation Counselor

01/22/2015 03:29:25 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Other-EDM

22-JAN-15: Received Electronic Document with PCN: 30051201501225090530
Content : Other - DCN : 30051201501225090530001

01/22/2015 03:02:28 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Ongoing TC investigation - TC 4/11/2015

O: rec'd task

Dr. Kim ovn's

Bertacchi-Freeman/Hartford000176

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 64

11/17/2014 - hard to read - chronic pain, drainage?
8/23/2014 - lumbago - PT discharge - pt seemed to enjoy PT but did not report any improvement in cond over the few months tx. perceived impairment is higher than actual ability impairment seen during PT tx
8/13/2014 - joint pain/leg - perceived impairment is higher than actual ability impairment seen during PT tx, able to ambulate to appts, drive, without issue, does not need ad for any adl's - dx from care
7/17/2014 - leg pain/joint pain - cont to report pain, she is unable to give an exact answer as to pain location or number level of pain.
7/15/2014 - going to the gym, but does not feel her pain is changing much, cont to compain of lower back pain, but is vague as to the exact location or exacerbating activity
6/24/2014 - cont PT, wean off norco

APS:
dx. knee OA chrondomalacia 715.16, 717.7
2nd. Cervical strain/sprain, lumbar degeneration/spine disease
Ht 5?1 wt 209
Meds: Lidoderm, norco, Tylenol
Tx plan: pt to knee and back, pain meds, ice machine
Lov 11/17/14, nov 2/6/15
Sit/stand: ? hr aat, 4 hrs daily
Walk: ? hr aat, 4 hrs daily
Occasionally l/c up to 10lbs, bend at waist, drive
Never: l/c over 10 lbs, kneeling/crouching
No restrictions: reaching all levels, finger/handling
Signed Dr. Kim 11/19/14

WEH:
Hs diploma 1971
University of santa clara 1971-1973 ? science ? no degree
University of the pacific 1973-1977- pharm. Degree
America?s university ? mba ? 2002
License:
Pharmacist license exp 2016
RE broker exp 2015
Computer skills: word, 10 key, email, internet
R hand dominant
No military
Speaks English, French
Work experience:
Director of Pharmacy ? 7/1/2012-10/10/2012
Director of operations ? clinical pharmacist 2/1999-6/30/2012
Pharmacist 9/11-11/11
Pharmacist 6/10-9/10
Radback Energy ? president 2007-2008
President National Medical Seminars 1979-2006
Director of operations/clinical pharmacist ? national medical staffing 1979-1999

CQ:

Bertacchi-Freeman/Hartford000177

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 65

Independent all adl?s except voluntary bladder/bowel which is marked as cannot do
Hobbies after dod: church service weekly, church/educational seminars weekly, physical therapy/gym 2-3x/wk, internet daily, restaurants 3-4x a week, shopping, walking occasionally, swim/Jacuzzi at gym occasionally
Owns computer
Ssd oib, other oibs listed old, WC pending and with CRO
Fraud/auth signed 1/14/2015

A: Claimant is a 61 yof oow from her light occupation as a pharmacy director since 10/12 due to back, neck, and knee pain. EE treated conservatively and eventually underwent surgery on 12/13/12. EE continues to have issues with knee and AP is addressing back pain as well. Surgery on right knee 12/26/2013. Last APS from May 2014 notes almost sedentary/light abilities.

aa rec'd ovn's and aps from dr. kim, att will await next task and weh and then refer for ear

WEH rec'd - run EAR

CNA policy - need local econ run

P: EAR

01/16/2015 07:16:02 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Medical Records-EDM

16-JAN-15: Received Electronic Document with PCN: 30051201501164000056
Content : Medical Records - DCN : 30051201501164000056004

01/16/2015 10:14:08 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Ongoing TC investigation - TC 4/11/2015

O: rec'd task

A/P: clmt adv recently that she was working on forms and would send in - will push back task by 1 wk, if not rec'd will co to clmt

12/31/2014 10:56:14 a.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Incoming Date of Call: 12/31/2014 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

clmt ci to make sure aa has given attny info for itemization

Bertacchi-Freeman/Hartford000178

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 66

adv yes
clmt working on TC paperwork and will get to aa
thanked

12/23/2014 07:51:54 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd task

A/P: mail is letter sent by hig - can delete task

12/22/2014 06:31:01 a.m. ET Claim A Batch N/A Simsbury EMAILRECEIPT-EDM
Type: Correspondence-EDM

19-DEC-14: Received Electronic Document with PCN: 30051201412192000527
Content : Correspondence - DCN : 30051201412192000527001

12/19/2014 05:33:58 p.m. ET Michael S Opperman MANAGER Maitland CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

issued letter to atty w/ itemized breakdown.

12/19/2014 05:27:27 p.m. ET Michael S Opperman MANAGER Maitland PHONE CALL
Type of Call: Outgoing Date of Call: 12/19/2014 Call To/From: Other Insurance Carrier
Name: Sedgwick Conversation with:
Phone: (951) 275-4519 Extension: Fax Number:

called sedgwick and s/w jackie coy. ref claim # 301210282970001. she said that there was a hearing yesterday and she is waiting to hear back from her atty w/ the mcdonald law firm. she had a qme done and she rec'd a ppd. no pmts were issued for ttd.

12/19/2014 03:36:34 p.m. ET Michael S Opperman MANAGER Maitland PHONE CALL
Type of Call: Incoming Date of Call: 12/19/2014 Call To/From: Attorney
Name: Mastagni Holstedt Conversation with:
Phone: (877) 212-6907 Extension: Fax Number:

ibc from nathan. he said they had a request for information hearing yesterday. he said joe left our office a message and requested a copy of an itemized ledger. i told him i would mail him a copy.

12/19/2014 01:41:54 p.m. ET Michael S Opperman MANAGER Maitland PHONE CALL
Type of Call: Outgoing Date of Call: 12/19/2014 Call To/From: Attorney

Bertacchi-Freeman/Hartford000179

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 67

Name: Mastagni Holstedt
Phone: (877) 212-6907 Extension: Fax Number:
Conversation with:
Not Contacted: Left Message

called atty and l/m on v/m for nathan to c/b to discuss developments of wc case.

12/19/2014 01:41:24 p.m. ET Michael S Opperman MANAGER Maitland CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

aa adv that atty office left v/m. cro will contact atty.

12/19/2014 01:32:30 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Incoming Date of Call: 12/19/2014
Name: Law Firm For Wc
Phone: (916) 491-4222 Extension: Fax Number:
Call To/From: Attorney
Conversation with:

AA rec'd vm from WC attny
fwd info to WC team handling

12/19/2014 11:38:34 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Ongoing TC investigation - TC 4/11/2015

O: rec'd task

Dr. Kim ovn's
11/17/2014 - hard to read - chronic pain, drainage?
8/23/2014 - lumbago - PT discharge - pt seemed to enjoy PT but did not report any improvement in cond over the few months tx. perceived impairment is higher than actual ability impairment seen during PT tx
8/13/2014 - joint pain/leg - perceived impairment is higher than actual ability impairment seen during PT tx, able to ambulate to appts, drive, without issue, does not need ad for any adl's - dx from care
7/17/2014 - leg pain/joint pain - cont to report pain, she is unable to give an exact answer as to pain location or number level of pain.
7/15/2014 - going to the gym, but does not feel her pain is changing much, cont to compain of lower back pain, but is vague as to the exact location or exacerbating activity
6/24/2014 - cont PT, wean off norco

APS:
dx. knee OA chrondomalacia 715.16, 717.7
2nd. Cervical strain/sprain, lumbar degeneration/spine disease
Ht 5?1 wt 209
Meds: Lidoderm, norco, Tylenol
Tx plan: pt to knee and back, pain meds, ice machine

Bertacchi-Freeman/Hartford000180

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 68

Lov 11/17/14, nov 2/6/15
Sit/stand: ? hr aat, 4 hrs daily
Walk: ? hr aat, 4 hrs daily
Occasionally l/c up to 10lbs, bend at waist, drive
Never: l/c over 10 lbs, kneeling/crouching
No restrictions: reaching all levels, finger/handling
Signed Dr. Kim 11/19/14

A: Claimant is a 61 yof oow from her light occupation as a pharmacy director since 10/12 due to back, neck, and knee pain. EE treated conservatively and eventually underwent surgery on 12/13/12. EE continues to have issues with knee and AP is addressing back pain as well. Surgery on right knee 12/26/2013. Last APS from May 2014 notes almost sedentary/light abilities.

aa rec'd ovn's and aps from dr. kim, att will await next task and weh and then refer for ear

aa has not rec'd weh/cq - will send 3d request to clmt - if not rec'd by 3rd request, will refer for ear without

P: cont task plan

12/12/2014 02:57:44 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Ongoing TC investigation - TC 4/11/2015

O: rec'd mail

Dr. Kim ovn's
11/17/2014 - hard to read - chronic pain, drainage?
8/23/2014 - lumbago - PT discharge - pt seemed to enjoy PT but did not report any improvement in cond over the few months tx. perceived impairment is higher than actual ability impairment seen during PT tx
8/13/2014 - joint pain/leg - perceived impairment is higher than actual ability impairment seen during PT tx, able to ambulate to appts, drive, without issue, does not need ad for any adl's - dx from care
7/17/2014 - leg pain/joint pain - cont to report pain, she is unable to give an exact answer as to pain location or number level of pain.
7/15/2014 - going to the gym, but does not feel her pain is changing much, cont to compain of lower back pain, but is vague as to the exact location or exacerbating activity
6/24/2014 - cont PT, wean off norco

APS:
dx. knee OA chrondomalacia 715.16, 717.7
2nd. Cervical strain/sprain, lumbar degeneration/spine disease
Ht 5?1 wt 209
Meds: Lidoderm, norco, Tylenol
Tx plan: pt to knee and back, pain meds, ice machine
Lov 11/17/14, nov 2/6/15

Bertacchi-Freeman/Hartford000181

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 69

Sit/stand: ? hr aat, 4 hrs daily
Walk: ? hr aat, 4 hrs daily
Occasionally l/c up to 10lbs, bend at waist, drive
Never: l/c over 10 lbs, kneeling/crouching
No restrictions: reaching all levels, finger/handling
Signed Dr. Kim 11/19/14

A: Claimant is a 61 yof oow from her light occupation as a pharmacy director since 10/12 due to back, neck, and knee pain. EE treated conservatively and eventually underwent surgery on 12/13/12. EE continues to have issues with knee and AP is addressing back pain as well. Surgery on right knee 12/26/2013. Last APS from May 2014 notes almost sedentary/light abilities.

aa rec'd ovn's and aps from dr. kim, att will await next task and weh and then refer for ear

aa has not rec'd weh/cq - request out to clmt att and task set for fu

P: cont task plan

12/10/2014 02:23:45 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Other-EDM

10-DEC-14: Received Electronic Document with PCN: 30051201412101002001
Content : Other - DCN : 30051201412101002001001

12/05/2014 06:31:14 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

04-DEC-14: Received Electronic Document with PCN: 30051201412041003308
Content : Medical Records - DCN : 30051201412041003308003

11/26/2014 11:57:32 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Ongoing TC investigation - TC 4/11/2015

O: rec'd mail

Dr. Kim ovn's
8/23/2014 - lumbago - PT discharge - pt seemed to enjoy PT but did not report any improvement in cond over the few months tx. perceived impairment is higher than actual ability impairment seen during PT tx
8/13/2014 - joint pain/leg - perceived impairment is higher than actual ability impairment seen during PT tx, able to ambulate to appts, drive, without issue, does not need ad for any adl's - dx from care
7/17/2014 - leg pain/joint pain - cont to report pain, she is unable to give an exact answer as to pain location or

Bertacchi-Freeman/Hartford000182

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 70

number level of pain.
7/15/2014 - going to the gym, but does not feel her pain is changing much, cont to compain of lower back pain, but is vague as to the exact location or exacerbating activity
6/24/2014 - cont PT, wean off norco

APS:
dx. knee OA chrondomalacia 715.16, 717.7
2nd. Cervical strain/sprain, lumbar degeneration/spine disease
Ht 5?1 wt 209
Meds: Lidoderm, norco, Tylenol
Tx plan: pt to knee and back, pain meds, ice machine
Lov 11/17/14, nov 2/6/15
Sit/stand: ? hr aat, 4 hrs daily
Walk: ? hr aat, 4 hrs daily
Occasionally l/c up to 10lbs, bend at waist, drive
Never: l/c over 10 lbs, kneeling/crouching
No restrictions: reaching all levels, finger/handling
Signed Dr. Kim 11/19/14

A: ATT AA will re request mr from Dr. Kim as aa is missing latest ovn, once rec'd will refer to mccm to make sure r/l are supported based on medical. AA has not rec'd weh/cq - will send 2nd request to clmt

P: cont task plan

11/19/2014 12:52:55 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: APS-EDM

19-NOV-14: Received Electronic Document with PCN: 30051201411191001388
Content : APS - DCN : 30051201411191001388001

11/13/2014 01:34:52 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Ongoing TC investigation - TC 4/11/2015

O: rec'd mail

Dr. Kim ovn's
8/23/2014 - lumbago - PT discharge - pt seemed to enjoy PT but did not report any improvement in cond over the few months tx. perceived impairment is higher than actual ability impairment seen during PT tx
8/13/2014 - joint pain/leg - perceived impairment is higher than actual ability impairment seen during PT tx, able to ambulate to appts, drive, without issue, does not need ad for any adl's - dx from care
7/17/2014 - leg pain/joint pain - cont to report pain, she is unable to give an exact answer as to pain location or number level of pain.

Bertacchi-Freeman/Hartford000183

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 71

7/15/2014 - going to the gym, but does not feel her pain is changing much, cont to compain of lower back pain, but is vague as to the exact location or exacerbating activity
6/24/2014 - cont PT, wean off norco

A: ATT AA will cont with POL for APS for valid R/L, but once rec'd, will refer to mccm to review for own/any occ due to nature of mr, and may consider red flag referal att as well.

P: cont task plan

11/05/2014 03:25:10 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

05-NOV-14: Received Electronic Document with PCN: 30051201411051002435
Content : Medical Records - DCN : 30051201411051002435003

10/29/2014 08:57:30 a.m. ET Rebecca 2 Sponsler Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan — Sign off required: N

A/P: Rec'd signoff from TL for TCI which agreed with plan to req updated APS, WEH, and MR. TL also notes should req CQ/auth. Will update ltr and set f/u for 21 days. Will submit MR req to vendor.

10/24/2014 12:26:49 p.m. ET Michael S Opperman MANAGER Maitland PHONE CALL
Type of Call: Incoming — Date of Call: 10/24/2014 — Call To/From: Attorney
Name: Mastagni Holstedt — Conversation with:
Phone: (877) 212-6907 — Extension: — Fax Number:

rec'd phone call back from nathan who is the paralegal for the atty. he said that the wc case has not settled. asked if he had hig's lien noted. he confirmed that he did. told him we would diary the file 90 days.

10/24/2014 12:05:22 p.m. ET Michael S Opperman MANAGER Maitland PHONE CALL
Type of Call: Outgoing — Date of Call: 10/24/2014 — Call To/From: Attorney
Name: Mastagni Holstedt — Conversation with:
Phone: (877) 212-6907 — Extension: — Fax Number:

Called atty silver, reached the v/m of her paralegal. l/m on v/m to c/b to provide status of wc settlement.

10/24/2014 11:43:27 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Test Change Initiation — Sign off required: Y

TCI

O: MS complete

Bertacchi-Freeman/Hartford000284

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 72

attny at firm (same) that is handling WC is now Emily Silver - clmt has QME for WC on 6/6/2014

APS:
dx. knee OA/ chondomalacia 715.16/717.7
2nd. corvical strain/sprain, lumbar dd/radiculitis 847/724.4/722.16
ht 5'1 wt 204
meds: lidoderm, norco, tylenol
tx plan: PT, pain meds
sx 12/26/13 - right knee arthroscopic partial medial menisectomy 29876/29881
sit/stand - 1/2 hr aat/4 hrs daily
walk 1/4 hr aat/4 hrs daily
no restrictions: reaching all levels, finger/handle
occasionally l/c up to 10 lbs, bending at waist, driving
never everything else
improved - duration permanent
signed Dr. Kim 5/13/14

5/13/14 ovn - fu exam of r knee, back and neck - recently in car accident on 5/7/2014 - increased her pain. completed 8 sessions of pt for back and knee. would like additional therapy, complains of constant swelling in her right knee but conts to exercise her knee. intermittent pain in neck, trouble sleeping - ref to PT

A: 58 yr old female, light occ, oow since 10/11 due to back, neck, and knee pain. EE treated conservatively and eventually underwent surgery on 12/13/12 and again on 12/26/2013. EE continues to have issues with knee and AP is addressing back pain as well. clmt was recently in car accident in may per OVN and is currently treating with PT again

R/L cont to support clmt could not do own light occ, and with new re injury - reasonable clmt cont to be db - will dy tci for mu to check progress as clmt is just outside of light work

att will start TCI - will send clmt WEH, aps and request MR

Claim coded C and ee interested in rtw per MS co - will refer to RCCM

clmt approved ssd - no ovp on file
RCCM closed handling as clmt adv she didnt' think she needed help
recovery team accepted clm even though WC as clmt also has personal suit against ER

P 1tr to clmt TCI

10/28/2014 01:26:26 p.m. ET Jamie Radloff MANAGER Minneapolis CLAIM MANAGEMENT

Bertacchi-Freeman/Hartford000185

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 73

MANAGEMENT OVERSIGHT
Claimant is a 61 yof oow from her light occupation as a pharmacy director since 10/12 due to back, neck, and knee pain. EE treated conservatively and eventually underwent surgery on 12/13/12. EE continues to have issues with knee and AP is addressing back pain as well. Surgery on right knee 12/26/2013. Last APS from May 2014 notes almost sedentary/light abilities.

Claim coded C and ee looking for work but does not want RCCM help (non-mandatory Rehab Policy).

Agree with TC plan to request APS, records and WEH. AA should also obtain CQ/auth.

************************************************************************************************************************
- MRBE is correct at $10,666.67 (per CC and Feed)
- Taxability is correct: 100%
- BEnD to 4/30/2019
- DSSD/married/dependents: correct
- Primary and secondary ICD-9 and CPT: correct per MCCM
- Segment: 2
- SSD: Awarded $2166.00 effective 4/1/2013.
- Pension: Pension not an offset per Policy.
- OIB: UCD offset through 7/13/2013. WC denied, aa continues to fu on Settlement. EE in MVA 5/2014, CRO team confirms no benefits eligible. 3rd party suit filed against ER, CRO continues to bupdate.
- CIU: n/a
- Annual Review: currently

10/24/2014 11:31:22 a.m. ET Christine M Montroy Examiner Minneapolis MILESTONE CALL
MILESTONE CALL
Relationship to Claimant: Claimant Date of Call: 10/24/2014
Interviewee: Gloria Bertacchi-Freeman Phone: (916) 390-1845 Fax Number:

Medical Condition And Treatment

2nd attempt
clmt adv that she thinks WC was approved
clmt adv there is still something not settled yet
adv aa would fu

clmt adv she's been going through interview process - hasn't been offered a job yet
clmt adv knees are doing better, but still having issues
clmt has a lot fo pain, able to ambulate better than she was - clmt adv will never be 100% and trying to find a job within her r/l

Functionality

Bertacchi-Freeman/Hartford000186

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 74

clmt is usually able to walk on her own but occasionally uses a cane
clmt does have handicap placar

Social Security/Other Income

WC still pending
SSD

Other

exp TC to cmlt
clmt understood but says hopefully she can find a job within her R/L before then

10/16/2014 11:54:57 a.m. ET Christine M Montroy Examiner Minneapolis MILESTONE CALL
MILESTONE CALL
Relationship to Claimant: Claimant Date of Call: 10/16/2014
Interviewee: Gloria Bertacchi-Freeman Phone: (916) 390-1845 Fax Number:

Medical Condition And Treatment

1st attempt

10/04/2014 12:24:49 p.m. ET Michael S Opperman MANAGER Maitland CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

rec'd email from SLO yesterday , they are still looking into how we should put a lien against the settlement.

08/29/2014 10:27:36 a.m. ET Michael S Opperman MANAGER Maitland CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

rec'd geico denial letter issued to mr. freeman. the letter may have been intended for our ee. denial letter is for lack of cooperation. even if ee cooperates, they will not able to collect wage loss under california mp coverage. i emailed SLO to see if we can put a lien up against WC settlement.

08/26/2014 04:47:17 p.m. ET Jessica A Hennessy SS/Rehab Simsbury CLAIM MANAGEMENT
Recommendation/Plan: CCM Case Management Plan Sign off required: N

S/O: See last call with EE
A: EE is job searching for pharmacy occs with a higher ratio of pharm tech to do the heavy lifting. EE stated she felt very comfortable with her skills in job searching and will continue to do so for a while and then at some point (undetermined right now), will decide on further training. RCM noted that if she changes her mind to let her AA know and

Bertacchi-Freeman/Hartford000187

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 75

her file can be referred to VR again.
P: RCM will close out as policy is voluntary

08/26/2014 04:18:41 p.m. ET Jessica A Hennessy SS/Rehab Simsbury PHONE CALL
Type of Call: Outgoing Date of Call: 08/26/2014 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

RCM called EE and advised on recorded line.
Discuss the role of the RCM with EE.
Discuss services that are available to assist with RTW.

MEDICAL
Reviewed AP statement of capabilities with EE. EE is most concerned about her lifting restriction of 10 pounds due to her back and knees.

ER STATUS
EE stated she tried to RTW with ER, but they would not accommodate her

RTW PLANS/GOALS
EE is currently planning on job searching for pharmacy jobs that offer a high ratio of pharm techs so that they can do the lifting if shipments come in during shift as EE would not be able to lift those. RCM asked about the sit/stand durations of 30 min? EE was not as concerned about them but is trying to find a position that is not always done at a high counter, but also in a desk so you do not have to climb on and off a high stool.

EE also took the LSAT testing for lay school and was offered scholarships to school in the mid west. Each school year would cost about 9,000 for the next 3-4 years. EE also thought about taking more classes in accounting or giving immunizations to people. EE stated she also has asthma and also takes that info consideration for her work environments.

RCM talked about job searching, using job log and reviewing resume, cover letter, etc if EE was interested in assistance as VR services are vol per policy. EE stated she felt very comfortable with her skills in job searching and will continue to do so for a while and then at some point (undetermined right now), will decide on further training. RCM noted that if she changes her mind to let her AA know and her file can be referred to VR again.

08/26/2014 03:49:42 p.m. ET Jessica A Hennessy SS/Rehab Simsbury CLAIM MANAGEMENT
Recommendation/Plan: CCM Case Management Plan Sign off required: N

Rehab Initial Review

S: Noted in MS call, 8/21/14 that she is trying to look for work within her r/l and also thinking about going back to school.

O: List of information reviewed:

Bertacchi-Freeman/Hartford000188

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 76

Referral comment
APS, Dr. Kim, 5/13/14
IBQ, 3/19/13
DCS comments

TC: 4/11/15
OIB: yes, 2166/mon, SSD
EE has WC case pending against ER
LTD full ben: 6933.34
Basic policy, vol rehab

A: EE on claim due to knee OA, cervical strain/sprain, lumbar DDD. R/L include: sit for 30 min/4 hours; stand 30 min/4 hours; walk 15 min/4 hours; occ lift/carry 10 pounds, bend, drive; never kneel, crouch; no r/l with reaching, fingering or handling. Caps allow for a PT sed occ or a FT sed/light occ that will allow for positional changes between sit/stand every 30 minutes and only lifting to 10 pounds.

EE is a 61 year old female Director of Pharmacy with ER for 3 months. Prior work history is pharmacist for 13 years. EE has a doctorate degree. TS may include attention to detail, communication, data entry, following specific instructions, etc. In combining her TS and her physical abilities, she may have other options for employment in a FT sed occ with a sit/stand work station. As for RTW with ER, EE is involved with a pending WC case against them, so unsure if she would be returning to work there. EE has noted in MS call, 8/21/14 that she is trying to look for work within her r/l and also thinking about going back to school. Best way for rehab to impact claim may be to determine EE?s goals for VR and assess further.

EE lives in Granite Bay, Ca with a population of about 21,000 people. The city is about 5 miles from Folsom, Ca with a population of about 52,000 people so the local LM should not be a barrier for job searching. However, her wage requirement is high at almost 7,000/month and this may present as a barrier.

Need to clarify: what is EE job goal? What is training goal?

Rehab direction: TBD

P: Further planning will be developed after contact with EE.

08/26/2014 09:46:07 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: recd corrospondence task

A/P: ltr was uploaded letter from 3rd party team - completed task

08/25/2014 09:27:57 a.m. ET Claim A Batch N/A Simsbury EMAILRECEIPT-EDM
Type: Correspondence-EDM

Bertacchi-Freeman/Hartford000189

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 77

25-AUG-14: Received Electronic Document with PCN: 30051201408242000013
Content : Correspondence - DCN : 30051201408242000013001

08/22/2014 06:27:31 p.m. ET Michael S Opperman MANAGER Maitland CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

third party reimbursement review----ee has a wc claim that was denied by sedgwick, tpa for XL. appears suit has been filed. called the adjuster joy @ 951-375-5419 , she was out of the office, asked her to c/b to advise us whether or not atty recognized hig's lien. i mailed a certified letter to atty silver, advising her of lien amount , fwd'd to SIR. ee involved in an mva on 5/07/14. iso report shows a similar name to glorida mary bertucci to have been in an mva on 5/14/14, no relevance to this claim. iso report shows that the ee hit a parked car, no third party liability and CA MP does not pay wage loss. if no response from comp carrier or atty, will f/u next week. we will inquire about ER suit when we talk w/ atty.

08/21/2014 04:11:08 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Milestone Claim Management Plan Sign off required: N

O: MS complete

attny at firm (same) that is handling WC is now Emily Silver - clmt has QME for WC on 6/6/2014

APS:
dx. knee OA/ chondomalacia 715.16/717.7
2nd. corvical strain/sprain, lumbar dd/radiculitis 847/724.4/722.16
ht 5'1 wt 204
meds: lidoderm, norco, tylenol
tx plan: PT, pain meds
sx 12/26/13 - right knee arthroscopic partial medial menisectomy 29876/29881
sit/stand - 1/2 hr aat/4 hrs daily
walk 1/4 hr aat/4 hrs daily
no restrictions: reaching all levels, finger/handle
occasionally l/c up to 10 lbs, bending at waist, driving
never everything else
improved - duration permanent
signed Dr. Kim 5/13/14

5/13/14 ovn - fu exam of r knee, back and neck - recently in car accident on 5/7/2014 - increased her pain. completed 8 sessions of pt for back and knee. would like additional therapy, complains of constant swelling in her right knee but conts to exercise her knee. intermittent pain in neck, trouble sleeping - ref to PT

A: 58 yr old female, light occ, oow since 10/11 due to back, neck, and knee pain. EE treated conservatively and eventually underwent surgery on 12/13/12 and again on 12/26/2013. EE continues to have issues with knee and AP is addressing back pain as well. clmt was recently in car accident in may per OVN and is currently treating with PT again

Bertacchi-Freeman/Hartford000190

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 78

R/L cont to support clmt could not do own light occ, and with new re injury - reasonable clmt cont to be db - will dy tci for mu to check progress as clmt is just outside of light work

Claim coded C and ee interested in rtw per MS co - will refer to RCCM

clmt approved ssd - no ovp on file

will email recovery team to determine if they can help with all open oib claims

P:email to HIG recovery team
refer to RCCM

From: Montroy, Christine M (Claim)
Sent: Thursday, August 21, 2014 3:11 PM
To: GB Recovery Team (Claim)
Subject: Gloria Bertacchi-Freeman 9004108017

I would like to refer a claim to your team for review of possible third party settlements/lost wages. This claimant had an MVA in May\0032014. She also has a pending WC lawsuit that I have been following up on ? attorney info is in claim, and she?s suing her former employer as well. It?s a lot of settlements all at once to keep track of so I am hoping you can help!

Gloria Bertacchi-Freeman 9004108017

Let me know if any other additional information is needed.

Christine Montroy
Senior Ability Analyst
The Hartford ? Commercial Markets ? Group Benefits Claims
P.O. Box 14305 Lexington, KY 40512-4305
Tel 1-800-898-2458 ext 2308969 ? e-fax 1-877-454-7217
christine.montroy@thehartford.com

08/21/2014 03:45:04 p.m. ET Christine M Montroy Examiner Minneapolis MILESTONE CALL
MILESTONE CALL
Relationship to Claimant: Claimant Date of Call: 08/21/2014
Interviewee: Gloria Bertacchi-Freeman Phone: (916) 390-1845 Fax Number:

Medical Condition And Treatment

clmt adv that she has been looking for work within her R/L
but has been having issues finding someone that can accomidations

Bertacchi-Freeman/Hartford000191

Report: E401773R The Hartford - Benefit Management Services Page 79
Office: Comments: Summary Detail Report
Date Of Report:12/28/2015 Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

clmt asked if HIG provides work stations etc
adv can refer clmt over to RCCM
clmt adv that WC is still pending - heard from attny yesterday and have not heard final decision
clmt is also thinking about going to school too so she can do something else within her restrictions

Social Security/Other Income

WC is still pending
lawsuit against cardinal as well - pending
was denied for May 2014 MVA accident - didn't get any type of benefits - asked clmt to send in denial - will do

07/17/2014 11:32:28 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd task

A/P: as clmt is meant to have an update in aug/sept per attny for WC - will reset ms for 1 month to fu with clmt and attny att for status

06/18/2014 01:35:03 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Outgoing Date of Call: 06/18/2014 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

co to return vm
adv clmt of info aa was able to send
clmt thanked

06/17/2014 11:25:32 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd dy

A: aa cannot send a payment hx letter - aa will send clmt ltr adv of very basic plan info and adv to fu with er

P: ltr to clmt

06/16/2014 09:45:41 a.m. ET Benjamin C Leupke Examiner Minneapolis PHONE CALL
Type of Call: Incoming Date of Call: 06/16/2014 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

Bertacchi-Freeman/Hartford000192

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 80

EE called in to request STD payment history letter. AA adv that STD claim did not actually issue out payments as policy is ASO. Adv that payment history would be handled through ER. EE requested that AA send out a letter explaining what she was eligible for while approved for STD. Adv that AA would be notified of request.

06/16/2014 09:41:06 a.m. ET Ada T Fermin MANAGER Maitland PHONE CALL
Type of Call: Incoming Date of Call: 06/16/2014 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

EE called to ask questions regarding disab claim and reset password for THAW. Provided support number for THAW and also AA's name and ext. TRansferred EE to LTD Aa's ext.

05/20/2014 07:37:51 a.m. ET Samantha J Kane Examiner Grp CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Index Rec'd

O: Rec'd index
Shows HIG
Shows WC which we are f/u on
Shows MVA from 2011 and shows accidental from 2012

A: No information on 2014 MVA. Will continue to discuss with EE during MS as is recent MVA.

P: Set plans to f/u in MS.

05/19/2014 04:57:45 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Other-EDM

19-MAY-14: Received Electronic Document with PCN: 30051201405191000643
Content : Other - DCN : 30051201405191000643001

05/14/2014 04:27:23 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Ongoing Claim Management

O: rec'd mail

attny at firm (same) that is handling WC is now Emily Silver - clmt has QME for WC on 6/6/2014

Bertacchi-Freeman/Hartford000193

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 81

APS:
dx. knee OA/ chondomalacia 715.16/717.7
2nd. corvical strain/sprain, lumbar dd/radiculitis 847/724.4/722.16
ht 5'1 wt 204
meds: lidoderm, norco, tylenol
tx plan: PT, pain meds
sx 12/26/13 - right knee arthroscopic partial medial menisectomy 29876/29881
sit/stand - 1/2 hr aat/4 hrs daily
walk 1/4 hr aat/4 hrs daily
no restrictions: reaching all levels, finger/handle
occasionally l/c up to 10 lbs, bending at waist, driving
never everything else
improved - duration permanent
signed Dr. Kim 5/13/14

5/13/14 ovn - fu exam of r knee, back and neck - recently in car accident on 5/7/2014 - increased her pain. completed 8 sessions of pt for back and knee. would like additional therapy, complains of constant swelling in her right knee but conts to exercise her knee. intermittent pain in neck, trouble sleeping - ref to PT

A: 58 yr old female, light occ, oow since 10/11 due to back, neck, and knee pain. EE treated conservatively and eventually underwent surgery on 12/13/12 and again on 12/26/2013. EE continues to have issues with knee and AP is addressing back pain as well. clmt was recently in car accident in may per OVN and is currently treating with PT again

R/L cont to support clmt could not do own light occ, and with new re injury - reasonable clmt cont to be db - will dy tci for mu to check progress as clmt is just outside of light work

Claim coded C and ee interested in rtw once surgery complete, continue to evaluate.

clmt approved ssd - no ovp on file

will run index for mva

P: cont ltd
run index

05/14/2014 12:32:10 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Incoming Date of Call: 05/14/2014 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

clmt ci to see if everything needed was rec'd
adv yes
clmt thanked and will keep aa updated on wc

05/13/2014 07:04:42 p.m. ET Marcella Elberg Examiner Sacramento PHONE CALL

Bertacchi-Freeman/Hartford000194

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 82

Type of Call: Incoming    Date of Call: 05/13/2014    Call To/From: Claimant
Name: Gloria Bertacchi-Freeman    Conversation with:
Phone: (916) 390-1845    Extension:    Fax Number:

confirmed m/r and aps recd 5/13.

05/13/2014 02:36:57 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

13-MAY-14: Received Electronic Document with PCN: 30051201405131002009
Content : Medical Records - DCN : 30051201405131002009002

05/06/2014 12:44:01 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan    Sign off required: N

O: rec'd ltr from clmt

attny at firm (same) that is handling WC is now Emily Silver - clmt has QME for WC on 6/6/2014

A/P: put info to file

05/02/2014 02:11:06 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Incoming    Date of Call: 05/02/2014    Call To/From: Attorney
Name: Law Firm For Wc    Conversation with:
Phone: (916) 491-4248    Extension:    Fax Number:

rec'd vm from WC
still treating for injuries -
scheduled to go for another eval 6/6/2014
claim is not even close to be settled - will probably have another update around aug/sept

04/30/2014 01:31:33 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Legal-EDM

30-APR-14: Received Electronic Document with PCN: 30051201404301001622
Content : Legal - DCN : 30051201404301001622002

04/24/2014 06:40:36 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan    Sign off required: N

O: recd dy

Bertacchi-Freeman/Hartford000298

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 83

A: att will send clmt request for MU as well as adv we have not rec'd an update regarding WC from Attny and ask clmt to request and send in, will also send attny another request

P: ltr to clmt
ltr to attny
dy

03/27/2014 09:57:35 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd dy

A: have not rec'd update from WC attny - send second request

P: ltr to attny

03/11/2014 12:26:09 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd iso

A/P: shows WR claim filed - already aware - put to file

03/05/2014 06:31:08 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Other-EDM

04-MAR-14: Received Electronic Document with PCN: 300512014030410O3279
Content : Other - DCN : 300512014030410O3279001

02/27/2014 01:23:35 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd dy

A: will send WC attny CE letter for lawsuits adv we can reduce payments per policy and ask for update - will alos run Index att

p: ltr to attny
run index

---

From: Montroy, Christine M (Claim)
Sent: Thursday, February 27, 2014 12:34 PM

Bertacchi-Freeman/Hartford000196

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 84

To: Atlanta GBD Support Services,
Subject: ISO

02/18/2014 11:25:14 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd mail

A/P: aa rec'd dup WC attny auth -put to file

02/13/2014 11:23:34 a.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Claim Form-EDM

13-FEB-14: Received Electronic Document with PCN: 30051201402133000302
Content : Claim Form - Authorizations DCN : 30051201402133000302001

02/10/2014 10:30:17 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd mail

A/P: Attny WC auth - put to file

02/10/2014 08:36:05 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Claim Form-EDM

10-FEB-14: Received Electronic Document with PCN: 30051201402101000365
Content : Claim Form - Authorizations DCN : 30051201402101000365001

01/31/2014 04:04:29 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Milestone Claim Management Plan Sign off required: N

O: MS complete

Clmt adv that she did have knee sx 12/26/2013 right knee - clmt also adv is not getting WC att but is in process and does have an attny - adv clmt that I would send a WC auth - clmt ok.

A: 58 yr old female, light occ, oow since 10/11 due to back, neck, and knee pain. EE treated conservatively and eventually underwent surgery on 12/13/12. EE continues to have issues with knee and AP is addressing back pain as well.

Bertacchi-Freeman/Hartford000197

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 85

Claim coded C and ee interested in rtw once surgery complete, continue to evaluate.

set mu dy for next ms

ACTIONS REQUIRED:
- WC denial on file in STD. Should run index and request atty auth for potential settlement. AA should request documentation of current WC status.

P: ltr to clmt
dy fo fu

01/31/2014 03:48:31 p.m. ET Christine M Montroy Examiner Minneapolis MILESTONE CALL
MILESTONE CALL
Relationship to Claimant: Claimant Date of Call: 01/31/2014
Interviewee: Gloria Bertacchi-Freeman Phone: (916) 390-1845 Fax Number:

Medical Condition And Treatment

clmt adv she had sx
12/26/2013 - just on right knee
clmt is doing better
she went to PT but had a relapse because she got the flu
clmt adv she is on antibiotics and will start PT again once fever is gone
knee is swollen and has been icing
going to try and drain knee
nov 2/4/2014

clmt is still tx with Dr. Kim
Dr. Ngy

01/30/2014 04:28:47 p.m. ET Christine M Montroy Examiner Minneapolis MILESTONE CALL
MILESTONE CALL
Relationship to Claimant: Claimant Date of Call: 01/30/2014
Interviewee: Gloria Bertacchi-Freeman Phone: (916) 390-1845 Fax Number:

Medical Condition And Treatment

late comment
1st attempt ms
no answer

01/28/2014 05:47:15 p.m. ET Jamie M Radloff MANAGER Minneapolis CLAIM MANAGEMENT

Bertacchi-Freeman/Hartford000198

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 86

Recommendation/Plan: Examiner Claim Management Plan — Sign off required: N

MANAGEMENT OVERSIGHT
58 yr old female, light occ, oow since 10/11 due to back, neck, and knee pain. EE treated conservatively and eventually underwent surgery on 12/13/12. EE continues to have issues with knee and AP is addressing back pain as well. EE was to have surgery 11/7/13, but per most recent call, surgery delayed. If no surgery is scheduled, aa to obtain APS and updated OVN to verify condition. AA may consider obtaining AR at January MS if no surgery, to ensure we have correct physicians information on file.

Claim coded C and ee interested in rtw once surgery complete, continue to evaluate.

ACTIONS REQUIRED:
- WC denial on file in STD. Should run index and request atty auth for potential settlement. AA should request documentation of current WC status.
**********************************************************************************************

- MRBE is correct at $10,666.67 (per CC and Feed)
- Taxability is correct: 100%
- BEnD to 4/30/2019
- DSSD/married/dependents: correct
- Primary and secondary ICD-9 and CPT: correct per MCCM
- Segment: 2
- SSD: Awarded $2166.00 effective 4/1/2013.
- Pension: Pension not an offset per Policy.
- OIB: UCD offset through 7/13/2013. WC denied, aa to f/u on settlement.
- CIU: n/a
- Annual Review: 03/2014

11/18/2013 02:27:10 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan — Sign off required: N

rec'd vm from clmt

sx was delayed because WC is coming along and trying to get WC to pay for it
clmt will call aa back with more info when she has it

11/13/2013 02:18:10 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Outgoing — Date of Call: 11/13/2013 — Call To/From: Claimant
Name: Gloria Bertacchi-Freeman — Conversation with:
Phone: (916) 390-1845 — Extension: — Fax Number: — Not Contacted: Left Message

co to clm to get sx conf
lvm for cb

Bertacchi-Freeman/Hartford000199

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 87

11/01/2013 10:49:21 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Ongoing Claim Mangement

O: rec'd mail

APS:
dx. Right knee tear in posterior horn and body of mdial 417.2
2nd: R knee chondromalacia 717.7
ss: pain in R knee and back pain
PE: rom 0-120 with minimal discomfort with flexion, knee swollen
bp 136/96 ht 5'1 wt 205
meds: hydrocodne, cyclobenzaprine, napresyn, lidoderm patches
tx plan: sx R knee arthroscopy 11/7/2013, allow for sx recovery
lov 10/15/2013 nov 10/28/2013
R/L:
sit/stand/walk: 20min-1 hr aat, 4 hrs daily
occasionally: L/C up to 10 lbs, reach all levels
signed 10/28/2013 by Dr. Leslie Kim ortho

A: APS confirms R knee sx scheduled for 11/7/2013 - will fu with clmt at next ms for sx confirmation and mu

P: dy

10/29/2013 12:48:52 p.m. ET Alan Scaglione Examiner Maitland PHONE CALL
Type of Call: Incoming Date of Call: 10/29/2013 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

ee asked if faxes were rcvd. advd yes and provided norm aa review time.

10/29/2013 09:18:07 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: APS-EDM

29-OCT-13: Received Electronic Document with PCN: 30051201310291000128
Content : APS - DCN : 30051201310291000128001
Medical Records - DCN : 30051201310291000128002

10/15/2013 02:49:21 p.m. ET Samantha J Kane Examiner Grp CLAIM MANAGEMENT
Recommendation/Plan: Milestone Claim Management Plan Sign off required: N

Bertacchi-Freeman/Hartford000200

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 88

Claimant Contact SOAP

S: EE has surgery scheduled for meniscus tear repair on right knee. AFter fall EE is in a lot of pain and taking things slow. No new OIB> WC remains pending but EE said looks like will just be payments for medical care.

A: EE is 60 y/o female out of work due to loose body in joint / knee meniscus tear in both knees. EE out of work since DOD OF 10/11/12 and is currently scheduled for second surgery which willb e on right knee this time for repair. EE is very interested in return to work in some capacity most likely more sedentary and would like to discuss RCM after surgery recovery period. Plan was to get full med update at this time however as upcoming surgery is 11/7 will send APS to get update on surgery plans from AP which EE is aware is needed. Med update after surgery recovery is more appropriate now and can use that information for use in RCM abilities as EE is interested in retraining to more sedentary occ possibly teaching or admin work.

SSD: Approved No OVP remains
OIB: UCD expired - EE pending WC but will most likely just be medical payments
Rehab: EE very interested but will have to be after surgery
Med update: APS/surgery confirmaiton now
Coded: C - remains appropriate

P: Send EE letter
Set plan to f/u on status

10/15/2013 02:42:30 p.m. ET Samantha J Kane Examiner Grp MILESTONE CALL
MILESTONE CALL
Relationship to Claimant: Claimant Date of Call: 10/15/2013
Interviewee: Gloria Bertacchi-Freeman Phone: (916) 390-1845 Fax Number:

Medical Condition And Treatment

EE Adv was just at Dr. Lexingtons office. EE had fall on knee and they are going to schedule surgery now to finally get that done. Right now it is tentatively scheduled for 11/7/13. Next pre op appointment is on 10/28.
EE will be having meniscus tear repair in right knee. EE finally got MRI and got improved through insurance to have it done.

EE adv all other PT and treatments continue. EE is on pain medication Liboderm patch and continues with Norco also.

All physicians currently remain the same. EE trying to get knees fixed and straightened out and then worry about other things when she needs to.

Functionality

EE is in a lot of pain after fall and is taking things slow pending surgery.

Social Security/Other Income

Bertacchi-Freeman/Hartford000201

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 89

Amount for SSD remains. EE Remains same amount as award was.
WC just had evaluation - they did infer that medical care would most likely be taken care of but has not heard anything on final report or if earnings or anything.
Michael Amster is WC coordinator.

Return To Work

EE has not had any RTW so far. EE has applied to different places but everything requires lifting and moving a lot of things around and applied for admin and teaching jobs but hasn't been able to get anything yet. EE is thinking of returning to school and WC will help with that too if gets approved.

Discussed rehab potential with EE. EE is very interested in rehab after recovery from procedure.

09/26/2013 05:29:17 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd dy to fu edd

A/P: aa forgot to delete dy when rec'd ltr from clmt - deleted now

09/12/2013 07:48:31 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd ltr from clmt

A/P: clmt adv does not qualify for CA benefits - put to file

09/09/2013 03:01:56 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Correspondence-EDM

09-SEP-13: Received Electronic Document with PCN: 30051201309093001091
Content : Correspondence - DCN : 30051201309093001091001

08/30/2013 02:56:52 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Incoming Date of Call: 08/30/2013 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

clmt ci to check on clm

Bertacchi-Freeman/Hartford000202

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 90

adv of check release
clmt understood
clmt adv still working on wc
will keep aa updated

08/30/2013 02:51:33 p.m. ET Josefa Hart Examiner Atlanta PHONE CALL
Type of Call: Incoming Date of Call: 08/30/2013 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

clmt c/i ref ltd bnfts. clmt thought the o/p was to be taken out in 3 months because it was taken out today. adv clmt need to s/w aa. c/o to aa, clmt trxfd

08/30/2013 11:23:35 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd dy

A: will send clmt ltr re: EDD - ATT remove offset as of 7/13/2013

P: ltr to clmt
dy
recalc clm for UP

08/15/2013 06:31:38 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Outgoing Date of Call: 08/15/2013 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

co to clmt to discuss edd

08/15/2013 06:31:08 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd UCD/EDD info from clmt

A: EDD info shows clmt paid through 7/13/2013 and provided another documentation that adv not elig to rec payments from 6/30-7/13/2013 - appears clmt may still be rec benefits intermittently, will co to clmt to discuss

clmt also provided QME ltr and request for recs - cannot provide to clmt unless clm termd

P: co to clmt

Bertacchi-Freeman/Hartford000203

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 91

08/13/2013 02:53:23 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Correspondence-EDM

13-AUG-13: Received Electronic Document with PCN: 30051201308131002414
Content : Correspondence - DCN : 30051201308131002414001

08/07/2013 05:04:50 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: APS-EDM

07-AUG-13: Received Electronic Document with PCN: 30051201308071003222
Content : Correspondence - DCN : 30051201308071003222001
APS - DCN : 30051201308071003222002

08/02/2013 09:22:03 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd mail

ltr from clmt - would like to withhold benefit for aug/sept/oct

UCD info -
clmt exh maximum benefit as of 4/5/2013

with change in ucd, ovp is reduced to 3680 -

A: still do not have ltr showing benefit changed as of 4/21/2013, however do have documentation showing UCD ended, will update claim and send ltr to clmt requesting documentation and withholding benefits

P: ltr to clmt

07/26/2013 03:00:28 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Correspondence-EDM

26-JUL-13: Received Electronic Document with PCN: 30051201307261002223
Content : Correspondence - DCN : 30051201307261002223001

07/26/2013 02:10:45 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Correspondence-EDM

26-JUL-13: Received Electronic Document with PCN: 30051201307261001857

Bertacchi-Freeman/Hartford000204

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 92

Content : Correspondence - DCN : 300512013072610018570O1

07/26/2013 12:47:28 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Outgoing Date of Call: 07/26/2013 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

co to clmt to discuss ovp and ask for additional info re: state benefit
clmt adv will probably just send check in for ovp
clmt aske aa to send ltr - adv would do
adv clmt if she wants to withhold benefit instead that is fine - to just call aa when she gets the letter
clmt adv will also send aa ltrs from state changing benefit etc
adv will update clm once rec'd
clmt asked that aa send LTD app ltr to her again
clmt ask that it be faxed to 916-652-3004
adv would do

07/26/2013 11:17:13 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd SSD NOA

SSD awarded 4/1/2013 in amount of 2166.00

UCD info -
clmt exh maximum benefit as of 4/5/2013
clmt adv in letter they then approved her another another claim for 450/wk begining 4/21/2013 - do not have proof - will co to clmt
will keep ucd offset the same att and recalc once documentation rec'd

clmt OVP in amount of 5776.00

A: ovp ltr to clmt, co to clmt

P: ltr to clmt
dy

07/19/2013 02:51:40 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: New App FN Claim-EDM

19-JUL-13: Received Electronic Document with PCN: 300512013071930008l2
Content : Financial - Social Security DCN : 300512013071930008l2001
New App FN Claim - DCN : 300512013071930008l2002
Financial - DCN : 300512013071930008l2003

Bertacchi-Freeman/Hartford000205

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 93

Correspondence - DCN : 30051201307193000812004

07/19/2013 08:53:30 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

rec'd message from clmt
rec 2166 per month SSD - sending letter in mail
offset clm as E att until noa rec'd

07/02/2013 02:02:41 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Other-EDM

02-JUL-13: Received Electronic Document with PCN: 30051201307025090701
Content : Other - DCN : 30051201307025090701001

07/02/2013 01:04:58 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Approval/Denial Recommendation Sign off required: Y

LTD Aproval - pre ex investigation/over authority

S:
59 y/o married female, no dependents, single er at dod, independent all adl's except voluntary bladder/bowel - urinary and fecal incontinence, education hx: doctorate - pharmacist, work hx: parmacist 13 yrs, oibs: UCD, working on ssd, no FIT, auth/fraud signed 3/19/2013

ht 5'1 wt 210

JD: pharmacy director
Plan, organize and direct all functions of the hospital pharmacy services. Assure all legal and regulatory requirements are satisfied. Assure pharmacy services and activities are carried out to meet goals and standards of both Cardinal Health Healthcare, Inc.

O:
PED: 7/1/2001 DOH: 7/1/2012
LTD EWP: NWP LTD EDOC: 7/1/2012
PW EWP: NWP
LDW: 10/10/2012 DOD: 10/11/2012
LTD EP: 180 days/end er/STD LTD BED: 4/11/2013
PW EP: 6 months
GAP: no
DOB: 5/1/1953

RULE RESULTS: *LATE REPORTED ? not late reported

Bertacchi-Freeman/Hartford000206

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:

Page 94

Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

ELIGIBILITY: ER self admin, Ability policy , policy is CNA language, ER paid ? Buy Up 100%, all active reg ee?s excluding medsystems of the ER who are not member of a collective bargaining unit, actively working at least 20 hrs/wk

FI, ERISA SIB: 6mos Situs: IL W2 option
ER contact: LOA contact per state:

PDE
Monthly Earnings equals the monthly wage or salary that You were receiving from Your Employer on the Date ofDisability.
It includes:
1) employee contributions made through a salary reduction agreement with Your Employer to an IRS Section 401(k), 403(b), 501(c)(3), 457 deferred compensation plan, or any other qualified or non-qualified employee Retirement Plan or deferred compensation arrangement; and
2) amounts contributed to Your fringe benefits according to a salary reduction arrangement under an IRS Section 125 plan.

It does not include:
1) commissions;
2) bonuses;
3) overtime pay;
4) Your Employer?s contribution on Your behalf to a Retirement Plan or deferred compensation arrangement; or any other extra compensation.

Pre-dis = $ 128000.00

$ 128000.00/ 12mos = $ 10666.67
Buy up 65%: 6933.33
MIN: $100 or 10% Gross LTD benefit, whichever is greater COLA: n/a

DEF of DB: ability, 24 mo Own Occ, 24mo M/N limitation - hosp not counted toward 24 months;

PRE-EX: 3/12 (no tx free period ? core). NL/NG/YG - clmt adv WR but WC denied - need to do pre ex eval

---

Pre ex:
THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

Need recs from 1/1/2012-present from:

Have:
target pharmacy roseville location
Dr. Leslie kim
mercy medical group
Dr. Thuy rose nguyen
target Pharmacy ( daly city)

Bertacchi-Freeman/Hartford000207

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 95

kaiser hospital - (Dr. Zawilla)
mercy hospital folsom
campus surgery center
Dr. Heitke/US healthworks

Target pharmacy roseville:
Dr. Zawilla:
Aciphex - 12/29/2012, 4/30/2012
levothyroxin 12//29/2012, 4/30/2012

Dr. Steiner:
hydrocodone/apap 2/27/2013
diazepam 2/27/2013
amoxicillin 2/27/2013

Dr. Leslie kim ovn's: invoice for $15 - submit
11/13/2012 - knee chondromalacia, oa knee - poor preformance in PT and w/conservative measures - discussed sx - proceed with sx
12/5/2012 - pre op visit for left knee - sx scheduled
12/19/2012 - post op - sx on 12/13/2012 -left knee arthroscopic partial medial and lateral meniscetomy - can begin WB - cpt codes 29880, 29876
1/24/2013 - pain reduced - completed 6 pt sessions - cont to have some achey sharp pain - renw pt 2x/wk for 6 wks
2/26/2013 - pain decreased, completed pt - request additional pt

Mercy Medical group:
11/14/2012 (dr. Reza) - est care - knee injury - happened at work but WC denied - bilateral knee pain- ref to occupational medicine for WC

Dr. Thuy rose nguyen: rec'd healthport invoice under 100 - no need to submit
3/9/2013 - fu hypertension, back pain not improved, followed by ortho for meniscus injury - in PT
11/15/2012 - left knee and neck pain since oct - planning to go to PT - has meniscus tear and is planning on having a repair. pain in medial knee - difficult to walk. also with back pain.

target Pharmacy ( daly city):
12/5/2012, 12/13/2012 - hydroco/apap - Dr. kim
12/13/2012 - cyclobensaprene - Dr. Mederios

kaiser hospital - (Dr. Zawilla):
2/11/2012 - Jakobsen - telephone appt - bronchitis type symptoms and pruritic rash
5/3/2012 - vogelsang - routine yrly checkup
5/26/2012 - mirzoyan - telephone appt - tick bite
7/17/2012 - cardio lab orders
8/8/2012 - gyno visit
10/15/2012 - chong - knee joint pain, sprain/strain cervical spine, sprain/strain lumbar region - injured 10/5/2012 - pt pushed a chair towards her, she moved back against her chair to avoid getting hurt. also worked harder and longer 9/27-9/28 and 10/4-10/5 manually filled pharmacy carts since system was down which she also feels triggered her pain. mild OA of right knee

Bertacchi-Freeman/Hartford000208

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 96

10/25/2012 - PT appt
10/31/2012 - PT appt
11/1/2012 - BP check
11/2/2012 - PT appt
11/5/2012 - Chong - back, knee
11/7 - PT
11/26 - chong - knee/back - sx 12/13/2012 - realeased from care to fu under own health care

mercy hospital folsom:
12/18/2012 - constipation - had arthroscopic knee sx 5 days ago

campus surgery center:
12/5/2012 - pre op consult - has DDD in neck and lower back
12/13/2012 - left knee arthroscopy, debridement, meniscetomy repair

Dr. Heitke/US healthworks
10/12/2012 - sprain of knee/leg, sprain thoracic region, sprain lumbar region - chiro treatment
------------------------------------------------------------------------------------------------------------------------------------------------------------

MEDICAL: * STD Intake
MEDICAL CONDITIONS: Back, R knee, and neck pain
History of Medical Condition: Caused by repetitive motion when the pharmacy system went down. Symptoms started on 10/5/12 and went to occupational Health Clinic on 10/11/12 with reports of back, R knee and neck pain meds given and advised to fu with chiropractor. EE fu with chiropractor who advised EE to fu with Neurologist due to incontinence. EE decided to go to PT FOV 10/31/12 NOV 11/2/12 2x/wk. NOV 1 wk. AP r/l no bending, lifting, stretching, kneeling, squatting, reaching, prolonged standing and walking. ERTW 11/6/12. Ht 5'1" wt 210#
Current Symptoms: neck pain 6-7/10, back pain 5-6/10, urinary and stool incontinence
Comorbidity: Obesity
Current Medications: Diclofenac, Lidoderm patch and Orphenadrine

CI: If deemed eligible and after w/c issues addressed, functional impairment supported from 10/11/12 thru 11/21/12 d/t the cervical strain with knee strain. Exam findings of pain, stiffness to neck/back and limited ROM right knee, increased with bending. EE has diclofenac patch and referred to physical therapy. Consideration given to the EE's job duties that include lifting up to 50# frequently, filling scripts, bending, only pharmacist, kneeling, squatting, walking, reaching. Will need updated status, response to physical therapy for further determination.

dx: right knee chrondromalacia (717.7)
2nd: right knee OA 715.16
symp: see ovn 11/13
meds: cyclobenzapine, lidoderm, naprosym
rls: no bending, kneeling, stooping, reaching, squating, walking sitting more than 20min
rtw: 2/2012 FT
lov: 11/13
nov: 12/4
duratino: at least until after recover from sx
refer: De Leslie Kim, ortho sx

Bertacchi-Freeman/Hartford000209

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 97

Surgery/Delivery Date: 12/13/12
Surgery/Delivery Type: knee sx
Any Complications: none
Hospital Dates: 12/13/12
NOV: 12/19/12
RTW: don't know
LDW (Note number of hours worked): 10/10/2012 at 8 hrs
Date of Disability 10/11/12
Explain any gap between LDW and date of Surgery/Delivery:

dx: 12/13
type: 1. left knee arthroscopic partial medial and lateral meniscectomy, 2. left knee anteromedical and lateral compartment arthroscopic synovectomy
CPT codes: 29880, 29876

OVN- 12/19
first po visit
minor pain, only aggravate when walking, sharp, talking norco and vistral
Plan: may begin WBAT, post op PT, next post op in 4wks

EE reports NOV: 1/22

APS
dx: l knee oa 715.16
2nd: le knee chondromalacia 717.7
sx: reduction in pain
per: rom 0-120 with minimal discomf with flexion
meds: norco
rls: no bending, kneeling, stooping, lifting, squatting
rtw: yes, part-time, 4hrs per day
duration: after sx recovery 3/2013
tx plan: see notes
lov: 1/24
nov: 2/26

OVN- 1/24
pain recudec, completed 6 PT sessions, inc strength able to walk more with less pain, cont achey sharp pain, takes norco, flexeril, and naprosyn, currently not working, on db.
assessment: renew PT 2x/wk for 6wks, fu

APS-
dx: 718.16
2nd: 717.7
symp: reduction in pain
pef: antalgic gait, minor dec in ROM
meds: flexeril, naporsyn, norco
rls: no bending, neeling, stooping, reaching, squatting, no walking or stitting more than 20 min at a time

Bertacchi-Freeman/Hartford000210

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 98

rtw: yes, 4hrs per day
duration: 5/13
tx plan: PT
lov: 2/27
nov: 4/9

APS:
dx. lt knee OA 715.16
2nd: lt knee chronsomalacia 717.7
SS: reducation of pain, knee and back pain, neck pain
bp 186/131, ht 5'1 wt 210
Pe: rom 0-120 with minimal discomfort with flexion, injection into knee given 4/9/2013
lov 4/9/2013 nov 6/17/2013
sx 12/13/2012 29881
R/L:
sit/stand/walk: 20 min aat, 4 hrs daily
occasionally: l/c up to 10 lbs, reach all levels
never: l/c over 10 lbs
finger/handle: n/a
signed 5/6/2013

6/17/13 Dr. Kim Response to AA Question:
Disagree that EE is currently able to perform Light Work on a full time basis. See MRI reports.

5/31/13 MRI of R knee shows normal alignment. Oblique horizontal tear. Small joint effusion.

6/5/13 MRI of lumbar spine shows evidence of possible prior bilateral laminectomy at L5-S1. Possible impingement of exiting R L5 nerve root. No other significant spinal canal stenosis. Severe bilateral facet arthropathy at L4-5, worse on the R.

MCCM review:
A: This file has been referred for a pending status and MCM to determine if the AP responses unable to perform in a light work setting is supported by MR.
DOD 10/11/2012, Bed eff date 4/11/2013.
EE?s own occ classified as level 2 Director of Pharmacy.
R/L: sitting 20 min at a time up to 4 hrs per day, standing 20 min at a time up to 4 hrs per day and walking 20 min at a time up to 4 hrs per day. AP notes that EE can occasionally lift up to 10 lbs, reach at all levels. No lifting over 10 lbs. Status unchanged. Duration of R/L is unknown.
AP responses from Dr. Kim on 6/17/2013, unable to perform light work. See MRI report.
The MRI report from 6/5/2013 confirms and supports inability to return to own light work setting from DOD and beyond.
The MRI reflects positive findings in lumbar spine to include broad based disc budge extending to the neural formina at the L4-L5 level. There is severe facet arthropathy with thickening up to 4mm. L5-S1 shows mild central disc protrustion, possible impingement of the exciting right L5 nerve root due to facet osteophyte.
In addition, the knee MRI reflects small joint effusion and confirms tear in the posterior horn of the medial meniscus. This objective finding along with the history of bilateral menicus tears with left knee surgery on 12/2012, supports inability to perform prolong sitting/standing/ and walking bouts. In addition the objective findings support the lift/carry up to 10 lbs. MCM notes any repetitive lift/carry over 10 lbs would increase pressure placed on both the

Bertacchi-Freeman/Hartford000211

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 99

lumbar spine and knee joints. Records show recent injection for knee condition.
MCM notes that the RL?s are close in reflecting full time light level of functionality. It is reasonable to allow additional time for ongoing treatment to improve functionality in both knee and lumbar condition. MCM recommends AA to request updated MR in 2-3 months(including therapy notes) and consider re referral to MCM if medical conditions appear resolved, with no current medical treatment. Further surgical options may be considered in the future.

OCCUPATION: Title ? director of Pharmacy
JD: pharmacy director
Plan, organize and direct all functions of the hospital pharmacy services. Assure all legal and regulatory requirements are satisfied. Assure pharmacy services and activities are carried out to meet goals and standards of both Cardinal Health Healthcare, Inc.

PDA-
sit: 5hrs
stand: 2hrs
walk: 1hr
reaching: .01lbs, 5ft, freq: 5-10ft, occasionally
occa: balance, stoop, kneel, crouch, crawling
handling freq

OA:
SUMMARY
The essential duties of the EE's own job for the ER are similar to the occupation as it is found in the general workplace.
The corresponding physical demands as they are found in the general workplace fall within the light physical demand category.
Light work is exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently and/or a negligible amount of force constantly to move objects. Even though the weight lifted may only be a negligible amount, a job should be rated Light work when it requires walking or standing to a significant degree or when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls and/or when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible.

OIB: STD thru HIG; 401k ? not an offset; WC denied; UCD - started 10/11/2012 - wkly rate 541.00
EFT:
RPQ: not needed ? per cc no pensions are oib?s

THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

A: 59 y/o female oow for neck, back and knee pain which clmt adv was WR - WC was denied and no specific date of accute injury - clmt had sx on 12/13/2012 - 5/9/13 Dr. Kim APS notes that EE underwent L knee arthroscopy on 12/13/12. AP notes EE had injection to knee on 4/9/13. AP noted R/L: sitting 20 min at a time up to 4 hrs per day, standing 20 min at a time up to 4 hrs per day and walking 20 min at a time up to 4 hrs per day. AP notes that EE can occasionally lift up to 10 lbs, reach at all levels. No lifting over 10 lbs. Status unchanged. Duration of R/L is unknown.

Bertacchi-Freeman/Hartford000212

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 100

Based on all MR info - cond is not pre ex as no treatment in LBP of 03/31/2012-06/30/2012

OA was completed on 6/3/13 which shows that the physical demands would include exerting up to 10 lbs occasionally and 10 lbs frequently. Classified as light work in the general workplace. Using the light duty physical requirements identified by the OA, AA sent a question to Dr. Kim to verify if EE is capable of performing light work on a full time basis. AP response from 6/17/13 indicates EE is not capable of performing light duty work.

Feel that 5/9/13 R/L are very close to the physical requirements that were identified by OA. AP noted 10 lb lifting restriction and job in the NE requires lifting up to 20 lbs occasionally. AP noted EE can sit/stand/walk up to 4 hrs per day and job in the NE requires walking or standing a significant degree. Most recent test results have been received including MRI of R knee from 5/31/13 did not show any significant findings and 6/5/13 MRI of lumbar spine did shows significant findings at L5-S1 and L4-5. In order to determine if the medical evidence on file supports the stringent R/L from Dr. Kim, file was refered to MCCM

MCCM opines The MRI report from 6/5/2013 confirms and supports inability to return to own light work setting from DOD and beyond. The MRI reflects positive findings in lumbar spine to include broad based disc budge extending to the neural formina at the L4-L5 level. There is severe facet arthropathy with thickening up to 4mm. L5-S1 shows mild central disc protrustion, possible impingement of the exciting right L5 nerve root due to facet osteophyte.

In addition, the knee MRI reflects small joint effusion and confirms tear in the posterior horn of the medial meniscus. This objective finding along with the history of bilateral menicus tears with left knee\003surgery on 12/2012, supports inability to perform prolong sitting/standing/ and walking bouts. In addition the objective findings support the lift/carry up to 10 lbs. MCM notes any repetitive lift/carry over 10 lbs would increase pressure placed on both the lumbar spine and knee joints. Records show recent injection for knee condition.
MCM notes that the RL?s are close in reflecting full time light level of functionality. It is reasonable to allow additional time for ongoing treatment to improve functionality in both knee and lumbar condition. MCM recommends AA to request updated MR in 2-3 months(including therapy notes) and consider re referral to MCM if medical conditions appear resolved, with no current medical treatment. Further surgical options may be considered in the future.

Att AA recommends to Approve LTD as of 4/11/2013 going forward as claim is not pre ex and MCCM supports clmt would continue to be db through and beyond EP. Will request MR and therapy notes at first MS. clmt adv in PC 7/1/2013 that she has applied SSD -will send clmt request for ROA/POF and ssd brochure in app ltr

EFT: on file
RCCM: will send now
MU: first MS
Code: C - clmt terminated from job at ER but reasonable clmt is not perm db and should have ability to return to work

P: app ltd
ltr to clmt
AR 3/2014
TC: 4/11/2015

07/03/2013 10:42:38 a.m. ET Jamie Radloff MANAGER Minneapolis CLAIM MANAGEMENT

Bertacchi-Freeman/Hartford000213

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 101

Regarding PX:
We do not have Kaiser Pharmacy records, however as we have Kaiser Facility records and there is no treatment for knee, back or neck pain at this facility, reasonable no prescriptions would have been filled in treatment for the Disabling conditions.

Agree condition is not pre-existing and claimant meets definition of Disability throughout and beyond EP.

MANAGEMENT OVERSIGHT

58 yr old female, light occ, oow since 10/11 due to back, neck, and knee pain. EE reported that condition was work related and WC was filed, though WC was denied as condition was noted to be not WR. EE treated conservatively and eventually underwent surgery on 12/13/12. EE continues to have issues with knee and AP is addressing back pain as well. MCCM reviewed and supported inability to perform light occ.

Current medical plan to request OVN and PT notes at initial MS is appropriate. Should also obtain APS if no surgery scheduled/performed. Code C and referral to RCCM is appropriate.

ACTIONS REQUIRED:
- WC denial on file in STD. Should run index and request atty auth for potential settlement. AA should add note to upcoming MS's to verify status with clmt and periodically with WC carrier.
**************************************************************************************************

- MRBE is correct at $10,666.67 (per CC and Feed)
- Taxability is correct: 100%
- BEnD to 4/30/2019
- DSSD/married/dependents: correct
- Primary and secondary ICD-9 and CPT: correct per MCCM
- Segment: 2
- SSD: Clmt advised she filed, aa requesting ROA/POF appropriately. Should offer vendor assistance.
- Pension: Pension not an offset per Policy.
- OIB: UCD currently offset for 52 weeks. WC denied, aa to f/u on settlement.
- CIU: n/a
- Annual Review: 03/2014
- Next mgr oversight diary: 6 months

07/01/2013 12:33:56 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Incoming Date of Call: 07/01/2013 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

clmt cb to set up eft
clmt asked for benefit amount
adv but adv oibs reduce
clmt adv no longer getting ucd

Bertacchi-Freeman/Hartford000214

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 102

adv clmt she is due full yr of benefits, adv needs to fu with UCD and provide additional medical as aa will continue to offset for full yr of ucd
clmt adv has applied for ssd - adv will send out ssd info in app ltr

07/01/2013 12:32:25 p.m. ET Christine M Montroy Examiner Minneapolis GENERAL
Type: Electronic Funds Transfer

Is there anyone else that is authorized to use this account? If yes, note person's name. :NO

Do you understand that you are responsible to inform The Hartford immediately of any address changes or changes to your [bank or credit union] account information? :YES

Do you understand that the Hartford must receive a notice from you if you want to terminate this electronic transfer of funds into your account? This will allow The Hartford and the [bank or credit union] reasonable opportunity to act on your request :YES

07/01/2013 12:02:30 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Incoming Date of Call: 07/01/2013 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

clmt ci to check status
adv clmt that clm will be app this wk
adv back pay will be issued
clmt will cb with EFT info

07/01/2013 11:59:30 a.m. ET Matt Tauber Examiner Minneapolis PHONE CALL
Type of Call: Incoming Date of Call: 07/01/2013 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

c/ ito get status
adv in review
ee to speak with aa
wxfer to aa

06/27/2013 02:50:20 p.m. ET Margaret T Henry Nurse Simsbury CLAIM MANAGEMENT
Recommendation/Plan: CCM Functional Assessment / Pre-Ex Sign off required: N

MCM NOTE: Pending
S:
O: MCM has reviewed the following MR:
Dr. Kim AP responses 6/17/2013, MR

Bertacchi-Freeman/Hartford000215

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 103

MRI report, knee and lumbar scans
Kaiser MR 2012 MR
US HealthWorks Dr. Heitke MR
OA
A: This file has been referred for a pending status and MCM to determine if the AP responses unable to perform in a light work setting is supported by MR.
DOD 10/11/2012, Bed eff date 4/11/2013.
EE?s own occ classified as level 2 Director of Pharmacy.
R/L: sitting 20 min at a time up to 4 hrs per day, standing 20 min at a time up to 4 hrs per day and walking 20 min at a time up to 4 hrs per day. AP notes that EE can occasionally lift up to 10 lbs, reach at all levels. No lifting over 10 lbs. Status unchanged. Duration of R/L is unknown.
AP responses from Dr. Kim on 6/17/2013, unable to perform light work. See MRI report.
The MRI report from 6/5/2013 confirms and supports inability to return to own light work setting from DOD and beyond.
The MRI reflects positive findings in lumbar spine to include broad based disc budge extending to the neural formina at the L4-L5 level. There is severe facet arthropathy with thickening up to 4mm. L5-S1 shows mild central disc protrustion, possible impingement of the exciting right L5 nerve root due to facet osteophyte.
In addition, the knee MRI reflects small joint effusion and confirms tear in the posterior horn of the medial meniscus. This objective finding along with the history of bilateral menicus tears with left knee surgery on 12/2012, supports inability to perform prolong sitting/standing/ and walking bouts. In addition the objective findings support the lift/carry up to 10 lbs. MCM notes any repetitive lift/carry over 10 lbs would increase pressure placed on both the lumbar spine and knee joints. Records show recent injection for knee condition.
MCM notes that the RL?s are close in reflecting full time light level of functionality. It is reasonable to allow additional time for ongoing treatment to improve functionality in both knee and lumbar condition. MCM recommends AA to request updated MR in 2-3 months(including therapy notes) and consider re referral to MCM if medical conditions appear resolved, with no current medical treatment. Further surgical options may be considered in the future.
MCM recommends AA to consider referral to RCM to explore if ER would accommodate to work within the RL?s.
P: Code are accurate, secondary code of lumbar spine could be added, however in same ICD code category.

06/27/2013 09:33:41 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

O: rec'd dy

A: mccm review not complete - re dy to fu next wk - email to mccm AA to adv of 95 day ERISA dy as was not in original dy

P: email to MCCM
re dy

06/24/2013 11:51:46 a.m. ET Dana M Dunn Examiner Atlanta PHONE CALL
Type of Call: Incoming Date of Call: 06/24/2013 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

clmt c/i to check status - adv med info rcvd and the AA determined that the MCCM needed to review the claim file

Bertacchi-Freeman/Hartford000216

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 104

06/20/2013 01:57:46 p.m. ET Benjamin C Leupke Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: N

O: Recd 6/17/13 Dr. Kim Response to AA Question:
Disagree that EE is currently able to perform Light Work on a full time basis. See MRI reports.

5/31/13 MRI of R knee shows normal alignment. Oblique horizontal tear. Small joint effusion.

6/5/13 MRI of lumbar spine shows evidence of possible prior bilateral laminectomy at L5-S1. Possible impingement of exiting R L5 nerve root. No other significant spinal canal stenosis. Severe bilateral facet arthropathy at L4-5, worse on the R.

A: 5/9/13 Dr. Kim APS notes that EE underwent L knee arthroscopy on 12/13/12. AP notes EE had injection to knee on 4/9/13. AP noted R/L: sitting 20 min at a time up to 4 hrs per day, standing 20 min at a time up to 4 hrs per day and walking 20 min at a time up to 4 hrs per day. AP notes that EE can occasionally lift up to 10 lbs, reach at all levels. No lifting over 10 lbs. Status unchanged. Duration of R/L is unknown.

OA was completed on 6/3/13 which shows that the physical demands would include exerting up to 10 lbs occasionally and 10 lbs frequently. Classified as light work in the general workplace. Using the light duty physical requirements identified by the OA, AA sent a question to Dr. Kim to verify if EE is capable of performing light work on a full time basis. AP response from 6/17/13 indicates EE is not capable of performing light duty work.

Feel that 5/9/13 R/L are very close to the physical requirements that were identified by OA. AP noted 10 lb lifting restriction and job in the NE requires lifting up to 20 lbs occasionally. AP noted EE can sit/stand/walk up to 4 hrs per day and job in the NE requires walking or standing a significant degree. Most recent test results have been received including MRI of R knee from 5/31/13 did not show any significant findings and 6/5/13 MRI of lumbar spine did shows significant findings at L5-S1 and L4-5. In order to determine if the medical evidence on file supports the stringent R/L from Dr. Kim, AA will refer file to MCM at this time.

Once MCM has completed review, AA will look to make LTD claim decision.

P: Refer to MCM, diary to f/u in 2 days on status.

06/19/2013 11:56:22 a.m. ET Peter D Marks Examiner Minneapolis PHONE CALL
Type of Call: Incoming Date of Call: 06/19/2013
Name: Gloria Bertacchi-Freeman
Phone: (916) 390-1845 Extension: Fax Number:
Call To/From: Claimant
Conversation with:

ee ci checking if fax rec'd
adv med recs rec'd yesterday

Bertacchi-Freeman/Hartford000217

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 105

ee adv aa ooo, ? if another aa wld rev
confirmed correct
adv aa will f/u once rev compl

06/18/2013 06:32:07 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

18-JUN-13: Received Electronic Document with PCN: 30051201306181000044
Content : Medical Records - DCN : 30051201306181000044001
Correspondence - DCN : 30051201306181000044002
Medical Records - DCN : 30051201306181000044003

06/12/2013 02:27:52 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Outgoing Date of Call: 06/12/2013 Call To/From: Claimant
Name: Gloria Bertacchi-Freeman Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

co to clmt to adv need information from APO Dr. Kim
adv clmt what is needed
clmt understood and adv nov 6/17 - will fu with them

06/12/2013 02:24:10 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Outgoing Date of Call: 06/12/2013 Call To/From: Medical Provider
Name: Ortho Sx Conversation with:
Phone: (650) 991-9400 Extension: Fax Number:

co to apo to see if fax rec'd on 6/6 and 6/12
left message for MA Alex for Dr. Kim

06/12/2013 02:12:57 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: Y

LTD Pending Claim - pre ex investigation/over authority - requesting additional info from AP to determine if clmt db ad of BEFD - 65 day ERISA dy 6/15/2013

S:
59 y/o married female, no dependents, single er at dod, independent all adl's except voluntary bladder/bowel - urinary and fecal incontinence, education hx: doctorate - pharmacist, work hx: parmacist 13 yrs, oibs: UCD, working on ssd, no FIT, auth/fraud signed 3/19/2013

ht 5'1 wt 210

JD: pharmacy director

Bertacchi-Freeman/Hartford000218

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 106

Plan, organize and direct all functions of the hospital pharmacy services. Assure all legal and regulatory requirements are satisfied. Assure pharmacy services and activities are carried out to meet goals and standards of both Cardinal Health Healthcare, Inc.

O:
PED: 7/1/2001 DOH: 7/1/2012
LTD EWP: NWP LTD EDOC: 7/1/2012
PW EWP: NWP
LDW: 10/10/2012 DOD: 10/11/2012
LTD EP: 180 days/end er/STD LTD BED: 4/11/2012
PW EP: 6 months
GAP: no
DOB: 5/1/1953

RULE RESULTS: *LATE REPORTED ? not late reported

ELIGIBILITY: ER self admin, Ability policy , policy is CNA language, ER paid ? Buy Up 100%, all active reg ee?s excluding medsystems of the ER who are not member of a collective bargaining unit, actively working at least 20 hrs/wk

FI, ERISA SIB: 6mos Situs: IL W2 option
ER contact: LOA contact per state:

PDE
Monthly Earnings equals the monthly wage or salary that You were receiving from Your Employer on the Date ofDisability.
It includes:
1) employee contributions made through a salary reduction agreement with Your Employer to an IRS Section 401(k), 403(b), 501(c)(3), 457 deferred compensation plan, or any other qualified or non-qualified employee Retirement Plan or deferred compensation arrangement; and
2) amounts contributed to Your fringe benefits according to a salary reduction arrangement under an IRS Section 125 plan.

It does not include:
1) commissions;
2) bonuses;
3) overtime pay;
4) Your Employer?s contribution on Your behalf to a Retirement Plan or deferred compensation arrangement; or any other extra compensation.

Pre-dis = $ 128000.00

$ 128000.00/ 12mos = $ 10666.67
Buy up 65%: 6933.33
MIN: $100 or 10% Gross LTD benefit, whichever is greater COLA: n/a

DEF of DB: ability, 24 mo Own Occ, 24mo M/N limitation - hosp not counted toward 24 months;

PRE-EX: 3/12 (no tx free period ? core). NL/NG/YG - clmt adv WR but WC denied - need to do pre ex eval

Bertacchi-Freeman/Hartford000219

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 107

---

Pre ex:
THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

Need recs from 1/1/2012-present from:

Have:
target pharmacy roseville location
Dr. Leslie kim
mercy medical group
Dr. Thuy rose nguyen
target Pharmacy ( daly city)
kaiser hospital - (Dr. Zawilla)
mercy hospital folsom
campus surgery center
Dr. Heitke/US healthworks

Target pharmacy roseville:
Dr. Zawilla:
Aciphex - 12/29/2012, 4/30/2012
levothyroxin 12//29/2012, 4/30/2012

Dr. Steiner:
hydrocodone/apap 2/27/2013
diazepam 2/27/2013
amoxicillin 2/27/2013

Dr. Leslie kim ovn's: invoice for $15 - submit
11/13/2012 - knee chondromalacia, oa knee - poor preformance in PT and w/conservative measures - discussed sx - proceed with sx
12/5/2012 - pre op visit for left knee - sx scheduled
12/19/2012 - post op - sx on 12/13/2012 -left knee arthroscopic partial medial and lateral meniscetomy - can begin WB - cpt codes 29880, 29876
1/24/2013 - pain reduced - completed 6 pt sessions - cont to have some achey sharp pain - renw pt 2x/wk for 6 wks
2/26/2013 - pain decreased, completed pt - request additional pt

Mercy Medical group:
11/14/2012 (dr. Reza) - est care - knee injury - happened at work but WC denied - bilateral knee pain- ref to occupational medicine for WC

Dr. Thuy rose nguyen:\003rec'd healthport invoice under 100 - no need to submit
3/9/2013 - fu hypertension, back pain not improved, followed by ortho for meniscus injury - in PT
11/15/2012 - left knee and neck pain since oct - planning to go to PT - has meniscus tear and is planning on having a

Bertacchi-Freeman/Hartford000220

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 108

repair. pain in medial knee - difficult to walk. also with back pain.

target Pharmacy ( daly city):
12/5/2012, 12/13/2012 - hydroco/apap - Dr. kim
12/13/2012 - cyclobensaprene - Dr. Mederios

kaiser hospital - (Dr. Zawilla):
2/11/2012 - Jakobsen - telephone appt - bronchitis type symptoms and pruritic rash
5/3/2012 - vogelsang - routine yrly checkup
5/26/2012 - mirzoyan - telephone appt - tick bite
7/17/2012 - cardio lab orders
8/8/2012 - gyno visit
10/15/2012 - chong - knee joint pain, sprain/strain cervical spine, sprain/strain lumbar region - injured 10/5/2012 - pt pushed a chair towards her, she moved back against her chair to avoid getting hurt. also worked harder and longer 9/27-9/28 and 10/4-10/5 manually filled pharmacy carts since system was down which she also feels triggered her pain.
mild OA of right knee
10/25/2012 - PT appt
10/31/2012 - PT appt
11/1/2012 - BP check
11/2/2012 - PT appt
11/5/2012 - Chong - back, knee
11/7 - PT
11/26 - chong - knee/back - sx 12/13/2012 - realeased from care to fu under own health care

mercy hospital folsom:
12/18/2012 - constipation - had arthroscopic knee sx 5 days ago

campus surgery center:
12/5/2012 - pre op consult - has DDD in neck and lower back
12/13/2012 - left knee arthroscopy, debridement, meniscetomy repair

Dr. Heitke/US healthworks
10/12/2012 - sprain of knee/leg, sprain thoracic region, sprain lumbar region - chiro treatment

---

MEDICAL: * STD Intake
MEDICAL CONDITIONS: Back, R knee, and neck pain
History of Medical Condition: Caused by repetitive motion when the pharmacy system went down. Symptoms started on 10/5/12 and went to occupational Health Clinic on 10/11/12 with reports of back, R knee and neck pain meds given and advised to fu with chiropractor. EE fu with chiropractor who advised EE to fu with Neurologist due to incontinence. EE decided to go to PT FOV 10/31/12 NOV 11/2/12 2x/wk. NOV 1 wk. AP r/l no bending, lifting, stretching, kneeling, squatting, reaching, prolonged standing and walking. ERTW 11/6/12. Ht 5'1" wt 210#
Current Symptoms: neck pain 6-7/10, back pain 5-6/10, urinary and stool incontinence
Comorbidity: Obesity
Current Medications: Diclofenac, Lidoderm patch and Orphenadrine

CI: If deemed eligible and after w/c issues addressed, functional impairment supported from 10/11/12 thru 11/21/12 d/t

Bertacchi-Freeman/Hartford000221

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 109

the cervical strain with knee strain. Exam findings of pain, stiffness to neck/back and limited ROM right knee, increased with bending. EE has diclofenac patch and referred to physical therapy. Consideration given to the EE's job duties that include lifting up to 50# frequently, filling scripts, bending, only pharmacist, kneeling, squatting, walking, reaching. Will need updated status, response to physical therapy for further determination.

dx: right knee chrondromalacia (717.7)
2nd: right knee OA 715.16
symp: see ovn 11/13
meds: cyclobenzapine, lidoderm, naprosym
rls: no bending, kneeling, stooping, reaching, squating, walking sitting more than 20min
rtw: 2/2012 FT
lov: 11/13
nov: 12/4
duratino: at least until after recover from sx
refer: De Leslie Kim, ortho sx

Surgery/Delivery Date: 12/13/12
Surgery/Delivery Type: knee sx
Any Complications: none
Hospital Dates: 12/13/12
NOV: 12/19/12
RTW: don't know
LDW (Note number of hours worked): 10/10/2012 at 8 hrs
Date of Disability 10/11/12
Explain any gap between LDW and date of Surgery/Delivery:

dx: 12/13
type: 1. left knee arthroscopic partial medial and lateral meniscectomy, 2. left knee anteromedical and lateral compartment arthroscopic synovectomy
CPT codes: 29880, 29876

OVN- 12/19
first po visit
minor pain, only aggravate when walking, sharp, talking norco and vistral
Plan: may begin WBAT, post op PT, next post op in 4wks

EE reports NOV: 1/22

APS
dx: l knee oa 715.16
2nd: le knee chondromalacia 717.7
sx: reduction in pain
per: rom 0-120 with minimal discomf with flexion
meds: norco
rls: no bending, kneeling, stooping, lifting, squatting
rtw: yes, part-time, 4hrs per day
duration: after sx recovery 3/2013

Bertacchi-Freeman/Hartford000222

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 110

tx plan: see notes
lov: 1/24
nov: 2/26

OVN- 1/24
pain recudec, completed 6 PT sessions, inc strength able to walk more with less pain, cont achey sharp pain, takes norco, flexeril, and naprosyn, currently not working, on db.
assessment: renew PT 2x/wk for 6wks, fu

APS-
dx: 718.16
2nd: 717.7
symp: reduction in pain
pef: antalgic gait, minor dec in ROM
meds: flexeril, naporsyn, norco
rls: no bending, neeling, stooping, reaching, squatting, no walking or stitting more than 20 min at a time
rtw: yes, 4hrs per day
duration: 5/13
tx plan: PT
lov: 2/27
nov: 4/9

APS:
dx. lt knee OA 715.16
2nd: lt knee chronsomalacia 717.7
SS: reducation of pain, knee and back pain, neck pain
bp 186/131, ht 5'1 wt 210
Pe: rom 0-120 with minimal discomfort with flexion, injection into knee given 4/9/2013
lov 4/9/2013 nov 6/17/2013
sx 12/13/2012 29881
R/L:
sit/stand/walk: 20 min aat, 4 hrs daily
occasionally: l/c up to 10 lbs, reach all levels
never: l/c over 10 lbs
finger/handle: n/a
signed 5/6/2013

OCCUPATION: Title ? director of Pharmacy
JD: pharmacy director
Plan, organize and direct all functions of the hospital pharmacy services. Assure all legal and regulatory requirements are satisfied. Assure pharmacy services and activities are carried out to meet goals and standards of both Cardinal Health Healthcare, Inc.

PDA-
sit: 5hrs
stand: 2hrs

Bertacchi-Freeman/Hartford000223

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 111

walk: 1hr
reaching: .01lbs, 5ft, freq: 5-10ft, occasionally
occa: balance, stoop, kneel, crouch, crawling
handling freq

OA:
SUMMARY
The essential duties of the EE's own job for the ER are similar to the occupation as it is found in the general workplace.
The corresponding physical demands as they are found in the general workplace fall within the light physical demand category.
Light work is exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently and/or a negligible amount of force constantly to move objects. Even though the weight lifted may only be a negligible amount, a job should be rated Light work when it requires walking or standing to a significant degree or when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls and/or when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible.

OIB: STD thru HIG; 401k ? not an offset; WC denied; UCD - started 10/11/2012 - wkly rate 541.00
EFT:
RPQ: not needed ? per cc no pensions are oib?s

THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

A: 59 y/o female oow for neck, back and knee pain which clmt adv was WR - WC was denied and no specific date of accute injury - clmt had sx on 12/13/2012 - recent APS signed 5/9/2013 that adv R/L of sit/stand/walk: 20 min aat, 4 hrs daily, occasionally: 1/c up to 10 lbs,reach all levels, never: 1/c over 10 lbs, finger/handle: n/a

Based on all MR info - cond is not pre ex

aps completed base on 4/9/2013 ov - unclear if clmt was DB as of 4/11/2013 BEFD - will fu with APO to see if clmt could do own occ as of BEFD

faxed to APO on 6/6/2013, have not rec'd a response, will fax to APO again today 12/12/2013, will adv clmt in 65 day ERISA ltr that have sent to APO and will call APO office

P: re fax to apo
65 day ERISA ltr to clmt
dy 6/19/2013 for APO fu

-------Transmission Fax Report-------
To: Dr Leslie Kim,6509912650
Subject: FAX MESSAGE
Result: \003 Successful

Bertacchi-Freeman/Hartford000224

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 112

Explanation: All Pages OK

Sent: "@hig_minnesota cover page","rx_25.tif"
Pages Sent: 3
Connect Time: 63
Transmit Time: 06/12/13 14:15
Transfer Rate: 26400
Retry Count: 1
Job Number: 69928284

06/13/2013 03:16:45 p.m. ET Jamie Radloff MANAGER Minneapolis CLAIM MANAGEMENT

Agree to Send 65 Day Extension Notice. Additional clarification is required from AP to verify if clmt Disabled throughout and beyond EP.

06/06/2013 03:06:49 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

LTD Pending Claim - pre ex investigation/over authority - requesting additional info from AP

S:
59 y/o married female, no dependents, single er at dod, independent all adl's except voluntary bladder/bowel - urinary and fecal incontinence, education hx: doctorate - pharmacist, work hx: parmacist 13 yrs, oibs: UCD, working on ssd, no FIT, auth/fraud signed 3/19/2013

ht 5'1 wt 210

JD: pharmacy director
Plan, organize and direct all functions of the hospital pharmacy services. Assure all legal and regulatory requirements are satisfied. Assure pharmacy services and activities are carried out to meet goals and standards of both Cardinal Health Healthcare, Inc.

O:
PED: 7/1/2001 DOH: 7/1/2012
LTD EWP: NWP LTD EDOC: 7/1/2012
PW EWP: NWP
LDW: 10/10/2012 DOD: 10/11/2012
LTD EP: 180 days/end er/STD LTD BED: 4/11/2012
PW EP: 6 months
GAP: no
DOB: 5/1/1953

RULE RESULTS: *LATE REPORTED ? not late reported

Bertacchi-Freeman/Hartford000225

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:

Page 113

Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

ELIGIBILITY: ER self admin, Ability policy , policy is CNA language, ER paid ? Buy Up 100%, all active reg ee?s excluding medsystems of the ER who are not member of a collective bargaining unit, actively working at least 20 hrs/wk

FI, ERISA SIB: 6mos Situs: IL W2 option
ER contact: LOA contact per state:

PDE
Monthly Earnings equals the monthly wage or salary that You were receiving from Your Employer on the Date ofDisability.
It includes:
1) employee contributions made through a salary reduction agreement with Your Employer to an IRS Section 401(k), 403(b), 501(c)(3), 457 deferred compensation plan, or any other qualified or non-qualified employee Retirement Plan or deferred compensation arrangement; and
2) amounts contributed to Your fringe benefits according to a salary reduction arrangement under an IRS Section 125 plan.

It does not include:
1) commissions;
2) bonuses;
3) overtime pay;
4) Your Employer?s contribution on Your behalf to a Retirement Plan or deferred\003compensation arrangement; or any other extra compensation.

Pre-dis = $ 128000.00

$ 128000.00/ 12mos = $ 10666.67
Buy up 65%: 6933.33
MIN: $100 or 10% Gross LTD benefit, whichever is greater COLA: n/a

DEF of DB: ability, 24 mo Own Occ, 24mo M/N limitation - hosp not counted toward 24 months;

PRE-EX: 3/12 (no tx free period ? core). NL/NG/YG - clmt adv WR but WC denied - need to do pre ex eval

------------------------------------------------------------------------------------------------------------------------------------------------------------------------

Pre ex:
THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

Need recs from 1/1/2012-present from:

Have:
target pharmacy roseville location
Dr. Leslie kim
mercy medical group
Dr. Thuy rose nguyen
target Pharmacy ( daly city)

Bertacchi-Freeman/Hartford000226

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 114

kaiser hospital - (Dr. Zawilla)
mercy hospital folsom
campus surgery center
Dr. Heitke/US healthworks

Target pharmacy roseville:
Dr. Zawilla:
Aciphex - 12/29/2012, 4/30/2012
levothyroxin 12//29/2012, 4/30/2012

Dr. Steiner:
hydrocodone/apap 2/27/2013
diazepam 2/27/2013
amoxicillin 2/27/2013

Dr. Leslie kim ovn's: invoice for $15 - submit
11/13/2012 - knee chondromalacia, oa knee - poor preformance in PT and w/conservative measures - discussed sx - proceed with sx
12/5/2012 - pre op visit for left knee - sx scheduled
12/19/2012 - post op - sx on 12/13/2012 -left knee arthroscopic partial medial and lateral meniscetomy - can begin WB - cpt codes 29880, 29876
1/24/2013 - pain reduced - completed 6 pt sessions - cont to have some achey sharp pain - renw pt 2x/wk for 6 wks
2/26/2013 - pain decreased, completed pt - request additional pt

Mercy Medical group:
11/14/2012 (dr. Reza) - est care - knee injury - happened at work but WC denied - bilateral knee pain- ref to occupational medicine for WC

Dr. Thuy rose nguyen: rec'd healthport invoice under 100 - no need to submit
3/9/2013 - fu hypertension, back pain not improved, followed by ortho for meniscus injury - in PT
11/15/2012 - left knee and neck pain since oct - planning to go to PT - has meniscus tear and is planning on having a repair. pain in medial knee - difficult to walk. also with back pain.

target Pharmacy ( daly city):
12/5/2012, 12/13/2012 - hydroco/apap - Dr. kim
12/13/2012 - cyclobensaprene - Dr. Mederios

kaiser hospital - (Dr. Zawilla):
2/11/2012 - Jakobsen - telephone appt - bronchitis type symptoms and pruritic rash
5/3/2012 - vogelsang - routine yrly checkup
5/26/2012 - mirzoyan - telephone appt - tick bite
7/17/2012 - cardio lab orders
8/8/2012 - gyno visit
10/15/2012 - chong - knee joint pain, sprain/strain cervical spine, sprain/strain lumbar region - injured 10/5/2012 - pt pushed a chair towards her, she moved back against her chair to avoid getting hurt. also worked harder and longer 9/27-9/28 and 10/4-10/5 manually filled pharmacy carts since system was down which she also feels triggered her pain. mild OA of right knee

Bertacchi-Freeman/Hartford000227

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 115

10/25/2012 - PT appt
10/31/2012 - PT appt
11/1/2012 - BP check
11/2/2012 - PT appt
11/5/2012 - Chong - back, knee
11/7 - PT
11/26 - chong - knee/back - sx 12/13/2012 - realeased from care to fu under own health care

mercy hospital folsom:
12/18/2012 - constipation - had arthroscopic knee sx 5 days ago

campus surgery center:
12/5/2012 - pre op consult - has DDD in neck and lower back
12/13/2012 - left knee arthroscopy, debridement, meniscetomy repair

Dr. Heitke/US healthworks
10/12/2012 - sprain of knee/leg, sprain thoracic region, sprain lumbar region - chiro treatment

---

MEDICAL: * STD Intake
MEDICAL CONDITIONS: Back, R knee, and neck pain
History of Medical Condition: Caused by repetitive motion when the pharmacy system went down. Symptoms started on 10/5/12 and went to occupational Health Clinic on 10/11/12 with reports of back, R knee and neck pain meds given and advised to fu with chiropractor. EE fu with chiropractor who advised EE to fu with Neurologist due to incontinence. EE decided to go to PT FOV 10/31/12 NOV 11/2/12 2x/wk. NOV 1 wk. AP r/l no bending, lifting, stretching, kneeling, squatting, reaching, prolonged standing and walking. ERTW 11/6/12. Ht 5'1" wt 210#
Current Symptoms: neck pain 6-7/10, back pain 5-6/10, urinary and stool incontinence
Comorbidity: Obesity
Current Medications: Diclofenac, Lidoderm patch and Orphenadrine

CI: If deemed eligible and after w/c issues addressed, functional impairment supported from 10/11/12 thru 11/21/12 d/t the cervical strain with knee strain. Exam findings of pain, stiffness to neck/back and limited ROM right knee, increased with bending. EE has diclofenac patch and referred to physical therapy. Consideration given to the EE's job duties that include lifting up to 50# frequently, filling scripts, bending, only pharmacist, kneeling, squatting, walking, reaching. Will need updated status, response to physical therapy for further determination.

dx: right knee chrondromalacia (717.7)
2nd: right knee OA 715.16
symp: see ovn 11/13
meds: cyclobenzapine, lidoderm, naprosym
rls: no bending, kneeling, stooping, reaching, squating, walking sitting more than 20min
rtw: 2/2012 FT
lov: 11/13
nov: 12/4
duratino: at least until after recover from sx
refer: De Leslie Kim, ortho sx

Bertacchi-Freeman/Hartford000228

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 116

Surgery/Delivery Date: 12/13/12
Surgery/Delivery Type: knee sx
Any Complications: none
Hospital Dates: 12/13/12
NOV: 12/19/12
RTW: don't know
LDW (Note number of hours worked): 10/10/2012 at 8 hrs
Date of Disability 10/11/12
Explain any gap between LDW and date of Surgery/Delivery:

dx: 12/13
type: 1. left knee arthroscopic partial medial and lateral meniscectomy, 2. left knee anteromedical and lateral compartment arthroscopic synovectomy
CPT codes: 29880, 29876

OVN- 12/19
first po visit
minor pain, only aggravate when walking, sharp, talking norco and vistral
Plan: may begin WBAT, post op PT, next post op in 4wks

EE reports NOV: 1/22

APS
dx: l knee oa 715.16
2nd: le knee chondromalacia 717.7
sx: reduction in pain
per: rom 0-120 with minimal discomf with flexion
meds: norco
rls: no bending, kneeling, stooping, lifting, squatting
rtw: yes, part-time, 4hrs per day
duration: after sx recovery 3/2013
tx plan: see notes
lov: 1/24
nov: 2/26

OVN- 1/24
pain recudec, completed 6 PT sessions, inc strength able to walk more with less pain, cont achey sharp pain, takes norco, flexeril, and naprosyn, currently not working, on db.
assessment: renew PT 2x/wk for 6wks, fu

APS-
dx: 718.16
2nd: 717.7
symp: reduction in pain
pef: antalgic gait, minor dec in ROM
meds: flexeril, naporsyn, norco
rls: no bending, neeling, stooping, reaching, squatting, no walking or stitting more than 20 min at a time

Bertacchi-Freeman/Hartford000229

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 117

rtw: yes, 4hrs per day
duration: 5/13
tx plan: PT
lov: 2/27
nov: 4/9

APS:
dx. lt knee OA 715.16
2nd: lt knee chronsomalacia 717.7
SS: reducation of pain, knee and back pain, neck pain
bp 186/131, ht 5'1 wt 210
Pe: rom 0-120 with minimal discomfort with flexion, injection into knee given 4/9/2013
lov 4/9/2013 nov 6/17/2013
sx 12/13/2012 29881
R/L:
sit/stand/walk: 20 min aat, 4 hrs daily
occasionally: l/c up to 10 lbs, reach all levels
never: l/c over 10 lbs
finger/handle: n/a
signed 5/6/2013

OCCUPATION: Title ? director of Pharmacy
JD: pharmacy director
Plan, organize and direct all functions of the hospital pharmacy services. Assure all legal and regulatory requirements are satisfied. Assure pharmacy services and activities are carried out to meet goals and standards of both Cardinal Health Healthcare, Inc.

PDA-
sit: 5hrs
stand: 2hrs
walk: 1hr
reaching: .01lbs, 5ft, freq: 5-10ft, occasionally
occa: balance, stoop, kneel, crouch, crawling
handling freq

OA:
SUMMARY
The essential duties of the EE's own job for the ER are similar to the occupation as it is found in the general workplace.
The corresponding physical demands as they are found in the general workplace fall within the light physical demand category.
Light work is exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently and/or a negligible amount of force constantly to move objects. Even though the weight lifted may only be a negligible amount, a job should be rated Light work when it requires walking or standing to a significant degree or when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls and/or when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those

Bertacchi-Freeman/Hartford000230

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 118

materials is negligible.

OIB: STD thru HIG; 401k ? not an offset; WC denied; UCD - started 10/11/2012 - wkly rate 541.00
EFT:
RPQ: not needed ? per cc no pensions are oib?s

THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

A: 59 y/o female oow for neck, back and knee pain which clmt adv was WR - WC was denied and no specific date of accute injury - clmt had sx on 12/13/2012 - recent APS signed 5/9/2013 that adv R/L of sit/stand/walk: 20 min aat, 4 hrs daily, occasionally: l/c up to 10 lbs,reach all levels, never: l/c over 10 lbs, finger/handle: n/a

Based on all MR info - cond is not pre ex

aps completed base on 4/9/2013 ov - unclear if clmt was DB as of 4/11/2013 BEFD - will fu with APO to see if clmt could do own occ as of BEFD

P: fax to APO

06/05/2013 01:42:38 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Outgoing Date of Call: 06/05/2013
Name: Gloria Bertacchi-Freeman
Phone: (916) 390-1845 Extension: Fax Number:
Call To/From: Claimant
Conversation with:
Not Contacted: Left Message

co to clmt to discuss ongoing tx plan - lvm for cb

06/03/2013 10:37:42 a.m. ET Emily A Rivera SS/Rehab Simsbury CLAIM MANAGEMENT
Recommendation/Plan: CCM Occupational Analysis
Sign off required: N

OCCUPATIONAL ANALYSIS

An Occupational Analysis (OA) has been completed and the essential duties and corresponding physical demands have been reviewed.

Based on this information, the EE's specific job for the employer as a Director of Pharmacy is similar to the occupation as it is found in the general workplace, as defined in the DOT, Pharmacy Services Director (code: 074.167-010).

ESSENTIAL DUTIES
The job for the ER of Director of Pharmacy is described as planning, organizing, and directing all functions of the hospital pharmacy services.

The tasks related to the DOT occupation of Pharmacy Services Director (code: 074.167-010) include directing and

Bertacchi-Freeman/Hartford000231

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 119

coordinating, through subordinate supervisory personnel, activities and functions of hospital pharmacy.

The essential duties for the occupation, Pharmacy Services Director (code: 074.167-010) are considered to be reasonably equivalent to the job of Director of Pharmacy as it is performed for the policyholder based on the information reviewed and referenced above.

PHYSICAL DEMANDS
The job for the policyholder is described as sitting 5 hours, standing 2 hours, walking 1 hour, occasional balancing/stooping/kneeling/crouching/crawling, frequent handling, and reaching .01 pounds 5 feet frequently and 5-10 feet occasionally.

In the general workplace, according to the Dictionary of Occupational Titles, the physical demands for the occupation, Pharmacy Services Director (code: 074.167-010) require occasional accommodation and field of vision; and frequent reaching, handling, fingering, talking, hearing, color vision, and near acuity.
- Occasional activities exist up to 1/3 of the time. For an 8 hour day, this is up to 2.67 hours.
- Frequent activities exist from 1/3 to 2/3 of the time. For an 8 hour day, this is from 2.67 to 5.33 hours.

The occupation, Pharmacy Services Director (code: 074.167-010), is classified as a light occupation in the DOT according to the U.S. Department of Labor.

SUMMARY
The essential duties of the EE's own job for the ER are similar to the occupation as it is found in the general workplace.

The corresponding physical demands as they are found in the general workplace fall within the light physical demand category.

Light work is exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently and/or a negligible amount of force constantly to move objects. Even though the weight lifted may only be a negligible amount, a job should be rated Light work when it requires walking or standing to a significant degree or when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls and/or when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible.

Respectfully Submitted;

Emily Rivera, MHS, CRC
Rehabilitation Case Manager

05/31/2013 05:23:45 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Correspondence-EDM

Bertacchi-Freeman/Hartford000232

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 120

31-MAY-13: Received Electronic Document with PCN: 30051201305313000588
Content : Correspondence - DCN : 30051201305313000588001

05/31/2013 01:26:26 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Outgoing Date of Call: 05/31/2013
Name: Gloria Bertacchi-Freeman
Phone: (916) 390-1845 Extension: Fax Number:
Call To/From: Claimant
Conversation with:
Not Contacted: Left Message

co to clmt to ask about tx plan/rtw plan/cont pt?

lvm for cb

05/31/2013 08:46:26 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: N

LTD Pending Claim - pre ex investigation/over authority - need to run OA and fu clmt before app

S:
59 y/o married female, no dependents, single er at dod, independent all adl's except voluntary bladder/bowel - urinary and fecal incontinence, education hx: doctorate - pharmacist, work hx: parmacist 13 yrs, oibs: UCD, working on ssd, no FIT, auth/fraud signed 3/19/2013

ht 5'1 wt 210

JD: pharmacy director
Plan, organize and direct all functions of the hospital pharmacy services. Assure all legal and regulatory requirements are satisfied. Assure pharmacy services and activities are carried out to meet goals and standards of both Cardinal Health Healthcare, Inc.

O:
PED: 7/1/2001 DOH: 7/1/2012
LTD EWP: NWP LTD EDOC: 7/1/2012
PW EWP: NWP
LDW: 10/10/2012 DOD: 10/11/2012
LTD EP: 180 days/end er/STD LTD BED: 4/11/2012
PW EP: 6 months
GAP: no
DOB: 5/1/1953

RULE RESULTS: *LATE REPORTED ? not late reported

ELIGIBILITY: ER self admin, Ability policy , policy is CNA language, ER paid ? Buy Up 100%, all active reg ee?s excluding medsystems of the ER who are not member of a collective bargaining unit, actively working at least 20 hrs/wk

Bertacchi-Freeman/Hartford000233

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 121

FI, ERISA SIB: 6mos Situs: IL W2 option
ER contact: LOA contact per state:

PDE
Monthly Earnings equals the monthly wage or salary that You were receiving from Your Employer on the Date ofDisability.
It includes:
1) employee contributions made through a salary reduction agreement with Your Employer to an IRS Section 401(k), 403(b), 501(c)(3), 457 deferred compensation plan, or any other qualified or non-qualified employee Retirement Plan or deferred compensation arrangement; and
2) amounts contributed to Your fringe benefits according to a salary reduction arrangement under an IRS Section 125 plan.

It does not include:
1) commissions;
2) bonuses;
3) overtime pay;
4) Your Employer?s contribution on Your behalf to a Retirement Plan or deferred compensation arrangement; or any other extra compensation.

Pre-dis = $ 128000.00

$ 128000.00/ 12mos = $ 10666.67
Buy up 65%: 6933.33
MIN: $100 or 10% Gross LTD benefit, whichever is greater COLA: n/a

DEF of DB: ability, 24 mo Own Occ, 24mo M/N limitation - hosp not counted toward 24 months;

PRE-EX: 3/12 (no tx free period ? core). NL/NG/YG - clmt adv WR but WC denied - need to do pre ex eval

--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------

Pre ex:
THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

Need recs from 1/1/2012-present from:

Have:
target pharmacy roseville location
Dr. Leslie kim
mercy medical group
Dr. Thuy rose nguyen
target Pharmacy ( daly city)
kaiser hospital - (Dr. Zawilla)
mercy hospital folsom

Bertacchi-Freeman/Hartford000234

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 122

campus surgery center
Dr. Heitke/US healthworks

Target pharmacy roseville:
Dr. Zawilla:
Aciphex - 12/29/2012, 4/30/2012
levothyroxin 12//29/2012, 4/30/2012

Dr. Steiner:
hydrocodone/apap 2/27/2013
diazepam 2/27/2013
amoxicillin 2/27/2013

Dr. Leslie kim ovn's: invoice for $15 - submit
11/13/2012 - knee chondromalacia, oa knee - poor preformance in PT and w/conservative measures - discussed sx - proceed with sx
12/5/2012 - pre op visit for left knee - sx scheduled
12/19/2012 - post op - sx on 12/13/2012 -left knee arthroscopic partial medial and lateral meniscetomy - can begin WB - cpt codes 29880, 29876
1/24/2013 - pain reduced - completed 6 pt sessions - cont to have some achey sharp pain - renw pt 2x/wk for 6 wks
2/26/2013 - pain decreased, completed pt - request additional pt

Mercy Medical group:
11/14/2012 (dr. Reza) - est care - knee injury - happened at work but WC denied - bilateral knee pain- ref to occupational medicine for WC

Dr. Thuy rose nguyen: rec'd healthport invoice under 100 - no need to submit
3/9/2013 - fu hypertension, back pain not improved, followed by ortho for meniscus injury - in PT
11/15/2012 - left knee and neck pain since oct - planning to go to PT - has meniscus tear and is planning on having a repair. pain in medial knee - difficult to walk. also with back pain.

target Pharmacy ( daly city):
12/5/2012, 12/13/2012 - hydroco/apap - Dr. kim
12/13/2012 - cyclobensaprene - Dr. Mederios

kaiser hospital - (Dr. Zawilla):
2/11/2012 - Jakobsen - telephone appt - bronchitis type symptoms and pruritic rash
5/3/2012 - vogelsang - routine yrly checkup
5/26/2012 - mirzoyan - telephone appt - tick bite
7/17/2012 - cardio lab orders
8/8/2012 - gyno visit
10/15/2012 - chong - knee joint pain, sprain/strain cervical spine, sprain/strain lumbar region - injured 10/5/2012 - pt pushed a chair towards her, she moved back against her chair to avoid getting hurt. also worked harder and longer 9/27-9/28 and 10/4-10/5 manually filled pharmacy carts since system was down which she also feels triggered her pain.
mild OA of right knee
10/25/2012 - PT appt
10/31/2012 - PT appt

Bertacchi-Freeman/Hartford000235

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 123

11/1/2012 - BP check
11/2/2012 - PT appt
11/5/2012 - Chong - back, knee
11/7 - PT
11/26 - chong - knee/back - sx 12/13/2012 - realeased from care to fu under own health care

mercy hospital folsom:
12/18/2012 - constipation - had arthroscopic knee sx 5 days ago

campus surgery center:
12/5/2012 - pre op consult - has DDD in neck and lower back
12/13/2012 - left knee arthroscopy, debridement, meniscetomy repair

Dr. Heitke/US healthworks
10/12/2012 - sprain of knee/leg, sprain thoracic region, sprain lumbar region - chiro treatment

---

MEDICAL: * STD Intake
MEDICAL CONDITIONS: Back, R knee, and neck pain
History of Medical Condition: Caused by repetitive motion when the pharmacy system went down. Symptoms started on 10/5/12 and went to occupational Health Clinic on 10/11/12 with reports of back, R knee and neck pain meds given and advised to fu with chiropractor. EE fu with chiropractor who advised EE to fu with Neurologist due to incontinence. EE decided to go to PT FOV 10/31/12 NOV 11/2/12 2x/wk. NOV 1 wk. AP r/l no bending, lifting, stretching, kneeling, squatting, reaching, prolonged standing and walking. ERTW 11/6/12. Ht 5'1" wt 210#
Current Symptoms: neck pain 6-7/10, back pain 5-6/10, urinary and stool incontinence
Comorbidity: Obesity
Current Medications: Diclofenac, Lidoderm patch and Orphenadrine

CI: If deemed eligible and after w/c issues addressed, functional impairment supported from 10/11/12 thru 11/21/12 d/t the cervical strain with knee strain. Exam findings of pain, stiffness to neck/back and limited ROM right knee, increased with bending. EE has diclofenac patch and referred to physical therapy. Consideration given to the EE's job duties that include lifting up to 50# frequently, filling scripts, bending, only pharmacist, kneeling, squatting, walking, reaching. Will need updated status, response to physical therapy for further determination.

dx: right knee chrondromalacia (717.7)
2nd: right knee OA 715.16
symp: see ovn 11/13
meds: cyclobenzapine, lidoderm, naprosym
rls: no bending, kneeling, stooping, reaching, squating, walking sitting more than 20min
rtw: 2/2012 FT
lov: 11/13
nov: 12/4
duratino: at least until after recover from sx
refer: De Leslie Kim, ortho sx

Surgery/Delivery Date: 12/13/12
Surgery/Delivery Type: knee sx

Bertacchi-Freeman/Hartford000236

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 124

Any Complications: none
Hospital Dates: 12/13/12
NOV: 12/19/12
RTW: don't know
LDW (Note number of hours worked): 10/10/2012 at 8 hrs
Date of Disability 10/11/12
Explain any gap between LDW and date of Surgery/Delivery:

dx: 12/13
type: 1. left knee arthroscopic partial medial and lateral meniscectomy, 2. left knee anteromedical and lateral compartment arthroscopic synovectomy
CPT codes: 29880, 29876

OVN- 12/19
first po visit
minor pain, only aggravate when walking, sharp, talking norco and vistral
Plan: may begin WBAT, post op PT, next post op in 4wks

EE reports NOV: 1/22

APS
dx: l knee oa 715.16
2nd: le knee chondromalacia 717.7
sx: reduction in pain
per: rom 0-120 with minimal discomf with flexion
meds: norco
rls: no bending, kneeling, stooping, lifting, squatting
rtw: yes, part-time, 4hrs per day
duration: after sx recovery 3/2013
tx plan: see notes
lov: 1/24
nov: 2/26

OVN- 1/24
pain recudec, completed 6 PT sessions, inc strength able to walk more with less pain, cont achey sharp pain, takes norco, flexeril, and naprosyn, currently not working, on db.
assessment: renew PT 2x/wk for 6wks, fu

APS-
dx: 718.16
2nd: 717.7
symp: reduction in pain
pef: antalgic gait, minor dec in ROM
meds: flexeril, naporsyn, norco
rls: no bending, neeling, stooping, reaching, squatting, no walking or stitting more than 20 min at a time
rtw: yes, 4hrs per day
duration: 5/13

Bertacchi-Freeman/Hartford000237

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 125

tx plan: PT
lov: 2/27
nov: 4/9

APS:
dx. lt knee OA 715.16
2nd: lt knee chronsomalacia 717.7
SS: reducation of pain, knee and back pain, neck pain
bp 186/131, ht 5'1 wt 210
Pe: rom 0-120 with minimal discomfort with flexion, injection into knee given 4/9/2013
lov 4/9/2013 nov 6/17/2013
sx 12/13/2012 29881
R/L:
sit/stand/walk: 20 min aat, 4 hrs daily
occasionally: l/c up to 10 lbs, reach all levels
never: l/c over 10 lbs
finger/handle: n/a
signed 5/6/2013

OCCUPATION: Title ? director of Pharmacy
JD: pharmacy director
Plan, organize and direct all functions of the hospital pharmacy services. Assure all legal and regulatory requirements are satisfied. Assure pharmacy services and activities are carried out to meet goals and standards of both Cardinal Health Healthcare, Inc.

PDA-
sit: 5hrs
stand: 2hrs
walk: 1hr
reaching: .01lbs, 5ft, freq: 5-10ft, occasionally
occa: balance, stoop, kneel, crouch, crawling
handling freq

OIB: STD thru HIG; 401k ? not an offset; WC denied; UCD - started 10/11/2012 - wkly rate 541.00
EFT:
RPQ: not needed ? per cc no pensions are oib?s

THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

A: 59 y/o female oow for neck, back and knee pain which clmt adv was WR - WC was denied and no specific date of accute injury - clmt had sx on 12/13/2012 - recent APS signed 5/9/2013 that adv R/L of sit/stand/walk: 20 min aat, 4 hrs daily, occasionally: l/c up to 10 lbs,reach all levels, never: l/c over 10 lbs, finger/handle: n/a

Based on all MR info - cond is not pre ex

Bertacchi-Freeman/Hartford000238

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 126

aps completed base on 4/9/2013 ov - unclear if clmt was DB as of 4/11/2013 BEFD - co to clmt and left message to get current tx plan, nov, rtw info

att will run OA to determine job requirement in NE - will set dy for 6/3/2013 to fu with clmt and co again to get info - if cannot reach clmt will send clarification to ap to determine if clmt was db from work as of 4/11/2013

P: run OA
dy

05/28/2013 03:23:38 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

28-MAY-13: Received Electronic Document with PCN: 30051201305281002441
Content : Correspondence - DCN : 30051201305281002441001
Claim Form - Authorizations DCN : 30051201305281002441002
Medical Records - DCN : 30051201305281002441003

05/24/2013 05:14:29 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Medical Records-EDM

24-MAY-13: Received Electronic Document with PCN: 30051201305244000075
Content : Correspondence - DCN : 30051201305244000075001
Claim Form - Authorizations DCN : 30051201305244000075002
Medical Records - DCN : 30051201305244000075003
Invoices - DCN : 30051201305244000075004
Medical Records - DCN : 30051201305244000075005
Claim Form - Authorizations DCN : 30051201305244000075006

05/24/2013 06:32:42 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

24-MAY-13: Received Electronic Document with PCN: 30051201305241000098
Content : Correspondence - DCN : 30051201305241000098001
Medical Records - DCN : 30051201305241000098002

05/23/2013 01:55:12 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

23-MAY-13: Received Electronic Document with PCN: 30051201305231001932
Content : Medical Records - Rx History DCN : 30051201305231001932001
Correspondence - DCN : 30051201305231001932002

Bertacchi-Freeman/Hartford000239

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 127

05/21/2013 02:16:29 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: Y

Ongoing Pre ex investigation - 35 day ERISA

O:
Pre ex:
THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

Need recs from 1/1/2012-present from:
Kaiser Pharmacy
Dr. Heitke/US healthworks - recs and RX
mercy hospital folsom
campus surgery center

Have:
target pharmacy roseville location
Dr. Leslie kim
mercy medical group
Dr. Thuy rose nguyen
target Pharmacy ( daly city)
kaiser hospital - (Dr. Zawilla)

Target pharmacy roseville:
Dr. Zawilla:
Aciphex - 12/29/2012, 4/30/2012
levothyroxin 12//29/2012, 4/30/2012

Dr. Steiner:
hydrocodone/apap 2/27/2013
diazepam 2/27/2013
amoxicillin 2/27/2013

Dr. Leslie kim ovn's: invoice for $15 - submit
11/13/2012 - knee chondromalacia, oa knee - poor preformance in PT and w/conservative measures - discussed sx - proceed with sx
12/5/2012 - pre op visit for left knee - sx scheduled
12/19/2012 - post op - sx on 12/13/2012 -left knee arthroscopic partial medial and lateral meniscetomy - can begin WB - cpt codes 29880, 29876
1/24/2013 - pain reduced - completed 6 pt sessions - cont to have some achey sharp pain - renw pt 2x/wk for 6 wks
2/26/2013 - pain decreased, completed pt - request additional pt

Bertacchi-Freeman/Hartford000240

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 128

Mercy Medical group:
11/14/2012 (dr. Reza) - est care - knee injury - happened at work but WC denied - bilateral knee pain- ref to occupational medicine for WC

Dr. Thuy rose nguyen: rec'd healthport invoice under 100 - no need to submit
3/9/2013 - fu hypertension, back pain not improved, followed by ortho for meniscus injury - in PT
11/15/2012 - left knee and neck pain since oct - planning to go to PT - has meniscus tear and is planning on having a repair. pain in medial knee - difficult to walk. also with back pain.

target Pharmacy ( daly city):
12/5/2012, 12/13/2012 - hydroco/apap - Dr. kim
12/13/2012 - cyclobensaprene - Dr. Mederios

kaiser hospital - (Dr. Zawilla):
2/11/2012 - Jakobsen - telephone appt - bronchitis type symptoms and pruritic rash
5/3/2012 - vogelsang - routine yrly checkup
5/26/2012 - mirzoyan - telephone appt - tick bite
7/17/2012 - cardio lab orders
8/8/2012 - gyno visit
10/15/2012 - chong - knee joint pain, sprain/strain cervical spine, sprain/strain lumbar region - injured 10/5/2012 - pt pushed a chair towards her, she moved back against her chair to avoid getting hurt. also worked harder and longer 9/27-9/28 and 10/4-10/5 manually filled pharmacy carts since system was down which she also feels triggered her pain. mild OA of right knee
10/25/2012 - PT appt
10/31/2012 - PT appt
11/1/2012 - BP check
11/2/2012 - PT appt
11/5/2012 - Chong - back, knee
11/7 - PT
11/26 - chong - knee/back - sx 12/13/2012 - realeased from care to fu under own health care

Recd ltr from clmt adv she has provided additional provider auths - put to file

A: will cont to follow POL process - need to send clmt 35 day ERISA ltr

P: ltr to clmt

05/21/2013 03:09:10 p.m. ET Jamie Radloff MANAGER Minneapolis CLAIM MANAGEMENT

Agree to send 35 Day ERISA letter for outstanding PX records.

05/17/2013 10:35:58 a.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Medical Records-EDM

Bertacchi-Freeman/Hartford000241

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 129

17-MAY-13: Received Electronic Document with PCN: 30051201305164000017
Content : Correspondence - DCN : 30051201305164000017001
Medical Records - DCN : 30051201305164000017002
Correspondence - DCN : 30051201305164000017003
Medical Records - DCN : 30051201305164000017004

05/17/2013 09:08:58 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Ongoing Pre ex investigation

O:
Pre ex:
THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

Need recs from 1/1/2012-present from:
Kaiser Pharmacy
Dr. Heitke/US healthworks - recs and RX
mercy hospital folsom
campus surgery center

kaiser hospital - (Dr. Zawilla)

Have:
target pharmacy roseville location
Dr. Leslie kim
mercy medical group
Dr. Thuy rose nguyen
target Pharmacy ( daly city)

Target pharmacy roseville:
Dr. Zawilla:
Aciphex - 12/29/2012, 4/30/2012
levothyroxin 12//29/2012, 4/30/2012

Dr. Steiner:
hydrocodone/apap 2/27/2013
diazepam 2/27/2013
amoxicillin 2/27/2013

Dr. Leslie kim ovn's: invoice for $15 - submit

Bertacchi-Freeman/Hartford000242

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:

Page 130

Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

11/13/2012 - knee chondromalacia, oa knee - poor preformance in PT and w/conservative measures - discussed sx - proceed with sx
12/5/2012 - pre op visit for left knee - sx scheduled
12/19/2012 - post op - sx on 12/13/2012 -left knee arthroscopic partial medial and lateral meniscetomy - can begin WB - cpt codes 29880, 29876
1/24/2013 - pain reduced - completed 6 pt sessions - cont to have some achey sharp pain - renw pt 2x/wk for 6 wks
2/26/2013 - pain decreased, completed pt - request additional pt

Mercy Medical group:
11/14/2012 (dr. Reza) - est care - knee injury - happened at work but WC denied - bilateral knee pain- ref to occupational medicine for WC

Dr. Thuy rose nguyen: rec'd healthport invoice under 100 - no need to submit
3/9/2013 - fu hypertension, back pain not improved, followed by ortho for meniscus injury - in PT
11/15/2012 - left knee and neck pain since oct - planning to go to PT - has meniscus tear and is planning on having a repair. pain in medial knee - difficult to walk. also with back pain.

target Pharmacy ( daly city):
12/5/2012, 12/13/2012 - hydroco/apap - Dr. kim
12/13/2012 - cyclobensaprene - Dr. Mederios

Recd ltr from clmt adv she has provided additional provider auths - put to file

A: will cont to follow POL process - still awaiting recs

P: follow dy plan

05/13/2013 02:20:54 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Correspondence-EDM

13-MAY-13: Received Electronic Document with PCN: 30051201305133001064
Content : Correspondence - DCN : 30051201305133001064001

05/08/2013 06:31:31 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

07-MAY-13: Received Electronic Document with PCN: 30051201305071003875
Content : Medical Records - Rx History DCN : 30051201305071003875001
Correspondence - DCN : 30051201305071003875002

05/07/2013 03:31:36 p.m. ET Christine M Montroy Examiner Minneapolis PHONE CALL
Type of Call: Incoming
Date of Call: 05/07/2013
Call To/From: Medical Provider
Name: . Mercy Folsom
Conversation with:
Phone:
Extension:
Fax Number:

Bertacchi-Freeman/Hartford000243

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 131

ci to adv they are sending mr to clmt as do not have suff auth to send to hig
adv would note

05/07/2013 11:27:53 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: N

Ongoing Pre ex

O: rec'd aps

APS:
dx. lt knee OA 715.16
2nd: lt knee chronsomalacia 717.7
SS: reducation of pain, knee and back pain, neck pain
bp 186/131, ht 5'1 wt 210
Pe: rom 0-120 with minimal discomfort with flexion, injection into knee given 4/9/2013
lov 4/9/2013 nov 6/17/2013
sx 12/13/2012 29881
R/L:
sit/stand/walk: 20 min aat, 4 hrs daily
occasionally: l/c up to 10 lbs, reach all levels
never: l/c over 10 lbs
finger/handle: n/a
signed 5/6/2013

A: put to file - conts to support clmt is db from own occ, however pre ex review is not complete

P: put to file

05/07/2013 06:31:22 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: APS-EDM

06-MAY-13: Received Electronic Document with PCN: 30051201305061004346
Content : APS - DCN : 30051201305061004346001

05/06/2013 08:55:59 p.m. ET Marie Beckstaiger Examiner Sacramento PHONE CALL
Type of Call: Incoming
Date of Call: 05/06/2013
Call To/From: Claimant
Name: Gloria Bertacchi-Freeman
Conversation with:
Phone: (916) 390-1845 Extension: Fax Number:

ee cking on fax recvd
asdvsd ee not yet

Bertacchi-Freeman/Hartford000244

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 132

05/03/2013 11:51:31 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: N

Ongoing Pre ex investigation

O:
Pre ex:
THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

Need recs from 1/1/2012-present from:
Kaiser Pharmacy
target Pharmacy ( daly city)
Dr. Heitke/US healthworks - recs and RX
mercy hospital folsom
campus surgery center

kaiser hospital - (Dr. Zawilla)

Have:
target pharmacy roseville location
Dr. Leslie kim
mercy medical group
Dr. Thuy rose nguyen

Target pharmacy roseville:
Dr. Zawilla:
Aciphex - 12/29/2012, 4/30/2012
levothyroxin 12//29/2012, 4/30/2012

Dr. Steiner:
hydrocodone/apap 2/27/2013
diazepam 2/27/2013
amoxicillin 2/27/2013

Dr. Leslie kim ovn's: invoice for $15 - submit
11/13/2012 - knee chondromalacia, oa knee - poor preformance in PT and w/conservative measures - discussed sx - proceed with sx
12/5/2012 - pre op visit for left knee - sx scheduled
12/19/2012 - post op - sx on 12/13/2012 -left knee arthroscopic partial medial and lateral meniscetomy - can begin WB - cpt codes 29880, 29876
1/24/2013 - pain reduced - completed 6 pt sessions - cont to have some achey sharp pain - renw pt 2x/wk for 6 wks

Bertacchi-Freeman/Hartford000245

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 133

2/26/2013 - pain decreased, completed pt - request additional pt

Mercy Medical group:
11/14/2012 (dr. Reza) - est care - knee injury - happened at work but WC denied - bilateral knee pain- ref to occupational medicine for WC

Dr. Thuy rose nguyen: rec'd healthport invoice under 100 - no need to submit
3/9/2013 - fu hypertension, back pain not improved, followed by ortho for meniscus injury - in PT
11/15/2012 - left knee and neck pain since oct - planning to go to PT - has meniscus tear and is planning on having a repair. pain in medial knee - difficult to walk. also with back pain.

A: will send clmt POL warning to clmt for MR

P: ltr to clmt
dy 21 days

04/29/2013 12:34:08 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Medical Records-EDM

29-APR-13: Received Electronic Document with PCN: 30051201304293000490
Content : Correspondence - DCN : 30051201304293000490001
Invoices - DCN : 30051201304293000490002
Claim Form - Authorizations DCN : 30051201304293000490003
Medical Records - DCN : 30051201304293000490004

04/26/2013 06:31:16 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

25-APR-13: Received Electronic Document with PCN: 30051201304251003935
Content : Medical Records - DCN : 30051201304251003935001
Claim Form - Authorizations DCN : 30051201304251003935002
Medical Records - DCN : 30051201304251003935003

04/24/2013 02:50:12 p.m. ET Pradeep Kumar Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Mailed Final Medical Records request to Mercy Hospital Folsom for the period of 01/01/2012 to present. Set same day diary to AA.

04/24/2013 01:28:04 p.m. ET Pradeep Kumar Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Bertacchi-Freeman/Hartford000246

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 134

Faxed Final Medical Records request to Campus Surgery Center for the period of 01/01/2012 to present. Set same day diary to AA.

Faxed Final Medical Records request to Mercy Medical Group for the period of 01/01/2012 to present. Set same day diary to AA.

-------Transmission Fax Report-------

To: Release of Information,6507558638
Subject: Campus Surgery Center/Request for Medical Records of Bertacchi-Freeman, Gloria for the period of 01/01/2012 to present.
Result: Successful
Explanation: All Pages OK

Sent: "@hig_partnerso cover page","rx.tif"
Pages Sent: 4
Connect Time: 103
Transmit Time: 04/24/13 13:29
Transfer Rate: 14400
Retry Count: 1
Job Number: 22337588

-------Transmission Fax Report-------

To: Release of Information,9167333326
Subject: Mercy Medical Group/Request for Medical Records of Bertacchi-Freeman, Gloria for the period of 01/01/2012 to present.
Result: Successful
Explanation: All Pages OK

Sent: "@hig_partnerso cover page","rx.tif"
Pages Sent: 5
Connect Time: 129
Transmit Time: 04/24/13 13:37
Transfer Rate: 14400
Retry Count: 1
Job Number: 22347100

Bertacchi-Freeman/Hartford000247

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 135

04/24/2013 12:55:53 p.m. ET Altravion Barnes Examiner Atlanta PHONE CALL
Type of Call: Incoming
Date of Call: 04/24/2013
Name: Dr. Thuy Rose Nguyen
Phone:
Extension:
Fax Number:
Call To/From: Physician
Conversation with: Nancy Morales

ci to adv that there office does not take care of records that far back
apo adv that she is fwd the req over to the med records dept

04/24/2013 10:11:47 a.m. ET Shashi Kala Examiner Maitland CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: N

Faxed Final Medical Records request to Kaiser Hospital for the period of 01/01/2012 to present. Set a same day dairy..

Faxed Final Medical Records request to Dr. Peter Heitke for the period of 01/01/2012 to present. Set a same day dairy.

Mailed Final Medical Records request to Kaiser Pharmacy for the period of 01/01/2012 to present. Set a same day dairy.

-------Transmission Fax Report-------
To: Release of Information,9167464314
Subject: Kaiser Hospital/Request medical records of Gloria Bertacchi-Freeman for the period of 1/1/2012 to present.
Result: Successful
Explanation: All Pages OK

Sent: "@hig_partnerso cover page","rx.tif"
Pages Sent: 4
Connect Time: 110
Transmit Time: 04/24/13 10:16
Transfer Rate: 14400
Retry Count: 1
Job Number: 22010984

-------Transmission Fax Report-------
To: Release of Information,9166329706
Subject: Dr. Peter Heitke/Request medical records of Gloria Bertacchi-Freeman from 01/01/2012 to present.
Result: Successful
Explanation: All Pages OK

Sent: "@hig_partnerso cover page","rx.tif"
Pages Sent: 4
Connect Time: 89

Bertacchi-Freeman/Hartford000248

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 136

Transmit Time: 04/24/13 10:20
Transfer Rate: 24000
Retry Count: 1
Job Number: 21978446

04/24/2013 07:47:10 a.m. ET Srinivasan Vedachalam Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: N

Faxed Second Medical Records request to Dr. Thuy Rose Nguyen for the period of 1/1/2012 to present. 14-day f/u diary set

-------Transmission Fax Report-------
To: Release of Information,9162955769
Subject: Dr. Thuy Rose Nguyen/Request medical records of Bertacchi-Freeman, Gloria for the period of 1/1/2012 to present.
Result: Successful
Explanation: All Pages OK

Sent: "@hig_partnerso cover page","rx.tif"
Pages Sent: 5
Connect Time: 144
Transmit Time: 04/24/13 07:48
Transfer Rate: 12000
Retry Count: 1
Job Number: 21783329

04/23/2013 02:20:09 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: N

O: rec'd provider auth

A: rec'd provider auth from clmt - updated MR request in irequest

P: put to file

Bertacchi-Freeman/Hartford000249

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 137

04/18/2013 12:33:13 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Claim Form-EDM

18-APR-13: Received Electronic Document with PCN: 30051201304181001455
Content : Claim Form - Authorizations DCN : 30051201304181001455001

04/11/2013 11:17:58 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Ongoing Pre ex investigation

O:
Pre ex:
THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

Need recs from 1/1/2012-present from:
Kaiser Pharmacy
target Pharmacy ( daly city)
Dr. Thuy rose nguyen
Dr. Heitke/US healthworks - recs and RX
mercy hospital folsom
campus surgery center
mercy medical group
kaiser hospital - (Dr. Zawilla)

Have:
target pharmacy roseville location
Dr. Leslie kim

rec'd university of california davis medical center (Dr. Thuy Rose Nguyen) - needs provider auth.
rec'd notice from mercy hospital - fax number incorrect - updated mr request to mail

Target pharmacy roseville:
Dr. Zawilla:
Aciphex - 12/29/2012, 4/30/2012
levothyroxin 12//29/2012, 4/30/2012

Dr. Steiner:
hydrocodone/apap 2/27/2013
diazepam 2/27/2013
amoxicillin 2/27/2013

Bertacchi-Freeman/Hartford000250

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 138

Dr. Leslie kim ovn's: invoice for $15 - submit
11/13/2012 - knee chondromalacia, oa knee - poor preformance in PT and w/conservative measures - discussed sx - proceed with sx
12/5/2012 - pre op visit for left knee - sx scheduled
12/19/2012 - post op - sx on 12/13/2012 -left knee arthroscopic partial medial and lateral meniscetomy - can begin WB - cpt codes 29880, 29876
1/24/2013 - pain reduced - completed 6 pt sessions - cont to have some achey sharp pain - renw pt 2x/wk for 6 wks
2/26/2013 - pain decreased, completed pt - request additional pt

A: will send clmt 2nd request for MR and provider auth

P: ltr to clmt
dy 21 days

04/10/2013 03:42:47 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Correspondence-EDM

10-APR-13: Received Electronic Document with PCN: 300512013041010029 31
Content : Correspondence - DCN : 300512013041010029310 01

04/10/2013 10:45:57 a.m. ET Srinivasan Vedachalam Examiner Atlanta CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Faxed first medical records request to Mercy Hospital Folsom for the period of 1/1/2012 to present. 14 day diary set .

-------Transmission Fax Report-------

| | |
|---|---|
| To: | Release of Information,9167333326 |
| Subject: | Mercy Hospital Folsom/Request medical records of Gloria Bertacchi Freeman for the period of 1/1/2012 to present. |
| Result: | Successful |
| Explanation: | All Pages OK |
| Sent: | "@hig_partnerso cover page","rx.tif" |
| Pages Sent: | 4 |
| Connect Time: | 111 |
| Transmit Time: | 04/10/13 10:51 |
| Transfer Rate: | 14400 |
| Retry Count: | 2 |
| Job Number: | 98641850 |

Faxed first medical records request to Campus Surgery Center for the period of 1/1/2012 to present. 14 day diary set .

Bertacchi-Freeman/Hartford000251

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 139

-------Transmission Fax Report-------

To: Release of Information,6507558638
Subject: Campus Surgery Center/Request medical reoc Gloria Bertacchi Freeman for the eprido of 1/1/2012 to rpesent,.
Result: Successful
Explanation: All Pages OK

Sent: "@hig_partnerso cover page","rx.tif"
Pages Sent: 4
Connect Time: 103
Transmit Time: 04/10/13 10:50
Transfer Rate: 14400
Retry Count: 1
Job Number: 98617799

Faxed first medical records request to Mercy Medical Group for the period of 1/1/2012 to present. 14 day diary set .

-------Transmission Fax Report-------

To: Release of Information,9167333326
Subject: Mercy Medical Group/Request medical records of Gloria Bertacchi freeman for the period of 1/1/2012 to present.
Result: Successful
Explanation: All Pages OK

Sent: "@hig_partnerso cover page","rx.tif"
Pages Sent: 4
Connect Time: 111
Transmit Time: 04/10/13 10:54
Transfer Rate: 14400
Retry Count: 1
Job Number: 98699772

04/10/2013 10:22:33 a.m. ET Shashi Kala Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Faxed Second Medical Records request to Kaiser Hospital for the period of 01/01/2012 to present. 14-day f/u diary set.

Faxed Second Medical Records request to Dr. Peter Heitke for the period of 01/01/2012 to present. 14-day f/u diary set.

Bertacchi-Freeman/Hartford000252

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:

Page 140

Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Mailed Second Medical Records request to Kaiser Pharmacy for the period of 01/01/2012 to present. 14-day f/u diary set.

-------Transmission Fax Report-------
To: Release of Information,9167464314
Subject: Kaiser Hospital/Request medical records of Gloria Bertacchi-Freeman for the period of 1/1/2012 to present.
Result: Successful
Explanation: All Pages OK

Sent: "@hig_partnerso cover page","rx.tif"
Pages Sent: 4
Connect Time: 110
Transmit Time: 04/10/13 10:28
Transfer Rate: 14400
Retry Count: 1
Job Number: 98574449

-------Transmission Fax Report-------
To: Release of Information,9166329706
Subject: Dr. Peter Heitke /Request medical records of Gloria Bertacchi-Freeman from 1/1/2012 through the present.
Result: Successful
Explanation: All Pages OK

Sent: "@hig_partnerso cover page","rx.tif"
Pages Sent: 4
Connect Time: 90
Transmit Time: 04/10/13 10:32
Transfer Rate: 24000
Retry Count: 1
Job Number: 98671299

04/04/2013 02:47:14 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

04-APR-13: Received Electronic Document with PCN: 30051201304041002445
Content : Correspondence - DCN : 30051201304041002445001

Bertacchi-Freeman/Hartford000253

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 141

Invoices - DCN : 30051201304041002445002
Medical Records - DCN : 30051201304041002445003

04/04/2013 11:56:31 a.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: Claim Form-EDM

04-APR-13: Received Electronic Document with PCN: 300512013040430000391
Content : Correspondence - DCN : 300512013040430000391001
Claim Form - DCN : 300512013040430000391002
Correspondence - DCN : 300512013040430000391003
Claim Form - Authorizations DCN : 300512013040430000391004

04/02/2013 09:08:49 a.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: N

Ongoing Pre ex investigation

O:
Pre ex:
THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

Need recs from 1/1/2012-present from:
Kaiser Pharmacy
target Pharmacy (rosville, daly city)
Dr. Thuy rose nguyen
Dr. Heitke/US healthworks - recs and RX
Dr. Leslie kim
mercy hospital folsom
campus surgery center
mercy medical group
kaiser hospital - (Dr. Zawilla)

Have:
target pharmacy roseville location

Target pharmacy roseville:
Dr. Zawilla:
Aciphex - 12/29/2012, 4/30/2012
levothyroxin 12//29/2012, 4/30/2012

Dr. Steiner:
hydrocodone/apap 2/27/2013

Bertacchi-Freeman/Hartford000254

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 142

diazepam 2/27/2013
amoxicillin 2/27/2013

A: put RX to file - await additional recs - let dy stand

P: put to file

03/29/2013 03:35:13 p.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Medical Records-EDM

29-MAR-13: Received Electronic Document with PCN: 30051201303291001852
Content : Medical Records - Rx History DCN : 30051201303291001852001

03/28/2013 09:09:43 a.m. ET Shashi Kala Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Faxed First Medical Records request to Kaiser Hospital for the period of 01/01/2012 to present. 14-day f/u diary set.

Mailed First Medical Records request to Target Pharmacy for the period of 01/01/2012 to present. 14-day f/u diary set.

Fxa failed. hence request sent by mail.

Faxed First Medical Records request to Dr. Peter Heitke for the period of 01/01/2012 to present. 14-day f/u diary set.

Mailed First Medical Records request to Kaiser Pharmacy for the period of 01/01/2012 to present. 14-day f/u diary set.

-------Transmission Fax Report-------
To: Release of Information,9167464314
Subject: Kaiser Hospital/Request medical records of Gloria Bertacchi-Freeman for the period of 1/1/2012 to present.
Result: Successful
Explanation: All Pages OK

Sent: "@hig_partnerso cover page","rx.tif"
Pages Sent: 4
Connect Time: 110
Transmit Time: 03/28/13 09:14
Transfer Rate: 14400
Retry Count: 1
Job Number: 86804763

-------Transmission Fax Report-------
To: Release of Information,9166329706

Bertacchi-Freeman/Hartford000255

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:

Page 143

Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Subject: Dr. Peter Heitke/Request medical records of Gloria Bertacchi-Freeman from 1/1/2012 through the present.
Result: Successful
Explanation: All Pages OK

Sent: "@hig_partnerso cover page","rx.tif"
Pages Sent: 4
Connect Time: 82
Transmit Time: 03/28/13 09:19
Transfer Rate: 24000
Retry Count: 1
Job Number: 86863381

-------Transmission Fax Report-------
To: Release of Information,9168652904
Subject: Target Pharmacy/Request medical records of Gloria Bertacchi-Freeman from 1/1/2012 through the present.
Result: FAILED
Explanation: ERR
Sent: "@hig_partnerso cover page","rx.tif"
Pages Sent: 4
Connect Time: 116
Transmit Time: 03/28/13 09:26
Transfer Rate: 3360
Retry Count: 2
Job Number: 86771384

03/27/2013 09:33:14 p.m. ET Victor Shanish Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: N

Faxed first medical records request to Mercy Hospital Folsom for the period of 1/1/2012 to present. 14 day diary set up.

-------Transmission Fax Report-------
To: Release of Information,9167333326
Subject: Mercy Hospital Folsom/request medical records of Bertacchi-Freeman, Gloria for the period of 1/1/2012 to present

Bertacchi-Freeman/Hartford000256

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 144

Result: Successful
Explanation: All Pages OK

Sent: "#hig_cog_medreg cover page","rx.tif"
Pages Sent: 5
Connect Time: 194
Transmit Time: 03/27/13 21:23
Transfer Rate: 14400
Retry Count: 2
Job Number: 86321305

Faxed first medical records request to Campus Surgery Center for the period of 1/1/2012 to present. 14 day diary set up.

-------Transmission Fax Report-------
To: Release of Information,6507558638
Subject: Campus Surgery Center/Request medical records of Bertacchi-Freeman, Gloria for the period of 1/1/2012 to present
Result: Successful
Explanation: All Pages OK

Sent: "#hig_cog_medreg cover page","rx.tif"
Pages Sent: 4
Connect Time: 102
Transmit Time: 03/27/13 21:18
Transfer Rate: 14400
Retry Count: 1
Job Number: 86409812

Faxed first medical records request to Dr. Thuy Rose Nguyen for the period of 1/1/2012 to present. 14 day diary set up.

-------Transmission Fax Report-------
To: Release of Information,9162955769
Subject: Dr. Thuy Rose Nguyen/Request medical records of Bertacchi-Freeman, Gloria for the period of 1/1/2012 to present
Result: Successful
Explanation: All Pages OK

Bertacchi-Freeman/Hartford000257

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 145

Sent: "#hig_cog_medreg cover page","rx.tif"
Pages Sent: 4
Connect Time: 134
Transmit Time: 03/27/13 21:22
Transfer Rate: 12000
Retry Count: 1
Job Number: 86325025

Faxed first medical records request to Mercy Medical Group for the period of 1/1/2012 to present. 14 day diary set up.

Faxed first medical\003records request to Target Pharmacy for the period of 1/1/2012 to present. 14 day diary set up.

-------Transmission Fax Report-------
To: Release of Information,4158402254
Subject: Target Pharmacy/Request medical records of Bertacchi-Freeman, Gloria for the period of 1/1/2012 to present
Result: Successful
Explanation: All Pages OK

Sent: "#hig_cog_medreg cover page","rx.tif"
Pages Sent: 4
Connect Time: 133
Transmit Time: 03/27/13 21:29
Transfer Rate: 9600
Retry Count: 1
Job Number: 86343526

Faxed first medical records request to Dr. Leslie Kim for the period of 1/1/2012 to present. 14 day diary set up.

-------Transmission Fax Report-------
To: Release of Information,6509912650
Subject: Dr. Leslie Kim/Request medical records of Bertacchi-Freeman, Gloria for the period of 1/1/2012 to present
Result: Successful
Explanation: All Pages OK

Bertacchi-Freeman/Hartford000258

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 146

Sent: "#hig_cog_medreg cover page","rx.tif"
Pages Sent: 4
Connect Time: 74
Transmit Time: 03/27/13 21:32
Transfer Rate: 26400
Retry Count: 1
Job Number: 86346206

03/26/2013 03:21:58 p.m. ET Claim A Batch N/A Simsbury MAILRECEIPT-EDM
Type: ER Cert-EDM

26-MAR-13: Received Electronic Document with PCN: 30051201303265090851
Content : ER Cert - DCN : 30051201303265090851001

03/26/2013 02:47:37 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

Pending Claim

O: rec'd mail

UCD - started 10/11/2012 - wkly rate 541.00

Medical HX:
Kaiser Pharmacy
target Pharmacy (x2)
Dr. Thuy rose nguyen
Dr. Heitke/US healthworks - recs and RX
Dr. Leslie kim
mercy hospital folsom
campus surgery center
mercy medical group
kaiser hospital - (Dr. Zawilla)

Auth's:
kaiser pharmacy auth
CHW medical foundation - mercy medical group auth'.

IBQ:
59 y/o married female, no dependents, single er at dod, independent all adl's except voluntary bladder/bowel - urinary and fecal incontinence, education hx: doctorate - pharmacist, work hx: parmacist 13 yrs, oibs: UCD, working on ssd, no

Bertacchi-Freeman/Hartford000259

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 147

FIT, auth/fraud signed 3/19/2013

ht 5'1 wt 210

JD: pharmacy director
Plan, organize and direct all functions of the hospital pharmacy services. Assure all legal and regulatory requirements are satisfied. Assure pharmacy services and activities are carried out to meet goals and standards of both Cardinal Health Healthcare, Inc.

A: will request recs from all providers listed for period of 1/1/2012 through present - will send clmt ltr adv of request - will let 21 day dy stand for 1st mr fu

P: ltr to clmt
request recs

03/25/2013 09:25:29 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: New App FN Claim-EDM

25-MAR-13: Received Electronic Document with PCN: 30051201303251000416
Content : New App FN Claim - DCN : 30051201303251000416001
Correspondence - DCN : 30051201303251000416002
Claim Form - Authorizations DCN : 30051201303251000416003
Claim Form - DCN : 30051201303251000416004
New App FN Claim - DCN : 30051201303251000416005
Claim Form - DCN : 30051201303251000416006
New App FN Claim - DCN : 30051201303251000416007

03/25/2013 09:18:10 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: Financial-EDM

25-MAR-13: Received Electronic Document with PCN: 30051201303251000368
Content : Financial - DCN : 30051201303251000368001

03/25/2013 08:39:53 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: New App FN Claim-EDM

25-MAR-13: Received Electronic Document with PCN: 30051201303251000210
Content : New App FN Claim - DCN : 30051201303251000210001
Claim Form - DCN : 30051201303251000210002
Claim Form - Authorizations DCN : 30051201303251000210003

03/25/2013 08:39:53 a.m. ET Claim A Batch N/A Simsbury FAXRECEIPT-EDM
Type: New App FN Claim-EDM

Bertacchi-Freeman/Hartford000260

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 148

25-MAR-13: Received Electronic Document with PCN: 300512013032510000211
Content : New App FN Claim - DCN : 300512013032510000211001
Claim Form - DCN : 300512013032510000211002
Claim Form - Authorizations DCN : 300512013032510000211003

03/21/2013 01:59:41 p.m. ET Christine M Montroy Examiner Minneapolis LTD/PW CLAIMANT INTERVIEW
LTD/PW CLAIMANT INTERVIEW
Relationship to Claimant: Claimant Date of Call: 03/21/2013
Interviewee: Gloria Bertacchi-Freeman Phone: (916) 390-1845 Fax Number:

Medical Condition And Treatment

ar1
clmt adv that she is going to PT
clmt adv PT has adv that he doesn't think they can do much more for her
clmt has nov 4/9/2013 to see sx - might need another sx
clmt adv that has very physical job and cardinal will not accomidate r/1
clmt adv knee and back issues
clmt adv that knee might have worsened back problem
knee gives out periodically
back is still causing a lot of pain

Functionality

clmt adv she is having troubles with adl's
having trouble with urinary incontinence - started 2 days after accident

Social Security/Other Income

clmt adv that was originally denied WC
clmt adv that it is still denied and has an attorney
UCD

Other

spoke to clmt about pre ex - clmt will send in paperwork asap

03/20/2013 03:25:26 p.m. ET Christine M Montroy Examiner Minneapolis LTD/PW CLAIMANT INTERVIEW
LTD/PW CLAIMANT INTERVIEW
Relationship to Claimant: Claimant Date of Call: 03/20/2013 Not Contacted: Left Message
Interviewee: Gloria Bertacchi-Freeman Phone: (916) 390-1845 Fax Number:

Bertacchi-Freeman/Hartford000261

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 149

Medical Condition And Treatment

2nd attempt CI - lvm for cb

03/15/2013 02:58:14 p.m. ET Matthew D Shimko Examiner Maitland PHONE CALL
Type of Call: Incoming    Date of Call: 03/15/2013    Call To/From: Claimant
Name: Gloria Bertacchi-Freeman    Conversation with:
Phone: (916) 390-1845    Extension:    Fax Number:

EE c/b, AA to c/b EE on # in DCS.

03/15/2013 02:02:28 p.m. ET Christine M Montroy Examiner Minneapolis LTD/PW CLAIMANT INTERVIEW
LTD/PW CLAIMANT INTERVIEW
Relationship to Claimant: Claimant    Date of Call: 03/15/2013
Interviewee: Gloria Bertacchi-Freeman    Phone: (916) 390-1845    Fax Number:

Medical Condition And Treatment

1st attempt ci
lvm for cb

03/15/2013 01:33:43 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan    Sign off required: N

S:

O:
PED: 7/1/2001    DOH: 7/1/2012
LTD EWP: NWP    LTD EDOC: 7/1/2012
PW EWP: NWP
LDW: 10/10/2012    DOD: 10/11/2012
LTD EP: 180 days/end er/STD    LTD BED: 4/11/2012
PW EP: 6 months
GAP: no
DOB: 5/1/1953

RULE RESULTS: *LATE REPORTED ? not late reported

ELIGIBILITY: ER self admin, Ability policy , policy is CNA language, ER paid ? Buy Up 100%, all active reg ee?s excluding medsystems of the ER who are not member of a collective bargaining unit, actively working at least 20 hrs/wk

FI, ERISA    SIB: 6mos    Situs: IL    W2 option

Bertacchi-Freeman/Hartford000262

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 150

ER contact: LOA contact per state:

PDE
Monthly Earnings equals the monthly wage or salary that You were receiving from Your Employer on the Date ofDisability.
It includes:
1) employee contributions made through a salary reduction agreement with Your Employer to an IRS Section 401(k), 403(b), 501(c)(3), 457 deferred compensation plan, or any other qualified or non-qualified employee Retirement Plan or deferred compensation arrangement; and
2) amounts contributed to Your fringe benefits according to a salary reduction arrangement under an IRS Section 125 plan.

It does not include:
1) commissions;
2) bonuses;
3) overtime pay;
4) Your Employer?s contribution on Your behalf to a Retirement Plan or deferred compensation arrangement; or any other extra compensation.

Pre-dis = $ 128000.00

$ 128000.00/ 12mos = $ 10666.67
Buy up 65%: 6933.33
MIN: $100 or 10% Gross LTD benefit, whichever is greater COLA: n/a

DEF of DB: ability, 24 mo Own Occ, 24mo M/N limitation - hosp not counted toward 24 months;

PRE-EX: 3/12 (no tx free period ? core). NL/NG/YG - clmt adv WR but WC denied - need to do pre ex eval

PW: canceled 1/1/2012

MEDICAL: * STD Intake
MEDICAL CONDITIONS: Back, R knee, and neck pain
History of Medical Condition: Caused by repetitive motion when the pharmacy system went down. Symptoms started on 10/5/12 and went to occupational Health Clinic on 10/11/12 with reports of back, R knee and neck pain meds given and advised to fu with chiropractor. EE fu with chiropractor who advised EE to fu with Neurologist due to incontinence. EE decided to go to PT FOV 10/31/12 NOV 11/2/12 2x/wk. NOV 1 wk. AP r/l no bending, lifting, stretching, kneeling, squatting, reaching, prolonged standing and walking. ERTW 11/6/12. Ht 5'1" wt 210#
Current Symptoms: neck pain 6-7/10, back pain 5-6/10, urinary and stool incontinence
Comorbidity: Obesity
Current Medications: Diclofenac, Lidoderm patch and Orphenadrine

CI: If deemed eligible and after w/c issues addressed, functional impairment supported from 10/11/12 thru 11/21/12 d/t the cervical strain with knee strain. Exam findings of pain, stiffness to neck/back and limited ROM right knee, increased with bending. EE has diclofenac patch and referred to physical therapy. Consideration given to the EE's job duties that include lifting up to 50# frequently, filling scripts, bending, only pharmacist, kneeling, squatting, walking, reaching. Will need updated status, response to physical therapy for further determination.

Bertacchi-Freeman/Hartford000263

Report: E401773R
Office:
Date Of Report:12/28/2015
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:
Page 151

dx: right knee chrondromalacia (717.7)
2nd: right knee OA 715.16
symp: see ovn 11/13
meds: cyclobenzapine, lidoderm, naprosym
rls: no bending, kneeling, stooping, reaching, squating, walking sitting more than 20min
rtw: 2/2012 FT
lov: 11/13
nov: 12/4
duratino: at least until after recover from sx
refer: De Leslie Kim, ortho sx

Surgery/Delivery Date: 12/13/12
Surgery/Delivery Type: knee sx
Any Complications: none
Hospital Dates: 12/13/12
NOV: 12/19/12
RTW: don't know
LDW (Note number of hours worked): 10/10/2012 at 8 hrs
Date of Disability 10/11/12
Explain any gap between LDW and date of Surgery/Delivery:

dx: 12/13
type: 1. left knee arthroscopic partial medial and lateral meniscectomy, 2. left knee anteromedical and lateral compartment arthroscopic synovectomy
CPT codes: 29880, 29876

OVN- 12/19
first po visit
minor pain, only aggravate when walking, sharp, talking norco and vistral
Plan: may begin WBAT, post op PT, next post op in 4wks

EE reports NOV: 1/22

APS
dx: 1 knee oa 715.16
2nd: le knee chondromalacia 717.7
sx: reduction in pain
per: rom 0-120 with minimal discomf with flexion
meds: norco
rls: no bending, kneeling, stooping, lifting, squatting
rtw: yes, part-time, 4hrs per day
duration: after sx recovery 3/2013
tx plan: see notes
lov: 1/24
nov: 2/26

OVN- 1/24

Bertacchi-Freeman/Hartford000264

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 152

pain recudec, completed 6 PT sessions, inc strength able to walk more with less pain, cont achey sharp pain, takes norco, flexeril, and naprosyn, currently not working, on db.
assessment: renew PT 2x/wk for 6wks, fu

APS-
dx: 718.16
2nd: 717.7
symp: reduction in pain
pef: antalgic gait, minor dec in ROM
meds: flexeril, naporsyn, norco
rls: no bending, neeling, stooping, reaching, squatting, no walking or stitting more than 20 min at a time
rtw: yes, 4hrs per day
duration: 5/13
tx plan: PT
lov: 2/27
nov: 4/9

OCCUPATION: Title ? director of Pharmacy

PDA-
sit: 5hrs
stand: 2hrs
walk: 1hr
reaching: .01lbs, 5ft, freq: 5-10ft, occasionally
occa: balance, stoop, kneel, crouch, crawling
handling freq

OIB: STD thru HIG; 401k ? not an offset; WC denied; UCD
EFT:
RPQ: not needed ? per cc no pensions are oib?s

THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

A: 59 y/o female oow for neck, back and knee pain which clmt adv was WR - WC was denied and no specific date of accute injury - need to conduct Pre ex investigation - will send clmt IBQ, APS, med hx form - will need to request MR for period of 1/1/2012-present; request JD from ER

ER has adv clmt does not have position to return to

P: letter to clmt cc er req IBQ, APS ; med hx form
Diary f/up

LTD BED: 4/11/2013
TDD: 5/1/2013

Bertacchi-Freeman/Hartford000265

Report: E401773R
Office:
Date Of Report:12/28/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 10/26/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 153

03/07/2013 12:23:14 p.m. ET Jamie M Radloff MANAGER Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Initial Triage Recommendation
Sign off required: N

"Triage Assumptions-Version:2.0.3Age@Dis:59; EP:6; Diag:718; Gender:F; Salary:2500-3499; OwnOcc:19-30;
JobType:Non-Sedentary; Spouse:Unsure; BenefitPer:60%-66.9%;
Tool recommended segment is Segment2. Key factors in recommendation are:Diagnosis Complexity:Moderate or Low;
Recovery Outlook:High;
Occupational Complexity:Low;
Final segment is:Segment2;
***************************************************
TC Tool Comments: - High likelihood EE is qualified to perform any occupation depending on education and experience;
- Focus on clarifying functionality to perform own occupation as well as other occupations;
- Confirm education, experience and other transferrable skills and consider referral to Rehab resources to assist in search for other occupations;
- Explain Test Change including the expected status of the claim at Test Change based on existing information when appropriate;
- Expected Test Change recovery rate: 26%-36%;
***************************************************
"

03/07/2013 08:38:50 a.m. ET Pradeep Elangovan Examiner Minneapolis GENERAL
Type: Miscellaneous

transition

Bertacchi-Freeman/Hartford000266



THE
HARTFORD

October 22, 2015

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

We are writing to you regarding the appeal of our termination of your claim for Long Term Disability (LTD) benefits under the above captioned group Policy. Under the Policy you are entitled to an independent review of the claim facts and the determination made regarding your eligibility for benefits. Your file was referred to our Appeal Unit to conduct such a review. This review has been conducted separately from the individuals who made the original decision to terminate benefits and without deference to that decision.

Based upon our review, as detailed in the analysis below, we determined that documentation available in your file supports the prior determination. Therefore, we must uphold the prior decision and the termination of your claim will stand.

Your claim file has been reviewed in its entirety. Please refer to our 04/10/2015 letter detailing the Policy provisions that apply to this claim and the evidence used in rendering the prior decision. For complete plan details, please refer to the Booklet-certificate. In addition to the information previously reviewed for your claim, our review also considered the following information:

- Your letter of appeal dated 08/27/2015, received by The Hartford on 09/02/2015;
- Your letter of 09/18/2015, received by The Hartford on 09/23/2015
- Your letter of 09/22/2015, received by The Hartford on 09/22/2015;
- Your letter of 09/23/2015, received by The Hartford on 09/24/2015;
- Duplicate Job Description for Pharmacist at Cardinal Health;
- Sedgwick Worker's Compensation approval notification;
- Information regarding Brett Fink, MD
- Excerpts from Daily Journal dated 10/13/2009;
- Social Security Disability award dated 07/16/2013
- State of California disability claim payment history;
- Target Pharmacy expense listing;

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

- Excerpts regarding side effects of Hydrocodone, Lidocaine, and Norco;
- Excerpt from work description of pharmacist;
- Polypharmacy Journal Article;
- Mileage and medical expense summary;
- Article regarding Psoriatic Arthritis;
- Internet posting advisement of Americus University credentials;
- Payments of Short-term Disability benefits;
- Excerpts on cervical distraction, Straight Leg Raise, and Spurling's testing;
- Denial from Maximus Federal Services, Inc. dated 06/04/2015;
- Records through 08/21/2015 from Peninsula Orthopedic Associates, Inc.;
- Records through 11/12/2014 from Dr. Thuy Rose Nguyen;
- Records through 08/13/2014 from VibrantCare;
- Records through 12/27/2012 from Swanson Schaack Physical Therapy;
- Records through 08/09/2015 from Capitol Physical Therapy;
- Records through 06/23/2015 from Seton Medical Center Physical Rehabilitation Services;
- Records through 06/12/2015 from UC Davis Medical Group;
- Records through 04/05/2015 from Dr. Lawrence Bass;
- Records through 06/06/2014 from Dr. Michael Amster, MD;
- Records through 11/14/2012 from US HealthWorks;
- Records through 11/26/2012 from Kaiser Permanente;
- Report dated 06/30/2015 from Center for Career Evaluations, Inc.;
- Independent Medical Record Review completed on 10/14/2015 by Dr. Julia Ash, board-certified Rheumatologist with University Disability Consortium;
- Independent Medical Record Review completed on 10/14/2015 by Dr. James Lambur, board-certified Orthopedic surgeon with University Disability Consortium;
- Independent Medical Record Review completed on 10/14/2015 by Dr. Michael Leibowitz, board-certified Physical Medicine and Rehabilitation physician with University Disability Consortium
- Independent Medical Record Review completed on 10/14/2015 by
- Employability Analysis completed on 10/22/2015 by a Rehabilitation Vocational Case Manager.

A review of your claim reveals that you ceased working as of 10/11/2012 due to neck, back, and knee pain from a work-related accident. Using 10/11/2012 as your date of disability, your LTD benefit effective date was calculated to be 04/11/2013. As of 04/11/2015, you must be Disabled from Any Occupation in order to remain eligible to continue to receive Long Term Disability benefits.

According to the Attending Physician's Statement completed by Dr. Kim on 11/19/2014, you continued under her care for treatment of Osteoarthritis/Chondromalacia affecting your knees, cervical strain, and lumbar degeneration, for which she recommended the following work restrictions:

- Walking limited to 15 minutes at a time, for a total of 4 hours;
- Standing limited to 30 minutes at a time, for a total of 4 hours;
- Sitting limited to 30 minutes at a time, for a total of 4 hours;
- Occasional lifting of up to 10 pounds, bending, and driving.

Dr. Kim also restricted you from kneeling, crouching, bending, and stooping, but did advise that you had no cognitive impairment and had no restrictions in regard to reaching or performing handling/fingering activity.

To assist in determining your work function, The Hartford requested a third-party vendor (BMI) to arrange for an Independent Medical Record Review. This was completed by Dr. Brett Fink, a board-certified Orthopedic Surgeon, on 03/23/2015. Dr. Fink's review noted that Dr. Kim had previously advised on 06/17/2013, that you were able to work on a Light duty basis as defined by the Department of Transportation (DOT):

"exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exist 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."

Dr. Fink's review then observes that Dr. Kim then indicated on 10/29/2013, that you would be limited to lifting of no more than 10 pounds on an occasional basis, with sitting, standing, and walking for 4 hours. However, he also remarked that your former physical therapist, Tricia Benson discharged you for non-compliance observing:

"She indicates she is unable to stand for longer than 10 minutes due to her pain but is routinely able to stand for exercises at physical therapy 10-15 minutes without complaint of pain. She indicates only being able to lift very light weights but is able to lift her purse from the floor with ease and without complaint of pain." Her scores on the Oswestry have been consistent since starting treatment but indicate a much higher level of perceived impairment than her actual ability impairment seen during physical therapy treatments."

Based on his review of the medical record, it was Dr. Fink's opinion that your actual physical capabilities exceeded those of your claimed impairment. It was his opinion that you were able to work on a full-time basis, with limitations on your activities similar to those of other persons with knee and back arthritis, specifically:

- Lift, carry, push, pull up to 20 pounds on an occasional basis;
- Lift, carry, push, pull up to 10 pounds on a frequent basis;
- Sit up to 6 hours during an 8 hour work day;
- Stand up to 6 hours during an 8 hour work day;
- Walk up to 6 hours during an 8 hour work day;
- Drive up to 1 hour without stopping; and
- Occasionally climb and balance.

Dr. Fink further advised that activities involving stooping, kneeling, crouching, crawling, or reaching should be performed rarely, but you would be able to work at waist/desk or below waist level continuously and above shoulder level occasionally.

Based on our review of the whole of the claim file, we were in agreement with Dr. Fink's opinion. An Employability Analysis conducted by a Vocational Rehabilitation Case Manager on 04/03/2015 identified other occupations for which you were qualified and that met or exceeded 65% of your Pre-disability Earnings of $6,933.33 per month. It was then determined that you were not Disabled from Any Occupation, and your claim for Long Term Disability benefits was terminated as of 04/11/2015.

On appeal, you have stated that your previous occupation caused knee swelling and back pain, necessitating that you cease working and that you have been awarded State Disability benefits as well as Worker's Compensation benefits. We understand that you were awarded these benefits, however, your eligibility to receive LTD benefits beyond 04/10/2015 requires that you are Disabled under the terms of the Cardinal Health, Inc. Long Term Disability policy.

You have also stated that your history of rashes could indicate Psoriatic Arthritis involving your knees, ankles, and joints. In support of your supposition, you have submitted an article on Psoriatic Arthritis. However, you have not submitted a physician's opinion to support that you have this diagnosis, nor does a review of the medical record reflect any such opinion from a qualified medical professional.

You have also cited that per Dr. Amster's Qualified Medical Evaluations, you were restricted from overhead activities or repetitive motion involving your neck, heavy lifting, prolonged weight bearing, climbing, repetitive stairs or uneven surfaces, kneeling, crouching, crawling or repetitive lifting over 25 pounds. Dr. Amster did conduct an Evaluation for your Worker's Compensation claim on 10/04/2013. At that time, you reported having neck, back and right knee pain, pending right knee meniscus repair. You reported that you had difficulty with standing, sitting, and walking for long periods; difficulty with climbing stairs; difficulty seeing and hearing; and difficulty sleeping due to pain.

On examination, Dr. Amster found only mild tenderness of the trapezius; full strength of your upper extremities with normal reflexes; only mild tenderness of the lumbar paraspinals; and tenderness of your right knee without effusion or edema, but with reported pain with squatting, kneeling, or stooping.

A review of the 06/06/2014 Evaluation by Dr. Amster reflects that you had only mild tenderness of the trapezius, had maintained full strength of your upper extremities; had only mild lumbar paraspinal tenderness; full flexion of the knees without evidence of instability; full strength in your lower extremities with normal reflexes; normal gait; able to heel/toe walk without difficulty; reported pain with kneeling and stooping. It was his opinion that you were at Maximum Medical Improvement in regard to your right knee and there was no change from his 10/04/2013 Evaluation.

You have also stated that your pain and side effects from medication result in "mental clouding" and that you have been taking Hydrocodone, Lidocaine, and Norco since 2012. However, records from your medical providers do not support this. Additionally, the last Attending Physician's Statement completed by Dr. Kim on 11/19/2014 specifically noted that you had no cognitive impairment, nor has Dr. Kim restricted you from driving. The Claimant Questionnaire that you completed on 01/14/2015 also does not support your assertion of having severe cognitive difficulties. Specifically, you stated that you did not have any cognitive impairment and that your activities include reading, computer/internet usage, and studies, in particular at Lincoln Law School.

On appeal, you have asserted the wages of the occupations identified in the Employability Analysis on 04/03/2015 were incorrect, that the actual wages would not provide 65% of your Indexed Pre-disability Earnings, and that they require specific education and work requirements not within your qualifications. However, you have not provided any professional vocational opinion to support this. You also stated that the Master's in Business Administration that you have listed on your resume as part of your qualifications is from an unaccredited university, and have provided an internet excerpt stating that Americus University was "unaccredited, claiming spurious accreditation."

You have also asserted that The Hartford did not consider your award for Social Security Disability benefits when the determination was made that you did not qualify for Long Term Disability benefits beyond 04/10/2015. This is incorrect, the 04/10/2015 decision communication clearly advised you that your award for Social Security Disability benefits was considered. The criteria used by the Social Security Administration differs from that of the Long Term Disability policy. The Social Security Administration's guidelines treat individuals age 50 and older as having more limited ability to adjust to other work than younger workers. In contrast, the Long Term Disability policy does not include age as a factor when considering the transferable work skills. Rather The Harford utilizes the services of a certified Rehabilitation Vocational Case Manager who considers the individual's specific work skills and education to determine transferable skills.

You have asserted that the 04/10/2015 decision communication did not give specific reasons for the denial; that specific references to plan provisions were not given; that a description of additional materials needed to "perfect" your claim were not given; and a description of the plan's review procedure was not given. As outlined in the 04/10/2015 decision letter, specific reasons for the claim termination were clearly explained as was the specific, applicable policy language. As the claim termination was not due to failure to furnish proof of loss, no perfection language, i.e. what to submit to perfect or provide proof of loss was applicable. The letter also clearly described to you how to appeal the claim decision, which you subsequently did.

On appeal, you have also stated that Dr. Kim, who performed the surgeries on your knees in 2012 and 2013 provided work restrictions that do not agree with those of Dr. Fink, whom you do not believe was qualified to render a professional medical opinion in regard to your knees or back as he specializes in foot and ankle surgery. However, Dr. Kim had also recommended a formal Functional Capacity Evaluation to determine your true level of function.

In support of your appeal, you have submitted a 06/30/2015 report of a Job Simulation Assessment/Functional Capacity Evaluation from the Center for Career Evaluations, Inc. The report was completed from your 06/03/2015 and 06/04/2015 evaluation with Alan Nelson, MS, CVE and Diana Bubanja, DPT. You reported to Mr. Nelson and Ms. Bubanja of having frequent headaches, fatigue, and interrupted sleep, lower back and shoulder pain ranging from 4 to 9 out of a maximum pain level of 10, that is aggravated by prolonged sitting, cold weather, and "excessive" activity, and that you have temporary relief with medications, cold applications, and naps. You also reported that you could only stand for 10 to 15 minutes and only able to sit for 15 minutes due to back pain; are unable to walk 1 block or a full flight of stairs; and have difficulty performing your activities of daily living.

During various testing, you reported needing to shift position, physical and mental fatigue, resulting in cessation of testing and poor performance. The typing test itself was not administered due to your report of back pain. Based on this, it was Ms. Bubanja and Mr. Nelson that you would be precluded from Sedentary work due to limited ability to sit or stand and poor finger/hand dexterity with inability to repetitively use your upper extremities. You reported feeling that the overall exertional demands of the testing was "Very Heavy." A review of the testing does not appear to be that of a standard Functional Capacity Evaluation that includes validity testing. Additionally, it appeared that full effort was not given as there was no significant variance in your heart rate and blood pressure prior and after testing. Specifically, your blood pressure prior to testing was 122/84 and after testing 126/84. Your heart rate prior to testing was 74 and after testing 76.

As Dr. Kim had previously recommended that a Functional Capacities Evaluation be obtained to determine your actual abilities, we requested that she issue a script for the Evaluation to be conducted through a third-party vendor. However, you refused, stating that the attorney who represented you in your worker's compensation suit had previously refused the request from your worker's compensation that you attend such an evaluation as Dr. Amster had found you to be "permanent and stationary."

As described above, a review of the information submitted does not appear to support the conclusions given in the 06/30/2015 report from the Center for Career Evaluations, Inc. To give your appeal full consideration, we engaged a third-party vendor, University Disability Consortium, to arrange for Independent Medical Record Reviews.

Dr. Julia Ash is a board-certified rheumatologist with University Disability Consortium. She contacted your dermatologist, Dr. Sivamani on 10/02/2015 regarding your assertion of probable Psoriatic Arthritis. Dr. Sivamani stated a diagnosis of skin Psoriasis, not Psoriatic Arthritis. Further, Dr. Ash's review of the medical record states Dr. Sivamani's opinion of mild psoriasis that has only required treatment with topical medications, not biologic therapy with TNF inhibitor or DMARD therapy.

Dr. Ash's report states the following:

> "The provided medical record documents partial bilateral meniscectomies due to meniscal tears. Left knee arthroscopic partial medial and lateral meniscectomy and synovectomy were performed in 2012 and right knee arthroscopic partial medial meniscectomy and synovectomy was performed on 12/26/2013. Subsequent orthopedic followup in 2014 documents no knee joint effusion and near-normal range of motion. On 11/19/2014, Dr. Kim, in Attending Physician's Statement, recommends four hours of standing and four hours of walking per day indicating good postoperative results. Despite above, medical record continues to document complaints of pain with ambulation with subsequent x-ray dated 03/20/2015 documenting severe right and moderate left knee medial compartment degenerative arthritis with preserved lateral and patellofemoral joint compartments. Based on the above, medical record supports clinically significant degree of bilateral medial compartment degenerative arthritis supporting restrictions and limitations as of 04/11/2015 and beyond. Medical record documents increased pain with weight bearing activities and improvement with being off weight bearing, as expected with osteoarthritis of weight bearing joints such as knees.
>
> The provided medical record documents lumbosacral spine MRI with L4-5 facet degenerative arthritis. Degenerative facet arthritis supports restrictions and limitations. Lumbosacral spine MRI documents absence of spinal stenosis. Clinical data does not support lumbar radiculopathy with no documentation for radiculopathic pain in either lower extremity. Dr. Kim, in November 2014, specifically mentions absence of radiculopathy in the lower extremities. Based on the above, full loss of functionality secondary to low back pain is not supported with provided documentation.
>
> Medical record documents mild skin psoriasis without evidence of psoriatic arthritis. Clinical data does not support history of enthesitis, sacroiliitis, dactylitis and synovitis associated with psoriatic arthritis. Radiographic data does not document joint erosions and joint space narrowing as expected in inflammatory arthritis such as psoriatic arthritis. American College of Rheumatology criteria for psoriatic arthritis are not met. Medical record never documents diagnosis of psoriatic arthritis. Based on the above, diagnosis of psoriatic arthritis is not documented and not supported by medical record."

We asked that the medical reviewer comment on the thoroughness and validity of the Functional Capacity Evaluation conducted at the Center for Career Evaluations, Inc. Dr. Ash has responded as follows:

> "Absence of blood pressure and pulse increase at the end of Functional Capacity Evaluation is inconsistent with the claimant's self-reported complaint of severe pain experienced with standing, walking, reaching, et cetera. Loss of concentration during computer skill analysis is not supported as no cognitive difficulties or concentration deficit are ever documented in the medical record. In APS, Dr. Kim documents absence of cognitive deficits. Review of the clinical and radiographic data documented in the medical record do not support limitation in hand function and shoulder abnormalities that would cause difficulties with such activities as reaching and computer-associated hand activities. In APS, Dr. Kim recommends no restriction on reaching and hand activities. Review of the overall clinical and radiographic data documented in the medical record and outlined in the Medical Analysis section of this report does not support loss of function for full-time sedentary work as of 04/11/2015 and beyond."

In regard to specific work restrictions, Dr. Ash has advised:

- Sitting up to eight hours per day with position changes allowed with ergonomic chair for back support;
- Standing up to two hours per day one hour at a time;
- Walking up to two hours per day half an hour at a time;
- Frequent reaching above and at desk level;
- Frequent handling, feeling, grasping, and fingering;
- Occasional bending below waist and occasional reaching below desk level;
- Occasional climbing stairs;
- Occasional driving;
- Occasional lifting and carrying up to 10 pounds; and
- Occasional pushing and pulling up to 100 pounds if weight is on wheels.

Dr. Ash has also advised that you would be restricted from crouching, kneeling, crawling, and from climbing ladders.

Dr. James Lambur is a board-certified orthopedic surgeon with University Disability Consortium. Dr. Lambur spoke directly with Dr. Kim on 10/01/2015 and has summarized the discussion as follows:

> "This reviewer advised Dr. Kim of his observations following the review of Ms. Bertacchi's record. This reviewer also afforded Dr. Kim his opinion that Ms. Bertacchi appears able to return to the work place in the sedentary capacity. Dr. Kim was relatively vague in response as he was unsure of how long ago it had been since he had seen the patient but it had been "quite some time". He was of the opinion that Ms. Bertacchi exhibited a pain syndrome as

well. However, when queried relative to clinical support to validate Ms. Bertacchi's complaints of discomfort he was reluctant to do so. He stated that Ms. Bertacchi had difficulty sitting for prolonged periods of time, however, could offer no clinical observation to validate that complaint."

Dr. Lambur also spoke with Dr. Sivamani on 10/01/2015. Dr. Sivamani stated that at your last visit on 08/14/2015, there was no indication that you had Psoriatic Arthritis. He also added that he had "no overt obvious evidence to counter the recommendation that Ms. Bertacchi is able to engage in the sedentary occupation."

Dr. Lambdur's review has summarized the following:

"Ms. Bertacchi-Freeman is a 62 year old female with a past history of obesity coupled with the comorbid state of clinical evidence lending itself to early degenerative change in the medial compartment of the knees bilaterally.

There is also in the record reference to a dermatological condition of Psoriatic plaques over the lower extremities. This condition will be addressed by a co-reviewer Dr. Ash, a Rheumatologist.

Arthroscopic intervention has been performed for complaints of knee discomfort apparently stemming from degenerative change in the posterior horn of the medial menisci, compatible with early degenerative change in the knee, based upon long standing obesity as opposed to any traumatic incident described in concert with description with knee discomfort.

Ms. Bertacchi has been afforded total disability status through the writings of her treating physician, Dr. Kim, following evaluation 6/30/15 by the Center for Career Evaluations. This evaluation lacks independence as it was requested by Ms. Bertacchi and cannot and should not be considered an independent review. These evaluations presented by the Center, were apparently authored and performed under the direction of Allen Nelson, a Vocational Consultant, and Diana Bubanja, a therapist. Actual medical supervision by a trained physician is not evidenced in the report provided. In the report provided, the right knee is described as having 72 percent of knee flexion with extension being within normal limits, and 76 percent of flexion of the left knee with the extension being within normal limits as well. These measurements, while limited, do not preclude return to the work place. There were no notable aberrations of motion of the upper extremities or of fingering or use of the upper extremities. The individual in question was shown to be able to lift waist to shoulder only 6 pounds and was observed to have low back pain with sitting for only 15 minutes, standing for only 5 minutes, etc. It is to be noted that in the record provided, Ms. Bertacchi-Freeman's heart rate was measured at the beginning of the testing sequence and at the end of the physical capacity testing. At that time blood pressure was normal at 122/84 – 126/84 and heart rate was identified to be 74 and 76 respectively. This would not indicate to this reviewer that intense engagement and concentration on the task presented were fully engaged in by the individual.

> Basically, the report provided by Center for Career Evaluations reflects the patient's interpretation of perceived discomfort to tasks presented. There is no in depth range of motion recording measurements utilizing passive range of motion as compared to active range of motion pain. While the Center for Career Evaluations did give in depth descriptions of tasks requested of Ms. Bertacchi, there is evidence that request for completion of performance of certain maneuvers was terminated on multiple occasions upon Ms. Bertacchi's volunteered concerns relative to perceived discomfort being experienced by her in performance of such tasks. In telephone discussion with Dr. Leslie Kim, Ms. Bertacchi's treating physician, his offering of Ms. Bertacchi's complaint of inability to sit for prolonged periods of time while validated in the record as having been a symptom offered by this individual, when asked for clinical documentation for etiological factors contributing to that complaint, Dr. Kim was unable to do so. This reviewer explained to the treating physician that in the absence of dramatic limitations of the range of motion of the lumbar spine, or evidence of nerve compression or sensory impairment, or any neurologic deficit, that it was difficult to support Ms. Bertacchi's complaint of "inability to sit". Based upon the absence of valid substantive pathology being evidenced either by clinical evaluation or radiographic observations, there is no clinical support for Ms. Bertacchi's complaints."

In specific reference to the Center for Career Evaluation, Inc. 06/30/2015 report, it is Dr. Lambur's opinion that "the thoroughness and validity of the FCE provided by the Center for Career Evaluations is in question. There is no identification of range of motion observations for passive and/or active motion. There is evidence of lack of intense engagement on the part of the claimant and there is evidence that the tasks perceived to create discomfort by Ms. Bertacchi are discontinued. There is no medical observation of evaluation performed, and in the opinion of this reviewer this evaluation has no validity in fact." Dr. Lambur has also commented that "Absence of observations in increases in blood pressure and/or pulse rate are to be construed as lack of demand being placed on the individual being examined."

Dr. Lambur's report concludes the following:

" Ms. Gloria Bertacchi-Freeman is a 62 year old female who has undergone bilateral arthroscopic interventions of the knee with apparent good end result with the most recent note afforded by the operating surgeon indicating good functional range of motion of the knee without evidence of hydroarthrosis either right or left. Ongoing complaints of cervical, dorsal and lumbar back discomfort has not been validated or shown to be responsible for functional deficiency in multiple examinations performed by a series of physicians. There is no evidence of sensory impairment; there is no evidence of nerve entrapment or compromise due to degenerative change in the cervical, dorsal or lumbar spine. There is no evidence of atrophy and it is the opinion of this reviewer that Ms. Freeman is able to engage at the sedentary level of activity.

The Department of Transportation (DOT) defines Sedentary work as follows:

"exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."

Dr. Michael Leibowitz is a board-certified physical medicine and rehabilitation physician with University Disability Consortium. Dr. Kim did not respond to either telephone calls to discuss his observations and opinions or to the questions faxed to him by Dr. Leibowitz.

We asked that the reviewing physician render an opinion as to whether or not the medical record supports the level of pain and decreased cognition/poor mental stamina expressed in the 06/30/2015 report from the Center for Career Evaluations, Inc. Dr. Leibowitz has responded as follows:

> "The record does not support that the claimant experiences pain to the degree that it causes the decreased cognition/poor mental stamina as noted in the 6/30/15 report from the Center for Career Evaluations, Inc. As a matter of fact, a 5/13/14 Attending Physician's Statement of Continued Functionality authored by Dr. Kim indicated there are no cognitive or psychiatric impairments. A Hartford claimant questionnaire of 1/14/15 posed the question to the claimant: Have you suffered a severe cognitive impairment that renders you unable to perform common tasks such as using the phone, money management, or medication management? The claimant answered no to the aforementioned question. Furthermore, the questionnaire of 1/14/15 posed the following question to the claimant: Have you engaged in any work activity (including self-employment) since the onset of your disability? The claimant responded yes to the aforementioned question. She has applied for and interviewed for multiple jobs and performed case work preparation for her Workers' Comp case and her legal case. The aforementioned strongly speaks for lack of any significant cognitive impairment. Furthermore, since the onset of her disability she has continued her education: and prepared for the LSAT (i.e. Law School Admission Test) entrance exam. The aforementioned education and preparation for that entrance exam to a professional school is incompatible with decreased cognition and poor mental stamina as noted in the 6/30/15 FCE report. The claimant's Curriculum Vitae is impressive and she continues to pursue higher education. Furthermore, there has been no Folstein mini mental status exam or neuropsychological test performed by the clinicians during the 6/30/15 FCE nor by any of her treating clinicians to document nor support any objective cognitive impairments. Of significance is that Tricia Benson, P.T. authored a physical therapy discharge summary on 8/13/14. Ms. Benson indicated that the claimant reports that she is unable to stand for longer than 10 minutes due to her pain, but however the claimant is observed to routinely be able to stand for exercises in physical therapy for 10 to 15 minutes without complaints of pain. The claimant indicates and reports only being able to lift very light weight but the claimant is observed being able to lift her purse from the floor

with ease and without complaints of pain. Her scores on the Oswestry test indicated a much higher level of perceived impairments than that of her actual impairment seen during physical therapy treatments. The claimant indicates and reports moderate difficulty with getting into and out of a car but is able to drive herself to physical therapy independently and get into and out of a car and into and out of the building independently without an assistive device. She does not use an assistive device for any activities of daily living and Ms. Benson indicated that the claimant was discharged from physical therapy due to noncompliance. All the aforementioned supports that the claimant did not experience pain to the degree that it causes decreased cognition/poor mental stamina as noted on the 6/30/15 report from the Center for Career Evaluations, Inc."

Dr. Leibowitz further states:

> "The whole of the record does not support that the claimant has decreased mental function as a side effect of either pain and/or prescribed medications. The purported medication side effects reported and noted on the 5/6/13 office visit of Dr. Kim noted that on 4/19/13 the claimant underwent a left knee ultrasound guided injection with lidocaine and a second injection with Marcaine and Depo-Medrol which was felt to elevate the blood pressure and lead to insomnia transiently for one week. However, the claimant had insomnia prior to the left knee injection. On 11/15/12 an office visit note of Dr. Nguyen noted that the claimant was already taking Benadryl for insomnia. The claimant has had preexisting hypertension and even in 2012 had elevated blood pressures. Depo-Medrol can certainly lead to elevated blood pressure and Depo-Medrol was used in the injection. The claimant has had elevated blood pressure with a history of hypertension prior to such injection. There was no definite cause and effect relationship between any of the medications in the injection to left knee of 4/19/13 and insomnia, nor the elevated blood pressure."

Concerning the thoroughness and validity of the Functional Capacity Evaluation conducted at the Center for Career Evaluations, Inc., Dr. Lambur has opined:

> "The FCE conducted at the Center for Career Evaluations, Inc. performed in 6/2015 is not completely thorough. For instance, there was no thorough cardiorespiratory endurance protocol performed. This is generally an essential part of the FCE, and it is addressed by one of multiple protocols including the modified Bruce protocol or other protocols. This was not included in the FCE performed in 6/2015. The FCE was not entirely thorough. The FCE itself was not valid nor was it reliable. For instance, the lack of blood pressure and heart rate response to an increased work load, in the absence of a beta-blocker medication which could blunt such response (and the claimant was not on a beta-blocker) reveals that it is more likely than not that there was a suboptimal effort provided by the claimant. The observations of Ms. Benson, Physical Therapist on the physical therapy discharge summary of 8/13/14, alluded to above in conjunction with the lack of blood pressure and heart rate response to a physical demand load, speak for the claimant having self-imposed limitations on functionality. The aforementioned is in contradistinction to the 1/14/15 claimant questionnaire in which she indicated she exercises and walks. Furthermore, it is indicated that in multiple areas of the record the claimant exercises and

clinicians have recommended the claimant to exercise. The lack of heart rate and blood pressure response to an increased physical demand load is inconsistent with the FCE being valid."

Dr. Leibowitz also opined:

"...the significant blood pressure and heart rate increase with increasing physical demand levels are certainly not consistent with the claimant's statement that she found the exertional demands of the FCE to be very heavy. The claimant was not on a beta-blocker which would blunt an increase in blood pressure and increase in heart rate with increasing physical demand levels. In the absence of the claimant being on a beta blocker, a heart rate increase of 2 beats per minute from a heart rate of 74 to a heart rate of 76 with a heart rate of 76 being entirely normal and with systolic blood pressure only increasing by 4 millimeters of mercury and diastolic blood pressure remaining constant, even in view of upper extremity exercise, is not consistent with the claimant's subjective comments that she found the exertional demands of the FCE to be very heavy. The heart rate increase and the systolic pressure increase were extremely minor and are certainly not a significant increase from baseline systolic blood pressure and baseline heart rate. With aerobic conditioning a target heart rate for this 62-year-old female would be at least 110 beats per minute. The heart rate with an increasing physical demand level of 76 is entirely within normal limits and is certainly far less than 110 beats per minute." Dr. Leibowitz has opined that you are able to work on a full-time basis with the following restrictions:

- Sit for 15 minutes at a time, for a total of 6 hours per day in an 8 hour work day;
- Stand for 10 minutes at a time, for a total of 1.5 hours in an 8 hour work day;
- Walk for 3 minutes at a time, for a total of 30 minutes in an 8 hour work day;
- Constantly lift, carry, push, and pull weight of a negligible amount;
- Constantly reach at waist/desk level with both upper extremities;
- Frequently reach below waist/desk level with both upper extremities;
- Occasionally lift, carry, push, and pull 10 pounds; and
- Occasionally reach above shoulder level bilaterally.

Dr. Leibowitz has also advised that you are restricted from kneeling, crawling, and climbing ladders.

Based on a review of the whole of the claim file, we are in agreement with the work restrictions as outlined by Dr. Leibowitz. Using these specific work restrictions as well as your prior education and work experience (with the removal of consideration of the MBA from Americus University), a Rehabilitation Vocational Case Manager completed an Employability Analysis on 10/22/2015. The results have identified the following occupations:

| Occupation | Monthly Median Wage |
|---|---|
| • Community-Services-and-Health-Education Officer | $14,443.86 |
| • Program Manager | $14,443.86 |

In reviewing your claim for benefits, we considered not only the medical information provided, information you provided us, the opinion of your treatment provider, review by the independent physicians along with your award for Social Security Disability benefits and the provisions of the Cardinal Health, Inc. Long Term Disability Contract. The appeal review has concluded that you have not been Disabled from Any Occupation. Accordingly, Long Term Disability benefits beyond 04/10/2015 are not payable under the terms of the policy.

This determination as described in the above analysis represents our final decision on this claim. You are entitled to receive upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to this claim. You may bring a civil action under section 502(a) of the Employee Retirement Income Security Act of 1974, ("ERISA").

The Illinois Department of Insurance requires that we advise you that if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division at 320 West Washington Street, Springfield, Illinois 62767. Toll-Free Phone: (866) 445-5364.

Under the Policy, legal action cannot be taken against us more than 3 years after the date Proof of Loss is required to be given according to the terms of the Policy. Please consult the Policy's Legal Actions and Sending Proof of Loss provisions for additional information.

Sincerely,

*Mary Floyd*

Mary Floyd, Appeal Specialist
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



THE
HARTFORD

October 5, 2015

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

I am writing in response to your recent request for completion of questionnaires from Dr. Fink and Ms. Hennessy. We must decline as the information requested is not a part of the administrative claim record.

Sincerely,

*Mary Floyd*

Mary Floyd, Appeal Specialist
Hartford Life and Accident Insurance Co.
678 566 4265

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



THE
HARTFORD

September 24, 2015

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

We have received your additional appeal supplementation dated 09/23/2015 (received by The Hartford on 09/24/2015). This information completes your appeal to your claim for Long Term Disability benefits. We are proceeding with our review of the claim file and all documents relevant to it. Should you intend to submit additional information for consideration of your appeal, please advise us immediately. Please be advised that your 180 day period allowed under ERISA to complete your claim appeal will exhaust as of 10/10/2015.

We will make an appeal decision as soon as possible and should make the decision within 45 days of the receipt of the complete appeal. If there are special circumstances that prevent us from making the decision in that time, the evaluation period can be extended to 90 days. We will notify you if an extension is necessary.

Sincerely,

*Mary Floyd*

Mary Floyd, Appeal Specialist
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



THE
HARTFORD

September 23, 2015

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

We are in receipt of your additional submission of 09/22/2015 to complete your appeal.

The federal law known as the Employee Retirement Income Security Act of 1974 (ERISA) allows 45 days to respond to your request. There may be special circumstances that cause a delay. You will be told of any delay. However, this review may not take longer than 90 days to complete after your request for a review has been received.

We also understand that you are declining to attend a formal functional capacity evaluation arranged through a third-party vendor. Therefore, we have requested an independent medical record review, to include direct contact with your treating physician, Dr. Kim.

I will be glad to answer any questions you may have. I can be reached at (678) 566-4265.

Sincerely,

*Mary Floyd*

Mary Floyd, X
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



THE
HARTFORD

September 11, 2015

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

We have received your appeal in connection with your claim for Long Term Disability benefits and have asked that Dr. Kim provide a script for you to attend a Functional Capacity Evaluation. Additionally, the following items do not appear to have been included with your appeal submission:

#34 IME report
#36 records from Lawrence Bass
#37 Psoriatic arthritis article
#40 Information regarding Americus University.

Should you wish for these items to be considered for your appeal, please submit them to either the mailing address or fax number listed below.

The federal law known as the Employee Retirement Income Security Act of 1974 (ERISA) allows 45 days to respond to your request. There may be special circumstances that cause a delay. You will be told of any delay. However, this review may not take longer than 90 days to complete after your request for a review has been received.

I will be glad to answer any questions you may have. I can be reached at (678) 566-4265.

Sincerely,

*Mary Floyd*

Mary Floyd, Appeal Specialist
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



THE
HARTFORD

September 8, 2015

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Dr. Bertacchi-Freeman:

We have received your appeal concerning your claim for Long Term Disability (LTD) benefits.

The Hartford maintains a separate Appeal Unit for the consideration of claims that have been denied by the Claims Department. Each Appeal Specialist in our Appeal Unit is charged with making an independent assessment of the claim based on the relevant policy provisions and all of the evidence in the claim file. The Appeal Specialist will not discuss the merits of the claim with the Analyst responsible for the decision you are appealing.

This appeal will be assigned to an Appeal Specialist in the near future. At that time you will be provided with the Appeal Specialist's name, address and telephone number.

An appeal decision will be made as soon as possible, and should be made within 45 days of the receipt of the request. If there are special circumstances that prevent the decision from being made in that time, the evaluation period can be extended by an additional 45 days. We will notify you if an extension is necessary. We will inform you in the event the review cannot be completed for any reason.

We will be glad to answer any questions you may have. We can be reached at 1-407-562-3129.

Sincerely,

Appeal Unit
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



THE
HARTFORD

April 27, 2015

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

We are in receipt of your request dated April 16, 2015 requesting a copy of your claim file.

Enclosed is a copy of the claim file or information you requested.

Please note that to protect material such as private third-party information or privileged communications, certain documents may have been withheld or appropriately redacted.

If you have any questions, please feel free to contact our office at (888) 445-0040, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst */BJB*
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



THE HARTFORD

April 10, 2015

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

We are writing to you about your claim for Long Term Disability (LTD) benefits. These benefits are under the group insurance policy number 83120674 for Cardinal Health, Inc.

We have completed our review of your claim for benefits and have determined that the evidence submitted in support of your claim does not establish that you will meet the Policy definition of Disability beyond April 10, 2015. Accordingly, LTD benefits are not available under the Policy beyond April 10, 2015 and your claim will be closed as of April 11, 2015.

We based our decision to terminate your claim on Policy language. All the papers contained in your file were viewed as a whole. This included:

- The Eligibility information received from your Employer on October 31, 2012;
- Employee's Statement of the Application for Long Term Disability benefits completed by you and received on March 25, 2013;
- Attending Physician's Statement completed by Dr. Kim on November 19, 2014;
- Medical records from Dr. Kim for the period of June 24, 2014 through March 20, 2015;
- Independent Medical Review completed by Brett Fink, Board Certified Orthopedic Surgeon on March 23, 2015;
- Work and Education History form submitted by you on January 16, 2015;
- Employability Analysis Report completed by The Hartford's Rehabilitation Clinical Case Manager on April 3, 2015.

Our records indicate that on October 10, 2012, you ceased working as a Pharmacy Director for Cardinal Health, Inc. due to symptoms and impairments related to Knee and Back Pain. You were Disabled from Your Occupation on October 11, 2012 and became entitled to LTD benefit payments on April 11, 2013. Accordingly, pursuant to the Policy's definition of Disability, you are entitled to LTD benefits during the first 24 months of disability if your condition prevents you from performing the Essential Duties of Your Occupation. As of April 10, 2015, you will have received 24 months of LTD disability benefits. To remain eligible for benefits on and beyond April 11, 2015, you need to be

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

prevented by Disability from performing Any Occupation for which you are qualified by education, training, or experience.

On November 19, 2014 Dr. Kim completed an Attending Physician's Statement due to your Knee Osteoarthritis, Cervical and Lumbar conditions. He advised you are able to reach at waist or desk level and handle with both hands with no restrictions. He also advised you are occasionally able to lift, carry, push and pull up to 10 pounds, bend at the waist, and drive. He also advised you are able to sit, stand and walk up to 4 hours a day.

We referred your claim for an Independent Medical Review completed by Brett Fink, Board Certified Orthopedic Surgeon on March 23, 2015. He opined that you may lift, carry, push or pull up to 20 pounds occasionally and 10 pounds frequently. You can sit, stand or walk up to 6 hours each out of an 8 hour day. You can drive up to one hour without stopping; climb or balance occasionally; and stoop, kneel, crouch, crawl or reach rarely. You can reach at or below waist continuously; work above shoulder level occasionally; finger, handle and feel continuously. He reports you are capable of physically performing work within theses limitations up to 40 hours per week. Dr. Fink furter opined that you have reached maximum medical improvement.

We have concluded from the combination of all the medical information in your file that you are able to perform full time sedentary and light work.

To remain eligible for benefits, medical information must support that your condition prevents you from performing the Essential Duties of Any Occupation. When we investigated whether you could perform the duties of Any Occupation, we considered your prior education, training and experience. Our records indicate your past work experience includes working as a Director of Pharmacy, Director of Operations and a Clinical Pharmacist. Additionally, you indicated you completed your Pharmacy Diploma and have an MBA.

The following jobs were identified as appropriate job matches based upon skill transferability. Salaries for these occupations are above 65% of your Pre-Disability Earnings ($6933.33) as required by the definition of Any Occupation. These occupations are representative of the types of occupations you are qualified to perform based on your limitations. These occupations include:

- Community Services and Health Education Officer, National median wage $9,557.60 /month
- Program Manager, National median wage $9,557.60 / month
- Quality Assurance Coordinator, National median wage $ 10,311.60 /month

It is our determination that the weight of the medical evidence in your file does not support symptoms and impairments of such a severity as to prevent you from performing Any Occupation. Therefore, you will not meet the definition of Disability beyond April 10, 2015 and your claim will be closed as of April 11, 2015.

Your claim file reflects you are receiving Social Security Disability benefits ("SSD"). As we discussed with you, it is possible to qualify for SSD, but no longer continue to qualify for private Long-Term Disability (LTD) benefits from The Hartford. The standards governing these public

and private benefits are different in critical ways. In determining entitlement to SSD, the Social Security Administration (SSA) measures your condition against a unique set of federal criteria. By contrast, continued qualification for benefits under your private LTD policy depends in part on the consistent interpretation of the specific terms in that policy. Therefore, while The Hartford considers the SSA's disability determination as one piece of relevant evidence, the SSA's determination is not conclusive.

Please refer to page 8 of your Policy booklet, which states:

"***How do We define Disability?***
*Disability* or *Disabled* means that *You* satisfy the Occupation Qualifier or the Earnings Qualifier as defined below.

**Occupation Qualifier**
*Disability* means that during the *Elimination Period* and the following 24 months, *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:
1) continuously unable to perform the *Material and Substantial Duties* of *Your Regular Occupation*; and
2) not *Gainfully Employed.*

After the *LTD Monthly Benefit* has been payable for 24 months, *Disability* means that *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:
1) continuously unable to engage in any occupation for which *You* are or become qualified by education, training or experience; and
2) not *Gainfully Employed.*

**Earnings Qualifier**
*You* may be considered *Disabled* during and after the *Elimination Period* in any month in which *You* are *GainfullyEmployed*, if an *Injury* or *Sickness* is causing physical or mental impairment to such a degree of severity that *You* are unable to earn more than 80% of *Your Monthly Earnings* in any occupation for which *You* are qualified by education, training or experience. On each anniversary of *Your Disability*, *We* will increase the *Monthly Earnings* by the lesser of the current annual percentage increase in *CPI-W*, or 10%.

*You* are not considered to be *Disabled* if *You* are able to earn more than 80% of *Your Monthly Earnings*. Salary, wages, partnership or proprietorship draw, commissions, bonuses, or similar pay, and any other income *You* receive or are entitled to receive will be included. Sick pay and salary continuance payments will not be included. Any lump sum payment will be prorated, based on the time over which it accrued or the period for which it was paid."

Please refer to page 19 of your LTD Policy booklet which states:

"***Gainful Employment*** or ***Gainfully Employed*** means the performance of any occupation for wages, remuneration or profit, for which *You* are qualified by education, training or experience on a

full-time or part-time basis, and which *We* approve and for which *We* reserve the right to modify approval in the future."

Please refer to page 7 of the Policy booklet, which states in part:

"...Benefits will end on the earliest of the following:
1) the date that benefits would terminate in accordance with the provisions of the Policy; or..."

The Employee Retirement Income Security Act of 1974 (ERISA) gives you the right to appeal our decision and receive a full and fair review. You are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim. If you do not agree with our denial, in whole or in part, and you wish to appeal our decision, you or your authorized representative must write to us within one hundred eighty (180) days from the receipt of this letter. Your appeal letter should be signed, dated and clearly state your position. Please include your printed or typed full name, Policyholder, and at least the last four digits of your Social Security Number with your appeal letter (i.e. xxx-xx-1234). Along with your appeal letter, you may submit written comments, documents, records and other information related to your claim.

Once we receive your appeal, we will again review your entire claim, including any information previously submitted and any additional information received with your appeal. Upon completion of this review, we will advise you of our determination. After your appeal, and if we again deny your claim, you then have the right to bring a civil action under Section 502(a) of ERISA.

Please send your appeal letter to:

The Hartford
P.O. Box 14087
Lexington, KY 40512-4087

The Illinois Department of Insurance requires that we advise you that if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 100 W. Randolph Street, Suite 9-301, Chicago, Illinois 60601 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767.

If you have any questions, please feel free to contact our office at (888) 445-0040, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday. Information may be faxed to (855) 339-7249.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.



THE
HARTFORD

March 23, 2015

Dr. Leslie Kim
901 Campus Drive #111
Daly City, CA 94015

| | |
|---|---|
| Policyholder: | Cardinal Health, Inc. |
| Claimant: | Gloria Bertacchi-Freeman |
| DOB: | REDACTED/1953 |
| Insured ID: | 9004108017 |
| Claim Event ID: | 14520979 |
| Policy No: | 83120674 |

Dear Dr Kim:

We recently had a medical consultant review the medical information and records of your patient named above. While we prefer to also have the medical consultant speak with you directly, we acknowledge that is not always practical as evidenced by Dr. Dr Brett Fink Board Certified Ortho Surg's three unsuccessful attempts to connect with you by telephone. Therefore, below you will find a summary of Dr. Dr Brett Fink Board Certified Ortho Surg's assessment of the restrictions/limitations based on the medical information we have on file.

We are sending this to you as a courtesy to afford you every opportunity to provide us with additional information not contained in your medical records. We ask that you review the summary and provide any comments you would like to share in the space provided below.

If you wish to respond, please do so to the confidential fax (877) 853-9664, to avoid any undue mail delay. Please respond by 03/30/2015. If we do not receive a response within 5 business days, we will make a claim decision based upon the full and sufficient information currently in our file, which includes the medical consultant's assessment of restrictions/limitations supported by the medical evidence. Your signature below, without additional comments, indicates you have reviewed and agree with our medical consultant's assessment.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

On 10/29/13, Dr. Kim indicated that Ms. Freeman could occasionally lift 1 to 10 pounds, and never able to lift greater than 10 pounds. She can sit, stand, and walk for 4 hours per day.

However, Ms. Tricia Benson, PT makes some observations that suggest abnormal pain behavior. She documents:

"She indicates she is unable to stand for longer than ten minutes due to her pain but is routinely able to stand for exercises at physical therapy ten – fifteen minutes without complaint of pain. She indicates only being able to lift very light weights and is able to lift a purse from the floor with ease and without complaint of pain… Her scores on the Oswestry have been consistent since starting treatment but indicate a much higher level of perceived impairment than her actual ability impairment seen during the physical therapy treatments.

She indicates extreme difficulty or unable to perform lifting an object, like a bag of groceries from the floor but is able to lift her purse from the floor with ease and without complaint of pain. She indicates moderate difficulty with getting into or out of a car but is able to drive herself to physical therapy independently and get into/out of the car and into/out of the building independently without use of an AD. She is not use in AD for any of her ADLs."

This suggests that Ms. Freeman's actual physical capabilities exceed her claims of impairment. Based on these observations, Ms. Freeman's activities should be similar to those of other persons with knee and back arthritis. She may lift, carry, push, or pull up to 20 lbs. occasionally and 10 lbs. frequently. She can sit, stand, or walk up to 6 hours each out of an 8 hour day. She can drive up to 1 hour without stopping. She can climb or balance occasionally, and stoop, kneel, crouch, crawl, or reach rarely. These limitations/restrictions are based on minimum expected activity consistent with her observed ability to get in and out of a car without difficulty. She may work at waist/desk

or below waist level continuously. She can work above shoulder level occasionally. She can handle, finger and feel continuously. No other activity limitations are necessary.

In my opinion, the claimant would be reasonably capable of physically performing within the limitations and restrictions noted in Question 2 for up to 40 hours per week.

Maximum medical improvement (MMI) occurs when an injured person reaches a state where his or her condition cannot be improved any further or when a treatment plateau in a person's healing process is reached. Ms. Freeman underwent bilateral knee arthroscopies on 10/25/12 and 12/27/2013. No surgical indication such as mechanical locking is present within the submitted documentation. While knee arthroplasty or lumbar fusion are reasonable forms of treatment of knee and lumbar osteoarthritis, these procedures should be considered cautiously in a claimant with abnormal pain behavior. The claimant has been through multiple course of physical therapy and, as Ms. Benson, states in her 8/13/14 note, "patient seemed to enjoy physical therapy but did not report any improvement in her condition over the few months I have been seeing her." It is not expected that further physical therapy will lead to significant or meaningful improvements of Ms. Freeman's activity. To a reasonable degree of medical certainty, the claimant has reached maximal medical improvement.

Thank you for your time and attention to this matter. If you have any questions or concerns, please do not hesitate to call me at (800) 445-9057.

Sincerely,

*Kimberly Scouten, RN*

Kimberly Scouten, RN Clinical Case Manager
Hartford Life and Accident Insurance Co.

Provider Comments:

________________________________________
________________________________________
________________________________________
________________________________________

Provider Signature ____________________ Date ____________

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



THE
HARTFORD

February 5, 2015

Dr. Kim
Fax (650) 991-2650
Dpo, AA 34004

| Policy Holder: | Cardinal Health, Inc. |
|---|---|
| Claimant: | Gloria Bertacchi-Freeman |
| Insured ID: | 9004108017 |
| Policy Number: | 83120674 |
| DOB: | REDACTED 1953 |

Dear Dr Kim:

I am a Clinical Case Manager with The Hartford. We are handling the Long Term Disability (LTD) claim for Gloria Bertacchi-Freeman. Additional information is needed to help us understand your patient's current capabilities and medical condition.

In the office notes you provided Ms Bertacchi is able to sit, stand, and walk for ½ hr at a time totaling 4 hours each per day due to osteoarthritis, lumbar degeneration, and cervical strain. EE is limited to lifting no more than 10 lbs occasionally. EE reports exacerbation of pain with exertion.

It is understandable that Ms Bertacchi is not able to be on her feet for any length of time and requires frequent position changes due to her lower back pain, and knee pain, however, do you agree that she would be able to sit for 6-8 hours with changes in position as needed, performing fingering and handling at desk level, and lifting no more than 10 lbs occasionally? This is defined as Sedentary Job Demand in the Dictionary of Occupational Titles.

Yes______ No_______

If no, please explain the reason including diagnostic rational describing the barriers for Ms Bertacchi to function at a sedentary job demand level full time.

_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

**Physician's signature:** ______________________ **Date:** __________

A verbal response can be made by calling me at the phone number below. A written response can be faxed to (877) 853-9667. A response is requested by the end of the day on 02/12/2015. If not received by that time, we will make a decision on the claim with the information we have available. Thank you.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions, please feel free to contact our office at (800) 445-9057. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Kimberly Scouten, RN*

Kimberly Scouten, RN Clinical Case Manager
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



THE
HARTFORD

December 19, 2014

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

This letter is about your claim for Long Term Disability (LTD) benefits. We need more information to evaluate your claim.

Please refer to our letters dated October 29, 2014 and November 26, 2014 in which we asked you to complete a Work and Educational History form as well as a Claimant Questionnaire form. We have yet to receive this information. Additional forms are attached for your convenience, please complete these forms and return them to The Hartford.

Please return all information that we asked for within twenty one (21) days in order to avoid any delays in processing your claim for benefits.

If you have any questions, please feel free to contact our office at (800) 549-6514, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Enclosures:
Work and Educational History LC-6889
Claimant Questionnaire LC-4699-19 FI

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



THE
HARTFORD

December 2, 2014

Dr. Kim
Fax Number: 650-991-2650

Policyholder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
DOB: REDACTED/1953
Insured ID: 9004108017
Claim Event ID: 14520979
Policy No: 83120674

Dear Dr. Kim:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Please provide office notes for the period from 09/01/2014 to present. Please include any other information you feel is pertinent to the processing of this claim.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

If you have any questions, please feel free to contact our office at (800) 549-6514, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/AS*

Christine M. Montroy, Ability Analyst /*AS*
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



THE HARTFORD

03/23/2013 16:40 916--773-2956 FEDEX OFFICE 3294 PAGE 10

THE HARTFORD

G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. I AUTHORIZE you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

| Gloria Bertacchi Freeman | [redacted]/53 | 3990 |
|---|---|---|
| Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization; this Authorization will control.

| | 3/19/13 | |
|---|---|---|
| Signature of Insured or Guardian | Date | Relationship to Insured (*if signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



THE
HARTFORD

November 26, 2014

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

This letter is about your claim for Long Term Disability (LTD) benefits. We need more information to evaluate your claim.

Please refer to our letter dated October 29, 2014 in which we asked you to complete a Work and Educational History form as well as a Claimant Questionnaire form. We have yet to receive this information. Additional forms are attached for your convenience, please complete these forms and return them to The Hartford.

Please return all information that we asked for within twenty one (21) days in order to avoid any delays in processing your claim for benefits.

If you have any questions, please feel free to contact our office at (800) 549-6514, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Enclosures:
Work and Educational History LC-6889
Claimant Questionnaire LC-4699-19 FI

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



THE
HARTFORD

October 29, 2014

Dr Kim
901 Campus Drive #111
Daly City, CA 94015
Fax : (650) 991-2650

Policyholder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
DOB: REDACTED 1953
Insured ID: 9004108017
Claim Event ID: 14520979
Policy No: 83120674

Dear Dr Kim:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

All records for the period of 6/1/2014 to present. Please include any other information you feel is pertinent to the processing of this claim.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

If you have any questions, please feel free to contact our office at (800) 549-6514, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/VS*

Christine M. Montroy, Ability Analyst /*VS*
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



03/28/2013 16:10 FAX                    KINKO'S                              ☑ 005/011



G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. I AUTHORIZE you to disclose to The Hartford's complete copy of any and all of the following personal or privileged information, records, or documents relative to:

*Gloria Bertacchi Freeman*                    [REDACTED] **'53**        **3990**
Insured's Name *(Please print)*                    Date of Birth        Last 4 Digits of Social Security Number

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

I UNDERSTAND that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

I ALSO UNDERSTAND that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

_____                    3/19/13
Signature of Insured or Guardian                    Date        Relationship to Insured
                                                                *(if signed by Guardian)*

---

[1] The Hartford is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company  and Specialty Risk Services, LLC , and any of their parents, affiliates, subsidiaries and/or third-party contractors.

Bertacchi-Freeman/Hartford000303



THE
HARTFORD

October 29, 2014

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

We are writing to you regarding your claim for Long Term Disability (LTD) benefits. According to the provision of your group policy, in order to be eligible for LTD benefits you must meet the following definition of Disability:

***"How do We define Disability?***
*Disability* or *Disabled* means that *You* satisfy the Occupation Qualifier or the Earnings Qualifier as defined below.

**Occupation Qualifier**
*Disability* means that during the *Elimination Period* and the following 24 months, *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:

1) continuously unable to perform the *Material and Substantial Duties* of *Your Regular Occupation*; and
2) not *Gainfully Employed.*

**Earnings Qualifier**
*You* may be considered *Disabled* during and after the *Elimination Period* in any month in which *You* are *GainfullyEmployed*, if an *Injury* or *Sickness* is causing physical or mental impairment to such a degree of severity that *You* are unable to earn more than 80% of *Your Monthly Earnings* in any occupation for which *You* are qualified by education, training or experience. On each anniversary of *Your Disability*, *We* will increase the *Monthly Earnings* by the lesser of the current annual percentage increase in *CPI-W*, or 10%.

*You* are not considered to be *Disabled* if *You* are able to earn more than 80% of *Your Monthly Earnings*. Salary, wages, partnership or proprietorship draw, commissions, bonuses, or similar pay, and any other income *You* receive or are entitled to receive will be included. Sick pay and salary continuance payments will not be included. Any lump sum payment will be prorated, based on the time over which it accrued or the period for which it was paid."

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

Please refer to your LTD Policy which states:

"After the *LTD Monthly Benefit* has been payable for 24 months, *Disability* means that *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:

1) continuously unable to engage in any occupation for which *You* are or become qualified by education, training or experience; and
2) not *Gainfully Employed*."

Your LTD benefits became effective on April 11, 2013. Effective April 11, 2015, you must be considered Disabled as outlined in the second portion of the above definition in order to continue to be eligible for LTD benefits.

Please be advised that this office has initiated an investigation to determine if you will qualify for benefits on and after April 11, 2015. When we have completed our investigation, we will notify you regarding our determination.

Please complete and return to our office the enclosed Work & Education History Form, Claimant Questionnaire, and Authorization to Obtain and Disclose Information.

Additionally, please have your physician complete and return to our office the enclosed Attending Physician's Statement of Disability based on a recent office visit. Please note that this must include specific restrictions/limitations assessing your current level of functionality.

We have also requested medical records from Dr. Kim for the period of June 1, 2014 through the present. Please follow up with their office to ensure a timely response to our request for information.

Please return all information that we asked for within twenty one (21) days in order to avoid any delays in processing your claim for benefits.

If you have any questions, please feel free to contact our office at (800) 549-6514, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Enclosures:
Work and Educational History LC-6889
Attending Physician's Statement of Functionality LC-7137 (FI)
Claimant Questionnaire LC-4699 (FI)

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



THE
HARTFORD

June 17, 2014

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

This letter is about your request for additional information.

We cannot advise of any pay you should have received as Cardinal Health does not share any pay information with The Hartford for STD benefits. I can advise that you were signed up for the STD buy-up plan which should have paid you at 90% of your salary for 8 weeks and then it would have dropped down to 70% for the remainder of the time you were on STD. I cannot advise if you were actually paid these amounts, and you will need to follow up with Cardinal Health for specifics.

If you have any questions, please feel free to contact our office at (800) 549-6514, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613



THE
HARTFORD

April 24, 2014

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

This letter is about your claim for Long Term Disability (LTD) benefits. We need more information to evaluate your claim.

Please have the enclosed Attending Physician's Statement completed by your current physician based on a recent (or next) office visit. The information must include your current condition, any complications, specific restrictions/limitations, current treatment plan and expected return to work date or reevaluation date. Please encourage your physician to respond to our request as soon as possible. We require this information for the ongoing processing of your claim.

We also requested an update regarding your Workers Compensation claim from Edward Lester on February 27, 2014, March 27, 2014 and today April 24, 2014. Please follow up with your Attorney's office and ask them to follow up with us as soon as possible.

Please return all information that we asked for within twenty one (21) days in order to avoid any delays in processing your claim for benefits.

If you have any questions, please feel free to contact our office at (800) 898-2458, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Enclosures:
Attending Physician's Statement of Functionality LC-7137 (FI)

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE
HARTFORD

April 24, 2014

Edward Lester
Mastagni, Holstedt, Amick, Miller & Johnsen
1912 I St.
Sacramento, CA 95811

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

To Whom It May Concern:

We are reviewing a claim for Long Term Disability (LTD) benefits for the above referenced claimant.

Please refer to our letters dated February 27, 2014 and March 27, 2014. The Hartford is providing Disability Benefits to Gloria Bertacchi-Freeman for injuries sustained on October 11, 2012. Gloria Bertacchi-Freeman advised she is pursuing a lawsuit related to these injuries.

We expect the payments Gloria Bertacchi-Freeman receives from any settlement or judgment related to injuries sustained on October 11, 2012 to include compensation for loss of earnings. Please provide a copy of the settlement or judgment which includes documentation of the amount attributed to loss of income. If you have not reached a settlement or judgment, please provide us an update regarding the current status of her Workers Compensation claim.

A signed authorization completed by Gloria Bertacchi-Freeman is attached.

Please fax an update regarding Gloria Bertacchi-Freeman's Workers Compensation claim to 877-454-7217.

If you have any questions, please feel free to contact our office at (800) 898-2458, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Authorization*

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 8, 2014 8:04:28 PM EST | 916 773 2956 | 36 | 1 | Received |

02/08/2014 17:03 916--773-2956 FEDEX OFFICE 3294 PAGE 01

THE HARTFORD

AUTHORIZATION TO RELEASE INFORMATION

Claimant Name: Gloria Bertacchi-Freeman xxx-xx-3990

Attorney Name: Edward Lester

Address: Mastagni, Holstedt, Amick, Miller + Johnsen
1912 I Street
Sacramento, CA 95811
(www. mastagni.com)

Phone: (916 446-4692

Fax: (916447-4614

The undersigned hereby authorizes The Hartford Life and Accident Insurance Company to obtain medical, vocational, and/or financial information to/from my attorney, Mastagni + Associates pertaining to my claim for Worker's Compensation benefits in connection with my Long Term Disability claim. I understand that this document is valid for as long as such attorney represents me.

Date 2/7/14 Claimant's Signature [signature]

Minneapolis Regional Office
Benefit Management Services
3800 American Blvd. West
Bloomington, MN 55431-4440
Telephone (952) 656-6900
Toll Free (800) 752-9713
Toll Free Fax (877) 454-7217



THE
HARTFORD

March 27, 2014

Edward Lester
Mastagni, Holstedt, Amick, Miller & Johnsen
1912 I St.
Sacramento, CA 95811

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear x:

We are reviewing a claim for Long Term Disability (LTD) benefits for the above referenced claimant.

Please refer to our letter dated February 27, 2014. The Hartford is providing Disability Benefits to Gloria Bertacchi-Freeman for injuries sustained on October 11, 2012. Gloria Bertacchi-Freeman advised she is pursuing a lawsuit related to these injuries.

We expect the payments Gloria Bertacchi-Freeman receives from any settlement or judgment related to injuries sustained on October 11, 2012 to include compensation for loss of earnings. Please provide a copy of the settlement or judgment which includes documentation of the amount attributed to loss of income. If you have not reached a settlement or judgment, please advise of the current status of her Workers Compensation claim.

A signed authorization completed by Gloria Bertacchi-Freeman is attached.

Please fax an update regarding Gloria Bertacchi-Freeman's Workers Compensation claim to 877-454-7217.

If you have any questions, please feel free to contact our office at (800) 898-2458, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Enclosures:
Authorization*

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 8, 2014 8:04:28 PM EST | 916 773 2956 | 36 | 1 | Received |

02/08/2014 17:03 916--773-2956 FEDEX OFFICE 3294 PAGE 01

THE HARTFORD

AUTHORIZATION TO RELEASE INFORMATION

Claimant Name: Gloria Bertacchi-Freeman xxx-xx-3990

Attorney Name: Edward Lester

Address: Mastagni, Holstedt, Amick, Miller + Johnson
1912 I Street
Sacramento CA 95811
(www.mastagni.com)

Phone: (916 446-4692

Fax: (916 447-4614

The undersigned hereby authorizes The Hartford Life and Accident Insurance Company to obtain medical, vocational, and/or financial information to/from my attorney, Mastagni + Associates pertaining to my claim for Worker's Compensation benefits in connection with my Long Term Disability claim. I understand that this document is valid for as long as such attorney represents me.

Date 2/7/14 Claimant's Signature [signature]

Minneapolis Regional Office
Benefit Management Services
3800 American Blvd. West
Bloomington, MN 55431-4440
Telephone (952) 656-6900
Toll Free (800) 752-9713
Toll Free Fax (877) 454-7217



THE
HARTFORD

Bertacchi-Freeman/Hartford000312



THE
HARTFORD

February 27, 2014

Edward Lester
Mastagni, Holstedt, Amick, Miller & Johnsen
1912 I St.
Sacramento, CA 95811

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

To Whom It May Concern:

The Hartford is providing Disability Benefits to Gloria Bertacchi-Freeman for injuries sustained on October 11, 2012. Gloria Bertacchi-Freeman advised she is pursuing a lawsuit related to these injuries. The policy allows us to reduce the disability benefit by the portion of a judgment or settlement resulting from a lawsuit that represents or compensates Gloria Bertacchi-Freeman for her loss of earnings.

The policy states:

***What are the Deductible Sources of Income?***

1) *Disability* benefits paid, payable, or for which there is a right under:

a) The Social Security Act, including any amounts for which *Your* dependents may qualify because of *Your Disability*;

b) Any Workers Compensation or Occupational Disease Act or Law, or any other law which provides compensation for an occupational *Injury* or *Sickness*;

c) Occupational accident coverage provided by or through the Employer;

d) Any Statutory Disability Benefit Law;

e) The Railroad Retirement Act;

f) The Canada Pension Plan, Quebec Pension Plan, or any other similar disability or pension plan or act;

g) The Canada Old Age Security Act;

h) Any Public Employee Retirement System Plan, or any State Teachers' Retirement System Plan, or any plan provided as an alternative to any of the above acts or plans.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

2) *Disability* benefits paid under:

a) Any group insurance plan provided by or through the Employer, and

b) Any sick leave or salary continuance plan provided by or through the Employer.

3) Retirement benefits paid under the Social Security Act including any amounts for which *Your* dependents may qualify because of *Your* retirement;

4) Retirement and *Disability* benefits paid under a Retirement Plan provided by the Employer except for amounts attributable to *Your* contributions;

5) *Disability* benefits paid under any No Fault Auto Motor Vehicle coverage.

**Proration of Lump Sum Awards**

If any benefit described above is paid in a single sum through compromise settlement or as an advance on future liability, *We* will determine the amount of reduction to *Your Gross LTD Monthly Benefit* as follows:

1) *We* will divide the amount paid by the number of months for which the settlement or advance was provided; or

2) If the number of months for which the settlement or advance is made is not known, *We* will divide the amount of the settlement or advance by the expected remaining number of months for which *We* will provide benefits for *Your Disability* based on the Proof of *Disability* which *We* have, subject to a maximum of 60 months."

We expect the payments Gloria Bertacchi-Freeman receives from any settlement or judgment related to injuries sustained on October 11, 2012 to include compensation for loss of earnings. Please provide a copy of the settlement or judgment which includes documentation of the amount attributed to loss of income. If you have not reached a settlement or judgment, please advise of the current status of her Workers Compensation claim.

A signed authorization completed by Gloria Bertacchi-Freeman is attached.

Please fax any information to 877-454-7217.

If you have any questions, please feel free to contact our office at (800) 898-2458, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 8, 2014 8:04:28 PM EST | 916 773 2956 | 36 | 1 | Received |

02/08/2014 17:03 916--773-2956 FEDEX OFFICE 3294 PAGE 01

THE HARTFORD

AUTHORIZATION TO RELEASE INFORMATION

Claimant Name: Gloria Bertacchi-Freeman xxx-xx-3990

Attorney Name: Edward Lester

Address: Mastagni, Holstedt, Amick, Miller + Johnsen
1912 I Street
Sacramento CA 95811
(www.mastagni.com)

Phone: (916 446-4692

Fax: (916 447-4614

The undersigned hereby authorizes The Hartford Life and Accident Insurance Company to obtain medical, vocational, and/or financial information to/from my attorney, Mastagni + Associates pertaining to my claim for Worker's Compensation benefits in connection with my Long Term Disability claim. I understand that this document is valid for as long as such attorney represents me.

Date 2/7/14 Claimant's Signature [signature]

Minneapolis Regional Office
Benefit Management Services
3800 American Blvd. West
Bloomington, MN 55431-4440
Telephone (952) 656-6900
Toll Free (800) 752-9713
Toll Free Fax (877) 454-7217



THE
HARTFORD

January 31, 2014

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

This letter is about your claim for Long Term Disability (LTD) benefits.

Per our conversation on January 31, 2014, please complete this Authorization and provide us with your Workers Compensation Attorney information.

Please return all information that we asked for within twenty one (21) days in order to avoid any delays in processing your claim for benefits.

If you have any questions, please feel free to contact our office at (800) 898-2458, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Enclosures:
Authorization*

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE
HARTFORD

October 15, 2013

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

This letter is about your claim for Long Term Disability (LTD) benefits. We need more information to evaluate your claim.

Please have your physician complete and return the enclosed Attending Physician's Statement and your pre operative appointment. Please ensure procedure codes and dates are included.

Please return all information that we asked for within twenty one (21) days in order to avoid any delays in processing your claim for benefits.

If you have any questions, please feel free to contact our office at (800) 898-2458, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SJK*

Christine M. Montroy, Ability Analyst */SJK*
Hartford Life and Accident Insurance Co.

Enclosure
Attending Physician's Statement of Functionality LC-7137 (FI)

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE
HARTFORD

August 30, 2013

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

This letter is about your claim for Long Term Disability (LTD) benefits. We need more information to evaluate your claim.

On August 13, 2013 we received documentation regarding your Unemployment benefits from California State. This paystub does not say you have exhausted these benefits. If you have since received a paystub showing exhaust of these benefits, please send it to The Hartford.

Please return all information that we asked for within twenty one (21) days in order to avoid any delays in processing your claim for benefits.

If you have any questions, please feel free to contact our office at (800) 898-2458, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE
HARTFORD

August 2, 2013

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

This letter is about your claim for Long Term Disability (LTD) benefits.

Please send us documentation from California showing the new benefit you are receiving starting 4/21/2013. We have received documentation showing your UCD benefits exhausted and have adjusted your claim, however we still need documentation of your new benefit. Please also send us documentation that this benefit is ending. We will continue to offset for this new benefit until all of this information is received.

Please note, because of your UCD ending, your overpayment on your claim has been reduced to $3,680.12. We will withhold your monthly benefit for the month of August and partial month of September in order to recover your overpayment.

Please return all information that we asked for within twenty one (21) days in order to avoid any delays in processing your claim for benefits.

If you have any questions, please feel free to contact our office at (800) 898-2458 x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY  40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford000321



THE
HARTFORD

July 26, 2013

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

This letter may contain information that is important for future tax reporting. Please keep this letter with your other important tax documents.

This letter is regarding your Long Term Disability (LTD) claim. Your claim is currently overpaid in the amount of $5776.00, as a result of your award of Social Security Disability (SSD) benefits. The overpayment by year is $5776.00 for 2013.

The information provided shows that you were awarded Primary Social Security Disability (PSSD) benefits of $2166.00 per month, effective April 1, 2013. According to your Policy, these benefits are an offset to your LTD benefits. Your monthly LTD benefit was $4589.01. Your monthly PSSD benefit is $2166.00. This will result in an adjusted monthly LTD benefit of $2423.01, effective April 11, 2013, the date of entitlement of your LTD benefits.

Please refer to the following calculations.

| April 11, 2013 – April 30, 2013 | |
|---|---|
| You were paid: | $3059.34 |
| Should have been paid: | $1615.34 |
| Overpayment: | $1444.00 |

| May 1, 2013 – June 30, 2013 | |
|---|---|
| You were paid: | $4589.01 |
| Should have been paid: | $2423.01 |
| Overpayment: | $2166.00 |
| X 2 months: | x 2 |
| Total Overpayment: | $4332.00 |

Total overpayment: $4332.00 + $1444.00 = $5776.00

If an attorney was paid by the Social Security Administration to handle your Social Security Disability, please provide a copy of the approved fee

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

agreement from the Social Security Administration, unless your Notice of Award provides this information. Your overpayment will be reduced by the amount of attorney fees approved by the Social Security Administration.

Further benefits will not be issued until we receive full reimbursement of your overpayment. In order to settle this current outstanding balance due The Hartford, please send a personal check or money order made payable to The Hartford in the amount of $5776.00 within fifteen (15) days of the date of this letter. Please be sure to include your Insured ID number on your check for identification purposes.

Please mail the payments to:

Hartford Life
Overpayment Recovery Lock Box
P.O. Box 415759
Boston, MA 02241-5759

We are enclosing a self-addressed envelope for your convenience.

If you have any questions, please feel free to contact our office at (800) 898-2458, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Enclosures:
Overpayment recovery envelope

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

# REPAYMENT AGREEMENT

I, Gloria Bertacchi-Freeman, (Insured ID: 9004108017), a claimant receiving disability benefits under Group Policy 83120674 issued by Hartford Life and Accident Insurance Co., understand and agree that the disability benefits have been overpaid in the amount of $5,776.00. I also agree to pay to Hartford the sum of this overpayment.

I understand that I am obligated to pay any amount due under this Repayment Agreement and Hartford may, at its option, declare all amounts due under this Repayment Agreement to be immediately payable.

I understand that I may prepay all or part of the balance due under this Repayment Agreement without penalty.

I understand that if my disability benefits end for any reason, including, but not limited to recovery from Disability, employment, or death, I, Gloria Bertacchi-Freeman, or my estate, agree to repay the remaining balance of the overpayment in full at that time. If I receive any Other Income Benefits subsequent to this agreement that cause an additional overpayment of my disability benefits, I agree that the terms of this agreement may be renegotiated.

I agree that Hartford may obtain a credit report in connection with this Repayment Agreement. Additionally, if I fail to pay any amount due under this Repayment Agreement, Hartford may obtain a credit report for the purpose of evaluating my credit standing and credit capacity.

If Hartford does not exercise any right that it has under this Repayment Agreement or any right that it has under law, I understand that any obligation to comply with the terms of this Repayment Agreement will not be affected. I agree that Hartford does not waive any right it has under this Repayment Agreement or under law unless the waiver is in writing.

______________________________
Signature of Claimant

______________________________
Date



THE
HARTFORD

July 3, 2013

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

We are pleased to inform you that we have approved your claim for Long Term Disability (LTD) benefits. You qualify for Long Term Disability benefits (LTD) benefits on April 11, 2013 after completing a waiting period of 180 days and following the exhaustion of employer sponsored Short Term Disability benefits or salary continuation program.

This group plan provides you with 65% of your monthly income, coordinated with certain "other income benefits" you receive or are entitled to receive, such as Workers' Compensation benefits, Social Security Disability, Retirement benefits, etc. Please refer to your insurance booklet for full details.

A benefit check in the amount of $12,237.36, which represents LTD benefits for the period of April 11, 2013 through June 30, 2013, will be issued and sent under separate cover and should arrive within a few days of this letter.

Future benefits are payable monthly, at the end of each month, provided you remain eligible for benefits under the terms of the Policy. Please see the enclosed worksheet for an explanation of this amount.

We will make every effort to see that you receive future benefit checks on or before, the last day of the month that they are due. Your cooperation in furnishing us with requested information on a timely basis will enable us to accomplish this goal.

On a periodic basis we will be providing you with supplementary claim forms for the purpose of furnishing us with continued proof of disability.

Benefits are payable under the Policy if you satisfy the definition of Disability as defined on page 8 of the LTD certificate. It states:

***"How do We define Disability?***
*Disability* or *Disabled* means that *You* satisfy the Occupation Qualifier or the Earnings Qualifier as defined below.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

**Occupation Qualifier**
*Disability* means that during the *Elimination Period* and the following 24 months, *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:

1) continuously unable to perform the *Material and Substantial Duties* of *Your Regular Occupation*; and
2) not *Gainfully Employed.*

**Earnings Qualifier**
*You* may be considered *Disabled* during and after the *Elimination Period* in any month in which *You* are *GainfullyEmployed*, if an *Injury* or *Sickness* is causing physical or mental impairment to such a degree of severity that *You* are unable to earn more than 80% of *Your Monthly Earnings* in any occupation for which *You* are qualified by education, training or experience. On each anniversary of *Your Disability*, *We* will increase the *Monthly Earnings* by the lesser of the current annual percentage increase in *CPI-W*, or 10%.

*You* are not considered to be *Disabled* if *You* are able to earn more than 80% of *Your Monthly Earnings*. Salary, wages, partnership or proprietorship draw, commissions, bonuses, or similar pay, and any other income *You* receive or are entitled to receive will be included. Sick pay and salary continuance payments will not be included. Any lump sum payment will be prorated, based on the time over which it accrued or the period for which it was paid."

Please refer to page 20 of the LTD certificate, which states:

***"Material and Substantial Duties*** means the necessary functions of *Your Regular Occupation* which cannot be reasonably omitted or altered."

Your LTD certificate explains the Elimination Period on page 9, it states:

***"What is the Elimination Period and how is it satisfied?***

The *Elimination Period* begins on the day *You* become *Disabled.* It is a period of continuous *Disability* which must be satisfied before *You* are eligible to receive benefits from *Us*. *You* must be continuously *Disabled* through *Your Elimination Period.*

If *You* temporarily recover and return to work, *We* will treat *Your Disability* as continuous if *You* return to work for a period of less than one-half the *Elimination Period* as shown in the *Schedule of Benefits* not to exceed 90 days. The days that *You* are not *Disabled* will not count toward *Your Elimination Period.*

Any increases *You* receive in *Monthly Earnings* during *Your* return to work period will not be taken into consideration when calculating *Your LTD Monthly Benefit.*

If *You* return to work for a period greater than one-half the *Elimination Period*, or 90 days, whichever is less, and become *Disabled* again, *You* will have to begin a new *Elimination Period.*"

As of April 11, 2015, Disabled means you are unable to engage in any occupation, as defined on page 8 of LTD certificate.

"After the *LTD Monthly Benefit* has been payable for 24 months, *Disability* means that *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:

1) continuously unable to engage in any occupation for which *You* are or become qualified by education, training or experience; and
2) not *Gainfully Employed*."

Benefit payments will continue, subject to plan terms and limitations, as long as you meet the plan definition and requirements, but in no event will benefits be payable beyond April 30, 2019.

According to our records 100% of the benefit under this policy is considered taxable income. At this time you have not elected to withhold any taxes. If you would like to change the amount of Federal Income Tax and/or State Income Tax withheld from the taxable portion of your disability benefit payments, we require a completed tax withholding form. Please contact your Employer, Federal Tax Department and/or State Tax Department to obtain the proper withholding form. These forms are also available online at www.irs.gov and/or your local state website. If we do not receive a completed form, we will assume you are not interested in tax withholding changes at this time.

We encourage you to return to work as soon as possible, either at your regular job or at another job. Under certain circumstances, LTD benefits can continue while an individual is working. Please see your Policy for details. If you need assistance in dealing with medical issues or preparing for work, please call our office. Our Clinical Case Management staff can help with job placement, workplace modifications and other services.

Your Long Term Disability (LTD) benefits are intended to supplement income you may receive as a result of your disability. Since we pay a supplemental benefit, any other income benefits you receive may reduce your LTD benefits. Other income can include, but is not limited to, any Social Security Disability benefits you or your family receives, retirement benefits, worker's compensation benefits, disability benefits you receive from other entities or third party liability benefits. Please refer to your policy booklet to determine which other income benefits will affect your claim. Please be sure to inform us immediately should you become eligible or begin to receive any other income benefits, or income for any work performed, so that we can ensure your claim is paid accurately and to avoid an overpayment.

Please be sure to notify us immediately if you return to work or are offered a job. Earnings from work or from a refused job offer can affect your LTD benefit entitlement or LTD Benefit Rate. Refer to your Policy booklet for details.

Please apply for Social Security Disability Benefits if you have not already done so. Please submit a copy of your application or a copy of the acknowledgment that the claim has been received by the Social Security Administration. When an award or denial is received, the decision should be submitted immediately for our review.

Benefits received from Social Security are an offset under the terms of your policy. A reduction in your benefit amount can be made whether or not you have applied for and actually received benefits.

If you receive a retroactive award, your claim will be overpaid. You will be expected to make full payment on any retroactive overpayment. Therefore, please complete and return the enclosed LTD Payment Options and Reimbursement Agreement.

If your claim for Social Security is denied initially, the denial should be appealed. Many claims that are denied on first filing are later awarded on appeals. Your local Social Security office will have the necessary forms for your application.

Remember, your application is for Social Security Disability Income Benefits. Depending upon your income bracket, you may also be eligible for Supplemental Security Income Benefits during your period of disability.

The award of Social Security has certain advantages. Your earnings record will be "frozen" during the years you receive Social Security Disability Benefits; thereby, providing you with a larger Social Security Retirement benefit. If you do not receive Social Security Disability Benefits, the non-income producing years will be included in calculating your Social Security Retirement benefit and will reduce the benefit.

If you receive Social Security Disability Benefits, you are eligible for Medicare two years after the beginning of your disability finding. Some states also have medical plans available to people who have received Social Security Disability Benefits for one year. These benefits can be a valuable source of income, but they are available only if you qualify for disability income under Social Security.

Social Security income historically has increased with the cost of living. The Hartford does not reduce your disability benefit by the cost of living increases. Since the Social Security portion of your income is likely to keep pace with the cost of living, it is to your advantage to collect all the benefits due to you.

Please review the enclosed brochure titled "How Social Security Disability Insurance Benefits May Work Together With The Hartford's Benefits". Keep this educational tool in a place where you can easily access it during the course of your disability claim with The Hartford.

Please submit a copy of the acknowledgment that you receive from the Social Security Administration that the claim has been received in their office. Additionally, please complete and return the enclosed Payment Options and Reimbursement Agreement.

For your convenience and protection, we will make your disability payments via Electronic Funds Transfer (EFT) directly into your checking or savings account rather than by check.

Please return all information that we asked for within twenty one (21) days in order to avoid any delays in processing your claim for benefits.

If you have any questions, please feel free to contact our office at (800) 898-2458 x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Enclosures:
LTD Payment Options & Reimbursement Agreement (FI) LC-6436
Social Security Disability Brochure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

**LTD BENEFIT CALCULATION**

Gloria Bertacchi-Freeman

Disability Date: 10/11/2012
Elimination Period: 180 days/end of STD
Benefits Effective: 04/11/2013

Monthly Rate of Basic Earnings:   $10,666.67

Benefit Percentage: 65%

Gross Monthly LTD Benefit:   $6,933.34

Reductions for Other Income Benefits: $2,344.33/Month UCD

Net Monthly LTD Benefit (Gross Monthly Benefit minus Reductions for Other Income Benefits):
$4589.01

The policyholder has advised us that 100% of your benefit is taxable.

FICA (Social Security/Medicare) taxes are withheld from all LTD benefits in which the LTD
payment is made within six full calendar months following the month in which you perform any
work for your employer.  If you should return to work with your employer after the end of the FICA
withholding period but remains eligible for continued LTD benefits, a new FICA period will apply.



THE
HARTFORD

June 13, 2013

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

We are reviewing your claim for Long Term Disability (LTD) benefits.

We have requested additional information from Dr. Leslie Kim's office to assist in our investigation on June 6, 2013 and June 12, 2013. Please follow up with your Physician's office in order to expedite this process.

We cannot make a claim decision without this information. This delay is for matters beyond our control. If we get the information requested, we expect to make our decision within 30 days after receiving the information.

Please note that under ERISA guidelines, we have a limited amount of time to evaluate claims. Therefore, if we do not receive all of the outstanding medical information by July 15, 2013, we will be forced to make a decision on your claim based on the information in your file. This may result in a denial.

If you have any questions, please feel free to contact our office at (800) 898-2458, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE
HARTFORD

June 6, 2013

Leslie Kim, MD
901 Campus Drive Suite 111
Daly City, CA 94015
Fax: 650-991-2650

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Dr. Kim:

We are processing a claim for Long Term Disability (LTD) Benefits on behalf of your patient. We would appreciate your assistance in furnishing the following:

Please advise if in your opinion Gloria Bertacchi-Freeman has the functionality needed for Light Work as defined below on a full-time basis (8 hours a day, 5 days a week) as of April 11, 2013.

Light Work is defined by the Department of Labor as exerting up to 20 pounds of force occasionally (up to 1/3 of the time), and/or up to 10 pounds of force frequently (from 1/3 to 2/3 of the time), and/or a negligible amount of force constantly (2/3 or more of the time) to move objects. Physical demand requirements for Light Work are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing or pulling of arm or leg controls; or (3) when the job requires working at a production rate pace entailing the constant pushing or pulling of materials even though the weight of those materials is negligible.

Please note that Gloria Bertacchi-Freeman's own Job requires little to no lifting and would be considered lighter in occupation that the above definition.

I agree that Gloria Bertacchi-Freeman is currently able to perform Light Work on a full-time basis.

_____ I disagree that Gloria Bertacchi-Freeman is currently able to perform Light Work on a full-time basis.

If you have indicated "I disagree" that Gloria Bertacchi-Freeman is currently able to perform both Sedentary Work and Light Work as defined above on a full-time basis, please provide medical information supporting your assessment, including any office notes or diagnostic testing. Please provide your recommended restrictions and/or limitations regarding any return to work at this time. (For

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

example, if your assessment is that your patient is restricted or limited with regard to some, but not all, of the requirements for Light Work – and/or – if your assessment is that your patient is currently able to perform Light Work, but not on a full-time basis, please explain.)

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

X______________________________ Date____________________

Please fax your response to 877-454-7217 by June 12, 2013.

If you have any questions, please feel free to contact our office at (800) 898-2458, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE
HARTFORD

May 22, 2013

Target Pharmacy
133 Seramonte Center
Daly City, CA 94015
Fax Number: 415-840-2254

Policyholder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
DOB: REDACTED/1953
Insured ID: 9004108017
Claim Event ID: 14520979
Policy No: 83120674

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Please provide a complete print out of all prescriptions that have been filled for Gloria Bertacchi-Freeman from 1/1/2012 through the present.

Please include:
(1) the name of the drug
(2) the name of the physician who prescribed the drug
(3) the quantity prescribed
(4) the date filled.

We requested this information on 4/11/2013 and we have not received a response to date. This is our second request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions, please feel free to contact our office at (800) 898-2458, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SV*

Christine M. Montroy, Ability Analyst */SV*
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE HARTFORD

THE HARTFORD

## G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. I AUTHORIZE you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

| Gloria Bertacchi Freeman | REDACTED /53 | 3990 |
|---|---|---|
| Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

| [signature] | 3/19/13 | |
|---|---|---|
| Signature of Insured or Guardian | Date | Relationship to Insured (*if signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



THE
HARTFORD

May 21, 2013

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

We are reviewing your claim for Long Term Disability (LTD) benefits.

We previously advised that as part of our initial review of your claim for LTD benefits, we needed to request your medical records. We also advised that we have attempted to obtain copies of your medical records from:

- Kaiser Pharmacy
- Us Healthworks and Pharmacy
- Mercy Hospital Folsom
- Campus Surgery Center

for the period of January 1, 2012 through the present. Please refer to our letters dated March 15, 2013, March 28, 2013 and April 11, 2013 and May 3, 2013 outlining our attempts to obtain this information.

We are unable to determine your eligibility for LTD benefits without this information. This delay is for matters beyond our control. If we get the information requested, we expect to make our decision within 30 days after receiving the information or advise you of the need to further extend the decision period.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE
HARTFORD

May 3, 2013

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

This letter is about your claim for Long Term Disability (LTD) benefits.

We previously advised that as part of our initial review of your claim for LTD benefits, we needed to request your medical records. We also advised that we have attempted to obtain copies of your medical records from:

- Kaiser
- Kaiser Pharmacy
- Target Pharmacy Daly City Location
- Us Healthworks and Pharmacy
- Mercy Hospital Folsom
- Campus Surgery Center

for the period of January 1, 2012 through the present. Please refer to our letters dated March 15, 2013, March 28, 2013 and April 11, 2013 outlining our attempts to obtain this information.

To date we have yet to receive the requested information. If the requested medical records are not received by May 24, 2013, we will assume that you do not wish to pursue LTD benefits and your claim will be closed.

Please return all information that we asked for within twenty one (21) days in order to avoid any delays in processing your claim for benefits.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458 x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

Christine Montroy

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE HARTFORD

April 24, 2013

Mercy Hospital Folsom
1600 Creekside Drive
Folsom, CA 95630

| | |
|---|---|
| Policy Holder: | Cardinal Health, Inc. |
| Claimant: | Gloria Bertacchi-Freeman (DOB: REDACTED1953) |
| Insured ID: | 9004108017 |
| Policy Number: | 83120674 |

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Hospital records for the period of 1/1/2012 to present. Please include:
(1) the report of the examination upon admission
(2) the history sheet
(3) the final discharge summary

We requested this information on 03/27/2013 and 04/10/2013 and we have not received a response to date. This is our final request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/PK*

Christine M. Montroy, Ability Analyst/PK
Hartford Life and Accident Insurance Co.

Enclosure

Authorization*

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE HARTFORD

CHW Medical Foundation
CHW

3000 Q Street
Sacramento, CA 95816
(916) 733-3332 Telephone
(916) 733-3326 Facsimile

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

**Name of Patient:** Gloria Bertacchi Freeman **Date of Birth** REDACTED 53

Other Names Used: Freeman **Telephone Number:** 916 3901845

**Patient Address:** 5135 Moss Lane, Granite Bay, CA 95746
*(Street, City, State and Zip Code)*

I AUTHORIZE: **CHW – MERCY MEDICAL GROUP**
*(Facility or other provider)*

**TO DISCLOSE TO:** ____________________
*(Persons/organizations authorized to receive the information)*

at the following address: ____________________
*(Street, City, State and Zip Code)*

the following information contained in the records specified below (check box and initial applicable lines below):

____Mental health or developmental disability treatment records (excludes "Psychotherapy notes")

____Substance abuse treatment records

____HIV test results (This authorizes disclosure of laboratory test results only. **Note that your records may include information concerning your HIV status even if you do not initial this line.**)

☐ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified [check applicable box(es)]:

__Billing Records
__Consultation Reports
__Discharge Summary
__Emergency Room Reports
__History and Physical
__Laboratory Tests
__Procedure Reports
__Progress Notes
__X-ray Reports
__Date(s): ____________________
__Other: ____________________

☐ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care.

Revised: 02/01/04

A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:
___At the request of the patient or personal representative; ***OR***
✓ Other: Insurance

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________ (insert date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following: ***Attn: Facility Privacy Official 3000 O Street, Sacramento, CA 95816.*** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.
- I have a right to receive a copy of this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** [signature] Date: 3/23/13
*(Patient or personal representative)*

______________________ ______________________
***Print name of personal representative*** ***Relationship to patient***

Patient/Representative Identification Verified; *Initials:*__________ *Dept:*__________

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**



THE
HARTFORD

April 24, 2013

Campus Surgery Center
901 Campus Drive #102
Daly City, CA 94015
Fax: (650) 755-8638

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman (DOB: REDACTED/1953)
Insured ID: 9004108017
Policy Number: 83120674

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Hospital records for the period of 1/1/2012 to present. Please include:
(1) the report of the examination upon admission
(2) the history sheet
(3) the final discharge summary

We requested this information on 03/27/2013 and 04/10/2013 and we have not received a response to date. This is our final request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/PK*

Christine M. Montroy, Ability Analyst/PK
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



**THE HARTFORD**

03/29/2013 15:59 FAX                    KINKO'S                    ☒ 005/011



THE HARTFORD

### G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

**To:** Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. I AUTHORIZE you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

_Gloria Bertaccini Freeman_                REDACTED  _53_        _3990_

Insured's Name *(Please print)*        Date of Birth        Last 4 Digits of Social Security Number

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

I UNDERSTAND that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

I ALSO UNDERSTAND that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

_[signature]_                           _3/19/13_

Signature of Insured or Guardian        Date        Relationship to Insured
                                                     *(if signed by Guardian)*

---

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.

LC-7117-21FI                    Page 4 of 4                    12/2012
LC-7411-1

Bertacchi-Freeman/Hartford000347



**THE
HARTFORD**

April 24, 2013

Mercy Medical Group
550 W Ranch View Suite 3000
Rocklin, CA 95765
Fax: (916) 733-3326

| | |
|---|---|
| Policy Holder: | Cardinal Health, Inc. |
| Claimant: | Gloria Bertacchi-Freeman (DOB: REDACTED/1953) |
| Insured ID: | 9004108017 |
| Policy Number: | 83120674 |

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Office notes for the period of 1/1/2012 to present. Please include any other information you feel is pertinent to the processing of this claim.

We requested this information on 03/27/2013 and 04/10/2013 and we have not received a response to date. This is our final request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford000348

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/PK*

Christine M. Montroy, Ability Analyst/PK
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



CHW Medical Foundation
CHW

3000 Q Street
Sacramento, CA 95816
(916) 733-3352 Telephone
(916) 733-3326 Facsimile

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

**Name of Patient:** Gloria Bertacchi Freeman **Date of Birth** REDACTED 53

Other Names Used: Freeman **Telephone Number:** 916 3901845

**Patient Address:** 5135 Moss Lane Granite Bay, CA 95746
*(Street, City, State and Zip Code)*

I AUTHORIZE: **CHW – MERCY MEDICAL GROUP**
*(Facility or other provider)*

**TO DISCLOSE TO:** ____________________
*(Persons/organizations authorized to receive the information)*

at the following address: ____________________
*(Street, City, State and Zip Code)*

the following information contained in the records specified below (check box and initial applicable lines below):

____Mental health or developmental disability treatment records (excludes "Psychotherapy notes")

____Substance abuse treatment records

____HIV test results (This authorizes disclosure of laboratory test results only. **Note that your records may include information concerning your HIV status even if you do not initial this line.**)

☐ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified [check applicable box(es)]:

__Billing Records
__Consultation Reports
__Discharge Summary
__Emergency Room Reports
__History and Physical
__Laboratory Tests
__Procedure Reports
__Progress Notes
__X-ray Reports
__Date(s): ____________________
__Other: ____________________

☐ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care.

A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:
___At the request of the patient or personal representative; ***OR***
✓ Other: Insurance

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________ (insert date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following: ***Attn: Facility Privacy Official 3000 Q Street, Sacramento, CA 95816.*** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.
- I have a right to receive a copy of this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** [signature] Date: 3/23/13
*(Patient or personal representative)*

______________________ ______________________
***Print name of personal representative*** ***Relationship to patient***

Patient/Representative Identification Verified; *Initials:*__________ *Dept:*__________

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**



THE HARTFORD

April 24, 2013

Kaiser Hospital
1600 Eureka Rd
Roseville, CA 95661
Fax : (916) 746-4314

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman (DOB: REDACTED1953)
Insured ID: 9004108017
Policy Number: 83120674

Dear Relaese of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Hospital records for the period of 1/1/2012 to present. Please include:
(1) the report of the examination upon admission
(2) the history sheet
(3) the final discharge summary

Kaiser ID number 2856742
Seen at Eureka and Riverside

We requested this information on 03/27/2013 and 04/10/2013 and we have not received a response to date. This is our final request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SK*

Christine M. Montroy, Ability Analyst/SK
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE
HARTFORD

03/23/2013 15:59 FAX KINKO'S  005/011

THE
HARTFORD

G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. I AUTHORIZE you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

Gloria Bertacchi Freeman | REDACTED /53 | 3990

Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

[signature] | 3/19/13 |

Signature of Insured or Guardian | Date | Relationship to Insured (*if signed by Guardian*)

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



**THE HARTFORD**

April 24, 2013

Dr. Peter Heitke
Us Healthworks
2305 Sunset Blvd
Rocklin, CA 95765
Fax : (916) 632-9706

| | |
|---|---|
| Policy Holder: | Cardinal Health, Inc. |
| Claimant: | Gloria Bertacchi-Freeman (DOB: REDACTED 1953) |
| Insured ID: | 9004108017 |
| Policy Number: | 83120674 |

Dear Dr. Heitke:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Please provide a complete print out of all prescriptions that have been filled for Gloria Bertacchi-Freeman from 01/01/2012 to 3/27/2013.
    Please include:
    (1) the name of the drug
    (2) the name of the physician who prescribed the drug
    (3) the quantity prescribed

We requested this information on 03/27/2013 and 04/10/2013 and we have not received a response to date. This is our final request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SK*

Christine M. Montroy, Ability Analyst/SK
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

| Gloria Bertacchi Freeman | REDACTED 53 | 3990 |
|---|---|---|
| Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

| [signature] | 3/19/13 | |
|---|---|---|
| Signature of Insured or Guardian | Date | Relationship to Insured (*if signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



**THE HARTFORD**

April 24, 2013

Kaiser Pharmacy
1600 Eureka Rd. Mob 2 Fl
Roseville, CA  95661

Policy Holder:     Cardinal Health, Inc.
Claimant:          Gloria Bertacchi-Freeman (DOB: REDACTED/1953)
Insured ID:        9004108017
Policy Number:     83120674

Dear Relaese of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information.  Please provide the
following information:

A complete print out of all prescriptions that have been filled for Gloria Bertacchi-Freeman from
1/1/2012 through the present.

Please include:
(1) the name of the drug
(2) the name of the physician who prescribed the drug
(3) the quantity prescribed
(4) the date filled.

We requested this information on 03/27/2013 and 04/10/2013 and we have not received a response
to date. This is our final request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical
information.  Please be assured that we will honor a reasonable fee for necessary clerical expenses
in complying with our request promptly upon its receipt.  If you require pre-payment please contact
the writer.  Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other
entities covered by GINA Title II from requesting or requiring genetic information of an individual,
except as specifically allowed by this law.  To comply with this law, we are asking that you not
provide any genetic information when responding to this request for medical information.  'Genetic
information' as defined by GINA, includes an individual's family medical
history, the results of an individual's or family member's genetic tests, the
fact that an individual or an individual's family member sought or received
genetic services, and genetic information of a fetus carried by an individual

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY  40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford000358

or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SK*

Christine M. Montroy, Ability Analyst/SK
Hartford Life and Accident Insurance Co.

Enclosure

Authorization*

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE HARTFORD

THE HARTFORD

G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. I **AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

| Gloria Bertacchi Freeman | REDACTED [redacted]/53 | 3990 |
|---|---|---|
| Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the ~~purpose of evaluating and administering my claim for benefits and/or leave request.~~ Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

| [signature] | 3/19/13 | |
|---|---|---|
| Signature of Insured or Guardian | Date | Relationship to Insured (*If signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



**THE**
**HARTFORD**

April 24, 2013

Dr. Thuy Rose Nguyen
Uc Davis - Family Practice
550 West Ranch View Dr. #2005
Rocklin, CA 95765
Fax Number: 916-295-5769

| | |
|---|---|
| Policy Holder: | Cardinal Health, Inc. |
| Claimant: | Gloria Bertacchi-Freeman(DOB: REDACTED 1953) |
| Insured ID: | 9004108017 |
| Policy Number: | 83120674 |

Dear Dr. Nguyen:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Please provide office notes for the period from 01/01/2012 to 3/27/2013.Please include any other information you feel is pertinent to the processing of this claim.

We requested this information on 3/27/2013 and we have not received a response to date. This is our second request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford000361

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SV*

Christine M. Montroy, Ability Analyst/SV
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE
HARTFORD

2013040420000182

UNIVERSITY OF CALIFORNIA, DAVIS HEALTH SYSTEM

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION**

Page 1 of 2

Fax # 916 734 2126

PATIENT NAME Gloria Bertacchi-Freeman

MEDICAL RECORD #: 11056432

BIRTHDATE: 5/1/53

I authorize: UC DAVIS MEDICAL CENTER HEALTH INFO. MGMT. DEPT. 2315 Stockton Boulevard Sacramento, California

Name of person and/or facility which has information

Street Address, City, State, Zip Code

to release health information to: re 9004108017, 83126674

Benefit Management Services, Minneapolis Claims Office (Disability)

Specify name/title of person and/or facility to receive health information

PO Box 14305

Street Address, City, State, Zip Code

Lexington, KY 40512-4305

****************************************************************************

**Please specify the health information you authorize to be released:**

☑ MEDICAL ☑ MENTAL HEALTH (other than psychotherapy notes)

Type(s) of health information: Medical Records

Date(s) of treatment: Jan 1, 2012 to present (Dr. Nguyen, Rackin)

You may also authorize the release of information for treatment provided after the date of the signature on this Authorization as long as such treatment occurs while this authorization has not expired. Please initial if you would like this Authorization to release information about healthcare you receive after the date of your signature. __________ (Initial here)

**The following information will not be released unless you specifically authorize it by marking the relevant box(es) below:**

☑ I specifically authorize the release of information pertaining to drug and alcohol abuse, diagnosis or treatment (42 C.F.R. §§2.34 and 2.35).

☑ I specifically authorize the release of HIV/AIDS test results (Health and Safety Code §120980(g)).

☑ I specifically authorize the release of genetic testing information (Health and Safety Code §124980(j)).

04/18/2013 07:49 FAX KINKO'S 003/003

2013040942000182
UNIVERSITY OF CALIFORNIA, DAVIS HEALTH SYSTEM

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION**

Page 2 of 2

PATIENT NAME: Gloria Bertacchi Freeman

MEDICAL RECORD #: 1105643 2

BIRTHDATE: 5/1/53

The purpose of this release is for (check one or more):

☑ At the request of the patient/patient representative

☑ Other (state reason) 11056432 ___

**NOTICE**

UCDHS and many other organizations and individuals such as physicians, hospitals and health plans are required by law to keep your health information confidential. If you have authorized the disclosure of your health information to someone who is not legally required to keep it confidential, it may no longer be protected by state or federal confidentiality laws.

**YOUR RIGHTS**

This Authorization to release health information is voluntary. Treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this Authorization except in the following cases: (1) to conduct research-related treatment, (2) to obtain information in connection with eligibility or enrollment in a health plan, (3) to determine an entity's obligation to pay a claim, or (4) to create health information to provide to a third party.

This Authorization may be revoked at any time. The revocation must be in writing, signed by you or your patient representative, and delivered to: Health Information Management Department, UCDHS, 2315 Stockton Blvd., Building 12, Sacramento, California 95817.

The revocation will take effect when UCDHS receives it, except to the extent UCDHS or others have already relied on it.

You are entitled to receive a copy of this Authorization.

**EXPIRATION OF AUTHORIZATION**

Unless otherwise revoked, this Authorization expires ____________(insert applicable date or event). If no date is indicated, the Authorization will expire 12 months after the date of my signing this form.

Gloria Bertacchi Freeman ___ [signature]
Print Name — Signature (Patient, Parent, Representative)

4/17/13 — 3:30pm — ___
Date — Time — Relationship to Patient (Parent, Guardian, Conservator, Patient Representative)

___
Witness (only if patient unable to sign) or Interpreter

T1431-784 (2/11) AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION–PAGE 2 OF 2 MR#06/02152



THE
HARTFORD

April 11, 2013

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

This letter is about your claim for Long Term Disability (LTD) benefits. We need more information to evaluate your claim.

Please refer to our letter dated March 15, 2013. In order to aid in our Pre-exisiting Condition investigation we have requested medical records for the period of January 1, 2012 through the present from the following providers:

- Kaiser
- Kaiser Pharmacy
- Target Pharmacy Daly City Location
- Dr. Nguyen
- Us Healthworks and Pharmacy
- Mercy Hospital Folsom
- Campus Surgery Center
- Mercy Medical Group

Please follow up with your providers to ensure the requested information is received within twenty one days to avoid any delays in processing your claim.

Please complete the attached provider authorization for Dr. Nguyen and give this to your Physician as well as send back to The Hartford.

Please return all information that we asked for within twenty one (21) days in order to avoid any delays in processing your claim for benefits.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458 x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

Christine Montroy

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Enclosures:
Provider Authorization*

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

201304042000182

UNIVERSITY OF CALIFORNIA, DAVIS HEALTH SYSTEM

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION**

Page 1 of 2

Fax # 916 7342126

**PATIENT NAME**____________________

**MEDICAL RECORD #:**____________________

**BIRTHDATE:**____________________

**I authorize:** UC DAVIS MEDICAL CENTER HEALTH INFO. MGMT. DEPT. 2315 Stockton Boulevard Sacramento, California 95817

Name of person and/or facility which has information

____________________

Street Address, City, State, Zip Code

**to release health information to:**

____________________

Specify name/title of person and/or facility to receive health information

____________________

Street Address, City, State, Zip Code

____________________

************************************************************************

**Please specify the health information you authorize to be released:**

- ☐ MEDICAL
- ☐ MENTAL HEALTH (other than psychotherapy notes)

Type(s) of health information: ____________________

Date(s) of treatment:____________________

You may also authorize the release of information for treatment provided after the date of the signature on this Authorization as long as such treatment occurs while this authorization has not expired. Please initial if you would like this Authorization to release information about healthcare you receive after the date of your signature. __________ (Initial here)

**The following information will not be released unless you specifically authorize it by marking the relevant box(es) below:**

- ☐ I specifically authorize the release of information pertaining to drug and alcohol abuse, diagnosis or treatment (42 C.F.R. §§2.34 and 2.35).
- ☐ I specifically authorize the release of HIV/AIDS test results (Health and Safety Code §120980(g)).
- ☐ I specifically authorize the release of genetic testing information (Health and Safety Code §124980(j)).

2013040420000182

UNIVERSITY OF CALIFORNIA, DAVIS HEALTH SYSTEM

PATIENT NAME________________________

MEDICAL RECORD #:________________________

BIRTHDATE:________________________

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

**The purpose of this release is for (check one or more):**

- ☐ At the request of the patient/patient representative
- ☐ Other (state reason) ________________________

**NOTICE**

UCDHS and many other organizations and individuals such as physicians, hospitals and health plans are required by law to keep your health information confidential. If you have authorized the disclosure of your health information to someone who is not legally required to keep it confidential, it may no longer be protected by state or federal confidentiality laws.

**YOUR RIGHTS**

This Authorization to release health information is voluntary. Treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this Authorization except in the following cases: (1) to conduct research-related treatment, (2) to obtain information in connection with eligibility or enrollment in a health plan, (3) to determine an entity's obligation to pay a claim, or (4) to create health information to provide to a third party.

This Authorization may be revoked at any time. The revocation must be in writing, signed by you or your patient representative, and delivered to: Health Information Management Department, UCDHS, 2315 Stockton Blvd., Building 12, Sacramento, California 95817.

The revocation will take effect when UCDHS receives it, except to the extent UCDHS or others have already relied on it.

You are entitled to receive a copy of this Authorization.

**EXPIRATION OF AUTHORIZATION**

Unless otherwise revoked, this Authorization expires ____________(insert applicable date or event). If no date is indicated, the Authorization will expire 12 months after the date of my signing this form.

________________________
Print Name

________________________
Signature (Patient, Parent, Representative)

________________________
Date Time

________________________
Relationship to Patient (Parent, Guardian, Conservator, Patient Representative)

________________________
Witness (only if patient unable to sign) or Interpreter



THE HARTFORD

April 10, 2013

Kaiser Hospital
1600 Eureka Rd
Roseville, CA 95661
Fax : (916) 746-4314

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman (DOB: REDACTED/1953)
Insured ID: 9004108017
Policy Number: 83120674

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Hospital records for the period of 1/1/2012 to present. Please include:
(1) the report of the examination upon admission
(2) the history sheet
(3) the final discharge summary

Kaiser ID number 2856742
Seen at Eureka and Riverside

We requested this information on 03/27/2013 and we have not received a response to date. This is our second request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SK*

Christine M. Montroy, Ability Analyst/SK
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217





THE HARTFORD

THE HARTFORD

## G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. I AUTHORIZE you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

| Gloria Bertacchi Freeman | REDACTED [redacted]/53 | 3990 |
|---|---|---|
| Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the ~~purpose of evaluating and administering my claim for benefits and/or leave request.~~ Such information ~~shall be referred~~ to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restr iction on the disclosure of My Information and this Authorization, this Authorization will control.

| [signature] | 3/19/13 | |
|---|---|---|
| Signature of Insured or Guardian | Date | Relationship to Insured (*If signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



**THE
HARTFORD**

April 10, 2013

Dr. Peter Heitke
Us Healthworks
2305 Sunset Blvd
Rocklin, CA  95765
Fax : (916) 632-9706

Policy Holder:      Cardinal Health, Inc.
Claimant:           Gloria Bertacchi-Freeman (DOB: REDACTED/1953)
Insured ID:         9004108017
Policy Number:      83120674

Dear Dr. Heitke:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information.  Please provide the
following information:

A complete print out of all prescriptions that have been filled for Gloria Bertacchi-Freeman from
1/1/2012 through the present.

Please include:
(1) the name of the drug
(2) the name of the physician who prescribed the drug
(3) the quantity prescribed
(4) the date filled.

We requested this information on 03/27/2013 and we have not received a response to date. This is
our second request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical
information.  Please be assured that we will honor a reasonable fee for necessary clerical expenses
in complying with our request promptly upon its receipt.  If you require pre-payment please contact
the writer.  Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other
entities covered by GINA Title II from requesting or requiring genetic information of an individual,
except as specifically allowed by this law.  To comply with this law, we are asking that you not
provide any genetic information when responding to this request for
medical information. 'Genetic information' as defined by GINA, includes
an individual's family medical history, the results of an individual's or
family member's genetic tests, the fact that an individual or an individual's

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY  40512-4305
Fax (877) 454-7217

**Bertacchi-Freeman/Hartford000372**

family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SK*

Christine M. Montroy, Ability Analyst/SK
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE HARTFORD

03/28/2013 15:59 FAX KINKO'S 005/011

THE HARTFORD

G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

| Gloria Bertacchi Freeman | REDACTED [redacted]53 | 3990 |
|---|---|---|
| Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

| [signature] | 3/19/13 | |
|---|---|---|
| Signature of Insured or Guardian | Date | Relationship to Insured (*if signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



THE HARTFORD

April 10, 2013

Mercy Hospital Folsom
1600 Creekside Drive
Folsom, CA 95630
Fax Number: 916-733-3326

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman(DOB: REDACTED1953)
Insured ID: 9004108017
Policy Number: 83120674

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Please provide office notes for the period from 01/01/2012 to 3/27/2013. Please include:
(1) the report of the examination upon admission
(2) the history sheet
(3) the final discharge summary

We requested this information on 3/28/2013 and we have not received a response to date. This is our second request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SV*

Christine M. Montroy, Ability Analyst/SV
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE
HARTFORD

CHW Medical Foundation
CHW

3000 Q Street
Sacramento, CA 95816
(916) 733-3352 Telephone
(916) 733-3326 Facsimile

**AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION**

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

**USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:**

**Name of Patient:** Gloria Bertacchi Freeman **Date of Birth** REDACTED/53

Other Names Used: Freeman **Telephone Number:** 916 3901845

**Patient Address:** 5135 Moss Lane, Granite Bay, CA 95746
*(Street, City, State and Zip Code)*

I AUTHORIZE: **CHW – MERCY MEDICAL GROUP**
*(Facility or other provider)*

**TO DISCLOSE TO:** ______
*(Persons/organizations authorized to receive the information)*

at the following address: ______
*(Street, City, State and Zip Code)*

the following information contained in the records specified below (check box and initial applicable lines below):

____Mental health or developmental disability treatment records (excludes "Psychotherapy notes")

____Substance abuse treatment records

____HIV test results (This authorizes disclosure of laboratory test results only. **Note that your records may include information concerning your HIV status even if you do not initial this line.)**

☐ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified [check applicable box(es)]:

__Billing Records
__Consultation Reports
__Discharge Summary
__Emergency Room Reports
__History and Physical
__Laboratory Tests
__Procedure Reports
__Progress Notes
__X-ray Reports
__Date(s): ______
__Other: ______

☐ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care.

Revised: 02/01/04



**THE
HARTFORD**

April 10, 2013

Campus Surgery Center
901 Campus Drive #102
Daly City, CA 94015
Fax Number: 650-755-8638

| | |
|---|---|
| Policy Holder: | Cardinal Health, Inc. |
| Claimant: | Gloria Bertacchi-Freeman(DOB: REDACTED 1953) |
| Insured ID: | 9004108017 |
| Policy Number: | 83120674 |

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Please provide hospital records for the period from 01/01/2012 to 3/27/2013. Please include:
(1) the report of the examination upon admission
(2) the history sheet
(3) the final discharge summary

We requested this information on 3/28/2013 and we have not received a response to date. This is our second request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SV*

Christine M. Montroy, Ability Analyst/SV
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

Gloria Bertacchi Freeman — REDACTED /53 — 3990

Insured's Name (*Please print*) — Date of Birth — Last 4 Digits of Social Security Number

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

[signature] — 3/19/13

Signature of Insured or Guardian — Date — Relationship to Insured (*if signed by Guardian*)

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



**THE
HARTFORD**

April 10, 2013

Mercy Medical Group
550 W Ranch View Suite 3000
Rocklin, CA 95765
Fax Number: 916-733-3326

Policy Holder:      Cardinal Health, Inc.
Claimant:           Gloria Bertacchi-Freeman(DOB: █REDACTED█1953)
Insured ID:         9004108017
Policy Number:      83120674

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information.  Please provide the
following information:

Please provide office notes for the period from 01/01/2012 to 3/27/2013. Please include any other
information you feel is pertinent to the processing of this claim.

We requested this information on 3/28/2013 and we have not received a response to date. This is
our second request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical
information.  Please be assured that we will honor a reasonable fee for necessary clerical expenses
in complying with our request promptly upon its receipt.  If you require pre-payment please contact
the writer.  Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other
entities covered by GINA Title II from requesting or requiring genetic information of an individual,
except as specifically allowed by this law.  To comply with this law, we are asking that you not
provide any genetic information when responding to this request for medical information.  'Genetic
information' as defined by GINA, includes an individual's family medical history, the results of an
individual's or family member's genetic tests, the fact that an individual or an individual's family
member sought or received genetic services, and genetic information of a fetus carried by an
individual or an individual's family member or an embryo lawfully held by an individual or family
member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY  40512-4305
Fax (877) 454-7217

**Bertacchi-Freeman/Hartford000381**

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SV*

Christine M. Montroy, Ability Analyst/SV
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE
HARTFORD

CHW Medical Foundation
CHW

3000 Q Street
Sacramento, CA 95816
(916) 733-3352 Telephone
(916) 733-3326 Facsimile

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

**Name of Patient:** Gloria Bertacchi Freeman **Date of Birth** REDACTED 53

Other Names Used: Freeman **Telephone Number:** 916 3901845

**Patient Address:** 5135 Moss Lane, Granite Bay, CA 95746
*(Street, City, State and Zip Code)*

I AUTHORIZE: **CHW – MERCY MEDICAL GROUP**
*(Facility or other provider)*

**TO DISCLOSE TO:** ______________________
*(Persons/organizations authorized to receive the information)*

at the following address: ______________________
*(Street, City, State and Zip Code)*

the following information contained in the records specified below (check box and initial applicable lines below):

____Mental health or developmental disability treatment records (excludes "Psychotherapy notes")
____Substance abuse treatment records
____HIV test results (This authorizes disclosure of laboratory test results only. **Note that your records may include information concerning your HIV status <u>even</u> if you do not initial this line.**)

☐ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified [check applicable box(es)]:

__Billing Records
__Consultation Reports
__Discharge Summary
__Emergency Room Reports
__History and Physical
__Laboratory Tests
__Procedure Reports
__Progress Notes
__X-ray Reports
__Date(s): ______________________
__Other: ______________________

☐ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care.



**THE
HARTFORD**

April 10, 2013

Kaiser Pharmacy
1600 Eureka Rd. Mob 2 Fl
Roseville, CA 95661

Policy Holder:     Cardinal Health, Inc.
Claimant:          Gloria Bertacchi-Freeman (DOB: <span style="background:black">REDACTED</span>1953)
Insured ID:        9004108017
Policy Number:     83120674

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

A complete print out of all prescriptions that have been filled for Gloria Bertacchi-Freeman from 1/1/2012 through the present.

Please include:
(1) the name of the drug
(2) the name of the physician who prescribed the drug
(3) the quantity prescribed
(4) the date filled.

We requested this information on 03/27/2013 and we have not received a response to date. This is our second request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

**Bertacchi-Freeman/Hartford000384**

or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SK*

Christine M. Montroy, Ability Analyst/SK
Hartford Life and Accident Insurance Co.

Enclosure

Authorization*

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

THE HARTFORD

## G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

| Gloria Bertacchi Freeman | REDACTED [redacted]53 | 3990 |
|---|---|---|
| Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

| [signature] | 3/19/13 | |
|---|---|---|
| Signature of Insured or Guardian | Date | Relationship to Insured<br>(*if signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



**THE**
**HARTFORD**

March 28, 2013

Target Pharmacy
1925 Douglas Blvd
Roseville, CA  95661

| | |
|---|---|
| Policy Holder: | Cardinal Health, Inc. |
| Claimant: | Gloria Bertacchi-Freeman (DOB: REDACTED/1953) |
| Insured ID: | 9004108017 |
| Policy Number: | 83120674 |

Dear Relaese of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information.  Please provide the following information:

A complete print out of all prescriptions that have been filled for Gloria Bertacchi-Freeman from 1/1/2012 through the present.

Please include:
(1) the name of the drug
(2) the name of the physician who prescribed the drug
(3) the quantity prescribed
(4) the date filled.

To permit you to honor our request, we are enclosing a signed authorization to release medical information.  Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt.  If you require pre-payment please contact the writer.  Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law.  To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.  'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY  40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SK*

Christine M. Montroy, Ability Analyst/SK
Hartford Life and Accident Insurance Co.

Enclosure

Authorization*

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



## G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

| Gloria Bertacchi Freeman | REDACTED 53 | 3990 |
|---|---|---|
| Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the ~~purpose of evaluating and administering my claim for benefits and/or leave request.~~ Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

| [signature] | 3/19/13 | |
|---|---|---|
| Signature of Insured or Guardian | Date | Relationship to Insured (*if signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



THE HARTFORD

March 28, 2013

Kaiser Hospital
1600 Eureka Rd
Roseville, CA 95661
Fax : (916) 746-4314

| | |
|---|---|
| Policy Holder: | Cardinal Health, Inc. |
| Claimant: | Gloria Bertacchi-Freeman (DOB: REDACTED1953) |
| Insured ID: | 9004108017 |
| Policy Number: | 83120674 |

Dear Relaese of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Hospital records for the period of 1/1/2012 to present. Please include:
(1) the report of the examination upon admission
(2) the history sheet
(3) the final discharge summary

Kaiser ID number 2856742
Seen at Eureka and Riverside

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SK*

Christine M. Montroy, Ability Analyst/SK
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE HARTFORD

03/23/2013 15:59 FAX KINKO'S 005/011

THE HARTFORD

## G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

| Gloria Bertacchi Freeman | REDACTED [redacted]53 | 3990 |
|---|---|---|
| Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restr iction on the disclosure of My Information and this Authorization, this Authorization will control.

| [signature] | 3/19/13 | |
|---|---|---|
| Signature of Insured or Guardian | Date | Relationship to Insured (*if signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC , and any of their parents, affiliates, subsidiaries and/or third-party contractors.



THE
HARTFORD

March 28, 2013

Dr. Peter Heitke
Us Healthworks
2305 Sunset Blvd
Rocklin, CA 95765
Fax : (916) 632-9706

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman (DOB: REDACTED/1953)
Insured ID: 9004108017
Policy Number: 83120674

Dear Dr. Heitke:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

A complete print out of all prescriptions that have been filled for Gloria Bertacchi-Freeman from 1/1/2012 through the present.

Please include:
(1) the name of the drug
(2) the name of the physician who prescribed the drug
(3) the quantity prescribed
(4) the date filled.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SK*

Christine M. Montroy, Ability Analyst/SK
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE HARTFORD

THE HARTFORD

## G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

| Gloria Bertacchi Freeman | REDACTED [redacted]/53 | 3990 |
|---|---|---|
| Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restr iction on the disclosure of My Information and this Authorization, this Authorization will control.

| [signature] | 3/19/13 | |
|---|---|---|
| Signature of Insured or Guardian | Date | Relationship to Insured (*if signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



**THE**
**HARTFORD**

March 28, 2013

Kaiser Pharmacy
1600 Eureka Rd. Mob 2 Fl
Roseville, CA 95661

Policy Holder:   Cardinal Health, Inc.
Claimant:        Gloria Bertacchi-Freeman (DOB: <span style="background:black">REDACTED</span>1953)
Insured ID:      9004108017
Policy Number:   83120674

Dear Relaese of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

A complete print out of all prescriptions that have been filled for Gloria Bertacchi-Freeman from 1/1/2012 through the present.

Please include:
(1) the name of the drug
(2) the name of the physician who prescribed the drug
(3) the quantity prescribed
(4) the date filled.

Kaiser ID 2856742

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford000396

family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SK*

Christine M. Montroy, Ability Analyst/SK
Hartford Life and Accident Insurance Co.

Enclosure

Authorization*

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE
HARTFORD

THE HARTFORD

G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

Gloria Bertacchi Freeman — REDACTED/53 — 3990

Insured's Name (*Please print*) — Date of Birth — Last 4 Digits of Social Security Number

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restr iction on the disclosure of My Information and this Authorization, this Authorization will control.

[signature] — 3/19/13

Signature of Insured or Guardian — Date — Relationship to Insured (*if signed by Guardian*)

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC , and any of their parents, affiliates, subsidiaries and/or third-party contractors.



THE
HARTFORD

March 28, 2013

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

We have received your claim for Long Term Disability (LTD) benefits and have started our review. We are requesting additional information from your physician(s), and will notify you as soon as we have reached a decision.

Please refer to our letter dated March 15, 2013. In order to aid in our Pre-exisiting Condition investigation we have requested medical records for the period of January 1, 2012 through the present from the following providers:

- Kaiser
- Kaiser Pharmacy
- Target Pharmacy (2 locations)
- Dr. Nguyen
- Us Healthworks and Pharmacy
- Dr. Kim
- Mercy Hospital Folsom
- Campus Surgery Center
- Mercy Medical Group

Please follow up with your providers to ensure the requested information is received within twenty one days to avoid any delays in processing your claim.

Benefits provided through the LTD policy will be reduced by Other Income Benefits to which you and your dependents may be entitled, including, but not limited to, Social Security Disability and/or Retirement / Pension, Workers Compensation, etc. Please read your benefit booklet for complete details regarding Other Income Benefits.

Meanwhile, should you receive, or become entitled to receive any Other Income Benefits due to your Disability or Retirement, or any income for any work performed, please notify us at once so that we may determine whether such income will have an effect on your LTD benefits.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Please read your insurance booklet, and if you have questions or concerns, please call us. If you do not have an insurance booklet, please obtain one from your employer. It is important that you understand your Long Term Disability (LTD) coverage.

If you have any questions, please feel free to contact our office at (800) 898-2458 x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

Christine Montroy

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



THE
HARTFORD

March 27, 2013

Dr. Leslie Kim
901 Campus Drive #111
Daly City, CA 94015
Fax : (650) 991-2650

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman (DOB: REDACTED 1953)
Insured ID: 9004108017
Policy Number: 83120674

Dear Dr. Kim:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Office notes for the period of 1/1/2012 to present. Please include any other information you feel is pertinent to the processing of this claim.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/VS*

Christine M. Montroy, Ability Analyst/VS
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

Gloria Bertacchi Freeman | REDACTED 53 | 3990

Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restr iction on the disclosure of My Information and this Authorization, this Authorization will control.

[signature] | 3/19/13 |

Signature of Insured or Guardian | Date | Relationship to Insured (*if signed by Guardian*)

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



**THE HARTFORD**

March 27, 2013

Target Pharmacy
133 Seramonte Center
Daly City, CA  94015
Fax : (415) 840-2254

Policy Holder:     Cardinal Health, Inc.
Claimant:          Gloria Bertacchi-Freeman (DOB: REDACTED 1953)
Insured ID:        9004108017
Policy Number:     83120674

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information.  Please provide the
following information:

A complete print out of all prescriptions that have been filled for Gloria Bertacchi-Freeman from
1/1/2012 through the present.

Please include:
(1) the name of the drug
(2) the name of the physician who prescribed the drug
(3) the quantity prescribed
(4) the date filled.

To permit you to honor our request, we are enclosing a signed authorization to release medical
information.  Please be assured that we will honor a reasonable fee for necessary clerical expenses
in complying with our request promptly upon its receipt.  If you require pre-payment please contact
the writer.  Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other
entities covered by GINA Title II from requesting or requiring genetic information of an individual,
except as specifically allowed by this law.  To comply with this law, we are asking that you not
provide any genetic information when responding to this request for medical information.  'Genetic
information' as defined by GINA, includes an individual's family medical history, the results of an
individual's or family member's genetic tests, the fact that an individual or an individual's family
member sought or received genetic services, and genetic information of a
fetus carried by an individual or an individual's family member or an
embryo lawfully held by an individual or family member receiving assistive
reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY  40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/VS*

Christine M. Montroy, Ability Analyst/VS
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



03/23/2013 15:59 FAX KINKO'S 005/011

G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

| Gloria Bertacchi Freeman | REDACTED 53 | 3990 |
|---|---|---|
| Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

| [signature] | 3/19/13 | |
|---|---|---|
| Signature of Insured or Guardian | Date | Relationship to Insured (*if signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



THE
HARTFORD

March 27, 2013

Mercy Medical Group
550 W Ranch View Suite 3000
Rocklin, CA  95765
Fax : (916) 733-3326

Policy Holder:     Cardinal Health, Inc.
Claimant:          Gloria Bertacchi-Freeman (DOB: REDACTED 1953 )
Insured ID:        9004108017
Policy Number:     83120674

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information.  Please provide the
following information:

Office notes for the period of 1/1/2012 to present.  Please include any other information you feel is
pertinent to the processing of this claim.

To permit you to honor our request, we are enclosing a signed authorization to release medical
information.  Please be assured that we will honor a reasonable fee for necessary clerical expenses
in complying with our request promptly upon its receipt.  If you require pre-payment please contact
the writer.  Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other
entities covered by GINA Title II from requesting or requiring genetic information of an individual,
except as specifically allowed by this law.  To comply with this law, we are asking that you not
provide any genetic information when responding to this request for medical information.  'Genetic
information' as defined by GINA, includes an individual's family medical history, the results of an
individual's or family member's genetic tests, the fact that an individual or an individual's family
member sought or received genetic services, and genetic information of a fetus carried by an
individual or an individual's family member or an embryo lawfully held by an individual or family
member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY  40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/VS*

Christine M. Montroy, Ability Analyst/VS
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



CHW Medical Foundation
CHW

3000 Q Street
Sacramento, CA 95816
(916) 733-3332 Telephone
(916) 733-3326 Facsimile

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

**Name of Patient:** Gloria Bertacchi Freeman **Date of Birth** REDACTED 53

Other Names Used: Freeman **Telephone Number:** 916 3901845

**Patient Address:** 5135 Moss Lane, Granite Bay, CA 95746
*(Street, City, State and Zip Code)*

I AUTHORIZE: **CHW – MERCY MEDICAL GROUP**
*(Facility or other provider)*

**TO DISCLOSE TO:** ____________________
*(Persons/organizations authorized to receive the information)*

at the following address: ____________________
*(Street, City, State and Zip Code)*

the following information contained in the records specified below (check box and initial applicable lines below):

____Mental health or developmental disability treatment records (excludes "Psychotherapy notes")

____Substance abuse treatment records

____HIV test results (This authorizes disclosure of laboratory test results only. **Note that your records may include information concerning your HIV status <u>even</u> if you do not initial this line.**)

☐ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified [check applicable box(es)]:

__Billing Records
__Consultation Reports
__Discharge Summary
__Emergency Room Reports
__History and Physical
__Laboratory Tests
__Procedure Reports
__Progress Notes
__X-ray Reports
__Date(s): ____________________
__Other: ____________________

☐ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care.

Revised: 02/01/04

A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

___At the request of the patient or personal representative; ***OR***

_✓_Other: _Insurance_

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________ (insert date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following: ***Attn: Facility Privacy Official 3000 O Street, Sacramento, CA 95816.*** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.
- I have a right to receive a copy of this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** [signature] Date: _3/23/13_
*(Patient or personal representative)*

______________________ ______________________
***Print name of personal representative*** ***Relationship to patient***

Patient/Representative Identification Verified; *Initials:*__________ *Dept:*__________

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**



**THE HARTFORD**

March 27, 2013

Dr. Thuy Rose Nguyen
Uc Davis - Family Practice
550 West Ranch View Dr. #2005
Rocklin, CA  95765
Fax : (916) 295-5769

Policy Holder:     Cardinal Health, Inc.
Claimant:          Gloria Bertacchi-Freeman (DOB: REDACTED 1953)
Insured ID:        9004108017
Policy Number:     83120674

Dear Dr. Nguyen:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information.  Please provide the
following information:

Office notes for the period of 1/1/2012 to present. Please include any other information you feel is
pertinent to the processing of this claim.

To permit you to honor our request, we are enclosing a signed authorization to release medical
information.  Please be assured that we will honor a reasonable fee for necessary clerical expenses
in complying with our request promptly upon its receipt.  If you require pre-payment please contact
the writer.  Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other
entities covered by GINA Title II from requesting or requiring genetic information of an individual,
except as specifically allowed by this law.  To comply with this law, we are asking that you not
provide any genetic information when responding to this request for medical information.  'Genetic
information' as defined by GINA, includes an individual's family medical history, the results of an
individual's or family member's genetic tests, the fact that an individual or an individual's family
member sought or received genetic services, and genetic information of a fetus carried by an
individual or an individual's family member or an embryo lawfully held by an individual or family
member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY  40512-4305
Fax (877) 454-7217

**Bertacchi-Freeman/Hartford000411**

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/VS*

Christine M. Montroy, Ability Analyst/VS
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

| Gloria Bertacchi Freeman | REDACTED/53 | 3990 |
|---|---|---|
| Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restr iction on the disclosure of My Information and this Authorization, this Authorization will control.

| [signature] | 3/19/13 | |
|---|---|---|
| Signature of Insured or Guardian | Date | Relationship to Insured (*if signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



THE
HARTFORD

March 27, 2013

Campus Surgery Center
901 Campus Drive #102
Daly City, CA 94015
Fax : (650) 755-8638

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman (DOB: REDACTED 1953)
Insured ID: 9004108017
Policy Number: 83120674

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Hospital records for the period of 1/1/2012 to present. Please include:
(1) the report of the examination upon admission
(2) the history sheet
(3) the final discharge summary

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/VS*

Christine M. Montroy, Ability Analyst/VS
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

| Gloria Bertacchi Freeman | REDACTED 53 | 3990 |
|---|---|---|
| Insured's Name (*Please print*) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

| [signature] | 3/19/13 | |
|---|---|---|
| Signature of Insured or Guardian | Date | Relationship to Insured (*if signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.



THE HARTFORD

March 27, 2013

Mercy Hospital Folsom
1600 Creekside Drive
Folsom, CA 95630
Fax : (916) 733-3326

| | |
|---|---|
| Policy Holder: | Cardinal Health, Inc. |
| Claimant: | Gloria Bertacchi-Freeman (DOB: REDACTED1953) |
| Insured ID: | 9004108017 |
| Policy Number: | 83120674 |

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Office notes for the period of 1/1/2012 to present. Please include any other information you feel is pertinent to the processing of this claim.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/VS*

Christine M. Montroy, Ability Analyst/VS
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217



**THE**
**HARTFORD**

☑009/011



CHW Medical Foundation
CHW

3000 Q Street
Sacramento, CA 95816
(916) 733-3332 Telephone
(916) 733-3326 Facsimile

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. *Failure to provide all information requested may invalidate this authorization.*

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

REDACTED

**Name of Patient:** _Gloria Bertacchi Freeman_ **Date of Birth** ___ 53

**Other Names Used:** _Freeman_ **Telephone Number:** _916 390 1845_

**Patient Address:** _5135 Moss Lane, Granite Bay, CA 95746_
*(Street, City, State and Zip Code)*

**I AUTHORIZE:** _____ **CHW – MERCY MEDICAL GROUP** _____
*(Facility or other provider)*

**TO DISCLOSE TO:** _____
*(Persons/organizations authorized to receive the information)*

at the following address: _____
*(Street, City, State and Zip Code)*

the following information contained in the records specified below (check box and initial applicable lines below):

_____ Mental health or developmental disability treatment records (excludes "Psychotherapy notes")

_____ Substance abuse treatment records

_____ HIV test results   (This authorizes disclosure of laboratory test results only.
**Note that your records may include information concerning your HIV status even if you do not initial this line.).**

❑ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified [check applicable box(es)]:

| | | |
|---|---|---|
| __Billing Records | __Emergency Room | __Procedure Reports |
| __Consultation | Reports | __Progress Notes |
| Reports | __History and | __X-ray Reports |
| __Discharge | ··Physical | |
| Summary | __Laboratory Tests | |
| __Date(s):_____ | | |
| __Other:_____ | | |

❑ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care.

Page 1 of 2.

Revised: 02/01/04

A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:
___At the request of the patient or personal representative; ***OR***
_√_Other: Insurance

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ____________ (insert date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following: ***Attn: Facility Privacy Official 3000 O Street, Sacramento, CA 95816.*** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.
- I have a right to receive a copy of this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** [signature] Date: 3/23/13
*(Patient or personal representative)*

________________________ ________________________
***Print name of personal representative*** ***Relationship to patient***

Patient/Representative Identification Verified; *Initials:*__________ *Dept:*__________

Note: If the substance abuse treatment information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**



UNIVERSITY DISABILITY CONSORTIUM
Physician Specialists for Disability Evaluation and Management

# Invoice

76 Chestnut Street
Newton, MA 02465

| Date | Invoice # |
|---|---|
| 10/19/2015 | 41335 |

| Bill To |
|---|
| Hartford Life Insurance<br>P O Box 2999<br>Hartford, CT 061042999 |

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 15 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 8.5 | File Review by Dr. Lambur, James (CASEID 41335) | 250.00 | 2,125.00 |
| | Bertacchi-freeman,Gloria | | |
| | Ref #: 9004108017 | | |
| | Date of Report: 10/14/2015 | | |
| | Referred By: Floyd, Mary | 0.00 | 0.00 |
| 14.75 | File Review by Dr. Leibowitz, Michael (CASEID 41336) | 250.00 | 3,687.50 |
| 9 | File Review by Dr. Ash, Julia (CASEID 41337) | 250.00 | 2,250.00 |
| 1 | Admin Fee | 125.00 | 125.00 |

Please add claimant name and our invoice# to ck/pay to University Disability Consort.
EIN#04-2932411

| | |
|---|---|
| **Total** | $8,187.50 |
| **Balance Due** | $8,187.50 |

## Employability Analysis Report Addendum

Claimant: Gloria Bertacchi-Freeman
ID Number: 9004108017
Policyholder: Cardinal Health Inc.
Date of Report: 10/22/2015

---

An Employability Analysis was conducted for Gloria Bertacchi Freeman using OASYS for the purpose of determining her current employability. This analysis was based upon her functional capabilities, education, training and work history.

OASYS (Occupational Access System) is a computerized job matching system that cross references an individual's qualifications profile with 12,741 occupations classified by the U.S. Department of Labor in the 1991 Dictionary of Occupational Titles (DOT).

**Functional Capabilities:**
The functional capabilities used in this analysis are based on the Medical File Review dated 10/14/15 by Julia Y. Ash, M.D., Board Certified in Rheumatology, File Review by Dr. James A. Lambur, Board Certified in Orthopedic Surgery dated 10/14/15, Michael Leibowitz, MD, Board Certified in Physical Medicine and Rehabilitation dated 10/8/15.

Dr. Ash provides the following functional abilities:

- No cognitive deficits are documented throughout medical record and are, therefore, not supported. Cognitive deficits do not support restrictions and limitations. From a physical viewpoint, the following restrictions and limitations are supported as of 4/11/15 and beyond: Sitting up to eight hours per day with position changes allowed with ergonomic chair for back support, standing up to two hours per day one hour at a time, walking up to two hours per day half an hour at a time, occasional bending below waist and occasional reaching below desk level, frequent reaching above and at desk level, occasional climbing stairs, occasional driving, frequent handling, feeling, grasping, fingering, occasional lifting and carrying up to 10 pounds, occasional pushing and pulling up to 100 pounds if weight is on wheels, no crouching, kneeling, and crawling, no ladder climbing, occasional driving. Medical record supports the claimant's ability to work full time in sedentary work capacity with above restrictions and limitations with reasonable continuity as of 4/11/15 and beyond.

Dr. Lambur provides the following functional abilities:

- The claimant is physically and cognitively able to return to the work place in a sedentary capacity, per DOT/DOL definitions, on 4/11/15, 8 hours a day, 5 days a week as of 4/11/15.

Dr. Leibowitz provides the following functional abilities:

- From 4/11/15 to the present time and beyond (beyond if the claimant's impairments, conditions, illnesses, and surgical constructs remain stable and do not deteriorate). The claimant may work full time 8 hours per day, five days per week for total of 40 hours per week. The claimant may sit 15 minutes at a time for a total of 6 hours per day in an 8 hour workday, can stand 10 minutes at a time for a total of 1 and 1/2 hours in an eight hour day, the claimant can ambulate 3 minutes at a time for a total for one-half hour in an 8-hour day. The claimant can lift, carry, push, pull 10 pounds with both upper extremities occasionally (0-33% of the workday), can lift/carry, push, pull a negligible amount of weight with both upper extremities constantly (67-100% at a work day), can reach above bilateral shoulder level with both upper extremities occasionally (0-33% of the workday), can reach at waist/desk level with both upper extremities constantly (67-100% of the workday), and can reach below waist/desk level with both upper extremities frequently (34-66% of the workday). The claimant is restricted from kneeling on both knees, crawling, and climbing ladders.

**Work and Educational History:**
Ms. Bertacchi-Freeman reported in the work and educational history form dated 11/3/14, she obtained her Pharm D. in 1977 and her MBA in 2002. She reported that her Master's degree is from a non-accredited university. When looking at the most recent 15 years of work history, the claimant worked as a Director of Pharmacy for 3 months and as a Director of Operations, Clinical Pharmacist for 12.5 years.

The following Dictionary of Occupational (DOT) Titles represent the work history used in this analysis:

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str |
|---|---|---|---|---|---|---|---|---|
| 074.167-010 | Director, Pharmacy Services | 8 | 12 | 9 | Y | N | N | L |

**Profile Adjustments and Considerations:**
The following adjustments were made to the ability profile based on the functional capabilities and work and education history:

1. Strength was adjusted from Light to Sedentary.
2. Feeling was adjusted from never to frequently to reflect upper extremity abilities.
3. Talking, hearing, tasting, smelling, vision and environmental conditions were adjusted to constantly; and noise intensity was increased to very loud as there are no restrictions.
4. Following specific instructions was changed to yes as he used this skill to follow specific company and health care policies and procedures

5. Making judgments and decisions was changed from no to yes as she used this skill to solve problems on the job based on her prior work experiences
6. Analyzing, compiling, computing, copying and comparing were changed from no to yes as she used these skills to assess needs, develop plans, research, evaluate services, etc.
7. Supervising was changed from no to yes as she used this skill to monitor the activity of hospital pharmacists
8. Serving was changed from no to yes as she used this skill to attend to the needs of clients, stack holders, etc.
9. Taking instructions-helping was changed to yes as he used this skill to attend to the requests of her supervisors
10. All other Physical Demands, Environmental Conditions, Aptitudes, Work Situations and Work Functions remained at Pre-disability levels.

**Analysis Results:**
The results of the Employability Analysis identified 4 occupations within the "closest" level, 1 occupation within the "good" level, 139 occupations within the "fair" level and 65 occupations within the "potential" level.

Of the viable employment matches from this analysis, below is a representative sample of occupations that meet the claimant's profile:

| Code | Occupation | Monthly Median Wage |
|---|---|---|
| 079.167-010 | Community-Services-and-Health-Education Officer | $ 14443.86 |
| 189.167-030 | Program Manager | $ 14443.86 |

Based on the 2014 National OES Wage Statistics, the median monthly wages for the identified occupations range from $14443.86-$14443.86/month and all meet or exceed the required estimated earnings potential of $6933.33/month.

The claimant has worked in the pharmacy industry and she has shown proficiency in planning and organizing activities of others, directing and coordinating budgets, and direct and coordinate activities of businesses and departments. Her job skills and knowledge transfer to alternative occupations in industries which involve the same traits. Ms. Bertacchi-Freeman has a Doctorate degree in Pharmacy which would qualify her for the above positons without the need for additional education.

The viable employment matches selected are positions which are performed while primarily seated but do include activities which involve brief periods of standing and walking which can be timed at the worker's own volition. As these positions are sedentary and management level positions it is reasonable that she can relieve herself from sitting as often as needed for comfort.

The claimant resides in Placer County, the statistical area for Granit Bay, CA, which is located in the Sacramento, CA (population of 407,018) metro area. This region would offer a significant labor market of employment options.

These occupations exist in reasonable numbers in the geographic economy, use skills and/or worker traits and habits the claimant possesses and are within her physical, mental, and cognitive abilities. These findings are indicative that Gloria Bertacchi-Freeman possesses the capabilities to perform these occupations with minimum training in tools and/or materials.

Respectfully Submitted,

*Bridgett Collins, MS, CRC*
Vocational Clinical Case Manager

**Name:** Bertacchi-Freeman, Gloria **SSN:**
**Case:**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 074.167-010 | Director, Pharmacy Services | 8 | 12 | 9 | Y | N | N | L | 02.04.01 |

**Name:** Bertacchi-Freeman, Gloria **SSN:**

**Reg/Case:**

**Title:** **DOT Code:**
074.167-010
**O*NET Code:** 29-1051.00 Pharmacists

Directs and coordinates, through subordinate supervisory personnel, activities and functions of hospital pharmacy:

**Tasks**

1. Plans and implements procedures in hospital pharmacy according to hospital policies and legal requirements.
2. Directs pharmacy personnel programs, such as hiring, training, and intern programs.
3. Confers with computer personnel to develop computer programs for pharmacy information management systems, patient and department charge systems, and inventory control.
4. Analyzes records to indicate prescribing trends and excessive usage.
5. Prepares pharmacy budget and department reports required by hospital administrators.
6. Attends staff meetings to advise and inform hospital medical staff of drug applications and characteristics.
7. Observes pharmacy personnel at work and develops quality assurance techniques to ensure safe, legal, and ethical practices.
8. Oversees preparation and dispensation of experimental drugs.

DLU: 1987

**O*NET Title:** Pharmacists
**O*NET Code:** 29-1051.00

Dispense drugs prescribed by physicians and other health practitioners and provide information to patients about medications and their use. May advise physicians and other health practitioners on the selection, dosage, interactions, and side effects of medications.
CORE TASKS:

1. Review prescriptions to assure accuracy, to ascertain the needed ingredients, and to evaluate their suitability.
2. Provide information and advice regarding drug interactions, side effects, dosage, and proper medication storage.
3. Maintain records, such as pharmacy files, patient profiles, charge system files, inventories, control records for radioactive nuclei, or registries of poisons, narcotics, or controlled drugs.
4. Plan, implement, or maintain procedures for mixing, packaging, or labeling pharmaceuticals, according to policy and legal requirements, to ensure quality, security, and proper disposal.
5. Assess the identity, strength, or purity of medications.
6. Collaborate with other health care professionals to plan, monitor, review, or evaluate the quality or effectiveness of drugs or drug regimens, providing advice on drug applications or characteristics.

7. Order and purchase pharmaceutical supplies, medical supplies, or drugs, maintaining stock and storing and handling it properly.

8. Analyze prescribing trends to monitor patient compliance and to prevent excessive usage or harmful interactions.

9. Advise customers on the selection of medication brands, medical equipment, or healthcare supplies.

10. Compound and dispense medications as prescribed by doctors and dentists, by calculating, weighing, measuring, and mixing ingredients, or oversee these activities.

11. Manage pharmacy operations, hiring or supervising staff, performing administrative duties, or buying or selling non-pharmaceutical merchandise.

12. Provide specialized services to help patients manage conditions such as diabetes, asthma, smoking cessation, or high blood pressure.

13. Offer health promotion or prevention activities, such as training people to use blood pressure devices or diabetes monitors.

14. Contact insurance companies to resolve billing issues.

15. Teach pharmacy students serving as interns in preparation for their graduation or licensure.

16. Refer patients to other health professionals or agencies when appropriate.

SUPPLEMENTAL TASKS:

17. Work in hospitals or clinics or for Health Management Organizations (HMOs), dispensing prescriptions, serving as a medical team consultant, or specializing in specific drug therapy areas, such as oncology or nuclear pharmacotherapy.

18. Prepare sterile solutions or infusions for use in surgical procedures, emergency rooms, or patients' homes.

19. Update or troubleshoot pharmacy information databases.

20. Publish educational information for other pharmacists, doctors, or patients.

DETAILED WORK ACTIVITIES

1). Verify accuracy of patient information.

2). Communicate detailed medical information to patients or family members.

3). Advise patients on effects of health conditions or treatments.

4). Maintain inventory of medical supplies or equipment.

5). Order medical supplies or equipment.

6). Maintain medical facility records.

7). Treat chronic diseases or disorders.

8). Recommend types of assistive devices.

9). Collaborate with healthcare professionals to plan or provide treatment.

10). Advise medical personnel regarding healthcare issues.

11). Prepare medications or medical solutions.

12). Refer patients to other healthcare practitioners or health resources.

13). Determine protocols for medical procedures.

14). Merchandise healthcare products or services.

15). Manage healthcare operations.

16). Train medical providers.

17). Present medical research reports.

18). Instruct patients in the use of assistive equipment.

**Please note: O*NET Codes are under development and subject to change.**

**Name:** Bertacchi-Freeman, Gloria **SSN:**
**Case:**

**Name:** Bertacchi-Freeman, Gloria **SSN:**
**Reg/Case:**

**Title:** **DOT Code:**
169.167-090
**Industry:** Insurance

**Specific Vocational Preparation:** Level 6 (1 to 2 years)

**General Educational Development:** Reasoning Grades 13-14
Mathematics Grades 9-12
Language Grades 13-14

**Strength:** Light Lifting, Carrying, Pushing, Pulling 20 Lbs. occasionally, frequently up to 10 Lbs., or negligible amount constantly. Can include walking and or standing frequently even though weight is negligible. Can include pushing and or pulling of arm and or leg controls.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Quiet |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | |

Never
Reaching Occasionally Atmospheric Conditions
Never
Handling Frequently Proximity to Moving Mechanical Parts
Never
Fingering Frequently Exposure to Electrical Shock
Never
Feeling Never Working in High Exposed Places
Never
Talking Frequently Exposure to Radiation
Never
Hearing Frequently Working with Explosives
Never
Tasting/Smelling Never Exposure to Toxic or Caustic Chemicals
Never
Near Acuity Frequently Other Environmental Conditions
Never
Far Acuity Never
Depth Perception Never
Accommodation Occasionally
Color Vision Never
Field of Vision Never

**Work Situations:** Directing, controlling, or planning activities of others. **Data:** 1
Coordinating
Dealing with people. **People:** 6
Speaking-Signaling
Attaining precise set limits, tolerances, and standards. **Things:** 7
Handling
Making judgments and decisions.

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | 3+ (56 - 66 Percentile) |
| Verbal Aptitude | 2 (67-89 Percentile) | 3- (34 - 44 Percentile) |
| Numerical Aptitude | 3 (34-66 Percentile) | 3 (46 - 54 Percentile) |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 2 (67-89 Percentile) | 3 (46 - 54 Percentile) |
| Motor Coordination | 3 (34-66 Percentile) | Not Included |
| Finger Dexterity | 3 (34-66 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

**SOC Category:** Medical and Health Services Managers
**SOC Code:** 11-9111
**Includes DOT:**
**DOT Code:** 169.167-090
**State:** California
**Area:** Sacramento-Roseville-Arden Arcade MSA

| | |
|---|---|
| **Estimated Employment 2012** | 1,710 |
| **Projected Employment 2022** | 2,140 |
| **Numeric Change 2012-2022** | 430 |
| **Percent Change 2012-2022** | 25.1% |
| **Annual Average Percent Change** | 2.5% |
| **Average Annual Job Openings - New Jobs** | 43 |
| **Avg Annual Job Openings - Replacement Needs** | 42 |
| **Avg Annual Job Openings - Total Jobs** | 85 |

**Source:** State of California, Employment Development Department

**This SOC Occupation group includes 9 DOT Occupations**

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Case:**

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

|  | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 8 (4 to 10 years) | 2 (Up to 1 month) |
| **General Educational Development** | | | |
| Reasoning | | 6 Grades 15-16+ | No Change |
| Mathematics | | 6 Grades 15-16+ | No Change |
| Language | | 6 Grades 15-16+ | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | L  Light | S  Sedentary |
|  | Minimum | L  Light | S  Sedentary |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Never | No Change |
| Kneeling | | Never | No Change |
| Crouching | | Never | No Change |
| Crawling | | Never | No Change |
| Reaching | | Frequently | No Change |
| Handling | | Frequently | No Change |
| Fingering | | Frequently | No Change |
| Feeling | | Never | Frequently |
| Talking | | Frequently | Constantly |
| Hearing | | Frequently | Constantly |
| Tasting/Smelling | | Never | Constantly |
| Near Acuity | | Frequently | Constantly |
| Far Acuity | | Never | Constantly |
| Depth Perception | | Never | Constantly |
| Accommodation | | Occasionally | Constantly |
| Color Vision | | Frequently | Constantly |
| Field of Vision | | Occasionally | Constantly |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Constantly |
| Extreme Cold | | Never | Constantly |
| Extreme Heat | | Never | Constantly |
| Wet and/or Humid | | Never | Constantly |
| Vibration | | Never | Constantly |
| Atmospheric Conditions | | Never | Constantly |
| Proximity to Moving Mechanical Parts | | Never | Constantly |
| Exposure to Electrical Shock | | Never | Constantly |
| Working in High Exposed Places | | Never | Constantly |
| Exposure to Radiation | | Never | Constantly |
| Working with Explosives | | Never | Constantly |
| Exposure to Toxic or Caustic Chemicals | | Never | Constantly |
| Other Environmental Conditions | | Never | Constantly |
| Noise Intensity Level | | Quiet | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 1 (Above 89 Percentile) | No Change |
| Verbal Aptitude | 1 (Above 89 Percentile) | No Change |
| Numerical Aptitude | 1 (Above 89 Percentile) | No Change |
| Spatial Aptitude | 1 (Above 89 Percentile) | No Change |
| Form Perception | 1 (Above 89 Percentile) | No Change |
| Clerical Aptitude | 1 (Above 89 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 2 (67-89 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | No | Yes |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

**Search Date:** 10/22/2015
**Search Type:** Potential
**TSA Component Pairs:** Mixed
**Aptitude Mode:** DOT

**Hourly Wage Required:** $40.00 Using California State OES data
**Occupations Meeting All Criteria:** 125

**TRANSFERABILITY TABLE**

| Match Type | Selected | Transferability | Training |
|---|---|---|---|
| Closest | 2 | Excellent | Minimum, Familiarization Only |
| Good | 0 | Good To Moderate | Some in Tools and/or Materials |
| Fair | 83 | Fair, Develop a Plan | Must train in Tools and/or Materials |
| Potential | 40 | Low, Plan Development and Training | Must train in Tools and Materials |

**MATCH LIST**

| Code | Occupation | Industry | SVP | Str | O*NET | Level |
|---|---|---|---|---|---|---|
| 079.167-010 | Community-Services-and-Health-Education Officer | Government Services | 8 | S | 11-1011.00 | Closest |
| 189.167-030 | Program Manager | Professional and Kindred | 8 | S | 11-1011.00 | Closest |

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

The following wage calculations are based on survey results. The Occupational Employment Statistics (OES) survey collects wages for wage and salary workers in non-farm establishments by industry.

**Wages for Area:** California, Sacramento--Arden-Arcade--Roseville, CA
**Estimated Wage Data For:** May 2014

| DOT Code | SOC (OES) | SOC (OES) Title | Hourly Mean | Hourly Median | Annual | Empl. | DOTs |
|---|---|---|---|---|---|---|---|
| 079.167-010 | 11-1011 | Chief Executives | $68.44 | $56.17 | $142,360 | 2,890 | 72 |
| 189.167-030 | 11-1011 | Chief Executives | $68.44 | $56.17 | $142,360 | 2,890 | 72 |

**Name:** Bertacchi-Freeman, Gloria **SSN:**
**Reg/Case:**

**079.167-010 Community-Services-and-Health-Education Officer**
**O*NET Code:** 11-1011.00 Chief Executives

Plans and directs statewide program of public health education and promotes establishment of local health services: Directs workers engaged in preparation and distribution of health information materials, such as brochures, films, weight charts, and first-aid kits. Promotes establishment or expansion of local health services and provides technical assistance to individuals and groups conducting [health conferences, workshops, and training courses. Answers health information requests received by department or reviews correspondence prepared by others. Coordinates special health education campaigns during epidemics, rabies outbreaks, instances of food poisoning, and similar emergencies. May direct health education activities in public schools.
DLU: 1977

---

**O*NET Title:** Chief Executives
**O*NET Code:** 11-1011.00

Determine and formulate policies and provide overall direction of companies or private and public sector organizations within guidelines set up by a board of directors or similar governing body. Plan, direct, or coordinate operational activities at the highest level of management with the help of subordinate executives and staff managers.

CORE TASKS: Direct or coordinate an organization's financial or budget activities to fund operations, maximize investments, or increase efficiency. Appoint department heads or managers and assign or delegate responsibilities to them. Analyze operations to evaluate performance of a company or its staff in meeting objectives or to determine areas of potential cost reduction, program improvement, or policy change. Direct, plan, or implement policies, objectives, or activities of organizations or businesses to ensure continuing operations, to maximize returns on investments, or to increase productivity. Prepare budgets for approval, including those for funding or implementation of programs. Confer with board members, organization officials, or staff members to discuss issues, coordinate activities, or resolve problems. Implement corrective action plans to solve organizational or departmental problems. Direct human resources activities, including the approval of human resource plans or activities, the selection of directors or other high-level staff, or establishment or organization of major departments. Establish departmental responsibilities and coordinate functions among departments and sites. Preside over or serve on boards of directors, management committees, or other governing boards. Negotiate or approve contracts or agreements with suppliers, distributors, federal or state agencies, or other organizational entities. Coordinate the development or implementation of budgetary control systems, recordkeeping systems, or other administrative control processes. Review reports submitted by staff members to recommend approval or to suggest changes. Deliver speeches, write articles, or present information at meetings or conventions to promote services, exchange ideas, or accomplish objectives. Interpret and explain policies, rules, regulations, or laws to organizations, government or corporate officials, or individuals. Prepare or present reports concerning activities, expenses, budgets, government statutes or rulings, or other items affecting businesses or program services. Review and analyze legislation, laws, or public policy and recommend changes to promote or support interests of the general population or special groups. Administer programs for selection of sites, construction of buildings, or provision of equipment or supplies. Direct or conduct studies or research on issues affecting areas of responsibility.
SUPPLEMENTAL TASKS: Direct or coordinate activities of businesses or departments concerned with production, pricing, sales, or distribution of products. Make presentations to legislative or other government committees regarding policies, programs, or budgets. Refer major policy matters to elected representatives for final decisions. Direct or coordinate activities of businesses involved with buying or

selling investment products or financial services. Conduct or direct investigations or hearings to resolve complaints or violations of laws or testify at such hearings. Direct non-merchandising departments, such as advertising, purchasing, credit, or accounting. Prepare bylaws approved by elected officials and ensure that bylaws are enforced. Serve as liaisons between organizations, shareholders, and outside organizations. Attend and participate in meetings of municipal councils or council committees. Represent organizations or promote their objectives at official functions or delegate representatives to do so. Organize or approve promotional campaigns. Nominate citizens to boards or commissions.
DETAILED WORK ACTIVITIES
Analyze impact of legal or regulatory changes.

2). Advise others on legal or regulatory compliance matters.

3). Direct financial operations.

4). Confer with organizational members to accomplish work activities.

5). Analyze data to assess operational or project effectiveness.

6). Implement organizational process or policy changes.

7). Develop organizational policies or programs.

8). Direct organizational operations, projects, or services.

9). Prepare operational budgets.

10). Direct sales, marketing, or customer service activities.

11). Negotiate contracts for transportation, distribution, or logistics services.

12). Analyze data to inform operational decisions or activities.

13). Prepare staff schedules or work assignments.

14). Manage human resources activities.

15). Prepare financial documents, reports, or budgets.

16). Prepare operational progress or status reports.

17). Resolve employee or contractor problems.

18). Direct administrative or support services.

19). Present information to the public.

20). Liaise between departments or other groups to improve function or communication.

21). Communicate organizational policies and procedures.

22). Coordinate with external parties to exchange information.

23). Manage construction activities.

24). Represent the organization in external relations.

25). Coordinate special events or programs.

26). Promote products, services, or programs.

27). Draft legislation or regulations.

Preliminary Crosswalk shows this DOT Occupation is 1 of 72 DOT's under this O*NET Code.

**Please note: O*NET Codes are under development and subject to change.**

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

**Title:**
079.167-010
**Industry:** Government Services

**DOT Code:**

**Specific Vocational Preparation:** Level 8 (4 to 10 years)

**General Educational Development:** Reasoning Grades 15-16+
Mathematics Grades 13-14
Language Grades 15-16+

**Strength:** Sedentary — Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

**Physical Demands:** / **Environmental Conditions:**

Climbing Never — Noise Intensity Level
Moderate
Balancing Never — Exposure to Weather
Never
Stooping Never — Extreme Cold
Never
Kneeling Never — Extreme Heat
Never
Crouching Never — Wet and/or Humid
Never
Crawling Never — Vibration
Never
Reaching Frequently — Atmospheric Conditions
Never
Handling Frequently — Proximity to Moving Mechanical Parts
Never
Fingering Frequently — Exposure to Electrical Shock
Never
Feeling Never — Working in High Exposed Places
Never
Talking Frequently — Exposure to Radiation
Never
Hearing Frequently — Working with Explosives
Never
Tasting/Smelling Never — Exposure to Toxic or Caustic Chemicals
Never
Near Acuity Frequently — Other Environmental Conditions
Never
Far Acuity Never
Depth Perception Never
Accommodation Never
Color Vision Never
Field of Vision Never

**Work Situations:** Directing, controlling, or planning activities of others. **Data:** 1
Coordinating
Dealing with people. **People:** 6
Speaking-Signaling
Making judgments and decisions. **Things:** 7
Handling

| **Aptitudes:** | **DOT** | **OAP** |
| --- | --- | --- |
| General Learning Ability | 2 (67-89 Percentile) | 3+ (56 - 66 Percentile) |
| Verbal Aptitude | 2 (67-89 Percentile) | 3- (34 - 44 Percentile) |
| Numerical Aptitude | 3 (34-66 Percentile) | 3 (46 - 54 Percentile) |
| Spatial Aptitude | 3 (34-66 Percentile) | Not Included |
| Form Perception | 3 (34-66 Percentile) | Not Included |
| Clerical Aptitude | 4 (11-33 Percentile) | 3 (46 - 54 Percentile) |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 5 (Below 11 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

**SOC Category:** Chief Executives **SOC Code:** 11-1011
**Includes DOT:** **DOT Code:** 079.167-010
**State:** California
**Area:** Sacramento-Roseville-Arden Arcade MSA

| | |
|---|---|
| **Estimated Employment 2012** | 3,290 |
| **Projected Employment 2022** | 3,500 |
| **Numeric Change 2012-2022** | 210 |
| **Percent Change 2012-2022** | 6.4% |
| **Annual Average Percent Change** | 0.6% |
| **Average Annual Job Openings - New Jobs** | 21 |
| **Avg Annual Job Openings - Replacement Needs** | 70 |
| **Avg Annual Job Openings - Total Jobs** | 91 |

**Source:** State of California, Employment Development Department

**This SOC Occupation group includes 72 DOT Occupations**

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

**189.167-030 Program Manager**
**O*NET Code:** 11-1011.00 Chief Executives

Manages program to ensure that implementation and prescribed activities are carried out in accordance with specified objectives: Plans and develops methods and procedures for implementing program, directs and coordinates program activities, and exercises control over personnel responsible for specific functions or phases of program. Selects personnel according to knowledge and experience in area with which program is concerned, such as social or public welfare, education, economics, or public relations. Confers with staff to explain program and individual responsibilities for functions and phases of program. Directs and coordinates personally, or through subordinate managerial personnel, activities concerned with implementation and carrying out objectives of program. Reviews reports and records of activities to ensure progress is being accomplished toward specified program objective and modifies or changes methodology as required to redirect activities and attain objectives. Prepares program reports for superiors. Controls expenditures in accordance with budget allocations. May specialize in managing governmental programs set up by legislative body or directive and be designated Manager, Governmental Program (government ser.).
DLU: 1977

---

**O*NET Title:** Chief Executives
**O*NET Code:** 11-1011.00

Determine and formulate policies and provide overall direction of companies or private and public sector organizations within guidelines set up by a board of directors or similar governing body. Plan, direct, or coordinate operational activities at the highest level of management with the help of subordinate executives and staff managers.

CORE TASKS: Direct or coordinate an organization's financial or budget activities to fund operations, maximize investments, or increase efficiency. Appoint department heads or managers and assign or delegate responsibilities to them. Analyze operations to evaluate performance of a company or its staff in meeting objectives or to determine areas of potential cost reduction, program improvement, or policy change. Direct, plan, or implement policies, objectives, or activities of organizations or businesses to ensure continuing operations, to maximize returns on investments, or to increase productivity. Prepare budgets for approval, including those for funding or implementation of programs. Confer with board members, organization officials, or staff members to discuss issues, coordinate activities, or resolve problems. Implement corrective action plans to solve organizational or departmental problems. Direct human resources activities, including the approval of human resource plans or activities, the selection of directors or other high-level staff, or establishment or organization of major departments. Establish departmental responsibilities and coordinate functions among departments and sites. Preside over or serve on boards of directors, management committees, or other governing boards. Negotiate or approve contracts or agreements with suppliers, distributors, federal or state agencies, or other organizational entities. Coordinate the development or implementation of budgetary control systems, recordkeeping systems, or other administrative control processes. Review reports submitted by staff members to recommend approval or to suggest changes. Deliver speeches, write articles, or present information at meetings or conventions to promote services, exchange ideas, or accomplish objectives. Interpret and explain policies, rules, regulations, or laws to organizations, government or corporate officials, or individuals. Prepare or present reports concerning activities, expenses, budgets, government statutes or rulings, or other items affecting businesses or program services. Review and analyze legislation, laws, or public policy and recommend changes to promote or support interests of the general population or special groups. Administer programs for selection of sites, construction of buildings, or provision of equipment or

supplies. Direct or conduct studies or research on issues affecting areas of responsibility.
SUPPLEMENTAL TASKS: Direct or coordinate activities of businesses or departments concerned with production, pricing, sales, or distribution of products. Make presentations to legislative or other government committees regarding policies, programs, or budgets. Refer major policy matters to elected representatives for final decisions. Direct or coordinate activities of businesses involved with buying or selling investment products or financial services. Conduct or direct investigations or hearings to resolve complaints or violations of laws or testify at such hearings. Direct non-merchandising departments, such as advertising, purchasing, credit, or accounting. Prepare bylaws approved by elected officials and ensure that bylaws are enforced. Serve as liaisons between organizations, shareholders, and outside organizations. Attend and participate in meetings of municipal councils or council committees. Represent organizations or promote their objectives at official functions or delegate representatives to do so. Organize or approve promotional campaigns. Nominate citizens to boards or commissions.
DETAILED WORK ACTIVITIES
Analyze impact of legal or regulatory changes.

2). Advise others on legal or regulatory compliance matters.

3). Direct financial operations.

4). Confer with organizational members to accomplish work activities.

5). Analyze data to assess operational or project effectiveness.

6). Implement organizational process or policy changes.

7). Develop organizational policies or programs.

8). Direct organizational operations, projects, or services.

9). Prepare operational budgets.

10). Direct sales, marketing, or customer service activities.

11). Negotiate contracts for transportation, distribution, or logistics services.

12). Analyze data to inform operational decisions or activities.

13). Prepare staff schedules or work assignments.

14). Manage human resources activities.

15). Prepare financial documents, reports, or budgets.

16). Prepare operational progress or status reports.

17). Resolve employee or contractor problems.

18). Direct administrative or support services.

19). Present information to the public.

20). Liaise between departments or other groups to improve function or communication.

21). Communicate organizational policies and procedures.

22). Coordinate with external parties to exchange information.

23). Manage construction activities.

24). Represent the organization in external relations.

25). Coordinate special events or programs.

26). Promote products, services, or programs.

27). Draft legislation or regulations.

Preliminary Crosswalk shows this DOT Occupation is 1 of 72 DOT's under this O*NET Code.

**Please note: O*NET Codes are under development and subject to change.**

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

**Title:**
189.167-030
**DOT Code:**

**Industry:** Professional and Kindred

**Specific Vocational Preparation:** Level 8 (4 to 10 years)

**General Educational Development:** Reasoning Grades 13-14
Mathematics Grades 13-14
Language Grades 13-14

**Strength:** Sedentary

Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| **Physical Demands:** | | **Environmental Conditions:** |
|---|---|---|
| Climbing | Never | Noise Intensity Level |
| Moderate | | |
| Balancing | Never | Exposure to Weather |
| Never | | |
| Stooping | Never | Extreme Cold |
| Never | | |
| Kneeling | Never | Extreme Heat |
| Never | | |
| Crouching | Never | Wet and/or Humid |
| Never | | |
| Crawling | Never | Vibration |
| Never | | |
| Reaching | Frequently | Atmospheric Conditions |
| Never | | |
| Handling | Frequently | Proximity to Moving Mechanical Parts |
| Never | | |
| Fingering | Occasionally | Exposure to Electrical Shock |
| Never | | |
| Feeling | Never | Working in High Exposed Places |
| Never | | |
| Talking | Frequently | Exposure to Radiation |
| Never | | |
| Hearing | Frequently | Working with Explosives |
| Never | | |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals |
| Never | | |
| Near Acuity | Frequently | Other Environmental Conditions |
| Never | | |
| Far Acuity | Never | |
| Depth Perception | Never | |
| Accommodation | Never | |
| Color Vision | Never | |
| Field of Vision | Never | |

**Work Situations:** Directing, controlling, or planning activities of others. **Data:** 1
Coordinating
Making judgments and decisions. **People:** 6
Speaking-Signaling
Dealing with people. **Things:** 7
Handling

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | 3+ (56 - 66 Percentile) |
| Verbal Aptitude | 2 (67-89 Percentile) | 3- (34 - 44 Percentile) |
| Numerical Aptitude | 2 (67-89 Percentile) | 3 (46 - 54 Percentile) |
| Spatial Aptitude | 3 (34-66 Percentile) | Not Included |
| Form Perception | 3 (34-66 Percentile) | Not Included |
| Clerical Aptitude | 2 (67-89 Percentile) | 3 (46 - 54 Percentile) |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

**SOC Category:** Chief Executives
**SOC Code:** 11-1011
**Includes DOT:**
**DOT Code:** 189.167-030
**State:** California
**Area:** Sacramento-Roseville-Arden Arcade MSA

| | |
|---|---|
| **Estimated Employment 2012** | 3,290 |
| **Projected Employment 2022** | 3,500 |
| **Numeric Change 2012-2022** | 210 |
| **Percent Change 2012-2022** | 6.4% |
| **Annual Average Percent Change** | 0.6% |
| **Average Annual Job Openings - New Jobs** | 21 |
| **Avg Annual Job Openings - Replacement Needs** | 70 |
| **Avg Annual Job Openings - Total Jobs** | 91 |

**Source:** State of California, Employment Development Department

**This SOC Occupation group includes 72 DOT Occupations**

Bertacchi-Freeman/Hartford000447

**Employability Analysis Report**

Claimant: Gloria Bertacchi-Freeman
ID Number: 9004108017
Policyholder: Cardinal Health Inc.
Date of Report: 10/21/2015

---

An Employability Analysis was conducted for Gloria Bertacchi Freeman using OASYS for the purpose of determining her current employability. This analysis was based upon her functional capabilities, education, training and work history.

OASYS (Occupational Access System) is a computerized job matching system that cross references an individual's qualifications profile with 12,741 occupations classified by the U.S. Department of Labor in the 1991 Dictionary of Occupational Titles (DOT).

**Functional Capabilities**:
The functional capabilities used in this analysis are based on the Medical File Review dated 10/14/15 by Julia Y. Ash, M.D., Board Certified in Rheumatology.

Dr. Ash provides the following functional abilities:

- No cognitive deficits are documented throughout medical record and are, therefore, not supported. Cognitive deficits do not support restrictions and limitations. From a physical viewpoint, the following restrictions and limitations are supported as of 4/11/15 and beyond: Sitting up to eight hours per day with position changes allowed with ergonomic chair for back support, standing up to two hours per day one hour at a time, walking up to two hours per day half an hour at a time, occasional bending below waist and occasional reaching below desk level, frequent reaching above and at desk level, occasional climbing stairs, occasional driving, frequent handling, feeling, grasping, fingering, occasional lifting and carrying up to 10 pounds, occasional pushing and pulling up to 100 pounds if weight is on wheels, no crouching, kneeling, and crawling, no ladder climbing, occasional driving. Medical record supports the claimant's ability to work full time in sedentary work capacity with above restrictions and limitations with reasonable continuity as of 4/11/15 and beyond.

**Work and Educational History**:
Ms. Bertacchi-Freeman reported in the work and educational history form dated 11/3/14, she obtained her Pharm D. in 1977 and her MBA in 2002. She reported that her Master's degree is from a non-accredited university. When looking at the most recent 15 years of work history, the claimant worked as a Director of Pharmacy for 3 months and as a Director of Operations, Clinical Pharmacist for 12.5 years.

The following Dictionary of Occupational (DOT) Titles represent the work history used in this analysis:

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str |
|---|---|---|---|---|---|---|---|---|
| 074.167-010 | Director, Pharmacy Services | 8 | 12 | 9 | Y | N | N | L |

**Profile Adjustments and Considerations**:
The following adjustments were made to the ability profile based on the functional capabilities and work and education history:

1. Climbing and kneeling were adjusted from never to occasionally to reflect abilities provided in the medical review report.
2. Feeling was adjusted from never to frequently to reflect upper extremity abilities.
3. Talking, hearing, tasting, smelling, vision and environmental conditions were adjusted to constantly; and noise intensity was increased to very loud as there are no restrictions.
4. Following specific instructions was changed to yes as he used this skill to follow specific company and health care policies and procedures
5. Making judgments and decisions was changed from no to yes as she used this skill to solve problems on the job based on her prior work experiences
6. Analyzing, compiling, computing, copying and comparing were changed from no to yes as she used these skills to assess needs, develop plans, research, evaluate services, etc.
7. Supervising was changed from no to yes as she used this skill to monitor the activity of hospital pharmacists
8. Serving was changed from no to yes as she used this skill to attend to the needs of clients, stack holders, etc.
9. Taking instructions-helping was changed to yes as he used this skill to attend to the requests of her supervisors
10. All other Physical Demands, Environmental Conditions, Aptitudes, Work Situations and Work Functions remained at Pre-disability levels.

**Analysis Results**:
The results of the Employability Analysis identified 4 occupations within the "closest" level, 1 occupation within the "good" level, 139 occupations within the "fair" level and 65 occupations within the "potential" level.

Of the viable employment matches from this analysis, below is a representative sample of occupations that meet the claimant's profile:

| Code | Occupation | Monthly Median Wage |
|---|---|---|
| 079.167-010 | Community-Services-and-Health-Education Officer | $ 14443.86 |
| 189.167-030 | Program Manager | $ 14443.86 |
| 169.167-090 | Quality Assurance Coordinator | $ 7734.13 |

Based on the 2014 National OES Wage Statistics, the median monthly wages for the identified occupations range from $7734.13-$14443.86/month and all meet or exceed the required estimated earnings potential of $6933.33/month.

The claimant has worked in the pharmacy industry and she has shown proficiency in planning and organizing activities of others, directing and coordinating budgets, and direct and coordinate activities of businesses and departments. Her job skills and knowledge transfer to alternative occupations in industries which involve the same traits. Ms. Bertacchi-Freeman has a Doctorate degree in Pharmacy which would qualify her for the above positons without the need for additional education.

The viable employment matches selected are positions which are performed while primarily seated but do include activities which involve brief periods of standing and walking which can be timed at the worker's own volition.

The claimant resides in Placer County, the statistical area for Granit Bay, CA, which is located in the Sacramento, CA (population of 407,018) metro area. This region would offer a significant labor market of employment options.

These occupations exist in reasonable numbers in the geographic economy, use skills and/or worker traits and habits the claimant possesses and are within her physical, mental, and cognitive abilities. These findings are indicative that Gloria Bertacchi-Freeman possesses the capabilities to perform these occupations with minimum training in tools and/or materials.

Respectfully Submitted,

*Bridgett Collins, MS, CRC*
Vocational Clinical Case Manager

**Name:** Bertacchi-Freeman, Gloria **SSN:**
**Case:**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 074.167-010 | Director, Pharmacy Services | 8 | 12 | 9 | Y | N | N | L | 02.04.01 |

**Name:** Bertacchi-Freeman, Gloria **SSN:**
**Reg/Case:**
**Title:** **DOT Code:**
074.167-010
**O*NET Code:** 29-1051.00 Pharmacists

Directs and coordinates, through subordinate supervisory personnel, activities and functions of hospital pharmacy:

**Tasks**

1. Plans and implements procedures in hospital pharmacy according to hospital policies and legal requirements.

2. Directs pharmacy personnel programs, such as hiring, training, and intern programs.

3. Confers with computer personnel to develop computer programs for pharmacy information management systems, patient and department charge systems, and inventory control.

4. Analyzes records to indicate prescribing trends and excessive usage.

5. Prepares pharmacy budget and department reports required by hospital administrators.

6. Attends staff meetings to advise and inform hospital medical staff of drug applications and characteristics.

7. Observes pharmacy personnel at work and develops quality assurance techniques to ensure safe, legal, and ethical practices.

8. Oversees preparation and dispensation of experimental drugs.

DLU: 1987

**O*NET Title:** Pharmacists
**O*NET Code:** 29-1051.00

Dispense drugs prescribed by physicians and other health practitioners and provide information to patients about medications and their use. May advise physicians and other health practitioners on the selection, dosage, interactions, and side effects of medications.
CORE TASKS:

1. Review prescriptions to assure accuracy, to ascertain the needed ingredients, and to evaluate their suitability.

2. Provide information and advice regarding drug interactions, side effects, dosage, and proper medication storage.

3. Maintain records, such as pharmacy files, patient profiles, charge system files, inventories, control records for radioactive nuclei, or registries of poisons, narcotics, or controlled drugs.

4. Plan, implement, or maintain procedures for mixing, packaging, or labeling pharmaceuticals, according to policy and legal requirements, to ensure quality, security, and proper disposal.

5. Assess the identity, strength, or purity of medications.

6. Collaborate with other health care professionals to plan, monitor, review, or evaluate the quality or effectiveness of drugs or drug regimens, providing advice on drug applications or characteristics.

7. Order and purchase pharmaceutical supplies, medical supplies, or drugs, maintaining stock and storing and handling it properly.

8. Analyze prescribing trends to monitor patient compliance and to prevent excessive usage or harmful interactions.

9. Advise customers on the selection of medication brands, medical equipment, or healthcare supplies.

10. Compound and dispense medications as prescribed by doctors and dentists, by calculating, weighing, measuring, and mixing ingredients, or oversee these activities.

11. Manage pharmacy operations, hiring or supervising staff, performing administrative duties, or buying or selling non-pharmaceutical merchandise.

12. Provide specialized services to help patients manage conditions such as diabetes, asthma, smoking cessation, or high blood pressure.

13. Offer health promotion or prevention activities, such as training people to use blood pressure devices or diabetes monitors.

14. Contact insurance companies to resolve billing issues.

15. Teach pharmacy students serving as interns in preparation for their graduation or licensure.

16. Refer patients to other health professionals or agencies when appropriate.

SUPPLEMENTAL TASKS:

17. Work in hospitals or clinics or for Health Management Organizations (HMOs), dispensing prescriptions, serving as a medical team consultant, or specializing in specific drug therapy areas, such as oncology or nuclear pharmacotherapy.

18. Prepare sterile solutions or infusions for use in surgical procedures, emergency rooms, or patients' homes.

19. Update or troubleshoot pharmacy information databases.

20. Publish educational information for other pharmacists, doctors, or patients.

DETAILED WORK ACTIVITIES

1). Verify accuracy of patient information.

2). Communicate detailed medical information to patients or family members.

3). Advise patients on effects of health conditions or treatments.

4). Maintain inventory of medical supplies or equipment.

5). Order medical supplies or equipment.

6). Maintain medical facility records.

7). Treat chronic diseases or disorders.

8). Recommend types of assistive devices.

9). Collaborate with healthcare professionals to plan or provide treatment.

10). Advise medical personnel regarding healthcare issues.

11). Prepare medications or medical solutions.

12). Refer patients to other healthcare practitioners or health resources.

13). Determine protocols for medical procedures.

14). Merchandise healthcare products or services.

15). Manage healthcare operations.

16). Train medical providers.

17). Present medical research reports.

18). Instruct patients in the use of assistive equipment.

**Please note: O*NET Codes are under development and subject to change.**

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Case:**

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 8 (4 to 10 years) | 2 (Up to 1 month) |
| **General Educational Development** | | | |
| Reasoning | | 6 Grades 15-16+ | No Change |
| Mathematics | | 6 Grades 15-16+ | No Change |
| Language | | 6 Grades 15-16+ | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | L Light | No Change |
| | Minimum | L Light | S Sedentary |
| Climbing | | Never | Occasionally |
| Balancing | | Never | No Change |
| Stooping | | Never | No Change |
| Kneeling | | Never | Occasionally |
| Crouching | | Never | No Change |
| Crawling | | Never | No Change |
| Reaching | | Frequently | No Change |
| Handling | | Frequently | No Change |
| Fingering | | Frequently | No Change |
| Feeling | | Never | Frequently |
| Talking | | Frequently | Constantly |
| Hearing | | Frequently | Constantly |
| Tasting/Smelling | | Never | Constantly |
| Near Acuity | | Frequently | Constantly |

| | | |
|---|---|---|
| Far Acuity | Never | Constantly |
| Depth Perception | Never | Constantly |
| Accommodation | Occasionally | Constantly |
| Color Vision | Frequently | Constantly |
| Field of Vision | Occasionally | Constantly |
| **Environmental Conditions** | | |
| Exposure to Weather | Never | Constantly |
| Extreme Cold | Never | Constantly |
| Extreme Heat | Never | Constantly |
| Wet and/or Humid | Never | Constantly |
| Vibration | Never | Constantly |
| Atmospheric Conditions | Never | Constantly |
| Proximity to Moving Mechanical Parts | Never | Constantly |
| Exposure to Electrical Shock | Never | Constantly |
| Working in High Exposed Places | Never | Constantly |
| Exposure to Radiation | Never | Constantly |
| Working with Explosives | Never | Constantly |
| Exposure to Toxic or Caustic Chemicals | Never | Constantly |
| Other Environmental Conditions | Never | Constantly |
| Noise Intensity Level | Quiet | Very Loud |
| **DOT Aptitudes** | | |
| General Learning Ability | 1 (Above 89 Percentile) | No Change |
| Verbal Aptitude | 1 (Above 89 Percentile) | No Change |
| Numerical Aptitude | 1 (Above 89 Percentile) | No Change |
| Spatial Aptitude | 1 (Above 89 Percentile) | No Change |
| Form Perception | 1 (Above 89 Percentile) | No Change |
| Clerical Aptitude | 1 (Above 89 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 2 (67-89 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | No | Yes |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |

| | | |
|---|---|---|
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

**Name:** Bertacchi-Freeman, Gloria **SSN:**

**Case:**

**Search Date:** 10/21/2015
**Search Type:** Potential
**TSA Component Pairs:** Mixed
**Aptitude Mode:** DOT

**Hourly Wage Required:** $40.00 Using California State OES data
**Occupations Meeting All Criteria:** 209

**TRANSFERABILITY TABLE**

| Match Type | Selected | Transferability | Training |
|---|---|---|---|
| Closest | 4 | Excellent | Minimum, Familiarization Only |
| Good | 1 | Good To Moderate | Some in Tools and/or Materials |
| Fair | 139 | Fair, Develop a Plan | Must train in Tools and/or Materials |
| Potential | 65 | Low, Plan Development and Training | Must train in Tools and Materials |

**MATCH LIST**

| Code | Occupation | Industry | SVP | Str | O*NET | Level |
|---|---|---|---|---|---|---|
| 079.167-010 | Community-Services-and-Health-Education Officer | Government Services | 8 | S | 11-1011.00 | Closest |
| 189.167-030 | Program Manager | Professional and Kindred | 8 | S | 11-1011.00 | Closest |
| 169.167-090 | Quality Assurance Coordinator | Insurance | 6 | L | 11-9111.00 | Closest |

**Name:** Bertacchi-Freeman, Gloria

**SSN:**

**Reg/Case:**

The following wage calculations are based on survey results. The Occupational Employment Statistics (OES) survey collects wages for wage and salary workers in non-farm establishments by industry.

**National Estimated Wage Data For:** May 2014

| DOT Code | SOC (OES) | SOC (OES) Title | Hourly Mean | Hourly Median | Annual | Empl. | DOTs |
|---|---|---|---|---|---|---|---|
| 079.167-010 | 11-1011 | Chief Executives | $86.88 | $83.33 | $180,700 | 246,240 | 72 |
| 189.167-030 | 11-1011 | Chief Executives | $86.88 | $83.33 | $180,700 | 246,240 | 72 |
| 169.167-090 | 11-9111 | Medical and Health Services Managers | $49.84 | $44.62 | $103,680 | 310,320 | 9 |

**Name:** Bertacchi-Freeman, Gloria **SSN:**
**Reg/Case:**

The following wage calculations are based on survey results. The Occupational Employment Statistics (OES) survey collects wages for wage and salary workers in non-farm establishments by industry.

**Wages for Area:** California, Sacramento--Arden-Arcade--Roseville, CA
**Estimated Wage Data For:** May 2014

| DOT Code | SOC (OES) | SOC (OES) Title | Hourly Mean | Hourly Median | Annual | Empl. | DOTs |
|---|---|---|---|---|---|---|---|
| 079.167-010 | 11-1011 | Chief Executives | $68.44 | $56.17 | $142,360 | 2,890 | 72 |
| 189.167-030 | 11-1011 | Chief Executives | $68.44 | $56.17 | $142,360 | 2,890 | 72 |
| 169.167-090 | 11-9111 | Medical and Health Services Managers | $59.84 | $59.26 | $124,460 | 1,590 | 9 |

**Name:** Bertacchi-Freeman, Gloria **SSN:**
**Reg/Case:**

**079.167-010 Community-Services-and-Health-Education Officer**
**O*NET Code:** 11-1011.00 Chief Executives

Plans and directs statewide program of public health education and promotes establishment of local health services: Directs workers engaged in preparation and distribution of health information materials, such as brochures, films, weight charts, and first-aid kits. Promotes establishment or expansion of local health services and provides technical assistance to individuals and groups conducting [health conferences, workshops, and training courses. Answers health information requests received by department or reviews correspondence prepared by others. Coordinates special health education campaigns during epidemics, rabies outbreaks, instances of food poisoning, and similar emergencies. May direct health education activities in public schools.
DLU: 1977

---

**O*NET Title:** Chief Executives
**O*NET Code:** 11-1011.00

Determine and formulate policies and provide overall direction of companies or private and public sector organizations within guidelines set up by a board of directors or similar governing body. Plan, direct, or coordinate operational activities at the highest level of management with the help of subordinate executives and staff managers.

CORE TASKS: Direct or coordinate an organization's financial or budget activities to fund operations, maximize investments, or increase efficiency. Appoint department heads or managers and assign or delegate responsibilities to them. Analyze operations to evaluate performance of a company or its staff in meeting objectives or to determine areas of potential cost reduction, program improvement, or policy change. Direct, plan, or implement policies, objectives, or activities of organizations or businesses to ensure continuing operations, to maximize returns on investments, or to increase productivity. Prepare budgets for approval, including those for funding or implementation of programs. Confer with board members, organization officials, or staff members to discuss issues, coordinate activities, or resolve problems. Implement corrective action plans to solve organizational or departmental problems. Direct human resources activities, including the approval of human resource plans or activities, the selection of directors or other high-level staff, or establishment or organization of major departments. Establish departmental responsibilities and coordinate functions among departments and sites. Preside over or serve on boards of directors, management committees, or other governing boards. Negotiate or approve contracts or agreements with suppliers, distributors, federal or state agencies, or other organizational entities. Coordinate the development or implementation of budgetary control systems, recordkeeping systems, or other administrative control processes. Review reports submitted by staff members to recommend approval or to suggest changes. Deliver speeches, write articles, or present information at meetings or conventions to promote services, exchange ideas, or accomplish objectives. Interpret and explain policies, rules, regulations, or laws to organizations, government or corporate officials, or individuals. Prepare or present reports concerning activities, expenses, budgets, government statutes or rulings, or other items affecting businesses or program services. Review and analyze legislation, laws, or public policy and recommend changes to promote or support interests of the general population or special groups. Administer programs for selection of sites, construction of buildings, or provision of equipment or supplies. Direct or conduct studies or research on issues affecting areas of responsibility.
SUPPLEMENTAL TASKS: Direct or coordinate activities of businesses or departments concerned with production, pricing, sales, or distribution of products. Make presentations to legislative or other government committees regarding policies, programs, or budgets. Refer major policy matters to elected representatives for final decisions. Direct or coordinate activities of businesses involved with buying or

selling investment products or financial services. Conduct or direct investigations or hearings to resolve complaints or violations of laws or testify at such hearings. Direct non-merchandising departments, such as advertising, purchasing, credit, or accounting. Prepare bylaws approved by elected officials and ensure that bylaws are enforced. Serve as liaisons between organizations, shareholders, and outside organizations. Attend and participate in meetings of municipal councils or council committees. Represent organizations or promote their objectives at official functions or delegate representatives to do so. Organize or approve promotional campaigns. Nominate citizens to boards or commissions.
DETAILED WORK ACTIVITIES
Analyze impact of legal or regulatory changes.

2). Advise others on legal or regulatory compliance matters.

3). Direct financial operations.

4). Confer with organizational members to accomplish work activities.

5). Analyze data to assess operational or project effectiveness.

6). Implement organizational process or policy changes.

7). Develop organizational policies or programs.

8). Direct organizational operations, projects, or services.

9). Prepare operational budgets.

10). Direct sales, marketing, or customer service activities.

11). Negotiate contracts for transportation, distribution, or logistics services.

12). Analyze data to inform operational decisions or activities.

13). Prepare staff schedules or work assignments.

14). Manage human resources activities.

15). Prepare financial documents, reports, or budgets.

16). Prepare operational progress or status reports.

17). Resolve employee or contractor problems.

18). Direct administrative or support services.

19). Present information to the public.

20). Liaise between departments or other groups to improve function or communication.

21). Communicate organizational policies and procedures.

22). Coordinate with external parties to exchange information.

23). Manage construction activities.

24). Represent the organization in external relations.

25). Coordinate special events or programs.

26). Promote products, services, or programs.

27). Draft legislation or regulations.

Preliminary Crosswalk shows this DOT Occupation is 1 of 72 DOT's under this O*NET Code.

**Please note: O*NET Codes are under development and subject to change.**

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

**Title:**
079.167-010
**DOT Code:**
**Industry:** Government Services

**Specific Vocational Preparation:** Level 8 (4 to 10 years)

**General Educational Development:** Reasoning Grades 15-16+
Mathematics Grades 13-14
Language Grades 15-16+

**Strength:** Sedentary — Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Never | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

| **Work Situations:** | | | |
|---|---|---|---|
| | Directing, controlling, or planning activities of others. | **Data:** | 1 Coordinating |
| | Dealing with people. | **People:** | 6 Speaking-Signaling |
| | Making judgments and decisions. | **Things:** | 7 Handling |

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | 3+ (56 - 66 |
| Percentile) | | |
| Verbal Aptitude | 2 (67-89 Percentile) | 3- (34 - 44 |
| Percentile) | | |
| Numerical Aptitude | 3 (34-66 Percentile) | 3 (46 - 54 |
| Percentile) | | |
| Spatial Aptitude | 3 (34-66 Percentile) | Not |
| Included | | |
| Form Perception | 3 (34-66 Percentile) | Not |
| Included | | |
| Clerical Aptitude | 4 (11-33 Percentile) | 3 (46 - 54 |
| Percentile) | | |
| Motor Coordination | 4 (11-33 Percentile) | Not |
| Included | | |
| Finger Dexterity | 4 (11-33 Percentile) | Not |
| Included | | |
| Manual Dexterity | 5 (Below 11 Percentile) | Not |
| Included | | |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

**SOC Category:** Chief Executives
**SOC Code:** 11-1011
**Includes DOT:**
**DOT Code:** 079.167-010
**State:** California
**Area:** Sacramento-Roseville-Arden Arcade MSA

| | |
|---|---|
| **Estimated Employment 2012** | 3,290 |
| **Projected Employment 2022** | 3,500 |
| **Numeric Change 2012-2022** | 210 |
| **Percent Change 2012-2022** | 6.4% |
| **Annual Average Percent Change** | 0.6% |
| **Average Annual Job Openings - New Jobs** | 21 |
| **Avg Annual Job Openings - Replacement Needs** | 70 |
| **Avg Annual Job Openings - Total Jobs** | 91 |

**Source:** State of California, Employment Development Department

**This SOC Occupation group includes 72 DOT Occupations**

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

**189.167-030 Program Manager**
**O*NET Code:** 11-1011.00 Chief Executives

Manages program to ensure that implementation and prescribed activities are carried out in accordance with specified objectives: Plans and develops methods and procedures for implementing program, directs and coordinates program activities, and exercises control over personnel responsible for specific functions or phases of program. Selects personnel according to knowledge and experience in area with which program is concerned, such as social or public welfare, education, economics, or public relations. Confers with staff to explain program and individual responsibilities for functions and phases of program. Directs and coordinates personally, or through subordinate managerial personnel, activities concerned with implementation and carrying out objectives of program. Reviews reports and records of activities to ensure progress is being accomplished toward specified program objective and modifies or changes methodology as required to redirect activities and attain objectives. Prepares program reports for superiors. Controls expenditures in accordance with budget allocations. May specialize in managing governmental programs set up by legislative body or directive and be designated Manager, Governmental Program (government ser.).
DLU: 1977

---

**O*NET Title:** Chief Executives
**O*NET Code:** 11-1011.00

Determine and formulate policies and provide overall direction of companies or private and public sector organizations within guidelines set up by a board of directors or similar governing body. Plan, direct, or coordinate operational activities at the highest level of management with the help of subordinate executives and staff managers.

CORE TASKS: Direct or coordinate an organization's financial or budget activities to fund operations, maximize investments, or increase efficiency. Appoint department heads or managers and assign or delegate responsibilities to them. Analyze operations to evaluate performance of a company or its staff in meeting objectives or to determine areas of potential cost reduction, program improvement, or policy change. Direct, plan, or implement policies, objectives, or activities of organizations or businesses to ensure continuing operations, to maximize returns on investments, or to increase productivity. Prepare budgets for approval, including those for funding or implementation of programs. Confer with board members, organization officials, or staff members to discuss issues, coordinate activities, or resolve problems. Implement corrective action plans to solve organizational or departmental problems. Direct human resources activities, including the approval of human resource plans or activities, the selection of directors or other high-level staff, or establishment or organization of major departments. Establish departmental responsibilities and coordinate functions among departments and sites. Preside over or serve on boards of directors, management committees, or other governing boards. Negotiate or approve contracts or agreements with suppliers, distributors, federal or state agencies, or other organizational entities. Coordinate the development or implementation of budgetary control systems, recordkeeping systems, or other administrative control processes. Review reports submitted by staff members to recommend approval or to suggest changes. Deliver speeches, write articles, or present information at meetings or conventions to promote services, exchange ideas, or accomplish objectives. Interpret and explain policies, rules, regulations, or laws to organizations, government or corporate officials, or individuals. Prepare or present reports concerning activities, expenses, budgets, government statutes or rulings, or other items affecting businesses or program services. Review and analyze legislation, laws, or public policy and recommend changes to promote or support interests of the general population or special groups. Administer programs for selection of sites, construction of buildings, or provision of equipment or

supplies. Direct or conduct studies or research on issues affecting areas of responsibility. SUPPLEMENTAL TASKS: Direct or coordinate activities of businesses or departments concerned with production, pricing, sales, or distribution of products. Make presentations to legislative or other government committees regarding policies, programs, or budgets. Refer major policy matters to elected representatives for final decisions. Direct or coordinate activities of businesses involved with buying or selling investment products or financial services. Conduct or direct investigations or hearings to resolve complaints or violations of laws or testify at such hearings. Direct non-merchandising departments, such as advertising, purchasing, credit, or accounting. Prepare bylaws approved by elected officials and ensure that bylaws are enforced. Serve as liaisons between organizations, shareholders, and outside organizations. Attend and participate in meetings of municipal councils or council committees. Represent organizations or promote their objectives at official functions or delegate representatives to do so. Organize or approve promotional campaigns. Nominate citizens to boards or commissions.
DETAILED WORK ACTIVITIES
Analyze impact of legal or regulatory changes.

2). Advise others on legal or regulatory compliance matters.

3). Direct financial operations.

4). Confer with organizational members to accomplish work activities.

5). Analyze data to assess operational or project effectiveness.

6). Implement organizational process or policy changes.

7). Develop organizational policies or programs.

8). Direct organizational operations, projects, or services.

9). Prepare operational budgets.

10). Direct sales, marketing, or customer service activities.

11). Negotiate contracts for transportation, distribution, or logistics services.

12). Analyze data to inform operational decisions or activities.

13). Prepare staff schedules or work assignments.

14). Manage human resources activities.

15). Prepare financial documents, reports, or budgets.

16). Prepare operational progress or status reports.

17). Resolve employee or contractor problems.

18). Direct administrative or support services.

19). Present information to the public.

20). Liaise between departments or other groups to improve function or communication.

21). Communicate organizational policies and procedures.

22). Coordinate with external parties to exchange information.

23). Manage construction activities.

24). Represent the organization in external relations.

25). Coordinate special events or programs.

26). Promote products, services, or programs.

27). Draft legislation or regulations.


Preliminary Crosswalk shows this DOT Occupation is 1 of 72 DOT's under this O*NET Code.

**Please note: O*NET Codes are under development and subject to change.**

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

**Title:**
189.167-030

**DOT Code:**

**Industry:** Professional and Kindred

**Specific Vocational Preparation:** Level 8 (4 to 10 years)

**General Educational Development:** Reasoning Grades 13-14
Mathematics Grades 13-14
Language Grades 13-14

**Strength:** Sedentary — Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| **Physical Demands:** | | **Environmental Conditions:** |
|---|---|---|
| Climbing | Never | Noise Intensity Level |
| Moderate | | |
| Balancing | Never | Exposure to Weather |
| Never | | |
| Stooping | Never | Extreme Cold |
| Never | | |
| Kneeling | Never | Extreme Heat |
| Never | | |
| Crouching | Never | Wet and/or Humid |
| Never | | |
| Crawling | Never | Vibration |
| Never | | |
| Reaching | Frequently | Atmospheric Conditions |
| Never | | |
| Handling | Frequently | Proximity to Moving Mechanical Parts |
| Never | | |
| Fingering | Occasionally | Exposure to Electrical Shock |
| Never | | |
| Feeling | Never | Working in High Exposed Places |
| Never | | |
| Talking | Frequently | Exposure to Radiation |
| Never | | |
| Hearing | Frequently | Working with Explosives |
| Never | | |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals |
| Never | | |
| Near Acuity | Frequently | Other Environmental Conditions |
| Never | | |
| Far Acuity | Never | |
| Depth Perception | Never | |
| Accommodation | Never | |
| Color Vision | Never | |
| Field of Vision | Never | |

**Work Situations:** Directing, controlling, or planning activities of others. **Data:** 1
Coordinating
Making judgments and decisions. **People:** 6
Speaking-Signaling
Dealing with people. **Things:** 7
Handling

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | 3+ (56 - 66 Percentile) |
| Verbal Aptitude | 2 (67-89 Percentile) | 3- (34 - 44 Percentile) |
| Numerical Aptitude | 2 (67-89 Percentile) | 3 (46 - 54 Percentile) |
| Spatial Aptitude | 3 (34-66 Percentile) | Not Included |
| Form Perception | 3 (34-66 Percentile) | Not Included |
| Clerical Aptitude | 2 (67-89 Percentile) | 3 (46 - 54 Percentile) |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

**SOC Category:** Chief Executives
**SOC Code:** 11-1011
**Includes DOT:**
**DOT Code:** 189.167-030
**State:** California
**Area:** Sacramento-Roseville-Arden Arcade MSA

| | |
|---|---|
| **Estimated Employment 2012** | 3,290 |
| **Projected Employment 2022** | 3,500 |
| **Numeric Change 2012-2022** | 210 |
| **Percent Change 2012-2022** | 6.4% |
| **Annual Average Percent Change** | 0.6% |
| **Average Annual Job Openings - New Jobs** | 21 |
| **Avg Annual Job Openings - Replacement Needs** | 70 |
| **Avg Annual Job Openings - Total Jobs** | 91 |

**Source:** State of California, Employment Development Department

**This SOC Occupation group includes 72 DOT Occupations**

**Name:** Bertacchi-Freeman, Gloria **SSN:**
**Reg/Case:**

**169.167-090 Quality Assurance Coordinator**
**O*NET Code:** 11-9111.00 Medical and Health Services Managers

Coordinates activities of personnel engaged in monitoring, evaluating, and improving quality of patient care provided by medical facility or service, and implements policies and procedures consistent with quality assessment and improvement standards to ensure optimum provision and delivery of health care services: Examines patient records and interviews health care personnel and patients to evaluate quality and effectiveness of medical services according to established criteria, such as accreditation standards, government regulations, insurance company guidelines, and hospital policies. Consults with departments, committees, and medical staff to coordinate and integrate quality assessment and improvement activities. Assists in identification and implementation of measures for correction of identified problems and prepares documentation to support problem identification and resolution efforts. Compiles statistical data, analyzes trends and critical incidents, and prepares reports to inform management and professional committees of status of quality assurance activities and noncompliance with regulatory and accreditation agencies. May inspect physical facilities for regulated conditions, such as access, lighting, sanitation, and safety. May coordinate utilization review activities to document and ensure appropriateness and medical necessity of patient care and services. May coordinate risk management activities to resolve safety and liability issues and to prevent or limit future incidents. May plan and develop goals, policies, and procedures and oversee personnel engaged in quality assurance activities and be designated Director, Quality Assurance (insurance).
DLU: 1993

---

**O*NET Title:** Medical and Health Services Managers
**O*NET Code:** 11-9111.00

Plan, direct, or coordinate medical and health services in hospitals, clinics, managed care organizations, public health agencies, or similar organizations.

CORE TASKS: Conduct and administer fiscal operations, including accounting, planning budgets, authorizing expenditures, establishing rates for services, and coordinating financial reporting. Direct, supervise and evaluate work activities of medical, nursing, technical, clerical, service, maintenance, and other personnel. Maintain communication between governing boards, medical staff, and department heads by attending board meetings and coordinating interdepartmental functioning. Review and analyze facility activities and data to aid planning and cash and risk management and to improve service utilization. Plan, implement and administer programs and services in a health care or medical facility, including personnel administration, training, and coordination of medical, nursing and physical plant staff. Direct or conduct recruitment, hiring and training of personnel. Establish work schedules and assignments for staff, according to workload, space and equipment availability. Maintain awareness of advances in medicine, computerized diagnostic and treatment equipment, data processing technology, government regulations, health insurance changes, and financing options. Monitor the use of diagnostic services, inpatient beds, facilities, and staff to ensure effective use of resources and assess the need for additional staff, equipment, and services. Develop and maintain computerized record management systems to store and process data such as personnel activities and information, and to produce reports. Establish objectives and evaluative or operational criteria for units they manage. Prepare activity reports to inform management of the status and implementation plans of programs, services, and quality initiatives. Inspect facilities and recommend building or equipment modifications to ensure emergency readiness and compliance to access, safety, and sanitation regulations. Develop and implement organizational policies and procedures for the facility or medical unit. Manage change in integrated health care delivery systems, such as work restructuring, technological innovations, and shifts in the focus of care. Consult with medical, business, and community

groups to discuss service problems, respond to community needs, enhance public relations, coordinate activities and plans, and promote health programs.
SUPPLEMENTAL TASKS: Develop instructional materials and conduct in-service and community-based educational programs.  Develop or expand and implement medical programs or health services that promote research, rehabilitation, and community health.
DETAILED WORK ACTIVITIES
Evaluate employee performance.

2). Supervise employees.

3). Develop organizational goals or objectives.

4). Develop procedures to evaluate organizational activities.

5). Conduct employee training programs.

6). Hire personnel.

7). Recruit personnel.

8). Develop computer or information systems.

9). Maintain operational records.

10). Implement organizational process or policy changes.

11). Develop organizational policies or programs.

12). Develop operating strategies, plans, or procedures.

13). Direct financial operations.

14). Prepare operational budgets.

15). Prepare staff schedules or work assignments.

16). Liaise between departments or other groups to improve function or communication.

17). Monitor performance of organizational members or partners.

18). Monitor resources.

19). Maintain knowledge of current developments in area of expertise.

20). Manage operations, research, or logistics projects.

21). Prepare operational progress or status reports.

22). Manage human resources activities.

23). Coordinate operational activities with external stakeholders.

24). Inspect condition or functioning of facilities or equipment.

25). Advise others on legal or regulatory compliance matters.

26). Monitor facilities or operational systems.

27). Analyze risks to minimize losses or damages.

Preliminary Crosswalk shows this DOT Occupation is 1 of 9 DOT's under this O*NET Code.

**Please note: O*NET Codes are under development and subject to change.**

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

**Title:**
169.167-090
**Industry:** Insurance

**DOT Code:**

**Specific Vocational Preparation:** Level 6 (1 to 2 years)

**General Educational Development:** Reasoning Grades 13-14
Mathematics Grades 9-12
Language Grades 13-14

**Strength:** Light

Lifting, Carrying, Pushing, Pulling 20 Lbs. occasionally, frequently up to 10 Lbs., or negligible amount constantly. Can include walking and or standing frequently even though weight is negligible. Can include pushing and or pulling of arm and or leg controls.

| **Physical Demands:** | | **Environmental Conditions:** |
|---|---|---|
| Climbing | Never | Noise Intensity Level |
| Quiet | | |
| Balancing | Never | Exposure to Weather |
| Never | | |
| Stooping | Never | Extreme Cold |
| Never | | |
| Kneeling | Never | Extreme Heat |
| Never | | |
| Crouching | Never | Wet and/or Humid |
| Never | | |
| Crawling | Never | Vibration |
| Never | | |
| Reaching | Occasionally | Atmospheric Conditions |
| Never | | |
| Handling | Frequently | Proximity to Moving Mechanical Parts |
| Never | | |
| Fingering | Frequently | Exposure to Electrical Shock |
| Never | | |
| Feeling | Never | Working in High Exposed Places |
| Never | | |
| Talking | Frequently | Exposure to Radiation |
| Never | | |
| Hearing | Frequently | Working with Explosives |
| Never | | |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals |
| Never | | |
| Near Acuity | Frequently | Other Environmental Conditions |
| Never | | |
| Far Acuity | Never | |
| Depth Perception | Never | |
| Accommodation | Occasionally | |
| Color Vision | Never | |
| Field of Vision | Never | |

**Work Situations:** Directing, controlling, or planning activities of others. **Data:** 1
Coordinating

Dealing with people. **People:** 6
Speaking-Signaling

| | | |
|---|---|---|
| Handling | Attaining precise set limits, tolerances, and standards.<br>Making judgments and decisions. | **Things:** 7 |

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability Percentile) | 2 (67-89 Percentile) | 3+ (56 - 66 |
| Verbal Aptitude Percentile) | 2 (67-89 Percentile) | 3- (34 - 44 |
| Numerical Aptitude Percentile) | 3 (34-66 Percentile) | 3 (46 - 54 |
| Spatial Aptitude Included | 4 (11-33 Percentile) | Not |
| Form Perception Included | 4 (11-33 Percentile) | Not |
| Clerical Aptitude Percentile) | 2 (67-89 Percentile) | 3 (46 - 54 |
| Motor Coordination Included | 3 (34-66 Percentile) | Not |
| Finger Dexterity Included | 3 (34-66 Percentile) | Not |
| Manual Dexterity Included | 4 (11-33 Percentile) | Not |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

**SOC Category:** Medical and Health Services Managers

**SOC Code:** 11-9111

**Includes DOT:**

**DOT Code:** 169.167-090

**State:** California

**Area:** Sacramento-Roseville-Arden Arcade MSA

| | |
|---|---|
| **Estimated Employment 2012** | 1,710 |
| **Projected Employment 2022** | 2,140 |
| **Numeric Change 2012-2022** | 430 |
| **Percent Change 2012-2022** | 25.1% |
| **Annual Average Percent Change** | 2.5% |
| **Average Annual Job Openings - New Jobs** | 43 |
| **Avg Annual Job Openings - Replacement Needs** | 42 |
| **Avg Annual Job Openings - Total Jobs** | 85 |

**Source:** State of California, Employment Development Department

**This SOC Occupation group includes 9 DOT Occupations**

Bertacchi-Freeman/Hartford000476



*Administrative Offices * 76 Chestnut Street * Newton, MA 02465 *617-527-1855 * fax 617-830-0002 *e-mail UDC@Udc1.com*

October 14, 2015

Mary Floyd
Hartford Life
P.O. Box 2993
Hartford, CT 06104

**RE: Claimant: Gloria Bertacchi-Freeman**
**Claim#: 9004108017**

**MEDICAL FILE REVIEW OF GLORIA BERTACCHI-FREEMAN**

**DOB:** REDACTED/1953
**DOD:** 10/11/2012

**DISCLAIMER:** This is a medical file review. All records provided by The Hartford were reviewed. I have not personally examined the claimant. My medical opinions are independent of any claims, decisions, or the referring agency. I have encountered no conflict of interest in the performance of this review.

**SYNOPSIS: Gloria Bertacchi-Freeman is a 62-year-old woman with history of bilateral knee osteoarthritis, s/p bilateral partial menisectomy and arthroscopic synovectomy, lumbosacral spine facet degenerative arthritis, and psoriasis. I was asked to review the medical record in order to clarify functional limitations based on the above noted diagnoses and outline support for restrictions and limitations, if any.**

**DOCUMENTS REVIEWED**

1. Left knee MRI, 01/25/2011.

2. Cervical spine x-ray right knee and lumbar spine x-ray, 10/12/2012.

3. Physical therapy visit notes, 10/25/2012 through 07/22/2015.

4. Leslie Kim, M.D., Orthopedist, office visit notes, 11/13/2012 through 07/22/2015.

5. Thui Rose Nguyen, M.D., Family Medicine, office visit note, 11/15/2012.

6. Bone density report, 03/14/2013.

7. Attending Physician's Statement by Dr. Kim, 05/06/2013, 05/13/2014, and 11/19/2014.

8. Right knee MRI, 05/31/2013.

9. Lumbar spine MRI, 06/05/2013.

10. Written Response to the Hartford letter by Kim, 06/17/2013 and 03/20/2015.

11. Medical Statement by Dr. Kim, 06/17/2013.

12. Qualified Medical Evaluation by Dr. Michael Amster of Pain Management, 10/04/2013 and 06/06/2014.

13. Lawrence Bass, M.D., Dermatologist, office visit notes, 07/29/2014 through 04/06/2015.

14. Functional Capacity Evaluation administered by Diana Bubanja, Doctor of Physical Therapy, 06/30/2015.

15. Work Status Report, 08/21/2015.


**REFERRAL QUESTIONS**

1. **"Please review the attached and contact the treating physicians to discuss their observations and their opinions regarding the claimant's ability to function in the work environment as of 04/11/2015 and beyond and answer the following:"**

2. **"Does the whole of the record support that the claimant has psoriatic arthritis? Please explain your rationale as well as any impact on work function if she does have psoriatic arthritis."**

3. **"Please review and comment on the thoroughness and validity of the Functional Capacity Evaluation conducted at the Center for Career Evaluations, Inc., in 06/2015. The claimant's initial blood pressure and heart rate were 122/84 and 74 respectively and exit blood pressure and heart rate 126/84 and 76 respectively. Is this consistent with the claimant's statement that she found the exertional demands of the Functional Capacity to be very heavy? Please explain. Are you in**

**agreement with the assessment of Ms. Bubanja? Please explain your rationale in detail."**

4. **"What work restrictions (physical and cognitive) are supported as of 04/11/2015 and beyond that would allow the claimant to work with reasonable continuity? Please explain your rationale in depth."**

**MEDICAL HISTORY:** 01/25/2011 left knee MRI documents partial tear of the medial meniscus with moderate-to-large joint effusion with mild synovitis.

10/12/2012 cervical spine, lumbar spine, and right knee x-rays are performed. Cervical spine x-rays document mild foraminal narrowing at C3/4/5/6 levels without other significant pathology. Right knee x-rays document no abnormalities; lumbar spine x-ray document scoliosis with preserved disc and body heights with mild lumbosacral facet arthritis.

Injury to left knee resulting in left knee pain is noted in the history. On 12/13/2012, left knee arthroscopic partial medial and lateral meniscectomy and arthroscopic synovectomy is performed. 01/24/2013 postoperative visit with Dr. Kim documents reduced left knee pain after six physical therapy sessions with 120 degrees of left knee flexion with minimal discomfort.

05/31/2013 right knee MRI documents tear of posterior horn of medial meniscus. 06/05/2013 lumbosacral spine MRI documents no spinal stenosis or neuroforaminal stenosis, severe bilateral facet arthropathy at L4-5 and possible impingement of exiting right L5 nerve root due to facet osteophyte in right L5-S1 neural foramen.

10/15/2013 visit documents complaints of right knee pain with 7/10 in severity. On 12/26/2013, right knee arthroscopic partial medial meniscectomy and arthroscopic synovectomy is performed.

02/04/2014 and 06/24/2014 follow-up visits with Dr. Kim document improvement in bilateral knee pain with physical therapy. Complaints of back are noted. Dr. Kim writes, "Not

describing radiating pain or neurological symptoms associated with back pain." Absence of knee joint effusions is noted bilaterally. Physical therapy is continued. Lidoderm patches and Norco for pain control as needed are continued.

09/11/2014 laboratory report documents normal CBC.

On 07/29/2014, Dr. Bass, Dermatologist, documents past history of psoriasis with typical psoriasis plaques seen on elbows; also erythematous scaly rash is seen on feet and under arms and beneath breasts consistent with ectopic dermatitis. Kenalog topical steroid cream is prescribed.

10/06/2014 follow-up visit with Dr. Bass documents improvement in ectopic dermatitis with topical steroid.

11/19/2014 Attending Physician's Statement by Dr. Kim documents the following: Primary diagnosis: Knee osteoarthritis/chondromalacia. Secondary diagnoses: Cervical strain/sprain and lumbar degenerative spine disease. Four hours of walking, four hours of standing, and four hours of sitting total per day are recommended. Half an hour standing, half an hour of sitting, and a quarter hour of walking at a time are recommended. Occasional lifting up to 10 pounds, occasional bending at waist, occasional driving is recommended. No crouching and kneeling. No restrictions on reaching above shoulder. No restrictions on reaching below shoulder level. No restrictions on fingering and handling. To the question of presence for cognitive impairment, Dr. Kim answers no.

02/06/2015 and 03/20/2015 follow-up visits with Dr. Kim document complaints of knee pain right greater than left. Tenderness to palpation in the medial joint line is noted bilaterally. No laxity is noted. Anterior drawer sign is negative bilaterally. No joint effusion is noted. X-rays are performed and the note mentions, "severe medial compartment degenerative joint space narrowing in the right and moderate degenerative joint space narrowing on the left medical compartments. Lateral joint compartment is preserved. Minimal degenerative changes are noted in patellofemoral compartment". (No official X-ray report was enclosed).

Bilateral knee osteoarthritis is diagnosed.  Viscosupplementation is advised.  06/05/2015 visit documents that the claimant refuses viscosupplementation treatment for knee osteoarthritis due to fear of side effects.  Knee pain aggravated with ambulation and improved with rest is noted.  Right knee range of motion is documented as 110 degrees of flexion and left knee with 100 degrees of flexion with full extension bilaterally.   Viscosupplementation is again recommended.

06/30/2015 Functional Capacity Evaluation (FCE) is administered by Physical Therapist, Diana Bubanja.  It is stated that Ms. Bertacchi-Freeman has self-requested this Functional Capacity Evaluation.  Functional Capacity Evaluation documents range of motion of spine and peripheral joints in the upper and lower extremities, grip strength, static pushing and pulling, lifting and carrying, computer keyboarding assessment, multi-level reaching, and blood pressure and heart rate at the beginning and exit of FCE.

In the whole body pain description section of FCE, it states, "At the conclusion of Functional Capacity Evaluation, Ms. Bertacchi-Freeman reported a pain level of 7/10 in her low back, neck, and knee.  She reported feeling fatigued and sleepy.  She rated the reaching, walking, and computer data entry tasks as the most physically difficult during the assessment, and rated the overall exertional demand of the Functional Capacity Evaluation as 'very heavy'."  In the blood pressure and heart rate monitoring record, initial pre-FCE blood pressure is recorded at 122/84 and heart rate 74.  At the exit blood pressure is 126/84, and heart rate is 76.  The FCE's conclusion states the following:  "Ms. Bertacchi-Freeman demonstrated significantly limited tolerances for tasks involving reaching and range of motion when standing.  Ms. Bertacchi-Freeman was unable to lift or carry greater than 6 pounds due to her back and bilateral knee problems.  In terms of tolerances for computer data entry, she reported back and neck pain, fatigue, and loss of concentration after approximately eight minutes of typing.  Ms. Bertacchi-Freeman did not meet the full range of the physical demand requirements for sedentary employment as defined by U.S. Department of Labor.  She would be precluded from this exertional level of employment due to her sitting and standing limitations, lifting/carrying limitations, as well as her poor finger/hand dexterity and inability to repetitively use her upper extremities."

07/22/2015, follow-up visit with Dr. Kim documents no significant improvement in knee pain and low back pain. Dr. Kim notes "satisfactory pain control." Use of cane in the right hand for ambulation is noted. Knee examination documents no flexion contracture. Extension is full bilaterally. Flexion is 120 degrees in the right and left knee. No gross knee joint effusion or swelling is noted. Right-greater-than-left medial joint line tenderness is noted.

On 08/21/2015, Dr. Kim mentions limited capacity for climbing, walking, lifting, pushing and pulling, and no capacity for kneeling, bending, stooping, and squatting.

**TELECONFERENCE WITH DR. RAJA SIVAMANI, TREATING DERMATOLOGIST; On** 10/02/2015 at 11:30 a.m. Eastern time, I spoke with Dr. Sivamani who confirmed that Ms. Bertacchi-Freeman has skin psoriasis. Dr. Sivamani's record does not indicate a diagnosis of psoriatic arthritis. He did mention that the severity of psoriasis is mild and has not, at any point, required initiation of biologic therapy with TNF inhibitor or DMARD therapy and has only been treated with topical medications.

**TELECONFERENCE WITH DR. JAMES LAMBUR, ORTHOPEDIST/CO-REVIEWER:** On 10/03/2015, I spoke with Dr. Lambur. Dr. Lambur and I agreed that bilateral knee osteoarthritis involving medial joint compartment and lumbosacral spine degenerative facet arthritis at one level L4/5 without spinal stenosis is the functionally limiting diagnoses. We agreed that the severity of osteoarthritis as documented in the medical record does not preclude Ms. Bertacchi-Freeman from performing full-time sedentary work with restrictions and limitations as outlined below in this report. We agreed on the inconsistencies found in the Functional Capacity Evaluation outlined in detail in Dr. Lambur's written review and disagreed with the conclusions reached in the Functional Capacity Evaluation report.

**TELECONFERENCE WITH DR. MICHAEL LIEBOVITZ, PAIN MANAGEMENT SPECIALIST/CO-REVIEWER:** On 10/03/2015, I spoke with Dr. Liebovitz. I clarified

that the medical record does not support diagnosis of psoriatic arthritis. Dr. Liebovitz and I agreed that in view of documented osteoarthritis of bilateral knees and lumbosacral spine facet disease at L4/5 level, Ms. Bertacchi-Freeman is able to perform full-time sedentary work with restrictions and limitations outlined below in this report. Dr. Liebovitz and I agreed on inconsistencies found on Functional Capacity Evaluation administered by physical therapist as detailed in Dr. Liebovitz's report and did not agree with the conclusions of this evaluation.

**MEDICAL ANALYSIS:** The provided medical record documents partial bilateral meniscectomies due to meniscal tears. Left knee arthroscopic partial medial and lateral meniscectomy and synovectomy were performed in 2012 and right knee arthroscopic partial medial meniscectomy and synovectomy was performed on 12/26/2013. Subsequent orthopedic followup in 2014 documents no knee joint effusion and near-normal range of motion. On 11/19/2014, Dr. Kim, in Attending Physician's Statement, recommends four hours of standing and four hours of walking per day indicating good postoperative results. Despite above, medical record continues to document complaints of pain with ambulation with subsequent x-ray dated 03/20/2015 documenting severe right and moderate left knee medial compartment degenerative arthritis with preserved lateral and patellofemoral joint compartments. Based on the above, medical record supports clinically significant degree of bilateral medial compartment degenerative arthritis supporting restrictions and limitations as of 04/11/2015 and beyond. Medical record documents increased pain with weight bearing activities and improvement with being off weight bearing, as expected with osteoarthritis of weight bearing joints such as knees.

The provided medical record documents lumbosacral spine MRI with L4-5 facet degenerative arthritis. Degenerative facet arthritis supports restrictions and limitations. Lumbosacral spine MRI documents absence of spinal stenosis. Clinical data does not support lumbar radiculopathy with no documentation for radiculopathic pain in either lower extremity. Dr. Kim, in November 2014, specifically mentions absence of radiculopathy in the lower extremities. Based on the above, full loss of functionality secondary to low back pain is not supported with provided documentation.

Medical record documents mild skin psoriasis without evidence of psoriatic arthritis. Clinical data does not support history of enthesitis, sacroiliitis, dactylitis and synovitis associated with psoriatic arthritis. Radiographic data does not document joint erosions and joint space narrowing as expected in inflammatory arthritis such as psoriatic arthritis. American College of Rheumatology criteria for psoriatic arthritis are not met. Medical record never documents diagnosis of psoriatic arthritis. Based on the above, diagnosis of psoriatic arthritis is not documented and not supported by medical record.

Functional Capacity Evaluation documents pain in the knees and low back pain of such severity as to prevent the claimant from performing even sedentary work activity on a full-time basis. Medical record does not support such conclusion. Significant inconsistencies were found in the Functional Capacity Evaluation administration and conclusions. (For more detail regarding inconsistencies in Functional Capacity Evaluation, please see Drs. Lambur and Liebovitz's reports.)

**CONCLUSIONS AND ANSWERS TO REFERRAL QUESTIONS:**

1. **"Does the whole of the record support that the claimant has psoriatic arthritis? Please explain your rationale as well as any impact on work function if she does have psoriatic arthritis."**

The provided medical record does not support diagnosis of psoriatic arthritis. Medical record supports only skin psoriasis. Thirty percent of patients with psoriasis develop psoriatic arthritis. Ms. Bertacchi-Freeman's medical record, including clinical and radiographic data does not support diagnosis of psoriatic arthritis as outlined in more detail in Medical Analysis section of this report.

2. **"Please review and comment on the thoroughness and validity of the Functional Capacity Evaluation conducted at the Center for Career Evaluations, Inc., in 06/2015. The claimant's initial blood pressure and heart rate were 122/84 and 74 respectively and exit blood pressure and heart rate 126/84 and 76 respectively. Is this consistent with the claimant's statement that she found the exertional demands of the Functional**

**Capacity to be very heavy?  Please explain.  Are you in agreement with the assessment of Ms. Bubanja?  Please explain your rationale in detail."**

Absence of blood pressure and pulse increase at the end of Functional Capacity Evaluation is inconsistent with the claimant's self-reported complaint of severe pain experienced with standing, walking, reaching, et cetera.  Loss of concentration during computer skill analysis is not supported as no cognitive difficulties or concentration deficit are ever documented in the medical record. In APS, Dr. Kim documents absence of cognitive deficits. Review of the clinical and radiographic data documented in the medical record do not support limitation in hand function and shoulder abnormalities that would cause difficulties with such activities as reaching and computer-associated hand activities. In APS, Dr. Kim recommends no restriction on reaching and hand activities. Review of the overall clinical and radiographic data documented in the medical record and outlined in the Medical Analysis section of this report does not support loss of function for full-time sedentary work as of 04/11/2015 and beyond.

3. **"What work restrictions (physical and cognitive) are supported as of 04/11/2015 and beyond that would allow the claimant to work with reasonable continuity?  Please explain your rationale in depth."**

No cognitive deficits are documented throughout medical record and are, therefore, not supported.  Cognitive deficits do not support restrictions and limitations.  From a physical viewpoint due to knee and lumbosacral spine osteoarthritis, the following restrictions and limitations are supported as of 04/11/2015 and beyond:  Sitting up to eight hours per day with position changes allowed with ergonomic chair for back support, standing up to two hours per day one hour at a time, walking up to two hours per day half an hour at a time, occasional bending below waist and occasional reaching below desk level, frequent reaching above and at desk level, occasional climbing stairs, occasional driving, frequent handling, feeling, grasping, and fingering, occasional lifting and carrying up to 10 pounds, occasional pushing and pulling up to 100 pounds if weight is on wheels, no crouching, kneeling, and crawling, no ladder climbing, occasional driving.  Medical record supports the claimant's ability to work full time in sedentary work capacity with above restrictions and limitations with reasonable continuity as of 04/11/2015 and beyond.

Julia Y. Ash, MD

Julia Y. Ash, M.D.
Board Certified in Rheumatology

(Bertacchi-Freeman, G.)J.



UNIVERSITY DISABILITY CONSORTIUM
Physician Specialists for Disability Evaluation and Management

*Administrative Offices * 76 Chestnut Street * Newton, MA 02465 *617-527-1855 * fax 617-830-0002 *e-mail UDC@Udc1.com*

October 14, 2015

Mary Floyd
Hartford Life
P.O. Box 2993
Hartford, CT 06104

**RE: Claimant: Gloria Bertacchi-Freeman**
**Claim#: 9004108017**

**MEDICAL FILE REVIEW OF GLORIA BERTACCHI-FREEMAN**

**DOB:** REDACTED 1953
**DOD:** 10/11/2012

**DISCLAIMER:** This is a medical file review. All records provided by The Hartford were reviewed. I have not personally examined the claimant. My medical opinions are independent of any claims, decisions, or the referring agency. I have encountered no conflict of interest in the performance of this review.

**SYNOPSIS: Gloria Bertacchi-Freeman is a 62-year-old woman with history of bilateral knee osteoarthritis, s/p bilateral partial menisectomy and arthroscopic synovectomy, lumbosacral spine facet degenerative arthritis, and psoriasis. I was asked to review the medical record in order to clarify functional limitations based on the above noted diagnoses and outline support for restrictions and limitations, if any.**

**DOCUMENTS REVIEWED**

1. Left knee MRI, 01/25/2011.

2. Cervical spine x-ray right knee and lumbar spine x-ray, 10/12/2012.
3. Physical therapy visit notes, 10/25/2012 through 07/22/2015.
4. Leslie Kim, M.D., Orthopedist, office visit notes, 11/13/2012 through 07/22/2015.
5. Thui Rose Nguyen, M.D., Family Medicine, office visit note, 11/15/2012.
6. Bone density report, 03/14/2013.
7. Attending Physician's Statement by Dr. Kim, 05/06/2013, 05/13/2014, and 11/19/2014.
8. Right knee MRI, 05/31/2013.
9. Lumbar spine MRI, 06/05/2013.
10. Written Response to the Hartford letter by Kim, 06/17/2013 and 03/20/2015.
11. Medical Statement by Dr. Kim, 06/17/2013.
12. Qualified Medical Evaluation by Dr. Michael Amster of Pain Management, 10/04/2013 and 06/06/2014.
13. Lawrence Bass, M.D., Dermatologist, office visit notes, 07/29/2014 through 04/06/2015.
14. Functional Capacity Evaluation administered by Diana Bubanja, Doctor of Physical Therapy, 06/30/2015.
15. Work Status Report, 08/21/2015.

**REFERRAL QUESTIONS**

1. **"Please review the attached and contact the treating physicians to discuss their observations and their opinions regarding the claimant's ability to function in the work environment as of 04/11/2015 and beyond and answer the following:"**
2. **"Does the whole of the record support that the claimant has psoriatic arthritis? Please explain your rationale as well as any impact on work function if she does have psoriatic arthritis."**
3. **"Please review and comment on the thoroughness and validity of the Functional Capacity Evaluation conducted at the Center for Career Evaluations, Inc., in 06/2015. The claimant's initial blood pressure and heart rate were 122/84 and 74 respectively and exit blood pressure and heart rate 126/84 and 76 respectively. Is this consistent with the claimant's statement that she found the exertional demands of the Functional Capacity to be very heavy? Please explain. Are you in**

**agreement with the assessment of Ms. Bubanja? Please explain your rationale in detail."**

4. **"What work restrictions (physical and cognitive) are supported as of 04/11/2015 and beyond that would allow the claimant to work with reasonable continuity? Please explain your rationale in depth."**

**MEDICAL HISTORY:** 01/25/2011 left knee MRI documents partial tear of the medial meniscus with moderate-to-large joint effusion with mild synovitis.

10/12/2012 cervical spine, lumbar spine, and right knee x-rays are performed. Cervical spine x-rays document mild foraminal narrowing at C3/4/5/6 levels without other significant pathology. Right knee x-rays document no abnormalities; lumbar spine x-ray document scoliosis with preserved disc and body heights with mild lumbosacral facet arthritis.

Injury to left knee resulting in left knee pain is noted in the history. On 12/13/2012, left knee arthroscopic partial medial and lateral meniscectomy and arthroscopic synovectomy is performed. 01/24/2013 postoperative visit with Dr. Kim documents reduced left knee pain after six physical therapy sessions with 120 degrees of left knee flexion with minimal discomfort.

05/31/2013 right knee MRI documents tear of posterior horn of medial meniscus. 06/05/2013 lumbosacral spine MRI documents no spinal stenosis or neuroforaminal stenosis, severe bilateral facet arthropathy at L4-5 and possible impingement of exiting right L5 nerve root due to facet osteophyte in right L5-S1 neural foramen.

10/15/2013 visit documents complaints of right knee pain with 7/10 in severity. On 12/26/2013, right knee arthroscopic partial medial meniscectomy and arthroscopic synovectomy is performed.

02/04/2014 and 06/24/2014 follow-up visits with Dr. Kim document improvement in bilateral knee pain with physical therapy. Complaints of back are noted. Dr. Kim writes, "Not

describing radiating pain or neurological symptoms associated with back pain." Absence of knee joint effusions is noted bilaterally. Physical therapy is continued. Lidoderm patches and Norco for pain control as needed are continued.

09/11/2014 laboratory report documents normal CBC.

On 07/29/2014, Dr. Bass, Dermatologist, documents past history of psoriasis with typical psoriasis plaques seen on elbows; also erythematous scaly rash is seen on feet and under arms and beneath breasts consistent with ectopic dermatitis. Kenalog topical steroid cream is prescribed.

10/06/2014 follow-up visit with Dr. Bass documents improvement in ectopic dermatitis with topical steroid.

11/19/2014 Attending Physician's Statement by Dr. Kim documents the following: Primary diagnosis: Knee osteoarthritis/chondromalacia. Secondary diagnoses: Cervical strain/sprain and lumbar degenerative spine disease. Four hours of walking, four hours of standing, and four hours of sitting total per day are recommended. Half an hour standing, half an hour of sitting, and a quarter hour of walking at a time are recommended. Occasional lifting up to 10 pounds, occasional bending at waist, occasional driving is recommended. No crouching and kneeling. No restrictions on reaching above shoulder. No restrictions on reaching below shoulder level. No restrictions on fingering and handling. To the question of presence for cognitive impairment, Dr. Kim answers no.

02/06/2015 and 03/20/2015 follow-up visits with Dr. Kim document complaints of knee pain right greater than left. Tenderness to palpation in the medial joint line is noted bilaterally. No laxity is noted. Anterior drawer sign is negative bilaterally. No joint effusion is noted. X-rays are performed and the note mentions, "severe medial compartment degenerative joint space narrowing in the right and moderate degenerative joint space narrowing on the left medical compartments. Lateral joint compartment is preserved. Minimal degenerative changes are noted in patellofemoral compartment". (No official X-ray report was enclosed).

Bilateral knee osteoarthritis is diagnosed. Viscosupplementation is advised. 06/05/2015 visit documents that the claimant refuses viscosupplementation treatment for knee osteoarthritis due to fear of side effects. Knee pain aggravated with ambulation and improved with rest is noted. Right knee range of motion is documented as 110 degrees of flexion and left knee with 100 degrees of flexion with full extension bilaterally. Viscosupplementation is again recommended.

06/30/2015 Functional Capacity Evaluation (FCE) is administered by Physical Therapist, Diana Bubanja. It is stated that Ms. Bertacchi-Freeman has self-requested this Functional Capacity Evaluation. Functional Capacity Evaluation documents range of motion of spine and peripheral joints in the upper and lower extremities, grip strength, static pushing and pulling, lifting and carrying, computer keyboarding assessment, multi-level reaching, and blood pressure and heart rate at the beginning and exit of FCE.

In the whole body pain description section of FCE, it states, "At the conclusion of Functional Capacity Evaluation, Ms. Bertacchi-Freeman reported a pain level of 7/10 in her low back, neck, and knee. She reported feeling fatigued and sleepy. She rated the reaching, walking, and computer data entry tasks as the most physically difficult during the assessment, and rated the overall exertional demand of the Functional Capacity Evaluation as 'very heavy'." In the blood pressure and heart rate monitoring record, initial pre-FCE blood pressure is recorded at 122/84 and heart rate 74. At the exit blood pressure is 126/84, and heart rate is 76. The FCE's conclusion states the following: "Ms. Bertacchi-Freeman demonstrated significantly limited tolerances for tasks involving reaching and range of motion when standing. Ms. Bertacchi-Freeman was unable to lift or carry greater than 6 pounds due to her back and bilateral knee problems. In terms of tolerances for computer data entry, she reported back and neck pain, fatigue, and loss of concentration after approximately eight minutes of typing. Ms. Bertacchi-Freeman did not meet the full range of the physical demand requirements for sedentary employment as defined by U.S. Department of Labor. She would be precluded from this exertional level of employment due to her sitting and standing limitations, lifting/carrying limitations, as well as her poor finger/hand dexterity and inability to repetitively use her upper extremities."

07/22/2015, follow-up visit with Dr. Kim documents no significant improvement in knee pain and low back pain. Dr. Kim notes "satisfactory pain control." Use of cane in the right hand for ambulation is noted. Knee examination documents no flexion contracture. Extension is full bilaterally. Flexion is 120 degrees in the right and left knee. No gross knee joint effusion or swelling is noted. Right-greater-than-left medial joint line tenderness is noted.

On 08/21/2015, Dr. Kim mentions limited capacity for climbing, walking, lifting, pushing and pulling, and no capacity for kneeling, bending, stooping, and squatting.

**TELECONFERENCE WITH DR. RAJA SIVAMANI, TREATING DERMATOLOGIST; On** 10/02/2015 at 11:30 a.m. Eastern time, I spoke with Dr. Sivamani who confirmed that Ms. Bertacchi-Freeman has skin psoriasis. Dr. Sivamani's record does not indicate a diagnosis of psoriatic arthritis. He did mention that the severity of psoriasis is mild and has not, at any point, required initiation of biologic therapy with TNF inhibitor or DMARD therapy and has only been treated with topical medications.

**TELECONFERENCE WITH DR. JAMES LAMBUR, ORTHOPEDIST/CO-REVIEWER:** On 09/03/2015, I spoke with Dr. Lambur. Dr. Lambur and I agreed that bilateral knee osteoarthritis involving medial joint compartment and lumbosacral spine degenerative facet arthritis at one level L4/5 without spinal stenosis is the functionally limiting diagnoses. We agreed that the severity of osteoarthritis as documented in the medical record does not preclude Ms. Bertacchi-Freeman from performing full-time sedentary work with restrictions and limitations as outlined below in this report. We agreed on the inconsistencies found in the Functional Capacity Evaluation outlined in detail in Dr. Lambur's written review and disagreed with the conclusions reached in the Functional Capacity Evaluation report.

**TELECONFERENCE WITH DR. MICHAEL LIEBOVITZ, PAIN MANAGEMENT SPECIALIST/CO-REVIEWER:** On 09/03/2015, I spoke with Dr. Liebovitz. I clarified

that the medical record does not support diagnosis of psoriatic arthritis. Dr. Liebovitz and I agreed that in view of documented osteoarthritis of bilateral knees and lumbosacral spine facet disease at L4/5 level, Ms. Bertacchi-Freeman is able to perform full-time sedentary work with restrictions and limitations outlined below in this report. Dr. Liebovitz and I agreed on inconsistencies found on Functional Capacity Evaluation administered by physical therapist as detailed in Dr. Liebovitz's report and did not agree with the conclusions of this evaluation.

**MEDICAL ANALYSIS:** The provided medical record documents partial bilateral meniscectomies due to meniscal tears. Left knee arthroscopic partial medial and lateral meniscectomy and synovectomy were performed in 2012 and right knee arthroscopic partial medial meniscectomy and synovectomy was performed on 12/26/2013. Subsequent orthopedic followup in 2014 documents no knee joint effusion and near-normal range of motion. On 11/19/2014, Dr. Kim, in Attending Physician's Statement, recommends four hours of standing and four hours of walking per day indicating good postoperative results. Despite above, medical record continues to document complaints of pain with ambulation with subsequent x-ray dated 03/20/2015 documenting severe right and moderate left knee medial compartment degenerative arthritis with preserved lateral and patellofemoral joint compartments. Based on the above, medical record supports clinically significant degree of bilateral medial compartment degenerative arthritis supporting restrictions and limitations as of 04/11/2015 and beyond. Medical record documents increased pain with weight bearing activities and improvement with being off weight bearing, as expected with osteoarthritis of weight bearing joints such as knees.

The provided medical record documents lumbosacral spine MRI with L4-5 facet degenerative arthritis. Degenerative facet arthritis supports restrictions and limitations. Lumbosacral spine MRI documents absence of spinal stenosis. Clinical data does not support lumbar radiculopathy with no documentation for radiculopathic pain in either lower extremity. Dr. Kim, in November 2014, specifically mentions absence of radiculopathy in the lower extremities. Based on the above, full loss of functionality secondary to low back pain is not supported with provided documentation.

Medical record documents mild skin psoriasis without evidence of psoriatic arthritis. Clinical data does not support history of enthesitis, sacroiliitis, dactylitis and synovitis associated with psoriatic arthritis. Radiographic data does not document joint erosions and joint space narrowing as expected in inflammatory arthritis such as psoriatic arthritis. American College of Rheumatology criteria for psoriatic arthritis are not met. Medical record never documents diagnosis of psoriatic arthritis. Based on the above, diagnosis of psoriatic arthritis is not documented and not supported by medical record.

Functional Capacity Evaluation documents pain in the knees and low back pain of such severity as to prevent the claimant from performing even sedentary work activity on a full-time basis. Medical record does not support such conclusion. Significant inconsistencies were found in the Functional Capacity Evaluation administration and conclusions. (For more detail regarding inconsistencies in Functional Capacity Evaluation, please see Drs. Lambur and Liebovitz's reports.)

**CONCLUSIONS AND ANSWERS TO REFERRAL QUESTIONS:**

1. **"Does the whole of the record support that the claimant has psoriatic arthritis? Please explain your rationale as well as any impact on work function if she does have psoriatic arthritis."**

The provided medical record does not support diagnosis of psoriatic arthritis. Medical record supports only skin psoriasis. Thirty percent of patients with psoriasis develop psoriatic arthritis. Ms. Bertacchi-Freeman's medical record, including clinical and radiographic data does not support diagnosis of psoriatic arthritis as outlined in more detail in Medical Analysis section of this report.

2. **"Please review and comment on the thoroughness and validity of the Functional Capacity Evaluation conducted at the Center for Career Evaluations, Inc., in 06/2015. The claimant's initial blood pressure and heart rate were 122/84 and 74 respectively and exit blood pressure and heart rate 126/84 and 76 respectively. Is this consistent with the claimant's statement that she found the exertional demands of the Functional**

**Capacity to be very heavy? Please explain. Are you in agreement with the assessment of Ms. Bubanja? Please explain your rationale in detail."**

Absence of blood pressure and pulse increase at the end of Functional Capacity Evaluation is inconsistent with the claimant's self-reported complaint of severe pain experienced with standing, walking, reaching, et cetera. Loss of concentration during computer skill analysis is not supported as no cognitive difficulties or concentration deficit are ever documented in the medical record. In APS, Dr. Kim documents absence of cognitive deficits. Review of the clinical and radiographic data documented in the medical record do not support limitation in hand function and shoulder abnormalities that would cause difficulties with such activities as reaching and computer-associated hand activities. In APS, Dr. Kim recommends no restriction on reaching and hand activities. Review of the overall clinical and radiographic data documented in the medical record and outlined in the Medical Analysis section of this report does not support loss of function for full-time sedentary work as of 04/11/2015 and beyond.

3. **"What work restrictions (physical and cognitive) are supported as of 04/11/2015 and beyond that would allow the claimant to work with reasonable continuity? Please explain your rationale in depth."**

No cognitive deficits are documented throughout medical record and are, therefore, not supported. Cognitive deficits do not support restrictions and limitations. From a physical viewpoint due to knee and lumbosacral spine osteoarthritis, the following restrictions and limitations are supported as of 04/11/2015 and beyond: Sitting up to eight hours per day with position changes allowed with ergonomic chair for back support, standing up to two hours per day one hour at a time, walking up to two hours per day half an hour at a time, occasional bending below waist and occasional reaching below desk level, frequent reaching above and at desk level, occasional climbing stairs, occasional driving, frequent handling, feeling, grasping, and fingering, occasional lifting and carrying up to 10 pounds, occasional pushing and pulling up to 100 pounds if weight is on wheels, no crouching, kneeling, and crawling, no ladder climbing, occasional driving. Medical record supports the claimant's ability to work full time in sedentary work capacity with above restrictions and limitations with reasonable continuity as of 04/11/2015 and beyond.

Julia Y. Ash, MD

Julia Y. Ash, M.D.
Board Certified in Rheumatology

(Bertacchi-Freeman, G.)J.

Bertacchi-Freeman/Hartford000496



University Disability Consortium
Physician Specialists for Disability Evaluation and Management

*Administrative Offices *76 Chestnut Street*
**Newton, MA 02465 *617-527-1855 * fax 617-275-8644 *e-mail* UDC@Udc1.com

October 14, 2015

Mary Floyd
Hartford Life
P.O. Box 2993
Hartford, CT 06104

**RE: Claimant: Gloria Bertacchi-Freeman**
**Claim#: 9004108017**

## MEDICAL RECORD REVIEW

**LDW:** 10/10/2012
**DOB:** REDACTED/1953
**Disability/Loss Date:** 10/11/2012

**Disclaimer:** This is a medical file review. The opinions expressed by the undersigned are based on review of the medical records provided by the Hartford referral source and any direct written or verbal correspondence with the claimant's attending physician (s). This review did not involve evaluation of the claimant. The medical opinions rendered are independent of any claim determination or the referring agency. I have encountered no conflicts of interest in the performance of this review.

**Synopsis:** Ms. Gloria Bertacchi-Freeman is a 62 year old Doctor of Pharmacy who has previously been employed by Cardinal Health Systems. Ms. Bertacchi-Freeman has a long history of obesity dating to calendar year 2005 according to the record and clinical summary from Kaiser Permanente Group dated 12/26/12. Early records regarding this individual's complaints of knee pain is referenced by Health Diagnostics 1/25/11 at which time MRI studies of the left knee reveal a degenerative tear of the posterior horn of the medial meniscus

with evidence of contusion and marrow edema of the medial femoral condyle of the left knee compatible with early degenerative change. Subsequent to that evaluation (1/25/11), occasions for bilateral operative arthroscopic intervention have occurred in the past, 2012 and 2013; the left knee in December of 2012 and the right knee in December of 2013. Continued complaints of knee discomfort coupled with complaints of cervical, dorsal and lumbar complaints as well have led to continued absence from the work place.

**"Referral Questions:**

1. **Please review and comment on the thoroughness and validity of the FCE conducted at the Center for Career Evaluations, Inc. in 06/2015.**
2. **The claimant's initial BP and HR were 122/84 and 74 respectively and exits BP and HR 126/84 and 76 respectively. Is this consistent with the claimant's statement that she found the exertional demands of the FCE to be very heavy? Please explain.**
3. **Are you in agreement with the assessments of Ms. Bubanja? Please explain your rationale in detail."**

**"Consensus Opinion:**

1. **What work restrictions (physical and cognitive) are supported as of 04/11/2015 and beyond that would allow the claimant to work with reasonable continuity? Please explain your rationale in depth."**

**Documents Reviewed**

- Work and educational history – Gloria Bertacchi-Freeman: 11/3/14
- Appeal of Denial of Long Term Disability Benefits: undated
- CV – Dr. Gloria M. Bertacchi-Freeman: undated
- Health Diagnostics – MRI, X-ray left knee: 1/25/11
- Cervical Spine – 5 views and X-ray of the right knee 3 views, CFM Radiology Group: 10/12/12
- US Health Works – Status Report, Dr. Peter Heitke, right knee sprain, cervical spine sprain, lumbar spine: Clinical Summary – Kaiser Permanente Medical Group, Gloria M. Freeman: 12/26/12

- Operative Report – Arthroscopy Left knee: 12/13/12
- MRI – Right knee: 5/31/13
- MRI – Lumbar Spine, Dignity Health: 6/5/13
- Bone Density – UC Davis Medical Group: 3/4/13
- Qualified Medical Evaluation – Michael Amster M.D.: 6/25/13
- Qualified Medical Evaluation – Michael Amster M.D.: 6/6/14
- Center for Career Evaluations – 6/30/15
- Operative Report – Right knee: 12/26/13
- Appeal of Denial – Gloria Bertacchi: undated
- Center for Career Evaluations – Anna Bubanja, Therapist: 6/30/15
- Clinical Summary – Kaiser Permanente Medical Group, Gloria M. Freeman: 4/29/05 – 10/25/12
- Clinical Notes – Kaiser Permanente Medical Group, Dr. Chong etal: 2/11/12 – 10/15/12
- Health Diagnostics – MRI left knee: 1/25/11
- Clinical Notes – West Bay Orthopedic Medical Group, Dwayne Medeiros MSN, NP: 2/24/13
- Clinical Notes – Leslie H. Kim, West Bay Medical Group and Peninsula Orthopedic Associates: 11/13/12 – 7/22/15
- Physical Therapy Notes – Capital Physical Therapy: 7/6/15 – 7/29/15

**Restrictions and Limitations per attending physician(s):**

2. "Sit, stand, walk for 20 minutes only for a total of four hours a day each. Carry ten pounds occasionally." – Leslie H. Kim M.D.: 5/6/13

3. "Sit, stand, walk one half hour only four hours a day." – Leslie H. Kim M.D.: 5/13

4. "Unable to engage in light work." – Leslie Kim M.D.: 6/17/13

5. "Sit, stand, walk twenty minutes to an hour four hours a day." – Leslie Kim M.D.: 10/28/13

6. "Limited capacity to lift/push/pull ten pounds. No kneeling, no bending, no stooping, no squatting." – Leslie Kim M.D.: 1/1/14

7. "No push/pull over ten pounds. No kneeling, bending, stooping, etc." – Leslie Kim M.D.: 11/19/14
8. "Limited capacity to lift ten pounds. Push ten pounds. Pull ten pounds. No kneeling, bending, stooping, squatting." – Leslie Kim M.D.: 1/10/14
9. "Submitted for functional capacity." – Leslie Kim M.D.: 2/5/15

**Telecommunications:** Effort was made to contact Dr. Leslie Kim on 9/28/15 at 2:45 pm. This reviewer was advised that that number is currently in error and an operative number for Dr. Kim is 650-756-5630. Call was made on that date request for return call was made as Dr. Kim was "in surgery".

Repeat effort was made to contact Dr. Kim at 650-756-5630 on 9/29/15 at approximately 1:00 pm. Dr. Kim was unable to take this reviewer's call at that time and request for return call was made to reviewer's cell phone. No return call was received.

Return phone call was received from Dr. Kim relative to Ms. Bertacchi on 10/1/15 at approximately 11:45 am. This reviewer advised Dr. Kim of his observations following the review of Ms. Bertacchi's record. This reviewer also afforded Dr. Kim his opinion that Ms. Bertacchi appears able to return to the work place in the sedentary capacity. Dr. Kim was relatively vague in response as he was unsure of how long ago it had been since he had seen the patient but it had been "quite some time". He was of the opinion that Ms. Bertacchi exhibited a pain syndrome as well. However, when queried relative to clinical support to validate Ms. Bertacchi's complaints of discomfort he was reluctant to do so. He stated that Ms. Bertacchi had difficulty sitting for prolonged periods of time, however, could offer no clinical observation to validate that complaint.

Dr. Raja Sivamani, a Dermatologist, was contacted on 10/1/15 at approximately 3:30 pm CST. Dr. Sivamani stated that his last visit with Ms. Bertacchi was August 14th, 2015. At that time there is no indication that this young lady was suffering from anything such as psoriatic arthritis, as a matter of fact, the diagnosis of arthritis has not entered into the equation at all in the notes presented to the Doctor relative to the care of Ms. Bertacchi.

Conversation was held with Co reviewer, Dr. Michael Liebowitz on 10/1/15 at approximately 1:00 pm. Dr. Liebowitz did state that in his opinion, Ms. Bertacchi would be able to resume activity in the work place at the sedentary level. Please see Dr. Leibowitz's report for his detailed opinion.

Contact was made with Dr. Julia Ash, a co-reviewer, on Thursday 10/1/15 at approximately 1:30 pm. This reviewer received a call from Dr. Julia Ash on Saturday 10/3/15 at 3:45pm. Dr. Ash concurred with this reviewer's recommendation for the sedentary level of activity and agreed that the Career Review was not sufficiently medically oriented to suffice in lieu of a formal FCE.

**History:** Ms. Gloria M. Bertacchi-Freeman is a 62 year old female who has presented as early as calendar year 2011 with evidence of early degenerative change in the knee evidenced by MRI studies in calendar year 2011 indicating posterior horn degenerative changes of the medial meniscus in the left knee. Continued complaints of difficulties with the left knee and ultimately the right knee as, is common in degenerative changes of the knee, and is also in concert with an obese individual. These changes led to arthroscopic intervention of the left knee in 12/13/12 as well as arthroscopic partial medial meniscectomy and synovectomy of the right knee on 12/26/13.

These complaints of knee discomfort, originally attributed by Ms. Freeman to work injury by moving to avoid a falling chair at work, are evidenced in earlier x-ray evaluation of the left knee in calendar year 2011 and are to be attributed to degenerative change, more probably than not, based on obesity as opposed to being work incurred or due to any singular traumatic incident.

These complaints of knee discomfort, as stated led to bilateral occasions of arthroscopic intervention to mollify complaints and to ameliorate her symptomatology. Following the surgical procedure in December of 2012 on the left knee, there is history obtained in the clinical note of the West Bay Orthopedic Group of a fall while crossing the street (Leslie H. Kim M.D. – 10/15/13) which notably increased discomfort in her right knee necessitating

ambulation with the aid of a cane. These complaints led to right knee arthroscopic intervention on 12/26/13, as previously described, followed by ongoing physical therapy as evidenced in Dr. Kim's subsequent note of 6/24/14. On that date it is also noted that Dr. Kim's note is "not describing any radiating pain or neurologic symptoms associated with back pain."

There are noted throughout the record, references to dermatologic lesions compatible with Psoriasis as well. These lesions and sequellae of same will be under the concerns of Dr. Ash, Rheumatologist and co-reviewer.

In the course of care being provided for Ms. Bertacchi-Freeman's knee difficulties, several occasions have been identified of some non-descript complaints of discomfort in the cervical, dorsal and lumbar spine in addition to Ms. Bertacchi's complaints of knee pain. Cervical spine films revealed on 10/15/12 that there was mild narrowing of the cerebral vertebra C3 through C6 with the neck held in a flexed attitude at about the C4 level. There was no identification, however, at that time of any loss of disc or body heights or other aberrations of the cervical spine. There is no presentation of radiculopathy nor is there noted any reference to decrease in cervical range of motion. Periodic complaints of low back pain throughout the course of multiple evaluations also led to MRI studies of the lumbar spine on 6/5/13. While this showed possible bilateral laminectomy at the L5/S1 level, there is no indication in the record of that procedure having been performed. The only mild aberration was a small disc protrusion at the 4/5 level without nerve root compression and mild narrowing as well at the L5/S1 without concrete evidence of nerve root compression or stenosis. There have been throughout her evaluations no aberrant neurological findings of a consistent nature which would indicate cervical or lumbar disc pathology.

It is of interest to note at this juncture that Ms. Bertacchi also has a complaint of numbness on the lower extremities identified by Dr. Nguyn of the Kaiser Permanente Group in an evaluation of 5/7/14 following a rear end type auto accident of minimal impact. At that time Ms. Bertacchi had complaints of the whole right leg being numb, however, that gradually resolved without sequelle. Follow up care was continued by Dr. Kim and on 6/5/15 physical

examination is noted to reveal the range of motion of the right knee of 0 to 110 degrees and on the left 0 to 100 degrees. Examination of thoracic and lumbar spine revealed no gross deformities though there were complaints of tenderness to palpation in the paraspinal musculature. Range of motion of the lumbar spine was noted to be fingertip to within five inches of the toe. Extension of the spine was ten degrees. Right lateral, left lateral bending were normal. At that time, due to continued complaints of discomfort in the right knee, a medial unloader brace was suggested by Dr. Kim, coupled with ongoing physical therapy two to four times a week for the cervical, thoracic, and lumbar spine in spite of absence of specific diagnosis necessitating same.

Subsequent to the arthroscopies of 2012 and 2013, clinical note provided by the offices of Dr. Kim in February of 2015 indicates slight swelling in the right knee with the range of motion of 0 to 130 degrees bilaterally. Slight medical joint tenderness remains with no evidence of laxity or stability. Recommendations on that date were to continue over the counter non-steroidal anti-inflammatories coupled with Lidoderm patches for severe pain.

The most recent note of Dr. Kim is dated 7/22/15, at which time it was noted that 5 of the 8 previously scheduled physical therapy treatments had been accomplished without significant improvement. Ms. Bertacchi-Freeman states that Lidoderm patches have been used and have produced satisfactory "pain control". This was in addition to the aid of a cane on the right, which to this reviewer would indicate cane was being used to mollify discomfort on the left knee. Complaints were attributed to right knee discomfort and once again an unloader brace was recommended. Extension of the knee was identified at that time to be 180 degrees bilateral with 120 degrees of flexion without evidence of joint effusion. The previously identified use of a cane to facilitate ambulation in the right hand would submit to this reviewer that the claimant, while using the cane for the right knee pain, it could perhaps be better used on the contralateral side for real true complaints of severe right knee discomfort. In addition, the absence of dramatic diminution in the range of motion of the knee and/or the absence of instability of the knee and with the absence of joint effusion indicates to this reviewer that complaints of discomfort in the knee might be in excess of that actually being experienced by the individual. There is evidence in the record provided a prescription dated

8/21/15 for continued transdermal patches of Lidoderm as well as prescriptions ongoing for Narco. These medications being requested over the hand of Leslie H. Kim M.D.

**Medical Analysis:** Ms. Bertacchi-Freeman is a 62 year old female with a past history of obesity coupled with the comorbid state of clinical evidence lending itself to early degenerative change in the medial compartment of the knees bilaterally.

There is also in the record reference to a dermatological condition of Psoriatic plaques over the lower extremities. This condition will be addressed by a co-reviewer Dr. Ash, a Rheumatologist.

Arthroscopic intervention has been performed for complaints of knee discomfort apparently stemming from degenerative change in the posterior horn of the medial menisci, compatible with early degenerative change in the knee, based upon long standing obesity as opposed to any traumatic incident described in concert with description with knee discomfort.
Ms. Bertacchi has been afforded total disability status through the writings of her treating physician, Dr. Kim, following evaluation 6/30/15 by the Center for Career Evaluations. This evaluation lacks independence as it was requested by Ms. Bertacchi and cannot and should not be considered an independent review. These evaluations presented by the Center, were apparently authored and performed under the direction of Allen Nelson, a Vocational Consultant, and Diana Bubanja, a therapist. Actual medical supervision by a trained physician is not evidenced in the report provided. In the report provided, the right knee is described as having 72 percent of knee flexion with extension being within normal limits, and 76 percent of flexion of the left knee with the extension being within normal limits as well. These measurements, while limited, do not preclude return to the work place. There were no notable aberrations of motion of the upper extremities or of fingering or use of the upper extremities. The individual in question was shown to be able to lift waist to shoulder only 6 pounds and was observed to have low back pain with sitting for only 15 minutes, standing for only 5 minutes, etc. It is to be noted that in the record provided, Ms. Bertacchi-Freeman's heart rate was measured at the beginning of the testing sequence and at the end of the physical capacity testing. At that time blood pressure was normal at 122/84 – 126/84 and heart rate was

identified to be 74 and 76 respectively. This would not indicate to this reviewer that intense engagement and concentration on the task presented were fully engaged in by the individual.

Basically, the report provided by Center for Career Evaluations reflects the patient's interpretation of perceived discomfort to tasks presented. There is no in depth range of motion recording measurements utilizing passive range of motion as compared to active range of motion pain. While the Center for Career Evaluations did give in depth descriptions of tasks requested of Ms. Bertacchi, there is evidence that request for completion of performance of certain maneuvers was terminated on multiple occasions upon Ms. Bertacchi's volunteered concerns relative to perceived discomfort being experienced by her in performance of such tasks. In telephone discussion with Dr. Leslie Kim, Ms. Bertacchi's treating physician, his offering of Ms. Bertacchi's complaint of inability to sit for prolonged periods of time while validated in the record as having been a symptom offered by this individual, when asked for clinical documentation for etiological factors contributing to that complaint, Dr. Kim was unable to do so. This reviewer explained to the treating physician that in the absence of dramatic limitations of the range of motion of the lumbar spine, or evidence of nerve compression or sensory impairment, or any neurologic deficit, that it was difficult to support Ms. Bertacchi's complaint of "inability to sit". Based upon the absence of valid substantive pathology being evidenced either by clinical evaluation or radiographic observations, there is no clinical support for Ms. Bertacchi's complaints.

Telephone communication with Dr. Sivamani, who is the Dermatologist apparently currently caring for psoriatic lesions referenced in the record of Ms. Bertacchi, has no indication of a diagnosis of arthritis entering into his equation of care. Dr. Sivamani added in our discussion that he had no overt obvious evidence to counter the recommendation that Ms. Bertacchi is able to engage in the sedentary occupation.

**Conclusion:** Ms. Gloria Bertacchi-Freeman is a 62 year old female who has undergone bilateral arthroscopic interventions of the knee with apparent good end result with the most recent note afforded by the operating surgeon indicating good functional range of motion of the knee without evidence of hydroarthrosis either right or left. Ongoing complaints of

cervical, dorsal and lumbar back discomfort has not been validated or shown to be responsible for functional deficiency in multiple examinations performed by a series of physicians. There is no evidence of sensory impairment; there is no evidence of nerve entrapment or compromise due to degenerative change in the cervical, dorsal or lumbar spine. There is no evidence of atrophy and it is the opinion of this reviewer that Ms. Freeman is able to engage at the sedentary level of activity.

1. **"Please review and comment on the thoroughness and validity of the FCE conducted at the Center for Career Evaluations, Inc. in 06/2015."**

**Response:** In the opinion of this reviewer, the thoroughness and validity of the FCE provided by the Center for Career Evaluations is in question. There is no identification of range of motion observations for passive and/or active motion. There is evidence of lack of intense engagement on the part of the claimant and there is evidence that the tasks perceived to create discomfort by Ms. Bertacchi are discontinued. There is no medical observation of evaluation performed, and in the opinion of this reviewer this evaluation has no validity in fact.

2. **"The claimant's initial BP and HR were 122/84 and 74 respectively and exits BP and HR 126/84 and 76 respectively. Is this consistent with the claimant's statement that she found the exertional demands of the FCE to be very heavy? Please explain."**

**Response:** Absence of observations in increases in blood pressure and/or pulse rate are to be construed as lack of demand being placed on the individual being examined.

3. **"Are you in agreement with the assessments of Ms. Bubanja? Please explain your rationale in detail."**

**Response:** This reviewer is not in agreement with the observations and assessment provided by Ms. Bubanja. Reasons for such disagreement are provided under the heading "Analysis".

**"Consensus Opinion:**

4. **What work restrictions (physical and cognitive) are supported as of 04/11/2015 and beyond that would allow the claimant to work with reasonable continuity? Please explain your rationale in depth."**

**Response:** Opinion of this orthopedic reviewer, Ms. Bertacchi-Freeman is physically and cognitively able to return to the work place in a sedentary capacity, per DOT/DOL definitions, on 4/11/15, 8 hours a day, 5 days a week as of 4/11/15.

Sincerely,

Signature

James A. K. Lambur, M.D.
Board Certified in Orthopedic Surgery

(Bertacchi-Freeman, G)J.


UNIVERSITY DISABILITY CONSORTIUM
Physician Specialists for Disability Evaluation and Management

*Administrative Offices * 76 Chestnut Street * Newton, MA 02465 *617-527-1855 * fax 617-830-0002 *e-mail UDC@Udc1.com*

October 14, 2015

Mary Floyd
Hartford Life
P.O. Box 2993
Hartford, CT 06104

**RE: Claimant: Gloria Bertacchi-Freeman**
**Claim#: 9004108017**

**MEDICAL RECORD REVIEW OF GLORI BERTACCHI-FREEMAN**

**INTRODUCTION:** This is a medical file review. All records provided by the Hartford referrer were reviewed. I have not personally examined the claimant. My medical opinions are independent of any claim's decisions or the referring agency. I have encountered no conflicts of interest in the performance of this review.

The claimant is a 62-year-old female whose last date worked was 10/10/12 and whose date of disability is 10/11/12. The claimant was at work as a Pharmacist in a Psychiatric Hospital and was at a group counseling session on 10/5/12 when an angry patient pushed a chair towards the claimant and the claimant backed into the chair to avoid getting hit by the chair. The claimant complained of left knee pain and neck pain. Furthermore, the claimant has complained of low back pain which she feels has been exacerbated by reaching overhead at work. The claimant's clinicians have diagnosed and treated her with cervical strain and sprain, thoracic strain, thoracic degenerative disc disease, lumbar strain, lumbar spine degenerative spinal disease, and lumbar spine disc protrusion and secondary radiculitis, bilateral knee sprain and strain, and bilateral knee osteoarthritis. On 12/13/12 the claimant underwent a left knee arthroscopic partial medial and lateral meniscectomy, left knee anteromedial and lateral compartment arthroscopic synovectomy for a left medial meniscus tear, lateral meniscus tear, degenerative joint disease, and hypertrophic synovitis. The claimant also has been diagnosed with chondromalacia of the left knee, osteoarthritis of the left knee, and internal derangement of the left knee. On 10/15/13 as the claimant was crossing the street her right foot got caught on a manhole and she fell down on to her right knee. Her right knee pain increased and she complained of right knee swelling. On 12/26/13 the claimant underwent right knee arthroscopic partial medial meniscectomy, right knee arthroscopic synovectomy for right knee medial meniscus tear, right patellar femoral syndrome, right femorotibial chondromalacia, and right knee hypertrophic synovitis. On 5/7/14 the claimant was involved in a motor vehicle accident and

complained thereafter of a transient headache. She also complained of back pain. She was treated for the aforementioned. The claimant's medical history includes asthma, bronchitis, psoriasis; the claimant has not been diagnosed with psoriatic arthritis by her treating clinicians. The claimant has been treated for hypothyroidism and obesity. The claimant has been treated with physical therapy, opioid medication, neuropathic pain medication, analgesic medications, nonsteroidal anti-inflammatory drugs, muscle relaxant medication, a Lidoderm 5% patch, a TENS unit and an ultrasound-guided left knee Depo-Medrol injection in 2013. Furthermore, the claimant has been treated with bilateral arthroscopic knee surgeries as aforementioned.

**DIAGNOSTIC STUDIES:**

1. 1/25/11 MRI of the left knee. Impression: Partial root tear of posterior horn root attachment at medial meniscus with extension to posterior horn and posterior aspect of body of medial meniscus. Associated mild peripheral subluxation of body segment of medial meniscus into medial joint line. Focal osseous contusion and marrow edema of peripheral margin of medial femoral condyle and posterior medial femoral condyle with overlying shallow condyle fissuring. Scarring of proximal fibers of medial collateral ligament. Moderate-large joint effusion with mild synovitis. Small popliteal fossa cyst.
2. 10/12/12 x-ray of cervical spine. Impression: Mild foraminal narrowing due to uncovertebral arthritis at C3-4-5-6. Neck held in flexion at approximately C4.
3. 10/12/12 x-ray of right knee. Conclusion: Negative.
4. 10/12/12 x-ray of lumbar spine. Conclusion: Scoliosis and lumbosacral facet arthritis.
5. 10/15/12 x-ray of right knee. Impression – mild degenerative osteoarthritis right knee.
6. 11/16/12 TSH 1.17 (normal).
7. 12/18/12 abdominal x-ray. Impression: Normal complete abdominal series.
8. 3/14/13 bone densitometry study – osteopenia.
9. 3/14/13 digital screening mammogram. Impression: No mammographic evidence of malignancy.
10. 5/31/13 MRI of right knee. Conclusion: Tear of posterior horn and body of medial meniscus.
11. 6/5/13 MRI of lumbar spine. Impression: Possible prior laminectomy at L5-S1. Possible impingement of exiting right L5 nerve root due to facet osteophyte in right L5-S1 neural foramen. Severe bilateral facet arthropathy at L4-5; L4-5 broad-based disc bulge and small central disc protrusion; L5-S1 mild central disc protrusion.
12. 11/5/13 pathology report. Diagnosis - skin areola margin right (punch biopsy) spongiotic dermatitis.

13. All other labs were noted and reviewed.

**OTHER MEDICAL RECORDS REVIEWED:** The following represents a synopsis, and highlights of the records. All records were reviewed. The claimant came under the care of The Permanente Medical Group. On 11/18/11 the claimant was treated by Dr. Zawilla for an acute exacerbation of asthma. On 2/11/12 Dr. Jakobsen evaluated and treated the claimant for a rash under the bilateral breasts of unclear etiology and for an upper respiratory tract infection. On 5/3/12 Dr. Vogelsang's assessment was: normal gynecological exam. Pap smear was negative for intraepithelial lesion or malignancy. Human papillomavirus result positive. On 5/26/12 the claimant presented to Dr. Mirzoyan status post a tick bite two days previously and the claimant had removed the tick from her right calf. A Borrelia burgdorferi antibody test was ordered and doxycycline was prescribed to prevent possible Lyme disease.

The claimant came under the care of Florence Besana Chong, D.O., and an Occupational Medicine physician. On 10/15/12 the claimant reported to Dr. Chong that she was in a group counseling session while at work on 10/5/12 when an angry patient pushed a chair towards her and she moved back up against the chair to avoid getting hit. Furthermore, the claimant reported that during the time period of 9/27/12 through 10/5/12, she indicates she worked much harder and longer hours and she mainly filled pharmacy carts. She indicated she feels that motions reaching upwards and reaching below the floor triggered symptoms including low back pain. The claimant complained to Dr. Chong of neck pain, back pain, and knee pain. On examination, sensation was normal, muscle strength was 5+/5+ of both lower extremities and gait was antalgic with a limp. An x-ray of the right knee revealed degenerative osteoarthritis of right knee. The assessment was knee joint pain, cervical sprain or strain, and lumbosacral sprain or strain. Dr. Chong recommended continuing ice; she recommended nonsteroidal anti-inflammatory medication, a muscle relaxant, Lidoderm 5% patch, a hinged right knee orthosis, and physical therapy. On 10/25/12 the claimant had a physical therapy initial evaluation. On 11/5/12 in follow-up with Dr. Chong the claimant complained of back pain, right knee pain, and the recent onset of left knee pain. Her neck and back range of motion was full range of motion. The neck was nontender to palpation, and there was a negative Spurling test. On back exam, there was no tenderness, there were tight parathoracic areas, and the bilateral lumbosacral paraspinal muscle areas were without spasm. There was a negative Faber test, and a negative straight leg raise test at 70 degrees bilaterally. On neurological examination, sensory and muscle strength exam was normal. Dr. Chong's assessment included resolved sprain or strain of the cervical spine. The claimant had an ongoing sprain-strain of the lumbar region and the knee region. She recommended continuing ice and the Lidoderm patch.

The claimant came under the care of Peter Heitke, M.D. On 10/5/12 diagnoses included sprain of the knee and leg, sprain of the thoracic region, a cervicothoracic strain and sprain of the right knee, and a lumbar strain. Dr. Heitke recommended diclofenac XR, ophendrine, a cold pack, chiropractic treatment, and a knee brace. On 10/12/12 the claimant complained of gradual increasing neck and low back pain as well as right knee pain for

over one week which she attributed at least in part to overhead reaching activities at her job the prior two weeks. Dr. Heitke imposed work restrictions on the claimant including no overhead work, no stooping, bending, kneeling, or squatting and no climbing. Furthermore, he recommended continuing diclofenac XR, and ophendrine. He recommended a hot pack and a cold pack, and chiropractic treatment. An 11/14/12 letter authored by Dr. Heitke was noted.

The claimant came under the care of Mohammed Reza, M.D. on 11/14/12. The claimant presented for a knee injury. On exam, the gait was normal. The assessment included hypertension, esophageal reflux, and hypothyroidism. Dr. Reza renewed hydrochlorothiazide, levothyroxine, and Aciphex. The claimant was to have left knee surgery for a left knee meniscus tear.

The claimant came under the care of Leslie Kim, M.D., an Orthopedist. On 11/13/12 the claimant was evaluated and treated by Duane Medeiros, NP. The claimant complained of right knee pain, neck pain, mid back pain, low back pain, and paresthesias of bilateral hands and legs. The assessment included osteoarthritis of the knee and chondromalacia. On 12/5/12 a Physician's Practitioner Certificate for Disability Insurance Benefits indicated that it was anticipated the claimant would be released to regular customary work on 2/5/13. On 12/5/12 the claimant had a pre-op visit for upcoming left knee arthroscopic surgery. On 12/13/12 Jon Churnin, M.D. performed a pre-anesthesia consultation. He indicated that the claimant was assessed as an ASA 2 to 3 physical status and general anesthesia was planned. On 12/13/12 an operative note of Dr. Kim indicated that the claimant underwent left knee arthroscopic partial medial and lateral meniscectomy, left knee anteromedial and lateral compartment arthroscopic synovectomy for diagnoses of left lateral meniscus and medial meniscus tears, left knee degenerative joint disease, and hypertrophic synovitis. On 12/9/12 the claimant had a post-op visit. On 1/24/13 in follow-up it was noted that the claimant was receiving physical therapy postop. On 2/26/13 further physical therapy was recommended. A Physician's Practitioner Supplementary Certification with an illegible date of sometime in 2/2013 indicated the estimated date the claimant would be able to perform regular or customary work would be 5/1/13. On 4/9/13 left knee diagnostic and therapeutic injection with ultrasound guidance was performed. The first injection included lidocaine, and the second injection included Marcaine with Depo-Medrol. An MRI of the left knee was ordered to rule out a meniscus tear and MRI of the lumbosacral spine was ordered to rule out a disc protrusion. On 5/6/13 in follow-up with Mr. Medeiros noted that the claimant was status post an injection to the left knee the last office visit and it decreased the pain by 30%; however, it increased the blood pressure and caused some insomnia which was transient and lasted only one week. Capsaicin was prescribed. On 5/6/13 Dr. Kim authored an Attending Physician's Statement of Functionality indicating there were no cognitive or psychiatric impairments. The claimant was able to sit 20 minutes per hour at one time, stand 20 minutes per hour at one time, walk 20 minutes per hour at a time; able to each sit, stand, and walk 4 hours total per day for each of the aforementioned activities. The claimant was able to lift, carry 1 to 10 pounds with both upper extremities occasionally and reach above shoulder level bilaterally, and reach at desk/waist level with both upper extremities, and reach below waist/desk level occasionally. In

6/2013 a questionnaire letter from the Hartford to Dr. Kim was completed by Dr. Kim and he disagreed that the claimant was currently able to perform light duty work on a full-time basis as of 4/11/13.

A Medical Source Statement – Physical of 6/7/13 commented on the claimant's functionality and it was noted. On 7/2/13 in follow-up it was noted that the claimant elected to continue with conservative treatment for a right medial meniscus tear. On 8/12/13 in follow-up the claimant once again elected to continue conservative treatment for a right medial meniscus tear. On 9/23/13 in follow-up, since conservative treatment had not improved the right knee, a right knee surgical consult was recommended by Mr. Medeiros and the claimant was to see Dr. Kim. On 10/15/13 it was noted that the claimant fell on to her right knee the prior week. On examination, there was slight right knee swelling and an effusion. The claimant was ambulating with a cane with an antalgic gait. The plan was for a right knee arthroscopy for the right medial meniscus tear. On 10/28/13 an Attending Physician's Statement of Continued Disability completed by Dr. Kim documented that the claimant can lift/carry 1 to 10 pounds with both upper extremities occasionally. On 11/19/13 symptomatic treatment for the right medial meniscus tear until the right knee arthroscopy was to be performed, was recommended. On 12/26/13 an operative note by Dr. Kim indicated a right knee arthroscopic partial medial meniscectomy, right knee arthroscopic synovectomy for postoperative diagnoses of right medial meniscus tear, right patellofemoral and femoral tibial chondromalacia, and right knee hypertrophic synovitis was performed. On 1/6/14 during a postoperative visit, postoperative physical therapy was to be started. On 2/4/14 physical therapy was prescribed for the back and the knee. On 3/18/14 once again physical therapy was prescribed. On 5/13/14 the claimant was status post a motor vehicle accident on 5/7/14 which increased her right knee pain and the claimant complained of neck pain and back pain. The claimant saw her Primary Care physician and was treated with physical therapy. Physical Therapy was recommended. On 5/13/14, an Attending Physician's Statement of Continued Functionality indicated that the claimant can lift/carry 1 to 10 pounds, no restrictions reaching with both upper extremities above shoulder level, below shoulder level, and finger/handling objects. There were no cognitive impairments and no psychiatric impairments noted.

On 6/24/14 the claimant complained of nonradiating back pain, which was unchanged. On examination, the gait was normal. There was full range of motion of bilateral knee extension. Right knee flexion was 125 degrees and left knee flexion was 130 degrees. Lidoderm patches were recommended as needed, Norco was refilled and the plan was to wean the Norco. Physical therapy was recommended. On 11/17/14 a work status report indicated that the claimant can lift, push, pull 10 pounds and limited capacity for standing, climbing, and walking. On 11/19/14 an Attending Physician's Statement of Continued Functionality indicated that the claimant can walk one quarter hour at a time, can each stand, and sit one and half hour at a time, can each walk and stand a total of 4 hours per day, can lift/carry 1 to 10 pounds with both upper extremities occasionally; no kneeling or bending. On 2/6/15 on examination, there was a positive McMurray test on the right and a negative McMurray test on the left. The assessment was bilateral knee chondromalacia. It was recommended to continue nonsteroidal anti-inflammatory drugs. Lidoderm patches and Norco were refilled. On 3/20/15 a letter from the

Hartford to Dr. Kim completed by Dr. Kim on 3/20/15 asked if the claimant can work at a sedentary job demand level. Dr. Kim did not answer the question and he requested a Functional Capacity Evaluation (i.e. FCE) to objectively evaluate the work restrictions. In an office visit on 3/20/15 the assessment was bilateral knee osteoarthritis. A series of three viscosupplementation injections of bilateral knees were recommended. On 5/1/15 in follow-up with Dr. Kim, the claimant complained of bilateral knee pain. On examination, there was slight swelling of the left knee relative to the right knee. There was a negative anterior drawer test and negative Lachman's test bilaterally and there was no laxity on varus and valgus stress testing. The assessment was osteoarthritis of bilateral knees. Dr. Kim requested a FCE to objectively quantify the claimant's work status. On 6/5/15 the claimant saw the Nurse Practitioner of Dr. Kim. The claimant complained of neck pain and low back pain, and pain in the thoracic region radiating to the lumbar area. On examination, there was tenderness to palpation of the right parathoracic and paralumbar muscles. Lumbosacral spine range of motion was full range of motion on bilateral lateral bending, and bilateral rotation; extension was restricted to 10 degrees. A right medial unloader knee orthosis was recommended as was viscoelastic supplementation injections to the knee, and physical therapy was recommended. On 7/22/15 the claimant complained of bilateral knee pain, low back pain with lower extremity paresthesias. The claimant was using a cane in the right hand for ambulation. On exam, there were no bilateral knee joint effusions. The claimant was felt to have a permanent and stationary disability and was recommended to return to work on same day 7/22/15, lifting, pushing 10 pounds, limited walking and climbing. On 8/21/15 Dr. Kim recommended the claimant to return to work on 8/21/15, lifting, pulling, and pushing 10 pounds. No kneeling, bending, stooping, and squatting. He prescribed a Lidoderm 5% patch.

The claimant was evaluated at Mercy Hospital of Folsom on 12/18/12 in the Emergency Department. The claimant was status post knee arthroscopic surgery five days previously and the claimant presented with constipation and abdominal pain. An abdominal x-ray revealed fecal retention/constipation. The claimant was recommended to take mag citrate and was recommended to take an enema at home and to increase fluids at home.

The claimant was treated at multiple physical therapy facilities. On 10/25/12 the claimant was treated with physical therapy to the lumbar spine. On 10/31/13 the physical therapy treatment regions included the knee, cervical spine, and lumbar spine. On 11/21/12 the claimant was referred by Mr. Medeiros for lumbar back pain, upper back pain – degenerative disc disease and was treated with physical therapy to the aforementioned body regions in 12/2012, including treatments for thoracic and lumbar degenerative disc disease. The claimant was treated with physical therapy from 12/2012 through 3/2013 status post left partial meniscectomy performed on 12/13/12.

The claimant was treated with physical therapy from 4/2013 through 5/2013 for treatment diagnoses of joint pain of the left leg, and status post left knee arthroscopy. Physical therapy initial evaluation was performed on 8/9/13 with diagnoses of lumbago, degenerative disc disease with bilateral lumbar radiculopathy. On 1/15/14 the

claimant was treated with physical therapy for a right medial meniscus tear. A physical therapy initial evaluation on 3/27/14 indicated physical therapy treatment diagnoses were lumbago, and lumbosacral degenerative disc disease. On 3/31/14 the claimant was treated with physical therapy to bilateral knees status post medial meniscus repair of the right knee in 12/2013 and status post left knee arthroscopy in 12/2012. The claimant also complained of lumbago. On 5/13/14 a physical therapy prescription from Dr. Kim was for treatment of the right knee, back and neck. On 7/15/14 in physical therapy, the claimant reported that she was still going to the gym. On 7/17/14 the claimant underwent a physical therapy reevaluation.

A discharge summary of 8/13/14 authored by Tricia Benson, P.T. indicated that the claimant, by report of the claimant, was unable to stand for any longer than 10 minutes due to her pain, but was routinely able to stand for exercises at physical therapy for 10 to 15 minutes without complaints of pain. The claimant indicated only being able to lift very light weights but was observed to be able to lift her purse from the floor with ease and without complaints of pain. Her scores on Oswestry indicated a much higher level of perceived impairment than that of her actual impairments seen during physical therapy treatments. The claimant indicates moderate difficulty with getting into and out of a car, but is able to drive herself for physical therapy independently and get into and out of the car, into and out of the building independently without use of an assistive device. She does not use an assistive device for any activities of daily living. The claimant was discharged from physical therapy due to noncompliance.

On 6/15/15 the claimant was referred to physical therapy for Dr. Kim for treatment of cervical, thoracic, and lumbar spines. On 7/6/15 a physical therapy initial evaluation indicated land based physical therapy was to be initiated progressing to a pool based physical therapy program. On 7/29/15 in physical therapy it was indicated that the claimant can benefit from continued physical therapy with emphasis on continued aquatic exercises and soft tissue massage and modalities as needed.

The claimant was treated at University of California at Davis Medical Center (i.e. UC Davis). The claimant on 11/15/12 was evaluated by Thuy Rose Nguyen, D.O., and presented with left knee pain and neck pain since 10/5/12 after an injury at work. The claimant worked as a Pharmacist and was in a psychiatric ward and backed up into a chair to get out of reach of a patient. The claimant complained of back pain and it was aggravated by having to reach into cabinets at work. The assessment was low back pain. An MRI of the lumbar spine was ordered. A record signed by Dr. Nguyen on 3/9/13 noted she ordered a DEXA scan. On 3/18/13 a letter to the claimant regarding the results of the bone densitometry study revealed osteopenia. On 9/17/13 in follow-up with Dr. Nguyen, the assessment was breast discharge, and psoriasis. She recommended that the claimant follow up with the Breast Health Clinic. On 9/24/13 the claimant came under the care of Barbara Neyhart, M.D. in the Breast Health Clinic. The assessment was: scaly rash right nipple areola complex with manifestation of psoriasis. The differential diagnosis included Paget's disease; intertrigo was also present. A biopsy was recommended and triamcinolone cream was prescribed. On 1/25/14 the claimant was evaluated and treated for

gastroenteritis. On 5/8/14 in follow-up with Dr. Nguyen the claimant reports she was involved in a motor vehicle accident on 5/7/14 with complaints of headaches and low back pain and transient right leg numbness. On examination, there was no tenderness of the lumbar spine. There was a negative bilateral straight leg raise test. Muscle strength of bilateral knee flexors and extensors were 5/5 and the claimant was able to stand on her heels and toes. The assessment was suspected tension headache, and back pain. The recommendations were for rest, and nonsteroidal anti-inflammatory drugs. Regarding the suspected muscle strain secondary to back pain, Dr. Nguyen recommended rest, ice, and heat.

The claimant on 5/16/14 came under the care of Dr. Raja Sivamani, M.D. in Dermatology consultation who evaluated the claimant's rash. On examination, there was no nail pitting. The assessment was psoriasis. Hydroxyzine was prescribed, clobetasol, and calcipotriene was recommended. On 11/12/14 the claimant presented to Dr. Nguyen with diarrhea. Stool studies were ordered and a trial of Imodium was recommended. On 6/12/15 in follow-up with Dr. Sivamani, he treated the claimant for tinea axillaris/corporis and psoriasis.

The claimant came under the care of Lawrence Bass, M.D., Dermatologist. On 7/29/14 he treated the claimant for a rash. The claimant had psoriasis plaques on her elbows. He prescribed Kenalog and TAC cream. On 10/6/14 he treated the claimant for atopic dermatitis. On 2/2/15 he treated the claimant for a rash with Kenalog intramuscular and he changed the TAC cream to Diprolene AF cream. On 4/6/15 the claimant was prescribed Lidex ointment for lichen simplex chronicus.

The claimant was evaluated and treated on 10/4/13 by Qualified Medical Evaluator, Michael Amster, M.D., a Pain Management physician. His impression was cervicalgia, degenerative joint disease/degenerative disc disease of the lumbar spine, lumbago, lumbar spinal stenosis, lumbar sprain and strain, bilateral medial meniscus tear, and status post left meniscus repair in 12/2012. He opined that the claimant reached maximum medical improvement with regards to her back, neck, and left knee on 10/4/13. With regards to the right knee, he felt the claimant should be offered surgery and postoperative physical therapy. The claimant is not yet able to perform her work activities as a Pharmacy Director. He recommended restrictions including no repetitive lifting greater than 25 pounds, no squatting, stooping, prolonged standing, sitting, kneeling, climbing, twisting, walking on even grounds or other activities involving comparable physical effort. No repetitive use of stairs, no crouching, or crawling. On 6/6/14 in reevaluation the claimant complained of bilateral knee pain, neck pain, and back pain. The diagnostic impression included chronic knee pain, bilateral medial meniscus tears, status post left knee meniscus repair in 12/2012, status post right knee meniscus repair in 2013, degenerative joint disease and degenerative disc disease of the lumbar spine, lumbago, lumbar spinal stenosis, lumbar sprain and strain, and cervicalgia. Dr. Amster recommended physical therapy, a TENS unit, nonsteroidal anti-inflammatory medication, opioid treatment, and neuropathic agents for severe chronic pain. He recommended acupuncture, medical massage, and functional restoration, and ongoing management by an Orthopedist for flare-ups of knee pain. He recommended a Pain Management consultation. Dr. Amster opined that the claimant has reached

maximum medical improvement on 6/26/13 for back pain, neck pain, and left knee pain and on 6/6/14 for right knee symptomatology. The claimant per Dr. Anster is precluded from lifting greater than 25 pounds.

A document regarding Psoriatic arthritis symptoms, causes, treatment was noted. The document posed the question what are psoriatic symptoms and signs? The document was from www.medicinenet.com was noted. The Hartford Benefit Management Services summary of detailed report date range 3/7/13 through 4/27/15 pages 59 to 61 were noted. An article from the Journal of the American Physical Therapy Association entitled normal range of motion of cervical spine: An initial goniometric study was noted. An editorial: The dilemma of polypharmacy in Australian Prescriber first published online in February 2008 was noted. Target Pharmacy 10/11/12 through 5/15/12 medical expense report regarding medications was noted. Relevant pain medications on this document included hydrocodone-acetaminophen, lidocaine 5% patch, and hydrocodone and acetaminophen. A job description for job title: Director of Pharmacy was noted. A 3-page C.V. of the claimant was noted. On 11/3/14 a work and educational history completed by the claimant was noted. The claimant is right-hand dominant. On 1/14/15 a Hartford claimant questionnaire noted that the activities of the claimant performed during the course of a typical day included exercising and walking. The questionnaire posed the question have you suffered a severe cognitive impairment that renders her unable to unable to perform common tasks such as using the phone, money management, medication management? The claimant answered no. On 6/4/14 an Independent Medical Review Final Determination Letter regarding her industrial injury of 10/5/12 noted a diagnosis of bilateral knee osteoarthritis which was treated with physical therapy. Ultrasound guidance for bilateral knee Orthovisc injection was determined not to be medically necessary. However, the bilateral knee Orthovisc injections were authorized. On 9/22/15 a letter from the claimant to the Hartford regarding her appeal of denial of disability: long-term disability claim was noted. A document regarding the Social Security Administration regarding the claimant's disability was noted. A mileage and medical expense summary was noted. A document: Pay Scales for Jobs was noted. On 8/27/15 an appeal of the denial long-term disability benefits by the claimant was noted. A list of documents submitted supporting the appeal was noted. A proposed reason for why the claimant felt the denial of long-term disability benefits by Hartford Insurance was not proper was noted.

Functional Capacity Evaluation (i.e. FCE) at Center for Career Evaluations, Inc. report was dated 6/30/15. The report was authored by Diana Bubanja, D.P.T. and by Alan Nelson, M.S., Vocational Consultant regarding Job Simulation Assessment/FCE. Observed positional tolerance was sitting for 15 minutes, standing for 5 minutes, ambulating 40 feet with knee buckling and unable to ascend or descend stair secondary to discomfort and right knee buckling while walking. Furthermore, blood pressure and heart rate were measured at the beginning and end of physical capacity testing. The initial blood pressure was 122/84 and exit blood pressure 126/84. Initial heart rate was 74 and the exit heart rate was 76. The claimant was able to dynamic lift maximum weight of 6 pounds and carry 6 pounds maximum. At the conclusion of the FCE, the claimant reported pain level of 7/10 in the low back, neck, and knee and reported feelings of fatigue and feeling sleepy. The claimant rated the overall

exertional demand at FCE testing as very heavy. The evaluator has opined that the finger and manual dexterity rank below average, and there was significantly limited tolerance with tasks involving reaching and range of motion while standing. The claimant used office furniture for support when standing and fluctuated between a sitting, and standing position. The claimant was unable to lift or carry greater than 6 pounds due to back and bilateral knee pain. Tolerance for computer data entry was limited as the claimant reported back neck pain, fatigue, and loss of concentration after 8 minutes of typing. The claimant did not meet the full range of physical demand requirements for sedentary employment as defined by the US Department of Labor. The evaluator opined that the claimant will be precluded from that exertional level of employment due to sitting and standing limitations, lifting/carry limitations, and poor finger handling dexterity and inability to repetitively use her upper extremities. The claimant was able to stand for 10 minutes when taking her career abilities placement summary. The claimant displayed problems with mental stamina. She was noted to exhibit problems with concentration, comprehension, and verbal instructions with reported physical fatigue and pain management problems. The claimant had average to below average rankings in language use and verbal reasoning, logical problem solving, proof reading, editing/formatting and computer aptitude did not correlate to her educational and work background that may be a reflection of pain management and poor mental stamina. The claimant had difficulty performing a sedentary or light occupation as defined by the Department of Labor.

**ATTEMPTS TO REACH TREATING PHYSICIANS:** On 9/30/15 at 7:50 p.m. EST (i.e. at 4:50 p.m. Pacific Standard Time) I called the office of Dr. Kim and spoke with Dora Olmstead, Dr. Kim's secretary. She indicated he was with a patient and not available to speak to me. Therefore, I left a message with Ms. Olmstead for Dr. Kim to return my call. On 10/1/15 at   6PM EST (3PM PST) since Dr. Kim did not return my call I called his office. I spoke with Norma Ramirez, a Receptionist. She indicated that Dr. Kim was not available. Therefore, I left a message with Ms. Ramirez for Dr. Kim to call me. Since I did not hear back from Dr. Kim I called his office on 10/2/15 at 12:10 p.m. Eastern Standard Time (9:10 a.m. Pacific Standard Time) and I spoke with Ms. Olmstead, Dr. Kim's secretary. Ms. Olmstead said Dr. Kim was not in the office on that Friday and he would also be away from the office on Monday. I left a message for Dr. Kim to call me. As Dr. Kim returned to his office on 10/6/15, since I did not hear from him, I called him following day on 10/7/15 at 1:05 p.m. Eastern Standard Time (10:05 a.m. Pacific Standard Time) and I spoke with the staff member Gloria who indicated Dr. Kim was not available to speak with me. Accordingly, I left a message for Dr. Kim to call me. I did not hear back from him. I authored a letter with questions on 10/7/15 to be faxed over to Dr. Kim and for Dr. Kim to complete. The questions included the following:

1. From 4/11/15 to the present time what are your patients symptoms and physical exam findings including spine exam, extremity exam, and neurological exam findings?

2. From 4/11/15 to the present time what are your patient's pertinent testing results including imaging studies of the spine, and extremities, and other pertinent test results?
3. From 4/11/15 to the current time how many hours per day can your patient: A. sit at one time, B. stand at one time, and C. walk at one time?
4. From 4/11/15 to the current time how many total hours per day can your patient sit?
5. From 4/11/15 to the current time how many total hours per day can your patient stand?
6. From 4/11/15 to the current time how many total hours per day can your patient walk?
7. From 4/11/15 to the present time how many pounds can your patient, A. lift/carry occasionally (0-33% of the time), B. frequently (34-66% of the time), and C. constantly (67-100% of the time)?
8. Are there any restrictions from 4/11/15 to the present for your patient to reach, A. above shoulder level, B. at desk/waist level, and C. below waist/desk level with bilateral upper extremities? If restrictions are present, please describe the restrictions and explain why there are restrictions.
9. From 4/11/15 to the present can your patient work at the work capacity 8 hours per day, five days a week? If not, please explain.

**DISCUSSION WITH TRI-MORBID REVIEWERS:** On 10/1/15, I spoke with a Tri-Morbid Co-Reviewer: Orthopedist, Dr. Lambur. We discussed our opinions from the perspective or respective specialties. Dr. Lambur is authoring a separate report detailing his opinions. I am expressing my opinions herein this report. Furthermore, Dr. Lambur had indicated he had called Dr. Kim, the claimant's treating Orthopedist. I had already called Dr. Kim as well and left a message for Dr. Kim to call me. I was awaiting Dr. Kim's return call.

On 10/2/15, I spoke with Tri-Morbid Co-Reviewer, Dr. Ash, a Rheumatologist. I indicated that I was in the process of attempting to speak with Dr. Kim as I had left messages for Dr. Kim, the claimant's Orthopedist to call me. Dr. Ash was to call the claimant's Dermatologist, Dr. Sivamani. I spoke again with Dr. Ash on 10/3/15 and we discussed the case and the claimant's clinical status and functionality from the perspective of own respective specialties. I am authoring my opinions herein this report and Dr. Ash is authoring her opinions in a separate report which she will prepare.

**REFERRAL QUESTIONS:**

1. **"Does the whole of the record support that the claimant experiences pain to the degree that it causes the decreased cognition/poor mental stamina as noted in the 6/30/2015 report from the Center for Career Evaluations, Inc.? Please explain your rationale in depth."**

The record does not support that the claimant experiences pain to the degree that it causes the decreased cognition/poor mental stamina as noted in the 6/30/15 report from the Center for Career Evaluations, Inc. As a matter of fact, a 5/13/14 Attending Physician's Statement of Continued Functionality authored by Dr. Kim indicated there are no cognitive or psychiatric impairments. A Hartford claimant questionnaire of 1/14/15 posed the question to the claimant: Have you suffered a severe cognitive impairment that renders you unable to perform common tasks such as using the phone, money management, or medication management? The claimant answered no to the aforementioned question. Furthermore, the questionnaire of 1/14/15 posed the following question to the claimant: Have you engaged in any work activity (including self-employment) since the onset of your disability? The claimant responded yes to the aforementioned question. She has applied for and interviewed for multiple jobs and performed case work preparation for her Workers' Comp case and her legal case. The aforementioned strongly speaks for lack of any significant cognitive impairment. Furthermore, since the onset of her disability she has continued her education: and prepared for the LSAT (i.e. Law School Admission Test) entrance exam. The aforementioned education and preparation for that entrance exam to a professional school is incompatible with decreased cognition and poor mental stamina as noted in the 6/30/15 FCE report. The claimant's Curriculum Vitae is impressive and she continues to pursue higher education. Furthermore, there has been no Folstein mini mental status exam or neuropsychological test performed by the clinicians during the 6/30/15 FCE nor by any of her treating clinicians to document nor support any objective cognitive impairments. Of significance is that Tricia Benson, P.T. authored a physical therapy discharge summary on 8/13/14. Ms. Benson indicated that the claimant reports that she is unable to stand for longer than 10 minutes due to her pain, but however the claimant is observed to routinely be able to stand for exercises in physical therapy for 10 to 15 minutes without complaints of pain. The claimant indicates and reports only being able to lift very light weight but the claimant is

observed being able to lift her purse from the floor with ease and without complaints of pain. Her scores on the Oswestry test indicated a much higher level of perceived impairments than that of her actual impairment seen during physical therapy treatments. The claimant indicates and reports moderate difficulty with getting into and out of a car but is able to drive herself to physical therapy independently and get into and out of a car and into and out of the building independently without an assistive device. She does not use an assistive device for any activities of daily living and Ms. Benson indicated that the claimant was discharged from physical therapy due to noncompliance. All the aforementioned supports that the claimant did not experience pain to the degree that it causes decreased cognition/poor mental stamina as noted on the 6/30/15 report from the Center for Career Evaluations, Inc.

2. **"Does the whole of the record support that the claimant has decreased mental function as a side effect of either pain and/or prescribed medications? Please explain your rationale in depth."**

The whole of the record does not support that the claimant has decreased mental function as a side effect of either pain and/or prescribed medications. The purported medication side effects reported and noted on the 5/6/13 office visit of Dr. Kim noted that on 4/19/13 the claimant underwent a left knee ultrasound guided injection with lidocaine and a second injection with Marcaine and Depo-Medrol which was felt to elevate the blood pressure and lead to insomnia transiently for one week. However, the claimant had insomnia prior to the left knee injection. On 11/15/12 an office visit note of Dr. Nguyen noted that the claimant was already taking Benadryl for insomnia. The claimant has had preexisting hypertension and even in 2012 had elevated blood pressures. Depo-Medrol can certainly lead to elevated blood pressure and Depo-Medrol was used in the injection. The claimant has had elevated blood pressure with a history of hypertension prior to such injection. There was no definite cause and effect relationship between any of the medications in the injection to left knee of 4/19/13 and insomnia, nor the elevated blood pressure.

3. **"Please review and comment on the thoroughness and validity of the FCE conducted at the Center for Career Evaluations, Inc. in 6/2015."**

The FCE conducted at the Center for Career Evaluations, Inc. performed in 6/2015 is not completely thorough. For instance, there was no thorough cardiorespiratory endurance protocol performed. This is generally an essential part of the FCE, and it is addressed by one of multiple protocols including the modified Bruce protocol or other protocols. This was not included in the FCE performed in 6/2015. The FCE was not entirely thorough. The FCE itself was not valid nor was it reliable. For instance, the lack of blood pressure and heart rate response to an increased work load, in the absence of a beta-blocker medication which could blunt such response (and the claimant was not on a beta-blocker) reveals that it is more likely than not that there was a suboptimal effort provided by the claimant. The observations of Ms. Benson, Physical Therapist on the physical therapy discharge summary of 8/13/14, alluded to above in conjunction with the lack of blood pressure and heart rate response to a physical demand load, speak for the claimant having self-imposed limitations on functionality. The aforementioned is in contradistinction to the 1/14/15 claimant questionnaire in which she indicated she exercises and walks. Furthermore, it is indicated that in multiple areas of the record the claimant exercises and clinicians have recommended the claimant to exercise. The lack of heart rate and blood pressure response to an increased physical demand load is inconsistent with the FCE being valid.

4. **"The claimant's initial Blood Pressure and Heart Rate were 122/84 and 74 respectively and exit Blood Pressure and Heart Rate was 126/84 and 76 respectively. Is this consistent with the claimant's statement that she found the exertional demands of the FCE to be very heavy? Please explain."**

No the lack of the significant blood pressure and heart rate increase with increasing physical demand levels are certainly not consistent with the claimant's statement that she found the exertional demands of the FCE to be very heavy. The claimant was not on a beta-blocker which would blunt an increase in blood pressure and increase in heart rate with increasing physical demand levels. In the absence of the claimant being on a beta blocker, a heart rate increase of 2 beats per minute from a heart rate of 74 to a heart rate of 76 with a heart rate of 76 being entirely normal and with systolic blood pressure only increasing by 4 millimeters of mercury and diastolic blood pressure remaining constant, even in view of upper extremity exercise, is not consistent with the claimant's subjective comments that she found the exertional demands of the FCE to be very heavy. The heart rate increase and the systolic pressure increase were extremely minor and are certainly not a significant increase from baseline systolic blood pressure and baseline heart rate. With aerobic conditioning a target heart rate for

this 62-year-old female would be at least 110 beats per minute. The heart rate with an increasing physical demand level of 76 is entirely within normal limits and is certainly far less than 110 beats per minute.

**5. "Are you are in agreement with the assessments of Ms. Bubanja? Please explain your rationale in detail."**

No, I am not in agreement with the assessment of Ms. Bubanja. Ms. Bubanja concluded that the claimant does not meet the full range of physical demand requirements for sedentary employment as defined by the Department of Labor. Ms. Bubanja opined that the claimant will be precluded from that exertional level of employment due to sitting and standing limitations, lifting and carrying limitations and poor finger and handling dexterity. The claimant has no upper extremity pathology that would preclude her from performing fingering/handling both upper extremities constantly. She has no pathology that would impair dexterity. The claimant has no evidence of psoriatic arthritis. For instance, there was no pitting of the nails. There were no prominent DIP joints of the upper extremities. There was no evidence of arthritis mutilans, there was no dactylitis and no sausage digits of the upper extremities. Furthermore, there was no evidence of flexor tendon sheath synovitis all of which would be seen in psoriatic arthritis. The claimant has no evidence of psoriatic arthritis which would adversely influence the aforementioned level of functionality.

The evidence and information support the following level of functionality. From 4/11/15 to the present time and beyond (beyond if the claimant's impairments, conditions, illnesses, and surgical constructs remain stable and do not deteriorate). The claimant may work full time 8 hours per day, five days per week for total of 40 hours per week. The claimant may sit 15 minutes at a time for a total of 6 hours per day in an 8 hour workday, can stand 10 minutes at a time for a total of 1 and 1/2 hours in an eight hour day, the claimant can ambulate 3 minutes at a time for a total for one-half hour in an 8-hour day. The claimant can lift, carry, push, pull 10 pounds with both upper extremities occasionally (0-33% of the workday), can lift/carry, push, pull a negligible amount of weight with both upper extremities constantly (67-100% at a work day), can reach above bilateral shoulder level of both upper extremities occasionally (0-33% of the workday), can reach at waist/desk level with both upper extremities constantly (67-100% of the workday), can reach below waist/desk level with both upper extremities

frequently (34-66% of the workday). The claimant is restricted from kneeling on both knees, crawling, and climbing ladders.

Furthermore, as alluded to above in question number 3, the FCE is not valid and not reliable for the reasons alluded to above. Therefore, any conclusion that Ms. Bubanja has arrived at is faulty on the basis of the FCE not being reliable. In addition, the following supports my opinion. The physical therapy note of 7/15/14 noted that the claimant reported she is still going to the gym. An Attending Physician's Continued Functionality form completed by Dr. Kim on 5/13/14 noted that the claimant has no cognitive or psychiatric impairment. A 6/24/14 exam by Dr. Kim revealed a normal gait. On 11/17/14 an exam by Dr. Kim documented a neuro examination as being what was reported as negative. On 6/5/15 Dr. Kim's Nurse Practitioner on examination found the lumbosacral spine range of motion to be full in bilateral lateral bending, bilateral rotation and was restricted to 10 degrees in extension. Furthermore, Ms. Benson, Physical Therapist in the physical therapy discharge summary as alluded to above has reported limitations by the claimant in terms of functionality. However, the functionality as reported by the claimant is self-limited as compared to the observed functionality by Ms. Benson. Furthermore, on a Hartford claim questionnaire on 1/14/15, the claimant acknowledged that she has not suffered a severe cognitive impairment that renders her unable to perform common tasks such as using the phone, money management, or medication management. In addition, the claimant acknowledged that she has applied for and interviewed for multiple jobs and has performed casework preparation for her Workers' Compensation case and legal case. The aforementioned suggests lack of significant cognitive impairments. In addition, the claimant has studied for the Law School Admission Test entrance examination which also suggests that she does not have significant limitations of cognition. Furthermore, there was no Folstein mini mental status examination or neuropsychological test performed during the FCE neither by Ms. Bubanja nor by any of the claimant's clinicians to document the existence of any significant cognitive deficits.

Furthermore, an MRI of the lumbar spine of 6/5/13 demonstrated mild L4-5 and L5-S1 disc protrusions. Certainly by 4/11/15 such disc protrusions, even if they were the pain generators of the claimant's low back pain would by 4/11/15 would have resorbed and would have culminated in degenerative disc disease at those levels L4-5 and L5-S1. However, the L4-5 and L5-S1 disc protrusions were not the pain generators of her low

back pain. Accordingly, the L4-5 and L5-S1 are mild disc protrusions and were incidental findings. Furthermore, there were no segmental neurological deficits on multiple examinations to support that a lumbosacral radiculopathy was present.

**6. "What work restrictions (physical and cognitive) are supported as of 4/11/15 and beyond that would allow the claimant to work with reasonable continuity. Please explain your rationale in depth."**

The evidence and information support the following level of functionality. From 4/11/15 to the present time and beyond (beyond if the claimant's impairments, conditions, illnesses, and surgical constructs remain stable and do not deteriorate). The claimant may work full time 8 hours per day, five days per week for total of 40 hours per week. The claimant may sit 15 minutes at a time for a total of 6 hours per day in an 8 hour workday, can stand 10 minutes at a time for a total of 1 and 1/2 hours in an eight hour day, the claimant can ambulate 3 minutes at a time for a total for one-half hour in an 8-hour day. The claimant can lift, carry, push, pull 10 pounds with both upper extremities occasionally (0-33% of the workday), can lift/carry, push, pull a negligible amount of weight with both upper extremities constantly (67-100% at a work day), can reach above bilateral shoulder level with both upper extremities occasionally (0-33% of the workday), can reach at waist/desk level with both upper extremities constantly (67-100% of the workday), and can reach below waist/desk level with both upper extremities frequently (34-66% of the workday). The claimant is restricted from kneeling on both knees, crawling, and climbing ladders.

Furthermore, as alluded to above in question number 3, the FCE is not valid and not reliable for the reasons alluded to above. Therefore, any conclusion that Ms. Bubanja has arrived at is faulty on the basis of the FCE not being reliable. In addition, the following supports my opinion. The physical therapy note of 7/15/14 noted that the claimant reported she is still going to the gym. An Attending Physician's Continued Functionality form completed by Dr. Kim on 5/13/14 noted that the claimant has no cognitive or psychiatric impairment. A 6/24/14 exam by Dr. Kim revealed a normal gait. On 11/17/14 an exam by Dr. Kim documented a neuro examination as being what was reported as negative. On 6/5/15 Dr. Kim's Nurse Practitioner on examination found the lumbosacral spine range of motion to be full in bilateral lateral bending, bilateral rotation and was restricted to 10 degrees in extension. Furthermore,

Ms. Benson, Physical Therapist in the physical therapy discharge summary as alluded to above has reported limitations by the claimant in terms of functionality. However, the functionality as reported by the claimant is self-limited as compared to the observed functionality by Ms. Benson. Furthermore, on a Hartford claim questionnaire on 1/14/15, the claimant acknowledged that she has not suffered a severe cognitive impairment that renders her unable to perform common tasks such as using the phone, money management, or medication management. In addition, the claimant acknowledged that she has applied for and interviewed for multiple jobs and has performed casework preparation for her Workers' Compensation case and legal case. The aforementioned suggests lack of significant cognitive impairments. In addition, the claimant has studied for the Law School Admission Test entrance examination which also suggests that she does not have significant limitations of cognition. Furthermore, there was no Folstein mini mental status examination or neuropsychological test performed during the FCE neither by Ms. Bubanja nor by any of the claimant's clinicians to document the existence of any significant cognitive deficits.

Furthermore, an MRI of the lumbar spine of 6/5/13 demonstrated mild L4-5 and L5-S1 disc protrusions. Certainly by 4/11/15 such disc protrusions, even if they were the pain generators of the claimant's low back pain would by 4/11/15 have resorbed and would have culminated in degenerative disc disease at those levels at L4-5 and L5-S1. However, the L4-5 and L5-S1 disc protrusions were not the pain generators of her low back pain. Accordingly, the L4-5 and L5-S1 are mild disc protrusions and were incidental findings. Furthermore, there were no segmental neurological deficits on multiple examinations to support that a lumbosacral radiculopathy was present.

The opinions expressed herein are to a reasonable degree of medical certainty and are based upon the current records and information provided to me.

Michael D. Leibowitz, M.D.
Board Certified in Physical Medicine and Rehabilitation

(Bertacchio-Freeman, G.)J.



*Administrative Offices * 76 Chestnut Street * Newton, MA 02465 *617-527-1855 * fax 617-830-0002 *e-mail UDC@Udc1.com*

**VIA FAX TO #: 650-756-0136 ON:**
October 8, 2015

Leslie Kim, MD
Peninsula Orthopedic Associates, Inc.
1850 Sullivan Avenue, Suite 330
Daly City, CA 94015
Phone #: 650-756-5630

**RE: Claimant: Gloria Bertacchi-Freeman**
**Claim #: 9004108017**

Dear Dr Kim;

I am a board certified Physical Medicine and Rehabilitation physician reviewing the medical records of your patient, Gloria Bertacchi-Freeman, on behalf of her disability insurance carrier. The purpose of this letter is to better understand your medical opinions and the basis for them.

I attempted to contact you on 9/30/15, 10/2/15, and on 10/7/15 and I spoke with Doris Olmstead, your secretary; and, on 10/2/15 I spoke with Norma Ramirez, receptionist, and I left messages with them for you to call me to discuss aspects related to your patient's functionality. Since, you were not available and I was unsuccessful in speaking with you by telephone, in an effort to obtain your input, I would appreciate your responses/comments to my questions/summary below.

*1) From 4/11/2015 to the present time, what are your patient's symptoms and physical exam findings including spine exam, extremity exam and neurological exam findings?*

*2) From 4/11/15 to the present time, what are your patient's pertinent test results including imaging studies of the spine, and extremities, and other pertinent test results?*

*3) From 4/11/15 to the current time, how many hours per day can your patient;*

*a) sit at one time?*

*b) stand at one time?*

*and c) walk at one time?*

*4) From 4/11/15 to the current time, how many total hours per day can your patient sit?*

*5) From 4/11/15 to the current time, how many total hours per day can your patient stand?*

*6) From 4/11/15 to the current time how total hours per day can your patient walk?*

*7) From 4/11/15 to the present time, how many pounds can your patient*

*a) lift/carry occasionally (0-33% of the time),*

*b) frequently (34-66% of the time),*

*and c) constantly (67-100% of the time)?*

*8) Are there any restrictions from 4/11/15 to the present for your patient to reach;*

*a) above shoulder level?*

*b) at desk/waist level?*

*and c) below waist/desk level with bilateral upper extremities?*

*If restrictions are present please describe the restrictions and explain why there are restrictions.*

*9) From 4/11/15 to the present, can your patient work at the above work capacity 8 hours per day 5 days a week?*
*If not please explain.*

Please fax your responses to the above questions and any comments to 617-830-0002. This letter and your response will become part of the medical record at the disability insurance carrier. We would appreciate any written comments you wish included in the record faxed to us within 2 business days. If you elect not to respond, I will need to submit my report without the benefit of your input.

Thank you again for your time and invaluable assistance in this matter.

Sincerely,

Michael D. Leibowitz, M.D.
Board Certified in Physical Medicine and Rehabilitation

Signed ______________________________ Date ____________

Bertacchi-Freeman/Hartford000528

**Gloria Bertacchi-Freeman**
**5135 Moss Lane**
**Granite Bay, CA. 95746**
**916 390 1845**
**deltadoctor@yahoo.com**

**Plaintiff**

# APPEAL OF THE DENIAL OF LONG TERM DISABILITY BENEFITS

In RE

Gloria Bertacchi Freeman

Interrogatories for Jessie Hennessy

Name of Insurance Company:
Hartford Life and Accident Company

Claimant: Gloria Bertacchi-Freeman.

Policy Holder: Cardinal Health, Inc

DOB: REDACTED 53

Insured ID: 9004108017

Policy Number: 83120674

Social Security Number xxx-xx-3990

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746
Email: deltadoctor@yahoo.com

**Re the Appeal of Gloria Bertacchi-Freeman**
**Urgent: Please answer all questions and return by October 9, 2015**

**When complete, sign & fax back to Hartford FAX 866 411 5613 along with the cover letter and scan and email a copy to deltadoctor@yahoo.com**

**Interrogatories for  Jessie Hennessy, MS., CRC, CVE**

1) What is your full name?
2) What is your address?
3) What is your phone number?
4) What States are you licensed in and what are the license numbers?

5) What specialties are you board certified in?

6) Did you review and have you ever met the patient Gloria Bertacchi Freeman that your reviewed on 1-27-2015?

7) How many reviews do you do per year for Hartford Insurance Services? Are you an employee or outside contractor?

8) What do you get paid for these reviews?

9) Have you ever been convicted of any crimes including misdemeanors or felonies?

10) Have you ever lost or had your  medical license suspended?

11) How many patient complaints do you have on file with the board in your state?

12) Have you ever received disciplinary treatment from the State  Board?

13) Why did you change your report about the patient Gloria Bertacchi-Freeman? Who instructed you to do this?

14) When Hartford contacted you, did they ask you to  change your review an rewrite up a contrary medical report? If so who instructed you?

15) Do you believe your first report or your second report is correct on Gloria Bertacchi-Freeman?

**Gloria Bertacchi-Freeman**
**5135 Moss Lane**
**Granite Bay, CA. 95746**
**916 390 1845**
**deltadoctor@yahoo.com**

**Plaintiff**

# APPEAL OF THE DENIAL OF LONG TERM DISABILITY BENEFITS

In RE

Gloria Bertacchi Freeman

Interrogatories for Brett Fink

Name of Insurance Company:
Hartford Life and Accident Company

Claimant: Gloria Bertacchi-Freeman.

Policy Holder: Cardinal Health, Inc

DOB: REDACTED 53

Insured ID: 9004108017

Policy Number: 83120674

Social Security Number xxx-xx-3990

20151002200174

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746
Email: deltadoctor@yahoo.com

**Re the Appeal of Gloria Bertacchi-Freeman**
**Urgent: Please answer all questions and return by October 9, 2015**

**When complete, sign & fax back to Hartford FAX 866 411 5613 along with the cover letter and scan and email a copy to deltadoctor@yahoo.com**

**Interrogatories for Dr. Fink**

1) What is your full name?
2) What is your address?
3) What is your phone number?
4) What States are you licensed in and what are the license numbers?
5) What specialties are you board certified in?
6) Have you ever done knee replacements? If so how many?
7) Have you ever done spine surgery or treated spines or necks? If so how many?
8) Have you ever met the patient Gloria Bertacchi Freeman?
9) How many reviews do you do per year for Hartford Insurance Services?
10) What do you get paid for these reviews?
11) Did you write the book " The Whole Foot"?
12) Is your specialty foot surgery?
13) Under what circumstances can you change restrictions for a patient you never met?
14) Have you ever been convicted of any crimes including misdemeanors or felonies?
15) Have you ever lost or had your medical license suspended?
16) How many patient complaints do you have on file with the medical board in your state?

17) Have you ever received disciplinary treatment from the State Medical Board?

18) Did you advise the vocational counselor at Hartford to change her report about the patient?

19) Why are you doing reviews of backs and knees patients if your expertise is feet?

20) When Hartford contacted you, did they ask you to write up a contrary medical report? If so who instructed you?

21) What did you advise Ms. Jessie Hennessy about changing her report?

22) What items and reports did you use in your determination of Gloria Bertacchi-Freeman?

23) Did you review the MRI of Gloria Bertacchi-Freemans neck, knees and back?

Signed under penalty of perjury

_______________
Robert Fink

Date:___
Time___
Location:_____

_______________

**Gloria Bertacchi-Freeman**
5135 Moss Lane
Granite Bay, CA 95746
916 390 1845

Ms. Mary Floyd
Appeal Specialist
Hartford Life and Accident Insurance
Po Box 14305
Lexington KY 40512
FAX 866 411 5613

September 22, 2015

Appeal of Gloria Bertacchi-Freeman vs. Hartford Life and Accident Company
Re Name of Insurance Company: Hartford Life and Accident Company
Claimant: Gloria Bertacchi-Freeman.
Policy Holder: Cardinal Health, Inc
DOB: [redacted]53, Insured ID: 9004108017
Policy Number: 83120674
Social Security Number xxx-xx-3990

Dear Ms. Mary Floyd

**We would like to point out and add to our appeal the defects in the denial letter and the attempts by Hartford to change their appeal record that has now been closed.**

Vizcaino v. Microsoft Corp. 120 F 3d 1006, 1016(9th Circ 1997) section (g) requires that the claim denial letter for an ERISA plan is required to include the following:

*"provide to every claimant who is denied a claim for benefits written notice setting forth in a manner calculated to be understood by the claimant: (1) The specific reason or reasons for the denial; (2) Specific reference to pertinent plan provisions on which the denial is based; (3) A description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary; and (4) Appropriate information as to the steps to be taken if the participant or beneficiary wishes to submit his or her claim for review"*

Regarding the denial letter that was given to me on April 10, 2015, I would like to point out the following defects in your denial letter:

1) The specific reasons for the denial. (using statements from foot experts such as Dr. Fink who has never seen the patient to change the vocational report, patient record and history is not an effective reason)
2) Specific reference to pertinent plan provisions on which the denial is based(no specifics were included)
3) A description of any additional material or information necessary for the claimant to perfect the claim, and an explanation of why the information is necessary(nothing was included)
4) A description of the plan's review procedures; (nothing was included)
5) If the claim involves a group health or disability benefit claim(as this does), the letter must describe any internal procedure or protocol used, and if the decision is based on lack of medical necessity or an experimental treatment limitation, the letter must describe the clinical judgment made, or offer to provide it(this does not)

In addition, to your request for a Functional Capacity Evaluation, we would like to refer you to the following:

*Booton v. Lockheed Med Benefit plan 110 F. 3d 1461, 1463(9th Cir 1997)*

*These regulations " are designed to afford the beneficiary an explanation of the denial of benefits that is adequate to ensure meaningful review of that denial." Halpin v. W.W. Grainger Inc 962 F 685(7th Cir 1992). The requirements " enable the claimant to prepare adequately for any further administrative review, as well as appeal to the federal courts." ID(internal quotations marks omitted).*

*In concluding that " no plan can provide discretion to deny benefits for reasons identified only years after the fact" the Seventh Circuit noted that " this Court would emasculate ERISA's disclosure requirement if it were to defer to reasons that the Board first identified on appeal in the District Court, years after the decision at issue". Matusak v. Torrington Co, 927 F 2d 320, 322-23(7th Cir 1991).*

***The reasoning is sound. One of the fundamental precepts of appellate analysis is review based on a closed record. To allow a plan to raise new reasons for denial on judicial review could subject the plan participant to a cycle of multiple appeals. It would also effectively eviscerate the requirements of ERISA regulations.***

*In a similar context, we have held that administrative agencies are bound by the reasons stated in their FOIA denial letter and cannot conjure up new reasons on judicial review. Friends of the Coast Fork v. United State Dept of the Interior 110 F 3d 53, 55(9th Cir 1997). Because the Plan may not properly raise the U.S. payroll issue for the first time on judicial review, that issue has been waived and it is improper to remand to the Plan Administrator. Accordingly because the Plan abandoned its other reasons for denying eligibility, the Workers should be entitled to participate in the SPP.*

In conclusion as I stated to you on the phone your request for a Script for the Functional Capacity Assessment should have been done before the denial. Your record and the reasons for your denial are now a closed record as noted above. Since you have denied my claim and have already sent out your denial letter, you are incorrect to ask for a Functional Capacity Evaluation as I am not under the jurisdiction of your policy any longer since you have denied my claim. You have provided no statute or regulations in the policy to justify this request.

I spoke to my physicians office today, Peninsula Orthopedic, that are reluctant to sign the script that you have submitted to them due to the fact that three independent evaluations, including a very recent Functional Capacity Assessment in June 2015, have already been done and submitted with the appeal and this would further worsen my condition.

To continue to demand further information is effectively eviscerating the requirements of ERISA regulations.

Sincerely

Gloria Bertacchi-Freeman

**Gloria Bertacchi-Freeman**
5135 Moss Lane
Granite Bay, CA 95746
916 390 1845

Ms. Mary Floyd
Appeal Specialist
Hartford Life and Accident Insurance
Po Box 14305
Lexington KY 40512
FAX 866 411 5613

September 23, 2015

Appeal of Gloria Bertacchi-Freeman vs. Hartford Life and Accident Company
Re Name of Insurance Company: Hartford Life and Accident Company
Claimant: Gloria Bertacchi-Freeman.
Policy Holder: Cardinal Health, Inc
DOB: [redacted]53, Insured ID: 9004108017
Policy Number: 83120674
Social Security Number xxx-xx-3990

Dear Ms. Mary Floyd

**Hartford's Request for Augmention of the Appeal Record by requesting a 4th Functional Capacity Evaluation/IME**

In addition to the other cases that I recently submitted in your request to augment the appeal record with a 4th Functional Capacity Evaluation(FCA), I would like to point out the following regarding ERISA 29 U.S.C. 1001 et seq

1) According to Gallo V. Amoco Corp 910 F Supp 396(N.D. Ill.1995) rev'd 102 F 3d 918(7th Cir 1996) *when challenged in court, plan administrator can defend his interpretations with any arguments that bear upon rationality, but he cannot augment the administrative record with new facts bearing upon the application for benefits). Cert. denied 521 U.S. 1129 (1997).*
*2)* In Volivia vs. Seafarers Pension Plan 858 F 2d 195, 196(4th Cir 1988), ***" Further the court must consider only the record before the plan administrator at the time it reached its decision.*** *Id. We have reversed the judgments of district courts in which they have considered and relied upon evidence not part of the administrative record. In addition, other circuits, and most notably the District of Columbia Circuit in the case from which the Fourth Circuit drew its ERISA standard of review, see Horn v. Mullions 650 F 2 d 35, 37 (4th Cir 1981) (citing Danti v Lewis 312 F 2 d 345(D.C. Cir 1962) have held that district courts should also not consider arguments that do not appear in the administrative record. Danti 312 F 2d at 350."*

According to the 2012 Cardinal Health and Group Benefits Summary plan Description, it states the following procedures for appeals.

> *"The appeal will be conducted by a claims administrator who did not make the initial adverse benefit determination and who is not a subordinate of the party who made the initial decision. The second-level fiduciary (or "appeals fiduciary") will not defer to the initial benefit determination and will consider all comments, documents, records and other information you submit for the claim, even if the information was not submitted or considered in the initial benefit determination. If the adverse benefit determination was based on a medical judgment, including whether a particular treatment, drug or other item is experimental, investigational or not medically necessary or appropriate the appeals fiduciary will consult with a healthcare professional who*

*has appropriate training and experience in the medical field. This healthcare professional will not be an individual who was consulted in connection with the initial benefit determination or the subordinate of any such individual. The appeals fiduciary will identify any medical or vocational experts whose advice was sought in making the adverse benefit determination."*

If you have questions or concerns regarding this information, please feel free to contact me at 916 390-1845.

Sincerely

Gloria Bertacchi-Freeman

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| --- | --- | --- | --- | --- |
| September 23, 2015 8:43:58 PM EDT | 916 773 2956 | 55 | 2 | Received |

09/23/2015 17:42 916--773-2956 FEDEX OFFICE 3294 PAGE 01

**Gloria Bertacchi-Freeman**
5135 Moss Lane
Granite Bay, CA 95746
916 390 1845

Ms. Mary Floyd
Appeal Specialist
Hartford Life and Accident Insurance
Po Box 14305
Lexington KY 40512
FAX 866 411 5613

September 23, 2015

Appeal of Gloria Bertacchi-Freeman vs. Hartford Life and Accident Company
Re Name of Insurance Company: Hartford Life and Accident Company
Claimant: Gloria Bertacchi-Freeman.
Policy Holder: Cardinal Health, Inc
DOB: [redacted]53, Insured ID: 9004108017
Policy Number: 83120674
Social Security Number xxx-xx-3990

Dear Ms. Mary Floyd

**<u>Hartford's Request for Augmention of the Appeal Record by requesting a 4th Functional Capacity Evaluation/IME</u>**

In addition to the other cases that I recently submitted in your request to augment the appeal record with a 4th Functional Capacity Evaluation(FCA), I would like to point out the following regarding ERISA 29 U.S.C. 1001 et seq

1) According to Gallo V. Amoco Corp 910 F Supp 396(N.D. Ill.1995) rev'd 102 F 3d 918(7th Cir 1996) *when challenged in court, plan administrator can defend his interpretations with any arguments that bear upon rationality, but he cannot augment the administrative record with new facts bearing upon the application for benefits). Cert. denied 521 U.S. 1129 (1997).*
2) In Volivia vs. Seafarers Pension Plan 858 F 2d 195, 196(4th Cir 1988), "***Further the court must consider only the record before the plan administrator at the time it reached its decision.*** *Id. We have reversed the judgments of district courts in which they have considered and relied upon evidence not part of the administrative record. In addition, other circuits, and most notably the District of Columbia Circuit in the case from which the Fourth Circuit drew its ERISA standard of review, see Horn v. Mullions 650 F 2 d 35, 37 (4th Cir 1981) (citing Danti v Lewis 312 F 2 d 345(D.C. Cir 1962) have held that district courts should also not consider arguments that do not appear in the administrative record. Danti 312 F 2d at 350."*

According to the 2012 Cardinal Health and Group Benefits Summary plan Description, it states the following procedures for appeals.

*"The appeal will be conducted by a claims administrator who did not make the initial adverse benefit determination and who is not a subordinate of the party who made the initial decision. The second-level fiduciary (or "appeals fiduciary") will not defer to the initial benefit determination and will consider all comments, documents, records and other information you submit for the claim, even if the information was not submitted or considered in the initial benefit determination. If the adverse benefit determination was based on a medical judgment, including whether a particular treatment, drug or other item is experimental, investigational or not medically necessary or appropriate the appeals fiduciary will consult with a healthcare professional who*

*has appropriate training and experience in the medical field. This healthcare professional will not be an individual who was consulted in connection with the initial benefit determination or the subordinate of any such individual. The appeals fiduciary will identify any medical or vocational experts whose advice was sought in making the adverse benefit determination."*

If you have questions or concerns regarding this information, please feel free to contact me at 916 390-1845.

Sincerely

Gloria Bertacchi-Freeman

# MEDICAL CONSULTANT – REFERRAL FORM

THE
HARTFORD

| Vendor Name: UDC | | | Referral Date: 09/23/2015 |
|---|---|---|---|
| Medical Specialty(ies) Requested: orthopedic surgeon, pain mgt, and rheumatology | | | |
| Videotape/ CD Enclosed: ☐ Yes ☒ No | Hours: _____ | Minutes: _____ | |
| Medical Records: | Pages: | Inches: | |
| ☒ Appeal ☐ Co-Morbid ☐ Priority If Priority, indicate requested completion date: _____ | | | |
| ☒ File Review ☐ Clarification ☐ Addendum ☐ Add'l Info (if review not completed) | | | |
| ☐ Prior Medical Review Name of Prior Medical Consultant: _____ | | | |
| Board Certification(s) of Prior Medical Consultant(s): _____ | | | |

**CLAIMANT INFORMATION**

| Claimant Name: Gloria Bertacchi-Freeman | Date of Birth: REDACTED 1953 |
|---|---|
| Diagnosis and Description: osteoarthritis of the cervical/lumbar spine and knees and cognitive impairment due to pain | |
| Claimant's Employer: Cardinal Health | Claim ID Number: 9004108017 |
| Date Last Worked: 10/10/2012 | Disability/ Loss Date: 10/11/2012 |
| ☐ STD ☒ LTD ☐ Life ☐ AD&D ☐ Premium Waiver | |

**PHYSICIAN INFORMATION:**

- Please contact the claimant's Primary Attending Physician and any other treatment provider who in your opinion can provide information regarding the claimant's current abilities, restrictions and limitations, including but not limited to the other treatment providers identified below.
- This is a request for your independent opinion of this individual's functionality. We are not asking you to determine if the individual is Disabled, which is an insurance contract determination, or if s/he is able to return to work. We are asking you to provide an objective assessment of the individual's appropriate restrictions/limitations based on your medical records review, your conversation(s) with the attending physician(s), and the individual's self-reported information. Please do not develop a return to work plan unless specifically requested to do so.
- Do not exclusively use Department of Labor (DOL) work categories such as sedentary, light, medium, etc without addressing specific restrictions/limitations which are not outlined in the DOL definition.
- Address all appropriate restrictions/limitations based on your area of expertise as we will assume there are no restrictions on function unless specified in your report.
- Address function in terms of hours of activity at one time and hours per day. Example: walk 1 hour at a time for a maximum of 5 hours/day

| Primary AP's Name: Leslie Kim, MD | | Specialty: orthopedic |
|---|---|---|
| Treatment Date Range: | From: 2011 | To: present |
| AP Address: CA | | |
| Phone Number: 650 991 9400 | | Fax Number: 650 991 2650 |
| **Other Treating Physicians:** | | |
| AP Name: Raja Sivamani, MD | | Specialty: dermatology |
| Treatment Date Range: | From: 2013 | To: present |
| AP Address: CA | | |
| Phone Number: 916 734 6111 | | Fax Number: 916 731 7183 |
| AP Name: _____ | | Specialty: _____ |
| Treatment Date Range: | From: _____ | To: _____ |
| AP Address: _____ | | |
| Phone Number: _____ | | Fax Number: _____ |

# MEDICAL CONSULTANT – REFERRAL FORM

**REFERRAL SOURCE INFORMATION**

| Referral Source Name: Mary Floyd | Telephone/ Extension: 678 566 4265 |
|---|---|
| Email Address: mary.floyd@hartfordlife.com | Fax: 866 411 5613 |
| Mailing Address: _____ | |
| Office: Alpharetta | Office claim file originates from: Alpharetta |
| Report Delivery Instructions: Please send report to the following | |
| E-mail | Fax Number: (866) 411-5613 |
| | E-mail for Report Delivery: mary.floyd@thehartford.com |

**ALL MEDICAL RECORDS RECEIVED AS OF THE DATE OF THIS REFERRAL ARE ENCLOSED, INCLUDING CLAIMANT'S MOST RECENT SELF REPORTED STATEMENTS OF FUNCTIONALITY.**

**NOTE: TO MAINTAIN OBJECTIVITY, ANY PRIOR MEDICAL CONSULTANT REVIEWS ARE NOT ENCLOSED.**

**Referral Questions (Be Specific):** Please review the attached and contact the treating physicians to dicuss their observations and opinions regarding the claimant's ability to function in a work environment as of 04/11/2015 and beyond and answer the following:

Rheumatology:

Does the whole of the record support that the claimant has psoriatic arthritis? Please explain your rationale as well as any impact on work function if she does have psoriatic arthritis.

Pain management:

Does the whole of the record support that the claimant experiences pain to the degree that it causes the decreased cognition/poor mental stamina as noted in the 06/30/2015 report from the Center for Career Evaluations, Inc.? Please explain your rationale in depth

Does the whole of the record support that the claimant has decreased mental function as a side effect of either pain and/or prescribed medications? Please explain your rationale in depth.

All:

Please review and comment on the thoroughness and validity of the FCE conducted at the Center for Career Evaluations, Inc. in 06/2015.

The claimant's initial BP and HR were 122/84 and 74 respectively and exits BP and HR 126/84 and 76 respectively. Is this consistent with the claimant's statement that she found the exertional demands of the FCE to be very heavy? Please explain

Are you in agreement with the assessments of Ms. Bubanja? Please explain your rationale in detail.

Consensus opinion:

What work restrictions (physical and cognitive) are supported as of 04/11/2015 and beyond that would allow the claimant to work with reasonable continuity? Please explain your rationale in depth.

Mary Floyd, Appeal Specialist
Benefit Management Services
The Hartford
PO Box 14305
Lexington, KY 40512-4350
FAX 866 411-5613

Policy Holder: Cardinal Health, Inc
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

September 18, 2015

Dear Ms. Floyd

I am enclosing the following
#34 IME Report
#36 records from Lawrence Bass
#37 Psoriatic Arthritis Article
#40 Information regarding Americus University

I recently completed a Job Simulation Assessment/Functional Capacity Evaluation with the Center for Career Evaluations Item #9 on June 30, 2015 by Alan Nelson, MS, Vocational Consultant and Dr. Diana Bubanja, DPT. I have attached this item for your review.

Asking for another Functional Capacity Evaluation Script from Dr. Leslie Kim is not acceptable as the record has already been submitted by Hartford. In addition, the Functional Capacity Evaluations are very painful and aggravate existing injuries. Furthermore, a 2 day in depth Functional Capacity Evaluation was completed on June 30, 2015 by Dr. Nelson, Vocational Consultant and Ms. Diana Bubanja, PT.

The following is my workers compensation attorney who denies any further requests for Functional Capacity Evaluations as I have been determined by Michael Amster MD to be permanent and stationary. We have submitted both of these reviews to you.

Mr.Craig Johnson
Mastagni, Holstedt, et al
1912 I Street
Sacramento, CA. 95811
Phone 916 491 4248
FAX 916 447 4614

Sincerely,

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA. 95746
916 390 1845
email deltadoctor@yahoo.com



THE
HARTFORD

000073 2/2

September 11, 2015

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

We have received your appeal in connection with your claim for Long Term Disability benefits and have asked that Dr. Kim provide a script for you to attend a Functional Capacity Evaluation. Additionally, the following items do not appear to have been included with your appeal submission:

- #34 IME report
- #36 records from Lawrence Bass
- #37 Psoriatic arthritis article
- #40 Information regarding Americus University.

Should you wish for these items to be considered for your appeal, please submit them to either the mailing address or fax number listed below.

The federal law known as the Employee Retirement Income Security Act of 1974 (ERISA) allows 45 days to respond to your request. There may be special circumstances that cause a delay. You will be told of any delay. However, this review may not take longer than 90 days to complete after your request for a review has been received.

I will be glad to answer any questions you may have. I can be reached at (678) 566-4265.

Sincerely,

*Mary Floyd*

Mary Floyd, Appeal Specialist
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

Claim ID: 14520979



The Hartford
PO Box 14305
Lexington, KY 40512-4305

000073 1/2

-- 01 000073 34621 H 1 B404

GLORIA BERTACCHI-FREEMAN
5135 MOSS LANE
GRANITE BAY, CA 95746

PLEASE DO NOT DISCARD THIS PAGE AS THE REVERSE SIDE CONTAINS RETURN MAIL INFORMATION

CLAIM ID: 14520979
SPECIAL HANDLING CODE: |S104025601
INSERT NUMBER:

2015092320000353

Case 2:15-cv-02596-TLN-AC   Document 18-2   Filed 04/03/17   Page 432 of 953

designation of an agent executed prior to the utilization review decision shall not be valid. The requesting physician may join with or otherwise assist the employee in seeking an independent medical review, and may advocate on behalf of the employee.

(k) The administrative director or his or her designee shall expeditiously review requests and immediately notify the employee and the employer in writing as to whether the request for an independent medical review has been approved, in whole or in part, and, if not approved, the reasons therefor. If there appears to be any medical necessity issue, the dispute shall be resolved pursuant to an independent medical review, except that, unless the employer agrees that the case is eligible for independent medical review, a request for independent medical review shall be deferred if at the time of a utilization review decision the employer is also disputing liability for the treatment for any reason besides medical necessity.

(l) Upon notice from the administrative director that an independent review organization has been assigned, the employer shall provide to the independent medical review organization all of the following documents within 10 days of notice of assignment:

(1) A copy of all of the employee's medical records in the possession of the employer or under the control of the employer relevant to each of the following:

(A) The employee's current medical condition.

(B) The medical treatment being provided by the employer.

(C) The disputed medical treatment requested by the employee.

(2) A copy of all information provided to the employee by the employer concerning employer and provider decisions regarding the disputed treatment.

(3) A copy of any materials the employee or the employee's provider submitted to the employer in support of the employee's request for disputed treatment.

(4) A copy of any other relevant documents or information used by the employer or its utilization review organization in determining whether the disputed treatment should have been provided, and any statements by the employer or its utilization review organization explaining the reasons for the decision to deny, modify, or delay the recommended treatment on the basis of medical necessity. The employer shall concurrently provide a copy of the documents required by this paragraph to the employee and the requesting physician, except that documents previously provided to the employee or physician need not be provided again if a list of those documents is provided.

(m) Any newly developed or discovered relevant medical records in the possession of the employer after the initial documents are provided to the independent medical review organization shall be forwarded immediately to the independent medical review organization. The employer shall concurrently provide a copy of medical records required by this subdivision to the employee or the employee's treating physician, unless the offer of medical records is declined or otherwise prohibited by law. The confidentiality of medical records shall be maintained pursuant to applicable state and federal laws.

(n) If there is an imminent and serious threat to the health of the employee, as specified in subdivision (c) of Section 1374.33 of the Health and Safety Code, all necessary information and documents required by subdivision (l) shall be delivered to the independent medical review organization within 24 hours of approval of the request for review.

(o) The employer shall promptly issue a notification to the employee, after submitting all of the required material to the independent medical review organization, that lists documents submitted and includes copies of material not previously provided to the employee or the employee's designee. Leg.H. 2012 ch. 363 (SB 863) §45, 2013 ch. 287 (SB 375) §5.

**§4610.5.  2013 Deletes. [1] (e) [2] plan**

2012 Note: For legislative findings, declarations, and applicability of Stats. 2012 ch. 363, see 2012 Notes following Lab C §62.5.

Ref.: Hanna §§ 5.02[2][c], [d], 5.07[10][d], 22.05[6][b][iii], [iv]; Herlick Handbook §§ 4.04[5], 4.09[6], [7], 4.10[1], [2], 4.14[3], 4.16[2], 4.18[1], 10.02[3], [4], 10.08[1].

**§4610.6.  Independent medical review organization to conduct review of utilization review decision; procedure upon final determination of review.**

(a) Upon receipt of a case pursuant to Section 4610.5, an independent medical review organization shall conduct the review in accordance with this article and any regulations or



orders of the administrative director. The organization's review shall be limited to an examination of the medical necessity of the disputed medical treatment.

(b) Upon receipt of information and documents related to a case, the medical reviewer or reviewers selected to conduct the review by the independent medical review organization shall promptly review all pertinent medical records of the employee, provider reports, and any other information submitted to the organization or requested from any of the parties to the dispute by the reviewers. If the reviewers request information from any of the parties, a copy of the request and the response shall be provided to all of the parties. The reviewer or reviewers shall also review relevant information related to the criteria set forth in subdivision (c).

(c) Following its review, the reviewer or reviewers shall determine whether the disputed health care service was medically necessary based on the specific medical needs of the employee and the standards of medical necessity as defined in subdivision (c) of Section 4610.5.

(d) The organization shall complete its review and make its determination in writing, and in layperson's terms to the maximum extent practicable, within 30 days of the receipt of the request for review and supporting documentation, or within less time as prescribed by the administrative director. If the disputed medical treatment has not been provided and the employee's provider or the administrative director certifies in writing that an imminent and serious threat to the health of the employee may exist, including, but not limited to, serious pain, the potential loss of life, limb, or major bodily function, or the immediate and serious deterioration of the health of the employee, the analyses and determinations of the reviewers shall be expedited and rendered within three days of the receipt of the information. Subject to the approval of the administrative director, the deadlines for analyses and determinations involving both regular and expedited reviews may be extended for up to three days in extraordinary circumstances or for good cause.

(e) The medical professionals' analyses and determinations shall state whether the disputed health care service is medically necessary. Each analysis shall cite the employee's medical condition, the relevant documents in the record, and the relevant findings associated with the provisions of subdivision (c) to support the determination. If more than one medical professional reviews the case, the recommendation of the majority shall prevail. If the medical professionals reviewing the case are evenly split as to whether the disputed health care service should be provided, the decision shall be in favor of providing the service.

(f) The independent medical review organization shall provide the administrative director, the employer, the employee, and the employee's provider with the analyses and determinations of the medical professionals reviewing the case, and a description of the qualifications of the medical professionals. The independent medical review organization shall keep the names of the reviewers confidential in all communications with entities or individuals outside the independent medical review organization. If more than one medical professional reviewed the case and the result was differing determinations, the independent medical review organization shall provide each of the separate reviewer's analyses and determinations.

(g) The determination of the independent medical review organization shall be deemed to be the determination of the administrative director and shall be binding on all parties.

(h) A determination of the administrative director pursuant to this section may be reviewed only by a verified appeal from the medical review determination of the administrative director, filed with the appeals board for hearing pursuant to Chapter 3 (commencing with Section 5500) of Part 4 and served on all interested parties within 30 days of the date of mailing of the determination to the aggrieved employee or the aggrieved employer. The determination of the administrative director shall be presumed to be correct and shall be set aside only upon proof by clear and convincing evidence of one or more of the following grounds for appeal:

(1) The administrative director acted without or in excess of the administrative director's powers.

(2) The determination of the administrative director was procured by fraud.

(3) The independent medical reviewer was subject to a material conflict of interest that is in violation of Section 139.5.

(4) The determination was the result of bias on the basis of race, national origin, ethnic group identification, religion, age, sex, sexual orientation, color, or disability.

(5) The determination was the result of a plainly erroneous express or implied finding of fact, provided that the mistake of fact is a matter of ordinary knowledge based on the information submitted for review pursuant to Section 4610.5 and not a matter that is subject to expert opinion.

(i) If the determination of the administrative director is reversed, the dispute shall be remanded to the administrative director to submit the dispute to independent medical review by a different independent review organization. In the event that a different independent medical review organization is not available after remand, the administrative director shall submit the dispute to the original medical review organization for review by a different reviewer in the organization. In no event shall a workers' compensation administrative law judge, the appeals board, or any higher court make a determination of medical necessity contrary to the determination of the independent medical review organization.

(j) Upon receiving the determination of the administrative director that a disputed health care service is medically necessary, the employer shall promptly implement the decision as provided by this section unless the employer has also disputed liability for any reason besides medical necessity. In the case of reimbursement for services already rendered, the employer shall ·eimburse the provider or employee, whichever ıpplies, within 20 days, subject to resolution of ny remaining issue of the amount of payment ursuant to Sections 4603.2 to 4603.6, inclusive. ı the case of services not yet rendered, the nployer shall authorize the services within five orking days of receipt of the written determiıtion from the independent medical review ganization, or sooner if appropriate for the ture of the employee's medical condition, and ıll inform the employee and provider of the horization.

k) Failure to pay for services already pro- ed or to authorize services not yet rendered ıin the time prescribed by subdivision (*l*) is olation of this section and, in addition to any r fines, penalties, and other remedies avail- to the administrative director, the employer be subject to an administrative penalty in nount determined pursuant to regulations to lopted by the administrative director, not to d five thousand dollars ($5,000) for each he decision is not implemented. The ad- trative penalties shall be paid to the Workers' Compensation Administration Revolving Fund.

(*l*) The costs of independent medical review and the administration of the independent medical review system shall be borne by employers through a fee system established by the administrative director. After considering any relevant information on program costs, the administrative director shall establish a reasonable, per-case reimbursement schedule to pay the costs of independent medical review organization reviews and the cost of administering the independent medical review system, which may vary depending on the type of medical condition under review and on other relevant factors.

(m) The administrative director may publish the results of independent medical review determinations after removing individually identifiable information.

(n) If any provision of this section, or the application thereof to any person or circumstances, is held invalid, the remainder of the section, and the application of its provisions to other persons or circumstances, shall not be affected thereby. Leg.H. 2012 ch. 363 (SB 863) §46.

2012 Note: For legislative findings, declarations, and applicability of Stats. 2012 ch. 363, see 2012 Notes following Lab C §62.5.

Ref.: Hanna §§ 5.02[2][c], [d], 5.07[10][d], 22.05[6][b][iv]; Herlick Handbook §§ 4.10[2], 10.02[3], [4], 10.08[1].

### §4611. Rights and obligations of health care provider contract governed by underlying contract between provider and contracting agent upon contracting agent's sale, lease, or transfer of contract to payor.

(a) When a contracting agent sells, leases, or transfers a health provider's contract to a payor, the rights and obligations of the provider shall be governed by the underlying contract between the health care provider and the contracting agent.

(b) For purposes of this section, the following terms have the following meanings:

(1) "Contracting agent" has the meaning set forth in paragraph (2) of subdivision (d) of Section 4609.

(2) "Payor" has the meaning set forth in paragraph (3) of subdivision (d) of Section 4609. Leg.H. 2003 ch. 203 (AB 175), 2004 ch.

Labor

20150923200353

BERTACCHI, GLORIA
DOB REDACTED 1953

From the Office of
Lawrence J Bass MD
916-739-1505

JUL 29 2014 4:00

**Gloria Bertacchi** 07/29/14

Very fun lady, early 60s, infectious laugh. She has a past history of psoriasis, but now she has broken out in a poorly marginated erythematous scaly rash on the feet, beneath the breasts, under the arms. It looks more eczematous. She still has typical psoriasis plaques on the elbows. It is really giving her a lot of trouble right now. Kenalog 60 mg IM and TAC 0.1% cream, 1-lb generic bulk for b.i.d. use. . I am going to check her back in about two weeks and see how she is doing. Full discussion.

LJB/smb

AUG 12 2014 3.50 CX

OCT 06 2014 11.00

**Gloria M. Bertacchi** 10/06/14

Atopic dermatitis is doing well. Continue the topical steroid. We will check her again in three months. Warned her about exacerbation during the winter months.

LJB/smb

JAN 05 2015 410 NS
1/15/15 1st NS letter sent.

1-30-15 pt called saying she has rash, spreading up her neck & chest, getting worse, scheduled her for 2-2-15 P.M

FEB 02 2015 4:30

**Gloria M. Bertacchi** 02/02/15

Atopic dermatitis. He is having a flare in the wintertime extensively on the upper abdomen beneath the breasts and on the medial breasts and up onto the base of the neck over the upper chest. It is kind of a striking distribution, but exhaustive history reveals no contact sources, and she is not breaking out on any other parts of the body. It is very pruritic, and there is a lot of lichenification. I am going to switch her from TAC to Diprolene AF cream generic, 45 grams, four refills, b.i.d. use. Kenalog 60 mg IM. RV p.r.n./one month.

LJB/smb

APR 06 2015 910

**Gloria M. Bertacchi** 04/06/15

She has atopic dermatitis that has improved after the shot and the topical care. She still has an area of lichen simplex chronicus at the base of the left anterior neck and extending around under the sides of the neck, but I cannot get a good history for contact dermatitis. I gave her 15 grams of Lidex ointment generic, four refills, for b.i.d. use, just in these troublesome areas. Full discussion. She is doing a good job with the other conservative measures.

LJB/smb

Join the oldest and largest online community for distance/online learning today!

User Name | Password | Log in | Register

Find a School Now

Zip Code: Subject: - Select All Subjects - Program: - Select All Programs - Degree: - Select All Degrees - Online Campus Both

Home | Forum | Search for Schools | Blogs | What's New?

Today's Posts FAQ Calendar Community Forum Actions Quick Links Advanced Search

Forum General Distance Learning Discussions Americus University

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

+ Reply to Thread

Results 1 to 14 o

Thread: Americus University

LinkBack Thread Tools Search Thread Rate This Thread Displa

11-19-2001 08:56 PM

**Mathias**
member

Join Date: Nov 20
Location: Gebenbach, Bavar Germa
Posts:

**Americus University**

Need information about Americus University

Reply With Quo

11-20-2001 01:25 AM

**Rich Douglas**
Registered User

Join Date: Feb 20
Posts: 10,1

> *Originally posted by Mathias:*
> ***Need information about Americus University***

You mean beyond what's on their website? Unaccredited, claiming spurious accreditation. Makes false claims about accreditation like this:

"There is no central control or authority and there are both good and bad accrediting agencies."

I guess they never heard of CHEA or the USDOE. (Actually, they relegate the DOE's role in accreditation to being important only for schools wishing to participat in financial aid programs.)

They go on to say:

"Americus University has not applied for any accreditation that would be recognized by the US Department of Education. Nor would it qualify for such accreditation due to its non-traditional and non-resident international status."

I guess the multitudes of nontraditional, nonresidential, and even foreign universities that are properly accredited don't count.

Degrees at all levels in almost any area.

From the FAQ:

"1. How does the degree program actually work?
The degree program has been specifically developed by Americus University to provide a legal way for people to gain their academic qualifications by using their previous experience and accomplishment. The minimum requirements needed to qualify for a degree are provided in the "degree requirements" section. Applicants who believe they qualify for a degree complete an online application for a free evaluation. Once their application is approved, an applicant can then decide to proceed by paying the appropriate fees. After the fees are paid, the diploma and documents are prepared. The whole process can be completed within 20 days for approved applicants."

Sounds pretty efficient--nice that they eliminated all that academic red tape.

The whole FAQ reads in mill-speak. However, this question-and-answer is the best, IMHO:

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746
916 390 1845

Ms. Mary Floyd
Appeal Specialist
Hartford Life and Accident Insurance
Po Box 14305
Lexington KY 40512
FAX 866 411 5613

September 22, 2015

Appeal of Gloria Bertacchi-Freeman vs. Hartford Life and Accident Company
Re Name of Insurance Company: Hartford Life and Accident Company
Claimant: Gloria Bertacchi-Freeman.
Policy Holder: Cardinal Health, Inc
DOB: REDACTED-53, Insured ID: 9004108017
Policy Number: 83120674
Social Security Number xxx-xx-3990

Dear Ms. Mary Floyd

**We would like to point out and add to our appeal the defects in the denial letter and the attempts by Hartford to change their appeal record that has now been closed.**

Vizcaino v. Microsoft Corp. 120 F 3d 1006, 1016(9th Circ 1997) section (g) requires that the claim denial letter for an ERISA plan is required to include the following:

*"provide to every claimant who is denied a claim for benefits written notice setting forth in a manner calculated to be understood by the claimant: (1) The specific reason or reasons for the denial; (2) Specific reference to pertinent plan provisions on which the denial is based; (3) A description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary; and (4) Appropriate information as to the steps to be taken if the participant or beneficiary wishes to submit his or her claim for review"*

Regarding the denial letter that was given to me on April 10, 2015, I would like to point out the following defects in your denial letter:

1) The specific reasons for the denial. (using statements from foot experts such as Dr. Fink who has never seen the patient to change the vocational report, patient record and history is not an effective reason)
2) Specific reference to pertinent plan provisions on which the denial is based(no specifics were included)
3) A description of any additional material or information necessary for the claimant to perfect the claim, and an explanation of why the information is necessary(nothing was included)
4) A description of the plan's review procedures; (nothing was included)
5) If the claim involves a group health or disability benefit claim(as this does), the letter must describe any internal procedure or protocol used, and if the decision is based on lack of medical necessity or an experimental treatment limitation, the letter must describe the clinical judgment made, or offer to provide it(this does not)

In addition, to your request for a Functional Capacity Evaluation, we would like to refer you to the following:

*Booton v. Lockheed Med Benefit plan 110 F. 3d 1461, 1463(9th Cir 1997)*

*These regulations " are designed to afford the beneficiary an explanation of the denial of benefits that is adequate to ensure meaningful review of that denial." Halpin v. W.W. Grainger Inc 962 F 685(7th Cir 1992). The requirements " enable the claimant to prepare adequately for any further administrative review, as well as appeal to the federal courts." ID(internal quotations marks omitted).*

*In concluding that " no plan can provide discretion to deny benefits for reasons identified only years after the fact" the Seventh Circuit noted that " this Court would emasculate ERISA's disclosure requirement if it were to defer to reasons that the Board first identified on appeal in the District Court, years after the decision at issue". Matusak v. Torrington Co, 927 F 2d 320, 322-23(7th Cir 1991).*

***The reasoning is sound. One of the fundamental precepts of appellate analysis is review based on a closed record. To allow a plan to raise new reasons for denial on judicial review could subject the plan participant to a cycle of multiple appeals. It would also effectively eviscerate the requirements of ERISA regulations.***

*In a similar context, we have held that administrative agencies are bound by the reasons stated in their FOIA denial letter and cannot conjure up new reasons on judicial review. Friends of the Coast Fork v. United State Dept of the Interior 110 F 3d 53, 55(9th Cir 1997). Because the Plan may not properly raise the U.S. payroll issue for the first time on judicial review, that issue has been waived and it is improper to remand to the Plan Administrator. Accordingly because the Plan abandoned its other reasons for denying eligibility, the Workers should be entitled to participate in the SPP.*

In conclusion as I stated to you on the phone your request for a Script for the Functional Capacity Assessment should have been done before the denial. Your record and the reasons for your denial are now a closed record as noted above. Since you have denied my claim and have already sent out your denial letter, you are incorrect to ask for a Functional Capacity Evaluation as I am not under the jurisdiction of your policy any longer since you have denied my claim. You have provided no statute or regulations in the policy to justify this request.

I spoke to my physicians office today, Peninsula Orthopedic, that are reluctant to sign the script that you have submitted to them due to the fact that three independent evaluations, including a very recent Functional Capacity Assessment in June 2015, have already been done and submitted with the appeal and this would further worsen my condition.

To continue to demand further information is effectively eviscerating the requirements of ERISA regulations.

Sincerely

Gloria Bertacchi-Freeman

**Gloria Bertacchi-Freeman**
5135 Moss Lane
Granite Bay, CA 95746
916 390 1845

Ms. Mary Floyd
Appeal Specialist
Hartford Life and Accident Insurance
Po Box 14305
Lexington KY 40512
FAX 866 411 5613

September 22, 2015

Appeal of Gloria Bertacchi-Freeman vs. Hartford Life and Accident Company
Re Name of Insurance Company: Hartford Life and Accident Company
Claimant: Gloria Bertacchi-Freeman.
Policy Holder: Cardinal Health, Inc
DOB: [redacted]53, Insured ID: 9004108017
Policy Number: 83120674
Social Security Number xxx-xx-3990

Dear Ms. Mary Floyd

**We would like to point out and add to our appeal the defects in the denial letter and the attempts by Hartford to change their appeal record that has now been closed.**

Vizcaino v. Microsoft Corp. 120 F 3d 1006, 1016(9th Circ 1997) section (g) requires that the claim denial letter for an ERISA plan is required to include the following:

*"provide to every claimant who is denied a claim for benefits written notice setting forth in a manner calculated to be understood by the claimant: (1) The specific reason or reasons for the denial; (2) Specific reference to pertinent plan provisions on which the denial is based; (3) A description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary; and (4) Appropriate information as to the steps to be taken if the participant or beneficiary wishes to submit his or her claim for review"*

Regarding the denial letter that was given to me on April 10, 2015, I would like to point out the following defects in your denial letter:

1) The specific reasons for the denial. (using statements from foot experts such as Dr. Fink who has never seen the patient to change the vocational report, patient record and history is not an effective reason)
2) Specific reference to pertinent plan provisions on which the denial is based(no specifics were included)
3) A description of any additional material or information necessary for the claimant to perfect the claim, and an explanation of why the information is necessary(nothing was included)
4) A description of the plan's review procedures; (nothing was included)
5) If the claim involves a group health or disability benefit claim(as this does), the letter must describe any internal procedure or protocol used, and if the decision is based on lack of medical necessity or an experimental treatment limitation, the letter must describe the clinical judgment made, or offer to provide it(this does not)

In addition, to your request for a Functional Capacity Evaluation, we would like to refer you to the following:

09/22/2015 17:09 916--773-2956 FEDEX OFFICE 3294 PAGE 01

TIME RECEIVED September 22, 2015 8:10:24 PM EDT | REMOTE CSID 916 773 2956 | DURATION 66 | PAGES 2 | STATUS Received
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

*Booton v. Lockheed Med Benefit plan 110 F. 3d 1461, 1463(9th Cir 1997)*

*These regulations " are designed to afford the beneficiary an explanation of the denial of benefits that is adequate to ensure meaningful review of that denial." Halpin v. W.W. Grainger Inc 962 F 685(7th Cir 1992). The requirements " enable the claimant to prepare adequately for any further administrative review, as well as appeal to the federal courts." ID(internal quotations marks omitted).*

*In concluding that " no plan can provide discretion to deny benefits for reasons identified only years after the fact" the Seventh Circuit noted that " this Court would emasculate ERISA's disclosure requirement if it were to defer to reasons that the Board first identified on appeal in the District Court, years after the decision at issue". Matusak v. Torrington Co, 927 F 2d 320, 322-23(7th Cir 1991).*

***The reasoning is sound. One of the fundamental precepts of appellate analysis is review based on a closed record. To allow a plan to raise new reasons for denial on judicial review could subject the plan participant to a cycle of multiple appeals. It would also effectively eviscerate the requirements of ERISA regulations.***

*In a similar context, we have held that administrative agencies are bound by the reasons stated in their FOIA denial letter and cannot conjure up new reasons on judicial review. Friends of the Coast Fork v. United State Dept of the Interior 110 F 3d 53, 55(9th Cir 1997). Because the Plan may not properly raise the U.S. payroll issue for the first time on judicial review, that issue has been waived and it is improper to remand to the Plan Administrator. Accordingly because the Plan abandoned its other reasons for denying eligibility, the Workers should be entitled to participate in the SPP.*

In conclusion as I stated to you on the phone your request for a Script for the Functional Capacity Assessment should have been done before the denial. Your record and the reasons for your denial are now a closed record as noted above. Since you have denied my claim and have already sent out your denial letter, you are incorrect to ask for a Functional Capacity Evaluation as I am not under the jurisdiction of your policy any longer since you have denied my claim. You have provided no statute or regulations in the policy to justify this request.

I spoke to my physicians office today, Peninsula Orthopedic, that are reluctant to sign the script that you have submitted to them due to the fact that three independent evaluations, including a very recent Functional Capacity Assessment in June 2015, have already been done and submitted with the appeal and this would further worsen my condition.

To continue to demand further information is effectively eviscerating the requirements of ERISA regulations.

Sincerely

Gloria Bertacchi-Freeman

- MedicineNet.com
- 
- 
- 
  - Slideshows
  - Images
  - Quizzes
  - Conditions
  - Symptom Checker
  - Medications
- 
  - search
  - ≡menu

GO

- Home
- Slideshow Pictures ›
- Image Collection ›
- Quizzes ›
- Diseases & Conditions ›
- Symptom Checker
- Health & Living ›
- Medications ›
- MedTerms Dictionary
- Pet Health

MedicineNet.com
We Bring Doctors' Knowledge to You

August 12, 2015
Like Us Follow Us About Us Newsletter

| Home | Slideshow Pictures | Image Collection | Quizzes | Diseases & Conditions | Symptom Checker | Health & Living | Medications | MedTerms Dictionary | Pet Health |
|---|---|---|---|---|---|---|---|---|---|

arthritis a-z list > psoriatic arthritis index > psoriatic arthritis article

Depression Symptoms

Physical Symptoms of Depression

Article Related Diseases Images & Quizzes

PREVIOUS 1 2 3 4 5 6 7 NEXT

Psoriasis
Symptoms, Causes and Treatment
View Slideshow

# Psoriatic Arthritis (cont.)

Psoriatic Arthritis Pictures

Adult Skin Problems Slideshow

Medical Author: William C. Shiel Jr., MD, FACP, FACR Medical Editor: Catherine Burt Driver, MD

FACEBOOK TWITTER EMAIL PRINT ARTICLE OFF HIGHLIGHTER

## What causes psoriatic arthritis?

The cause of psoriatic arthritis is currently unknown. A combination of genetic, immune, and environmental factors is likely involved. In patients with psoriatic arthritis who have arthritis of the spine, a blood test gene marker called HLA-B27 is found in about 50%. Several other genes have also been found to be more common in patients with psoriatic arthritis. Certain changes in the immune system may also be important in the development of psoriatic arthritis. For example, the decline in the number of immune cells called helper T cells in people with AIDS (HIV infection) may play a role in the development and progression of psoriasis in these patients. The importance of infectious agents and other environmental factors in the cause of psoriatic arthritis is being investigated by researchers.

## What are risk factors for developing psoriatic arthritis?

The major risk factor for developing psoriatic arthritis is having a family member with psoriasis. This relationship has been recognized as so significant that it is used as a helpful part of the history for the doctor to diagnose psoriatic arthritis. It might be that stressful life situations could affect the immune system, allowing for the expression and/or exacerbation of psoriatic arthritis. However, precisely how these emotional issues are related to psoriatic arthritis has not been established.

## What are psoriatic arthritis symptoms and signs?

In most patients, the psoriasis precedes the arthritis by months to years. There can be tiny pitting nail changes of the finger and toenails. The type of psoriatic arthritis depends on the distribution of the joints affected. Accordingly, there are five types of psoriatic arthritis: symmetrical, asymmetric and few joints, spondylitis, distal interphalangeal joints, and arthritis mutilans.

Reader Stories
Share Your Story

The arthritis frequently involves the knees, ankles, and joints in the feet. Usually, only a few joints are inflamed at a time. The inflamed joints become painful, stiff, swollen, hot, tender, and red. There is usually loss of range of motion of the involved joints. Sometimes, joint inflammation in the fingers or toes can cause swelling of the entire digit, giving them the appearance of a "sausage." Joint stiffness is common and is typically worse early in the morning. Less commonly, psoriatic arthritis may involve many joints of the body in a symmetrical fashion, mimicking the pattern seen in rheumatoid arthritis. Psoriatic arthritis can also cause inflammation of the spine (spondylitis) and the sacrum, causing pain and stiffness in the low back, buttocks, neck, and upper back. Occasionally, psoriatic arthritis involves the small joints at the ends of the fingers. A very destructive, though less common, form of arthritis called "mutilans" can cause rapid damage to the joints. Fortunately, this form of arthritis is rare in patients with psoriatic arthritis.

Patients with psoriatic arthritis can also develop inflammation of the tendons (tendinitis) and around cartilage. Inflammation of the tendon behind the heel causes Achilles tendinitis, leading to pain with walking and climbing stairs. Inflammation of the chest wall and of the cartilage that links the ribs to the breastbone (sternum) can cause chest pain, as seen in costochondritis.

Aside from arthritis and spondylitis, psoriatic arthritis can cause fatigue and inflammation in other organs, such as the eyes, lungs, and aorta. Inflammation in the colored portion of the eye (iris) causes iritis, a painful condition that can be aggravated by bright light as the iris opens and closes the opening of the pupil. Corticosteroids injected directly into the eyes are sometimes necessary to decrease inflammation and prevent blindness. Inflammation in and around the lungs (pleuritis) causes chest pain, especially with deep

*IN THIS ARTICLE*

Psoriatic arthritis facts
What is psoriatic arthritis?
What causes psoriatic arthritis?
What are risk factors for developing psoriatic arthritis?
What are psoriatic arthritis symptoms and signs?
How does a doctor diagnose psoriatic arthritis?
What is the treatment for psoriatic arthritis?
Disease-modifying medications for psoriatic arthritis
What are psoriatic arthritis complications?
What is the prognosis of psoriatic arthritis?
Is it possible to prevent psoriatic arthritis?
Is there a psoriatic arthritis diet? Are there home remedies for psoriatic arthritis?
What does the future hold for patients with psoriatic arthritis?
Patient Comments: Psoriatic Arthritis - Describe Your Experience
Patient Comments: Psoriatic Arthritis - Diagnosis
Patient Comments: Psoriatic Arthritis - Treatment
Find a local Rheumatologist in your town
Psoriatic Arthritis Index

Recognize These SKIN CONDITIONS View Slideshow

From WebMD

Healthy Resources
Learn Psoriasis Flare-up Triggers
Itchy Rash? Could It Be Psoriasis?
Caring for Skin and Joints With Psoriatic Arthritis
Featured Centers
How to Treat Hives
Could Stress Be Making Your MS Worse?
Ready to Stop Smoking?
Health Solutions From Our Sponsors
Frequent Constipation?
Greater Food Accessibility

## Popular Collections

all images »
all slideshows »

Scales, Plaques & Eruptions

**Exclusives**

What Does Psoriasis Look Like?

# CENTER FOR CAREER EVALUATIONS, INC.

**June 30, 2015**

**Gloria Bertacchi-Freeman**
**5135 Moss Lane**
**Granite Bay, CA 95746**

**Re: Job Simulation Assessment/Functional Capacity Evaluation**

Dear Ms. Bertacchi-Freeman:

The following is a summary of the Job Simulation Assessment and Functional Capacity Evaluation that you participated in June 3-4 2015. Prior to the initiation of services, the following records were reviewed:

The Hartford Claims Statement from Christine Montroy (4/10/15)
Employability Analysis Referral for Evaluation of Gloria Bertacchi-Freeman
Employability Analysis Report (1/27/15)
Employability Analysis Report Addendum (4/3/15)
Director of Pharmacy: Standards of Performance and Criteria-based Performance Evaluation
Attending Physician Statement of Continued Functionality (11/19/14)
Work and Educational History (11/13/14)
Brett Fink, M.D. Behavioral Medical Interventions Report (3/23/15)

If you have any questions regarding this report, please contact our office at your earliest convenience.

Sincerely,

Alan Nelson

Alan Nelson, M.S., C.V.E.
Vocational Consultant

Diana Bubanja DPT

Diana Bubanja, D.P.T.
Doctor of Physical Therapy
Life Care Planner

1330 Broadway, Suite 936, Oakland, CA 94612 Phone: (510) 465-4111 Fax: (510) 465-9163

## CASE BACKGROUND AND REASON FOR REFERRAL

Ms. Bertacchi-Freeman requested that a Job Simulation Assessment/Functional Capacity Evaluation be conducted to assess her physical ability to perform, as defined by Hartford's Long-Term Disability Policy, "any occupation" for which she would qualify by education, training or experience. Ms. Bertacchi-Freeman indicated that she had already received long-term disability benefits for 2 years, under Hartford's "own occupation" policy.

On 4/10/15, Christine Montroy of The Hartford notified the claimant that the evidence submitted in support of her claim did not establish that she met the policy definition of disability beyond 4/10/15. Her claim was to be closed on 4/11/15. To qualify for additional benefits she needed to be prevented by Disability from performing Any Occupation for which she is qualified by education, training, or experience. It was concluded that the claimant was able to perform full-time sedentary or light work. The following jobs were identified as appropriate job matches based on skill transferability. Salaries for these occupations were above 65% of her pre-disability earnings ($6,933.33 per month) as required by the definition of any occupation. The representative occupations included: Community Services and Health Education Officer ($9,557.60 per month); Program Manager ($9,557.60 per month); Quality Assurance Coordinator ($10,311.60 per month).

On April 3, 2015, Bridget Collins developed an *Employability Analysis Report Addendum*, taking into consideration new physical tolerance information from Brett Fink, M.D. The representative sample of occupations that she developed are reported in the above paragraph.

Michael Amster, M.D., in his 6/6/14 *Qualified Medical Reevaluation Report*, indicated that the claimant was working for Cardinal Health as a director of the pharmacy, and that her last day of work was 10/11/12. Her work history also included work as a pharmacy director/manager for staff USA from 2/99-6/12; pharmacist for Sutter Health from 7/10 to 9/10; and, from 1979 to 1999, work as a pharmacist/manager for National Medical. His diagnostic impression included the following: chronic knee pain, bilateral knee medial meniscus tear, status post left knee meniscal repair in 12/12, and status post right knee meniscal repair in 12/13, degenerative joint disease/degenerative disc disease of the lumbar spine, lumbago, lumbar spinal stenosis, lumbar spine sprain/strain, and cervicalgia. In terms of her disability status and date of maximum medical improvement, Dr. Amster indicated that the applicant is not able to perform her normal work activities as a pharmacy director. With regard to her back, neck and left knee condition, she had reached maximum medical improvement and was considered permanent and stationary on 6/26/13. Work preclusions included the following: in regard to the cervical spine, she should do no overhead activities, no activities involving repetitive motion of the neck or involving comparable effort. In regard to the thoracic and lumbosacral spine, she should do no heavy lifting, squatting, stooping, prolonged standing, sitting, kneeling, climbing, twisting, walking on uneven grounds, or other activities involving comparable effort. In regards to her bilateral lower extremities, she should do no heavy lifting, prolonged weight bearing, climbing, no repetitive use of stairs, walking on uneven surface, kneeling, crouching, crawling, or other activities involving comparable effort. She also would be precluded from repetitive lifting over 25 pounds. She has a

22% whole person impairment, including cervical spine, lumbar spine, left and right knee factors.

Brett Fink, M.D., in his report of 3/23/15, indicated Ms. Bertacchi-Freeman had a diagnosis of osteoarthritis of the lumbar spine and left knee degenerative meniscal tear. He noted that her activities should be similar to those of other persons with knee and back arthritis. She may lift, carry, push, or pull up to 20 pounds occasionally and 10 pounds frequently. She can sit, stand, or walk up to 6 hours each out of an 8 hour day. She can drive up to one hour without stopping. She can climb and balance occasionally, and stoop, kneel, crouch, crawl, or reach rarely. She may work at waist desk and below waist level continuously. She can work above shoulder level occasionally. She can handle, finger and feel continuously. She can perform the above-mentioned physical activities up to a 40 hour workweek. To a reasonable degree of medical certainty, the claimant has reached maximum medical improvement.

In his 11/19/14 *Attending Physicians Statement of Continued Functionality*, Leslie Kim, M.D. reported that Ms. Bertacchi-Freeman's diagnosis was knee osteoarthritis/chondromalacia, and a secondary diagnosis of cervical strain/sprain and lumbar degeneration/spine disease. The claimant is able to sit, stand, and walk 4 hours a day; walk 15 minutes at a time, and sit and stand 30 minutes at a time. An occasional ability to lift/carry 1 to 10 pounds was noted. Additional limitations indicated no kneeling/crouching, bending, stooping, and occasional bending at the waist and driving. Ms. Bertacchi-Freeman has no restrictions from reaching for objects on desktop or workstation levels.

According to the *Employability Analysis Referral for Evaluation*, in addition to injuries to her knees, back and neck, Ms. Bertacchi-Freeman suffers from asthma, frequent bouts of bronchitis, GERD, high blood pressure, cholesterolemia, psoriasis and dermatitis.

Re: Gloria Bertacchi-Freeman

## INITIAL INTERVIEW

Ms. Bertacchi-Freeman was provided a full explanation of the FCE testing process and she expressed consent, both verbally and in writing. During the seated interview, the client was observed to shift her hips frequently due to low back pain.

Ms. Bertacchi-Freeman was asked to rate her pain and level of exertion during the FCE testing. The client's level of pain was reported according to a **Pain Rating Scale,** that uses a scale of 0-10, with 0 signifying *no pain* and 10 signifying *severe pain requiring emergency medical attention.* She also understood she would be using a **Rate of Perceived Exertion Scale** to estimate the effort, strain, and/or fatigue experienced during the physical activities. The exertion scale ranged from 0-10, with 0 signifying *no exertion,* and 10 signifying *maximal physical exertion.*

Ms. Bertacchi-Freeman reported the following information about her physical features and tolerances during the initial interview:

**Gender:** female
**Age:** 62
**Height:** 5'1"
**Weight:** 210
**Dom. Hand:** right

**Medications:**

| Medication | Purpose |
|---|---|
| Norco | pain relief |
| Lidoderm | skin lotion |
| Tylenol | pain relief |
| Aciphex | acid reflux |
| Synthroid | thyroid |
| Hydroclorothiazide | diuretic |

Re: Gloria Bertacchi-Freeman

**Whole Body Pain Description:**

During the initial interview, Ms. Bertacchi-Freeman completed a *Whole Body Symptom Description* form in order to identify the parts of her body that experienced discomfort, and the type and severity of that discomfort.

Ms. Bertacchi-Freeman described a pain level of 5/10 in the following physical regions: both her shoulders and knees, characterized as aching; in her forearms, characterized as tingling; in her low back, characterized as burning; and in her mid-back, characterized as stabbing.

She reported her lowest level of pain is a 4-5/10 and her highest level a 9/10, which is caused by prolonged sitting, cold weather and excessive activity. She gets temporary pain relief by using cold applications, taking medication, and taking breaks in activity and naps.

**Fatigue:** Ms. Bertacchi-Freeman complains of fatigue arising from pain and poor quality of sleep. She compensates for this fatigue by taking breaks in her activities and napping.

**Headaches:** She experiences headaches on a daily basis. She showers and takes medication for headache relief.

**Sleep:** Ms. Bertacchi-Freeman's sleep is interrupted every 2-3 hours due to back, neck and shoulder pain.

**Sitting:** She needs to fluctuate from a sitting position after approximately 15 minutes due to back pain.

**Driving:** Typically, she drives only locally, due to back, shoulder and neck pain and a need to take breaks every 15-20 minutes. She routinely relies on others for driving.

**Standing/Walking:** After standing for 10-15 minutes, she needs to sit down due to back pain. Ms. Bertacchi-Freeman is unable to ambulate for more than one block due to bilateral knee and back pain.

**Stair Use/Climbing:** She is unable to walk a full flight of stairs due to back and neck pain.

**Lifting/Carrying:** Ms. Bertacchi-Freeman avoids lifting and carrying more than 5-10 pounds due to back, shoulder and neck pain.

**Bending and Stooping:** She avoids stooping and squatting due to bilateral knee and back pain.

**Activities of Daily Living:** Because of range of motion limitations in her upper extremities, as well as pain, fatigue and difficulty standing, Ms. Gloria Bertacchi-Freeman experiences difficulties with activities of daily living (ADL's). Ms. Gloria Bertacchi-Freeman uses in-home workers for cleaning and gardening. She is independent with showering, dressing and preparing simple meals.

**Computer Entry:** Ms. Bertacchi-Freeman uses the computer for 15-20 minutes a day due to neck, back and shoulder pain.

**Assistive Devices:** To accommodate her physical limitations, she makes use of a cane when ambulating and a shopping cart to assist with lifting/carrying.

Re: Gloria Bertacchi-Freeman

## RESULTS OF FUNCTIONAL TOLERANCE TESTING

### Active Range of Motion (AROM) Test

Active Range of Motion testing included a screening of Ms. Bertacchi-Freman's movement in her neck, back, arms, knees and ankles. Her AROM was evaluated and compared to normative values published by the American Medical Association in the Guides to the Evaluation of Permanent Impairment, Fifth Edition. AROM measurements are reported as percentages of normal. The following acronym WNL (*Within Normal Limits*) will be used.

### Spine Range of Motion

Ms. Bertacchi-Freeman's active range of motion was evaluated with dual inclinometry for three consecutive trials.

| Cervical ROM | % of Norm |
|---|---|
| Cervical Flexion | WNL |
| Cervical Extension | 88% |
| Cervical Lateral Flexion Left | 67% |
| Cervical Lateral Flexion Right | 49% |
| Cervical Rotation Left | 95% |
| Cervical Rotation Right | 90% |
| **Lumbar ROM** | **% of Norm** |
| Lumbar Flexion | 66% |
| Lumbar Extension | 33% |
| Lumbar Lateral Flexion Left | 25% |
| Lumbar Lateral Flexion Right | 30% |

### Shoulder, Elbows and Wrist Range of Motion

Active range of motion for the shoulders, elbows and wrists were evaluated using a goniometer and three consecutive trials.

| Active Upper Extremity ROM – Right | % of Norm |
|---|---|
| Shoulder Flexion | 78% |
| Shoulder Extension | WNL |
| Shoulder Abduction | 33% |
| Shoulder Adduction | WNL |
| Shoulder Internal Rotation | 39% |
| Shoulder External Rotation | 89% |
| Elbow Flexion and Extension | WNL |
| Forearm Pronation and Supination | WNL |
| Wrist Flexion and Extension | WNL |
| Wrist Radial and Ulnar Deviation | WNL |

Re: Gloria Bertacchi-Freeman

| Active Upper Extremity ROM – Left | % of Norm |
|---|---|
| Shoulder Flexion | 83% |
| Shoulder Extension | WNL |
| Shoulder Abduction | 66% |
| Shoulder Adduction | WNL |
| Shoulder Internal Rotation | 95% |
| Shoulder External Rotation | 95% |
| Elbow Flexion and Extension | WNL |
| Forearm Pronation and Supination | WNL |
| Wrist Flexion and Extension | WNL |
| Wrist Radial and Ulnar Deviation | WNL |

**Lower Extremity Range of Motion**

Active range of motion for the knees and ankles were evaluated using a goniometer and three consecutive trials.

| Lower Extremity ROM - Right Active | % of Norm |
|---|---|
| Knee Flexion | 72% |
| Knee Extension | WNL |
| Ankle Plantar Flexion | WNL |
| Ankle Dorsi Flexion | WNL |

| Lower Extremity ROM - Left Active | % of Norm |
|---|---|
| Knee Flexion | 76% |
| Knee Extension | WNL |
| Ankle Plantar Flexion | WNL |
| Ankle Dorsi Flexion | WNL |

**Observations during Range of Motion Activities:**

Ms. Bertacchi-Freeman reported pain in her low back when extending and flexing her back. When flexing both shoulders, she reported pain in her shoulder joints, and when abducting her left shoulder, she reported pain in her shoulder joint and lower back.

Re: Gloria Bertacchi-Freeman

## UPPER EXTREMITY USE

### Explanation of Normative Data and Measurement Tools

When interpreting the following upper extremity testing results, a person's performance is ranked according to the following percentile ranges:

### Finger and Manual Dexterity Tests

≤25th Percentile = *Below Average*

26th – 74th Percentile = *Average*

75th – 99th Percentile = *Above Average*

### Grip Strength and Pinch Grip Tests

≤ 80 Percent of Mean = *Below the Average*

81st –120 Percent of Mean = *Near the Average*

>120 Percent of Mean = *Above the Average*

### Dexterity Testing

| | Percentile | Test/Norm Group | Position |
|---|---|---|---|
| Finger Dexterity Test | 1st Percentile Below Average | Purdue Pegboard Norm Group: Industrial Applicants | Sitting; forward reaching at table height |
| Manual Dexterity Test | 1st Percentile Below Average | Minnesota Rate of Manipulation Norm Group: Working Adults | Standing; forward reaching at shoulder height, lateral weight shifting |

**Observations during Dexterity Testing:**

Fine Finger Test: this test involves picking up small metal pegs and placing them in holes repetitively for 30 seconds; the test is given with the right hand, left hand, and with both hands. Throughout all three trials, Ms. Bertacchi-Freeman was observed to elevate both shoulders and round her thoracic spine due to back discomfort.

Manual Dexterity Test: this involves repetitively turning and placing plastic discs set in four rows, over 2 trials, while standing. The duration of the manual dexterity/reaching test is typically from 45 to 75 seconds. During the tasks, Ms. Bertacchi-Freeman was observed to leaning against a table for support and rock back and forth to decrease the weight on her right knee. She also requested a break after the first trial due to pain in her mid-back and both shoulders. After

completing the five-minute test, she requested a 2-minute break due to increased back, shoulder and neck pain.

**Coefficient of Variance (COV)**

The following *Grip Strength* and *Pinch Grip Tests* make use of Coefficient of Variance (COV) measurements. According to standard functional testing protocols, COV results of less than 15% indicate a consistent level of effort, and COV ratings above 15% reflect less than consistent effort. When interpreting these results, the reader should consider that no single factor absolutely determines when a client's performance is consistent and reliable. There are a variety of factors that can impact a person's presentation of physical discomfort during testing, including wanting to avoid the experience of pain, wanting to convey to the evaluator one's level of pain, or issues of secondary gain and motivation. As a result, when interpreting COV results and a client's functional capacities and effort, a comprehensive analysis of medical, physical testing, and behavioral factors is required.

**Grip Strength:**

Grip strength was tested utilizing the hand dynamometer on the BTE Functional Testing System. Three trials of each side were administered to generate the following averaged results:

| | Average Peak Force | Percent of the Mean | Norm Groups | Coefficient of Variance |
|---|---|---|---|---|
| Right Hand Dominant | 13 lbs. | 23% Below the Average | Persons of Same Age and Gender | 1.0 |
| Left Hand | 13.6 lbs. | 30% Below the Average | Persons of Same Age and Gender | 1.0 |

**Pinch Grip:**

Pinch strength was tested utilizing a key grip on a pinch gauge. The test assessed right and left pinch strength and evaluated the consistency level of Ms. Bertacchi-Freeman 's effort. Three trials of each side were administered with the following averaged results:

| | Average Peak Force | Percent of the Mean | Norm Groups | Coefficient of Variance |
|---|---|---|---|---|
| Right Hand Dominant | 8.7 lbs. | 56% Below the Average | Persons of Same Age and Gender | 2.0 |
| Left Hand | 8.0 lbs. | 57% Below the Average | Persons of Same Age and Gender | 1.0 |

Re: Gloria Bertacchi-Freeman

## STATIC PUSHING & PULLING

Ms. Bertacchi-Freeman was not administered the BTE static push and pull module, which is a standard part of functional capacity testing protocol, due to Ms. Bertacchi-Freeman 's expressed low back pain symptomatology.

## DYNAMIC LIFTING & CARRYING

The lifting and carrying test consisted of a progressive test protocol using a weighted crate with 3 repetitions of each trial.

| Dynamic Lifting | Maximum Weight | Repetition | Physical Response |
|---|---|---|---|
| Waist to Shoulder | 6 lbs. | 1 | Back and bilateral knee pain: 5/10; RPE:5/10 |
| 12" to Waist | N/A | N/A | Task left incomplete due to back and bilateral knee pain with squatting activities. |
| 12" to Shoulder | N/A | N/A | Task left incomplete due to back and bilateral knee pain with squatting activities. |
| Waist to Overhead | N/A | N/A | Task left incomplete due to neck ROM limitations |

| Carrying | Maximum Weight | Distance | Repetitions | Physical Response |
|---|---|---|---|---|
| Carry | 6 lbs. | 10 feet | 1 | Back and bilateral knee pain: 5/10; RPE: 5/10 |

**Measurement Tool:** Epic Lifting and Carrying Capacity System

Waist to Shoulder Lift Test:

Ms. Bertacchi-Freeman complained of back pain when lifting 6 pounds from waist to shoulder.

Carry Test:

When carrying 6 pounds for 10 feet, she displayed an unsteady gait and complained of bilateral knee pain. The evaluator stopped the lift and carry test when Ms. Bertacchi-Freeman 's body mechanics were compromised.

## COMPUTER KEYBOARDING ASSESSMENT

Ms. Bertacchi-Freeman's physical functional tolerances for computer data entry were assessed by having her type on a computer keyboard for 30 minutes. Before beginning the task, her computer workstation was set-up to ensure appropriate ergonomic body/chair interface, monitor/eye level, and keyboard/mouse configuration.

Ms. Bertacchi-Freeman's performance and physical tolerances during the extended typing task were as follows:

| Minutes remaining (30 min total) | Reported Physical/Verbal Response |
|---|---|
| 1-5 minutes | Maintained an erect posture, with feet flat on floor |
| 6-8 minutes | After 6 minutes, she leaned back in her chair and raised her left shoulder. After 8 minutes, she expressed back and neck pain, and requested to stop the task. |

20150923200035 3

## MULTI-LEVEL REACHING

Multi-level reaching involved repetitive reaching activities at chest height, overhead, and below waist levels with plastic pegs. Ms. Bertacchi-Freeman reported back pain after 25 seconds of reaching at waist level. She attempted, but was unable to complete, below waist reaching due to knee and back pain. Overhead reaching was not attempted due to her range of motion limitations.

## BLOOD PRESSURE & HEART RATE

Ms. Bertacchi-Freeman's heart rate was measured at the beginning and end of the physical capacity testing. Heart rate (HR) is defined as the number of times the heart beats in one minute (bpm). Both her heart rate and blood pressure readings were in the acceptable range.

| | Initial | Exit |
|---|---|---|
| **Blood Pressure** | 122/84 | 126/84 |
| **Heart Rate** | 74 | 76 |

## OBSERVED POSITIONAL TOLERANCES

| | Time/ distance | Physical Response | Reason for Stopping |
|---|---|---|---|
| Sitting | 15 minutes observed | Low back pain and frequent shifting | Pain and need for fluctuation of positions. |
| Standing | 5 minutes observed | Back and bilateral knee pain; need for support of furniture | Pain and need for fluctuation of positions. |
| Ambulating (indoors, carpeted surface) | 40 feet observed | Knee buckled, complained of back and bilateral knee pain | Pain and need to fluctuate positions. |
| Squatting (20% of norm) | unable | Bilateral Knee pain | Physical discomfort. |
| Stair Climbing: Ascent | unable | Right knee buckled while walking | Physical discomfort. |
| Stair Climbing: Descent | unable | Right knee buckled while walking | Physical discomfort. |

## BEHAVIORAL OBSERVATIONS

**Appearance and Social Demeanor:**

Ms. Bertacchi-Freeman was dressed in comfortable clothing and was cooperative during the testing period. She accepted supervision and attempted each task as instructed. However, during the administration of functional capacity testing, the client was noted to require a repetition of verbal instructions on multiple occasions due to poor concentration. She was also noted to express diminished concentration and frustration when losing her place on a page of text during a typing simulation.

**Exhibited Pain Behavior:**

Her movement patterns were consistent with her reports of pain.

**Need for Unscheduled Breaks:**

Due to her physical tolerance limitations, the client requested breaks during the administration of tasks involving manual dexterity testing, walking, lifting, carrying and typing.

**Whole Body Pain Description:**

At the conclusion of the FCE, Ms. Bertacchi-Freeman reported a pain level of 7/10 in her low back, neck, and knee. She also reported feeling fatigue and "sleepy". She rated the reaching, walking, and computer data entry tasks as the most physically difficult during the assessment, and rated the overall exertional demand of the FCE testiing as "Very Heavy."

## FUNCTIONAL CAPACITY TESTING CONCLUSIONS

A summary of key results is as follows:

- Ms. Bertacchi-Freeman exhibited a 10%-51% reduction in cervical active range of motion and a 40%-75% reduction in lumbar active range of motion.
- Her finger and manual dexterity was ranked below average.
- When sitting, the client was noted to fluctuate to a standing position after approximately 15 minutes due to back discomfort. When standing, she fluctuated to a sitting position after approximately 5-10 minutes due to back and bilateral knee discomfort. She reported back and bilateral knee discomfort after walking for approximately 40 feet. During walking and stair climbing activities, her right knee was noted to buckle.
- Ms. Bertacchi-Freeman demonstrated significantly limited tolerances for tasks involving reaching and range of motion when standing. When standing and performing testing involving repetitive reaching and manual dexterity, she reported back and bilateral knee discomfort in 30 seconds. Generally, she was unable to perform tasks involving stooping, bending, squatting due to physical tolerance limitations.
- The client was noted to exhibit compromised body mechanics and joint protection strategies on a variety of functional capacity testing. She was noted to adjust her physical positioning and make use of office furniture for support when standing and fluctuating between sitting/standing positions.
- Ms. Bertacchi-Freeman was unable to lift or carry greater than 6 pounds due to her back and bilateral knee problems.
- In terms of tolerances for computer data entry, she reported back and neck pain, fatigue, and loss of concentration, after approximately 8 minutes of typing.
- Ms. Bertacchi-Freeman did not meet the full range of the physical demand requirements for Sedentary employment as defined by U.S. Department of Labor. She would be precluded from this exertional level of employment due to her sitting and standing limitations, lifting/carrying limitations, as well as her poor finger/hand dexterity and inability to repetitively use her upper extremities.
- The client provided full physical effort during the FCE as demonstrated by consistency on isometric testing and observed competitive performance behaviors.

## DESCRIPTION OF PREVIOUS JOB

According to Ms. Bertacchi-Freeman's resume, she completed her doctorate at the University of the Pacific School of Pharmacy in 1977. In 2002, she earned a Masters Degree in Business Administration from Americus University. Undergraduate work was completed at the University of Santa Clara in 1973. Between 1979 and 2012, her job titles included director of operations/clinical pharmacist, president of a healthcare-related continuing education company, pharmacist, and, most recently, director of pharmacy. Ms. Bertacchi-Freeman has also had extensive authorial/editorial experience, including past television/radio appearances.

**Previous Job Title:** Director of Pharmacy. The location of her employment was Sierra Vista Hospital, a psychiatric facility. She reported earning approximately $128,000 per year.

Ms. Bertacchi-Freeman indicated that her daily routine involved the following activities:

Opening the pharmacy
Entering pharmacy prescriptions and filling orders
Handling inventory and unpacking boxes and putting products on shelves
Working with a pharmac
y technician
Delivering medication to nursing stations
Performing counseling twice a week, and performing management rounds
Take phone calls from nursing stations, and fill prescriptions for visiting nursing staff

According to the *Director of Pharmacy Standards of Performance and Certified Based Performance Evaluation* forms, Ms. Freeman's previous job requirements involved measured and proven competency in a variety of programmatic and performance areas, including the following:

Processing patient and department charges in a timely manner
Ensuring compliance of drug and supply purchases
Responsible for all drug storage and preparation in the hospital
Achieving acceptable scores on operations audits
Managing staff pharmacists and technicians
Ensuring training and development of staff
Records maintenance
Assuring adequate control and documentation of controlled substances
Accurately documenting drug recalls
Ensuring state, local, and federal regulations compliance
Meet Medicare/legal standards
Maintaining safety and professionalism standards
Ensuring compliance in hospital policies

Re: Gloria Bertacchi-Freeman

**Usual and Customary Job Duties:**

Oversight of pharmacy operations
Quality assurance
Participating in committee meetings
Vendor coordination for purchasing pharmaceutical and medical supplies
Inventory control
Coordinating intern education and training
In-service education
Coordinating internship start-up programs with three colleges
Patient interaction and oversight
Clinical assessment of pharmaceutical needs
Staffing and management of pharmacy
Group counseling related to medication management
Leadership rounds in the hospital

**Usual and Customary Physical Demands on the Job:**

Monday through Friday, from 8AM to 5PM, with occasional overtime of approximately 2 hours. Only rarely did she work a 4-hour shift on Saturday and Sunday. Approximately once every 2 months, she would be called during the night and have to return to the hospital for work.

**Computer Demands and Knowledge:** As a director of pharmacy, she performed extensive computer operations, making use of Word and WordPerfect. She wrote reports on forms, and communicated via email. She utilized her own computer workstation with another pharmacy technician; the computer workstation had two levels.

| **Activity** | **Hours per Day** |
|---|---|
| Sitting | 3 hours |
| Phone | 1-2 hours, while standing |
| Computer Use | 3-4 hours (3 hours sitting;1hour standing) |
| Standing/Walking | 5 hours |
| Reaching | |
| Lifting/carrying | Handling boxes: 10-50 pounds. |
| Pushing/pulling: | 100# carts |
| Range of Motion: | Reaching and squatting; medication on shelves close to ceiling, and at floor level |
| Social Interaction | 6-7 hours. Worked with a pharmacy technician and did group counseling (up to 20 people) and leadership rounds (daily) and business meetings. |

Re: Gloria Bertacchi-Freeman

## SUMMARY OF WORK SIMULATION ACTIVITIES

**Wednesday, June 3, 2015**

**9 AM—12 AM**

Ms. Bertacchi-Freeman participated in an initial interview and a Functional Capacity Evaluation. She reported that when making the 2-hour drive from Roseville to downtown Oakland, she had stopped three times to fluctuate positons due to back discomfort.

**Lunch Break**

**1 PM—2 PM**

From a seated position, at an adjustable computer workstation, Ms. Bertacchi-Freeman took the **Office Proficiency Assessment and Certification (OPAC) Typing Test.** After a practice section, she typed at a rate of 24 words per minute with 98% accuracy on the five-minute test.

At 1:15 PM, after a brief standing break, she was administered the **Career Abilities Placement Survey (CAPS)**, an aptitude test with eight 5-minute sections. This task was administered from a standing position, although after 10 minutes of standing, she requested to sit due to bilateral knee and mid-back discomfort. She continued the task from a seated position, making use of a slant board and an adjustable chair.

**2 PM—3 PM**

Ms. Bertacchi-Freeman continued with the **CAPS** until approximately 2:15 PM, taking a 1-2 minute standing break after every 15 minutes of sitting. Ultimately, she exhibited the following aptitude rankings on the **CAPS**:

| | Percentile Ranking |
|---|---|
| Verbal Reasoning | 15th |
| Numerical Aptitude | 78th |
| Language Usage | 45th |
| Word Knowledge | 98th |
| Mechanical Reasoning | 45th |
| Spatial Reasoning | 6th |
| Perceptual Speed | 80th |
| Manual Speed | 27th |

Ms. Bertacchi-Freeman was then administered the **OPAC Proofreading Test** from a seated computer workstation. This test involved identifying a variety of errors related to abbreviations, punctuation, possessives, spelling, and grammar, in a written business text. Ms. Bertacchi-Freeman was noted to correctly identify 31% of the errors in the text. (It should be noted that on **OPAC Testing**, the test taker must achieve a minimum of 65% accuracy to demonstrate basic

competency in the business skill being tested.) At the end of the test, at approximately 2:40 PM, Ms. Bertacchi-Freeman indicated, "I was rushing to get that test over with because my back and neck don't feel that great."

At 2:40 PM, Ms. Bertacchi-Freeman reported to staff that she did not want to be administered any other computer-based testing involving typing due to her increased level of neck/back discomfort. The client was then administered the **BETA III Nonverbal Reasoning Test,** a test that measures logical problem-solving abilities based on pictorial representations. This test was administered from a seated position utilizing a slant board and an adjustable chair. She ranked in the low average range at the 39th percentile on the **Beta III.**

**Thursday, June 4, 2015**

**9 AM—10 AM**

Before beginning the program day, Ms. Bertacchi-Freeman indicated that she had slept poorly the previous night due to lower-mid back pain. She used a Lidoderm patch and took Tylenol in order to sleep.

From a seated computer workstation, Ms. Bertacchi-Freeman was administered the **OPAC Editing/Formatting from a Rough Draft Test.** During this test she was required to make editorial and formatting corrections making use of indent, insert, delete, spell verify, underline, etc. functions. She answered the editing/formatting questions with 61% accuracy.

She was then administered the **OPAC Typing Test** from a seated position, performing at a rate of 41 words per minute with 100% accuracy.

After approximately 30 minutes of sitting during the above-mentioned testing, Ms. Bertacchi-Freeman requested to stand and move about her workplace for approximately 2 minutes.

At 9:45 AM, after returning to the seated computer workstation, she was administered the **OPAC Basic Word Test,** which measured Ms. Bertacchi-Freeman's knowledge of Microsoft Word software. She answered 4% of the questions correctly regarding a variety of word functions, including saving a document, spell check, setting page margins, modifying page orientation, changing fonts, etc.

**10 AM—11 AM**

From a seated computer workstation, the client was administered the **Advanced Editing/Formatting from a Rough Draft Test,** editing a complicated business text with 29% accuracy.

At approximately 10:15 AM, she was noted to stand from a seated position and move about her workplace for approximately 5 minutes due to expressed mid-back discomfort.

**11 AM—12 PM**

Ms. Bertacchi-Freeman was then administered the **Computer Operator Aptitude Battery (COAB)**, a task that measures format checking, sequence recognition and logical problem-solving abilities. She was administered this paper and pencil test from a seated position, with an ergonomic chair and slant board. On the **COAB**, she was noted to require repeated instructions due to expressed problems with concentration. Ms. Bertacchi-Freeman scored in the low average range at the 34th percentile on this test of computer aptitudes. During this 60 minute test, Ms. Bertacchi-Freeman was noted to stand up and move about her workplace approximately every 15 minutes due to mid back discomfort.

At 11:30 AM, she was administered the **OPAC Proofreading 2 Test** from a seated computer workstation. When analyzing a business text for errors related to spelling, capitalization, grammar, number usage, and punctuation, etc., she answered 66% of the questions correctly.

**Lunch Break**

**1:00 PM—2 PM**

Ms. Bertacchi-Freeman was administered the **OPAC Typing Test** from a seated computer workstation. After approximately 3 minutes of warm-up exercises, she expressed increased upper back discomfort and indicated she did not want to perform a typing test due to her physical discomfort.

Before beginning additional testing, the client was noted to stand and move about her workplace for approximately 2 minutes before resuming testing activities.

The client was then administered an **SRA Forms Completion Test**, which involved completing a business form according to a format a written information. This test was administered from a seated position, with use of a slant board and an adjustable chair. She ranked average at the 60th percentile on this test.

At approximately 1:30 PM, Ms. Bertacchi-Freeman was administered the **Nelson-Denny Reading Test**, scoring at the 12.1 grade level. This task was administered from a seated position.

**2 PM—3 PM**

When asked about performing additional testing involving computer operations, Ms. Bertacchi-Freeman reported that she did not want to perform additional typing due to express back discomfort. Instead, she was administered the **Wide Range Achievement Test (WRAT), Level IV**, a mathematics test performed from a seated position. On this test she ranked at the 12.9 grade level, exhibiting an ability to perform basic addition, subtraction, multiplication and division functions, while demonstrating mistakes with the multiplication of fractions, writing decimals, and basic algebra.

At 2:30 PM, the client had an exit interview with this consultant, ultimately terminating the program as scheduled at 3 PM.

During the exit interview, Ms. Bertacchi-Freeman reported the following information:

Regarding her general physical tolerances, she felt physically and mentally fatigued from the two-day testing program. During task performance she often felt slow-paced when compared to her previous work performance as a pharmacist, especially when comprehending verbal instructions and typing.

Ms. Bertacchi-Freeman reported staying at a local hotel Wednesday night, and planned to do the same Thursday night, after the completion of the assessment. She made use of the hotel because she wanted to avoid driving long distances after the assessment due to physical and mental fatigue. She did not take medication during the assessment, only at night.

Regarding her adult living activities and home routine, she indicated that in the previous month, approximately 2-3 days per week, she had had physical difficulty getting out of bed, and even going to the bathroom. On such days, due to her poor condition and lack of sleep, she would remain in bed until approximately 1 PM. However, on other days, when she'd slept better and was feeling stable physically, she would be able to do occasional light activities in the community.

Presently, Ms. Bertacchi-Freeman doesn't feel capable of working full time due to the unpredictability of her physical tolerances from day-to-day. The possibility of performing sedentary employment did not seem feasible due to her level of physical discomfort when sitting and repetitively using her upper extremities. She felt her pain management problems, need for breaks, and use of pain medication, would make it difficult to maintain a regular work routine.

**Follow-Up Phone Contact:**

This consultant contacted Ms. Bertacchi-Freeman by phone on June 8, 2015. After the evaluation, she indicated that she had rested in her home setting on Saturday and Sunday. She noted that she saw her doctor on Friday, June 6, and that he would be sending her to physical therapy, and keeping her medication at the same levels.

## CONCLUSIONS

The results of the Job Simulation Assessment and Functional Capacity Evaluation indicate that Ms. Bertaachi-Freeman does not currently possess the physical tolerances to perform full-time gainful employment, and does not exhibit an ability to perform any occupation for which she would qualify based on her work background, education, or previous salary level.

Ms. Bertaachi-Freeman demonstrated a variety of significant physical limitations during the work simulation and functional capacity testing activities. First, she did not show an ability to maintain fixed work positions from sitting and standing positions due to lower extremity and back-related discomfort. For instance, she was noted to fluctuate from sitting positions approximately every 15-30 minutes, and from standing positions approximately every 10-15 minutes, due to expressed physical tolerance problems. During functional capacity testing, when performing repetitive typing on a computer, she was noted to express back discomfort and a need to terminate the task in less than 10 minutes. Additionally, she was noted to exhibit significant limitations in her cervical and lumbar active range of motion, and was significantly limited in her ability to perform repetitive reaching from a standing position. Her lifting and carrying capacities were limited to 6 pounds due to back and bilateral knee discomfort.

The client also displayed problems with mental stamina that would impact her work readiness. During work simulation activities, she was noted to exhibit problems with concentration and the comprehension of verbal instructions, due to reported physical fatigue and pain management problems. Also, her test scores do not correspond to an individual with a doctoral education and a long-standing work history as a pharmacist. Her average to below average rankings in language usage and verbal reasoning, logical problem-solving, proofreading, editing/formatting, and computer aptitudes, do not correlate to her educational and work background, and may be a reflection of pain management and poor mental stamina.

Currently, Ms. Bertaachi-Freeman does not demonstrate the physical tolerances to maintain a regular full-time workstation at any exertional level. Due to her combined back and bilateral knee discomfort, she would have difficulty performing Sedentary or Light occupations as defined by the Department of Labor. Specifically, her sitting, standing, repetitive upper extremity use, and lifting/carrying tolerances are not appropriate for occupations at those exertional levels.

When considering the client's ability to perform any occupation as defined by the LTD policy, it is important to note that any alternate occupations will likely require a high attention to detail and concentration, the ability to perform long-term sitting and standing, and the ability to perform accurate data analysis and repetitive computer operations involving typing. Unfortunately, at present, Ms. Bertaachi-Freeman is unable to perform these job requirements due to her physical and mental stamina limitations.

In conclusion, it is this consultant's opinion that were Ms. Bertaachi-Freeman to attempt full-time employment that correlates with her educational and work background, she would be unable to meet required performance and attendance standards due to her disability conditions.

MAXIMUS FEDERAL SERVICES, INC.
Independent Medical Review
P.O. Box 138009
Sacramento, CA 95813-8009
(855) 865-8873 Fax: (916) 605-4270

201509232000353
Rec'd MHAMJ JUN 0 8 2015

MAXIMUS Federal Services

# Independent Medical Review Final Determination Letter

Dated: 6/4/2015

513
BRIAN A DIXON ESQ
MASTAGNI HOLSTEDT APC
1912 I STREET
SACRAMENTO, CA 95814

| IMR Case Number: | CM15-0083897 | Date of Injury: | 10/05/2012 |
|---|---|---|---|
| Claim Number: | 301210282970001 | UR Denial Date: | 04/13/2015 |
| Priority: | STANDARD | Application Received: | 05/01/2015 |
| Employee Name: | GLORIA BERTACCHI FREEMAN | | |
| Provider Name: | LESLIE KIM MD | | |
| Treatment(s) in Dispute Listed on IMR Application: | | | |
| BILATERAL SERIES OF VISCO SUPPLEMENTATION INJECTIONS (ORTHOVISC X6; 1X3 FOR EACH KNEE) | | | |

DEAR BRIAN A DIXON ESQ,

MAXIMUS Federal Services has completed the Independent Medical Review ("IMR") of the above workers' compensation case. This letter provides you with the IMR Final Determination and explains how the determination was made.

Final Determination: UPHOLD. This means we decided that none of the disputed items/services are medically necessary and appropriate. A detailed explanation of the decision for each of the disputed items/services is provided later in this letter.

The determination of MAXIMUS Federal Services and its expert reviewer is deemed to be the Final Determination of the Administrative Director of the Division of Workers' Compensation. This determination is binding on all parties.

In certain limited circumstances, you can appeal the Final Determination. Appeals must be filed with the Workers' Compensation Appeals Board within 30 days from the date of this letter. For more information on appealing the final determination, please see California Labor Code Section 4610.6(h).

Sincerely,

Paul Manchester, MD, MPH
Medical Director

cc: Department of Industrial Relations, SEDGWICK CLAIMS MANAGEMENT SERVICES INC

## DOCUMENTS REVIEWED

The following relevant documents received from the interested parties and the documents provided with the application were reviewed and considered. These documents included:

- Application of Independent Medical Review
- Utilization Review Determination
- Medical Treatment Utilization Schedule (MTUS)
- Medical Records from:
  **Claims Administrator**

| Provider Name | Dates of Service From | Dates of Service To |
|---|---|---|
| Peninsula Orthopedic Associates | 02/06/2015 | 05/01/2015 |

## HOW THE IMR FINAL DETERMINATION WAS MADE

MAXIMUS Federal Services sent the complete case file to an expert reviewer. He/she has no affiliation with the employer, employee, providers or the claims administrator. He/she has been in active clinical practice for more than five years and is currently working at least 24 hours a week in active practice. The expert reviewer was selected based on his/her clinical experience, education, background, and expertise in the same or similar specialties that evaluate and/or treat the medical condition and disputed items/Service. He/she is familiar with governing laws and regulations, including the strength of evidence hierarchy that applies to Independent Medical Review determinations.

The Expert Reviewer has the following credentials:
State(s) of Licensure: California
Certification(s)/Specialty: Emergency Medicine

## CLINICAL CASE SUMMARY

The following clinical case summary was developed based on a review of the case file, including all medical records:

The injured worker is a 62-year-old female, who sustained an industrial injury on 10/5/2012. The mechanism of injury is unknown. The injured worker was diagnosed as having bilateral knee osteoarthritis. There is no record of a recent diagnostic study. Treatment to date has included physical therapy, steroid injections and medication management. In a progress note dated 3/20/2015, the injured worker complains of bilateral knee pain. The left knee pain was rated 7/10 and right knee was 2/10 and has been controlled with Lidoderm patches and Norco. The treating physician is requesting ultrasound guidance for knee injections.

## IMR DECISION(S) AND RATIONALE(S)

The Final Determination was based on decisions for the disputed items/services set forth below:

**1. Ultrasound guidance is not medically necessary and appropriate.**

The guidelines used by the Claims Administrator are not clearly stated in the UR determination.

The Expert Reviewer based his/her decision on the Non-MTUS Official Disability Guidelines, Knee & Leg (Acute & Chronic), Hyaluronic acid injections.

The Expert Reviewer's decision rationale:

The requested Ultrasound guidance is not medically necessary. CA MTUS is silent. Official Disability Guidelines, Knee & Leg (Acute & Chronic), Hyaluronic acid injections "Recommended as a possible option for severe osteoarthritis for patients who have not responded adequately to recommended conservative treatments (exercise, NSAIDs or acetaminophen), to potentially delay total knee replacement, but in recent quality studies the magnitude of improvement appears modest at best," and "Generally performed without fluoroscopic or ultrasound guidance." The injured worker has bilateral knee pain. The treating physician has documented bilateral knee osteoarthritis. The treating physician is requesting ultrasound guidance for knee injections. The treating physician has not documented the medical necessity for ultrasound guidance for these injections as an outlier to referenced guideline negative recommendations. The criteria noted above not having been met, Ultrasound guidance is not medically necessary.

## TREATMENTS NOT REVIEWED

**The following items/services were not reviewed:**

| Issue | Reason |
|---|---|
| Bilateral Series of Visco Supplementation Injections (Orthovisc X6 injections; 1 injection 3 times, for each Knee) | Authorized |

Disclaimer: MAXIMUS is providing an independent review service under contract with the California Department of Industrial Relations. MAXIMUS is not engaged in the practice of law or medicine. Decisions about the use or nonuse of health care services and treatments are the sole responsibility of the patient and the patient's physician. MAXIMUS is not liable for any consequences arising from these decisions.



THE
HARTFORD

## AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

**To:** Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

| Gloria Bertacchi-Freeman | REDACTED 1953 | 3990 |
|---|---|---|
| Insured's Name (*Please print* ) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer 's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

| [signature] | 1/14/15 | |
|---|---|---|
| Signature of Insured or Guardian | Date | Relationship to Insured (*if signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

BERTACCHI, GLORIA
DOB REDACTED 1953

From the Office of
Lawrence J Bass MD
916-739-1505

JUL 29 2014 4.00

**Gloria Bertacchi** **07/29/14**

Very fun lady, early 60s, infectious laugh. She has a past history of psoriasis, but now she has broken out in a poorly marginated erythematous scaly rash on the feet, beneath the breasts, under the arms. It looks more eczematous. She still has typical psoriasis plaques on the elbows. It is really giving her a lot of trouble right now. Kenalog 60 mg IM and TAC 0.1% cream, 1-lb generic bulk for b.i.d. use. I am going to check her back in about two weeks and see how she is doing. Full discussion.
LJB/smb

AUG 12 2014 3.50 CX

OCT 06 2014 11.00

**Gloria M. Bertacchi** **10/06/14**

Atopic dermatitis is doing well. Continue the topical steroid. We will check her again in three months. Warned her about exacerbation during the winter months.
LJB/smb

JAN 05 2015 410 NS
1/15/15 1st NS letter sent.

1-30-15 pt called saying she has rash, spreading up her neck & chest, gettin worse, scheduled her for 2-2-15 P.M

FEB 02 2015 4:30

**Gloria M. Bertacchi** **02/02/15**

Atopic dermatitis. He is having a flare in the wintertime extensively on the upper abdomen beneath the breasts and on the medial breasts and up onto the base of the neck over the upper chest. It is kind of a striking distribution, but exhaustive history reveals no contact sources, and she is not breaking out on any other parts of the body. It is very pruritic, and there is a lot of lichenification. I am going to switch her from TAC to Diprolene AF cream generic, 45 grams, four refills, b.i.d. use. Kenalog 60 mg IM. RV p.r.n./one month.
LJB/smb

APR 06 2015 910

**Gloria M. Bertacchi** **04/06/15**

She has atopic dermatitis that has improved after the shot and the topical care. She still has an area of lichen simplex chronicus at the base of the left anterior neck and extending around under the sides of the neck, but I cannot get a good history for contact dermatitis. I gave her 15 grams of Lidex ointment generic, four refills, for b.i.d. use, just in these troublesome areas. Full discussion. She is doing a good job with the other conservative measures.
LJB/smb

201305162000169 664

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:10/25/12

**Work Comp**

**Visit Information**

| | Provider | Department | Encounter # |
|---|---|---|---|
| 10/25/2012 2:30 PM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | 337542256 |

**Allergies as of 10/25/2012** Date Reviewed: 10/15/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies<br>1998-10-12 | 10/12/1998 | | |

**Immunizations as of 10/25/2012** Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

**Reason For Encounter History**

| User | Date & Time |
|---|---|
| Macahilas, Yoko (P.T.) | 10/25/2012 4:53 PM |

**Reason For Encounter**
PHYSICAL THERAPY

**Diagnoses**

Visit Diagnoses
PHYSICAL THERAPY VISIT - Primary
SPRAIN OR STRAIN OF CERVICAL SPINE
SPRAIN OR STRAIN OF LUMBAR REGION
SPRAIN/STRAIN, KNEE.

**Vitals**
(None)

**Flowsheet (all recorded)**

**No Flowsheet Template found**

**Encounter Information**

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 10/25/2012 2:30 PM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | ROSA |

**Clinician Notes**

**Progress Notes**

**Macahilas, Yoko (P.T.)** PHYSICAL THERAPIST 10/25/2012 4:55 PM Signed
PHYSICAL THERAPY LUMBAR EVALUATION

1/ 6 Visits
Date of Injury: 10/5/12

PLAN OF CARE – established on 10/25/2012
Referring Provider: Dr. Chong

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:10/25/12

**Progress Notes (continued)**

years ago for 2 months without any trauma. PT helped.

General Health: GERD

Smoker: No

Hobbies: Work out in gym with bike, TM, wts, swimming x2/week

Home Environment: married with no child/ren

Patient states the symptoms are improving at the knee, but ISQ with neck and back

---

OBJECTIVE:

Observation: sit to stand and gait WNL, standing without lateral shift, rounded back in sitting with FHP

Lumbar Range of Motion: Within Normal Limits except discomfort at end ranges

CROM: WNL except discomfort at end ROMs, esp with extension

Knee ROM: WNL, right

Neurological Exam: Sensory, motor and reflexes intact and symmetrical at UE's and LE's

Neural Tension Tests: Straight Leg Raise Negative Bilaterally and ULT negative bilaterally

Palpation:tightness in the bilateral lower thoracic and lumbar paraspinals with tender LS junction, tight also in the cranial base and CT junction as well as upper trap muscles; lateral and medial joint tender at right knee

Lumbar Passive Accessory Movements: Central P-A L5 Gr. IV- Pain=Resistance
Cervical Passive Accessory Movements: Left C1, right C2, Bilateral C7 decreased

Knee special tests: patella -negative, Ligaments - positive for MCL and LCL with pain to palpation, but not for instability, Meniscus - negative, patellar tendon - negative

Treatment:
Patient instructed in: Home exercise program: active Range of Motion for neck, LB, and right knee
Exercise Program to include SKTC, and abdominal sets for LB, scapular rolls and retraction for neck, and quad sets for Knee; Pelvic floor ex for bladder control
Acute symptom advice with use of heat or ice
Correct posture
Manual Therapy: Myofascial Release neck, upper back, lower thoracic and low back
======================================================
Physical Therapy Evaluation New for 40 minutes
Individual Instruction for 10 minutes
Myofascial Release for 10 minutes
Total time: 60 minutes

---

**Assessment:** lumbar strain, cervical strain, and knee strain/sprain

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:10/25/12

**Progress Notes (continued)**

**Plan:** See Plan of Care above.

In the event Gloria M Freeman elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if she is not seen for treatment within 30 days after last visit. For status at the time of discharge see the last Progress Note.

YOKO MACAHILAS, PT

Electronically signed by Macahilas, Yoko (P.T.) on 10/25/2012 4:55 PM

**Patient Secure Message**

No messages in this encounter

**Orders**

| | Ordered On |
|---|---|
| PHYS THER ASSES. EVAL NEW PT EXTENDED. | 10/25/2012 |
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MIN, EA VISIT, INDIVIDUALIZED INSTRUCTION. | 10/25/2012 |
| MYOFASCIAL RELEASE, SOFT TISSUE MOBILIZATION, ONE OR MORE REGIONS. | 10/25/2012 |

**All Meds and Administrations**

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| YOKO MACAHILAS | PHYSICAL THERAPIST | Oct 25, 2012 | 16:55:48 |

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:10/31/12

## Work Comp

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 10/31/2012 9:00 AM | MARIA PITTMAN PT | Ros-Ocpm >Main Campus | 339781035 |

### Allergies as of 10/31/2012

Date Reviewed: 10/15/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies<br>1998-10-12 | 10/12/1998 | | |

### Immunizations as of 10/31/2012

Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Pittman, Maria (P.T.) | 10/31/2012 9:14 AM |

Reason For Encounter
PHYSICAL THERAPY

**Diagnoses**

Visit Diagnoses
PHYSICAL THERAPY VISIT - Primary
SPRAIN OR STRAIN OF CERVICAL SPINE
SPRAIN OR STRAIN OF LUMBAR REGION
SPRAIN/STRAIN, KNEE.

### Vitals

(None)

### Flowsheet (all recorded)

**No Flowsheet Template found**

### Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 10/31/2012 9:00 AM | MARIA PITTMAN PT | Ros-Ocpm >Main Campus | ROSA |

### Clinician Notes

### Progress Notes

Pittman, Maria (P.T.) PHYSICAL THERAPIST 10/31/2012 10:03 AM Signed
PHYSICAL THERAPY PROGRESS NOTE
NUMBER OF VISIT:2/6
Date of Injury: 10/5/12

PLAN OF CARE – established on 10/25/2012
Referring Provider: Dr. Chong

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACTED 1953, Sex: F
Enc. Date:10/31/12

**Progress Notes (continued)**

Referring Diagnosis: right **KNEE JOINT PAIN** - Primary 719.46 **SPRAIN OR STRAIN OF central CERVICAL SPINE** 847.0 **SPRAIN OR STRAIN OF Central LUMBAR REGION** 847.2

Treatment Goals: In 12 weeks.

Patient is able to:
walk 60 minutes without an assistive device. (unmet)// walking 20 mins
bend frequent to perform functional activity(s) of director of pharmacy using good body mechanics.(unmet)// bending occasionally.
lift 30 lbs during simulated vocational task(s) with good body mechanics.(unmet)// not lifting weights.

Treatment to include:
Patient Education/Home Program
Manual Therapy techniques as needed
Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
Functional Activity training
Modalities as needed to address pain and inflammation
Gait training

Frequency and Duration of Treatment: 2 times per week for 12 weeks
===================================================
Occupation: pharmacy business for 30 years, current position since 7/1/12
Work Status: patient states not working due to lack of accommodation
Critical Job Demands: Bend , Squat , Lift/Carry , Stand , Walk and Sit

---

SUBJECTIVE:Feeling better with decreased pain. Able to tolerate more activities.

OBJECTIVE:
Cervical and trunk, both shoulder range of motions are WNL. Tightness is noted in bilateral cervical and lumbar paraspinals.
Individual instruction on proper body mechanics, postural correction, RSI pathology, self management, and self relaxation and home exercises with theratubing for trunk stabilization and knee strengthening.
Soft tissue mobilization to C/T, L/S paraspinals, and guided relaxation.
Electrical stimulation, unattended with Premod-TENS to bilateral C/T, L/S junction.

---

Individual Instruction for 15 minutes
Soft tissue Mobilization for 15 minutes
Electrical Stimulation Unattended for 20 minutes
Total timed: 50 minutes

---

ASSESSMENT:Patient presents with signs and symptoms that are consistent with cervical and lumbar strain. Progressing towards goals. Rehab potential is good.

PLAN:Continue as plan of care stated above. Check knee pain.

In the event Gloria M Freeman elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self-management status. Patient will be discharged from Occupational Health Physical Therapy services if no contact is made within 30 days after the last visit. For the status at the time of discharge, see the last Progress Note.

 20150921000760 669

20130516200169

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:10/31/12

**Progress Notes (continued)**

Electronically signed by Pittman, Maria (P.T.) on 10/31/2012 10:03 AM

**Patient Secure Message**

No messages in this encounter

## Orders

| | Ordered On |
|---|---|
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MIN, EA VISIT, INDIVIDUALIZED INSTRUCTION. | 10/31/2012 |
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MINUTES, EACH VISIT, SOFT TISSUE MOBILIZATION. | 10/31/2012 |
| ELEC STIM UNATTENDED, PHYSICAL THERAPY SERVICES | 10/31/2012 |

## All Meds and Administrations

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| MARIA PITTMAN | PHYSICAL THERAPIST | Oct 31, 2012 | 10:03:57 |

***PENINSULA ORTHOPEDIC ASSOCIATES, INC.***
*Stephen E. Conrad, M.D. - Alfredo F. Fernandez, M.D.*
*Victoria L. Barber, M.D. - A. Shabi Khan, M.D. - Philip J. Krueger, M.D.*
*Leslie H. Kim, M.D. - Eugene A. Baciocco, M.D., Inc.*

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650) 756-5630 - Fax (650) 756-0136

July 22, 2015

Ms. Jackie Ko
Sedgwick Claims Management
P.O. Box 14442
Lexington, KY 40512
Fax: (877) 922-7236

Brian A. Dixon, Esq.
Mastagni Holstedt, APC
Fax: (916) 447-4614

Lawrence Bohm, Esq.
Bohm Law Group
Fax: (916) 927-2046

**State of California**
**Division of Workers' Compensation**
**PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)**

REF: BERTACCHI-FREEMAN, Gloria
D.O.B.: REDACTED 1953
EMP: Cardinal Health
DOI: 07/11/2012
CLM: 301210282970001

Dear Ms. Ko, Mr. Dixon, and Mr. Bohm:

| | | |
|---|---|---|
| **Medical Records Review:** | **Yes ()** | **No (x)** |
| **MRI Review:** | **Yes ()** | **No (x)** |
| **Use of Certified Interpreter:** | **Yes ()** | **No (x)** |

1615

BERTACCHI-FREEMAN, Gloria
July 22, 2015
Page Two

## SUBJECTIVE COMPLAINTS

Ms. Bertacchi-Freeman has been attending physical therapy as prescribed. She has completed 5 of 8 scheduled and unauthorized treatments.

The patient indicates, however, that there has been no significant improvement. She continues to complain of right greater than left knee pain, as well as lower back pain with lower extremity numbness and tingling.

Currently, the patient is using Lidoderm patches and occasional Norco medication as needed for symptomatic relief. She indicates that there has been satisfactory pain control with the use of these medications.

In addition, the patient has been using a cane in her right hand for ambulation. The knee unloader brace has been authorized, but has not yet been fitted.

There has been no return to work or gainful employment, according to the patient. She has previously reported permanent and stationary disability.

## OBJECTIVE FINDINGS

Gait Analysis: The patient ambulates with a slight guarded gait. There is slight right antalgic pattern observe shortened stance phase. Symmetric knee flexion and extension are demonstrated during the gait cycle.

| Bilateral Knee Active Range of Motion: | Right/Left |
|---|---|
| Extension | 180/180 degrees |
| Flexion | 120/120 degrees |

Palpation: Right greater than left medial joint line tenderness.

Swelling: No gross knee joint effusion.



**DIAGNOSIS**

BILATERAL OSTEOARTHRITIS OF THE KNEES.

**TREATMENT PLAN**

The patient will continue conservative treatment as previously reported. She will be fitted with the functional knee brace and continue use of her prescribed medications as needed. She has been counselled regarding the use of Norco and will limit or wean off the medication if possible. While she is still using the medication, periodic physical followup and appropriate monitoring will be necessary.

**DISABILITY STATUS**

The patient has permanent and stationary disability, as previously reported.

**MEDICAL FOLLOWUP**

Ms. Bertacchi-Freeman will be scheduled for routine orthopaedic re-examination in two to three months.

In accordance with Labor Code 5703(a)(1), there has not been a violation of Labor Code 139.3, and the contents of this report are true and correct to the best of my knowledge. This statement is made under penalty of perjury.

Sincerely,

Leslie H. Kim, M.D.

LHK/ag/emz

PENINSULA ORTHOPEDIC ASSOCIATES, INC.
1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650)756-5630 - Fax (650)756-0136

677

# WORK STATUS REPORT

**Patient:** Gloria Bertacchi Freeman

DOI: 01/01/2014

Cigna Healthcare

Exam Date: 08/21/2015 Next Exam: 10/02/2015

- ☐ Return to full duty with no limitations/restrictions on: ____________________
- ☒ Return to work with modified duties (see restrictions below) on: 08/21/2015
- ☐ Unable to perform any work from ____________ to ____________

**WORK RESTRICTIONS/LIMITATIONS:** (X=no capacity, LC=limited capacity)

(LC) Lifting 10 pounds
(LC) Pushing 10 pounds.
(LC) Pulling 10 pounds.
(___) Reaching Overhead
(___) Standing
(LC) Climbing
(LC) Walking
( X) Kneeling
( X) Bending/Stooping/Squatting

**DIAGNOSIS:**

**SPECIAL COMMENTS:**

**Leslie H. Kim MD** Date: 08/21/2015

2015082100076?

# Peninsula Orthopedic Associates, Inc.

1850 Sullivan Avenue Suite 330
Daly City, CA 94015
Phone (650) 756-5630
Fax (650) 756-0136

678

Patient Name: Gloria Bertacchi Freeman

Address: 5135 Moss Lane
Granite Bay, CA 95746

DOB: REDACTED 1953

Prescription Date: 08/21/2015

LIDODERM 5 % (700 m ADH. PATCH
QTY: 30 REFILLS: 0
apply 1 patch by transdermal route every day (May wear up to 12hours.)

Generic Substitution Permissable

Instructions

NORCO 10 mg-325 TABLET
QTY: 60 REFILLS: 0
take 1 tablet by oral route every 4 - 6 hours as needed for pain

Generic Substitution Permissable

Instructions

- [ ] Stephen E. Conrad, M.D. Ca Lic.#C32475 DEA #AC8347533
- [ ] Alfredo F. Fernandez, M.D. Ca Lic.#G33550 DEA #AF2508440
- [ ] Victoria L. Barber, M.D. Ca Lic.#G72492 DEA #BB3178349
- [ ] Aman S. Khan, M.D. Ca Lic.#A60839 DEA #BK5118648
- [ ] Yung Chuan Chen, M.D. Ca Lic.#A54788 DEA #BC4686967
- [ ] Philip J. Krueger, M.D. Ca Lic. #A87975 DEA #BK7442394
- [x] Leslie H. Kim, M.D. Ca Lic.#G41605 DEA #AK9194565
- [ ] Kian Raiszadeh, M.D. Ca Lic. #A99221 DEA #FR0357815
- [ ] Rehan Khan, PA-C Ca Lic. #PA17347 DEA #MK1087697
- [ ] Danny C. Kay, PA-C Ca Lic. #PA19815 DEA #MK1840277
- [ ] Carol M. Marraccini-Otto, PA-C Ca Lic.# PA19627 DEA # MM1767548
- [ ] Megan G. Dickey, N.P. Ca Lic. #22227 DEA #MD2832132

Signature [signature] 8/21/15

Leslie H Kim, MD

-49 ☒50-74 ☐75-100 ☐101-150 ☐151 and over ☐ ______ units
☐3 ☐4 ☐5 ☐PRN

Description of Security Features on Reverse Side    Number of Drugs Prescribed

2015090210000760

679

Peninsula Orthopedic Associates, Inc.
1850 Sullivan Avenue, Suite 330
Daly City, CA 94015
Phone (650) 756-5630
Fax (650) 756-0136

Patient Name: Gloria Bertacchi Freeman

Address: 5135 Moss Lane
Granite Bay, CA 95746

DOB: 05/01/1953

Prescription Date: 07/22/2015

NORCO 10 mg-325 TABLET
QTY: 60 REFILLS: 0
take 1 tablet by oral route every 4 - 6 hours as needed for pain

Generic Substitution Permissable

Instructions

LIDODERM 5 % (700 m ADH. PATCH
QTY: 30 REFILLS: 0
apply 1 patch by transdermal route every day (May wear up to 12hours.)

Generic Substitution Permissable

Instructions

Sigature [signature] 7/22/15
Leslie H Kim, MD

- [ ] Stephen E. Conrad, M.D. Ca Lic. #C32475 DEA #AC8347533
- [ ] Alfredo F. Fernandez, M.D. Ca Lic. #G33550 DEA #AF2508440
- [ ] Victoria L. Barber, M.D. Ca Lic. #G72492 DEA #BB3178349
- [ ] Aman S. Khan, M.D. Ca Lic. #A60839 DEA #BK5118648
- [ ] Yung Chuan Chen, M.D. Ca Lic. #A54788 DEA #BC4686967
- [ ] Philip J. Krueger, M.D. Ca Lic. #A87975 DEA #BK7442394
- [x] Leslie H. Kim, M.D. Ca Lic. #G41605 DEA #AK9194565
- [ ] Kian Raiszadeh, M.D. Ca Lic. #A99221 DEA #FR0357815
- [ ] Rehan Khan, PA-C Ca Lic. #PA17347 DEA #MK1087697
- [ ] Danny C. Kay, PA-C Ca Lic. #PA19815 DEA #MK1840277
- [ ] Carol M. Marraccini-Otto, PA-C Ca Lic. # PA19627 DEA # MM1767548
- [ ] Megan G. Dickey, N.P. Ca Lic. #22227 DEA #MD2832132

Quanity: ☐ 1-24 ☐ 25-49 ☒ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 and over ☐ ______ units
Refill: ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ PRN

Description of Security Features on Reverse ...



20150902100076 0

PENINSULA ORTHOPEDIC ASSOCIATES, INC.
1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650)756-5630 - Fax (650)756-0136

# WORK STATUS REPORT

**Patient:** Gloria Bertacchi Freeman

DOI: 01/01/2014

Cigna Healthcare

Exam Date: 07/22/2015 Next Exam: 08/21/2015

- ☐ Return to full duty with no limitations/restrictions on: ____________________
- ☒ Return to work with modified duties (see restrictions below) on: 07/22/2015
- ☐ Unable to perform any work from ____________ to ____________

**WORK RESTRICTIONS/LIMITATIONS:** (X=no capacity, LC=limited capacity)

(LC) Lifting 10 pounds
(LC) Pushing 10 pounds.
(___) Pulling 10 pounds.
(___) Reaching Overhead

(___) Standing
(LC) Climbing
(LC) Walking
( X) Kneeling
( X) Bending/Stooping/Squatting

**DIAGNOSIS:**

**SPECIAL COMMENTS:**

---

Leslie H. Kim MD Date: 07/22/2015



April 10, 2015

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Policy Holder: Cardinal Health, Inc.
Claimant: Gloria Bertacchi-Freeman
Insured ID: 9004108017
Policy Number: 83120674

Dear Ms. Bertacchi-Freeman:

We are writing to you about your claim for Long Term Disability (LTD) benefits. These benefits are under the group insurance policy number 83120674 for Cardinal Health, Inc.

We have completed our review of your claim for benefits and have determined that the evidence submitted in support of your claim does not establish that you will meet the Policy definition of Disability beyond April 10, 2015. Accordingly, LTD benefits are not available under the Policy beyond April 10, 2015 and your claim will be closed as of April 11, 2015.

We based our decision to terminate your claim on Policy language. All the papers contained in your file were viewed as a whole. This included:

- The Eligibility information received from your Employer on October 31, 2012;
- Employee's Statement of the Application for Long Term Disability benefits completed by you and received on March 25, 2013;
- Attending Physician's Statement completed by Dr. Kim on November 19, 2014;
- Medical records from Dr. Kim for the period of June 24, 2014 through March 20, 2015;
- Independent Medical Review completed by Brett Fink, Board Certified Orthopedic Surgeon on March 23, 2015;
- Work and Education History form submitted by you on January 16, 2015;
- Employability Analysis Report completed by The Hartford's Rehabilitation Clinical Case Manager on April 3, 2015.

Our records indicate that on October 10, 2012, you ceased working as a Pharmacy Director for Cardinal Health, Inc. due to symptoms and impairments related to Knee and Back Pain. You were Disabled from Your Occupation on October 11, 2012 and became entitled to LTD benefit payments on April 11, 2013. Accordingly, pursuant to the Policy's definition of Disability, you are entitled to LTD benefits during the first 24 months of disability if your condition prevents you from performing the Essential Duties of Your Occupation. As of April 10, 2015, you will have received 24 months of LTD disability benefits. To remain eligible for benefits on and beyond April 11, 2015, you need to be

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

prevented by Disability from performing Any Occupation for which you are qualified by education, training, or experience.

On November 19, 2014 Dr. Kim completed an Attending Physician's Statement due to your Knee Osteoarthritis, Cervical and Lumbar conditions. He advised you are able to reach at waist or desk level and handle with both hands with no restrictions. He also advised you are occasionally able to lift, carry, push and pull up to 10 pounds, bend at the waist, and drive. He also advised you are able to sit, stand and walk up to 4 hours a day.

We referred your claim for an Independent Medical Review completed by Brett Fink, Board Certified Orthopedic Surgeon on March 23, 2015. He opined that you may lift, carry, push or pull up to 20 pounds occasionally and 10 pounds frequently. You can sit, stand or walk up to 6 hours each out of an 8 hour day. You can drive up to one hour without stopping; climb or balance occasionally; and stoop, kneel, crouch, crawl or reach rarely. You can reach at or below waist continuously; work above shoulder level occasionally; finger, handle and feel continuously. He reports you are capable of physically performing work within theses limitations up to 40 hours per week. Dr. Fink furter opined that you have reached maximum medical improvement.

We have concluded from the combination of all the medical information in your file that you are able to perform full time sedentary and light work.

To remain eligible for benefits, medical information must support that your condition prevents you from performing the Essential Duties of Any Occupation. When we investigated whether you could perform the duties of Any Occupation, we considered your prior education, training and experience. Our records indicate your past work experience includes working as a Director of Pharmacy, Director of Operations and a Clinical Pharmacist. Additionally, you indicated you completed your Pharmacy Diploma and have an MBA.

The following jobs were identified as appropriate job matches based upon skill transferability. Salaries for these occupations are above 65% of your Pre-Disability Earnings ($6933.33) as required by the definition of Any Occupation. These occupations are representative of the types of occupations you are qualified to perform based on your limitations. These occupations include:

- Community Services and Health Education Officer, National median wage $9,557.60 /month
- Program Manager, National median wage $9,557.60 / month
- Quality Assurance Coordinator, National median wage $ 10,311.60 /month

It is our determination that the weight of the medical evidence in your file does not support symptoms and impairments of such a severity as to prevent you from performing Any Occupation. Therefore, you will not meet the definition of Disability beyond April 10, 2015 and your claim will be closed as of April 11, 2015.

Your claim file reflects you are receiving Social Security Disability benefits ("SSD"). As we discussed with you, it is possible to qualify for SSD, but no longer continue to qualify for private Long-Term Disability (LTD) benefits from The Hartford. The standards governing these public

and private benefits are different in critical ways. In determining entitlement to SSD, the Social Security Administration (SSA) measures your condition against a unique set of federal criteria. By contrast, continued qualification for benefits under your private LTD policy depends in part on the consistent interpretation of the specific terms in that policy. Therefore, while The Hartford considers the SSA's disability determination as one piece of relevant evidence, the SSA's determination is not conclusive.

Please refer to page 8 of your Policy booklet, which states:

"***How do We define Disability?***
*Disability* or *Disabled* means that *You* satisfy the Occupation Qualifier or the Earnings Qualifier as defined below.

**Occupation Qualifier**
*Disability* means that during the *Elimination Period* and the following 24 months, *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:
1) continuously unable to perform the *Material and Substantial Duties* of *Your Regular Occupation*; and
2) not *Gainfully Employed.*

After the *LTD Monthly Benefit* has been payable for 24 months, *Disability* means that *Injury* or *Sickness* causes physical or mental impairment to such a degree of severity that *You* are:
1) continuously unable to engage in any occupation for which *You* are or become qualified by education, training or experience; and
2) not *Gainfully Employed.*

**Earnings Qualifier**
*You* may be considered *Disabled* during and after the *Elimination Period* in any month in which *You* are *GainfullyEmployed*, if an *Injury* or *Sickness* is causing physical or mental impairment to such a degree of severity that *You* are unable to earn more than 80% of *Your Monthly Earnings* in any occupation for which *You* are qualified by education, training or experience. On each anniversary of *Your Disability*, *We* will increase the *Monthly Earnings* by the lesser of the current annual percentage increase in *CPI-W*, or 10%.

*You* are not considered to be *Disabled* if *You* are able to earn more than 80% of *Your Monthly Earnings*. Salary, wages, partnership or proprietorship draw, commissions, bonuses, or similar pay, and any other income *You* receive or are entitled to receive will be included. Sick pay and salary continuance payments will not be included. Any lump sum payment will be prorated, based on the time over which it accrued or the period for which it was paid."

Please refer to page 19 of your LTD Policy booklet which states:

***inful Employment*** or ***Gainfully Employed*** means the performance of any occupation for ’s, remuneration or profit, for which *You* are qualified by education, training or experience on a



full-time or part-time basis, and which *We* approve and for which *We* reserve the right to modify approval in the future."

Please refer to page 7 of the Policy booklet, which states in part:

"...Benefits will end on the earliest of the following:
1) the date that benefits would terminate in accordance with the provisions of the Policy; or..."

The Employee Retirement Income Security Act of 1974 (ERISA) gives you the right to appeal our decision and receive a full and fair review. You are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim. If you do not agree with our denial, in whole or in part, and you wish to appeal our decision, you or your authorized representative must write to us within one hundred eighty (180) days from the receipt of this letter. Your appeal letter should be signed, dated and clearly state your position. Please include your printed or typed full name, Policyholder, and at least the last four digits of your Social Security Number with your appeal letter (i.e. xxx-xx-1234). Along with your appeal letter, you may submit written comments, documents, records and other information related to your claim.

Once we receive your appeal, we will again review your entire claim, including any information previously submitted and any additional information received with your appeal. Upon completion of this review, we will advise you of our determination. After your appeal, and if we again deny your claim, you then have the right to bring a civil action under Section 502(a) of ERISA.

Please send your appeal letter to:

The Hartford
P.O. Box 14087
Lexington, KY 40512-4087

The Illinois Department of Insurance requires that we advise you that if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 100 W. Randolph Street, Suite 9-301, Chicago, Illinois 60601 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767.

If you have any questions, please feel free to contact our office at (888) 445-0040, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday. Information may be faxed to (855) 339-7249.

Sincerely,
*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Report: E401773R
Office:
Date Of Report:04/27/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 04/27/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 59

597

nov: 4/9

APS:
dx. lt knee OA 715.16
2nd: lt knee chronsomalacia 717.7
SS: reducation of pain, knee and back pain, neck pain
bp 186/131, ht 5'1 wt 210
Pe: rom 0-120 with minimal discomfort with flexion, injection into knee given 4/9/2013
lov 4/9/2013 nov 6/17/2013
sx 12/13/2012 29881
R/L:
sit/stand/walk: 20 min aat, 4 hrs daily
occasionally: l/c up to 10 lbs, reach all levels
never: l/c over 10 lbs
finger/handle: n/a
signed 5/6/2013

6/17/13 Dr. Kim Response to AA Question:
Disagree that EE is currently able to perform Light Work on a full time basis. See MRI reports.

5/31/13 MRI of R knee shows normal alignment. Oblique horizontal tear. Small joint effusion.

6/5/13 MRI of lumbar spine shows evidence of possible prior bilateral laminectomy at L5-S1. Possible impingement of exiting R L5 nerve root. No other significant spinal canal stenosis. Severe bilateral facet arthropathy at L4-5, worse on the R.

MCCM review:
A: This file has been referred for a pending status and MCM to determine if the AP responses unable to perform in a light work setting is supported by MR.
DOD 10/11/2012, Bed eff date 4/11/2013.
EE?s own occ classified as level 2 Director of Pharmacy.
R/L: sitting 20 min at a time up to 4 hrs per day, standing 20 min at a time up to 4 hrs per day and walking 20 min at a time up to 4 hrs per day. AP notes that EE can occasionally lift up to 10 lbs, reach at all levels. No lifting over 10 lbs. Status unchanged. Duration of R/L is unknown.
AP responses from Dr. Kim on 6/17/2013, unable to perform light work. See MRI report.
The MRI report from 6/5/2013 confirms and supports inability to return to own light work setting from DOD and beyond.
The MRI reflects positive findings in lumbar spine to include broad based disc budge extending to the neural formina at the L4-L5 level. There is severe facet arthropathy with thickening up to 4mm. L5-S1 shows mild central disc protrustion, possible impingement of the exciting right L5 nerve root due to facet osteophyte.
In addition, the knee MRI reflects small joint effusion and confirms tear in the posterior horn of the medial meniscus. This objective finding along with the history of bilateral menicus tears with left knee surgery on 12/2012, supports inability to perform prolong sitting/standing/ and walking bouts. In addition the objective findings support the lift/carry up to 10 lbs. MCM notes any repetitive lift/carry over 10 lbs would increase pressure placed on both the lumbar spine and knee joints. Records show recent injection for knee condition.
MCM notes that the RL?s are close in reflecting full time light level of functionality. It is reasonable to allow additional time for ongoing treatment to improve functionality in both knee and lumbar condition. MCM recommends AA to request updated MR in 2-3 months(including therapy notes) and consider re referral to MCM if medical conditions appear

Bertacchi-Freeman/Hartford000600

Report: E401773R
Office:
Date Of Report:04/27/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 04/27/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 60

598

resolved, with no current medical treatment. Further surgical options may be considered in the future.

OCCUPATION: Title ? director of Pharmacy
JD: pharmacy director
Plan, organize and direct all functions of the hospital pharmacy services. Assure all legal and regulatory requirements are satisfied. Assure pharmacy services and activities are carried out to meet goals and standards of both Cardinal Health Healthcare, Inc.

PDA-
sit: 5hrs
stand: 2hrs
walk: 1hr
reaching: .01lbs, 5ft, freq: 5-10ft, occasionally
occa: balance, stoop, kneel, crouch, crawling
handling freq

OA:
SUMMARY
The essential duties of the EE's own job for the ER are similar to the occupation as it is found in the general workplace.
The corresponding physical demands as they are found in the general workplace fall within the light physical demand category.
Light work is exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently and/or a negligible amount of force constantly to move objects. Even though the weight lifted may only be a negligible amount, a job should be rated Light work when it requires walking or standing to a significant degree or when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls and/or when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible.

OIB: STD thru HIG; 401k ? not an offset; WC denied; UCD - started 10/11/2012 - wkly rate 541.00
EFT:
RPQ: not needed ? per cc no pensions are oib?s

THE LOOK BACK PERIOD: 03/31/2012-06/30/2012
THE TREATMENT FREE PERIOD: 12 MONTHS
CONTINUOUSLY INSURED PERIOD: 07/01/2012-06/30/2013

A: 59 y/o female oow for neck, back and knee pain which clmt adv was WR - WC was denied and no specific date of accute injury - clmt had sx on 12/13/2012 - 5/9/13 Dr. Kim APS notes that EE underwent L knee arthroscopy on 12/13/12. AP notes EE had injection to knee on 4/9/13. AP noted R/L: sitting 20 min at a time up to 4 hrs per day, standing 20 min at a time up to 4 hrs per day and walking 20 min at a time up to 4 hrs per day. AP notes that EE can occasionally lift up to 10 lbs, reach at all levels. No lifting over 10 lbs. Status unchanged. Duration of R/L is unknown.

Based on all MR info - cond is not pre ex as no treatment in LBP of 03/31/2012-06/30/2012

OA was completed on 6/3/13 which shows that the physical demands would include exerting up to 10 lbs occasionally and 10

2015621222229 598

Bertacchi-Freeman/Hartford000601

599

Report: E401773R
Office:
Date Of Report:04/27/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 04/27/2015
For business Role:

Page 61

Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

lbs frequently. Classified as light work in the general workplace. Using the light duty physical requirements identified by the OA, AA sent a question to Dr. Kim to verify if EE is capable of performing light work on a full time basis. AP response from 6/17/13 indicates EE is not capable of performing light duty work.

Feel that 5/9/13 R/L are very close to the physical requirements that were identified by OA. AP noted 10 lb lifting restriction and job in the NE requires lifting up to 20 lbs occasionally. AP noted EE can sit/stand/walk up to 4 hrs per day and job in the NE requires walking or standing a significant degree. Most recent test results have been received including MRI of R knee from 5/31/13 did not show any significant findings and 6/5/13 MRI of lumbar spine did shows significant findings at L5-S1 and L4-5. In order to determine if the medical evidence on file supports the stringent R/L from Dr. Kim, file was refered to MCCM

MCCM opines The MRI report from 6/5/2013 confirms and supports inability to return to own light work setting from DOD and beyond. The MRI reflects positive findings in lumbar spine to include broad based disc budge extending to the neural formina at the L4-L5 level. There is severe facet arthropathy with thickening up to 4mm. L5-S1 shows mild central disc protrustion, possible impingement of the exciting right L5 nerve root due to facet osteophyte.

In addition, the knee MRI reflects small joint effusion and confirms tear in the posterior horn of the medial meniscus. This objective finding along with the history of bilateral menicus tears with left knee\003surgery on 12/2012, supports inability to perform prolong sitting/standing/ and walking bouts. In addition the objective findings support the lift/carry up to 10 lbs. MCM notes any repetitive lift/carry over 10 lbs would increase pressure placed on both the lumbar spine and knee joints. Records show recent injection for knee condition.
MCM notes that the RL?s are close in reflecting full time light level of functionality. It is reasonable to allow additional time for ongoing treatment to improve functionality in both knee and lumbar condition. MCM recommends AA to request updated MR in 2-3 months(including therapy notes) and consider re referral to MCM if medical conditions appear resolved, with no current medical treatment. Further surgical options may be considered in the future.

Att AA recommends to Approve LTD as of 4/11/2013 going forward as claim is not pre ex and MCCM supports clmt would continue to be db through and beyond EP. Will request MR and therapy notes at first MS. clmt adv in PC 7/1/2013 that she has applied SSD -will send clmt request for ROA/POF and ssd brochure in app ltr

EFT: on file
RCCM: will send now
MU: first MS
Code: C - clmt terminated from job at ER but reasonable clmt is not perm db and should have ability to return to work

P: app ltd
ltr to clmt
AR 3/2014
TC: 4/11/2015

07/03/2013 10:42:38 a.m. ET Jamie Radloff MANAGER Minneapolis CLAIM MANAGEMENT

Regarding PX:
We do not have Kaiser Pharmacy records, however as we have Kaiser Facility records and there is no treatment for knee, back or neck pain at this facility, reasonable no prescriptions would have been filled in treatment for the Disabling conditions.

Bertacchi-Freeman/Hartford000602

Physical Therapy
Journal of the American Physical Therapy Association

**Normal Range of Motion of the Cervical Spine: An Initial Goniometric Study**

James W Youdas, Tom R Garrett, Vera J Suman, Connie L Bogard, Horace O Hallman and James R Carey

*PHYS THER.* 1992; 72:770-780.

The online version of this article, along with updated information and services, can be found online at: http://ptjournal.apta.org/content/72/11/770

**Collections** This article, along with others on similar topics, appears in the following collection(s):
Injuries and Conditions: Spine
Kinesiology/Biomechanics
Tests and Measurements

**e-Letters** To submit an e-Letter on this article, click here or click on "Submit a response" in the right-hand menu under "Responses" in the online version of this article.

**E-mail alerts** Sign up here to receive free e-mail alerts

Research Report

# Normal Range of Motion of the Cervical Spine: An Initial Goniometric Study

*The purposes of this study were (1) to determine normal values for cervical active range of motion (AROM) obtained with a "cervical-range-of-motion" (CROM) instrument on healthy subjects whose ages spanned 9 decades, (2) to determine whether age and gender affect six cervical AROMs, and (3) to examine the intratester and intertester reliability of measurements obtained. Measurements were made on 337 subjects (171 females and 166 males) whose ages ranged from 11 to 97 years. Measurements were taken by five physical therapists with 7 to 30 years of clinical and teaching experience. Among male and female subjects of the same age, females had a greater AROM than did males for all AROMs except neck flexion. Among both males and females, each of the six cervical AROMs decreased significantly with age. From two pilot studies separate from the acquisition of the normal database, we determined our intratester and intertester reliabilities for making neck AROM measurements with the CROM instrument. We concluded that AROM measurements on the cervical spine with the CROM instrument demonstrated good intratester and intertester reliability, because the intraclass correlation coefficients were generally greater than .80. [Youdas JW, Garrett TR, Suman VJ, et al. Normal range of motion of the cervical spine: an initial goniometric study. Phys Ther. 1992;72:770–780.]*

**James W Youdas**
**Tom R Garrett**
**Vera J Suman**
**Connie L Bogard**
**Horace O Hallman**
**James R Carey**

**Key Words:** *Cervical vertebrae, Kinesiology/biomechanics, Range of motion, Spine, Tests and measurements.*

Cervical spine active range of motion (AROM) has been studied in healthy subjects by numerous investigators (Tab. 1). Measurements of neck AROM can be obtained with various techniques, including the use of electrogoniometers,[1] bubble goniometers,[2,3] gravity goniometers,[4,5] protractors,[6,7] radiographs,[8,9] hydrogoniometers,[10] magnetic compasses,[1,8] and computerized tomography.[11] Most investigators[1–6,8,9] positioned their subjects in a standard sitting position, whereas a few investigators[5,10,11] measured cervical rotation with the subjects positioned supine. With the exception of Ferlic,[7] Lind et al,[8] and O'Driscoll and Tomenson,[10] investigators used small samples of subjects of the same sex or with narrow ranges of age.[2–5,9,11] Fur-

JW Youdas, PT, is Physical Therapist, Physical Therapy Program, Mayo School of Health-Related Sciences, and Assistant Professor of Physical Therapy, Mayo Medical School, 200 First St SW, Rochester, MN 55905. Address all correspondence to Mr Youdas at Mayo Clinic, 200 First St SW, Rochester, MN 55905 (USA).

TR Garrett, PT, is Physical Therapist, Physical Therapy Program, Mayo School of Health-Related Sciences, and Assistant Professor of Physical Therapy, Mayo Medical School.

VJ Suman, PhD, is Research Associate, Department of Health Sciences Research, Mayo Clinic and Mayo Foundation, Rochester, MN 55905.

CL Bogard, PT, is Physical Therapist, Physical Therapy Program, Mayo School of Health-Related Sciences, and Instructor in Physical Therapy, Mayo Medical School.

HO Hallman, PT, is Physical Therapist, Physical Therapy Program, Mayo School of Health-Related Sciences, and Assistant Professor of Physical Therapy, Mayo Medical School.

JR Carey, PhD, PT, is Senior Associate Consultant, Mayo School of Health-Related Sciences, and Assistant Professor of Physical Therapy, Mayo Medical School.

This research project was approved by the Mayo Institutional Review Board.

*This article was submitted July 10, 1991, and was accepted July 2, 1992.*

thermore, most of the investigators reported cervical AROM as excursions for a particular cardinal plane of motion,[1,4,7–11] rather than as individual values for neck flexion, extension, and left and right components of lateral flexion and rotation. There are no reports of values of cervical AROM for each of the six available motions (ie, neck flexion, extension, and left and right components of lateral flexion and rotation) for both female and male subjects across a broad range of ages.

Bubble[2,3,10] or gravity goniometers[4,5] can be used to obtain measurements of neck flexion, extension, and lateral rotation, whereas a magnetic compass[1,8] can be used to measure cervical rotation. The patient sits in a standard chair, and the measurement device is mounted to the patient's head.

Investigators[12] appear to have avoided using the full-circle, or universal, goniometer for measurements of neck AROM because of problems in identifying bony landmarks in the cervical spine. The cervical-range-of-motion (CROM) instrument* is a commercially available type of gravity goniometer. Intraclass correlation coefficients (ICC[1,1]) ranged from .84 to .95 for the reliability of measurements obtained with this device by the same physical therapist on patients with neck pain.[13] When different physical therapists measured AROM in the same subject, however, the ICCs ranged from .73 to .92.[13]

Only three of the studies summarized in Table 1 examined a large number of subjects of both sexes and across continuous age brackets.[7,8,10] Ferlic,[7] however, used a measurement technique that is uncommon to the clinical setting. He reported cervical AROMs as excursions for each of the cardinal planes, and he stated that neck AROM decreases with age. This inference, however, was based on visual comparisons of data from male and female subjects rather than on statistical analysis. Lind et al[8] used radiographs to obtain the excursions of neck AROM in the sagittal and frontal planes and a compass to obtain cervical AROM in the transverse plane. Their excursions of motion for the sagittal and frontal planes were low compared with the results of others (Tab. 1). They reported a statistically significant age effect for all cervical AROMs except neck flexion. Neither Ferlic[7] nor Lind et al,[8] however, reported an effect of gender on cervical AROM with age.

O'Driscoll and Tomenson[10] used a hydrogoniometer to measure cervical AROM in subjects whose ages spanned 8 decades; however, there were only 20 subjects (10 female, 10 male) within each decade of age, and the motions were recorded as excursions for each cardinal plane. They likewise reported a statistically significant difference between cervical AROM and both age and gender for all six motions. The results of these three studies[7,8,10] suggest that age has an effect on cervical AROM. Controversy, however, remains regarding an effect of gender. These studies did not provide clinicians with descriptive statistics for each of the six cervical AROMs as they are measured in the clinical setting.

Clinicians often use one of two sources for normal values of cervical AROM. These sources, however, lack important information. The American Academy of Orthopaedic Surgeons (AAOS)[14] provides average figures for the six components of cervical AROM. No information, however, is given about the age or gender of the subjects or about the size of the sample used to generate these "normal values." The AAOS publication does not provide information regarding the reliability of the measurements. Likewise, the American Medical Association's (AMA) *Guides to the Evaluation of Permanent Impairment*[15] describes a patient's amount of impairment, yet no sources are supplied regarding the normal values of cervical AROM or the sample and methods used to collect the data. Both the AAOS and the AMA publications imply that neither an age nor a gender effect is associated with cervical AROM. We believe rehabilitation personnel could benefit from a database for normal cervical AROM.

The purposes of this study were (1) to determine normal values of cervical AROM by using the CROM instrument on a large number of healthy volunteers whose ages spanned 9 decades, (2) to determine whether age and gender affect the six cervical AROMs, and (3) to examine the intratester and intertester reliability of measurements of cervical AROM obtained with the CROM device. Such age- and gender-normative information would help the physical therapist make informed judgments about a patient's physical impairment as well as a patient's response to therapy.

## Method

### *Subjects*

The subjects were 337 healthy volunteers (171 females and 166 males) ranging in age from 11 to 97 years. Tables 2 and 3 contain a breakdown of the subjects by age group and gender. Generally, there were 40 subjects (20 females and 20 males) in each of the nine age groups, except for the 90- to 97-year-old age group, which contained 14 subjects (8 females and 6 males). The subjects were recruited either through personal contact by one of the authors or via advertisements placed in weekly newsletters at local community centers. The subjects were all queried by one of the authors to confirm that they fulfilled all admission criteria. Criteria for admission into the study were (1) no current neck pain, (2) free from pain medications, (3) free from major illnesses, (4) no history of operation to the neck, (5) no previous physical therapy or chiropractic therapy to the neck, (6) no history of neck trauma that required medical care, (7) no nervous tics, (8) no shoulder pain, and (9) no

*Performance Attainment Associates, 958 Lydia Dr, Roseville, MN 55113.

603

**Table 1.** *Summary of Studies of Active Range of Motion (AROM) of the Neck in Healthy Subjects*

| Author | Method | Position | Subjects | | AROM (°) | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sagittal Plane | | | | | | Frontal Plane | | | | | | Transverse Plane | | | | | |
| | | | No. of Subjects | Age (y) | Flexion | | Extension | | Total | | Left | | Right | | Total | | Left | | Right | | Total | |
| | | | | | X̄ | SD | X̄ | SD | X̄ | SD | X̄ | SD | X̄ | SD | X̄ | SD | X̄ | SD | X̄ | SD | X̄ | SD |
| Ålund and Larsson[1] | Electrogoniometer compass | Sitting | 4 female, 6 male | 24–58 | | | | | 140 | 8 | | | | | 91 | 8 | | | | | 156 | 16 |
| Bennett et al[2] | Bubble goniometer | Sitting | 50 female | 18–24 | 54 | 8 | 93 | 12 | 148 | 12 | | | | | | | 75 | 4 | 76 | 3 | 151 | 6 |
| Kottke and Blanchard[6] | Hand-held goniometer | Sitting | 121 male | 15–19 | | | | | | | 76 | | 78 | | 154 | | 40 | | 43 | | 83 | |
| | | | | 20–24 | | | | | | | 76 | | 75 | | 151 | | 39 | | 43 | | 82 | |
| | | | | 25–29 | | | | | | | 72 | | 71 | | 143 | | 37 | | 41 | | 78 | |
| Buck et al[3] | Bubble goniometer | Sitting | 53 female, | 18–23 | 69 | 10 | 81 | 9 | | | | | | | | | 74 | 4 | 73 | 6 | | |
| | | | 47 male | | 66 | 8 | 73 | 9 | | | | | | | | | 74 | 4 | 72 | 5 | | |
| Defibaugh[4] | Gravity goniometer | Sitting | 30 male | 20–40 | 58 | 8 | 79 | 11 | | | 46 | 9 | 49 | 11 | | | 86 | 9 | 78 | 13 | | |
| Ferlic[7] | Protractor (football helmet with antennae casting shadows against illuminated grid) | Standing | 94 female, 105 male | 15–74 | | | | | 127 | 20 | | | | | 73 | 16 | | | | | 142 | 17 |
| Leighton[5] | Gravity goniometer | Supine and sitting | 100 male | 10 | | | | | 126 | 18 | | | | | 97 | 12 | | | | | 177 | 19 |
| | | | 50 male | 12 | | | | | 138 | 13 | | | | | 97 | 9 | | | | | 162 | 16 |
| | | | 100 male | 14 | | | | | 131 | 11 | | | | | 92 | 12 | | | | | 159 | 11 |
| | | | 50 male | 16 | | | | | 123 | 12 | | | | | 88 | 10 | | | | | 158 | 12 |
| | | | 100 male | 18 | | | | | 127 | 15 | | | | | 98 | 17 | | | | | 159 | 22 |
| Lind et al[8] | Radiographs and compass | Sitting | 35 female, | 12–79 | | | | | 76 | | | | | | 45 | | | | | | 145 | |
| | | | 35 male | | | | | | 68 | | | | | | 45 | | | | | | 139 | |
| Mimura et al[9] | Biplanar radiographs | Sitting | 20 male | 25–31 | | | | | | | | | | | | | | | | | 105 | |
| O'Driscoll and Tomenson[10] | Hydrogoniometer | Erect and supine | 80 female, | 0–80 | | | | | 104 | 3 | | | | | 186 | 4 | | | | | 132 | 3 |
| | | | 79 male | | | | | | 109 | 9 | | | | | 170 | 5 | | | | | 130 | 3 |
| Penning and Wilmink[11] | Computerized tomography | Supine | 16 female, 10 male | 20–26 | | | | | | | | | | | | | | | | | 144 | |

known diagnosis of cervical spondylosis or osteoporosis. In addition, pregnant females were not recruited for the study. Informed consent was obtained from all subjects.

### *Testers*

Measurements were made by five of the six authors, all full-time faculty members in the Physical Therapy Program, Mayo School of Health-Related Sciences, Rochester, Minn. The testers had 7 to 30 years ($\bar{X}$=18.2, SD=8.2) of clinical and teaching experience. Before the study began, we conducted a 30-minute training session using a written protocol that described the standardized techniques suggested by the unit's manufacturer for mounting the CROM device and positioning the subject (see "Procedure" section).

### *Instrumentation*

We used the CROM device (Fig. 1) to measure the six conventional movements of the cervical spine (ie, neck flexion, extension, and left and right components of lateral flexion and rotation). The dial meters were read by the testers in increments of 1 degree. Because the testers often simultaneously tested subjects in separate locations, we chose to use three CROM instruments to shorten the duration of the data-acquisition process. We attempted to use each of the three devices with equal frequency (33% of the time); however, this was not rigidly controlled.

Bertacchi-Freeman/Hartford000606

2015090210007 60

60 4

**Table 2.** *Descriptive Statistics for Active Range of Motion (AROM) of Neck Extension and Left and Right Lateral Flexion of the Neck*

| Age Group (y) | No. of Subjects | AROM (°) Extension | | | Left | | | Right | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | $\bar{X}$ | SD | Range | $\bar{X}$ | SD | Range | $\bar{X}$ | SD | Range |
| 11–19 | | | | | | | | | | |
| Male | 20 | 85.6 | 11.5 | 61–106 | 46.3 | 6.7 | 33–60 | 44.8 | 7.7 | 30–66 |
| Female | 20 | 84.0 | 14.9 | 56–110 | 46.6 | 7.3 | 35–60 | 48.9 | 7.1 | 35–62 |
| 20–29 | | | | | | | | | | |
| Male | 20 | 76.7 | 12.8 | 60–108 | 41.4 | 7.1 | 30–58 | 44.9 | 7.2 | 34–58 |
| Female | 22 | 85.6 | 10.6 | 65–111 | 42.8 | 4.6 | 34–56 | 46.2 | 6.7 | 30–56 |
| 30–39 | | | | | | | | | | |
| Male | 20 | 68.2 | 12.8 | 36–92 | 41.2 | 10.3 | 20–60 | 42.9 | 8.5 | 27–58 |
| Female | 21 | 78.0 | 13.8 | 52–102 | 43.6 | 7.9 | 30–60 | 46.5 | 8.4 | 32–62 |
| 40–49 | | | | | | | | | | |
| Male | 20 | 62.5 | 12.2 | 40–90 | 35.6 | 8.0 | 18–53 | 38.0 | 10.9 | 18–63 |
| Female | 22 | 77.5 | 13.2 | 45–102 | 40.8 | 9.3 | 20–58 | 42.5 | 9.2 | 30–65 |
| 50–59 | | | | | | | | | | |
| Male | 20 | 59.9 | 10.4 | 39–74 | 34.9 | 6.6 | 22–48 | 35.6 | 5.4 | 26–44 |
| Female | 20 | 65.3 | 16.0 | 30–98 | 35.1 | 6.0 | 18–42 | 37.3 | 6.8 | 20–50 |
| 60–69 | | | | | | | | | | |
| Male | 20 | 57.4 | 10.5 | 42–82 | 30.4 | 4.7 | 20–39 | 29.8 | 5.4 | 20–38 |
| Female | 20 | 65.2 | 13.3 | 44–90 | 34.4 | 8.1 | 22–50 | 32.7 | 9.6 | 12–49 |
| 70–79 | | | | | | | | | | |
| Male | 20 | 53.7 | 14.4 | 20–86 | 25.0 | 8.4 | 10–38 | 25.8 | 7.3 | 16–39 |
| Female | 20 | 54.8 | 10.2 | 34–70 | 26.9 | 6.7 | 16–40 | 27.7 | 7.3 | 19–50 |
| 80–89 | | | | | | | | | | |
| Male | 20 | 49.4 | 11.5 | 28–68 | 23.5 | 6.8 | 14–43 | 23.8 | 6.2 | 16–37 |
| Female | 18 | 50.3 | 14.5 | 20–72 | 22.6 | 7.1 | 10–40 | 26.3 | 5.7 | 16–38 |
| 90–97 | | | | | | | | | | |
| Male | 6 | 52.3 | 17.2 | 22–68 | 22.0 | 6.6 | 14–30 | 22.2 | 9.1 | 11–30 |
| Female | 8 | 54.5 | 18.1 | 20–74 | 26.6 | 8.1 | 12–38 | 22.6 | 7.2 | 12–32 |

To check the accuracy of the frontal- and sagittal-plane dial meters, we first attached the rotary table to a wall (Fig. 2, top). The CROM device was coupled to a metal cylinder projecting from the surface of the rotary table by locking the recessed edge of the dial meter over the cylinder's edge. Using a wheel, we could manually rotate the table through an arc of 90 degrees on a measurement scale marked in units of 0.5 degree. The table would allow the instrument to be read in one plane only, so we had to reposition the device for the other plane.

For the transverse plane, we mounted the table on a level, horizontal surface (Fig. 2, bottom). The compass was coupled to the cylinder, which was rotated through an arc of 90 degrees. Ten known angles were randomly selected for each of the nine dial meters. One investigator moved the table to an angle known only to himself; a different investigator read and recorded the angle from the CROM device's meter. The di[illegible] between the known angles and those obtained from the CROM device are summarized in Table 4 for each of the nine dial meters. For the sagittal-plane gravity meters, the median differences ranged from 0.5 to 2 degrees, whereas the median differences ranged from −1.5 to 0 degrees for the frontal-plane gravity meters. Median differences for the transverse-plane compasses ranged between 0 and 2 degrees. On the basis of these small differences, we found the CROM device to be accurate.

### Procedure

***Part 1.*** Before collecting normative data, the authors who were physical therapists conducted two pilot studies to investigate our intratester and intertester reliability for measurements of cervical AROM obtained by use of the CROM instrument. For intratester reliability, each of the five testers made repeated AROM measurements on 6 healthy subjects from a pool of 30 subjects (18 females and 12 males), whose ages ranged from 22 to 56 years ($\bar{X}$=27.2, SD=9.3). The ratios of male and female subjects varied among the testers. For intertester reliability, 20 different healthy volunteers (11 female and 9 male), whose ages ranged from 22 to 50 years ($\bar{X}$=33.0, SD=10.2), volunteered to serve as subjects. To decrease between-tester variability, we standardized placement of the CROM device according to the manufacturer's suggestions. The CROM device was mounted over the subject's nose bridge and ears and secured to the head by a Velcro®[†] strap (Fig. 1). Each subject sat in an aluminum-frame chair so that the thoracic spine maintained contact with the chair's backrest and the lumbosacral spine filled the gap between the seat and the backrest. The subject's feet were positioned flat on the floor, and the subject's arms rested freely at the side.

As instructed by the tester, each subject performed three repetitions of neck flexion, extension, and left and right components of lateral flexion

†Velcro USA Inc, 406 Brown Ave, Manchester, NH 03103.

Bertacchi-Freeman/Hartford000607

███

# 605

**Table 3.** *Descriptive Statistics for Active Range of Motion (AROM) of Left and Right Rotation of the Neck*

| Age Group (y) | No. of Subjects | AROM (°) Left | | | AROM (°) Right | | |
|---|---|---|---|---|---|---|---|
| | | X̄ | SD | Range | X̄ | SD | Range |
| 11–19 | | | | | | | |
| Male | 20 | 72.3 | 7.0 | 55–88 | 74.1 | 7.6 | 56–92 |
| Female | 20 | 70.5 | 9.8 | 50–88 | 74.9 | 9.8 | 52–94 |
| 20–29 | | | | | | | |
| Male | 20 | 69.2 | 7.0 | 52–83 | 69.6 | 6.0 | 59–80 |
| Female | 22 | 71.6 | 5.7 | 62–85 | 74.6 | 5.9 | 62–85 |
| 30–39 | | | | | | | |
| Male | 20 | 65.4 | 9.1 | 50–82 | 67.1 | 7.4 | 50–78 |
| Female | 21 | 65.9 | 8.1 | 52–84 | 71.7 | 5.7 | 60–78 |
| 40–49 | | | | | | | |
| Male | 20 | 62.0 | 7.6 | 44–74 | 64.6 | 9.6 | 45–78 |
| Female | 22 | 64.0 | 7.9 | 50–80 | 70.2 | 6.6 | 56–83 |
| 50–59 | | | | | | | |
| Male | 20 | 58.0 | 8.8 | 40–70 | 61.0 | 7.7 | 40–72 |
| Female | 20 | 62.8 | 8.4 | 40–74 | 61.2 | 8.6 | 42–75 |
| 60–69 | | | | | | | |
| Male | 20 | 56.6 | 6.7 | 40–66 | 53.6 | 7.4 | 37–63 |
| Female | 20 | 59.7 | 9.1 | 36–70 | 65.2 | 9.7 | 35–80 |
| 70–79 | | | | | | | |
| Male | 20 | 49.7 | 8.8 | 30–64 | 50.0 | 10.2 | 28–68 |
| Female | 20 | 50.1 | 7.9 | 39–61 | 53.4 | 8.8 | 30–68 |
| 80–89 | | | | | | | |
| Male | 20 | 46.8 | 9.2 | 31–70 | 46.4 | 8.2 | 28–63 |
| Female | 18 | 50.5 | 10.7 | 32–70 | 52.6 | 10.5 | 30–70 |
| 90–97 | | | | | | | |
| Male | 6 | 45.2 | 16.8 | 26–74 | 44.2 | 14.3 | 26–67 |
| Female | 8 | 53.5 | 7.5 | 46–70 | 51.8 | 8.7 | 45–72 |

and rotation in that order to increase compliance of the neck's soft tissues. This movement sequence was arbitrarily selected by the authors to ensure consistency when taking AROM measurements of cervical movements. The tester instructed each subject to move the head until the AROM was stopped by muscle tightness or pain or until a substitution movement occurred. The tester then measured the subject's cervical AROM in both directions within a cardinal plane using the CROM instrument. A recorder wrote down both starting and end points of the cervical AROM. Immediately after the first six measurements, the tester removed the CROM apparatus from the subject and then repositioned it on the subject. The subject repeated the same movements, providing two sets of six measurements.

We did not request the subjects to perform warm-ups in each direction to increase the compliance of the soft tissues of the neck because we believe this procedure is not routinely done in a clinical setting. To remain consistent with standard clinical practice, we recorded one measurement of each subject's available active neck flexion, extension, left lateral flexion, right lateral flexion, left rotation, and right rotation, in that order. The tester instructed each subject to move the head until the AROM was stopped by muscle tightness or pain or until a substitution movement occurred.

Each subject's six cervical AROM movements were measured independently by three testers using the same device within minutes of each other. To minimize bias, the testers did not observe one another when taking measurements. We used a random, unique triplet of testers for each subject, and the CROM device was repositioned by each of the testers.

**Part 2.** We collected the data from healthy subjects. After orienting each subject to the measurement procedure, the tester instructed the subject to sit in a chair according to the position described in part 1 and to remove any jewelry or clothing that might obstruct neck AROM. The end point of AROM for each of the movements was operationally defined as the point at which the subject's AROM was limited by muscle tightness or pain or a substitution movement. Cervical flexion and extension were recorded from dial meter B (Fig. 1). The tester demonstrated the correct performance of neck flexion with chin tuck and of neck extension with chin elevation. Before the movement, the tester manually positioned the subject's head so the gravity pointer was at zero. The tester then verbally instructed the subject to "tuck your chin and bend your head forward as far as possible until you feel tightness or pain. Do not bring your shoulders away from the chair's backrest." The tester recorded the amount of neck flexion. The tester instructed the subject to return to the neutral position, and the subject's neck was again positioned so that dial meter B was at zero. The tester verbally instructed the subject to "lift your chin and bend your head backward as far as possible until you feel tightness or pain. Please avoid putting extra pressure against the backrest with your shoulders." The range of neck extension was recorded.

Left and right lateral flexion were recorded from dial meter A (Fig. 1). First, the tester demonstrated the

Bertaccini-Freeman/Hartford000608

**Figure 1.** *Cervical-range-of-motion (CROM) instrument with magnetic yoke. Dial meters A and B are gravity goniometers that indicate cervical motion in the sagittal and frontal planes, respectively. Dial C is a compass that operates in conjunction with the shoulder-mounted magnetic yoke to indicate motion in the transverse plane. (Reprinted from Youdas et al[13] by permission of the American Physical Therapy Association.)*

correct movement sequence to the subject. Next, the tester established a neutral position by manually positioning the subject's head until the gravity pointer was at zero. The tester verbally cued the subject to "tilt your head as far as you can toward your left shoulder until you feel tightness or pain. Please avoid lifting your right shoulder." The tester recorded the amount of left lateral flexion, ensuring that the subject did not turn the head or raise the shoulder. The subject was then instructed to return to the neutral position. The same procedure was repeated for right lateral flexion.

Cervical rotation was recorded with dial meter C (Fig. 1) and the shoulder-mounted magnetic yoke. The subjects were instructed to keep their shoulders against the chair's backrest and to turn only the head. The tester established the position of neutral rotation by manually positioning the subject's head so that all three dial meters were at zero. The tester instructed the subject to "turn your head to the left as far as you can until you feel tightness or pain. Please avoid removing your shoulders from the chair's backrest." With the head in the rotated position, the tester manually adjusted the subject's head in the sagittal and frontal planes so that corresponding gravity dial meters were at zero, and the amount of rotation then was recorded from the magnetic needle. The tester then instructed the subject to return actively to the neutral starting position, and the same procedure was performed to the right.

### Data Analysis

**Part 1.** Intraclass correlation coefficients (1,1)[16] were used to assess intratester reliability for each physical therapist when the CROM device was used to obtain measurements for each of the six cervical AROMs. The ICC[16] was not calculated by combining the information for each therapist because this would have ignored multiple appearances of a subject in the data set as well as measurement differences among therapists.

The Pearson Product-Moment Correlation Coefficient was not calculated. It is inappropriate for measuring strength of agreement between two methods of measurement because it is a measure of the linear association between two variables and it ignores systematic bias. Two measures can be strongly associated linearly but have poor agreement.[17]

Intraclass correlation coefficients (1,1)[16] were calculated to express the intertester reliability of the measurements. We calculated ICCs for between-tester reliability by comparing the measurements made by each triplet of testers (20 triplets of measurements were taken for each motion).

No universally acceptable levels have been adopted for ICCs for the purpose of describing the reliability of measurements. We used a previously reported scheme for defining the amount of reliability based on ICC values: .90 to .99, high reliability; .80 to .89, good reliability; .70 to .79, fair reliability; and .69 and below, poor reliability.[18]

**Part 2.** Means and standard deviations were calculated for each of the six cervical AROMs, categorized by the subjects' age groups and gender. Multiple linear-regression modeling techniques[19] were used to assess the effects of age (as a continuous variable) and gender (as an indicator variable for the male subjects) and their interaction in explaining the variation in cervical AROM. For each motion, the linear model containing age and gender and their interaction was fit to the data. Residual plots were constructed to assess whether the assumptions of normality and constant variance of the error terms held. Because the assumptions were met, the significance of the interaction term's contribution to explaining the variation in the data was assessed using an $F$ test. If there was no evidence to conclude the interaction term made a significant contribution, then an $F$ test was used to assess whether age or gender could also be dropped from the linear model. Residuals from the final model were examined to assess whether the model assumptions held. Estimates of the coefficients and their standard errors were determined, and 95% Bonferroni confidence intervals were constructed. The estimated regression lines were drawn.

### Results

#### Part 1

The ICCs of the differences for each therapist over the six cervical AROMs are presented in Table 5. The ICCs for the testers ranged from .23 to .88 (median=.76) for flexion, .89 to .96 (median=.94) for extension, .67 to .90 (median=.86) for left lateral flexion, .60 to .94 (median=.85) for right lateral flexion, .81 to .95 (median=.84) for left rotation, and .58 to .99 (median=.80) for right rotation.

607

**Figure 2.** *Procedures for testing the accuracy of the cervical-range-of-motion (CROM) instrument.* Top: *Sagittal- and frontal-plane dial meters. A rotary table (A) was rigidly fixed to a wall. The CROM device (B) was coupled to a metal cylinder (C) that projected horizontally from the surface of the rotary table by locking the recessed edge of either dial meter over the cylinder's edge. Only one of the dial meters could be tested at a given time. A wheel (D) was used to rotate the table manually in an arc of 90 degrees on a measurement scale marked in units of 0.5 degree. Ten known angles were randomly selected for each dial meter. One author moved the table to an angle known only to himself; a different investigator read and recorded the angle from the dial meter of the CROM device.* Bottom: *Transverse-plane dial meter. The rotary table (A) was placed on a table and leveled. The compass (B) was coupled to the metal cylinder (C) that projected vertically from the surface of the rotary table. The shoulder-mounted magnetic yoke (D) maintained the proper orientation of the compass. A wheel (E) was used to rotate the table manually through an arc of 90 degrees. Ten known angles were randomly selected for each compass. One author moved the table to an angle known only to himself; a different investigator read and recorded the angle from the compass.*

The between-tester ICCs for the six cervical AROMs are shown in Table 6. With the exception of left rotation, the ICCs were greater than .80.

### Part 2

Descriptive data for each motion based on gender and age are presented in Tables 2, 3, and 7. The results of the model fitting procedures are shown in Table 8. The fitted regression line for each movement indicates a loss of AROM with age (negative coefficient of the age variable [$B_1$]) for both male and female subjects. The fitted regression line for each cervical AROM, except for flexion, indicates that among females and males of a given age, females have more AROM (negative coefficient of the gender variable [$B_2$]).

For both male and female subjects, the motions extension, left and right lateral flexion, and left and right rotation are significantly associated with age. The number of degrees of motion lost per year does not differ for male or female subjects, but female subjects start with a higher degree of AROM, which they maintain throughout life. Neck flexion was found to be significantly associated with age, but the rate of loss per year and the number of degrees of AROM at a given age were not found to differ for male and female subjects. That is, for male and female subjects of the same age, the AROM of neck flexion was estimated to be the same, whereas the AROM of extension was estimated to be 5 degrees less for the male subjects. The AROM of left lateral flexion was estimated to be 2 degrees less for the male subjects than for the female subjects, and the AROM of right lateral flexion was estimated to be about 3 degrees less for the male subjects than for the female subjects. The AROM of left rotation was estimated to be a little more than 2 degrees less for male subjects than for female subjects, whereas the AROM of right rotation was estimated to be more than 4 degrees less for male subjects than for female subjects. For each of the dependent variables, the estimated linear regression lines were

Bertacchi-Freeman/Hartford000610

608

**Table 4.** *Summary of Differences Between a Known Angle on the Rotary Table and the Measurement of that Angle Obtained with the Cervical-Range-of-Motion (CROM) Instrument*[a]

| CROM Unit | Difference in Angles (°) | | | | | |
|---|---|---|---|---|---|---|
| | Sagittal-Plane Gravity Meter | | Frontal-Plane Gravity Meter | | Transverse-Plane Compass | |
| | Median | Range | Median | Range | Median | Range |
| 1 | 1 | 0–3 | 0 | −4–4 | 0 | 0–2 |
| 2 | 0.5 | −2–2 | −1.5 | −2–2 | 2 | 0–2 |
| 3 | 2 | 0–3 | 0 | −2–0 | 0 | −2–2 |

[a]Ten known angles were randomly selected for each of the nine dial meters (three on each unit).

drawn showing the relationship between cervical AROM and age for both female subjects (Fig. 3) and male subjects (Fig. 4).

## Discussion

### Part 1

The median ICCs (1,1)[16] demonstrated that intratester reliability was fair for neck flexion (ICC=.76); high for neck extension (ICC=.94); and good for neck left lateral flexion (ICC=.86), right lateral flexion (ICC=.85), left rotation (ICC=.84), and right rotation (ICC=.80).

Intertester reliability for AROM measurements was high for neck extension (ICC=.90) and good for neck flexion (ICC=.83), left and right lateral flexion (ICC=.89 and .87, respectively), and right rotation (ICC=.82). Left rotation showed poor reliability (ICC=.66). These results may be explained by low between-subject variability. The ICC is a ratio resulting from comparing the adjusted between-subject variability ("true" variance) with between-subject variability combined with appropriate error terms (total variance).[16] For left rotation, the between-subject variability term was particularly small, reflecting equivalent neck AROM among the 20 healthy volunteers. The same situation occurred for tester 3 when measuring neck flexion, for tester 2 when measuring right lateral flexion and rotation, and for tester 5 when measuring left lateral flexion. Equivalent measurements among subjects can cause low reliability coefficients, even if individual measurements are consistent, which is an inherent limitation of the ICC.[20]

### Part 2

A statistically significant linear relationship exists between each of the six cervical AROMs and the age of a healthy subject. This finding has been reported by others who also studied large numbers of healthy subjects and used goniometric measurement procedures.[7,10] Lind et al[8] reported an age effect for all cervical AROMs except neck flexion. They, however, obtained sagittal- and frontal-plane measurements using radiographic techniques. With the exception of neck flexion, our data indicate a significant relationship between cervical AROMs and the gender of the subject. A similar finding was reported by O'Driscoll and Tomenson.[10] Because age and gender have been found to be related to five of the six cervical AROM measurements, we believe it is misleading to use one value[14,15] to represent cervical AROM for both genders and across all ages.

The estimated regression coefficient $B_1$ shown in Table 8 is useful for predicting the loss of cervical AROM for each 1-year increase in age. For example, the estimated regression coefficient $B_1$ for neck extension was −0.5, which indicates that an individual is estimated to lose about 0.5 degree of neck extension per year or about 5 degrees per decade. Using radiographic techniques, Lind et al[8] also reported a loss of 5 degrees of neck extension per decade. Generally, we found that the five other neck AROMs indicate a decrease of about

**Table 5.** *Intratester Reliability for Measurements of Active Range of Motion of the Neck Obtained with the Cervical-Range-of-Motion (CROM) Instrument*

| Motion | Physical Therapist No. | ICC (1,1)[a] |
|---|---|---|
| Flexion | 1 | .64 |
| | 2 | .76 |
| | 3 | .23 |
| | 4 | .88 |
| | 5 | .84 |
| Extension | 1 | .96 |
| | 2 | .89 |
| | 3 | .96 |
| | 4 | .94 |
| | 5 | .93 |
| Left lateral flexion | 1 | .77 |
| | 2 | 87 |
| | 3 | .90 |
| | 4 | .86 |
| | 5 | .67 |
| Right lateral flexion | 1 | .75 |
| | 2 | .60 |
| | 3 | .94 |
| | 4 | .88 |
| | 5 | .85 |
| Left rotation | 1 | .83 |
| | 2 | .84 |
| | 3 | 92 |
| | 4 | .95 |
| | 5 | .81 |
| Right rotation | 1 | 80 |
| | 2 | .58 |
| | 3 | .99 |
| | 4 | .82 |
| | 5 | .71 |

[a]Intraclass correlation coefficient (ICC[1,1]) estimates the reliability of a single measurement made by the physical therapist for each of the six cervical motions.

Bertacchi-Freeman/Hartford000611

609

**Table 6.** *Intraclass Correlation Coefficients (ICC[1,1]) for Intertester Reliability of Measurements of Active Range of Motion of the Neck*

| Motion | ICC[a] |
|---|---|
| Flexion | .83 |
| Extension | .90 |
| Left lateral flexion | .89 |
| Right lateral flexion | .87 |
| Left rotation | .66 |
| Right rotation | .82 |

[a]Calculated by comparing the measurements of each triplet of testers; the sample size always was 20.

3 degrees per decade. Lind et al reported a loss of about 1.5 degrees per decade for neck flexion. We were unable to compare our data with those of other investigators regarding the loss of AROM per decade because others reported estimates of the change in the excursions of cervical lateral flexion and rotation given a 1-year change in age, whereas our data contain estimates of the change in both the left and the right components of lateral flexion and rotation for male and female subjects given a 1-year change in age.

The influence of gender ($B_2$) on cervical AROM is shown in Table 8. For example, $B_2$ for extension was estimated to be −5.1 degrees. Thus, for male and female subjects of the same age, male subjects were estimated to have 5 fewer degrees of extension AROM. On the basis of our data, we would expect no gender effect for flexion AROM, whereas for male and female subjects of the same age, we would expect female subjects to have between 2 and 4 degrees more AROM for lateral flexion and rotation. O'Driscoll and Tomenson[10] previously reported a gender effect; nevertheless, they did not supply values of $B_1$ and $B_2$ for the specific motions of cervical AROM.

Our data (Figs. 3 and 4) indicate that for both genders, cervical extension has the most AROM, followed in descending order by right rotation, left rotation, flexion, right lateral flexion, and left lateral flexion. In contrast, the AMA publication[15] reports that cervical rotation has the largest available AROM, followed in descending order by neck extension, flexion, and both components of lateral flexion. The AAOS publication[14] likewise predicts that cervical rotation will have the most AROM, whereas the remaining four AROMs will have the same values. Additionally, the linear regression lines (Figs. 3 and 4) for both lateral flexion and rotation indicate small differences in AROM between left and right components for both genders.

**Table 7.** *Descriptive Statistics for Active Range of Motion of Flexion*

| Age Group (y) | No. of Subjects | Flexion (°) $\bar{X}$ | SD | Range |
|---|---|---|---|---|
| 11–19 | 40 | 64.0 | 8.6 | 48–83 |
| 20–29 | 42 | 54.3 | 8.8 | 42–68 |
| 30–39 | 41 | 47.3 | 9.5 | 30–68 |
| 40–49 | 42 | 49.5 | 11.4 | 28–72 |
| 50–59 | 40 | 45.5 | 9.1 | 30–70 |
| 60–69 | 40 | 41.0 | 8.4 | 29–68 |
| 70–79 | 40 | 39.2 | 8.8 | 24–60 |
| 80–89 | 38 | 40.4 | 8.7 | 20–54 |
| 90–97 | 14 | 36.4 | 9.8 | 18–50 |

**Table 8.** *Regression Coefficients for Active Range of Motion of the Cervical Spine*

| Motion | Estimate | 95% Bonferroni Confidence Interval |
|---|---|---|
| Flexion[a] | | |
| $A_0$ | 62.9 | 60.3, 65.6 |
| $A_1$ | −0.3 | −0.4, −0.3 |
| Extension[b] | | |
| $B_0$ | 92.9 | 88.7, 97.1 |
| $B_1$ | −0.5 | −0.5, −0.4 |
| $B_2$ | −5.1 | −8.4, −1.7 |
| Left lateral flexion[b] | | |
| $B_0$ | 52.5 | 50.1, 54.9 |
| $B_1$ | −0.3 | −0.4, −0.3 |
| $B_2$ | −2.0 | −3.9, −0.1 |
| Right lateral flexion[b] | | |
| $B_0$ | 55.4 | 52.9, 57.9 |
| $B_1$ | −0.3 | −0.4, −0.3 |
| $B_2$ | −2.7 | −4.7, −0.7 |
| Left rotation[b] | | |
| $B_0$ | 78.5 | 75.7, 81.2 |
| $B_1$ | −0.3 | −0.4, −0.3 |
| $B_2$ | −2.2 | −4.4, 0.0 |
| Right rotation[b] | | |
| $B_0$ | 83.7 | 81.0, 86.4 |
| $B_1$ | −0.4 | −0.4, −0.3 |
| $B_2$ | −4.4 | −6.6, −2.3 |

[a]$\hat{Y}=A_0+A_1$ age.

[b]$\hat{Y}=B_0+B_1$ age$+B_2$ gender. The gender variable is 1 if male and 0 if female. $B_0+B_2$ is the estimate of the y-intercept for the male subjects' regression line. $B_0$ is the estimate of the y-intercept for the female subjects' regression line. $B_1$ is the estimate of the slope for both the female and male subjects' regression lines.

Regarding rotation AROM, our data indicate that females and males demonstrate a few degrees' difference between right and left sides from ages 10 to 30 years, but this difference gradually diminishes with aging. According to our data for lateral flexion, AROMs in females become symmetrical with aging, whereas males have more symmetry between right and left sides during their younger years.

Bertacchi-Freeman/Hartford000612



**Figure 3.** *Estimated linear regression lines showing the relationship between cervical active range of motion (AROM) and age for female subjects for each of the six neck movements.*

Because this study examined cervical AROM of healthy subjects with a goniometric device, we were unable to measure intersegmental displacements between cervical vertebrae. Such information, obtained with radiographic techniques, has been reported previously.[21] Likewise, we were unable to measure the coupled motions between cervical vertebrae. The neck AROMs reported in this study were obtained with the CROM device, and clinicians therefore must be careful when comparing our results with those obtained with different measurement devices. Interdevice (parallel-forms) reliability is poor when repeated measurements of cervical AROM are made with the CROM device and the universal goniometer.[13]

**Figure 4.** *Estimated linear regression lines showing the relationship between cervical active range of motion (AROM) and age for male subjects for each of the six neck movements.*

## Conclusions

From data in part 1 on healthy subjects who participated in the pilot studies, we conclude that repeated AROM measurements on the cervical spine of a subject made by the same or different physical therapists with the CROM device generally have good to high reliability. From data in part 2 on 337 healthy subjects, whose ages ranged from 11 to 97 years, we conclude that each of the five cervical AROMs—extension, left and right lateral flexion, and left and right rotation—have a significant relationship with age and gender. For these AROMs and among males and females of the same age, we conclude that females have more AROM than do males. Moreover, from a practical standpoint, with each 10-year change in age, we believe that both females and males will lose approximately 5 degrees of neck extension AROM and approximately 3 degrees of AROM for each of the four other movements. Regarding neck extension AROM, we would expect that because of aging, a healthy 60-year-old person would have about 20 fewer degrees of cervical AROM than would a healthy 20-year-old person of the same gender. We therefore urge clinicians to avoid using previously reported singular values as estimates of normal cervical AROM for both genders and across all ages.

## References

1 Ålund M, Larsson S-E. Three-dimensional analysis of neck motion: a clinical method. *Spine.* 1990;15:87–91.

2 Bennett JG, Bergmanis LE, Carpenter JK, Skowlund HV. Range of motion of the neck. *J Amer Phys Ther Assoc.* 1963;43:45–47.

3 Buck CA, Dameron FB, Dow MJ, Skowlund HV. Study of normal range of motion in the

Bertacchi-Freeman/Hartford000613

611

neck utilizing a bubble goniometer. *Arch Phys Med Rehabil.* 1959;40:390–392.

4 Defibaugh JJ. Measurement of head motion, part II: an experimental study of head motion in adult males. *Phys Ther.* 1964;44:163–168.

5 Leighton JR. Flexibility characteristics of males ten to eighteen years of age. *Arch Phys Med Rehabil.* 1956;37:494–499.

6 Kottke FJ, Blanchard RS. A study of degenerative changes of the cervical spine in relation to age. *Bull Univ Minn Hosp.* 1953;24:470–479.

7 Ferlic D. The range of motion of the "normal" cervical spine. *Bull Johns Hopkins Hosp.* 1962;110:59–65.

8 Lind B, Sihlbom H, Nordwall A, Malchau H. Normal range of motion of the cervical spine. *Arch Phys Med Rehabil.* 1989;70:692–695.

9 Mimura M, Moriya H, Watanabe T, et al. Three-dimensional motion analysis of the cervical spine with special reference to the axial rotation. *Spine.* 1989;14:1135–1139.

10 O'Driscoll SL, Tomenson J. The cervical spine. *Clin Rheum Dis.* 1982;8:617–630.

11 Penning L, Wilmink JT. Rotation of the cervical spine: a CT study in normal subjects. *Spine.* 1987;12:732–738.

12 Cole TM, Tobis JS. Measurement of musculoskeletal function: goniometry. In: Kottke FJ, Stillwell GK, Lehman JF, eds. *Krusen's Handbook of Physical Medicine and Rehabilitation.* 3rd ed. Philadelphia, Pa: WB Saunders Co; 1982:19–33.

13 Youdas JW, Carey JR, Garrett TR. Reliability of measurements of cervical range of motion: comparison of three methods. *Phys Ther.* 1991;71:98–104.

14 American Academy of Orthopaedic Surgeons. *Joint Motion: Method of Measuring and Recording.* Chicago, Ill: American Academy of Orthopaedic Surgeons; 1965.

15 Engelberg AL, ed. *Guides to the Evaluation of Permanent Impairment.* 3rd ed. Chicago, Ill: American Medical Association; 1988:71–94.

16 Shrout PE, Fleiss JL. Intraclass correlations: uses in assessing rater reliability. *Psychol Bull.* 1979;86:420–428.

17 Bland JM, Altman DG. Statistical methods for assessing agreement between two methods of clinical measurement. *Lancet.* 1986;1:307–310.

18 Myers CR, Blesh TE. *Measurement in Physical Education.* New York, NY: The Ronald Press Co; 1962:63.

19 Neter J, Wasserman W, Kutner MH. *Applied Linear Statistical Models: Regression, Analysis of Variance, and Experimental Designs.* 2nd ed. Homewood, Ill: Richard D Irwin; 1985: chaps 2–8.

20 Lahey MA, Downey RG, Saal FE. Intraclass correlations: there's more there than meets the eye. *Psychol Bull.* 1983;93:586–595.

21 Lysell E. Motion in the cervical spine: an experimental study on autopsy specimens. *Acta Orthop Scand Suppl.* 1969;123:1–61.

## Call for Reviewers

*Physical Therapy* is currently seeking qualified individuals to serve as manuscript reviewers. Reviewers should have:

- Extensive experience in area(s) of content expertise
- Experience as authors of articles published in peer-reviewed journals

Familiarity with peer review is essential.

If you are interested in becoming a reviewer for the Journal, please send a cover letter and a copy of your curriculum vitae to:

Editor
*Physical Therapy*
1111 North Fairfax Street
Alexandria, VA 22314-1488

Interested in becoming involved, but not sure you have the time to review manuscripts? The Journal is also looking for article abstracters and book/software/videotape reviewers. Send us a letter expressing your interest and stating your general areas of expertise, along with a copy of your curriculum vitae. We look forward to hearing from you.

Bertacchi-Freeman/Hartford000614



615

345                WORKERS' COMPENSATION & INSURANCE                Sec. 4610.6

designation of an agent executed prior to the utilization review decision shall not be valid. The requesting physician may join with or otherwise assist the employee in seeking an independent medical review, and may advocate on behalf of the employee.

(k)  The administrative director or his or her designee shall expeditiously review requests and immediately notify the employee and the employer in writing as to whether the request for an independent medical review has been approved, in whole or in part, and, if not approved, the reasons therefor. If there appears to be any medical necessity issue, the dispute shall be resolved pursuant to an independent medical review, except that, unless the employee agrees that the case is eligible for independent medical review, a request for independent medical review shall be deferred if at the time of a utilization review decision the employer is also ████ing liability for the treatment for any reason besides medical necessity.

(l)  Upon notice from the administrative director that an independent review organization has been assigned, the employer shall provide to the independent medical review organization all of the following documents within 10 days of notice of assignment:

(1)  A copy of all of the employee's medical records in the possession of the employer or under the control of the employer relevant to each of the following:

(A)  The employee's current medical condition.

(B)  The medical treatment being provided by the employer.

(C)  The disputed medical treatment requested by the employee.

(2)  A copy of all information provided to the employee by the employer concerning employer and provider decisions regarding the disputed treatment.

(3)  A copy of any materials the employee or the employee's provider submitted to the employer in support of the employee's request for the disputed treatment.

(4)  A copy of any other relevant documents or information used by the employer or its utilization review organization in determining whether the disputed treatment should have been provided, and any statements by the employer or its utilization review organization explaining the reasons for the decision to deny, modify, or delay the recommended treatment on the basis of medical necessity. The employer shall concurrently provide a copy of the documents required by this paragraph to the employee and the requesting physician, except that documents previously provided to the employee or physician need not be provided again if a list of those documents is provided.

(m)  Any newly developed or discovered relevant medical records in the possession of the employer after the initial documents are provided to the independent medical review organization shall be forwarded immediately to the independent medical review organization. The employer shall concurrently provide a copy of medical records required by this subdivision to the employee or the employee's treating physician, unless the offer of medical records is declined or otherwise prohibited by law. The confidentiality of medical records shall be maintained pursuant to applicable state and federal laws.

(n)  If there is an imminent and serious threat to the health of the employee, as specified in subdivision (c) of Section 1374.33 of the Health and Safety Code, all necessary information and documents required by subdivision (l) shall be delivered to the independent medical review organization within 24 hours of approval of the request for review.

(o)  The employer shall promptly issue a notification to the employee, after submitting all of the required material to the independent medical review organization, that lists documents submitted and includes copies of material not previously provided to the employee or the employee's designee. **Leg.H.** 2012 ch. 363 (SB 863) §45, 2013 ch. 287 (SB 375) §5.

**§4610.5.**  2013 Deletes. [1] (o) [2] plan

**2012 Note:** For legislative findings, declarations, and applicability of Stats. 2012 ch. 363, see 2012 Notes following Lab C §62.5.

**Ref.:** Hanna §§ 5.02[2][c], [d], 5.07[10][d], 22.05[6][b][iii], [iv]; Herlick Handbook §§ 4.04[5], 4.09[6], [7], 4.10[1], [2], 4.14[3], 4.16[2], 4.18[1], 10.02[3], [4], 10.08[1].

**§4610.6.**  **Independent medical review organization to conduct review of utilization review decision; procedure upon final determination of review.**

(a)  Upon receipt of a case pursuant to Section 4610.5, an independent medical review organization shall conduct the review in accordance with this article and any regulations or

Bertacchi-Freeman/Hartford000615

Case 2:15-cv-02596-TLN-AC   Document 18-2   Filed 04/03/17   Page 503 of 953

orders of the administrative director. The organization's review shall be limited to an examination of the medical necessity of the disputed medical treatment.

(b) Upon receipt of information and documents related to a case, the medical reviewer or reviewers selected to conduct the review by the independent medical review organization shall promptly review all pertinent medical records of the employee, provider reports, and any other information submitted to the organization or requested from any of the parties to the dispute by the reviewers. If the reviewers request information from any of the parties, a copy of the request and the response shall be provided to all of the parties. The reviewer or reviewers shall also review relevant information related to the criteria set forth in subdivision (c).

(c) Following its review, the reviewer or reviewers shall determine whether the disputed health care service was medically necessary based on the specific medical needs of the employee and the standards of medical necessity as defined in subdivision (c) of Section 4610.5.

(d) The organization shall complete its review and make its determination in writing, and in layperson's terms to the maximum extent practicable, within 30 days of the receipt of the request for review and supporting documentation, or within less time as prescribed by the administrative director. If the disputed medical treatment has not been provided and the employee's provider or the administrative director certifies in writing that an imminent and serious threat to the health of the employee may exist, including, but not limited to, serious pain, the potential loss of life, limb, or major bodily function, or the immediate and serious deterioration of the health of the employee, the analyses and determinations of the reviewers shall be expedited and rendered within three days of the receipt of the information. Subject to the approval of the administrative director, the deadlines for analyses and determinations involving both regular and expedited reviews may be extended for up to three days in extraordinary circumstances or for good cause.

(e) The medical professionals' analyses and determinations shall state whether the disputed health care service is medically necessary. Each analysis shall cite the employee's medical condition, the relevant documents in the record, and the relevant findings associated with the provisions of subdivision (c) to support the determination. If more than one medical professional reviews the case, the recommendation of the majority shall prevail. If the medical professionals reviewing the case are evenly split as to whether the disputed health care service should be provided, the decision shall be in favor of providing the service.

(f) The independent medical review organization shall provide the administrative director, the employer, the employee, and the employee's provider with the analyses and determinations of the medical professionals reviewing the case, and a description of the qualifications of the medical professionals. The independent medical review organization shall keep the names of the reviewers confidential in all communications with entities or individuals outside the independent medical review organization. If more than one medical professional reviewed the case and the result was differing determinations, the independent medical review organization shall provide each of the separate reviewer's analyses and determinations.

(g) The determination of the independent medical review organization shall be deemed to be the determination of the administrative director and shall be binding on all parties.

(h) A determination of the administrative director pursuant to this section may be reviewed only by a verified appeal from the medical review determination of the administrative director, filed with the appeals board for hearing pursuant to Chapter 3 (commencing with Section 5500) of Part 4 and served on all interested parties within 30 days of the date of mailing of the determination to the aggrieved employee or the aggrieved employer. The determination of the administrative director shall be presumed to be correct and shall be set aside only upon proof by clear and convincing evidence of one or more of the following grounds for appeal:

(1) The administrative director acted without or in excess of the administrative director's powers.

(2) The determination of the administrative director was procured by fraud.

(3) The independent medical reviewer was subject to a material conflict of interest that is in violation of Section 139.5.

(4) The determination was the result of bias on the basis of race, national origin, ethnic group identification, religion, age, sex, sexual orientation, color, or disability.

617

(5) The determination was the result of a plainly erroneous express or implied finding of fact, provided that the mistake of fact is a matter of ordinary knowledge based on the information submitted for review pursuant to Section 4610.5 and not a matter that is subject to expert opinion.

(i) If the determination of the administrative director is reversed, the dispute shall be remanded to the administrative director to submit the dispute to independent medical review by a different independent review organization. In the event that a different independent medical review organization is not available after remand, the administrative director shall submit the dispute to the original medical review organization for review by a different reviewer in the organization. In no event shall a workers' compensation administrative law judge, the appeals board, or any higher court make a determination of medical necessity contrary to the determination of the independent medical review organization.

(j) Upon receiving the determination of the administrative director that a disputed health care service is medically necessary, the employer shall promptly implement the decision as provided by this section unless the employer has also disputed liability for any reason besides medical necessity. In the case of reimbursement for services already rendered, the employer shall reimburse the provider or employee, whichever applies, within 20 days, subject to resolution of any remaining issue of the amount of payment pursuant to Sections 4603.2 to 4603.6, inclusive. In the case of services not yet rendered, the employer shall authorize the services within five working days of receipt of the written determination from the independent medical review organization, or sooner if appropriate for the nature of the employee's medical condition, and shall inform the employee and provider of the authorization.

(k) Failure to pay for services already provided or to authorize services not yet rendered within the time prescribed by subdivision (*l*) is a violation of this section and, in addition to any other fines, penalties, and other remedies available to the administrative director, the employer shall be subject to an administrative penalty in an amount determined pursuant to regulations to be adopted by the administrative director, not to exceed five thousand dollars ($5,000) for each day the decision is not implemented. The administrative penalties shall be paid to the Workers' Compensation Administration Revolving Fund.

(*l*) The costs of independent medical review and the administration of the independent medical review system shall be borne by employers through a fee system established by the administrative director. After considering any relevant information on program costs, the administrative director shall establish a reasonable, per-case reimbursement schedule to pay the costs of independent medical review organization reviews and the cost of administering the independent medical review system, which may vary depending on the type of medical condition under review and on other relevant factors.

(m) The administrative director may publish the results of independent medical review determinations after removing individually identifiable information.

(n) If any provision of this section, or the application thereof to any person or circumstances, is held invalid, the remainder of the section, and the application of its provisions to other persons or circumstances, shall not be affected thereby. **Leg.H.** 2012 ch. 363 (SB 863) §46.

**2012 Note:** For legislative findings, declarations, and applicability of Stats. 2012 ch. 363, see 2012 Notes following Lab C §62.5.

**Ref.:** Hanna §§ 5.02[2][c], [d], 5.07[10][d], 22.05[6][b][iv]; Herlick Handbook §§ 4.10[2], 10.02[3], [4], 10.08[1].

### §4611. Rights and obligations of health care provider contract governed by underlying contract between provider and contracting agent upon contracting agent's sale, lease, or transfer of contract to payor.

(a) When a contracting agent sells, leases, or transfers a health provider's contract to a payor, the rights and obligations of the provider shall be governed by the underlying contract between the health care provider and the contracting agent.

(b) For purposes of this section, the following terms have the following meanings:

(1) "Contracting agent" has the meaning set forth in paragraph (2) of subdivision (d) of Section 4609.

(2) "Payor" has the meaning set forth in paragraph (3) of subdivision (d) of Section 4609. **Leg.H.** 2003 ch. 203 (AB 175), 2004 ch.

**Gloria Bertacchi-Freeman**
**5135 Moss Lane**
**Granite Bay, CA. 95746**
**916 390 1845**
**deltadoctor@yahoo.com**

**Plaintiff**

# APPEAL OF THE DENIAL OF LONG TERM DISABILITY BENEFITS

In RE

Gloria Bertacchi Freeman

Name of Insurance Company:
Hartford Life and Accident Company

Claimant: Gloria Bertacchi-Freeman.

Policy Holder: Cardinal Health, Inc

DOB: REDACTED 53

Insured ID: 9004108017

Policy Number: 83120674

Social Security Number xxx-xx-3990

CLAIMANT: GLORIA M BERTACCHI
DDS CASE NUMBER: 1394963
DEA: SWBYRD

308

5. Which of the following can the patient do?

| | Unlimited | Frequently (1/3 to 2/3 of workday) | Occasionally (Up to 1/3 of workday) | Never |
|---|---|---|---|---|
| CLIMB | | | | ✓ |
| BALANCE | | | ✓ | |
| STOOP *(bending spine at waist)* | | | ✓ | |
| KNEEL | | | | ✓ |
| CROUCH *(bending legs and spine)* | | | | ✓ |
| CRAWL | | | | ✓ |

CITE SUPPORTING MEDICAL FINDINGS: See MRI Reports

Complete item 6 below **ONLY** if your patient has upper extremity impairment(s).

6. Which of the following can the patient do?

| | | Constantly (more than 2/3 of workday) | Frequently (1/3 to 2/3 of workday) | Occasionally (Up to 1/3 of workday) | Never |
|---|---|---|---|---|---|
| REACH *(extend hands & arms in any direction)* | Right | | | ✓ | |
| | Left | | | ✓ | |
| HANDLE *(grasp, torque)* | Right | | | ✓ | |
| | Left | | | ✓ | |
| FINGER *(keyboarding, picking, pinching)* | Right | | | ✓ | |
| | Left | | | ✓ | |
| FEEL *(with fingertips)* | Right | | | ✓ | |
| | Left | | | ✓ | |

CITE SUPPORTING MEDICAL FINDINGS: See MRI Reports

7. Are there environmental restrictions caused by the patient's impairment(s)?

| | | | | | |
|---|---|---|---|---|---|
| Heights | ☑ YES | ☐ NO | Chemicals | ☑ YES | ☐ NO |
| Moving Machinery | ☑ YES | ☐ NO | Dust | ☑ YES | ☐ NO |
| Temperature Extremes | ☐ YES | ☑ NO | Other | ☐ YES | ☐ NO |

CITE SUPPORTING MEDICAL FINDINGS: See MRI Reports

8. Date Patient Last Seen: 6/17/13 9. Prognosis: ____

[signature] 650-991-9400 6/17/13
Signature/Title/Specialty Telephone No. Date

Leslie H. Kim, MD
Please Print or Type Name

MSC 229 (12/12)
Page 2 of 2

30

From: Leslie Kim, MD
901 Campus Drive Suite 111
Daly City, CA. 94015
FAX 650 991 2650

RE Policy Holder: Cardinal Health, Inc
Re: Gloria Bertacchi-Freeman
Insured ID 9004108017
Policy Number: 83120674

June 17, 2013

Attachment to Request Regarding Patient Assessment for Long Term Disability For Functionality of Gloria Bertacchi-Freeman for Light Work Duty

The following diagnostic tests/assessment/procedures have been performed:

1) MRIs were completed on the patient in May 2013 for both the Lumbar Spine and the Right Knee.
2) Injection/Ultrasound of Left Knee in April 9 2013
3) Bone Density Test completed in 2013.
4) Surgery was performed on the right knee in December 2012.
5) Evaluation of Patient at Each Appointment through today

All of the aforementioned tests, assessments and evaluations conclude that the patient is unable to perform light work on a full time basis due to the patient's inability to walk or stand for continuous significant periods of time, to continuously exert force of up to 20 pounds 1/3 of the time, her inability to sit in one position for long periods of time(over 20 minutes per hour) as noted on her previous assessment form, and her inability to constantly push or pull materials at a production rate pace.

In addition as noted on evaluation of Functional Capabilities for the Patient that I sent you previously the patient cannot lift/carry 1 to 10 pounds frequently(only occasionally) as required for light duty. The patient is unable to lift/carry up to 20 pounds as noted on the Functional Capability Assessment of the patient as sent to you previously.

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY Edmund G. Brown Jr., Governor

**DEPARTMENT OF SOCIAL SERVICES**
S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845
FAX: 1-866-767-6349

S62/R08/SWBYRD

June 3, 2013

SACRAMENTO RADIOLOGY MEDICAL
GROUP/MEDICAL RECS
6660 COYLE AVE
STE 200
CARMICHAEL CA 95608

# This Bar Code Page is the Return Cover Sheet for Records.

**Important:** This bar code page must be the **top page** of your response. Invoices must be placed directly behind this page as the second page submitted. All other documents, including invoices, must be placed **behind** this page. *If you are sending records for more than one individual, you may fax or mail them at the same time, as long as each individual's bar code page is sequenced as the first page of that individual's records.

## FAX Records Toll Free to 1-866-767-6349.

**or**

**You can upload electronic records if you are registered on the Electronic Records Express Secured Website. For info - www.socialsecurity.gov/ere**

**or**

**If mailing, this page must be on top of your records. Slide this page into the return window envelope with this address showing.**

S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845

**Save Time and Money! Receive Faster Payments for Records! Fax or Scan your records. Both methods are HIPAA compliant and preferred for security, speed, and efficiency.**

RQID:D139496300552142SR08____ SITE:S62 DR:S
SSN:********* DOCTYPE:0001 RF:D CS:44be
Claimant: GLORIA M BERTACCHI
SSN: ***-**-3990 DOB:REDACTED 1953

MEF IH1 (12/12)



311

Mercy Imaging Centers
A service of Dignity Health Medical Foundation
Administration Office:
3291 Ramos Circle
Sacramento, CA 95827
916.363-4040 *phone*
916.853-4726 *fax*

Date: 9/12/13

To: Department of Social Services

RE Patient: GIORGIO BERTACCHI

DDS Case Number: 13949(63

---

Attn: Accounts Payable

Please be advised there is a fee of $15.00 for research and copying of each patient's records.

Your prompt remittance is appreciated. If you have any questions feel free to call me at (916) 363-4040 ext 257.

Sincerely,

Julie Walter
Custodian of MIC Records

WARNING: This fax / email and any files transmitted with it are confidential and are intended for the exclusive use of the addressee. If you are not the original recipient, be advised that any use, dissemination, forwarding, printing or copying of this communication is strictly prohibited.

Any PHI (Personal Health Information) contained in this fax / email is HIGHLY CONFIDENTIAL. It is to be used only to aid in providing specific healthcare services to the patient. Any other use is a violation of Federal Law (HIPAA) and will be reported as such.

If you received this transmission in error, please notify the sender immediately by telephone and return the entire transmission to us at the above address via U.S. Postal Service.

 312

Mercy Imaging Centers
A Service of Dignity Health Medical Foundation

ADMINISTRATION OFFICE
3291 Ramos Circle
Sacramento, CA 95827

| TO: MR BYRD | |
|---|---|
| Company: | Department of Social Service |
| Department: | LEGAL RECORD REQUEST |
| FAX PHONE: | 866-767-6349 |
| # OF PAGES: | Including Cover Sheet: |

| FROM: | JULIE WALTER |
|---|---|
| Title: | CUSTODIAN OF RECORDS |
| Date: | 6/12/13 |
| Email | Julie.Walter003@DignityHealth.org |
| Phone: | 916-363-4040 ext. 257 |
| Fax#: | 916.853.4726 |

RE: GLORIA BERTOCCHI DDS FILE NO: 1394963

Please see attached paperwork:

LETTER OF NAME CHANGE

AFFIDAVIT FOR CERTIFICATION OF RECORDS

LETTER FROM DSS

6/5/13 MR LUMBAR SPINE WO CONTRAST

5/31/13 MR KNEE RT WO CONTRAST

**IF IMAGES ARE NEEDED FOR THE REPORTS PROVIDE, PLEASE SEND A $ 50.00 CHECK AND THIS PAGE BACK, IMAGES WILL BE COPIED TO A CD.

Thank you

WARNING: This fax / email and any files transmitted with it are confidential and are intended for the exclusive use of the addressee. If you are not the original recipient, be advised that any use, dissemination, forwarding, printing, or copying of this communication is strictly prohibited. Any PHI (Personal Health Information) contained in this FAX is HIGHLY CONFIDENTIAL. It is to be used only to aid in providing specific healthcare services to the patient. Any other use is a violation of Federal Law (HIPAA) and will be reported as such. You have received this transmission in error, please notify the sender immediately by telephone and return this entire transmission to us at the above address via U.S. Postal Service.

Thank you.

 313

Mercy Imaging Centers.
A Service of Dignity Health Medical Foundation

To: Department of Social Service

ATTN: MR BYRO / ROB

To Whom It May Concern;

This letter is to inform you that in June 2007 Sacramento Radiology Medical Group were bought by Catholic Healthcare West (CHW). From that collaboration Mercy Imaging Centers (MIC) and Mercy Radiology Group (MRG) was created.

Then as of July 1, 2012, CHW Medical Foundation change its name to Dignity Health Medical Foundation (DHMF), but MIC and MRG have kept its collaboration with DHMF.

In the future, please have the correct name on your request or the request will be returned. We appreciate your prompt attention in the matter and hope you inform your co workers regarding this matter. If you have any questions, feel free to contact me at 916 363-4040 ext 257.

Thank you

Julie Walter
Custodian of MIC Imaging Records
3291 Ramos Circle
Sacramento, CA 95827

314

Mercy Imaging Centers.
A Service of Dignity Health Medical Foundation

## AFFIDAVIT FOR CERTIFICATION OF RECORDS

RE: GLORIA BERTOCCHI DDS: 1394963

(X) I am the duly authorized Custodian of Records for Mercy Imaging Centers. I certify that the accompanying imaging reports are true and complete copies maintained in the regular course and scope of business of my employer and were prepared by authorized personnel. As Custodian, I testify to the records identity and method of preparation. The source of the information and method of preparation were such as to indicate their trustworthiness. If I were called as witness in this matter, I could and would testify under oath to these facts. No documents, records or other medical information has been withheld except :
All Mercy Imaging Centers billing, lab, consultations, and other medical records cannot be found at 3291 Ramos Circle, see fax cover page for information on the correct location.

*******************************************************************************************

## NO RECORDS CERTIFICATION:

( ) I hereby declare under penalty of perjury that I have NO IMAGING RECORDS for the following reasons.

_____ A thorough search of both our active and archived files has been performed and no such records were found. We utilized the following methods for searching our files:

_____Search By Name _____Search By DOB _____Search By SSN

_____ All records for the time period in question have been destroyed in accordance with our document retention policy.

*******************************************************************************************

*I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.*

Julie Walter
Custodian of Records

Executed on 6/12/13

[signature]
Custodian of Records Signature

*Mercy Imaging Centers Administration 3291 Ramos Circle Sacramento, CA 95827 916.363.4040*

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY
Edmund G. Brown Jr., Governor

DEPARTMENT OF SOCIAL SERVICES
S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845
FAX: 1-866-767-6349

S62/R08/SWBYRD

315

June 3, 2013

SACRAMENTO RADIOLOGY MEDICAL
GROUP/MEDICAL RECS
6660 COYLE AVE
STE 200
CARMICHAEL CA 95608

RE: GLORIA M BERTACCHI
AKA: Gloria Marie Bertacchi-Freeman
SSN: ***-**-3990
DOB: REDACTED 1953
DDS CASE NUMBER: 1394963
CONTRACT NUMBER: 5521425
SERVICE VENDOR NUMBER: S074448

The above-named individual has applied for disability benefits under the Social Security Act. This agency is responsible for adjudicating the claim. Your institution has been identified as a source of medical evidence for the claimant.

IDENTIFYING INFORMATION
Adm/Dschg Dates: 10/2011 to present ONLY
Outpatient Dates: 10/2011 to present ONLY
Patient NR:

Alleged Impairments:
Back Injury(Lumbar Strain or Sprain) Sprain or Strain of Cervical Spine, Degenerative Disk Disease; Knee Injuries (Left and Right), Radiculopathy; High Blood Pressure, GERD, Asthma

INCLUDE THE FOLLOWING INFORMATION IF APPLICABLE:
Adm, H & P, Dchg.Sm.
Consultations
CT/MRI Reports
HIV Results
Lab Tests
Operative Notes
Outpatient Notes
PFS/PFT W/Tracings
Pathology Reports

MEF IH1 (12/12)

DEA: SWBYRD
DDS CASE NUMBER: 1394963
CONTRACT NUMBER: 5521425

316

EKG Stress Test
StressTst w/Tracings

FOR ADULTS

We would also like to have a statement, based on your medical findings, expressing your opinion about the claimant's ability, despite the functional limitations imposed by the impairment(s) to do work-related physical and/or mental activities as appropriate:

Physical activities such as sitting, standing, walking, lifting, carrying, handling objects, hearing, speaking and traveling.

Mental activities such as understanding and memory; sustained concentration and persistence; social interaction; and adaptation.

FOR CHILDREN

We would also like to have a statement, based on your medical findings, expressing your opinion about the child's functional limitations in learning, motor functioning, performing self-care activities, communicating, socializing, completing tasks and responsiveness to stimuli.

A reasonable fee, as determined by this agency, may be paid upon request. Your request must be in writing on a separate form and must be attached to your response. To insure prompt payment, send your report within 14 days. It is our policy to not routinely pay for medical reports received more than 90 days after the date of the first request. Enclosed is an authorization for release of information.

**MR. Byrd/R08,Disability Eval. Analyst I**
**(916) 774-4211**

___THIS REQUEST IS BEING RETURNED. WE DO NOT HAVE THE INFORMATION REQUESTED. PLEASE PROVIDE DATE LAST SEEN: __________

MEF IH1 (12/12)

2015000213222260

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

Edmund G. Brown Jr., Governor

**DEPARTMENT OF SOCIAL SERVICES**
S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845
FAX: 1-866-767-6349

S62/R08/SWBYRD

May 1, 2013

US HEALTHWORKS/ROCKLIN
MEDICAL RECORDS
2305 SUNSET BLVD
ROCKLIN CA 95765

## This Bar Code Page is the Return Cover Sheet for Records.

**Important**: This bar code page must be the **top page** of your response. Invoices must be placed directly behind this page as the second page submitted. All other documents, including invoices, must be placed **behind** this page. *If you are sending records for more than one individual, you may fax or mail them at the same time, as long as each individual's bar code page is sequenced as the first page of that individual's records.

## FAX Records Toll Free to 1-866-767-6349.

or

**You can upload electronic records if you are registered on the Electronic Records Express Secured Website. For info - www.socialsecurity.gov/ere**

or

**If mailing, this page must be on top of your records. Slide this page into the return window envelope with this address showing.**

S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845

**Save Time and Money! Receive Faster Payments for Records! Fax or Scan your records. Both methods are HIPAA compliant and preferred for security, speed, and efficiency.**

RQID:D13949630054977 16R08____ SITE:S62 DR:S
SSN:********* DOCTYPE:0001 RF:D CS:14b3

Claimant: GLORIA M BERTACCHI
SSN: ***-**-3990 DOB: REDACTED 1953

MEF IH1 (12/12)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

Edmund G. Brown Jr., Governor

**DEPARTMENT OF SOCIAL SERVICES**
S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845
FAX: 1-866-767-6349

S62/R08/SWBYRD

May 1, 2013

US HEALTHWORKS/ROCKLIN
MEDICAL RECORDS
2305 SUNSET BLVD
ROCKLIN CA 95765

RE: GLORIA M BERTACCHI
AKA: Gloria Marie Freeman
SSN: ***-**-3990
DOB: REDACTED/1953
DDS CASE NUMBER: 1394963
CONTRACT NUMBER: 5497716
SERVICE VENDOR NUMBER: S080616

The above-named individual has applied for disability benefits under the Social Security Act. This agency is responsible for adjudicating the claim. Your institution has been identified as a source of medical evidence for the claimant.

IDENTIFYING INFORMATION

Adm/Dschg Dates: 10/2011 to present ONLY
Outpatient Dates: 10/2011 to present ONLY
Patient NR: 660534

Alleged Impairments:
Back Injury(Lumbar Strain or Sprain) Sprain or Strain of Cervical Spine, Degenerative Disk Disease; Knee Injuries (Left and Right), Radiculopathy; High Blood Pressure, GERD, Asthma

INCLUDE THE FOLLOWING INFORMATION IF APPLICABLE:
Adm, H & P, Dchg.Sm.
CT/MRI Reports
HIV Results
Lab Tests
Operative Notes
Outpatient Notes
PFS/PFT W/Tracings
Pathology Reports
Sputum Culture Rslts
EKG Stress Test

MEF IH1 (12/12)

DEA: SW___RD
DDS CASE NUMBER: 1394963
CONTRACT NUMBER: 5497716

StressTst w/Tracings
X-Ray Reports

FOR ADULTS

We would also like to have a statement, based on your medical findings, expressing your opinion about the claimant's ability, despite the functional limitations imposed by the impairment(s) to do work-related physical and/or mental activities as appropriate:

Physical activities such as sitting, standing, walking, lifting, carrying, handling objects, hearing, speaking and traveling.

Mental activities such as understanding and memory; sustained concentration and persistence; social interaction; and adaptation.

FOR CHILDREN

We would also like to have a statement, based on your medical findings, expressing your opinion about the child's functional limitations in learning, motor functioning, performing self-care activities, communicating, socializing, completing tasks and responsiveness to stimuli.

A reasonable fee, as determined by this agency, may be paid upon request. Your request must be in writing on a separate form and must be attached to your response. To insure prompt payment, send your report within 14 days. It is our policy to not routinely pay for medical reports received more than 90 days after the date of the first request. Enclosed is an authorization for release of information.

**MR. Byrd/R08,Disability Eval. Analyst I**
**(916) 774-4211**

___THIS REQUEST IS BEING RETURNED. WE DO NOT HAVE THE INFORMATION REQUESTED. PLEASE PROVIDE DATE LAST SEEN: __________

MEF IH1 (12/12)

Injury Case Registration

Case 113-092598 Inj Date 10/05/12 Patient Bertacchi-Freemon, Gloria

Employer 90009 CARDINAL HEALTH/CORP Payor C 18904 SEDGWICK/PMSI

Facility 113 Doctor 0568 Service Date 101212 Time 0900 325

Employer 090009 CARDINAL HEALTH/CORP.
DUBLIN

Name Bertacchi-Freemon, Gloria
Address 5135 Moss Ln
City Granite Bay St CA Zip 95746
Phone 916 3901845 Cell 000 0000000

Soc Sec Nbr [redacted]3990 Date of Birth [redacted]53 Patient Sex F

Patient Email
Occupation director Med Ref Nbr 4116yell/lr
Authorized By employer V 4116yell/lr
Auth Number.. GR. #14639/vc

Enter:Next Cmd-1:Sched Cmd-3:Prior Cmd-5:Search Cmd-9:Notes Cmd-16:Delete

*Patient needs to schedule
Chore w/ Chiro per Dr. Heitko.

Jun. 7. 2013 8:50AM USHW Rocklin ca No. 9497 P. 9/37

201500021000760

326

Case Registration

Case 113-092598 Cse Date 10/05/12 Case Type I Patient Bertacchi-Freemon, G

Employer 90009 Payor C 18904

------------------------------ Patient Comments ------------------------------

Per Dr Heitke, pt needs to schedule with our chiro, after a few session have her f/u with him, left patient 2 messages today. Pend appt for 10/19 was cxed.gn 10/17/12 g

Enter:Next Cmd-3:Prior Cmd-7:End

Jun. 7. 2013 8:50AM USHW Rocklin ca No. 9497 P. 10/37

2Ø15Ø9Ø21ØØØ76Ø

**342**

Form Approved
OMB No. 0960-0623

*Whose Records to be Disclosed*

NAME *(First, Middle, Last, Suffix)*
**Gloria M Bertacchi**

SSN REDACTED 990 | Birthday *(mm/dd/yy)* REDACTED 53

# AUTHORIZATION TO DISCLOSE INFORMATION TO
## THE SOCIAL SECURITY ADMINISTRATION (SSA)
### ** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):

<u>OF WHAT</u>   <u>*All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:*</u>

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including,* and not limited to:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

<u>FROM WHOM</u>
- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

Organization: US HEALTHWORKS/ROCKLIN
Vendor Address: 2305  SUNSET BLVD  ROCKLIN 95765
Inpatient Date: 10/2011 to present ONLY Patient AKA: Gloria Marie Freeman
Outpatient Date: 10/2011 to present ONLY Patient Num: 660584
Patient DOB: REDACTED /53
Remarks:

<u>TO WHOM</u>   The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

<u>PURPOSE</u>   Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

<u>EXPIRES WHEN</u>   This authorization is good for 12 months from the date signed (below my signature).
- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| PLEASE SIGN USING BLUE OR BLACK INK ONLY | If not signed by subject of disclosure, specify basis for authority to sign |
|---|---|
| INDIVIDUAL authorizing disclosure | ☐ Parent of minor   ☐ Guardian   ☐ Other personal representative (explain) |
| SIGN ▶ *Electronically Signed By:* **Gloria M Bertacchi** | (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |

| Date Signed 03/05/13 | Street Address 5135 Moss Lane | | |
|---|---|---|---|
| Phone Number (with area code) 916-390-1845 | City Granite Bay | State CA | ZIP 95746 |

WITNESS *I know the person signing this form or am satisfied of this person's identity:*

| SIGN ▶ | If needed, second witness sign here (e.g., if signed with "X" above) SIGN ▶ |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted

Page 1 of 2

Jun. 7. 2013  8:53AM   USHW Rocklin ca.      No. 9497   P. 26/37

Bertacchi-Freeman/Hartford000633

Explanation of Form SSA-827,
Authorization to Disclose Information to the Social Security Administration (SSA)

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(1) and 1631(e)(1)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(1) and 1383(e)(1)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

20150902100076O

Apr 10 2013 10:31:19 1-855-893-^^57 344 ~ashi kala 003

TRUSTED
200
YEARS
THE HARTFORD

Gillegellow

# The Hartford
## FAX COVER PAGE

To: Release of Information
Fax Number: 9166329706
From: The Hartford
Date: 04/10/13 10:30:35 AM
Re: Dr. Peter Heitke /Request medical records of Gloria Bertacchi-Freeman from 1/1/2012 through the present.
Total Pages: # 4 including cover page

The Hartford
www.thehartford.com
*With The Hartford behind you, achieve what is ahead of you.*

PRIVILEGED AND CONFIDENTIAL: This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.



345

G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. I AUTHORIZE you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

Gloria Bertacchi Freeman — Insured's Name (*Please print*)
REDACTED 53 — Date of Birth
3990 — Last 4 Digits of Social Security Number

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

I UNDERSTAND that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

I ALSO UNDERSTAND that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

[signature] — Signature of Insured or Guardian
3/19/13 — Date
Relationship to Insured (*If signed by Guardian*)

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.

3634pnk

## AUTHORIZATION TO RELEASE INFORMATION

Patient Name Kent Alan Streeper Date of Birth REDACTED 60 SS # REDACTED 8220

Address (number and street) 1333 Hidalgo Cir

City, State, Zip Code CA. Roseville 95747 Telephone (916) 223 3634 call when

I hereby authorize and request U.S. HealthWorks Medical Group of To me

To ☒ Release information to me or ☐ Obtain information from

Name/Facility Myself

Address ______

City, State, Zip ______

INFORMATION TO BE DISCLOSED

☐ Medical Record from (insert date) ______ to (insert date) ______

☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: ______

PURPOSE FOR DISCLOSURE

☐ At request of Patient

☐ Other (specify) ______

I specifically authorize the use and/or disclosure of the following type of highly confidential information indicated by my initials next to the information type:

_____ AIDS (Acquired Immunodeficiency Syndrome) or HIV (Human Immunodeficiency Virus) infection

_____ Psychiatric Care/Mental Illness

_____ Genetic Information

_____ Treatment for alcohol and/or drug abuse

_____ Sexually Transmitted Disease(s)

_____ Communicable Disease(s)

I authorize the above person/organization and /or members of their staff to furnish the above information, including copies or faxed copies of the information as directed in this authorization. I further agree to release the facility and its employees and agents from all liability that may arise from the release of information herein requested. I acknowledge that I may incur a fee related to the copy and release of my records.

I understand that I may revoke this authorization to release information in writing at any time, except to the extent that action has been taken in reliance thereon. I understand that this authorization will expire on ______. If I fail to specify an expiration date, event or condition, this authorization will expire in one year.

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I do not need to sign this form in order to receive treatment. I understand that any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by federal confidentiality rules. I understand that I will be given a copy of this form after I sign it. I acknowledge that I have reviewed or been given an opportunity to review the U.S. HealthWorks Medical Group Notice of Privacy Practices.

No. 9497 P. 32/37

USHW Rocklin CA

Bertacchi-Freeman/Hartford000637

**Sheri Meidinger** 347

**From:** Lisa Louis
**Sent:** Monday, May 27, 2013 10:40 AM
**To:** Shally Singh
**Cc:** Sheri Meidinger
**Subject:** FW: USHW Website Contact eMail

Shally,
Please contact this patient asap. She was seen at the Rocklin center. Her case number is 113-092598

Thanks,
Lisa

-----Original Message-----
From: deltadoctor@yahoo.com [mailto:deltadoctor@yahoo.com]
Sent: Sunday, May 26, 2013 9:11 AM
To: Lisa Louis
Subject: USHW Website Contact eMail

Center Name: Rocklin
Name: DR Gloria BERTACCHI FREMAN
Title:
Company Name: patient
Email: deltadoctor@yahoo.com
Address: 5135 moss lane
City: granite bay
State: ca
Zip Code: 95746
Phone Number: 9163901845
Fax:
Comment: I have been trying to get my medical records for several months....I would like to pick them up Tuesday morning...let me know



348

May 27, 2013

US Healthworks
2305 Sunset Blvd
Rocklin, CA. 95765
FAX 916 632 9706

Dear US Healthworks

Regarding Medical Records for Gloria Bertacchi-Freeman

I have requested the medical records for myself but the company has still not received them despite numerous requests since March of 2013.

I would like to pick them up around 1015 to 1030 on Tuesday May 28, 2013.

Please advise when they would be ready.

Please see attached release previously sent.

Thanks for your assistance.

Gloria Bertacchi Freeman
5135 Moss Lane
Granite Bay, CA. 95746
916 390 1845

349

## AUTHORIZATION TO RELEASE INFORMATION

Patient Name Gloria Bertacchi Freeman Date of Birth 5/1/53 SS# 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.
Address (number and street) 5135 MOSS LANE
City, State, Zip Code Granite Bay, CA 95746 Telephone 916-390-1845

I hereby authorize and request U.S. HealthWorks Medical Group of Rocklin, CA

To ☑ Release information to or ☐ Obtain information from

Name/Facility Benefit Management Services, MINNEAPOLIS DISABILITY CLAIMS OFFICE

Address The Hartford, PO BOX 14305

City, State, Zip Lexington, KY 40512-4305

INFORMATION TO BE DISCLOSED

☑ Medical Record from (insert date) 1/1/12 to (insert date) present
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: ______

PURPOSE FOR DISCLOSURE
☐ At request of Patient
☑ Other (specify) Insurance

I specifically authorize the use and/or disclosure of the following type of highly confidential information indicated by my initials next to the information type:

_____ AIDS (Acquired Immunodeficiency Syndrome) or HIV (Human Immunodeficiency Virus) infection
_____ Psychiatric Care/Mental Illness
_____ Genetic Information
_____ Treatment for alcohol and/or drug abuse
_____ Sexually Transmitted Disease(s)
_____ Communicable Disease(s)

I authorize the above person/organization and /or members of their staff to furnish the above information, including copies or faxed copies of the information as directed in this authorization. I further agree to release the facility and its employees and agents from all liability that may arise from the release of information herein requested. I acknowledge that I may incur a fee related to the copy and release of my records.

I understand that I may revoke this authorization to release information in writing at any time, except to the extent that action has been taken in reliance thereon. I understand that this authorization will expire on ______. If I fail to specify an expiration date, event or condition, this authorization will expire in one year.

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I do not need to sign this form in order to receive treatment. I understand that any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by federal confidentiality rules. I understand that I will be given a copy of this form after I sign it. I acknowledge that I have reviewed or been given an opportunity to review the U.S. HealthWorks Medical Group Notice of Privacy Practices.

*Standard Operating Practices*

Client Signature or Mark — Date 5/8/13

Witness Signature — Date

Guardian/Parent/Legal Representative Signature (specify role) — Date

Revocation of this Authorization:

Signature/Mark Of Person Revoking Authorization — Relationship — Date

Witness Signature (If Mark/Stamp above) — Witness Printed Name — Date

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I do not need to sign this form in order to receive treatment. I understand that any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by federal confidentiality rules. I understand that I will be given a copy of this form after I sign it. I acknowledge that I have reviewed or been given an opportunity to review the U.S. HealthWorks Medical Group *Notice of Privacy Practices.*

Client Signature or Mark — Date 5/8/13

Witness Signature — Date

Guardian/Parent/Legal Representative Signature (specify role) — Date

*Revocation of this Authorization:*

Signature/Mark Of Person Revoking Authorization — Relationship — Date

Witness Signature (If Mark/Stamp above) — Witness Printed Name — Date



351

## AUTHORIZATION TO RELEASE INFORMATION

Patient Name Gloria Bertacchi Freeman Date of Birth 5/1/53 SS # 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
Address (number and street) 5135 Moss Lane
City, State, Zip Code Granite Bay, CA 95746 Telephone 916-390-1845

I hereby authorize and request U.S. HealthWorks Medical Group of Rocklin, CA

To ☑ Release information to or ☐ Obtain information from

Name/Facility Benefit Management Services, Minneapolis Disability Claims Office
Address The Hartford, PO Box 14305
City, State, Zip Lexington, KY 40512-4305

INFORMATION TO BE DISCLOSED

☑ Medical Record from (Insert date) 1/1/12 to (insert date) present
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: ______

PURPOSE FOR DISCLOSURE

☐ At request of Patient
☑ Other (specify) Insurance

I specifically authorize the use and/or disclosure of the following type of highly confidential information indicated by my initials next to the information type:

_____ AIDS (Acquired Immunodeficiency Syndrome) or HIV (Human Immunodeficiency Virus) infection
_____ Psychiatric Care/Mental Illness
_____ Treatment for alcohol and/or drug abuse
_____ Communicable Disease(s)
_____ Genetic Information
_____ Sexually Transmitted Disease(s)

I authorize the above person/organization and /or members of their staff to furnish the above information, including copies or faxed copies of the information as directed in this authorization. I further agree to release the facility and its employees and agents from all liability that may arise from the release of information herein requested. I acknowledge that I may incur a fee related to the copy and release of my records.

I understand that I may revoke this authorization to release information in writing at any time, except to the extent that action has been taken in reliance thereon. I understand that this authorization will expire on ______________. If I fail to specify an expiration date, event or condition, this authorization will expire in one year.

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I do not need to sign this form in order to receive treatment. I understand that any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by federal confidentiality rules. I understand that I will be given a copy of this form after I sign it. I acknowledge that I have reviewed or been given an opportunity to review the U.S. HealthWorks Medical Group Notice of Privacy Practices.

Jun. 7. 2013 8:55AM USHW Rocklin ca No. 9497 P. 37/37

20150921000760

352

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

Edmund G. Brown Jr., Governor

**DEPARTMENT OF SOCIAL SERVICES**
S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845
FAX: 1-866-767-6349

S62/R08/SWBYRD

4/11/recieved

May 14, 2013

US HEALTHWORKS/ROCKLIN
MEDICAL RECORDS
2305 SUNSET BLVD
ROCKLIN CA 95765

## This Bar Code Page is the Return Cover Sheet for Records.

<u>Important</u>: This bar code page must be the **top page** of your response. Invoices must be placed directly behind this page as the second page submitted. <u>All</u> other documents, including invoices, must be placed **behind** this page. *If you are sending records for more than one individual, you may fax or mail them at the same time, as long as each individual's bar code page is sequenced as the first page of that individual's records.

## FAX Records Toll Free to 1-866-767-6349.

or

**You can upload electronic records if you are registered on the Electronic Records Express Secured Website. For Info - www.socialsecurity.gov/ere**

or

**If mailing, this page must be on top of your records. Slide this page into the return window envelope with this address showing.**

S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845

**Save Time and Money! Receive Faster Payments for Records! Fax or Scan your records. Both methods are HIPAA compliant and preferred for security, speed, and efficiency.**

RQID:D13949630054977l6R08____ SITE:S62 DR:S
SSN:********* DOCTYPE:0001 RF:D CS:14b3

Claimant: GLORIA M BERTACCHI
SSN: ***-**-3990 DOB: REDACTED 1953

MEF IH2 (12/12)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY Edmund G. Brown Jr., Governor

**DEPARTMENT OF SOCIAL SERVICES**
S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845
FAX: 1-866-767-6349

S62/R08/SWBYRD

May 14, 2013

SECOND REQUEST

US HEALTHWORKS/ROCKLIN
MEDICAL RECORDS
2305 SUNSET BLVD
ROCKLIN CA 95765

RE: GLORIA M BERTACCHI
AKA: Gloria Marie Freeman
SSN: ***-**-3990
DOB: REDACTED 1953
DDS CASE NUMBER: 1394963
CONTRACT NUMBER: 5497716
SERVICE VENDOR NUMBER: S080616

THIS IS A FOLLOW-UP REQUEST. We originally sent you a request approximately 05/01/2013. If you have already responded to our original request, please disregard this letter. We cannot pay for duplicate reports. AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS WAS ALSO ATTACHED TO THE ORIGINAL REQUEST.

The above-named individual has applied for disability benefits under the Social Security Act. This agency is responsible for adjudicating the claim. Your Institution has been identified as a source of medical evidence for the claimant.

IDENTIFYING INFORMATION:

Adm/Dschg Dates: 10/2011 to present ONLY
Outpatient Dates: 10/2011 to present ONLY
Patient No: 660534

Alleged Impairments:
Back Injury(Lumbar Strain or Sprain) Sprain or Strain of Cervical Spine, Degenerative Disk Disease; Knee Injuries (Left and Right), Radiculopathy; High Blood Pressure, GERD, Asthma

INCLUDE THE FOLLOWING INFORMATION IF APPLICABLE:

Adm, H & P, Dchg.Sm.
CT/MRI Reports
HIV Results
Lab Tests
Operative Notes

MEF IH2 (12/12)

DEA: SW___RD
DDS CASE NUMBER: 1394963
CONTRACT NUMBER: 5497716

3 54

Outpatient Notes
PFS/PFT W/Tracings
Pathology Reports
Sputum Culture Rslts
EKG Stress Test
StressTst w/Tracings
X-Ray Reports

FOR ADULTS

We would also like to have a statement, based on your medical findings, expressing your opinion about the claimant's ability, despite the functional limitations imposed by the impairment(s) to do work-related physical and/or mental activities as appropriate:

Physical activities such as sitting, standing, walking, lifting, carrying, handling objects, hearing, speaking and traveling.

Mental activities such as understanding and memory; sustained concentration and persistence; social interaction; and adaptation.

FOR CHILDREN

We would also like to have a statement, based on your medical findings, expressing your opinion about the child's functional limitations in learning, motor functioning, performing self-care activities, communicating, socializing, completing tasks and responsiveness to stimuli.

A reasonable fee, as determined by this agency, may be paid upon request. Your request must be in writing on a separate form and must be attached to your response. To insure prompt payment, send your report within 14 days. It is our policy to not routinely pay for medical reports received more than 90 days after the date of the first request. Enclosed is an authorization for release of information.

**PLEASE RETURN A COPY OF THIS LETTER WITH YOUR RESPONSE.**

MR. Byrd/R08,Disability Eval. Analyst I
(916) 774-4211

___THIS REQUEST IS BEING RETURNED. WE DO NOT HAVE THE INFORMATION REQUESTED. PLEASE PROVIDE DATE LAST SEEN: ___________

MEF IH2 (12/12)

**355**

Form Approved
OMB No. 096C-0825

LOSE Records to be Disclosed

NAME *(First, Middle, Last, Suffix)*
**Gloria M Bertacchi**

SSN REDACTED 3990 | Birthday *(mm/dd/yy)* REDACTED /53

# AUTHORIZATION TO DISCLOSE INFORMATION TO
## THE SOCIAL SECURITY ADMINISTRATION (SSA)
### ** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):

**OF WHAT** *All my medical records; also education records and other information related to my ability to perform tasks.* This includes specific permission to release;

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and not limited to:
- Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501).
- Drug abuse, alcoholism, or other substance abuse
- Sickle cell anemia
- Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
- Gene-related impairments (including genetic test results)

2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

Organization: US HEALTHWORKS/ROCKLIN
Vendor Address: 2805 SUNSET BLVD ROCKLIN 95765
Inpatient Date: 10/2011 to present ONLY Patient AKA: Cloria Marie Freeman
Outpatient Date: 10/2011 to present ONLY Patient Num: 660534
Patient DOB: REDACTED /53
Remarks:

**TO WHOM** The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).
- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| PLEASE SIGN USING BLUE OR BLACK INK ONLY INDIVIDUAL authorizing disclosure | IF not signed by subject of disclosure, specify basis for authority to sign |
|---|---|
| **SIGN ▶** *Electronically Signed By:* Gloria M Bertacchi | ☐ Parent of minor  ☐ Guardian  ☐ Other personal representative (explain) |
| | (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |

| Date Signed 03/05/13 | Street Address 5135 Moss Lane | | |
|---|---|---|---|
| Phone Number (with area code) 916-390-1845 | City Granite Bay | State CA | ZIP 95746 |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

| SIGN ▶ | IF needed, second witness sign here (e.g., if signed with "X" above) SIGN ▶ |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted | Page 1 of 2

Jun. 7, 2013 8:49AM USHW Rocklin ca    No. 9497   P. 4/37

Bertacchi-Freeman/Hartford000646

Explanation of Form SSA-827,
"Authorization to Disclose Information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(1) and 1631(e)(1)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(1) and 1383(e)(1)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY — Edmund G. Brown Jr., Governor

**DEPARTMENT OF SOCIAL SERVICES**
S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845
FAX: 1-866-767-6349

S62/R08/SWBYRD

3517

May 1, 2013

US HEALTHWORKS/ROCKLIN
MEDICAL RECORDS
2305 SUNSET BLVD
ROCKLIN CA 95765

# This Bar Code Page is the Return Cover Sheet for Records.

<u>Important</u>: This bar code page must be the **top page** of your response. Invoices must be placed directly behind this page as the second page submitted. <u>All</u> other documents, including invoices, must be placed **behind** this page. *If you are sending records for more than one individual, you may fax or mail them at the same time, as long as each individual's bar code page is sequenced as the first page of that individual's records.

## FAX Records Toll Free to 1-866-767-6349.

or

**You can upload electronic records if you are registered on the Electronic Records Express Secured Website. For info - www.socialsecurity.gov/ere**

or

**If mailing, this page must be on top of your records. Slide this page into the return window envelope with this address showing.**

S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845

**Save Time and Money! Receive Faster Payments for Records! Fax or Scan your records. Both methods are HIPAA compliant and preferred for security, speed, and efficiency.**

RQID:D1334963005497716R08____ SITE:S62 DR:S
SSN:********* DOCTYPE:0001 RF:D CS:14b3
Claimant: GLORIA M BERTACCHI
SSN: ***-**-3990 DOB: [REDACTED]/1953

MEF IH1 (12/12)

Jun. 7. 2013 8:47AM USHW Rocklin ca No. 9496 P. 5/6

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY
**DEPARTMENT OF SOCIAL SERVICES**
S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845
FAX: 1-866-767-6349

358

Edmund G. Brown Jr., Governor
S62/R08/SWBYRD

May 1, 2013

US HEALTHWORKS/ROCKLIN
MEDICAL RECORDS
2305 SUNSET BLVD
ROCKLIN CA 95765

| | |
|---|---|
| RE: | GLORIA M BERTACCHI |
| AKA: | Gloria Marie Freeman |
| SSN: | ***-**-3990 |
| DOB: | REDACTED/1953 |
| DDS CASE NUMBER: | 1394963 |
| CONTRACT NUMBER: | 5497716 |
| SERVICE VENDOR NUMBER: | S080616 |

The above-named individual has applied for disability benefits under the Social Security Act. This agency is responsible for adjudicating the claim. Your institution has been identified as a source of medical evidence for the claimant.

IDENTIFYING INFORMATION

| | |
|---|---|
| Adm/Dschg Dates: | 10/2011 to present ONLY |
| Outpatient Dates: | 10/2011 to present ONLY |
| Patient NR: | 660534 |

Alleged Impairments:
Back Injury(Lumbar Strain or Sprain) Sprain or Strain of Cervical Spine, Degenerative Disk Disease; Knee Injuries (Left and Right), Radiculopathy; High Blood Pressure, GERD, Asthma

INCLUDE THE FOLLOWING INFORMATION IF APPLICABLE:
Adm, H & P, Dchg.Sm.
CT/MRI Reports
HIV Results
Lab Tests
Operative Notes
Outpatient Notes
PFS/PFT W/Tracings
Pathology Reports
Sputum Culture Rslts
EKG Stress Test

MEF IH1 (12/12)

397

HealthPort
P.O. Box 409822
Atlanta, GA 30384-9822
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# HealthPort INVOICE

Invoice #: 0127851378
Date: 5/21/2013
Customer #: 1300524

| Ship to: | Bill to: | Records from: |
|---|---|---|
| MR BYRD<br>DDS ROSEVILLE CA S62<br>PO BOX 619020<br>ROSEVILLE, CA 95678 9861 | MR BYRD<br>DDS ROSEVILLE CA S62<br>PO BOX 619020<br>ROSEVILLE, CA 95678 9861 | SETON HOSPITAL<br>1900 SULLIVAN AVE<br>DALY CITY, CA 94015 |

Requested By: DISABILITY DETERMINATONS
Patient Name: BERTACCHI GLORIA M
DOB: [redacted]53
CASE NUMBER: 5497714

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 14.05 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 1 | 0.00 | 0.00 |
| Subtotal | | | 14.05 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 14.05 |
| Balance Due | | | 14.05 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

Please remit this amount : $ 14.05 (USD)

HealthPort
P.O. Box 409822
Atlanta, GA 30384-9822
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0127851378

Check # ____________

Payment Amount $____________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(1) and 1631(e)(1)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(1) and 1383(e)(1)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level, and

4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory **or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

2015099210007 69

3.95

WHOSE Records to be Disclosed

Form Approved OMB No. 0960-0623

NAME (First, Middle, Last, Suffix)
Gloria M Bertacchi

SSN REDACTED 3990 | Birthday (mm/dd/yy) REDACTED 53

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):

**OF WHAT** ***All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:***

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and not limited to:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

Organization: SETON OUTPATIENT PHYSICAL
Vendor Address: 45 SOUTHGATE AVE STE 201 DALY CITY 94015
Inpatient Date: 10/2011 to present ONLY Patient AKA: Gloria Maria Freeman
Outpatient Date: 10/2011 to present ONLY Patient Num: 660534
Patient DOB: REDACTED/53
Remarks:

**TO WHOM** The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**
**INDIVIDUAL authorizing disclosure**
SIGN ▶ *Electronically Signed By:* **Gloria M Bertacchi**

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)

(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

| Date Signed | Street Address | | |
|---|---|---|---|
| 03/05/13 | 5135 Moss Lane | | |
| **Phone Number (with area code)** | **City** | **State** | **ZIP** |
| 916-390-1845 | Granite Bay | CA | 95746 |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

SIGN ▶

IF needed, second witness sign here (e.g., if signed with "X" above)
SIGN ▶

Phone Number (or Address) | Phone Number (or Address)

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"), 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

DEA: SWBYRD
DDS CASE NUMBER: 1394963
CONTRACT NUMBER: 5497714

394

Outpatient Notes
PFS/PFT W/Tracings
Pathology Reports
Sputum Culture Rslts
EKG Stress Test
StressTst w/Tracings
X-Ray Reports

FOR ADULTS

We would also like to have a statement, based on your medical findings, expressing your opinion about the claimant's ability, despite the functional limitations imposed by the impairment(s) to do work-related physical and/or mental activities as appropriate:

Physical activities such as sitting, standing, walking, lifting, carrying, handling objects, hearing, speaking and traveling.

Mental activities such as understanding and memory; sustained concentration and persistence; social interaction; and adaptation.

FOR CHILDREN

We would also like to have a statement, based on your medical findings, expressing your opinion about the child's functional limitations in learning, motor functioning, performing self-care activities, communicating, socializing, completing tasks and responsiveness to stimuli.

A reasonable fee, as determined by this agency, may be paid upon request. Your request must be in writing on a separate form and must be attached to your response. To insure prompt payment, send your report within 14 days. It is our policy to not routinely pay for medical reports received more than 90 days after the date of the first request. Enclosed is an authorization for release of information.

**PLEASE RETURN A COPY OF THIS LETTER WITH YOUR RESPONSE.**

MR. Byrd/R08,Disability Eval. Analyst I
(916) 774-4211

___THIS REQUEST IS BEING RETURNED. WE DO NOT HAVE THE INFORMATION REQUESTED. PLEASE PROVIDE DATE LAST SEEN: __________

MEF IH2 (12/12)

2015090210007 69

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY — Edmund G. Brown Jr., Governor

**DEPARTMENT OF SOCIAL SERVICES**
S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845
FAX: 1-866-767-6349

S62/R08/SWBYRD

May 14, 2013

SECOND REQUEST

393

SETON OUTPATIENT PHYSICAL
THERAPY/MED RECS
45 SOUTHGATE AVE
STE 201
DALY CITY CA 94015

RE: GLORIA M BERTACCHI
AKA: Gloria Marie Freeman
SSN: ***-**-3990
DOB: REDACTED 1953
DDS CASE NUMBER: 1394963
CONTRACT NUMBER: 5497714
SERVICE VENDOR NUMBER: J190848

THIS IS A FOLLOW-UP REQUEST. We originally sent you a request approximately 05/01/2013. If you have already responded to our original request, please disregard this letter. We cannot pay for duplicate reports. AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS WAS ALSO ATTACHED TO THE ORIGINAL REQUEST.

The above-named individual has applied for disability benefits under the Social Security Act. This agency is responsible for adjudicating the claim. Your institution has been identified as a source of medical evidence for the claimant.

IDENTIFYING INFORMATION:

Adm/Dschg Dates: 10/2011 to present ONLY
Outpatient Dates: 10/2011 to present ONLY
Patient No: 660534

Alleged Impairments:
Back Injury(Lumbar Strain or Sprain) Sprain or Strain of Cervical Spine, Degenerative Disk Disease; Knee Injuries (Left and Right), Radiculopathy; High Blood Pressure, GERD, Asthma

INCLUDE THE FOLLOWING INFORMATION IF APPLICABLE:

Adm, H & P, Dchg.Sm.
HIV Results
Lab Tests
Operative Notes

MEF IH2 (12/12)

392

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

Edmund G. Brown Jr., Governor

DEPARTMENT OF SOCIAL SERVICES
S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845
FAX: 1-866-767-6349

S62/R08/SWBYRD

May 14, 2013

SETON OUTPATIENT PHYSICAL
THERAPY/MED RECS
45 SOUTHGATE AVE
STE 201
DALY CITY CA 94015

## This Bar Code Page is the Return Cover Sheet for Records.

**Important**: This bar code page must be the **top page** of your response. Invoices must be placed directly behind this page as the second page submitted. All other documents, including invoices, must be placed **behind** this page. *If you are sending records for more than one individual, you may fax or mail them at the same time, as long as each individual's bar code page is sequenced as the first page of that individual's records.

## FAX Records Toll Free to 1-866-767-6349.

or

**You can upload electronic records if you are registered on the Electronic Records Express Secured Website. For info - www.socialsecurity.gov/ere**

or

**If mailing, this page must be on top of your records. Slide this page into the return window envelope with this address showing.** →

S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845

**Save Time and Money! Receive Faster Payments for Records! Fax or Scan your records. Both methods are HIPAA compliant and preferred for security, speed, and efficiency.**

RQID:D139496300549714R08___ SITE:S62 DR:S
SSN:********* DOCTYPE:0001 RF:D CS:6371

Claimant: GLORIA M BERTACCHI
SSN: ***-**-3990 DOB: REDACTED 1953

MEF IH2 (12/12)

DISABILITY INSURANCE
PO BOX 201006
STOCKTON.CA 95201-9006

---NOTICE OF COMPUTATION---
This notice does not establish your right to benefits. State Disability Insurance, Paid Family Leave, or Voluntary Plan benefits are paid to you only when you meet all the conditions of eligibility.

ALL BENEFIT PAYMENTS, IF DUE, ARE ISSUED SEPARATELY.

496

GLORIA M BERTACCHI
5135 MOSS LN
GRANITE BAY CA 95746-5881

| EDD Customer Account Number (EDDCAN) | CLAIM ID | SSN/ECN | CED |
|---|---|---|---|
| REDACTED3913 | DI-1000-147-546 | [redacted]3990 | 10-11-2012 |

NOTICE OF COMPUTATION

Your maximum benefit amount is $ 12,781.00
Your weekly benefit amount is $ 541.00
Your daily benefit amount is $ 77.29
Your claim effective date is 10-11-2012
The mailing date of this notice is 12-17-2012

| YOUR NAME | YOUR WAGES BY QUARTER ENDING | | | | YOUR EMPLOYERS | | | |
|---|---|---|---|---|---|---|---|---|
| | SEP 11 | DEC 11 | MAR 12 | JUN 12 | NAME | ACCT NO | BR | TC |
| G BERTAC | $ 0.00 | $ 12,780.59 | $ 0.00 | $ 0.00 | ST. HELENA HOSPITAL CLEAR | 00000000 | 0 | 03 |
| QTR TOTAL | $ 0.00 | $ 12,780.59 | $ 0.00 | $ 0.00 | TOTAL WAGES = $ 12,780.59 | | | |

You should:

1. See that your Social Security Number (SSN) is correctly shown.
2. Check for any wages listed that you did not earn.
3. Check for any wages subject to California Unemployment Insurance Code paid to you during the quarters shown that are not listed.
4. Read the enclosed Explanation of Notice of Computation, DE 429DI.

DE 429D Rev. 5 (10-12)

CU

entitled to compensation, but have not received your check in a timely manner, please contact us immediately.

For all dates of injury on or after January 1, 2008, the Labor Code provides that aggregate disability payments shall not extend for more than 104 compensable weeks within a period of five years from the date of injury.

Please advise us of any changes in your address to avoid delays or interruptions in payment. Should you have other prior or concurrent employment within the last year, in addition to your employment with Cardinal Health Pharmacy Services, LLC, please let us know as you may be entitled to an increase of weekly benefits.

**MILEAGE REIMBURSEMENT**

If you have to travel to get treatment for your work injury, you are entitled to re-payment of your travel costs. Mileage for reasonable travel to the pharmacy, parking, bridge tolls, public transportation and other travel-related costs are also included. Complete the attached form and attach any receipts. Send the original to me and keep a copy. Additional mileage forms can be obtained at http://www.dir.ca.gov/dwc/forms.html. For mileage incurred after January 1, 2014 you are entitled to mileage reimbursement at the rate of 56 cents per mile. Mileage incurred from Jan. 1, 2013 to Dec. 31, 2013 is paid at the rate of .056 cents per mile. Mileage incurred from Jan. 1, 2011 to Dec. 31, 2011 is paid at the rate of 51 cents per mile. Mileage incurred from Jan. 1, 2010 to Dec. 31, 2010 is paid at the rate of 50 cents per mile. Mileage incurred from Jan. 1, 2009 to Dec. 31, 2009 is paid at the rate of 55 cents per mile. Mileage incurred from July 1, 2008 to Dec. 31, 2008 is paid at the rate of 58.5 cents per mile. Mileage incurred from Jan. 1, 2008 to June 30, 2008 is paid at the rate of 50.5 cents per mile. Mileage incurred from Jan 1, 2007 to Dec. 31, 2007 is paid at the rate of 48.5 cents per mile. Mileage incurred from July 1, 2006 to Dec. 31, 2006 is paid at the rate of 44.5 cents per mile and prior to that, the rate is 34 cents per mile. Should you not submit your mileage for reimbursement, we can only assume you have waived your rights to this benefit.

**PERMANENT DISABILITY**

If your injury or illness results in permanent impairment that diminishes your overall earning capacity, you may be entitled to permanent disability benefits. For most injuries after 1-1-05 or reports after this date, AMA guidelines will be used.

The law now requires that you notify your claims adjuster regarding any prior Awards or injuries you may have received or sustained on the job. Also notify your adjuster of any award received as a result of a motor vehicle accident or slip and fall injury.

**SUPPLEMENTAL JOB DISPLACEMENT VOUCHER**

If you sustain a permanent disability and your employer is unable to accommodate your permanent work restrictions you may be entitled to a supplemental job displacement voucher. This voucher can be used to pay for vocational training at accredited schools designated by the State of California. The amount of the voucher will depend on the percentage of permanent disability sustained as a result of your injury. If you have lost time from work you will receive a Notice of Rights to this voucher along with your notice of final payment of temporary disability benefits by way of Certified Mail.

If you have questions, please contact me at (951)275-5621.

Sincerely,
Sedgwick Claims Management Services, Inc
Saul Perez
Claims Representative - IAP
Enclosure: Mileage Form

288

20150902100075

Bertacchi-Freeman/Hartford000658

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

| ORIGIN | DATE | CHECK NO |
|---|---|---|
| 2101984 | 07/30/2015 | 0057832873 |

62-22
311

PAY EXACTLY ******One Thousand Nine Hundred Seventy One & 43/100 Dollars

Amount: *****$1,971.43*

PAY TO: GLORIA BERTACCHI-FREEMAN

4795391

ABF006

Wachovia Bank, N.A.
Wilmington, DE

VOID AFTER 60 DAYS

Bob Blankenship

DO NOT CASH IF WATERMARK IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT - HOLD AT AN ANGLE TO VIEW

⑈0057832873⑈ REDACTED

Sedgwick Claims Management Services, Inc
P O Box 14440
Lexington, KY 40512-4440

Electronic Service Requested

SINGLE PIECE
9358 0.3820 SP 0.485

GLORIA BERTACCHI-FREEMAN 14
5135 MOSS LANE
GRANITE BAY, CA 95746-5881

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 07/30/2015 | 1,971.43 | REDACTED 2873 |

| PAYEE | TAX ID |
|---|---|
| GLORIA BERTACCHI-FREEMAN | ***** |

| SCMS UNIT | PAGE |
|---|---|
| 210 Sedgwick Claims Management Services, Inc | 1 of 1 |

| Claimant Name | Loss Date | Claim Number |
|---|---|---|
| BERTACCHI-FREEMAN, GLORIA | 10/05/2012 | 30121028297-0001 |

Amt Paid: 1,971.43 Description: Major Perm Partial (CA,NJ)
Dates: 06/06/2014-08/04/2014 Comment:

ENV 9358 1 OF 1

20150902100075 9

289

Looking to find information on your claim? You can view your information online at https://viaoneexpress.sedgwickcms.net

2015090210000759

Sedgwick Claims Management Services, Inc
P O Box 14440
Lexington, KY 40512-4440

290

20150730161?

Electronic Service Requested

1 OF 1

SINGLE PIECE
9358 0.3820 SP 0.485

GLORIA BERTACCHI-FREEMAN
5135 MOSS LANE
GRANITE BAY, CA 95746-5881

14

ENV 9358

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 07/30/2015 | 1,971.43 | REDACTED 2873 |

| PAYEE | TAX ID |
|---|---|
| GLORIA BERTACCHI-FREEMAN | ***** |

| SCMS UNIT | PAGE |
|---|---|
| 210 Sedgwick Claims Management Services, Inc | 1 of 1 |

| Claimant Name | Loss Date | Claim Number |
|---|---|---|
| BERTACCHI-FREEMAN, GLORIA | 10/05/2012 | 30121028297-0001 |

Amt Paid: 1,971.43 Description: Major Perm Partial (CA,NJ)
Dates: 06/06/2014-08/04/2014 Comment:

Looking to find information on your claim? You can view your information online at https://viaoneexpress.sedgwickcms.net

20150902100759

Sedgwick Claims Management Services, Inc
P O Box 14440
Lexington, KY 40512-4440

291

20150812161 2

Electronic Service Requested

SINGLE PIECE

2831 0.3820 SP 0.485

GLORIA BERTACCHI-FREEMAN
5135 MOSS LANE
GRANITE BAY, CA 95746-5881

1 OF 1

ENV 2831

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 08/12/2015 | 10,448.57 | REDACTED3343 |

| PAYEE | TAX ID |
|---|---|
| GLORIA BERTACCHI-FREEMAN | ***** |

| SCMS UNIT | PAGE |
|---|---|
| 210 Sedgwick Claims Management Services, Inc | 1 of 1 |

| Claimant Name | Loss Date | Claim Number |
|---|---|---|
| BERTACCHI-FREEMAN, GLORIA | 10/05/2012 | 30121028297-0001 |

Amt Paid: 10,448.57 Description: Major Perm Partial (CA,NJ)
Dates: 08/05/2014-06/18/2015 Comment:

You can now view your claim and sign up to receive automated notifications online at https://viaoneexpress.sedgwickcms.net

Social Security Administration
**Retirement, Survivors and Disability Insurance**
Notice of Award

Western Program Service Center
P.O. Box 2000
Richmond, California 94802-1791
Date: July 16, 2013
Claim Number: REDACTED990HA

000106 2 AB 0.384 0006 LTR M08 PC5 0712
GLORIA M BERTACCHI
5135 MOSS LANE
GRANITE BAY, CA 95746-5881

+020JF052002606*NOTAFP.X3.PBMCSNOT.PC5.R130712.PAM Insert 00000100 0326010825044277013957469B8135

You are entitled to monthly disability benefits beginning April 2013.

**What We Will Pay And When**

- You will receive $6,498.00 around July 22, 2013.
- This is the money you are due for April 2013 through June 2013.
- Your next payment of $2,166.00, which is for July 2013, will be received on or about the second Wednesday of August 2013.
- After that you will receive $2,166.00 on or about the second Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- The day of the month you receive your payments depends on your date of birth.

**Other Disability Payments Affect Benefits**

We have to consider workers' compensation and/or public disability payments when we figure a Social Security benefit. The following will explain how these payments affect Social Security benefits. For more information, please read the enclosed pamphlet, "How Workers' Compensation and Other Disability Payments May Affect Your Social Security Benefit."

Enclosure(s):
Pub 05-10018
Pub 05-10153

C

See Next Page

**29 3**

███3990HA                                              Page 2 of 4

The pamphlet explains how we reduce your and your family's Social Security disability checks if the money which you and your family would receive from Social Security and public disability payments adds up to more than 80 percent of your monthly average current earnings. We found that 80 percent of your average current earnings is $6,500.00.

We have to take into account your public disability payment of $4,333.30 when we figure your Social Security benefits. Because you receive this payment, we are reducing the benefits you are due.

We are reducing your monthly payment beginning April 2013. This is the first month when you are entitled to Social Security disability benefits and public disability payments.

Your benefit will be $2,166.70 beginning April 2013.

If you had any medical, legal, or other related expenses connected with your claim for public disability payments, you should bring us proof that you paid these expenses. We can exclude these expenses, within the limits set by law, when we figure how much to take out of your Social Security benefits.

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits". It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).



F05200250*NOTAFP.X1.PBMCSNOT.PCS.R130712.PAM Insert 00000100 002010035044427701185740588135

It is important that you let us know if:

- There is any change in the workers' compensation payment or in any public disability payment you receive, or
- You receive a lump-sum award or any additional payments which supplement your workers' compensation or public disability payments.

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.ssa.gov/planners/taxwithold.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Do You Disagree With The Decision?**

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

295

Print Now | Save a Copy | Can't print or save this letter?
Customize your letter Customize your letter

Customize your letter

1. ☑ Current & Past Benefit Amounts
2. ✓ Type of Benefit(s)
3. ✓ Date of Birth

Apply to Letter | Cancel

# Social Security Administration

Date: July 15, 2013
Claim Number: XXX-XX-3990A

GLORIA M BERTACCHI
5135 MOSS LANE
GRANITE BAY CA 95746-5881

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning April 2013, the full monthly Social Security benefit before any deductions is $2,166.70.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $2,166.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the second Wednesday of each month.

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

**Date of Birth Information**

Get a Benefit Verification Letter Page 3 of 3

WAY
ROSEVILLE,
CA 95661

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

https://secure.ssa.gov/iBEVE/start 7/17/2014

Bertacchi-Freeman/Hartford000666

# Social Security Administration

Date: July 17, 2014
Claim Number: XXX-XX-3990A

GLORIA M BERTACCHI
5135 MOSS LANE
GRANITE BAY CA 95746-5881

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

298

### Information About Current Social Security Benefits

Beginning December 2013, the full monthly Social Security benefit before any deductions is $2,217.50.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $2,217.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the second Wednesday of each month.

### Information About Past Social Security Benefits

From April 2013 to November 2013, the full monthly Social Security benefit before any deductions was $2,184.80.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $2,184.00.
(We must round down to the whole dollar.)

### Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

### Date of Birth Information

The date of birth shown on our records is REDACTED 1953.

### If You Have Any Questions

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-348-7830. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL
SECURITY
910 CIRBY

The date of birth shown on our records is REDACTED 1953.

299

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 866-348-7830. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
910 CIRBY WAY
ROSEVILLE, CA 95661

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

*Social Security Administration*

2015090210000759

300

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY Edmund G. Brown Jr., Governor

**DEPARTMENT OF SOCIAL SERVICES**
**Disability Determination Service Division**
PO BOX 619020
ROSEVILLE, CA 95661-9020
Hearing Impaired Only: Call 711-California Relay Service or TDD 866-224-5791

S62/SWBYRD

June 3, 2013

GLORIA M BERTACCHI
5135 MOSS LANE
GRANITE BAY CA 95746

SSN: ***-**-3990
DDS CASE NUMBER: 1394963

Please find enclosed a form for your doctor to complete. Please take the form in with you to your next appointment, or deliver to his/her office to have completed. Please have the doctor or office staff fax the completed form to 1-866-767-6349.

If this form is completed accurately, and supported by your doctor's office records, it should provide enough information for us to make a medical decision on your case in a timely manner. If the form is not completed, we may need to schedule you for an exam with one of our doctors which could significantly delay the decision on your case.

It is in your best interest to have this form completed by your own treating physician. However, in the event that you have never seen a doctor, or do not currently have a doctor who is treating your conditions, please call me right away so we can schedule an evaluation for you and avoid any unnecessary delay on your case. Please call, or have your doctor call, if you have questions.

If you have any questions, please call me at (916) 774-4211. You may call collect, station-to-station through the operator.

MR. Byrd/R08, Disability Eval. Analyst I

MSC 121 (11/10)

CLAIMANT: GLORIA M BERTACCHI
DDS CASE NUMBER: 1394963
DEA: SWBYRD

3( 1

# MEDICAL SOURCE STATEMENT - PHYSICAL

To determine this patient's ability to do work-related activities on a day-to-day basis in a regular (40 hr.) work setting, please indicate what the individual can still do despite his/her impairment(s). Do not indicate what the patient states he/she can do, but what YOU feel he/she can do, based on substantiated objective findings. **We need this Medical Source Statement in addition to your narrative report and/or copies of your office records.**

1. A. Are lifting/carrying affected by the impairment(s)? ☑ YES ☐ NO (If no, skip to #2)
   B. What is the patient's maximum capacity to LIFT and/or CARRY?
   **Occasionally** (up to 1/3 [cumulative not continuous] of 8 hr. workday):
   **CITE SUPPORTING MEDICAL FINDINGS:** See MRI Reports
   _✓_ Less than 10 lbs. If so, maximum no. of lbs. patient can lift: ____
   ___ 10 lbs.
   ___ 20 lbs.
   ___ 50 lbs.
   ___ 100 lbs.
   **Frequently** (1/3 to 2/3 [cumulative not continuous] of 8 hr. workday)
   ___ Less than 10 lbs. If so, maximum no. of lbs. patient can lift: ____
   ___ 10 lbs.
   ___ 25 lbs.
   ___ 50 lbs.

2. A. What is the patient's ability to STAND and/or WALK, with normal breaks?
   ___ Less than 2 hrs. in 8 hr. workday; If so, total time patient can stand/walk: ____
   _✓_ At least 2 hrs. in 8 hr. workday
   ___ About 6 hrs. in 8 hr. workday
   **CITE SUPPORTING MEDICAL FINDINGS:** See MRI Reports

   B. Does the patient use an assistive device? ☑ Yes ☐ No
   If yes: What kind? CANE Under what circumstances? PRN
   Who prescribed it? Kim
   Is it medically necessary? ☑ YES ☐ NO
   **CITE SUPPORTING MEDICAL FINDINGS:** See MRI Reports

3. What is the patient's ability to SIT, with normal breaks?
   _✓_ Less than 6 hrs. in 8 hr. workday; If so, total time patient can sit: 1-2
   ___ 6 hrs. in 8 hr. workday
   **CITE SUPPORTING MEDICAL FINDINGS:** See MRI Reports

4. Does the patient need to ALTERNATE STANDING and SITTING? ☑ YES ☐ NO
   If yes, do breaks and lunch periods provide sufficient relief? ☐ YES ☑ NO
   **CITE SUPPORTING MEDICAL FINDINGS:** See MRI Reports

CLAIMANT: GLORIA M BERTACCHI
DDS CASE NUMBER: 1394963
DEA: SWBYRD

302

5. Which of the following can the patient do?

| | Unlimited | Frequently (1/3 to 2/3 of workday) | Occasionally (Up to 1/3 of workday) | Never |
|---|---|---|---|---|
| CLIMB | | | | ✓ |
| BALANCE | | | ✓ | |
| STOOP (*bending spine at waist*) | | | ✓ | |
| KNEEL | | | | ✓ |
| CROUCH (*bending legs and spine*) | | | | ✓ |
| CRAWL | | | | ✓ |

CITE SUPPORTING MEDICAL FINDINGS: See MRI Reports

Complete item 6 below **ONLY** if your patient has upper extremity impairment(s).
6. Which of the following can the patient do?

| | | Constantly (more than 2/3 of workday) | Frequently (1/3 to 2/3 of workday) | Occasionally (Up to 1/3 of workday) | Never |
|---|---|---|---|---|---|
| REACH (*extend hands & arms in any direction*) | Right | | | ✓ | |
| | Left | | | ✓ | |
| HANDLE (*grasp, torque*) | Right | | | ✓ | |
| | Left | | | ✓ | |
| FINGER (*keyboarding, picking, pinching*) | Right | | | ✓ | |
| | Left | | | ✓ | |
| FEEL (*with fingertips*) | Right | | | ✓ | |
| | Left | | | ✓ | |

CITE SUPPORTING MEDICAL FINDINGS: See MRI Reports

7. Are there environmental restrictions caused by the patient's impairment(s)?

| | | | | | |
|---|---|---|---|---|---|
| Heights | ☑ YES | ☐ NO | Chemicals | ☑ YES | ☐ NO |
| Moving Machinery | ☑ YES | ☐ NO | Dust | ☑ YES | ☐ NO |
| Temperature Extremes | ☐ YES | ☑ NO | Other | ☐ YES | ☐ NO |

CITE SUPPORTING MEDICAL FINDINGS: See MRI Reports

8. Date Patient Last Seen: 6/17/13 9. Prognosis: 

[signature] 650-991-9400 6/17/13
Signature/Title/Specialty Telephone No. Date

Leslie H. Kim, MD
Please Print or Type Name

Sedgwick CMS
PO Box 14440
Lexington, KY 40512-4440

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

1. MEDICARE (Medicare #) [ ] MEDICAID (Medicaid #) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLKLUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): 111111111

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): Bertacchi, Gloria

3. PATIENT'S BIRTH DATE MM DD YY: REDACTED 1953 SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): Cardinal, Health

5. PATIENT'S ADDRESS (No., Street): 5135 Moss Ln
CITY: Granite Bay STATE: CA
ZIP CODE: 95746 TELEPHONE (Include Area Code): ()

6. PATIENT RELATIONSHIP TO INSURED: Self [ ] Spouse [ ] Child [ ] Other [X]

7. INSURED'S ADDRESS (No., Street): x
CITY: x STATE: CA
ZIP CODE: 11111 TELEPHONE (Include Area Code): ()

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
a. OTHER INSURED'S POLICY OR GROUP NUMBER
b. RESERVED FOR NUCC USE
c. RESERVED FOR NUCC USE
d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO
b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)
c. OTHER ACCIDENT? [ ] YES [X] NO
10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: 30121028297-0001
a. INSURED'S DATE OF BIRTH MM DD YY SEX M [X] F [ ]
b. OTHER CLAIM ID (Designated by NUCC)
c. INSURANCE PLAN NAME OR PROGRAM NAME: ADJ8601089
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE DATE 06/06/2014

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 10 05 12 QUAL. 431

15. Other Date QUAL. 454 MM DD YY 06 06 14

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC): QME

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 9
A. 71946 B. 8360 C. V4589 D. 72252
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 06 14 | 06 06 14 | 11 | | ML101 | 95 | ABCD | 3375.00 | 54 | | NPI | 1114023058 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: REDACTED 5569 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: BER glo Sedgwic

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [ ] YES [X] NO

28. TOTAL CHARGE: $3375.00

29. AMOUNT PAID: $

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Amster, MD, Michael
SIGNED 07/05/2014 DATE

32. SERVICE FACILITY LOCATION INFORMATION
Michael Amster, MD
3000 T St 105
Sacramento, CA 95816
a. b.

33. BILLING PROVIDER INFO & PH # (530) 302 5773
Michael Amster, MD
PO Box 4062
Davis, CA 95617
a. 1114023058 b.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SONOMA**

Regarding the case of:

EMPLOYEE: BERTACCHI, Gloria

I am a citizen of the United States and a resident of the aforesaid. I am over the age of eighteen years and not a party to the within entitled action. My business address is 2685 Leslie Road, Santa Rosa, CA 95404.

On **7/5/2014**, I served within: **CMS-1500 claim dated 7/5/2014**
**QME dated 6/6/2014**

On the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at, 2685 Leslie Road, Santa Rosa, CA 95404 addressed as follows:

Sedgwick CMS
PO Box 14440
Lexington, KY 40512-4440

Michael G McDonald, Esq
1800 Sutter St 300
Concord, CA 94520-2563

Emily Silver, Esq
Mastaghni, Holstedt, et al
1912 I St
Sacramento, CA 95811

I declare, under penalty of perjury, that the foregoing is true and correct.
Executed on 7/5/14, at Santa Rosa, California.

[signature]
Denise Newkirk, President

*Newkirk Associates/2685 Leslie Road, Santa Rosa, CA 95404/707-477-6617*
*E-mail: denisenewkirk38@gmail.com*

244

## Employability Analysis Report

**Claimant: Gloria Bertacchi-Freeman**
**ID Number: 9004108017**
**Policyholder: Cardinal Health, Inc.**
**Date of Report: 1/27/15**

An Employability Analysis was conducted for Ms. Bertacchi-Freeman using OASYS for the purpose of determining her current employability. This analysis was based upon her functional capabilities, education, training and work history.

OASYS (Occupational Access System) is a computerized job matching system that cross references an individual's qualifications profile with 12,761 occupations classified by the U.S. Department of Labor in the 1991 Dictionary of Occupational Titles (DOT).

**Functional Capabilities:**
The functional capabilities used in this analysis are based on the Attending Physician Statement dated 11/19/14, completed by Dr. Kim. The claimant is physically capable of the following: sitting for 30 minutes/time, 4 hours/day; stand 30 minutes/time, 4 hours/day; walk 15 minutes/time, 4 hours/day; occasionally lift/carry 10 pounds, bending, and driving; never kneel or crouch; and no restrictions with reaching, fingering or handling.

**Work and Educational History:**
Educationally, according to her work and educational history form dated 11/3/14, she obtained her Pharm D. in 1977 and her MSA in 2002. The work history used to perform this analysis was also developed from this form. When looking at the most recent 15 years of work history, the claimant worked as a Director of Pharmacy for 3 months and as a Director of Operations, Clinical Pharmacist for 12.5 years.

The following Dictionary of Occupational (DOT) Titles represent the work history used in this analysis:

| DOT Code | Occupation Title | SVP | Yrs | Mos | Str |
|---|---|---|---|---|---|
| 074.167-010 | Director, Pharmacy Services | 8 | 12 | 9 | L |

**Profile Adjustments and Considerations:**
The following adjustments were made to the ability profile based on the functional capabilities and work and education history:

- Stooping was set to occasionally
- Reaching, fingering and handling were set to constantly
- No restrictions were feeling so this was set at constantly

245

- No restrictions were noted for talking, hearing, tasting/smelling, or vision, so these were adjusted to constantly
- No restrictions were noted for noise level, so this was adjusted to very loud
- Following specific instructions was changed to yes as he used this skill to follow specific company and health care policies and procedures
- Making judgments and decisions was changed to yes as she used this skill to solve problems on the job based on her prior work experiences
- Analyzing, compiling, computing, copying and comparing were changed to yes as she used these skills to assess needs, develop plans, research, evaluate services, etc.
- Supervising was changed to yes as she used this skill to monitor the activity of hospital pharmacists
- Serving was changed to yes as she used this skill to attend to the needs of clients, stack holders, etc.
- Taking instructions-helping was changed to yes as he used this skill to attend to the requests of her supervisors

**Analysis Results:**
The results of the Employability Analysis identified 4 occupations within the "closest" level, 1 occupation within the "good" level, 116 occupations within the "fair" level and 52 occupations within the "potential" level when screened for an hourly wage of at least $40.00 within her local geographical area (Placer County, the statistical area for Granit Bay, CA, where the claimant resides). All but 5 occupations were eliminated as they would require additional skills/training. Another job was removed as it did not meet her wage requirement. The final 4 occupations were screened out as they would not allow for positions changes every 15 to 30 minutes.

Based on this analysis, no occupations were identified that utilize the claimant's functional capabilities, transferrable skills and wage requirement, therefore her employability is limited.

Respectfully submitted,

*Jessie Hennessy, MS, CRC, CVE*

Jessie Hennessy, MS, CRC, CVE
Vocational Rehabilitation Counselor

Name: Bertacchi-Freeman, Gloria

SSN:
Case:

Report: E401773R The Hartford - Benefit Management Services Page 18
Office: Comments: Summary Detail Report
Date Of Report:04/27/2015 Date Range: 03/07/2013 - 04/27/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

2015092109075 9
246

Analysis Results:
The results of the Employability Analysis identified 4 occupations within the "closest" level, 1 occupation within the "good? level, 116 occupations within the "fair" level and 52 occupations within the ?potential? level when screened for an hourly wage of at least $40.00 within her local geographical area (Placer County, the statistical area for Granit Bay, CA, where the claimant resides). All but 5 occupations were eliminated as they would require additional skills/training. Another job was removed as it did not meet her wage requirement. The final 4 occupations were screened out as they would not allow for positions changes every 15 to 30 minutes.

Based on this analysis, no occupations were identified that utilize the claimant?s functional capabilities, transferrable skills and wage requirement, therefore her employability is limited.

A: Claimant is a 61 yof oow from her light occupation as a pharmacy director since 10/12 due to back, neck, and knee pain. EE treated conservatively and eventually underwent surgery on 12/13/12. EE continues to have issues with knee and AP is addressing back pain as well. Surgery on right knee 12/26/2013. Last APS from May 2014 notes almost sedentary/light abilities.

EAR showed no occs within clmts earnings requirement -

TL ref file and recommended file be ref to mccm before claim decision made:
Disagree with TC approval.

CQ notes hobbies of shopping, walking, church services, volunteering, going to the gym - all of which would require being in one position longer than 15-30 minutes as noted on APS. OVN note perceived impairment by claimant is greater than actual impairment. No significant findings noted in OVN.

Feel MCCM referral is required to review if limited ability to sit/stand/walk at a time is supported given medical on file.

MRO got ref flags from ee's WC attny - in discussion with SIU now for further steps

clm with MRO - await outcome before LSS
ssd: app
RCCM: clmt not interested in working with them - see rccm review

CNA policy - need local econ run

P: cont with mccm ref

02/03/2015 03:04:37 p.m. ET Michael S Opperman MANAGER Maitland PHONE CALL
Type of Call: Outgoing Date of Call: 02/03/2015 Call To/From: Attorney
Name: Mcdonald Law Corporation Conversation with:
Phone: (925) 363-4380 Extension: Fax Number:

IBC from WC def counsel zachary w/ mcdonald law corp. he's been the lead atty since december. he is trying to get a better u/s of their potential exposure. he had some questions regarding the pmt ledger from pltff counsel. Explained the reason for small OP was ssdi awarded 4/1/13. he said that ee is working as a commercial real estate broker. asked him

Bertacchi-Freeman/Hartford000677

Report: E401773R
Office:
Date Of Report:04/27/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 04/27/2015
For business Role:
Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

Page 16

2015092107592247

MCM acknowledged referral.

AA question: MCCM referral is required to review if limited ability to sit/stand/walk at a time is supported given medical on file.

MCM reviewed medical provided in DCS and SIR through date and time of review.

EE is a 61 year female pharmacy Director/Light OOW since 10//11/2012 due to knee, back and neck pain. EE underwent surgery to her knee in 2013 and continues to experience pain to her knee and back. TC is 4/11/2015.

Dr Kim's OVN:
11/19/2014 APS EE is able to sit stand and walk for ? hour at a time a total of 4 hours each per day. EE is not able to lift push or pull > 10 lbs. r/ls due to knee osteoarthritis , cervical strain, and lumbar degeneration.
11/17/2014 - EE notes no change in chronic pain, right knee using Lidoderm and ice for swelling. EE has restrictive activity and is disabled and off work. EE has limited capacity to sit, stand, and walk as well as lifting up to 10 lbs
8/23/2014 - lumbago - PT discharge - pt seemed to enjoy PT but did not report any improvement in cond after tx. perceived impairment is noted to be higher than actual ability impairment seen during PT tx.
MRI 6/5/2013 possible impingement of exiting right L5 nerve root. Severe bilateral facet arthropathy at L4-L5 with mild triangular narrowing of the spinal canal.

MCM notes a discussion between AA and EEs WC attorney Zachary Unk, on 2/3/2015 noting EE is working as a commercial real estate broker.

It is unclear what prevents EE from functioning at a sedentary job demand level however EE may have limitations in standing in walking due to the OA of her knee and LBP. MCM to reach out to EE for a clinical update and to AP for clarification of sedentary function.

02/03/2015 04:36:31 p.m. ET Christine M Montroy Examiner Minneapolis CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

TC investigation - TC 4/11/2015 - SIU recommended by MRO

O: rec'd task

Dr. Kim ovn's
11/17/2014 - hard to read - chronic pain, drainage?
8/23/2014 - lumbago - PT discharge - pt seemed to enjoy PT but did not report any improvement in cond over the few months tx. perceived impairment is higher than actual ability impairment seen during PT tx
8/13/2014 - joint pain/leg - perceived impairment is higher than actual ability impairment seen during PT tx, able to ambulate to appts, drive, without issue, does not need ad for any adl's - dx from care
7/17/2014 - leg pain/joint pain - cont to report pain, she is unable to give an exact answer as to pain location or number level of pain.

Bertacchi-Freeman/Hartford000678

FINDING A PHYSICIAN JUST GOT EASIER SEARCH CATEGORY SPECIALTY MENU

Home > Orthopedic Specialty Care > Brett Fink, M.D.

**Brett Fink, M.D.**

Orthopaedic Surgery, Reconstructive Rearfoot/Ankle Surg

Request Appointment

He received his medical degree from the Washington University School of Medicine in St. Louis, Missouri. His orthopedic surgery residency was completed at Portsmouth Naval Hospital in Virginia and he was fellowship trained in foot and ankle surgery at Boston University Medical Center in Massachusetts.

Dr. Fink was honored to be the first physician in Indiana to perform a Tornier Salto Talaris™ ankle replacement surgery. He also performs complex foot reconstruction surgeries that no one else in the Indianapolis area performs.

His orthopedic focus areas include foot and ankle and trauma.

**7930 N. Shadeland Avenue**
Indianapolis, IN 46250
Phone: 317-588-2663
Fax: 317-588-2727

**1400 N. Ritter Avenue**, Suite 351
Indianapolis, IN 46219
Phone: 317-588-2663
Fax: 317-355-1179

**11911 N. Meridian Street**,
Suite 130
Carmel, IN 46032
Phone: 317-588-2663

Brett Fink, M.D. | Community Health Network 20150921000758 Page 1 of 2
249

Providers/Employees

Community Health Network

MyChart | Contact Us | Find a Location | About Us | For Patients | Search eCommunity.com

Find a Doctor | Locations | Health Services | Programs | Careers/Education

New Search | Back to Search Results

# Brett Fink, M.D.

**Orthopaedic Surgery (Board Certified), Reconstructive Rearfoot/Ankle Surg**

Community Physician Network doctor

Request Appointment

**Education:** Washington University, St. Louis MO
**Internship:** Barnes Hospital-Washington University Medical College
**Residency:** Portsmouth Naval Hospital
**Fellowship:** Boston University Medical Center
**Gender:** M
**Website:** http://www.communityorthocare.com

**Bio:**

He received his medical degree from the Washington University School of Medicine in St. Louis, Missouri. His orthopedic surgery residency was completed at Portsmouth Naval Hospital in Virginia and he was fellowship trained in foot and ankle surgery at Boston University Medical Center in Massachusetts.

Dr. Fink was honored to be the first physician in Indiana to perform a Tornier Salto Talaris™ ankle replacement surgery. He also performs complex foot reconstruction surgeries that no one else in the Indianapolis area performs.

His orthopedic focus areas include foot and ankle and trauma.

## Office Locations

**Community Health Pavilion Carmel**
11911 N. Meridian Street
Suite 130
Carmel, IN 46032
P: 317-588-2663

**Mon:** 9:00 AM - 5:00 PM
**Tues:** 9:00 AM - 5:00 PM
**Wed:** 9:00 AM - 5:00 PM
**Thurs:** 9:00 AM - 5:00 PM
**Fri:** 9:00 AM - 5:00 PM

http://www.ecommunity.com/fad/profile.aspx?phyID=221653 9/21/2015
Bertacchi-Freeman/Hartford000680

201509021000759

250

**Brett Fink, M.D.**
**7930 N. Shadeland Ave.**
**Indianapolis, IN 46250**
**(317) 588-2700**

Specializing in: Trauma
Foot and Ankle Problems
Sports Medicine

Medical Director, Indiana Medical Consulting

President, Indiana Orthopedic Center, LLC

E-mail: brettfink@indymedcon.com

## Education

Fellowship, Foot and Ankle Surgery, Univ. of Miami Sch.. Of Med., Oct. 15, 1999-June 30, 2000.
Fellowship, Foot and Ankle Surgery, Boston Univ. Med. Center, July 1, 1999-Oct. 15, 1999.
Resident, Orthopedic Surgery, Portsmouth Naval Hospital, Portsmouth, VA, July 12, 1993-July 11, 1997.
Intern, Surgical, Washington University School of Medicine, St. Louis, MO, July 1, 1989-June 30, 1990.
Doctor of Medicine, Washington University School of Medicine, St. Louis, MO, May 19, 1989.
Bachelor of Science with Honors, Molecular Biology, University of Wisconsin-Madison, May 21, 1985.

## Licenses

Texas (Active)
Indiana (Active)

## Positions and Administrative Experience:

Clinical Positions:

Orthopedic Surgeon specializing in Foot and Ankle Disorders, The Indiana Orthopedic Center, Active Staff at Community East-North, Greenfield Hospitals, July 1, 2000-present

Administrative Experience:

Member, Indiana Orthopedic Center Steering Committee, 2003-present
Vice Chairman, Orthopedic Section, Community Hospital East-North, 2003-2004
Chairman, Orthopedic Section, Community Hospital East-North, 2005-2006
President, Indiana Orthopedic Center, 2009-present

Case 2:15-cv-02596-TLN-AC Document 18-2 Filed 04/03/17 Page 569 of 953
201509021000759
251

Get Reviews & Information on 720,000 Doctors Nationwide

HOME
|
SPECIALTY
|
LOCATION
|
SYMPTOM/CONDITIONS
|
INSURANCE ACCEPTED
|
NAME
|
COUNTY
|
ZIP CODE

:hopedic foot ankle >> >> Indianapolis

advertisement

advertisement

# Brett Ryan Fink MD

## Orthopedic Foot & Ankle, Orthopedic Surgeon

## Indianapolis, IN

## Male - 26 Years Experience

*Dr. fink specializes in the following:*

advertisement

**Do you like this doctor?**

Like 0

**Rate this Doctor!**

- Currently 3/5 Stars.
- 1
- 2
- 3

**Leave feedback on this doctor!**

0 Comments

**Orthopedic Foot & Ankle**
Sub-specialties: Orthopedic Surgeon

Beriacchi-Freeman/Harvard000682

**Description**
Orthopedic foot-and-ankle specialists are orthopedic surgeons or podiatrists trained in techniques to treat foot and ankle disorders. Many treatments are nonsurgical and can include orthotics (therapeutic shoe inserts), physical therapy or anti-inflammatory and other types of medications. Surgical treatments can be used to treat injury or trauma to the foot or ankle, such as a sprained or fractured ankle, Achilles tendonitis and heel spurs; nerve disorders; or arthritis of the joints. Foot-and-ankle specialists may also treat bunions or nail deformities. Some foot-and-ankle specialists focus on subspecialties, such as sports injuries or pediatric orthopedics.
*Dr. fink was educated at the following institutions:*

**Medical School Attended:**
washington university in st louis school of medicine

**Year of Graduation:**
1989
*Dr. fink received medical licensing as follows:*
**Medical License:**
Recieved in 2000
**State Medical License:**
Issued in the state of Indiana
*Dr. fink accepts insurance from these companies:*

blue cross blue shield
aetna
cigna
united healthcare
Acceptance of particular Insurance Plans may vary, based on different office locations. As a result, we've listed Plans accepted at different locations.>
See what state and federal disciplinary actions (if any) have been reported against this doctor in the past five years.>
**Disciplinary Actions:** Not Available
Disciplinary actions are actions taken to punish or restrict physicians who have demonstrated professional misconduct. They are intended to correct the doctor's misconduct. Physicians with disciplinary actions may continue to practice, depending on the board's decision. Physicians who have had a disciplinary action in one state will often move to another state where he/she may have a clean record in that new state. Lifescript's Doctor Finder compiles disciplinary action information from all 50 states, you'll know if a physician has a disciplinary action in more than one state.
**Please login below or post as a guest**
community physicians network orthopedic specialty care
7930 n shadeland ave
indianapolis, IN 46250
317-588-2663
Show on Map
Get Directions
Driving Directions To:
7930 N SHADELAND AVE
Indianapolis, IN 46250
From:

PRINT THESE DIRECTIONS

COMMENTS

About Foot and Ankle Surgeons

**What are orthopedic foot and ankle surgeons and what do they do?**

Orthopedic foot and ankle surgeons are medical doctors who specialize in the diagnosis, care and treatment of patients with disorders of the musculoskeletal system of the foot and ankle, which includes bones, joints, ligaments, muscle tendons, nerves and skin.

Orthopedic foot and ankle surgeons use medical, physical and rehabilitative methods as well as surgery to treat patients of all ages. They perform reconstructive procedures, treat sports injuries, and manage and treat trauma of the foot and ankle. They work with physicians of many other specialties, including internal medicine, pediatrics, vascular surgery, endocrinology, radiology, anesthesiology and others.

**What conditions does an orthopedic foot and ankle surgeon treat?**

Orthopedic foot and ankle surgeons treat various ailments and conditions of the small toes such as claw toe and hammer toe, as well as metatarsalgia (pain on the ball of the foot), heel pain, flat foot or high arches, diabetic foot, Achilles tendonitis, stress fractures, and arthritis of the foot and ankle. They also treat athlete's foot (fungal infection), bunions, corns and calluses.

An orthopedic doctor will also handle ankle fractures and sprains. An ankle fracture (broken ankle) is a break in the ankle joint, which connects the tibia (shin bone), fibula (smaller outside bone of the lower leg), and talus (a connecting bone between the leg and foot). An orthopedic doctor will X-ray the injury to evaluate its severity. Possible treatments include a cast (which may or may not require surgery), screws, a metal plate with screws (requires surgery), or a steel rod down the middle of the bone which (requires surgery) known as open reduction internal fixation. They may also use an external fixator to hold the bone in place during healing.

LOCATIONS

EDUCATION

LICENSING

INSURANCE

BACKGROUND

SPECIALTY

Other Orthopedic Foot and Ankle Specialists in or near Indianapolis, IN

- Jeffrey A Schabler DPM
- Steven A Herbst MD
- Jonathan Patrick Smerek MD
- Douglas Alan Flory MD
- Melanie Sanders MD

Orthopedic Foot & Ankle Articles

- Doctor-Recommended Tips for a Healthy Heart
- 10 Symptoms Women Shouldnt Ignore
- Medical Myths That Can Kill You
- 10 Foods That Help Fight Cancer
- Patrick Swayzes Cancer Are Women At Risk

Search your Doctor's name:
Find by Doctor specialty and location:
last or full name
state
zip
city
LOOK-UP NOW!

An ankle sprain is a partial or complete tear of the ligaments that support the ankle; it is usually caused by a fall or sudden twist of the ankle. A sprain can result in pain, swelling, bruising, and the inability to move or bend the foot without pain. Crutches are someitmes required to walk. Treatment for a sprain may include rest and elevation of the ankle, applying an ice pack, wrapping the ankle in a compression bandage, taking anti-inflammatory medication (aspirin, Advil, Motrin, Tylenol), strengthening the ankle with exercises, or surgery (when two or three ligaments are torn).

Muscoloskeletal injuries are diagnosed by the degree of severity, ranging from first to third degree, with third-degree injuries being the most severe. A first-degree injury occurs when muscle fibers, tendons or ligaments are stretched beyond normal capacity, causing microscopic tearing; pain and swelling lasts a few days with proper treatment. A second-degree injury is the partial tearing of tissue; pain and swelling can be moderate to severe, and healing takes weeks or months. A third-degree injury is a complete tear, also known as a rupture; surgery is required to repair severed tissues.

**Related Articles:**
Don't Let an Injury Set You Back
Quick Tips for Strengthening a Weak Ankle

(/)

Find A Doctor By Name

Signup | Login | Claim Doctor Profile (/plans/doctor/)

## Dr. Brett R. Fink

Orthopedic Surgeon (/best-doctors/in/indianapolis/orthopedics-sports/)

3 reviews

#32 of 265 Orthopedic Surgeons in Indianapolis, Indiana (/best-doctors/in/indianapolis/orthopedics-sports/)

Male (/best-doctors/in/indianapolis/orthopedics-sports/?gender=m)

INDIANA ORTHOPAEDIC CENTER (/clinic/us-in-indianapolis-indiana-orthopaedic-center-397/)

Unavailable

View Map & Address

Unavailable

## You may also like

Was this rating useful? 0

flag | Submitted May 28, 2014

| 5 Staff | 5 Punctuality | 5 Helpfulness | 5 Knowledge |
|---|---|---|---|

I found Dr. Fink very knowledgeable and compassionate. One has to remember when seeing any doctor emergencies may come up. Doctors can't help that. You would want the doctor to see you right away in an emergency.

Was this rating useful? 0

flag | Submitted July 31, 2013

| 4 Staff | 2 Punctuality | 1 Helpfulness | 4 Knowledge |
|---|---|---|---|

My husband had to have surgery for a WC injury and was sent to physical therapy which was working very well until Dr Fink put a stop to it and said he didn't need it anymore. My husband had only went to the pt maybe a total of 4-5 times. He had hardware put into his foot and ankle permently. And he thinks 4-5 times is enough? Dr Fink did not listen to my husband's concerns and did not have any compassion for the pain or lifelong situation my husband was in from this point on. After getting more info as time went by we found out he stopped the pt due to the Workman's comp company telling him to. This is suppose to be the top specialist for foot & ankle and he screwed my husband over.

Was this rating useful? 0

flag | Submitted May 28, 2008

## Top Hospitals in Indianapolis, IN

advertisement

Other Ways To Search
Zip Codes:
93532
|
77008
|
45157
|
92690
|
93021
|
91911
|
91950
|
90019
|
92021
|
91910
|
MORE...
Counties:
Los Angeles County
|
Cook County
|
Harris County
|
Maricopa County
|
San Diego County
|
SEE ALL...
By Name:
A
|
B
|
C
|
D
|
E
|
F
|
G
|
H
|
I
|
J
|
K
|

Speedway Family Physicians
☆☆☆☆☆ (/urgent-care/us-in-indianapolis-speedway-family-physicians-102/)

Community Health Network (MedCheck)
☆☆☆☆☆ (/urgent-care/us-in-indianapolis-community-health-network-medcheck/)

International Family Medicine, Walk-in & Urgent...
☆☆☆☆☆ (/urgent-care/us-in-indianapolis-international-family-medicine-walk-in-urgent-ca-209/)

Kid's Express Clinic
☆☆☆☆☆ (/urgent-care/us-in-indianapolis-kids-express-clinic/)

Sign up for our newsletter and get the latest health news and tips.

201500021000758
2 58

# Brett Fink

335 connections

Medical Director at Whole Foot LLC

Indianapolis, Indiana Area | Hospital & Health Care

| | |
|---|---|
| Current | Whole Foot LLC, The Whole Foot Book, Indiana Orthopedic Center |
| Previous | Community Physician Network-Orthopedics and Sports Medicine, Indiana Medical Consulting, LLC, Jackson Memorial Hospital |
| Education | Washington University in St. Louis School of Medicine |
| Websites | Company Website<br>Company Website<br>Blog |

## Join LinkedIn and access Brett's full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact Brett directly

View Brett's Full Profile

## Experience

### Medical Director

Whole Foot LLC

January 2013 – Present (2 years 7 months)

### Author

The Whole Foot Book

January 2012 – Present (3 years 7 months)

I am the author of The Whole Foot Book: A Comprehensive Guide for Taking Care of Your Feet. It is a summary of methods for helping many common foot problems that emphasizes non-operative treatment. I am available for interviews and speaking engagements on foot and ankle topics.

See http://www.demoshealth.com/store/the-whole-foot-book.html

### Orthopedic Surgeon

Indiana Orthopedic Center

July 2000 – Present (15 years 1 month)

### Orthopedic Physician

The Indiana Orthopaedic Center

2000 – Present (15 years)

**Find a different Brett Fink**

First Name | Last Name

**Example:** Brett Fink

**Brett Fink**
–
United States

**Brett Fink**
–
United States

**Brett Fink**
Student at Portland Community College
Portland, Oregon Area

More professionals named Brett Fink

**People Also Viewed**

**J. Michael Bennett**
Orthopedic Surgeon; Sports Medicine Specialist; Shoulder Surgery; Elbow Surgery; Knee Replacement

**Dr. R. Wade McKenna**
Fellowship Trained Orthopedic Trauma Surgeon, Co-Founder and Medical Director at Biologic Therapies Incorporated

**Joshua Alpert, MD**
Orthopedic Surgeon-Sports Medicine at Midwest Bone and Joint Institute

**David Homesley**
Orthopedic Surgeon at Barron & Homesley Orthopedic Specialists

**Kevin Witte D.O., M.B.A.**
Board Certified Orthopedic Surgeon Orthopedic Sports Medicine Specialist

**Greg Estes**
Orthopedic surgeon at Community Physician Network

**Andrew Brief, M.D.**
--Orthopedic Surgeon

**Mark Klaassen MD FACS**
Professor at University of Notre Dame

**Dr. Michael Kapsokavathis**
Dr. Michael Kapsokavathis, D.O., Orthopedic Spinal Surgery

**Dan Wnorowski**
MD MBA, Syracuse Orthopedic Specialists

Bertacchi-Freeman/HATF 0000689

20150902100075 9 259

md, Medicine
1985 – 1989

Medicine

What is LinkedIn? Join Today Sign In

Interests

Legal consulting speaking treatment of foot and ankle ailments
health and wellness skiing hiking

Groups

Orthopaedic Foot an...

Society of Physician...

ORTHOPRENEUR

WOUNDS

Orthopedic Network

## View Brett's full profile to...

- See who you know in common
- Get introduced
- Contact Brett directly

View Brett's Full Profile

Not the Brett Fink you're looking for? View more

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more Browse members by country

© 2015 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy Copyright Policy | Guest Controls

Case 2:15-cv-02596-TLN-AC Document 18-2 Filed 04/03/17 Page 578 of 953

goodreads Title / Author / ISBN Home My Books Friends Recommendations Explore register tour sign in

260

Goodreads helps you keep track of books you want to read.

Start by marking "The Whole Foot Book: A Complete Program for Taking Care of Your Feet" as Want to Read:

Want to Read

Recommend it | Stats | Recent status updates

Other editions
Enlarge cover

Want to Read

Rate this book

Open Preview

The Whole Foot Book: A Complete Program for Taking Care of Your Feet

by Brett Ryan Fink, Mark Stuart Mizel

4.00 · rating details · 2 ratings · 1 review

*The Whole Foot Book* is the definitive reference for anyone suffering from foot pain. While many books review the basic treatment of foot and ankle conditions, *The Whole Foot Book* enlightens the reader with an understanding of the underlying causes of foot and ankle problems in easy to understand language.

*The Whole Foot Book* provides indispensable information on basic foot problems as well as foot anatomy and biomechanics, systemic disorders, and nail and dermatological problems. This comprehensive resource covers footwear basics, prevention, and treatments along with clear diagrams, photos, and charts that demonstrate techniques and solutions. It covers common foot problems faced by diabetics, seniors, and athletes, including bunions, hammer toes, corns, calluses, warts, and skin maladies. In also features a chapter on choosing the proper footwear, gives advice on when to seek professional attention and helps you to understand when foot surgery is not and is not necessary, and highlights recent advances in foot surgery.

But *The Whole Foot Book* goes further and addresses less common issues including neuropathy, blood clots, and HIV/Aids among others.
(less)

Paperback, 208 pages
Published January 3rd 2012 by Demos Health
more details... edit details

Share This Book

Like 0

8+1 0

+ Share on your website

Trivia About The Whole Foot Bo...

No trivia or quizzes yet. Add some now »

Bertacchi-Freeman/Hartford000691

CALL TODAY EMAIL US MENU

Representing Clients Throughout California

Representing Clients Throughout California

Why You Should Choose Us >

We Know How to Get Insurance Claims Paid!

Read About the Cases We Handled >

"Thank You for Being Lawyers with a Heart."

Read More Client Reviews >

Consultations: Offered in Person & Over the Phone!

Contact Us For Help Now >

OCTOBER 13, 2009 | LABOR/EMPLOYMENT

# Doctors Paid To Aid Insurers In Disability Claim Denials

262

By Evan George

Daily Journal Staff Writer

Every year, millions of Americans seeking to buy a safety net for their middle class lifestyles enroll in group disability insurance. If they fall sick or are injured badly enough that they can't work, the insurers promise to pay part of their salaries.

But legally denying these costly claims has proven remarkably easy for insurers. All they need is a single doctor's opinion that the insured is able to hold a job.

As a result, insurers hire a cadre of doctors to write reports on claims they don't want to pay.

These doctors are not required to see the patient. They can receive hundreds of assignments per year in repeat business from insurance companies. And they do not - unlike in many health insurance disputes - have to be part of an independent panel overseen by regulators.

The opinions of these insurance company-hired doctors carry more weight in court than those of the treating physicians, employers and Social Security Administration administrative law judges combined. That's because decades of high court decisions have nurtured an insurer-friendly playing field where the companies are free to deny any disability claim as long as they weren't "arbitrary or capricious" - in other words, as long as they have a reason. That has translated into big business for doctors like Harvard-trained psychiatrist Stephen Gerson.

Gerson, who declined to be interviewed, made well over $1 million in four years writing reports part-time for several insurance companies and medical firms that arrange the reviews, court records show. Most of it, about $900,000, came from a single insurer, Gerson revealed in a 2006 deposition.

"To work from home, in pajamas and some fancy slippers, denying legitimate claims by cherry-picking medical records is as low as it gets," said Frank Darras, an Ontario attorney who represents hundreds of group policyholders who were denied disability benefits.

The insurers dispute that, saying the reviews are fair, and meant only as protection from workers filing bogus claims or otherwise receiving benefits they're not owed.

"The physicians who conduct external file reviews... are independent of the carrier," said Whit Cornman, a spokesman for the trade group American Council of Life Insurance. "There is not a common practice of using captive physicians or physicians with a conflict of interest."

But insurers have fought tooth and nail to keep information about these doctors under wraps.

Documents Paint a Picture

The Daily Journal reviewed dozens of court cases nationwide where federal judges have taken the rare step of allowing discovery. Those documents, including depositions and internal memos, painted a portrait of the role doctors and medical review companies play in claims denials.

Based on those records, here's how it works:

A worker who has paid for benefits files a claim. In most cases, the insurer will review it and pay.

Some cases - markedly those where the insured reports suffering from back, neck and spine injuries, chronic pain, and other "complex" symptoms - are denied, even if treating physicians and the Social Security Administration find them disabled.

If the worker appeals, the insurance company will send the files to what they call "independent" medical reviewers, a handful of specialized firms scattered across the country.

The firms that set up the reviews collect several millions of dollars a year, sometimes from a single insurer, and aggressively market their services.

These firms coach their doctors to never use the word "disabled" in reports and to use strict medical definitions they provide to determine a person's ability to work.

The doctors rarely examine the patients, but rather base their opinions on limited medical evidence selected by the firm. At times, they have no expertise in the field in which they give an opinion.

They are regularly paid more than $100 per hour, often earning $100,000 a year for part-time work. Some make all of their income from the insurance industry.

And a handful of these doctors, whose records were revealed in court documents, sided with the insurer in 90 to 95 percent of the cases.

Pushing Paper

Joanna Morales, director of the Cancer Legal Resource Center at Loyola Law School, said the current system puts even people with legitimate claims at a steep disadvantage.

"You just have an insurance company looking at claims on paper and the average person is not getting the lengthy documentation from their doctors to make their case compelling," she said.

Because these policies are group benefits obtained through work, they are regulated by the Byzantine Employee Retirement Income Security Act.

Courts have ruled the law gives insured workers limited recourse against insurance companies, which have extraordinary preference in handling the appeals.

Despite a 2008 Supreme Court case, Glenn v. Metropolitan Life Insurance Co., that suggested judges scrutinize an insurers' conflict of interest in denying claims, disabled workers encounter steep legal hurdles.

Mark D. DeBofsky, an appellate attorney for policyholders who teaches at the John Marshall School of Law in Chicago, said trial judges rarely look beyond the individual case to an insurer, or doctor's, pattern. Some circuits do not allow discovery into that behavior, he said.

A Daily Journal investigation that included a review of 576 federal lawsuits in California against the top insurers, found thousands of disabled Americans must sue for insurance

Case 2:15-cv-02596-TLN-AC Document 18-2 Filed 04/03/17 Page 583 of 953

benefits. In defending against those suits, the insurers t[illegible] up the opinions of contract doctors as evidence that the denial is legitimate.

Insurers have an obvious incentive to keep these claims down: Unlike medical leave or short-term benefits that are sometimes paid by employers, long-term disability costs the insurers directly. In some cases payments can span years, even decades.

At the same time, there are few disincentives for an insurer to stall expensive disability benefits because injured workers do not have a right to damages in court.

Dr. Suresh Mahawar, a practicing internist in Fremont, moonlights by reviewing disability cases for University Disability Consortium.

He nearly never disagrees with the insurer.

In 202 cases he was assigned to review for The Hartford Financial Services Group between 2005 and 2007, court records show he only found nine people who were so sick or injured they could not return to work.

When a physician to one of those other 193 people insisted his patient was permanently disabled, Mahawar replied that he believes anybody can work a desk job regardless of reported pain and physical limitations, court records show.

A judge said Mahawar's opinion that an employee with a severe spinal injury could return to work should be viewed with "commensurate skepticism." The judge ordered the insurer pay the claim.

In a statement to the Daily Journal, Mahawar said his medical opinions should not be equated with siding with the insurer. "How the insurance carrier may translate my findings into claims related decisions is decided solely by them," he said.

Federal judges have repeatedly shot down reports by Dr. Amy Hopkins, who was paid $493,832 for file reviews for just one firm from 2001 to 2004 - nearly two-thirds of her income, according to court records.

Opinions provided by Hopkins, an occupational medicine specialist based in Guilford, Connecticut, have been challenged in about 20 lawsuits since 2003.

In 2004, a federal judge in Pennsylvania described Hopkins' work as a "pick and choose approach" that ignored evidence and "completely mischaracterized" a treating physician's notes in order to deny a claim.

In several reports, Hopkins uses the exact same language to explain why different patients suffering from different diseases were not so disabled they couldn't hold a job.

For example, Hopkins routinely stated in her reports that whatever the insured was suffering from "is not necessarily, in and of itself, a disabling disorder."

A skeptical U.S. District Court Judge Claudia Wilken dismissed Hopkins saying: "A suggestion that it is possible that plaintiff is not disabled is not the same as evidence that she is not."

Hopkins, contacted while vacationing out of the country, refused to discuss her work.

Dr. J. Mark Melhorn, president of the American Academy of Disability Evaluating Physicians, which offers certification for medical reviewers, said he believes that biased doctors are the exception. "My hope would be that the system is designed in such a way that those individuals can be identified."

Melhorn said the on-paper medical reviews are only one part of a extensive process that gives claims an unbiased look.

"It is not a perfect system but it is reasonably fair, and there are levels of appeal," he said.

Repeat Business

Financially speaking, the firms that arrange reviews for insurance companies are hardly independent: they rely heavily on repeat business.

Details about those business arrangements are rarely disclosed. In court cases where information is revealed, the money earned from a single insurer can be staggering.

"They get more business if they deny more," said Bryan Liang, executive director of the Institute of Health Law Studies at the California Western School of Law in San Diego.

Liang, who studies health coverage issues, said the close ties between physician reviewers and the insurers lead to "egregious" denials. He said policyholders can't get a truly independent review because they are one-time players while insurers are repeat customers.

The Hartford alone paid University Disability Consortium, more than $13 million between 2002 and 2007 for 10,000 reviews. The insurer provided about 75 percent of the firm's income in 2006, according to court records.

The firms aren't shy about negotiating bulk business. For instance, UDC's rate was $300 an hour initially. But company president, Jonathan Peter Strang said in a deposition that he dropped the price to $225 for The Hartford in a "volume discount type arrangement" for nearly double the number of reviews.

Strang runs UDC out of his $1.2 million six-bedroom Victorian house in a Boston suburb, according to public records. He farms the work out to about 100 physicians from different specialties.

Among them is Gerson, the psychiatrist who made a million dollars doing part-time reviews.

Gerson was also sometimes paid directly by the insurance companies. In 2005, while Prudential Insurance was paying him $250,000 a year to conduct reviews, he told Prudential claims managers how to successfully deny a claim for a woman with a brain tumor, according to court records.

A Prudential claims worker made notes of the conversation.

"If we consider this a gray area claim and we wanted to be sure [Dr. Gerson] would suggest either surveillance or having [the patient] sit for an extended period with a neuropsychologist," among other tests.

But, the worker continued, "if we do, we run the risk that they will find a doctor who is an advocate," Gerson warned, according to the notes. "[Gerson] said he will not put these suggestions in the report... From the information he has [the patient] is not impaired."

Gerson, who currently performs medical reviews as an independent contractor, refused to comment on that case.

UDC's Strang said his insurance company clients don't reward his firm and those like it on how often they back a denial. "We don't get report cards, there are no quotas," he said.

Doctors like Gerson can be good umpires because they don't form personal relationships with the workers, he added. "Attending doctors can be too close to patients who say they can't [work], so they accept it at face value."

Altered Report

Gulf War veteran Terry Hall, left his desk job in 2001 when chronic back pain and spine surgeries made sitting excruciatingly painful.

The disability insurance he'd paid for covered part of his salary at first. The plan cut off his benefits in June 2004 after an independent firm called MLS Inc. decided Hall was not disabled after all.

"Mr. Hall would be capable of performing work within the restrictions outlined," the doctor's report prepared by MLS said. "Mr. Hall would be most suited for sedentary work."

Hall, 39, was shocked the insurance-company hired doctor - who had actually examined him - said he could work.

It turns out, so was the doctor.

When Dr. James Templin compared his own notes against the official copy that MLS sent to the insurance company, he did not recognize entire sentences.

He had come to the opposite conclusion about the patient. "I am unable at this time based on Mr. Hall's presentation and examination, to identify any work position which I believe he could return to," his own notes stated.

Templin was so horrified he sent his original notes to Hall, who sued MLS for allegedly tampering with the medical report during transcription in order to deny his claim.

MLS, a Michigan-based firm that describes itself as a national leader in independent medical assessments, performs on-paper reviews and exams for dozens of insurance companies, including Liberty Life Insurance Co. and CIGNA and large employers like General Motors Corp.

The president of the family-run company said in a deposition it was common for the company to cut and paste doctor's signatures from drafts to final versions. But he denied MLS added new sentences.

"They forged my name and they admitted to it," Templin said in an interview. "They can do anything they want... it is nearly fool proof because doctors always dictate straight into their system."

MLS sued Templin in federal court for breach of contract, saying their agreement forbade him from sharing his findings with a patient. MLS lost.

The company settled with Hall privately.

MLS is not the only firm that makes doctors dictate reports by phone to be transcribed.

According to Dr. Philip Marion, a rehabilitation specialist at Georgetown University who has reviewed disability cases for years, it's even common for firms to add details to reports.

The firms also control the medical evidence, he stated in a deposition. In some cases, Marion said he gave opinions based on incomplete records - unaware of additional surgeries or new injuries for instance.

Marion, who declined to comment for this story, estimated in court records that he found patients unable to work in only 5 to 10 percent of the cases he reviewed.

Hiding the Numbers

Track records like Marion's are a smoking gun that can prove illegitimate denials, many trial lawyers said.

Attorneys who take group disability insurance cases are increasingly fighting for the companies to release those records in individual disputes.

Insurers counter that the numbers aren't relevant - or are proprietary information.

When a judge does allow discovery, the insurers often respond by settling the case or rendering it moot by reversing the denial and paying the claim.

In April, a federal judge in Northern California railed at an insurer's defense lawyers, infuriated by attempts to stall discovery in a lawsuit brought by a 65-year-old man suffering from diabetes, a heart condition and partial blindness who was denied disability benefits.

"I have gone overboard to try to accommodate you and your foot dragging," U.S. District Judge William Alsup told Metropolitan Life Insurance Co.'s lawyers, according to court transcripts.

Alsup demanded MetLife show how frequently Network Medical Review reviewers sided with the insurer to see if the company used "gimmicks" to justify not paying disabled people. He threatened MetLife's lawyers with contempt of court if they did not produce the records within 24 hours.

"We are at the end of this," Alsup said from the bench. "It's going to be public record. Its going to be out there for every other lawyer in California to see."

That weekend, MetLife decided to start sending the monthly checks it had withheld from David Walker, instead of letting the case proceed.

"They didn't settle it, they paid it," complained Glenn Kantor, a Northridge attorney who represented Walker.

2015 08... 271

Other lawsuits in recent years have uncovered a close relationship between MetLife and NMR, with annual payments in the millions and growing. In 2005, MetLife paid NMR more than $2 million for thousands of reviews, court records show. But the total number of denials based on the firm's opinions remain elusive.

Liang, at the California Western School of Law, said he believed federal courts would increasingly allow discovery and evidence showing so-called independent doctors have a conflict of interest.

Liang said a better fix would be to have regulators assign the reviews rather than the insurers or middle-men firms.

"What we should be doing is putting the review decisions in the hands of a truly independent panel where the private insurers would just put money into one pot and then let the [reviewers] make a binding decision," Liang said.

Doing so could require legislation in Washington. Under the current system, insurers are free not only to hire who they want, but also to ignore the opinions of their own reviewers, as they did in the case of Marianne Wible.

The 56-year-old nurse for The Boeing Company suffered from Lupus for 11 years before the chronic disease, which wreaks havoc on the joints, blood and kidneys, made work impossible.

Her doctor, a Lupus specialist, told her she was disabled and needed to stop working.

Aetna did not want to pay the claim. It sent her to be examined by a medical expert of its choosing. That doctor also found her disabled.

Aetna still was not convinced. It sent her file to Dr. Emil Bardana Jr. in Oregon, who was not board-certified in rheumatology. He "completely disagreed" with her treating physicians. "There are no medical records available to verify her diagnosis," Bardana wrote in his review.

The insurer refused to comment on the case citing privacy laws, but court records show Aetna seized on Bardana's report, dropping Wible's coverage in August 2003. She appealed the decision.

Bertocchi-Freeman/Hartford 000702

While she awaited Aetna's response, Wible died.

The cause of death, according to the coroner's death certificate: "complications from Lupus."

evan_george@dailyjournal.com

Kantor & Kantor, LLP

California Insurance Lawyer
19839 Nordhoff Street, Northridge, CA 91324
Toll-Free: (888) 569-6013
http://www.kantorlaw.net/

The information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation. This information is not intended to create, and receipt or viewing does not constitute, an attorney-client relationship.

Privacy Policy | © 2015 All Rights Reserved. Powered by Scorpion Design

**Gloria Bertacchi-Freeman**
**5135 Moss Lane**
**Granite Bay, CA. 95746**
**916 390 1845**
**deltadoctor@yahoo.com**

**Plaintiff**

# APPEAL OF THE DENIAL OF LONG TERM DISABILITY BENEFITS

In RE

Gloria Bertacchi Freeman

Name of Insurance Company:
Hartford Life and Accident Company

Claimant: Gloria Bertacchi-Freeman.

Policy Holder: Cardinal Health, Inc

DOB: REDACTED 53

Insured ID: 9004108017

Policy Number: 83120674

Social Security Number xxx-xx-3990

**Gloria Bertacchi-Freeman**
**5135 Moss Lane**
**Granite Bay, CA. 95746**
**916 390 1845**
**deltadoctor@yahoo.com**

**Plaintiff**

# APPEAL OF THE DENIAL OF LONG TERM DISABILITY BENEFITS

In RE

Gloria Bertacchi Freeman

Name of Insurance Company:
Hartford Life and Accident Company

Claimant: Gloria Bertacchi-Freeman.

Policy Holder: Cardinal Health, Inc

DOB: REDACTED 53

Insured ID: 9004108017

Policy Number: 83120674

Social Security Number xxx-xx-3990

**Dr. Gloria Bertacchi-Freeman**
5135 Moss Lane
Granite Bay, CA. 95746
Telephone: (916) 390-1845
deltadoctor@yahoo.com

**Plaintiff**

**APPEAL OF THE DENIAL OF LONG TERM DISABILITY BENEFITS**

In RE

Gloria Bertacchi Freeman

Name of Insurance Company:
Hartford Life and Accident Company

Claimant: Gloria Bertacchi-Freeman.

Policy Holder: Cardinal Health, Inc

DOB: REDACT-53

Insured ID: 9004108017

Policy Number: 83120674

Social Security Number xxx-xx-3990

**List of Documents Submitted, Pages 1 to 686**(with pages 433 to 443 omitted):

1) Description of Pharmacist Job At Cardinal Health
2) U.S. Healthworks Medical Records from Dr. Peter Heitke and Radiology
3) Copy of Medical Records, Industrial Work Status Reports, Fitness for Duty and Capacity forms from Dr. Florence Chong in the Occupational Medicine Department at Kaiser Permanente
4) Kaiser Radiology Department X-ray of Right Knees by Kaiser Permanente
5) Copy of MRIs of Back, Neck and Knees from Mercy Medical(Dignity Health)
6) Copy of Hartford Medical Record and Vibrant Care Record
7) Copy of Physical Therapy Records for Seton Physical Therapy and Rehabilitation
8) Copy of Medical Records from Capital Physical Therapy
9) Job Simulation Assessment/Functional Capacity Evaluation by Center for Career Evaluations

Vocational Assessment Testing Results from Dr. Allan Nelson, Ph.D. dated June 30, 2015

10) Dr. Leslie Kim's Functional Capacity Assessments

11) Medical Records from Dr. Leslie Kim's Office

12) Medical Records from Dr. Leslie Kim's Office and Peninsula Orthopedic Associates

13) Approvals by Sedgwick Insurance for Workers Compensation Claim

14) Medical Records from Leslie Kim and Brian Mitchell from Peninsula Orthopedic Associates

15) Dr. Michael Amster Qualified Medical Expert Report (QME) report from Workers Compensation Physician, Dr. Michael Amster, MD, dated June 4, 2013, 1st Review

16) Dr. Michael Amster Qualified Medical Expert(QME) report from Workers Compensation Physician, Dr. Michael Amster, MD, dated 6-6-2014, 2nd review

17) Jessie Hennessy's Employability Analysis Report and Hartford Analysis Results

18) Information regarding Dr. Brett Fink

19) The Whole Foot Book Advertisement written by Dr. Brett Fink

20) Report from the Daily Journal by Evan George on October 13, 2009 "Doctors Paid to Aid Insurers in Disability Claims Denials"

21) Copy of Medical Records from Dr. Raja Kameswaran Sivamani, MD

22) X-Ray Bone Densitometry

23) Sedgwick Workers Compensation Award and Findings regarding injury and proof of claim and proof of payments from Segwick to Gloria Bertacchi-Freeman

24) Social Security Administration Disability Benefit Award Dated July 16, 2013 and Medical Records and Findings from Social Security

25) Proof of EDD State of California Claim Payment History for Disability and Notice of Computation

26) Medical Records from UC Davis, Dr. Rosa Nguyens Office, Dr Sivamani, Dr Barbara Neyhart

27) Medical Expenses for Pharmacy at Target for Gloria Bertacchi-Freeman

28) Medical Information regarding Side Effects of Gloria Bertacchi-Freeman's prescribed medication

Norco and Lidoderm

29) Physical Therapy Records from Swanson and Schaak.

30) Copy of Medical Records from Vibrant Physical Therapy and Rehab

31) Hartford MCMM review

32) Physical Therapy Article on Range of Motion Copy of a Work Description for Pharmacist

33) Polypharmacy Journal Article

34) Independent Medical Review Final Determination Letter

35) Mileage and Medical Expense Summary

36) Lawrence Bass, MD, Dermatologist Medical Records

37) Psoriatic Arthritis Article

38) Physical Therapy Records from Kaiser Permanente

39) Payscales for Jobs

40) Degree Information regarding Americus University

41) Peninsula Orthopedic Medical Records 2015 and Work Status Reports and Medications Prescribed

42) Proof of Payments from Hartford and Cardinal for Short Term Disability Payments in 2012 and 2013

43) Denial Letter from Hartford Dated 4-2015

**APPEAL OF THE DENIAL OF HARTFORD LIFE INSURANCE DENIAL OF CLAIM FOR DISABILITY BENEFITS.**

DR. GLORIA BERTACCHI FREEMAN(plaintiff) hereby appeals the denial of the claim for disability benefits.

**(1) STATEMENT OF FACTS**

At the time of the injury, Dr. Gloria Bertacchi Freeman was employed by Cardinal Health Inc as a Director of Pharmacy(R 1). Her last day of work was October 11, 2012. Her job included filling prescriptions, distribution, stocking of medicines, and group counseling. In addition, her job required her to sit at her desk and work on her computer to enter prescriptions, required her to walk around the various wards of the hospital, required her to lift and move boxes up to 50 pounds of weight, push pharmacy carts in excess weight of 110 plus pounds, bend, stoop, kneel, lean forward, and reach overhead. She was required to move her feet in a repetitive movement/activity which includes filling of medications, carts and data entry into the computer while standing or sitting. She is required to do group counseling and management rounds that required her to walk vast distances around the hospital. She also came into contact with violent psychiatric patients while doing management rounds and group counseling.

In October 2012, Dr. Bertacchi-Freeman began experiencing swollen knees and back pain as part of work related injuries. Dr. Bertacchi-Freeman saw several physicians about the source of her pain. On October 12, 2012 Dr. Bertacchi-Freeman went on medical leave, with the approval of her physician and sought disability benefits. She was approved by State Disability Insurance of

California for Disability from October 2012 to April 2013, by Social Security Administration Disability in April 2013, and by Sedgwick Workers Compensation in 6-2015 retroactive to 2012. Appellant has not been gainfully employed since October 11, 2012.

**Dr. Hietke and Dr. Drew Sullivan, UHS Rocklin, CA, October 12, 2012**:

Appellant went to the UHS Clinic in Rocklin California on October 12, 2012 to be seen for her industrial injury. She had x-rays of her back and right knee by Dr. Drew Sullivan MD, DABR, who determined that "Mild Foraminal Narrowing due to uncovertebral arthritis C3-4-5-6. Neck held flexed at about C4 level. This could be positional or due to pain and spasm. Conclusion: Neck Held flexed and there is mild foraminal narrowing as described. Lumbar Spine: Scoliosis apex left mid L-spine, Disc and body heights preserved where seen tangentially. Mild Lumbosacral facet arthritis. Conclusion: Scoliosis and lumbosacral facet arthritis.**(ref 2)**

Dr. Heitke diagnosed her with 1) Right knee strain 2) Cervical thoracic strain and (3) Lumbar strain. He gave her prescriptions for Voltaren, Norflex, knee brace, and a pillow. She was told to get chiropractic care by Dr. Hietke. However when she saw Dr. Armstrong A Chiropractor in Granite Bay, CA who declined to treat her as he believed she may have cauda equina due to her sudden incontinence. She was placed on modified duty by Dr. Peter Hieke at UHS Clinic in Rocklin, CA. She was placed on modified duty by Dr. Heitke but could not be accommodated so her last day of work was October 10, 2012.**(Ref 2)**

**Dr. Florence Besana Chong, Kaiser October to November 2012:**

**(Please note that Hartford incorrectly in their review on 7-3-2013 that there is no treatment for knee, back or neck pain at this facility, reasonable that no prescriptions would have been filled in treatment for the disabling condition (ref 31). This statement is incorrect as Lidoderm and NSAIDS and muscle relaxants were prescribed (ref 3).**

Appellant went to Kaiser for her injury in October 2012. Dr. Chong, the Industrial Injury Specialist at Kaiser Roseville diagnosed the plaintiff with 1) Sprain or right intermodal aspect 2) Sprain or strain of lumbar region 3) Knee Joint Pain. The following treatment was given: Ice, NSAIDs and muscle relaxant. Lidoderm patch was prescribed. Hinged knee brace was applied to right knee. A Referral for physical therapy was indicated and she went through a treatment of Physical Therapy at Kaiser **(Ref 38**). X-rays of knee were ordered. She was placed on modified duty.

On November 5, 2012, Dr. Chong completed a Cardinal Health Fitness for Duty Certification stating that the employee has the following restrictions Standing 20 min/hr, walking 20 minutes/ hour, sitting 20 minutes per hour, lifting 10 pounds, carrying 10 pounds.**(ref 3)**

On November 5, 2012, Dr. Chong completed an Industrial Work Status report identifying the patient with Sprain or Strain of Cervical Spine(847.0ZB), Sprain or Strain of Lumbar Section(847.2B), Sprain/Strain, Knee(844.9L). She was not to climb starts, climb ladders. Limiting standing/walking to 20 minutes per hour. No climbing, No pivoting, kneeling or squatting. Able to lift/carry up to 10 lbs. She needs to be able to change position, alternating sit/stand every 20 minutes.**(ref 3)**

On November 5, 2012, Dr. Chong completed a state disability form for the appellant stating that the patient had restrictions. Her disability was approved by the State of California. She also completed other medical forms throughout her course of therapy**(Ref 3, 4).** The form states that if the modified activity was not accommodated by the employer then the patient was considered temporarily and totally disabled from their regular work for the designated time and a separate off work order was not required. The patient's activity was modified as follows: She was restricted in climbing stairs, climbing ladders, and using of scaffolds/work at height. She must limited standing/walking to 20 minutes per hour. No pivoting, kneeling or squatting. She was able to lift

up to 10 pounds. Dr. Chong continued to see the patient through December 12, 2012 when her workers compensation was denied. On 10-5-2012 Dr. James Smith, MD, a Radiologist at Kaiser read her xray and determined that she had mild degenerative osteoarthritis of the right knee. **(Ref 4)**

**DIGNITY HEALTH : MRI OF RIGHT KNEE FROM DIGNITY HEALTH(ref 5)**

5-31-13 Tear in the posterior horn and body of the medial meniscus. By Dwight Mukuno, MD

**Dignity Health MRI of Back FROM DIGNITY HEALTH: by Dr. Dwight Mukuno on 6-5-2013 (ref 5)**

Clinical History: Low Back Pain

This MRI noted the following

L4-L5, There is a broad based disc bulge extending to the neural foramina. There is a small central disc protrusion. There is severe facet arthropathy with thickening of the ligamentum flavum up to 4 mm.

Impression: Possible impingement of the existing right L5 nerve root due to facet osteophyte in the right L5-S1 neural foramen.

**X-ray Bone Densitometry DEXA REPORT 3-18-2013 by Rosalie Hagge, MD**

Impression: Osteopenia of the Lumbar Spine and left Femoral Neck. The Frax Index estimates the patients 1 year risk of a major osteoporotic fracture at 14% **(ref 22)**

**Dr. Rosa Nguyen, MD, UC Davis, 11-15-2012 to 5-7-2014**

**On 11-15-12** Appellant goes to see Dr. Rosa Nguyen who notes that the patient presents with left knee and neck pain since October 5th after an injury to her knee. She has a meniscus tear and is planning on having a repair. Pain in the medial knee. Difficult to walk. Only can walk about 1.5. blocks then has to rest from knee pain. Also with back pain. She notes urinary incontinence Oct 7 with urgency noted. She continues to have incontinence. She had been trying Benadryl for

insomnia. Wakes up every 2 hours and can't stay asleep. She notes 724.2 Low Back Pain and recommends an MRI L-Spine without contrast. (It takes the patients 5 months to get an approval.) On 3-9-2013 she was examined and Dr. Rosa Nguyen notes the patients complaints of knee and back pain. She notes Diagnoses: Chondromalacia of left knee. 733.92 **(ref 26).** On 1-25-2014 she went to see Dr. Nguyen for her abdominal cramps and she was diagnosed with 558.9 Gastroenteritis and given Azithromax

On 5-7-2014 Patient went to see Dr. Nguyen after a car accident. Dr. Nguyen noted in her chart that she had Back Pain and Headache. She assessed her as 784.0 for headache and 724.5 for backache.**(ref 26)**

**Dr. Barbara Neyhart 9-4-2013 to 11-5-2013**

On 9-24-2013 appellant was examined by Dr. Barbara Neyhart regarding breast discharge. A biopsy was performed on 11-5-2013.**(ref 26)**

**Dr. Lawrence J. Bass, MD July 29, 2014 to April 6, 2015**

Patient was seen by Dr. Lawrence J. Bass, Dermatologist on July 29, 2014. She had broken out in a poorly marginated erthematous scaly rash on the feet, breasts, under the arms. "It is really giving her a lot of trouble right now". Kenalog 50 MG IM injection given and TAC .1% cream given. On February 2, 2015 patient was having a breakout of atopic dermatitis. She was given another injection of Kenalog 60 mg IM and Diprolene AF cream generic.**(ref 36).** This history of rashes could also indicate psoriatic arthritis which involves the knees, ankles and joints.**(ref 37)**

**Dr. Raja Kameswaran Sivamani, MD from 5-6-2014 to 6-12-2015**

Patient was seen by Dr. Sivamani, Dermatologist on 5-6-2014, 6-12-2015 and on 8-14-2015 for various rashes including psoriasis. He notes in her chart on 5-16-2014 that the positives are: "headache, joint pains, numbness/tingling."**(ref 21, 26)**

**Physical Therapy**

Physical Therapy was first started at Kaiser Hospital in November of 2012. Appellant was seen here from October through mid November 2012. The physical therapist noted on 10-25-2012, rounded back in sitting with FHP. Palpation tightness in the bilateral lower thoracic and lumbar paraspinals with tender LS junction, tight also in the cranial base and CT junction as well as upper trap muscles; lateral and medial joint tender at right knee. She notes Lumbar Range of Motion: Discomfort at end ranges, CROM discomfort at end ROMs, esp with extension and Lumbar Passive Accessory Movements Central PA L5 Pain resistance"**(ref 38)**

**<u>Seton Rehabilitation and Physical Therapy</u>**: Patient was referred and went to physical Therapy in November 21 2012 through 12-10-2012 prior to her first knee surgery at Seton Rehabilitation and Physical Therapy and was treated by Edwin. The physical therapist did manual therapy for 30 minutes FPR lumbar and upper scapulothoracic muscles. ON 11-30-2012 patient cancelled due to illness/pain. On 12-5-2012 the physical therapist did manual therapy for 30 minutes FPR TPs lumnar and upper scapulothoracic muscles. MHP. On 12-10-2012, Edwin noted that her joint mobility was Stiff thoracic kyphosis. Spasm: there were TO's in lumbar and upper scapulothracic muscles.**(Ref 7)**

Patient has also been seen by Seton Rehabilitation and Physical Therapy for her back condition in 6-23-2015 for one visit. On June 23, 2015, patient returned to Seton Rehabilitation and Physical Therapy in Daly City, CA. Eileen Howard Physical Therapist noted on the patients chart that her findings were consistent with dx and pt report of chronic neck, back and knee pain. Physiologic Findings: Moderately TTP throughout lumbar paraspinals and bilateral periscap mm. Mildly TTP suboccipitals. ROM: rotations and side bend 50%, UES, WNL painful at endrange shoulder flexion, LEs: painful and limited at the knees, otherwise, WFL Gait: Antalgic R Stance, limited hip and pelvic movement bilaterally. Spasm: Moderate hypertonicity throughouth periscpa and lumbar paraspinal mm. Joint Mobility: Deferred due to pain with palpation**(Ref 7)**

SWANSON AND SCHAAK PHYSICAL THERAPY

In December 21, 2012, appellant began going to Swanson and Schaak Physical Therapy in Roseville, CA immediately after her first knee surgery. "The patient continues to complain of pain and mobility restrictions. Her current standing and walking tolerance is reported as three minutes. She reports a sitting tolerance of 20 minutes before aggravation of her knee pain." Objective findings were Left Knee AROM of 107 degrees and extension –5 degrees. Prone Knee Bend left is 85 degrees. On January 28, 2013, it was noted that she "continues to display sensitivity with end of range flexion and with extended weight bearing episodes. Her left knee AROMs are noted as 107 on 12-21-2-12 and on 1-22-2012 at 122 degrees. On March 21, 2013 the therapist stated " Gloria continues to complain of weight bearing limitations and difficulty with stairs secondary to her knee pain. Gloria's mobility has improved although she continues to display sensitivity at the end of the range as shown on the table below. Her limitations are the result of weight bearing sensitivity. On 3-21-2013 he noted 130 degrees pain EOR."**(REF 29)**

VIBRANT REHAB AND PHYSICAL THERAPY

**Knee**

Julia Salzar , the physical therapist at Vibrant Rehabilitation first treated the client in or around April 19, 2013 for her joint pain/leg pain. She first notes under objective examination that the patient upon palpation "there was tenderness along medial and lateral joint line." She also notes that left knee arthroscopy: "Significant weakness".

On April 22, 2013 Ms. Salazar noted that the patient's "tolerance is very weak bilateral". On April 25, 2013. Subjective notes of knee swelling which is intermittent and weakness of the patient knee giving out."**(Ref 30)**

LUMBAGO PHYSICAL THERAPY AT VIBRANT REHAB

On or about August 9, 2013 the appellant began treatment with Julia Salazar, Physical Therapist for Lumbago of the Spine and DDD with Radiculopathy. The Oswestry Disability Index was 80%. Also noted at the time was the problem with the Range of Motion of her Spine Pre Treatment and Active Lumbosacral. Left and Right Rotation and Side Bending Left and Right were all restricted at 75% due to pain. On August 9. 2013 the objective findings were Palpation: Tenderness in the Erector Spinae and Piriforomis at 2 with Pain with wincing. She also noticed a deficiency in the muscle testing of the lower extremities of –4/5 for hip , knee flexion and ankle dorsiflexion. Also the range of motion of the spine 75% for rotation left, rotation right, side bending left and side bending right. Also noted was Special Tests: Slump, Straight leg raises Ipsilateral Pain and Traction(relieves pain) Positive. On August 27, 2013 she notes that patients right knee is swollen and painful today, debating meniscal surgery. Knee pain causes her to limp which then increases her LBP. On September 27, 2013, in her final prognosis of the patient she notes the following: "the client exhibits a poor prognosis at time of discharge from skilled rehabilitative therapy in conjunction with a home exercise program....From the initiation of treatment to discharge the patient's status is unchanged." **(ref 30)**

In 2014 appellant went to Vibrant Rehab and Physical Therapy with Tricia Benson. However, they noted 5 absences during the period of 2014, when the patient could not attend physical therapy due to her medical condition and she was discharged for non compliance. The physical therapist noted that there was no change and no improvement in her condition **(Ref 6).** These notes of her condition as unchanged clearly confirm the determination by Dr. Amster of her condition being permanent and stationary.**(ref 15, 16)**

**DIANA BUBANJA, DPT**

Patient was also clinically evaluated over the course of a 2 day evaluation by Dr. Diana Bubanja, DPT who determined that " she was unable to demonstrate physical tolerances to maintain a regular full time workstation at any exertional level."**(Ref 9)**

**CAPITOL PHYSICAL THERAPY July 6, 2015 to August 2015**

On 7-6-2015 patient was approved for workers compensation treatment for her back injury by Capitol Physical Therapy. Patient has now completed 8 sessions with Capital Physical Therapy and Rehabilitation for her back injury in July and August 2015. **(Ref 8)**. Cary Caulfield, Physical Therapist, treated her and noted that the "initial treatments appear to be beneficial, though the pt was limited by pain and the multi-site involvement throughout her spine when attempting to complete and progress therapeutic activities."

On July 6, 2015, Cary Caulfield, Physical Therapist, at The Capital Physical Therapy notes indicate that objective tests indicate that the appellant's cervical range of motion is impaired. He did special tests for Axial Manual Traction Test and Spurling's Test which were both positive. He also noted the lumbar range of motion is impaired. He also notes that the strength tests show weakness under the lumbar lateral flexors and lumbar rotators. The Straight Leg Raise Test is Positive. Functional Performance as measured by Carey Caulfield, Physical Therapist, indicated functional impaired performances for ambulation, bathing, bed mobility, bending, carrying, dressing, driving, general endurance, lifting, pulling, pushing, reaching over head, shopping, sitting, squatting, stairs, standing, stepping up, stepping down, Stirring and transfers. These objective tests completed by Cary Caulfield, Physical Therapist confirm the cervical radiculopathy diagnoses, the lumbago and muscle weakness and knee pain. They also confirm appellants current functional problems including inability to work.**(Ref 8)**

**DR Leslie Kim/Dr. Brian Mitchell /Duane Medeiros 2012 to 2015**

Dr. Leslie Kim, the board certified orthopedic surgeon, completed numerous Functional Capacity Forms( **ref 10)**. Apellant began seeing Dr. Leslie Kim in November 2012. Dr. Leslie Kim Patient performed 2 knee surgeries on appellant one in December 2012 and one in December 2013. **(ref 11 and Ref 12)**. Patient continues to see Dr. Kim and has now been approved through workers compensation for Dr. Leslie Kim to treat her **(Ref 13 and 41)**. The work restrictions have continued on the following dates: through July 22, 2015 including limited capacity for 10 pounds lifting, 10 pounds pushing, no kneeling, no bending/stooping or squatting as well as limited standing, climbing, and walking. Patient is considered permanent and stationary(**Ref 12, 41**)

On June 24, 2014, the patient's diagnoses was

1) S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013)

2) S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-2012)

3) CERVICAL STRAIN-SPRAIN RULE OUT DEGENERATIVE SPINE DISEASE

4. LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTUSION, SECONDARY RADICULITIS

Dr. Mitchell noted on March 20, 2015

The patients left knee pain " is aggravated with walking, standing and transition from seated to standing and minimally relieved with Lidoderm patches and rest"...With regard to her right knee pain " it is aggravated with standing, walking, and transition from seated to standing. It is mildly relieved with Lidoderm patches. The patient is also requiring occasional Norco for flares of severe pain."

"The patient has severe functional limitations due to osteoarthritis in bilateral knees." A Radiographic study was taken and showed " severe medial compartment degeneration and joint

space narrowing on the right with osteophyte formation on the femoral condyle. On the left side, there is moderate degeneration and joint space narrowing in the medial compartment." **(Ref 14)** The most recent visits by appellant to Leslie Kims office on 7-22-15 and 8-21-2015 continue to show work restrictions and permanent and stationary disability. It also notes that there is no return to work or gainful employment and that she is still taking medication including Norco and Lidoderm. The work restrictions continue to include limited capacity for lifting and pushing over 10 pounds, no kneeling, bending, stooping or squatting. All treatment is being approved and reported to the State of California Division of Workers Compensation Insurance. **(ref 12, 23, 41)**

**Dr. Michael Amster QME: Recommended work Restrictions**

Dr. Michael Amster is a licensed physician and approved QME by the Workers Compensation board of the State of California. He interviewed the plaintiff for her workers compensation case and wrote a report**(Ref 15)** and **(Ref 16).** He notes as follows:

"In regard to the cervical spine, she should do no overhead activities, no activities involving repetitive motion of the neck or involving comparable physical effort.

In regard to the bilateral lower extremities, she should do no heavy lifting, prolonged weightbearing, climbing, no repetitive use of stairs, walking on uneven surfaces, kneeling, crouching, crawling or other activities involving comparable physical effort.

He recommends that the patient should be precluded from repetitive lifting over 25 pounds.

"For the lumbar spine, job activities that required prolonged sitting or prolonged standing are also known to instigate or aggravate low back pain(La Dou J. Current occupational environmental medicine, 4th Ed; Musculoskeletal injuries, Lang Med Books, 2004 pg 57-60)".

"For the cervical spine, it has been well-documented in evidence based medical studies that patients whose job duties required static neck postures are at increased risk for neck strain

syndromes(1) Walink, K, Sundlin, G, Ahlgren C et.al. Perceived pain before and after three exercise programs—a controlled clinical trial of women with work-related trapezius myalgia Pain 2000; 2} Grieco, A. Molteni, G, De Vito G et al. Epidemiology of musculoskeletal disorders due to biomechanical overload, Ergonomics 1998)."

Dr. Amster also determined that the patient was considered permanent and stationary disabled and due to his findings appellant was awarded workers compensation.**(ref 15, 16, 23)**

**Dr. Paul Manchester, MD, MPH, Medical Director for Maximus Federal Services**

On 6-4-2015 , Dr. Paul Manchester, MD, MPH, Medical Director for Maximus Federal Services reviewed the appellants and her physicians request for Bilateral Series of Visco Supplemenation Injections. He determined that the Bilateral Series of Visco Supplementation Injections was approved for her knee condition but not the Ultrasound.**(ref 34)**

**VOCATIONAL COUNSELOR Hired by Hartford**

Hartford's own consultant, Jessie Hennessy, Vocational Rehabilitation Counselor used an Employability Analysis for Ms. Bertacchi-Freeman using the OASYS for the purpose of determining her current employability. The analysis was based upon her functional capabilities, education, training and work history. Jessie Hennessy, MS, CRC, CVE, Vocational Rehabilitation Counselor in her report of January 27, 2015 states " that based on this analysis, no occupations were identified that utilize the claimant's functional capabilities, transferrable skills and wage requirement, therefore her employability is limited".**(ref 17)**

**Dr. Brett Fink, Hired by Hartford**,

Further research on Dr. Brett Fink **(Ref 18)** states that he is an Orthopedic Foot and Ankle Surgeon. He is the author of "The Whole Foot" **(Ref 19)**. Dr. Fink is not qualified to evaluate the back or the neck as this is not his area of expertise. Furthermore both of his residencies were for

foot and ankle surgery. **(Ref 18)** Dr. Fink currently advertises himself as a Foot and Ankle Surgeon**(Ref 18)**

Furthermore, an article by Daily Journal Staff Writer Evan George States " that insurers hire a cadre of doctors to write reports on claims that they don't want to pay." "These doctors are not required to see the patient. For example The Hartford Financial Services Group between 2005 and 2007, court records show that Dr. Suresh Mahaaw, a practicing internist in Fremont, who reviewed disability cases only found nine people out of 202 who were so sick or injured they could not return to work. " A judge said that Mahawar's opinion that an employee with a severe spinal injury could return to work should be viewed with " commesurate skepticism". The judge order the insurer to pay the claim" **(ref 20)**

**Dr. Fink vs. the Treating Physicians and Experts**

Dr. Fink, a foot and ankle orthopedic surgeon, with no expertise in the back or knees, never saw the patient and lives in Indiana while patient lives in California. He states that the plaintiff can climb or balance occasionally(although Dr. Kim, Dr. Amster, Dr. Chong, Dr. Heitke, Alan Nelson, Dr. Bubanja disagree **(Ref 3, 9, 10, 11, 12, 15, 16)**. Dr. Fink states she can stoop, kneel or crouch rarely(Although Dr. Heitke, Dr. Kim, Dr. Mitchell Dr. Amster and Dr. Chong, Dr. Bubanja and Alan Nelson disagree) **(Ref 2, 3, 9, 10, 11, 12, 13, 14, 15, 16).** Dr Fink states that the plaintiff can lift, carry, push or pull up to 20 pounds occasionally and 10 pounds frequently(Dr. Chong, Dr. Kim, Dr. Bubanja, Dr Heitke, Dr. Heitke, Dr. Mitchell and Alan Nelson disagree **(Ref 2, 3, 9, 10, 11, 12, 41)**. Dr Fink States that the plaintiff can sit, stand or walk up to 6 hours in an 8 hour day(although Dr. Heitke, Dr. Chong, Dr. Kim, Alan Nelson, Dr. Mitchell and Dr. Bubanja and Dr. Amster disagree)**(Ref 2 3 9,10, 11, 12, 13, 14, 15, 16, 41)**. Dr. Fink states that the plaintiff can reach at or below the waist continuously (Dr. Heitke, Dr. Chong, Dr. Amster, Alan Nelson, Dr.Diana Bubanja and Dr. Kim and Dr. Mitchell all disagree**(Ref 2, 3, 9, 10, 11,**

**12, 14, 15, 16, 41)**. Dr. Fink states you can work above shoulder level occasionally (Dr. Kim, Dr. Amster , Dr. Bubanja, Dr. Mitchell and Alan Nelson disagree **(Ref 9, 10, 11, 12, 15, 16, 41)**. Dr. Fink Says you can finger, handle and feel occasionally (Dr. Kim and Dr. Amster disagree **(Ref 9,.10, 11, 12, 13, 14, 15, 16)**. He reports that she is physically capable of working up to 40 hours in one week but all other physicians disagree as well as their own MMCM and their own vocational counselor(Dr. Amster , Alan Nelson, Dr. Diana Bubanja and Dr. Kim disagree **(Ref 9, 10, 11, 12, 13, 14, 15, 16, 17 31, 41)**

**VOCATIONAL CONSULTANT ALAN NELSON, MS, CVE and PHYSICAL THERAPIST DR. DIANA BUBANYA, DPT,**

Dr. Diana Bubanya, DPT, Doctorate in Physical Therapy and Alan Nelson, MSS. C.V.E., Certified Vocational Consultant from the Center for Career Evaluations Inc performed job simulations assessment/functional capacity evaluation on Gloria Bertacchi Freeman on June 3 to 4, 2015.**(Ref 9)**

The conclusion of these studies was that Gloria Bertacchi-Freeman "does not currently possess the physical tolerances to perform full-time gainful employment, and does not exhibit an ability to perform any occupation for which she would qualify based on her work background, education or previous salary level.**(Ref 9)**

They also noted that the client "displayed problems with mental stamina that would impact her work readiness." **(Ref 9)**

Furthermore , " When considering the client's ability to perform any occupation as defined by the LTD policy, it is important to note that any alternate occupations will likely require a high attention to detail and concentration, the ability to perform long-term sitting and standing and the capability to perform accurate data analysis and repetitive computer operations involving typing.

Unfortunately, at present, Ms. Bertacchi-Freeman is unable to perform these job requirements due to her physical and mental stamina limitations."(**REF 9)**

**Workers Compensation**

On June 26, 2015, Dr. Gloria Bertacchi-Freeman was approved and accepted under claim number 30121028297-0001 by Sedgwick Claims Management Services Inc who administers the claim for Cardinal Health Pharmacy Services, LLC. This was for a claim of Industrial Injury for the period 7-1-2012 to 10-5-2012. She was referred to Dr. Michael Amster, QME who reviewed her case and determined that she was eligible for medical care. She has received medical care paid for by workers compensation for her condition. She was also approved for her Major Permanent Partial Workers Compensation Claim. She has already received payments for her Major Permanent Partial Workers Compensation Claim which have been started for her industrial injury for the period 8-5-2014 through 6-8-2015 in the amount of $10,448.57 and for the period 6-6-14 to 8-4-2014 of $1971.43. The date of her loss is noted as 10-5-2012.**(Ref 23).** Appellant also provides a list of services and history rendered relating to her injury, her visits and dates for various providers, costs incurred for her workers compensation claim which further support her claim for disability.**(ref 13, 35)** Worker's Compensation Insurance determined on June 26, 2015 that the claimant claim for workers compensation benefits with Sedgwick Insurance was accepted for the bilateral knees, neck and back. They have currently awarded and are paying her for the Permanent Partial Workers Compensation along with medical care for her injuries(**Ref 13, 23**).

**Social Security Award of Benefits**

In July 2013, the Social Security Administration had reached the opposite conclusion that Gloria Bertacchi Freeman was disabled and entitled to social security benefits retroactively to April 2013(**R 24**). The SSA determined that Gloria Bertacchi Freeman was qualified as disabled as of April 2013.**(Ref 24)**

They determined that considering her age, experience, education and residual functional capacity that there are no jobs that exist in significant numbers in the national economy that she can perform.**(ref 24)**.

We have attached the medical records that the Social Security Administration used in determining that the appellant was disability. These include:

1) Medical Source Statement along with letter from Dr. Leslie Kim which states she cannot lift over 10 pounds and cannot stand/walk more than 2 hours in a 8 hour day. It further states that she cannot climb, kneel, crouch or crawl. It also states that she can balance or stoop only occasionally. This review also indicates an upper extremity impairment by noting that she can only occasionally reach, handle, finger or feel. It also notes that patient uses and assistive device ie cane.
2) MRI of Knees and Back from Dignity Health
3) UHS Health Records from 10-12-12 which states " no overhead work, stooping, bending, kneeling, squatting, climbing"
4) Medical Records from West Bay Orthopaedic Medical Group
5) Swanson and Schaak Physical Therapy Records
6) Seton Medical Center Physical Rehabilitation Services Physical Therapy Records
7) Kaiser Permanente Medical Group Records of Physician and Physical Therapy from 2012 and previous
8) UC Davis Medical Records

Based upon the foregoing medical records the Social Security Administration determined that appellant was qualified as disabled. **(Ref 24).**

**Current Physical Therapy and Ongoing Medical Treatment**

Patient has continued to be treated by Dr. Kim and his associates in Daly City which has been approved by workers compensation. She has been sent to Physical Therapy at Seton Medical

Center in 2012 June 2015 **(ref 7, Ref 10, 11, 12, ref 41)** and to Capital Physical Therapy in July and August 2015. Her treatments and medications have been approved by workers compensation(**Ref 13, 23**). She has had ongoing treatments by her Physicians Dr. Kim and her physical therapists, Capital Physical Therapy and for her medication treatments for both her back and knees, knee brace and other medical treatments**(Ref 8)** which have all been approved by workers compensation.

**Medication therapy**

Hartford failed to consider in their decision to deny disability benefits, the pain and the side effects of pain medication and mental clouding as a disabling condition. The appellant has a long medication history prescribed by her physicians of both Hydrocodone-Acetaminophen(Norco), Lidodocaine 5% , and Hydroxyzine Pam 25 mg Cap and other medications beginning in 2012 and continuing to the present. Norco has the following side effects including dizziness and drowsiness, lightheadedness, nausea and vomiting. This medicine may cause drowsiness or blurred vision. Do not drive, operate machinery or do anything else that could be dangerous (**Ref 28**). Appellant is still being prescribed both Lidoderm and Norco **(Ref 41**). Workers Compensation is currently paying for her medications. Lidoderm can also have a host of side effects and increases in mental clouding (**ref 41**). In addition the appellant, Gloria Bertacchi-Freeman has been prescribed ProAir HFA 108 mcg/A Aer Teva and Qvar 40 mcg/Act for her Asthma. She has maintenance medications including Hydrochlorthiazide for her high blood pressure, Aciphex for her gastroesophageal reflux and Levothyroxin 150 mcg tab for her hypothroidism. She has been prescribed Ciprofloxacin 500 mg Tab West prescribed for her gastroenteritis on November 10, 2014. She has been prescribed Benzonatate 100 mcg for her cough bronchitis and asthma. She has taken Crestor 20 mg and Simvastatin 10 mg for her cholesteremia. She has been prescribed a host of treatments for her various rashes and psoriasis including Triamcinolone .5% and 1.0% Cream, Clobatesol .05%, Calcipotriene .0005% Cream, Betamethasone

.05% Cream. and Econozole for her Rash (**ref 27**). She has also received cortisone shots from both her dermatologist, Dr. Lawrence Bass for her allergic reactions and from Dr. Leslie Kim for her knee swelling. She also routinely takes over the counter medications such as Tylenol, Nyquil, Acetaminophen, antihistamines and other pain relievers and sleep aids. The combination and effects of the medications can also been seen during her vocational evaluation in that they also noted that the client "displayed problems with mental stamina that would impact her work readiness."(**ref 9**) Studies clearly indicate that polypharmacy especially in aged populations can lead to a risk of falls and adverse drug events.(**ref 33**)

**The Plan**

As a Cardinal Health Employee, Dr. Bertacchi-Freeman was eligible to receive short-term and long-term disability benefits under the Plan for Group Insurance, an employee benefit plan governed by the Employee Retirement Income Security Act, Under the Plan, employees are eligible to receive short-term disability benefits for up to 6 months if they become totally disabled. Employees are considered "totally disabled" if "as a result of illness, injury or pregnancy" they )1) are unable to perform the essential functions of their own job )2) are not working at another job (3) are receiving appropriate care and treatment from a doctor on a continuing basis" (id).

The plan also requires all claimants to apply for social security disability benefits, and to appeal any adverse decision through the entire administrative appeals process. If claimants receive an award for social security benefits, those benefits reduce the benefits payable by the Plan by an equal amount. Further, when claimants receive retroactive awards of social security benefits, those benefits retroactively reduce the amounts payable by the Plan as well, and the Plan reserves the right to recover any excess payments it may have made in those prior periods(R 25). Gloria Bertacchi-Freeman

received and was approved for a disability with Social Security and began receiving benefits in April 2013 of $2166.00 per month(R24). Hartford offset the disability earnings by this amount.

The Plan names Hartford as the Plan Administrator and gives it "authority to make final determinations regarding eligibility and benefit claims under the disability income protection program. The plan further vests Hartford with discretionary authority to interpret the Plan, make factual determinations, and determine whether a claimant is eligible for benefits

A. Claim History

Dr. Gloria Bertacchi-Freeman filed a claim for State of California disability benefits and was approved for benefits beginning October 2012 through April 2013 as they deemed her to be disabled.**(Ref 25)**

At the request of Hartford Insurance, Dr. Gloria Bertacchi-Freeman applied for Social Security Disability Benefits at the request of Hartford in April 2013. She was approved retroactively to April 2013 and began receiving benefits in July 15 2013 at the rate of $2166.00 per month. Social Security determined that she was disabled. **(ref 24)** How can Hartford now argue under the doctrine of judicial estoppel that the plaintiff is not disabled when they took the position that they required her to appeal to disability and benefited from their position.

Dr. Gloria Bertacchi Freeman filed a claim for short term disability benefits with Hartford in October 10, 2012, citing knee, back and neck pain. Hartford processed the claim and determined that she was eligible for short term disability benefits for six months until April 10, 2013 **(Ref 42).** Hartford continued to pay her short term and extend her disability benefits on multiple occasions through the entire short term disability period of six months. **(ref 42)**

On April 11, 2013 Hartford approved Dr. Gloria Bertacchi-Freeman for long term disability benefits stating that you are entitled to benefits for the first 24 months of your disability if your condition prevents you from

performing the Essential Duties of your Occupation. These benefits started on April 11, 2013 and continued with several extensions through April 11, 2015.

On April 10, 2015 Dr. Bertacchi Freeman received a denial letter from Hartford and terminated her disability benefits.(**ref 43**)

Hartford hired a Dr. Robert Fink, a board certified Orthopedic Surgeon whose area of expertise was the Foot and Ankle (**ref_18/19**)who the claimant Dr. Bertacchi Freeman had never met. He reviewed the file and came to the following erroneous conclusions that she could work 8 hours per day and 40 hours per week with little to no restrictions.

However, in July 2013, the Social Security Administration had reached the opposite conclusion that Gloria Bertacchi Freeman was disabled and entitled to social security benefits retroactively to April 2013(**R 24**). The SSA determined that Gloria Bertacchi Freeman was qualified as disabled as of April 2013.(**Ref 24**) They determined that considering her age, experience, education and residual functional capacity that there are no jobs that exist in significant numbers in the national economy that she can perform.(**ref 24**)

Worker's Compensation Insurance determined on June 26, 2015 that the claimant claim for workers compensation benefits with Sedgwick Insurance was accepted for the bilateral knees, neck and back. They have currently awarded and are paying her for the Permanent Partial Workers Compensation along with medical care for her injuries(**Ref 13, 23**).

Furthermore the State of California accepted her disability and injury as of October 11, 2012 and paid her disability benefits until they were exhausted(**Ref 25**).Hartford deducted these payments against the payments that they owed the Appellant.(**ref 25**)

**II. STANDARD OF REVIEW**

Legal Standard

Analysis

Hartford has a Conflict of Interest in this case, as Hartford has the discretion to deny benefits that it would have to pay. (see Bardill vs Lincoln Nat Life Ins Co No C 09-03025 CRB 2011 US Distr Lexis 28276. 2011 WL 891141 at 5(N.D. Cal Mar 15, 2011). Hartford failed to conduct any in person examinations of Gloria Bertacchi-Freeman.

Hartford used an unqualified medical expert, Dr. Fink, who is a foot and ankle surgeon in another state, who had never seen the patient to determine that she could now "miraculously" make a change and begin working. Furthermore, despite evidence to the contrary he determined that she could do "light work" when all the supporting evidence including the QME Physician Experts, Physicians, Orthopedic Surgeons, Physical Therapists, Social Security Award, Vocational Counselors and Workers Compensation Insurance showed that she could not even do sedentary work and had not been gainfully employed for nearly 3 years. The Social Security Administration, Sedgwick Workers Compensation and the State of California Disability EDD all approved her applications for disability and had deemed her as disabled **(Ref 23, 24, 25).**

However as noted Hartford's own vocational expert stated on January 27, 2015 " that based on this analysis, no occupations were identified that utilize the claimant's functional capabilities, transferrable skills and wage requirement, therefore her employability is limited".(**ref 17**).

Furthermore, Hartford stated in its original analysis of appellants case case " Most recent test results have been received…6-5-13 MRI of lumbar spine did show significant findings at L4-L5.". MCCM opines the MRI report from 6-5-2013 confirms and supports inability to return to light work setting from DOD and beyond. The MRI reflects positive findings in lumbar spine to include broad based disc buldge(sp) extending to the neural formina at the L4-L5 level. There is severe facet arthropathy with thickening up to 4 mm. L5-S1 shows mild central disc protrusion, possible impingement of the existing(sp) right L5 never root due to facet osteophyte." " In addition, the knee MRI reflects small joint effusion and confirms tear in the posterior horn of the medial meniscus. This objective finding along with the history of bilateral meniscus tears with left knee/003surgery on 12/2012, supports inability to perform prolong sitting/standing and walking bouts. In

addition the objective findings support the lift/carry up to 10 lbs. MCM notes any repetitive lift/carry over 10 lbs would increase pressure placed on both the lumbar spine and knee joints. Records show recent injection for knee condition." " MCM notes that the RLs? are close in reflecting full time light level of functionality. It is reasonable to allow additional time for ongoing treatment to improve functionality in both knee and lumbar condition."

"AA recommends to Approve LTD as of 4-1-2013 going forward as claim is not pre ex and MCCM supports clmt would continue to be db through and beyond EP." **(ref 31)**

Hartford also used statements from one physical therapist from one appointment at Vibrant Rehab but failing to note that Gloria Bertacchi-Freeman missed 5 appointments as she was physically unable to attend therapy.**(ref 6)** Other statements by this same physical therapist Tricia Benson tell a different story. Tricia Benson at Vibrant Rehab Care states as follows on 3-27-2014 in her initial evaluation of the appellant. **(Ref 30)** The Range of Motion of the Spine under her objective examination is well below the e averages noted in the Journal of the American Physical Therapy Association entitled " Normal Range of Motion of the Cervical Spine: An Initial Goniometric Study" Volume 72 November 11, 1992 **"(ref 32).**

On her visit on March 31, 2014 Tricia Benson notes: "the patient is quite sore today due to the weather changes.. Her pain level today is 7-8/10." **(ref 30)**

On March 27, 2014 in the Bilateral Knee evaluation Tricia Benson notes that there is problems with Pain, Range of Motion of the Knee, Range of Motion of the Hip/Pelvis, Range of Motion of the Hip/Ankle, Muscle Testing of the lower extremity. **(Ref 30)**

Additionally, other physical therapist experts have disputed the isolated statements used in the Hartford denial letter including Dr. Diana Bubanja, Seton Physical Therapy and Rehab, Other physical therapists at Vibrant Rehab Care, Capital Physical Therapy and Swanson and Schaak Physical Therapy**(ref 7, 8, 9, 29, 30)**

Hartford also violated judicial estoppel in not using appellant's social security approval of disability benefits in their decision . However, they required Gloria Bertacchi-Freeman to apply to social security and

benefited from the award of benefits by deducting $2100 a month for 2 years, gaining a monetary advantage of $50,000 plus dollars. In addition, accordingly, Hartford failed to provide any satisfactory explanation for discounting the Social Security Administration findings that Gloria Bertacchi-Freeman was disabled Hartford terminated Gloria Bertacchi-Freemans benefits with no change in her condition. Her condition was considered permanent and stationary by Dr. Michael Amster, a QME for the State of California workers compensation on 6-6-2014 and her workers compensation claim was approved in 6-2015.**(Ref 15, 16, 23, 24)**.Considering this, how could Hartford change their position and that of the workers compensation board of the State of California and determine that she is now able to work? How could they change the decision of the Federal Social Security Administration who determined that she was disabled and gain an advantage and now say that she is not disabled? How could they also refute the determination by the State of California EDD that she was disabled? Hartford violated state and federal law and their own vocational experts and MCMM reviews and determinations by refusing to use or consider this data. Hartford merely used an unqualified foot and ankle physician, Dr. Fink who claimant has never been examined by or ever met, to do what they always do, deny benefits to the disabled under their ERISA policies for their own financial gain.

**25)** Hartford in their evaluation of positions used the following salaries:

Their wage for Community Health Services and Health Education Officer is $9557.60/month. However on Payscale.com the average median salary for Community Health Education Department Coordinator is $45,927.00 per year or $3827.25 per month. Their wage for Program Manager, National Median wage $9,557.60/month. However, upon research using www.payscale.com the average salary for Healthcare Program Manager Salary is $69,192 per year. (ref 39) or $5766.00 per month. Quality Assurance Coordinator , National Median Wage is $10,311.60/month, but the median salary on PayScale for Quality Assurance Coordinator is $48,003 per year or $4000.25 per month. **(ref 39)**. All of these wages are less than 65% of the Pre-Disability earnings of $6933.33 as required by the definition of Any Occupation. There is a question as to whether appellant would even qualify for these positions as these jobs require specific education

and work requirements for which appellant is not qualified as she is a licensed qualified pharmacist with a doctorate in pharmacy not in Quality Assurance, Program Management or Community Health. These jobs require specific education and licensing for which appellant is not qualified for.

**26)** In addition, Hartford States that the appellant has an MBA. Unfortunately the MBA is from an unaccredited university based on work experience. This degree is not acceptable to most employers.**(ref 40)**

**III. CONCLUSIONS OF LAW**

A. LEGAL STANDARD: A claim of denial of benefits in an ERISA case " is to be reviewed under a de novo standard unless the benefit plan gives the administrator or fiduciary.

The legal standard for disability determination and continuance of benefits has clearly been shown with the supporting documentation submitted. The Standard of Review remains abuse of discretion ID 969-69 " The existence of conflict is a factor to be weighed, adjusting the weight given that factor based on the degree to which the conflict appears improperly to have influenced the plan administrator's decision." Montour vs. Hartford Life & Acc Ins Co 588 F 3d 623, 631 (9th Circ 2009). Additional factors to be considered in determining whether a plan administrator or fiduciary abused its discretion include " the quality and quantity of the medical evidence, whether the plan administrator subjected the claimant to an in-person medical evaluation or relieved instead on a paper review of the claimants existing medical records, whether the administrator provides its independent experts with all of the relevant evidence and whether the administrator considered a contrary SSA disability determination if any, ID(Wong V. Aetna Life Ins Co. U.S. District Court for the Southern District of California, September 25, 2014, Case 12-cv-2917-L(MMD).

"An administrator must provide a plan participant with adequate notice of the reasons for denial. (29 U.S.C. 1133(1) and must provide a 'full and fair review' of the participants claim. Id 1133(2) see also

29 C.F.R 2560-503-1(g)(1), (h)(2)". Abatie, 458 F. 3d at 974. If an administrator fails to provide either notice or a full and fair review, the Court must take the resulting procedural violations of ERISA into account in deciding whether Aetna abused is discretion. See ID.( (Wong V. Aetna Life Ins Co. U.S. District Court for the Southern District of California, September 25, 2014, Case 12-cv-2917-L(MMD).

**DISCUSSION 1) Erreca Standard (2) Hartford Abused Its Discretion**

a. Legal Standard .

A Claim of denial of benefits is an ERISA case " is to be reviewed under a de novo standard unless the benefit plan gives the administrator or fiduciary discretionary authority to determine eligibility for benefits or to construe the terms of the plan. " Firestone Tire and Rubber Covs Bruch 489 U.S. 101, 115(1989); Montour vs. Hartford Life and Accident Ins Co 588 F 3s 623, 629(9th Cir 2009). "The legal standard is as follows. "The Court notes that inasmuch as any such hierarchy can be established between conflicting opinions of physicians as to a single patient, the Court gives the greatest weight to the [Plaintiff's Treating Physicians] who have spent some time with Plaintiff and assessed (her) symptoms over time" Rorabaugh vs. Continental Insurance Cas Co, No CV 05-03612 SBC 2006 U.S. Dis LEXIS 95828, 2006 WL 4384712 at *6(C.D. Cal Dec 8, 2006)(footnote omitted). In Rorabaugh, the lower court found the defendant insurance company's reviewing physicians were less credible than the treating physicians, in part because they never personally examined the plaintiff. 2006 U.S. Dist LEXIS 95828{WL}at *6. Analysis (1) Hartford has a conflict of Interest (2) Hartford Abused its Discretion Hartford has clearly abused its discretion hiring physicians that are hired guns to dispute current medical evidence of patients in order to avoid payment for disabled clients and their failure to address in sufficient detail or adequately consider the Social Security Award.

Though a plan administrator is not bound by a determination of disability by the SSA, " a plan administrator must address it and provide a reasonable explanation for discounting it" Holmstrom 615 F 3d at 773. A plan's failure to do so " suggests arbitrary decision making" ID.; Glenn, 554, U.S. at 118(noting that, in addition to adding weight to the administrators conflict of interest, the administrators failure to adequately consider the

Socail Security decision was " an important factor in its own right" and "suggested procedural unreasonableness"); Raybourne vs. Cigna Life Insu Co of New York 700 F 3d 1076, 1085-88(7th Circ 2012), Hartford failed to make any reasonable explanation for how the plan could find that Gloria Bertacchi-Freeman was not disabled beyond April 11, 2015.

The Plans second reason was that the Plan limits benefits to two years for the own occupation stage. The plan determined with their foot and ankle expert that appellant was not disabled at all as of April 11, 2015. This directly contradicts the SSA's decision. Thus this reason provides no justification for the Plan's disagreement with the SSA decision either. Accordingly, although the plan did acknowledge the decision, its failure to offer any plausible reason for discounting the SSA's finding is an indication that the Plan's decision was arbitrary and capricious. (US District Court, Northern District of Indiana, Boxel vs. Plan for Group Insurance of Verizon Communications, Case 1:13-CV-89 JD)

It also noted that the SSA decision was not binding on the Plan, that social security benefits are governed by different standards than those under the Plan. However, as Holmstrom noted in evaluating another policy with parallel language, "The Social Security standard for total disability is more stringent that the plan's standard for any 'occupation' disability, so the different standards provide no relief to the Plan either 615 F 3d at 772."

**3.Hartford unreasonably grounded its April 2015 termination of appellant's benefits by unreasonably relying on an anonymous and potentially unqualified clinician's corroboration**

Hartford hired unqualified experts such as Dr Fink, a foot and ankle specialist, not a back or knee expert who never saw appellant, never examined appellant and came to an erroneous conclusion due to his lack of qualifications.

**4. Hartford's Reliance on statements made by a physical therapist and lack of response by her physician Dr. Kim in terminating her benefits decision was unreasonable.**

As an initial matter, Ms. Tricia Benson is a physical therapist not a physician and she has stated on numerous occasions previously that appellant did have objective findings. The Hartford Denial letter and Dr. Finks

determination of the Functional Capacity Evaluation heavily relies on one statement made by Ms. Benson that appellant had picked up her purse and didn't complain about her pain and that she was able to get out of her car. It appears that Hartford is suggesting that the appellant's claims that her pain is worse than it actually is. However, Hartford's own vocational experts and reviewers contradict these findings. In addition all of appellants physicians, physical therapists, vocational experts also contradict these findings. It was thus unreasonable for Hartford to rely on one statement out of hundreds of documents and FCAS, two surgeries, numerous physicians, physical therapists, evaluators and FCA statements to conclude such when their own records indicate otherwise. Furthermore, Dr. Fink is not even qualified to do a Functional Capacity Evaluation as he has never seen the patient and has no expertise in back or knees as he is the "Whole Foot Doctor."

Thus it is clear that Hartford abused its discretion in unreasonably relying on one statement to deny the appellant her disability benefits when its own evaluators and reviewers as well as appellant's physicians, physical therapists and vocational experts contradict these findings.

**B. THE APPROPRIATE REMEDY IS AN AWARD OF BENEFITS**

Appellant requests an award of disability benefits under the plan for any occupation and that the decision to deny disability benefits for any occupation be reversed retroactive to April 11, 2015.

**IV CONCLUSION**

Signed_______________

Dr. Gloria Bertacchi-Freeman

Date: 8/27/15

## Director, Pharmacy

### Description

**JOB TITLE:** Director, Pharmacy

**At Cardinal Health, we're developing the innovative products and services that make healthcare safer and more productive. Join a growing, global company genuinely committed to making a difference for our customers and communities.**

**Function:** Pharmacy Operations
**Family:** Health System Pharmacy

***What Health System Pharmacy contributes to Cardinal Health***
Health System Pharmacy is responsible for providing customized pharmacy program solutions that reduce costs and improve patient care quality for hospitals, health systems and other integrated healthcare providers; may also consult with and advise healthcare team on prescribed medications, supplies and related processes.

***What is expected of you and others at this level in Pharmacy Operations for functional success***

- Manages professional employees and/or supervisors; may manage business support, technical or production staff
- Has accountability for managing financial resources
- Provides technical guidance to employees
- Develops processes and procedures to implement functional strategies
- Has in-depth expertise in own job family and knowledge of the related job families
- Applies expertise to improve effectiveness and provide guidance to employees in own area
- Makes decisions, often difficult and/or unpopular, that impact the work of subordinates within job family; influences subordinates to support decision by presenting rationale/business case
- Role models Cardinal Health's high ethical standards and code of conduct
- Recognizes development needs and capability gaps in own area and arranges specific projects/assignments to address needs
- Proactively identifies talent internally and externally, including participation in succession planning process for job family
- Cascades organizational goals through the function/work area to the individual level and ensures individuals understand how they can contribute
- Builds confidence and respect of others through a positive and energizing style
- Accepts responsibility for establishing goals and achieving results within own job family, holding self and others accountable for results
- Manages budget for own area and allocates resources accordingly, applying knowledge of profit drivers within own area/job family
- Interprets internal/external business issues and adapts work priorities in own area
- Assists in the definition of strategic plans for own work team/job family or key product (s)/service(s)
- Works with customers to anticipate and interpret customer needs and business challenges
- Identifies quality and service-oriented customer solutions and shares key learnings with others

- Resolves operational problems that impact the effectiveness of own area
- Encourages subordinates to strive for operational excellence by continually challenging old methods or ways of thinking and taking responsible risks to maximize results; serves as a role model in innovative thinking and in focusing on quality within work
- Works collaboratively with internal/external groups to achieve business results, integrating the diverse perspectives of individuals of different backgrounds; coaches others in the dynamics of effective teamwork
- Effectively solicits and explains difficult concepts and persuades others to adopt a point of view; states own point of view

*Accountabilities in this role*

*Qualifications*

- Bachelor's degree in pharmacy required; PharmD preferred
- 3-5 years related inpatient pharmacy experience
- Ability to develop, implement and lead all aspects of pharmacy operation

## Requisition ID 12003636

**Primary Location** California-Sacramento-Sierra Vista Hosp
**Travel** Yes, 5 % of the Time
**Schedule** Full-time
**Posting Date** May 17, 2012

# CENTER FOR CAREER EVALUATIONS, INC.

**June 30, 2015**

**Gloria Bertacchi-Freeman**
**5135 Moss Lane**
**Granite Bay, CA 95746**

**Re: Job Simulation Assessment/Functional Capacity Evaluation**

Dear Ms. Bertacchi-Freeman:

The following is a summary of the Job Simulation Assessment and Functional Capacity Evaluation that you participated in June 3-4 2015. Prior to the initiation of services, the following records were reviewed:

The Hartford Claims Statement from Christine Montroy (4/10/15)
Employability Analysis Referral for Evaluation of Gloria Bertacchi-Freeman
Employability Analysis Report (1/27/15)
Employability Analysis Report Addendum (4/3/15)
Director of Pharmacy: Standards of Performance and Criteria-based Performance Evaluation
Attending Physician Statement of Continued Functionality (11/19/14)
Work and Educational History (11/13/14)
Brett Fink, M.D. Behavioral Medical Interventions Report (3/23/15)

If you have any questions regarding this report, please contact our office at your earliest convenience.

Sincerely,

Alan Nelson

Alan Nelson, M.S., C.V.E.
Vocational Consultant

Diana Bubanja DPT

Diana Bubanja, D.P.T.
Doctor of Physical Therapy
Life Care Planner

1330 Broadway, Suite 936, Oakland, CA 94612 Phone: (510) 465-4111 Fax: (510) 465-9163

## CASE BACKGROUND AND REASON FOR REFERRAL

Ms. Bertacchi-Freeman requested that a Job Simulation Assessment/Functional Capacity Evaluation be conducted to assess her physical ability to perform, as defined by Hartford's Long-Term Disability Policy, "any occupation" for which she would qualify by education, training or experience. Ms. Bertacchi-Freeman indicated that she had already received long-term disability benefits for 2 years, under Hartford's "own occupation" policy.

On 4/10/15, Christine Montroy of The Hartford notified the claimant that the evidence submitted in support of her claim did not establish that she met the policy definition of disability beyond 4/10/15. Her claim was to be closed on 4/11/15. To qualify for additional benefits she needed to be prevented by Disability from performing Any Occupation for which she is qualified by education, training, or experience. It was concluded that the claimant was able to perform full-time sedentary or light work. The following jobs were identified as appropriate job matches based on skill transferability. Salaries for these occupations were above 65% of her pre-disability earnings ($6,933.33 per month) as required by the definition of any occupation. The representative occupations included: Community Services and Health Education Officer ($9,557.60 per month); Program Manager ($9,557.60 per month); Quality Assurance Coordinator ($10,311.60 per month).

On April 3, 2015, Bridget Collins developed an *Employability Analysis Report Addendum*, taking into consideration new physical tolerance information from Brett Fink, M.D. The representative sample of occupations that she developed are reported in the above paragraph.

Michael Amster, M.D., in his 6/6/14 *Qualified Medical Reevaluation Report*, indicated that the claimant was working for Cardinal Health as a director of the pharmacy, and that her last day of work was 10/11/12. Her work history also included work as a pharmacy director/manager for staff USA from 2/99-6/12; pharmacist for Sutter Health from 7/10 to 9/10; and, from 1979 to 1999, work as a pharmacist/manager for National Medical. His diagnostic impression included the following: chronic knee pain, bilateral knee medial meniscus tear, status post left knee meniscal repair in 12/12, and status post right knee meniscal repair in 12/13, degenerative joint disease/degenerative disc disease of the lumbar spine, lumbago, lumbar spinal stenosis, lumbar spine sprain/strain, and cervicalgia. In terms of her disability status and date of maximum medical improvement, Dr. Amster indicated that the applicant is not able to perform her normal work activities as a pharmacy director. With regard to her back, neck and left knee condition, she had reached maximum medical improvement and was considered permanent and stationary on 6/26/13. Work preclusions included the following: in regard to the cervical spine, she should do no overhead activities, no activities involving repetitive motion of the neck or involving comparable effort. In regard to the thoracic and lumbosacral spine, she should do no heavy lifting, squatting, stooping, prolonged standing, sitting, kneeling, climbing, twisting, walking on uneven grounds, or other activities involving comparable effort. In regards to her bilateral lower extremities, she should do no heavy lifting, prolonged weight bearing, climbing, no repetitive use of stairs, walking on uneven surface, kneeling, crouching, crawling, or other activities involving comparable effort. She also would be precluded from repetitive lifting over 25 pounds. She has a

22% whole person impairment, including cervical spine, lumbar spine, left and right knee factors.

Brett Fink, M.D., in his report of 3/23/15, indicated Ms. Bertacchi-Freeman had a diagnosis of osteoarthritis of the lumbar spine and left knee degenerative meniscal tear. He noted that her activities should be similar to those of other persons with knee and back arthritis. She may lift, carry, push, or pull up to 20 pounds occasionally and 10 pounds frequently. She can sit, stand, or walk up to 6 hours each out of an 8 hour day. She can drive up to one hour without stopping. She can climb and balance occasionally, and stoop, kneel, crouch, crawl, or reach rarely. She may work at waist desk and below waist level continuously. She can work above shoulder level occasionally. She can handle, finger and feel continuously. She can perform the above-mentioned physical activities up to a 40 hour workweek. To a reasonable degree of medical certainty, the claimant has reached maximum medical improvement.

In his 11/19/14 *Attending Physicians Statement of Continued Functionality*, Leslie Kim, M.D. reported that Ms. Bertacchi-Freeman's diagnosis was knee osteoarthritis/chondromalacia, and a secondary diagnosis of cervical strain/sprain and lumbar degeneration/spine disease. The claimant is able to sit, stand, and walk 4 hours a day; walk 15 minutes at a time, and sit and stand 30 minutes at a time. An occasional ability to lift/carry 1 to 10 pounds was noted. Additional limitations indicated no kneeling/crouching, bending, stooping, and occasional bending at the waist and driving. Ms. Bertacchi-Freeman has no restrictions from reaching for objects on desktop or workstation levels.

According to the *Employability Analysis Referral for Evaluation*, in addition to injuries to her knees, back and neck, Ms. Bertacchi-Freeman suffers from asthma, frequent bouts of bronchitis, GERD, high blood pressure, cholesterolemia, psoriasis and dermatitis.

## INITIAL INTERVIEW

Ms. Bertacchi-Freeman was provided a full explanation of the FCE testing process and she expressed consent, both verbally and in writing. During the seated interview, the client was observed to shift her hips frequently due to low back pain.

Ms. Bertacchi-Freeman was asked to rate her pain and level of exertion during the FCE testing. The client's level of pain was reported according to a **Pain Rating Scale**, that uses a scale of 0-10, with 0 signifying *no pain* and 10 signifying *severe pain requiring emergency medical attention.* She also understood she would be using a **Rate of Perceived Exertion Scale** to estimate the effort, strain, and/or fatigue experienced during the physical activities. The exertion scale ranged from 0-10, with 0 signifying *no exertion,* and 10 signifying *maximal physical exertion.*

Ms. Bertacchi-Freeman reported the following information about her physical features and tolerances during the initial interview:

**Gender:** female
**Age:** 62
**Height:** 5'1"
**Weight:** 210
**Dom. Hand:** right

**Medications:**

| Medication | Purpose |
|---|---|
| Norco | pain relief |
| Lidoderm | skin lotion |
| Tylenol | pain relief |
| Aciphex | acid reflux |
| Synthroid | thyroid |
| Hydroclorothiazide | diuretic |

**Whole Body Pain Description:**

During the initial interview, Ms. Bertacchi-Freeman completed a *Whole Body Symptom Description* form in order to identify the parts of her body that experienced discomfort, and the type and severity of that discomfort.

Ms. Bertacchi-Freeman described a pain level of 5/10 in the following physical regions: both her shoulders and knees, characterized as aching; in her forearms, characterized as tingling; in her low back, characterized as burning; and in her mid-back, characterized as stabbing.

She reported her lowest level of pain is a 4-5/10 and her highest level a 9/10, which is caused by prolonged sitting, cold weather and excessive activity. She gets temporary pain relief by using cold applications, taking medication, and taking breaks in activity and naps.

**Fatigue:** Ms. Bertacchi-Freeman complains of fatigue arising from pain and poor quality of sleep. She compensates for this fatigue by taking breaks in her activities and napping.

**Headaches:** She experiences headaches on a daily basis. She showers and takes medication for headache relief.

**Sleep:** Ms. Bertacchi-Freeman's sleep is interrupted every 2-3 hours due to back, neck and shoulder pain.

**Sitting:** She needs to fluctuate from a sitting position after approximately 15 minutes due to back pain.

**Driving:** Typically, she drives only locally, due to back, shoulder and neck pain and a need to take breaks every 15-20 minutes. She routinely relies on others for driving.

**Standing/Walking:** After standing for 10-15 minutes, she needs to sit down due to back pain. Ms. Bertacchi-Freeman is unable to ambulate for more than one block due to bilateral knee and back pain.

**Stair Use/Climbing:** She is unable to walk a full flight of stairs due to back and neck pain.

**Lifting/Carrying:** Ms. Bertacchi-Freeman avoids lifting and carrying more than 5-10 pounds due to back, shoulder and neck pain.

70

| | |
|---|---|
| **Bending and Stooping:** | She avoids stooping and squatting due to bilateral knee and back pain. |
| **Activities of Daily Living:** | Because of range of motion limitations in her upper extremities, as well as pain, fatigue and difficulty standing, Ms. Gloria Bertacchi-Freeman experiences difficulties with activities of daily living (ADL's). Ms. Gloria Bertacchi-Freeman uses in-home workers for cleaning and gardening. She is independent with showering, dressing and preparing simple meals. |
| **Computer Entry:** | Ms. Bertacchi-Freeman uses the computer for 15-20 minutes a day due to neck, back and shoulder pain. |
| **Assistive Devices:** | To accommodate her physical limitations, she makes use of a cane when ambulating and a shopping cart to assist with lifting/carrying. |

 317

MRN: 11056432A
BERTACCHIFREEMAN, GLORIA
DOB: REDACTED/1953

LESLIE H KIM, MD
901 CAMPUS DR STE 111

DALY CITY CA 94051

MR LUMBAR SPINE WO CONTRAST ACC: 8000000453468
Exam Date: 06/05/2013

EXAM: MRI OF THE LUMBAR SPINE WITHOUT GADOLINIUM

CLINICAL HISTORY: Low back pain

COMPARISON: No relevant priors available

TECHNIQUE: 1.5 Tesla MRI images of the Lumbar spine were acquired using the following sequences: Sagittal T1 and T2, sagittal T2 with fat saturation, axial T1 and T2.

Contrast: None

FINDINGS:

Anatomy: There are 5 lumbar-type, non-rib-bearing vertebral bodies.

Alignment: Normal throughout. Normal degree of lumbar lordosis.

Vertebral bodies: Vertebral body height is normal. No evidence of compression fractures. No focal lesions or marrow signal abnormality. No evidence of modic type endplate changes or Schmorl's nodes.

Posterior elements: Posterior neural arches are intact. Evidence of possible prior bilateral laminectomies at L5-S1, please correlate clinically, see axial image #5 series 7. No other signs of prior surgery.

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 *phone*
916 325-2125 *fax*

mercyimaging.org

BERTACCHIFREEMAN, GLORIA 11056432A
MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013

Disks: Diffusely desiccated but normal in height. No evidence of diskitis osteomyelitis.

Spinal canal: There is narrowing of the spinal canal congenitally at L4 and L5 due to short pedicles. Remaining portions of the canal are patent. No significant acquired stenosis.

Cord and cauda equina: The conus terminates at L1. Lower cord signal is normal. The cauda equina nerve roots are unremarkable.

Epidural space: No epidural fluid collections.

Level-by-level analysis of the axial T1 and T2 images reveals the following:

* T12 - L1: Normal disk and facet joints. No spinal canal or neuroforaminal stenosis.

* L1 - L2: Normal disk and facet joints. No spinal canal or neuroforaminal stenosis.

* L2 - L3: Mild facet arthropathy. Minimal bilateral foraminal disc protrusions. No significant spinal canal or neural foraminal stenosis.

* L3 - L4: Mild to moderate facet arthropathy bilaterally. Mild foraminal disc protrusions. Spinal canal and neural foramina are patent.

* L4 - L5: There is a broad-based disc bulge extending to the neural foramina. There is a small central disc protrusion. There is mild,overall triangular narrowing of the spinal canal. No significant narrowing of the lateral recesses. Neural foramina are mildly narrowed bilaterally but there is no impingement of the nerve roots. There is severe facet arthropathy with thickening of the ligamentum flavum up to 4 mm. No evidence of compression of the cauda equina or the traversing nerve roots or exiting nerve roots.

* L5 - S1: Mild central disc protrusion. Possible prior bilateral laminectomy at this level. Moderate facet arthropathy, worse on the right, with moderate narrowing of the neural foramina bilaterally. Possible impingement of the exiting right L5 nerve root due to facet osteophyte. Spinal canal is patent. No impingement of the S1 traversing nerve roots.

* Sacrum: Visualized portions are unremarkable.

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca, 95816
916 556-3300 *phone*
916 325-2125 *fax*

MERCY IMAGINGCENTER PAGE 10/12

BERTACCHIFREEMAN, GLORIA 11056432A
MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013

319

Paraspinal soft tissues: No paraspinal fluid collections or edema.

Retroperitoneum: No adenopathy or AAA.

IMPRESSION:
1. Evidence of possible prior bilateral laminectomy at L5-S1, please correlate with history. No evidence of recurrent spinal canal stenosis at this level.

2. Possible impingement of the exiting right L5 nerve root due to facet osteophyte in the right L5-S1 neural foramen.

3. No other significant spinal canal or neural foraminal stenosis.

4. Severe bilateral facet arthropathy at L4-5, worse on the right. There is mild triangular narrowing of the spinal canal at this level.

Thank you for the opportunity to help in the care of your patient. Please call or SMS me directly at (916) 538-4734 or email gregory.rogalski@dignityhealth.org with questions about the report or feedback on the final diagnosis.

Electronically Signed By: GREGORY ROGALSKI MD
GR/
CC:
Report Approval Date/Time: 06/05/2013 10:30 AM

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 *phone*
916 325-2125 *fax*

mercyimaging.org

*Page 3 of 3*

Bertacchi-Freeman/Hartford000746

Case 2:15-cv-02596-TLN-AC   Document 18-2   Filed 04/03/17   Page 634 of 953



**320**

MRN: 11056432A                    LESLIE H KIM, MD
BERTACCHIFREEMAN, GLORIA          901 CAMPUS DR STE 111
DOB: REDACTED/1953

                                  DALY CITY CA 94051


MR KNEE RT WO CONTRAST            ACC: 8000000453469
Exam Date: 05/31/2013


MRI RIGHT KNEE05/31/2013

HISTORY:Injury several months ago with medial greater than
lateral knee pain since.

TECHNIQUE: Proton Density and fat suppressed proton density
weighted sagittal, coronal and axial sequences were done.

FINDINGS:

Alignment is normal.  Osseous structures have normal signal.
There is mild thinning of the articular cartilages in all three
compartments but no focal defects.  Small hypertrophic spurring
in the medial compartment.

There is an oblique horizontal tear of the posterior horn medial
meniscus extending to the undersurface.  Tear extends into the
body of the medial meniscus where it is more peripherally located
on the inferior surface.  The anterior horn appears intact.
Lateral meniscus is unremarkable.

Anterior and posterior cruciate ligament are intact.  Medial and
lateral collateral ligaments are unremarkable.  Quadriceps and
patellar tendons are normal.  Popliteus tendon is unremarkable.

Small joint effusion.  No intra-articular filling defects.  No
popliteal cyst.  Patellar retinaculum are normal.  Periarticular
soft tissues are unremarkable.

Mercy Imaging Center, Sacramento                    mercyimaging.org
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax                                    Page 1 of 2

Bertacchi-Freeman/Hartford000747

BERTACCHIFREEMAN, GLORIA 11056432A
MR KNEE RT WO CONTRAST
Exam Date: 05/31/2013

321

Conclusion:

Tear in the posterior horn and body of the medial meniscus.

Electronically Signed By: DWIGHT MUKUNO MD
DM/
CC:
Report Approval Date/Time: 05/31/2013 01:55 PM

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 *phone*
916 325-2125 *fax*

mercyimaging.org

**Progress Notes**

I examined, evaluated, and discussed the patient with the resident and confirmed the history and exam. I agree with the assessment and plan we developed as documented in the resident's n

KOH prep showed fungal elements from separate scrapings from the anterior neck and the le axilla.

497

Raja Sivamani, MD MS CAT
Assistant Professor of Clinical Dermatology
Department of Dermatology
UC Davis Medical Center

Electronically signed byRaja Kameswaran Sivamani, MD on 06/12/15 1715

**Chart Review Reports**

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Progress Notes**

6/12/2015, last seen 5/16/2014

HPI: 62 yo F with a history of psoriasis (and inverse psoriasis) here for follow up. Her psoriasis has mostly been under control with clobetasol ointment and dovonex cream. She notes that she has a new rash on the neck that is red and very itchy. The rash has been ongoing for several weeks. She has been applying clobetasol that seems to be helpful for the itch however the rash does not resolve. Her left axilla is also very itchy and scaling. The right axillae is not involved. The axillary rash has been ongoing for several months.

**Past Medical History**: medications and allergies reviewed today.

**Family History:**

There is not a family history of skin cancer. There is a family history of atopy. There is unknown family history of psoriasis.

**Social History:**

The patient does not smoke or use tobacco products.

**Review of Systems**: No fever, fatigue, weight loss, headache.

**Physical Examination**:

BP 130/88 | Pulse 76 | Resp 18

On physical examination, the patient is well developed, well nourished, and pleasant with normal affect. The patient is alert to time, place, and person.

**The following areas were inspected:**
Head/scalp including palpation, face, eyelids and conjunctiva, nose, mouth/oral mucosa, lips, teeth, gums, neck including palpation, chest, abdomen, back, R and L upper extremities, digits, and nail, R and L lower extremities, digits, and nails were inspected and palpated (for clubbing, cyanosis, inflammation). The lower extremities were inspected for peripheral swelling, varicosities.

The findings were normal except for the following pertinent abnormal findings:
-- Erythematous annular well demarcated plaques over the neck. Hyperpigmented scaly plaque on the left axilla. Both sites KOH+ (separately tested with separate scalpels and slides used for scraping)
-- Multiple well demarcated, slightly erythematous plaques on the right and left lower extremities, bilateral arms, bilateral axillae, and under the breasts.

Labs/Imaging reviewed today:

**Lab Results**

| Lab Name | Value | Date/Time |
|---|---|---|
| WBC | 6.7 | 10/29/2013 9:50 AM |
| HGB | 13.2 | 10/29/2013 9:50 AM |
| HCT | 39.3 | 10/29/2013 9:50 AM |
| PLT | 309 | 10/29/2013 9:50 AM |

**Lab Results**

| Lab Name | Value | Date/Time |
|---|---|---|
| NA | 140 | 9/11/2014 10:51 AM |
| K | 3.4 | 9/11/2014 10:51 AM |
| CL | 101 | 9/11/2014 10:51 AM |
| CO2 | 27 | 9/11/2014 10:51 AM |
| BUN | 9 | 9/11/2014 10:51 AM |
| CR | 0.71 | 9/11/2014 10:51 AM |
| GLU | 82 | 9/11/2014 10:51 AM |

**Lab Results**

| Lab Name | Value | Date/Time |
|---|---|---|
| AST | 20 | 9/11/2014 10:51 AM |
| ALT | 20 | 9/11/2014 10:51 AM |
| ALP | 71 | 9/11/2014 10:51 AM |
| ALB | 3.5 | 9/11/2014 10:51 AM |
| TP | 7.0 | 9/11/2014 10:51 AM |
| TBIL | 0.4 | 9/11/2014 10:51 AM |

Impression/Plan:
**1. Tinea axillaris/ corporis, flared:** Patient does have inverse psoriasis however patient's new itchy rash on the neck and in the armpits are consistent with tinea. KOH+
- Econazole (SPECTAZOLE) 1 % Cream; Apply to the affected area 2 times daily. Apply to the itchy areas in the armpits and neck

**2. Psoriasis, BSA approximately 5%, on the legs, arms, armpits, and under the breasts. She has some inverse psoriasis on the right and left axillae and under the breasts.**

- Continue Clobetasol (TEMOVATE) 0.05 % Ointment; Apply to the affected area 2 times daily. to arm(s) and leg(s). Do not use to armpits Dispense: 120 g; Refill: 2
- Continue Calcipotriene (DOVONEX) 0.005 % Cream; Apply to the affected area 2 times daily. Apply to the armpits and intertriginous areas and to the body as well. Mix with either clobetasol or desonide. Dispense: 100 g; Refill: 3
- Continue Desonide (DESOWEN) 0.05 % ointment; Apply to the affected area 2 times daily. to armpit(s) and intertriginous areas Dispense: 120 g; Refill: 2

The patient was asked to follow up in the clinic in 2-3 months.

Education needs were addressed and there were no barriers to learning.

Baran Ho, MD, PGY-2
Department of Dermatology
Pager#: 916-816-1439

Patient seen with attending Dr. Raja Sivamani

Electronically signed byRaja Kameswaran Sivamani, MD on 06/12/15 1715

**Links**

Previous Version

**Chart Review Reports**

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Progress Notes**

**Chief Complaint**

Patient presents with

- Diarrhea

  *x 3 days*

Gloria M Bertacchi is a 61yr old female who presents with diarrhea and lower abdomen cramping for 3 days. NO fever or blood in stool. No travel, sick contacts or changes in diet. About 4-5 loose and watery BM daily.

ROS:
No nausea, vomiting, ark tarry stools.
No fever, chills, weight loss

**PHYSICAL EXAM:**
**BP 124/70 | Pulse 111 | Temp(Src) 36 °C (96.8 °F) (Tympanic) | Ht 1.549 m (5' 1") | Wt 95.029 kg (209 lb 8 oz) | BMI 39.61 kg/m2 | SpO2 99%**

General: Alert. No apparent Distress.
CV: Regular rate and rhythm without murmur.

Lungs: CTAB. No visible respiratory distress
Abdomen: Positive BS. Soft. Nontender. Nondistended.
Extremities: No edema bilaterally in lower extremities. 2/4 pedal pulses

**ASSESSMENT & PLAN:**
(787.91) Diarrhea (primary encounter diagnosis)
Comment: Empiric treatment. Follow up stool studies. Trial imodium. Patient to return if symptoms fail to improve as anticipated
Plan: CULTURE GASTROINTESTINAL, BACTI (INCLUDES SHIGA-TOXIN)

I did review patient's past medical and family/social history.
Barriers to Learning: None.

Electronically signed by:
Thuy Rose Nguyen, D.O.
Associate Physician PCN

Electronically signed byThuy Rose Nguyen, DO on 11/12/14 0847

**Chart Review Reports**

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Progress Notes**

Thuy Rose Nguyen, DO
550 West Ranch View Dr
Pch Family Practice
Rocklin CA 95675

5/16/2014

Dear Dr. Thuy Rose Nguyen:

I had the pleasure of seeing Ms. Gloria M Bertacchi, a delightful 61yr female in consultation for a rash. The patient's chief concern is a rash on the legs, arms, armpits, and under the breasts. Flared one month. She has been treating with triamcinolone and topical vinegar/water. She found that the this soothed her lesions but the lesions have remained persistent. They reduced the itching. She notes her itching gets bad at night and becomes severe. She notes joint pains that has been diagnosed as osteoarthritis on the knees, back, and neck. Her pain is worse at the end of the day or after activity.

Questionnaire dated 5/16/2014 reviewed today.

**Past Medical History**: medications and allergies reviewed today.

**Family History:**
There is not a family history of skin cancer.  There is a family history of atopy.
There is unknown family history of psoriasis.

**Social History:**
The patient does not smoke or use tobacco products.

**Review of Systems**: The patient has been asked about current:  fever, fatigue, weight
loss, visual changes, wheezing, cough, hay fever/pollen allergy, headaches, sore throat,
bleeding gums, joint or muscle pain, shortness of breath, chest pain, lymph node swelling,
infections, pains in calves, nausea, vomiting, diarrhea, burning with urination,
depression/anxiety, numbness/tingling, or dizziness.
Positives are: fatigue, hay fever, headache, joint pains, numbness/tingling. All other ROS
are negative.

**Physical Examination**:
BP 110/70 | Pulse 80 | Resp 20
On physical examination, the patient is well developed, well nourished, and pleasant with
normal affect. The patient is alert to time, place, and person.

**The following areas were inspected**:
Head/scalp including palpation, face, eyelids and conjunctiva, nose, mouth/oral mucosa,
lips, teeth, gums, neck including palpation, chest (including the breasts and axillae),
abdomen, buttocks/groin, back, R and L upper extremities, digits, and nail, R and L lower
extremities, digits, and nails were inspected and palpated (for clubbing, cyanosis,
inflammation). The lower extremities were inspected for peripheral swelling, varicosities.

The findings were normal except for the following pertinent abnormal findings:

-- Multiple well demarcated, slightly erythematous plaques on the right and left lower
extremities, bilateral arms, bilateral axillae, and under the breasts.
-- Minimal scaling on the scalp
-- No nail pitting.

Labs/Imaging reviewed today:

**Lab Results**

| Lab Name | Value | Date/Time |
|---|---|---|
| WBC | 6.7 | 10/29/2013  9:50 AM |
| HGB | 13.2 | 10/29/2013  9:50 AM |
| HCT | 39.3 | 10/29/2013  9:50 AM |
| PLT | 309 | 10/29/2013  9:50 AM |

**Lab Results**

| Lab Name | Value | Date/Time |
|---|---|---|
| NA | 142 | 10/29/2013  9:50 AM |
| K | 3.7 | 10/29/2013  9:50 AM |
| CL | 103 | 10/29/2013  9:50 AM |
| CO2 | 27 | 10/29/2013  9:50 AM |

| | | |
|---|---|---|
| BUN | 10 | 10/29/2013 9:50 AM |
| CR | 0.65 | 10/29/2013 9:50 AM |
| GLU | 106* | 10/29/2013 9:50 AM |

**Lab Results**

| Lab Name | Value | Date/Time |
|---|---|---|
| AST | 34 | 9/16/2013 1:57 PM |
| ALT | 33 | 9/16/2013 1:57 PM |
| ALP | 83 | 9/16/2013 1:57 PM |
| ALB | 4.0 | 9/16/2013 1:57 PM |
| TP | 7.8 | 9/16/2013 1:57 PM |
| TBIL | 0.5 | 9/16/2013 1:57 PM |

Impression/Plan:

**1. Psoriasis, BSA approximately 5%, flared on the legs, arms, armpits, and under the breasts. She has some inverse psoriasis on the right and left axillae and under the breasts.**
- Start Clobetasol (TEMOVATE) 0.05 % Ointment; Apply to the affected area 2 times daily. to arm(s) and leg(s). Do not use to armpits Dispense: 120 g; Refill: 2
- Start Calcipotriene (DOVONEX) 0.005 % Cream; Apply to the affected area 2 times daily. Apply to the armpits and intertriginous areas and to the body as well. Mix with either clobetasol or desonide. Dispense: 100 g; Refill: 3
- Start Desonide (DESOWEN) 0.05 % ointment; Apply to the affected area 2 times daily. to armpit(s) and intertriginous areas Dispense: 120 g; Refill: 2
- Start HydrOXYzine 10 mg (ATARAX) Tablet; Take 1-2 tablets by mouth at night as needed. Indications: Pruritus of Skin Dispense: 60 tablet; Refill: 2

The patient was asked to follow up in the clinic in 2 months.

Education needs were addressed and there were no barriers to learning.

Thank you for the opportunity to participate in the care of this patient.

Sincerely,

Raja Sivamani, MD MS CAT
Assistant Professor of Clinical Dermatology
Department of Dermatology
UC Davis Medical Center

Electronically signed byRaja Kameswaran Sivamani, MD on 05/16/14 1019

**Chart Review Reports**

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

503

**Progress Notes**

## Chief Complaint

Patient presents with

- Motor Vehicle Accident
  *yesterday 5/7/2014*
- Back Pain
- Headache

Gloria M Bertacchi is a 61yr old female who presents after MVA. She was pulling out of parking spot and swiped the side of her car. She was only goin about 10 mph. Air bag did not go off. She did not hit her head. No LOC.

She notes headache and low back pain. No vision changes. No saddle paresthesia, lower extremity weakness, changes with bowel or bladder
She did note her whole right leg felt numb last night for a shot while. She shock it out and symptoms resolved.

ROS:
No fever, chills, weight loss
Patient denies any exertional chest pain, dyspnea, palpitations, syncope, orthopnea, edema

**PHYSICAL EXAM:**
**BP 124/84 | Pulse 83 | Temp(Src) 36.2 °C (97.2 °F) (Tympanic) | Ht 1.549 m (5' 1") | Wt 92.715 kg (204 lb 6.4 oz) | BMI 38.64 kg/m2 | SpO2 97%**

General: Alert. No apparent Distress.
HEENT:PERRL. Conjunctiva clear. Posterior oral pharynx without erythema. TM without erythema bilaterally .
Neck: Supple. Trachea midline. AROM cervical spine WNL. Negative spurling
CV: Regular rate and rhythm without murmur.
Lungs: CTAB. No visible respiratory distress
Abdomen: Positive BS. Soft. Nontender. Nondistended.
Extremities: No edema bilaterally in lower extremities. 2/4 pedal pulses
Back: Straight. No tenderness in midline upon percussion over lumbars. AROM unremarkable in lumbar spine upon flexion and extension. Negative straight leg test bilat.
Musculoskeletal: 5/5 strength on knee flexion and extension bilat. Patient can walk heel-toe and stand on heels and toes. 2/4 patellar and Achilles reflexes bilat.
CN II-XII intact. Negative rhomberg
Skin: dry thick psoriatic plaques on lower extremities

**ASSESSMENT & PLAN:**
(784.0) HA (headache) (primary encounter diagnosis)
Plan: suspect tension headache. Rest, Nsaids. Patient to return if symptoms fail to improve as anticipated

(724.5) Back pain

504

Plan: suspect muscle strain. Suggest rest, ice, heat. Patient to return if symptoms fail to improve as anticipated

(242.90) Hyperthyroidism
Plan: tsh

(696.1) Psoriasis
Plan: trial tac. DERMATOLOGY CLINIC REFERRAL

I did review patient's past medical and family/social history.
Barriers to Learning: None.

Electronically signed by:
Thuy Rose Nguyen, D.O.
Associate Physician PCN

Electronically signed byThuy Rose Nguyen, DO on 05/08/14 2310

**Chart Review Reports**

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Progress Notes**

**Chief Complaint**

Patient presents with

- Diarrhea
  *x 5 days*
- Fever
  *x 5 days*

Gloria M Bertacchi is a 60yr old female who presents with lower abdomen cramps and diarrhea after eating thai food 5 days ago. Tactile fever noted last night but has now resolved. Watery and loose stools noted. Nausea but no vomiting. No blood seen in stool. No sick contacts. Pain worse after fatty meals. Denies RUQ pain.

ROS:
NO cough, rhinorrhea, shortness of breath, congestion.
Denies any dysuria,hematuria ,urethral discharge,frequent or painful urination

**PHYSICAL EXAM:**
**BP 124/82 | Pulse 92 | Temp(Src) 35.7 °C (96.3 °F) (Tympanic) | Ht 1.549 m (5' 1") | Wt 93.577 kg (206 lb 4.8 oz) | BMI 39 kg/m2 | SpO2 97%**



505

General: Alert. No apparent Distress.
CV: Regular rate and rhythm without murmur.
Lungs: CTAB. No visible respiratory distress
Abdomen: Positive BS. Soft. Nontender. Nondistended.

**ASSESSMENT & PLAN:**
(558.9) Gastroenteritis (primary encounter diagnosis)
Comment: bland diet. After stool studies may try azithromax if symptoms persist. Patient to return if symptoms fail to improve as anticipated.
Plan: CULTURE GASTROINTESTINAL, BACTI (INCLUDES SHIGA-TOXIN)

I did review patient's past medical and family/social history.
Barriers to Learning: None.

Electronically signed by:
Thuy Rose Nguyen, D.O.
Associate Physician PCN

Electronically signed byThuy Rose Nguyen, DO on 01/25/14 1638

**Chart Review Reports**

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Procedures**

The specific risks and consequences of punch biopsy were discussed and include, but are not limited to: pain, bleeding, bruising, infection, scarring from AgNO3, exaserbation of inflammation, and failure to make a diagnosis. She was given the opportunity to ask questions, she denies further questions, and she wishes to proceed. She was then consented for a punch biopsy of the right areolar margin where inflammed.

The area of skin changes was prepped in the usual sterile manner. The skin was anesthetized with 0.5 cc of 1% lidocaine. Once skin numbness was confirmed, using a 4mm punch a sampling of the skin was taken and submitted to Pathology.

She tolerated this procedure well. Hemostasis was accomplished by pressure and silver nitrate. There were no immediate post-procedure complications. We reviewed post-procedure care, and discussed the signs and symptoms of complications, infection or hematoma, which include, but are not limited to: redness, increasing pain, or discharge from the biopsy site. She was given our punch biopsy handout.
Electronically signed byBarbara Neyhart, MD on 11/05/13 1457

**506** art Review Reports

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Progress Notes**

Patient returns for follow-up of right areolar scaley rash which, given her scattered psoriatic plaques elsewhere and her recent BI-RADS 1 fatty replaced screening mammogram, I thought most likely represented psoriasis. I prescribed TAC 0.5% which she took as directed but ran out of it after 10 days, meaning she ran out over 3 weeks ago. She simulatanously was also using Dovonex. She is running low on the Dovonex so is only using it a few times a week now.

While using both the TAC and Dovonex she noted improvement. Now that she has stopped treastment, the rash is worse than ever.

Obj:

Virutually the entire right nipple areolar complex is covered by thick scaley sharply demarkated rash with some weepy areas and a periareolar rim of erythema 7:00-10:00. There is a crescent of uninvolved areola 2:00-7:00.

(611.0) Nipple inflammation (primary encounter diagnosis)
(696.1) Psoriasis

**Chart Review Reports**

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Progress Notes**

Patient returns for follow-up of right areolar scaley rash which, given her scattered psoriatic plaques elsewhere and her recent BI-RADS 1 fatty replaced screening mammogram, I thought most likely represented psoriasis. I prescribed TAC 0.5% which she took as directed but ran out of it after 10 days, meaning she ran out over 3 weeks ago. She simulatanously was also using Dovonex. She is running low on the Dovonex so is only using it a few times a week now.

While using both the TAC and Dovonex she noted improvement. Now that she has stopped treastment, the rash is worse than ever.

Obj:

Virutually the entire right nipple areolar complex is covered by thick scaley sharply demarkated rash with some weepy areas and a periareolar rim of erythema 7:00-10:00. There is a crescent of uninvolved areola 2:00-7:00.

(611.0) Nipple inflammation (primary encounter diagnosis)
(696.1) Psoriasis



Comment: I still think that this scaley rash of right nipple areolar complex is a manifestation of psoriasis, in part given her report of improvement when taking TAC and Dovonox. However, given worsening and because Paget's Diz of breast is in the ddx, bx is indicated. She procedure note below.
Plan: SURGICAL PATHOLOGY. I will contact patient if results are other than psoriasis. I refilled her TAC 0.5%, she can get Dovonox refilled by her PCP. She will return in 1 mo for re-evaluation.

**Note: patient has elevated BP today and prior visit. Her LDL cholesterol is very high. She has not filled statin prescription given to her by her PCP. I recommended that she begin statin treatment and follow-up with PCP to get a step 2 drug added to her antihypertensive regimen. Health risks of undertreated HTN reviewed with patient.**

Electronically signed by:

Barbara Neyhart, M.D.
Associate Physician
Breast Health Clinic
UC Davis Medical Center

PI # 00997
Pager: 916-816-4598

Electronically signed byBarbara Neyhart, MD on 11/05/13 1457

**Chart Review Reports**

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Progress Notes**

Gloria M Bertacchi presents to the Breast Health Clinic for consultation at the request of Dr. Thuy Nguyen regarding her right breast nipple and skin changes. From this area has been an oozing of clear liquid, but she does not have discharge from the nipple tip.

She states she has had these right nipple and skin changes for the last 2 weeks. These skin/areolar changes appeared suddenly and have been progressive. She has applied an array of largely random topicals to this area without relief. She has a history of psoriasis which she largely ignores.

She denies any breast masses, other skin changes, nipple changes, nipple tip discharge or mastalgia.

Her last mammogram was performed on 3/2013 at UC Davis and read as BI-RADS 1, her breast tissue is fatty replaced.

She denies any prior breast procedures .

Gyn Hx: No LMP recorded. Patient is postmenopausal. Menarche at age 14.

OB Hx: G 1 P 0.

Her past medical history is negative for cancer, chemotherapy/radiation, respiratory, hematological/lymphatic disorders except:

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • GERD (gastroesophageal reflux disease) | |
| • Hypothyroid | |
| • HTN (hypertension) | |
| • DDD (degenerative disc disease) | |
| • Chondromala | |
| • Psoriasis | |
| • Hyperlipidem | |

Past Surgical Hi

| Procedure | Laterality | Date |
|---|---|---|
| • Female genital surg proc unlisted<br>*ovarian cystectomy* | | |
| • Colonoscopy<br>*5 years?* | | |
| • Colposcopy,cervix w/adj vag,w/loop bx<br>*2012* | | |

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cyclobenzaprine (FLEXERIL) 10 mg Tablet | Take 10 mg by mouth three times daily if needed. | | |
| • Hydrochlorothiazide (HYDRO-DIURIL) 25 mg Tablet | TAKE ONE TABLET BY MOUTH EVERY MORNING | 90 tablet | 0 |
| • Hydrocodone 10 mg/Acetaminophen 325 mg (NORCO) 10-325 mg per tablet | | | |
| • Levothyroxine (SYNTHROID) 150 mcg Tablet | Take 1 tablet by mouth every morning before a meal. | 90 tablet | 1 |
| • Lidocaine (LIDOCAINE) 5 % (700 mg/patch) Patch | Apply 1 patch to the skin every 24 hours. | | |
| • Rabeprazole (ACIPHEX) 20 mg EC Tablet | Take 1 tablet by mouth every day. | 90 tablet | 1 |
| • Simvastatin (ZOCOR) 10 mg Tablet | Take 1 tablet by mouth every day at bedtime. (cholesterol) | 30 tablet | 2 |

510

| | | | |
|---|---|---|---|
| Triamcinolone (KENALOG) 0.5 % Cream | Apply to the affected area 3 times daily. use thin layer | 15 g | 0 |

No current facility-administered medications for this visit.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Heart | Mother | |
| • Stroke | Mother | |
| • Heart | Father | |
| • Diabetes | Father | |

A postmenopausal paternal aunt had breast cancer dx'd age 65, died age 90

**History**

Social History

| | |
|---|---|
| • Marital Status: | MARRIED |
| Spouse Name: | N/A |
| Number of Children: | N/A |
| • Years of Education: | N/A |

Occupational History

- Not on file.

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Former Smoker -- 0.50 packs/day |
| Quit date: | 11/15/1975 |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | Yes |
| *occasional* | |
| • Drug Use: | No |
| • Sexually Active: | Not on file |

| Other Topics | Concern |
|---|---|
| • Not on file | |

Social History Narrative

- No narrative on file

**She lives on Moss Lane in GB (I lived on the same street in the past....)**

ROS: In addition to the elements documented above, the following systems were reviewed: Constitutional: fatigue, night sweats.

**Filed Vitals:**

| | 09/24/13 0918 |
|---|---|
| BP: | 148/96 |
| Pulse: | 89 |
| Temp: | 37.3 °C (99.1 °F) |
| TempSrc: | Oral |
| Height: | 1.562 m (5' 1.5") |

Weight: 97.342 kg (214 lb 9.6 oz)

:11

Body mass index is 39.9 kg/(m^2).

She is alert, oriented and in no apparent distress. I can appreciate no masses or thyroid nodules in her neck.
Her sclera are anicteric, her mucous membranes moist. She is obese, a character and spirited conversationalist. Scattered psoriatic plaques noted (bilateral extensor elbows, dorsum hands, dorsum feet)

INSPECTION:

Breast Size: Large, pendulous
Symmetrical: Except for skin change on R, yes
Discoloration: yes, 4 cm X 5 cm erythematous scaley well marginated skin lesion involving entire right areolar/nipple complex and extending onto skin of periareolar breast 8:00-12:00 area. Also, bilateral inframammary pigmentary changes consistent with chronic intertrigo. See attached image.
Lesion Description: sharp border, raised, nonulcerated, red, scaly, edematous, nontender. Some cracking of epidermis noted with scant serosanguinous oozing.
Dimpling: no
Skin retraction: no
Surgical Scars: no

PALPATION:

Lymph nodes Axilla: Right negative, Left negative
Lymph nodes supraclavicular: Right negative, Left negative
Tenderness: Right negative, Left negative
Nipple Discharge: Right negative, Left negative
Dominant Mass: Right negative, Left negative

I reviewed the reports of all imaging studies referenced above.

(611.79) Breast signs and symptoms (primary encounter diagnosis)
(696.1) Psoriasis
Comment: suddenly manifested thickened, scaley erythematous large plague right areola/UOQ breast in a patient with history of psoriasis and multiple psoriatic plaques elsewhere. Had recent BIRADS 1 mammogram and her breast tissue is fatty replaced (improved imaging sensitivity). I suspect her breast/areolar lesion is psoriasis and not a manifestation of underlying parenchymal disease such as Paget's. She may have exasperbated the skin inflammation by applying whatever it is that she has been using
Plan: Triamcinolone (KENALOG) 0.5 % Cream to be applied to right breast/areolar plaque tid. Occlude this area with plastic wrap after nighttime application. RTC 2 weeks re-check. If not improved, will biopsy. If improved, will transition to a lower potency corticosteroid

(401.9) HTN (hypertension)
Comment: BP elevated today
Plan: I recommended taking some community BP readings and following up with PCP. Her LDL is alarmingly elevated at 224, so will reiterate need for follow-up when I see her next if she hasn't complied

(695.89) Intertrigo
- Comment: bilateral inframammary
Plan: Will educate patient about this and prescribe antifungal when I see her in follow-up. Not enough time to address today and low priority and didn't want to confuse her with this second less compelling skin issue

The patient and I reviewed her educational needs, including known options and risks related to management of this complaint, and she had an opportunity to ask questions and indicates understanding. Approximately 30 minutes were spent with patient, the majority of which was spent counseling the patient on psoriasis vs. Paget's diz of breast.

Electronically signed by:

Barbara Neyhart, M.D.
Associate Physician
Breast Health Clinic
UC Davis Medical Center

PI # 00997
Pager: 916-816-4598

Electronically signed byBarbara Neyhart, MD on 09/24/13 1242

**Chart Review Reports**

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Progress Notes**

**Chief Complaint**

Patient presents with
- Breast Problem
  *discharge on right*

Gloria M Bertacchi is a 60yr old female who presents with one week of right sided nipple discharge. She claims it is spontaneous. Rash over nipple for one week as well. Discharge is sticky and clear. NO breast pain. No bloody discharge seen

SHe had a screening mammogram earlier this year and it was normal.

Discussed mildly elevated blood pressure today. She not4es this happens when she goes to the doctor or dentist. SHe will check blood pressure at home and return if >135/85

ROS:

No fever, chills, weight loss

513

**PHYSICAL EXAM:**
**BP 138/90 | Pulse 102 | Temp(Src) 35.4 °C (95.7 °F) (Tympanic) | Ht 1.562 m (5' 1.5") | Wt 97.07 kg (214 lb) | BMI 39.79 kg/m2 | SpO2 96%**

General: Alert. No apparent Distress.
CV: Regular rate and rhythm without murmur.
Lungs: CTAB. No visible respiratory distress
Breasts: Scant clear discharge noted with stimulation on right. Scaly rash over right aereola and nipple. normal without suspicious masses, axillary nodes, symmetric fibrous changes in both upper outer quadrants

**ASSESSMENT & PLAN:**
(611.79) Breast discharge (primary encounter diagnosis)
Comment: Possible paget's but patient also has psoriasis. Patient advised to follow up with breast health clinic
Plan: COMPREHENSIVE METABOLIC PANEL, TSH WITH FREE T4 REFLEX, PROLACTIN, OB/GYN - BREAST HEALTH REFERRAL, CANCELED: MAMMOGRAPHY, US BREAST UNILATERAL / BILATERAL

I did review patient's past medical and family/social history.
Barriers to Learning: None.

Electronically signed by:
Thuy Rose Nguyen, D.O.
Associate Physician PCN

Electronically signed byThuy Rose Nguyen, DO on 09/17/13 0015

**Chart Review Reports**

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Progress Notes**

**Chief Complaint**

Patient presents with

- Hypertension
- Back Pain
- Knee Pain
  *bilateral knees*

14

Gloria M Bertacchi is a 59yr old female who presents to follow up hypertension. She ran out of her hydrochlorothiazide 3 weeks prior and has not taken this since. She denies headache, visual disturbance, Chest pain. She does not check blood pressure at home. It is mildly elevated today.

Her back pain has not improved. She does not do daily stretches for her back. NO saddle paresthesia. NO changes in bowel or bladder.

She is followed by orhto for her meniscus injury. She is in physical therapy. She is s/p knee surgery.

Discussed hyperlipidemia. Patient has not tried dietary changes.

**PHYSICAL EXAM:**
**BP 136/92 | Pulse 90 | Temp(Src) 36.7 °C (98.1 °F) (Tympanic) | Ht 1.549 m (5' 1") | Wt 96.979 kg (213 lb 12.8 oz) | BMI 40.40 kg/m2 | SpO2 96%**

General: Alert. No apparent Distress.
CV: Regular rate and rhythm without murmur.
Lungs: CTAB. No visible respiratory distress
Abdomen: Positive BS. Soft. Nontender. Nondistended.
Extremities: No edema bilaterally in lower extremities. 2/4 pedal pulses
Musculoskeletal: Back straight. Pt can walk heel to toe and stand on heels and toes. 5/5 hand grip, shoulder flexion, knee flexion and extension strength.

**ASSESSMENT & PLAN:**

401.9 HTN (hypertension)
Plan: Restart hydrochlorothiazide 25 mg daily

272.4 Other and unspecified hyperlipidemia
Plan: LIPID PANEL WITH DLDL REFLEX

V70.0 Preventative health care
Comment: patient wishes to establish with ob for well woman exam
Plan: MAMMOGRAPHY SCREENING, OB/GYN - GENERAL
REFERRAL

733.92 Chondromalacia of left knee
Comment: per history. Patient worried about her bone density and wished to have screening
Plan: DEXA, COMPLETE

I did review patient's past medical and family/social history.
Patient verbalizes understanding of instructions and care plan. Barriers to Learning: None.

Electronically signed by:
Thuy Rose Nguyen, D.O.

2015090219000760

Bertacchi, Gloria M (MRN  0565663) DOB: ░░░░░1953

**515**

## Laboratory Requisition: Present to lab at time of blood draw

### Patient Information

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | Female | ░░░1953 |

### Account Information

Acct Number:
078870826035

### Ordering Department Abbreviation

Name
ROCIMF

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| **3/8/2013 11:15 AM** | Thuy Rose Nguyen, DO, DO | Roc Fam Prac/Int Med | 47476740 |

### Orders

| Future Orders | Expected By | Expires |
|---|---|---|
| **LIPID PANEL WITH DLDL REFLEX  Order #:** 96239017 | 3/8/13 | 3/8/14 |

### Diagnoses

| | |
|---|---|
| HTN (hypertension) | 401.9 |
| Other and unspecified hyperlipidemia | 272.4 |
| Preventative health care | V70.0 |
| Chondromalacia of left knee | 733.92 |

Bertacchi, Gloria M (MRN 0565663) DOB: REDACTED 1953

**Prescriptions Sent to your Pharmacy (continued)**

Sig - Route: Take 1 tablet by mouth every morning. - ORAL

Class: Pharmacy

Pharmacy: TARGET PHARMACY #0267 | 1925 DOUGLAS BLVD | ROSEVILLE | CA | 95661 (Ph #: 916-786-899⬤

**516**

**Levothyroxine (SYNTHROID) 150 mcg Tablet**

Sig - Route: Take 1 tablet by mouth every morning before a meal. - ORAL

Class: Pharmacy

Pharmacy: TARGET PHARMACY #0267 | 1925 DOUGLAS BLVD | ROSEVILLE | CA | 95661 (Ph #: 916-786-8992)

**Rabeprazole (ACIPHEX) 20 mg EC Tablet**

Sig - Route: Take 1 tablet by mouth every day. - ORAL

Class: Pharmacy

Pharmacy: TARGET PHARMACY #0267 | 1925 DOUGLAS BLVD | ROSEVILLE | CA | 95661 (Ph #: 916-786-8992)

**Orders This Visit**

**MAMMOGRAPHY SCREENING**

**DEXA, COMPLETE**

**OB/GYN - GENERAL REFERRAL**

| Future Orders | Please Complete By | Expires |
|---|---|---|
| **LIPID PANEL WITH DLDL REFLEX** | 3/8/13 | 3/8/14 |

**Diagnostic Test Results (Last 12 hours)**

** None **

## Your Doctor has provided these instructions for you to review and take action on after your visit.

None

**Pending Health Maintenance - Below are some of the test or vaccines that might be appropriate for you at this time. Your doctor may have talked to you about these, or they were done or arranged today. If so, this reminder should be gone at your next visit.**

| Topic | Date Due | Completion Dates |
|---|---|---|
| Tdap | 5/1/1960 | --- |
| Hiv Screening | 5/1/1966 | --- |
| Mammogram | 5/1/2003 | --- |
| Influenza | 9/1/2013 | --- |
| Pap-Gyn Cytology | 12/20/2014 | 12/20/2012 (N/S) |

**MyChart is a secure, confidential web-based system that allows you to communicate with your doctor's office and review portions of your medical record. Visit our web page at http://mychart.ucdavis.edu**

Bertacchi-Freeman/Hartford000768

2015099210000760

**517**

Bertacchi, Gloria M (MRN 0565663) DOB: REDACTED 1953

*Current Outpatient Medications*

The following is a list of medicines we understand you are taking. It is based on your medical record at UC Davis Health System. Some information may come from other places, including other doctors, hospitals, clinics or pharmacies. Please check this list of medicines carefully. It is up to you to contact your doctor if these are not the medicines you are taking.

**Current Medications**

| | Dosage |
|---|---|
| **Cyclobenzaprine (FLEXERIL) 10 mg Tablet** | Take 10 mg by mouth three times daily if needed. |
| **Hydrochlorothiazide (HYDRO-DIURIL) 25 mg Tablet** | Take 1 tablet by mouth every morning. |
| **Levothyroxine (SYNTHROID) 150 mcg Tablet** | Take 1 tablet by mouth every morning before a meal. |
| **Lidocaine (LIDOCAINE) 5 %(700 mg/patch) Patch** | Apply 1 patch to the skin every 24 hours. |
| **Rabeprazole (ACIPHEX) 20 mg EC Tablet** | Take 1 tablet by mouth every day. |

Bertacchi-Freeman/Hartford000769

518 Associate Physician PCN

Electronically signed byThuy Rose Nguyen, DO on 03/09/13 2004

**Chart Review Reports**

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Progress Notes**

**Chief Complaint**

Patient presents with

- Establish Care
  *NP to establish*
- Form Request
  *Disability form*

Gloria M Bertacchi is a 59yr old female who presents with left knee and neck pain since oct 5 th after an injury to her knee. She works as a pharmacist and was in a psychiatric ward and backed up into a chair to get out of the reach of a patient. She plans To go to physical therapy. Has meniscus tear and is planning on having a repair. Pain in medial knee. Difficult to walk. Only can walk about 1.5 blocks then has to rest from knee pain. Also with back pain. She thinks this has been aggrevated by having to reach in high cabinets as work. Patient had urinary incontinence Oct 7 with urgency noted. She continues to have urinary incontinence a few times per week. Has an urge and perhaps cannot get to the restroom in time. XR of back and neck already been done. She had been trying benadryl for insomnia. Wakes up every 2 hours and can't stay asleep.

**ROS**:

Constitutional: No fever, chills
HEENT: no visual disturbances. No hearing problems
CV: No chest pain, palpitations, edema
Pulmonary: No SOB, cough
GI: No nausea, vomiting

**PHYSICAL EXAM:**
**BP 118/70 | Pulse 95 | Temp(Src) 36.6 °C (97.8 °F) (Tympanic) | Ht 1.549 m (5' 1") | Wt 97.523 kg (215 lb) | BMI 40.62 kg/m2 | SpO2 96%**

General: Alert. No apparent Distress.
HEENT:PERRL. Conjunctiva clear.
CV: Regular rate and rhythm without murmur.
Lungs: CTAB. No visible respiratory distress
Extremities: 1+ edema bilaterally in lower extremities. 2/4 pedal pulses

Musculoskeletal: Pt can walk heel to toe and stand on heels and toes. 5/5 hand grip, shoulder flexion, knee flexion and extension strength.
Mild tenderness over lumbar spine. Positive straight leg test on the right. No cervical spine tenderness. No pain with neck flexion and extension. Negative Spurling. No knee effusion noted. Patient can ID all points on mono filatment testing in all extremities though has decreased sensation in certain areas not corresponding to certain dermatomes.

**ASSESSMENT & PLAN:**
401.9 HTN (hypertension)
Plan: COMPREHENSIVE METABOLIC PANEL

278.02 Overweight
Plan: COMPREHENSIVE METABOLIC PANEL, LIPID PANEL WITH DLDL REFLEX

724.2 Low back pain
Plan: MR L-SPINE WITHOUT CONTRAST

244.9 Unspecified hypothyroidism
Plan: TSH WITH FREE T4 REFLEX

FOLLOW UP: Patient instructed to return

I did review patient's past medical and family/social history.
No guarantees were made regarding medical care or treatment outcome. Patient verbalizes understanding of instructions and care plan. Barriers to Learning: None.

Electronically signed by:
Thuy Rose Nguyen, D.O.
Associate Physician PCN

Electronically signed byThuy Rose Nguyen, DO on 11/15/12 1717

**Chart Review Reports**

**Links to Chart Review Reports**
Chart Review Routing History

**Chart Review Routing History**
Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Imaging Results** **DEXA, COMPLETE (Accession 3764337) (Order 96239684)**

**Entry Date**
3/18/2013

**PACS Images**
Show images for DEXA, COMPLETE

**Result Narrative**

EXAM DATE: 3/14/201

PROCEDURE: DUAL ENERGY X-RAY BONE DENSITOMETRY

COMPARISON: None available at UCDMC.

INDICATION: 59 year old postmenopausal woman at risk for osteoporosis because of positive family history.

PROCEDURE:

We employ a Hologic dual energy x-ray DEXA bone densitometer. UCDMC bone mineral analysis protocol includes measurements of the lumbar spine in the anterior-posterior (AP) and/or lateral projection(s), as well as the AP left hip. This patient's most pertinent measurements are reported in the table below. The patient's bone mineral questionnaire and other data are on file. Degenerative arthritis, compression injuries, anatomic variations, or postsurgical changes may alter our analysis protocol as per the table below. The patient's bone mineral density (BMD) is compared to the peak bone mineral density of a healthy "young normal" adult control population (T score) and with an "age- and sex-matched" adult population (Z score).

FINDINGS:

Anatomic Location: AP LUMBAR SPINE
BMD (gm/cm2): 1.102
SD above (+)/below, (-) T score: 0.5
SD above (+)/below, (-) Z score: 1.9

Anatomic Location: LATERAL LUMBAR SPINE
BMD (gm/cm2): 0.669
SD above (+)/below, (-) T score: -1.8
SD above (+)/below, (-) Z score: 0.4

Anatomic Location: LEFT FEMORAL NECK
BMD (gm/cm2): 0.694
SD above (+)/below, (-) T score: -1.4
SD above (+)/below, (-) Z score: -0.1

Anatomic Location: LEFT WARD'S TRIANGLE
BMD (gm/cm2): 0.514
SD above (+)/below, (-) T score: -1.9
SD above (+)/below, (-) Z score: 0.1

The Ward's triangle is considered as the region of highest trabecular bone and lowest BMD within the hip. The average BMD in the femoral neck is probably a better indicator of current femoral neck fracture risk.

The fracture risk is related to the degree in reduction in BMD expressed as standard deviations (SD) below the "young normal" adult peak bone density value (T score). The risk for fracture is increased approximately 2-3 times for each SD below the T score. The greater the reduction, the greater the risk for insufficiency fractures. The fracture threshold is defined as BMD 2 or more SD below the T score, which places the patient at least 4-6 times increased risk for insufficiency fractures.

WORLD HEALTH ORGANIZATION CATEGORIES:

1. NORMAL: A value for BMD within 1.0 SD of the T score.

2. LOW BONE MASS (osteopenia): A value for BMD between 1.0 and 2.5 SD below the T score.

3. OSTEOPOROSIS: A value for BMD 2.5 SD or more below T score.

4. SEVERE OSTEOPOROSIS (established osteoporosis): A value for BMD more than 2.5 SD below the T score in the presence of one or more fragility fractures.

THE FRAX INDEX (WHO FRACTURE RISK ASSESSMENT TOOL), ESTIMATES THIS PATIENT'S 10-YEAR RISK OF A MAJOR OSTEOPOROTIC FRACTURE AT 14 %, AND THE 10-YEAR RISK OF A HIP FRACTURE AT 0.5 %. THIS IS BASED UPON THE FRAX VERSION 3.01 SOFTWARE, AND ASSUMES THAT THE PATIENT IS NOT TREATED, IS NOT A PREMENOPAUSAL WOMAN, AND HAS A BODY MASS INDEX OF 39.0.

IMPRESSION:

1. OSTEOPENIA OF THE LATERAL LUMBAR SPINE, WITH AP MEASUREMENT IN THE NORMAL RANGE. CONSIDER RADIOGRAPHIC CORRELATION IF CLINICALLY INDICATED TO FURTHER EVALUATE FOR DISCORDANT FINDINGS.

2. OSTEOPENIA OF THE LEFT FEMORAL NECK.

3. THE FRAX INDEX (WHO FRACTURE RISK ASSESSMENT TOOL), ESTIMATES THIS PATIENT'S 10-YEAR RISK OF A MAJOR OSTEOPOROTIC FRACTURE AT 14 %, AND THE 10-YEAR RISK OF A HIP FRACTURE AT 0.5 %.

Final Report Created By: Rosalie Hagge, M.D. on 3/18/2013 1:29 PM
Electronically signed by: Rosalie Hagge, M.D.

**Result History**

DEXA, COMPLETE (Order #96239684) on 3/18/13 - Order Result History Report.

**Patient Release Status:**

This result is viewable by the patient in MyChart.

**Radiology Exam/Result Information**

| Exam Begin Date | Exam Begin Time | Exam Completed Date | Exam Completed Time | Result Date | Result Time | Status |
|---|---|---|---|---|---|---|
| 3/14/2013 | 10:30 | 3/14/2013 | 10:58 | 3/18/2013 | 13:29 | Final result [3] |

**Radiology Exam/Result Information**

| Status | Final Date | Reading Radiologist | Provider Typelogist | Final Radiologist |
|---|---|---|---|---|
| Final | | HAGGE, ROSALIE JANE [08700] | *PHYSICIAN: FACULTY [5] | |

**Order Providers**

| Authorizing Provider | Encounter Provider |
|---|---|
| (12468) Thuy Rose Nguyen, DO | (12468) Thuy Rose Nguyen, DO |

**Reviewed by List**

Thuy Rose Nguyen, DO on 3/18/2013 2:10 PM

**External Result Report**

External Result Report

**Internal Result Report**

Internal Result Report

**Chart Review Reports**

**Links to Chart Review Reports**

Chart Review Routing History

**Order** **DEXA, COMPLETE (Accession 3764337) (Order 96239684)**

3/18/2013

EXAM DATE: 3/14/201

PROCEDURE: DUAL ENERGY X-RAY BONE DENSITOMETRY

COMPARISON: None available at UCDMC.

INDICATION: 59 year old postmenopausal woman at risk for osteoporosis because of positive family history.

PROCEDURE:

We employ a Hologic dual energy x-ray DEXA bone densitometer. UCDMC bone mineral analysis protocol includes measurements of the lumbar spine in the anterior-posterior (AP) and/or lateral projection(s), as well as the AP left hip. This patient's most pertinent measurements are reported in the table below. The patient's bone mineral questionnaire and other data are on file. Degenerative arthritis, compression injuries, anatomic variations, or postsurgical changes may alter our analysis protocol as per the table below. The patient's bone mineral density (BMD) is compared to the peak bone mineral density of a healthy "young normal" adult control population (T score) and with an "age- and sex-matched" adult population (Z score).

FINDINGS:

Anatomic Location: AP LUMBAR SPINE
BMD (gm/cm2): 1.102
SD above (+)/below, (-) T score: 0.5
SD above (+)/below, (-) Z score: 1.9

Anatomic Location: LATERAL LUMBAR SPINE
BMD (gm/cm2): 0.669
SD above (+)/below, (-) T score: -1.8
SD above (+)/below, (-) Z score: 0.4

Anatomic Location: LEFT FEMORAL NECK
BMD (gm/cm2): 0.694
SD above (+)/below, (-) T score: -1.4
SD above (+)/below, (-) Z score: -0.1

Anatomic Location: LEFT WARD'S TRIANGLE
BMD (gm/cm2): 0.514
SD above (+)/below, (-) T score: -1.9
SD above (+)/below, (-) Z score: 0.1

The Ward's triangle is considered as the region of highest trabecular bone and lowest BMD within the hip. The average BMD in the femoral neck is probably a better indicator of current femoral neck fracture risk.

The fracture risk is related to the degree in reduction in BMD expressed as standard deviations (SD) below the "young normal" adult peak bone density value (T score). The risk for fracture is increased approximately 2-3 times for each SD below the T score. The greater the reduction, the greater the risk for insufficiency fractures. The fracture threshold is defined as BMD 2 or more SD below the T score, which places the patient at least 4-6 times increased risk for insufficiency fractures.

WORLD HEALTH ORGANIZATION CATEGORIES:

1. NORMAL: A value for BMD within 1.0 SD of the T score.

2. LOW BONE MASS (osteopenia): A value for BMD between 1.0 and 2.5 SD below the T score.

3. OSTEOPOROSIS: A value for BMD 2.5 SD or more below T score.

4. SEVERE OSTEOPOROSIS (established osteoporosis): A value for BMD more than 2.5 SD below the T score in the presence of one or more fragility fractures.

THE FRAX INDEX (WHO FRACTURE RISK ASSESSMENT TOOL), ESTIMATES THIS

PATIENT'S 10-YEAR RISK OF A MAJOR OSTEOPOROTIC FRACTURE AT 14 %, AND THE 10-YEAR RISK OF A HIP FRACTURE AT 0.5 %. THIS IS BASED UPON THE FRAX VERSION 3.01 SOFTWARE, AND ASSUMES THAT THE PATIENT IS NOT TREATED, IS NOT A PREMENOPAUSAL WOMAN, AND HAS A BODY MASS INDEX OF 39.0.

IMPRESSION:

1. OSTEOPENIA OF THE LATERAL LUMBAR SPINE, WITH AP MEASUREMENT IN THE NORMAL RANGE. CONSIDER RADIOGRAPHIC CORRELATION IF CLINICALLY INDICATED TO FURTHER EVALUATE FOR DISCORDANT FINDINGS.

2. OSTEOPENIA OF THE LEFT FEMORAL NECK.

3. THE FRAX INDEX (WHO FRACTURE RISK ASSESSMENT TOOL), ESTIMATES THIS PATIENT'S 10-YEAR RISK OF A MAJOR OSTEOPOROTIC FRACTURE AT 14 %, AND THE 10-YEAR RISK OF A HIP FRACTURE AT 0.5 %.

Final Report Created By: Rosalie Hagge, M.D. on 3/18/2013 1:29 PM
Electronically signed by: Rosalie Hagge, M.D.

**Linked Collection**

DEXA, COMPLETE on 3/8/2013

**Result History**

DEXA, COMPLETE on 3/18/13.

**Allergies**

No Known Allergies

**Order Information**

| Date and Time | Department | Electronically Signed By/Authorizing |
|---|---|---|
| 3/8/2013 11:53 AM | Rocklin Family Practice/Internal Medicine | Thuy Rose Nguyen |

**Associated Diagnoses**

Chondromalacia of left knee [717.7]

**Order Questions**

| Question | Answer | Comment |
|---|---|---|
| Pager? | 916-816-2786 | |
| Pregnant? | No | |

**Comments**

Clinical Indications: DJD with chondromalacia

**Web Links**

Radiology Locations
Ordering Physician Rad. Contact Info.
Inpts. / ED Preps
Dexa

**Isolation**

No Isolation

**Order Details**

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| None | None | Routine | UCD RAD |

**Schedule Information**

| Release Date/Time | Schedule Date/Time |
|---|---|
| None | 3/8/2013 |

**Provider Information**

| Ordered By | Authorized By |
|---|---|
| | THUY ROSE NGUYEN [12468] |

**Patient PCP Information**

| Provider | PCP Type |
|---|---|
| Thuy Rose Nguyen, DO | General |

**Order Results**

Done By
Thuy Rose Nguyen, DO

Done On
3/18/2013 2:10 PM

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | Female | REDACT 953 |

Unit
ROCIMF

Account #
078870826035

Acct Number
078870826035

Order ID
96239684

Chart Review Routing History

## Imaging Results

**MAMMOGRAPHY SCREENING (Accession 3764325) (Order 96239328)**

**Entry Date**
3/15/2013

**PACS Images**
Show images for MAMMOGRAPHY SCREENING

**Result Narrative**

3/14/2013 10:22 AM

DIGITAL SCREENING MAMMOGRAM WITH CAD

Clinical history: Screening

Findings:

There are no prior studies for comparison. The breasts are primarily fatty replaced. There are no focal masses, suspicious microcalcifications or secondary signs of malignancy.

Impression:

NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY

BI-RADS category 1: Negative

Case reviewed with Dr. Lindfors.

Preliminary Report Created By: Jennifer Chang, M.D. on 3/15/2013 10:19 AM

Final Report Created By: Karen Lindfors, M.D. on 3/15/2013 10:28 AM
Exam reviewed by and findings confirmed by me, the attending physician
Electronically signed by: Jennifer Chang, M.D.

526

Electronically co-signed by: Karen Lindfors, M.D.

**Result History**

MAMMOGRAPHY SCREENING (Order #96239328) on 3/15/13
- Order Result History Report

**Patient Release Status:**

This result is not viewable by the patient.

**Radiology Exam/Result Information**

| Exam Begin Date | Exam Begin Time | Exam Completed Date | Exam Completed Time | Result Date | Result Time | Status |
|---|---|---|---|---|---|---|
| 3/14/2013 | 09:40 | 3/14/2013 | 10:22 | 3/15/2013 | 10:28 | Final result [3] |

**Radiology Exam/Result Information**

| Status | Final Date | Reading Radiologist | Provider Typelogist | Final Radiologist |
|---|---|---|---|---|
| Final | Fri Mar 15, 2013 10:28 AM | CHANG, JENNIFER [11601] | *PHYSICIAN: RESIDENT [3] | LINDFORS, KAREN K [02366] |

**Order Providers**

| Authorizing Provider | Encounter Provider |
|---|---|
| (12468) Thuy Rose Nguyen, DO | (12468) Thuy Rose Nguyen, DO |

**Reviewed by List**

Thuy Rose Nguyen, DO on 3/15/2013 10:30 AM

**External Result Report**

External Result Report

**Internal Result Report**

Internal Result Report

## Chart Review Reports

**Links to Chart Review Reports**

Chart Review Routing History

**Order** **MAMMOGRAPHY SCREENING (Accession 3764325) (Order 96239328)**

Result Date

3/15/2013

Result Narrative

3/14/2013 10:22 AM

DIGITAL SCREENING MAMMOGRAM WITH CAD

Clinical history: Screening

Findings:

There are no prior studies for comparison. The breasts are primarily fatty replaced. There are no focal masses, suspicious microcalcifications or secondary signs of malignancy.

Impression:

NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY

BI-RADS category 1: Negative

Case reviewed with Dr. Lindfors.

Preliminary Report Created By: Jennifer Chang, M.D. on 3/15/2013

10:19 AM

527

Final Report Created By: Karen Lindfors, M.D. on 3/15/2013 10:28 AM
Exam reviewed by and findings confirmed by me, the attending physician
Electronically signed by: Jennifer Chang, M.D.
Electronically co-signed by: Karen Lindfors, M.D.

MAMMOGRAPHY SCREENING on 3/8/2013

MAMMOGRAPHY SCREENING on 3/15/13.

**Allergies**

No Known Allergies

| Date and Time | Department | Electronically Signed By/Authorizing |
|---|---|---|
| 3/8/2013 11:48 AM | Rocklin Family Practice/Internal Medicine | Thuy Rose Nguyen |

Preventative health care [V70.0]

| Question | Answer | Comment |
|---|---|---|
| Pager? | 916-816-2786 | |
| Pregnant? | No | |

Radiology Locations
Ordering Physician Rad. Contact Info.
Inpts. / ED Preps
Mammography - Screening

No Isolation

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| None | None | Routine | UCD RAD |

| Release Date/Time | Schedule Date/Time |
|---|---|
| None | 3/8/2013 |

| Ordered By | Authorized By |
|---|---|
| | THUY ROSE NGUYEN [12468] |

| Provider | PCP Type |
|---|---|
| Thuy Rose Nguyen, DO | General |

| Done By | Done On |
|---|---|
| Thuy Rose Nguyen, DO | 3/15/2013 10:30 AM |

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | Female | REDACTED 1953 |

Unit
ROCIMF

Account #
078870826035

Acct Number
078870826035

Bertacchi, Gloria M (MRN 0565663) UC DAVIS HEALTH SYSTEM

Order ID
96239328

528

Chart Review Reports

Links to Chart Review Reports

Chart Review Routing History

Bertacchi-Freeman/Hartford000780

| | | | | | | |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 4.5-11.0 K/MM3 | | 6.7 | | | |
| RED CELL COUNT | 4.0-5.2 M/MM3 | | 4.72 | | | |
| HEMOGLOBIN | 12.0-16.0 GM/DL | | 13.2 | | | |
| HEMATOCRIT | 36-46 % | | 39.3 | | | |
| MCV | 80-100 UM3 | | 83.4 | | | |
| MCH | 27-33 PG | | 27.9 | | | |
| MCHC | 32-36 % | | 33.5 | | | |
| RDW | 0-14.7 UNITS | | 14.9 (H) | | | |
| MPV | 6.8-10.0 UM3 | | 7.7 | | | |
| PLATELET COUNT | 130-400 K/MM3 | | 309 | | | |
| NEUTROPHILS % AUTO | | | 53.8 | | | |
| LYMPHOCYTES % AUTO | | | 37.6 | | | |
| MONOCYTES % AUTO | | | 5.7 | | | |
| EOSINOPHIL % AUTO | | | 2.3 | | | |
| BASOPHILS % AUTO | | | 0.6 | | | |
| NEUTROPHIL ABS AUTO | 1.80-7.70 K/MM3 | | 3.60 | | | |
| LYMPHOCYTE ABS AUTO | 1.0-4.8 K/MM3 | | 2.5 | | | |
| MONOCYTES ABS AUTO | 0.1-0.8 K/MM3 | | 0.4 | | | |
| EOSINOPHIL ABS AUTO | 0-0.5 K/MM3 | | 0.2 | | | |
| BASOPHILS ABS AUTO | 0-0.2 K/MM3 | | 0 | | | |
| COLLECTION | | | | | | Clean Catch |
| COLOR | None/Yellow | | | | | Yellow |
| CLARITY | Clr/Sl Turb | | | | | TURBID (A) |
| SPECIFIC GRAVITY | 1.002-1.030 | | | | | 1.025 |
| pH URINE | 4.8-7.8 | | | | | 6.0 |
| OCCULT BLOOD URINE | Negative mg/dL | | | | | Negative |
| BILIRUBIN URINE | Negative | | | | | Negative |
| KETONES | Negative mg/dL | | | | | Negative |
| GLUCOSE URINE | Negative mg/dL | | | | | Negative |
| PROTEIN URINE | Neg/Trace mg/dL | | | | | 30 (A) |
| UROBILINOGEN. | Neg-2.0 mg/dL | | | | | < 2.0 |
| NITRITE URINE | Negative | | | | | Negative |
| LEUK. ESTERASE | Negative | | | | | Negative |
| MICROSCOPIC | | | | | | INDICATED |
| WBC | 0-3 /HPF | | | | | 3-6 (H) |
| BACTERIA/HPF | Neg/Few /HPF | | | | | Few |
| SQUAMOUS EPI | 0-3 /HPF | | | | | 3-6 (H) |
| AMORPH CRYSTALS | Pres/Absent /HPF | | | | | Present |
| URINE CULTURE | | | | | | INDICATED (A) |
| SODIUM | 135-145 mEq/L | 140 | 142 | | 141 | 140 |

Bertacchi-Freeman/Hartford000781

rtacchi,Gloria M [0565663] - DOB: [REDACTED]1953 - Flowsheet

| omponent | Latest Ref Rng | 9/11/2014 | 10/29/2013 | 9/19/2013 | 9/16/2013 | 11/16/2012 |
|---|---|---|---|---|---|---|
| OTASSIUM | 3.3-5.0 mEq/L | 3.4 | 3.7 | | 3.1 (L) | 3.6 |
| HLORIDE | 95-110 mEq/L | 101 | 103 | | 100 | 102 |
| ARBON DIOXIDE TOTAL | 24-32 mEq/L | 27 | 27 | | 31 | 28 |
| REA NITROGEN, BLOOD (BUN) | 8-22 mg/dL | 9 | 10 | | 8 | 12 |
| REATININE BLOOD | 0.44-1.27 mg/dL | 0.71 | 0.65 | | 0.66 | 0.66 |
| GFR, AFRICAN AMERICAN | >60 SEE NOTE | >60 | >60 | | >60 | >60 |
| GFR, NON-AFRICAN AMERICAN | >60 SEE NOTE | >60 | >60 | | >60 | >60 |
| LUCOSE | 70-99 mg/dL | 82 | 106 (H) | | 72 | 97 |
| ALCIUM | 8.6-10.5 mg/dL | 9.4 | 9.0 | | 9.6 | 9.5 |
| ROTEIN | 6.3-8.3 g/dL | 7.0 | | | 7.8 | 7.4 |
| LBUMIN | 3.2-4.6 g/dL | 3.5 | | | 4.0 | 3.9 |
| LKALINE PHOSPHATASE (ALP) | 35-115 U/L | 71 | | | 83 | 78 |
| SPARTATE TRANSAMINASE (AST) | 15-43 U/L | 20 | | | 34 | 32 |
| ILIRUBIN TOTAL | 0.3-1.3 mg/dL | 0.4 | | | 0.5 | 0.5 |
| LANINE TRANSFERASE (ALT) | 5-54 U/L | 20 | | | 33 | 33 |
| ASTING | | YES | | YES | | YES |
| HOLESTEROL | 0-200 mg/dL | 333 (H) | | 333 (H) | | 345 (H) |
| DL CHOLESTEROL | >=35 mg/dL | 55 | | 37 | | 35 |
| DL CHOLESTEROL CALCULATION | <130 mg/dL | 232 (H) | | 224 (H) | | 252 (H) |
| OTAL CHOLESTEROL:HDL RATIO | <4.0 | 6.1 (H) | | 9.0 (H) | | 9.9 (H) |
| RIGLYCERIDE | 35-160 mg/dL | 232 (H) | | 362 (H) | | 290 (H) |
| ON-HDL CHOLESTEROL | 0-150 mg/dL | 278 (H) | | 296 (H) | | 310 (H) |
| HYROID STIMULATING HORMONE | 0.35-3.30 uIU/mL | 0.11 (L) | | 0.26 (L) | 0.16 (L) | 1.17 |
| ROLACTIN | 2.8-29.2 ng/mL | | | | 7.0 | |
| HYROXINE, FREE (FREE T4) | 0.56-1.64 ng/dL | 1.40 | | 1.07 | 1.15 | |

530

## Lab Results CULTURE GASTROINTESTINAL, BACTI (INCLUDES SHIGA-TOXIN) (Order 126455140)

531

**Result Information**

Status
Final result

**Collection Information**

Source: **STOOL**

Collected: 11/20/2014 0947
Received: 11/20/2014 0947

1: UCDHS SPECIALTY TESTING CTR
1: 3740 Business Drive
Sacramento CA 95820-2164

If the result status noted above is preliminary, there may be parts of the panel that are still outstanding.

### Entry Date

11/23/2014

### Component Results

**CULTURE STOOL:**

```
CULTURE STOOL  Final

        NEGATIVE FOR ROUTINE ENTERIC PATHOGENS

        Routine stool culture includes an immunoassay for Shiga
        toxins (1 & 2) and culture for Campylobacter, Salmonella,
        Shigella, E. coli O157:H7, Aeromonas, and Plesiomonas
        species.  If another agent is suspected, please call the
        Microbiology Lab.
```

### Result History

CULTURE GASTROINTESTINAL, BACTI (INCLUDES SHIGA-TOXIN) (Order #126455140) on 11/23/14 - Order Result History Report

### Other IDs

Lab Specimen #
14:B0057174R

### Patient Release Status:

This result is viewable by the patient in MyChart.

### Microbiology Report

Microbiology

### Reviewed by List

Nicole Weber on 11/25/2014 1:36 PM
Yesenia Galvan on 11/24/2014 3:32 PM
Huy L Cao, MD on 11/24/2014 11:18 AM
Huy L Cao, MD on 11/21/2014 3:21 PM

### Patient Information

| Patient Name | MRN | Sex | DOB | Home Phone |
|---|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | F | [redacted]1953 (62yr) | 916-390-1845 |

Unit
LABROS

### Result Notes

**Notes Recorded by Nicole Weber on 11/25/2014 at 1:36 PM**
Patient was informed. Symptoms are improving. Nicole Weber MAI

**Notes Recorded by Huy L Cao, MD on 11/24/2014 at 11:18 AM**
Inform patient. Negative. Check on symptoms.

**Lab Information**

Lab
UCDHS SPECIALTY TESTING CTR
3740 Business Drive
Sacramento CA 95820-2164

Lab Director
Lydia P. Howell, M.D.

Phone Number
916-734-7373

Lab NPI
1710918545

**Order** **CULTURE GASTROINTESTINAL, BACTI (INCLUDES SHIGA-TOXIN) (Order 126455140)**

**Allergies**
No Known Allergies

**Order Information**

| Date and Time | Department | Electronically Signed By/Authorizing |
|---|---|---|
| 11/10/2014 4:46 PM | Rocklin Family Practice/Internal Medicine | Thuy Rose Nguyen, DO |

**Order Questions**

| Question | Answer | Comment |
|---|---|---|
| Specimen Type: | STOOL | |

**Process Instructions**
"Collect stool specimens using enteric transport medium (Cary-Blair) and submit within 72 hours of collection. Rectal swabs must be submitted within 24 hours and have fecal material visible. Routine culture includes Salmonella, Shigella, Campylobacter, Aeromonas, Plesiomonas, E. coli O157 and Shiga-toxin.
Note any other suspected organisms in the comments section. "

**Result Notes**
**Notes Recorded by Nicole Weber on 11/25/2014 at 1:36 PM**
Patient was informed. Symptoms are improving. Nicole Weber MA

---

**Notes Recorded by Huy L Cao, MD on 11/24/2014 at 11:18 AM**
Inform patient. Negative. Check on symptoms.

**Isolation**
No Isolation

**Order Details**

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| None | None | Routine | UCD LAB |

**Schedule Information**

| Release Date/Time | Schedule Date/Time |
|---|---|
| 11/20/14 09:46 AM | 11/20/14 09:46 AM |

**Provider Information**

| Ordered By | Authorized By | Released By |
|---|---|---|
| | THUY ROSE NGUYEN [12468] | NICOLE L SENS [878775477] |

**Patient PCP Information**

| Provider | PCP Type |
|---|---|
| Thuy Rose Nguyen, DO | General |

**Lab Specimen Information**
STOOL Collected: 11/20/2014 0947

Interfaced Collector: SENS, NICOLE L

533

EMR Collector:
SENS, NICOLE L [878775477]

Diarrhea [787.91]

Patient Name: Bertacchi, Gloria M | MRN: 0565663 | Sex: Female | DOB: REDACTED 1953

Unit: LABROS

Acct Number: 950002576130

| Parent Order ID | Child Order ID |
|---|---|
| 125996920 | 126455140 |

| Expected By | Expires |
|---|---|
| 11/10/14 (Approximate) | 11/10/15 |

| Patient Name | HAR | MRN | Sex | DOB |
|---|---|---|---|---|
| Bertacchi, Gloria M | 950002576130 | 0565663 | Female | REDACTED 1953 |

Unit: LABROS

CULTURE GASTROINTESTINAL, BACTI (INCLUDES SHIGA-TOXIN) (Order #126455140) on 11/20/14

Chart Review Routing History

## Lab Results CULTURE GASTROINTESTINAL, BACTI (INCLUDES SHIGA-TOXIN) (Order 112456171)

**Result Information**

Status
Final result

**Collection Information**

Source: **STOOL**

Collected: 1/24/2014 1200
Received: 1/24/2014 1635

1: UCDMC SPECIALTY TESTING CENTER
1: 3740 Business Drive
Sacramento CA 95820-2164

If the result status noted above is preliminary, there may be parts of the panel that are still outstanding.

### Entry Date

1/27/2014

### Component Results

**CULTURE STOOL:**

CULTURE STOOL Final

NEGATIVE FOR ROUTINE ENTERIC PATHOGENS

Routine stool culture includes an immunoassay for Shiga toxins (1 & 2) and culture for Campylobacter, Salmonella, Shigella, E. coli O157:H7, Aeromonas, and Plesiomonas

species. If another agent is suspected, please call the Microbiology Lab.

**Result History**

CULTURE GASTROINTESTINAL, BACTI (INCLUDES SHIGA-TOXIN) (Order #112456171) on 1/27/14 - Order Result History Report

**Other IDs**

Lab Specimen #
14:B0004298R

**Patient Release Status:**

This result is not viewable by the patient.

**Microbiology Report**

Microbiology

**Reviewed by List**

Thuy Rose Nguyen, DO on 1/27/2014 1:32 PM

**Patient Information**

| Patient Name | MRN | Sex | DOB | Home Phone |
|---|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | F | REDAC/1953 (62yr) | 916-390-1845 |

Unit
UCDREG

**Lab Information**

Lab
UCDMC SPECIALTY TESTING CENTER
3740 Business Drive
Sacramento CA 95820-2164

Lab Director
Lydia P. Howell, M.D.

Phone Number
916-734-7373

Lab NPI
1710918545

**Order** CULTURE GASTROINTESTINAL, BACTI (INCLUDES SHIGA-TOXIN) (Order 112456171)

**Allergies**

No Known Allergies

**Order Information**

| Date and Time | Department | Electronically Signed By/Authorizing |
|---|---|---|
| 1/23/2014 8:48 AM | Rocklin Family Practice/Internal Medicine | Thuy Rose Nguyen, DO |

**Order Questions**

| Question | Answer | Comment |
|---|---|---|
| Specimen Type: | STOOL | |

**Order Comments**

"Collect stool specimens using enteric transport medium (Cary-Blair) and submit within 72 hours of collection. Rectal swabs must be submitted within 24 hours and have fecal material visible. Routine culture includes Salmonella, Shigella, Campylobacter, Aeromonas, Plesiomonas, E. coli O157 and Shiga-toxin. Note any other suspected organisms in the comments section."

**Isolation**

No Isolation

**Order Details**

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| None | None | Routine | UCD LAB |

Release Date/Time
01/24/14 04:34 PM

Schedule Date/Time
1/24/2014

Ordered By

Authorized By
THUY ROSE NGUYEN [12468]

Released By
NICOLE L SENS [878775477]

Provider
Thuy Rose Nguyen, DO

PCP Type
General

STOOL

Collected: 1/24/2014 1200
Interfaced PT
Collector:

Gastroenteritis [558.9]

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | Female | REDAC 1953 |

Unit
UCDREG

Account #
077118048014

Acct Number
077118048014

Parent Order ID
112367525

Child Order ID
112456171

Expected By
1/23/14 (Approximate)

Expires
1/23/15

| Patient Name | HAR | MRN | Sex | DOB |
|---|---|---|---|---|
| Bertacchi, Gloria M | 13061528 | 0565663 | Female | REDAC 1953 |

Unit
UCDREG

Invision Account #
077118048014

CULTURE GASTROINTESTINAL, BACTI (INCLUDES SHIGA-TOXIN) (Order #112456171) on 1/24/14

Chart Review Routing History

## Lab Results

DERMATOLOGY PATHOLOGY (Order 106662719)

### Collection Information

Collected: 11/5/2013 1045
Received: 11/6/2013 1507

1: DERMATOLOGY CLINIC
1: 4860 Y Street, Suite 2100
Sacramento CA 95817

### Entry Date

11/7/2013

## Component Results

**TRANSCRIPTIONS:**

DIAGNOSIS

SKIN, RIGHT AREOLAR MARGIN, (PUNCH BIOPSY)
SPONGIOTIC DERMATITIS, SEE NOTE.

NOTE: The degree of spongiosis favors eczematous conditions (i.e., nummular, allergic contact, or atopic dermatitis, or an Id reaction) over psoriasis.

No carcinoma is present in these sections.

CLINICAL INFORMATION

Suspected Diagnosis: PROBABLE PSORIASIS, R/O PAGET'S
Clinical Information: Unlisted
Collected by: BARBARA NEYHART, MD
Other/Special Requests: Unlisted

GROSS DESCRIPTION

Received in formalin is a cylindrical skin segment, measuring 0.5 cm x 0.5 cm, bisected, and entirely submitted in 1 block(s).jf.

MICROSCOPIC DESCRIPTION

Sections show spongiosis overlying perivascular lymphohistiocytic infiltrates with
eosinophils.

My electronic signature below is attestation that I have personally reviewed the submitted specimen(s) and the description and diagnosis on this report reflects this evaluation.

Signed _(electronically signed)_ THOMAS KONIA, MD 11/07/13 1449

## Result History

DERMATOLOGY PATHOLOGY (Order #106662719) on 11/7/13 - Order Result History Report

## Patient Release Status:

This result is viewable by the patient in MyChart.

## Other IDs

Lab Specimen #
13:DC6518

## Patient Information

| Patient Name | MRN | Sex | DOB | Home Phone |
|---|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | F | [redacted]1953 (62yr) | 916-390-1845 |

Unit
BHCUCD

## Lab Information

Lab
DERMATOLOGY CLINIC
4860 Y Street, Suite 2100

Sacramento CA 95817

Phone Number
916-734-6859

Lab NPI
1043208945

**Order** **DERMATOLOGY PATHOLOGY (Order 106662719)**

**Allergies**

No Known Allergies

| Date and Time | Department | Electronically Signed By | Authorizing |
|---|---|---|---|
| 11/5/2013 10:45 AM | Cancer Center Breast Health ACC | Lab Results Interface | Barbara Neyhart, MD |

Do not order for cysts, vulva skin or skin examples associated with an intraoperative consult (For frozen section requests, use Surgical Pathology order.)

No Isolation

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| None | None | Routine | Normal |

| Release Date/Time | Schedule Date/Time |
|---|---|
| None | 11/05/13 10:45 AM |

| Ordered By | Authorized By |
|---|---|
| | BARBARA NEYHART [00997] |

| Provider | PCP Type |
|---|---|
| Thuy Rose Nguyen, DO | General |

Collected: 11/5/2013 1045

**Unspecified disorder of skin and subcutaneous tissue** [709.9]

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | Female | REDACTED 1953 |

Unit
BHCUCD

Order ID
106662719

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | Female | REDACTED 1953 |

Unit
BHCUCD

DERMATOLOGY PATHOLOGY (Order #106662719) on 11/5/13

Chart Review Routing History

## Lab Results

**CULTURE URINE ROUTINE, BACTI (Order 91645861)**

**Result Information**

Status
Final result

**Collection Information**

Source: **URINE**

Collected: 11/16/2012 1011
Received: 11/16/2012 2004

1: UCDMC SPECIALTY TESTING CENTER
1: 3740 Business Drive
Sacramento CA 95820-2164

If the result status noted above is preliminary, there may be parts of the panel that are still outstanding.

### Entry Date

11/18/2012

### Component Results

**CULTURE URINE:**

```
CULTURE URINE   Final

          10,000 - 100,000 CFU (ORGANISMS)/ML MIXED FLORA
```

### Result History

CULTURE URINE ROUTINE, BACTI (Order #91645861) on 11/18/12 - Order Result History Report

### Other IDs

Lab Specimen #
12:B0062222R

### Patient Release Status:

This result is not viewable by the patient.

### Microbiology Report

Microbiology

### Reviewed by List

Thuy Rose Nguyen, DO on 11/20/2012 8:00 AM

### Patient Information

| Patient Name | MRN | Sex | DOB | Home Phone |
|---|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | F | [redacted]1953 (62yr) | 916-390-1845 |

Unit
ROCIMF

### Result Notes

**Notes Recorded by Thuy Rose Nguyen, MD on 11/20/2012 at 8:00 AM**
Called and discussed with patient. No dysuria, fever, flank pain, or nausea. Will monitor symptoms. Patient to follow up in clinic

### Lab Information

| Lab | Lab Director |
|---|---|
| UCDMC SPECIALTY TESTING CENTER<br>3740 Business Drive<br>Sacramento CA 95820-2164 | Lydia P. Howell, M.D. |

Phone Number
916-734-7373

Lab NPI
1710918545

**Order** **CULTURE URINE ROUTINE, BACTI (Order 91645861)**

**Allergies**
No Known Allergies

| Date and Time | Department | Electronically Signed By | Authorizing |
|---|---|---|---|
| 11/16/2012 8:04 PM | Rocklin Family Practice/Internal Medicine | Lab Results Interface | Thuy Rose Nguyen, DO |

Submit in urine culture transport tube. If the volume of urine is less than 4mL, submit in a sterile container ON ICE.

**Notes Recorded by Thuy Rose Nguyen, MD on 11/20/2012 at 8:00 AM**
Called and discussed with patient. No dysuria, fever, flank pain, or nausea. Will monitor symptoms. Patient to follow up in clinic

No Isolation

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| None | None | Routine | UCD LAB |

| Release Date/Time | Schedule Date/Time |
|---|---|
| None | 11/16/12 08:04 PM |

| Ordered By | Authorized By |
|---|---|
| | THUY ROSE NGUYEN [12468] |

| Provider | PCP Type |
|---|---|
| Thuy Rose Nguyen, DO | General |

URINE Collected: 11/16/2012 1011

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | Female | REDACTED 1953 |

Unit
ROCIMF

Order ID
91645861

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | Female | REDACTED 1953 |

Unit
ROCIMF

CULTURE URINE ROUTINE, BACTI (Order #91645861) on 11/16/12

Chart Review Routing History

# MEDICAL EXPENSES

Patient: Bertacchi-Freeman, Gloria
RespPty:
Address: 5135 Moss Ln Granite Bay, CA 95746-5881
DOB: 5/1/1953

Dates: 10/11/2012 to 05/15/2015

NCPDP#: 0502888
Pharmacy: TARGET PHARMACY #0267
1925 DOUGLAS BLVD
ROSEVILLE, CA 95661
Pharmacist: Orallo, Alvin Reynold M

| Fill Date / Prescriber | Rx# | Tx# | Drug Name / Prescriber ID# | Drug NDC / RA/RR/R# | DispQty | DaysSupply / U & C | Patient Pay |
|---|---|---|---|---|---|---|---|
| 12/29/2012 | 6929768 | 1487473 | Aciphex Ec 20 Mg Tab Eisa | 62856024330 | 90.0 | 90 | |
| | | | | 3 / 3 / 0 | | | $100.00 |
| Zawilla, Steven E | | | BZ6454615 | | | | |
| 12/29/2012 | 6929769 | 1487474 | Levothyroxin 150mcg Tab Myla | 00378181501 | 90.0 | 90 | |
| | | | | 3 / 3 / 0 | | | $10.00 |
| Zawilla, Steven E | | | BZ6454615 | | | | |
| 2/27/2013 | 6933432 | 1496406 | Amoxicillin 250 Mg Cap Nort | 16714029801 | 21.0 | 7 | |
| | | | | 0 / 0 / 0 | | | $3.31 |
| Steiner, Gregory G | | | BS7195630 | | | | |
| 2/27/2013 | 4445462 | 1496408 | Hydroco/Apap 5-500m Tab Mall | 00406035705 | 30.0 | 7 | |
| | | | | 0 / 0 / 0 | | | $2.95 |
| Steiner, Gregory G | | | BS7195630 | | | | |
| 2/27/2013 | 4445463 | 1496409 | Diazepam 10 Mg Tab Qual | 00603321532 | 4.0 | 4 | |
| | | | | 0 / 0 / 0 | | | $1.17 |
| Steiner, Gregory G | | | BS7195630 | | | | |
| 4/27/2013 | 6936718 | 1504973 | Cyclobenzapr 10 Mg Tab Qual | 00603307932 | 30.0 | 10 | |
| | | | | 0 / 0 / 0 | | | $3.33 |
| Kim, Lim | | | BK0492772 | | | | |
| 4/27/2013 | 4446052 | 1504975 | Hydroco/Apap 10-325mg Tbqual | 00603388728 | 30.0 | 3 | |
| | | | | 0 / 0 / 0 | | | $7.48 |
| Kim, Lim | | | BK0492772 | | | | |

2015092100060 540



| Fill Date | Rx# | Tx# | Drug Name | Prescriber | Prescriber ID# | Drug NDC | RA/RR/R# | DispQty | DaysSupply | U & C | Patient Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/27/2013 | 6936498 | 1504977 | Aciphex Ec 20 Mg Tab Eisa | NGUYEN, THUY R | FN3141087 | 62856024330 | 1 / 0 / 0 | 90.0 | 90 | | $100.00 |
| 4/27/2013 | 6936499 | 1504976 | Levothyroxin 150mcg Tab Myla | NGUYEN, THUY R | FN3141087 | 00378181510 | 1 / 0 / 0 | 90.0 | 90 | | $10.00 |
| 4/27/2013 | 6933991 | 1504978 | Hydrochlorot 25 Mg Tab Qual | NGUYEN, THUY R | FN3141087 | 00603385632 | 0 / 0 / 0 | 90.0 | 90 | | $2.59 |
| 5/11/2013 | 6937528 | 1507178 | Proair Hfa 108mcg/A Aer Teva | MEYER, DELBERT H | AM2067660 | 59310057922 | P / P / 0 | 17.0 | 30 | | $27.33 |
| 5/11/2013 | 6937527 | 1507180 | Qvar 40 Mcg/Act Aer Teva | MEYER, DELBERT H | AM2067660 | 59310020240 | 12 / 12 / 0 | 8.7 | 60 | | $36.62 |
| 5/23/2013 | 4446369 | 1508826 | Diazepam 5mg Tab Qual | Medeiros, Duane T | MM0778742 | 00603321432 | 0 / 0 / 0 | 5.0 | 3 | | $1.16 |
| 8/17/2013 | 4446785 | 1521006 | Hydroco/Apap 10-325mg Tbqual | Kim, Lim | BK0492772 | 00603388728 | 0 / 0 / 0 | 30.0 | 3 | | $8.20 |
| 8/17/2013 | 6940116 | 1521007 | Cyclobenzapr 10 Mg Tab Qual | Kim, Lim | BK0492772 | 00603307932 | 0 / 0 / 0 | 30.0 | 10 | | $3.98 |



| Fill Date | Rx# | Tx# | Drug Name | Drug NDC | DispQty | DaysSupply | RA/RR/R# | U & C | Patient Pay | Prescriber | Prescriber ID# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/17/2013 | 6936498 | 1521008 | Aciphex Ec 20 Mg Tab Eisa | 62856024330 | 90.0 | 90 | 1 / 0 / 1 | | $100.00 | NGUYEN, THUY R | FN3141087 |
| 8/17/2013 | 6936499 | 1521009 | Levothyroxin 150mcg Tab Myla | 00378181510 | 90.0 | 90 | 1 / 0 / 1 | | $10.00 | NGUYEN, THUY R | FN3141087 |
| 8/19/2013 | 6942464 | 1521264 | Hydrochlorot 25 Mg Tab Ivax | 00172208380 | 90.0 | 90 | 0 / 0 / 0 | | $5.44 | NGUYEN, THUY R | FN3141087 |
| 9/23/2013 | 6944360 | 1526408 | Simvastatin 10mg Tab Acco | 16729000417 | 30.0 | 30 | 2 / 1 / 0 | | $6.26 | NGUYEN, THUY R | FN3141087 |
| 9/24/2013 | 6944408 | 1526502 | Triamcinolon 0.5% Cre Foug | 00168000215 | 15.0 | 10 | 0 / 0 / 0 | | $4.00 | Neyhart, Barbara | AN2155237 |
| 10/15/2013 | 4447925 | 1529669 | Hydroco/Apap 10-325mg Tbqual | 00603388728 | 30.0 | 4 | 0 / 0 / 0 | | $8.20 | KIM, LESLIE H | AK9194565 |
| 10/15/2013 | 6945593 | 1529670 | Lidocaine 5% Pad Acta | 00591352530 | 30.0 | 30 | 0 / 0 / 0 | | $10.00 | KIM, LESLIE H | AK9194565 |
| 12/14/2013 | 6944360 | 1538810 | Simvastatin 10mg Tab Acco | 16729000417 | 30.0 | 30 | 2 / 1 / 1 | | $6.26 | NGUYEN, THUY R | FN3141087 |

542



| Fill Date | Rx# | Tx# | Drug Name | Prescriber | Prescriber ID# | Drug NDC | RA/RR/R# | DispQty | DaysSupply | U & C | Patient Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2013 | 6949117 | 1539027 | Hydrochlorot 25 Mg Tab Ivax | NGUYEN, THUY R | FN3141087 | 00172208380 | 1 / 1 / 0 | 90.0 | 90 | | $5.44 |
| 12/16/2013 | 6949119 | 1539031 | Levothyroxin 150mcg Tab Myla | NGUYEN, THUY R | FN3141087 | 00378181501 | 1 / 1 / 0 | 90.0 | 90 | | $20.00 |
| 12/16/2013 | 6949118 | 1539032 | Rabeprazole Ec 20mg Tab Lupi | NGUYEN, THUY R | FN3141087 | 68180022006 | 1 / 1 / 0 | 90.0 | 90 | | $20.00 |
| 3/22/2014 | 6954726 | 1554330 | Lidocaine 5% Pad Acta | KIM, LESLIE H | AK9194565 | 00591352530 | 0 / 0 / 0 | 30.0 | 30 | | $10.00 |
| 3/22/2014 | 4449810 | 1554333 | Hydroco/Apap 10-325mg Tbqual | KIM, LESLIE H | AK9194565 | 00603388728 | 0 / 0 / 0 | 30.0 | 3 | | $6.76 |
| 3/22/2014 | 6955023 | 1554345 | Hydrochlorot 25 Mg Tab Ivax | NGUYEN, THUY R | FN3141087 | 00172208380 | 0 / 0 / 0 | 90.0 | 90 | | $3.12 |
| 3/22/2014 | 6955024 | 1554347 | Rabeprazole Ec 20mg Tab Lupi | NGUYEN, THUY R | FN3141087 | 68180022006 | 0 / 0 / 0 | 90.0 | 90 | | $20.00 |
| 3/22/2014 | 6955025 | 1554348 | Simvastatin 10mg Tab Acco | NGUYEN, THUY R | FN3141087 | 16729000417 | 0 / 0 / 0 | 30.0 | 30 | | $3.86 |

2015092100760

543



| Fill Date | Rx# | Tx# | Drug Name | Drug NDC | RA/RR/R# | DispQty | DaysSupply | U & C | Patient Pay | Prescriber | Prescriber ID# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/22/2014 | 6955027 | 1554350 | Levothyroxin 150mcg Tab Myla | 00378181501 | 0 / 0 / 0 | 90.0 | 90 | | $20.00 | NGUYEN, THUY R | FN3141087 |
| 3/22/2014 | 6955028 | 1554351 | Triamcinolon 0.5% Cre Foug | 00168000215 | 1 / 1 / 0 | 45.0 | 30 | | $10.00 | Neyhart, Barbara | AN2155237 |
| 3/22/2014 | 6955026 | 1554357 | Hydroxyz Pam 25 Mg Cap Acta | 00591080001 | 0 / 0 / 0 | 30.0 | 10 | | $3.10 | KIM, LESLIE H | AK9194565 |
| 4/29/2014 | 4450360 | 1560411 | Hydroco/Apap 10-325mg Tbqual | 00603388728 | 0 / 0 / 0 | 30.0 | 3 | | $6.76 | KIM, LESLIE H | AK9194565 |
| 6/4/2014 | 6958277 | 1565916 | Clobetasol 0.05% Oin Hi-T | 50383026860 | 2 / 2 / 0 | 120.0 | 30 | | $10.00 | Sivamani, Raja K | FS2133825 |
| 6/4/2014 | 6958289 | 1565915 | Calcipotriene .005% Cre Sand | 00781711735 | 0 / 0 / 0 | 60.0 | 30 | | $10.00 | Sivamani, Raja K | FS2133825 |
| 7/10/2014 | 6962201 | 1597682 | Lidocaine 5% Pad Acta | 00591352530 | 0 / 0 / 0 | 30.0 | 30 | | $10.00 | KIM, LESLIE H | AK9194565 |
| 7/10/2014 | 4452152 | 1597686 | Hydroco/Apap 10-325mg Tbqual | 00603388728 | 0 / 0 / 0 | 60.0 | 10 | | $10.00 | KIM, LESLIE H | AK9194565 |

2015092100760

544



| Fill Date | Rx# | Tx# | Drug Name | Drug NDC | RA/RR/R# | DispQty | DaysSupply | U & C | Patient Pay | Prescriber | Prescriber ID# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/16/2014 | 6962554 | 15989[illegible] | Levothyroxin 150mcg Tab Myla | 00378181510 | 0 / 0 / 0 | 90.0 | 90 | | $20.00 | NGUYEN, THUY R | FN3141087 |
| 7/18/2014 | 6962654 | 1599341 | Hydrochlorot 25 Mg Tab Ivax | 00172208380 | 0 / 0 / 0 | 90.0 | 90 | | $3.12 | NGUYEN, THANH-TRUC T | BN6961127 |
| 8/2/2014 | 6965084 | 1602474 | Rabeprazole Ec 20mg Tab Lupi | 63180022009 | 1 / 0 / 0 | 90.0 | 90 | | $20.00 | NGUYEN, THUY R | FN3141087 |
| 9/10/2014 | 6965498 | 1610292 | Proair Hfa 108mcg/A Aer Teva | 59310057922 | 12 / 11 / 0 | 8.5 | 17 | | $12.17 | MEYER, DELBERT H | AM2067660 |
| 9/10/2014 | 6965499 | 1610297 | Qvar 80 Mcg/Act Aer Teva | 59310020480 | 12 / 12 / 0 | 8.7 | 30 | | $44.49 | MEYER, DELBERT H | AM2067660 |
| 9/10/2014 | 6965500 | 1610393 | Benzonatate 100mg Cap Asce | 67877010501 | 11 / 11 / 0 | 90.0 | 30 | | $10.00 | MEYER, DELBERT H | AM2067660 |
| 9/12/2014 | 6965625 | 1610708 | Crestor 20 Mg Tab Astr | 00310075290 | 0 / 0 / 0 | 30.0 | 30 | | $47.67 | NGUYEN, THUY R | FN3141087 |
| 9/12/2014 | 6965626 | 1610709 | Levothyroxin 137mcg Tab Myla | 00378182301 | 2 / 0 / 0 | 30.0 | 30 | | $10.00 | NGUYEN, THUY R | FN3141087 |

2015090210000760

545



| Fill Date | Rx# | Tx# | Drug Name | Drug NDC | DispQty | DaysSupply | |
|---|---|---|---|---|---|---|---|
| Prescriber | | | Prescriber ID# | RA/RR/R# | | U & C | Patient Pay |
| 11/6/2014 | 6965626 | 1622038 | Levothyroxin 137mcg Tab Myla | 00378182301 | 30.0 | 30 | |
| NGUYEN, THUY R | | | FN3141087 | 2 / 0 / 1 | | | $10.00 |
| 11/6/2014 | 6955084 | 1622040 | Rabeprazole Ec 20mg Tab Teva | 00093006456 | 90.0 | 90 | |
| NGUYEN, THUY R | | | FN3141087 | 1 / 0 / 1 | | | $20.00 |
| 11/10/2014 | 6968206 | 1622835 | Triamcinolon 0.1% Cre Asce | 67877025145 | 454.0 | 30 | |
| BASS, LAWRENCE J | | | AB5668136 | 0 / 0 / 0 | | | $10.00 |
| 11/10/2014 | 6968977 | 1622831 | Ciprofloxacin 500mg Tab West | 00143992801 | 6.0 | 3 | |
| NGUYEN, THUY R | | | FN3141087 | 0 / 0 / 0 | | | $1.75 |
| 11/10/2014 | 6968978 | 1622832 | Hydrochlorot 25 Mg Tab Ivax | 00172208380 | 90.0 | 90 | |
| NGUYEN, THUY R | | | FN3141087 | 1 / 0 / 0 | | | $3.12 |
| 1/19/2015 | 6968978 | 1637110 | Hydrochlorot 25 Mg Tab Ivax | 00172208380 | 90.0 | 90 | |
| NGUYEN, THUY R | | | FN3141087 | 1 / 0 / 1 | | | $0.70 |
| 1/19/2015 | 6965626 | 1637111 | Levothyroxin 137mcg Tab Myla | 00378182301 | 30.0 | 30 | |
| NGUYEN, THUY R | | | FN3141087 | 2 / 0 / 2 | | | $15.47 |
| 1/20/2015 | 6973017 | 1637112 | Rabeprazole Ec 20mg Tab Teva | 00093006456 | 30.0 | 30 | |
| Nguyen, Thuy | | | FN3141087 | 1 / 1 / 0 | | | $94.54 |

201509021000760

546


| Fill Date | Rx# | Tx# | Drug Name | Drug NDC | DispQty | DaysSupply | |
|---|---|---|---|---|---|---|---|
| | | | | RA/RR/R# | | U & C | Patient Pay |
| Prescriber | | | Prescriber ID# | | | | |
| 3/21/2015 | 5974955 | 1643349 | Hydrochlorot 25 Mg Tab Ivax | 00172208380 | 30.0 | 30 | |
| | | | | 6 / 5 / 0 | | | $4.00 |
| MEYER, DELBERT H | | | AM2067660 | | | | |
| 4/16/2015 | 5974955 | 1657354 | Hydrochlorot 25 Mg Tab Ivax | 00172208380 | 30.0 | 30 | |
| | | | | 6 / 5 / 1 | | | $1.00 |
| MEYER, DELBERT H | | | AM2067660 | | | | |
| 4/27/2015 | 5974956 | 1657853 | Levothyroxin 150mcg Tab Myla | 00378181501 | 30.0 | 30 | |
| | | | | 12 / 11 / 1 | | | $1.00 |
| MEYER, DELBERT H | | | AM2067660 | | | | |
| 4/27/2015 | 6973017 | 1657852 | Rabeprazole Ec 20mg Tab Lupi | 68180022006 | 30.0 | 30 | |
| | | | | 1 / 1 / 2 | | | $31.58 |
| Nguyen, Thuy | | | FN3141087 | | | | |

Report Date: 05/08/2015

Total Final Patient $1637.89

Attested By: ______________________

Registered Pharmacist

2015090210000760



201509021000760

**549**

**BE** Red

Gloria Bertacchi-Freeman   (916)390-1845
5135 Moss Ln Granite Bay, CA 95746

DOB: ~~REDACTED~~/53
Filled: 05/08/15

---

**ᗷTARGET PHARMACY**   (916)786-8992   **\*\*NEW\*\***

1925 DOUGLAS BLVD ROSEVILLE, CA 95661
RX                        Gloria Bertacchi-Freeman    Date Filled: 05/08/15     Qty: 20
Rx: 2217144-0267          5135 Moss Ln               L KIM MD                  DS: 3
NDC: 00603-3890-21        Granite Bay, CA 95746      Refills: No               NCPDP: 0502888
HYDROCODONE-ACETAMINOPHEN 5-325 MG   (916)390-1845  Rx NPI: 1134141914        Amt Due: $3.99

---

**ᗷTARGET PHARMACY**   (916)786-8992   **DUPLICATE RECEIPT**   **\*\*NEW\*\***

1925 DOUGLAS BLVD ROSEVILLE, CA 95661
RX                        Gloria Bertacchi-Freeman    Date Filled: 05/08/15     Qty: 20
Rx: 2217144-0267          5135 Moss Ln               L KIM MD                  DS: 3
NDC: 00603-3890-21        Granite Bay, CA 95746      Refills: No               NCPDP: 0502888
HYDROCODONE-ACETAMINOPHEN 5-325 MG   (916)390-1845  Rx NPI: 1134141914        Amt Due: $3.99

# HYDROCODONE-ACETAMINOPHEN 5-325 MG

### *Patient Education*

Gloria Bertacchi-Freeman                    Amt Due: $3.99
                                Retail Value: $21.49
                                NEW
Medication:    Hydrocodone-Acetaminophen 5-325 Mg
Date:          05/08/15
Prescription:  2217144-0267
Directions:    Take one tablet by mouth every four to six
               hours as needed for pain

**Description:**
This medicine is a(n) white, oblong-shaped, partially scored tablet imprinted with V on one side and 3604 on the other side. (Orange speckles/Stylized V)

GENERIC NAME: HYDROCODONE (hye-droe-KO-done) and
ACETAMINOPHEN (a-seat-a-MIN-oh-fen)

COMMON USES: This medicine is a narcotic and analgesic combination
used to relieve moderate to moderately severe pain. It may also be used
to treat other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE: WARNING: THIS MEDICINE CONTAINS
ACETAMINOPHEN. Severe and sometimes fatal liver problems, including
the need for liver transplant, have been reported with the use of
acetaminophen. Most cases of these liver problems occurred in patients
taking excessive doses of acetaminophen (more than 4,000 mg per day).
Also, patients who developed these liver problems were often using more
than 1 medicine that contained acetaminophen. Discuss any questions or
concerns with your doctor. Some medicines or medical conditions may
interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of
all prescription and over-the-counter medicine that you are taking. DO
NOT TAKE THIS MEDICINE if you are also taking sodium oxybate (GHB).
ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed
if you are taking anticoagulants (eg, warfarin), buprenorphine, isoniazid,
linezolid, monoamine oxidase inhibitors (MAOIs) (eg, phenelzine),
naltrexone, other narcotic pain medicines (eg, morphine), perampanel,
sleep medicines (eg, zolpidem), tricyclic antidepressants (eg,
amitriptyline), or medicines that may harm the liver (eg, methotrexate,
ketoconazole, certain medicines for HIV infection). Ask your doctor if you
are unsure if any of your medicines might harm the liver. DO NOT START
OR STOP any medicine without doctor or pharmacist approval. Inform
your doctor of any other medical conditions, including a history of liver
problems (eg, hepatitis), kidney problems, lung or breathing problems
(eg, asthma, chronic obstructive pulmonary disease / COPD), drug or
alcohol abuse or dependence, heart problems (eg, cor pulmonale, slow or
irregular heartbeat), low blood pressure, stomach or bowel problems (eg,
blockage, inflammation, paralysis), gallbladder problems, prostate
problems (eg, an enlarged prostate), difficulty urinating, seizures, thyroid
problems, adrenal gland problems (eg, Addison disease), mental or mood
problems

Guest: Gloria Bertacchi-Freeman   Rx 2217144-0267   Phone (916)390-1845   Add'l Info

Date Filled: 05/08/15

20150902100760
550
Manage Your Accounts
Page 1 of 2

**Posted transactions**

| TRANSACTION DATE | DESCRIPTION | PURCHASES | CREDITS | REWARDS EARNED |
|---|---|---|---|---|
| 11/23/14 | [illegible] | | | |
| 11/23/14 | CVS/PHARMACY #09526 | 4.61 | | 5 |

https://www.barclaycardus.com/servicing/activity
Bertacchi-Freeman/Hartford000801

**BE**
Red

Gloria Bertacchi-Freeman   (916)390-1845
5135 Moss Ln Granite Bay, CA 95746

DOB: ~~REDACTED~~53
Filled: 03/21/15

**NEW**

(916)786-8992
1925 DOUGLAS BLVD ROSEVILLE, CA 95661
CRK
Rx: 6976888-0267
NDC: 00591-3525-30
LIDOCAINE 5%

| | |
|---|---|
| Gloria Bertacchi-Freeman | Date Filled: 03/21/15 | Qty: 30 |
| 5135 Moss Ln | L KIM MD | DS: 30 |
| Granite Bay, CA 95746 | Refills: No | NCPDP: 0502888 |
| (916)390-1845 | Rx NPI: 1134141914 | Amt Due: $211.06 |

(916)786-8992
1925 DOUGLAS BLVD ROSEVILLE, CA 95661
CRK
Rx: 6976888-0267
NDC: 00591-3525-30
LIDOCAINE 5%

DUPLICATE RECEIPT          **NEW**

| | |
|---|---|
| Gloria Bertacchi-Freeman | Date Filled: 03/21/15 | Qty: 30 |
| 5135 Moss Ln | L KIM MD | DS: 30 |
| Granite Bay, CA 95746 | Refills: No | NCPDP: 0502888 |
| (916)390-1845 | Rx NPI: 1134141914 | Amt Due: $211.06 |

# LIDOCAINE 5%

### Patient Education

**Gloria Bertacchi-Freeman**

Amt Due: $211.06 ✓
Retail Value: $257.99
NEW

| | |
|---|---|
| Medication: | Lidocaine 5% |
| Date: | 03/21/15 |
| Prescription: | 6976888-0267 |
| Directions: | Apply one patch externally one time daily (may wear up to 12 hours) |

**Description:**
This medicine is a(n) white, rectangular-shaped transdermal system imprinted with Lidocaine Patch 5%. (imprint repeated)

GENERIC NAME: LIDOCAINE (LYE-doe-kane)

COMMON USES: This medicine is a local anesthetic used to treat pain associated with shingles. It may also be used to treat other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE: SOME MEDICINES MAY INTERACT with this medicine. TELL YOUR HEALTH CARE PROVIDER if you are taking any other medicines, especially any of the following: beta-blockers (eg, propranolol), cimetidine, antiarrhythmics (eg, amiodarone, mexiletine, tocainide), local anesthetics (eg, benzocaine). This may not be a complete list of all interactions that may occur. Ask your health care provider if this medicine may interact with other medicines you take. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including if you have broken, damaged, or inflamed skin at the application site; heart, liver, or kidney problems; a severe allergic reaction (eg, severe rash, hives, difficulty breathing, dizziness) to any anesthetic medicine (eg, benzocaine); very poor health; allergies; pregnancy; or breast-feeding. Tell your doctor if you are using another medicine that contains an anesthetic. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. This medicine is only to be used on intact, clean, dry skin. DO NOT apply this medicine to broken, damaged, or inflamed skin. WASH YOUR HANDS before and immediately after using this medicine. Remove the liner on the patch. Apply the patch so that it covers the painful area. IF THE PAINFUL AREA IS LARGER THAN THE PATCH, apply the patch over the most painful area. Patches may also be cut into smaller sizes before removing the liner if desired. Be sure to discard the unused pieces of cut patches out of the reach of children and pets. IF IRRITATION OR BURNING OCCURS WHEN YOU APPLY THE PATCH, remove it. DO NOT reapply any patches until the irritation stops. Patches may be worn for up to 12 hours within a 24-hour period as directed by your doctor. Clothing

Bertacchi-Freeman/Hartford000802

improve faster, but the risk of side effects may be increased. THIS MEDICINE MAY CAUSE HARM if it is chewed or swallowed. If you may have taken it by mouth, contact your poison control center or emergency room right away. DO NOT GET THE PATCH WET. It may not stick. Do not bathe, swim, or shower while you are wearing the patch. DO NOT PLACE SOURCES OF HEAT (eg, heating pad, electric blanket) over the patch; they may increase the risk of this medicine's side effects. Use this medicine with caution in the ELDERLY; they may be more sensitive to its effects. This medicine should be used with extreme caution in CHILDREN; safety and effectiveness in children have not been confirmed. CHILDREN may be more sensitive to the effects of this medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINES, either prescription or over-the-counter, check with your doctor or pharmacist. PREGNANCY and BREAST-FEEDING: IF YOU BECOME PREGNANT, contact your doctor. You will need to discuss the benefits and risks of using this medicine while you are pregnant. THIS MEDICINE IS FOUND IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you use this medicine, check with your doctor. Discuss any possible risks to your baby.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS that may occur while taking this medicine include mild redness, swelling, burning, blisters, bruising, irritation, change in skin color, or numbness at the application site. If they continue or are bothersome, check with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience chest, jaw, or left arm pain, numbness of an arm or leg, or sudden, severe headache; confusion; dizziness or lightheadedness; fainting; fast, slow, or irregular heartbeat; feeling of being unusually warm, cold, or numb; mood or mental changes; nervousness; ringing in the ears or hearing changes; seizures; severe irritation, burning, or tingling at the patch site; shallow or slow breathing; shortness of breath; tremors or twitching; unusual drowsiness; vision changes; vomiting. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash; hives; itching; difficulty breathing; tightness in the chest; swelling of the mouth, face, lips, or tongue; or unusual hoarseness. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your health care provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately.

ADDITIONAL INFORMATION: DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. CHECK WITH YOUR PHARMACIST about how to dispose of unused medicine.

Copyright 2015 Wolters Kluwer Health, Inc.
All rights reserved.
Issue Date: March 4, 2015

This information should not be used to decide whether or not to take this medicine or any other medicine. Only your health care provider has the knowledge and training to decide which medicines are right for you. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from your health care provider. You must talk with your healthcare provider for complete information about the risks and benefits of using this medicine.

BE
Red

Gloria Bertacchi-Freeman (916)390-1845 DOB: [REDACTED]/53
5135 Moss Ln Granite Bay, CA 95746 Filled: 03/21/15

(916)786-8992 **NEW**
1925 DOUGLAS BLVD ROSEVILLE, CA 95661
CRK

| | | | |
|---|---|---|---|
| Rx: 2216560-0267 | Gloria Bertacchi-Freeman | Date Filled: 03/21/15 | Qty: 20 |
| NDC: 00603-3890-21 | 5135 Moss Ln | L KIM MD | DS: 3 |
| HYDROCODONE ACETAMINOPHEN 5-325 MG | Granite Bay, CA 95746 | Refills: No | NCPDP: 0502888 |
| | (916)390-1845 | Rx NPI: 1134141914 | Amt Due: $5.24 |

(916)786-8992 DUPLICATE RECEIPT **NEW**
1925 DOUGLAS BLVD ROSEVILLE, CA 95661
CRK

| | | | |
|---|---|---|---|
| Rx: 2216560-0267 | Gloria Bertacchi-Freeman | Date Filled: 03/21/15 | Qty: 20 |
| NDC: 00603-3890-21 | 5135 Moss Ln | L KIM MD | DS: 3 |
| HYDROCODONE ACETAMINOPHEN 5-325 MG | Granite Bay, CA 95746 | Refills: No | NCPDP: 0502888 |
| | (916)390-1845 | Rx NPI: 1134141914 | Amt Due: $5.24 |

Date Filled: 03/21/15

Guest: Gloria Bertacchi-Freeman
Rx: 2216560-0267
Phone: (916)390-1845
Addl Info:

# HYDROCODONE-ACETAMINOPHEN 5-325 MG

## *Patient Education*

Amt Due: $5.24

Gloria Bertacchi-Freeman

Retail Value: $20.99
NEW

**Medication:** Hydrocodone-Acetaminophen 5-325 Mg
**Date:** 03/21/15
**Prescription:** 2216560-0267
**Directions:** Take one tablet by mouth every four to six hours as needed for pain

**Description:**
This medicine is a(n) white, oblong-shaped, partially scored tablet imprinted with V on one side and 3604 on the other side. (Orange specklesStylized V)

GENERIC NAME: HYDROCODONE (hye-droe-KO-done) and ACETAMINOPHEN (a-seat-a-MIN-oh-fen)

COMMON USES: This medicine is a narcotic and analgesic combination used to relieve moderate to moderately severe pain. It may also be used to treat other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE: WARNING: THIS MEDICINE CONTAINS ACETAMINOPHEN. Severe and sometimes fatal liver problems, including the need for liver transplant, have been reported with the use of acetaminophen. Most cases of these liver problems occurred in patients taking excessive doses of acetaminophen (more than 4,000 mg per day). Also, patients who developed these liver problems were often using more than 1 medicine that contained acetaminophen. Discuss any questions or concerns with your doctor. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking sodium oxybate (GHB). ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking anticoagulants (eg, warfarin), buprenorphine, isoniazid, linezolid, monoamine oxidase inhibitors (MAOIs) (eg, phenelzine), naltrexone, other narcotic pain medicines (eg, morphine), perampanel, sleep medicines (eg, zolpidem), tricyclic antidepressants (eg, amitriptyline), or medicines that may harm the liver (eg, methotrexate, ketoconazole, certain medicines for HIV infection). Ask your doctor if you are unsure if any of your medicines might harm the liver. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including a history of liver problems (eg, hepatitis), kidney problems, lung or breathing problems (eg, asthma, chronic obstructive pulmonary disease / COPD), drug or alcohol abuse or dependence, heart problems (eg, cor pulmonale, slow or irregular heartbeat), low blood pressure, stomach or bowel problems (eg, blockage, inflammation, paralysis), gallbladder problems, prostate problems (eg, an enlarged prostate), difficulty urinating, seizures, thyroid problems, adrenal gland problems (eg, Addison disease), mental or mood problems.

schedule. Do not take 2 doses at once.

CAUTIONS: DO NOT TAKE THIS MEDICINE if you are allergic to any ingredient in this medicine. BEFORE USING THIS MEDICINE, check with your doctor if you have had an allergic reaction to other narcotic medicines (eg, codeine, morphine, oxycodone). DO NOT EXCEED THE RECOMMENDED DOSE, take more often than prescribed, or use for longer than prescribed without checking with your doctor. Exceeding the recommended dose or taking this medicine for longer than prescribed may be habit-forming. If using this medicine for an extended period of time, DO NOT SUDDENLY STOP taking this medicine without your doctor's approval. When using for an extended period, this medicine may not work as well and may require different dosing. Talk with your doctor if this medicine stops working well. THIS MEDICINE MAY AFFECT CERTAIN LAB TEST RESULTS. Make sure that all of your doctors and laboratory personnel know you are taking this medicine. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, emergency care, or surgery, tell the doctor or dentist that you are using this medicine. THIS MEDICINE MAY CAUSE DIZZINESS, lightheadedness, or fainting. Alcohol, hot weather, exercise, and fever can increase these effects. To prevent them, sit up or stand slowly, especially in the morning. Also, sit or lie down at the first sign of dizziness, lightheadedness, or weakness. THIS MEDICINE MAY ALSO CAUSE DROWSINESS OR BLURRED VISION. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. DO NOT DRINK ALCOHOL while you are using this medicine. CHECK WITH YOUR DOCTOR before you use medicines that may cause drowsiness (eg, sleep aids, muscle relaxers) while you are using this medicine; it may add to their effects. Ask your pharmacist if you have questions about which medicines may cause drowsiness. THIS MEDICINE CONTAINS ACETAMINOPHEN. Do not take additional acetaminophen for pain or fever without checking with your doctor or pharmacist. Ask your pharmacist if you have questions about which medicines contain acetaminophen. THIS MEDICINE MAY HARM YOUR LIVER. Your risk may be greater if you drink alcohol while you are using this medicine. Talk to your doctor before you take this medicine or other fever reducers if you drink alcohol. CONTACT YOUR DOCTOR RIGHT AWAY if you take more than 4,000 mg of acetaminophen per day, even if you feel well. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of the medicine. FOR WOMEN: IF YOU BECOME PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. Long-term use of this medicine during pregnancy may cause dependence in the fetus or newborn. Discuss any questions or concerns with your doctor. THIS MEDICINE IS EXCRETED in breast milk. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS that may occur while taking this medicine include dizziness, drowsiness, lightheadedness, nausea, or vomiting. If they continue or are bothersome, check with your doctor. THIS MEDICINE MAY CAUSE CONSTIPATION. Talk with your doctor or pharmacist about using a stool softener or laxative to prevent constipation. It is also important to maintain a diet adequate in fiber, drink plenty of water, and exercise to prevent constipation. If you become constipated while taking this medicine, talk with your doctor or pharmacist. A VERY BAD SKIN REACTION (Stevens-Johnson syndrome / toxic epidermal necrolysis) may happen. It can cause very bad health problems that may not go away and sometimes death. Get medical help right away if you have signs like red, swollen, blistered, or peeling skin (with or without fever); red or irritated eyes; or sores in your mouth, throat, nose, or eyes. CONTACT YOUR DOCTOR IMMEDIATELY if you experience a change in the amount of urine produced; change or loss in hearing; chest pain; confusion; fainting; fever, chills, or persistent sore throat; mental or mood changes (eg, agitation, anxiety, depression); severe or persistent constipation; severe or persistent dizziness, drowsiness, headache, or lightheadedness; shortness of breath; slow, shallow, or difficult breathing; symptoms of liver problems (eg, yellowing of the skin or eyes, pale stools, dark urine, persistent loss of appetite, unusual or severe stomach pain); trouble urinating; unusual bruising or bleeding; unusual tiredness or weakness; or vision changes. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash; hives; itching; difficulty breathing; tightness in the chest; swelling of the mouth, face, lips, throat, or tongue; or unusual hoarseness. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

OVERDOSE: IF OVERDOSE IS SUSPECTED, contact your local poison control center or emergency room immediately. Symptoms of overdose may include bluish skin or nails; cold

555

# Norco

**Generic Name: hydrocodone bitartrate and acetaminophen**
**Dosage Form:** tablet

## Norco 7-5 mg_325 mg and 10 mg_325 mg

**Norco® C-II**
**(Hydrocodone Bitartrate and Acetaminophen Tablets USP)**
Revised: November 2014
**Rx only**
222113-2

| BOXED WARNING<br>Hepatotoxicity<br><br>**Acetaminophen has been associated with cases of acute liver failure, at times resulting in liver transplant and death. Most of the cases of liver injury are associated with the use of acetaminophen at doses that exceed 4000 milligrams per day, and often involve more than one acetaminophen containing product.** |
|---|

## Norco Description

Norco® (Hydrocodone bitartrate and acetaminophen) is supplied in tablet form for oral administration.

Hydrocodone bitartrate is an opioid analgesic and antitussive and occurs as fine, white crystals or as a crystalline powder. It is affected by light. The chemical name is 4,5α-Epoxy-3-methoxy-17-methylmorphinan-6-one tartrate (1:1) hydrate (2:5). It has the following structural formula:

narcotics may produce drowsiness, changes in mood and mental clouding.

The analgesic action of acetaminophen involves peripheral influences, but the specific mechanism is as yet undetermined. Antipyretic activity is mediated through hypothalamic heat regulating centers. Acetaminophen inhibits prostaglandin synthetase. Therapeutic doses of acetaminophen have negligible effects on the cardiovascular or respiratory systems; however, toxic doses may cause circulatory failure and rapid, shallow breathing.

### Pharmacokinetics:

The behavior of the individual components is described below.

Hydrocodone: Following a 10 mg oral dose of hydrocodone administered to five adult male subjects, the mean peak concentration was 23.6 ± 5.2 ng/mL. Maximum serum levels were achieved at 1.3 ± 0.3 hours and the half-life was determined to be 3.8 ± 0.3 hours. Hydrocodone exhibits a complex pattern of metabolism including O-demethylation, N-demethylation and 6-ketoreduction to the corresponding 6-α- and 6-β-hydroxymetabolites. See **OVERDOSAGE** for toxicity information.

Acetaminophen: Acetaminophen is rapidly absorbed from the gastrointestinal tract and is distributed throughout most body tissues. The plasma half-life is 1.25 to 3 hours, but may be increased by liver damage and following overdosage. Elimination of acetaminophen is principally by liver metabolism (conjugation) and subsequent renal excretion of metabolites. Approximately 85% of an oral dose appears in the urine within 24 hours of administration, most as the glucuronide conjugate, with small amounts of other conjugates and unchanged drug. See **OVERDOSAGE** for toxicity information.

## Indications and Usage for Norco

Norco® is indicated for the relief of moderate to moderately severe pain.

## Contraindications

Norco® should not be administered to patients who have previously exhibited hypersensitivity to hydrocodone or acetaminophen.

Patients known to be hypersensitive to other opioids may exhibit cross-sensitivity to hydrocodone.

## Warnings

### Hepatotoxicity

Acetaminophen has been associated with cases of acute liver failure, at times resulting in liver transplant and death. Most of the cases of liver injury are associated with the use of acetaminophen at doses that

The administration of narcotics may obscure the diagnosis or clinical course of patients with acute abdominal conditions.

557

## Precautions

### General:

Special Risk Patients: As with any narcotic analgesic agent, Norco® should be used with caution in elderly or debilitated patients and those with severe impairment of hepatic or renal function, hypothyroidism, Addison's disease, prostatic hypertrophy or urethral stricture. The usual precautions should be observed and the possibility of respiratory depression should be kept in mind.

Cough Reflex: Hydrocodone suppresses the cough reflex; as with all narcotics, caution should be exercised when Norco® is used postoperatively and in patients with pulmonary disease.

### Information for Patients/Caregivers:

Do not take Norco® Tablets if you are allergic to any of its ingredients.

If you develop signs of allergy such as a rash or difficulty breathing stop taking Norco® Tablets and contact your healthcare provider immediately.

Do not take more than 4000 milligrams of acetaminophen per day. Call your doctor if you took more than the recommended dose.

Hydrocodone, like all narcotics, may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks such as driving a car or operating machinery; patients should be cautioned accordingly.

Alcohol and other CNS depressants may produce an additive CNS depression, when taken with this combination product, and should be avoided.

Hydrocodone may be habit-forming. Patients should take the drug only for as long as it is prescribed, in the amounts prescribed, and no more frequently than prescribed.

### Laboratory Tests:

In patients with severe hepatic or renal disease, effects of therapy should be monitored with serial liver and/or renal function tests.

### Drug Interactions:

### Pediatric Use:

Safety and effectiveness in pediatric patients have not been established.

### Geriatric Use:

Clinical studies of hydrocodone bitartrate 5 mg and acetaminophen 500 mg did not include sufficient numbers of subjects aged 65 and over to determine whether they respond differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger patients. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy.

Hydrocodone and the major metabolites of acetaminophen are known to be substantially excreted by the kidney. Thus the risk of toxic reactions may be greater in patients with impaired renal function due to the accumulation of the parent compound and/or metabolites in the plasma. Because elderly patients are more likely to have decreased renal function, care should be taken in dose selection, and it may be useful to monitor renal function.

Hydrocodone may cause confusion and over-sedation in the elderly; elderly patients generally should be started on low doses of hydrocodone bitartrate and acetaminophen tablets and observed closely.

## Adverse Reactions

The most frequently reported adverse reactions are lightheadedness, dizziness, sedation, nausea and vomiting. These effects seem to be more prominent in ambulatory than in nonambulatory patients, and some of these adverse reactions may be alleviated if the patient lies down.

Other adverse reactions include:

**Central Nervous System:** Drowsiness, mental clouding, lethargy, impairment of mental and physical performance, anxiety, fear, dysphoria, psychic dependence, mood changes.

**Gastrointestinal System:** Prolonged administration of Norco® may produce constipation.

**Genitourinary System:** Ureteral spasm, spasm of vesical sphincters and urinary retention have been reported with opiates.

**Respiratory Depression:** Hydrocodone bitartrate may produce dose-related respiratory depression by acting directly on the brain stem respiratory centers (see **OVERDOSAGE**).

**Special Senses:** Cases of hearing impairment or permanent loss have been reported predominantly in patients with chronic overdose.

most serious adverse effect. Renal tubular necrosis, hypoglycemic coma, and coagulation defects may also occur. Early symptoms following a potentially hepatotoxic overdose may include: nausea, vomiting, diaphoresis and general malaise. Clinical and laboratory evidence of hepatic toxicity may not be apparent until 48 to 72 hours post-ingestion.

### Treatment:

A single or multiple drug overdose with hydrocodone and acetaminophen is a potentially lethal polydrug overdose, and consultation with a regional poison control center is recommended. Immediate treatment includes support of cardiorespiratory function and measures to reduce drug absorption. Oxygen, intravenous fluids, vasopressors, and other supportive measures should be employed as indicated. Assisted or controlled ventilation should also be considered.

For hydrocodone overdose, primary attention should be given to the reestablishment of adequate respiratory exchange through provision of a patent airway and the institution of assisted or controlled ventilation. The narcotic antagonist naloxone hydrochloride is a specific antidote against respiratory depression which may result from overdosage or unusual sensitivity to narcotics, including hydrocodone. Since the duration of action of hydrocodone may exceed that of the antagonist, the patient should be kept under continued surveillance, and repeated doses of the antagonist should be administered as needed to maintain adequate respiration. A narcotic antagonist should not be administered in the absence of clinically significant respiratory or cardiovascular depression.

Gastric decontamination with activated charcoal should be administered just prior to N-acetylcysteine (NAC) to decrease systemic absorption if acetaminophen ingestion is known or suspected to have occurred within a few hours of presentation. Serum acetaminophen levels should be obtained immediately if the patient presents 4 hours or more after ingestion to assess potential risk of hepatotoxicity; acetaminophen levels drawn less than 4 hours post-ingestion may be misleading. To obtain the best possible outcome, NAC should be administered as soon as possible where impending or evolving liver injury is suspected. Intravenous NAC may be administered when circumstances preclude oral administration.

Vigorous supportive therapy is required in severe intoxication. Procedures to limit the continuing absorption of the drug must be readily performed since the hepatic injury is dose dependent and occurs early in the course of intoxication.

## Norco Dosage and Administration

Dosage should be adjusted according to the severity of the pain and the response of the patient. However, it should be kept in mind that tolerance to hydrocodone can develop with continued use and that the incidence of untoward effects is dose related.

Norco® 7.5/325 and Norco® 10/325 - The usual adult dosage is one tablet every four to six hours as needed for pain. The total daily dose should not exceed 6 tablets.

Case 2:15-cv-02596-TLN-AC Document 18-2 Filed 04/03/17 Page 698 of 953
20150902100076 0

NDC 52544-162-01
NORCO® 7.5/325 CII
Hydrocodone Bitartrate and Acetaminophen Tablets, USP
7.5 mg/325 mg
Each tablet contains: Hydrocodone bitartrate 7.5 mg, Acetaminophen 325 mg
Actavis
Rx only
100 Tablets
Dispense in a tight, light-resistant container with a child-resistant closure.
Usual adult dosage: One tablet every four to six hours, as needed for pain. Total daily dosage should not exceed six tablets.
See insert for full prescribing information.
Keep this and all medication out of the reach of children.
Store at 20° to 25°C (68° to 77°F) [See USP Controlled Room Temperature].
Manufactured by: Actavis Laboratories FL, Inc. Fort Lauderdale, FL 33314 USA
Distributed by: Actavis Pharma, Inc. Parsippany, NJ 07054 USA
Rev. 11/14
222109-2
LOT/EXP. BELOW
3 52544 16201 1
510

## PRINCIPAL DISPLAY PANEL

**NDC** 52544-161-01

**Norco® 10/325 CII**

Hydrocodone Bitartrate and Acetaminophen Tablets, USP

10 mg/325 mg

Each tablet contains: Hydrocodone bitartrate, USP 10 mg, Acetaminophen 325 mg

**Actavis Rx only**

100 Tablets

Bertacchi-Freeman/Hartford000811

561

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| ANDA | ANDA040148 | 03/12/2013 | |

## Norco

hydrocodone bitatrate and acetaminophen tablet

### Product Information

| Product Type | HUMAN PRESCRIPTION DRUG LABEL | Item Code (Source) | NDC:52544-161 |
|---|---|---|---|
| Route of Administration | ORAL | DEA Schedule | CII |

### Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|
| HYDROCODONE BITARTRATE (HYDROCODONE) | HYDROCODONE BITARTRATE | 10 mg |
| ACETAMINOPHEN (ACETAMINOPHEN) | ACETAMINOPHEN | 325 mg |

### Inactive Ingredients

| Ingredient Name | Strength |
|---|---|
| CROSCARMELLOSE SODIUM | |
| CROSPOVIDONE | |
| MAGNESIUM STEARATE | |
| CELLULOSE, MICROCRYSTALLINE | |
| POVIDONES | |
| STARCH, CORN | |
| STEARIC ACID | |

### Product Characteristics

| | | | |
|---|---|---|---|
| Color | WHITE | Score | 2 pieces |
| Shape | CAPSULE | Size | 14mm |
| Flavor | | Imprint Code | Norco;539 |
| Contains | | | |

### Packaging

| # | Item Code | Package Description |
|---|---|---|
| 1 | NDC:52544-161-01 | 100 TABLET in 1 BOTTLE, PLASTIC |
| 2 | NDC:52544-161-05 | 500 TABLET in 1 BOTTLE, PLASTIC |

### Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| ANDA | ANDA040148 | 03/12/2013 | |

**Labeler** - Actavis Pharma, Inc. (119723554)

### Establishment

| Name | Address | ID/FEI | Operations |
|---|---|---|---|
| Actavis Laboratories FL, Inc. | | 020778751 | ANALYSIS(52544-162, 52544-161), MANUFACTURE(52544-162, 52544-161) |

### Establishment

| Name | Address | ID/FEI | Operations |
|---|---|---|---|
| Actavis Laboratories FL, Inc. | | 014759176 | ANALYSIS(52544-162, 52544-161), LABEL(52544-162, 52544-161), PACK(52544-162, 52544-161) |

### Establishment

| Name | Address | ID/FEI | Operations |
|---|---|---|---|
| Eurofins Lancaster Laboratories, Inc | | 069777290 | ANALYSIS(52544-162, 52544-161) |

### Establishment

| Name | Address | ID/FEI | Operations |
|---|---|---|---|
| Watson Laboratories, Inc. | | 840054118 | ANALYSIS(52544-162, 52544-161), LABEL(52544-162, 52544-161), MANUFACTURE(52544-162, 52544-161), PACK(52544-162, 52544-161) |

Revised: 11/2014

Actavis Pharma, Inc.



SWANSON & JAACK PHYSICAL THERAPY

*Experts in Orthopedic Manual Therapy & Sports Rehabilitation*

December 21, 2012

Leslie Kim, M.D.
901 Campus Drive #111
Daly City, CA 94015

***RE: Gloria Bertacchi-Freeman / Initial Evaluation***
***DOB: [redacted]/53***

Dear Dr. Kim:

Gloria is a 59-year-old female who reports undergoing left knee partial meniscectomy. The date of surgery is reported as December 13, 2012. She notes gradual improvement since surgery, but continues to complain of pain and mobility restrictions. Her current standing and walking tolerance is reported as three minutes. She reports a sitting tolerance of 20 minutes before aggravation of her knee pain.

Objective Findings: Upon inspection of the left knee, the incision sites are healing well with no erythema present. Her knee active range of motion is as shown on the table below.

| **Left Knee AROM** | **12/21/12** |
|---|---|
| Flexion | 107° |
| Extension | -5° |

| **Prone Knee Bend** | **12/21/12** |
|---|---|
| Left | 85° |

**Treatment Plan:** Ultrasound, Myofascial Release, Joint mobilization, Patient education for symptom and load management skills, Therapeutic exercise with a home program, and IFC E-Stim.

**Treatment goals:**
1. Independence with symptom and task management skills
2. Independence with home program
3. Increase left knee flexion to 130° or greater without increased s/sx
4. Increase standing and walking tolerance to 2 hours or greater without increased s/sx

Thank you for the referral of the patient. Should you have any questions or concerns, please feel free to contact me at (916) 789-1111.

Sincerely,

Greg Rice, P.T.
GR/rvh

1620 Lead Hill Blvd., Suite 200 ✦ Roseville, CA 95661 ✦ (916) 789-1111 ✦ Fax (916) 789-1304
801 Sterling Parkway, Suite 150 ✦ Lincoln, CA 95648 ✦ (916) 543-7900 ✦ Fax (916) 543-7910

2015090210007600

SWANSON SCHAACK PHYSICAL THERAPY

*Experts in Orthopedic Manual Therapy & Sports Rehabilitation*

January 28, 2013

Leslie Kim, M.D.
901 Campus Drive #111
Daly City, CA 94015

***RE: Gloria Bertacchi-Freeman / Progress Note***
***DOB: [REDACTED]/53***

Dear Dr. Kim:

Gloria has continued to follow up on a two time per week basis addressing her left knee pain following a meniscectomy on December 13, 2012. Gloria's knee motion has improved as shown on the table below.

| Left Knee AROM | 12/21/12 | 1/22/12 |
|---|---|---|
| Flexion | 107° | 122° |
| Extension | -5° | -3° |

Gloria continues to display sensitivity with end of range flexion and with extended weight-bearing episodes. We have initiated strength and stabilization activities here in the clinic gym that she is tolerating moderately well. We received your referral and plan on continuing to follow up with her on a two time per week basis to address the above-mentioned treatment plan.

Thank you again for the referral of the patient. Should you have any questions or concerns, please feel free to contact me at (916) 789-1111.

Sincerely,

Greg Rice, P.T.
GR/rvh

1620 Lead Hill Blvd., Suite 200 ✦ Roseville, CA 95661 ✦ (916) 789-1111 ✦ Fax (916) 789-1304
801 Sterling Parkway, Suite 150 ✦ Lincoln, CA 95648 ✦ (916) 543-7900 ✦ Fax (916) 543-7910

20150921000760 564

SWANSON SCHAACK PHYSICAL THERAPY

*Experts in Orthopedic Manual Therapy & Sports Rehabilitation*

March 21, 2013

Leslie Kim, M.D.
901 Campus Drive #111
Daly City, CA 94015

***RE: Gloria Bertacchi-Freeman / Progress Note***
***DOB: [REDACTED]/53***

Dear Dr. Kim:

Gloria has continued to follow up on a two time per week basis addressing her left knee pain following meniscectomy surgery on December 13, 2012. Gloria continues to complain of weight-bearing limitations and difficulty with stairs secondary to her knee pain. Gloria's mobility has improved, although she continues to display sensitivity at the end of range as shown on the table below.

| **Left Knee AROM** | **12/21/12** | **1/22/12** | **3/21/13** |
|---|---|---|---|
| Flexion | 107° | 122° | 130° pain EOR |
| Extension | -5° | -3° | 0° |

| **Prone Knee Bend** | **3/21/13** |
|---|---|
| Left | 105° |

Gloria has been progressed through strength and stability exercises here in the clinic gym with moderate tolerance. Her limitations are again, the result of weight-bearing sensitivity. Gloria reports that she plans on following up at your office soon so I wanted to update you as to her status. Should you have any specific questions or concerns, please feel free to contact me at (916) 789-1111.

Thank you again for the referral of the patient.

Sincerely,

Greg Rice, P.T.
GR/rvh

1620 Lead Hill Blvd., Suite 200 ✦ Roseville, CA 95661 ✦ (916) 789-1111 ✦ Fax (916) 789-1304
801 Sterling Parkway, Suite 150 ✦ Lincoln, CA 95648 ✦ (916) 543-7900 ✦ Fax (916) 543-7910

Leslie H. Kim, M.D. Duane Medeiros, MSN-NP
Brianna Morris, PA-C

901 Campus Drive, Suite 111
Daly City, CA 94015

Tel: (650) 991-9400
Fax: (650) 991-2650

℞ FOR Gloria Bertacchi-freeman DATE 5/13/14

Medical Necessity:

(R) knee - Back - neck
physical therapy

2x wk/4wks transition to HEP

REFILLS:
☐ Dispense only as written.
# of meds on this ℞:
1 2 3

M.D.

☒ LESLIE H. KIM, M.D. (G41605 / AK9194565)
☐ BRIANNA MORRIS, PA-C (PA20144 / MM1899042)
☐ DUANE MEDEIROS, MSN-NP (NPF 12497)



4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

Patient: Gloria Bertacchi
Acct #: 100197649
DOB: REDACTED 1953
Physician: Leslie Kim
Phys Fax: (650) 991-2650
Physician: Not Specified
Clinician: Alyssa Kronland
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#:

Visit Date: Apr 19, 201
Phys Phone: (650) 991-9400
SSN: XXX-XX-XXXX
Inj. Date: Oct 05, 2012
Surg. Date:
Visits: 1
Cxl/Ns: 0
Employer: None Given
Insured:

# Plan of Care

## Diagnosis Left Knee 71946 JOINT PAIN-L/LEG

## Assessment

**In my professional opinion, this client requires skilled physical therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The expected length of this episode of skilled therapy services required to address the patient's condition is estimated to be 1 month. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**

**Impairments Identified:**

- ADL Function. Ambulation. Balance. Fatigue. Gait/Locomotion. Joint Integrity/Mobility. Muscle Performance. Pain. Soft Tissue Mobility. Weakness. Strength.

## Problems & Goals

***Problem #1*** · **Chief Complaint: Pain: Current Severity: 4/10.**

*LTG Achieve by May 17, 2013.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

| ***Problem #2*** **Muscle Testing: Lower Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Ankle Dorsiflexion | -4/5 | -4/5 |
| • Hip Flexion | -4/5 | -4/5 |
| • Knee Extension | +3/5 | -4/5 |
| • Knee Flexion | -4/5 | -4/5 |

*LTG Achieve by May 17, 2013.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | 5/5 | 5/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Joint Mobilization Techniques. Manual Range of Motion Activities. Manual Therapy Techniques. Modalities: As Needed. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

VIBRANTcare REHABILITATION

Patient: Gloria Bertacchi
Acct #: 100197649

Visit Date: Apr 19, 2013

Electronically authenticated.

Julia Salazar, PT(CA Lic: 38550)
Signed on Apr 19, 2013 18:12:47

Electronically authenticated.

Alyssa Kronland, PT(CA Lic: 38765)
Signed on Apr 22, 2013 07:52:19

**Please sign and return**

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need. Comments and/or revisions to this Plan of Care are noted below.

**Comments/Revisions**

**Physician/NPP Signature** **Date** **Print Name and Credentials**



201509921000 568

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

Patient: Gloria Bertacchi
Acct #: 100197649
DOB: REDACTED, 1953
Physician: Leslie Kim
Phys Fax: (650) 991-2650
Physician: Not Specified
Clinician: Alyssa Kronland
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#:

Visit Date: Apr 19, 2013
Phys Phone: (650) 991-9400
SSN: XXX-XX-XXXX
Inj. Date: Oct 05, 2012
Surg. Date:
Visits: 1
CxI/Ns: 0
Employer: None Given
Insured:

# Initial Evaluation

## Diagnosis

Left Knee 71946 JOINT PAIN-L/LEG

## General Information

**L knee arthroscopy: significant weakness**

## Subjective Examination

**The patient's medical history has been verbally reviewed with the patient by the evaluating therapist. The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file. The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.**

**ADL / Functional Status:**

- Premorbid Status:
  - Basic care: Independent Without Difficulty. Work status: Independent Without Difficulty.
- Current Status: Basic care:
  - Independent With Increased Time. Independent With Difficulty.
- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint:**

- Weakness:
  - Marked Degree. pt c/o knee giving out
- Pain: Aggravating Factors: Activities:
  - Standing: 0-10 minutes. Deep Squat: 0-10 minutes. Walking: 0-10 minutes. ADL Performance: 0-10 minutes.
- Pain:
  - Current Severity: 4/10. Severity at Best: 0/10.
- Pain: Relieving Factors:
  - Medications. Rest. Ice. Activity Modification.
- Instability/Giving Way: Marked Degree.

**Mechanism of Injury: Primary Episode: Date of Injury:**

- Date 12/13/2012

**Mechanism of Injury:**

- Primary Episode: L knee arthroscopy

**Rehabilitation Expectations/Goals:**

- Return to ADL Performance: Unrestricted/Symptom Free. Return to Work Activities: Unrestricted/Symptom Free.

## Objective Examination

**special testing negative for meniscus, ligament and tendon damage.**

**Range of motion has been performed and is within functional limits.**

| Muscle Testing: Lower Extremity MMT: | Left | Right |
|---|---|---|
| Hip Flexion | -4/5 | -4/5 |
| Knee Extension | +3/5 | -4/5 |
| Knee Flexion | -4/5 | -4/5 |
| Ankle Dorsiflexion | -4/5 | -4/5 |

**Palpation:**

Document ID: 3EF000F9.001 Status: Signed off (secure electronic signature) Page 1 of 3
Julia Salazar,PT(CA Lic: 38550); Alyssa Kronland,PT(CA Lic: 38765)

Bertacchi-Freeman/Hartford000819



201509021000760 5M

Patient: Gloria Bertacchi
Acct #: 100197649
Visit Date: Apr 19, 2013

- Tenderness along medial and lateral joint line.

## Treatments

**Modalities:**

- Electric Stim, Unattended — Time Elapsed: 15 Minutes, Location: right knee, Performed With: Cryotherapy, Mode: Continuous, Type: H-Wave, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014.

**Pt./Family Education:**

- Written Home Exercise Program — Time Elapsed: 10 Minutes, Activity: SLR, hip ABD, bridges, eccentric knee ext, Description: Diagnosis Specific, Charge As: Self Care / Home Mgt Training, Billing Code: 97535.

**Therapy Session Time**

- Therapy Session Start Time — 08:00 AM
- Therapy Session Stop Time — 08:45 AM
- Total Therapy Session Time — 45 Minutes

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Physical Therapy Evaluation | 97001 | 1 | n/a |
| • Self Care/Home Management Training | 97535 | 1 | 10 |

**Timed Code Total Time:**

- 10 Minutes

## Assessment

**In my professional opinion, this client requires skilled physical therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The expected length of this episode of skilled therapy services required to address the patient's condition is estimated to be 1 month. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**

**Impairments Identified:**

- ADL Function. Ambulation. Balance. Fatigue. Gait/Locomotion. Joint Integrity/Mobility. Muscle Performance. Pain. Soft Tissue Mobility. Weakness. Strength.

## Problems & Goals

*Problem #1* **Chief Complaint: Pain: Current Severity: 4/10.**

*LTG Achieve by May 17, 2013.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

*Problem #2* **Muscle Testing: Lower Extremity MMT.**

*LTG Achieve by May 17, 2013.*

| Musculoskeletal Improvements In: Lower Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | 5/5 | 5/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**

Page 2 of 3
Document ID: 3EF000F9.001 Status: Signed off (secure electronic signature)
Julia Salazar,PT(CA Lic: 38550); Alyssa Kronland,PT(CA Lic: 38765)

Bertacchi-Freeman/Hartford000820



Patient: **Gloria Bertacchi**
Acct #: 100197649

Visit Date: **Apr 19, 2013**

- Client Education. Home Exercise Program. Joint Mobilization Techniques. Manual Range of Motion Activities. Manual Therapy Techniques. Modalities: As Needed. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

Electronically authenticated.

Julia Salazar, PT(CA Lic: 38550)
Signed on Apr 19, 2013 18:12:47

Electronically authenticated.

Alyssa Kronland, PT(CA Lic: 38765)
Signed on Apr 22, 2013 07:52:19



4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

**Patient:** Gloria Bertacchi
Acct #: 100197649
DOB: REDACTED 1953
Physician: Leslie Kim
Phys Fax: (650) 991-2650
Physician: Not Specified
Clinician: Alyssa Kronland
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#:

Visit Date: **Apr 22, 2013**
Phys Phone: (650) 991-9400
SSN: XXX-XX-XXXX
Inj. Date: Oct 05, 2012
Surg. Date:
Visits: 2
Cxl/Ns: 0
Employer: None Given
Insured:

# Daily Note

## Diagnosis

Left Knee 71946 JOINT PAIN-L/LEG

## General Information

**L knee arthroscopy: significant weakness**

## Subjective Examination

**Chief Complaint:**

- Weakness: pt c/o knee giving out Pain: Current Severity: 4/10.
- Pain: Aggravating Factors: Activities:
  - Standing: 0-10 minutes. Deep Squat: 0-10 minutes. Walking: 0-10 minutes. ADL Performance: 0-10 minutes.

**Daily Comments:**

- No New Complaints.

## Objective Examination

**Special testing negative for meniscus, ligament and tendon damage.**
**Range of motion has been performed and is within functional limits.**
**Objective Measurements Not Reassessed Today.**

| Muscle Testing: Lower Extremity MMT: | Left | Right |
|---|---|---|
| • Hip Flexion | -4/5 | -4/5 |
| • Knee Extension | +3/5 | -4/5 |
| • Knee Flexion | -4/5 | -4/5 |
| • Ankle Dorsiflexion | -4/5 | -4/5 |

**Palpation:**

- Tenderness along medial and lateral joint line.

## Treatments

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Knee Extension, Full Arc. | Time Elapsed: 5 Minutes, Weight - Pounds: 2 Pounds, Repetitions: 15, Sets: 3, Additional Detail: seated Eccentric bilateral, Charge As: Therapeutic Exercise, Billing Code: 97110. |
| • Straight Leg Raises - Flexion | Time Elapsed: 5 Minutes, Repetitions: 15, Sets: 3, Hold.: bilateral Seconds, Position: Supine, Charge As: Therapeutic Exercise, Billing Code: 97110. |
| • Straight Leg Raises-Abduction | Time Elapsed: 5 Minutes, Repetitions: 15, Sets: 3, Hold.: bilateral Seconds, Position: Sidelying, Charge As: Therapeutic Exercise, Billing Code: 97110. |

**Manual Interventions: Soft Tissue:**

| | |
|---|---|
| • Iliotibial Band . | Time Elapsed: 10 Minutes, Tx Depth: Moderate, Side: Left, Technique: Strumming, Direction: Perpendicular, Charge As: Manual Therapy Techniques, Billing Code: 97140. |

**Modalities:**



Patient: **Gloria Bertacchi**
Acct #: 100197649

Visit Date: **Apr 22, 2013**

- Electric Stim, Unattended — Time Elapsed: 15 Minutes, Location: left knee, Performed With: Cryotherapy, Mode: Continuous, Type: H-Wave, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014

**Pt./Family Education:**

- Written Home Exercise Program(This visit) — Did Not Perform: This visit

**Therapy Session Time**

- Therapy Session Start Time — 08:00 AM
- Therapy Session Stop Time — 08:45 AM
- Total Therapy Session Time — 45 Minutes

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 15 |

**Timed Code Total Time:**

- 25 Minutes

## Assessment

**The client tolerated today's treatment/therapeutic activity without complaints of pain or difficulty.**

**Tolerance:**

- very weak bilateral

## Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program. Advance as tolerated.

Electronically authenticated.

Julia Salazar, PT(CA Lic: 38550)
Signed on Apr 22, 2013 10:49:01

Electronically authenticated.

Alyssa Kronland, PT(CA Lic: 38765)
Signed on Apr 22, 2013 19:16:25



573

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

Patient: Gloria Bertacchi
Acct #: 100197649
DOB: REDACTED 1953
Physician: Leslie Kim
Phys Fax: (650) 991-2650
Physician: Not Specified
Clinician: Alyssa Kronland
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#:

Visit Date: Apr 25, 2013
Phys Phone: (650) 991-9400
SSN: XXX-XX-XXXX
Inj. Date: Oct 05, 2012
Surg. Date:
Visits: 3
Cxl/Ns: 0
Employer: None Given
Insured:

# Daily Note

## Diagnosis

Left Knee 71946 JOINT PAIN-L/LEG

## General Information

**L knee arthroscopy: significant weakness**

## Subjective Examination

**swelling is intermittent, occurs after exercises**

**Chief Complaint:**

- Weakness: pt c/o knee giving out Pain: Current Severity: 4/10.
- Pain: Aggravating Factors: Activities:
  - Standing: 0-10 minutes. Deep Squat: 0-10 minutes. Walking: 0-10 minutes. ADL Performance: 0-10 minutes.

## Objective Examination

**special testing negative for meniscus, ligament and tendon damage.**
**'ange of motion has been performed and is within functional limits.**
**Objective Measurements Not Reassessed Today.**

| Muscle Testing: Lower Extremity MMT: | Left | Right |
|---|---|---|
| • Hip Flexion | -4/5 | -4/5 |
| • Knee Extension | +3/5 | -4/5 |
| • Knee Flexion | -4/5 | -4/5 |
| • Ankle Dorsiflexion | -4/5 | -4/5 |

**Palpation:**

- Tenderness along medial and lateral joint line.

## Treatments

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Knee Extension, Full Arc (This visit) | Did Not Perform This visit |
| • Knee Extension, Short Arc. | Time Elapsed: 4 Minutes, Repetitions: 15, Sets: 3, ROM: Pain Free, Charge As: Therapeutic Exercise, Billing Code: 97110. |
| • Straight Leg Raises - Flexion | Time Elapsed: 5 Minutes, Repetitions: 15, Sets: 3, Hold: bilateral Seconds, Position: Supine, Charge As: Therapeutic Exercise, Billing Code: 97110. |
| • Straight Leg Raises-Abduction | Time Elapsed: 5 Minutes, Repetitions: 15, Sets: 3, Hold: bilateral Seconds, Position: Sidelying, Charge As: Therapeutic Exercise, Billing Code: 97110. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Bicycle | Time Elapsed: 10 Minutes, Level: 1, Charge As: Therapeutic Activities, Billing Code: 97530. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Step Ups: Lateral | Time Elapsed: 5 Minutes, Repetitions: 10, Sets: 2, Step Height: 2 Inches, Charge As: Therapeutic Activities, Billing Code: 97530. |

**Manual Interventions: Soft Tissue:**

Document ID: 3EF000F9.004 Status: Signed off (secure electronic signature) Page 1 of 2
Gilbert Meza,PTA(CA Lic: 6781); Alyssa Kronland,PT(CA Lic: 38765)

Bertacchi-Freeman/Hartford000824

Patient: Gloria Bertacchi
Acct #: 100197649

Visit Date: Apr 25, 2013

| | |
|---|---|
| • Iliotibial Band (This visit) | Did Not Perform: This visit |

**Modalities:**

| | |
|---|---|
| • Cryotherapy | Time Elapsed: 15 Minutes, Location: L knee, Clinical Use: Post Activity, Charge As: Hot or Cold Packs, Billing Code: 97010. |
| • Electric Stim, Unattended | Time Elapsed: 15 Minutes, Location: left knee, Performed With: Cryotherapy, Mode: Continuous, Type: H-Wave, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014. |

**Pt./Family Education:**

| | |
|---|---|
| • Written Home Exercise Program(This visit) | Did Not Perform: This visit |
| • Patient Education 1 | Time Elapsed: 5 Minutes, Description: exercise form, control, pace, Charge As: Self Care / Home Mgt Training, Billing Code: 97535. |

**Therapy Session Time**

• Total Therapy Session Time 60 Minutes

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Hot or Cold Packs | 97010 | 1 | n/a |
| • Self Care/Home Management Training | 97535 | 1 | 5 |
| • Therapeutic Activities | 97530 | 1 | 15 |
| • Therapeutic Procedure | 97110 | 1 | 14 |

**Timed Code Total Time:**

• 34 Minutes

## Assessment

**.ueing throughout exercises for form and pace, lateral step downs were challenging for pt - sore and weakness**

## Plan

**Daily Plan:**

• Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Gilbert Meza, PTA(CA Lic: 6781)
Signed on Apr 25, 2013 11:39:17

Electronically authenticated.

Alyssa Kronland, PT(CA Lic: 38765)
Signed on Apr 25, 2013 17:20:44



575

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

Patient: Gloria Bertacchi
Acct #: 100197649
DOB: REDACTED 1953
Physician: Leslie Kim
Phys Fax: (650) 991-2650
Physician: Not Specified
Clinician: Alyssa Kronland
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#:

Visit Date: May 02, 2013
Phys Phone: (650) 991-9400
SSN: XXX-XX-XXXX
Inj. Date: Oct 05, 2012
Surg. Date:
Visits: 4
Cxl/Ns: 1
Employer: None Given
Insured:

# Daily Note

## Diagnosis

Left Knee 71946 JOINT PAIN-L/LEG

## General Information

**L knee arthroscopy: significant weakness**

## Subjective Examination

**Chief Complaint:**

- Weakness: pt c/o knee giving out Pain: Current Severity: 4/10.
- Pain: Aggravating Factors: Activities:
  - Standing: 0-10 minutes. Deep Squat: 0-10 minutes. Walking: 0-10 minutes. ADL Performance: 0-10 minutes.

**Daily Comments:**

- Overall Condition is: Improved with exercise performance.

## Objective Examination

**'pecial testing negative for meniscus, ligament and tendon damage.**

**.ange of motion has been performed and is within functional limits.**

**Objective Measurements Not Reassessed Today.**

| Muscle Testing: Lower Extremity MMT: | Left | Right |
|---|---|---|
| • Hip Flexion | -4/5 | -4/5 |
| • Knee Extension | +3/5 | -4/5 |
| • Knee Flexion | -4/5 | -4/5 |
| • Ankle Dorsiflexion | -4/5 | -4/5 |

**Palpation:**

- Tenderness along medial and lateral joint line.

## Treatments

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Knee Extension, Full Arc.(This visit) | Did Not Perform: This visit |
| • Knee Extension, Short Arc. | Time Elapsed: 4 Minutes, Repetitions: 15, Sets: 3, ROM: Pain Free, Charge As: Therapeutic Exercise, Billing Code: 97110. |
| • Straight Leg Raises - Flexion | Time Elapsed: 5 Minutes, Repetitions: 15, Sets: 3, Hold: bilateral Seconds, Position: Supine, Charge As: Therapeutic Exercise, Billing Code: 97110. |
| • Straight Leg Raises-Abduction | Time Elapsed: 5 Minutes, Repetitions: 15, Sets: 3, Hold: bilateral Seconds, Position: Sidelying, Charge As: Therapeutic Exercise, Billing Code: 97110. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Bicycle | Time Elapsed: 10 Minutes, Level: 1, Charge As: Therapeutic Activities, Billing Code: 97530. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Step Ups: Lateral(This visit) | Did Not Perform: This visit |

**Manual Interventions: Soft Tissue:**

| | |
|---|---|
| • Iliotibial Band .(This visit) | Did Not Perform: This visit |

Document ID: 3EF000F9.006 Status: Signed off (secure electronic signature) Page 1 of 2
Jill Jackson,PTA(CA Lic: 2743); Alyssa Kronland,PT(CA Lic: 38765)

Bertacchi-Freeman/Hartford000826



Patient: Gloria Bertacchi
Acct #: 100197649

Visit Date: May 02, 2013

**Modalities:**
- Cryotherapy — Time Elapsed: 15 Minutes, Location: L knee, Clinical Use: Post Activity, Charge As: Hot or Cold Packs, Billing Code: 97010.
- Electric Stim, Unattended — Time Elapsed: 15 Minutes, Location: left knee, Performed With: Cryotherapy, Mode: Continuous, Type: H-Wave, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014.

**Pt./Family Education:**
- Written Home Exercise Program(This visit) — Did Not Perform: This visit
- Patient Education 1(This visit) — Did Not Perform: This visit

**Therapy Session Time**
- Therapy Session Start Time — 10:00 AM
- Therapy Session Stop Time — 10:50 AM
- Total Therapy Session Time — 50 Minutes

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Hot or Cold Packs | 97010 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 14 |

**Timed Code Total Time:**
- 24 Minutes

## Assessment

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

## lan

**Daily Plan:**
- Progression Under Current Plan.

Electronically authenticated.

Jill Jackson, PTA(CA Lic: 2743)
Signed on May 06, 2013 17:00:42

Electronically authenticated.

Alyssa Kronland, PT(CA Lic: 38765)
Signed on May 06, 2013 17:56:18



4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

Patient: Gloria Bertacchi
Acct #: 100197649
DOB: REDACTED 1953
Physician: Leslie Kim
Phys Fax: (650) 991-2650
Physician: Not Specified
Clinician: Alyssa Kronland
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#:

Visit Date: May 13, 2013
Phys Phone: (650) 991-9400
SSN: XXX-XX-XXXX
Inj. Date: Oct 05, 2012
Surg. Date:
Visits: 5
Cxl/Ns: 1
Employer: None Given
Insured:

# Daily Note

## Diagnosis

Left Knee 71946 JOINT PAIN-L/LEG

## General Information

**L knee arthroscopy: significant weakness**

## Subjective Examination

**Chief Complaint:**

- Weakness: pt c/o knee giving out Pain: Current Severity: 4/10.
- Pain: Aggravating Factors: Activities:
  - Standing: 0-10 minutes. Deep Squat: 0-10 minutes. Walking: 0-10 minutes. ADL Performance: 0-10 minutes.

**Daily Comments:**

- No New Complaints. Overall Condition is: Improving.

## Objective Examination

**pecial testing negative for meniscus, ligament and tendon damage.**

**Range of motion has been performed and is within functional limits.**

**Objective Measurements Not Reassessed Today.**

| Muscle Testing: Lower Extremity MMT: | Left | Right |
|---|---|---|
| Hip Flexion | -4/5 | -4/5 |
| Knee Extension | +3/5 | -4/5 |
| Knee Flexion | -4/5 | -4/5 |
| Ankle Dorsiflexion | -4/5 | -4/5 |

**Palpation:**

- Tenderness along medial and lateral joint line.

## Treatments

**Exercise Activities: Isotonics:**

- Knee Extension, Full Arc.(This visit) — Did Not Perform: This visit
- Knee Extension, Short Arc. — Time Elapsed: 4 Minutes, Repetitions: 15, Sets: 3, ROM: Pain Free, Charge As: Therapeutic Exercise, Billing Code: 97110.
- Straight Leg Raises - Flexion — Time Elapsed: 5 Minutes, Repetitions: 15, Sets: 3, Hold.: bilateral Seconds, Position: Supine, Charge As: Therapeutic Exercise, Billing Code: 97110.
- Straight Leg Raises-Abduction — Time Elapsed: 5 Minutes, Repetitions: 15, Sets: 3, Hold.: bilateral Seconds, Position: Sidelying, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Aerobic Conditioning:**

- Recumbent Bicycle — Time Elapsed: 10 Minutes, Level: 1, Charge As: Therapeutic Activities, Billing Code: 97530.

**Exercise Activities: Dynamic Training: C-K-C Activity:**

- Step Ups: Lateral(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Supine Position:**



Patient: Gloria Bertacchi
Acct #: 100197649

Visit Date: May 13, 2013

- Bridging — Time Elapsed: 2 Minutes, Repetitions: 10, Sets: 2, Additional Detail: SL, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Soft Tissue:**
- Iliotibial Band (This visit) — Did Not Perform: This visit

**Modalities:**
- Cryotherapy — Time Elapsed: 15 Minutes, Location: L knee, Clinical Use: Post Activity, Charge As: Hot or Cold Packs, Billing Code: 97010.
- Electric Stim, Unattended — Time Elapsed: 15 Minutes, Location: left knee, Performed With: Cryotherapy, Mode: Continuous, Type: H-Wave, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014.

**Pt./Family Education:**
- Written Home Exercise Program(This visit) — Did Not Perform: This visit
- Patient Education 1(This visit) — Did Not Perform: This visit

**Therapy Session Time**
- Therapy Session Start Time — 08:00 AM
- Therapy Session Stop Time — 08:45 AM
- Total Therapy Session Time — 45 Minutes

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Hot or Cold Packs | 97010 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 12 |
| • Therapeutic Procedure | 97110 | 1 | 14 |

**Timed Code Total Time:**
- 26 Minutes

# Assessment

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

**Tolerance:**
- pt unable to perform step downs due to muscle weakness.

# Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program. Advance as tolerated.

Electronically authenticated.

Julia Salazar, PT(CA Lic: 38550)
Signed on May 13, 2013 09:02:23

Electronically authenticated.

Alyssa Kronland, PT(CA Lic: 38765)
Signed on May 13, 2013 13:00:36



579

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

Patient: Gloria Bertacchi
Acct #: 100197649
DOB: REDACTED 1953
Physician: Leslie Kim
Phys Fax: (650) 991-2650
Physician: Not Specified
Clinician: Alyssa Kronland
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#:

Visit Date: May 20, 2013
Phys Phone: (650) 991-9400
SSN: XXX-XX-XXXX
Inj. Date: Oct 05, 2012
Surg. Date:
Visits: 6
Cxl/Ns: 1
Employer: None Given
Insured:

# Daily Note

## Diagnosis

Left Knee 71946 JOINT PAIN-L/LEG

## General Information

**L knee arthroscopy: significant weakness**

## Subjective Examination

**Chief Complaint:**

- Weakness: pt c/o knee giving out Pain: Current Severity: 4/10.
- Pain: Aggravating Factors: Activities:
  - Standing: 0-10 minutes. Deep Squat: 0-10 minutes. Walking: 0-10 minutes. ADL Performance: 0-10 minutes.

**Daily Comments:**

- No New Complaints.

## Objective Examination

**ɔecial testing negative for meniscus, ligament and tendon damage.**

**ʀange of motion has been performed and is within functional limits.**

| Muscle Testing: Lower Extremity MMT: | Left | Right |
|---|---|---|
| Hip Flexion | -4/5 | -4/5 |
| Knee Extension | +3/5 | -4/5 |
| Knee Flexion | -4/5 | -4/5 |
| Ankle Dorsiflexion | -4/5 | -4/5 |

**Palpation:**

- Tenderness along medial and lateral joint line.

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| Hot or Cold Packs | 97010 | 1 | n/a |
| Therapeutic Activities | 97530 | 2 | 17 |
| Therapeutic Procedure | 97110 | 2 | 19 |

**Exercise Activities: Isotonics:**

- Knee Extension, Full Arc. — Time Elapsed: 5 Minutes, Weight - Pounds: 2 Pounds, Repetitions: 15, Sets: 3, Additional Detail: seated Eccentric bilateral, Charge As: Therapeutic Exercise, Billing Code: 97110.
- Knee Extension, Short Arc. — Time Elapsed: 4 Minutes, Repetitions: 15, Sets: 3, ROM: Pain Free, Charge As: Therapeutic Exercise, Billing Code: 97110.
- Straight Leg Raises - Flexion — Time Elapsed: 5 Minutes, Repetitions: 15, Sets: 3, Hold.: bilateral Seconds, Position: propped on hands, Charge As: Therapeutic Exercise, Billing Code: 97110.

Document ID: 3EF000F9.008 Status: Signed off (secure electronic signature) Page 1 of 2
Julia Salazar,PT(CA Lic: 38550); Alyssa Kronland,PT(CA Lic: 38765)

Bertacchi-Freeman/Hartford000830



**Patient:** Gloria Bertacchi
Acct #: 100197649

Visit Date: **May 20, 2013**

| | |
|---|---|
| • Straight Leg Raises-Abduction | Time Elapsed: 5 Minutes, Repetitions: 15, Sets: 3, Hold.: bilateral Seconds, Position: Sidelying, Charge As: Therapeutic Exercise, Billing Code: 97110. |
| **Exercise Activities: Aerobic Conditioning:** | |
| • Recumbent Bicycle | Time Elapsed: 10 Minutes, Level: 1, Charge As: Therapeutic Activities, Billing Code: 97530. |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Step Ups: Lateral | Time Elapsed: 5 Minutes, Repetitions: 10, Sets: 2, Step Height: 2 Inches, Charge As: Therapeutic Activities, Billing Code: 97530. |
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Bridging | Time Elapsed: 2 Minutes, Repetitions: 10, Sets: 2, Additional Detail: SL, Charge As: Therapeutic Activities, Billing Code: 97530. |
| **Manual Interventions: Soft Tissue:** | |
| • Iliotibial Band (This visit) | Did Not Perform: This visit |
| **Modalities:** | |
| • Cryotherapy | Time Elapsed: 15 Minutes, Location: L knee, Clinical Use: Post Activity, Charge As: Hot or Cold Packs, Billing Code: 97010. |
| • Electric Stim, Unattended | Time Elapsed: 15 Minutes, Location: left knee, Performed With: Cryotherapy, Mode: Continuous, Type: H-Wave, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014. |
| **Pt./Family Education:** | |
| • Written Home Exercise Program(This visit) | Did Not Perform: This visit |
| • Patient Education 1(This visit) | Did Not Perform: This visit |
| **Therapy Session Time** | |
| • Therapy Session Start Time | 08:30 AM |
| • Therapy Session Stop Time | 09:15 AM |
| • Total Therapy Session Time | 45 Minutes |
| **Timed Code Total Time:** | |
| • 36 Minutes | |

## Assessment

**The client tolerated today's treatment/therapeutic activity without complaints of pain or difficulty.**

## Plan

**Daily Plan:**

• Continue w/ Current Rehabilitation Program. Advance as tolerated.

Electronically authenticated.

Julia Salazar, PT(CA Lic: 38550)
Signed on May 20, 2013 08:48:59

Electronically authenticated.

Alyssa Kronland, PT(CA Lic: 38765)
Signed on May 21, 2013 07:55:20



| Patient: | Gloria Bertacchi | | |
| --- | --- | --- | --- |
| Acct #: | 100197649 | | |
| DOB: | REDACTED, 1953 | Visit Date: | May 28, 2013 |
| Physician: | Leslie Kim | Phys Phone: | (650) 991-9400 |
| Phys Fax: | (650) 991-2650 | SSN: | XXX-XX-XXXX |
| Physician: | Not Specified | Inj. Date: | Oct 05, 2012 |
| Clinician: | Alyssa Kronland | Surg. Date: | |
| FSC: | Commercial Insurance | Visits: | 7 |
| Case Mgr: | | Cxl/Ns: | 1 |
| Payor: | | Employer: | None Given |
| Pol/Claim#: | | Insured: | |

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

# Daily Note

## Diagnosis   Left Knee        71946    JOINT PAIN-L/LEG

## General Information

L knee arthroscopy: significant weakness

## Subjective Examination

**Chief Complaint:**
• Weakness:     pt c/o knee giving out  Pain: Current Severity: 4/10.
• Pain: Aggravating Factors: Activities:
     • Standing: 0-10 minutes.  Deep Squat: 0-10 minutes.  Walking: 0-10 minutes.  ADL Performance: 0-10 minutes.
**Daily Comments:**
• Compliance with: Home Exercise Program: Performing As Directed.  Overall Condition is: Improving.

## Objective Examination

pecial testing negative for meniscus, ligament and tendon damage.
Range of motion has been performed and is within functional limits.
**Objective Measurements Not Reassessed Today.**

| Muscle Testing: Lower Extremity MMT: | Left | Right |
| --- | --- | --- |
| • Hip Flexion | -4/5 | -4/5 |
| • Knee Extension | +3/5 | -4/5 |
| • Knee Flexion | -4/5 | -4/5 |
| • Ankle Dorsiflexion | -4/5 | -4/5 |

**Palpation:**
• Tenderness along medial and lateral joint line.

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
| --- | --- | --- | --- |
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Hot or Cold Packs | 97010 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 15 |
| • Therapeutic Procedure | 97110 | 1 | 14 |

**Exercise Activities: Isotonics:**
• Knee Extension, Full Arc.        Time Elapsed: 3 Minutes, Weight - Pounds: 2 Pounds, Repetitions: 15, Sets: 3, Additional Detail: seated Eccentric bilateral, Charge As: Therapeutic Exercise, Billing Code: 97110.
• Knee Extension, Short Arc.        Time Elapsed: 3 Minutes, Repetitions: 15, Sets: 3, ROM: Pain Free, Charge As: Therapeutic Exercise, Billing Code: 97110.
• Straight Leg Raises - Flexion        Time Elapsed: 3 Minutes, Repetitions: 15, Sets: 3, Hold.: bilateral Seconds, Position: propped on hands, Charge As: Therapeutic Exercise, Billing Code: 97110.

Bertacchi-Freeman/Hartford000832



Patient: Gloria Bertacchi
Acct #: 100197649

Visit Date: May 28, 2013

| | |
|---|---|
| • Straight Leg Raises-Abduction | Time Elapsed: 3 Minutes, Repetitions: 15, Sets: 3, Hold.: bilateral Seconds, Position: Sidelying, Charge As: Therapeutic Exercise, Billing Code: 97110. |
| **Exercise Activities: Aerobic Conditioning:** | |
| • Recumbent Bicycle | Time Elapsed: 10 Minutes, Level: 1, Charge As: Therapeutic Activities, Billing Code: 97530. |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Step Ups: Lateral | Time Elapsed: 3 Minutes, Repetitions: 20, Sets: 2, Step Height: 2 Inches, Charge As: Therapeutic Activities, Billing Code: 97530. |
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Bridging | Time Elapsed: 2 Minutes, Repetitions: 10, Sets: 2, Additional Detail: SL, Charge As: Therapeutic Activities, Billing Code: 97530. |
| **Exercise Activities: Tubing/Bands:** | |
| • Hip Abduction (Tubing) | Time Elapsed: 2 Minutes, Tubing/Band Color: red, Additional Detail: lateral walks, Charge As: Therapeutic Exercise, Billing Code: 97110. |
| **Manual Interventions: Soft Tissue:** | |
| • Iliotibial Band (This visit) | Did Not Perform: This visit |
| **Modalities:** | |
| • Cryotherapy | Time Elapsed: 15 Minutes, Location: L knee, Clinical Use: Post Activity, Charge As: Hot or Cold Packs, Billing Code: 97010. |
| • Electric Stim, Unattended | Time Elapsed: 15 Minutes, Location: left knee, Performed With: Cryotherapy, Mode: Continuous, Type: H-Wave, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014. |
| **Pt./Family Education:** | |
| • Written Home Exercise Program(This visit) | Did Not Perform: This visit |
| • Patient Education 1(This visit) | Did Not Perform: This visit |
| **Therapy Session Time** | |
| • Therapy Session Start Time | 09:00 AM |
| • Therapy Session Stop Time | 09:45 AM |
| • Total Therapy Session Time | 45 Minutes |
| **Timed Code Total Time:** | |
| • 29 Minutes | |

## Assessment

**The client tolerated today's treatment/therapeutic activity without complaints of pain or difficulty.**

**Tolerance:**

- depends on the day how the exercises go

## Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program. Advance as tolerated.

Electronically authenticated.

Julia Salazar, PT(CA Lic: 38550)
Signed on May 28, 2013 09:37:02



583

Patient: **Gloria Bertacchi**
Acct #: 100197649

Visit Date: **May 28, 2013**

Electronically authenticated.

Alyssa Kronland, PT(CA Lic: 38765)
Signed on May 28, 2013 11:55:42

Document ID: 3EF000F9.009 Status: Signed off (secure electronic signature) Page 3 of 3
Julia Salazar,PT(CA Lic: 38550); Alyssa Kronland,PT(CA Lic: 38765)

Bertacchi-Freeman/Hartford000834



4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

Patient: Gloria Bertacchi
Acct #: 100197649
DOB: REDACTED 1953
Physician:
Phys Fax:
Physician: Not Specified
Clinician: Julia Salazar
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#:

Visit Date: Aug 09, 2013
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Oct 05, 2012
Surg. Date:
Visits: 1
Cxl/Ns: 0
Employer: None Given
Insured:

# Plan of Care

## Diagnosis

Spine 7242 LUMBAGO

## Assessment

**In my professional opinion, this client requires skilled physical therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The expected length of this episode of skilled therapy services required to address the patient's condition is estimated to be 4 weeks. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**

**Recommendations:**

- home TENs unit for pain control to increase quality of life

**Signs/Symptoms:**

- Pain: Decreased With: electrical stimulation

## Problems & Goals

*Problem #1* **Questionnaires: Disability Index.**

- Assessment: Initial
- Date: 08/09/2013
- Percentage: 80.00%
- Severity/Complexity Modifiers: 80-99 (80% to < 100% impaired)
- Test Name: Oswestry Disability Index
- Total: 40/50

*LTG Achieve by Sep 06, 2013.*

**Questionnaire Improvements: Disability Index:**

- Test Name: Oswestry Disability Index
- Assessment: Discharge
- Total: 20/40
- Percentage: 50.00%

*Problem #2* **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral.**

- Extension(Bilateral - Pain at End Range of Motion): 100%
- Flexion(Bilateral - Pain at End Range of Motion): 100%
- Rotation Left: 75%
- Rotation Right: 75%
- Side Bending Left: 75%
- Side Bending Right: 75%

*LTG Achieve by Sep 06, 2013.*

**Range of Motion Improvements to: Active Lumbosacral:**

- Gross Assessment WNL

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.



Patient: **Gloria Bertacchi**
Acct #: 100197649

Visit Date: Aug 09, 2013

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Joint Mobilization Techniques. Manual Range of Motion Activities. Manual Therapy Techniques. Modalities: As Needed. Neural Mobilization Techniques. Neuromuscular Re-education. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

Electronically authenticated.

Julia Salazar, PT(CA Lic: 38550)
Signed on Aug 09, 2013 16:13:01

## Please sign and return

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need. Comments and/or revisions to this Plan of Care are noted below.

**Comments/Revisions**

**Physician/NPP Signature** **Date** **Print Name and Credentials**

VIBRANTcare REHABILITATION

Live Vibrantly

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

Patient: Gloria Bertacchi
Acct #: 100197649
DOB: REDACTED 1953
Physician:
Phys Fax:
Physician: Not Specified
Clinician: Julia Salazar
FSC: Commercial Insurance
Case Mgr:
Payor:
Pol/Claim#:

Visit Date: Aug 09, 2013
Phys Phone:
SSN: XXX-XX-XXXX
Inj. Date: Oct 05, 2012
Surg. Date:
Visits: 1
Cxl/Ns: 0
Employer: None Given
Insured:

# Initial Evaluation

## Diagnosis

Spine 7242 LUMBAGO

## General Information

**DDD with B radiculopathy**

## Subjective Examination

**The patient's medical history has been verbally reviewed with the patient by the evaluating therapist. The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file. The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.**

**ADL / Functional Status:**

- Premorbid Status:
  - Basic care: Independent Without Difficulty. Work status: Independent Without Difficulty.
- Current Status: Basic care:
  - Independent With Difficulty. Independent With Increased Time.
- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint:**

- Pain:
  - Current Severity: 10/10. Aggravating Factors: sitting > 10 min, standing >10 min.
- Pain: Relieving Factors:
  - Rest. changing positions.
- Loss of Function: Moderate Degree. Loss of Motion/Stiffness: Moderate Degree.

**Questionnaires: Disability Index:**

- Test Name: Oswestry Disability Index
- Date: 08/09/2013
- Assessment: Initial
- Total: 40/50
- Percentage: 80.00%
- Severity/Complexity Modifiers: 80-99 (80% to < 100% impaired)

**Rehabilitation Expectations/Goals:**

- Return to ADL Performance: Unrestricted/Symptom Free.

## Objective Examination

| Muscle Testing: Lower Extremity MMT: | Left | Right |
|---|---|---|
| • Hip Flexion | -4/5 | -4/5 |
| • Knee Extension | -4/5 | -4/5 |
| • Knee Flexion | -4/5 | -4/5 |
| • Ankle Dorsiflexion | -4/5 | -4/5 |

| Palpation: Lumbosacral Region: Musculature, Posterior: Tenderness: | Left | Right |
|---|---|---|
| • Erector Spinae | 2=Pain with wincing | 2=Pain with wincing |
| • Piriformis | 2=Pain with wincing | 2=Pain with wincing |

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:**

- Extension(Bilateral - Pain at End Range of Motion) 100%



Patient: Gloria Bertacchi
Acct #: 100197649

Visit Date: Aug 09, 2013

- Flexion(Bilateral - Pain at End Range of Motion) 100%
- Rotation Left 75%
- Rotation Right 75%
- Side Bending Left 75%
- Side Bending Right 75%

| Special Tests: Spine: Lumbar: | Left | Right |
|---|---|---|
| • Slump | Positive | Positive |
| • Straight Leg Raise | 35-70 deg: Ipsilateral Pain | 35-70 deg: Ipsilateral Pain |
| • Traction(relieves pain) | Positive | Positive |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Physical Therapy Evaluation | 97001 | 1 | n/a |
| • Self Care/Home Management Training | 97535 | 1 | 15 |

**Modalities:**

- Electric Stim, Unattended — Time Elapsed: 15 Minutes, Location: low back, Performed With: heat pad, Mode: Continuous, Type: H-Wave, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014.

**Pt./Family Education:**

- Pathology/Involved Anatomy — Time Elapsed: 5 Minutes, Additional Detail: and POC, Charge As: Self Care / Home Mgt Training, Billing Code: 97535.
- Written Home Exercise Program — Time Elapsed: 10 Minutes, Activity: Provided & Reviewed, Additional Detail: LTR, SKC, knee to opposite shoulder, Description: Diagnosis Specific, Charge As: Self Care / Home Mgt Training, Billing Code: 97535.

**Therapy Session Time**

- Therapy Session Start Time 02:00 PM
- Therapy Session Stop Time 03:00 PM
- Total Therapy Session Time 60 Minutes

**Timed Code Total Time:**

- 15 Minutes

## Assessment

**In my professional opinion, this client requires skilled physical therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The expected length of this episode of skilled therapy services required to address the patient's condition is estimated to be 4 weeks. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**

**Recommendations:**

- home TENs unit for pain control to increase quality of life

**Signs/Symptoms:**

- Pain: Decreased With: electrical stimulation

## Problems & Goals

*Problem #1* **Questionnaires: Disability Index.**

*LTG Achieve by Sep 06, 2013.*

**Questionnaire Improvements: Disability Index:**

- Test Name Oswestry Disability Index
- Assessment Discharge
- Total 20/40



VIBRANTcare REHABILITATION
Live Vibrantly.

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

| | | | |
|---|---|---|---|
| Patient: | Gloria Bertacchifreeman | | |
| Acct #: | 100197649 | | |
| DOB: | REDACTED 1953 | Visit Date: | Jan 15, 2014 |
| Physician: | Leslie Kim | Phys Phone: | (650) 991-9400 |
| Phys Fax: | (650) 991-2650 | SSN: | XXX-XX-XXXX |
| Physician: | Not Specified | Inj. Date: | Oct 05, 2012 |
| Clinician: | Tricia Benson | Surg. Date: | Dec 26, 2013 |
| FSC: | Commercial Insurance | Visits: | 1 |
| Case Mgr: | | CxI/Ns: | 0 |
| Payor: | | Employer: | None Given |
| Pol/Claim#: | | Insured: | |

# Plan of Care

## Diagnoses

Right Knee

| | |
|---|---|
| 71946 | JOINT PAIN-L/LEG |
| 8360 | TEAR MED MENISC KNEE-CUR |
| 7197 | DIFFICULTY IN WALKING |

## Assessment

**In my professional opinion, this client requires skilled physical therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is excellent. The expected length of this episode of skilled therapy services required to address the patient's condition is estimated to be 4 weeks. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**

**Impairments Identified:**

- Pain. Range of Motion. Gait/Locomotion.

**Treatment Emphasis to focus on:**

- Pain relief. Range of Motion/Mobility Improvements. Enhanced Dynamic Stability.

## Problems & Goals

***Problem #1*** **ADL / Functional Status: Current Status: Basic care: Independent With Increased Time.**

*LTG Achieve by Feb 12, 2014.*

**ADL Improvements In:**

- Overall Function to Pre Morbid Levels.

***Problem #2*** **Range of Motion: Knee: Pre-Treatment.**

| | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Extension | 0 | -5 | 0 |
| • Flexion | 125 | 105 | 115 |

*LTG Achieve by Feb 12, 2014. equal or greater than left knee*

| **Range of Motion Improvements to: Knee:** | Left AROM | Right AROM |
|---|---|---|
| • Extension | 0 | 0 |
| • Flexion | 130 | 130 |

| ***Problem #3*** **Muscle Testing: Lower Extremity MMT.** | Left | Right |
|---|---|---|
| • Hip Extension | 5/5 | 5/5 |
| • Hip Flexion | 5/5 | +4/5 |
| • Knee Extension | 5/5 | -4/5 |
| • Knee Flexion | 4/5 | +3/5 |

*LTG Achieve by Feb 12, 2014. > 4/5 knee extension*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | Left | Right |
|---|---|---|
| • Hip Extension | 5/5 | 5/5 |
| • Hip Flexion | 5/5 | 5/5 |
| • Knee Extension | 5/5 | +4/5 |
| • Knee Flexion | 5/5 | 4/5 |

***Problem #4*** **Chief Complaint: Pain: Severity at Worst: 5/10.**

*LTG Achieve by Feb 12, 2014. during activity*

**Symptomatic Improvements:**



Patient: Gloria Bertacchifreeman
Acct #: 100197649

Visit Date: Jan 15, 2014

- Decreasing Pain: to 2/10.

# Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**

- Client Education. Gait Training. Home Exercise Program. Modalities: As Needed. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise. Proprioceptive/Closed Kinetic Chain Activities.

Electronically authenticated.

Tricia Benson, PT(CA Lic: 30225)
Signed on Jan 15, 2014 18:06:22

## Please sign and return

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need. Comments and/or revisions to this Plan of Care are noted below.

**Comments/Revisions**

**Physician/NPP Signature** **Date** **Print Name and Credentials**





4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

Patient: Gloria Bertacchifreeman
Acct #: 100209006
DOB: REDACTED 1953
Physician: Leslie Kim
Phys Fax: (650) 991-2650
Physician: Not Specified
Clinician: Tricia Benson
FSC: Commercial Insurance
Case Mgr:
Payor: CIGNA
Pol/Claim#:

Visit Date: Mar 31, 2014
Phys Phone: (650) 991-9400
SSN: XXX-XX-XXXX
Inj. Date: Mar 01, 2014
Surg. Date:
Visits: 2
Cxl/Ns: 0
Employer:
Insured:

# Daily Note

## Diagnosis

Bilateral Knee 71946 JOINT PAIN-L/LEG

## General Information

**History of Injury:**

- Surgery for medial meniscus repair right knee 12/2013, left knee 12/2012. Also complains of Lumbago.

## Subjective Examination

**Chief Complaint: Pain:**

- Severity at Worst: 7/10. Effect on Activity: Restricts. (skiing, rafting, walking).

**Daily Comments:**

- Patient reports she has been super sore over the weekend due to the change in the weather. She feels she can't do much and reports she has not done her HEP. She says her knee pain today is 6-7/10.

## Objective Examination

| Muscle Testing: Lower Extremity MMT: | Left | Right |
|---|---|---|
| Hip Extension | +4/5 | +3/5 |
| Hip Flexion | -4/5 | +4/5 |
| Hip External Rotation | +4/5 | -4/5 |
| Hip Internal Rotation | 4/5 | -4/5 |
| Knee Extension | +4/5 | 4/5 |
| Knee Flexion | -4/5 | +3/5 |
| Ankle Dorsiflexion | -4/5 | 4/5 |
| Ankle Plantarflexion | 5/5 | 5/5 |

| Range of Motion: Knee: Pre-Treatment: | Left AROM | Right AROM |
|---|---|---|
| Extension | 0 | 0 |
| Flexion | 125 | 113 |

| Range of Motion: Hip/Pelvis: Pre-Treatment: | Left AROM | Right AROM |
|---|---|---|
| Extension | 10 | 5 |
| Flexion | 110 | 116 |
| External Rotation | 35 | 30 |
| Internal Rotation | 25 | 20 |

| Range of Motion: Foot/Ankle: Pre-Treatment: | Left AROM | Right AROM |
|---|---|---|
| Dorsiflexion | 8 | 6 |
| Plantarflexion | 51 | 47 |

**Range of Motion:**

- Patient complains of back pain with hip IR bilaterally and hip extension on the right LE

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| Therapeutic Procedure | 97110 | 2 | 18 |

591

VIBRANTcare REHABILITATION

Live Vibrantly.

Patient: Gloria Bertacchifreeman
Acct #: 100209006

Visit Date: Mar 31, 2014

• Ultrasound 97035 1 8

**Exercise Activities: Flexibility:**

• Gastroc Towel Stretching — Time Elapsed: 5 Minutes, Repetitions: 3, Side: Bilateral, Hold.: 30 Seconds, Charge As: Therapeutic Exercise, Billing Code: 97110.

• Hamstring Muscle — Time Elapsed: 5 Minutes, Repetitions: 3 each leg, Technique: Active, Body Position: Supine and seated, Hold.: 30 seconds Seconds, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: Gait Activities:**

• Level Surface Ambulation(This visit) — Did Not Perform: This visit

**Exercise Activities: Range of Motion:**

• Knee Extension — Time Elapsed: 4 Minutes, Additional Detail: seated knee extension kicks, alternate legs, Charge As: Therapeutic Exercise, Billing Code: 97110.

• ROM Activity 1 — Time Elapsed: 4 Minutes, Technique: Active, Body Position: standing, Description: trunk rotation with controlled weight shifting, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Modalities:**

• Electric Stim, Unattended — Time Elapsed: 15 Minutes, Location: bilateral anterior and medial knee, Mode: Continuous, Type: TENS, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014.

• Ultrasound — Time Elapsed: 8 Minutes, Location: right anterior/medial knee, Watts/cm2: 1.0, MHz: 2, Pulse %: 100, Charge As: Ultrasound, Billing Code: 97035.

**Pt./Family Education:**

• Written Home Exercise Program(This visit) — Did Not Perform: This visit

**Therapy Session Time**

• Therapy Session Start Time — 02:00 PM
• Therapy Session Stop Time — 02:40 PM
• Total Therapy Session Time — 40 Minutes

**Timed Code Total Time:**

• 26 Minutes

## Assessment

**Treatment Emphasis to focus on:**

• Pain relief. Proprioception/Balance Improvements. Enhanced Dynamic Stability. Strengthen Disuse Components.

## Plan

**Daily Plan:**

• Advance as tolerated. Progression Under Current Plan. Continue dynamic strengthening in functional activities.

Electronically authenticated.

Tricia Benson, PT(CA Lic: 30225)
Signed on Mar 31, 2014 16:15:55



4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

| | | | |
|---|---|---|---|
| **Patient:** | **Gloria Bertacchifreeman** | | |
| Acct #: | 100197649 | | |
| DOB: | REDACTED, 1953 | Visit Date: | Mar 27, 2014 |
| Physician: | Leslie Kim | Phys Phone: | (650) 991-9400 |
| Phys Fax: | (650) 991-2650 | SSN: | XXX-XX-XXXX |
| Physician: | Not Specified | Inj. Date: | Oct 05, 2012 |
| Clinician: | Tricia Benson | Surg. Date: | |
| FSC: | Commercial Insurance | Visits: | 1 |
| Case Mgr: | | Cxl/Ns: | 0 |
| Payor: | CIGNA PPO | Employer: | None Given |
| Pol/Claim#: | | Insured: | |

# Plan of Care

## Diagnoses

Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 72252 | LUMB/LUMBOSAC DISC DEGEN |

## Assessment

**In my professional opinion, this client requires skilled physical therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The expected length of this episode of skilled therapy services required to address the patient's condition is estimated to be 6 weeks. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**

**Treatment Emphasis to focus on:**

- Pain relief. Postural Improvements. Range of Motion/Mobility Improvements. Muscle Function Improvements. Proprioception/Balance Improvements. Enhanced Dynamic Stability. Education.
- Maximizing function related to:
  - ADL's. Work performance. Functional activities.

## Problems & Goals

*Problem #1* **Chief Complaint: Pain: Severity at Worst: 7/10.**

*STG Achieve by Apr 10, 2014.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

*LTG Achieve by Apr 24, 2014.*

**Symptomatic Improvements:**

- Decreasing Pain: to 4/10.

*Problem #2* **Chief Complaint: Pain: Aggravating Factors: Activities: Bending Forward. 0-10 minutes.**

*LTG Achieve by Apr 24, 2014. proper bending mechanics*

**Biomechanical Improvements:**

- via Joint Protection Procedures.

*Problem #3* **Chief Complaint: Pain: Aggravating Factors: Activities: Sitting: 50-60 minutes.**

*LTG Achieve by Apr 24, 2014. sitting*

**Functional Improvements In:**

- Positional Tolerance to: Up to 2 Hours.

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**

- Active Range of Motion Activities. Client Education. Gait Training. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Postural Stabilization Training: Neutral Principle Training. Proprioceptive/Closed Kinetic Chain Activities. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

VIBRANTcare REHABILITATION

Patient: Gloria Bertacchifreeman
Acct #: 100197649

Visit Date: Mar 27, 2014

Electronically authenticated.

Tricia Benson, PT(CA Lic: 30225)
Signed on Mar 27, 2014 13:09:28

## Please sign and return

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need. Comments and/or revisions to this Plan of Care are noted below.

**Comments/Revisions**

| Physician/NPP Signature | Date | Print Name and Credentials |
|---|---|---|



4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

| | | | |
|---|---|---|---|
| Patient: | Gloria Bertacchifreeman | | |
| Acct #: | 100197649 | | |
| DOB: | REDACTED 1953 | Visit Date: | Mar 27, 2014 |
| Physician: | Leslie Kim | Phys Phone: | (650) 991-9400 |
| Phys Fax: | (650) 991-2650 | SSN: | XXX-XX-XXXX |
| Physician: | Not Specified | Inj. Date: | Oct 05, 2012 |
| Clinician: | Tricia Benson | Surg. Date: | |
| FSC: | Commercial Insurance | Visits: | 1 |
| Case Mgr: | | CxI/Ns: | 0 |
| Payor: | CIGNA PPO | Employer: | None Given |
| Pol/Claim#: | | Insured: | |

# Initial Evaluation

## Diagnoses

Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 72252 | LUMB/LUMBOSAC DISC DEGEN |

## Subjective Examination

**The patient's medical history has been verbally reviewed with the patient by the evaluating therapist. The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file. The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.**

**ADL / Functional Status:**

- Premorbid Status: Basic care: Independent Without Difficulty.
- Premorbid Status: Work status:
  - Independent Without Difficulty. Full time / Full duty.
- Current Status:
  - Basic care: Independent With Increased Time. Work status: Unable to work secondary to dysfunction. (occupation is pharmacist).

**Chief Complaint:**

- Pain:
  - Severity at Worst: 7/10. Severity at Best: 0/10.
- Swelling: varies with activity

  Pain: Aggravating Factors: Activities:
  - Bending Forward. 0-10 minutes. Sitting: 50-60 minutes.

**Client Knowledge/Awareness of:**

- Pathology: Fair. Rehabilitative Process: Fair. Home Exercise Program: Lacks appropriate program.

**Extremity Dominance:**

- Right.

**Mechanism of Injury:**

- Primary Episode: Traumatic: Fell. Surgery for medial meniscus repair right knee 12/2013, left knee 12/2012

## Objective Examination

**Posture:**

- Forward Head/Rounded Shoulders: Moderate.

**Range of Motion: Spine: Pre-Treatment: Lumbar Degrees:**

| | |
|---|---|
| • Active Extension | 15 Degrees |
| • Active Flexion | 40 Degrees |
| • Active Rotation Left | 25 Degrees |
| • Active Rotation Right | 15 Degrees |
| • Active Side Bend Left | 20 Degrees |
| • Active Side Bend Right | 10 Degrees |

| Special Tests: Spine: Lumbar: | Left | Right |
|---|---|---|
| • Laseque | Negative | Negative |
| • Prone Press Up | Negative | Negative |
| • Straight Leg Raise | Hamstring Tightness | Hamstring Tightness |
| • Valsalva Maneuver | Negative | Negative |

## Treatments

2015090210007?? 595

Patient: Gloria Bertacchifreeman
Acct #: 100197649

Visit Date: Mar 27, 2014

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Physical Therapy Evaluation | 97001 | 1 | n/a |
| • Self Care/Home Management Training | 97535 | 1 | 5 |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer — Time Elapsed: 10 Minutes, Direction: forward & backward, Speed (rpm): 120, Additional Detail: seated, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Range of Motion:**
- Rope & Pulley Flexion — Time Elapsed: 8 Minutes, Additional Detail: seated and standing, dynamic UE's in neutral spine and with trunk rotation, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Stabilization Training: Supine Position:**
- Bridging(multiple cues needed for slow, controlled motions) — Time Elapsed: 4 Minutes, Additional Detail: Articulated, Charge As: Therapeutic Activities, Billing Code: 97530.
- Pelvic Tilts-Knees Flexed — Time Elapsed: 5 Minutes, Additional Detail: Use of transverse abdominals, Charge As: Therapeutic Activities, Billing Code: 97530.

**Pt./Family Education:**
- Exercise Rationale — Time Elapsed: 5 Minutes, Charge As: Self Care / Home Mgt Training, Billing Code: 97535.

**Therapy Session Time**
- Therapy Session Start Time — 10:30 AM
- Therapy Session Stop Time — 11:15 AM
- Total Therapy Session Time — 45 Minutes

**'imed Code Total Time:**
- 32 Minutes

## Assessment

**In my professional opinion, this client requires skilled physical therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The expected length of this episode of skilled therapy services required to address the patient's condition is estimated to be 6 weeks. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**

**Treatment Emphasis to focus on:**
- Pain relief. Postural Improvements. Range of Motion/Mobility Improvements. Muscle Function Improvements. Proprioception/Balance Improvements. Enhanced Dynamic Stability. Education.
- Maximizing function related to:
  - ADL's. Work performance. Functional activities.

## Problems & Goals

*Problem #1* **Chief Complaint: Pain: Severity at Worst: 7/10.**

*STG Achieve by Apr 10, 2014.*

**Symptomatic Improvements:**
- Decreasing Pain: to 5/10.

*LTG Achieve by Apr 24, 2014.*

**Symptomatic Improvements:**
- Decreasing Pain: to 4/10.

*Problem #2* **Chief Complaint: Pain: Aggravating Factors: Activities: Bending Forward. 0-10 minutes.**

*LTG Achieve by Apr 24, 2014. proper bending mechanics*

**Biomechanical Improvements:**



- via Joint Protection Procedures.

*Problem #3* **Chief Complaint: Pain: Aggravating Factors: Activities: Sitting: 50-60 minutes.**

*LTG Achieve by Apr 24, 2014. sitting*

**Functional Improvements In:**

- Positional Tolerance to: Up to 2 Hours.

# Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**

- Active Range of Motion Activities. Client Education. Gait Training. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Postural Stabilization Training: Neutral Principle Training. Proprioceptive/Closed Kinetic Chain Activities. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

Electronically authenticated.

---

Tricia Benson, PT(CA Lic: 30225)
Signed on Mar 27, 2014 13:09:28

Date of Service: 12/19/2012 Patient: Gloria Bertacchi-freeman Page: 2 391

CA License # G41605

[redacted]

Verbal education

390

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

Orthopaedic Surgery Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

12/19/2012

Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 12/19/2012
**REFERRING PROVIDER:**. No data for Referral First Name No data for Referral Last Name

**SUBJECTIVE:**
Patient is here today for her first postop appointment. On 12/13/12 patient had left knee arthroscopic partial medial and lateral meniscetomy. Today she states she has minor pain and pain is only aggravated when walking. Patient describes pain as mostly achey sometimes sharp. Patient is taking norco and vistral PRN .

**MEDICATIONS:**
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

**ALLERGIES:**
NKDA

**OBJECTIVE:**
Incisions clean and dry with sutures intact. mild effusion

**DIAGNOSIS:**
715.16--Knee - OA knee
717.7--Knee - Chondromalacia
717.9--Knee - IDK

**ASSESSMENT:**
S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISECTOMY

**PRESCRIPITION**
~Prescription~

**PLAN:**
I discussed my findings and the treatment options with the patient. Patient may begin WBAT. Post-op PT prescribed.. Next post-op visist 4 weeks.

Brianna Morris, PA-C

Leslie H Kim, M.D.

05/23/2013 09:34 916-771-2530 DDSD PAGE 11/46
389

Date of Service: 12/5/2012 Patient: Gloria Bertacchi-freeman Page: 2

Leslie H Kim, M.D.
CA License # G41605

[illegible] 12/4/2012

Verbal education

Bertacchi-Freeman/Hartford000850

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

Orthopaedic Surgery Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

12/5/2012

Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 12/5/2012
**REFERRING PROVIDER:**. No data for Referral First Name No data for Referral Last Name

SUBJECTIVE: Ms Bertacchi-Freeman is here today for a pre op visit for her left knee. Since her last office visit her pain has decreased slightly. She takes flexeril prn for pain, which is not very often. She is currently off work on disability.

MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

ALLERGIES:
NKDA

OBJECTIVE:
ROM 0-110 degrees
1+ effusion
tende MJL

DIAGNOSIS:
715.16-Knee – OA knee
717.7=Knee – Chondromalacia
717.9-Knee - IDK

ASSESSMENT:
Left knee arthroscopic surgery scheduled. Informed consent obtained.

PRESCRIPITION
~Prescription~

PLAN:
I discussed my findings and the treatment options with the patient. As above. Follow up for pre-op

387

Date of Service: 11/13/2012 Patient: Gloria Bertacchi-freeman Page: 2

bearing. She has had 12X PT for the L knee.She found PT helpful for her knee pain, allowing her to walk without pain. She has an MRI taken on 1/25/11 that has not been reviewed. Report in chart, films pulled up. Patient had 2-4 visits PT with no help.

She rates her R knee pain as 1/10 with swelling and dull, constant pain. She had an xray of her R knee at Kaiser, date unknown. She has had 2 PT sessions for her R knee and low back in Oct. 2012.She did not have enough PT to be helpful for her R knee and back. Her claim for the R knee was not approved as a WC claim so she has not had additional sessions. She is now open to consider injections or surgical options for her knees.

She rates her neck pain as 5/10, mid back to neck radiating pain with stiffness, constant dull aching pain.She rates her back pain as 5/10. Back pain is in mid to lower back,throbbing, constant dull ache. She complains of numbness and tingling in both of her hands and legs.
She reports recent onset of sudden incontinence. She has seen her PCP for this problem who referred her to a chiropractor. The chiro refused to treat her until she has had a neurology consult. She will seek a neuro consult referral from her PCP.

She has taken flexoril and naprosen rx by Kaiser in the past prn pain and spasm. She currently is using otc tylenol for pain and benadryl to help her sleep. She also uses lidoderm patches rx by Kaiser, prn pain.
She is currently on temporary disability.

**OBJECTIVE:**

Cspine: Pain on compression and compression with rotation. Absent of bilateral upper reflexes. Bilateral interscalene tenderness.
Lspine: Pain on palpation spinous process L4-S1. Absent of lower extremity reflexes.

Left Knee: + Medial Mcmurray sign. Tenderness at medial jointline. +MMT findings.

Left knee MRI 1/25/2011: Partial root tear to the posterior horn medial meniscus. Osseous contusion with bone marrow edema, medial femoral condyle. Chondral fissuring with cartilage loss at the medial femoral condyle. Moderate to large joint effusion.

Sincerely,

Duane Medeiros, MSN-NP
Orthopedic Surgery
CA license # NP12497

Verbal education;

386

**WEST BAY ORTHOPAEDIC MEDICAL GROUP**
Orthopaedic Surgery Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

11/13/2012
Not Referred By
Cigna

**ORTHOPAEDIC PROGRESS REPORT**

Patient: Gloria Bertacchi-Freeman
Social Security #: REDACTED 3990
Employer:
Date of Examination: 11/13/2012
Date of Report: 11/13/2012
Date of Injury: No data for Date
Claim Number: No data for Workers Comp Claim Number

**ASSESSMENT:**
717.7-Knee - Chondromalacia
715.16-Knee - OA knee

**PLAN:**
I discussed with Gloria Bertacchi-Freeman my findings after listening to the subjective complaints and performing my examination. I outlined the MRI findings with the patient as related to the physical examination. Based on the patient's poor performance in physical therapy and with other conservative measures. We discussed surgery. The patient advised that she would like to proceed with surgery as her condition is not improving.

The patient will have a preoperative consultation with Leslie Kim M.D. orthopedic surgeon. We will get the patient a surgery date following this.
Flexoril 10 mg by mouth every 8 hours when necessary muscle spasm.

Followup visit is scheduled with Leslie Kim M.D. for preoperative consultation.

**Allgergies:**
NKDA

**Medications:**
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

**SUBJECTIVE:**
I had a visit with Gloria Bertacchi-Freeman on 11/13/2012 in my office. Patient is here to followup with her L knee pain.She also compains of R knee and low back and neck pain. She rates her pain for her L knee today as 6-7 /10.Her knee pain has increased since last visit, she has swelling and intermittent dull pain especially when weigth

385

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

Orthopaedic Surgery Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

FAXED MAY 21 2013

## INVOICE

Tax ID: 94-2824291

DATE: 5/21/13

RE: Gloria Bertacchi

TO: Dept of Social Services S62 CA DDS ROSEVILLE

Address: PO Box 30729 Salt Lake City UT, 84130-9845

VIA FAX: 866-767-6349

___ Completion of Forms: (based on length/complexity). $______

___ Form too complex (request narrative report).

___ We do not complete these forms.

✓ Copy Fee (minimum fee $15.00). $ 15

___ Please send a copy service to copy records.

___ There are no records for this patient.

___ Medicare ___ G0179 (MD recertification)
___ G0180 (MD certification)
___ G0181 (Rx plan)

___ Miscellaneous Services ______________________

______________________ $______

____ Service will be completed upon receipt of payment.

TOTAL DUE: $ 15

3 84

WEST BAY ORTHOPAEDIC MEDICAL GROUP, INC.
901 Campus Drive, Suite 111
Daly City, California 9401
Tele: 650 991-9400 FAX: 650 991-2650

Date: 5/21/13

To: ☑ Dept. Of Social Services 862 CA DDS ROSEVILLE PO BOX Attention: ________
☐ Other 30729 SALT LAKE CITY, UT 84130-9845 Attention: ________

PATIENT: Gloria Bertacchi DOB: REDACTED 53

SSN: XXX-XX-3990 Date of last exam: ________

DOI: ________ Job Description: ________

Injury or Region: ________

ATTACHED FIND COPIES OF THE FOLLOWING REPORTS:

☑ Office notes
☑ X-ray(s)
☑ MRI(s)
☐ CT(s)
☐ EMG(s)
☐ Bone scan(s)
☑ Operative
☐ PR-2 (supplemental reports)
☐ Report letters
☐ Other

DISABILITY AND STATUS:

☐ Patient's condition is permanent and stationary.
☐ Patient's condition is not permanent and stationary.
☐ Permanent disability is not anticipated.
☐ Too soon to determine permanent disability status.
☐ Patient has definite permanent disability.

VOCATIONAL REHABILITATION STATUS:

☐ Patient will eventually return to this work without restriction.
☐ Patient may never return to this work at full duties.
☐ Patient will not return to this work.
☐ Patient requires retraining.
☐ Patient requires retirement.

COMMENTS: ________

Signed: [signature] Date: 5/21/13
Leslie H. Kim, M.D.

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(1) and 1631(e)(1)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(1) and 1383(e)(1)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

**382**

WHOSE Records to be Disclosed

Form Approved
OMB No. 0960-08

NAME (First, Middle, Last, Suffix)
Gloria M Bertacchi

| SSN REDACTED-3990 | | Birthday (mm/dd/yy) REDACTED53 |

# AUTHORIZATION TO DISCLOSE INFORMATION TO
# THE SOCIAL SECURITY ADMINISTRATION (SSA)
## ** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):
**OF WHAT**   _All my medical records; also education records and other information related to my ability to perform tasks, This includes specific permission to release:_

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) _including,_ and _not limited to:_
  - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501).
  - Drug abuse, alcoholism, or other substance abuse
  - Sickle cell anemia
  - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
  - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**
- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

Organization: WEST BAY ORTHOPAEDIC MEDICAL
Vendor Address: 901  CAMPUS DR STE 111 DALY CITY #4015
Inpatient Date: 10/2011 to present ONLY Patient AKA: Gloria Marie Freeman
Outpatient Date: 10/2011 to present ONLY
Patient DOB: REDACTED 59
Remarks:

**TO WHOM**   The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**   Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**   This authorization is good for 12 months from the date signed (below my signature).
- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY** INDIVIDUAL authorizing disclosure

SIGN ► Electronically Signed By:
Gloria M Bertacchi

IF not signed by subject of disclosure, specify basis for authority to sign
☐ Parent of minor  ☐ Guardian  ☐ Other personal representative (explain)

(Parent/guardian/personal representative sign here if two signatures required by State law) ►

| Date Signed 03/05/13 | Street Address 6135 Moss Lane | | |
| Phone Number (with area code) 916-390-1845 | City Granite Bay | State CA | ZIP 95746 |

**WITNESS** I know the person signing this form or am satisfied of this person's identity.

SIGN ►

IF needed, second witness sign here (e.g., if signed with "X" above)
SIGN ►

| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 CFR part 1; 38 CFR section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply Is Exhausted                Page 1 of 2

Bertacchi-Freeman/Hartford000857

DEA: SWBYRD
DDS CASE NUMBER: 1394963
CONTRACT NUMBER: 5497709

381

Operative Notes
Outpatient Notes
PFS/PFT W/Tracings
Pathology Reports
Sputum Culture Rslts
EKG Stress Test
StressTst w/Tracings
X-Ray Reports

FOR ADULTS

We would also like to have a statement, based on your medical findings, expressing your opinion about the claimant's ability, despite the functional limitations imposed by the impairment(s) to do work-related physical and/or mental activities as appropriate:

Physical activities such as sitting, standing, walking, lifting, carrying, handling objects, hearing, speaking and traveling.

Mental activities such as understanding and memory; sustained concentration and persistence; social interaction; and adaptation.

FOR CHILDREN

We would also like to have a statement, based on your medical findings, expressing your opinion about the child's functional limitations in learning, motor functioning, performing self-care activities, communicating, socializing, completing tasks and responsiveness to stimuli.

A reasonable fee, as determined by this agency, may be paid upon request. Your request must be in writing on a separate form and must be attached to your response. To insure prompt payment, send your report within 14 days. It is our policy to not routinely pay for medical reports received more than 90 days after the date of the first request. Enclosed is an authorization for release of information.

**PLEASE RETURN A COPY OF THIS LETTER WITH YOUR RESPONSE.**

MR. Byrd/R08,Disability Eval. Analyst I
(916) 774-4211

___THIS REQUEST IS BEING RETURNED. WE DO NOT HAVE THE INFORMATION REQUESTED. PLEASE PROVIDE DATE LAST SEEN: __________

 

**Employment Development Department**

State of California     Skip to main content

(deltadoctor) Help | Logout

**MAIN MENU**

Home
Inbox
File a New Claim
Continue a Saved Draft
Manage My Profile
My Claim History

**PAGE MENU**

Claim Summary
Available Forms
Payment History
Benefit Details
Request Claim Update

## Claim Payment History

**495**

### Claim Information

Claimant Name: Gloria M Bertacchi

Social Security Number: XXX-XX-3990

EDD Customer Account REDACTED 3913
Number:

EDD Client Number:

Claim ID: DI-1000-147-546

Claim Effective Date: 10-11-2012

Expected Return to Work 05-01-2013
Date:

### Claim Benefit Summary

The following is a summary of your benefit information for this claim. The Remaining Benefit Amount shown below does not establish your right to benefits. State Disability Insurance benefits are paid to you only when you meet all conditions of eligibility.

Daily Benefit Amount ($): 77.29

Weekly Benefit Amount ($): 541.00

Maximum Benefit Amount 12,781.00
($):

Issued Benefit Amount ($): 12,781.00

Remaining Benefit 0.00
Amount if eligible ($):

### Payment and Determination History

| Period | Date Issued | Action(s) Taken | Reason | Days | Reduction ($) | Paid ($) |
|---|---|---|---|---|---|---|
| 04-01-2013 - 04-01-2013 | 04-05-2013 | Payment | | 1 | 0.00 | 28.87 |
| 03-26-2013 - 03-31-2013 | 04-05-2013 | Payment | | 6 | 0.00 | 463.71 |
| 03-17-2013 - 03-25-2013 | 03-26-2013 | Payment | | 9 | 0.00 | 695.57 |
| 03-13-2013 - 03-16-2013 | 03-25-2013 | Payment | | 4 | 0.00 | 309.14 |
| 02-15-2013 - 03-12-2013 | 03-13-2013 | Payment | | 26 | 0.00 | 2009.43 |
| 02-06-2013 - 02-14-2013 | 02-15-2013 | Auto-Payment | | 9 | 0.00 | 695.57 |
| 01-23-2013 - 02-05-2013 | 02-06-2013 | Auto-Payment | | 14 | 0.00 | 1082.00 |
| 01-09-2013 - 01-22-2013 | 01-23-2013 | Auto-Payment | | 14 | 0.00 | 1082.00 |
| 11-30-2012 - 01-08-2013 | 01-09-2013 | Payment | | 40 | 0.00 | 3091.43 |
| 10-18-2012 - 11-29-2012 | 01-09-2013 | Payment | | 43 | 0.00 | 3323.28 |
| 10-11-2012 - 10-17-2012 | 12-17-2012 | Waiting period | | 7 | 0.00 | 0.00 |

Back to Top | Contact EDD | Conditions of Use | Privacy Policy | Equal Opportunity Notice

Bertacchi-Freeman/Hartford0008591

2015080921000769

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

Orthopaedic Surgery Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

1/24/2013

Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 1/24/2013
**REFERRING PROVIDER:**. No data for Referral First Name No data for Referral Last Name

**SUBJECTIVE:**
Patient is here today for her left knee. Since last visit patients pain has reduced. She has completed 6 PT sessions. She reports PT has increased her strength and is now able to walk more with less pain. She continues to have some achey sharp pain. She currently takes norco, flexeril, and naprosyn PRN. Currently not working, on disability.

**MEDICATIONS:**
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

**ALLERGIES:**
NKDA

**OBJECTIVE:**
LEFT KNEE ROM 0-120 with minimal discomfort with flexion

**DIAGNOSIS:**
S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY
715.16–Knee - OA knee
717.7–Knee - Chondromalacia
717.9–Knee - IDK

**ASSESSMENT & PLAN:**
I discussed my findings and the treatment options with the patient. Plan to renew PT 2x/week x 6 weeks. Follow up in

Leslie H Kim, M.D.
CA License # G41605

JAN/21/2013/TUE 07:01 PM West Bay Orthopedic FAX No. 1-650-991-2650 P. 015/032

360

Date of Service: 1/24/2013 Patient: Gloria Bertacchi-freeman Page: 2

**Patient Education Material(s) - Dated: 1/23/2013**

Verbal education

Bertacchi-Freeman/Hartford000861

361

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

Orthopaedic Surgery Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

2/26/2013

Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 2/26/2013
**REFERRING PROVIDER:**. No data for Referral First Name No data for Referral Last Name

### SUBJECTIVE:

Patient is here today for her left knee. Since last visit pain in left knee has decreased.She has completed 6 PT sessions and reports that PT is helping her strengthen knee. She would like to have additional PT prescribed. She continues to take flexerll,naprosyn, and norco prn pain. Currently not working, on disability.

### MEDICATIONS:

Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

### ALLERGIES:

NKDA

### OBJECTIVE:

minor antalgic gait favoring left lower extremity
ROM 0 - 125 degrees on the left, 0-130 on the right

### DIAGNOSIS:

S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY
717.7--Knee - Chondromalacia
715.16--Knee - OA knee
717.9--Knee - IDK

### PRESCRIPITION

~Prescription~

### ASSESSMENT & PLAN:

I discussed my findings and the treatment options with the patient. Request additional PT with progression of exercises as tolerated. Will extend time off work and disability until 5/2013.. Follow up in 4-6 weeks-4/9/13

Date of Service: 2/26/2013    Patient: Gloria Bertacchi-freeman    Page: 2

Leslie H Kim, M.D.
CA License # G41605

**Patient Education Material(s): Dated 2/26/2013**

Verbal education

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

Orthopaedic Surgery Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

4/9/2013

Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 4/9/2013
**REFERRING PROVIDER:**. No data for Referral First Name No data for Referral Last Name

**SUBJECTIVE FINDINGS:**
Ms. Bertacchi-Freeman is here to follow up. Completed 20+ sessions of PT, states that "knees are better than before the surgery, but still pain in both knees, back and neck." Had a bone density test done 03/14/2013, was told that she has osteopenia. She continues to take flexeril PRN , naproxen PRN , and norco PRN pain.

**MEDICATIONS:**
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

**ALLERGIES:**
NKDA

**OBJECTIVE FINDINGS:**
RESTRICTED L-SPINE FLEXION-EXTENSION, END-RANGE PAIN
GOOD BILATERAL KNEE ROM
LEFT PERIPATELLAR, RIGHT ANTERIOR AND MJL TENDERNESS
POSITIVE RIGHT EXTERNAL MCMURRAY PAIN

**DIAGNOSIS:**
1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
2.RIGHT KNEE PAIN, RULE OUT EXTENSOR TENDINITIS, INTERNAL JOINT DERANGEMENT
3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4.LUMBAR STRAIN-SPRAIN, RULE OUT DISCOGENIC PAIN, DDD
717.9--Knee -- IDK
717.7--Knee -- Chondromalacia
715.16--Knee -- OA knee

**PRESCRIPITION**
~Prescription~

**ASSESSMENT & PLAN:**
LEFT KNEE DIAGNOSTIC AND THERAPEUTIC INJECTION WITH ULTRASOUND GUIDANCE
MRI RIGHT KNEE "RULE OUT MENISCUS TEAR", AND LSPINE "RULE OUT DISC PROTRUSION"
PT FOR NECK AND BACK (SEE RX)

FAX NO. 1-650-991-2650 P. 019/032

364

Date of Service: 4/9/2013 Patient: Gloria Bertacchi-freeman Page: 2

FLEXERIL, NORCO RX REFILL X1
CONSIDER INJECTION RIGHT KNEE DEPENDING ON MRI FINDINGS
I discussed my findings and the treatment options with the patient. Next appointment scheduled for 5/6/13.

**Patient Education Material(s) - Dated 4/7/2013 [illegible]**
Verbal education

Leslie H Kim, M.D.
CA License # G41605

Bertacchi-Freeman/Hartford000865

365

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

Orthopaedic Surgery Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

4/9/2013

Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 4/9/2013
**REFERRING PROVIDER:**. No data for Referral First Name No data for Referral Last Name

### SUBJECTIVE FINDINGS:

Ms. Bertacchi-Freeman is here to follow up. Completed 20+ sessions of PT, states that "knees are better than before the surgery, but still pain in both knees, back and neck." Had a bone density test done 03/14/2013, was told that she has osteopenia. She continues to take flexeril PRN , naproxen PRN , and norco PRN pain.

### MEDICATIONS:

Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

### ALLERGIES:

NKDA

### OBJECTIVE FINDINGS:

RESTRICTED L-SPINE FLEXION-EXTENSION, END-RANGE PAIN
GOOD BILATERAL KNEE ROM
LEFT PERIPATELLAR, RIGHT ANTERIOR AND MJL TENDERNESS
POSITIVE RIGHT EXTERNAL MCMURRAY PAIN

### DIAGNOSIS:

1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
2.RIGHT KNEE PAIN, RULE OUT EXTENSOR TENDINITIS, INTERNAL JOINT DERANGEMENT
3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4.LUMBAR STRAIN-SPRAIN, RULE OUT DISCOGENIC PAIN, DDD
717.9–Knee – IDK
717.7–Knee – Chondromalacia
715.16–Knee – OA knee

### PRESCRIPITION

~Prescription~

### ASSESSMENT & PLAN:

LEFT KNEE DIAGNOSTIC AND THERAPEUTIC INJECTION WITH ULTRASOUND GUIDANCE
MRI RIGHT KNEE "RULE OUT MENISCUS TEAR", AND LSPINE "RULE OUT DISC PROTRUSION"
PT FOR NECK AND BACK (SEE RX)

Date of Service: 4/9/2013 Patient: Gloria Bertacchi-freeman Page: 2

FLEXERIL, NORCO RX REFILL X1
CONSIDER INJECTION RIGHT KNEE DEPENDING ON MRI FINDINGS
I discussed my findings and the treatment options with the patient. Next appointment scheduled for 5/6/13.

**Patient Education Material(s) Dated 4/7/2013**

Verbal education

Leslie H Kim, M.D.
CA License # G41605

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
## Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

5/6/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Social Security #: REDACTED 3990
Employer:
Date of Examination: 5/6/2013
Date of Report: 5/6/2013
Date of Injury: No data for Date
Claim Number: No data for Workers Comp Claim Number

### SUBJECTIVE:

I had a visit with Gloria Bertacchi-freeman on 5/6/2013 in my office.

She recieved an injection to the left knee last visit. It decreased her pain by 30%, but it elevated your blood pressure, and caused some insomnia. Symtoms lasted only a week.

Has not gone for the MRI of right knee and L spine. Gave patient an MRI script, will be going to Mercy Medical Center in Sacramento,CA.

She has started PT, has completed 6 sessions. She was in "unbearable pain" before PT, now she has decreased her medication use as the pain has began to subside. She can now turn her head from side to side with minimal pain, and can bend over with minimal pain.

She currently Norco PRN, Flexeril PRN, Naproxen PRN, Tylneol otc PRN. Is requesting a refill of Norco and Flexeril today.

### OBJECTIVE:

RESTRICTED L-SPINE FLEXION-EXTENSION, END-RANGE PAIN
GOOD BILATERAL KNEE ROM
LEFT PERIPATELLAR, RIGHT ANTERIOR AND MJL TENDERNESS
POSITIVE RIGHT EXTERNAL MCMURRAY PAIN

### ASSESSMENT:

-1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
-2.RIGHT KNEE PAIN, RULE OUT EXTENSOR TENDINITIS, INTERNAL JOINT DERANGEMENT
-3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
-4.LUMBAR STRAIN-SPRAIN, RULE OUT DISCOGENIC PAIN, DDD
-717.9-Knee - IDK
-717.7-Knee - Chondromalacia
-715.16-Knee - OA knee

Bertacchi-Freeman/Hartford000868

Date of Service: 5/6/2013 Patient: Gloria Bertacchi-freeman Page: 2

**PLAN:**
I discussed with Gloria Bertacchi-freeman my findings after listening to the subjective complaints and performing my examination. Completed 15+ visits since January. Discussed reserving some PT for the end of the year when colder weather.

Continue in self therapy.
OTC Capsacin ointment/lotion on cold inclement days.
Refill Lidoderm 5% #30 prn pain.

RTC 4-6 weeks

**Allgergies:**
NKDA

**Medications:**
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

**WORK STATUS:**
LEFT KNEE DIAGNOSTIC AND THERAPEUTIC INJECTION WITH ULTRASOUND GUIDANCE
MRI RIGHT KNEE "RULE OUT MENISCUS TEAR", AND LSPINE "RULE OUT DISC PROTRUSION"
PT FOR NECK AND BACK (SEE RX)
FLEXERIL, NORCO RX REFILL X1
CONSIDER INJECTION RIGHT KNEE DEPENDING ON MRI FINDINGS
I discussed my findings and the treatment options with the patient. Next appointment scheduled for

Sincerely,

Duane Medeiros, MSN-NP
Orthopedic Surgery
CA license # NP12497

455 Hickey Boulevard, Suite 200
Daly City, CA 94015
Phone: (650) 757-2030
Fax: (650) 757-2036

Study: MRI - Knee LT- without Contrast *73721
Patient: BERTACCHI FREEMAN, GLORIA
Medical Record #: 100533
Date of Birth: REDACTED/1953
Date of Service: 01/25/2011
Ordering Physician: DUANE MEDEIROS, NP

MRI LEFT KNEE WITHOUT CONTRAST:

CLINICAL HISTORY:
Sudden onset pain.

TECHNIQUE:
The following MR sequences were performed of the left knee:

1. PD fat suppression Axial
2. PD Sagittal
3. PD with fat saturation Sagittal
4. PD Coronal
5. PD with fat saturation Coronal
6. PD thin slice Sagittal Oblique through the ACL

FINDINGS:
The anterior cruciate ligament is intact. The posterior cruciate ligament is intact. The medial collateral ligament is intact.

There is mild scarring of the proximal fibers of the medial collateral ligament, with fibers in continuity. Lateral collateral ligament complex is intact.

Evaluation of the lateral compartment, demonstrates intact lateral meniscus. The lateral compartmental cartilage is well preserved. There is no abnormal lateral compartmental marrow edema.

Evaluation of the medial compartment, demonstrates a partial root tear of the posterior horn root attachment of the medial meniscus, with extension into the posterior horn and posterior aspect of the body of the medial meniscus. There is mild peripheral subluxation of the body segment of the medial meniscus into the medial joint line with overlying synovitis. There is peripheral marginal edema in the medial femoral condyle and posteromedial femoral condyle, with overlying shallow chondral fissuring likely representing underlying reactive changes with superimposed osseous contusion. The medial tibial plateau cartilage is well preserved.

The trochlear cartilage is well preserved. The patellar cartilage is well preserved. The medial retinaculum is intact. The lateral retinaculum is intact. The patellar tendon is intact. The quadriceps tendon is intact. There is a large joint effusion, with mild synovitis and debris. There are no osteochondral bodies. There is a small popliteal fossa cyst.

IMPRESSION:

1. Partial root tear of the posterior horn of the posterior horn root attachment at the medial meniscus, with extension to the posterior horn and posterior aspect of the body of the medial meniscus. Associated mild peripheral subluxation of the body segment of the medial meniscus into the medial joint line.
2. Focal osseous contusion and marrow edema of the peripheral margin of the medial femoral condyle and posteromedial femoral condyle with overlying shallow chondral fissuring.

370

Patient: BERTACCHI FREEMAN, GLORIA
Date of Service: 01/26/2011
Page 2 of 2

Medical Record #: 100533
Study: MRI - Knee LT- without Contrast *73721

3. Scarring of the proximal fibers of the medial collateral ligament with fibers in continuity.
4. Moderate to large joint effusion with mild synovitis.
5. A small popliteal fossa cyst as described above.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED Brian Kim, MD

Brian Kim, MD

cc:

D: 01/25/11 T: 01/25/11
BK/vj

371

# Mobility Dx

1879 Lundy Ave Suite 218
San Jose CA, 95131
408-373-6176

MSK ULTRASOUND TECH WORKSHEET

Patient Name Bertacchi-Freeman, Gloria Date 4.9.13

Pt ID# 546763 Facility West Bay ortho

Sonographer CC Doctor DR. KIM

Clinical Indications-
(L) Knee u/s Guided injections (2)

Ultrasound Findings-
Long probe placement - anterolateral, infrapatellar for out-of-plane injection

Number of Procedures 2 Side of #1 Left ✓ Right ___ Side of #2 Left ✓ Right ___

Location #1 (L) Knee Location #2 - same -

Medication(s) Injected 1st: 1cc Lidocaine 2nd: 3cc Marcaine 1cc Depo-Medrol

| | | | | | |
|---|---|---|---|---|---|
| ✓ | 76942-26 Ultrasonic guidance for needle placement W/ Final Radiologist interpretation | ✓ | 76881-26 Ultrasound, extremity, nonvascular, real time with image documentation | | 76882-26 Ultrasound, extremity, nonvascular, real time with image documentation, limited |
| | 20605 Arthrocentesis, aspiration and/or injection; intermediate joint or bursa (eg, AC Joint, wrist, elbow or ankle) | ✓ | 20610 Arthrocentesis, aspiration and/or injection; major joint or bursa (eg, shoulder, hip, knee joint, subacromial bursa) | | 20600 Arthrocentesis, aspiration and/or injection; small joint or bursa (eg, fingers, toes) |
| | 20550 injections of tendon sheath, ligament, trigger points or ganglion cyst | | 20551 Inject tend origin/insertion | | 20552 Injection(s); single or multiple trigger point(s), one or two muscle(s) |
| | 10022 Needle aspiration; with imaging guidance | | 20612 Aspiration of ganglion cyst | | 64415 injection, anesthetic agent; brachial plexus, single |
| | 64455 Neuroma/Somat periph block Diag/Ther | ✓ | 64450 Injects an anesthetic agent into a peripheral nerve or branch | | 64418 injection, anesthetic; suprascapular nerve |

ICD9 Code(s) 717.7 / 715.16 (common ICD9 729.5, pain in limb, 719.47 painful joint)

Tech Use Only:
Pt Face Sheet: ___ Insurance Info ___ PR2: ___ Report Fax # 650.991.2650

Images Sent: ___ Insurance Sent: ___ Face Sheet sent: ___ Tech Sheet left at facility: ✓

372

UC Davis Medical Group
ROC FAM PRAC/INT MED
550 West Ranch View Drive
Suite 2005
Rocklin CA 95765-5391
916-295-5700

Gloria M Bertacchi
5135 Moss Lane
Granite Bay CA 95746

3/18/2013

Dear Ms. Bertacchi,

I have reviewed your test results and want to give them to you.

DEXA, COMPLETE

| Component | Value | Range |
|---|---|---|
| TRANSCRIPTIONS Value: | | |

EXAM DATE: 3/14/201

PROCEDURE: DUAL ENERGY X-RAY BONE DENSITOMETRY

COMPARISON: None available at UCDMC.

INDICATION: 59 year old postmenopausal woman at risk for osteoporosis because of positive family history.

PROCEDURE:

We employ a Hologic dual energy x-ray DEXA bone densitometer. UCDMC bone mineral analysis protocol includes measurements of the lumbar spine in the anterior-posterior (AP) and/or lateral projection(s), as well as the AP left hip. This patient's most pertinent measurements are reported in the table below. The patient's bone mineral questionnaire and other data are on file. Degenerative arthritis, compression injuries, anatomic variations, or postsurgical changes may alter our analysis protocol as per the table below. The patient's bone mineral density (BMD) is compared to the peak bone mineral density of a healthy "young normal" adult control population (T score) and with an "age- and sex-matched" adult population (Z score).

FINDINGS:

Anatomic Location: AP LUMBAR SPINE
BMD (gm/cm2): 1.102
SD above (+)/below, (-) T score: 0.5
SD above (+)/below, (-) Z score: 1.9

373

Anatomic Location: LATERAL LUMBAR SPINE
BMD (gm/cm2): 0.669
SD above (+)/below, (-) T score: -1.8
SD above (+)/below, (-) Z score: 0.4

Anatomic Location: LEFT FEMORAL NECK
BMD (gm/cm2): 0.694
SD above (+)/below, (-) T score: -1.4
SD above (+)/below, (-) Z score: -0.1

Anatomic Location: LEFT WARD'S TRIANGLE
BMD (gm/cm2): 0.614
SD above (+)/below, (-) T score: -1.9
SD above (+)/below, (-) Z score: 0.1

The Ward's triangle is considered as the region of highest trabecular bone and lowest BMD within the hip. The average BMD in the femoral neck is probably a better indicator of current femoral neck fracture risk.

The fracture risk is related to the degree in reduction in BMD expressed as standard deviations (SD) below the "young normal" adult peak bone density value (T score). The risk for fracture is increased approximately 2-3 times for each SD below the T score. The greater the reduction, the greater the risk for insufficiency fractures. The fracture threshold is defined as BMD 2 or more SD below the T score, which places the patient at least 4-6 times increased risk for insufficiency fractures.

WORLD HEALTH ORGANIZATION CATEGORIES:

1. NORMAL: A value for BMD within 1.0 SD of the T score.

2. LOW BONE MASS (osteopenia): A value for BMD between 1.0 and 2.5 SD below the T score.

3. OSTEOPOROSIS: A value for BMD 2.5 SD or more below T score.

4. SEVERE OSTEOPOROSIS (established osteoporosis): A value for BMD more than 2.5 SD below the T score in the presence of one or more fragility fractures.

THE FRAX INDEX (WHO FRACTURE RISK ASSESSMENT TOOL), ESTIMATES THIS
PATIENT'S 10-YEAR RISK OF A MAJOR OSTEOPOROTIC FRACTURE AT 14 %, AND
THE 10-YEAR RISK OF A HIP FRACTURE AT 0.5 %. THIS IS BASED UPOI THE
FRAX VERSION 3.01 SOFTWARE, AND ASSUMES THAT THE PATIENT IS NOT
TREATED, IS NOT A PREMENOPAUSAL WOMAN, AND HAS A BODY

374

MASS INDEX OF
30.0.

IMPRESSION:

1. OSTEOPENIA OF THE LATERAL LUMBAR SPINE, WITH AP MEASUREMENT IN THE NORMAL RANGE. CONSIDER RADIOGRAPHIC CORRELATION IF CLINICALLY INDICATED TO FURTHER EVALUATE FOR DISCORDANT FINDINGS.

2. OSTEOPENIA OF THE LEFT FEMORAL NECK.

3. THE FRAX INDEX (WHO FRACTURE RISK ASSESSMENT TOOL), ESTIMATES THIS PATIENT'S 10-YEAR RISK OF A MAJOR OSTEOPOROTIC FRACTURE AT 14 %, AND THE 10-YEAR RISK OF A HIP FRACTURE AT 0.5 %.

Final Report Created By: Rosalie Hagge, M.D. on 3/18/2013 1:29 PM
Electronically signed by: Rosalie Hagge, M.D.

comments

You have osteopenia. Make sure you take 600 units vitamin D daily and 1200 mg calcium daily.
No other follow up or medication changes are needed at this time.

Sincerely,

Thuy Rose Nguyen, DO

No future appointments.

375

# OPERATIVE NOTE

| | | |
|---|---|---|
| CAMPUS SURGERY CENTER<br>901 Campus Drive Suite 102<br>Daly City, CA 94015 | PATIENT:<br>MEDICAL RECORD #:<br>PHYSICIAN:<br>DATE OF SERVICE: | Bertacchi Freeman, Gloria<br>14637<br>Leslie Kim, M.D.<br>12/13/2012 |

**DATE OF PROCEDURE:** 12/13/2012

**DICTATING PHYSICIAN:** Leslie Kim, M.D.

**PREOPERATIVE DIAGNOSES:**
1. Left knee medial meniscus tear.
2. Underlying left knee degenerative joint changes.

**POSTOPERATIVE DIAGNOSES:**
1. Left knee medial meniscus tear.
2. Underlying left knee degenerative joint changes.
3. Left knee lateral meniscus tear.
4. Left knee hypertrophic synovitis.

**OPERATIVE PROCEDURES:**
1. Left knee arthroscopic partial medial and lateral meniscectomy.
2. Left knee anteromedial and lateral compartment arthroscopic synovectomy.

**SURGEON:** Leslie Kim, M.D.

**ASSISTANT:** None.

**ANESTHESIA:** General LMA.

**INDICATIONS FOR PROCEDURE AND SURGICAL FINDINGS:**

The patient had persistent signs and symptoms of left knee medial meniscus tear with positive findings on MRI scan. She underwent a conservative treatment, but continued to complain of significant pain and mechanical symptoms interfering with normal daily activities. Arthroscopic surgical evaluation and treatment were therefore requested.

At the time of surgery, the patient was noted to have good knee passive range of motion. No significant anteroposterior or mediolateral laxity was demonstrated on manual stress testing. Arthroscopic evaluation of the joint revealed diffuse hypertrophic synovitis. There was extensive synovitis anteriorly in the medial and lateral compartments. Loose cartilaginous debris was also noted in the joint, but no large loose body. The patellofemoral tracking appeared normal, but there was grade 2 chondromalacia on the medial and lateral patellar facets. Grade 1-2 changes were evident on the femoral trochlear groove. Medial and lateral gutter inspection revealed no osteophyte formation or loose bodies. In the lateral compartment, essential radial tearing of the meniscus was present. Grade 2 essential tibial chondromalacia was present. Inspection of the notch revealed hypertrophic synovium. Normal-appearing anterior cruciate ligament was present. In the medial compartment, posterior horn root tear was present.

Campus Surgery Center
Operative Report

Bertacchi Freeman, Gloria
12/13/2012 00:00:00

There was also essential tearing of the body of medial meniscus. Grade 2 changes were present on the femoral and tibial articular surfaces. No other abnormalities were noted.

**DESCRIPTION OF PROCEDURE:**

The patient was administered general laryngeal mask anesthesia in a supine position. The left lower extremity was then prepped and draped in the usual sterile fashion. A tourniquet was placed around the proximal thigh, but not inflated during the procedure. Standard anteromedial and anterolateral portals were made with a #11 blade. The arthroscope was introduced into the anterolateral portal. Systematic examination was performed. A straight and angled basket punch forceps were then used to perform partial meniscectomy. Torn and unstable meniscus in the body and posterior horn on the medial site was resected. Essential tearing of the lateral meniscus was also resected. A motorized shaver was used to debride and smooth the edges. Loose articular cartilage in the medial and lateral compartments was debrided with the motorized shaver. A hypertrophic synovium was resected with the motorized shaver. The arthroscopic cautery device was also used to debride the soft tissue and obtained hemostasis. The joint was then copiously irrigated and suctioned free of debris. Then, 0.5% Marcaine with epinephrine and 15 mg of morphine were injected around the portal sites. The portal wounds were closed with interrupted 4-0 nylon sutures. Xeroform and dry gauze dressing was applied followed by an Ace compression bandage. The patient tolerated the procedure well with negligible blood loss. She was transferred to the recovery room in good condition.

______________________________
Leslie Kim, M.D.

LK/111/223/1138152d00 DD: 12/13/2012 DT: 12/13/2012

Bertacchi-Freeman/Hartford000877

Campus Surgery Center
Operative Report

Bertacchi Freeman, Gloria
12/13/2012 00:00:00

| CPT CODE | APC | MOD | ICD9 | ICD V3 | PHYSICIAN | COMMENTS |
|---|---|---|---|---|---|---|
| 29880<br>...<br>29876 | 0041<br><br>0041 | LT<br>...<br>59LT | 836.0<br>836.1<br>727.00<br>715.36 | 80.6<br>...<br>80.76 | LESLIE KIM | |

2015090210007 60
378
SCANNED

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY Edmund G. Brown Jr., Governor

**DEPARTMENT OF SOCIAL SERVICES**
S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845
FAX: 1-866-767-6349

S62/R08/SWBYRD

May 14, 2013

WEST BAY ORTHOPAEDIC MEDICAL
GROUP/MEDICAL RECS
901 CAMPUS DR
STE 111
DALY CITY CA 94015

## This Bar Code Page is the Return Cover Sheet for Records.

**Important:** This bar code page must be the top page of your response. Invoices must be placed directly behind this page as the second page submitted. All other documents, including invoices, must be placed behind this page. *If you are sending records for more than one individual, you may fax or mail them at the same time, as long as each individual's bar code page is sequenced as the first page of that individual's records.

## FAX Records Toll Free to 1-866-767-6349.

or

**You can upload electronic records if you are registered on the Electronic Records Express Secured Website. For info - www.socialsecurity.gov/ere**

or

**If mailing, this page must be on top of your records. Slide this page into the return window envelope with this address showing.**

S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845

**Save Time and Money! Receive Faster Payments for Records! Fax or Scan your records. Both methods are HIPAA compliant and preferred for security, speed, and efficiency.**

RQID:D13949630054977 09R08____ SITE:S62 DR:S
SSN:********* DOCTYPE:0001 RF:D CS:59ad
Claimant: GLORIA M BERTACCHI
SSN: ***-**-3990 DOB: REDACTED /1953

MEF IH2 (12/12) LESLIE H KIM

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

Edmund G. Brown Jr., Governor

DEPARTMENT OF SOCIAL SERVICES
S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9846
FAX: 1-866-767-6349

S62/R08/SWBYRD

May 14, 2013

SECOND REQUEST

WEST BAY ORTHOPAEDIC MEDICAL
GROUP/MEDICAL RECS
901 CAMPUS DR
STE 111
DALY CITY CA 94015

RE: GLORIA M BERTACCHI
AKA: Gloria Marie Freeman
SSN: ***-**-3990
DOB: REDACTED 1953
DDS CASE NUMBER: 1394963
CONTRACT NUMBER: 5497709
SERVICE VENDOR NUMBER: K013038

THIS IS A FOLLOW-UP REQUEST. We originally sent you a request approximately 05/01/2013. If you have already responded to our original request, please disregard this letter. We cannot pay for duplicate reports. AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS WAS ALSO ATTACHED TO THE ORIGINAL REQUEST.

The above-named individual has applied for disability benefits under the Social Security Act. This agency is responsible for adjudicating the claim. Your Institution has been identified as a source of medical evidence for the claimant.

IDENTIFYING INFORMATION:

Adm/Dschg Dates: 10/2011 to present ONLY
Outpatient Dates: 10/2011 to present ONLY
Patient No:

Alleged Impairments:
Back Injury(Lumbar Strain or Sprain) Sprain or Strain of Cervical Spine, Degenerative Disk Disease; Knee Injuries (Left and Right), Radiculopathy; High Blood Pressure, GERD, Asthma

INCLUDE THE FOLLOWING INFORMATION IF APPLICABLE:

Adm, H & P, Dchg.Sm,
Consultations
CT/MRI Reports
Lab Tests

MEF IH2 (12/12) LESLIE H KIM

# Please note pages 433 to 443 are intentionally left blank due to numbering error

Bertacchi-Freeman/Hartford000881

| | | | |
|---|---|---|---|
| Heart rate | Nov 15, 2012 | 2095 | |
| SaO2% BldC Oximetry | Nov 15, 2012 | 96% | % |
| Weight Measured | Nov 15, 2012 | 97.523 kg | kg |

Narrative Text

| Encounter Date | BP | Pulse | Temp | Resp | Ht | Wt | SpO2 |
|---|---|---|---|---|---|---|---|
| 11/15/2012 | 118 / 70 | 95 | 97.8 °F (36.6 °C) | | 5' 1" (1.549 m) | 215 lb (97.523 kg) | 96% |

494

# MEDS

## Medication Information

### Non-identified Provider

| Date | Product | Indication | Status | Dose | Frequency | Quantity |
|---|---|---|---|---|---|---|
| No Date Available | Cyclobenzaprine 10 Mg Tablet | | Active | 10 MG | Every .33333333333333333d | |
| No Date Available | Hydrochlorothiazide 25 Mg Tablet | | Active | 25 MG | Unknown | |
| No Date Available | Levothyroxine 150 McG Tablet | | Active | 150 MCG | Unknown | |
| No Date Available | Lidocaine 5 % (700 Mg/Patch) Adhesive Patch | | Active | 1 PATCH | Unknown | |
| No Date Available | Aciphex 20 Mg Tablet,Delayed Release | | Active | 20 MG | Every 1d | |

Narrative Text

| Prescription | Sig. | Disp. | Refills | Associated Diagnoses | Start Date | End Date |
|---|---|---|---|---|---|---|
| Cyclobenzaprine (FLEXERIL) 10 mg Tablet | Take 10 mg by mouth three times daily if needed. | | | | | |
| Hydrochlorothiazide (HYDRO-DIURIL) 25 mg Tablet | Take 25 mg by mouth every morning. | | | | | |
| Levothyroxine (SYNTHROID) 150 mcg Tablet | Take 150 mcg by mouth every morning before a meal. | | | | | |
| Lidocaine (LIDOCAINE) 5 % (700 mg/patch) Patch | Apply 1 patch to the skin every 24 hours. | | | | | |
| Rabeprazole (ACIPHEX) 20 mg EC Tablet | Take 20 mg by mouth every day. | | | | | |

| Component | Value | Range |
|---|---|---|
| | The eGFR is not reliable in certain groups, including severely ill patients. Also, patients >59 years of age can have a mildly reduced GFR due to aging. The MDRD equations used to estimate GFR have been validated only in Caucasian and African-Americans 18 - 70 years of age. The equations have not been validated in other population groups, including pregnant women, transplant recipients, medically unstable patients including those with acute renal failure, or in persons with extremes of body size, muscle mass, or nutritional status. Application of the MDRD calculation in these cases may lead to errors in GFR estimation. | |
| GLUCOSE | 97<br>Comment:<br>The reference interval is based on a fasting patient. | 70-99 mg/dL |
| CALCIUM | 9.5 | 8.6-10.5 mg/dL |
| PROTEIN | 7.4 | 6.3-8.3 g/dL |
| ALBUMIN | 3.9 | 3.4-4.8 g/dL |
| ALKALINE PHOSPHATASE (ALP) | 78 | 35-115 U/L |
| ASPARTATE TRANSAMINASE (AST) | 32 | 15-43 U/L |
| BILIRUBIN TOTAL | 0.5 | 0.3-1.3 mg/dL |
| ALANINE TRANSFERASE (ALT) | 33 | 5-54 U/L |

CULTURE URINE ROUTINE, BACTI (11/16/2012 10:11 AM PST)

| Component | Value | Range |
|---|---|---|
| CULTURE URINE | CULTURE URINE Final<br>10,000 - 100,000 CFU (ORGANISMS)/ML MIXED FLORA | |

**Specimen**

URINE

---

# VITALS

## Vital Signs

| Type | Date | Interpretation | Value | Ref Range |
|---|---|---|---|---|
| BP dias | Nov 15, 2012 | | 70 mm[Hg] | mm[Hg] |
| BP sys | Nov 15, 2012 | | 118 mm[Hg] | mm[Hg] |
| Bdy height | Nov 15, 2012 | | 154.9 cm | cm |
| Body temperature | Nov 15, 2012 | | 36.6 Cel | Cel |

| Component | Value | Range |
|---|---|---|
| WBC | 3-6 (H) | |
| BACTERIA/HPF | Few | Neg/Few /HPF |
| SQUAMOUS EPI | 3-6 (H) | 0-3 /HPF |
| AMORPH CRYSTALS | Present | Pres/Absent /HPF |
| URINE CULTURE | INDICATED (A)<br>Comment:<br>See Microbiology Report for Culture Results | |

**Specimen**

URINE

**Narrative**

Microscopic done by dilution.

- -

TSH WITH FREE T4 REFLEX (11/16/2012 10:12 AM PST)

| Component | Value | Range |
|---|---|---|
| THYROID STIMULATING HORMONE | 1.17 | 0.35-3.30 mcIU/mL |

- -

LIPID PANEL WITH DLDL REFLEX (11/16/2012 10:12 AM PST)

| Component | Value | Range |
|---|---|---|
| FASTING | YES | |
| CHOLESTEROL | 345 (H)<br>Comment:<br>Desirable adult value < 200 mg/dL | 0-200 mg/dL |
| HDL CHOLESTEROL | 35 | >= 35 mg/dL |
| LDL CHOLESTEROL CALCULATION | 252 (H) | < 130 mg/dL |
| TOTAL CHOLESTEROL:HDL RATIO | 9.9 (H) | < 4.0 |
| TRIGLYCERIDE | 290 (H) | 35-160 mg/dL |
| NON-HDL CHOLESTEROL | 310 (H)<br>Comment:<br>Desirable: <130 | 0-150 mg/dl |

- -

COMPREHENSIVE METABOLIC PANEL (11/16/2012 10:12 AM PST)

| Component | Value | Range |
|---|---|---|
| SODIUM | 140 | 135-145 mEq/L |
| POTASSIUM | 3.6 | 3.3-5.0 mEq/L |
| CHLORIDE | 102 | 95-110 mEq/L |
| CARBON DIOXIDE TOTAL | 28 | 24-32 mEq/L |
| UREA NITROGEN, BLOOD (BUN) | 12 | 8-22 mg/dL |
| CREATININE BLOOD | 0.66 | 0.44-1.27 mg/dL |
| E-GFR, AFRICAN AMERICAN | >60<br>Comment:<br>mL/min/1.73 square meters | >60 SEE NOTE |
| E-GFR, NON-AFRICAN AMERICAN | >60<br>Comment:<br>mL/min/1.73 square meters<br>Note: The estimated GFR result assumes a steady-state and is most accurate for GFRs <60 mL/min/1.73 square meters. | >60 SEE NOTE |

| Date | Test | |
|---|---|---|
| | E-GFR, NON-AFRICAN AMERICAN | **Value:** >60<br>**Ref Range:** >60 SEE NOTE |
| | GLUCOSE | **Value:** 97 mg/dL<br>**Ref Range:** 70-99 mg/dL |
| | POTASSIUM | **Value:** 3.6 mEq/L<br>**Ref Range:** 3.3-5.0 mEq/L |
| | PROTEIN | **Value:** 7.4 g/dL<br>**Ref Range:** 6.3-8.3 g/dL |
| | SODIUM | **Value:** 140 mEq/L<br>**Ref Range:** 135-145 mEq/L |
| | UREA NITROGEN, BLOOD (BUN) | **Value:** 12 mg/dL<br>**Ref Range:** 8-22 mg/dL |
| Nov 16, 2012 | **LIPID PANEL WITH DLDL REFLEX** | |
| | CHOLESTEROL | **Value:** 345 mg/dL<br>**Ref Range:** 0-200 mg/dL<br>**Interpretation:** H |
| | FASTING | **Value:** YES |
| | HDL CHOLESTEROL | **Value:** 35 mg/dL<br>**Ref Range:** >= 35 mg/dL |
| | LDL CHOLESTEROL CALCULATION | **Value:** 252 mg/dL<br>**Ref Range:** < 130 mg/dL<br>**Interpretation:** H |
| | Associated Procedure: LIPID PANEL WITH DLDL REFLEX | Text: LIPID PANEL WITH DLDL REFLEX (11/16/2012 10:12 AM PST) Component Value Range FASTING YES CHOLESTEROL 345 (H) Comment: Desirable adult value < 200 mg/dL 0-200 mg/dL HDL CHOLESTEROL 35 >= 35 mg/dL LDL CHOLESTEROL CALCULATION 252 (H) < 130 mg/dL TOTAL CHOLESTEROL:HDL RATIO 9.9 (H) < 4.0 TRIGLYCERIDE 290 (H) 35-160 mg/dL NON-HDL CHOLESTEROL 310 (H) Comment: Desirable: <130 0-150 mg/dl |
| | NON-HDL CHOLESTEROL | **Value:** 310 mg/dl<br>**Ref Range:** 0-150 mg/dl<br>**Interpretation:** H |
| | TOTAL CHOLESTEROL:HDL RATIO | **Value:** 9.9<br>**Ref Range:** < 4.0<br>**Interpretation:** H |
| | TRIGLYCERIDE | **Value:** 290 mg/dL<br>**Ref Range:** 35-160 mg/dL<br>**Interpretation:** H |

**Narrative Text**

URINALYSIS AND CULTURE IF IND (11/16/2012 10:12 AM PST)

| Component | Value | Range |
|---|---|---|
| COLLECTION | Clean Catch | |
| COLOR | Yellow | None/Yellow |
| CLARITY | TURBID (A) | Clr/Sl Turb |
| SPECIFIC GRAVITY | 1.025 | 1.002-1.030 |
| pH URINE | 6.0 | 4.8-7.8 |
| OCCULT BLOOD URINE | Negative | Negative mg/dL |
| BILIRUBIN URINE | Negative | Negative |
| KETONES | Negative | Negative mg/dL |
| GLUCOSE URINE | Negative | Negative mg/dL |
| PROTEIN URINE | 30 (A) | Neg/Trace mg/dL |
| UROBILINOGEN. | < 2.0 | Neg-2.0 mg/dL |
| NITRITE URINE | Negative | Negative |
| LEUK. ESTERASE | Negative | Negative |
| MICROSCOPIC | INDICATED | |

| | | |
|---|---|---|
| | CULTURE IF IND | SPECIFIC GRAVITY 1.025 1.002-1.030 pH URINE 6.0 4.8-7.8 OCCULT BLOOD URINE Negative Negative mg/dL BILIRUBIN URINE Negative Negative KETONES Negative Negative mg/dL GLUCOSE URINE Negative Negative mg/dL PROTEIN URINE 30 (A) Neg/Trace mg/dL UROBILINOGEN. < 2.0 Neg-2.0 mg/dL NITRITE URINE Negative Negative LEUK. ESTERASE Negative Negative MICROSCOPIC INDICATED WBC 3-6 (H) 0-3 /HPF BACTERIA/HPF Few Neg/Few /HPF SQUAMOUS EPI 3-6 (H) 0-3 /HPF AMORPH CRYSTALS Present Pres/Absent /HPF URINE CULTURE INDICATED (A) Comment: See Microbiology Report for Culture Results Specimen URINE Narrative Microscopic done by dilution. |
| | URINE CULTURE | **Value:** INDICATED<br>**Interpretation:** A |
| | UROBILINOGEN. | **Value:** < 2.0<br>**Ref Range:** Neg-2.0 mg/dL |
| | WBC | **Value:** 3-6<br>**Ref Range:** 0-3 /HPF<br>**Interpretation:** H |
| | pH URINE | **Value:** 6.0<br>**Ref Range:** 4.8-7.8 |
| Nov 16, 2012 | **TSH WITH FREE T4 REFLEX** | |
| | THYROID STIMULATING HORMONE | **Value:** 1.17 mcIU/mL<br>**Ref Range:** 0.35-3.30 mcIU/mL |
| | Associated Procedure: TSH WITH FREE T4 REFLEX | **Text:** TSH WITH FREE T4 REFLEX (11/16/2012 10:12 AM PST) Component Value Range THYROID STIMULATING HORMONE 1.17 0.35-3.30 mcIU/mL |
| Nov 16, 2012 | **COMPREHENSIVE METABOLIC PANEL** | |
| | ALANINE TRANSFERASE (ALT) | **Value:** 33 U/L<br>**Ref Range:** 5-54 U/L |
| | ALBUMIN | **Value:** 3.9 g/dL<br>**Ref Range:** 3.4-4.8 g/dL |
| | ALKALINE PHOSPHATASE (ALP) | **Value:** 78 U/L<br>**Ref Range:** 35-115 U/L |
| | ASPARTATE TRANSAMINASE (AST) | **Value:** 32 U/L<br>**Ref Range:** 15-43 U/L |
| | BILIRUBIN TOTAL | **Value:** 0.5 mg/dL<br>**Ref Range:** 0.3-1.3 mg/dL |
| | CALCIUM | **Value:** 9.5 mg/dL<br>**Ref Range:** 8.6-10.5 mg/dL |
| | CARBON DIOXIDE TOTAL | **Value:** 28 mEq/L<br>**Ref Range:** 24-32 mEq/L |
| | CHLORIDE | **Value:** 102 mEq/L<br>**Ref Range:** 95-110 mEq/L |
| | Associated Procedure: COMPREHENSIVE METABOLIC PANEL | **Text:** COMPREHENSIVE METABOLIC PANEL (11/16/2012 10:12 AM PST) Component Value Range SODIUM 140 135-145 mEq/L POTASSIUM 3.6 3.3-5.0 mEq/L CHLORIDE 102 95-110 mEq/L CARBON DIOXIDE TOTAL 28 24-32 mEq/L UREA NITROGEN, BLOOD (BUN) 12 8-22 mg/dL CREATININE BLOOD 0.66 0.44-1.27 mg/dL E-GFR, AFRICAN AMERICAN >60 Comment mL/min/1.73 square meters >60 SEE NOTE E-GFR, NON-AFRICAN AMERICAN >60 Comment mL/min/1.73 square meters Note: The estimated GFR result assumes a steady-state and is most accurate for GFRs ≤60 mL/min/1.73 square meters. The eGFR is not reliable in certain groups, including severely ill patients. Also, patients >59 years of age can have a mildly reduced GFR due to aging. The MDRD equations used to estimate GFR have been validated only in Caucasian and African-Americans 18 - 70 years of age. The equations have not been validated in other population groups, including pregnant women, transplant recipients, medically unstable patients including those with acute renal failure, or in persons with extremes of body size, muscle mass, or nutritional status. Application of the MDRD calculation in these cases may lead to errors in GFR estimation. >60 SEE NOTE GLUCOSE 97 Comment: The reference interval is based on a fasting patient. 70-99 mg/dL CALCIUM 9.5 8.6-10.5 mg/dL PROTEIN 7.4 6.3-8.3 g/dL ALBUMIN 3.9 3.4-4.8 g/dL ALKALINE PHOSPHATASE (ALP) 78 35-115 U/L ASPARTATE TRANSAMINASE (AST) 32 15-43 U/L BILIRUBIN TOTAL 0.5 0.3-1.3 mg/dL ALANINE TRANSFERASE (ALT) 33 5-54 U/L |
| | CREATININE BLOOD | **Value:** 0.66 mg/dL<br>**Ref Range:** 0.44-1.27 mg/dL |
| | E-GFR, AFRICAN AMERICAN | **Value:** >60<br>**Ref Range:** >60 SEE NOTE |

your licensed healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

Content Version: 9.4.94723; Last Revised: March 20, 2012

# LABS

**Laboratory Results**

| Date | Test | |
|---|---|---|
| Nov 18, 2012 | URINE | |
| | Associated Procedure: CULTURE URINE ROUTINE, BACTI | Text: CULTURE URINE ROUTINE, BACTI (11/16/2012 10:11 AM PST) Component Value Range CULTURE URINE CULTURE URINE Final 10,000 - 100,000 CFU (ORGANISMS)/ML MIXED FLORA Specimen URINE |
| | CULTURE URINE | |
| Nov 16, 2012 | URINE | |
| | AMORPH CRYSTALS | **Value:** Present<br>**Ref Range:** Pres/Absent /HPF |
| | BACTERIA/HPF | **Value:** Few<br>**Ref Range:** Neg/Few /HPF |
| | BILIRUBIN URINE | **Value:** Negative<br>**Ref Range:** Negative |
| | CLARITY | **Value:** TURBID<br>**Ref Range:** Clr/Sl Turb<br>**Interpretation:** A |
| | COLLECTION | **Value:** Clean Catch |
| | COLOR | **Value:** Yellow<br>**Ref Range:** None/Yellow |
| | GLUCOSE URINE | **Value:** Negative<br>**Ref Range:** Negative mg/dL |
| | KETONES | **Value:** Negative<br>**Ref Range:** Negative mg/dL |
| | LEUK. ESTERASE | **Value:** Negative<br>**Ref Range:** Negative |
| | MICROSCOPIC | **Value:** INDICATED |
| | NITRITE URINE | **Value:** Negative<br>**Ref Range:** Negative |
| | OCCULT BLOOD URINE | **Value:** Negative<br>**Ref Range:** Negative mg/dL |
| | PROTEIN URINE | **Value:** 30 mg/dL<br>**Ref Range:** Neg/Trace mg/dL<br>**Interpretation:** A |
| | SPECIFIC GRAVITY | **Value:** 1.025<br>**Ref Range:** 1.002-1.030 |
| | SQUAMOUS EPI | **Value:** 3-6<br>**Ref Range:** 0-3 /HPF<br>**Interpretation:** H |
| | Associated Procedure: URINALYSIS AND | Text: URINALYSIS AND CULTURE IF IND (11/16/2012 10:12 AM PST) Component Value Range COLLECTION Clean Catch COLOR Yellow None/Yellow CLARITY TURBID (A) Clr/Sl Turb |

your blood.

Cholesterol comes in different types. One type is LDL, which is the "bad" cholesterol that builds up inside the blood vessel walls, making them too narrow. This reduces the flow of blood and can cause a heart attack or stroke. Another type of cholesterol is HDL, which is the "good" cholesterol that helps clear bad cholesterol from the body.

You want your HDL cholesterol to be high and your LDL cholesterol to be low. If you do this, you can reduce your chance of having a heart attack or a stroke.

High cholesterol has no symptoms. You may first find out that you have high cholesterol when you are diagnosed with a problem that is caused in part by high cholesterol, such as a heart condition.

How can you prevent high cholesterol?

Eat a variety of heart-healthy foods.

Eat fruits, vegetables, whole grains (like oatmeal), dried beans and peas, nuts and seeds, soy products (like tofu), and fat-free or low-fat dairy products.

Replace butter, margarine, and hydrogenated or partially hydrogenated oils with olive and canola oils. (Canola oil margarine without trans fat is fine.)

Replace red meat with fish, poultry, and soy protein (like tofu).

Limit processed and packaged foods like chips, crackers, and cookies.

Be physically active. Exercise can improve your cholesterol level. Get at least 30 minutes of exercise on most days of the week. Walking is a good choice. You also may want to do other activities, such as running, swimming, cycling, or playing tennis or team sports.

Stay at a healthy weight.

Don't smoke. Quitting smoking can help raise your good cholesterol. If you need help quitting, talk to your doctor about stop-smoking programs and medicines. These can increase your chances of quitting for good.

How is high cholesterol treated?

Your doctor will suggest making lifestyle changes. For example, your doctor may ask you to eat healthy foods, quit smoking, lose extra weight, and be more active.

You may have to take medicine.

Follow-up care is a key part of your treatment and safety. Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test **results** and keep a list of the medicines you take.

Where can you learn more?

Go to https://www.healthwise.net/patiented

Enter Q621 in the search box to learn more about "Learning About High Cholesterol."

2006-2012 Healthwise, Incorporated. Care instructions adapted under license by UC Davis Medical Center. This care instruction is for use with

extension. Negative Spurling. No knee effusion noted. Patient can ID all points on mono filatment testing in all extremities though has decreased sensation in certain areas not corresponding to certain dermatomes.

ASSESSMENT & PLAN:

401.9 HTN (hypertension)

Plan: COMPREHENSIVE METABOLIC PANEL

278.02 Overweight

Plan: COMPREHENSIVE METABOLIC PANEL, LIPID PANEL WITH

DLDL REFLEX

724.2 Low back pain

Plan: MR L-SPINE WITHOUT CONTRAST

244.9 Unspecified hypothyroidism

Plan: TSH WITH FREE T4 REFLEX

FOLLOW UP: Patient instructed to return

I did review patients past medical and family/social history.

No guarantees were made regarding medical care or treatment outcome. Patient verbalizes understanding of instructions and care plan. Barriers to Learning: None.

Electronically signed by:

Thuy Rose Nguyen, D.O.

Associate Physician PCN

| Date | Type | Specialty | Providers | Description |
|---|---|---|---|---|
| 11/14/2012 | UCD OP Registration | | Staff, Doctor | Htn (Hypertension); Overweight; Unspecified Hypothyroidism; Urinary Incontinence |

**UCD REGISTRATION**
**Nov 14, 2012**

Patient Instructions - Nguyen, Thuy Rose, DO - 11/19/2012 5:42 PM PST

Learning About High Cholesterol

What is high cholesterol?

Cholesterol is a type of fat in your blood. It is needed for many body functions, such as making new cells. Cholesterol is made by your body and also comes from food you eat.

High cholesterol means you have too much of one type of cholesterol in

**Chief Complaint**

Patient presents with

Establish Care

NP to establish

Form Request

Disability form

Gloria M Bertacchi is a 59yr old female who presents with left knee and neck pain since oct 5 th after an injury to her knee. She works as a pharmacist and was in a psychiatric ward and backed up into a chair to get out of the reach of a patient. She plans To go to physical therapy. Has meniscus tear and is planning on having a repair. Pain in medial knee. Difficult to walk. Only can walk about 1.5 blocks then has to rest from knee pain. Also with back pain. She thinks this has been aggrevated by having to reach in high cabinets as work. Patient had urinary incontinence Oct 7 with urgency noted. She continues to have urinary incontinence a few times per week. Has an urge and perhaps cannot get to the restroom in time. XR of back and neck already been done. She had been trying benadryl for insomnia. Wakes up every 2 hours and can't stay asleep.

ROS:

Constitutional: No fever, chills

HEENT: no visual disturbances. No hearing problems

CV: No chest pain, palpitations, edema

Pulmonary: No SOB, cough

GI: No nausea, vomiting

PHYSICAL EXAM:

BP 118/70 | Pulse 95 | Temp(Src) 36.6 C (97.8 F) (Tympanic) | Ht 1.549 m (5' 1") | Wt 97.523 kg (215 lb) | BMI 40.62 kg/m2 | SpO2 96%

General: Alert. No apparent Distress.

HEENT:PERRL. Conjunctiva clear.

CV: Regular rate and rhythm without murmur.

Lungs: CTAB. No visible respiratory distress

Extremities: 1+ edema bilaterally in lower extremities. 2/4 pedal pulses

Musculoskeletal: Pt can walk heel to toe and stand on heels and toes. 5/5 hand grip, shoulder flexion, knee flexion and extension strength.

Mild tenderness over lumbar spine. Positive straight leg test on the right. No cervical spine tenderness. No pain with neck flexion and

Protect your back when you sit

Place a small pillow, a rolled-up towel, or a lumbar roll in the curve of your back if you need extra support.

Sit in a chair that is low enough to let you place both feet flat on the floor with both knees nearly level with your hips. If your chair or desk is too high, use a foot rest to raise your knees.

When driving, keep your knees nearly level with your hips. Sit straight, and drive with both hands on the steering wheel. Your arms should be in a slightly bent position.

Try a kneeling chair, which helps tilt your hips forward. This takes pressure off your lower back.

Try sitting on an exercise ball. It can rock from side to side, which helps keep your back loose.

Lift properly

Squat down, bending at the hips and knees only. If you need to, put one knee to the floor and extend your other knee in front of you, bent at a right angle (half kneeling).

Press your chest straight forward. This helps keep your upper back straight while keeping a slight arch in your low back.

Hold the load as close to your body as possible, at the level of your navel.

Use your feet to change direction, taking small steps.

Lead with your hips as you change direction. Keep your shoulders in line with your hips as you move. Do not twist your body.

Set down your load carefully, squatting with your knees and hips only.

When should you call for help?

Watch closely for changes in your health, and be sure to contact your doctor if:

You want more exercises to make your back and other core muscles stronger.

Where can you learn more?

Go to https://www.healthwise.net/patiented

Enter S810 in the search box to learn more about "Back Care and Preventing Injuries After Your Visit."

2006-2012 Healthwise, Incorporated. Care instructions adapted under license by UC Davis Medical Center. This care instruction is for use with your licensed healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

Content Version: 9.4.94723; Last Revised: January 17, 2012

Follow-up care is a key part of your treatment and safety. Be sure to make and go to all appointments, and call your doctor if you are having problems. Its also a good idea to know your test results and keep a list of the medicines you take.

How can you care for yourself at home?

Stay at a healthy weight to avoid strain on your lower back.

Do not smoke. Smoking increases the risk of osteoporosis, which weakens the spine. If you need help quitting, talk to your doctor about stop-smoking programs and medicines. These can increase your chances of quitting for good.

Make sure you sleep in a position that maintains your back's normal curves and on a medium-firm mattress that feels comfortable. Sleep on your side with a pillow between your knees, or sleep on your back with a pillow under your knees. These positions can reduce strain on your back.

When you get out of bed, lie on your side and bend both knees. Drop your feet over the edge of the bed as you push up with both arms. Scoot to the edge of the bed. Make sure your feet are in line with your rear end (buttocks), and then stand up.

If you must stand for a long time, put one foot on a stool, ledge, or box.

Exercise to strengthen your back and other muscles

Get at least 30 minutes of exercise on most days of the week. Walking is a good choice. You also may want to do other activities, such as running, swimming, cycling, or playing tennis or team sports.

Stretch your back muscles. Here are few exercises to try:

Lie on your back with your knees bent and your feet flat on the floor. Gently pull one bent knee to your chest. Put that foot back on the floor, and then pull the other knee to your chest. Hold for 15 to 30 seconds. Repeat 2 to 4 times.

Do pelvic tilts. Lie on your back with your knees bent. Tighten your stomach muscles. Pull your belly button (navel) in and up toward your ribs. You should feel like your back is pressing to the floor and your hips and pelvis are slightly lifting off the floor. Hold for 6 seconds while breathing smoothly.

Keep your core muscles strong. The muscles of your back, belly (abdomen), and buttocks support your spine.

Pull in your belly, and imagine pulling your navel toward your spine. Hold this for 6 seconds, then relax. Remember to keep breathing normally as you tense your muscles.

Do curl-ups. Always do them with your knees bent. Keep your low back on the floor, and curl your shoulders toward your knees using a smooth, slow motion. Keep your arms folded across your chest, not behind your head.

Lie on your back with your knees bent and your feet flat on the floor. Tighten your belly muscles, and then push with your feet and raise your buttocks up a few inches. Hold this position 6 seconds as you continue to breathe normally, then lower yourself slowly to the floor. Repeat 8 to 12 times.

If you like group exercise, try Pilates or yoga. These classes have poses that strengthen the core muscles.

Request for Mri denied by pts insurance. Letter for appeal process sent to patient. Letter also sent to pcp.

Jennifer Rothenberger,MOSC III

| Date | Type | Specialty | Providers | Description |
|---|---|---|---|---|
| 11/20/2012 | Telephone | | Nguyen, Thuy Rose, DO | Form Request |

**Roc Fam Prac/Int Med**
**Nov 20, 2012**

Telephone Encounter - Roach, Debra S - 11/20/2012 11:54 AM PST

Pt calling to let you know she faxed a form to be filled out. If she needs to be seen, then call her to schedule. Otherwise, please call when form is done.

Debbie R

Rocklin Referral Coordinator

Telephone Encounter - Morales, Nancy, MA - 11/30/2012 10:19 AM PST

I called patient and asked her to bring in Disability forms if still needed. Per patient she will bring in forms. Once received they will be placed on MD's desk for review.Nancy Morales MAII

Telephone Encounter - Morales, Nancy, MA - 12/13/2012 10:44 AM PST

Called patient and left message to call back, to see if Disability is still needed? .Nancy Morales MAII

Telephone Encounter - Morales, Nancy, MA - 12/18/2012 10:16 AM PST

Patient never returned call.Nancy Morales MAII

| Date | Type | Specialty | Providers | Description |
|---|---|---|---|---|
| 11/16/2012 | Orders Only | | Nguyen, Thuy Rose, DO | |
| 11/15/2012 | Office Visit | | Nguyen, Thuy Rose, DO | Htn (Hypertension); Overweight; Low Back Pain; Unspecified Hypothyroidism; Urinary Incontinence |

**Roc Fam Prac/Int Med**
**Nov 15, 2012**

Patient Instructions - Nguyen, Thuy Rose, DO - 11/15/2012 8:57 AM PST

Back Care and Preventing Injuries: After Your Visit

Your Care Instructions

You can hurt your back doing many everyday activities: lifting a heavy box, bending down to garden, exercising at the gym, and even getting out of bed. But you can keep your back strong and healthy by doing some exercises. You also can follow a few tips for sitting, sleeping, and lifting to avoid hurting your back again.

Talk to your doctor before you start an exercise program. Ask for help if you want to learn more about keeping your back healthy.

# PROB LIST

## Problems List

| Problem [Code] | Occurrences | First Date | Last Date | Associated Types |
|---|---|---|---|---|
| Medical history unknown [396782006] | 1 | No Date Available | - | Problem |

**Narrative Text**

- Not on file

# ENC

## Encounters

| Date | Type | Specialty | Providers | Description |
|---|---|---|---|---|
| 12/20/2012 | Telephone | | Nguyen, Thuy Rose, DO | |

**Roc Fam Prac/Int Med**
**Dec 20, 2012**

Telephone Encounter - Nguyen, Thuy Rose, DO - 12/20/2012 2:52 PM PST

Please call. I received old records from ortho. I don't think I have disability paperwork. Does she still need this?

Telephone Encounter - Zhilko, Julie, MA - 12/20/2012 5:02 PM PST

I have attempted to contact this patient by phone with the following **results**: wrong number.

Julie Zhilko, MA

Telephone Encounter - Zhilko, Julie, MA - 12/20/2012 5:05 PM PST

Notified patient. Patient states that ortho has already filled out the disability paper work for her.

Julie Zhilko, MA

| Date | Type | Specialty | Providers | Description |
|---|---|---|---|---|
| 11/28/2012 | Telephone | | Nguyen, Thuy Rose, DO | Other |

**Roc Fam Prac/Int Med**
**Nov 28, 2012**

Telephone Encounter - Rothenberger, Jennifer, MOSC - 11/28/2012 12:08 PM PST

# Health Information Technology (HIT) Medical Report

NOTE: The following displays data transmitted to SSA from the health IT partner using standards-based computer transactions and is reformatted to assist with navigating through the clinical details of the record. Known duplicative information will be struck-through (e.g. ~~sample~~).

## Summarization of Episode Note
## Continuity of Care Document

**Received From: University of California Davis Health System**

| Creation Date: | Date Range Requested: | Type of Request: |
|---|---|---|
| 03/06/2013 | 10/11/2011 - 03/06/2013 | MEGAHIT Triggered |

**Gloria M Bertacchi**

**SSN:** [redacted]3990 **DOB:** [redacted]1953 **Sex:** Female

**Partner Medical Record Demographics:**

**Name:** Gloria M Bertacchi **DOB:** [redacted]1953 **Sex:** Female

**Table of Contents**

- Problems List [PROB LIST]
- Encounters [ENC]
- Laboratory Results [LABS]
- Vital Signs [VITALS]
- Medication Information [MEDS]

 2015090210 480

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED] 1953, Sex: F
Enc. Date:11/26/12

Progress Notes (continued)

Electronically signed by Chong, Florence Besana (D.O.) on 11/26/2012 10:47 AM

**Patient Secure Message**

No messages in this encounter

**All Meds and Administrations**

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| FLORENCE CHONG | OSTEOPATHIC DOCTOR | Nov 26, 2012 | 10:47:27 |

Bertacchi-Freeman/Hartford000896



THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:11/26/12

Progress Notes (continued)

Neck: Full range of motion without pain. Nontender to palpation; no evidence of spasm. Negative Spurling's test.

Back: Nontender to palpation at tight Trapezius-Parathoracic areas. Bilateral paraspinal Lumbosacral areas. No evidence of spasm in these latter areas. Full range of motion in all directions without pain--3 inches from floor. No asymmetry.

Bilateral lower extremities: negative straight leg raise testing in supine position to 70 degrees bilaterally without any back pain. No pain with passive range of motion at hips. No atrophy. No pain with compression of anterior superior iliac spine areas. Able to walk on heels and toes without

Bilateral Knees: no erythema or swelling. Nontender to palpation. No joint line tenderness medially or laterally. No evidence of effusion. Full range of motion with pain--110 degrees flexion bilaterally, full extension. Negative Drawer test. No laxity medially or laterally. Negative Lachman's test. Negative MacMurray's test.

Neurological: normal sensation, MS +5/+5 BLE, gait antalgic with limp

||Additional Information Reviewed||
Data Review:
Reviewed other records: physical therapy

||ASSESSMENT||
847.0 SPRAIN OR STRAIN OF CERVICAL SPINE--resolved
847.2 SPRAIN OR STRAIN OF LUMBAR REGION
844.9 SPRAIN/STRAIN, KNEE.
HYPERTENSION

||TREATMENT PLAN||
Follow up with own primary doctor and orthopedics surgeon

Causation: After careful review of all available evidence, it is my opinion, that her knee and back are non-industrial since she remains unchanged with her pain level without work for over a month. Also, she states her orthopedic surgeon deemed her back pain to be caused by her leg length discrepancy causing her to have knee and back pain.

Now that her neck pain has resolved and she has ongoing issues with her knees and back.

She did not sustain any trauma to these said body parts and thus, I am releasing her from care and to follow up under her own health care plan. Also advised her to follow up on her blood pressure which is elevated today.

Work Status: full duty
Return to Clinic: none

||DO NOT REPRODUCE BELOW THIS LINE (Non-industrial information)||:



ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:11/26/12

Visit Notes

PAULA BADILA Mon Nov 26, 2012 9:25 AM
Patient reports that she is feeling same as last visit

Electronically signed by PAULA BADILA on Mon Nov 26, 2012 9:25 AM

Clinician Notes

Progress Notes

**Chong, Florence Besana (D.O.)** PHYSICIAN (D.O.) 11/26/2012 10:47 AM Signed
||RETURN INDUSTRIAL INJURY/ILLNESS||
Injury Date: 10/5/12
Kaiser Roseville Occupational Medicine
Employer: Cardinal, July 1, 2012
||Job Title|| Director of Pharmacy
Body Part(s): knee, back, neck
||Mechanism of Injury|| no trauma
Chief Complaint: BACK PROBLEM and KNEE PROBLEM
Reason for PR2: Periodic Report (required 45 days after last report)

||SUBJECTIVE||

HPI: Gloria M Freeman is a 59 Y right hand dominant female here for follow up on her back and right knee. Her back pain 5/10, right knee 5/10 when she gets up, sitting is 0/10. She has had 3/6 physical therapy sessions. Off work since 10/11 since not accommodated. She went to see her own orthopedic surgeon while she was off. She was told she a leg length discrepancy with left leg shorter than her right which has bothered her knees and thus bothered her back. She is to have surgery to have left knee surgery 12/13/12 at West Bay Orthopedic group own 11/13/12. She said she had meniscal problem with both knees but that they'll do the left one first then the right knee after a few month. She was told DDD of back and to have MRI.

Review of Systems:
Musculoskeletal: unchanged back and right knee pain
Neurological: denies weakness and numbness

Active Medications as of 11/26/2012:
LIDODERM 5 %(700 MG/PATCH) TOP PTMD PATCH
LEVOTHROID 150 MCG ORAL TAB
ACIPHEX 20 MG ORAL TBEC DR TAB

Allergies: No known drug allergies
Social History: reports that she quit smoking about 10 years ago. Her smoking use included Cigarettes. She has a 3 pack-year smoking history. She does not have any smokeless tobacco history on file.

||OBJECTIVE||
BP 164/99 | Pulse 78 | Temp(Src) 98 °F (36.7 °C) (Oral) | SpO2 95%
Physical Exam:no apparent distress



ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:11/26/12

**Work Comp**

## Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 11/26/2012 9:10 AM | FLORENCE BESANA CHONG DO | Ros-Occm >Main Campus | 341867866 |

## Allergies as of 11/26/2012

Date Reviewed 11/26/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies<br>1998-10-12 | 10/12/1998 | | |

## Immunizations as of 11/26/2012

Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD, (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

## Reason For Encounter History

| User | Date & Time |
|---|---|
| Badila, Paula | 11/26/2012 9:24 AM |

**Reason For Encounter**

KNEE PROBLEM
Comment : right doi 10-5-12
BACK PROBLEM

## Diagnoses

Visit Diagnoses
**SPRAIN OR STRAIN OF LUMBAR REGION** - Primary
**SPRAIN OR STRAIN OF CERVICAL SPINE**
**SPRAIN/STRAIN, KNEE.**

## Vitals - Last Recorded

| BP | Pulse | Temp(Src) | SpO2 |
|---|---|---|---|
| 164/99 | 78 | 98 °F (36.7 °C) (Oral) | 95% |

## Flowsheet (all recorded)

## Encounter Vitals

| Row Name | 11/26/12 0924 |
|---|---|
| Enc Vitals | |
| BP | 164/99 mmHg -PB |
| Pulse | 78 -PB |
| Temp | 98 °F (36.7 °C) -PB |
| Temp src | Oral -PB |
| SpO2 | 95 % -PB |

## User Key

(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| PB | Badila, Paula | 05/31/12 - |

## Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 11/26/2012 9:10 AM | FLORENCE BESANA CHONG DO | Ros-Occm >Main Campus | ROSA |

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:11/07/12

476

**Progress Notes (continued)**

In the event Gloria M Freeman elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self-management status. Patient will be discharged from Occupational Health Physical Therapy services if no contact is made within 30 days after the last visit. For the status at the time of discharge, see the last Progress Note.

Electronically signed by Macahilas, Yoko (P.T.) on 11/8/2012 10:01 AM

**Patient Secure Message**

No messages in this encounter

**Orders**

| | Ordered On |
|---|---|
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MINUTES, EACH VISIT, THERAPEUTIC EXERCISES. | 11/8/2012 |
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MINUTES, EACH VISIT, SOFT TISSUE MOBILIZATION. | 11/8/2012 |
| ELEC STIM UNATTENDED, PHYSICAL THERAPY SERVICES | 11/8/2012 |

**All Meds and Administrations**

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| YOKO MACAHILAS | PHYSICAL THERAPIST | Nov 8, 2012 | 10:01:24 |

Bertacchi-Freeman/Hartford000900

 THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:11/07/12

Progress Notes (continued)

Referring Diagnosis: right KNEE JOINT PAIN - Primary 719.46 SPRAIN OR STRAIN OF central CERVICAL SPINE 847.0 SPRAIN OR STRAIN OF Central LUMBAR REGION 847.2

Treatment Goals: In 12 weeks.

Patient is able to:
walk 60 minutes without an assistive device. (unmet)// walking 20 mins
bend frequent to perform functional activity(s) of director of pharmacy using good body mechanics.(unmet)// bending occasionally.
lift 30 lbs during simulated vocational task(s) with good body mechanics.(unmet)// not lifting weights.

Treatment to include:
Patient Education/Home Program
Manual Therapy techniques as needed
Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
Functional Activity training
Modalities as needed to address pain and inflammation
Gait training

Frequency and Duration of Treatment: 2 times per week for 12 weeks
==========================================================
Occupation: pharmacy business for 30 years, current position since 7/1/12
Work Status: patient states not working due to lack of accommodation
Critical Job Demands: Bend , Squat , Lift/Carry , Stand , Walk and Sit
----------------------------------------------------------
SUBJECTIVE: pt states she noted that her knee and neck/LB pain get worse with weather changes. Worse with rain, better after it. Knees are sore and so are neck and LB.

OBJECTIVE:
Cervical and trunk, both shoulder range of motions are WNL. Tender at right C4 and LS junction. Gait is WNL.
Rx:
-Individual instruction with review on proper body mechanics, postural correction, wt management, self management, and self relaxation and home exercises with theratubing for trunk stabilization and knee strengthening. Pt education on benefit of joint stabilization for arthritic joints.
-Thera Ex for HEP review with knee strengthening ex and postural stability ex's.
-Soft tissue mobilization to C/T, L/S paraspinals and joint mobilization to right C4 unilateral PA and L5S1 central.
-Electrical stimulation, unattended with Premod-TENS to bilateral C/T, L/S junction.
------------------------------------------------------------
Individual Instruction for 10 minutes
STM for 10 minutes
joint Mobilization for 5 minutes
Electrical Stimulation Unattended for 20 minutes
Total timed: 45 minutes
------------------------------------------------------------
ASSESSMENT: Patient presents with signs and symptoms that are consistent with cervical and lumbar strain with probable arthritic changes in joints. Good mobility. Progressing towards goals. Rehab potential is good.

PLAN:Continue as plan of care stated above.

20150902100076 0

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACTED 1953, Sex: F
Enc. Date:11/07/12

74

Work Comp

## Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 11/7/2012 2:00 PM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | 340937467 |

## Allergies as of 11/7/2012

Date Reviewed: 11/5/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies<br>1998-10-12 | 10/12/1998 | | |

## Immunizations as of 11/7/2012

Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD, (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

## Reason For Encounter History

| User | Date & Time |
|---|---|
| Macahilas, Yoko (P.T.) | 11/8/2012 10:00 AM |

Reason For Encounter
PHYSICAL THERAPY

**Diagnoses**

Visit Diagnoses
**PHYSICAL THERAPY VISIT** - Primary
**SPRAIN OR STRAIN OF CERVICAL SPINE**
**SPRAIN OR STRAIN OF LUMBAR REGION**
**SPRAIN/STRAIN, KNEE.**

## Vitals

(None)

**Flowsheet (all recorded)**

**No Flowsheet Template found**

## Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 11/7/2012 2:00 PM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | ROSA |

## Clinician Notes

## Progress Notes

Macahilas, Yoko (P.T.) PHYSICAL THERAPIST 11/8/2012 10:01 AM Signed
PHYSICAL THERAPY PROGRESS NOTE
NUMBER OF VISIT:3/6
Date of Injury: 10/5/12

PLAN OF CARE – established on 10/25/2012
Referring Provider: Dr. Chong

473

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:11/05/12

Progress Notes (continued)

Electronically signed by Chong, Florence Besana (D.O.) on 11/5/2012 3:56 PM

## Patient Secure Message

No messages in this encounter

## Orders

### Prescriptions Ordered This Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| FLECTOR 1.3 % Top PTMD Patch | 5 | 0/0 | 11/5/2012 | 2/5/2014 |

Sig. Apply 1 patch topically every 12 hours as needed for pain
Class Fill Now
Route Topical
Non-formulary Exception Code: Special Need

## All Meds and Administrations

(There are no med orders for this encounter)

### Electronically signed by:

| Signer | Title | Date | Time |
|---|---|---|---|
| FLORENCE CHONG | OSTEOPATHIC DOCTOR | Nov 5, 2012 | 15:56:52 |

Bertacchi-Freeman/Hartford000903



THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:11/05/12

Progress Notes (continued)

||OBJECTIVE||
BP 157/79 | Pulse 94 | Temp(Src) 98.8 °F (37.1 °C) (Oral) | Ht 5' 1.5" | Wt 218 lb (98.884 kg) | BMI 40.52 kg/m2 | SpO2 98%
Physical Exam:no apparent distress
Neck: Full range of motion without pain. Nontender to palpation; no evidence of spasm. Negative Spurling's test.

Back: Nontender to palpation at tight Trapezius-Parathoracic areas. Bilateral paraspinal Lumbosacral areas. No evidence of spasm in these latter areas. Full range of motion in all directions without pain--3 inches from floor. Negative FABERE. No asymmetry.

Bilateral lower extremities: negative straight leg raise testing in supine position to 70 degrees bilaterally without any back pain. No pain with passive range of motion at hips. No atrophy. No pain with compression of anterior superior iliac spine areas. Able to walk on heels and toes without

Neurological: normal sensation, MS +5/+5 BLE, gait antalgic with limp

||Additional Information Reviewed||
Data Review:
Reviewed other records: physical therapy

||ASSESSMENT||
847.0 SPRAIN OR STRAIN OF CERVICAL SPINE--resolved
847.2 SPRAIN OR STRAIN OF LUMBAR REGION
844.9 SPRAIN/STRAIN, KNEE.

||TREATMENT PLAN||
I, Florence Chong, DO , have reviewed the Plan of Care from the Physical Therapist and concur with the treatment plans
Continue ice, patch

I discussed with patient that since she has been off work for 2 weeks and hasn't much improved but has some underlying arthritis that she will be released at 8 weeks from occupational medicine since there is no actual single event to cause her neck, back, and knee pain. Patient understands. Will continue to exercise.

Work Status: Modified duty, 10 lbs
Return to Clinic: 11/26/12, trial of full duty

||DO NOT REPRODUCE BELOW THIS LINE (Non-industrial information)||:

 THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:11/05/12

**Flowsheet (all recorded) (continued)**

## Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 11/5/2012 8:50 AM | FLORENCE BESANA CHONG DO | Ros-Occm >Main Campus | ROSA |

## Visit Notes

KRIS D MARTIN Mon Nov 5, 2012 8:57 AM
Pt states she feels the same as last visit

Electronically signed by KRIS D MARTIN on Mon Nov 5, 2012 8:57 AM

## Clinician Notes

## Progress Notes

Chong, Florence Besana (D.O.) PHYSICIAN (D.O.) 11/5/2012 3:56 PM Signed
||RETURN INDUSTRIAL INJURY/ILLNESS||
Injury Date: 10/5/12
Kaiser Roseville Occupational Medicine
Employer: Cardinal, July 1, 2012
||Job Title|| Director of Pharmacy
Body Part(s): knee, back, neck
||Mechanism of Injury|| no trauma
Chief Complaint: BACK PROBLEM and KNEE PROBLEM
Reason for PR2: Change in patient's condition

Injury Date: 10/5/12
Date of initial clinic visit to see me: 10/15/2012

||SUBJECTIVE||

HPI: Gloria M Freeman is a 59 Y right hand dominant female here for back pain 5/10, right knee 5/10 and now left knee is bothering her, so it's stiff to walk. She has had 3/6 physical therapy sessions. Off work since 10/11 since not accommodated.

Review of Systems:
Musculoskeletal: decreased back and right knee pain
Neurological: denies weakness and numbness

Medications: Active Medications as of 11/05/2012:
LIDODERM 5 %(700 MG/PATCH) TOP PTMD PATCH
LEVOTHROID 150 MCG ORAL TAB
ACIPHEX 20 MG ORAL TBEC DR TAB

Allergies: No known drug allergies
Social History: reports that she quit smoking about 10 years ago. Her smoking use included Cigarettes. She has a 3 pack-year smoking history. She does not have any smokeless tobacco history on file.

 THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:11/05/12

**Work Comp**

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 11/5/2012 8:50 AM | FLORENCE BESANA CHONG DO | Ros-Occm >Main Campus | 337540913 |

### Allergies as of 11/5/2012

Date Reviewed: 11/5/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies<br>1998-10-12 | 10/12/1998 | | |

### Immunizations as of 11/5/2012

Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD, (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Martin, Kris D. (Coht) | 11/5/2012 8:57 AM |

**Reason For Encounter**

BACK PROBLEM
Comment : doi-10/5/12
KNEE PROBLEM
Comment : right

**Diagnoses**

Visit Diagnoses
**SPRAIN/STRAIN, KNEE.** - Primary
**SPRAIN OR STRAIN OF CERVICAL SPINE**
**SPRAIN OR STRAIN OF LUMBAR REGION**

### Vitals - Last Recorded

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 157/79 | 94 | 98.8 °F (37.1 °C) (Oral) | 5' 1.5" | 218 lb (98.884 kg) | 40.52 kg/m2 |

| SpO2 |
|---|
| 98% |

**Flowsheet (all recorded)**

### Encounter Vitals

| Row Name | 11/05/12 0855 |
|---|---|
| Enc Vitals | |
| BP | 157/79 mmHg -KM |
| Pulse | 94 -KM |
| Temp | 98.8 °F (37.1 °C) -KM |
| Temp src | Oral -KM |
| SpO2 | 98 % -KM |
| Wt (oms) | 218 lb (98.884 kg) -KM |
| Height | 5' 1.5" -KM |

### User Key

(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| KM | Martin, Kris D. (Coht) | 06/02/12 - |


 ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACT 1953, Sex: F
Enc. Date:11/02/12

Progress Notes (continued)

Patient will be discharged from Occupational Health Physical Therapy services if no contact is made within 30 days after the last visit. For the status at the time of discharge, see the last Progress Note.

Electronically signed by Macahilas, Yoko (P.T.) on 11/2/2012 12:30 PM

Patient Secure Message

No messages in this encounter

**Orders**

| | Ordered On |
|---|---|
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MINUTES, EACH VISIT. THERAPEUTIC EXERCISES. | 11/2/2012 |
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, EACH VISIT, JOINT MOBILIZATION. | 11/2/2012 |
| ELEC STIM UNATTENDED, PHYSICAL THERAPY SERVICES | 11/2/2012 |

**All Meds and Administrations**

(There are no med orders for this encounter)

Electronically signed by:

| Signer | Title | Date | Time |
|---|---|---|---|
| YOKO MACAHILAS | PHYSICAL THERAPIST | Nov 2, 2012 | 12:30:19 |

 THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB [redacted]1953, Sex: F
Enc. Date:11/02/12

Progress Notes (continued)

CERVICAL SPINE 847.0 SPRAIN OR STRAIN OF Central LUMBAR REGION 847.2

Treatment Goals: In 12 weeks.

Patient is able to:
walk 60 minutes without an assistive device. (unmet)// walking 20 mins
bend frequent to perform functional activity(s) of director of pharmacy using good body mechanics.(unmet)// bending occasionally.
lift 30 lbs during simulated vocational task(s) with good body mechanics.(unmet)// not lifting weights.

Treatment to include:
Patient Education/Home Program
Manual Therapy techniques as needed
Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
Functional Activity training
Modalities as needed to address pain and inflammation
Gait training

Frequency and Duration of Treatment: 2 times per week for 12 weeks
=========================================================
Occupation: pharmacy business for 30 years, current position since 7/1/12
Work Status: patient states not working due to lack of accommodation
Critical Job Demands: Bend , Squat , Lift/Carry , Stand , Walk and Sit
------------------------------------------------------------
SUBJECTIVE: pt states she noted that her knee and neck/LB pain get worse with weather changes. Worse with rain, better after it.

OBJECTIVE:
Cervical and trunk, both shoulder range of motions are WNL. Tender at right C4 and LS junction.
Rx:
Individual instruction with review on proper body mechanics, postural correction, wt management, self management, and self relaxation and home exercises with theratubing for trunk stabilization and knee strengthening.
Soft tissue mobilization to C/T, L/S paraspinals and joint mobilization to right C4 unilateral PA and L5S1 central. Electrical stimulation, unattended with Premod-TENS to bilateral C/T, L/S junction.
--------------------------------------------------------------
Individual Instruction for 15 minutes
joint Mobilization for 15 minutes
Electrical Stimulation Unattended for 15 minutes
Total timed: 45 minutes
--------------------------------------------------------------
ASSESSMENT: Patient presents with signs and symptoms that are consistent with cervical and lumbar strain. Good mobility. Progressing towards goals. Rehab potential is good.

PLAN:Continue as plan of care stated above.

In the event Gloria M Freeman elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self-management status.

 ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:11/02/12

**Work Comp**

## Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 11/2/2012 11:30 AM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | 339780702 |

## Allergies as of 11/2/2012

Date Reviewed 10/15/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

## Immunizations as of 11/2/2012

Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD, (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

## Reason For Encounter History

| User | Date & Time |
|---|---|
| Macahilas, Yoko (P.T.) | 11/2/2012 12:29 PM |

Reason For Encounter
PHYSICAL THERAPY

**Diagnoses**

Visit Diagnoses
**PHYSICAL THERAPY VISIT** - Primary
**SPRAIN OR STRAIN OF LUMBAR REGION**
**SPRAIN OR STRAIN OF CERVICAL SPINE**

## Vitals

(None)

**Flowsheet (all recorded)**

**No Flowsheet Template found**

## Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 11/2/2012 11:30 AM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | ROSA |

## Clinician Notes

## Progress Notes

Macahilas, Yoko (P.T.) PHYSICAL THERAPIST 11/2/2012 12:30 PM Signed
PHYSICAL THERAPY PROGRESS NOTE
NUMBER OF VISIT:3/6
Date of Injury: 10/5/12

PLAN OF CARE – established on 10/25/2012
Referring Provider: Dr. Chong
Referring Diagnosis: right KNEE JOINT PAIN - Primary 719.46 SPRAIN OR STRAIN OF central


2015090210007<?> 463

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:10/31/12

Progress Notes (continued)

Electronically signed by Pittman, Maria (P.T.) on 10/31/2012 10:03 AM

**Patient Secure Message**

No messages in this encounter

**Orders**

| | Ordered On |
|---|---|
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MIN, EA VISIT, INDIVIDUALIZED INSTRUCTION. | 10/31/2012 |
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MINUTES, EACH VISIT, SOFT TISSUE MOBILIZATION. | 10/31/2012 |
| ELEC STIM UNATTENDED, PHYSICAL THERAPY SERVICES | 10/31/2012 |

**All Meds and Administrations**

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| MARIA PITTMAN | PHYSICAL THERAPIST | Oct 31, 2012 | 10:03:57 |

Bertacchi-Freeman/Hartford000910



THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:10/31/12

Progress Notes (continued)

Referring Diagnosis: right KNEE JOINT PAIN - Primary 719.46 SPRAIN OR STRAIN OF central CERVICAL SPINE 847.0 SPRAIN OR STRAIN OF Central LUMBAR REGION 847.2

Treatment Goals: In 12 weeks.

Patient is able to:
walk 60 minutes without an assistive device. (unmet)// walking 20 mins
bend frequent to perform functional activity(s) of director of pharmacy using good body mechanics.(unmet)// bending occasionally.
lift 30 lbs during simulated vocational task(s) with good body mechanics.(unmet)// not lifting weights.

Treatment to include:
Patient Education/Home Program
Manual Therapy techniques as needed
Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
Functional Activity training
Modalities as needed to address pain and inflammation
Gait training

Frequency and Duration of Treatment: 2 times per week for 12 weeks
==========================================================
Occupation: pharmacy business for 30 years, current position since 7/1/12
Work Status: patient states not working due to lack of accommodation
Critical Job Demands: Bend , Squat , Lift/Carry , Stand , Walk and Sit
------------------------------------------------------------
SUBJECTIVE:Feeling better with decreased pain. Able to tolerate more activities.

OBJECTIVE:
Cervical and trunk, both shoulder range of motions are WNL. Tightness is noted in bilateral cervical and lumbar paraspinals.
Individual instruction on proper body mechanics, postural correction, RSI pathology, self management, and self relaxation and home exercises with theratubing for trunk stabilization and knee strengthening.
Soft tissue mobilization to C/T, L/S paraspinals, and guided relaxation.
Electrical stimulation, unattended with Premod-TENS to bilateral C/T, L/S junction.
------------------------------------------------------------
Individual Instruction for 15 minutes
Soft tissue Mobilization for 15 minutes
Electrical Stimulation Unattended for 20 minutes
Total timed: 50 minutes
------------------------------------------------------------
ASSESSMENT:Patient presents with signs and symptoms that are consistent with cervical and lumbar strain. Progressing towards goals. Rehab potential is good.

PLAN:Continue as plan of care stated above. Check knee pain.

In the event Gloria M Freeman elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self-management status. Patient will be discharged from Occupational Health Physical Therapy services if no contact is made within 30 days after the last visit. For the status at the time of discharge, see the last Progress Note.

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:10/31/12

Work Comp

**Visit Information**

| | Provider | Department | Encounter # |
|---|---|---|---|
| 10/31/2012 9:00 AM | MARIA PITTMAN PT | Ros-Ocpm >Main Campus | 339781035 |

**Allergies as of 10/31/2012** Date Reviewed: 10/15/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies<br>1998-10-12 | 10/12/1998 | | |

**Immunizations as of 10/31/2012** Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

**Reason For Encounter History**

| User | Date & Time |
|---|---|
| Pittman, Maria (P.T.) | 10/31/2012 9:14 AM |

Reason For Encounter
PHYSICAL THERAPY

**Diagnoses**

Visit Diagnoses
**PHYSICAL THERAPY VISIT** - Primary
**SPRAIN OR STRAIN OF CERVICAL SPINE**
**SPRAIN OR STRAIN OF LUMBAR REGION**
**SPRAIN/STRAIN, KNEE**

**Vitals**
(None)

**Flowsheet (all recorded)**
**No Flowsheet Template found**

**Encounter Information**

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 10/31/2012 9:00 AM | MARIA PITTMAN PT | Ros-Ocpm >Main Campus | ROSA |

**Clinician Notes**

**Progress Notes**

Pittman, Maria (P.T.) PHYSICAL THERAPIST 10/31/2012 10:03 AM Signed
PHYSICAL THERAPY PROGRESS NOTE
NUMBER OF VISIT:2/6
Date of Injury: 10/5/12

PLAN OF CARE – established on 10/25/2012
Referring Provider: Dr. Chong



 THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:10/25/12

Progress Notes (continued)

Plan: See Plan of Care above.

In the event Gloria M Freeman elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if she is not seen for treatment within 30 days after last visit. For status at the time of discharge see the last Progress Note.

YOKO MACAHILAS, PT

Electronically signed by Macahilas, Yoko (P.T.) on 10/25/2012 4:55 PM

Patient Secure Message

No messages in this encounter

**Orders**

| | Ordered On |
|---|---|
| PHYS THER ASSES, EVAL NEW PT EXTENDED. | 10/25/2012 |
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MIN, EA VISIT, INDIVIDUALIZED INSTRUCTION. | 10/25/2012 |
| MYOFASCIAL RELEASE, SOFT TISSUE MOBILIZATION, ONE OR MORE REGIONS. | 10/25/2012 |

**All Meds and Administrations**

(There are no med orders for this encounter)

Electronically signed by:

| Signer | Title | Date | Time |
|---|---|---|---|
| YOKO MACAHILAS | PHYSICAL THERAPIST | Oct 25, 2012 | 16:55:48 |


ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACT]1953, Sex: F
Enc. Date:10/25/12

Progress Notes (continued)

years ago for 2 months without any trauma. PT helped.

General Health: GERD

Smoker: No

Hobbies: Work out in gym with bike, TM, wts, swimming x2/week

Home Environment: married with no child/ren

Patient states the symptoms are improving at the knee, but ISQ with neck and back

---

OBJECTIVE:

Observation: sit to stand and gait WNL, standing without lateral shift, rounded back in sitting with FHP

Lumbar Range of Motion: Within Normal Limits except discomfort at end ranges

CROM: WNL except discomfort at end ROMs, esp with extension

Knee ROM: WNL, right

Neurological Exam: Sensory, motor and reflexes intact and symmetrical at UE's and LE's

Neural Tension Tests: Straight Leg Raise Negative Bilaterally and ULT negative bilaterally

Palpation:tightness in the bilateral lower thoracic and lumbar paraspinals with tender LS junction, tight also in the cranial base and CT junction as well as upper trap muscles; lateral and medial joint tender at right knee

Lumbar Passive Accessory Movements: Central P-A L5 Gr. IV- Pain=Resistance
Cervical Passive Accessory Movements: Left C1, right C2, Bilateral C7 decreased

Knee special tests: patella -negative, Ligaments - positive for MCL and LCL with pain to palpation, but not for instability, Meniscus - negative, patellar tendon - negative

Treatment:
Patient instructed in: Home exercise program: active Range of Motion for neck, LB, and right knee
Exercise Program to include SKTC, and abdominal sets for LB, scapular rolls and retraction for neck, and quad sets for Knee; Pelvic floor ex for bladder control
Acute symptom advice with use of heat or ice
Correct posture
Manual Therapy: Myofascial Release neck, upper back, lower thoracic and low back

==========

Physical Therapy Evaluation New for 40 minutes
Individual Instruction for 10 minutes
Myofascial Release for 10 minutes
Total time: 60 minutes

---

**Assessment:** lumbar strain, cervical strain, and knee strain/sprain



THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:10/25/12

Progress Notes (continued)

Referring Diagnosis: right KNEE JOINT PAIN - Primary 719.46 SPRAIN OR STRAIN OF central CERVICAL SPINE 847.0 SPRAIN OR STRAIN OF Central LUMBAR REGION 847.2

Treatment Goals: In 12 weeks.

Patient is able to:
walk 60 minutes without an assistive device.
bend frequent to perform functional activity(s) of director of pharmacy using good body mechanics.
lift 30 lbs during simulated vocational task(s) with good body mechanics.
Treatment to include:
Patient Education/Home Program
Manual Therapy techniques as needed
Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
Functional Activity training
Modalities as needed to address pain and inflammation
Gait training
Frequency and Duration of Treatment: 2 times per week for 12 weeks
==================================================
Occupation: pharmacy business for 30 years, current position since 7/1/12
Work Status: patient states not working due to lack of accommodation
Critical Job Demands: Bend , Squat , Lift/Carry , Stand , Walk and Sit
------------------------------------------------------------

SUBJECTIVE:

Patient presents in the clinic with complaints constant dull pain and ache in the central LB 5/10. Patient also complains of constant burning sensation in the central base of neck and posterior neck 7/10 . Pt also complains of intermittent medial right knee at 2/10.

Mechanism of Injury: Pt states it is a combination effect of extra work when pharmacy system wasn't working for three weeks and when pt had to move quickly to protect herself from her pt throwing chair at her.

Aggravating activities are: sitting over 10 minutes, bending over ,lying supine for LBP
Standing over 10-15 minutes, bending over, bending neck for neck pain
Wt bearing , kneeling, and squatting for knee pain

Easing activities are: medication use, lidocaine patch and hot shower.

24 hour symptom behaviors are: pain/stiffness on rising
worse at end of day
awakens 4-5 times a night due to discomfort mainly in LB.
activity dependent

Special Questions:
Negative for: Bilateral numbness and/ or tingling
Saddle Anesthesia, Coughing / Sneezing
Positive for Changes in the bowel or bladder: Loss of bladder function x3-4 so far

Relevant past medical/surgical history: right knee sprain from ski accident 40 years ago; right knee pain 2



THE PERMANTE MEDICAL GROUP
KAISER FOUNDATION HOSPITALS

ROS-ROI MED SEC
Encounter Results

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACTED 1953, Sex: F

** IMPRESSION **:
Mild degenerative osteoarthrosis of the right knee

JAMES SMITH MD

DD: 10/15/2012 DT: 10/15/2012 JJS

Display only: Transcription (0285674210/15/201213:06:49ROSX0101) on 10/15/2012 by Smith, James Howard (M.D.)

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:10/25/12

Work Comp

Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 10/25/2012 2:30 PM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | 337542256 |

Allergies as of 10/25/2012 — Date Reviewed 10/15/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies<br>1998-10-12 | 10/12/1998 | | |

Immunizations as of 10/25/2012 — Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD, (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

Reason For Encounter History

| User | Date & Time |
|---|---|
| Macahilas, Yoko (P.T.) | 10/25/2012 4:53 PM |

Reason For Encounter
PHYSICAL THERAPY

**Diagnoses**

Visit Diagnoses
**PHYSICAL THERAPY VISIT** - Primary
**SPRAIN OR STRAIN OF CERVICAL SPINE**
**SPRAIN OR STRAIN OF LUMBAR REGION**
**SPRAIN/STRAIN, KNEE.**

Vitals
(None)

**Flowsheet (all recorded)**
**No Flowsheet Template found**

Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 10/25/2012 2:30 PM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | ROSA |

Clinician Notes

Progress Notes

Macahilas, Yoko (P.T.) PHYSICAL THERAPIST 10/25/2012 4:55 PM Signed
PHYSICAL THERAPY LUMBAR EVALUATION

1/ 6 Visits
Date of Injury: 10/5/12

PLAN OF CARE – established on 10/25/2012
Referring Provider: Dr. Chong



THE PERMANTE MEDICAL GROUP
KAISER FOUNDATION HOSPITALS

ROS-ROI MED SEC
Encounter Results

FREEMAN,GLORIA M
MRN: 110002856742
DOB [REDACTED] 1953, Sex: F

## Encounter Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 10/15/2012 1:15 PM | Rad Tech Mob2 | Ros-Rad2 >Main Campus | 337551645 |

| | Ordered On |
|---|---|
| RADIOLOGIC EXAM, KNEE, 3 VIEW. | 10/15/2012 |

## All Orders

**RADIOLOGIC EXAM, KNEE, 3 VIEW.** Final result

| | | | |
|---|---|---|---|
| Ordering User: | Chong, Florence Besana (D.O.) 10/15/12 1217 | Authorized by: | Chong, Florence Besana (D.O.) |
| Electronically signed by: | Chong, Florence Besana (D.O.) 10/15/12 1217 | | |
| Specimen: | 10/15/12 1306 | | |
| Diagnoses: | KNEE JOINT PAIN [719.46] | | |
| Questions: | Laterality - specify right, left, N/A, or Bilateral RIGHT | | |
| Comments: | | | |

Right Knee pain without trauma Contact Ph:

Order Details

## Order Results

**RADIOLOGIC EXAM, KNEE, 3 VIEW. [407875407]** Resulted: 10/15/12 1639, Result Status: Final result

| | | | |
|---|---|---|---|
| Order Status: | Completed | Resulting Lab: | TPMG ROSEVILLE RADIOLOGY - RADIOLOGY MOB2 |
| Specimen. | 10/15/12 1306 | | |
| Narrative: | | | |
| Impression: | | | |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1230 - ROSRAD2 | TPMG ROSEVILLE RADIOLOGY - RADIOLOGY MOB2 | Unknown | 1600 Eureka Road Roseville CA 95661 | 01/14/09 1730 - Present |

## Radiology Report

| Type | ID | Date | Author |
|---|---|---|---|
| Procedures | 0285674210 /15/201213: 06:49ROSX 0101 | 10/15/2012 | Smith, James Howard (M.D.) |

Document Text

RIGHT KNEE RADIOGRAPH TWO VIEWS

** HISTORY **:
Right knee pain

** FINDINGS **:
There is mild loss of joint space in the medial tibial femoral joint. No fractures or subluxations are seen. These changes are likely due to degenerative osteoarthrosis. No joint effusion is seen. No abnormal soft tissue calcifications are visualized.



457

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB REDACTED 1953, Sex: F
Enc. Date:10/15/12

## PATIENT INSTRUCTIONS (continued)

### Follow-up and Disposition History

| User | Date & Time |
|---|---|
| CHONG, FLORENCE | 10/15/2012 6:07 PM |

### Disposition:

None

### Follow-up:

None

### Instructions:

None

### Check-out Note:

None

### Send Reminder:

None

## All Meds and Administrations

(There are no med orders for this encounter)

### Electronically signed by:

| Signer | Title | Date | Time |
|---|---|---|---|
| FLORENCE CHONG | OSTEOPATHIC DOCTOR | Oct 15, 2012 | 18:07:37 |

Bertacchi-Freeman/Hartford000919



THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:10/15/12

Progress Notes (continued)

Causation: In my opinion, the underlying cause of the patient™s symptoms is osteoarthritis, a non-industrial condition. However, but for the employment activities stated above, this pre-existing condition would not have become disabling or needed medical treatment at this time. Apportionment may be appropriate, should permanent disability result.

I expect her to get better with conservative therapy, ice, nsaids, muscle relaxant, physical therapy and work modification since there is no trauma.

The total visit time face to face with the patient was 40 min. I spent greater than 50% of this time counseling and in discussion with the patient. We reviewed injury, exam findings, pathogenesis, prognosis, work, medications and exam findings","pathogenesis.

||Estimate of total treatment duration|| 4 weeks.
||Chemical or toxic compounds involved|| No.
||Findings and diagnosis consistent with the patient's account of injury|| yes and no trauma.
||Current condition that will impede/delay patient's recovery (if yes, explain)|| yes: Personal Health Factor, Employment Related Factor.

||DO NOT REPRODUCE BELOW THIS LINE (Non-industrial information)||:

Electronically signed by Chong, Florence Besana (D.O.) on 10/15/2012 6:07 PM

Transcription

| Type | Author | Date |
|---|---|---|
| Questionnaires | Chong, Florence Besana (D.O.) | 10/18/2012 |

Document Text

Display only: Transcription on 10/18/2012 9:12 PM by Chong, Florence Besana (D.O.)

Patient Secure Message

No messages in this encounter

PATIENT INSTRUCTIONS

Follow-up and Disposition

Routing History Recorded

 ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB REDACTED 1953, Sex: F
Enc. Date:10/15/12

Progress Notes (continued)

test. No laxity medially or laterally. Negative Lachman's test. Negative MacMurray's test.

Neurological: normal sensation, MS +5/+5 BUE,BLE, gait antalgic with limp

||Additional Information Reviewed||
Procedures 0285674210/15/201213:06:49ROSX0101 10/15/2012 Smith, James Howard (M.D.)
RIGHT KNEE RADIOGRAPH TWO VIEWS

** HISTORY **:
Right knee pain

** FINDINGS **:
There is mild loss of joint space in the medial tibial femoral joint. No fractures or subluxations are seen. These changes are likely due to degenerative osteoarthrosis. No joint effusion is seen. No abnormal soft tissue calcifications are visualized.

** IMPRESSION **:
Mild degenerative osteoarthrosis of the right knee

||ASSESSMENT||
847.0 SPRAIN OR STRAIN OF CERVICAL SPINE
847.2 SPRAIN OR STRAIN OF LUMBAR REGION
719.46 KNEE JOINT PAIN

||TREATMENT PLAN||
Continue ice, nsaids, muscle relaxant
lidoderm 5% patch
Hinged knee brace applied to right knee
Physical Therapy Referral/Treatment Plan:

New physical therapy referral for SPRAIN OR STRAIN OF CERVICAL SPINE
SPRAIN OR STRAIN OF LUMBAR REGION
KNEE JOINT PAIN
Plan: RADIOLOGIC EXAM, KNEE, 3 VIEW.
LIDODERM 5 %(700 MG/PATCH) TOP PTMD PATCH

Frequency: 2 times per week for 3 weeks.

Consistent with ACOEM guidelines, follow-up visits every 3-5 days by a mid-level practitioner including a PT or OT will be required and are included in the number of visits requested.

Treatment Plan:
Therapy techniques to reduce pain and inflammation and restore function., Therapy for education, counseling and evaluation of home exercise program and Conditioning program to restore pre-injury functional capacity

FLORENCE BESANA CHONG DO 10/15/2012 12:38 PM

Work Status: Modified duty

Return to Clinic: 11/5/12

2015092100076 454

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:10/15/12

Progress Notes (continued)

PAIN SEVERITY (0 TO 10 SCALE): 6

FACTORS THAT INCREASE PAIN: moving

FACTORS THAT DECREASE PAIN: rest

PRIOR MEDICAL TREATMENT FOR THIS INJURY/ILLNESS: Cliff jumper 40 years ago, at 18, bandage only

PRIOR INJURIES TO THIS BODY PART: 40 years--skiing accident

Relevant Past Medical/Surgical History: Patient Active Problem List:
OBESITY

Relevant Family History: No relevant family history

Relevant Medications: Active Medications as of 10/15/2012:
HYDROCHLOROTHIAZIDE 25 MG ORAL TAB
LEVOTHROID 150 MCG ORAL TAB
ACIPHEX 20 MG ORAL TBEC DR TAB

Allergies: No known drug allergies

Social History: reports that she quit smoking about 10 years ago. Her smoking use included Cigarettes. She has a 3 pack-year smoking history. She does not have any smokeless tobacco history on file.

Occupational History: date last worked: 10/10/12 and works full time

Hobbies/Leisure Activities: "Patient reports the following relevant recreational/leisure activities Gym 2/weeks

||OBJECTIVE||
PHYSICAL EXAMINATION: BP 157/96 | Pulse 89 | Temp(Src) 99.2 °F (37.3 °C) (Oral) | Ht 5' 3" | Wt 215 lb (97.523 kg) | BMI 38.09 kg/m2 | SpO2 97%
General: Nad.

Neck: Full range of motion with pain on extension. Tender to palpation to bilateral paraspinous muscles. No midline neck tenderness or step offs; no evidence of spasm. Negative Spurling's test.

Back: Tender to palpation at Trapezius with bilateral tightness and right paraspinal Lumbosacral tenderness with tenderness. Nontender to Parathoracic area. No evidence of spasm in these latter areas. Full range of motion in all directions with pain and stiffness. No asymmetry.

Bilateral upper extremities: Full range of motion at elbows, wrists, hands, and fingers without pain. Non-tender to palpation. No pain with resisted wrist flexion or extension. No symptoms elicited with carpal tunnel compression. Negative Finkelstein's test. No erythema, swelling, or atrophy.

Bilateral lower extremities: positive straight leg raise testing in supine position to 70 degrees RIGHT with back pain. No pain with passive range of motion at hips. No atrophy. No pain with compression of anterior superior iliac spine areas. Pain on walking on toes.

Bilateral Knees: no erythema or swelling. Tender to palpation along RIGHT INFEROMEDIAL aspect. No joint line tenderness medially or laterally. No evidence of effusion. Full range of motion with pain. Negative Drawer

Bertacchi-Freeman/Hartford000922



THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB[REDACTED]1953, Sex: F
Enc. Date:10/15/12

**Flowsheet (all recorded) (continued)**

Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 10/15/2012 11:10 AM | FLORENCE BESANA CHONG DO | Ros-Occm >Main Campus | ROSA |

Visit Notes

TRACY CUSTODIO Mon Oct 15, 2012 11:39 AM
Employed by Cardinal Health
NKDA per pt
Room 14

Electronically signed by TRACY CUSTODIO on Mon Oct 15, 2012 11:39 AM

Clinician Notes

Progress Notes

Chong, Florence Besana (D.O.) PHYSICIAN (D.O.) 10/15/2012 6:07 PM Signed
||NEW INDUSTRIAL INJURY/ILLNESS||
Injury Date: 10/5/12
Kaiser Roseville Occupational Medicine
Employer: Cardinal, July 1, 2012
||Job Title|| Director of Pharmacy
Body Part(s): knee, back, neck
||Mechanism of Injury|| no trauma
Chief Complaint: KNEE PROBLEM, BACK PROBLEM and NECK PROBLEM

Injury Date: 10/5/12
Date of initial clinic visit to see me: 10/15/2012

||SUBJECTIVE||

HPI: Gloria M Freeman is a 59 Y right hand dominant female who was at work on
Injury Date: 10/5/12 was at a group counseling session between 2:40-3:40 pm, when an angry guy pushed a chair towards her, she moved back against her chair to avoid getting hurt. The prior week, a patient had throw a chair in the hallway ended up hitting her foot but didn't result in any injury. On 9/27-9/28/12 and 10/4-10/5/12 she states she worked much harder and longer, manually filled pharmacy carts since the system was down, 6 feet above and below the floor and she feels that motion also triggered her pain. The weekend after her work, she felt sore that she couldn't get off the couch so she reported it to her boss on 10/11/12 and was seen at UHS clinic in Rocklin. She had xrays of her back and right knee which where negative for fracture and given prescription for voltaren and muscle relaxant, pillow and told to get chiropractor therapy. She was placed on modified duty but couldn't be accommodated so her last day of work is 10/10/12.

Gloria M Freeman denies any other injuries stemming from this incident on
Injury Date: 10/5/12 : Patient denies any injuries or symptoms of head, shoulders, arms, wrists, hands, fingers, chest, hips, legs, ankles or feet. Denies fall or trauma.

PRESENTING SYMPTOMS ON 10/15/2012 : Right knee pain

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB REDACTED 1953, Sex: F
Enc. Date:10/15/12

**Work Comp**

**Visit Information**

| | Provider | Department | Encounter # |
|---|---|---|---|
| 10/15/2012 11:10 AM | FLORENCE BESANA CHONG DO | Ros-Occm >Main Campus | 337419282 |

**Allergies as of 10/15/2012** — Date Reviewed 10/15/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies<br>1998-10-12 | 10/12/1998 | | |

**Immunizations as of 10/15/2012** — Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

**Reason For Encounter History**

| User | Date & Time |
|---|---|
| Custido, Tracy (Coht) | 10/15/2012 11:38 AM |

**Reason For Encounter**

KNEE PROBLEM
Comment : right doi: 10/5/12
BACK PROBLEM
NECK PROBLEM

**Diagnoses** — Visit Diagnoses

**KNEE JOINT PAIN** - Primary
**SPRAIN OR STRAIN OF CERVICAL SPINE**
**SPRAIN OR STRAIN OF LUMBAR REGION**

**Vitals - Last Recorded**

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 157/96 | 89 | 99.2 °F (37.3 °C) (Oral) | 5' 3" | 215 lb (97.523 kg) | 38.09 kg/m2 |

| SpO2 |
|---|
| 97% |

**Flowsheet (all recorded)**

**Encounter Vitals**

| Row Name | 10/15/12 1139 | 10/15/12 1138 |
|---|---|---|
| **Enc Vitals** | | |
| BP | 157/96 mmHg -TC | 157/127 mmHg -TC |
| Pulse | -- | 89 -TC |
| Temp | -- | 99.2 °F (37.3 °C) -TC |
| Temp src | -- | Oral -TC |
| SpO2 | -- | 97 % -TC |
| Wt (gms) | -- | 215 lb (97.523 kg) -TC |
| Height | -- | 5' 3" -TC |

**User Key** — (r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| TC | Custido, Tracy (Coht) | 05/31/12 - |

451

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:05/26/12

**Progress Notes (continued)**

Gloria M Freeman is a 59 Y female had tick bite 2 days ago. Pt removed the tick form her r calf completely. Now dark discoloration around the bite area with central clearing.

NONVENOMOUS INSECT BITE (primary encounter diagnosis)
Note: we discussed treatment options, and pt agree to have treatment now, to prevent possible lyme disease.
Plan: BORRELIA BURGDORFERI ANTIBODY
DOXYCYCLINE HYCLATE 100 MG ORAL TAB

Advised to call back directly if there are further questions, or if these symptoms fail to improve as anticipated or worsen.

Electronically signed by Mirzoyan, Anna (M.D.) on 5/26/2012 11:05 AM

**Patient Secure Message**

No messages in this encounter

**Orders**

| | Ordered On |
|---|---|
| BORRELIA BURGDORFERI ANTIBODY | 5/26/2012 |

**All Meds and Administrations**

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| ANNA A MIRZOYAN | MEDICAL DOCTOR | May 26, 2012 | 11:05:43 |

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB [REDACTED] 1953, Sex: F
Enc. Date:05/26/12

**Scheduled Telephone Encounter**

Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 5/26/2012 11:00 AM | ANNA MIRZOYAN MD | Ros-Ahae >Main Campus | 307473119 |

Allergies as of 5/26/2012 — Date Reviewed. 5/3/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies<br>1998-10-12 | 10/12/1998 | | |

Immunizations as of 5/26/2012 — Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD, (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

Reason For Encounter History

| User | Date & Time |
|---|---|
| Mirzoyan, Anna (M.D.) | 5/26/2012 11:03 AM |

Reason For Encounter
TELEPHONE APPOINTMENT VISIT
TICK BITE

**Diagnoses** — Visit Diagnosis
**NONVENOMOUS INSECT BITE** - Primary

Vitals
(None)

**Flowsheet (all recorded)**

**No Flowsheet Template found**

Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 5/26/2012 11:00 AM | ANNA MIRZOYAN MD | Ros-Ahae >Main Campus | ROSA |

Clinician Notes

Progress Notes

Mirzoyan, Anna (M.D.) Physician 5/26/2012 11:05 AM Signed

TAV Appointment, I called at the number provided and introduced myself. I asked for the specified patient and patient confirmed that indeed I was speaking to the correct person.

I discussed limitations of Telephone Appointment Visits.

Patient expressed understanding and agreed to proceed with the call and treatment if necessary

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB REDACTED 1953, Sex: F
Enc. Date:05/03/12

## Order Results (continued)

GYN CYTOLOGY [340588355] (continued) — Resulted: 05/16/12 2011, Result Status: Final result

**Reviewed by**

Ruttan, Deborah M. (R.N.) on 05/24/12 1149
Maharaj, Manjula D (M.A.) on 05/17/12 1155
Vogelsang, John P. (M.D.) on 05/17/12 1114

NORMAL PAP W HPV RESULTS; KP.ORG RELEASE [340588358] — Resulted: 05/17/12 0000, Result Status: Final result

Filed on: 05/17/12 0258 Specimen: 05/03/12 1504

**Transcription**

| Type | ID |
|---|---|
| Pap Comments | 02856742ROS20120503PP20120517 |

**Document Text**

Your Pap smear was negative and your HPV test was positive.
This doesn't mean that you have cervical cancer or pre
cancer, or will ever have either condition. It simply means
you may develop an abnormal Pap smear in the future. More
commonly, your body will clear the HPV on its own.
If this is your first positive HPV test result and your
prior Pap was normal, you should have another Pap and HPV
test in one year. If this is your second consecutive HPV
positive, Pap negative test result, please contact your
provider to determine the next step in your care.
<a href="/health/poc?uri=content:ancillary
&ctype=informational&tid=WPP::LXNT4B7L5
&tname=site_context&rtype=rop" target="_parent">
Clic aqui para mirar los resultados en espanol</a>
<a href="/health/mycare/consumer/my-health-manager/
message-center/email-my-doctor" target="_parent">
Click here to E-mail your doctor</a>

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 481 - Unknown | TPMG REGIONAL LABORATORY, BERKELEY | T. Lorey, M.D. | 1725 Eastshore Highway BERKELEY CA 94710 | 12/28/06 2057 - Present |
| 501 - Unknown | NCAL PATH INTERFACE | Unknown | Unknown | 06/23/05 0812 - Present |

## All Meds and Administrations

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| JOHN P VOGELSANG | MEDICAL DOCTOR | May 3, 2012 | 15:04:47 |

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACTED 1953, Sex: F
Enc. Date:05/03/12

**Order Results (continued)**

**GYN CYTOLOGY [340588355] (continued)** Resulted: 05/16/12 2011, Result Status: Final result

Result:

Provider: JOHN P. VOGELSANG M.D.
Collected: 5/3/2012 Case #: REGC12-119977
Gynecologic Cytology Report
FINAL PATHOLOGIC DIAGNOSIS
A: CERVICAL LIQUID-BASED PAP - 2:31 pm

NEGATIVE FOR INTRAEPITHELIAL LESION OR MALIGNANCY.

ENDOCERVICAL/TRANSFORMATION ZONE COMPONENT PRESENT.

SATISFACTORY FOR EVALUATION.

Harry K. Kertscher, Cytotechnologist CT (ASCP)
Marzieh Kharazi, CT (ASCP)
** Report Electronically Signed by MZK **
Co-collected HPV Result
Specified: CoTest
HPV Test Accession Number: 591212513036
HPV Result: POSITIVE
Patient Postcard Notification Preference: Y
Postcard Sent: Y

Clinical History
Date of Last Pap: 2/07/11
Date of Last Menstrual Period: No LMP recorded
Other Clinical Conditions:
Abnormal Previous PAP
PREVIOUS ABNORMAL PAP DATE (if not last pap date): history of positive HPV. If this HPV POSITIVE NEEDS COLPOSCOPY
CURRENT INFECTION: No Infection Provided
HPV HISTORY: 2/07/11 Positive
OTHER PERTINENT CLINICAL INFORMATION: No Data Provided

Automated Scanning:
Specimen processed successfully by the TriPath FocalPoint automated locator device. (Becton-Dickinson Diagnostics, Burlington, NC.)
Specimen(s) Received
A: CERVICAL LIQUID-BASED PAP - 2:31 pm

---

Patient Name: FREEMAN, GLORIA M
Med. Rec #: 02856742 DOB/Age: REDACTED 1953 (Age: 59) Sex: F
Facility: Roseville Med Ctr
Location: OBSTETRICS AND GYNECOLOGY

Regional Laboratory Cytology
1725 Eastshore Highway
Berkeley, CA 94710
Tel: 510-559-5406 Fax: 510-559-5474
Thomas S. Lorey, M.D. Laboratory Director



THE PERMANENTE
MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACT]1953, Sex: F
Enc. Date:05/03/12

**Progress Notes (continued)**

HPV CERVIX (no units)

| Date | Value | Low | High | Status |
|---|---|---|---|---|
| 2/8/2011 | POSITIVE* | NEGATIVE | | Final |
| 1/20/2010 | POSITIVE* | NEGATIVE | | Final |

----------

Assessment & Plan: normal gynecological exam. Pap smear and HPV done and repeat in 3 years if negative.. Mammogram annually.. healthy ways number given and encourage exercise and weight loss.. If HPV positive needs colposcopy.

Electronically signed by Vogelsang, John P. (M.D.) on 5/3/2012 3:03 PM

**Patient Secure Message**

No messages in this encounter

**Orders**

| | Ordered On |
|---|---|
| GYN CYTOLOGY | 5/3/2012 |
| NORMAL PAP W HPV RESULTS; KP.ORG RELEASE | 5/3/2012 |

**Order Results**

GYN CYTOLOGY [340588355] Resulted: 05/16/12 2011, Result Status: Final result

Filed on: 05/16/12 2012 Resulting Lab: NCAL PATH INTERFACE
Specimen: PAP SMEAR, LIQUID BASED, CERVICAL; PAP SMEAR, LIQUID BASED, CERVICAL 05/03/12 1504

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Report, pathology | - | | | - | 481 |



THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB REDACTED 1953, Sex: F
Enc. Date:05/03/12

Visit Notes

TONI L PACK MA Thu May 3, 2012 2:44 PM

Two patient identification was asked of pt: yes
Pt brought to exam room by herself: yes
Domestic Violence form was given to pt: yes neg for Risk.
TONI L PACK MA was present for the entire exam: yes
Pap is due
Mammogram is due

Electronically signed by TONI L PACK MA on Thu May 3, 2012 2:44 PM

Clinician Notes

Progress Notes

Vogelsang, John P. (M.D.) Physician 5/3/2012 3:03 PM Signed
Report generated by Dragon dictation software. Transcription errors may occur.

CC: PHYSICAL EXAM, GYNECOLOGIC

HPI: return patient. Gloria M Freeman is a 59 Y female here for:
Gynecological exam..
No vaginal bleeding and no hormone replacement therapy .
History of positive HPV with normal paps.

Review of Systems

Constitutional: no unexpected weight loss/gain, or fatigue
Gastrointestinal: No nausea, vomiting, constipation, diarrhea, bloody stool
Genitourinary: No pelvic pain or incontinence

Physical exam:
BP 158/91 | Ht 5' 2" | Wt 219 lb 1.6 oz (99.383 kg) | BMI 40.07 kg/m2
Neck: No adenopathy or thyromegaly
Breast: No skin changes, dominant breast mass, axillary adenopathy, nipple retraction or discharge
Abdomen: Soft, nontender and no masses.
External genitalia: Within normal limits and no focal lesions.
Vagina: No lesions and no abnormal discharge.
Cervix: Normal appearing. Pap smear and HPV done.
Uterus: Mobile, midline not enlarged and nontender.
Adnexa: No masses or tenderness.
Posterior cul-de-sac: No masses.
Rectal: negative

Reviewed lab results: Last GYN Cytology Results:
Procedure: GYN CYTOLOGY
Result Status: Final
Collected: 2/7/2011 Case #: REGG11-29666
NEGATIVE FOR INTRAEPITHELIAL LESION OR MALIGNANCY.

Last GYN Cytology ABNORMAL Results:
No matching results found



ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB REDACTED 1953, Sex: F
Enc. Date:05/03/12

**Office Visit**

## Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 5/3/2012 2:50 PM | JOHN P. VOGELSANG MD | Ros-Gynd >Main Campus | 302039587 |

## Allergies as of 5/3/2012

Date Reviewed: 5/3/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies<br>1998-10-12 | 10/12/1998 | | |

## Immunizations as of 5/3/2012

Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD, (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

## Reason For Encounter History

| User | Date & Time |
|---|---|
| Pack, Toni L (M.A.) | 5/3/2012 2:31 PM |

| Reason For Encounter |
|---|
| PHYSICAL EXAM, GYNECOLOGIC |

## Diagnoses

Visit Diagnoses

**EXAM, ROUTINE GYN VISIT** - Primary
**SCREENING FOR CA, BREAST**
**EXAM, PELVIC, FEMALE**
**SCREENING FOR CA, CERVIX, PAP SMEAR EXAM**
**SCREENING FOR HUMAN PAPILLOMA VIRUS**
**EXAMINATION OF FEMALE RECTUM.**
**OBESITY**

## Vitals - Last Recorded

| BP | Ht | Wt | BMI |
|---|---|---|---|
| 158/91 | 5' 2" | 219 lb 1.6 oz (99.383 kg) | 40.07 kg/m2 |

**Flowsheet (all recorded)**

## Encounter Vitals

| Row Name | 05/03/12 1442 |
|---|---|
| Enc Vitals | |
| BP | 158/91 mmHg -TP |
| Wt (gms) | 219 lb 1.6 oz (99.383 kg) -TP |
| Height | 5' 2" -TP |

## User Key

(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| TP | Pack, Toni L (M.A.) | 12/10/11 - |

## Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 5/3/2012 2:50 PM | JOHN P. VOGELSANG MD | Ros-Gynd >Main Campus | ROSA |

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB[REDACTED]1953, Sex: F
Enc. Date:02/11/12

Progress Notes (continued)

I have reviewed pertinent lab results and radiology results.

A/P
RASH (primary encounter diagnosis)
Note: Unclear etiology.
Wonder about candidal rash, viral syndrome, such as psoriasis, rosacea.
Bilateral so doubt zoster.
Looked appointment tomorrow 9:40 AM with Dr. hundal

URI
Note: as above

I have reviewed, counseled, and explained the current complaint & treatment options patient demonstrated understanding and agreed to seek immediate medical attention in ways of 911, emergency room, triage nurse or coming to see me if any adverse events or no improvement with the current plans.

LARS JAKOB JAKOBSEN MD

916-746-4673

Electronically signed by Jakobsen, Lars Jakob (M.D.) on 2/11/2012 2:02 PM

Patient Secure Message

No messages in this encounter

All Meds and Administrations

(There are no med orders for this encounter)

Electronically signed by:

| Signor | Title | Date | Time |
|---|---|---|---|
| LARS J JAKOBSEN | MEDICAL DOCTOR | Feb 11, 2012 | 14:02:31 |

 THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:02/11/12

Progress Notes (continued)

Telephone Information:
Home Phone 916-390-1845
Work Phone 916-390-1845

She has been having bronchitis type symptoms for some days. Today she developed a painful Pruritic rash under both breasts.
She is a pharmacist
She says she has never seen a rash like this. Her upper respiratory symptoms actually seem to be improving

Review of Systems - Negative except as above
History obtained from chart review and the patient

Problem List:
Patient Active Problem List:
OBESITY
ESSENTIAL HTN
HYPOTHYROIDISM
HYPERLIPIDEMIA
ASTHMA
GERD
PSORIASIS

Current Medications reviewed & Reconciled:
Current outpatient prescriptions

| Medication | Sig |
|---|---|
| • predniSONE (DELTASONE) 50 mg Oral Tab | Take 1 tablet orally daily until gone |
| • Beclomethasone Dipropionate (QVAR) 80 mcg/Actuation Inhl Aero | Inhale 2 puffs orally 2 times a day for asthma prevention and reduction After use, rinse mouth thoroughly with water. |
| • Albuterol (PROAIR HFA) 90 mcg/Actuation Inhl HFAA | Inhale 1 puff orally every 4 hours when needed for shortness of breath May repeat after 1 minute if symptoms persist Rinse mouthpiece at least weekly with warm water. |
| • Benzonatate (TESSALON PERLES) 100 mg Oral Cap | Take 1 capsule orally 3 times a day when needed for cough |
| • Calcitriol (VECTICAL) 3 mcg/gram Top Oint | Apply topically 2 times a day to affected area(s) |
| • Betamethasone Valerate (VALISONE) 0.1 % Top Oint | Apply topically 2 times a day for psoriasis |
| • Hydrochlorothiazide (ESIDRIX/HYDRODIURIL) 25 mg Oral Tab | Take 1 tablet orally daily |

Allergies

| Allergen | Reactions |
|---|---|
| • No Known Drug Allergies<br>*1998-10-12* | |



THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:02/11/12

**Scheduled Telephone Encounter**

**Visit Information**

| | Provider | Department | Encounter # |
|---|---|---|---|
| 2/11/2012 1:50 PM | LARS JAKOB JAKOBSEN MD | Ros-Ahae >Main Campus | 287362215 |

**Allergies as of 2/11/2012** Date Reviewed 11/18/2011

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies<br>1998-10-12 | 10/12/1998 | | |

**Immunizations as of 2/11/2012** Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

**Reason For Encounter History**

| User | Date & Time |
|---|---|
| Jakobsen, Lars Jakob (M.D.) | 2/11/2012 1:52 PM |

| Reason For Encounter |
|---|
| TELEPHONE APPOINTMENT VISIT |

**Diagnoses** Visit Diagnoses
**RASH** - Primary
**URI**

**Vitals**
(None)

**Flowsheet (all recorded)**
**No Flowsheet Template found**

**Encounter Information**

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 2/11/2012 1:50 PM | LARS JAKOB JAKOBSEN MD | Ros-Ahae >Main Campus | ROSA |

**Clinician Notes**

**Progress Notes**

Jakobsen, Lars Jakob (M.D.) Physician 2/11/2012 2:02 PM Signed
Telephone Appointment Visit:

I called at the number provided and introduced myself. I asked for the specified patient and patient confirmed that indeed I was speaking to the correct person.

I discussed limitations of Telephone Appointment Visits.

Patient expressed understanding and agreed to proceed with the call and treatment if necessary.

HPI: Gloria M Freeman is a 58 Y female calling for

 THE PERMANTE MEDICAL GROUP
KAISER FOUNDATION HOSPITALS

ROS-ROI MED SEC
Encounter Results

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F

## Order Results (continued)

**LIPID PANEL [340588351] (Abnormal) (continued)** — Resulted: 11/20/11 0506, Result Status: Final result

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| HDL | . 31 | >45 mg/dL | L | Reference Ranges for HDL: Age Range Desirable Borderline Low Low mg/dL mg/dL mg/dL 0 - 10 years > 45 40 - 45 < 40 10 - 18 years > 45 35 - 45 < 35 18 - 150 years (MALE) > 45 40 - 45 < 40 18 - 150 years (FEMALE) > 55 45 - 55 < 45 | 281 |
| Low density lipoprotein calculated | 226 | <129 mg/dL | H | Reference Ranges for LDL: Age Range Desirable Moderate CHD Risk High CHD Risk mg/dL mg/dL mg/dL 0 - 18 years <110 110 - 129 >129 18 - 150 years <130 130 - 159 >159 For patients with CHD or Diabetes, Desirable LDL is <100mg/dL. | 281 |

**GLUCOSE, FASTING [340588352] (Abnormal)** — Resulted: 11/20/11 0506, Result Status: Final result

Order Status: Completed — Resulting Lab: TPMG REGIONAL LABORATORY, MWS
Specimen: 11/19/11 0908

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Glucose, fasting | 112 | 60 - 99 mg/dL | H | - | 281 |

**TSH [340588350]** — Resulted: 11/20/11 2124, Result Status: Final result

Order Status: Completed — Resulting Lab: TPMG REGIONAL LABORATORY, MWS
Specimen: 11/19/11 0908

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| TSH | 2.38 | 0.10 - 5.50 uIU/mL | | For patients on thyroid supplementation, consider a goal for TSH of <3.0 uIU/mL. | 281 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 281 - Unknown | TPMG REGIONAL LABORATORY, MWS | T. Lorey, M.D. | 914 Marina Way South RICHMOND CA 94804 | 12/28/06 2056 - Present |

THE PERMANTE MEDICAL GROUP
KAISER FOUNDATION HOSPITALS

ROS-ROI MED SEC
Encounter Results

FREEMAN,GLORIA M
MRN: 110002856742
DOB [REDACTED] 1953, Sex: F

430

## Order Results

**SODIUM, SERUM [340386172] (Abnormal)** Resulted: 11/20/11 0506, Result Status: Final result

Order Status: Completed — Resulting Lab: TPMG REGIONAL LABORATORY, MWS
Specimen: 11/19/11 0908

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Sodium | 146 | 133 - 145 mEq/L | H | - | 281 |

**POTASSIUM, SERUM [340386173]** Resulted: 11/20/11 0506, Result Status: Final result

Order Status: Completed — Resulting Lab: TPMG REGIONAL LABORATORY, MWS
Specimen: 11/19/11 0908

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Potassium | 3.5 | 3.5 - 5.3 mEq/L | | - | 281 |

**CREATININE, SERUM, WITH GLOMERULAR FILTRATION RATE, CALCULATED [340386174]** Resulted: 11/20/11 0506, Result Status: Final result

Order Status: Completed — Resulting Lab: TPMG REGIONAL LABORATORY, MWS
Specimen: 11/19/11 0908

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Creatinine | 0.75 | <1.11 mg/dL | | - | 281 |
| GLOMERULAR FILTRATION RATE - NONAFRICAN AMERICAN | >60 | >60 mL/min | | - | 281 |
| GLOMERULAR FILTRATION RATE - AFRICAN AMERICAN | >60 | >60 mL/min | | - | 281 |
| Comment, glomerular filtration rate | SEE NOTE | | | Glomerular Filtration Rate (GFR) estimate is expressed in mL/min/1.73 m2 body surface area. A GFR estimate is validated only for patients greater than or equal to 18 years of age. Since this test is not useful if renal function is changing rapidly, a GFR estimate is not reported for inpatients. Many elderly patients have mildly to moderately reduced GFR. Per K/DOQI Clinical Practice Guidelines on Chronic Kidney Disease: GFR 30 - 59 = Stage 3 CKD GFR 15 - 29 = Stage 4 CKD GFR < 15 = Stage 5 CKD | 281 |

**LIPID PANEL [340588351] (Abnormal)** Resulted: 11/20/11 0506, Result Status: Final result

Order Status: Completed — Resulting Lab: TPMG REGIONAL LABORATORY, MWS
Specimen: 11/19/11 0908

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Cholesterol | 308 | <239 mg/dL | H | Reference Ranges for Cholesterol: Age Range Desirable Borderline High High mg/dL mg/dL mg/dL 0 - 18 years <170 170 - 199 >199 18 - 150 years <200 200 - 239 >239 | 281 |
| Triglyceride | 255 | <199 mg/dL | H | Reference Ranges for Triglycerides: Age Range Desirable Borderline High High mg/dL mg/dL mg/dL 0 - 10 years < 75 75 - 99 > 99 10 - 18 years < 90 90 - 129 >129 18 - 150 years <150 | 281 |

 THE PERMANTE MEDICAL GROUP
KAISER FOUNDATION HOSPITALS

ROS-ROI MED SEC
Encounter Results

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F

## Encounter Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 11/19/2011 9:00 AM | Lab Tech - Ros Eureka Lab Svc | Ros-Lsc8 >Main Campus | 274457912 |

| | Ordered On |
|---|---|
| SODIUM, SERUM | 11/19/2011 |
| POTASSIUM, SERUM | 11/19/2011 |
| CREATININE, SERUM, WITH GLOMERULAR FILTRATION RATE, CALCULATED | 11/19/2011 |
| TSH | 11/19/2011 |
| LIPID PANEL | 11/19/2011 |
| GLUCOSE, FASTING | 11/19/2011 |

## All Orders

### SODIUM, SERUM
Final result

Ordering User: Zawilla, Steven Emil (M.D.) 11/18/11 1117 Authorized by: Zawilla, Steven Emil (M.D.)
Electronically signed by: Zawilla, Steven Emil (M.D.) 11/18/11 1117
Specimen: 11/19/11 0908
Diagnoses: ESSENTIAL HTN [401.9]
Order Details

### POTASSIUM, SERUM
Final result

Ordering User: Zawilla, Steven Emil (M.D.) 11/18/11 1117 Authorized by: Zawilla, Steven Emil (M.D.)
Electronically signed by: Zawilla, Steven Emil (M.D.) 11/18/11 1117
Specimen: 11/19/11 0908
Diagnoses: ESSENTIAL HTN [401.9]
Order Details

### CREATININE, SERUM, WITH GLOMERULAR FILTRATION RATE, CALCULATED
Final result

Ordering User: Zawilla, Steven Emil (M.D.) 11/18/11 1117 Authorized by: Zawilla, Steven Emil (M.D.)
Electronically signed by: Zawilla, Steven Emil (M.D.) 11/18/11 1117
Specimen: 11/19/11 0908
Diagnoses: ESSENTIAL HTN [401.9]
Order Details

### TSH
Final result

Ordering User: Zawilla, Steven Emil (M.D.) 11/18/11 1117 Authorized by: Zawilla, Steven Emil (M.D.)
Electronically signed by: Zawilla, Steven Emil (M.D.) 11/18/11 1117
Specimen: 11/19/11 0908
Diagnoses: HYPOTHYROIDISM [244.9]
Order Details

### LIPID PANEL
Final result

Ordering User: Zawilla, Steven Emil (M.D.) 11/18/11 1124 Authorized by: Zawilla, Steven Emil (M.D.)
Electronically signed by: Zawilla, Steven Emil (M.D.) 11/18/11 1124
Specimen: 11/19/11 0908
Diagnoses: HYPERLIPIDEMIA [272.4]
Order Details

### GLUCOSE, FASTING
Final result

Ordering User: Zawilla, Steven Emil (M.D.) 11/18/11 1124 Authorized by: Zawilla, Steven Emil (M.D.)
Electronically signed by: Zawilla, Steven Emil (M.D.) 11/18/11 1124
Specimen: 11/19/11 0908
Diagnoses: HEALTH CHECK UP, ADULT [V70.0]
Order Details



ROS-RIVERSIDE
1001 RIVERSIDE AVENUE

ROSEVILLE, CA 95661-5134
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB REDACTED 1953, Sex: F
Enc. Date:11/18/11

**Orders (continued)**

| | Ordered On |
|---|---|
| MAMMOGRAPHY | 11/18/2011 |
| GLOBIN, FECAL | 11/18/2011 |

**All Meds and Administrations**

(There are no med orders for this encounter)

Electronically signed by:

| Signer | Title | Date | Time |
|---|---|---|---|
| STEVEN EMIL ZAWILLA | MEDICAL DOCTOR | Nov 18, 2011 | 11:30:51 |



ROS-RIVERSIDE
1001 RIVERSIDE AVENUE
.
ROSEVILLE, CA 95661-5134
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB REDACTED 1953, Sex: F
Enc. Date:11/18/11

427

Progress Notes (continued)

ESSENTIAL HTN
Note: stable, continue current medication
Advised patient she is overdue for important labs.
Plan: SODIUM, SERUM
POTASSIUM, SERUM
CREATININE, SERUM, WITH GLOMERULAR FILTRATION RATE, CALCULATED

HYPOTHYROIDISM
Note: stable, continue current medication
Also, overdue
Plan: TSH

HYPERLIPIDEMIA
Note: due for test, not on medication.
Plan: LIPID PANEL

GERD
Note: stable, continue current medication

ASTHMA
Note: intermittent, infrequent mild exacerbations

PSORIASIS
Note: stable, continue current medication

HEALTH CHECK UP, ADULT
Note: recommend vaccines flu annual, pneumo, tdap once better
Plan: MAMMOGRAPHY
GLUCOSE, FASTING
GLOBIN, FECAL

Electronically signed by Zawilla, Steven Emil (M.D.) on 11/18/2011 11:30 AM

Patient Secure Message

No messages in this encounter

Orders

Ordered On



THE PERMANENTE MEDICAL GROUP

ROS-RIVERSIDE
1001 RIVERSIDE AVENUE
.
ROSEVILLE, CA 95661-5134
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:11/18/11

426

Progress Notes (continued)

LEVOTHROID 150 MCG ORAL TAB, Sig: Take 1 tablet orally daily
HYDROCHLOROTHIAZIDE 25 MG ORAL TAB, Sig: Take 1 tablet orally daily
ACIPHEX 20 MG ORAL TBEC DR TAB, Sig: Take 1 tablet orally daily before a meal.

-- No Known Drug Allergies
-- 1998-10-12

History reviewed. No pertinent past medical history.

Past Surgical History:
OVARIAN CYSTECTOMY UNILATERAL OR BILATERAL '78

Review of patient's family history indicates:
Colon Cancer Grandfather
Comment: In 80s
Breast Cancer Paternal Aunt
Comment: Dx in her 70s per pt.
Ovarian Cancer None
Cervical Cancer None
Uterine Cancer None

Social History
Marital Status: Unknown Spouse Name:
Years of Education: Number of children:

Social History Main Topics
Smoking Status: Former Smoker Packs/Day: 1 Years: 3
Types: Cigarettes
Quit date: 02/08/2002
Sexual Activity: Yes Partners with: Male
Birth Control/Protection: no method

Physical Exam
General appearance: vital signs reviewed, well appearing, no apparent distress
Mental status: alert and oriented
Head: normocephalic, atraumatic
Eyes: extraocular muscles intact, pupils equally round and reactive to light
Ears: tympanic membranes clear bilaterally
Mouth: clear with no erythema or exudates
Neck: supple without masses
Respiratory: clear to ascultation without wheezes

Peak flow 260/430 predicted

ASTHMA, W ACUTE EXACERBATION (primary encounter diagnosis)
Note: follow up 2 week as needed. Recommend stay on Qvar until cured for 1 week.
Plan: PREDNISONE 50 MG ORAL TAB
BECLOMETHASONE DIPROPIONATE 80 MCG/ACTUATION INHL AERO
ALBUTEROL SULFATE 90 MCG/ACTUATION INHL HFAA
BENZONATATE 100 MG ORAL CAP



ROS-RIVERSIDE
1001 RIVERSIDE AVENUE
.
ROSEVILLE, CA 95661-5134
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB[REDACTED]/1953, Sex: F
Enc. Date:11/18/11

**Flowsheet (all recorded) (continued)**

## Quality Inreach

| Row Name | Office Visit from 11/18/2011 in MEDICINE-STATION 7 |
|---|---|
| **Breast Cancer Screening** | |
| "DUE" for mammogram per prompt | Booked appointment - CL |
| **Cervical Cancer Screening** | |
| "CURRENT" for PAP per prompt | Current -CL |

## User Key

(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| CL | Leveau, Connie (M.A.) | 02/04/04 - 12/10/11 |

## Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 11/18/2011 10:40 AM | STEVEN EMIL ZAWILLA MD | Ros-7med >Riverside | ROSB |

## Visit Notes

CONNIE LEVEAU MA Fri Nov 18, 2011 10:57 AM
PHP form reviewed with patient

Patient offered Domestic Violence Questionnaire

Patient identity verified

Breast Cancer Screening
"DUE" for mammogram per prompt: Booked appointment
Cervical Cancer Screening
"CURRENT" for PAP per prompt: Current

Electronically signed by CONNIE LEVEAU MA on Fri Nov 18, 2011 10:57 AM

## Clinician Notes

## Progress Notes

Zawilla, Steven Emil (M.D.) Physician 11/18/2011 11:28 AM Signed
Patient presents with:
URI SYMPTOMS - since last Friday

Gloria M Freeman is a 58 Y female who complains of sick for 1 week with productive cough.

REVIEW OF SYSTEMS
Constitutional: no fever
Respiratory: positive for shortness of breath and wheezing

Active Medications as of 11/18/2011:
VECTICAL 3 MCG/GRAM TOP OINT. Sig: Apply topically 2 times a day to affected area(s)



ROS-RIVERSIDE
1001 RIVERSIDE AVENUE

ROSEVILLE, CA 95661-5134
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:11/18/11

424

## Office Visit

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 11/18/2011 10:40 AM | STEVEN EMIL ZAWILLA MD | Ros-7med >Riverside | 274267946 |

### Allergies as of 11/18/2011

Date Reviewed. 11/18/2011

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies<br>1998-10-12 | 10/12/1998 | | |

### Immunizations as of 11/18/2011

Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD, (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Leveau, Connie (M.A.) | 11/18/2011 10:52 AM |

**Reason For Encounter**

URI SYMPTOMS
Comment : since last Friday

**Diagnoses**

Visit Diagnoses
**ASTHMA, W ACUTE EXACERBATION** - Primary
**ESSENTIAL HTN**
**HYPOTHYROIDISM**
**HYPERLIPIDEMIA**
**GERD**
**ASTHMA**
**PSORIASIS**
**HEALTH CHECK UP, ADULT**

### Vitals - Last Recorded

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 118/76 | 102 | 98.2 °F (36.8 °C) (Tympanic) | 5' 1.5" | 212 lb (96.163 kg) | 39.41 kg/m2 |

| SpO2 |
|---|
| 97% |

## Flowsheet (all recorded)

### Encounter Vitals

| Row Name | 11/18/11 1053 |
|---|---|
| **Enc Vitals** | |
| BP | 118/76 mmHg -CL |
| Pulse | 102 -CL |
| Temp | 98.2 °F (36.8 °C) -CL |
| Temp src | Tympanic -CL |
| SpO2 | 97 % -CL |
| Wt (gms) | 212 lb (96.163 kg) -CL |
| Height | 5' 1.5" -CL |



THE PERMANENTE
MEDICAL GROUP

ROS-RIVERSIDE
1001 RIVERSIDE AVENUE
.
ROSEVILLE, CA 95661-5134
Encounter Record

FREEMAN,GLORIA
MRN: 110002856742
DOB: REDACTED 1953, Sex: F
Enc. Date:10/03/11



422

THE PERMANENTE
MEDICAL GROUP

ROS-RIVERSIDE
1001 RIVERSIDE AVENUE
.
ROSEVILLE, CA 95661-5134
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB REDACTED 953, Sex: F
Enc. Date:10/03/11

## Allied Health/Nurse Visit

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 10/3/2011 9:00 AM | TERI ROCKENBAUGH RN | Ros-7med >Riverside | 266789518 |

### Allergies as of 10/3/2011

Date Reviewed: 1/20/2010

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies<br>1998-10-12 | 10/12/1998 | | |

### Immunizations as of 10/3/2011

Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD, (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Rockenbaugh, Teri A (R.N.) | 10/3/2011 9:02 AM |

| Reason For Encounter |
|---|
| TRIAGE |

### Vitals

(None)

### Flowsheet (all recorded)

**No Flowsheet Template found**

### Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 10/3/2011 9:00 AM | TERI ROCKENBAUGH RN | Ros-7med >Riverside | ROSB |

### Visit Notes

TERI A ROCKENBAUGH RN Mon Oct 3, 2011 9:02 AM

Provided proof of TB results from 08/11

Electronically signed by TERI A ROCKENBAUGH RN on Mon Oct 3, 2011 9:02 AM

### Clinician Notes

### Patient Secure Message

No messages in this encounter

### All Meds and Administrations

(There are no med orders for this encounter)

### Electronically signed by:

| Signer | Title | Date | Time |
|---|---|---|---|
| TERI ROCKENBAUGH | REGISTERED NURSE | Oct 3, 2011 | 09:02:45 |

**419**

01:05:13 '07:42:49 Social Security Admin          HelpDesk#:8776974889     P. 5/6

Form Approved
OMB No. 0960-0623

**WHOSE Records to be Disclosed**

NAME *(First, Middle, Last, Suffix)*
Gloria M Bertacchi

SSN. REDACTED 3990                              Birthday *(mm/dd/yy)* REDACTED 53

## AUTHORIZATION TO DISCLOSE INFORMATION TO
## THE SOCIAL SECURITY ADMINISTRATION (SSA)
### ** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW. **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):
OF WHAT      *All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:*

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including, but not limited to:*
    • Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
    • Drug abuse, alcoholism, or other substance abuse
    • Sickle cell anemia
    • Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
    • Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

### FROM WHOM

- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS **(as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

Organization: KAISER/ROSEVILLE/EUREKA RD
Vendor Address: 1600 EUREKA RD  ROSEVILLE 95661
Inpatient Date: 10/2011 to present ONLY Patient AKA: Gloria Marie Freeman
Outpatient Date: 10/2011 to present ONLY Patient Num: 660534
Patient DOB: REDACTED 53
Remarks:

**TO WHOM**   The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**   Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**   This authorization is good for 12 months from the date signed (below my signature).
- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| PLEASE SIGN USING BLUE OR BLACK INK ONLY | IF not signed by subject of disclosure, specify basis for authority to sign |
|---|---|
| INDIVIDUAL authorizing disclosure | ☐ Parent of minor   ☐ Guardian   ☐ Other personal representative (explain) |
| SIGN ▶  *Electronically Signed By:* Gloria M Bertacchi | (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |

| Date Signed 03/05/13 | Street Address 5135 Moss Lane | | |
|---|---|---|---|
| Phone Number (with area code) 916-390-1845 | City Granite Bay | State CA | ZIP 95746 |

WITNESS *I know the person signing this form or am satisfied of this person's identity:*

| SIGN ▶ | IF needed, second witness sign here (e.g., if signed with "X" above) SIGN ▶ |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 U.S. Code part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted                    Page 1 of 2

DEA: SWBYRD
DDS CASE NUMBER: 1394963
CONTRACT NUMBER: 5497713

418

EKG Stress Test
StressTst w/Tracings
X-Ray Reports

FOR ADULTS

We would also like to have a statement, based on your medical findings, expressing your opinion about the claimant's ability, despite the functional limitations imposed by the impairment(s) to do work-related physical and/or mental activities as appropriate:

Physical activities such as sitting, standing, walking, lifting, carrying, handling objects, hearing, speaking and traveling.

Mental activities such as understanding and memory; sustained concentration and persistence; social interaction; and adaptation.

FOR CHILDREN

We would also like to have a statement, based on your medical findings, expressing your opinion about the child's functional limitations in learning, motor functioning, performing self-care activities, communicating, socializing, completing tasks and responsiveness to stimuli.

A reasonable fee, as determined by this agency, may be paid upon request. Your request must be in writing on a separate form and must be attached to your response. To insure prompt payment, send your report within 14 days. It is our policy to not routinely pay for medical reports received more than 90 days after the date of the first request. Enclosed is an authorization for release of information.

**MR. Byrd/R08,Disability Eval. Analyst I**
**(916) 774-4211**

___THIS REQUEST IS BEING RETURNED. WE DO NOT HAVE THE INFORMATION REQUESTED. PLEASE PROVIDE DATE LAST SEEN: __________

MEF IH1 (12/12)



STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY Edmund G. Brown Jr., Governor

**DEPARTMENT OF SOCIAL SERVICES**
S62 CA DDS ROSEVILLE
P.O BOX 30729
SALT LAKE CITY, UT 84130-9845
FAX: 1-866-767-6349

S62/R08/SWBYRD

May 1, 2013

KAISER/ROSEVILLE/EUREKA RD
NORTH VALL MED SECT
1600 EUREKA RD
ROSEVILLE CA 95661

RE: GLORIA M BERTACCHI
AKA: Gloria Marie Freeman
SSN: ***-**-3990
DOB REDACTED/1953
DDS CASE NUMBER: 1394963
CONTRACT NUMBER: 5497713
SERVICE VENDOR NUMBER: S052411

The above-named individual has applied for disability benefits under the Social Security Act. This agency is responsible for adjudicating the claim. Your institution has been identified as a source of medical evidence for the claimant.

IDENTIFYING INFORMATION

Adm/Dschg Dates: 10/2011 to present ONLY
Outpatient Dates: 10/2011 to present ONLY
Patient NR: 660534

Alleged Impairments:
Back Injury(Lumbar Strain or Sprain) Sprain or Strain of Cervical Spine, Degenerative Disk Disease; Knee Injuries (Left and Right), Radiculopathy; High Blood Pressure, GERD, Asthma

INCLUDE THE FOLLOWING INFORMATION IF APPLICABLE:
Adm, H & P, Dchg.Sm.
Consultations
CT/MRI Reports
HIV Results
Lab Tests
Operative Notes
Outpatient Notes
PFS/PFT W/Tracings
Pathology Reports
Sputum Culture Rslts

MEF IH1 (12/12)

416

INVOICE FOR RELEASE OF INFORMATION

Patient: FREEMAN,GLORIA M [110002856742]

Requested By:
DEPT OF SOCIAL SERVICES
P.O. BOX 30729
SALT LAKE CITY, UT 84130-9845

Account Number: REDACTED 1221
Billing Date: 5/3/13

Amount Due: $21.60
Invoice Number: 81395

DETAILS:

| | | |
|---|---|---|
| Paper Pages................: | | 0 |
| Microfilm Pages............: | | 0 |
| SS Disability..............: | | 51 |
| Release Fee................: | $ | 21.60 |
| Additional Fee.............: | $ | 0.00 |
| Details: | | |
| Postage....................: | $ | 0.00 |
| Tax........................: | $ | 0.00 |
| Total Fee..................: | $ | 21.60 |
| Refund.....................: | $ | 0.00 |
| Write-off..................: | $ | 0.00 |
| Amount Paid................: | $ | 0.00 |
| AMOUNT OVERPAID............: | $ | 0.00 |
| AMOUNT DUE.................: | $ | 21.60 |

COMMENTS:
SUBMIT TO THE ADDRESS BELOW
---------------------------
Medical Secretaries Department
Kaiser Permanente Medical Center
1600 Eureka Rd.
Roseville, CA-95661
TAX Id: 94-272-8480

415

RID# 1084071

01.05.13 07:42:19 Social Security Admin HelpDesk#:8776974889 Page 2/6

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY Edmund G. Brown Jr., Governor

DEPARTMENT OF SOCIAL SERVICES
S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845
FAX: 1-866-767-6349

S62/R08/SWBYRD

May 1, 2013

Received
MAY 01 2013
ROMI - Parkway

MR# 2856742

KAISER/ROSEVILLE/EUREKA RD
NORTH VALL MED SECT
1600 EUREKA RD
ROSEVILLE CA 95661

## This Bar Code Page is the Return Cover Sheet for Records.

**Important**: This bar code page must be the **top page** of your response. Invoices must be placed directly behind this page as the second page submitted. All other documents, including invoices, must be placed behind this page. *If you are sending records for more than one individual, you may fax or mail them at the same time, as long as each individual's bar code page is sequenced as the first page of that individual's records.

**FAX Records Toll Free to 1-866-767-6349.**

or

You can upload electronic records if you are registered on the Electronic Records Express Secured Website. For info - www.socialsecurity.gov/ere

or

If mailing, this page must be on top of your records. Slide this page into the return window envelope with this address showing.

S62 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-9845

**Save Time and Money! Receive Faster Payments for Records! Fax or Scan your records. Both methods are HIPAA compliant and preferred for security, speed, and efficiency.**

RQID:D13949630054977I3R08____ SITE:S62 DR:S
SSN:********* DOCTYPE:0001 RF:D CS:ad0
Claimant: GLORIA M BERTACCHI
SSN: ***-**-3990 DOB: REDACTED 1953

10/11 - Pres.

MEF IH1 (12/12)

Patient Name: Gloria Bertacchi Freeman Physician: Kim

Diagnosis: ______



413

***SWANSON SCHAACK PHYSICAL THERAPY***

Chart Notes

Patient Name: Gloria Bertacchi-Freeman

| DATE: | |
|---|---|
| DEC 27 2012 2/12 | S: HP [illegible] well |
| | O: US [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] x 15' |
| | A/P: Monitor |
| DEC 31 2012 3/12 | S: [illegible] |
| | O: Rx as 12/27/12 |
| | Exer [illegible] |
| | IFC + [illegible] x 15' |
| | A/P: Monitor |
| JAN 03 2013 4/12 | S: Did well |
| | O: US [illegible] 8' |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | Exer [illegible] |
| | IFC + [illegible] |
| JAN 07 2013 5/12 | S: Improving but still sore |
| | O: Rx as 1/3/13 |
| | Exer FS |
| | IFC + Ice x 15' |
| | A/P: Monitor |

[illegible] program

**SWANSON SCHAACK PHYSICAL THERAPY**

Chart Notes

Patient Name: Gloria Bertacchi Freeman

412

| DATE: | |
|---|---|
| JAN 09 2013 | S: Did well c Rx. |
| 6/12 | O: [illegible] |
| | [illegible] |
| | [illegible] |
| | PKB 23 |
| | [illegible] |
| | IFC [illegible] x 15' [signature] |
| ~~JAN 14 2013~~ JAN 21 2013 | S: [illegible] overall |
| 7/12 | O: [illegible] 1/9/13 |
| | [illegible] |
| | IFC [illegible] x 15' [signature] |
| | A/P: [illegible] |
| JAN 23 2013 | S: Reports ↑ LBP [illegible] at [illegible] |
| 8/12 | for [illegible] |
| | O: [illegible] |
| | [illegible] |
| | [illegible] 23 |
| | PKB 23 |
| | [illegible] |
| | IFC [illegible] x 15' [signature] |
| JAN 28 2013 | |
| 9/12 | O: [illegible] |
| | [illegible] |
| | [illegible] 23 |
| | PKB 23 |
| | [illegible] |
| | IFC [illegible] x 15' |
| | A/P: [illegible] [signature] |

1411

**SWANSON SCHAACK PHYSICAL THERAPY**
Chart Notes
Patient Name: Gloria Bertacchi Freeman

| DATE: | |
|---|---|
| JAN 3 0 2013 | S: Sore ↑ dog ex's at home |
| 1/12 | O: US @ KO 1.0 |
| | Strtch |
| | kn F 23 |
| | DS x2 PKB x3 |
| | Stretch ← Dist to hold |
| | IFC + Ice x15' gym activity outside clinic |
| | A/C Monday |
| | → Only Bike on ar |
| | [signature] |
| FEB 0 1 2013 | |
| 2/12 | S: c/o ↑ P p lots of standing at casinos Sunday |
| | O: US @ 1.0 |
| | St/Strtch |
| | kn F 23 |
| | DS, PKB 23 |
| | Stretch |
| | IFC + Ice x15' [signature] |
| FEB 0 6 2013 | |
| 3/12 | S: Did well p Rx |
| | O: US @ 1.0 KO |
| | St/St |
| | Kn F 1-2, PEJ x1 |
| | F 1-2 |
| | DS PKB x3 |
| | Stretch |
| | IFC + Ice x15' [signature] |
| ~~FEB 1 1 2013~~ FEB 1 3 2013 | |
| 4/12 | S: Feeling good p Rx, Notes ↑ P Sunday |
| | Noted No activity to correlate c Sx |
| | O: US @ 1.0 PST |
| | ST/Strtch PEJ x1 |
| | Kn F x2 |
| | DS PKB 23 |
| | Stretch IFC + Ice x15' |

[signature]

**SWANSON SCHAACK PHYSICAL THERAPY** 110

Chart Notes

Patient Name: Gloria Bertacchi-Freeman

| DATE: | |
|---|---|
| MAR 08 2013 9/12 | S: Relief p Rx, Sore at EOD |
| | O: US [illegible] KJ |
| | ST/[illegible] |
| | Knee [illegible] |
| | [illegible] PKB [illegible] F 120° |
| | Ex [illegible] FS |
| | [illegible] x 15' |
| | A/P: Monitor [illegible] |
| MAR 12 2013 10/12 | S: Reports being sore p bone graft by doctor |
| | yesterday, Did well p Rx |
| | O: US 1.0 [illegible] KJ |
| | ST/[illegible] |
| | Knee F [illegible], [illegible] |
| | [illegible] PKB [illegible] |
| | Ex [illegible] FS |
| | Aware x 15' |
| | A/P: Monitor notes |
| MAR 15 2013 11/12 | S: Moves better p Rx, little change overall |
| | O: US 1.0 [illegible] KJ |
| | ST/[illegible] |
| | Knee F [illegible] 23, [illegible] |
| | [illegible] PKB [illegible] |
| | Ex [illegible] FS |
| | Aware x 15' |
| | A/P: Monitor [illegible] |
| MAR 19 2013 [illegible] | S: Relief p Rx but relief [illegible] still temporary |
| | O: US [illegible] KJ |
| | ST/[illegible] |
| | Knee F [illegible] |
| | [illegible] |
| | [illegible] PKB [illegible] |
| | Ex [illegible] FS |
| | Aware x 15 |

409

***SWANSON SCHAACK PHYSICAL THERAPY***

**Chart Notes**

**Patient Name:** Gloria Bertacchi-Freeman

| DATE: | |
|---|---|
| FEB 2? 2013 | S: Still [illegible] c WB |
| [illegible] 5/12 2013 | O: US 1.5 [illegible] RT |
| | St/Interf. — Continues to walk c ht |
| | Knee F [illegible] x3 — 1x gt. 2° to WB |
| | OS PZ PKB x3 — Sensitivity |
| | [illegible] FS — ↑ p manual Rx |
| | [illegible] + [illegible] x15 [signature] |
| FEB 0? 2013 | |
| | S: Better p Rx but still limited c WB |
| FEB 22 2013 6/12 | O: US 1.0 [illegible] RT |
| | St/Interf. |
| | Knee F [illegible] x2-3 |
| | OS x1-2 PKB x3 |
| | [illegible] FS |
| | [illegible] + [illegible] x15 [signature] |
| MAR 01 2013 7/12 | O: US 1.0 [illegible] RT |
| | St/Interf. |
| | Knee F [illegible] x3 — Continues to display |
| | OS PKB x3 — Sensitivity c BOR F |
| | [illegible] FS — ↓ c [illegible] WB |
| | DFE + [illegible] x15 |
| | A: BOR Flex ↑ |
| | P: Monitor [signature] |
| MAR 05 2013 8/12 | S: (P) fluctuating day to day ↓ c WB activity |
| | O: US 1.3 [illegible] B |
| | St/Interf. |
| | K F [illegible] x3 |
| | OS PKB x3 |
| | [illegible] FS |
| | DFE + [illegible] x15 |
| | A/P: Monitor [signature] |

***SWANSON SCHAACK PHYSICAL THERAPY***

Chart Notes

Patient Name: Gloria Bertacchi-Freeman

408

| DATE: | |
|---|---|
| MAR 21 2013 | S: Moving better but still limited w/amount of stand/walking tolerance |
| | O: US 1.0 [illegible] x 8' [illegible] |
| | ST/MFR |
| | Knee F IV x 3-4 |
| | Ext IV 1-2 |
| | PK B x 3 |
| | [illegible] FS |
| | H/warm x 15' |
| | PN written |
| | [signature] |

407

# 2012 SWANSON SCHAACK PHYSICAL THERAPY EXERCISE LOG

Patient Name: Gloria Bertucci

Therapist: Greg Rice

| Machine | Date 12/27/12 | 12/31/12 | 1/3/13 | 1/7/12 | 1/9/12 | 1/21/13 | 1/23/13 | 1/28/13 | 1/30/13 |
|---|---|---|---|---|---|---|---|---|---|
| Bike | 7 L4 | 9' L4 | 10 L6 | 10' | 8'/5' | 10 | 10' | 10' | 10' |
| Treadmill | | | | | | | | | |
| UBE | | | | | | | | | |

| Exercise | sets/weight | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sled squat | 3X10 6c | 4X10 6c | 4X10 7c | 3x10 7c | 4x10 7c | 4x10 7 | 4x10 7# | 4x10 7c | 4x10 7c |
| SLR | — | 2x10 2# | 3X10 2# | 2x10(L) 3# 3x10(R) | 3x10 3# | 3x10 3# | 4x10 4# | 4x10 4# | 4x10 4# |
| Heel Raise | | | — | short 7c 3x10 | 3x10 7c | 3x10 7 | 4x10 7c | 4x10 7c | 4x10 7c |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| IFC/Ice | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

(L) knee

2015090210000769

# 2012 SWANSON SCHAACK PHYSICAL THERAPY EXERCISE LOG

**406**

**Patient Name:** Gloria Bertucci

**Therapist:** Greg Rice

| Machine | 2/4/13 | 2/10/13 | 2/13/13 | 2/27/13 | 3/1/13 | 3/5/13 | 3/10/13 | 3/12/13 | 3/15/13 |
|---|---|---|---|---|---|---|---|---|---|
| Bike | 10 L6 | 10 L4 | 10' | 10 L6 | 10 | 10' | 10' | 5'/5' | 10' |
| Treadmill | | | | | | | | | |
| UBE | | | | | | | | | |

| Exercise | Sets/Weight | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sled squat | 4x10 7c | 4x10 7c | 4x10 7c | 4x10 7c | 4x10 7c | 4x10 7c | 4x10 7c | 4x10 7c | 4x10 7c |
| Heel Raise | 4x10 7c | 4x10 7c | 4x10 7c | 4x10 7c | 4x10 7c | 4x10 7c | 4x10 7c | 4x10 7c | 4x10 7c |
| SLR | 4x10 4# | 4x10 4# | 4x10 4# | 4x10 4# | 3x10 5# | 3x10 5# | 3x10 5# | 3x10 5 | 3x10 5# |
| Hamcurls | | | 3x10 3# | 3x10 30# | 3x10 35 | 3x10 35 | 3x10 35# | 3x10 35 | 3x10 35# |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| IFC/Ice | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Hwave | ✓ | ✓ |

40#

(L) knee

+ Lumbar heat

+ heat lumbar

405

2013 **SWANSON SCHAACK PHYSICAL THERAPY EXERCISE LOG**

**Patient Name:** Gloria Bertucci **Therapist:** Greg Rice

| Machine | Date 3/19/13 | 3/21/13 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Bike | 10/5' | 10' | | | | | | | |
| Treadmill | | | | | | | | | |
| UBE | | | | | | | | | |

| Exercise | sets/weight | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sled Squat | 4x10 8c | 4x10 8c | | | | | | | |
| Heel Raise | 4x10 8c | 4x10 8c | | | | | | | |
| HS curls | 3x10 35 | 3x10 35 | | | | | | | |
| SLR | 3x10 5# | 3x10 5# | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Hubve (L) knee | ✓ | ✓ | | | | | | | |



901 Campus Drive, Suite #111
Daly City, California 94015

**West Bay Orthopaedic Medical Group, Inc.**

Tel: (650) 991-9400
Fax: (650) 991-2650

℞ FOR Gloria Bertacchi-Freeman DATE 12/19/12

Medical Necessity: S/P (L) knee arthroscopy c̄ partial meniscectomy DOS 12/13/12

**THERAPY**

☐RIGHT ☒LEFT ☐NECK ☐UPPER BACK ☐SHOULDER ☐ELBOW ☐WRIST/HAND
☐BOTH ☐LOWER BACK ☐HIP ☒KNEE ☐ANKLE ☐FOOT

Please do not tamper with any of my instructions regarding exercises or devices. Call if you do not understand the request.

**EVALUATION**
☐Evaluate and Treat ☐Work Station/Ergonomic
☐Functional Capacity ☐Isokinetic (Cybex)

**PROGRAMS**
☐Modified McKenzie program.
Extension only, *no flexion in any form, please.* Extend into the pain. NO "muscle (especially abdominal) strengthening" work. NO "stretching" except in extension.
☐Standard McKenzie program.
☐Flexion Exercises (Williams).
☐Back/School / Body Mechanics.
☐Work Hardening. ☐General/Aerobic Conditioning.
☐Chiropractic ☐Acupressure ☐Acupuncture
☐See Attached Protocol
☒CONTINUE THERAPY same region & regimen.

**MODALITIES**
☐Modalities as necessary ☐Heat, Ultrasound, Massage.
☐Heat before, ice after ☐Heat ☐Ice ☐Traction
☐Paraffin (or similar) ☐Scar Desensitization
☐Contrast baths ☐Whirlpool ☐Swimming Pool
☐Electric Stim. ☐TENS ☐Edema Control
☐Muscle Strengthening:
☐Neck ☐UE ☐Upper Back / Shoulder Girdle ☐Low Back
☐LE ☐Hips ☐Quads ☐Hams ☐Ankle/Foot
☐Range of motion & Flexibility: ☐Mobilization.
☐Active ☐Passive ☐Aggressive ☐Dynamic splinting
☐As Tolerated ☐Graduate Intensity ☐Tendon transfer protocol

**TRAINING**
☐Teach use of cane, crutch or walker, etc. ☐Gait.
☐Functional Training. ☐sEMG Feedback Training.

☐Other ☐*PRECAUTIONS* ☐Teach & Monitor Home Program. ☒Please send progress reports.

Frequency: 2 sessions / week.
Duration: 4-6 weeks.

☒ LESLIE H. KIM, M.D. (G41605 / AK9194565) ☐ PHILIP KRUEGER, M.D. (A37975 / BK7442394) ☐ DUANE MEDEIROS, MSN-NP (12497 / MM0778742)
☐ STEPHANIE SPELZER, PA-C (PA21061 / MS2223092) ☐ BRIANNA MORRIS, PA-C (PA20144 / MM1899042)

# West Bay Orthopaedic Medical Group, Inc.

901 Campus Drive, Suite #111
Daly City, California 94015

Tel: (650) 991-9400
Fax: (650) 991-2650

℞ FOR Gloria Bertacchi - Freeman DATE 1/24/13

Medical Necessity: S/p Ⓛ knee arthroscopic partial menisectomy

**THERAPY**

☐RIGHT ☑LEFT ☐BOTH

☐NECK ☐UPPER BACK ☐SHOULDER ☐ELBOW ☐WRIST/HAND
☐LOWER BACK ☐HIP ☑KNEE ☐ANKLE ☐FOOT

Please do not tamper with any of my instructions regarding exercises or devices. Call if you do not understand the request.

**EVALUATION**

☐Evaluate and Treat ☐Work Station/Ergonomic
☐Functional Capacity ☐Isokinetic (Cybex)

**PROGRAMS**

☐Modified McKenzie program.
Extension only, *no flexion in any form, please*. Extend into the pain. NO "muscle (especially abdominal) strengthening" work. NO "stretching" except in extension.
☐Standard McKenzie program.
☐Flexion Exercises (Williams).
☐Back School / Body Mechanics.
☐Work Hardening. ☐General/Aerobic Conditioning.
☐Chiropractic ☐Acupressure ☐Acupuncture
☐See Attached Protocol
☐CONTINUE THERAPY same region & regimen.

**MODALITIES**

☐Modalities as necessary ☐Heat, Ultrasound, Massage.
☐Heat before, ice after ☐Heat ☐Ice ☐Traction
☐Paraffin (or similar) ☐Scar Desensitization
☐Contrast baths ☐Whirlpool ☐Swimming Pool
☐Electric Stim. ☐TENS ☐Edema Control
☐Muscle Strengthening:
☐Neck ☐UE ☐Upper Back / Shoulder Girdle ☐Low Back
☐LE ☐Hips ☐Quads ☐Hams ☐Ankle/Foot
☐Range of motion & Flexibility: ☐Mobilization.
☐Active ☐Passive ☐Aggressive ☐Dynamic splinting
☐As Tolerated ☐Graduate Intensity ☐Tendon transfer protocol

**TRAINING**

☐Teach use of cane, crutch or walker, etc. ☐Gait.
☐Functional Training. ☐sEMG Feedback Training.

☐Other ☐*PRECAUTIONS* ☐Teach & Monitor Home Program. ☐Please send progress reports.

Frequency: 2 sessions / week.
Duration: 4-6 weeks.

[signature]

☑ LESLIE H. KIM, M.D. (G41605 / AK9194565)
☐ PHILIP KRUEGER, M.D. (A87975 / BK7442394)
☐ DUANE MEDEIROS, MSN-NP (12497 / MM0778742)
☐ STEPHANIE SPEIZER, PA-C (PA21061 / MS2223092)
☐ BRIANNA MORRIS, PA-C (PA20144 / MM1899042)



2015000210000760

# SWANSON S[illegible]IAACK PHYSICAL THERAPY

*Experts in Orthopedic Manual Therapy & Sports Rehabilitation*

December 21, 2012

402

Leslie Kim, M.D.
901 Campus Drive #111
Daly City, CA 94015

***RE: Gloria Bertacchi-Freeman / Initial Evaluation***
***DOB: [REDACTED]/53***

Dear Dr. Kim:

Gloria is a 59-year-old female who reports undergoing left knee partial meniscectomy. The date of surgery is reported as December 13, 2012. She notes gradual improvement since surgery, but continues to complain of pain and mobility restrictions. Her current standing and walking tolerance is reported as three minutes. She reports a sitting tolerance of 20 minutes before aggravation of her knee pain.

Objective Findings: Upon inspection of the left knee, the incision sites are healing well with no erythema present. Her knee active range of motion is as shown on the table below.

| Left Knee AROM | 12/21/12 |
|---|---|
| Flexion | 107° |
| Extension | -5° |

| Prone Knee Bend | 12/21/12 |
|---|---|
| Left | 85° |

**Treatment Plan:** Ultrasound, Myofascial Release, Joint mobilization, Patient education for symptom and load management skills, Therapeutic exercise with a home program, and IFC E-Stim.

**Treatment goals:**

1. Independence with symptom and task management skills
2. Independence with home program
3. Increase left knee flexion to 130° or greater without increased s/sx
4. Increase standing and walking tolerance to 2 hours or greater without increased s/sx

Thank you for the referral of the patient. Should you have any questions or concerns, please feel free to contact me at (916) 789-1111.

Sincerely,

Greg Rico, P.T.
GR/rvh

1620 Lead Hill Blvd., Suite 200 ✦ Roseville, CA 95661 ✦ (916) 789-1111 ✦ Fax (916) 789-1304
801 Sterling Parkway, Suite 150 ✦ Lincoln, CA 95648 ✦ (916) 543-7900 ✦ Fax (916) 543-7910



SWANSON SCHAACK PHYSICAL THERAPY

*Experts in Orthopedic Manual Therapy & Sports Rehabilitation*

401

January 28, 2013

Leslie Kim, M.D.
901 Campus Drive #111
Daly City, CA 94015

***RE: Gloria Bertacchi-Freeman / Progress Note***
***DOB: [REDACTED]/53***

Dear Dr. Kim:

Gloria has continued to follow up on a two time per week basis addressing her left knee pain following a meniscectomy on December 13, 2012. Gloria's knee motion has improved as shown on the table below.

| Left Knee AROM | 12/21/12 | 1/22/12 |
|---|---|---|
| Flexion | 107° | 122° |
| Extension | -5° | -3° |

Gloria continues to display sensitivity with end of range flexion and with extended weight-bearing episodes. We have initiated strength and stabilization activities here in the clinic gym that she is tolerating moderately well. We received your referral and plan on continuing to follow up with her on a two time per week basis to address the above-mentioned treatment plan.

Thank you again for the referral of the patient. Should you have any questions or concerns, please feel free to contact me at (916) 789-1111.

Sincerely,

Greg Rice, P.T.
GR/rvh

1620 Lead Hill Blvd., Suite 200 ✦ Roseville, CA 95661 ✦ (916) 789-1111 ✦ Fax (916) 789-1304
801 Sterling Parkway, Suite 150 ✦ Lincoln, CA 95648 ✦ (916) 543-7900 ✦ Fax (916) 543-7910

SWANSON S( AACK PHYSICAL THERAPY 2015 09021 0007 60

*Experts in Orthopedic Manual Therapy & Sports Rehabilitation*

400

March 21, 2013

Leslie Kim, M.D.
901 Campus Drive #111
Daly City, CA 94015

***RE: Gloria Bertacchi-Freeman / Progress Note***
***DOB: [REDACTED]53***

Dear Dr. Kim:

Gloria has continued to follow up on a two time per week basis addressing her left knee pain following meniscectomy surgery on December 13, 2012. Gloria continues to complain of weight-bearing limitations and difficulty with stairs secondary to her knee pain. Gloria's mobility has improved, although she continues to display sensitivity at the end of range as shown on the table below.

| Left Knee AROM | 12/21/12 | 1/22/12 | 3/21/13 |
|---|---|---|---|
| Flexion | 107° | 122° | 130° pain EOR |
| Extension | -5° | -3° | 0° |

| Prone Knee Bend | 3/21/13 |
|---|---|
| Left | 105° |

Gloria has been progressed through strength and stability exercises here in the clinic gym with moderate tolerance. Her limitations are again, the result of weight-bearing sensitivity. Gloria reports that she plans on following up at your office soon so I wanted to update you as to her status. Should you have any specific questions or concerns, please feel free to contact me at (916) 789-1111.

Thank you again for the referral of the patient.

Sincerely,

Greg Rice, P.T.
GR/rvh

1620 Lead Hill Blvd., Suite 200 ✦ Roseville, CA 95661 ✦ (916) 789-1111 ✦ Fax (916) 789-1304
801 Sterling Parkway, Suite 150 ✦ Lincoln, CA 95648 ✦ (916) 543-7900 ✦ Fax (916) 543-7910

W-9

Request for Taxpayer Identification Number and Certification

SWANSON SCHAACK PHYSICAL THERAPY

1620 LEAD HILL BLVD #200

ROSEVILLE CA 95661

Part I Taxpayer Identification Number (TIN)

[illegible]

Employer identification number: 20-3517447

Part II Certification

[illegible]

Certification instructions. [illegible]

Sign Here [illegible] 8-25-14

General Instructions

[illegible]

Purpose of Form

[illegible]

Definition of a U.S. person. [illegible]

Special rules for partnerships. [illegible]

339

TAX ID: 203517447

Swanson Schaack Physical Therapy
1620 Lead Hill Blvd #200
Roseville, CA 95661
(p) 916-789-1111
(f) 916-789-1304

INVOICE

Invoice Number: 05092013

Invoice Date: 5/9/13

Company Information

| Billing Address | |
|---|---|
| Company | Social Security Administration |
| Attention | 862 CA DDS Roseville |
| Street Address | P.O. Box 30729, Salt Lake City, UT 84130-0845 |
| Phone Number | Fax Number 866-767-6349 |

Medical Record Request

| Qty | Description | Amount Each | Amount |
|---|---|---|---|
| 18 | Gloria Bertacchi | 15.00 | 15.00 |
| | | Total | 15.00 |

Notes:

[illegible]

DEPARTMENT OF SOCIAL SERVICES
862 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY, UT 84130-0845
FAX 1-866-767-6349

May 7, 2013

SWANSON PHYSICAL THERAPY
1620 LEAD HILL BLVD
STE 200
ROSEVILLE CA 95661

This Bar Code Page is the Return Cover Sheet for Records.

Important: This bar code page must be the top page of your response. Invoices must be placed directly behind this page as the second page submitted. All other documents, including invoices, must be placed behind this page. If you are sending records for more than one individual, you may fax or mail them at the same time, as long as each individual's bar code page is kept attached as the first page of that individual's records.

FAX Records Toll Free to 1-866-767-6349.

or

You can upload electronic records if you are registered on the Electronic Records Express Secured Website. For info - www.socialsecurity.gov/ere

or

If mailing, this page must be on top of your records. Slide this page into the return window envelope with this address showing.

Save Time and Money! Receive Faster Payments for Records! Fax or Scan your records. Both methods are HIPAA compliant and preferred for security, speed, and efficiency.

862 CA DDS ROSEVILLE
PO BOX 30729
SALT LAKE CITY UT 84130-0845

[illegible]

Claimant: GLORIA BERTACCHI

[illegible]

?ton Medical Center Physical Rehabilitation Services
?5 Southgate Ave. Daly City, Ca 94015 (650) 985-7588

398

Appointment Date/Time
11-21-2012 12:00PM

Type
F... Ins

Patient Name
Gloria Bertacchi Freeman

Soc Sec Num
REDACTED 3990

Birthdate
REDACTED/1953

Gender
Female

Address
po box 2699. Grandite Bay. 95746

Occupation

Phone
916 390-1845

Claim Number:
Cigna Open Access

Adjuster Name:

Accident Date:
--2012-11-13 unkn

Diagnosis:
Lumbar Spine, Degenerative Disc Diease (722.52),Thoracic Spine, Degenerative Disc Diease (722.51)

Subjective/Objective/Assesment/Plan

| | | | | |
|---|---|---|---|---|
| Subjective | 11-21-2012 | HPI:59yo woman referred by Ortho Duane Medeiros NP with lumbar and upper back pain,DDD.NO MOI.She describes midline lumbar pain and midlineupper thoracic pain above the level of T4. She denies upper or lower extremity radiculopahies. She rates the pain in these areas as 5/10. Agg s:standing, walking. Gen Health: bilat meniscal tears, scheduled for surgery Lt knee 12/00/12; incontinence, low thyroid. Relevant Meds:none . Activites: walking, swimming, light workouts at health club.Occupation: pharmacy manager,standing most of day.Presently off work due to knee pain | 0 | Eddwin |
| Objective | 11-21-2012 | ManTher x 30mins FPR lumbar and upper scapulothoracic muscles.Explained to pt true leg length differance can cause back pain.Advised pt to have Lt shoe build-up. | | Eddwin |
| Assessment | 11-21-2012 | S//low and upperback pain improved after Rx. | | Eddwin |
| Plan | 11-21-2012 | Continue current plan. | | Eddwin |
| Subjective | 11-26-2012 | ***PATIENT COVERED @ 100% WITH 60 VISITS PER CALENDER YEAR*** | 0 | Eddwin |
| Subjective | 11-30-2012 | Pt called to cx today. | 0 | michael |
| Subjective | 12-05-2012 | Visit 2/8: Back pain improved. Some muscle knots along spine and scapulae. SOme LBP if sitting to long. Having shoe lift installed for short leg. Will be having knee meniscectomy next week. | 0 | Eddwin |
| Objective | 12-05-2012 | ManTher x 30mins FPR TPs lumbar and upper scapulothoracic muscles.MHP. | | Eddwin |
| Assessment | 12-05-2012 | TP's non-tenmder after Rx. | | Eddwin |
| Plan | 12-05-2012 | 1-2 more sessions for back. Then DC and close out that chart and start a new one for knee rehab. Pt will probably return postop for knee rehab. | | Eddwin |

Provider's signature Electronic signature on file. Date ____________

CA License number ____________

Provider's Name and Degree ____________

IRS Number 91-2154441

Address 45 Southgate Ave, Daly City, Ca 94015

Telephone Number (650) 985-7588

U.S. HealthWorks
MEDICAL GROUP

# ADMINISTRATIVE DISCHARGE

USHW of California - Rocklin
ROCKLIN MEDICAL CENTER
2305 SUNSET BOULEVARD
ROCKLIN, CA 95765
(916) 632-9606

327

Date: 11/14/12

Employer: CARDINAL HEALTH/CORP.

Address: 7000 CARDINAL PLACE
TAMI EBERLY
DUBLIN, OH 43017

Ins.Carrier: SEDGWICK/PMSI

Address: P.O. BOX 14440
LEXINGTON, KY 40512

Employee: Bertacchi-Freemon, Gloria

Social Security #: XXX-XX-3990

Date of Injury: 10/05/12

Diagnosis: SPRAIN OF KNEE & LEG NEC
SPRAIN THORACIC REGION

Our records show that the aformentioned patient has failed to keep consecutive appointments on the following dates: 0/00/00 although we have sent letters of notification to the patient for each scheduled appointment.

The patient was last seen on 10/12/12 and the last work status was as follows:
No overhead work, stooping, bending, kneeling, squatting, climbing.
Start chiro treatment 3 times a week for 2 weeks

The patient has failed to comply with our request to come back for a follow-up examination and is no longer under our care.

Additional comments:
Patient cancelled appt on 10/19 and has not returned messages to r/s for follow up care/treatment

Should you wish to schedule this patient for a final evaluation, please contact our office.

Sincerely,

Primary Treating Physician

HEITKE, PETER J., M.D.

Jun. 7. 2013 8:50AM USHW Rocklin ca No. 9497 P. 11/37

## *CFM Radiology Medical Group, Inc.*

| | | | |
|---|---|---|---|
| Patient: | Bertacchi-Freeman, Glor | Date of Examination: | 10/12/12 |
| Age: | | Examination: | C-Spine, L-Spine, Right Knee |
| Requestor: | US HealthWorks-Rocklin / Heitke, MD | Chart No.: | 4116 Yellow |
| | | X-ray No.: | 12089 |

Clinical History: Pain.

**Cervical Spine: 5 views**

Mild foraminal narrowing due to uncovertebral arthritis C3-4-5-6. Neck held flexed at about C4 level. This could be positional or due to pain and spasm. I do not see loss of disc or body heights.

CONCLUSION: Neck held flexed and there is mild foraminal narrowing as described.

**Right Knee: 3 views**

Alignment anatomic. No fracture or erosion seen.

CONCLUSION: Negative.

**Lumbar Spine: 5 views**

Scoliosis apex left mid L-spine. Disc and body heights preserved where seen tangentially. Mild lumbosacral facet arthritis.

CONCLUSION: Scoliosis and lumbosacral facet arthritis.

Drew Sullivan, M.D., D.A.B.R.

DS:ka
10/15/12

329

U.S. HealthWorks MEDICAL GROUP
The Right Care, Right Away

# AUTHORIZATION / SPECIALTY EVALUATION

Date of Request: 10/12/12 Clinic: USHW of California - Rocklin Case #: 113-092598

## PATIENT INFORMATION

Patient Name: Bertacchi-Freemon, Gloria Soc. Security #:

Date of Birth: REDACTED53 Date of Injury: 10/05/12 Sex: F Tel: (916)390-1845

Address: 5135 Moss Ln City: Granite Bay State: CA Zip: 95746

## INSURANCE INFORMATION

Carrier: SEDGWICK/PMSI Claim #:

Address: P.O. BOX 14440 City: LEXINGTON State: KY Zip: 40512

Adjuster: Tel: Fax:

Email:

## EMPLOYER INFORMATION

Employer: CARDINAL HEALTH/CORP. Tel: (614)757-7006

Address: 7000 CARDINAL PLACE City: DUBLIN State: OH Zip: 43017-1091

Contact Person: TAMI EBERLY Tel: (614)757-7006 Fax: (614)652-6382

Email: TAMI.EBERLY@CARDINALHEALTH.COM

## REQUEST INFORMATION

** Diagnosis
1. 844.8 / R SPRAIN OF KNEE & LEG NEC
2. 847.1 / SPRAIN THORACIC REGION
3. 847.2 / SPRAIN LUMBAR REGION

Reasons for Request: See attached medical notes.

Request for: Evaluation: ☐ Consult ☐ Referral ☐ AOE/COE Evaluation ☐ Other:

Specialty: ☐ Orthopedist: ☐ General / ☐ Hand / ☐ Spine ☐ PM&R ☐ Ophthalmologist ☐ Neurologist ☐ Psychiatrist
☐ General Surgery ☐ Plastic Surgery ☐ Other:

Type: ☐ Routine ☐ Urgent ☐ Emergent

Therapy: ☐ PT ☐ OT ☑ Chiropractor ☐ Acupuncturist ☐ Other: Frequency: 3 x per week Duration: 2 weeks

Diagnostics: ☐ MRI ☐ CT Scan ☐ w/contrast ☐ w/o contrast ☐ EMG/NCV (w/consult) ☐ Other:
☐ Right ☐ Left Body Part:

## AUTHORIZATION INFORMATION

☐ Authorized/ ☐ Denied by: Name: Date:

Carrier Authorization #:

If request is denied, document reasons for denial:

Appointment: Date: Time: Transportation Provider:

Patient Notified by (Name): on (Date):

Employer Notified by (Name): on (Date):

## REQUESTING PROVIDER COMMENTS

REQUESTED BY: Provider: HEITKE, PETER J., M.D.

Address: 2305 SUNSET BOULEVARD City: ROCKLIN State: CA Zip: 95765

Tel: (916)632-9606 Fax: (916)632-9706

2015090210007690

330

U.S. HealthWorks
MEDICAL GROUP

# WORK STATUS REPORT

Name, Last: Bertacchi-Freemon First: Gloria Date of Exam: 10/12/12 Case #: 113092598

SS#: XXX-XX-3990 Date of Birth: REDACTED 53 Date of Injury: 10/05/12 Claim #:

Employer: CARDINAL HEALTH/CORP. Contact: TAMI EBERLY Tel.: (614) 757-7006 Fax: 614 652-6382

Claims Administrator: SEDGWICK/PMSI Tel.: (951) 275-5400 Fax:

PATIENT STATUS Since the last exam, this patient's condition has:
☐ improved as expected ☐ improved, but slower than expected ☐ work status pending PR2
☐ worsened ☐ reached plateau and no further improvement is expected ☐ not improved significantly
☐ been determined to be non-work related

DIAGNOSES (Include ICD-9 code, if possible)

844.8 SPRAIN OF KNEE & LEG NEC R
847.1 SPRAIN THORACIC REGION
847.2 SPRAIN LUMBAR REGION

TREATMENT

☒ Office Visit / Injury Treatment ☐ Start /☐ Continue ☐ Therapy: ___ times / week for ___ weeks. ☐ Ergonomic Eval
☒ Start /☐ Continue ☒ Chiro: 3 times / week for 2 weeks. ☐ Other ______
☒ Meds / Supplies Dispensed voltaren, norflex
☐ Consultation /☐ Referral ☐ Requested /☐ Pending. Specialty ______ ☐ Work status to be determined by specialist
Estimated length of treatment is now ______ weeks

WORK STATUS ☐ First Aid Case

☐ Return / ☐ Continue... to work without restrictions.
☐ Off work until (Date) ______ Estimated period of total temporary disability ______ days.
☐ Off the balance of this shift only. Then RTW on (Date) ______ to ☐ Full / ☐ Modified duty. ☐ Re-evaluate work status before next shift.
☒ Return to work as of (Date) 10/12/12 with the restrictions indicated below. Estimated duration of modified duty is ______ days.

( ) No work near moving machinery
( ) No / ( ) Limited use of R / L hand to ___ hrs/day
( ) No / ( ) Limited standing or walking to ___ hrs/day
(X) No / ( ) Limited overhead work to ___ hrs/day
(X) No / ( ) Limited stooping and bending to ___ hrs/day
(X) No / ( ) Limited kneeling or squatting to ___ hrs/day
( ) No / ( ) Limited ( ) Lift ( ) Pull ( ) Push
Up to: ( ) 10 lbs ( ) 25 lbs ( ) 50 lbs ( ) ___ lbs
(X) No climbing

( ) Sit down job.
( ) Must wear: ( ) Splint ( ) Immobilizer ( ) Back support ( ) Cage
( ) Other ______
( ) Must keep ______ elevated
( ) Keep wound/bandage clean and dry
( ) Must take a ___ minute stretch break every ___ minutes from
( ) Keyboard / ( ) ______
( ) Other ______

☐ Medical status was discussed with employer representative. Name ______

If no modified work is made available, employer must keep employee off work unless, and until, such modified work is made available.

DISCHARGE STATUS ☐ Return to full duty on (Date) ______ with no limitations or restrictions. Released from care without ratable disability or need for future medical care.
☐ Patient discharged as permanent and stationary with either impairment, work restrictions and/or need for future medical care. A PR-4 to follow.
☐ NON-INDUSTRIAL. Patient instructed to see private physician at own expense.

TREATING PROVIDER

Name HEITKE, PETER J., M.D. Lic. # G46389 Date of Exam 10/12/12

Specialty ______ Signature Signature on File

Issued at: USHW of California • Rocklin, 2305 SUNSET BOULEVARD, ROCKLIN, CA 95765 Tel: (916) 632-9606

Checkin Time 8:24 AM Checkout Time 11:29 AM Next Visit Date 10/19/12 Time 9:30 AM

# DOCTOR'S FIRST REPORT OF OCCUPATIONAL ILLNESS OR INJURY

Within 5 days of your initial examination, for every occupational injury or illness, send two copies of this report to the employer's workers' compensation insurance carrier or the insured employer. Failure to file a timely doctor's report may result in assessment of a civil penalty. In the case of diagnosed or suspected pesticide poisoning, send a copy of this report to Division of Labor Statistics and Research, P.O. Box 420603, San Francisco, CA 94142-0603, and notify your local health officer by telephone within 24 hours.

| 2. EMPLOYER | CARDINAL HEALTH/CORP. | 1. INSURER | SEDGWICK/PMSI | | PLEASE DO NOT USE THIS COLUMN |
|---|---|---|---|---|---|
| 3. Street Address | 7000 CARDINAL PLACE | Street Address | P.O. BOX 14440 | | Case No. |
| City, State, Zip | DUBLIN    OH  43017 | City, State, Zip | LEXINGTON    KY  40512 | | |
| 4. Business Type | | Claim # | | | |

| 5. PATIENT NAME (First, Middle, Last) | | 6. Sex | | 7. Date of Birth | Industry |
|---|---|---|---|---|---|
| Bertacchi-Freemon, Gloria | | ☐ Male  ☒ Female | | REDACTED 3 | |

| 8. Address: No. and Street City | | | Zip | 9. Telephone Number | County |
|---|---|---|---|---|---|
| 5135 Moss Ln | | Granite Bay | 95746 | (916) 390-1845 | |

| 10. Occupation (Specific Job Title) | | 11. Social Security Number | Age |
|---|---|---|---|
| director | | REDACTED 3990 | |

| 12. Injured at: | | City | County | Hazard |
|---|---|---|---|---|
| 8100 BRUCEVILLE RD | SACRAMENTO | | SACRAMENTO | |

| 13. Date and hour of injury or onset of illness | | 14. Date last worked | Mo. Day Yr. | Disease |
|---|---|---|---|---|
| 10/05/12    8:00 AM | | | 10/10/12 | |

| 15. Date and hour of first examination or treatment | | 16. Have you (or your office) previously treated patient?  ☐ Yes  ☒ No | Hospitalization |
|---|---|---|---|
| 10/12/12    9:42 AM | | | |

17. PATIENT, PLEASE DESCRIBE HOW THE ACCIDENT OR EXPOSURE HAPPENED (Be specific)

Description written: "Knee pain, right knee and swelling. Back and neck pain. Sudden incontinence. Incident occurred at Sierra Vista Hospital. Patient group counseling agitated patient and bending, stretching, reaching in pharmacy."

4116 yel/Peter Heitke, M.D./rc

Occupation

Return Date Code

18./19./20. SUBJECTIVE COMPAINTS/OBJECTIVE FINDINGS/DIAGNOSIS   Chemical or toxic compounds involved? ☐ Yes  ☒ No

HISTORY OF THE PRESENT INJURY: Complains of gradually increasing neck, low back, and right knee pain for over one week which she attributes to a significant increase in the amount of bleeding, squatting, and overhead reaching activities at her job during the past two weeks. The denies any previous neck or back problems, but states that she did previously strain her right knee (approx two years ago), skiing. She states that she made a full recovery from that injury and denies intervening symptoms. I have reviewed patient's medical, family, and social history, and review of systems. CHIEF COMPLAINT: Intermittent mild to moderate, dull pain in the right knee; constant mild to moderate, dull pain in back and neck. EXAMINATION: HT: 61 in, WT: 210 lbs, P: 64, BP: 130/84, R: 16, T: 99.1. Alert and oriented, well developed, well nourished. Normal posture/gait. NECK: Mild to moderate loss of cervical lordosis. Minimal tenderness and mild to moderate spasm of paracervical/upper parathoracic muscles. Restricted ROM. BACK: Mild loss of lumbosacral lordosis. Minimal paralumbar tenderness with mild to moderate spasm. Restricted ROM. RIGHT KNEE: Minimal swelling with mild tenderness anteromedially. Full ROM.

Diagnosis: 844.8    SPRAIN OF KNEE & LEG NEC R        847.1    SPRAIN THORACIC REGION
847.2    SPRAIN LUMBAR REGION

X-ray and laboratory results (state if none or pending)    X-rays: right knee (3V) = minimal DJD; lumbar spine (5V) = normal; cervical spine (5V) = loss of cervical lordosis consistent with muscle spasm, otherwise normal. Wet readings.

331

| 21. Findings consistent with patient's statement?  ☒ Yes  ☐ No | 22. Other condition that will impede recovery  ☐ Yes  ☒ No | Explain: |
|---|---|---|

23. TREATMENT RENDERED

Comprehensive history, evaluation, and examination were performed. X-rays sent to radiology. Dispensed diclofenac XR 100 mg 1 q day #30, orphenadrine 100 mg 1 q h.s. #30. Dispensed Hot/Cold Flexipac, Hot/Cold Medi-Pak, D-Core fiber pillow, Krames booklets x3. Reddie-Brace applied and fitted. Chiropractic three times a week for two weeks. Patient voiced understanding of aftercare instructions, medication side effects, work restrictions, and the expected progression of the injury.
WORK RESTRICTIONS: No overhead work. No stooping, bending, kneeling, squatting. No climbing.

24. If further treatment required, specify treatment.   Chiropractic, office visit.

Estimated Days 14

25. If hospitalized as inpatient, give hospital name and location.

Date Admitted        Estimated stay

| 26. WORK STATUS  Is patient able to perform usual work?  ☐ Yes  ☒ No | If no, extended return date to: | |
|---|---|---|
| Regular Work | Mod Work  10/12/12 | Specify Restrictions: See above. |

| Doctor's Signature | [signature] 10/7/12 | CA License    G46389 |
|---|---|---|
| Name and Degree   HEITKE, PETER J., M.D. | | IRS Number    95-4643269 |
| Address   2305 SUNSET BOULEVARD    ROCKLIN   CA   95765 | | Phone Number (916) 632-9606 |

ANY PERSON WHO MAKES OR CAUSES TO BE MADE ANY KNOWINGLY FALSE OR FRAUDULENT MATERIAL STATEMENT OR MATERIAL REPRESENTATION FOR THE PURPOSE OF OBTAINING OR DENYING WORKERS COMPENSATION BENEFITS IS GUILTY OF A FELONY.

Bertacchi-Freeman/Hartford000971

2015■■■1000760
**332**

# U.S. HealthWorks
M E D I C A L   G R O U P

STATE OF CALIFORNIA
Division of Workers' Compensation
**PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)**

☐ *Additional pages attached*

Patient Last: Bertacchi-Freemon   First: Gloria   DOB: REDACTED/53   Date of Exam: 10/12/12   Case #: 113092598

Occupation: director   SS#: REDACTED 3990   Date of Injury: 10/05/12   Claim #: _____

Employer: CARDINAL HEALTH/CORP.   Contact: TAMI EBERLY   Tel: (614) 757-7006   Fax: 614 652-6392

Claims Administrator: SEDGWICK/PMSI   Tel: (951) 275-5400   Fax: _____

## REASON FOR SUBMITTING REPORT   (Check all that apply. If any box aside from "Other" applies, this report qualifies as mandatory.)
☐ Change in patient's condition   ☐ Need for referral or consultation   ☐ Info. requested by: _____
☐ Change in work status   ☐ Need for surgery or hospitalization   ☐ Released from Care   ☒ Request for Authorization
☐ Change in treatment plan   ☐ Periodic Report (45 days after last report)   ☒ Other: _OPEN_

## PATIENT STATUS   Since the last exam, this patient's condition has:
☐ improved as expected   ☐ improved, but slower than expected   ☐ not improved significantly
☐ worsened   ☐ reached plateau and no further improvement is expected   ☐ been determined to be non-work related

## SUBJECTIVE COMPLAINTS   (Document and describe significant complaints)
Hot/Cold Medi-Pak 6"x10 ½"
HCPCS: A9273
Bill Code: 6850
Item#: 59-610R

## OBJECTIVE FINDINGS   (Document significant exam findings, lab, imaging, and other diagnostic testing)
HCPC: L1820
REF 78-82399-10
REDDIE BRACE, XXXL
Hot/Cold Flexipac 8"x14"
(dispensed)
HCPCS: A9273
Bill Code: 6971   Item# 4029

Krames Pt Education 9-16 pgs
HCPCS: 99071
Bill Code: 6860   ③

## DIAGNOSES (Include ICD-9 code, if possible)
HCPCS: E0190
COR101
D—CORE FIBER SUPPORT PILL
OW, REGULAR, 24" X 16"

## TREATMENT
☒ Office Visit / Injury Treatment   ☐ Start / ☐ Continue   ☐ Therapy: _____ times / week for _____ weeks.   ☐ Ergonomic eval
☐ Start / ☐ Continue   ☐ Chiro: _3_ times / week for _4_ weeks.   ☐ Other _____
☒ Meds / Supplies Dispensed: _____
☐ Consultation / ☐ Referral   ☐ Requested / ☐ Pending. Specialty _____   ☐ Work status to be determined by specialist.
Estimated length of treatment is now _____ weeks

## WORK STATUS   ☐ First Aid Case
☐ Return / ☐ Continue... to work without restrictions.
☐ Off work until (Date) _____   Estimated period of total temporary disability _____ days.
☐ Off the balance of this shift only. Then RTW on (Date) _____ to ☐ Full / ☐ Modified duty.   ☐ Re-evaluate work status before next shift.
☒ Return to work as of (Date) _____ with the restrictions indicated below. Estimated duration of modified duty is _____ days.

( ) No work near moving machinery   ( ) Sit down job
( ) No / ( ) Limited use of R / L hand   to _____ hrs/day   ( ) Must wear ☐ Splint ☐ Immobilizer ☐ Back support ☐ Cage
( ) No / ( ) Limited standing or walking   to _____ hrs/day   ( ) Other _____
( ) No / ( ) Limited overhead work   to _____ hrs/day   ( ) Must keep _____ elevated
( ) No / ( ) Limited stooping and bending   to _____ hrs/day   ( ) Keep wound\bandage clean and dry
( ) No / ( ) Limited kneeling or squatting   to _____ hrs/day   ( ) Must take a _____ minute stretch break every _____ minutes from
( ) No / ( ) Limited ☐ Lift ☐ Pull ☐ Push   ( ) Keyboard / ( )
Up to: ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs ☐ _____ lbs   ( ) Other _____
( ) No climbing
☐ Medical status was discussed with employer representative _____

## DISCHARGE STATUS
☐ Return to full duty on (Date) _____ with no limitations or restrictions. Released from care without ratable disability or need for future medical care.
☐ Patient discharged as permanent and stationary with either impairment, work restrictions and/or need for future medical care. A PR-4 to follow.
☐ NON-INDUSTRIAL. Patient instructed to see private physician at own expense.

## PRIMARY TREATING PHYSICIAN
I declare under penalty of perjury that this is true and correct to the best of my knowledge and that I have not violated Labor Code S 139.3.
Name: Peter J. Mettke M.D.   Cal. Lic #: _____   Date of Exam: 10/12/12
G46389
Specialty: _____   Signature: _____
Executed at: USHW of California - Rocklin, 2305 SUNSET BOULEVARD, ROCKLIN, CA 95765 Tel: (916) 632-9606

YOUR NEXT APPOINTMENT WITH THE DOCTOR IS ON:
☐ MON ☐ TUE ☐ WED ☐ THUR ☐ FRI ☐ SAT
DATE: 10/19/12   TIME: _____   ☐ Before / After Shift

YOUR NEXT APPOINTMENT FOR PHYSICAL THERAPY IS ON:
☐ MON ☐ TUE ☐ WED ☐ THUR ☐ FRI ☐ SAT
DATE: _____   TIME: _____   ☐ Before / After Shift

Bertacchi-Freeman/Hartford000972

U.S. HealthWorks MEDICAL GROUP

BIL

333

**WC Worksheet**
*New Patient*

**MA / NURSE NOTES** Dominant hand: [X] Right [ ] Left Allergies: NKDA

Medications: HCTZ, Synthroid, Advair, Allegra Problems/Side effects: —

[X] Yes [ ] No History of ulcers or gastritis? [ ] Yes [X] No Possibly pregnant? Last Tetanus Toxoid: 2010

**Occupational History:**

Job Title: director of pharmacy Length of employment with company 3 mos. yrs Average hours per week: 40+

Main Job Characteristics At The Time Of Injury:

[X] Sit down job [ ] Prolonged standing or walking [X] Repetitive use of hands / keyboard / mouse [X] Kneeling or squatting

[X] Bending [ ] Stooping [ ] Climbing [ ] Overhead work [ ] Operating hand tools / Machinery

[X] Lifting / Pulling / Pushing [ ] Up to 10 lbs. [X] Up to 25 lbs. [ ] Up to 50 lbs. [ ] Up to ___ lbs. Other: ___

[X] Yes [ ] No Any lost work time? If Yes, specify number of full days lost: 2 and last date worked: 10/10/12

[ ] Yes [X] No Any other source of employment? If Yes, specify:

[ ] Yes [X] No Any sports or hobbies? If Yes, specify:

[ ] Yes [X] No Any previous treatment for the complaint(s) before coming to U.S. HealthWorks? If Yes, specify:

Chief Complaint: (R) knee pain, back lower, stiff neck + pain

Ht: 61 in Wt: 210 lbs Pulse: 64 /min BP: 130/84 mmHg Resp: 16 /min Temp: 99.1 °F

Completed by: J. Soria

**PHYSICIAN HISTORY** (Explain any Yes answers below.)

[ ] Yes [X] No Chemical / toxic exposure involved?

[ ] Yes [X] No Any previous occupational injuries or illnesses?

[ ] Yes [X] No Any pre-existing condition that could complicate or prolong the patient's diagnosis, treatment, and/or rate of recovery?

**History of Present Illness/Injury:** (Describe below the mechanism of injury, progression of illness, and the characteristics of the chief complaint)

c/o [illegible] neck, LB, + (R) knee pain x ? 1 week which she attributes to a significant [illegible] in the amount of bending, squatting, + overhead reaching activities at her job during the past [illegible] weeks. She [illegible] any prior [illegible] neck or back problems. She states that she [illegible] [illegible] from (R) knee.

**Chief Complaint #1:** Pain
**Location:** (R) knee
**Quality:** [ ] Faint [ ] Sharp [X] Dull [ ] Tingling [ ] Burning
**Severity:** [ ] Minimal [X] Mild – [X] Moderate [ ] Severe
**Duration:** ___ Min ___ Hours ___ Days 1+ week
**Timing:** [ ] Occasional [X] Intermittent [ ] Constant
**Context:** work
**Modifying Factors:** Exacerbated by: Climbing / squatting
Lessened by: Rest

**Chief Complaint #2:** Pain
**Location:** Neck + Back
**Quality:** [ ] Faint [ ] Sharp [X] Dull [ ] Tingling [ ] Burning
**Severity:** [ ] Minimal [X] Mild – [X] Moderate [ ] Severe
**Duration:** ___ Min ___ Hours ___ Days 1+ weeks
**Timing:** [ ] Occasional [ ] Intermittent [X] Constant
**Context:** work
**Modifying Factors:** Exacerbated by: Computer / Prolonged [illegible]
Lessened by: Rest

**Relevant History.** Comments:

[illegible] (~ 2 yrs ago) skiing. She states that she [illegible] [illegible] full recovery from that & going [illegible] aggravating symptoms

Peter J. Heitke M.D
G46389

[X] As part of my evaluation, I reviewed the information above, as well as the patient's Medical, Family and Social History and the Review of Systems collected today.

**Provider Signature**

CARDINAL HEALTH/CORP. 90009
DOS:10/12/12 DOI:10/05/12 DOB: REDACTED 53
Patient: Bertacchi-Freemon, Glor
Case # : 113-092598 Ref # : 4116yell/lr

THE DOCUMENTATION ABOVE.

**WC Worksheet**
*New Patient*

Incident #: ___ Date: ___

Jun. 7. 2013 8:51AM USHW Rocklin ca No. 9497 P. 17/37

2015092100076

U.S. HealthWorks MEDICAL GROUP

NECK
Page 1 of 2 WC New Patient

334

**Associated Symptoms** ☐ None (Check all that apply.)

☐ Yes ☑ No Arm pain? ☐ Yes ☑ No Arm numbness or tingling? ☐ Yes ☑ No Arm weakness? ☑ Yes ☐ No Neck pain with motion? Ext.
☐ Yes ☑ No Neck swelling? ☑ Yes ☐ No Restricted motion? Ext. ☐ Yes ☑ No Recent URI symptoms? ☐ Yes ☑ No Bowel/Bladder dysfunction?
Other:

**EXAM:** (Check all the statements that apply and explain any Yes answers below. If not all items in a statement are positive; check and explain those that apply.)

1. ☐ Yes ☑ No Malnourished and/or underdeveloped?
2. ☐ Yes ☑ No Disoriented to time, place and person and/or non-alert?
3. ☐ Yes ☑ No Mood and affect appear inappropriate?
4. ☐ Yes ☑ No Abnormal posture or gait?
5. ☐ Yes ☑ No Signs of apparent respiratory distress (tachypnea, hyperpnea, etc.)?
6. ☑ Yes ☐ No Loss of cervical lordosis? Mild-mod.
7. ☐ Yes ☑ No ☐ Erythema, ☐ ecchymosis, ☐ scars, ☐ masses, ☐ swelling, or ☐ deformities in neck?
8. ☑ Yes ☐ No Neck ☑ stiffness or ☐ splinting. Mild
9. ☐ Yes ☑ No Posterior cervical tenderness?
10. ☑ Yes ☐ No ☑ Tenderness or ☑ muscle spasms in the ☑ Paracervical ☐ Sternocleidomastoid ☑ Trapezius muscles?
11. ☐ Yes ☑ No Abnormal thyroid palpation?
12. ☑ Yes ☐ No Restricted range of motion of the neck? (If Yes, specify restrictions below.)
Flex: 45 /45° Ext. 35 /55° Lat. Flexion R: 35 L: 35 /40° Lat. Rotation R: 70 L: 70 /70°
13. ☐ Yes ☑ No Weakness of the upper extremity muscles? (If Yes, grade the weakness below.)
Shoulder abduction (C5) R:____ L:____ /5 Wrist extension (C6) R:____ L:____ /5 Wrist flexion (C7) R:____ L:____ /5
Finger extension (C7) R:____ L:____ /5 Finger Flexion (C8) R:____ L:____ /5 Shoulder adduction (T1) R:____ L:____ /5
14. ☐ Yes ☑ No Abnormal deep tendon reflexes in upper extremities? (If Yes, grade the response below.)
Bicipital (C5) R:____ L:____ /2 Brachioradialis (C6) R:____ L:____ /2 Tricipital (C7) R:____ L:____ /2
15. ☐ Yes ☑ No Sensory changes to light touch and pinprick in upper extremities? (If Yes, specify area of decreased sensation below.)
R / L Lat. arm sensation (C5) R / L Lat. forearm sensation (C6) R / L Middle finger sensation (C7)
R / L medial forearm sensation (C8) R / L Medial arm sensation (T1)
16. ☐ Yes ☑ No Abnormal pulses in neck and upper extremities? (If Yes, grade the intensity.) Carotid R:____ L:____ 4 Radial R:____ L:____ 4
17. ☐ Yes ☑ No Cervical lymphadenopathy?
18. ☐ Yes ☑ No Signs of apparent respiratory distress (tachypnea, hyperpnea, etc.)?

**Maneuvers and Tests**

19. Dynamometer (JAMAR) Setting #:____ Right:____,____,____ lbs. Left:____,____,____ lbs.
20. ☐ Pos ☑ Neg Cervical compression test for nerve root compression. 21. ☐ Pos ☑ Neg Cervical distraction test for nerve root compression.
22. ☐ Pos ☑ Neg Valsalva maneuver for cervical space-occupying lesions. 23. ☐ Pos ☐ Neg Other:

**Explanation of abnormalities and other physical findings:**

10. [handwritten, partly illegible] tenderness & mild-mod spasm of the paracervical / upper parathoracic muscles

Other injuries associated with this incident: ____ (Document appropriately)

**DIAGNOSTIC TESTS:** Radiographic series of the ☑ Neck ☐ Other: C-spine Number of views 5 X-Ray #: 120819
☐ CBC / Differential ☐ Chemistry ☐ Urinalysis, Dipstick ☐ Urinalysis Other:
Results: Preliminary X-ray reading: ☐ Normal ☑ Abnormal: LOLC C/W Muscle Spasm; otherwise normal ☑ Sent to radiologist
Laboratory: ☐ Normal ☐ Abnormal: ☑ Discussed with patient

CARDINAL HEALTH/CORP. 90009 ... DO NOT COVER ANY OF THE DOCUMENTATION ABOVE.
DOS:10/12/12 DOI:10/05/12 DOB: REDACTED 53
Patient: Bertacchi-Freemon, Glor
Case [illegible] Ref #: 4116yell/lr

NECK
Page 1 of 2 WC New Patient

Incident #: ____ Date: ____

USHW Rocklin ca 8:51AM Jun. 7. 2013 No 9437 P. 18/37

U.S. HealthWorks MEDICAL GROUP

BACK
Page 1 of 2 WC New Patient

335

**Associated Signs/Symptoms:** ☑ None (Check all that apply)

☐ Yes ☐ No Dysuria? ☐ Yes ☐ No Polyuria? ☐ Yes ☐ No Fever, chills, sweats? ☐ Yes ☐ No Hematuria?
☐ Yes ☐ No Paresthesias? ☐ Yes ☐ No Weakness? ☐ Yes ☐ No Changes in bowel habits? ☐ Yes ☐ No Pain radiation to: ________
☐ Yes ☐ No Bowel/Bladder dysfunction? Other: ________ Other: ________

**EXAM:** (Check all the statements that apply and explain any Yes answers below. If not all items in a statement are positive, check and explain those that apply.)

1. ☐ Yes ☑ No Malnourished and/or underdeveloped?
2. ☐ Yes ☑ No Disoriented to time, place and person and/or non-alert?
3. ☐ Yes ☑ No Mood and effect appear inappropriate?
4. ☐ Yes ☑ No Abnormal posture or gait?
5. ☐ Yes ☑ No Signs of apparent respiratory distress (tachypnea, hyperpnea, etc.)?
6. ☐ Yes ☑ No ☐ Erythema, ☐ ecchymosis, ☐ scars, ☐ masses, ☐ swelling, or ☐ deformities of chest or thoracolumbar region?
7. ☐ Yes ☑ No ☐ Kyphosis or ☐ scoliosis?
8. ☑ Yes ☐ No Loss of lumbosacral lordosis? Mild
9. ☐ Yes ☑ No Pelvis asymmetry?
10. ☑ Yes ☐ No Difficult Heel/Toe ambulation?
11. ☑ Yes ☐ No ☑ Tenderness or ☑ spasm of the thoracolumbar spine or the paravertebral musculature?
12. ☐ Yes ☑ No Abnormal abdominal palpation?
13. ☐ Yes ☑ No Costovertebral angle tenderness for renal involvement?
14. ☑ Yes ☐ No Restricted range of motion of the back? (If Yes, specify restrictions below)
    Flexion: Fingertips to: ☐ Mid-Thigh ☐ Knee ☐ Mid-tibia ☑ Ankles ☐ ____ inches from floor
    Extension: 27 /30° Lateral Flexion R: 40 L: 40 /45° Lateral Rotation R: 18 L: 22 /30°
15. ☐ Yes ☑ No Weakness of the lower extremities? (If Yes, grade the weakness below)
    Hip Flexion (T12-L13) R___L___/5 Foot Dorsiflexion-Inv (L4) R___L___/5 Great Toe Dorsiflexion (L5) R___L___/5

Neurovascular

16. ☐ Yes ☑ No Abnormal deep tendon reflexes? (If Yes, grade the response below)
    Patellar (L2, L3, L4) R___L___/2 Achilles Tendon (S1, S2) R___L___/2
17. ☐ Yes ☑ No Sensory changes to light touch and pinprick? (If Yes, specify area of decreased sensation below)
    R / L Medial Forearm (T1) R / L Medial Arm (T2) R / L Torso (T2-T7)
    R / L Anterior Thigh (L1-L3) R / L Medial Leg/Foot (L4) R / L Lateral Leg/Medial Foot (L5)
    R / L Lateral Leg/Dorsal Foot (L5) R / L Lateral Ventral Foot (S1) R / L Thoracoabdominal region
18. ☐ Yes ☑ No Abnormal distal pulses? (If Yes, specify): ________
19. ☑ Yes ☐ No Abnormal exam of the neck? — See other page
20. ☐ Yes ☑ No Signs of apparent dependent lymphedema?

Maneuvers and Tests

21. ☐ Pos ☑ Neg Straight Leg Raise Test for sciatic nerve involvement. Right: + at ____ degrees. Left: + ____ degrees.
22. ☐ Pos ☑ Neg Patrick-Fabere Test for pathology of sacroiliac joint.
23. ☐ Pos ☑ Neg Extensor hallucis longus (EHL) Test
24. ☐ Pos ☑ Neg Waddell's Signs for symptom magnification.
25. ☐ Pos ☐ Neg Other: ________

Explanation of abnormalities and other physical findings:

11. Thoracic, lumbar [illegible]
    [illegible] spasm

Other Injuries associated with this incident: ________ (Document appropriately)

DIAGNOSTIC TESTS: Radiographic series of the ☑ Lumbar / ☐ Thoracic Spine ☐ Other: ________ Number of views 5 X-Ray #: 120819
☐ CBC / Differential ☐ Blood Chemistry ☐ Urinalysis, Dipstick ☐ Urinalysis ☐ Urine C&S Other: ________
Results: Preliminary X-ray reading: ☑ Normal ☐ Abnormal: ________ ☑ Sent to radiologist
Laboratory: ☐ Normal ☐ Abnormal: ________ ☑ Discussed with patient

IF ID LABELS ARE USED, AFFIX HERE [...] OF THE DOCUMENTATION ABOVE.

CARDINAL HEALTH/CORP. 90009
DOS:10/12/12 DOI:10/05/12 DOB: REDACTED 53
Patient: Bertacchi-Freeman, Glor

Incident #: ________ Date: ________

BACK
Page 1 of 2 WC New Patient

2015090210000760

U.S. HealthWorks MEDICAL GROUP

336

KNEE

Page 1 of 2 WC New Patient

Associated Signs/Symptoms: ☐ None (Check all that apply)

☐ Yes ☑ No Leg pain? ☐ Yes ☑ No Leg numbness or tingling? ☐ Yes ☑ No Leg weakness? ☐ Yes ☑ No Pain with motion?

☑ Yes ☐ No Swelling? ☐ Yes ☑ No Restricted motion? Other: ______

EXAM: (Check all the statements that apply and explain any Yes answers below. If not all items in a statement are positive, check and explain those that apply.)

1. ☐ Yes ☑ No Malnourished and/or underdeveloped?
2. ☐ Yes ☑ No Disoriented to time, place and person and/or non-alert?
3. ☐ Yes ☑ No Mood and affect appear inappropriate?
4. ☐ Yes ☑ No Abnormal gait?
5. ☐ Yes ☑ No Signs of apparent respiratory distress (tachypnea, hyperpnea, etc.)?

☑ Right ☐ Left — Contralateral

6. ☑ Yes ☐ No | ☐ Yes ☑ No ☐ Erythema, ☐ ecchymosis, ☐ scars, ☐ masses, ☑ swelling, or ☐ deformities in knees?
7. ☑ Yes ☐ No | ☐ Yes ☑ No Tenderness of the medial and lateral joint lines?
8. ☐ Yes ☑ No | ☐ Yes ☑ No Patellar ☐ subluxation or ☐ tenderness?
9. ☐ Yes ☑ No | ☐ Yes ☑ No Joint effusion present?
10. ☐ Yes ☑ No | ☐ Yes ☑ No ☐ Asymmetry, ☐ atrophy, or ☐ lesions of the quadriceps?
11. ☐ Yes ☑ No | ☐ Yes ☑ No ☐ Tenderness or ☐ deformity of the popliteal fossa?
12. ☐ Yes ☑ No | ☐ Yes ☑ No Signs of apparent lymphedema or inguino / crural lymphadenopathy?
13. ☐ Yes ☑ No | ☐ Yes ☑ No Abnormal exam of the ☐ hip, ☐ thigh, ☐ leg, ☐ ankle or ☐ foot?
14. ☐ Yes ☑ No Restrictions to the range of motion? (If Yes, specify restrictions below)
    Extension R___L___/0° Flexion R___L___/135° Int. Rotation R___L___/10° Ext. Rotation R___L___/10°
15. ☐ Yes ☑ No Weakness of the intrinsic muscles of the lower extremity? (If Yes, grade the weakness below)
    Extension (L2, L3, L4) R___L___/5 Flexion (L5, S1) R___L___/5

Neurovascular

16. ☐ Yes ☑ No Abnormal deep tendon reflexes in lower extremity? (If Yes, grade the response below)
    Patellar (L2, L3, L4) R___L___/2 Achilles Tendon (S1) R___L___/2
17. ☐ Yes ☑ No Sensory changes to light touch and pinprick in lower extremities? (If Yes, specify area of decreased sensation below)
    R / L Anterior Thigh (L1-L3) R / L Medial Leg/Foot (L4) R / L Lateral Leg/Medial Foot (L5)
    R / L Lateral Leg/Dorsal Foot (L5) R / L Lateral Ventral Foot (S1)
18. ☐ Yes ☑ No Abnormal distal pulses in lower extremities? (If Yes, grade the intensity) Popliteal R:___L:___/4 Posterior Tibial R:___L:___/4

Maneuvers and Tests

19. ☐ Pos ☑ Neg Abduction/Adduction Stress Tests for integrity of coll. lig.
20. ☐ Pos ☑ Neg McMurray Test for meniscal tears.
21. ☐ Pos ☑ Neg Bulge Sign / Ballottement Test for joint effusion.
22. ☐ Pos ☑ Neg Ant. Post / Drawer Sign for integrity of cruciate ligament.
23. ☐ Pos ☑ Neg Apprehension test for patellar dislocation or subluxation.
24. ☐ Pos ☑ Neg Patello-Femoral grinding test for retropatellar pathology.
25. ☐ Pos ☐ Neg ______
26. ☐ Pos ☐ Neg ______

Explanation of abnormalities and other physical findings:

6/7 - There is mild Ⓡ knee swelling c mild tenderness esp medially

Other Injuries associated with this incident: ______ (Document appropriately)

DIAGNOSTIC TESTS: Radiographic series of the ☐ L / ☑ R (Knee) ☐ Other: ______ Number of views 3 X-Ray #: 120819

☐ CBC / Differential ☐ Chemistry ☐ Urinalysis, Dipstick ☐ Urinalysis Other: ______

Results: Preliminary X-ray reading: ☐ Normal ☑ Abnormal: Min. OA ☑ Sent to radiologist

Laboratory: ☐ Normal ☐ Abnormal: ______ ☐ Discussed with patient

OF THE DOCUMENTATION ABOVE.

KNEE

Page 1 of 2 WC New Patient

CARDINAL HEALTH/CORP. 90009

DOS:10/12/12 DOI:10/05/12 DOB: REDACTED 53

Incident #: ______ Date: ______

Patient: Bertacchi-Freemon, Glor

Case #15/02 .4-091646 Ref # : 4116yell/lr

USHW Rocklin ca Jun. 7. 2013 8:51AM

U.S. HealthWorks MEDICAL GROUP

337

KNEE
*Page 2 of 2* *WC New Patient*

**DIAGNOSES:** (Specify all diagnoses by numbering in order of importance.)

#__ Abrasion. Knee / Leg #__ Contusion. Knee # 1 Sprain/Strain Knee — (R)
#__ Bursitis. Knee #__ Fracture ______ #__ Degenerative Joint Disease. Knee
#__ Internal Derangement of the Knee # 2 Other: Cervical/thoracic Strain # 3 Other: Lumbar Strain

☑ Work-related ☐ Not Work-related ☐ Pending determination.
☐ First Aid Case

**PHYSICIAN COMMENTS** (Explain any No answers.)

1. ☐ Yes ☑ No According to the patient, was the present injury/illness caused by a single specific event? Repetitive activity
2. ☑ Yes ☐ No Are findings consistent with the patient's statement?

**TREATMENT PLAN:**

☐ Cryotherapy locally for 15 min. STAT.
☐ Injection administered. Med/Manufacturer: ______ Dose: ______ Route: ______ Location: ______ Lot: ______ Exp. Date: ______

**Medications / Supplies** (Check all that apply, write the prescription in the blanks and circle (D) for Dispensed and (P) for Prescribed.)

☐ Acetaminophen ES 500 mg #40 ______ D / P ☐ Acetaminophen/ Cod. 300/30 mg #20 ______ D / P
☐ Biofreeze Tube 4 oz ______ D / P ☐ Cyclobenzaprine 5 mg #30 ______ D / P
☑ Diclofenac Sodium XR 100 mg #30 1 q d (D) / P ☐ Etodolac 300 mg #30 ______ D / P
☐ Hydrocodone/Acet ☐ 5/325 mg ☐ 10/325 mg # 20 ______ D / P ☐ Ibuprofen 200 mg #40 ______ D / P
☐ Lidoderm Patches #30 ______ D / P ☐ Methocarbamol 750 mg #40 ______ D / P
☐ Naproxen 550 mg #30 ______ D / P ☐ Naproxen Sodium 220 mg #26 ______ D / P
☐ Omeprazole DR 20 mg #30 ______ D / P ☑ Orphenadrine Citrate ER 100 mg #30 1 q h. (D) / P
☐ Tramadol /Acetaminophen 37.5/325 mg #30 ______ D / P ☐ Tramadol HCL 50 mg #20 ______ D / P
☐ Injectables. Specify: ______ D / P ☐ Other: ______ D / P

☑ **The following medical / orthotics were applied and fitted, and the patient instructed in their proper use and care:**
☐ Knee Immobilizer ______ ☐ Splint ______ ☑ Knee Brace ______
☐ Knee Support ______ Other: ______

**The following medical supplies were dispensed and the patient instructed in their proper use:**
☑ Cold Packs ☐ Hot Pack ☐ Thermophore Pack ☐ ACE Wrap ______ ☐ Crutches ☐ Cane ☑ Other: D-Core Pillow
Other: Large (Cervical) / Lumbar Large (Lumbar)

☐ Patient will be followed by primary physician for fracture care. No referral is anticipated at this time.
☐ **Physical Therapy:** Evaluate and treat __ times/week for __ weeks. ☑ **Chiropractic Therapy:** Evaluate and treat 3 times/week for 2 weeks.
☐ **Gait Training** ☐ **Ergonomic Evaluation**
☐ **Interpreter used** ☐ **Certified interpreter unavailable.** Name: ______
**Work Status:** ☐ Regular work ☑ Modified work ☐ Off work. Explain: ______
☐ Counseling visit: Total duration of visit: ____ mins. Total duration of patient counseling: ____ mins.
**Return to clinic on:** 10/19/12 → Alhambra Office
☐ **Discharged from care.** No further treatment is anticipated at this center at this time.

Hot/Cold Medi-Pak 6"x10 ½"
HCPCS: A9273
Bill Code: 6850
Item#: 59-610R

HCPC: 1.L1820
79-82399-10
REDDIE BRACE, XXXL

MA/Nurse completing medical orders: [signature]

DICLOFENAC SOD. XR 100MG TAB
NDC:52959-0794-30 QTY:#30
Exp: 05/14 Lot:DCL25VL003
(Voltaren XR)54591-0576-01

ORPHENADRINE CIT.100mg.E.R.TAB
NDC:58859-0527-30 QTY:#30
Exp: 11/13 Lot:OC1530X02V
(Norflex)60115-2011-08

Hot/Cold Flexipac 8"x14" (dispensed)
HCPCS: A9273
Bill Code: 6971 Item# 4029

**CONSULT / REFERRAL:**
☐ **Patient advised to follow up with personal physician.**
☐ Consult/ ☐ Referral ☐ Emergency ☐ Orthopedics ☐ Other: ______
Reasons:

**PATIENT EDUCATION.**
Patient voiced understanding of: ☑ **aftercare instructions and medication side effects**
☑ **work restrictions and expected progression of the injury**
Patient was given educational material on ______ ☑ **Krames Booklets**

Krames Pt Education 9-16 pgs
HCPCS: 99071
Bill Code: 6860
(3)

HCPCS: E0190
COR101
D-CORE FIBER SUPPORT PILLOW, REGULAR, 24" X 16"

**EMPLOYER CONTACT:** ☑ **Discussed case** / ☐ **Left detailed message with:** Toni Eberly on the issues of:
☑ Causation ☑ Diagnoses ☑ Prognosis ☑ Work Status (Other:) 2-Tx

**PROVIDER.** Signature: [signature] Name: Peter J. Heitke M.D. G46389

... OF THE DOCUMENTATION ABOVE.

KNEE
*Page 2 of 2* *WC New Patient*

CARDINAL HEALTH/CORP. 90009
DOS:10/12/12 DOI:10/05/12 DOB:REDACTED/53
Patient: Bertacchi-Freemon, Glor
Case # 4116yell/lr

Incident #: ______ Date: ______

338

CARDINAL HEALTH7CORP 90009

DOS:10/12/12 DOI: /0 12 DOB: REDACTED 53

Patient: Bertacchi-Freemon, Glor

Case # : 113-092598 Ref # : 4116yell/lr

# PT/OT/Chiro/Acupuncture Medical Necessity / Treatment Goals

Patient Name: Gloria Bertacchi-Freemon Date: 10/12/12

Diagnosis: Cervicothoracic Strain / Lumbar Strain / Date of Injury: ______

Precautions / Remarks: Cervical Strain

Physical Therapy: ____ times per week for ______ weeks Occupational Therapy: ______ times per week for ______ weeks

Chiropractic: ____ times per week for ______ weeks Acupuncture: ____ times per week for ______ weeks

## PRESCRIPTION

- ☐ Physical/Occupational Therapy Evaluation and Treatment
- ☐ Physical/Occupational Therapy Re-Evaluation
- ☐ Chiropractic Evaluation and Treatment
- ☐ Acupuncture Evaluation and Treatment
- ☐ Biofeedback
- ☐ Request for additional therapy treatment
- ☐ Request for additional chiropractic treatment
- ☐ Request for additional acupuncture treatment

## REASONS FOR PRESCRIPTION

- ☑ Decreased / Impaired functional mobility / Capacity
- ☑ Decreased Joint Range of Motion
- ☐ Functional strength deficits
- ☐ Positive Special Tests / Radicular Symptoms / Hypermobility
- ☐ Postural dysfunction and/or impaired movement patterns
- ☑ Provocation of pain with functional mobility/ROM
- ☐ Other ______

## GOALS

- ☑ Accelerate / Increase functional ROM within 80 - 90% of AMA guides
- ☐ Accelerate / Increase strength to 4/5 on MMT or acceptable performance on specific functional motor tests
- ☐ Achieve normalization of special test findings
- ☑ Decrease pain to 2/10, or less, with proper body mechanics / posture
- ☑ Expedite / Advance expected functional capacity / status to 80 - 90% of normal
- ☑ Facilitate independence in a progressive home exercise program with functional emphasis
- ☑ Restore functional capacity to allow return to full duty
- ☐ Other: ______

Labor Code Section 4610, section (e) states that "no person other than a licensed physician ... may modify, delay or deny request for authorization of medical treatment.

Labor Code Section 4610 section (g) states the timeframe for UR.

(1) Prospective or concurrent decisions shall be made in a timely fashion that is appropriate for the nature of the employee's condition, not to exceed five working days from the receipt of the information reasonably necessary to make the determination, but in no event more than 14 days from the date of the medical treatment recommendation by the physician. In cases where the review is retrospective, the decision shall be communicated to the individual who received services, or to the individual's designee, within 30 days of receipt of information that is reasonably necessary to make this determination. All of the denial or modification procedures contained in Labor Code section 4610 (g) (2) and (3) are mandatory, and if the statutory requirements are not met, the utilization review report is not admissible. The only other procedure for disputing the treatment is a QME, pursuant to Labor Code section 4062.

PHYSICIAN

Name Peter J. Heitke M.D. G46389

Signature [signature] Date of Exam 10/12/12

ST 6030 (Rev 7/2010) © US HealthWorks

No. 9497 P. 22/37 Jun. 7. 2013 8:52AM USHW Rocklin ca

Bertacchi-Freeman/Hartford000978

823.

U.S. HealthWorks MEDICAL GROUP

HX1

**PATIENT INFORMATION / INFORMACIÓN DEL PACIENTE**
WC

**Please complete the following information. (Por favor, complete la siguiente información)**

Employer (Patrón): Cardinal Health Date (Fecha): 10/12/12 SSN: REDACTED 3990

First Name (Nombre): Gloria Middle Initial (Inicial): M Last Name (Apellido): Bertacchi-Freeman

Address (Dirección): 5135 Moss Lane City (Ciudad): Granite Bay State (Estado): ___ Zip (C. Postal): 95746

Telephone Numbers (Teléfonos) Home: (Casa): ___ Work (Trabajo): 916 288 1361 Cell (Celular): 916-390-1845

Best number to reach you (Mejor número para llamarle): ☐ Home: (Casa) ☐ Work (Trabajo) ☒ Cell (Celular) Email: deltadoctor@yahoo.com

Date of Birth (Fecha de Nacimiento): REDACTED 53 Sex (Sexo): F Marital Status (Estado Civil): M

Date of Injury (Fecha de lesión): 10/5/12 Time (Hora): unknown Last day worked (Ultimo día que trabajo): 10/10/12

Occupation (Ocupación): Director of Pharmacy Address where injury occurred (Dirección donde ocurrió la lesión): 8100 Bruceville Rd Sac, Ca

Was your problem caused by something that happened at work? (¿Fue su problema causado por algo sucedido en su trabajo? ☒ Yes (Sí) ☐ No

Injury was reported to (La lesion fue reportada a): Cardinal Health Date (Fecha): 10/11/12 Time (Hora): 8am

Has U.S. HealthWorks ever treated you before? (Alguna vez ha sido tratado en U.S. HealthWorks?): N When? (Cuándo?): ___

In case of emergency call: (En caso de emergencia llamar a:) Larry Freeman Tel: 916 652 3000

**Please describe how your present injury/illness occurred. (Por favor describa cómo ocurrió su actual lesión o enfermedad.)**

Knee Pain, Rt Knee + Swelling
Back + Neck Pain
Sudden Encontinence
Incident occured at Sierra Vista Hospital; Patient Group Counseling, Agitated Patient and Bending, Stretching, Reaching in Pharmacy

339

**PLEASE COMPLETE THE FOLLOWING DIAGRAM** *(Por favor complete el diagrama a continuación.)*

If you feel any of the symptoms below, mark the areas of the body where you feel them on the figures below and indicate the type of symptom.
(Si siente alguno de los síntomas listados a continuación, marque la zona del cuerpo en donde los siente en las figuras e indique el tipo de síntoma.

Symptoms (Síntomas)
1. Pain (Dolor)
2. Numbness (Adormecimiento)
3. Burning (Quemazón)
4. Pins/Needles (Pinchazos)

Example (Ejemplo)

Rate the intensity of your pain: / Indique la intensidad de su dolor:
NO PAIN / SIN DOLOR — MOST PAIN / DOLOR INTENSO
0 1 2 3 4 5 (6) 7 8 9 (10)

Patient Signature (Firma del Paciente) ___ Date (Fecha) 10/12/12

ST1012 (11/09) © US HealthWorks

Jun. 7. 2013 8:52AM USHW Rocklin ca No. 9497 P. 23/37

Bertacchi-Freeman/Hartford000979

201509921000760

340

U.S. HealthWorks MEDICAL GROUP

HEALTH HISTORY / HISTORIA MÉDICA
Confidential / Confidencial

HX2

To better assess your health condition, please provide the following information (Para evaluar mejor su condición de salud, por favor proporcione la siguiente información)

**PLEASE ANSWER ALL QUESTIONS** / **POR FAVOR, CONTESTE TODAS LAS PREGUNTAS**

| Yes/Sí | No | PAST MEDICAL HISTORY / ANTECEDENTES MEDICOS |
|---|---|---|
| ✓ | | 1. Allergies or hives / Alergias o urticaria |
| ✓ | | 2. Medications / Medicinas |
| | ✓ | 3. Major illnesses or injuries / Enfermedades/lesiones importantes |
| ✓ | | 4. Hospitalizations or surgeries / Hospitalizaciones o cirugías |
| ✓ | | 5. Motor vehicle accidents / Accidentes de tránsito |
| | ✓ | 6. Blood transfusions / Transfusiones de sangre |
| | ✓ | 7. Worked in a hazardous environment / Trabajo en ambientes peligrosos |
| | ✓ | 8. Work-related injuries/illnesses / Accidentes/enfermedades en el trabajo |
| | ✓ | 9. Permanent disabilities / Incapacidad permanente |

| Yes/Sí | No | FAMILY HISTORY / ANTECEDENTES FAMILIARES |
|---|---|---|
| | ✓ | 10. Blood diseases in relatives / Familiares con enfermedades de la sangre |
| ✓ | | 11. Cancer or leukemia in relatives / Familiares con cáncer o leucemia |
| ✓ | | 12. Diabetes in relatives / Familiares con diabetes |
| ✓ | | 13. Heart Disease / Familiares con enfermedades del corazón |
| ✓ | | 14. High Blood Pressure / Familiares con presión alta |
| ✓ | ✓ | 15. Strokes in relatives / Familiares con trombosis / ataques cerebrales |
| | | 16. Mental illnesses in relatives / Familiares con enfermedades mentales |

| Yes/Sí | No | SOCIAL HISTORY / ANTECEDENTES SOCIALES |
|---|---|---|
| | ✓ | 17. Tobacco use. How much? ____ week / Uso de tabaco. ¿Cuanto? ____ semana |
| | ✓ | 18. Alcohol use. How much? ____ week / Uso de alcohol. ¿Cuanto? ____ semana |

**REVIEW OF SYSTEMS / REVISIÓN DE SISTEMAS**
Have you had or do you commonly have: / ¿Tiene usted normalmente o ha tenido:

| Yes/Sí | No | CONSTITUTIONAL |
|---|---|---|
| | ✓ | 19. Recent gain or loss of weight / Ganancia o pérdida de peso reciente |
| | ✓ | 20. Weakness, fatigue, or appetite loss / Debilidad, fatiga o pérdida de apetito |
| | ✓ | 21. Fever / Fiebre |

| Yes/Sí | No | SKIN |
|---|---|---|
| ✓ | | 22. Skin diseases or problems / Enfermedades en la piel |
| | ✓ | 23. Discoloration, pigmentation changes / Cambios de color en la piel |
| | ✓ | 24. Cancer/Tumors or cysts / Cáncer, tumores o quistes |

| Yes/Sí | No | HEAD |
|---|---|---|
| | | 25. Frequent or severe headaches / Dolores de cabeza frecuentes o severos |

| Yes/Sí | No | EYES / VISION |
|---|---|---|
| | ✓ | 26. Eye Injury, Infection or pain / Lesiones, infección o dolor en los ojos |
| | ✓ | 27. Blurred, double or decreased vision / Visión borrosa, doble, o disminuida |
| ✓ | | 28. Eye itching, burning or tearing / Lagrimeo, picazón o quemazón en ojos |
| | ✓ | 29. Light sensitivity / Sensibilidad a la luz |

| Yes/Sí | No | EARS, NOSE, THROAT, MOUTH |
|---|---|---|
| | ✓ | 30. Loss or decreased hearing / Pérdida o disminución de la audición |
| | ✓ | 31. Ear pain, infection, discharge / Dolor, infección o secreción en oídos |
| ✓ | | 32. Nose / Sinus Problems / Problemas en la nariz o en senos nasales |
| ✓ | | 33. Dental/Gum Disease / Enfermedades dentales o de las encías |
| | ✓ | 34. Recurrent throat problems / Problemas de garganta recurrentes |
| | ✓ | 35. Voice Change / Hoarseness / Ronquera o cambios en la voz |

| Yes/Sí | No | CARDIOVASCULAR SYSTEM |
|---|---|---|
| | ✓ | 36. Shortness of Breath / Dificultad para respirar |
| | ✓ | 37. Chest Pain or Pressure / Opresión o dolor en el pecho |
| | ✓ | 38. Palpitation/Pounding Heart / Palpitaciones o saltos del corazón |
| ✓ | | 39. High Blood Pressure / Presión sanguínea elevada |
| | ✓ | 40. Swelling Feet/Ankles / Hinchazón de pies o tobillos |
| | ✓ | 41. Varicose Veins / Venas varicosas |

| Yes/Sí | No | RESPIRATORY SYSTEM |
|---|---|---|
| | ✓ | 42. Chronic/Recurrent Cough/Cold / Resfriado / tos crónica o recurrente |
| ✓ | | 43. Asthma / Wheezing / Asma o pitos (sibilancias) en el pecho |
| ✓ | | 44. Emphysema or chronic bronchitis / Enfisema o bronquitis crónica |
| ✓ | | 45. Pneumonia / Pneumonía o pulmonía |
| | ✓ | 46. Tuberculosis / Tuberculosis |
| | ✓ | 47. Coughing of Blood / Tos con sangre |

| Yes/Sí | No | GASTROINTESTINAL TRACT |
|---|---|---|
| ✓ | | 48. Frequent indigestion or reflux / Indigestión o reflujo frecuentes |
| | ✓ | 49. Nausea or vomiting / Náusea o vómitos |
| | ✓ | 50. Vomiting of Blood / Vómitos con sangre |
| | ✓ | 51. Abdominal pain / Dolor abdominal |
| | ✓ | 52. Liver disease / Enfermedades del hígado |
| | ✓ | 53. Change in Bowel Habits / Cambios en hábitos intestinales |
| | ✓ | 54. Frequent Constipation/Diarrhea / Constipación o diarrea frecuentes |
| | ✓ | 55. Blood in stools/Black stools / Heces negras o con sangre |
| | ✓ | 56. Hemorrhoids / Rectal Disease / Hemorroides o enfermedades del recto |

| Yes/Sí | No | GENITOURINARY TRACT |
|---|---|---|
| | | 57. Painful or difficult urination / Dificultad o dolor al orinar |
| | ✓ | 58. Blood in urine / Sangre en la orina |
| | ✓ | 59. Kidney infection/stones / Infecciones o cálculos del riñón |
| | ✓ | 60. Venereal Disease / Enfermedades venéreas |

| Yes/Sí | No | MUSCULOSKELETAL |
|---|---|---|
| | ✓ | 61. Joint pain or disease / Enfermedades o dolor en las articulaciones |
| | | 63. Neck or back injury / Lesiones del cuello o de la espalda |
| | ✓ | 64. Foot Problems / Problemas en los pies |

| Yes/Sí | No | NEUROLOGICAL |
|---|---|---|
| | ✓ | 65. Epilepsy, Convulsions / Epilepsia, convulsiones, ataques |
| | ✓ | 66. Dizziness / Mareos o vértigo |
| | ✓ | 67. Muscle weakness or paralysis / Parálisis o debilidad muscular |
| | ✓ | 68. Numbness in arms or legs / Adormecimiento de manos o pies |

| Yes/Sí | No | PSYCHIATRIC PROBLEMS |
|---|---|---|
| | ✓ | 69. Depression / Depresión |
| | ✓ | 70. Nervousness / Nerviosismo |
| | ✓ | 71. Mood swings / Cambios del humor o del carácter |
| | ✓ | 72. Sleep disturbances / Trastornos del sueño |
| | ✓ | 73. Alcoholism / Alcoholismo |
| | ✓ | 74. Drug abuse treatment/rehabilitation / Rehabilitación por adicción a drogas |

| Yes/Sí | No | ENDOCRINE SYSTEM |
|---|---|---|
| | ✓ | 75. Increased appetite / Apetito exagerado |
| | ✓ | 76. Increased thirst / Sed exagerada |
| ✓ | | 77. Increased urination / Aumento en la frecuencia o cantidad de orina |
| | ✓ | 78. Diabetes/High Blood Sugar / Diabetes / Azúcar en la sangre |
| | ✓ | 79. Hair loss / Pérdida del cabello |

| Yes/Sí | No | BLOOD DISORDERS |
|---|---|---|
| ✓ | | 80. Bleeding gums / Sangramiento por las encías |
| | ✓ | 81. Bruising / Moretones o cardenales |
| | ✓ | 82. Spontaneous nose bleeding / Sangramiento espontáneo por la nariz |
| | ✓ | 83. Easy bleeding or hard to stop / Sangramiento fácil o difícil de detener |

| Yes/Sí | No | FOR WOMEN ONLY |
|---|---|---|
| | ✓ | 84. Pregnant? / Embarazada? |
| | | 85. Date last menstrual period? ____ / Fecha última menstruación: N/A |
| | | 86. Irregular Menstruation? / ¿Menstruación o períodos irregulares? |
| | | 87. Painful Menstruation / ¿Menstruación o períodos dolorosos? |

Please write the number of any Yes answers and explain each one of them in the space below.
Por favor, escriba el número de las preguntas en las cuáles haya contestado que SÍ y explique sus repuestas en este espacio.

- Ovarian cystectomy 1978 etc
- minor car accidents
- currently on Triphex, HCTZ, Synthroid, Allegra
- Psoriasis
- Mother had heart problems, strokes
- Father heart problems + diabetes

I certify that the information above is correct. (Certifico que la información arriba es correcta)

Patient Signature (Firma del Paciente): [signature] Date (Fecha): 10/12/12

PROVIDER COMMENTS

Peter J. Heitke M.D
G46389

☑ Relevant history was discussed and patient advised to follow up with personal physician
Provider Initials: [initials]

IF ID LABELS ARE USED, ... OF THE DOCUMENTATION ABOVE.

WC HEALTH HISTORY / HISTORIA MÉDICA
Confidential / Confidencial

CARDINAL HEALTH/CORP. 90009
DOS:10/12/12 DOI:10/05/12 DOB: REDACTED/53
Patient: Bertacchi-Freemon, Glor
Case # [illegible] # : 4116yell/tr

Incident #: ________ Date: ________

Jun. 7. 2013 8:52AM USHW Rocklin ca



## US. HealthWorks
M E D I C A L   G R O U P

CARDINAL HEALTH/CORP.        90009
DOS:10/12/12 DOI:10/05/12 DOB: REDACTED 53
Patient: Bertacchi-Freemon, Glor
Case # : 113-092598 Ref  # : 4116yell/lr hereby certify that:

1. Before undergoing any X-ray examination, I have been informed by U.S. HealthWorks Medical Group that radiation exposure may be harmful to my health and to the health of my offspring, in case I am pregnant.

2. I have been asked to notify the X-ray technician, by means of this statement, if I am or if I believe that I might be pregnant, before I undergo any X-ray examination.

3. I have been asked to provide this information so that, in case of pregnancy, appropriate measures can be taken to protect the well-being of both my descendant(s) and I, while still receiving the best possible medical care.

4. My last menstrual period started on *15 years ago* and to the best of my knowledge,
   [ ] *I am not pregnant* and I consent to an X-ray examination, as indicated by the physician.
   [ ] *I am pregnant.*

## AUTORIZACION PARA EXAMEN DE RAYOS X

Yo, _____ certifico que:

1. Antes de cualquier exámen de rayos X, he sido informada por U.S. HealthWorks Medical Group que la exposición a radiaciones puede ser perjudicial para mi salud y para la salud de mi hijo(a), en caso de estar embarazada.

2. Se me ha pedido que notifique al técnico de rayos X, por intermedio de esta certificación, si estoy embarazada o creo estar embarazada, antes de que se me haga algún exámen de rayos X.

3. Se me ha pedido que suministre esta información para que en caso de estar embarazada, puedan tomarse las medidas necesarias para proteger a mi hijo(a) y a mí, mientras recibo el mejor cuidado médico posible.

4. Mi último período menstrual comenzó el _____, y hasta donde yo sé,
   [ ] *no estoy embarazada* y doy mi consentimiento para un exámen de rayos X, tal como fue indicado por el médico.
   [ ] *si estoy embarazada.*

SIGNATURE (Firma)                          DATE (Fecha)

Bertacchi-Freeman/Hartford000981

Gloria Bertacchi-Freeman
Mileage & Medical Expense
SUMMARY as of August 6, 2015

| | | | |
|---|---|---|---|
| Total Miles x .555 | 2012 | $ | 1,328.87 |
| Total Miles x .565 | 2013 | | 3,176.05 |
| Total Miles x .56 | 2014 | | 1,271.38 |
| Total Miles x .575 | 2015 | | 1,055.13 |
| Total Milage | | | 6,831.43 |
| Add: | | | |
| Tolls | | | 409.00 |
| Driver | | | 1,479.30 |
| Hotel | | | 414.52 |
| Patient Payments | | | 19,178.63 |
| Total Patient Cost | | | 21,481.45 |
| Total Insurance Cost | | | 72,464.59 |
| Grand Total | | $ | 100,777.47 |

Gloria Bertacchi-Freeman

Mileage & Medical Expense

SUMMARY - ADDENDUM DATED 8/6/15

619

| | | |
|---|---|---|
| Total Miles x .555 | 2012 | $ - |
| Total Miles x .565 | 2013 | - |
| Total Miles x .56 | 2014 | - |
| Total Miles x .575 | 2015 | 353.05 |
| Total Milage | | 353.05 |
| Add: | | |
| Tolls | | 20.00 |
| Driver | | - |
| Hotel | | - |
| Patient Payments | | - |
| Total Patient Cost | | 373.05 |
| Total Insurance Cost | | - |
| Grand Total | | $ 373.05 |

620

Gloria Bertacchi-Freeman
Mileage & Medical Expense
SUMMARY - ADDENDUM DATED 6/26/2015

| | | |
|---|---|---|
| Total Miles x .555 | 2012 | $ - |
| Total Miles x .565 | 2013 | - |
| Total Miles x .56 | 2014 | - |
| Total Miles x .575 | 2015 | 279.45 |
| Total Milage | | 279.45 |
| Add: | | |
| Tolls | | 20.00 |
| Driver | | - |
| Hotel | | - |
| Patient Payments | | - |
| Total Patient Cost | | 299.45 |
| Total Insurance Cost | | - |
| Grand Total | | $ 299.45 |

621

**Gloria Bertacchi-Freeman**
**Mileage & Medical Expense**
**SUMMARY - ADDENDUM DATED 5/15/2015**

| | | |
|---|---|---|
| Total Miles x .555 | 2012 | $ - |
| Total Miles x .565 | 2013 | - |
| Total Miles x .56 | 2014 | - |
| Total Miles x .575 | 2015 | 422.63 |
| Total Milage | | 422.63 |
| Add: | | |
| Tolls | | 70.00 |
| Driver | | 300.00 |
| Hotel | | - |
| Patient Payments | | 829.04 |
| Total Patient Cost | | 1,621.67 |
| Total Insurance Cost | | 469.99 |
| Grand Total | | $ 2,091.66 |

**Gloria Bertacchi-Freeman**
**Mileage & Medical Expense**
**SUMMARY - ORIGINAL SUBMISSION**

| | | | |
|---|---|---|---|
| Total Miles x .555 | * | 2012 | $ 1,328.87 |
| Total Miles x .565 | * | 2013 | $ 3,176.05 |
| Total Miles x .56 | | 2014 | 1,271.38 |
| Total Miles x .575 | | 2015 | - |
| **Total Milage** | | | 5,776.30 |
| Add: | | | |
| Tolls | | | 299.00 |
| Driver | | | 1,179.30 |
| Hotel | | | 414.52 |
| Patient Payments | | | 18,349.59 |
| Total Patient Cost | | | 20,242.41 |
| Total Insurance Cost | | | 71,994.60 |
| Grand Total | | | $ 98,013.31 |

* Revised after submission for 2012 and 2013 for corrected mileage rate.

623

**Medical Provider:** Various Doctors
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Cigna Statements

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 12/5/2012 | Jon Churnin | 901 Campu | 5135 Moss | 246 | $ - | $ - | $ 300.00 | $ 40.24 | $ 259.76 |
| 5/31/2013 | Dwight H Mukuno, MD | | | 0 | $ - | $ - | $ 1,966.00 | $ 251.50 | $ 1,714.50 |
| 6/5/2013 | Gregory Rogalski, MD | | | 0 | $ - | $ - | $ 2,035.00 | $ - | $ 2,035.00 |
| 9/19/2013 | Charles Sutter, MD | | | 0 | $ - | $ - | $ 12.00 | $ 1.83 | $ 10.17 |
| 10/28/2013 | Jon Churnin | 901 Campu | 5135 Moss | 246 | $ - | $ - | $ 200.00 | $ 19.89 | $ 180.11 |
| 11/5/2013 | Thomas Konia MI | 2315 Stock | 5135 Moss | 59 | $ - | $ - | $ 358.00 | $ 55.80 | $ 302.20 |
| 12/5/2012 | Jon Churnin | | | 0 | $ - | $ - | $ 300.00 | $ 40.24 | $ 259.76 |
| **Totals** | | | | **551** | **$ -** | **$ -** | **$ 5,171.00** | **$ 409.50** | **$ 4,761.50** |

| | | |
|---|---|---|
| **Total Miles x .555** | **2012** | **$ 136.53** |
| **Total Miles x .565** | **2013** | **$ 172.33** |
| **Total Miles x .56** | **2014** | **-** |
| **Total Milage** | | **308.86** |
| **Add:** | | |
| **Tolls** | | **-** |
| **Driver** | | **-** |
| **Patient Payments** | | **409.50** |
| **Total Patient Cost** | | **718.36** |
| **Total Insurance Cost** | | **4,761.50** |
| **Grand Total** | | **$ 5,479.86** |

**Medical Provider:** Vibrant/Benson, Tricia DPT & Trubell, Gary A PT
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Vibrant Care Statement: 8/2/14; Chase Bank Statement x1150 11/25/12-11/2/14; Barclay's/US Airways Crecit card statement 9/24/13-11/24/14

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 4/19/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 14 | $ - | $ - | $ 212.00 | $ 15.00 | $ 197.00 |
| 4/22/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 14 | $ - | $ - | $ 102.00 | $ 15.01 | $ 86.99 |
| 4/22/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 10.00 | $ 10.00 | $ - |
| 4/25/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 14 | $ - | $ - | $ 10.00 | $ 10.00 | $ - |
| 4/25/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 169.00 | $ 15.01 | $ 153.99 |
| 5/2/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 14 | $ - | $ - | $ 127.00 | $ 14.99 | $ 112.01 |
| 5/2/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 10.00 | $ 10.00 | $ - |
| 5/13/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 14 | $ - | $ - | $ 127.00 | $ 20.03 | $ 106.97 |
| 5/13/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 127.00 | $ 14.99 | $ 112.01 |
| 5/20/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 14 | $ - | $ - | $ 204.00 | $ 15.01 | $ 188.99 |
| 5/20/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 204.00 | $ 15.01 | $ 188.99 |
| 5/28/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 14 | $ - | $ - | $ 127.00 | $ 22.85 | $ 104.15 |
| 5/28/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 127.00 | $ 14.99 | $ 112.01 |
| 6/3/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 14 | $ - | $ - | $ 197.00 | $ 2.09 | $ 194.91 |
| 6/3/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 197.00 | $ 14.99 | $ 182.01 |
| 8/9/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 14 | $ - | $ - | $ 212.00 | $ 10.00 | $ 202.00 |
| 8/9/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 212.00 | $ 15.00 | $ 197.00 |
| 8/16/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 14 | $ - | $ - | $ 144.00 | $ 10.00 | $ 134.00 |
| 8/16/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 144.00 | $ 15.00 | $ 129.00 |
| 8/27/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 14 | $ - | $ - | $ 186.00 | $ 10.00 | $ 176.00 |
| 10/11/2013 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 14 | $ - | $ - | $ 212.00 | $ - | $ 212.00 |
| 1/15/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 14 | $ - | $ - | $ 209.00 | $ 50.00 | $ 159.00 |
| 3/27/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 307.00 | $ - | $ 307.00 |
| 3/27/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 268.00 | $ 25.08 | $ 242.92 |
| 3/31/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 106.00 | $ 10.00 | $ 96.00 |
| 3/31/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 132.00 | $ 15.00 | $ 117.00 |
| 4/2/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 148.00 | $ 14.99 | $ 133.01 |
| 4/2/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 106.00 | $ 15.00 | $ 91.00 |
| 4/7/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 145.00 | $ - | $ 145.00 |
| 4/7/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 145.00 | $ 15.00 | $ 130.00 |
| 4/11/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 145.00 | $ 15.00 | $ 130.00 |
| 4/11/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 145.00 | $ - | $ 145.00 |
| 4/14/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 145.00 | $ - | $ 145.00 |
| 4/14/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 187.00 | $ 15.01 | $ 171.99 |
| 4/16/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 145.00 | $ 10.00 | $ 135.00 |
| 4/21/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 260.00 | $ 10.00 | $ 250.00 |
| 5/21/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 145.00 | $ 15.00 | $ 130.00 |
| 5/21/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 254.00 | $ - | $ 254.00 |
| 6/4/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 254.00 | $ - | $ 254.00 |
| 6/4/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 106.00 | $ 15.00 | $ 91.00 |
| 6/9/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 170.00 | $ 15.01 | $ 154.99 |
| 6/9/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 148.00 | $ - | $ 148.00 |
| 6/12/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 170.00 | $ 15.01 | $ 154.99 |
| 6/12/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 190.00 | $ 15.00 | $ 175.00 |
| 6/16/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 148.00 | $ 15.01 | $ 132.99 |
| 6/16/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 170.00 | $ 15.01 | $ 154.99 |
| 7/15/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 145.00 | $ 15.00 | $ 130.00 |
| 7/15/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 106.00 | $ 15.00 | $ 91.00 |
| 7/17/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 148.00 | $ 15.00 | $ 133.00 |
| 7/17/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 148.00 | $ - | $ 148.00 |
| 7/21/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 24 | $ - | $ - | $ 106.00 | $ 15.00 | $ 91.00 |
| 7/21/2014 | Vibrant | 4990 Rocklin Rd Rocklin | 5135 | 0 | $ - | $ - | $ 106.00 | $ - | $ 106.00 |
| *11/17/2014* | *Vibrant* | *4990 Rocklin Rd Rocklin* | *5135* | *24* | $ - | $ - | $ *106.00* | $ - | $ *106.00* |
| *11/17/2014* | *Vibrant* | *4990 Rocklin Rd Rocklin* | *5135* | *0* | $ - | $ - | $ *106.00* | $ - | $ *106.00* |
| Totals | | | | 593 | $ - | $ - | $ 8,379.00 | $ 630.09 | $ 7,748.91 |

| | | |
|---|---|---|
| Total Miles x .565 | 2013 | $ 95.02 |
| Total Miles x .56 | 2014 | 236.32 |
| **Total Milage** | | 331.34 |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Patient Payments | | 630.09 |
| Total Patient Cost | | 961.43 |
| Total Insurance Cost | | 7,748.91 |
| Grand Total | | $ 8,710.34 |

625

**Medical Provider:** Amster, Michael
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Prior Worksheets prepared by T. Schmoekel.

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Hotel | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/5/2013 | Michael Amstei | 3000 T Street Sacramento C/ | 5135 Moss | 54 | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | $ - |
| Totals | | | | 54 | $ - | $ - | $ - | $ - | $ - | $ - |

| | | |
|---|---|---|
| Total Miles x .565 | 2013 | $ 30.31 |
| Total Miles x .56 | 2014 | - |
| **Total Milage** | | 30.31 |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Patient Payments | | - |
| Total Patient Cost | | 30.31 |
| Total Insurance Cost | | - |
| Grand Total | | $ 30.31 |

**Medical Provider:** Capital City Therapy
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Hotel | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/6/2015 | Phsy Therapist | 2600 Eureka Rd. Roseville, CA 95661 | 5135 Moss Lane Granite Bay, CA 957436 | 16 | $ - | $ - | $ - | $ - | $ - | $ - |
| 7/8/2015 | Phsy Therapist | 2600 Eureka Rd. Roseville, CA 95661 | 5135 Moss Lane Granite Bay, CA 957436 | 16 | $ - | $ - | $ - | $ - | $ - | $ - |
| 7/13/2015 | Phsy Therapist | 2600 Eureka Rd. Roseville, CA 95661 | 5135 Moss Lane Granite Bay, CA 957436 | 16 | $ - | $ - | $ - | $ - | $ - | $ - |
| 7/15/2015 | Phsy Therapist | 2600 Eureka Rd. Roseville, CA 95661 | 5135 Moss Lane Granite Bay, CA 957436 | 16 | $ - | $ - | $ - | $ - | $ - | $ - |
| 7/20/2015 | Phsy Therapist | 2600 Eureka Rd. Roseville, CA 95661 | 5135 Moss Lane Granite Bay, CA 957436 | 16 | $ - | $ - | $ - | $ - | $ - | $ - |
| 7/23/2015 | Phsy Therapist | 2600 Eureka Rd. Roseville, CA 95661 | 5135 Moss Lane Granite Bay, CA 957436 | 16 | $ - | $ - | $ - | $ - | $ - | $ - |
| 7/27/2015 | Phsy Therapist | 2600 Eureka Rd. Roseville, CA 95661 | 5135 Moss Lane Granite Bay, CA 957436 | 16 | $ - | $ - | $ - | $ - | $ - | $ - |
| 7/29/2015 | Phsy Therapist | 2600 Eureka Rd. Roseville, CA 95661 | 5135 Moss Lane Granite Bay, CA 957436 | 16 | $ - | $ - | $ - | $ - | $ - | $ - |
| Totals | | | | 128 | $ - | $ - | $ - | $ - | $ - | $ - |

| | | |
|---|---|---|
| Total Miles x .555 | 2012 | $ - |
| Total Miles x .565 | 2013 | $ - |
| Total Miles x .56 | 2014 | - |
| Total Miles x .575 | 2015 | 73.60 |
| **Total Milage** | | 73.60 |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Hotel | | - |
| Patient Payments | | - |
| Total Patient Cost | | 73.60 |
| Total Insurance Cost | | - |
| Grand Total | | $ 73.60 |

627

**Medical Provider:** Dignity Health (Mercy Medical Group)
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Dignity Heath Medical Foundation Statements

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Hotel | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/2012 | Dignity Health | | | 28 | $ - | $ - | $ - | $ 347.00 | $ 241.50 | $ 105.50 |
| | | | | | | | | | | $ - |
| Totals | | | | 28 | $ - | $ - | $ - | $ 347.00 | $ 241.50 | $ 105.50 |

| | | |
|---|---|---|
| Total Miles x .555 | 2012 | $ 15.54 |
| Total Miles x .56 | 2014 | - |
| Total Milage | | 15.54 |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Patient Payments | | 241.50 |
| Total Patient Cost | | 257.04 |
| Total Insurance Cost | | 347.00 |
| Grand Total | | $ 604.04 |

**Medical Provider:** Campus Surgery
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Prior Worksheets prepared by T. Schmoekel; WageWorks Statement as of 12/1/14

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 12/13/2012 | Campus Surgery | 901 Campus Drive Daley City, CA | | 246 | $ 10.00 | $ 67.50 | $ - | $ - | $ - |
| 12/13/2012 | Campus Surgery | 901 Campus Drive Daley City, CA | | 0 | $ - | $ - | $ 765.00 | $ 765.00 | $ - |
| 12/13/2012 | Campus Surgery | 901 Campus Drive Daley City, CA | | 0 | $ - | $ - | $ 9.19 | $ 9.19 | $ - |
| 12/13/2012 | Campus Surgery | 901 Campus Drive Daley City, CA | | 0 | $ - | $ - | $ 4,850.00 | $ 4,850.00 | $ - |
| 12/13/2012 | Campus Surgery | 901 Campus Drive Daley City, CA | | 0 | $ - | $ - | $ 18,163.70 | $ 1,774.19 | $ 16,389.51 |
| 12/20/2012 | Campus Surgery | 901 Campus Drive Daley City, CA | | 0 | $ - | $ - | $ 1,000.00 | $ 1,000.00 | $ - |
| 11/7/2013 | Campus Surgery | 901 Campus Drive Daley City, CA | | 246 | $ - | $ - | $ 6,122.00 | $ 634.53 | $ 5,487.47 |
| 12/26/2013 | Campus Surgery | 901 Campus Drive Daley City, CA | | 246 | $ - | $ - | $ 21,221.00 | $ - | $ 21,221.00 |
| **Totals** | | | | **738** | **$ 10.00** | **$ 67.50** | **$ 52,130.89** | **$ 9,032.91** | **$ 43,097.98** |

| | | |
|---|---|---|
| Total Miles x .555 | 2012 | $ 136.53 |
| Total Miles x .565 | 2013 | 277.98 |
| **Total Milage** | | 414.51 |
| Add: | | |
| Tolls | | 10.00 |
| Driver | | 67.50 |
| Patient Payments | | 9,032.91 |
| Total Patient Cost | | 9,524.92 |
| Total Insurance Cost | | 43,097.98 |
| Grand Total | | $ 52,622.90 |

2015060210006760





**Medical Provider:** UCD Medical Center/ Hagge, Rosalie J MD
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: UCD Statement

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 3/14/2013 | Hagge, Rosalie J MD | 550 W Ranch View Rocklin CA | 5135 Moss La | 17 | $ - | $ - | $ 64.00 | $ 5.19 | $ 58.81 |
| | | | | | | | | | $ - |
| Totals | | | | 17 | $ - | $ - | $ 64.00 | $ 5.19 | $ 58.81 |

| | | |
|---|---|---|
| Total Miles x .565 | 2013 | $ 9.42 |
| Total Miles x .56 | 2014 | - |
| **Total Milage** | | 9.42 |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Patient Payments | | 5.19 |
| Total Patient Cost | | 14.61 |
| Total Insurance Cost | | 58.81 |
| Grand Total | | $ 73.42 |

**Medical Provider:** Cigna/Health Port
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Health Port Statement

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net | Column1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/18/2014 | Health Port | PO Box 40990( | 5135 Moss | 0 | | | $ 13.46 | $ 13.46 | $ - | |
| | | | | | | | | | | |
| | | | | | | | | | $ - | |
| Totals | | | | 0 | $ - | $ - | $ 13.46 | $ 13.46 | $ - | $ - |

| | | |
|---|---|---|
| Total Miles x .555 | 2012/2013 | $ - |
| Total Miles x .56 | 2014 | - |
| Total Milage | | - |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Patient Payments | | 13.46 |
| Total Patient Cost | | 13.46 |
| Total Insurance Cost | | - |
| Grand Total | | $ 13.46 |

630

2015096212000202

631

**Medical Provider:** Kaiser
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Prior Worksheets prepared by T. Schmoekel.

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/2012 | Kaiser | 1600 Eureka Rosevile CA 95661 | 5135 Moss Lane Granite Bay, CA 9574( | 17 | $ - | $ - | $ 186.50 | $ 186.50 | $ - |
| 10/25/2012 | Kaiser | 1600 Eureka Rosevile CA 95661 | 5135 Moss Lane Granite Bay, CA 9574( | 17 | $ - | $ - | $ - | $ - | $ - |
| 10/31/2012 | Kaiser | 1600 Eureka Rosevile CA 95661 | 5135 Moss Lane Granite Bay, CA 9574( | 17 | $ - | $ - | $ - | $ - | $ - |
| 11/2/2012 | Kaiser | 1600 Eureka Rosevile CA 95661 | 5135 Moss Lane Granite Bay, CA 9574( | 17 | $ - | $ - | $ - | $ - | $ - |
| 11/4/2012 | Dr Raza | 55 W Ranch View Rocklin CA | 5135 Moss Lane Granite Bay, CA 9574( | 16 | $ - | $ - | $ - | $ - | $ - |
| 11/5/2012 | Kaiser | 1600 Eureka Rosevile CA 95661 | 5135 Moss Lane Granite Bay, CA 9574( | 17 | $ - | $ - | $ - | $ - | $ - |
| 11/7/2012 | Kaiser | 1600 Eureka Rosevile CA 95661 | 5135 Moss Lane Granite Bay, CA 9574( | 17 | $ - | $ - | $ - | $ - | $ - |
| 11/11/2012 | Kaiser | 1600 Eureka Rosevile CA 95661 | 5135 Moss Lane Granite Bay, CA 9574( | 17 | $ - | $ - | $ - | $ - | $ - |
| 11/26/2012 | Kaiser | 1600 Eureka Rosevile CA 95661 | 5135 Moss Lane Granite Bay, CA 9574( | 17 | $ - | $ - | $ - | $ - | $ - |
| Totals | | | | 155 | $ - | $ - | $ 186.50 | $ 186.50 | $ - |

| | | |
|---|---|---|
| Total Miles x .555 | 2012 | $ 86.18 |
| Total Miles x .56 | 2014 | - |
| **Total Milage** | | 86.18 |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Patient Payments | | 186.50 |
| Total Patient Cost | | 272.68 |
| Total Insurance Cost | | 186.50 |
| Grand Total | | $ 459.18 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2015 | Kim, Leslie MD | 1850 Sullivan St Daly City CA | 5135 Moss Lane Gran | 245 | $ | 10.00 | $ | - | $ | - | $ | - | $ | - | $ | - |
| 6/5/2015 | Kim, Leslie MD | 1850 Sullivan St Daly City CA | 5135 Moss Lane Gran | 245 | $ | 10.00 | $ | - | $ | - | $ | - | $ | - | $ | - |
| 7/22/2015 | Kim, Leslie MD | 1850 Sullivan St Daly City CA | 5135 Moss Lane Gran | 245 | $ | 10.00 | $ | - | $ | - | $ | - | $ | - | $ | - |
| Totals | | | | 7,866 | $ | 319.00 | $ | 1,348.80 | $ | 414.52 | $ | 3,075.68 | $ | 346.77 | $ | 2,728.91 |

| | | | |
|---|---|---|---|
| Total Miles x .555 | 2012 | $ | 682.65 |
| Total Miles x .565 | 2013 | $ | 2,223.84 |
| Total Miles x .56 | 2014 | | 826.00 |
| Total Miles x .575 | 2015 | | 704.38 |
| Total Milage | | | 4,436.87 |
| | | | |
| Add: | | | |
| Tolls | | | 319.00 |
| Driver | | | 1,348.80 |
| Hotel | | | 414.52 |
| Patient Payments | | | 2,082.32 |
| | | | |
| Total Patient Cost | | | 8,601.51 |
| | | | |
| Total Insurance Cost | | | 2,728.91 |
| | | | |
| Grand Total | | $ | 11,330.42 |

2015092610029

620

**Medical Provider:** Mercy
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Prior Worksheets prepared by T. Schmoekel; WageWorks statement as of 12/1/14

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/2012 | Mercy Hos| | 1600 Creekside Drive Sacramento CA 95630 | | 22 | | $ - | $ 86.99 | $ 86.99 | $ - |
| 12/18/2012 | Mercy Hos| | 1600 Creekside Drive Sacramento CA 95630 | | - | $ - | $ - | $ 169.26 | $ 169.26 | $ - |
| 5/31/2013 | Mercy Ima| | 3301 C Street #500 Sacramento, CA 95816 | | 52 | $ - | $ - | $ 153.99 | $ 153.99 | $ - |
| 6/5/2013 | Mercy Ima| | 3301 C Street #500 Sacramento, CA 95816 | | 52 | $ - | $ - | $ 112.01 | $ 112.01 | $ - |
| 1/31/2013 | Mercy Fols | 3301 C Street #500 Sacramento, CA 95816 | | - | $ - | $ - | $ 169.26 | $ 169.26 | $ - |
| Totals | | | | 126 | $ - | $ - | $ 691.51 | $ 691.51 | $ - |

| | | |
|---|---|---|
| Total Miles x .555 | 2012 | $ 12.21 |
| Total Miles x .565 | 2013 | 58.76 |
| Total Milage | | 70.97 |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Patient Payments | | 691.51 |
| Total Patient Cost | | |
| Total Insurance Cost | | - |
| Grand Total | | $ 762.48 |

**Medical Provider:** Millhouse, Felix MD
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Prior Worksheets prepared by T. Schmoekel.

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 12/5/2012 | Felix Millhc | 901 Campus Drive Dale | | 0 | $ 10.00 | $ 63.00 | $ 100.00 | $ 31.88 | $ 68.12 |
| **Totals** | | | | **-** | **$ 10.00** | **$ 63.00** | **$ 100.00** | **$ 31.88** | **$ 68.12** |

| | | |
|---|---|---|
| **Total Miles x .555** | **2012/13** | $ - |
| **Total Miles x .56** | **2014** | - |
| **Total Milage** | | - |
| **Add:** | | |
| **Tolls** | | 10.00 |
| **Driver** | | 63.00 |
| **Patient Payments** | | 31.88 |
| **Total Patient Cost** | | 104.88 |
| **Total Insurance Cost** | | 68.12 |
| **Grand Total** | | $ 173.00 |

2015060212003

**Medical Provider:** Pacific Medical
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Pacific Medical , Inc. Statement

| Date | Provider | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 12/13/2012 | Pacific Medical | 12/19/2012 | | 99 | $ - | $ - | $ 50.00 | $ 10.00 | $ 40.00 |
| **Totals** | | | | **99** | **$ -** | **$ -** | **$ 50.00** | **$ 10.00** | **$ 40.00** |

f

| | | |
|---|---|---|
| **Total Miles x .555** | **2012** | **$ 54.95** |
| **Total Miles x .56** | **2014** | **-** |
| **Total Milage** | | **54.95** |
| **Add:** | | |
| **Patient Payments** | | **10.00** |
| **Total Patient Cost** | | **64.95** |
| **Total Insurance Cost** | | **40.00** |
| **Grand Total** | | **$ 104.95** |

**Medical Provider:** Cigna/Nguyen, Thuy N DO
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Cigna Statements

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 11/15/2012 | Nguyen, Thuy N DO | 550 W Ranch View Rocklin CA | 5135 Moss Lan | 28 | $ - | $ - | $ 188.00 | $ 188.00 | $ - |
| 3/8/2013 | Nguyen, Thuy N DO | 550 W Ranch View Rocklin CA | 5135 Moss Lan | 28 | $ - | $ - | $ 188.00 | $ 37.60 | $ 150.40 |
| 9/16/2013 | Nguyen, Thuy N DO | 550 W Ranch View Rocklin CA | 5135 Moss Lan | 28 | $ - | $ - | $ 125.00 | $ 25.00 | $ 100.00 |
| 1/23/2014 | Nguyen, Thuy N DO | 550 W Ranch View Rocklin CA | 5135 Moss Lan | 28 | $ - | $ - | $ 125.00 | $ 125.00 | $ - |
| 5/8/2014 | Nguyen, Thuy N DO | 550 W Ranch View Rocklin CA | 5135 Moss Lan | 28 | $ - | $ - | $ 188.00 | $ 37.60 | $ 150.40 |
| Totals | | | | 140 | $ - | $ - | $ 814.00 | $ 413.20 | $ 400.80 |

| | | |
|---|---|---|
| Total Miles x .555 | 2012 | $ 15.54 |
| Total Miles x .565 | 2013 | 31.64 |
| Total Miles x .56 | 2014 | 31.36 |
| **Total Milage** | | 78.54 |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Patient Payments | | 413.20 |
| Total Patient Cost | | 491.74 |
| Total Insurance Cost | | 400.80 |
| Grand Total | | $ 892.54 |

636

**Medical Provider:** Peninsula Orthopedic Associates
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Chase Bank Statement x1150 11/25/12-5/8/15

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 10/10/2014 | Peninsula ( | 1850 Sullivan A | 5135 Moss | 245 | $ - | $ - | $ 193.44 | $ 193.44 | $ - |
| *12/29/2014* | *Peninsula (* | *1850 Sullivan A* | *5135 Moss* | *0* | *$ -* | *$ -* | *$ 15.46* | *$ 15.46* | *$ -* |
| | | | | | | | | | $ - |
| Totals | | | | 245 | $ - | $ - | $ 208.90 | $ 208.90 | $ - |

| | | |
|---|---|---|
| Total Miles x .555 | 2012/2013 | $ - |
| Total Miles x .56 | 2014 | 137.20 |
| **Total Milage** | | 137.20 |
| Add: | | |
| Patient Payments | | 208.90 |
| Total Patient Cost | | 346.10 |
| Total Insurance Cost | | - |
| Grand Total | | $ 346.10 |

Pharmacy; Various Providers

Patient: Gloria Bertacchi-Freeman

Expense: Mileage & Medical

./25/12-11/2/14

| Date | Provider | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 12/13/2012 | Target | | | 0 | $ - | $ - | $ 10.81 | $ 10.81 | $ - |
| 12/14/2012 | Raleys | | | 0 | $ - | $ - | $ 83.74 | $ 83.74 | $ - |
| 12/30/2012 | Walgreens | | | 0 | $ - | $ - | $ 28.95 | $ 28.95 | $ - |
| 12/30/2012 | Target | | | 0 | $ - | $ - | $ 110.00 | $ 110.00 | $ - |
| 4/29/2013 | Target | | | 0 | $ - | $ - | $ 123.40 | $ 123.40 | $ - |
| 12/3/2014 | Target | | | 0 | $ - | $ - | $ 53.16 | $ 53.16 | $ - |
| 12/26/2014 | Walgreens | | | 0 | $ - | $ - | $ 25.39 | $ 25.39 | $ - |
| 1/23/2014 | CVS | | | 0 | $ - | $ - | $ 21.49 | $ 21.49 | $ - |
| 1/23/2014 | Target | | | 0 | $ - | $ - | $ 45.25 | $ 45.25 | $ - |
| 1/24/2014 | CVS | | | 0 | $ - | $ - | $ 39.99 | $ 39.99 | $ - |
| 1/27/2014 | CVS | | | 0 | $ - | $ - | $ 7.18 | $ 7.18 | $ - |
| 1/27/2014 | CVS | | | 0 | $ - | $ - | $ 11.15 | $ 11.15 | $ - |
| 7/17/2014 | Target | | | 0 | $ - | $ - | $ 67.05 | $ 67.05 | $ - |
| 6/3/2014 | Target | | | 0 | $ - | $ - | $ 6.76 | $ 6.76 | $ - |
| *4/27/2013* | *Target* | | | *0* | *$ -* | *$ -* | *$ 3.33* | *$ 3.33* | *$ -* |
| *4/27/2013* | *Target* | | | *0* | *$ -* | *$ -* | *$ 7.48* | *$ 7.48* | *$ -* |
| *8/17/2013* | *Target* | | | *0* | *$ -* | *$ -* | *$ 8.20* | *$ 8.20* | *$ -* |
| *8/17/2013* | *Target* | | | *0* | *$ -* | *$ -* | *$ 3.98* | *$ 3.98* | *$ -* |
| *10/15/2013* | *Target* | | | *0* | *$ -* | *$ -* | *$ 8.20* | *$ 8.20* | *$ -* |
| *10/15/2013* | *Target* | | | *0* | *$ -* | *$ -* | *$ 10.00* | *$ 10.00* | *$ -* |
| *3/22/2014* | *Target* | | | *0* | *$ -* | *$ -* | *$ 10.00* | *$ 10.00* | *$ -* |
| *3/22/2014* | *Target* | | | *0* | *$ -* | *$ -* | *$ 6.76* | *$ 6.76* | *$ -* |
| *4/29/2014* | *Target* | | | *0* | *$ -* | *$ -* | *$ 6.76* | *$ 6.76* | *$ -* |
| *7/10/2014* | *Target* | | | *0* | *$ -* | *$ -* | *$ 10.00* | *$ 10.00* | *$ -* |
| *7/10/2014* | *Target* | | | *0* | *$ -* | *$ -* | *$ 10.00* | *$ 10.00* | *$ -* |
| *11/23/2014* | *CVS* | | | *0* | *$ -* | *$ -* | *$ 4.61* | *$ 4.61* | *$ -* |
| *2/11/2015* | *Target* | | | *0* | *$ -* | *$ -* | *$ 211.06* | *$ 211.06* | *$ -* |
| *2/11/2015* | *Target* | | | *0* | *$ -* | *$ -* | *$ 5.24* | *$ 5.24* | *$ -* |
| *3/21/2015* | *Target* | | | *0* | *$ -* | *$ -* | *$ 5.24* | *$ 5.24* | *$ -* |
| *3/21/2014* | *Target* | | | *0* | *$ -* | *$ -* | *$ 211.06* | *$ 211.06* | *$ -* |
| *5/8/2015* | *Target* | | | *0* | *$ -* | *$ -* | *$ 3.99* | *$ 3.99* | *$ -* |
| *5/15/2015* | *Target (third party reject)* | | | *0* | *$ -* | *$ -* | *$ 257.99* | *$ -* | *$ 257.99* |
| Totals | | | | - | $ - | $ - | $ 1,418.22 | $ 1,160.23 | $ 257.99 |

| | | |
|---|---|---|
| Total Miles x .555 | 2012/2013 | $ - |
| Total Miles x .56 | 2014 | - |
| Total Milage | | - |
| Add: | | |
| Patient Payments | | 1,160.23 |
| Total Patient Cost | | 1,160.23 |
| Total Insurance Cost | | 257.99 |
| Grand Total | | $ 1,418.22 |

639

**Medical Provider:** Regents of Univ of California
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Chase Bank Statement x1150 11/25/12-11/2/14

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net | Column1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/21/2013 | Regents Univ of Calif | | | 0 | $ - | $ - | $ 230.79 | $ 230.79 | $ - | |
| 11/1/2013 | Regents Univ of Calif | | | 0 | $ - | $ - | $ 25.00 | $ 25.00 | $ - | |
| 12/31/2013 | Regents Univ of Calif | | | 0 | $ - | $ - | $ 223.02 | $ 223.02 | $ - | |
| 2/25/2014 | UC Davis N | 2315 Stockton Blvd Sa | | 0 | $ - | $ - | $ 17.28 | $ 17.28 | $ - | |
| 6/5/2014 | Regents Univ of Calif | | | 0 | $ - | $ - | $ 125.00 | $ 125.00 | $ - | |
| Totals | | | | - | $ - | $ - | $ 621.09 | $ 621.09 | $ - | $ - |

| | | |
|---|---|---|
| Total Miles x .555 | 2012/2013 | $ - |
| Total Miles x .56 | 2014 | - |
| Total Milage | | - |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Patient Payments | | 621.09 |
| Total Patient Cost | | 621.09 |
| Total Insurance Cost | | - |
| Grand Total | | $ 621.09 |

**Medical Provider:** Seton Medical Center
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Seton Statements; Cigna Statements; Chase x1150 11/25/12-11/2/14

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net | Column1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/2012 | Seton Med | 25 Southgate Ave, Daly City CA | 5135 Moss | 241 | $ 10.00 | $ - | $ - | $ - | $ - | |
| 11/30/2012 | Seton Med | 25 Southgate Ave, Daly City CA | | 0 | $ - | $ - | $ 960.00 | $ - | $ 960.00 | |
| 7/30/2013 | Seton Med | 25 Southgate Ave, Daly City CA | | 0 | $ - | $ - | $ - | $ 134.40 | $ (134.40) | |
| *6/15/2015* | *Seton Med* | *25 Southgate Ave, Daly City CA* | 5135 Moss | *241* | *$ 10.00* | $ - | $ - | $ - | $ - | |
| **Totals** | | | | **482** | **$ 20.00** | **$ -** | **$ 960.00** | **$ 134.40** | **$ 825.60** | **$ -** |

| | | |
|---|---|---|
| **Total Miles x .555** | **2012** | $ 267.65 |
| **Total Miles x .56** | **2014** | - |
| **Total Miles x .575** | **2015** | 138.58 |
| **Total Milage** | | **406.23** |
| **Add:** | | |
| **Tolls** | | **20.00** |
| **Driver** | | **-** |
| **Patient Payments** | | **134.40** |
| **Total Patient Cost** | | **560.63** |
| **Total Insurance Cost** | | **825.60** |
| **Grand Total** | | **$ 1,386.23** |

**Medical Provider:** SMF Sutter Physician Services
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: WageWorks Statement as of 12/1/14

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 12/24/2012 | SMF Sutter Physician Svc | | | 0 | $ - | $ - | $ 302.88 | $ 302.88 | $ - |
| **Totals** | | | | - | $ - | $ - | $ 302.88 | $ 302.88 | $ - |

| | | |
|---|---|---|
| Total Miles x .555 | 2012/2013 | $ - |
| Total Miles x .56 | 2014 | - |
| Total Milage | | - |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Patient Payments | | 302.88 |
| Total Patient Cost | | 302.88 |
| Total Insurance Cost | | - |
| Grand Total | | $ 302.88 |

**Medical Provider:** Swanson Schaak
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Wage Works Statement as of 12/1/14; Cigna Statements

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 12/12/2012 | Swanson Schaak | | | - | $ - | $ - | $ 186.50 | $ 186.50 | $ - |
| 12/21/2012 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 200.00 | $ 100.00 | $ 100.00 |
| 1/3/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 165.00 | $ 121.37 | $ 43.63 |
| 1/7/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 200.00 | $ 115.13 | $ 84.87 |
| 1/9/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 200.00 | $ 153.03 | $ 46.97 |
| 1/21/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 200.00 | $ 30.60 | $ 169.40 |
| 1/23/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 200.00 | $ 30.60 | $ 169.40 |
| 1/28/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 200.00 | $ 48.66 | $ 151.34 |
| 1/30/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 165.00 | $ 24.27 | $ 140.73 |
| 2/4/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 200.00 | $ 30.60 | $ 169.40 |
| 2/6/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 200.00 | $ 30.60 | $ 169.40 |
| 2/13/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 165.00 | $ 24.27 | $ 140.73 |
| 2/22/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 165.00 | $ - | $ 165.00 |
| 3/1/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 200.00 | $ - | $ 200.00 |
| 3/5/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 165.00 | $ - | $ 165.00 |
| 3/8/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 165.00 | $ - | $ 165.00 |
| 3/12/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 165.00 | $ - | $ 165.00 |
| 3/15/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 155.00 | $ - | $ 155.00 |
| 3/19/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 18 | $ - | $ - | $ 200.00 | $ - | $ 200.00 |
| 3/26/2013 | Swanson Schaak | 1620 Lead Hill rd #200 Rosevile CA 95661 | 5135 Moss Lane Granite Bay,CA | 0 | $ - | $ - | $ 71.37 | $ 71.37 | $ - |
| Totals | | | | 332 | $ - | $ - | $ 3,567.87 | $ 967.00 | $ 2,600.87 |

| | | |
|---|---|---|
| Total Miles x .555 | 2012 | $ 10.25 |
| Total Miles x .565 | 2013 | 177.31 |
| Total Milage | | 187.55 |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Patient Payments | | 967.00 |
| Total Patient Cost | | 1,154.55 |
| Total Insurance Cost | | 2,600.87 |
| Grand Total | | $ 3,755.42 |

642

643

**Medical Provider:** Vibrant/Trubell, Gary A PT
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: WageWorks Statement as of 12/1/14

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 12/19/2012 | Team Makena LLC | | | 0 | $ - | $ - | $ 220.00 | $ 220.00 | $ - |
| **Totals** | | | | - | $ - | $ - | $ 220.00 | $ 220.00 | $ - |

| | | |
|---|---|---|
| Total Miles x .555 | 2012/2013 | $ - |
| Total Miles x .56 | 2014 | - |
| Total Milage | | - |
| Add: | | |
| Patient Payments | | 220.00 |
| Total Patient Cost | | 220.00 |
| Total Insurance Cost | | - |
| Grand Total | | $ 220.00 |

**Medical Provider:** Vibrant/Trubell, Gary A PT
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Vibrant Care Statement: 8/2/14

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 6/20/2014 | Trubell, Ga | 4990 Rocklin Rd Rockli | | 14 | $ - | $ - | $ 148.00 | $ 15.01 | $ 132.99 |
| 6/20/2014 | Trubell, Ga | 4990 Rocklin Rd Rockli | | 0 | $ - | $ - | $ 209.00 | $ 14.99 | $ 194.01 |
| **Totals** | | | | **14** | **$ -** | **$ -** | **$ 357.00** | **$ 30.00** | **$ 327.00** |

| | | |
|---|---|---|
| Total Miles x .555 | 2012/2013 | $ - |
| Total Miles x .56 | 2014 | 8.02 |
| Total Milage | | 8.02 |
| Add: | | |
| Patient Payments | | 30.00 |
| Total Patient Cost | | 38.02 |
| Total Insurance Cost | | 327.00 |
| Grand Total | | $ 365.02 |

2015090210070

**Medical Provider:** Cigna/UC Davis Medical Center
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: UC Davis Medical Center Statement; Chase Bank Statement x1150 11/25/12-11/2/14; Cigna Statements

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 11/16/2012 | UC Davis Lab | 2315 Stockton Sacramento CA 95817 | 5135 Moss Lan | 0 | $ - | $ - | $ - | $ - | $ 197.00 |
| 11/16/2012 | UC Davis Medic | 2315 Stockton Blvd Sacramento CA 9581 | 5135 Moss Lan | 59 | $ - | $ - | $ 1,207.00 | $ 144.34 | $ 1,062.66 |
| 8/26/2013 | UC Davis Medical Center | | | 0 | $ - | $ - | $ 147.50 | $ 147.50 | $ - |
| 9/16/2013 | UC Davis Medic | 2315 Stockton Blvd Sacramento CA 9581 | 5135 Moss Lan | 59 | $ - | $ - | $ 2,104.00 | $ 223.02 | $ 1,880.98 |
| 9/19/2013 | UC Davis Medic | 2315 Stockton Blvd Sacramento CA 9581 | 5135 Moss Lan | 59 | $ - | $ - | $ - | $ - | $ - |
| 10/29/2013 | UC Davis Medic | 2315 Stockton Blvd Sacramento CA 9581 | 5135 Moss Lan | 58 | $ - | $ - | $ 163.00 | $ 17.28 | $ 145.72 |
| 1/24/2014 | UC Davis Medic | 2315 Stockton Blvd Sacramento CA 9581 | 5135 Moss Lan | 58 | $ - | $ - | $ 524.00 | $ 277.72 | $ 246.28 |
| 2/18/2014 | UC Davis Medic | 2315 Stockton Blvd Sacramento CA 9581 | 5135 Moss Lan | 0 | $ - | $ - | $ 55.80 | $ 55.80 | $ - |
| 9/29/2014 | UC Davis Medic | 2315 Stockton Blvd Sacramento CA 95817 | | 0 | | | $ 277.72 | $ 277.72 | $ - |
| Totals | | | | 293 | $ - | $ - | $ 4,479.02 | $ 1,143.38 | $ 3,532.64 |

| | | |
|---|---|---|
| Total Miles x .555 | 2012 | $ 32.75 |
| Total Miles x .565 | 2013 | $ 99.44 |
| Total Miles x .56 | 2014 | 32.48 |
| **Total Milage** | | 164.67 |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Patient Payments | | 1,143.38 |
| Total Patient Cost | | 1,308.05 |
| Total Insurance Cost | | 3,532.64 |
| Grand Total | | $ 4,840.69 |

**Medical Provider:** UHS
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Prior Worksheets prepared by T. Schmoekel.

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/2012 | UHS | 2305 Sunset Blvd Rocklin CA 95765 | 5135 Moss | 21 | | $ - | $ - | $ - | $ - |
| Totals | | | | 21 | $ - | $ - | $ - | $ - | $ - |

| | | |
|---|---|---|
| Total Miles x .555 | 2012 | $ 11.84 |
| Total Miles x .56 | 2014 | - |
| **Total Milage** | | 11.84 |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Patient Payments | | - |
| Total Patient Cost | | 11.84 |
| Total Insurance Cost | | - |
| Grand Total | | $ 11.84 |

GA7

**Medical Provider:** UHS
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Prior Worksheets prepared by T. Schmoekel.

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 5/30/2013 | US Healthworks e-purchase | | | 0 | $ - | $ - | $ 15.00 | $ 15.00 | $ - |
| Totals | | | | - | $ - | $ - | $ 15.00 | $ 15.00 | $ - |

| | | |
|---|---|---|
| Total Miles x .555 | 2012/2013 | $ - |
| Total Miles x .56 | 2014 | - |
| **Total Milage** | | - |
| Add: | | |
| Tolls | | - |
| Driver | | - |
| Patient Payments | | 15.00 |
| Total Patient Cost | | 15.00 |
| Total Insurance Cost | | - |
| Grand Total | | $ 15.00 |

**Medical Provider:** Vibrant Care
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Chase Bank Statement x1150 11/25/12 - 5/8/15; Barclays' Card Statement for 9/24/13 - 5/8/15

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 8/12/2013 | Vibrant | 4990 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 10.00 | |
| 8/19/2013 | Vibrant | 4990 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 10.00 | |
| 3/27/2014 | Vibrant | 4991 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 100.00 | |
| 3/31/2014 | Vibrant | 4992 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 20.00 | |
| 4/11/2014 | Vibrant | 4993 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 20.00 | |
| 4/22/2014 | Vibrant | 4990 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 10.00 | |
| 4/23/2014 | Vibrant | 4990 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 10.00 | |
| 5/3/2014 | Vibrant | 4990 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 10.00 | |
| 5/21/2014 | Vibrant | 4993 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 20.00 | |
| 5/29/2014 | Vibrant | 4990 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 10.00 | |
| 6/4/2014 | Vibrant | 4991 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 20.00 | |
| 6/9/2014 | Vibrant | 4992 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 20.00 | |
| 6/10/2014 | Vibrant | 4993 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 15.00 | |
| 6/12/2014 | Vibrant | 4994 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 20.00 | |
| 6/16/2014 | Vibrant | 4995 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 20.00 | |
| 6/20/2014 | Vibrant | 4996 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 20.00 | |
| 7/15/2014 | Vibrant | 4997 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 20.00 | |
| 7/21/2014 | Vibrant | 4998 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 20.00 | |
| 8/8/2014 | Vibrant | 4990 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 50.02 | |
| 8/20/2014 | Vibrant | 4990 Rocklin Rd Rockli | | 0 | $ - | $ - | $ - | $ 25.00 | |
| *1/16/2015* | *Vibrant* | *4990 Rocklin Rd Rockl.* | | *0* | $ - | $ - | $ - | *$ 10.79* | |
| *2/2/2015* | *Vibrant* | *4990 Rocklin Rd Rockl.* | | *0* | $ - | $ - | $ - | *$ 35.11* | |
| Totals | | | | - | $ - | $ - | $ - | $ 495.92 | $ - |

| | | | |
|---|---|---|---|
| Total Miles x .555 | 2012/2013 | $ | - |
| Total Miles x .56 | 2014 | | - |
| **Total Milage** | | | - |
| Add: | | | |
| Tolls | | | - |
| Driver | | | - |
| Patient Payments | | | 495.92 |
| Total Patient Cost | | | 495.92 |
| Total Insurance Cost | | | - |
| Grand Total | | $ | 495.92 |

2015092100074 69

648

649

**Medical Provider:** West Bay Orthopaedic Medical
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: West Bay Bay Orthopaedic Medical Statement

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 11/19/2014 | West Bay Orthopaedic Medical | | | 0 | $ - | $ - | $ 101.68 | $ 10.00 | $ 91.68 |
| 1/2/2014 | West Bay Orthopaedic Medical | | | | | | $ 5,400.28 | $ 10.00 | $ 5,390.28 |
| **Totals** | | | | - | $ - | $ - | $ 5,501.96 | $ 20.00 | $ 5,481.96 |

| | | |
|---|---|---|
| **Total Miles x .555** | **2012/2013** | $ - |
| **Total Miles x .56** | **2014** | - |
| **Total Milage** | | - |
| **Add:** | | |
| **Tolls** | | - |
| **Driver** | | - |
| **Patient Payments** | | 20.00 |
| **Total Patient Cost** | | 20.00 |
| **Total Insurance Cost** | | 5,481.96 |
| **Grand Total** | | $ 5,501.96 |

**Medical Provider:** WageWorks
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: WageWorks statement as of 12/1/14

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|
| 1/18/2013 | Therapy | ? | ? | 0 | $ - | $ - | $ 220.00 | $ 220.00 | $ - |
| **Totals** | | | | - | $ - | $ - | $ 220.00 | $ 220.00 | $ - |

| | | |
|---|---|---|
| Total Miles x .555 | 2012/2013 | $ - |
| Total Miles x .56 | 2014 | - |
| Total Milage | | - |
| Add: | | |
| Patient Payments | | 220.00 |
| Total Patient Cost | | 220.00 |
| Total Insurance Cost | | - |
| Grand Total | | $ 220.00 |

201509021000760

# MILEAGE / EXPENSE - REIMBURSEMENT FORM

651

Name of Applicant/Claimant: Gloria Bertacchi-Freeman    Page No: 1 of 2

Claim No: ______

| DATE | NAME/ADDRESS OF DOCTOR/FACILITY | Address Traveled From | Miles Traveled (Round Trip) | Other Expen[ses] Attach Recei[pts] |
|---|---|---|---|---|
| 6/20/2014 | Gary Trubell, PT 4990 Rocklin Rd Rocklin, CA | 5135 Moss Lane, Granite Bay, CA 95746 | 24 | $ 13.44 |
| 6/24/2014 | Leslie Kim, MD 1850 Sullivan St Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 245 | $ 137.20 |
| 7/15/2014 | Tricia Benson; 4990 Rocklin Rd. Rocklin, CA | 5135 Moss Lane, Granite Bay, CA 95746 | 24 | $ 13.44 |
| 7/17/2014 | Tricia Benson; 4990 Rocklin Rd. Rocklin, CA | 5135 Moss Lane, Granite Bay, CA 95746 | 24 | $ 13.44 |
| 7/21/2014 | Tricia Benson; 4990 Rocklin Rd. Rocklin, CA | 5135 Moss Lane, Granite Bay, CA 95746 | 24 | $ 13.44 |
| 10/10/2014 | Peninsula Ortho Assoc 1850 Sullivan St Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 245 | $ 137.20 |
| 11/17/2014 | Leslie Kim, MD 1850 Sullivan St Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 245 | $ 137.20 |
| 2/6/2015 | Leslie Kim, MD 1850 Sullivan St Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 245 | $ 140.88 |
| 3/20/2015 | Leslie Kim, MD 1850 Sullivan St Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 245 | $ 140.88 |
| 5/1/2015 | Leslie Kim, MD 1850 Sullivan St Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 245 | $ 140.88 |
| 6/5/2015 | Leslie Kim, MD 1850 Sullivan St Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 245 | $ 140.88 |
| 6/15/2015 | Seton Medical Center 25 Southgate Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 241 | $ 138.58 |
| 7/6/2015 | Capital City Therapy 2600 Eureka Roseville CA | 5135 Moss Lane, Granite Bay, CA 95746 | 16 | $ 9.20 |
| 7/8/2015 | Capital City Therapy 2600 Eureka Roseville CA | 5136 Moss Lane, Granite Bay, CA 95746 | 16 | $ 9.20 |
| 7/13/2015 | Capital City Therapy 2600 Eureka Roseville CA | 5137 Moss Lane, Granite Bay, CA 95746 | 16 | $ 9.20 |
| 7/15/2015 | Capital City Therapy 2600 Eureka Roseville CA | 5138 Moss Lane, Granite Bay, CA 95746 | 16 | $ 9.20 |

**TOTAL MILES TRAVELED: ____2,116__ X $ ___.56_/ .575__ = $_____1,204.24 GRAND TOTAL: $_see p. 2 of 2_**

Mileage Rates:

| Beginning | Beginning | Beginning | Beginning | Beginning | Beginning | Beginning | Beginning | Beginning |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## MILEAGE / EXPENSE - REIMBURSEMENT FORM

Name of Applicant/Claimant: Gloria Bertacchi-Freeman

Page No: 2 of 2

Claim No:

| DATE | NAME/ADDRESS OF DOCTOR/FACILITY | Address Traveled From | Miles Traveled (Round Trip) | Other Expenses Attach Receipts |
|---|---|---|---|---|
| 7/20/2015 | Capital City Therapy 2600 Eureka Roseville CA | 5135 Moss Lane, Granite Bay, CA 95746 | 16 | $ 9.20 |
| 7/23/2015 | Capital City Therapy 2600 Eureka Roseville CA | 5136 Moss Lane, Granite Bay, CA 95746 | 16 | $ 9.20 |
| 7/27/2015 | Capital City Therapy 2600 Eureka Roseville CA | 5137 Moss Lane, Granite Bay, CA 95746 | 16 | $ 9.20 |
| 7/29/2015 | Capital City Therapy 2600 Eureka Roseville CA | 5138 Moss Lane, Granite Bay, CA 95746 | 16 | $ 9.20 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL MILES TRAVELED: _64_____ X $ _.575____ = $__36.80_____ GRAND TOTAL: $_____1,241.04_____

Mileage Rates:

| Beginning | Beginning | Beginning | Beginning | Beginning | Beginning | Beginning | Beginning | Beginning |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

653

# MILEAGE / EXPENSE - REIMBURSEMENT FORM

**Name of Applicant/Claimant:** Gloria Bertacchi-Freeman

**Page No:** 1 of 1

**Claim No:**

| DATE | NAME/ADDRESS OF DOCTOR/FACILITY | Address Traveled From | Miles Traveled (Round Trip) | Other Expenses Attach Receipts |
|---|---|---|---|---|
| 6/20/2014 | Gary Trubell, PT 4990 Rocklin Rd Rocklin, CA | 5135 Moss Lane, Granite Bay, CA 95746 | 24 | $ 13.44 |
| 6/24/2014 | Leslie Kim, MD 1850 Sullivan St Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 245 | $ 137.20 |
| 7/15/2014 | Tricia Benson; 4990 Rocklin Rd. Rocklin, CA | 5135 Moss Lane, Granite Bay, CA 95746 | 24 | $ 13.44 |
| 7/17/2014 | Tricia Benson; 4990 Rocklin Rd. Rocklin, CA | 5135 Moss Lane, Granite Bay, CA 95746 | 24 | $ 13.44 |
| 7/21/2014 | Tricia Benson; 4990 Rocklin Rd. Rocklin, CA | 5135 Moss Lane, Granite Bay, CA 95746 | 24 | $ 13.44 |
| 10/10/2014 | Peninsula Ortho Assoc 1850 Sullivan St Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 245 | $ 137.20 |
| 11/17/2014 | Leslie Kim, MD 1850 Sullivan St Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 245 | $ 137.20 |
| 3/20/2015 | Leslie Kim, MD 1850 Sullivan St Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 245 | $ [illegible] |
| 5/1/2015 | Leslie Kim, MD 1850 Sullivan St Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 245 | $ 137.20 |
| 6/5/2015 | Leslie Kim, MD 1850 Sullivan St Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 245 | $ 137.20 |
| 6/15/2015 | Seton Medical Center 25 Southgate Daly City CA | 5135 Moss Lane, Granite Bay, CA 95746 | 241 | $ 134.96 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TOTAL MILES TRAVELED (2014):** ____831_______ X $ ___.56___ = $_____465.36______

**TOTAL MILES TRAVELED (2015):** ____976__ X $ ___.575_ = $_____546.56___ **GRAND TOTAL: $___1,011.92__**

**Mileage Rates:**

| Beginning | Beginning | Beginning | Beginning | Beginning | Beginning | Beginning | Beginning | Beginning |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Gloria Bertacchi-Freeman
Mileage & Medical Expense
SUMMARY as of June 26, 2015

| | | |
|---|---|---|
| Total Miles x .555 | 2012 | $ 1,328.87 |
| Total Miles x .565 | 2013 | 3,176.05 |
| Total Miles x .56 | 2014 | 1,271.38 |
| Total Miles x .575 | 2015 | 702.08 |
| Total Milage | | 6,478.38 |
| | | |
| Add: | | |
| Tolls | | 389.00 |
| Driver | | 1,479.30 |
| Hotel | | 414.52 |
| Patient Payments | | 19,178.63 |
| | | |
| Total Patient Cost | | 21,461.45 |
| | | |
| Total Insurance Cost | | 72,464.59 |
| | | |
| Grand Total | | $ 100,404.42 |

Gloria Bertacchi-Freeman
Mileage & Medical Expense
SUMMARY - ADDENDUM DATED 6/26/2015

| | | |
|---|---|---|
| Total Miles x .555 | 2012 | $ - |
| Total Miles x .565 | 2013 | - |
| Total Miles x .56 | 2014 | - |
| Total Miles x .575 | 2015 | 279.45 |
| **Total Milage** | | 279.45 |
| Add: | | |
| Tolls | | 20.00 |
| Driver | | - |
| Hotel | | - |
| Patient Payments | | - |
| Total Patient Cost | | 299.45 |
| Total Insurance Cost | | - |
| Grand Total | | $ 299.45 |

**Medical Provider:** Kim, Leslie MD
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Cigna: Chase x1150 from

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Hotel | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/2012 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 8.00 | $ - | $ - | $ - | $ - |
| 11/26/2012 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ - | $ - | $ - |
| 12/4/2012 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 63.00 | $ - | $ - | $ - | $ - |
| 12/13/2012 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 63.00 | $ - | $ - | $ - | $ - |
| 12/19/2012 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 63.00 | $ - | $ - | $ - | $ - |
| 1/24/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ - | $ - | $ - |
| 2/26/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ - | $ - | $ - |
| 4/9/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ - | $ - | $ - |
| 5/6/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ 512.24 | $ - | $ 512.24 |
| 6/7/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ - | $ - | $ - |
| 6/17/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ 347.24 | $ 15.46 | $ 331.78 |
| 7/2/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ - | $ - | $ - |
| 7/2/2013 | Kim, Leslie MD | 901 Campus Drive Daly City, CA | 5135 Moss Lane Gran | - | $ 10.00 | $ - | $ - | $ 347.24 | $ 15.46 | $ 331.78 |
| 7/20/2013 | Kim, Leslie MD | 901 Campus Drive Daly City, CA | 5135 Moss Lane Gran | 246 | $ - | $ - | $ - | $ 20.00 | $ 20.00 | $ - |
| 8/12/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 54.00 | $ - | $ 347.24 | $ 15.46 | $ 331.78 |
| 9/23/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 65.00 | $ - | $ 492.76 | $ 23.63 | $ 469.13 |
| 10/15/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ - | $ - | $ - |
| 10/28/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 54.00 | $ - | $ - | $ - | $ - |
| 11/7/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 63.00 | $ - | $ - | $ - | $ - |
| 11/19/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 63.00 | $ - | $ - | $ - | $ - |
| 12/18/2013 | Kim, Leslie MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 54.00 | $ - | $ - | $ - | $ - |
| 12/26/2013 | Kim, Leslie MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ 414.52 | $ - | $ - | $ - |
| 1/6/2014 | Kim, Leslie MD | 901 Campus Drive Daly City, CA | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 150.00 | $ - | $ 91.48 | $ 32.40 | $ 59.08 |
| 2/4/2014 | Kim, Leslie MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 67.50 | $ - | $ - | $ - | $ - |
| 3/3/2014 | Kim, Leslie MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | - | $ - | $ 67.05 | $ - | $ - | $ - | $ - |
| 3/18/2014 | Kim, Leslie MD | 901 Campus Drive Daly City, CA | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ 347.24 | $ 15.46 | $ 331.78 |
| 3/24/2014 | Kim, Leslie MD | 901 Campus Drive Daly City, CA | 5135 Moss Lane Gran | - | | $ 74.25 | $ - | $ - | $ - | $ - |
| 5/13/2014 | Kim, Leslie MD | 901 Campus Drive Daly City, CA | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ 347.24 | $ 15.46 | $ 331.78 |
| 6/24/2014 | Kim, Leslie MD | 901 Campus Drive Daly City, CA | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ 223.00 | $ 193.44 | $ 29.56 |
| 11/17/2014 | Kim, Leslie MD | 1850 Sullivan St Daly City CA | 5135 Moss Lane Gran | 245 | $ 9.00 | $ 140.00 | $ - | $ - | $ - | $ - |
| 2/6/2015 | Kim, Leslie MD | 1850 Sullivan St Daly City CA | 5135 Moss Lane Gran | 245 | $ 10.00 | $ 150.00 | $ - | $ - | $ - | $ - |
| 3/20/2015 | Kim, Leslie MD | 1850 Sullivan St Daly City CA | 5135 Moss Lane Gran | 245 | $ 10.00 | $ 150.00 | $ - | $ - | $ - | $ - |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2015 | Kim, Leslie MD | 1850 Sullivan St Daly City CA | 5135 Moss Lane Gran | 245 | $ | 10.00 | $ | - | $ | - | $ | - | $ | - | $ | - |
| 6/5/2015 | Kim, Leslie MD | 1850 Sullivan St Daly City CA | 5135 Moss Lane Gran | 245 | $ | 10.00 | $ | - | $ | - | $ | - | $ | - | $ | - |
| Totals | | | | 7,621 | $ | 309.00 | $ | 1,348.80 | $ | 414.52 | $ | 3,075.68 | $ | 346.77 | $ | 2,728.91 |

| | | | |
|---|---|---|---|
| Total Miles x .555 | 2012 | $ | 682.65 |
| Total Miles x .565 | 2013 | $ | 2,223.84 |
| Total Miles x .56 | 2014 | | 826.00 |
| Total Miles x .575 | 2015 | | 563.50 |
| Total Milage | | | 4,295.99 |
| | | | |
| Add: | | | |
| Tolls | | | 309.00 |
| Driver | | | 1,348.80 |
| Hotel | | | 414.52 |
| Patient Payments | | | 2,072.32 |
| | | | |
| Total Patient Cost | | | 8,440.63 |
| | | | |
| Total Insurance Cost | | | 2,728.91 |
| | | | |
| Grand Total | | $ | 11,169.54 |

657

**Medical Provider:** Kim, Leslie MD
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Cigna: Chase x1150 from

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Hotel | Insurance Charges & Other Expenses | Patient Payments | Net |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/2012 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 8.00 | $ - | $ - | $ - | $ - |
| 11/26/2012 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ - | $ - | $ - |
| 12/4/2012 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 63.00 | $ - | $ - | $ - | $ - |
| 12/13/2012 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 63.00 | $ - | $ - | $ - | $ - |
| 12/19/2012 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 63.00 | $ - | $ - | $ - | $ - |
| 1/24/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ - | $ - | $ - |
| 2/26/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ - | $ - | $ - |
| 4/9/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ - | $ - | $ - |
| 5/6/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ 512.24 | $ - | $ 512.24 |
| 6/7/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ - | $ - | $ - |
| 6/17/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ 347.24 | $ 15.46 | $ 331.78 |
| 7/2/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ - | $ - | $ - |
| 7/2/2013 | Kim, Leslie MD | 901 Campus Drive Daly City, CA | 5135 Moss Lane Gran | - | $ 10.00 | $ - | $ - | $ 347.24 | $ 15.46 | $ 331.78 |
| 7/20/2013 | Kim, Leslie MD | 901 Campus Drive Daly City, CA | 5135 Moss Lane Gran | 246 | $ - | $ - | $ - | $ 20.00 | $ 20.00 | $ - |
| 8/12/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 54.00 | $ - | $ 347.24 | $ 15.46 | $ 331.78 |
| 9/23/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 65.00 | $ - | $ 492.76 | $ 23.63 | $ 469.13 |
| 10/15/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ - | $ - | $ - |
| 10/28/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 54.00 | $ - | $ - | $ - | $ - |
| 11/7/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 63.00 | $ - | $ - | $ - | $ - |
| 11/19/2013 | Leslie Kim, MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 63.00 | $ - | $ - | $ - | $ - |
| 12/18/2013 | Kim, Leslie MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 54.00 | $ - | $ - | $ - | $ - |
| 12/26/2013 | Kim, Leslie MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ 414.52 | $ - | $ - | $ - |
| 1/6/2014 | Kim, Leslie MD | 901 Campus Drive Daly City, CA | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 150.00 | $ - | $ 91.48 | $ 32.40 | $ 59.08 |
| 2/4/2014 | Kim, Leslie MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | 246 | $ 10.00 | $ 67.50 | $ - | $ - | $ - | $ - |
| 3/3/2014 | Kim, Leslie MD | 901 Campus Drive #111 Daly Ci | 5135 Moss Lane Gran | - | $ - | $ 67.05 | $ - | $ - | $ - | $ - |
| 3/18/2014 | Kim, Leslie MD | 901 Campus Drive Daly City, CA | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ 347.24 | $ 15.46 | $ 331.78 |
| 3/24/2014 | Kim, Leslie MD | 901 Campus Drive Daly City, CA | 5135 Moss Lane Gran | | | $ 74.25 | $ - | $ - | $ - | $ - |
| 5/13/2014 | Kim, Leslie MD | 901 Campus Drive Daly City, CA | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ 347.24 | $ 15.46 | $ 331.78 |
| 6/24/2014 | Kim, Leslie MD | 901 Campus Drive Daly City, CA | 5135 Moss Lane Gran | 246 | $ 10.00 | $ - | $ - | $ 223.00 | $ 193.44 | $ 29.56 |
| 11/17/2014 | Kim, Leslie MD | 1850 Sullivan St Daly City CA | 5135 Moss Lane Gran | 245 | $ 9.00 | $ 140.00 | $ - | $ - | $ - | $ - |
| 2/6/2015 | Kim, Leslie MD | 1850 Sullivan St Daly City CA | 5135 Moss Lane Gran | 245 | $ 10.00 | $ 150.00 | $ - | $ - | $ - | $ - |
| 3/20/2015 | Kim, Leslie MD | 1850 Sullivan St Daly City CA | 5135 Moss Lane Gran | 245 | $ 10.00 | $ 150.00 | $ - | $ - | $ - | $ - |



| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2015 | Kim, Leslie MD | 1850 Sullivan St Daly City CA | 5135 Moss Lane Gran | 245 | $ | 10.00 | $ | - | $ | - | $ | - | $ | - | $ | - |
| 6/5/2015 | Kim, Leslie MD | 1850 Sullivan St Daly City CA | 5135 Moss Lane Gran | 245 | $ | 10.00 | $ | - | $ | - | $ | - | $ | - | $ | - |
| Totals | | | | 7,621 | $ | 309.00 | $ | 1,348.80 | $ | 414.52 | $ | 3,075.68 | $ | 346.77 | $ | 2,728.91 |

| | | | |
|---|---|---|---|
| Total Miles x .555 | 2012 | $ | 682.65 |
| Total Miles x .565 | 2013 | $ | 2,223.84 |
| Total Miles x .56 | 2014 | | 826.00 |
| Total Miles x .575 | 2015 | | 563.50 |
| Total Milage | | | 4,295.99 |
| | | | |
| Add: | | | |
| Tolls | | | 309.00 |
| Driver | | | 1,348.80 |
| Hotel | | | 414.52 |
| Patient Payments | | | 2,072.32 |
| | | | |
| Total Patient Cost | | | 8,440.63 |
| | | | |
| Total Insurance Cost | | | 2,728.91 |
| | | | |
| Grand Total | | $ | 11,169.54 |

659

**Medical Provider:** Seton Medical Center
**Patient:** Gloria Bertacchi-Freeman
**Expense:** Mileage & Medical

Source: Seton Statements; Cigna Statements; Chase x1150 11/25/12-11/2/14

| Date | Doctor Name | Traveling To / Address | Traveling From | Total Miles Traveled | Tolls | Driver | Insurance Charges & Other Expenses | Patient Payments | Net | Column1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/2012 | Seton Med | 25 Southgate Ave, Daly City CA | 5135 Moss | 241 | $ 10.00 | $ - | $ - | $ - | $ - | |
| 11/30/2012 | Seton Med | 25 Southgate Ave, Daly City CA | | 0 | $ - | $ - | $ 960.00 | $ - | $ 960.00 | |
| 7/30/2013 | Seton Med | 25 Southgate Ave, Daly City CA | | 0 | $ - | $ - | $ - | $ 134.40 | $ (134.40) | |
| *6/15/2015* | *Seton Medi* | *25 Southgate Ave, Daly City CA* | 5135 Moss | *241* | *$ 10.00* | *$ -* | *$ -* | *$ -* | *$ -* | |
| **Totals** | | | | **482** | **$ 20.00** | **$ -** | **$ 960.00** | **$ 134.40** | **$ 825.60** | **$ -** |

| | | |
|---|---|---|
| **Total Miles x .555** | **2012** | $ 267.65 |
| **Total Miles x .56** | **2014** | - |
| **Total Miles x .575** | **2015** | 138.58 |
| **Total Milage** | | **406.23** |
| | | |
| **Add:** | | |
| **Tolls** | | **20.00** |
| **Driver** | | - |
| **Patient Payments** | | **134.40** |
| | | |
| **Total Patient Cost** | | **560.63** |
| | | |
| **Total Insurance Cost** | | **825.60** |
| | | |
| **Grand Total** | | **$ 1,386.23** |

BERTACCHI, GLORIA
DOB REDACTED 1953

From the Office of
Lawrence J Bass MD
916-739-1505

JUL 29 2014 4:00

**Gloria Bertacchi** **07/29/14**

Very fun lady, early 60s, infectious laugh. She has a past history of psoriasis, but now she has broken out in a poorly marginated erythematous scaly rash on the feet, beneath the breasts, under the arms. It looks more eczematous. She still has typical psoriasis plaques on the elbows. It is really giving her a lot of trouble right now. Kenalog 60 mg IM and TAC 0.1% cream, 1-lb generic bulk for b.i.d. use. I am going to check her back in about two weeks and see how she is doing. Full discussion.
LJB/smb

AUG 12 2014 3.50 CX

OCT 06 2014 11.00

**Gloria M. Bertacchi** **10/06/14**

Atopic dermatitis is doing well. Continue the topical steroid. We will check her again in three months. Warned her about exacerbation during the winter months.
LJB/smb

JAN 05 2015 410 NS
1/15/15 1st NS letter sent.

1-30-15 pt called saying she has rash, spreading up her neck & chest, gettin worse, scheduled her for 2-2-15 P.M

FEB 02 2015 4:30

**Gloria M. Bertacchi** **02/02/15**

Atopic dermatitis. He is having a flare in the wintertime extensively on the upper abdomen beneath the breasts and on the medial breasts and up onto the base of the neck over the upper chest. It is kind of a striking distribution, but exhaustive history reveals no contact sources, and she is not breaking out on any other parts of the body. It is very pruritic, and there is a lot of lichenification. I am going to switch her from TAC to Diprolene AF cream generic, 45 grams, four refills, b.i.d. use. Kenalog 60 mg IM. RV p.r.n./one month.
LJB/smb

APR 06 2015 910

**Gloria M. Bertacchi** **04/06/15**

She has atopic dermatitis that has improved after the shot and the topical care. She still has an area of lichen simplex chronicus at the base of the left anterior neck and extending around under the sides of the neck, but I cannot get a good history for contact dermatitis. I gave her 15 grams of Lidex ointment generic, four refills, for b.i.d. use, just in these troublesome areas. Full discussion. She is doing a good job with the other conservative measures.
LJB/smb

breathing as the lungs expand against the inflamed areas, as well as shortness of breath. Inflammation of the aorta (aortitis) can cause leakage of the aortic valves, leading to heart failure and shortness of breath.

Acne and nail changes are commonly seen in psoriatic arthritis. Pitting and ridges are seen in fingernails and toenails of 80% of patients with psoriatic arthritis. Interestingly, these characteristic nail changes are observed in only a minority of psoriasis patients who do not have arthritis. Acne has been noted to occur in higher frequency in patients with psoriatic arthritis. In fact, a syndrome exists that features inflammation of the joint lining (synovitis), acne, pustules on the feet or palms, thickened and inflamed bone (hyperostosis), and bone inflammation (osteitis). This syndrome is, therefore, named by the eponym SAPHO syndrome. **Continue Reading**

*Medically Reviewed by a Doctor on 6/8/2015*

662

**Next:** How does a doctor **diagnose** psoriatic arthritis?

PREVIOUS 1 2 3 4 5 6 7 NEXT

**Psoriatic Arthritis Index** Find a Local Doctor

Psoriatic Arthritis Pictures, Symptoms and Treatment
Previous
1 / 14
Next

How to Prevent Muscle Cramps

Blood Clot? Know the Signs and Symptoms

Allergy Triggers: Do You Know Yours?

## Health Solutions From Our Sponsors

- Feeding a Growing World
- Allergy Relief
- Controlling Heart Disease
- IBS-C Symptoms?
- Exercise & OA Knee Pain
- Care for Aortic Stenosis?
- Supplement FAQs
- Managing Diabetes
- 21 Days: A New Routine
- Knee Pain Relief
- Managing IBS-C Symptoms
- Children's Medicine
- Frequent Constipation?
- Aortic Valve Stenosis?
- Greater Food Accessibility

## Patient Comments

*Viewers share their comments*

Psoriatic Arthritis - Describe Your Experience

Please describe your experience with psoriatic arthritis.

View 37 Comments Submit »

Psoriatic Arthritis - Diagnosis

How was your psoriatic arthritis diagnosed?

View 26 Comments Submit »

Psoriatic Arthritis - Treatment

What was the treatment for your psoriatic arthritis?

View 10 Comments Submit »

Psoriatic Arthritis - Symptoms and Signs

What are your psoriatic arthritis symptoms and signs?

Submit »

Case 2:15-cv-02596-TLN-AC Document 18-2 Filed 04/03/17 Page 914 of 953
Medical Author: William C. Shiel Jr., MD, FACP, FACR Medical Editor: Catherine Burt Driver, MD

663

FACEBOOK TWITTER EMAIL PRINT ARTICLE OFF HIGHLIGHTER

## What causes psoriatic arthritis?

The cause of psoriatic arthritis is currently unknown. A combination of genetic, immune, and environmental factors is likely involved. In patients with psoriatic arthritis who have arthritis of the spine, a blood test gene marker called HLA-B27 is found in about 50%. Several other genes have also been found to be more common in patients with psoriatic arthritis. Certain changes in the immune system may also be important in the development of psoriatic arthritis. For example, the decline in the number of immune cells called helper T cells in people with AIDS (HIV infection) may play a role in the development and progression of psoriasis in these patients. The importance of infectious agents and other environmental factors in the cause of psoriatic arthritis is being investigated by researchers.

## What are risk factors for developing psoriatic arthritis?

The major risk factor for developing psoriatic arthritis is having a family member with psoriasis. This relationship has been recognized as so significant that it is used as a helpful part of the history for the doctor to diagnose psoriatic arthritis. It might be that stressful life situations could affect the immune system, allowing for the expression and/or exacerbation of psoriatic arthritis. However, precisely how these emotional issues are related to psoriatic arthritis has not been established.

## What are psoriatic arthritis symptoms and signs?

**Reader Stories**

Share Your Story

In most patients, the psoriasis precedes the arthritis by months to years. There can be tiny pitting nail changes of the finger and toenails. The type of psoriatic arthritis depends on the distribution of the joints affected. Accordingly, there are five types of psoriatic arthritis: symmetrical, asymmetric and few joints, spondylitis, distal interphalangeal joints, and arthritis mutilans.

The arthritis frequently involves the knees, ankles, and joints in the feet. Usually, only a few joints are inflamed at a time. The inflamed joints become painful, stiff, swollen, hot, tender, and red. There is usually loss of range of motion of the involved joints. Sometimes, joint inflammation in the fingers or toes can cause swelling of the entire digit, giving them the appearance of a "sausage." Joint stiffness is common and is typically worse early in the morning. Less commonly, psoriatic arthritis may involve many joints of the body in a symmetrical fashion, mimicking the pattern seen in rheumatoid arthritis. Psoriatic arthritis can also cause inflammation of the spine (spondylitis) and the sacrum, causing pain and stiffness in the low back, buttocks, neck, and upper back. Occasionally, psoriatic arthritis involves the small joints at the ends of the fingers. A very destructive, though less common, form of arthritis called "mutilans" can cause rapid damage to the joints. Fortunately, this form of arthritis is rare in patients with psoriatic arthritis.

Patients with psoriatic arthritis can also develop inflammation of the tendons (tendinitis) and around cartilage. Inflammation of the tendon behind the heel causes Achilles tendinitis, leading to pain with walking and climbing stairs. Inflammation of the chest wall and of the cartilage that links the ribs to the breastbone (sternum) can cause chest pain, as seen in costochondritis.

Aside from arthritis and spondylitis, psoriatic arthritis can cause fatigue and inflammation in other organs, such as the eyes, lungs, and aorta. Inflammation in the colored portion of the eye (iris) causes iritis, a painful condition that can be aggravated by bright light as the iris opens and closes the opening of the pupil. Corticosteroids injected directly into the eyes are sometimes necessary to decrease inflammation and prevent blindness. Inflammation in and around the lungs (pleuritis) causes chest pain, especially with deep

*IN THIS ARTICLE*

- Psoriatic arthritis facts
- What is psoriatic arthritis?
- **What causes psoriatic arthritis?**
- **What are risk factors for developing psoriatic arthritis?**
- **What are psoriatic arthritis symptoms and signs?**
- How does a doctor diagnose psoriatic arthritis?
- What is the treatment for psoriatic arthritis?
- Disease-modifying medications for psoriatic arthritis
- What are psoriatic arthritis complications?
- What is the prognosis of psoriatic arthritis?
- Is it possible to prevent psoriatic arthritis?
- Is there a psoriatic arthritis diet? Are there home remedies for psoriatic arthritis?
- What does the future hold for patients with psoriatic arthritis?
  - Patient Comments: Psoriatic Arthritis - Describe Your Experience
  - Patient Comments: Psoriatic Arthritis - Diagnosis
  - Patient Comments: Psoriatic Arthritis - Treatment
  - Find a local Rheumatologist in your town
- Psoriatic Arthritis Index

Recognize These SKIN CONDITIONS

From WebMD

**Healthy Resources**
Learn Psoriasis Flare-up Triggers
Itchy Rash? Could It Be Psoriasis?
Caring for Skin and Joints With Psoriatic Arthritis

**Featured Centers**
How to Treat Hives
Could Stress Be Making Your MS Worse?
Ready to Stop Smoking?

**Health Solutions From Our Sponsors**
Frequent Constipation?
Greater Food Accessibility

## Popular Collections

all images »
all slideshows »

Scales, Plaques & Eruptions

**Exclusives**

What Does Psoriasis Look Like?

Bertacchi-Freeman/Hartford001627



ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACT 1953, Sex: F
Enc. Date:10/25/12

**Work Comp**

**Visit Information**

| | Provider | Department | Encounter # |
|---|---|---|---|
| 10/25/2012 2:30 PM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | 337542256 |

**Allergies as of 10/25/2012** — Date Reviewed: 10/15/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

**Immunizations as of 10/25/2012** — Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

**Reason For Encounter History**

| User | Date & Time |
|---|---|
| Macahilas, Yoko (P.T.) | 10/25/2012 4:53 PM |

**Reason For Encounter**
PHYSICAL THERAPY

**Diagnoses**

Visit Diagnoses
PHYSICAL THERAPY VISIT - Primary
SPRAIN OR STRAIN OF CERVICAL SPINE
SPRAIN OR STRAIN OF LUMBAR REGION
SPRAIN/STRAIN, KNEE.

**Vitals**
(None)

**Flowsheet (all recorded)**

**No Flowsheet Template found**

**Encounter Information**

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 10/25/2012 2:30 PM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | ROSA |

**Clinician Notes**

**Progress Notes**

**Macahilas, Yoko (P.T.)** PHYSICAL THERAPIST 10/25/2012 4:55 PM Signed
PHYSICAL THERAPY LUMBAR EVALUATION

1/ 6 Visits
Date of Injury: 10/5/12

PLAN OF CARE – established on 10/25/2012
Referring Provider: Dr. Chong

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:10/25/12

**Progress Notes (continued)**

years ago for 2 months without any trauma. PT helped.

General Health: GERD

Smoker: No

Hobbies: Work out in gym with bike, TM, wts, swimming x2/week

Home Environment: married with no child/ren

Patient states the symptoms are improving at the knee, but ISQ with neck and back

---

OBJECTIVE:

Observation: sit to stand and gait WNL, standing without lateral shift, rounded back in sitting with FHP

Lumbar Range of Motion: Within Normal Limits except discomfort at end ranges

CROM: WNL except discomfort at end ROMs, esp with extension

Knee ROM: WNL, right

Neurological Exam: Sensory, motor and reflexes intact and symmetrical at UE's and LE's

Neural Tension Tests: Straight Leg Raise Negative Bilaterally and ULT negative bilaterally

Palpation:tightness in the bilateral lower thoracic and lumbar paraspinals with tender LS junction, tight also in the cranial base and CT junction as well as upper trap muscles; lateral and medial joint tender at right knee

Lumbar Passive Accessory Movements: Central P-A L5 Gr. IV- Pain=Resistance
Cervical Passive Accessory Movements: Left C1, right C2, Bilateral C7 decreased

Knee special tests: patella -negative, Ligaments - positive for MCL and LCL with pain to palpation, but not for instability, Meniscus - negative, patellar tendon - negative

Treatment:
Patient instructed in: Home exercise program: active Range of Motion for neck, LB, and right knee
Exercise Program to include SKTC, and abdominal sets for LB, scapular rolls and retraction for neck, and quad sets for Knee; Pelvic floor ex for bladder control
Acute symptom advice with use of heat or ice
Correct posture
Manual Therapy: Myofascial Release neck, upper back, lower thoracic and low back
==========================================================
Physical Therapy Evaluation New for 40 minutes
Individual Instruction for 10 minutes
Myofascial Release for 10 minutes
Total time: 60 minutes

---

**Assessment:** lumbar strain, cervical strain, and knee strain/sprain

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:10/25/12

**Progress Notes (continued)**

**Plan:** See Plan of Care above.

In the event Gloria M Freeman elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if she is not seen for treatment within 30 days after last visit. For status at the time of discharge see the last Progress Note.

YOKO MACAHILAS, PT

Electronically signed by Macahilas, Yoko (P.T.) on 10/25/2012 4:55 PM

**Patient Secure Message**

No messages in this encounter

**Orders**

| | Ordered On |
|---|---|
| PHYS THER ASSES. EVAL NEW PT EXTENDED. | 10/25/2012 |
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MIN, EA VISIT, INDIVIDUALIZED INSTRUCTION. | 10/25/2012 |
| MYOFASCIAL RELEASE, SOFT TISSUE MOBILIZATION, ONE OR MORE REGIONS. | 10/25/2012 |

**All Meds and Administrations**

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| YOKO MACAHILAS | PHYSICAL THERAPIST | Oct 25, 2012 | 16:55:48 |

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:10/31/12

. **Work Comp**

**Visit Information**

| | Provider | Department | Encounter # |
|---|---|---|---|
| 10/31/2012 9:00 AM | MARIA PITTMAN PT | Ros-Ocpm >Main Campus | 339781035 |

**Allergies as of 10/31/2012** Date Reviewed: 10/15/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies<br>1998-10-12 | 10/12/1998 | | |

**Immunizations as of 10/31/2012** Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

**Reason For Encounter History**

| User | Date & Time |
|---|---|
| Pittman, Maria (P.T.) | 10/31/2012 9:14 AM |

**Reason For Encounter**
PHYSICAL THERAPY

**Diagnoses**

Visit Diagnoses
PHYSICAL THERAPY VISIT - Primary
SPRAIN OR STRAIN OF CERVICAL SPINE
SPRAIN OR STRAIN OF LUMBAR REGION
SPRAIN/STRAIN, KNEE.

**Vitals**
(None)

**Flowsheet (all recorded)**

**No Flowsheet Template found**

**Encounter Information**

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 10/31/2012 9:00 AM | MARIA PITTMAN PT | Ros-Ocpm >Main Campus | ROSA |

**Clinician Notes**

**Progress Notes**

Pittman, Maria (P.T.) PHYSICAL THERAPIST 10/31/2012 10:03 AM Signed
PHYSICAL THERAPY PROGRESS NOTE
NUMBER OF VISIT:2/6
Date of Injury: 10/5/12

PLAN OF CARE – established on 10/25/2012
Referring Provider: Dr. Chong

THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]1953, Sex: F
Enc. Date:10/31/12

**Progress Notes (continued)**

Referring Diagnosis: right **KNEE JOINT PAIN** - Primary 719.46 **SPRAIN OR STRAIN OF central CERVICAL SPINE** 847.0 **SPRAIN OR STRAIN OF Central LUMBAR REGION** 847.2

Treatment Goals: In 12 weeks.

Patient is able to:
walk 60 minutes without an assistive device. (unmet)// walking 20 mins
bend frequent to perform functional activity(s) of director of pharmacy using good body mechanics.(unmet)// bending occasionally.
lift 30 lbs during simulated vocational task(s) with good body mechanics.(unmet)// not lifting weights.

Treatment to include:
Patient Education/Home Program
Manual Therapy techniques as needed
Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
Functional Activity training
Modalities as needed to address pain and inflammation
Gait training

Frequency and Duration of Treatment: 2 times per week for 12 weeks
=====================================================
Occupation: pharmacy business for 30 years, current position since 7/1/12
Work Status: patient states not working due to lack of accommodation
Critical Job Demands: Bend , Squat , Lift/Carry , Stand , Walk and Sit
---------------------------------------------

SUBJECTIVE:Feeling better with decreased pain. Able to tolerate more activities.

OBJECTIVE:
Cervical and trunk, both shoulder range of motions are WNL. Tightness is noted in bilateral cervical and lumbar paraspinals.
Individual instruction on proper body mechanics, postural correction, RSI pathology, self management, and self relaxation and home exercises with theratubing for trunk stabilization and knee strengthening.
Soft tissue mobilization to C/T, L/S paraspinals, and guided relaxation.
Electrical stimulation, unattended with Premod-TENS to bilateral C/T, L/S junction.
---------------------------------------------

Individual Instruction for 15 minutes
Soft tissue Mobilization for 15 minutes
Electrical Stimulation Unattended for 20 minutes
Total timed: 50 minutes
---------------------------------------------

ASSESSMENT:Patient presents with signs and symptoms that are consistent with cervical and lumbar strain. Progressing towards goals. Rehab potential is good.

PLAN:Continue as plan of care stated above. Check knee pain.

In the event Gloria M Freeman elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self-management status. Patient will be discharged from Occupational Health Physical Therapy services if no contact is made within 30 days after the last visit. For the status at the time of discharge, see the last Progress Note.



THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACT]1953, Sex: F
Enc. Date:10/31/12

**Progress Notes (continued)**

Electronically signed by Pittman, Maria (P.T.) on 10/31/2012 10:03 AM

**Patient Secure Message**

No messages in this encounter

## Orders

| | Ordered On |
|---|---|
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MIN, EA VISIT, INDIVIDUALIZED INSTRUCTION. | 10/31/2012 |
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MINUTES, EACH VISIT, SOFT TISSUE MOBILIZATION. | 10/31/2012 |
| ELEC STIM UNATTENDED, PHYSICAL THERAPY SERVICES | 10/31/2012 |

## All Meds and Administrations

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| MARIA PITTMAN | PHYSICAL THERAPIST | Oct 31, 2012 | 10:03:57 |

6170

ADVERTISEMENT

PayScale HUMAN CAPITAL

PERSONAL What am I worth? BUSINESS What should I pay? ABOUT Who we are. LOGIN

All

Enter a Job Title, Employer Name, or School Name

Search

Browse Categories

# Community Health Education Department Coordinator Salary (United States)

A Community Health Education Department Coordinator earns an average salary of $45,927 per year. People in this job generally don't have more than 10 years' experience.

$36K $40K $46K $60K $66K

MEDIAN: $45,927

10% 25% 50% 75% 90%

Add this chart to your site: 640px 300px

Personalized Salary Report »

Show Hourly Rate

| | National Salary Data (?) | $0 | $23K | $46K | $69K |
|---|---|---|---|---|---|
| Salary | $35,745 - $66,384 | | | | |
| Bonus | $0.00 - $1,350 | | | | |
| Total Pay (?) | $32,206 - $64,330 | | | | |

*Country: United States | Currency: USD | Updated: 18 Jul 2015 | Individuals Reporting: 30*

**Is Community Health Education Department Coordinator your job title? Get a personalized salary report!**

Location:

Years in Field/Career:

Get your salary report »

United States (change)

PaySCale HUMAN CAPITAL

ADVERTISEMENT

PERSONAL What am I worth?

BUSINESS What should I pay?

ABOUT Who we are.

LOGIN

[collapse]

What am I worth? Get a free salary report »

What should I pay? Pay the right way »

All

Enter a Job Title, Employer Name, or School Name

Search

Browse Categories

# Quality Assurance Coordinator Salary (United States)

A Quality Assurance Coordinator earns an average salary of $48,004 per year. Most people with this job move on to other positions after 20 years in this field. A skill in Project Coordinating is associated with high pay for this job.

$35K
$40K
$48K
$58K
$70K
MEDIAN: $48,003
10%
25%
50%
75%
90%
Add this chart to your site: 640px 300px
+ city
+ experience
+ skill
job
Show Hourly Rate
National Salary Data (?)
$0
$24K
$48K
$72K
Salary $34,618 - $70,310
Bonus $0.00 - $4,397
Profit Sharing $80.00 - $5,112
Total Pay (?) $31,239 - $67,272
Country: United States | Currency: USD | Updated: 18 Jul 2015 | Individuals Reporting: 733

DegreeInfo.com

Join the oldest and largest online community for distance/online learning today!

User Name | Password | Log In | Register

Find a School Now

Zip Code: Subject: - Select All Subjects - Program: - Select All Programs - Degree: - Select All Degrees - Online Campus Both

Home | Forum | Search for Schools | Blogs | What's New?

Today's Posts FAQ Calendar Community Forum Actions Quick Links Advanced Search

Forum General Distance Learning Discussions Americus University

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

+ Reply to Thread Results 1 to 14 o

Thread: Americus University

LinkBack Thread Tools Search Thread Rate This Thread Displa

11-19-2001 08:56 PM

**Mathias**
member

Join Date: Nov 20
Location: Gebenbach, Bavar Germa
Posts:

**Americus University**

Need information about Americus University

Reply With Quo

11-20-2001 01:25 AM

**Rich Douglas**
Registered User

Join Date: Feb 20
Posts: 10,1.

> *Originally posted by Mathias:*
> ***Need information about Americus University***

You mean beyond what's on their website? Unaccredited, claiming spurious accreditation. Makes false claims about accreditation like this:

"There is no central control or authority and there are both good and bad accrediting agencies."

I guess they never heard of CHEA or the USDOE. (Actually, they relegate the DOE's role in accreditation to being important only for schools wishing to participat in financial aid programs.)

They go on to say:

"Americus University has not applied for any accreditation that would be recognized by the US Department of Education. Nor would it qualify for such accreditation due to its non-traditional and non-resident international status."

I guess the multitudes of nontraditional, nonresidential, and even foreign universities that are properly accredited don't count.

Degrees at all levels in almost any area.

From the FAQ:

"1. How does the degree program actually work?
The degree program has been specifically developed by Americus University to provide a legal way for people to gain their academic qualifications by using their previous experience and accomplishment. The minimum requirements needed to qualify for a degree are provided in the "degree requirements" section. Applicants who believe they qualify for a degree complete an online application for a free evaluation. Once their application is approved, an applicant can then decide to proceed by paying the appropriate fees. After the fees are paid, the diploma and documents are prepared. The whole process can be completed within 20 days for approved applicants."

Sounds pretty efficient--nice that they eliminated all that academic red tape.

*PENINSULA ORTHOPEDIC ASSOCIATES, INC.*
*Stephen E. Conrad, M.D. - Alfredo F. Fernandez, M.D.*
*Victoria L. Barber, M.D. - A. Shabi Khan, M.D. - Philip J. Krueger, M.D.*
*Leslie H. Kim, M.D. - Eugene A. Baciocco, M.D., Inc.*

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650) 756-5630 - Fax (650) 756-0136

July 22, 2015

Ms. Jackie Ko
Sedgwick Claims Management
P.O. Box 14442
Lexington, KY 40512
Fax: (877) 922-7236

Brian A. Dixon, Esq.
Mastagni Holstedt, APC
Fax: (916) 447-4614

Lawrence Bohm, Esq.
Bohm Law Group
Fax: (916) 927-2046

**State of California**
**Division of Workers' Compensation**
**PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)**

| | |
|---|---|
| REF: | BERTACCHI-FREEMAN, Gloria |
| D.O.B.: | REDACTED 1953 |
| EMP: | Cardinal Health |
| DOI: | 07/11/2012 |
| CLM: | 301210282970001 |

Dear Ms. Ko, Mr. Dixon, and Mr. Bohm:

| | | |
|---|---|---|
| **Medical Records Review:** | **Yes ()** | **No (x)** |
| **MRI Review:** | **Yes ()** | **No (x)** |
| **Use of Certified Interpreter:** | **Yes ()** | **No (x)** |

1675

BERTACCHI-FREEMAN, Gloria
July 22, 2015
Page Two

**SUBJECTIVE COMPLAINTS**

Ms. Bertacchi-Freeman has been attending physical therapy as prescribed. She has completed 5 of 8 scheduled and unauthorized treatments.

The patient indicates, however, that there has been no significant improvement. She continues to complain of right greater than left knee pain, as well as lower back pain with lower extremity numbness and tingling.

Currently, the patient is using Lidoderm patches and occasional Norco medication as needed for symptomatic relief. She indicates that there has been satisfactory pain control with the use of these medications.

In addition, the patient has been using a cane in her right hand for ambulation. The knee unloader brace has been authorized, but has not yet been fitted.

There has been no return to work or gainful employment, according to the patient. She has previously reported permanent and stationary disability.

**OBJECTIVE FINDINGS**

Gait Analysis: The patient ambulates with a slight guarded gait. There is slight right antalgic pattern observe shortened stance phase. Symmetric knee flexion and extension are demonstrated during the gait cycle.

| Bilateral Knee Active Range of Motion: | Right/Left |
|---|---|
| Extension | 180/180 degrees |
| Flexion | 120/120 degrees |

Palpation: Right greater than left medial joint line tenderness.

Swelling: No gross knee joint effusion.



**DIAGNOSIS**

BILATERAL OSTEOARTHRITIS OF THE KNEES.

**TREATMENT PLAN**

The patient will continue conservative treatment as previously reported. She will be fitted with the functional knee brace and continue use of her prescribed medications as needed. She has been counselled regarding the use of Norco and will limit or wean off the medication if possible. While she is still using the medication, periodic physical followup and appropriate monitoring will be necessary.

**DISABILITY STATUS**

The patient has permanent and stationary disability, as previously reported.

**MEDICAL FOLLOWUP**

Ms. Bertacchi-Freeman will be scheduled for routine orthopaedic re-examination in two to three months.

In accordance with Labor Code 5703(a)(1), there has not been a violation of Labor Code 139.3, and the contents of this report are true and correct to the best of my knowledge. This statement is made under penalty of perjury.

Sincerely,

Leslie H. Kim, M.D.

LHK/ag/emz

PENINSULA ORTHOPEDIC ASSOCIATES, INC.
1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650)756-5630 - Fax (650)756-0136

677

# WORK STATUS REPORT

**Patient:** Gloria Bertacchi Freeman

DOI: 01/01/2014

Cigna Healthcare

Exam Date: 08/21/2015 Next Exam: 10/02/2015

- ☐ Return to full duty with no limitations/restrictions on: ____________________
- ☒ Return to work with modified duties (see restrictions below) on: 08/21/2015
- ☐ Unable to perform any work from ____________ to ____________

**WORK RESTRICTIONS/LIMITATIONS:** (X=no capacity, LC=limited capacity)

(LC) Lifting 10 pounds
(LC) Pushing 10 pounds.
(LC) Pulling 10 pounds.
(___) Reaching Overhead
(___) Standing
(LC) Climbing
(LC) Walking
( X) Kneeling
( X) Bending/Stooping/Squatting

**DIAGNOSIS:**

**SPECIAL COMMENTS:**

---

**Leslie H. Kim MD** Date: 08/21/2015

20150821000760

Peninsula Orthopedic Associates, Inc.
1850 Sullivan Avenue Suite 330
Daly City, CA 94015
Phone (650) 756-5630
Fax (650) 756-0136

678

Patient Name: Gloria Bertacchi Freeman
Address: 5135 Moss Lane
Granite Bay, CA 95746
DOB: REDACTED 1953
Prescription Date: 08/21/2015

LIDODERM 5 % (700 m ADH. PATCH
QTY: 30 REFILLS: 0
apply 1 patch by transdermal route every day (May wear up to 12hours.)

Generic Substitution Permissable

Instructions

NORCO 10 mg-325 TABLET
QTY: 60 REFILLS: 0
take 1 tablet by oral route every 4 - 6 hours as needed for pain

Generic Substitution Permissable

Instructions

- ☐ Stephen E. Conrad, M.D. Ca Lic.#C32475 DEA #AC8347533
- ☐ Alfredo F. Fernandez, M.D. Ca Lic.#G33550 DEA #AF2508440
- ☐ Victoria L. Barber, M.D. Ca Lic.#G72492 DEA #BB3178349
- ☐ Aman S. Khan, M.D. Ca Lic.#A60839 DEA #BK5118648
- ☐ Yung Chuan Chen, M.D. Ca Lic.#A54788 DEA #BC4686967
- ☐ Philip J. Krueger, M.D. Ca Lic. #A87975 DEA #BK7442394
- ☒ Leslie H. Kim, M.D. Ca Lic.#G41605 DEA #AK9194565
- ☐ Kian Raiszadeh, M.D. Ca Lic. #A99221 DEA #FR0357815
- ☐ Rehan Khan, PA-C Ca Lic. #PA17347 DEA #MK1087697
- ☐ Danny C. Kay, PA-C Ca Lic. #PA19815 DEA #MK1840277
- ☐ Carol M. Marraccini-Otto, PA-C Ca Lic.# PA19627 DEA # MM1767548
- ☐ Megan G. Dickey, N.P. Ca Lic. #22227 DEA #MD2832132

Signature [signature] 8/21/15

Leslie H Kim, MD

1-49 ☒50-74 ☐75-100 ☐101-150 ☐151 and over ☐ ________ units
☐3 ☐4 ☐5 ☐PRN

*Description of Security Features on Reverse Side* Number of Drugs Prescribed

679

Peninsula Orthopedic Associates, Inc.
1850 Sullivan Avenue, Suite 330
Daly City, CA 94015
Phone (650) 756-5630
Fax (650) 756-0136

Patient Name: Gloria Bertacchi Freeman

Address: 5135 Moss Lane
Granite Bay, CA 95746

DOB: 05/01/1953

Prescription Date: 07/22/2015

NORCO 10 mg-325 TABLET
QTY: 60 REFILLS: 0
take 1 tablet by oral route every 4 - 6 hours as needed for pain

Generic Substitution Permissable

Instructions

LIDODERM 5 % (700 m ADH. PATCH
QTY: 30 REFILLS: 0
apply 1 patch by transdermal route every day (May wear up to 12hours.)

Generic Substitution Permissable

Instructions

- ☐ Stephen E. Conrad, M.D. Ca Lic.#C32475 DEA #AC8347533
- ☐ Alfredo F. Fernandez, M.D. Ca Lic.#G33550 DEA #AF2508440
- ☐ Victoria L. Barber, M.D. Ca Lic.#G72492 DEA #BB3178349
- ☐ Aman S. Khan, M.D. Ca Lic.#A60839 DEA #BK5118648
- ☐ Yung Chuan Chen, M.D. Ca Lic.#A54788 DEA #BC4686967
- ☐ Philip J. Krueger, M.D. Ca Lic. #A87975 DEA #BK7442394
- ☒ Leslie H. Kim, M.D. Ca Lic. #G41605 DEA #AK9194565
- ☐ Kian Raiszadeh, M.D. Ca Lic. #A99221 DEA #FR0357815
- ☐ Rehan Khan, PA-C Ca Lic. #PA17347 DEA #MK1087697
- ☐ Danny C. Kay, PA-C Ca Lic. #PA19815 DEA #MK1840277
- ☐ Carol M. Marraccini-Otto, PA-C Ca Lic. # PA19627 DEA # MM1767548
- ☐ Megan G. Dickey, N.P. Ca Lic. #22227 DEA #MD2832132

Sigature [signature] 7/22/15

Leslie H Kim, MD

Quanity: ☐1-24 ☐25-49 ☒50-74 ☐75-100 ☐101-150 ☐151 and over ☐ ______ units
Refill: ☐1 ☐2 ☐3 ☐4 ☐5 ☐PRN

Description of Security Features on Reverse Side

PENINSULA ORTHOPEDIC ASSOCIATES, INC.
1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650)756-5630 - Fax (650)756-0136

# WORK STATUS REPORT

**Patient:** Gloria Bertacchi Freeman

DOI: 01/01/2014

Cigna Healthcare

Exam Date: 07/22/2015

Next Exam: 08/21/2015

- ☐ Return to full duty with no limitations/restrictions on: ____________
- ☒ Return to work with modified duties (see restrictions below) on: 07/22/2015
- ☐ Unable to perform any work from ____________ to ____________

**WORK RESTRICTIONS/LIMITATIONS:** (X=no capacity, LC=limited capacity)

(LC) Lifting 10 pounds
(LC) Pushing 10 pounds.
(___) Pulling 10 pounds.
(___) Reaching Overhead

(___) Standing
(LC) Climbing
(LC) Walking
( X) Kneeling
( X) Bending/Stooping/Squatting

**DIAGNOSIS:**

**SPECIAL COMMENTS:**

---

Leslie H. Kim MD

Date: 07/22/2015



Home Logout

## Your Pay Statements History

2013

Cardenal Short Term Disability

iPayStatements

2013 2012

Return to Pay Statements Summary

Click a date to view the statement details.

| Pay Date | Check No. | Gross | Net 1 |
|---|---|---|---|
| 04/26/2013 | 0000170160 | $213.62 | $0.00 |
| 04/12/2013 | 0000150179 | $712.08 | $0.00 |
| 03/29/2013 | 0000130165 | $712.08 | $0.00 |
| 03/15/2013 | 0000110164 | $712.08 | $0.00 |
| 03/01/2013 | 0000090171 | $1,424.16 | $415.75 |
| 02/15/2013 | 0000070169 | $1,851.40 | $728.07 |
| 02/15/2013 | 0000070170 | $338.42 | $86.47 |
| 02/01/2013 | 0000050173 | $996.91 | $64.78 |
| 01/18/2013 | 0000030184 | $1,424.16 | $290.05 |
| 01/04/2013 | 0000010149 | $427.24 | $0.00 |

**Resource Center**

**Information Center**

Need Help?

See What's New On This Site?

**Things You Can Do**

Change Your Password

Change Your Notification Options

Edit Your E-mail Address

Change Your Security Questions

**Financial Tools**

Salary Paycheck Calculator

Hourly Paycheck Calculator

Gross Paycheck Calculator

401(k) Calculator

403(b) Calculator

Employee Stock Option Calculator

W-4 Assistant


 
201509021000769

Home

Logout

## Your Pay Statements History

2012

iPayStatements

○ 2013 ◉ 2012

Return to Pay Statements Summary

Click a date to view the statement details.

Short term
Disability

| Pay Date | Check No. | Gross | Net 1 |
|---|---|---|---|
| 12/21/2012 | 0000510174 | $6,512.49 | $3,320.64 |
| 12/07/2012 | 0000490169 | $722.63 | $0.00 |
| 11/23/2012 | 0000470167 | $4,718.96 | $2,268.79 |
| 10/26/2012 | 0000430181 | $4,923.08 | $916.05 |
| 10/12/2012 | 0000410202 | $4,923.08 | $735.10 |
| 09/28/2012 | 0000390223 | $4,923.08 | $735.12 |
| 09/14/2012 | 0000370220 | $4,923.08 | $235.10 |
| 08/31/2012 | 0081651190 | $4,923.08 | $235.11 |
| 08/17/2012 | 0000330792 | $4,923.08 | $235.11 |
| 08/03/2012 | 0000310786 | $4,923.08 | $235.10 |
| 07/20/2012 | 0081632149 | $4,923.08 | $3,102.63 |

Get ADOBE® READER®

**Resource Center**

**Information Center**

Need Help?
See What's New On This Site?

**Things You Can Do**

Change Your Password
Change Your Notification Options
Edit Your E-mail Address
Change Your Security Questions

**Financial Tools**

Salary Paycheck Calculator
Hourly Paycheck Calculator
Gross Paycheck Calculator
401(k) Calculator
403(b) Calculator
Employee Stock Option Calculator
W-4 Assistant

Editorial

612

# The dilemma of polypharmacy

*Sarah N Hilmer, Departments of Clinical Pharmacology and Aged Care, Royal North Shore Hospital and University of Sydney*

**Key words:** adverse effects, drug interactions, aged, quality use of medicines.

Aust Prescr 2008;31:2-3

The prevalence of chronic diseases, for which one or more medicines may be indicated, increases with age. Polypharmacy is usually defined as the use of five or more drugs, including prescribed, over-the-counter, and complementary medicines. It may be a useful prompt for medication review, as it is associated with problems of medication management and suboptimal prescribing. However, polypharmacy is not a clinically useful independent marker of the quality use of medicines. The type and dose of medications rather than the number of medications determine meaningful clinical outcomes.[1]

The more drugs a patient takes, the harder it may be to obtain an accurate medication history, which impedes informed medication review and prescribing. The incidence of adverse drug reactions increases with the number of medications used. Polypharmacy is a barrier to adherence because of the associated complex medication regimens, increased risk of adverse drug events and high medication costs. Poor adherence contributes to the increased risk of medication errors seen with polypharmacy.

Polypharmacy is associated with suboptimal prescribing. The more drugs a patient is exposed to, the more likely they are to be prescribed inappropriately.[2] 'Potentially inappropriate medications' in the elderly include those with sedative or anticholinergic effects and long-acting non-steroidal anti-inflammatory drugs.[3] Polypharmacy may occur when additional drugs are prescribed to treat the adverse effects of other drugs. This is known as the 'prescribing cascade'.[4] Other suboptimal prescribing associated with polypharmacy includes prescription of more than one drug in the same class or prescription of a drug that interacts with or is contraindicated in combination with another of the patient's medicines. Ironically, in a study of older patients the probability of under-prescribing – defined as lack of an indicated drug when no reason could be found for not prescribing it – also increased significantly with the number of drugs prescribed.[5]

The risk of falls is increased with polypharmacy. This association is partly due to the chronic diseases for which the multiple medications are prescribed.[6] With polypharmacy, the increased use of specific classes of drugs, especially centrally acting and cardiovascular medications, is also likely to be a factor in increasing the risk of falls.[7]

The key issue is whether each drug has been prescribed appropriately, both individually and in the context of the patient's total medication exposure, risk of drug interactions, comorbidities, physiology and quality of life. Some drugs, particularly those with anticholinergic and sedative effects, impair physical and cognitive function in older people. The more drugs with these effects that patients are exposed to, in number and in dose, the poorer the patients' overall function. A tool such as the drug burden index [1], which measures the patient's total exposure to anticholinergic and sedative medications using the principles of dose-response, provides a better indication of the risks of suboptimal prescribing than simply counting drugs.

There are several conditions in which the combined use of several drugs may be beneficial, appropriate, and advocated through evidence-based guidelines.[8] For example, primary prevention of macrovascular disease in diabetes may require one or more oral hypoglycaemics and/or insulin, one or more antihypertensives, lipid-lowering therapy, and aspirin. It is not clear how to apply treatment guidelines to frail older people with multiple comorbidities, because the evidence that supports them was not obtained from this population. Application of published guidelines to a hypothetical 79-year-old woman with chronic obstructive pulmonary disease, type 2 diabetes, osteoporosis, hypertension and osteoarthritis led to recommendations for 12 medications, with high risks of interactions and adverse reactions.[9]

When prescribing for a frail older patient, co-ordinate prescribing with others involved in the patient's care and, if possible, aim for one prescriber per patient. Medications should be reviewed regularly with respect to the indication, therapeutic aims, dose, efficacy and safety. Consulting with a pharmacist for a home medication review may improve clinical outcomes.[10] The benefits and risks of treatment, including the overall impact on function and quality of life, should be discussed with the patient and/or their carer. The time required to achieve outcomes relative to the patient's life expectancy should be taken into account.

This clinical judgement approach contrasts starkly with the proposal to prescribe everyone over the age of 55 a 'polypill' for primary prevention of cardiovascular disease.[11] The polypill contains a lipid-lowering drug, three blood pressure-lowering drugs, aspirin and folic acid. Comorbidities, co-medications and age-related changes in

Bertacchi-Freeman/Harris/0001046

pharmacokinetics and pharmacodynamics are not considered with this strategy.

Prescribing and managing multiple medications appropriately and effectively is important to optimise function and to avoid adverse health outcomes, especially in older patients. The overall effect of a person's medicines is like the sound of a group of musicians. A listener's perception of beautiful music does not depend on the size of the group, but on the quality and combination of the players, carefully selected and managed by the conductor, and tailored to the musical tastes of the specific audience.

**References**

1. Hilmer SN, Mager DE, Simonsick EM, Cao Y, Ling SM, Windham BG, et al. A drug burden index to define the functional burden of medications in older people. Arch Intern Med 2007;167:781-7.

2. Steinman MA, Landefeld CS, Rosenthal GE, Berthenthal D, Sen S, Kaboli PJ. Polypharmacy and prescribing quality in older people. J Am Geriatr Soc 2006;54:1516-23.

3. Fick DM, Cooper JW, Wade WE, Waller JL, Maclean JR, Beers MH. Updating the Beers criteria for potentially inappropriate medication use in older adults: results of a US consensus panel of experts. Arch Intern Med 2003;163:2716-24.

4. Rochon PA, Gurwitz JH. Optimising drug treatment for elderly people: the prescribing cascade. BMJ 1997;315:1096-9.

5. Kuijpers MA, van Marum RJ, Egberts AC, Jansen PA. Relationship between polypharmacy and underprescribing. Br J Clin Pharmacol 2008;65:130-3.

6. Lawlor DA, Patel R, Ebrahim S. Association between falls in elderly women and chronic diseases and drug use: cross sectional study. BMJ 2003;327:712-7.

7. Ziere G, Dieleman JP, Hofman A, Pols HA, van der Cammen TJ, Stricker BH. Polypharmacy and falls in the middle age and elderly population. Br J Clin Pharmacol 2006;61:218-23.

8. eTG complete [Internet]. Melbourne: Therapeutic Guidelines Limited; 2007 Nov. http://www.tg.com.au/ip/complete/[cited 2008 Jan 11]

9. Boyd CM, Darer J, Boult C, Fried LP, Boult L, Wu AW. Clinical practice guidelines and quality of care for older patients with multiple comorbid diseases; implications for pay for performance. JAMA 2005;294:716-24.

10. Sorensen L, Stokes JA, Purdie DM, Woodward M, Elliott R, Roberts MS. Medication reviews in the community: results of a randomized, controlled effectiveness trial. Br J Clin Pharmacol 2004;58:648-64.

11. Wald NJ, Law MR. A strategy to reduce cardiovascular disease by more than 80%. BMJ 2003;326:1419.

*Conflict of interest: Dr Hilmer holds a patent for the drug burden index with Drs Abernethy and Mager.*

First published online 1 February 2008

MAXIMUS FEDERAL SERVICES, INC.
Independent Medical Review
P.O. Box 138009
Sacramento, CA 95813-8009
(855) 865-8873 Fax: (916) 605-4270

2015990210007SQ
Rec'd MHAMJ JUN 0 8 2015

MAXIMUS Federal Services

614

# Independent Medical Review Final Determination Letter

Dated: 6/4/2015

513
BRIAN A DIXON ESQ
MASTAGNI HOLSTEDT APC
1912 I STREET
SACRAMENTO, CA 95814

| **IMR Case Number:** | CM15-0083897 | **Date of Injury:** | 10/05/2012 |
|---|---|---|---|
| **Claim Number:** | 301210282970001 | **UR Denial Date:** | 04/13/2015 |
| **Priority:** | STANDARD | **Application Received:** | 05/01/2015 |
| **Employee Name:** | GLORIA BERTACCHI FREEMAN | | |
| **Provider Name:** | LESLIE KIM MD | | |
| **Treatment(s) in Dispute Listed on IMR Application:** | | | |
| BILATERAL SERIES OF VISCO SUPPLEMENTATION INJECTIONS (ORTHOVISC X6; 1X3 FOR EACH KNEE) | | | |

DEAR BRIAN A DIXON ESQ,

MAXIMUS Federal Services has completed the Independent Medical Review ("IMR") of the above workers' compensation case. This letter provides you with the IMR Final Determination and explains how the determination was made.

Final Determination: UPHOLD. This means we decided that none of the disputed items/services are medically necessary and appropriate. A detailed explanation of the decision for each of the disputed items/services is provided later in this letter.

The determination of MAXIMUS Federal Services and its expert reviewer is deemed to be the Final Determination of the Administrative Director of the Division of Workers' Compensation. This determination is binding on all parties.

In certain limited circumstances, you can appeal the Final Determination. Appeals must be filed with the Workers' Compensation Appeals Board within 30 days from the date of this letter. For more information on appealing the final determination, please see California Labor Code Section 4610.6(h).

Sincerely,

Paul Manchester, MD, MPH
Medical Director

cc: Department of Industrial Relations, SEDGWICK CLAIMS MANAGEMENT SERVICES INC

303

Dignity Health
Medical Foundation

MRN: 11056432A
BERTACCHIFREEMAN, GLORIA
DOB: REDACTED 1953

LESLIE H KIM, MD
901 CAMPUS DR STE 111

DALY CITY CA 94051

MR KNEE RT WO CONTRAST
Exam Date: 05/31/2013

ACC: 8000000453469

MRI RIGHT KNEE05/31/2013

HISTORY:Injury several months ago with medial greater than lateral knee pain since.

TECHNIQUE: Proton Density and fat suppressed proton density weighted sagittal, coronal and axial sequences were done.

FINDINGS:

Alignment is normal. Osseous structures have normal signal. There is mild thinning of the articular cartilages in all three compartments but no focal defects. Small hypertrophic spurring in the medial compartment.

There is an oblique horizontal tear of the posterior horn medial meniscus extending to the undersurface. Tear extends into the body of the medial meniscus where it is more peripherally located on the inferior surface. The anterior horn appears intact. Lateral menisous is unremarkable.

Anterior and posterior cruciate ligament are intact. Medial and lateral collateral ligaments are unremarkable. Quadriceps and patellar tendons are normal. Popliteus tendon is unremarkable.

Small joint effusion. No intra-articular filling defects. No popliteal cyst. Patellar retinaculum are normal. Periarticular soft tissues are unremarkable.

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

From: FAXmaker To: KIM LESLIE H Page: 2/2 Date: 6/17/2013 2:14:47 PM

BERTACCHIFREEMAN, GLORIA 11056432A
MR KNEE RT WO CONTRAST
Exam Date: 05/31/2013

304

Conclusion:

Tear in the posterior horn and body of the medial meniscus.

Electronically Signed By: DWIGHT MUKUNO MD
DM/
CC:
Report Approval Date/Time: 05/31/2013 01:55 PM

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

JUL 17 2013   10:41    SIG   775-2506      FEDEX OFFICE   3294         PAGE 06

From: FAXmaker    To: KIM LESLIE H    Page: 1/3    Date: 6/17/2013 2:12:08 PM

**305**



**Dignity Health**
Medical Foundation

---

MRN: 11056432A                      LESLIE H KIM, MD
BERTACCHIFREEMAN, GLORIA            901 CAMPUS DR STE 111
DOB: (REDACTED)1953

                                    DALY CITY CA 94051


  MR LUMBAR SPINE WO CONTRAST       ACC: 8000000453468
Exam Date: 06/05/2013


EXAM: MRI OF THE LUMBAR SPINE WITHOUT GADOLINIUM

CLINICAL HISTORY: Low back pain

COMPARISON: No relevant priors available

TECHNIQUE: 1.5 Tesla MRI images of the Lumbar spine were acquired
using the following sequences: Sagittal T1 and T2, Sagittal T2
with fat saturation, axial T1 and T2.

Contrast: None

FINDINGS:

Anatomy: There are 5 lumbar-type, non-rib-bearing vertebral
bodies.

Alignment: Normal throughout.  Normal degree of lumbar lordosis.

Vertebral bodies: Vertebral body height is normal.  No evidence
of compression fractures.  No focal lesions or marrow signal
abnormality.  No evidence of modic type endplate changes or
Schmorl's nodes.

Posterior elements: Posterior neural arches are intact.  Evidence
of possible prior bilateral laminectomies at L5-S1, please
correlate clinically, see axial image #5 series 7.  No other
signs of prior surgery.

Mercy Imaging Center, Sacramento                          mercyimaging.org
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax                                          Page 1 of 3

Bertacchi-Freeman/Hartford001051

06/17/2013 18:41 916-773-2956 FEDEX OFFICE 3294 PAGE 07
20150902100759
306
From: FAXmaker To: KIM LESLIE H Page: 2/3 Date: 6/17/2013 2:12:09 PM

BERTACCHIFREEMAN, GLORIA 11056432A
MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013

Disks: Diffusely desiccated but normal in height. No evidence of diskitis osteomyelitis.

Spinal canal: There is narrowing of the spinal canal congenitally at L4 and L5 due to short pedicles. Remaining portions of the canal are patent. No significant acquired stenosis.

Cord and cauda equina: The conus terminates at L1. Lower cord signal is normal. The cauda equina nerve roots are unremarkable.

Epidural space: No epidural fluid collections.

Level-by-level analysis of the axial T1 and T2 images reveals the following:

* T12 - L1: Normal disk and facet joints. No spinal canal or neuroforaminal stenosis.

* L1 - L2: Normal disk and facet joints. No spinal canal or neuroforaminal stenosis.

* L2 - L3: Mild facet arthropathy. Minimal bilateral foraminal disc protrusions. No significant spinal canal or neural foraminal stenosis.

* L3 - L4: Mild to moderate facet arthropathy bilaterally. Mild foraminal disc protrusions. Spinal canal and neural foramina are patent.

* L4 - L5: There is a broad-based disc bulge extending to the neural foramina. There is a small central disc protrusion. There is mild overall triangular narrowing of the spinal canal. No significant narrowing of the lateral recesses. Neural foramina are mildly narrowed bilaterally but there is no impingement of the nerve roots. There is severe facet arthropathy with thickening of the ligamentum flavum up to 4 mm. No evidence of compression of the cauda equina or the traversing nerve roots or exiting nerve roots.

* L5 - S1: Mild central disc protrusion. Possible prior bilateral laminectomy at this level. Moderate facet arthropathy, worse on the right, with moderate narrowing of the neural foramina bilaterally. Possible impingement of the exiting right L5 nerve root due to facet osteophyte. Spinal canal is patent. No impingement of the S1 traversing nerve roots.

* Sacrum: Visualized portions are unremarkable.

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Page 2 of 3

Bertacchi-Freeman/Hartford001052

From: FAXmaker To: KIM LESLIE H Page: 3/3 Date: 6/17/2013 2:12:09 PM

307

BERTACCHIFREEMAN, GLORIA 11056432A
MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013

Paraspinal soft tissues: No paraspinal fluid collections or edema.

Retroperitoneum: No adenopathy or AAA.

IMPRESSION:
1. Evidence of possible prior bilateral laminectomy at L5-S1, please correlate with history. No evidence of recurrent spinal canal stenosis at this level.

2. Possible impingement of the exiting right L5 nerve root due to facet osteophyte in the right L5-S1 neural foramen.

3. No other significant spinal canal or neural foraminal stenosis.

4. Severe bilateral facet arthropathy at L4-5, worse on the right. There is mild triangular narrowing of the spinal canal at this level.

Thank you for the opportunity to help in the care of your patient. Please call or SMS me directly at (916) 538-4734 or email gregory.rogalski@dignityhealth.org with questions about the report or feedback on the final diagnosis.

Electronically Signed By: GREGORY ROGALSKI MD
GR/
CC:
Report Approval Date/Time: 06/05/2013 10:30 AM

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 *phone*
916 325-2125 *fax*

mercyimaging.org

*Page 3 of 3*

Bertacchi-Freeman/Hartford001053

**UCDAVIS**
**HEALTH SYSTEM**

**Bertacchi,Gloria M**
**6/12/2015 Office Visit**
**MRN: 0565663**

**Description: Female DOB: [REDACT]1953**
**Provider: Raja Kameswaran Sivamani, MD**
**Location: DERMATOLOGY CANNERY**

**Visit Information**

| Date & Time | Provider | Department | Dept Phone |
|---|---|---|---|
| 6/12/2015 4:00 PM | Raja Kameswaran Sivamani, MD | Dermatology Cannery | 916-734-6111 |

**Vitals This Visit - Last Recorded**

| BP | Pulse | Resp |
|---|---|---|
| 130/88 | 76 | 18 |

**Reason for Visit**

**Skin Problem** follow up rash on neck and chest, psoriasis

**Visit Diagnoses**

**Tinea corporis** - Primary

**Problem List Updates This Visit**

No problems updated.

PATIENT COPY

**Immunizations or Medications Administered on Date of Encounter - 6/12/2015**

No immunizations or medications administered this visit.

**Today's Medication Changes**

**These changes are accurate as of: 6/12/15 4:55 PM.** If you have any questions, ask your nurse or doctor.

**START taking these medications**

**Econazole 1 % Cream** — Started by: Raja Kameswaran Sivamani, MD
Commonly known as: SPECTAZOLE
Apply to the affected area 2 times daily. Apply to the itchy areas in the armpits and neck

**Where to Get Your Medications**

The following prescriptions were sent via the internet to your pharmacy.

**TARGET PHARMACY #0267 - ROSEVILLE, CA - 1925 DOUGLAS BLVD** — 1925 DOUGLAS BLVD ROSEVILLE CA 95661 — Phone: 916-786-8992
- Econazole 1 % Cream

**Your Doctor has provided these instructions for you to review and take action on after your visit.**

None

**Future Appointments - Below are referrals or tests that your Doctor ordered. If you have any questions about how these will be scheduled that are not answered in today's handouts, or if you have not had these scheduled within the time mentioned by your Doctor today, please call our office. The telephone# is available on the first page of this After Visit Summary.**

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 8/14/2015 9:00 AM | Raja Kameswaran Sivamani | Department of Dermatology | DERMATOLOGY |

Bertacchi, Gloria M (MRN 0565663) DOB REDACTED 1953

**Pending Health Maintenance - Below are some of the test or vaccines that might be appropriate for you at this time. Your doctor may have talked to you about these, or they were done or arranged today. If so, this reminder should be gone at your next visit.**

| | Date Due | Completion Dates |
|---|---|---|
| Tdap | [illegible] | --- |
| Hiv Screening | [illegible] | --- |
| Cervical Hpv Test (With Next Pap) | 5/1/1983 | --- |
| Hepatitis C Screening | 5/1/1983 | --- |
| Zoster | 5/1/2013 | --- |
| Mammogram | 3/14/2015 | 3/14/2013 |
| Influenza | 9/1/2015 | --- |
| Pap-Gyn Cytology | 12/20/2015 | 12/20/2012 (N/S) |

**Override on 12/20/2012:** (N/S)

**MyChart is a secure, confidential web-based system that allows you to communicate with your doctor's office and review portions of your medical record. Visit our web page at http://mychart.ucdavis.edu**

**Patient Demographics**

| Race | Ethnicity | Preferred Language |
|---|---|---|
| White | Not Hispanic or Latino | ENGLISH |

**Smoking Status - Last Recorded**

Smoking Status
Former Smoker

**Smoking Cessation**

If you smoke, PLEASE STOP!

UCDMC Smoking Cessation Program -phone number 734-8493

**Allergies as of 6/12/2015** **Reviewed** On: **6/12/2015** By: **Baran Ho, MD**

No Known Allergies

*We value your feedback. You may receive a survey in the mail about today's visit. We encourage you to complete the survey. Your feedback helps us to recognize high-performing staff and areas needing improvement.*

...ENT COPY

Bertacchi, Gloria M (MRN 0565663) DOB: REDACTED1953

*Current Outpatient Medications*

The following is a list of medicines we understand you are taking. It is based on your medical record at UC Davis Health System. Some information may come from other places, including other doctors, hospitals, clinics or pharmacies. Please check this list of medicines carefully. It is up to you to contact your doctor if these are not the medicines you are taking.

**Current Medications**

| Medication | Dosage |
|---|---|
| **Cyclobenzaprine (FLEXERIL) 10 mg Tablet** | Take 10 mg by mouth three times daily if needed. |
| **Econazole (SPECTAZOLE) 1 % Cream** | Apply to the affected area 2 times daily. Apply to the itchy areas in the armpits and neck |
| **Hydrocodone 10 mg/Acetaminophen 325 mg (NORCO) 10-325 mg per tablet** | |
| **LevoTHYROxine (SYNTHROID) 137 mcg tablet** | Take 1 tablet by mouth every morning before a meal. |
| **Lidocaine (LIDOCAINE) 5 %(700 mg/patch) Patch** | Apply 1 patch to the skin every 24 hours. |
| **Rabeprazole (ACIPHEX) 20 mg EC Tablet** | Take one tablet by mouth one time daily |
| **Rosuvastatin (CRESTOR) 20 mg Tablet** | Take 1 tablet by mouth every day. (cholesterol) |

Bertacchi, Gloria M (MRN 0565663) DOB[redacted]/1953

## Laboratory Requisition: Present to lab at time of blood draw

### Patient Information

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | Female | [redacted]1953 |

### Account Information

Acct Number
950005014413

### Ordering Department Abbreviation

Name
DERM

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| **6/12/2015 4:00 PM** | Raja Kameswaran Sivamani, MD | Dermatology Cannery | 200006639830 |

### Diagnoses

**Tinea corporis** - Primary 110.5

276

COPY

COPY - Protected Health Information - 06/12/2015 16:55:00-
Page 4 of 4
Bertacchi-Freeman/Hartford001057

UNIVERSITY OF CALIFORNIA, DAVIS

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO  SANTA BARBARA • SANTA CRUZ

UC DAVIS MEDICAL CENTER
2315 STOCKTON BOULEVARD
SACRAMENTO, CALIFORNIA 95817

6/12/2015

Gloria M Bertacchi
5135 Moss Lane
Granite Bay CA 95746

This is a reminder for your upcoming appointment with Raja Kameswaran Sivamani, MD at 9:00 AM PDT on 8/14/2015. Please plan to arrive 15 minutes early to register.

If you are unable to keep this appointment, please contact us at the telephone number below to reschedule.

Thank you,

DEPARTMENT OF DERMATOLOGY
3301 C Street Ste 1300
Sacramento CA 95816-3370
916-734-6111

**Progress Notes**

I examined, evaluated, and discussed the patient with the resident and confirmed the history and exam. I agree with the assessment and plan we developed as documented in the resident's note.

KOH prep showed fungal elements from separate scrapings from the anterior neck and the left axilla.

Raja Sivamani, MD MS CAT
Assistant Professor of Clinical Dermatology
Department of Dermatology
UC Davis Medical Center

Electronically signed byRaja Kameswaran Sivamani, MD on 06/12/15 1715

## Chart Review Reports

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Progress Notes**

6/12/2015, last seen 5/16/2014

HPI: 62 yo F with a history of psoriasis (and inverse psoriasis) here for follow up. Her psoriasis has mostly been under control with clobetasol ointment and dovonex cream. She notes that she has a new rash on the neck that is red and very itchy. The rash has been ongoing for several weeks. She has been applying clobetasol that seems to be helpful for the itch however the rash does not resolve. Her left axilla is also very itchy and scaling. The right axillae is not involved. The axillary rash has been ongoing for several months.

**Past Medical History**: medications and allergies reviewed today.

**Family History:**
There is not a family history of skin cancer. There is a family history of atopy.
There is unknown family history of psoriasis.

**Social History:**
The patient does not smoke or use tobacco products.

**Review of Systems**: No fever, fatigue, weight loss, headache.

**Physical Examination**:
BP 130/88 | Pulse 76 | Resp 18
On physical examination, the patient is well developed, well nourished, and pleasant with normal affect. The patient is alert to time, place, and person.

**The following areas were inspected**:
Head/scalp including palpation, face, eyelids and conjunctiva, nose, mouth/oral mucosa, lips, teeth, gums, neck including palpation, chest, abdomen, back, R and L upper extremities, digits, and nail, R and L lower extremities, digits, and nails were inspected and palpated (for clubbing, cyanosis, inflammation). The lower extremities were inspected for peripheral swelling, varicosities.

The findings were normal except for the following pertinent abnormal findings:
-- Erythematous annular well demarcated plaques over the neck. Hyperpigmented scaly plaque on the left axilla. Both sites KOH+ (separately tested with separate scalpels and slides used for scraping)
-- Multiple well demarcated, slightly erythematous plaques on the right and left lower extremities, bilateral arms, bilateral axillae, and under the breasts.

Labs/Imaging reviewed today:
**Lab Results**

| Lab Name | Value | Date/Time |
|---|---|---|
| WBC | 6.7 | 10/29/2013 9:50 AM |
| HGB | 13.2 | 10/29/2013 9:50 AM |
| HCT | 39.3 | 10/29/2013 9:50 AM |
| PLT | 309 | 10/29/2013 9:50 AM |

**Lab Results**

| Lab Name | Value | Date/Time |
|---|---|---|
| NA | 140 | 9/11/2014 10:51 AM |
| K | 3.4 | 9/11/2014 10:51 AM |
| CL | 101 | 9/11/2014 10:51 AM |
| CO2 | 27 | 9/11/2014 10:51 AM |
| BUN | 9 | 9/11/2014 10:51 AM |
| CR | 0.71 | 9/11/2014 10:51 AM |
| GLU | 82 | 9/11/2014 10:51 AM |

**Lab Results**

| Lab Name | Value | Date/Time |
|---|---|---|
| AST | 20 | 9/11/2014 10:51 AM |
| ALT | 20 | 9/11/2014 10:51 AM |
| ALP | 71 | 9/11/2014 10:51 AM |
| ALB | 3.5 | 9/11/2014 10:51 AM |
| TP | 7.0 | 9/11/2014 10:51 AM |
| TBIL | 0.4 | 9/11/2014 10:51 AM |

Impression/Plan:
**1. Tinea axillaris/ corporis, flared:** Patient does have inverse psoriasis however patient's new itchy rash on the neck and in the armpits are consistent with tinea. KOH+
- Econazole (SPECTAZOLE) 1 % Cream; Apply to the affected area 2 times daily. Apply to the itchy areas in the armpits and neck

**2. Psoriasis, BSA approximately 5%, on the legs, arms, armpits, and under the breasts. She has some inverse psoriasis on the right and left axillae and under the breasts.**

- Continue Clobetasol (TEMOVATE) 0.05 % Ointment; Apply to the affected area 2 times daily. to arm(s) and leg(s). Do not use to armpits Dispense: 120 g; Refill: 2
- Continue Calcipotriene (DOVONEX) 0.005 % Cream; Apply to the affected area 2 times daily. Apply to the armpits and intertriginous areas and to the body as well. Mix with either clobetasol or desonide. Dispense: 100 g; Refill: 3
- Continue Desonide (DESOWEN) 0.05 % ointment; Apply to the affected area 2 times daily. to armpit(s) and intertriginous areas Dispense: 120 g; Refill: 2

The patient was asked to follow up in the clinic in 2-3 months.

Education needs were addressed and there were no barriers to learning.

Baran Ho, MD, PGY-2
Department of Dermatology
Pager#: 916-816-1439

Patient seen with attending Dr. Raja Sivamani

Electronically signed byRaja Kameswaran Sivamani, MD on 06/12/15 1715

**Links**

Previous Version

**Chart Review Reports**

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Progress Notes**

Thuy Rose Nguyen, DO
550 West Ranch View Dr
Pch Family Practice
Rocklin CA 95675

5/16/2014

Dear Dr. Thuy Rose Nguyen:

I had the pleasure of seeing Ms. Gloria M Bertacchi, a delightful 61yr female in consultation for a rash. The patient's chief concern is a rash on the legs, arms, armpits, and under the breasts. Flared one month. She has been treating with triamcinolone and topical vinegar/water. She found that the this soothed her lesions but the lesions have remained persistent. They reduced the itching. She notes her itching gets bad at night and becomes severe. She notes joint pains that has been diagnosed as osteoarthritis on the knees, back, and neck. Her pain is worse at the end of the day or after activity.

Questionnaire dated 5/16/2014 reviewed today.

**Past Medical History**: medications and allergies reviewed today.

**Family History:**
There is not a family history of skin cancer. There is a family history of atopy. There is unknown family history of psoriasis.

**Social History:**
The patient does not smoke or use tobacco products.

**Review of Systems**: The patient has been asked about current: fever, fatigue, weight loss, visual changes, wheezing, cough, hay fever/pollen allergy, headaches, sore throat, bleeding gums, joint or muscle pain, shortness of breath, chest pain, lymph node swelling, infections, pains in calves, nausea, vomiting, diarrhea, burning with urination, depression/anxiety, numbness/tingling, or dizziness.
Positives are: fatigue, hay fever, headache, joint pains, numbness/tingling. All other ROS are negative.

**Physical Examination**:
BP 110/70 | Pulse 80 | Resp 20
On physical examination, the patient is well developed, well nourished, and pleasant with normal affect. The patient is alert to time, place, and person.

**The following areas were inspected**:
Head/scalp including palpation, face, eyelids and conjunctiva, nose, mouth/oral mucosa, lips, teeth, gums, neck including palpation, chest (including the breasts and axillae), abdomen, buttocks/groin, back, R and L upper extremities, digits, and nail, R and L lower extremities, digits, and nails were inspected and palpated (for clubbing, cyanosis, inflammation). The lower extremities were inspected for peripheral swelling, varicosities.

The findings were normal except for the following pertinent abnormal findings:

-- Multiple well demarcated, slightly erythematous plaques on the right and left lower extremities, bilateral arms, bilateral axillae, and under the breasts.
-- Minimal scaling on the scalp
-- No nail pitting.

Labs/Imaging reviewed today:

**Lab Results**

| Lab Name | Value | Date/Time |
|---|---|---|
| WBC | 6.7 | 10/29/2013 9:50 AM |
| HGB | 13.2 | 10/29/2013 9:50 AM |
| HCT | 39.3 | 10/29/2013 9:50 AM |
| PLT | 309 | 10/29/2013 9:50 AM |

**Lab Results**

| Lab Name | Value | Date/Time |
|---|---|---|
| NA | 142 | 10/29/2013 9:50 AM |
| K | 3.7 | 10/29/2013 9:50 AM |
| CL | 103 | 10/29/2013 9:50 AM |
| CO2 | 27 | 10/29/2013 9:50 AM |
| BUN | 10 | 10/29/2013 9:50 AM |
| CR | 0.65 | 10/29/2013 9:50 AM |

| GLU | 106* | 10/29/2013 9:50 AM |
|---|---|---|

**Lab Results**

| Lab Name | Value | Date/Time |
|---|---|---|
| AST | 34 | 9/16/2013 1:57 PM |
| ALT | 33 | 9/16/2013 1:57 PM |
| ALP | 83 | 9/16/2013 1:57 PM |
| ALB | 4.0 | 9/16/2013 1:57 PM |
| TP | 7.8 | 9/16/2013 1:57 PM |
| TBIL | 0.5 | 9/16/2013 1:57 PM |

Impression/Plan:

**1. Psoriasis, BSA approximately 5%, flared on the legs, arms, armpits, and under the breasts. She has some inverse psoriasis on the right and left axillae and under the breasts.**
- Start Clobetasol (TEMOVATE) 0.05 % Ointment; Apply to the affected area 2 times daily. to arm(s) and leg(s). Do not use to armpits Dispense: 120 g; Refill: 2
- Start Calcipotriene (DOVONEX) 0.005 % Cream; Apply to the affected area 2 times daily. Apply to the armpits and intertriginous areas and to the body as well. Mix with either clobetasol or desonide. Dispense: 100 g; Refill: 3
- Start Desonide (DESOWEN) 0.05 % ointment; Apply to the affected area 2 times daily. to armpit(s) and intertriginous areas Dispense: 120 g; Refill: 2
- Start HydrOXYzine 10 mg (ATARAX) Tablet; Take 1-2 tablets by mouth at night as needed. Indications: Pruritus of Skin Dispense: 60 tablet; Refill: 2

The patient was asked to follow up in the clinic in 2 months.

Education needs were addressed and there were no barriers to learning.

Thank you for the opportunity to participate in the care of this patient.

Sincerely,

Raja Sivamani, MD MS CAT
Assistant Professor of Clinical Dermatology
Department of Dermatology
UC Davis Medical Center

Electronically signed byRaja Kameswaran Sivamani, MD on 05/16/14 1019

**Chart Review Reports**

**Links to Chart Review Reports**

Chart Review Routing History

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Imaging Results** DEXA, COMPLETE (Accession 3784337) (Order 86239684)

**Entry Date**
3/18/2013

**PACS Images**
Show images for DEXA, COMPLETE

283

**Component Results**

TRANSCRIPTIONS:

EXAM DATE: 3/14/201

PROCEDURE: DUAL ENERGY X-RAY BONE DENSITOMETRY

COMPARISON: None available at UCDMC.

INDICATION: 59 year old postmenopausal woman at risk for osteoporosis because of positive family history.

PROCEDURE:

We employ a Hologic dual energy x-ray DEXA bone densitometer. UCDMC bone mineral analysis protocol includes measurements of the lumbar spine in the anterior-posterior (AP) and/or lateral projection(s), as well as the AP left hip. This patient's most pertinent measurements are reported in the table below. The patient's bone mineral questionnaire and other data are on file. Degenerative arthritis, compression injuries, anatomic variations, or postsurgical changes may alter our analysis protocol as per the table below. The patient's bone mineral density (BMD) is compared to the peak bone mineral density of a healthy "young normal" adult control population (T score) and with an "age- and sex-matched" adult population (Z score).

FINDINGS:

Anatomic Location: AP LUMBAR SPINE
BMD (gm/cm2): 1.102
SD above (+)/below, (-) T score: 0.5
SD above (+)/below, (-) Z score: 1.9

Anatomic Location: LATERAL LUMBAR SPINE
BMD (gm/cm2): 0.669
SD above (+)/below, (-) T score: -1.8
SD above (+)/below, (-) Z score: 0.4

Anatomic Location: LEFT FEMORAL NECK
BMD (gm/cm2): 0.694
SD above (+)/below, (-) T score: -1.4

284

SD above (+)/below, (-) Z score: -0.1

Anatomic Location: LEFT WARD'S TRIANGLE
BMD (gm/cm2): 0.514
SD above (+)/below, (-) T score: -1.9
SD above (+)/below, (-) Z score: 0.1

The Ward's triangle is considered as the region of highest trabecular bone and lowest BMD within the hip. The average BMD in the femoral neck is probably a better indicator of current femoral neck fracture risk.

The fracture risk is related to the degree in reduction in BMD expressed as standard deviations (SD) below the "young normal" adult peak bone density value (T score). The risk for fracture is increased approximately 2-3 times for each SD below the T score. The greater the reduction, the greater the risk for insufficiency fractures. The fracture threshold is defined as BMD 2 or more SD below the T score, which places the patient at least 4-6 times increased risk for insufficiency fractures.

WORLD HEALTH ORGANIZATION CATEGORIES:

1. NORMAL: A value for BMD within 1.0 SD of the T score.

2. LOW BONE MASS (osteopenia): A value for BMD between 1.0 and 2.5 SD below the T score.

3. OSTEOPOROSIS: A value for BMD 2.5 SD or more below T score.

4. SEVERE OSTEOPOROSIS (established osteoporosis): A value for BMD more than 2.5 SD below the T score in the presence of one or more fragility fractures.

THE FRAX INDEX (WHO FRACTURE RISK ASSESSMENT TOOL), ESTIMATES THIS PATIENT'S 10-YEAR RISK OF A MAJOR OSTEOPOROTIC FRACTURE AT 14 %, AND THE 10-YEAR RISK OF A HIP FRACTURE AT 0.5 %. THIS IS BASED UPON THE FRAX VERSION 3.01 SOFTWARE, AND ASSUMES THAT THE PATIENT IS NOT TREATED, IS NOT A PREMENOPAUSAL WOMAN, AND HAS A BODY MASS INDEX OF 39.0.

285

IMPRESSION:

1. OSTEOPENIA OF THE LATERAL LUMBAR SPINE, WITH AP MEASUREMENT IN THE NORMAL RANGE. CONSIDER RADIOGRAPHIC CORRELATION IF CLINICALLY INDICATED TO FURTHER EVALUATE FOR DISCORDANT FINDINGS.

2. OSTEOPENIA OF THE LEFT FEMORAL NECK.

3. THE FRAX INDEX (WHO FRACTURE RISK ASSESSMENT TOOL), ESTIMATES THIS PATIENT'S 10-YEAR RISK OF A MAJOR OSTEOPOROTIC FRACTURE AT 14 %, AND THE 10-YEAR RISK OF A HIP FRACTURE AT 0.5 %.

Final Report Created By: Rosalie Hagge, M.D. on 3/18/2013 1:29 PM
Electronically signed by: Rosalie Hagge, M.D.

**Result History**

DEXA, COMPLETE (Order #96239684) on 3/18/13 - Order Result History Report.

**MyChart Status:**

This result is currently shared in MyChart.

**Radiology Exam Information**

| Exam Scheduled Date | Exam Scheduled Time | Exam Completed Date | Exam Completed Time |
|---|---|---|---|
| 3/14/2013 | 10:30 | 3/14/2013 | 10:58 |

**Radiology Result Information**

| Result Date and Time | Status |
|---|---|
| 3/18/2013 1:29 PM | Final result |

**Order Providers**

| Authorizing Provider | Encounter Provider |
|---|---|
| (12468) Thuy Rose Nguyen, DO | (12468) Thuy Rose Nguyen, DO |

**Reviewed by List**

Thuy Rose Nguyen, DO on 3/18/2013 2:10 PM

**Patient Information**

| Patient Name | MRN | Sex | DOB | Home Phone |
|---|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | F | REDACTED 1953 (59yr) | 916-390-1845 |

| Unit |
|---|
| ROCIMF |

Order DEXA, COMPLETE (Accession 17564137) (Order 96239684)

(No Known Allergies) Date Reviewed: 03/08/13

| Date and Time | Electronically Signed By/Authorizing | Department |
|---|---|---|
| 3/8/2013 11:53 AM | Thuy Rose Nguyen | Roc Fam Prac/Int Med |

Chondromalacia of left knee [733.92]