Re: Gloria Bertacchi-Freeman

## RESULTS OF FUNCTIONAL TOLERANCE TESTING

### Active Range of Motion (AROM) Test

Active Range of Motion testing included a screening of Ms. Bertacchi-Freman's movement in her neck, back, arms, knees and ankles. Her AROM was evaluated and compared to normative values published by the American Medical Association in the Guides to the Evaluation of Permanent Impairment, Fifth Edition. AROM measurements are reported as percentages of normal. The following acronym WNL (*Within Normal Limits*) will be used.

### Spine Range of Motion

Ms. Bertacchi-Freeman's active range of motion was evaluated with dual inclinometry for three consecutive trials.

| Cervical ROM | % of Norm |
|---|---|
| Cervical Flexion | WNL |
| Cervical Extension | 88% |
| Cervical Lateral Flexion Left | 67% |
| Cervical Lateral Flexion Right | 49% |
| Cervical Rotation Left | 95% |
| Cervical Rotation Right | 90% |
| Lumbar ROM | % of Norm |
| Lumbar Flexion | 66% |
| Lumbar Extension | 33% |
| Lumbar Lateral Flexion Left | 25% |
| Lumbar Lateral Flexion Right | 30% |

### Shoulder, Elbows and Wrist Range of Motion

Active range of motion for the shoulders, elbows and wrists were evaluated using a goniometer and three consecutive trials.

| Active Upper Extremity ROM – Right | % of Norm |
|---|---|
| Shoulder Flexion | 78% |
| Shoulder Extension | WNL |
| Shoulder Abduction | 33% |
| Shoulder Adduction | WNL |
| Shoulder Internal Rotation | 39% |
| Shoulder External Rotation | 89% |
| Elbow Flexion and Extension | WNL |
| Forearm Pronation and Supination | WNL |
| Wrist Flexion and Extension | WNL |
| Wrist Radial and Ulnar Deviation | WNL |

Bertacchi-Freeman/Hartford001067

**72**

Re:  Gloria Bertacchi-Freeman

| Active Upper Extremity ROM – Left | % of Norm |
|---|---|
| Shoulder Flexion | 83% |
| Shoulder Extension | WNL |
| Shoulder Abduction | 66% |
| Shoulder Adduction | WNL |
| Shoulder Internal Rotation | 95% |
| Shoulder External Rotation | 95% |
| Elbow Flexion and Extension | WNL |
| Forearm Pronation and Supination | WNL |
| Wrist Flexion and Extension | WNL |
| Wrist Radial and Ulnar Deviation | WNL |

**Lower Extremity Range of Motion**

Active range of motion for the knees and ankles were evaluated using a goniometer and three consecutive trials.

| Lower Extremity ROM – Right Active | % of Norm |
|---|---|
| Knee Flexion | 72% |
| Knee Extension | WNL |
| Ankle Plantar Flexion | WNL |
| Ankle Dorsi Flexion | WNL |

| Lower Extremity ROM – Left Active | % of Norm |
|---|---|
| Knee Flexion | 76% |
| Knee Extension | WNL |
| Ankle Plantar Flexion | WNL |
| Ankle Dorsi Flexion | WNL |

**Observations during Range of Motion Activities:**

Ms. Bertacchi-Freeman reported pain in her low back when extending and flexing her back. When flexing both shoulders, she reported pain in her shoulder joints, and when abducting her left shoulder, she reported pain in her shoulder joint and lower back.

Bertacchi-Freeman/Hartford001068

Re:  Gloria Bertacchi-Freeman

## UPPER EXTREMITY USE

### Explanation of Normative Data and Measurement Tools

When interpreting the following upper extremity testing results, a person's performance is ranked according to the following percentile ranges:

### Finger and Manual Dexterity Tests

$\leq 25^{\text{th Percentile}}$ = *Below Average*

$26^{\text{th}} - 74^{\text{th Percentile}}$ = *Average*

$75^{\text{th}} - 99^{\text{th Percentile}}$ = *Above Average*

### Grip Strength and Pinch Grip Tests

$\leq 80^{\text{ Percent of Mean}}$ = *Below the Average*

$81^{\text{st}} - 120^{\text{ Percent of Mean}}$ = *Near the Average*

$>120^{\text{ Percent of Mean}}$ = *Above the Average*

### Dexterity Testing

|  | Percentile | Test/Norm Group | Position |
|---|---|---|---|
| Finger Dexterity Test | 1st Percentile Below Average | Purdue Pegboard Norm Group: Industrial Applicants | Sitting; forward reaching at table height |
| Manual Dexterity Test | 1st Percentile Below Average | Minnesota Rate of Manipulation Norm Group: Working Adults | Standing; forward reaching at shoulder height, lateral weight shifting |

**Observations during Dexterity Testing:**

Fine Finger Test: this test involves picking up small metal pegs and placing them in holes repetitively for 30 seconds; the test is given with the right hand, left hand, and with both hands. Throughout all three trials, Ms. Bertacchi-Freeman was observed to elevate both shoulders and round her thoracic spine due to back discomfort.

Manual Dexterity Test: this involves repetitively turning and placing plastic discs set in four rows, over 2 trials, while standing. The duration of the manual dexterity/reaching test is typically from 45 to 75 seconds. During the tasks, Ms. Bertacchi-Freeman was observed to leaning against a table for support and rock back and forth to decrease the weight on her right knee. She also requested a break after the first trial due to pain in her mid-back and both shoulders. After

9

Bertacchi-Freeman/Hartford001069

74

Re: Gloria Bertacchi-Freeman

completing the five-minute test, she requested a 2-minute break due to increased back, shoulder and neck pain.

## Coefficient of Variance (COV)

The following *Grip Strength* and *Pinch Grip Tests* make use of Coefficient of Variance (COV) measurements. According to standard functional testing protocols, COV results of less than 15% indicate a consistent level of effort, and COV ratings above 15% reflect less than consistent effort. When interpreting these results, the reader should consider that no single factor absolutely determines when a client's performance is consistent and reliable. There are a variety of factors that can impact a person's presentation of physical discomfort during testing, including wanting to avoid the experience of pain, wanting to convey to the evaluator one's level of pain, or issues of secondary gain and motivation. As a result, when interpreting COV results and a client's functional capacities and effort, a comprehensive analysis of medical, physical testing, and behavioral factors is required.

## Grip Strength:

Grip strength was tested utilizing the hand dynamometer on the BTE Functional Testing System. Three trials of each side were administered to generate the following averaged results:

|  | Average Peak Force | Percent of the Mean | Norm Groups | Coefficient of Variance |
|---|---|---|---|---|
| Right Hand Dominant | 13 lbs. | 23% Below the Average | Persons of Same Age and Gender | 1.0 |
| Left Hand | 13.6 lbs. | 30% Below the Average | Persons of Same Age and Gender | 1.0 |

## Pinch Grip:

Pinch strength was tested utilizing a key grip on a pinch gauge. The test assessed right and left pinch strength and evaluated the consistency level of Ms. Bertacchi-Freeman 's effort. Three trials of each side were administered with the following averaged results:

|  | Average Peak Force | Percent of the Mean | Norm Groups | Coefficient of Variance |
|---|---|---|---|---|
| Right Hand Dominant | 8.7 lbs. | 56% Below the Average | Persons of Same Age and Gender | 2.0 |
| Left Hand | 8.0 lbs. | 57% Below the Average | Persons of Same Age and Gender | 1.0 |

Bertacchi-Freeman/Hartford001070

Re: Gloria Bertacchi-Freeman

| STATIC PUSHING & PULLING |
| --- |

Ms. Bertacchi-Freeman was not administered the BTE static push and pull module, which is a standard part of functional capacity testing protocol, due to Ms. Bertacchi-Freeman 's expressed low back pain symptomatology.

| DYNAMIC LIFTING & CARRYING |
| --- |

The lifting and carrying test consisted of a progressive test protocol using a weighted crate with 3 repetitions of each trial.

| Dynamic Lifting | Maximum Weight | Repetition | Physical Response |
| --- | --- | --- | --- |
| Waist to Shoulder | 6 lbs. | 1 | Back and bilateral knee pain: 5/10; RPE:5/10 |
| 12" to Waist | N/A | N/A | Task left incomplete due to back and bilateral knee pain with squatting activities. |
| 12" to Shoulder | N/A | N/A | Task left incomplete due to back and bilateral knee pain with squatting activities. |
| Waist to Overhead | N/A | N/A | Task left incomplete due to neck ROM limitations |

| Carrying | Maximum Weight | Distance | Repetitions | Physical Response |
| --- | --- | --- | --- | --- |
| Carry | 6 lbs. | 10 feet | 1 | Back and bilateral knee pain: 5/10; RPE: 5/10 |

**Measurement Tool:** Epic Lifting and Carrying Capacity System

Bertacchi-Freeman/Hartford001071

Re:  Gloria Bertacchi-Freeman

<u>Waist to Shoulder Lift Test:</u>

Ms. Bertacchi-Freeman complained of back pain when lifting 6 pounds from waist to shoulder.

<u>Carry Test:</u>

When carrying 6 pounds for 10 feet, she displayed an unsteady gait and complained of bilateral knee pain. The evaluator stopped the lift and carry test when Ms. Bertacchi-Freeman 's body mechanics were compromised.

| COMPUTER KEYBOARDING ASSESSMENT |
|---|

Ms. Bertacchi-Freeman's physical functional tolerances for computer data entry were assessed by having her type on a computer keyboard for 30 minutes. Before beginning the task, her computer workstation was set-up to ensure appropriate ergonomic body/chair interface, monitor/eye level, and keyboard/mouse configuration.

Ms. Bertacchi-Freeman's performance and physical tolerances during the extended typing task were as follows:

| Minutes remaining (30 min total) | Reported Physical/Verbal Response |
|---|---|
| 1-5 minutes | Maintained an erect posture, with feet flat on floor |
| 6-8 minutes | After 6 minutes, she leaned back in her chair and raised her left shoulder.  After 8 minutes, she expressed back and neck pain, and requested to stop the task. |

Bertacchi-Freeman/Hartford001072

Re:  Gloria Bertacchi-Freeman

| MULTI-LEVEL REACHING |
|---|

Multi-level reaching involved repetitive reaching activities at chest height, overhead, and below waist levels with plastic pegs. Ms. Bertacchi-Freeman reported back pain after 25 seconds of reaching at waist level. She attempted, but was unable to complete, below waist reaching due to knee and back pain. Overhead reaching was not attempted due to her range of motion limitations.

| BLOOD PRESSURE & HEART RATE |
|---|

Ms. Bertacchi-Freeman's heart rate was measured at the beginning and end of the physical capacity testing. Heart rate (HR) is defined as the number of times the heart beats in one minute (bpm). Both her heart rate and blood pressure readings were in the acceptable range.

|  | **Initial** | **Exit** |
|---|---|---|
| **Blood Pressure** | 122/84 | 126/84 |
| **Heart Rate** | 74 | 76 |

| OBSERVED POSITIONAL TOLERANCES |
|---|

|  | **Time/ distance** | **Physical Response** | **Reason for Stopping** |
|---|---|---|---|
| Sitting | 15 minutes observed | Low back pain and frequent shifting | Pain and need for fluctuation of positions. |
| Standing | 5 minutes observed | Back and bilateral knee pain; need for support of furniture | Pain and need for fluctuation of positions. |
| Ambulating (indoors, carpeted surface) | 40 feet observed | Knee buckled, complained of back and bilateral knee pain | Pain and need to fluctuate positions. |
| Squatting (20% of norm) | unable | Bilateral Knee pain | Physical discomfort. |
| Stair Climbing: Ascent | unable | Right knee buckled while walking | Physical discomfort. |
| Stair Climbing: Descent | unable | Right knee buckled while walking | Physical discomfort. |

13

Re:  Gloria Bertacchi-Freeman

## BEHAVIORAL OBSERVATIONS

**Appearance and Social Demeanor:**

Ms. Bertacchi-Freeman was dressed in comfortable clothing and was cooperative during the testing period. She accepted supervision and attempted each task as instructed. However, during the administration of functional capacity testing, the client was noted to require a repetition of verbal instructions on multiple occasions due to poor concentration. She was also noted to express diminished concentration and frustration when losing her place on a page of text during a typing simulation.

**Exhibited Pain Behavior:**

Her movement patterns were consistent with her reports of pain.

**Need for Unscheduled Breaks:**

Due to her physical tolerance limitations, the client requested breaks during the administration of tasks involving manual dexterity testing, walking, lifting, carrying and typing.

**Whole Body Pain Description:**

At the conclusion of the FCE, Ms. Bertacchi-Freeman reported a pain level of 7/10 in her low back, neck, and knee. She also reported feeling fatigue and "sleepy". She rated the reaching, walking, and computer data entry tasks as the most physically difficult during the assessment, and rated the overall exertional demand of the FCE testiing as "Very Heavy."

14

Bertacchi-Freeman/Hartford001074

2015090210000759

Re:  Gloria Bertacchi-Freeman

| **FUNCTIONAL CAPACITY TESTING CONCLUSIONS** |
|---|

A summary of key results is as follows:

- Ms. Bertacchi-Freeman exhibited a 10%-51% reduction in cervical active range of motion and a 40%-75% reduction in lumbar active range of motion.

- Her finger and manual dexterity was ranked below average.

- When sitting, the client was noted to fluctuate to a standing position after approximately 15 minutes due to back discomfort.  When standing, she fluctuated to a sitting position after approximately 5-10 minutes due to back and bilateral knee discomfort.  She reported back and bilateral knee discomfort after walking for approximately 40 feet.  During walking and stair climbing activities, her right knee was noted to buckle.

- Ms. Bertacchi-Freeman demonstrated significantly limited tolerances for tasks involving reaching and range of motion when standing.  When standing and performing testing involving repetitive reaching and manual dexterity, she reported back and bilateral knee discomfort in 30 seconds. Generally, she was unable to perform tasks involving stooping, bending, squatting due to physical tolerance limitations.

- The client was noted to exhibit compromised body mechanics and joint protection strategies on a variety of functional capacity testing. She was noted to adjust her physical positioning and make use of office furniture for support when standing and fluctuating between sitting/standing positions.

- Ms. Bertacchi-Freeman was unable to lift or carry greater than 6 pounds due to her back and bilateral knee problems.

- In terms of tolerances for computer data entry, she reported back and neck pain, fatigue, and loss of concentration, after approximately 8 minutes of typing.

- Ms. Bertacchi-Freeman did not meet the full range of the physical demand requirements for Sedentary employment as defined by U.S. Department of Labor.  She would be precluded from this exertional level of employment due to her sitting and standing limitations, lifting/carrying limitations, as well as her poor finger/hand dexterity and inability to repetitively use her upper extremities.

- The client provided full physical effort during the FCE as demonstrated by consistency on isometric testing and observed competitive performance behaviors.

Bertacchi-Freeman/Hartford001075

Re:  Gloria Bertacchi-Freeman

| DESCRIPTION OF PREVIOUS JOB |
|---|

According to Ms. Bertacchi-Freeman's resume, she completed her doctorate at the University of the Pacific School of Pharmacy in 1977.  In 2002, she earned a Masters Degree in Business Administration from Americus University.  Undergraduate work was completed at the University of Santa Clara in 1973.  Between 1979 and 2012, her job titles included director of operations/clinical pharmacist, president of a healthcare-related continuing education company, pharmacist, and, most recently, director of pharmacy. Ms. Bertacchi-Freeman has also had extensive authorial/editorial experience, including past television/radio appearances.

**Previous Job Title**:  Director of Pharmacy.  The location of her employment was Sierra Vista Hospital, a psychiatric facility. She reported earning approximately $128,000 per year.

Ms. Bertacchi-Freeman indicated that her daily routine involved the following activities:

Opening the pharmacy
Entering pharmacy prescriptions and filling orders
Handling inventory and unpacking boxes and putting products on shelves
Working with a pharmac
y technician
Delivering medication to nursing stations
Performing counseling twice a week, and performing management rounds
Take phone calls from nursing stations, and fill prescriptions for visiting nursing staff

According to the *Director of Pharmacy Standards of Performance and Certified Based Performance Evaluation* forms, Ms. Freeman's previous job requirements involved measured and proven competency in a variety of programmatic and performance areas, including the following:

Processing patient and department charges in a timely manner
Ensuring compliance of drug and supply purchases
Responsible for all drug storage and preparation in the hospital
Achieving acceptable scores on operations audits
Managing staff pharmacists and technicians
Ensuring training and development of staff
Records maintenance
Assuring adequate control and documentation of controlled substances
Accurately documenting drug recalls
Ensuring state, local, and federal regulations compliance
Meet Medicare/legal standards
Maintaining safety and professionalism standards
Ensuring compliance in hospital policies

16

Re:  Gloria Bertacchi-Freeman **81**

**Usual and Customary Job Duties:**

Oversight of pharmacy operations
Quality assurance
Participating in committee meetings
Vendor coordination for purchasing pharmaceutical and medical supplies
Inventory control
Coordinating intern education and training
In-service education
Coordinating internship start-up programs with three colleges
Patient interaction and oversight
Clinical assessment of pharmaceutical needs
Staffing and management of pharmacy
Group counseling related to medication management
Leadership rounds in the hospital

**Usual and Customary Physical Demands on the Job:**

Monday through Friday, from 8AM to 5PM, with occasional overtime of approximately 2 hours.
Only rarely did she work a 4-hour shift on Saturday and Sunday. Approximately once every 2
months, she would be called during the night and have to return to the hospital for work.

**Computer Demands and Knowledge:**  As a director of pharmacy, she performed extensive
computer operations, making use of Word and WordPerfect. She wrote reports on forms, and
communicated via email.  She utilized her own computer workstation with another pharmacy
technician; the computer workstation had two levels.

| Activity | Hours per Day |
|---|---|
| Sitting | 3 hours |
| Phone | 1-2 hours, while standing |
| Computer Use | 3-4 hours (3 hours sitting;1hour standing) |
| Standing/Walking | 5 hours |
| Reaching | |
| Lifting/carrying | Handling boxes: 10-50 pounds. |
| Pushing/pulling: | 100# carts |
| Range of Motion: | Reaching and squatting; medication on shelves close to ceiling, and at floor level. |
| Social Interaction | 6-7 hours. Worked with a pharmacy technician and did group counseling (up to 20 people) and leadership rounds (daily) and business meetings. |

17

Bertacchi-Freeman/Hartford001077

**82**

Re: Gloria Bertacchi-Freeman

| SUMMARY OF WORK SIMULATION ACTIVITIES |
| --- |

**Wednesday, June 3, 2015**

**9 AM—12 AM**

Ms. Bertacchi-Freeman participated in an initial interview and a Functional Capacity Evaluation. She reported that when making the 2-hour drive from Roseville to downtown Oakland, she had stopped three times to fluctuate positons due to back discomfort.

**Lunch Break**

**1 PM—2 PM**

From a seated position, at an adjustable computer workstation, Ms. Bertacchi-Freeman took the **Office Proficiency Assessment and Certification (OPAC) Typing Test.** After a practice section, she typed at a rate of 24 words per minute with 98% accuracy on the five-minute test.

At 1:15 PM, after a brief standing break, she was administered the **Career Abilities Placement Survey (CAPS),** an aptitude test with eight 5-minute sections. This task was administered from a standing position, although after 10 minutes of standing, she requested to sit due to bilateral knee and mid-back discomfort. She continued the task from a seated position, making use of a slant board and an adjustable chair.

**2 PM—3 PM**

Ms. Bertacchi-Freeman continued with the CAPS until approximately 2:15 PM, taking a 1-2 minute standing break after every 15 minutes of sitting. Ultimately, she exhibited the following aptitude rankings on the **CAPS:**

Percentile Ranking

| | |
| --- | --- |
| Verbal Reasoning | 15th |
| Numerical Aptitude | 78th |
| Language Usage | 45th |
| Word Knowledge | 98th |
| Mechanical Reasoning | 45th |
| Spatial Reasoning | 6th |
| Perceptual Speed | 80th |
| Manual Speed | 27th |

Ms. Bertacchi-Freeman was then administered the **OPAC Proofreading Test** from a seated computer workstation. This test involved identifying a variety of errors related to abbreviations, punctuation, possessives, spelling, and grammar, in a written business text. Ms. Bertacchi-Freeman was noted to correctly identify 31% of the errors in the text. (It should be noted that on **OPAC Testing,** the test taker must achieve a minimum of 65% accuracy to demonstrate basic

18

Bertacchi-Freeman/Hartford001078

competency in the business skill being tested.) At the end of the test, at approximately 2:40 PM, Ms. Bertacchi-Freeman indicated, "I was rushing to get that test over with because my back and neck don't feel that great."

At 2:40 PM, Ms. Bertacchi-Freeman reported to staff that she did not want to be administered any other computer-based testing involving typing due to her increased level of neck/back discomfort. The client was then administered the **BETA III Nonverbal Reasoning Test,** a test that measures logical problem-solving abilities based on pictorial representations. This test was administered from a seated position utilizing a slant board and an adjustable chair. She ranked in the low average range at the 39th percentile on the **Beta III.**

**Thursday, June 4, 2015**

**9 AM—10 AM**

Before beginning the program day, Ms. Bertacchi-Freeman indicated that she had slept poorly the previous night due to lower-mid back pain. She used a Lidoderm patch and took Tylenol in order to sleep.

From a seated computer workstation, Ms. Bertacchi-Freeman was administered the **OPAC Editing/Formatting from a Rough Draft Test.** During this test she was required to make editorial and formatting corrections making use of indent, insert, delete, spell verify, underline, etc. functions. She answered the editing/formatting questions with 61% accuracy.

She was then administered the **OPAC Typing Test** from a seated position, performing at a rate of 41 words per minute with 100% accuracy.

After approximately 30 minutes of sitting during the above-mentioned testing, Ms. Bertacchi-Freeman requested to stand and move about her workplace for approximately 2 minutes.

At 9:45 AM, after returning to the seated computer workstation, she was administered the **OPAC Basic Word Test,** which measured Ms. Bertacchi-Freeman's knowledge of Microsoft Word software. She answered 4% of the questions correctly regarding a variety of word functions, including saving a document, spell check, setting page margins, modifying page orientation, changing fonts, etc.

**10 AM—11 AM**

From a seated computer workstation, the client was administered the **Advanced Editing/Formatting from a Rough Draft Test,** editing a complicated business text with 29% accuracy.

At approximately 10:15 AM, she was noted to stand from a seated position and move about her workplace for approximately 5 minutes due to expressed mid-back discomfort.

**11 AM—12 PM**

19

84.

Re:  Gloria Bertacchi-Freeman

Ms. Bertacchi-Freeman was then administered the **Computer Operator Aptitude Battery (COAB)**, a task that measures format checking, sequence recognition and logical problem-solving abilities. She was administered this paper and pencil test from a seated position, with an ergonomic chair and slant board. On the **COAB**, she was noted to require repeated instructions due to expressed problems with concentration. Ms. Bertacchi-Freeman scored in the low average range at the 34th percentile on this test of computer aptitudes. During this 60 minute test, Ms. Bertacchi-Freeman was noted to stand up and move about her workplace approximately every 15 minutes due to mid back discomfort.

At 11:30 AM, she was administered the **OPAC Proofreading 2 Test** from a seated computer workstation. When analyzing a business text for errors related to spelling, capitalization, grammar, number usage, and punctuation, etc., she answered 66% of the questions correctly.

**Lunch Break**

**1:00 PM—2 PM**

Ms. Bertacchi-Freeman was administered the **OPAC Typing Test** from a seated computer workstation. After approximately 3 minutes of warm-up exercises, she expressed increased upper back discomfort and indicated she did not want to perform a typing test due to her physical discomfort.

Before beginning additional testing, the client was noted to stand and move about her workplace for approximately 2 minutes before resuming testing activities.

The client was then administered an **SRA Forms Completion Test**, which involved completing a business form according to a format a written information. This test was administered from a seated position, with use of a slant board and an adjustable chair. She ranked average at the 60th percentile on this test.

At approximately 1:30 PM, Ms. Bertacchi-Freeman was administered the **Nelson-Denny Reading Test**, scoring at the 12.1 grade level. This task was administered from a seated position.

**2 PM—3 PM**

When asked about performing additional testing involving computer operations, Ms. Bertacchi-Freeman reported that she did not want to perform additional typing due to express back discomfort. Instead, she was administered the **Wide Range Achievement Test (WRAT), Level IV**, a mathematics test performed from a seated position. On this test she ranked at the 12.9 grade level, exhibiting an ability to perform basic addition, subtraction, multiplication and division functions, while demonstrating mistakes with the multiplication of fractions, writing decimals, and basic algebra.

20

Re:  Gloria Bertacchi-Freeman

**85**

At 2:30 PM, the client had an exit interview with this consultant, ultimately terminating the program as scheduled at 3 PM.

During the exit interview, Ms. Bertacchi-Freeman reported the following information:

Regarding her general physical tolerances, she felt physically and mentally fatigued from the two-day testing program.  During task performance she often felt slow-paced when compared to her previous work performance as a pharmacist, especially when comprehending verbal instructions and typing.

Ms. Bertacchi-Freeman reported staying at a local hotel Wednesday night, and planned to do the same Thursday night, after the completion of the assessment.  She made use of the hotel because she wanted to avoid driving long distances after the assessment due to physical and mental fatigue. She did not take medication during the assessment, only at night.

Regarding her adult living activities and home routine, she indicated that in the previous month, approximately 2-3 days per week, she had had physical difficulty getting out of bed, and even going to the bathroom.  On such days, due to her poor condition and lack of sleep, she would remain in bed until approximately 1 PM.  However, on other days, when she'd slept better and was feeling stable physically, she would be able to do occasional light activities in the community.

Presently, Ms. Bertacchi-Freeman doesn't feel capable of working full time due to the unpredictability of her physical tolerances from day-to-day.  The possibility of performing sedentary employment did not seem feasible due to her level of physical discomfort when sitting and repetitively using her upper extremities.  She felt her pain management problems, need for breaks, and use of pain medication, would make it difficult to maintain a regular work routine.

**Follow-Up Phone Contact:**

This consultant contacted Ms. Bertacchi-Freeman by phone on June 8, 2015.  After the evaluation, she indicated that she had rested in her home setting on Saturday and Sunday.  She noted that she saw her doctor on Friday, June 6, and that he would be sending her to physical therapy, and keeping her medication at the same levels.

21

Bertacchi-Freeman/Hartford001081

Re:  Gloria Bertacchi-Freeman

**86**

| **CONCLUSIONS** |
| --- |

The results of the Job Simulation Assessment and Functional Capacity Evaluation indicate that Ms. Bertaachi-Freeman does not currently possess the physical tolerances to perform full-time gainful employment, and does not exhibit an ability to perform any occupation for which she would qualify based on her work background, education, or previous salary level.

Ms. Bertaachi-Freeman demonstrated a variety of significant physical limitations during the work simulation and functional capacity testing activities. First, she did not show an ability to maintain fixed work positions from sitting and standing positions due to lower extremity and back-related discomfort.  For instance, she was noted to fluctuate from sitting positions approximately every 15-30 minutes, and from standing positions approximately every 10-15 minutes, due to expressed physical tolerance problems. During functional capacity testing, when performing repetitive typing on a computer, she was noted to express back discomfort and a need to terminate the task in less than 10 minutes. Additionally, she was noted to exhibit significant limitations in her cervical and lumbar active range of motion, and was significantly limited in her ability to perform repetitive reaching from a standing position.  Her lifting and carrying capacities were limited to 6 pounds due to back and bilateral knee discomfort.

The client also displayed problems with mental stamina that would impact her work readiness. During work simulation activities, she was noted to exhibit problems with concentration and the comprehension of verbal instructions, due to reported physical fatigue and pain management problems.  Also, her test scores do not correspond to an individual with a doctoral education and a long-standing work history as a pharmacist. Her average to below average rankings in language usage and verbal reasoning, logical problem-solving, proofreading, editing/formatting, and computer aptitudes, do not correlate to her educational and work background, and may be a reflection of pain management and poor mental stamina.

Currently, Ms. Bertaachi-Freeman does not demonstrate the physical tolerances to maintain a regular full-time workstation at any exertional level.  Due to her combined back and bilateral knee discomfort, she would have difficulty performing Sedentary or Light occupations as defined by the Department of Labor. Specifically, her sitting, standing, repetitive upper extremity use, and lifting/carrying tolerances are not appropriate for occupations at those exertional levels.

When considering the client's ability to perform any occupation as defined by the LTD policy, it is important to note that any alternate occupations will likely require a high attention to detail and concentration, the ability to perform long-term sitting and standing, and the ability to perform accurate data analysis and repetitive computer operations involving typing. Unfortunately, at present, Ms. Bertaachi-Freeman is unable to perform these job requirements due to her physical and mental stamina limitations.

In conclusion, it is this consultant's opinion that were Ms. Bertaachi-Freeman to attempt full-time employment that correlates with her educational and work background, she would be unable to meet required performance and attendance standards due to her disability conditions.

22

Bertacchi-Freeman/Hartford001082

Please fax the completed form to:
Fax Number: 1-866-415-6810

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

The Hartford   P.O. Box 14301
Lexington, KY 40512-4301

THE HARTFORD

**ATTENDING PHYSICIAN'S STATEMENT OF FUNCTIONALITY**

**To be completed by the Employee**

| | |
|---|---|
| Patient Name: Gloria Bertacchi-Freeman | Insured ID Number: 900410801 7   Date of Birth: REDACTED 53 |
| Patient Address: 5135 Miss Lane | City Orange Bay   State CA   Zip Code 95746 |
| Email Address: delta doctor @ yahoo.com | Employer Name: Cardinal |
| Personal Cell Telephone Number: (916) 390-1845 | Alternate Telephone Number: ( ) |

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? ☐ Yes ☑ No
I hereby authorize release of information on this form by the below named physician for the purpose of claim processing.

Signed *(Patient):* _____   Date: 3/19/_

**To be completed by the Attending Physician** *(The patient is responsible for the completion of this form without expense to the Company)*
**Please Note:** Completion of this entire form will allow us to better assess your patient's disability claim.

Patient's condition is the result of: ☐ Sickness  ☑ Injury  ☐ Pregnancy
If pregnancy, what is the expected date of delivery?  Month _____  Day _____  Year _____
Is condition due to illness or an injury that is work related? ☑ Yes  ☐ No

**DIAGNOSIS**

Primary diagnosis: Lt. Knee Osteoarthritis    ICD-9 Code: 715.16

Secondary diagnosis(es): Lt Knee Chrondomalacia    ICD-9 Code(s): 717.7

Subjective symptoms: Reduction of Pain, Knee + Back Pain, Neck Pain

Blood pressure: 186/131   Date BP taken: 4/9/13   Height: 5'1"   Weight: 210 lbs

**Pertinent Test Results (list all results, or enclose test):**

Test: MRI   Date: 1/25/11   Results: previously sent

Test: _____   Date: _____   Results: _____

Physical Examination Findings: ROM 0-120 with minimal discomfort with flexion
Injection into Knee given on 4-9-13

Current Medications, Dosage and Frequency: Hydrocodone /APAP 10-325, prn pain; Cyclobenzaprine 10mg prn pain; Naproxen 500mg prn; Lidoderm patches prn pain; Lidocaine/Kenalog Injections x 1

**TREATMENTS**

Date your patient reported stopping work: 10/11/12   Date of Disability: 10/5/12   Expected Return to Work Date: _____
Date you first treated this patient: 11/13/12   Date you first treated this patient for this condition: 11/13/12
previously in 1/25/11
Date of reported onset of this condition: 10/5/12   Date of most recent treatment: 4/9/13
How often has patient been seen/treated for this condition? 11/13/12, 11/26/12, 12/1/12, 12/19/12   Date of next office visit: 6/17/13
1/24/13, 2/27/13, 4/9/13, 5/16/13
Has patient been referred to any other physician? ☐ Yes  ☑ No If "Yes," Date(s): _____

Name of Physician(s): _____

Telephone Number of Physician(s): ( )   Specialty: _____

Has surgery been performed? ☑ Yes  ☐ No   Is surgery planned? ☐ Yes  ☐ No

If "Yes," Date: 12/13/12  Procedure: Left Knee Arthroscopy   CPT Code: 29881

Was patient hospitalized for this condition? ☐ Yes  ☑ No

If "Yes," Name of Hospital: _____   Telephone Number of Hospital: ( )

Date(s) admitted: _____   Date(s) Discharged: _____

LC-7135-6 [FI] Printed in U.S.A .   Page 1 of 2   09/2012

**FUNCTIONAL CAPABILITIES**

Please complete this section **based on your clinical assessment at the time patient stopped working or reduced work schedule.**

In a general workplace environment the patient is able to:

|  | Sit | Stand | Walk |
|---|---|---|---|
| Number of hours at a time | 20 min/ hr | 20 min/ hr | 20 min/ hr |
| Total hours/day | 4 | 4 | 4 |

88

Please check the frequency with which the patient can perform the following activities:

| R = Right    L = Left    B = Bilateral | | Never | Occasionally (1-33%) | Frequently (34-67%) | No Restrictions | Not Applicable |
|---|---|---|---|---|---|---|
| Lift / carry 1 to 10 lbs. | | R  L  B | R  L  (B) | R  L  B | R  L  B | |
| Lift / carry 11 to 20 lbs. | | R  L  (B) | R  L  B | R  L  B | R  L  B | |
| Lift / carry 21 to 50 lbs. | | R  L  (B) | R  L  B | R  L  B | R  L  B | |
| Lift / carry 51 to 100 lbs. | | R  L  (B) | R  L  B | R  L  B | R  L  B | |
| Lift / carry over 100 lbs. | | R  L  (B) | R  L  B | R  L  B | R  L  B | |
| Bending at waist | | | | | | |
| Kneeling / crouching | | | | | | |
| Driving | | | | | | |
| Reaching only (not load-bearing) | Above shoulder | R  L  B | R  L  (B) | R  L  B | R  L  B | |
| | At waist / desk level | R  L  B | R  L  (B) | R  L  B | R  L  B | |
| | Below waist / desk level | R  L  B | R  L  (B) | R  L  B | R  L  B | |
| Fingering / handling | | R  L  B | R  L  B | R  L  B | R  L  B | ✓ |

Hand dominance: ☑ R   ☐ L

Is the patient's vision impaired? ☑ Yes   ☐ No

Best corrected visual acuity: R 20/20   L 20/20

Does the patient have a psychiatric / cognitive impairment? ☐ Yes  ☑ No  If "Yes," please describe the extent of the impairment and its etiology: _____

Progress (Please check one): ☐ Recovered   ☐ Improved   ☑ Unchanged   ☐ Retrogressed

Do you believe the patient is competent to endorse checks and direct the use of the proceeds? ☑ Yes  ☐ No

Current restrictions or limitations, if different from above:

Expected duration of any current restriction(s) or limitation(s) listed above:
Unknown

Attending Physician's Name: (please print or type)
Leslie H. Kim, MD

Telephone Number:
(650) 991-9400

License Number:
G41605

EIN Number:

Fax Number:
(650) 991-2650

Degree:
M.D.

Specialty:
Orthopaedic Surgery

Street Address: Street, City, State & Zip Code)
901 Campus Drive Suite 111 Daly City, CA 94015

Signature:

Date signed: 5-6-2013

LC-7135-6 [FI]                    Page 2 of 2                    09/2012

Bertacchi-Freeman/Hartford001084

DISABILITY INSURANCE
PO BOX 201006
STOCKTON CA  95201-9006





2525XX03121

RETURN TO: ----->

DISABILITY INSURANCE
PO BOX 989605
WEST SACRAMENTO CA  95798-9605

Mailing Date

02152013

GLORIA M BERTACCHI
5135 MOSS LN
GRANITE BAY CA  95746-5881



**EDD** Employment Development Department
State of California
(800) 480-3287

## PHYSICIAN/PRACTITIONER'S SUPPLEMENTARY CERTIFICATE

| EDD Customer Account Number (EDDCAN) | CLAIM ID | SSN/ECN | CED |
|---|---|---|---|
| | DI-1000-147-546 | XXX-XX-3990 | 10-11-2012 |

**Claimant Instructions:** If you are still disabled, contact your physician/practitioner immediately for completion of the Physician/ Practitioner's Supplementary Certificate which must be submitted within twenty (20) days of the mailing date shown above or you may lose additional benefits.

**Instrucciones al Solicitante de Beneficios:** Si Ud. aun sigue incapacitado, comuníquese con su Médico/Profesional (Medico) lo más pronto posible para completar el documento titulado en inglés "Physician/Practitioner Supplementary Certificate" el cual debe ser presentado dentro de un plazo de veinte (20) días de la fecha de envío indicada arriba o de lo contrario es posible que pueda perder beneficios adicionales.

**Physician/Practitioner Instructions:** For faster processing, the physician/practitioner may complete and submit this form online at www.edd.ca.gov. If this form is submitted online, you do not have to mail this form back to EDD. When completing this form, **PLEASE PRINT WITH BLACK INK.**

1. ARE YOU STILL TREATING THE PATIENT?  [X] YES  [ ] NO   DATE OF LAST TREATMENT  0 1 2 4 2 0 1 3

2. WHAT CURRENT CONDITION(S) CONTINUES TO MAKE THE PATIENT DISABLED? (DIAGNOSIS REQUIRED, IF MADE)

KNEE JOINT PAIN

ARTHRITIS OF KNEE

3. DATE OF NEXT APPOINTMENT  0 2 2 6 2 0 1 3

4. ICD DIAGNOSIS CODE(S) FOR DISABLING CONDITION THAT PREVENT THE PATIENT FROM PERFORMING HIS/ HER REGULAR OR CUSTOMARY WORK (REQUIRED)

**EXAMPLE OF HOW TO COMPLETE ICD CODES**

ICD-9   3 2 0 • 1
ICD-10  G 0 0 • 1

(Check only one box)
[ ] ICD-9
[ ] ICD-10

PRIMARY     8 4 7 • 2
SECONDARY   8 4 4 • 9
SECONDARY     •
SECONDARY     •

**ADDITIONAL QUESTIONS ON FOLLOWING PAGES**



DE 2525XX Rev. 3 (3-12)

CU
**Bertacchi-Freeman/Hartford001085**







**2525XX03122**

5. DESCRIBE HOW THE PATIENT'S PRESENT CONDITION/IMPAIRMENT PREVENTS HIM/HER FROM RETURNING TO HIS/HER REGULAR OR CUSTOMARY WORK.

PAIN AND STIFFNESS IN KNEE

ESPECIALLY WITH BENDING

6. WHAT FACTORS OR COMPLICATIONS ARE DISABLING THE PATIENT LONGER THAN PREVIOUSLY ESTIMATED?

SURGERY RECOVERY

7. IF PATIENT WAS HOSPITALIZED, PROVIDE DATES OF ENTRY AND DISCHARGE     M 2 / 3 2 0 / 2     TO     M 2 / 3 2 0 / 2

☐ CHECK HERE TO INDICATE THE PATIENT IS STILL HOSPITALIZED

8. DATE AND TYPE OF SURGERY/PROCEDURE PERFORMED OR TO BE PERFORMED

M 2 0 3 2 0 / 2     L KNEE ARTHROSCOPIC SURGERY

9A. ICD PROCEDURE CODE(S)     ☒ ICD-9     ☐ ICD-10

7 1 5 . 1 6     7 7 . 7     7 7 . 9     .

9B. CPT CODE(S) (DO NOT INCLUDE MODIFIERS)

10. CURRENT ESTIMATED DATE PATIENT (EVEN IF STILL UNDER TREATMENT) WILL BE ABLE TO PERFORM HIS/HER REGULAR OR CUSTOMARY WORK ("UNKNOWN," "INDEFINITE," ETC., NOT ACCEPTABLE)

0 6 / 0 / 2 0 / 3

☐ CHECK HERE TO INDICATE PATIENT'S DISABILITY IS PERMANENT AND YOU NEVER ANTICIPATE RELEASING PATIENT TO RETURN TO HIS/HER REGULAR OR CUSTOMARY WORK

11. WOULD DISCLOSURE OF THE INFORMATION ON THIS FORM BE MEDICALLY OR PSYCHOLOGICALLY DETRIMENTAL TO YOUR PATIENT?     YES | ✓ NO

**ADDITIONAL QUESTIONS AND SIGNATURE REQUIRED ON NEXT PAGE**



DE 2525XX Rev. 3 (3-12)     Page 2 of 3     OSP 12 127858

Bertacchi-Freeman/Hartford001086





2015B921000759

**For Official Use Only**
EDDCAN

| | |
|---|---|
| Claim ID | DI-1000-147-546 |
| SSN/ECN | XXX-XX-3990 |
| CED | 10-11-2012 |

2525XX03123

91

| 12. PHYSICIAN/PRACTITIONER'S LICENSE NUMBER | 13. STATE **OR** COUNTRY (IF NOT U.S.A.) THAT ISSUED THE LICENSE NUMBER ENTERED IN QUESTION 12 |
|---|---|
| G4 1 6 05 | STATE: C A   COUNTRY: U S A |

**14. PHYSICIAN/PRACTITIONER'S NAME**

(FIRST) LESLIE   (MI)   (LAST) KIM   (SUFFIX)

| 15. PHYSICIAN/PRACTITIONER LICENSE TYPE | 16. SPECIALTY, IF ANY |
|---|---|
| M D | O RTHO |

**17. PHYSICIAN/PRACTITIONER'S ADDRESS**
MAILING ADDRESS, PO BOX, OR NUMBER/STREET/SUITE#

901 CAMPUS DRIVE #1

| CITY | STATE | ZIP OR POSTAL CODE | COUNTRY (IF NOT U.S.A.) |
|---|---|---|---|
| DALY CITY | C A | 94015 | |

**18. COUNTY HOSPITAL/GOVERNMENT FACILITY ADDRESS**
FACILITY NAME (IF APPLICABLE)

FACILITY ADDRESS, NUMBER/STREET/SUITE#

| CITY | STATE | ZIP OR POSTAL CODE | COUNTRY (IF NOT U.S.A.) |
|---|---|---|---|
| | | | |

**ALL PERSONS AUTHORIZED TO CERTIFY (REQUIRED)**

[☑] **All Physicians** (Medical or Osteopathic Physician, Surgeon, Chiropractor, Dentist, Podiatrist, Optometrist or Psychologist)
I certify under penalty of perjury that the patient is unable to perform his/her regular or customary work because of the disabling condition(s) listed above and I have treated the patient within my scope of practice.

[ ] **Nurse Practitioner**
I certify under penalty of perjury that the patient is unable to perform his/her regular or customary work because of the disabling condition(s) listed above and I have treated the patient within my scope of practice. If for a condition other than a normal pregnancy or delivery, I certify that I have performed a physical examination and have collaborated with a physician or surgeon.

[ ] **Registrar of a County Hospital in California or Medical Officer of a U.S. Government Medical Facility**
I certify under penalty of perjury that the patient is unable to perform his/her regular or customary work because of the disabling condition(s) listed above and these conditions are shown by the patient's hospital chart.

[ ] **Other:** Title of person if not covered above:
(must be able to legally certify to a disability)

**19. PHYSICIAN/PRACTITIONER'S ORIGINAL SIGNATURE – RUBBER STAMP IS NOT ACCEPTABLE**

SIGNATURE

| DATE SIGNED | AREA CODE/PHONE NUMBER |
|---|---|
| 1 0 2 6 2 0 1 3 | 6 5 0 - 9 9 1 - 9 4 0 0 |

Under sections 2116 and 2122 of the California Unemployment Insurance Code, it is a violation for any individual who, with intent to defraud, falsely certifies the medical condition of any person in order to obtain Disability Insurance benefits, whether for the maker or for any other person, and is punishable by imprisonment and/or a fine not exceeding $20,000. Section 1143 requires additional administrative penalties.

Bertacchi-Freeman/Hartford001087

92

**Claim for Disability Insurance (DI) Benefits**
**Physician/Practitioner's Certificate**
**PLEASE PRINT WITH BLACK INK**

250104125

**PART B - PHYSICIAN OR AUTHORIZED PRACTICE**

B2. PATIENT'S FILE NUMBER

B3. IF TO CLAIM THE PATIENT'S SOCIAL SECURITY NUMBER ENTER

R | | | | | | | | | | | | | |

B4. PATIENT'S DATE OF BIRTH

REDACTED 1933

**B5. PATIENT'S NAME   (FIRST)   (M)   (LAST)**
G L O R I A | | M | | B E R T A C C H I - F R E E M A N |

**B6. PHYSICIAN/PRACTITIONER'S LICENSE NUMBER**
G 4 6 0 5 1

**B7. STATE OR COUNTRY (IF NOT U.S.A.) THAT ISSUED LICENSE NUMBER ENTERED IN B6**
STATE CA   COUNTRY U S A

**B8. PHYSICIAN/PRACTITIONER LICENSE TYPE**
M E D I C A L

**B9. SPECIALTY (IF ANY)**
O R T H O P A E D I C S

**B10. PHYSICIAN/PRACTITIONER'S NAME AS SHOWN ON LICENSE**
(FIRST)   (M)   (LAST)   SUFFIX
L E S L I E | | | | | | K I M

**B11. PHYSICIAN/PRACTITIONER'S ADDRESS**
**MAILING ADDRESS, PO BOX OR NUMBER/STREET/SUITE #**
9 0 1 1 C A M I N O R D E | | S U I T E 1 1 1
CITY
D U B L I N
STATE
CA
ZIP OR POSTAL CODE
9 4 5 6 8
COUNTRY (IF NOT U.S.A.)

**COUNTY HOSPITAL/GOVERNMENT FACILITY ADDRESS**
**FACILITY NAME (IF APPLICABLE)**

**FACILITY ADDRESS: NUMBER/STREET/SUITE #**

CITY
STATE
ZIP OR POSTAL CODE
COUNTRY (IF NOT U.S.A.)

**B12. THIS PATIENT HAS BEEN UNDER MY CARE AND TREATMENT FOR THIS MEDICAL PROBLEM**
FROM 1 1 7 3 2 0 1 3 TO | | | | | | | ☑ CHECK HERE TO INDICATE YOU ARE STILL TREATING THE PATIENT

AT INTERVALS OF:   ☐ DAILY   ☐ WEEKLY   ☑ MONTHLY   ☐ AS NEEDED   ☐ OTHER

**B13. AT ANY TIME DURING YOUR ATTENDANCE FOR THIS MEDICAL PROBLEM, HAS THE PATIENT BEEN INCAPABLE OF PERFORMING HIS/HER REGULAR OR CUSTOMARY WORK?**
☑ YES - ENTER DATE DISABILITY BEGAN 1 0 1 7 2 0 1 2   ☐ NO - SKIP TO B33

WAS THE DISABILITY CAUSED BY AN ACCIDENT OR TRAUMA?   ☑ YES   ☐ NO
1 0 0 5 2 0 1 2 IF YES, INDICATE THE DATE THE ACCIDENT OR TRAUMA OCCURRED.

**B14. DATE YOU RELEASED OR ANTICIPATE RELEASING PATIENT TO RETURN TO HIS/HER REGULAR OR CUSTOMARY WORK**
("UNKNOWN", "INDEFINITE", ETC., NOT ACCEPTABLE.)   0 2 1 5 2 0 1 3
☐ CHECK HERE TO INDICATE PATIENT'S DISABILITY IS PERMANENT AND YOU NEVER ANTICIPATE RELEASING PATIENT TO RETURN TO HIS/HER REGULAR OR CUSTOMARY WORK

**B15. IF PATIENT IS NOW PREGNANT OR HAS BEEN PREGNANT, PLEASE CHECK THE APPROPRIATE BOX AND ENTER THE FOLLOWING.**
ESTIMATED DELIVERY DATE | | | | | | |   DATE PREGNANCY ENDED | | | | | |

TYPE OF DELIVERY, IF PATIENT HAS DELIVERED:   ☐ VAGINAL   ☐ CESAREAN

Bertacchi-Freeman/Hartford001088

**93**



625010412

**PART B - PHYSICIAN/PRACTITIONER'S CERTIFICATE - CONTINUED**

B25. PLEASE RE-ENTER PATIENT'S SOCIAL SECURITY NUMBER. REDACTED 6910

B26. WAS THE PATIENT SEEN PREVIOUSLY BY ANOTHER PHYSICIAN/PRACTITIONER OR MEDICAL FACILITY FOR THE CURRENT DISABILITY/ILLNESS/INJURY?

☑ YES ☐ NO ☐ UNKNOWN    IF YES, WHAT WAS THE DATE OF FIRST TREATMENT? 10/1/25/2012

B27. DATE AND TYPE OF SURGERY/PROCEDURE MOST RECENTLY PERFORMED OR TO BE PERFORMED.

12/18/2012    L KNEE ARTHROSCOPIC SURGERY

WAS THE PATIENT UNABLE TO WORK IMMEDIATELY PRIOR TO THE SURGERY OR PROCEDURE? ☑ YES ☐ NO

12/19/2012  IF YES, PLEASE PROVIDE THE FIRST DATE THE PATIENT WAS UNABLE TO WORK BEFORE THE SURGERY OR PROCEDURE.

B28. ICD PROCEDURE CODE(S): ☑ ICD-9 ☐ ICD-10

715.04    717.7    717.9

CPT CODE(S) (DO NOT INCLUDE MODIFIERS)

B29. WAS THIS DISABLING CONDITION CAUSED AND/OR AGGRAVATED BY THE PATIENT'S REGULAR OR CUSTOMARY WORK? ☑ YES ☐ NO

B30. ARE YOU COMPLETING THIS FORM FOR THE SOLE PURPOSE OF REFERRAL/RECOMMENDATION TO AN ALCOHOLIC RECOVERY HOME OR DRUG-FREE RESIDENTIAL FACILITY AS INDICATED BY THE PATIENT IN QUESTION A30? ☐ YES ☐ NO

B31. DATE YOUR PATIENT BECAME A RESIDENT OF A DRUG OR ALCOHOL FACILITY (IF KNOWN)

B32. WOULD DISCLOSURE OF THE INFORMATION ON THIS FORM BE MEDICALLY OR PSYCHOLOGICALLY DETRIMENTAL TO YOUR PATIENT? ☐ YES ☑ NO

B33. ALL PERSONS AUTHORIZED TO CERTIFY (REQUIRED):
(CHECK ONE)

☑ ALL PHYSICIANS (MEDICAL OR OSTEOPATHIC PHYSICIAN, SURGEON, CHIROPRACTOR, DENTIST, PODIATRIST, OPTOMETRIST OR PSYCHOLOGIST)
I CERTIFY, UNDER PENALTY OF PERJURY THAT THE PATIENT IS UNABLE TO PERFORM HIS/HER REGULAR OR CUSTOMARY WORK BECAUSE OF THE DISABLING CONDITION(S) LISTED ABOVE AND I HAVE TREATED THE PATIENT WITHIN MY SCOPE OF PRACTICE.

☐ NURSE PRACTITIONER.
I CERTIFY UNDER PENALTY OF PERJURY THAT THE PATIENT IS UNABLE TO PERFORM HIS/HER REGULAR OR CUSTOMARY WORK BECAUSE OF THE DISABLING CONDITION(S) LISTED ABOVE AND I HAVE TREATED THE PATIENT WITHIN MY SCOPE OF PRACTICE. IF FOR A CONDITION OTHER THAN A NORMAL PREGNANCY OR DELIVERY, I CERTIFY THAT I HAVE PERFORMED A PHYSICAL EXAMINATION AND HAVE COLLABORATED WITH A PHYSICIAN OR SURGEON.

☐ REGISTRAR OF A COUNTY HOSPITAL IN CALIFORNIA OR MEDICAL OFFICER OF A US GOVERNMENT MEDICAL FACILITY
I CERTIFY UNDER PENALTY OF PERJURY THAT THE PATIENT IS UNABLE TO PERFORM HIS/HER REGULAR OR CUSTOMARY WORK BECAUSE OF THE DISABLING CONDITION(S) LISTED ABOVE AND THESE CONDITIONS ARE SHOWN BY THE PATIENT'S HOSPITAL CHART.

☐ OTHER: TITLE OF PERSON IF NOT COVERED ABOVE: MD
(MUST BE ABLE TO LEGALLY CERTIFY TO A DISABILITY)

PHYSICIAN/PRACTITIONER'S ORIGINAL SIGNATURE - RUBBER STAMP IS NOT ACCEPTABLE

DATE SIGNED 12/05/2012

AREA CODE/PHONE NUMBER 650 991-9400

UNDER SECTIONS 2116 AND 2122 OF THE CALIFORNIA UNEMPLOYMENT INSURANCE CODE, IT IS A VIOLATION FOR ANY INDIVIDUAL WHO, WITH INTENT TO DEFRAUD, FALSELY CERTIFIES THE MEDICAL CONDITION OF ANY PERSON IN ORDER TO OBTAIN DISABILITY INSURANCE BENEFITS, WHETHER FOR THE MAKER OR FOR ANY OTHER PERSON, AND IS PUNISHABLE BY IMPRISONMENT AND/OR A FINE NOT EXCEEDING $20,000. SECTION 1143 REQUIRES ADDITIONAL ADMINISTRATIVE PENALTIES.

Bertacchi-Freeman/Hartford001089

201509021000759

CLAIMANT: GLORIA M BERTACCHI
DDS CASE NUMBER: 1394963
DEA: SWBYRD

**94**

# MEDICAL SOURCE STATEMENT - PHYSICAL

To determine this patient's ability to do <u>work-related activities on a day-to-day basis in a regular (40 hr.) work setting</u>, please indicate what the individual can still do despite his/her impairment(s).  Do not indicate what the patient states he/she can do, but what YOU feel he/she can do, based on substantiated objective findings.  **We need this Medical Source Statement in addition to your narrative report and/or copies of your office records.**

1. A.  Are lifting/carrying affected by the impairment(s)?  ☑ YES  ☐ NO (If no, skip to #2)
   B.  What is the patient's maximum capacity to LIFT and/or CARRY?
   **Occasionally**  (up to 1/3 [cumulative not continuous] of 8 hr. workday):
   CITE SUPPORTING MEDICAL FINDINGS: _See MRI Reports_
   ☑ Less than 10 lbs.    If so, maximum no. of lbs. patient can lift: _____
   ___ 10 lbs.          _____
   ___ 20 lbs.          _____
   ___ 50 lbs.          _____
   ___ 100 lbs.         _____
   **Frequently**  (1/3 to 2/3 [cumulative not continuous] of 8 hr. workday)
   ___ Less than 10 lbs.   If so, maximum no. of lbs. patient can lift: _____
   ___ 10 lbs.          _____
   ___ 25 lbs.          _____
   ___ 50 lbs.          _____

2. A.  What is the patient's ability to STAND and/or WALK, with normal breaks?
   ___ Less than 2 hrs. in 8 hr. workday;  If so, total time patient can stand/walk: ____
   ☑ At least 2 hrs. in 8 hr. workday
   ___ About 6 hrs. in 8 hr. workday
   CITE SUPPORTING MEDICAL FINDINGS: _See MRI Reports_

   B.  Does the patient use an assistive device?    ☑ Yes  ☐ No
   If yes: What kind? _CANE_          Under what circumstances? _PRN_
   Who prescribed it? _Kim_
   Is it medically necessary?           ☑ YES  ☐ NO
   CITE SUPPORTING MEDICAL FINDINGS: _See MRI Reports_

3. What is the patient's ability to SIT, with normal breaks?
   ☑ Less than 6 hrs. in 8 hr. workday;     If so, total time patient can sit: _1-2_
   ___ 6 hrs. in 8 hr. workday
   CITE SUPPORTING MEDICAL FINDINGS: _See MRI Reports_

4. Does the patient need to ALTERNATE STANDING and SITTING?   ☑ YES  ☐ NO
   If yes, do breaks and lunch periods provide sufficient relief?   ☐ YES  ☑ NO
   CITE SUPPORTING MEDICAL FINDINGS: _See MRI Reports_

MSC 229 (12/12)
Page 1 of 2



CLAIMANT:   GLORIA M  BERTACCHI
DDS CASE NUMBER:   1394963
DEA:   SWBYRD

5.  Which of the following can the patient do?

|  | Unlimited | Frequently (1/3 to 2/3 of workday) | Occasionally (Up to 1/3 of workday) | Never |
|---|---|---|---|---|
| CLIMB |  |  |  | ✓ |
| BALANCE |  |  | ✓ |  |
| STOOP (bending spine at waist) |  |  | ✓ |  |
| KNEEL |  |  |  | ✓ |
| CROUCH (bending legs and spine) |  |  |  | ✓ |
| CRAWL |  |  |  | ✓ |

CITE SUPPORTING MEDICAL FINDINGS: _See MRI Reports_

Complete item 6 below ONLY if your patient has upper extremity impairment(s).

6. Which of the following can the patient do?

|  |  | Constantly (more than 2/3 of workday) | Frequently (1/3 to 2/3 of workday) | Occasionally (Up to 1/3 of workday) | Never |
|---|---|---|---|---|---|
| REACH (extend hands & arms in any direction) | Right |  |  | ✓ |  |
|  | Left |  |  | ✓ |  |
| HANDLE (grasp, torque) | Right |  |  | ✓ |  |
|  | Left |  |  | ✓ |  |
| FINGER (keyboarding, picking, pinching) | Right |  |  | ✓ |  |
|  | Left |  |  | ✓ |  |
| FEEL (with fingertips) | Right |  |  | ✓ |  |
|  | Left |  |  | ✓ |  |

CITE SUPPORTING MEDICAL FINDINGS: _See MRI Reports_

7. Are there environmental restrictions caused by the patient's impairment(s)?

| Heights | ☑ YES ☐ NO | Chemicals | ☑ YES ☐ NO |
|---|---|---|---|
| Moving Machinery | ☑ YES ☐ NO | Dust | ☑ YES ☐ NO |
| Temperature Extremes | ☐ YES ☑ NO | Other | ☐ YES ☐ NO |

CITE SUPPORTING MEDICAL FINDINGS: _See MRI Reports_

8. Date Patient Last Seen: _6/7/13_        9. Prognosis: _____

Signature/Title/Specialty          650-991-9400    6/17/13
                                    Telephone No.        Date

_Leslie H. Kim, MD_

Please Print or Type Name

Bertacchi-Freeman/Hartford001091

Case 2:15-cv-02596-TLN-AC  Document 18-3  Filed 04/03/17  Page 26 of 769
From: FAXmaker    To: KIM LESLIE H    Page: 1/3    Date: 6/17/2013 2:12:08 PM

2015090210007E9





## Dignity Health
### Medical Foundation

---

MRN: 11056432A
BERTACCHIFREEMAN, GLORIA
DOB: [REDACTED]1953

LESLIE H KIM, MD
901 CAMPUS DR STE 111

DALY CITY CA 94051

 MR LUMBAR SPINE WO CONTRAST      ACC: 8000000453468
Exam Date: 06/05/2013

EXAM: MRI OF THE LUMBAR SPINE WITHOUT GADOLINIUM

CLINICAL HISTORY: Low back pain

COMPARISON: No relevant priors available

TECHNIQUE: 1.5 Tesla MRI images of the Lumbar spine were acquired
using the following sequences: Sagittal T1 and T2, sagittal T2
with fat saturation, axial T1 and T2.

Contrast: None

FINDINGS:

Anatomy: There are 5 lumbar-type, non-rib-bearing vertebral
bodies.

Alignment: Normal throughout.  Normal degree of lumbar lordosis.

Vertebral bodies: Vertebral body height is normal.  No evidence
of compression fractures.  No focal lesions or marrow signal
abnormality.  No evidence of modic type endplate changes or
Schmorl's nodes.

Posterior elements: Posterior neural arches are intact.  Evidence
of possible prior bilateral laminectomies at L5-S1, please
correlate clinically, see axial image #5 series 7.  No other
signs of prior surgery.

---

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Page 1 of 3

Bertacchi-Freeman/Hartford001092

From FAXmaker     To KIM LESLIE H     Page 2/3     Date 6/17/2013 2:12:09 PM

**97**

BERTACCHI FREEMAN, GLORIA          11056432A
MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013

Disks: Diffusely desiccated but normal in height.  No evidence of
diskitis osteomyelitis.

Spinal canal: There is narrowing of the spinal canal congenitally
at L4 and L5 due to short pedicles.  Remaining portions of the
canal are patent.  No significant acquired stenosis.

Cord and cauda equina: The conus terminates at L1.  Lower cord
signal is normal.  The cauda equina nerve roots are unremarkable.

Epidural space: No epidural fluid collections.

Level-by-level analysis of the axial T1 and T2 images reveals the
following:

* T12 - L1: Normal disk and facet joints.  No spinal canal or
neuroforaminal stenosis.

* L1 - L2: Normal disk and facet joints.  No spinal canal or
neuroforaminal stenosis.

* L2 - L3: Mild facet arthropathy.  Minimal bilateral foraminal
disc protrusions.  No significant spinal canal or neural
foraminal stenosis.

* L3 - L4: Mild to moderate facet arthropathy bilaterally.  Mild
foraminal disc protrusions.  Spinal canal and neural foramina are
patent.

* L4 - L5: There is a broad-based disc bulge extending to the
neural foramina.  There is a small central disc protrusion.
There is mild overall triangular narrowing of the spinal canal.
No significant narrowing of the lateral recesses.  Neural
foramina are mildly narrowed bilaterally but there is no
impingement of the nerve roots.  There is severe facet
arthropathy with thickening of the ligamentum flavum up to 4 mm.
No evidence of compression of the cauda equina or the traversing
nerve roots or exiting nerve roots.

* L5 - S1: Mild central disc protrusion.  Possible prior
bilateral laminectomy at this level.  Moderate facet arthropathy,
worse on the right, with moderate narrowing of the neural
foramina bilaterally.  Possible impingement of the exiting right
L5 nerve root due to facet osteophyte.  Spinal canal is patent.
No impingement of the S1 traversing nerve roots.

* Sacrum: Visualized portions are unremarkable.

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Bertacchi-Freeman/Hartford001093

BERTACCHI FREEMAN, GLORIA        11056432A
 MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013

**98**

Paraspinal soft tissues: No paraspinal fluid collections or
edema.

Retroperitoneum: No adenopathy or AAA.

IMPRESSION:
1.  Evidence of possible prior bilateral laminectomy at L5-S1,
please correlate with history.  No evidence of recurrent spinal
canal stenosis at this level.

2.  Possible impingement of the exiting right L5 nerve root due
to facet osteophyte in the right L5-S1 neural foramen.

3.  No other significant spinal canal or neural foraminal
stenosis.

4.  Severe bilateral facet arthropathy at L4-5, worse on the
right.  There is mild triangular narrowing of the spinal canal at
this level.

Thank you for the opportunity to help in the care of your
patient.  Please call or SMS me directly at (916) 538-4734 or
email gregory.rogalski@dignityhealth.org with questions about the
report or feedback on the final diagnosis.

Electronically Signed By: GREGORY ROGALSKI MD
GR/
CC:
Report Approval Date/Time: 06/05/2013 10:30 AM

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Page 3 of 3

Bertacchi-Freeman/Hartford001094

99

.erto A. Bolanos, M.D.     Leslie H. Kim, M.D.     Philip J. Krueger, M.D.
          Stephanie Speizer, PA-C     Jessica Wilcox, PA-C
ampus Drive, Suite 111
Lu., City, CA 94015                              Tel: (650) 991-9400
                                                 Fax: (650) 991-2650

℞  FOR _Gloria Bertacchi - Freeman_ DATE _12/6/12_
   Medical Necessity:_____POST OP_____

Cold Contrast Theapy

                                                          M.D

☐ ALBERTO A. BOLANOS, M.D.        ☑ LESLIE H. KIM, M.D.
   (G84190 / BB5585417)              (G41605 / AK9194565)
☐ PHILIP J. KRUEGER, M.D.         ☐ STEPHANIE SPEIZER, PA-C.
   """"4 / BK7442393)               (PA21061 / MS2225092)

Bertacchi-Freeman/Hartford001095

Please fax the completed
Fax Number: (866) 411-5613
The Hartford
P.O. Box 14301
Lexington, KY 40512

Administered By 

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
**Attending Physician Statement of Continued Disability**

THE
HARTFORD

**To be completed by the Employee**

| Name of Patient: Gloria Bertacchi-Freeman | Date of Birth: REDACTED 1953 | Insured ID Number: 9004108017 |

Address of Patient: (Street, City, State & Zip Code)
5135 MOSS LANE, GRANITE BAY, CA 95746

Name of Employer: Cardinal Health

Email Address of Patient: deltadoctor@yahoo.com

Personal Cell Telephone Number: 916 390 1845   Alternate Telephone Number (if no personal cell telephone): ( )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? ☒ Yes ☐ No

I hereby authorize release of information on this form by the below named physician for the purpose of claim processing.

Signed: _____   Date: 11/27/12

*To be completed by the Attending Physician - Use current information from your patient's most recent examination or office visit to complete this form. (The patient is responsible for the completion of this form without expense to the Company.)*

**DIAGNOSIS**

| Primary Diagnosis: 717.7 ® knee chondromalacia | ICD-9 Code: 717.7 |
| Secondary Diagnosis: 715.16 ® knee osteoarthritis | ICD-9 Code: 715.16 |

Was Surgery Performed? ☐ Yes ☒ No  If Yes, Date _____  Procedure _____  CPT-4 Code _____

Was patient hospitalized since last report? ☐ Yes ☒ No  If Yes, Admission Date _____  Discharge Date _____

Current Subjective Symptoms: see attached report dated 11/13/12

Current Physical Exam findings: see attached report dated 11/13/12

Tests (Not previously reported): MRI   Dates: 1/25/11

Results (or enclose copies of test result report): see attached report dated 11/13/12

Medication (indicate any changes): cyclobenzaprine 5 mg, Lidoderm patches 5%, naprosyn 500 mg.

**FUNCTIONALITY** (This information is required for evaluation of your patient's claim for disability benefits).

List all restrictions and/or limitations based on medical findings. (Example - No standing over 4 hours; No lifting over 50 lbs)
No bending, kneeling, stooping, reaching, squatting.
No walking or sitting more than 20 min at a time

Is patient able to return to work without restrictions? ☐ Yes ☒ No  If "Yes," Date: _____  ☐ Full Time ☐ Part Time _____ hours per day

Is patient able to return to work with restrictions? ☒ Yes ☐ No  If "Yes," Date: _____  ☐ Full Time ☒ Part Time 4 hours per day

If able to return to work only part time, on what date will he / she be able to increase to full time? 02/2012

**TREATMENT**

How long are these work accommodations expected to be in place?
At least until after surgery recovery 02/12

Current/Ongoing Treatment Plan: see attached report 11/13/12   Frequency/Duration:

| Dates of Treatment: 1/10/11  4/15/11 | Date of last office visit: 11/13/12 | Date of next scheduled office visit: 12/04/12 |

Has patient been referred to other physicians? ☒ Yes ☐ No  If "Yes," Date of Referral(s): 11/13/12

Referral Provider Name and Phone Number: Dr. Leslie Kim 650 991 9460   Specialty: orthopaedics surgery

Referral Provider Name and Phone Number: _____   Specialty: _____

**PHYSICIAN INFORMATION**

| Provider's Name: Duane Medeiros | License Number: 559006 | Social Security Number or EIN Number: |
| Degree: MSN-NP | Specialty: orthopaedics | Fax Number: (650) 991 2050 |
| Address: (Street, City, State & Zip Code) 901 Campus Drive suite 111 Daly City, CA 94015 | | Telephone Number: (650) 991 9400 |
| Signature: _____ | | Date Signed: 11/26/12 |

LC-7390-3ASO   05/2012

Jan 24 2013 10:13:49 EST   FROM: FAX/7772410G804     MSG# 25117425-006-1       PAGE 002 OF 002

Please fax the completed
Fax Number: (866) 411-5613
The Hartford
P.O. Box 14301
Lexington, KY 40512

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Attending Physician Statement of Continued Disability

Administered By:
THE
HARTFORD

101

To be completed by the Employee
Name of Patient:
Gloria Bertacchi Freeman

Date of Birth: REDACTED 1953    Insured ID Number: 9004108017

Address of Patient: (Street, City, State & Zip Code)     Name of Employer

Email Address of Patient:

Personal Cell Telephone Number: (  )     Alternate Telephone Number (if no personal cell telephone): (  )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone?   ☐ Yes   ☐ No

I hereby authorize release of information on this form by the below named physician for the purpose of claim processing.

Signed:                                                           Date:

To be completed by the Attending Physician: Use current information from your patient's most recent examination or office visit to complete this form. (The patient is responsible for the completion of this form without expense to the Company.)

**DIAGNOSIS**

Primary Diagnosis: L knee osteoarthritis        ICD-9 Code: 715.16

Secondary Diagnosis: L knee Chondromalacia      ICD-9 Code: 717.7

Was Surgery Performed?  ☑ Yes  ☐ No. If Yes, Date 12/13/12  Procedure Arthroscopy   CPT-4 Code 29887

Was patient hospitalized since last report?  ☐ Yes  ☑ No. If Yes, Admission Date _____  Discharge Date _____

Current Subjective Symptoms: Reduction in pain

Current Physical Exam Findings: ROM 0-120 with minimal discomfort with flexion

Tests (not previously reported):                                 Dates

Results (or enclose copies of test result report):

Medication (indicate any changes): NORCO, FLEXERIL, Naproxen

**FUNCTIONALITY** (This information is required for evaluation of your patient's claim for disability benefits)
List all restrictions and/or limitations based on medical findings. (Example - No standing over 4 hours; No lifting over 50 lbs)
[handwritten, partly illegible] No bending, squatting, kneeling, no climbing
No walking or standing more than 20 min at a time

Is patient able to return to work without restrictions?  ☐ Yes  ☑ No. If Yes, Date _____   ☐ Full Time  ☐ Part Time _____ hours per day

Is patient able to return to work with restrictions?  ☑ Yes  ☐ No. If Yes, Date _____   ☐ Full Time  ☑ Part Time 4 hours per day

If able to return to work only part time, on what date will he / she be able to increase to full time? 5/26/13

**TREATMENT**

How long are these work accommodations expected to be in place? At least until after surgery recovery 3/20/13

Current/Ongoing Treatment Plan: See attached Report 1/24/13       Frequency/Duration

Dates of Treatment: 12/5/12 12/13/12 12/19/12   Date of last office visit: 1/24/13   Date of next scheduled office visit: 2/26/2013

Has patient been referred to other physicians?  ☐ Yes  ☑ No. If Yes, Date of Referral(s).

Referral Provider Name and Phone Number: _____     Specialty: _____

Referral Provider Name and Phone Number: _____     Specialty: _____

**PHYSICIAN INFORMATION**

Provider's Name: DR. Leslie Kim    License Number: GA11665    Social Security Number or EIN Number:

Degree: MD    Specialty: Ortho    Fax Number: (650) 991-2650

Address: (Street, City, State & Zip Code) 9101 Campus Dr. #111 Daly City 94015    Telephone Number: (650) 991-9400

Signature: [signature]    Date Signed: 1/29/13

LC-7190-3ASD                                                              05-2012

Bertacchi-Freeman/Hartford001097

**102**

Please fax the completed
Fax Number: (866) 411-5613
The Hartford
P.O. Box 14301
Lexington, KY 40512

Administered By:

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
Attending Physician Statement of Continued Disability

**THE HARTFORD**

To be completed by the Employee

Name of Patient: Gloria Bertacchi-Freeman
Date of Birth: REDACTED 1953
Insured ID Number: 9004108017

Address of Patient (Street, City, State & Zip Code): 5135 Moss Lane Granite Bay, CA 95746
Name of Employer: Cardinal

Email Address of Patient: deltadoctor@yahoo.com

Personal Cell Telephone Number: 916 3401845    Alternate Telephone Number (if no personal cell telephone): (    )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? ☐Yes ☒No

I hereby authorize release of information on this form by the below named physician for the purpose of claim processing.

Signed: _____   Date: 2/26/13

To be completed by the Attending Physician- Use current information from your patient's most recent examination or office visit to complete this form. (The patient is responsible for the completion of this form without expense to the Company.)

**DIAGNOSIS**

Primary Diagnosis: L knee osteoarthritis    ICD-9 Code: 715.16
Secondary Diagnosis: L knee chrondomalacia    ICD-9 Code: 717.7

Was Surgery Performed: ☒Yes ☐No If Yes, Date 12/13/12  Procedure L knee arthroscopy   CPT-4 Code

Was patient hospitalized since last report? ☒Yes ☐No If Yes, Admission Date 12/13/12 Discharge Date 12/13/12

Current Subjective Symptoms: Reduction in pain

Current Physical Exam findings: antalgic gait  minor deficits in ROM

Tests (Not previously reported):                                Dates

Results (or enclose copies of test result report):

Medication (indicate any changes): Flexeril, Naprosyn, Norco

**FUNCTIONALITY** (This information is required for evaluation of your patient's claim for disability benefits)

List all restrictions and/or limitations based on medical findings. (Example - No standing over 4 hours; No lifting over 50 lbs)
No bending, kneeling, stooping, reaching, squatting
No walking or sitting more than 20 min at a time

Is patient able to return to work without restrictions? ☐Yes ☒No If "Yes," Date: _____ ☐Full Time ☐Part Time ____ hours per day

Is patient able to return to work with restrictions? ☒Yes ☐No If "Yes," Date: _____ ☐Full Time ☒Part Time 4 hours per day

If able to return to work only part time, on what date will he / she be able to increase to full time? 5/13

**TREATMENT**

How long are these work accommodations expected to be in place? MAY 1st 2013

Current/Ongoing Treatment Plan: Physical therapy    Frequency/Duration

Dates of Treatment: 12/9/12  1/24/13  2/27/13    Date of last office visit: 2/27/13   Date of next scheduled office visit: 4/9/13

Has patient been referred to other physicians? ☐Yes ☒No If "Yes," Date of Referral(s):

Referral Provider Name and Phone Number:                  Specialty:

Referral Provider Name and Phone Number:                  Specialty:

**PHYSICIAN INFORMATION**

Provider's Name: Leslie H. Kim    License Number: B41605    Social Security Number or EIN Number:

Degree: M.D.    Specialty: ORTHOPEDIC Surgeon    Fax Number: (650) 991-2650

Address: (Street, City, State & Zip Code) 901 Campus Drive Ste. 111 Daly City CA 9405    Telephone Number: (650) 994-9400

Signature: _____    Date Signed: 2/27/13

LC-7390-3ASO                                   05/2012

\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| May 13, 2014 1:47:50 PM EDT | 650 756 1006 | 103 | 4 | Received |

05/13/2014  10:45    650-756-1006          FEDEX OFFICE      4098              PAGE  01

Please fax the completed form to:
Fax Number: 866-411-5613
The Hartford
P.O.Box 14301
Lexington, KY 40512-4301



**HARTFORD LIFE INSURANCE COMPANY**
**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

**ATTENDING PHYSICIAN'S STATEMENT OF CONTINUED FUNCTIONALITY**

**THE HARTFORD**

**To be completed by the Employee**

| Patient Name: Gloria Bertacchi-Freeman | Date of Birth: REDACTED 53 | Insured ID Number: 9004108017 |
|---|---|---|

Patient Address: (Street, City, State & Zip Code): 5135 Moss Lane, Granite Bay CA 95746

**To be completed by the Attending Physician** - Use current information from your patient's most recent office visit or examination to complete this form. (The patient is responsible for the completion of this form without expense to the Company.)

**DIAGNOSIS**

Primary diagnosis: Knee Osteoarthritis/Chondomalacia    ICD-9 Code: ☑ 716.16/717.7    ICD-10 Code: ☐

Secondary diagnoses: Cervical Strain/Sprain; Lumbar Degeneратив Spine Disease, Radiculitis    ICD-9 Code(s): ☑ 847/724.4/702.10    ICD-10 Code(s): ☐

Current Subjective Symptoms: See attached report

Current Physical Examination findings: See attached report

Current Blood Pressure: 100/91    Height: 5'1"    Weight: 204    Weight Loss / Gain? (since last visit)

Current Pertinent Test Results (within past 6 months) (Not previously reported; List all results, or enclose test result reports):

Test: MRI r knee + back    Date: 5/31/13    Results: previously reported

Test: _____    Date: _____    Results: _____

Current Medications, Dosage, and Frequency (indicate any changes): Lidoderm 5% 700mg/patch 1 patch to skin once daily as directed; Norco 10-325mg sig: 1 tablet by mouth every 6-8 hrs prn pain Tylenol 325 mg prn/prn

**TREATMENT PLAN**

Current Treatment Plan: Physical therapy for Knee & Back ; Pain Medication

What is the Frequency / Duration of Treatment? twice weekly; PT    Dates of Treatment: 2/3/14 - 11/5/14, 3/27,3/31,4/2,4/7, 4/9,4/11,4/14,4/16,4/21,4/23

First Office Visit for this condition: 11/13/12    Last Office Visit: 3/8/14    Next Scheduled Office Visit: 5/1/14

Has Surgery been performed since last report: ☑ Yes ☐ No    If "Yes," on what Date(s): 12-26-13

Procedure(s): Right knee arthroscopic partial medial menisectomy and synovectomy    CPT Code(s): 29876/29881

Was patient hospitalized since last report? ☐ Yes ☑ No    If "Yes," Hospital name and phone Number: _____

Admission date: _____    Discharge date: _____

Has patient been referred to other physicians? ☐ Yes ☑ No    If "Yes," Data of Referral(s): _____

Other Physician Name _____    Phone Number: (___)    Specialty: _____

Other Physician Name _____    Phone Number: (___)    Specialty: _____

[1] The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

2015090210007569

05/13/2014  10:45  650-756-1006  FEDEX OFFICE  4098  PAGE  02

**104**

● **ABILITIES**
Address the full range of restrictions/limitations based on your medical findings at the time patient stopped working or reduced work schedule, noting that we will assume there are no restrictions on function unless specified below.

In a general workplace environment the patient is able to:

|  | Sit | Stand | Walk |
|---|---|---|---|
| Number of hours at a time | 1/2 | 1/2 | 1/4 hr |
| Total hours/day. | 4 | 4 | 4 |
| Check here if no restrictions | ☐ | ☐ | ☐ |

Please check the frequency with which the patient can perform the following activities:

| R = Right     L = Left     B = Bilateral | | No Restrictions | Frequently (34-67%) | Occasionally (1-33%) | Never |
|---|---|---|---|---|---|
| Lift / carry 1 to 10 lbs. | | R  L  B | R  L  B | R  L  B | R  L  B |
| Lift / carry 11 to 20 lbs. | | R  L  B | R  L  B | R  L  B | R  L  B |
| Lift / carry 21 to 30 lbs. | | R  L  B | R  L  B | R  L  B | R  L  B |
| Lift / carry 31 to 40 lbs. | | R  L  B | R  L  B | R  L  B | R  L  B |
| Lift / carry 41 to 50 lbs. | | R  L  B | R  L  B | R  L  B | R  L  B |
| Lift / carry 51 to 100 lbs. | | R  L  B | R  L  B | R  L  B | R  L  B |
| Lift / carry over 100 lbs. | | R  L  B | R  L  B | R  L  B | R  L  B |
| Bending at waist | | | | | |
| Kneeling / crouching | | | | | |
| Driving | | | | | |
| Reaching only (non load-bearing) | Above shoulder | R  L  B | R  L  B | R  L  B | R  L  B |
| | Below shoulder level (reach forward for objects on desktop or workstation) | R  L  B | R  L  B | R  L  B | R  L  B |
| Fingering / handling | | R  L  B | R  L  B | R  L  B | R  L  B |

Hand dominance: ⓇR  ☐L

Progress (Please check one): ☐ Recovered  ☑ Improved  ☐ Unchanged  ☐ Retrogressed

Expected duration of any restriction(s) or limitation(s) listed above:

Permanent

Additional Comments:

Does the patient have a psychiatric / cognitive impairment? ☐ Yes  ☑ No   If "Yes," please describe the extent of the impairment and its etiology:

Do you believe the patient is competent to endorse checks and direct the use of the proceeds? ☑ Yes  ☐ No

Attending Physician's Name: (please print or type)
Leslie H. Kim, M.D

License Number:
G41605

EIN Number:

Degree:
M.D.

Specialty:
Orthopedic Surgery

Street Address: Street, City, State & Zip Code)
901 Campus Drive Suite 111, Daly City, CA 94015

Telephone Number:
(650) 991-9400

Fax Number:
(650) 991-2650

Signature: _____

Date signed: 5-13-14

Bertacchi-Freeman/Hartford001100

**2015011620000343**

Please fax the completed form to:
Fax Number: 866-411-5613
The Hartford
P.O.Box 14301
Lexington, KY 40512-4301


/105


THE
HARTFORD

## ATTENDING PHYSICIAN'S STATEMENT OF CONTINUED FUNCTIONALITY

**To be completed by the Employee**

| Patient Name: | RECEIVED | Date of Birth: REDACTED /1953 | Insured ID Number: 9004108017 |
|---|---|---|---|
| Gloria Bertacchi-Freeman | NOV 17 2014 | | |
| Patient Address: (Street, City, State & Zip Code) | | | |
| 5135 Moss Lane, Granite Bay, CA 95746 | BY:_____ | | |

**To be completed by the Attending Physician - Use current information from your patient's most recent office visit or examination to complete this form.** (The patient is responsible for the completion of this form without expense to the Company.)
**DIAGNOSIS**

Primary diagnosis: Knee Osteoarthritis/Chrondomalacia    ICD-9 Code: ✗ 715.16/717.7
ICD-10 Code:

Secondary diagnoses: Cervical Strain/Spring; Lumbar Degeneration/Spine Disease    ICD-9 Code(s): ✗ 847/724.4/727.10
ICD-10 Code(s):

Current Subjective Symptoms: see attached report

Current Physical Examination findings: see attached report

Current Blood Pressure: 124/70    Height: 5'1"    Weight: 209    Weight Loss / Gain? (since last visit)    gain

Current Pertinent Test Results (within past 6 months) (Not previously reported) List all results, or enclose test result reports):

Test: MRI, Knee/Back    Date: 05/31/2013    Results: previously reported

Test: _____    Date: _____    Results: _____

Current Medications, Dosage, and Frequency (indicate any changes): Lidoderm 5% 700 mg/patch, 1 patch to skin once daily qd
Norco 10-325 mg 1 tab q 6-8 hrs prn pain; Tylenol 325 mg prn

**TREATMENT PLAN**

Current Treatment Plan: Physical Therapy for Knee and Back; Pain Medication; Ice Machine

What is the Frequency / Duration of Treatment? prn    Dates of Treatment: ongoing

First Office Visit for this condition: 11/13/2012    Last Office Visit: 11/17/17    Next Scheduled Office Visit: 2/6-1-15

Has Surgery been performed since last report: ☐Yes ☒No   If "Yes," on what Date(s):

Procedure(s): _____    CPT Code(s): _____

Was patient hospitalized since last report? ☐Yes ☒No   If "Yes," Hospital name and phone Number: _____
_____ Admission date: _____ Discharge date: _____

Has patient been referred to other physicians? ☐Yes ☒No   If "Yes," Date of Referral(s): _____

Other Physician Name _____   Phone Number: (_____) _____   Specialty: _____

Other Physician Name _____   Phone Number: (_____) _____   Specialty: _____

¹ The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

| LC-7137-9 LTD | Page 1 of 2 | 02/2014 |
|---|---|---|

Bertacchi-Freeman/Hartford001101

201501162000343

# 106

## ABILITIES

Address the full range of restrictions/limitations based on your most recent medical findings, noting that we will assume there are no restrictions on function unless specified below.

In the general workplace environment, the patient is able to:

|  | Walk | Stand | Sit |
|---|---|---|---|
| Number of hours at a time | 1/4 | 1/2 | 1/2 |
| Total hours / day | 4 | 4 | 4 |
| Check here if no restrictions | ☐ | ☐ | ☐ |

Please circle / check the frequency that the patient can perform the following activities:

| R = Right    L = Left    B = Bilateral | | No Restrictions | Frequently (34 - 67%) | Occasionally (1 - 33%) | Never |
|---|---|---|---|---|---|
| Lift / carry 1 to 10 lbs. | | R  L  B | R  L  B | R  L  ☒ | R  L  B |
| Lift / carry 11 to 20 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry 21 to 30 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry 31 to 40 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry 41 to 50 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry 51 to 100 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry over 100 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Bending at waist | | | | ☒ | |
| Kneeling / Crouching | | | | | ☒ |
| Driving | | | | ☒ | |
| Reaching (non load-bearing) | Above shoulder | R  L  ☒ | R  L  B | R  L  B | R  L  B |
| | Below shoulder level (reach forward for objects on desktop or workstation) | R  L  ☒ | R  L  B | R  L  B | R  L  B |
| Fingering / handling | | R  L  ☒ | R  L  B | R  L  B | R  L  B |

Hand dominance:  ☒ ⌐R⌐    ⌐L⌐

Expected duration of any current restriction(s) or limitation(s) listed above:
Permanent

Additional Comments: no lift / push/pull > 10 lbs. ,  no lengthy bending, stooping; limited standing, climbing, walking

Does the patient have a psychiatric / cognitive impairment?  ☐ Yes  ☒ No    If "Yes," please describe the extent of the impairment and its etiology:

Do you believe the patient is competent to endorse checks and direct the use of the proceeds?  ☒ Yes  ☐ No

PHYSICIAN-INFORMATION

Provider's Name: Leslie H Kim, M.D.                    Telephone Number: ( 650 )   756-5630

Degree: MD                    Specialty: Orthopedic Surgery          Fax Number: (650 )  647 776 0136

License Number: G41605          Social Security Number or EIN Number: ▆▆▆▆▆▆▆▆

Street Address: 1850 Sullivan Suite 330        City: Daly City        State: CA   Zip Code:

Signature:                                          Date signed: 11/19/6

Bertacchi-Freeman/Hartford001102

2015090210009759

# PENINSULA ORTHOPEDIC ASSOCIATES, INC.

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650)756-5630 - Fax (650)756-0136

## WORK STATUS REPORT                              **107**

**Patient:** Gloria Bertacchi Freeman

DOI: 01/01/2014

Cigna Healthcare

Exam Date: 11/17/2014                                  Next Exam: 02/06/2015

    □ Return to full duty with no limitations/restrictions on: _____

    ▪ Return to work with modified duties (see restrictions below) on: 11/17/2014

    □ Unable to perform any work from _____ to _____

## WORK RESTRICTIONS/LIMITATIONS:          (X=no capacity, LC=limited capacity)

| | |
|---|---|
| (LC) Lifting  10 pounds | (LC) Standing |
| (LC) Pushing 10 pounds. | (LC) Climbing |
| (LC) Pulling 10 pounds. | (LC) Walking |
| (___) Reaching Overhead | ( X) Kneeling |
| | ( X) Bending/Stooping/Squatting |

**DIAGNOSIS:**

**SPECIAL COMMENTS:**

_____

**Kim MD, Leslie**                              Date: 11/17/2014

20150116200.0343

# PENINSULA ORTHOPEDIC ASSOCIATES, INC.

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650)756-5630 - Fax (650)756-0136

☐ *Stephen E. Conrad, M.D.*          ☐ *Alfredo F. Fernandez, M.D.*
☐ *Victoria L. Barber, M.D.*          ☐ *A. Shabi Khan, M.D.*
☐ *Philip J. Krueger, M.D.*          ☐ *Leslie H. Kim, M.D.*
                  ☐ *Eugene A. Baciocco, M.D., Inc.*

**BERTACCHI-FREEMAN, Gloria**
**D.O.B** REDACTED **/1953**

**DATE: June 24, 2014**

## SUBJECTIVE COMPLAINTS

Ms. Bertacchi-Freeman returns for a scheduled orthopaedic reexamination. She was last examined on May 13, 2014, at which time additional physical therapy was prescribed.

The patient states she has attended two additional physical therapy sessions. She indicates that there has been improvement with the treatments, which have resulted in decreased knee pain.

Back symptoms are reported to be unchanged. The patient is not describing any radiating pain or neurologic symptoms associated with the back pain.

Currently, Norco analgesic medication is being used only infrequently. She has also been using Lidoderm patches, which she indicates have been effective.

## OBJECTIVE FINDINGS

Gait: The patient ambulates with a normal gait pattern.

Inspection: No deformity is evident on standing inspection. The patient's posture is normal.

Knee Range of Motion:                          Right/Left

      Knee Extension                          180/180 degrees
      Knee Flexion                          125/130 degrees

Palpation: Bilateral medial joint line tenderness.

Swelling: No gross knee joint effusion is evident.

## DIAGNOSES

1. S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013).

2015092100759

2015011620000343                            109

RE: BERTACCHI-FREEMAN, Gloria
06/24/2014

    2.  S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12ED

    3.  CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE.

    4.  LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY
       RADICULITIS.

<u>PLAN</u>

The treatment options have been discussed with the patient. She will continue attending physical therapy
with additional treatments prescribed. She will be given one refill of her Norco analgesic medication, but
she has been counseled and will completely wean off the medication as instructed. Lidoderm patches
may continue to be used as needed. If the patient is unable to get off Norco medication, she will
probably be referred for treatment by a chronic pain management specialist.

LHK/ag/jel

2

2015 0 1 1 6 2 0 0 0 3 4 3

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

Orthopaedic Surgery    Sports Medicine

**110**

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

Date of Service: 5/13/2014

Primary Care Provider:  No data for PCP First Name  No data for PCP Last Name   FAX: No data for PCP Fax

### ORTHOPAEDIC PROGRESS REPORT

Patient:  Gloria Bertacchi-freeman
Date of Examination:  5/13/2014
**REFERRING PROVIDER:**

#### SUBJECTIVE FINDINGS:
Ms Bertacchi-freeman is here today for a follow up examination of her right knee, back, and neck. She reports
that she was recently in a car accident 5/7/2014, she reports that she reports increased her pain. She has
followed up with her PCP since the accident. Completed 8 sessions of physical therapy for her back and knee.
Patient would like to request additional therapy. Complains of constant swelling in her right knee, but continues to
exercise her knee. Complains of intermittent pain in her neck. She continues to have trouble sleeping. Continues
taking tylenol, norco and lidoderm prn for pain 2-3 times per week.

#### MEDICATIONS:
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg|tablet  SIG: Take 1 tablet by mouth every six to eight
hours as needed for pain Dispense: 30)
tylenol (Dosage: |)

#### ALLERGIES:
NKDA

#### OBJECTIVE FINDINGS:

LUMBAR SPINE ACTIVE RANGE OF MOTION MEASUREMENTS:
FLEXION        20  cm. (fingertip to floor distance)
EXTENSION       90 % normal
RIGHT BENDING   75 % normal
LEFT BENDING    75 % normal
RIGHT ROTATION   90 % normal
LEFT ROTATION    100 % normal
No palpable paraspinal muscle spasm

#### DIAGNOSIS:
1. S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013)
2. S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
3. CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4. LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
715.16--Knee - OA knee

#### ASSESSMENT & PLAN:
I discussed my findings and the treatment options with the patient.

201509021000759

201501162000343

Date of Service: 5/13/2014                Patient: Gloria Bertacchi-freeman            Page:  2

ADDITIONAL PT PRESCRIBED 2X/WK X 4 WKS, TRANSITION TO HEP.
CONTINUE TREATMENT INTERCURRENT MVA AGGRAVATION BACK CONDITION.

Leslie Kim, M.D.
CA License # G41605

Bertacchi-Freeman/Hartford001107

2015090210000759

2015011162000343

**112**

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

### Orthopaedic Surgery     Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

3/18/2014

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 3/18/2014
**REFERRING PROVIDER:**

### SUBJECTIVE FINDINGS:

Ms Bertacchi-freeman is here today for a follow up examination of her right knee, back, and neck. Pain has increased, which she states has been due to the fluctuations in the weather. She has completed 1 session of post op PT. She continues to go to the gym to do independant exercises. She continues taking tylenol, norco and lidoderm prn for pain 2-3 times per week. She has been going to get massages weekly, which also helps with her pain.

### MEDICATIONS:

Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) adhesive patch,medicated SIG: 1 patch to skin once a day as directed 30 Dispense: 30)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet SIG: Take 1 tablet by mouth every six to eight hours as needed for pain Dispense: 30)
tylenol (Dosage:)

### ALLERGIES:
NKDA

### SMOKING STATUS
Former smoker

### OBJECTIVE FINDINGS:

LUMBAR SPINE ACTIVE RANGE OF MOTION MEASUREMENTS:
FLEXION          20  cm. (fingertip to floor distance)
EXTENSION        50 % normal
RIGHT BENDING     90 % normal
LEFT BENDING      90 % normal
RIGHT ROTATION    90 % normal
LEFT ROTATION     90 % normal
No palpable paraspinal muscle spasm

Good knee ROM. No effusion.

### DIAGNOSIS:
1. S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013)

201501162000343

Date of Service: 3/18/2014          Patient: Gloria Bertacchi-freeman          Page: 4     **1 13**

2. S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
3. CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4. LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
715.16–Knee - OA knee

**ASSESSMENT & PLAN:**
I discussed my findings and the treatment options with the patient.
PT prescribed for knee and back.

Leslie Kim, M.D.
CA License # G41605

201501162000343

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

## Orthopaedic Surgery    Sports Medicine

**114**

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive. Suite 111
Daly City. California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

2/4/2014

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 2/4/2014
**REFERRING PROVIDER:**

#### SUBJECTIVE FINDINGS:

Ms. Bertacchi-Freeman states that the right knee is improving, but back is flared with recent wet weather.
Completed 1 session of PT, but was unable to continue due to a flu, she needs a new prescription to continue.
"Less pain than before the surgery." Currently takes Norco 2-3x weekly, lidoderm patches daily, flexeril 1x
monthly, tylenol 2x weekly, and naproxen 2x weekly.

#### MEDICATIONS:

Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30
Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) adhesive patch,medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol (Dosage:)

#### ALLERGIES:
NKDA

#### SMOKING STATUS
Former smoker

#### OBJECTIVE FINDINGS:
No gross effusion
Good knee ROM
Negative SLR
Motor and sensory exam nl, BLE.

#### DIAGNOSIS:
1. S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013)
2. S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
3. RIGHT KNEE MEDIAL MENISCUS TEAR
4. CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
5. LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
717.9–Knee - IDK
715.16–Knee - OA knee
717.7–Knee - Chondromalacia

Bertacchi-Freeman/Hartford001110

201501162000343

Date of Service: 2/4/2014                    Patient:  Gloria Bertacchi-freeman              Page:  6

836.0—Knee - Tear med meniscus

# 115

## ASSESSMENT & PLAN:
I discussed my findings and the treatment options with the patient.
PT prescribed for back and knee.

Leslie Kim, M.D.
CA License # G41605

Bertacchi-Freeman/Hartford001111



# WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery   Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

1/6/2014

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 1/6/2014
**REFERRING PROVIDER:**

### SUBJECTIVE FINDINGS:
Ms. Bertacchi-Freeman is here her first post operative examination of her right knee. Pain has decreased, states there is some swelling. Currently taking norco and using lidoderm patches daily and taking flexeril, tylenol, and naproxen prn.

### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) adhesive patch,medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol (Dosage:)

### ALLERGIES:
NKDA

### SMOKING STATUS
Former smoker

### OBJECTIVE FINDINGS:
insicions clean and dry with sutures intact. small to moderate effusion.  ROM 0-110

### DIAGNOSIS:
1. S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013)
2. S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
3. RIGHT KNEE MEDIAL MENISCUS TEAR
4. CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
5. LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
717.9–Knee - IDK
715.16–Knee - OA knee
717.7–Knee - Chondromalacia
836.0–Knee - Tear med meniscus

### PRESCRIPTION
~Prescription~

Bertacchi-Freeman/Hartford001112

201501162000343

Date of Service: 1/6/2014          Patient: Gloria Bertacchi-freeman          Page: 8

**ASSESSMENT & PLAN:**
I discussed my findings and the treatment options with the patient. Attempt at aspiration deferred today. Sutures removed. Continue ICE to treat swelling. Post-op PT to be started 2x/week x 4 weeks. Follow up for post-op 4-6 weeks. Refill of norco and lidoderm patch.

Leslie Kim, M.D.
CA License # G41605

Bertacchi-Freeman/Hartford001113

2015090210007 59

201501162000343

118

## OPERATIVE NOTE

| | |
|---|---|
| CAMPUS SURGERY CENTER<br>901 Campus Drive Suite 102<br>Daly City, CA 94015 | PATIENT:          BERTACCHI FREEMAN, GLORIA<br>MEDICAL RECORD #: 400061-2<br>PHYSICIAN:        LESLIE KIM, M.D.<br>DATE OF SERVICE:  12/26/2013 |

**DATE OF BIRTH:**                   REDACTED 1953

**DATE OF PROCEDURE:**          12/26/2013

**DICTATING PHYSICIAN:**        Leslie Kim, M.D.

**PREOPERATIVE DIAGNOSES:**     Right knee medial meniscus tear.

**POSTOPERATIVE DIAGNOSES:**    1.  Right knee medial meniscus tear.
                                2.  Right patellofemoral and femorotibial chondromalacia.
                                3.  Right knee hypertrophic synovitis.

**PROCEDURES:**                  1.  Right knee arthroscopic partial medial meniscectomy.
                                 2.  Right knee arthroscopic synovectomy.

**SURGEON:**                     Leslie Kim, M.D.

**ASSISTANT:**                   None.

**ANESTHESIA:**                  General LMA and right adductor canal block.

**ANESTHESIOLOGIST:**            Benjamin Hu, M.D.

**INDICATIONS FOR PROCEDURE AND SURGICAL FINDINGS:** The patient has had persistent signs and symptoms of right knee medial meniscus tear with a positive MRI scan. She underwent conservative treatment, but continued to complain of significant pain and mechanical symptoms restricting normal daily activities. Arthroscopic surgical evaluation and treatment were, therefore, requested.

At the time of surgery, the patient was noted to have full knee range of motion. Moderate knee joint effusion was present, with normal appearing synovial fluid. Arthroscopic evaluation of the joint revealed diffuse hypertrophic synovitis in the suprapatellar pouch. No loose bodies are evident. Patellar tracking and alignment appeared normal, but grade II central patellar and femoral trochlear chondromalacia was present. Hypertrophic synovitis was noted in the infrapatellar area. Medial and lateral gutter inspection revealed no loose bodies or osteophyte formation. In the lateral compartment, central area of tibial grade II chondromalacia was present. The meniscus was intact on inspection and probing. Femoral articular surface appeared normal. Inspection of the notch revealed hypertrophic synovium. Normal appearing anterior cruciate ligament was present. In the medial compartment, complex tear of the posterior horn of the meniscus was demonstrated with peripheral, vertical, and central radial tears. Grade II central tibial and grade I-II femoral chondromalacia was present.

2015090210000759

2015011620000343

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
## Orthopaedic Surgery    Sports Medicine



𝕡 -119

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

11/19/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 11/19/2013
**REFERRING PROVIDER:**

### SUBJECTIVE FINDINGS:
Ms Bertacchi-freeman is here today for a follow up examination of her right knee. She was unable to go through with her already scheduled surgery due to discomfort from a biopsy she had 2 days prior.  She is ready to reschedule at this time.  She continues to take lidoderm, naproxen, norco and flexeril prn.

### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30
Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol

### ALLERGIES:
NKDA

### SMOKING STATUS
Former smoker

### OBJECTIVE FINDINGS:
no exam done today

### DIAGNOSIS:
1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
2.RIGHT KNEE MEDIAL MENISCUS TEAR
3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4.LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
717.9--Knee - IDK
715.16--Knee - OA knee
717.7--Knee - Chondromalacia
836.0--Knee - Tear med meniscus

### ASSESSMENT & PLAN:

Bertacchi-Freeman/Hartford001115

2015090021000759

2015011620000343

**120**

Date of Service: 11/19/2013          Patient: Gloria Bertacchi-freeman          Page:   10

I discussed my findings and the treatment options with the patient.  Patient had QME exam and injury has been accepted by worker comp.  Awaiting paperwork to go through.  She will continue with sympomatic treatment. She will contact us once she has approval to be seen under WC or sooner as needed.

Leslie Kim, M.D.
CA License # G41605

Bertacchi-Freeman/Hartford001116

2015011620000343

# WEST BAY ORTHOPAEDIC MEDICAL GROUP    *121*
### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City. California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

10/28/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient:  Gloria Bertacchi-freeman
Date of Examination:  10/28/2013
**REFERRING PROVIDER:**

### SUBJECTIVE FINDINGS:
Ms Bertacci-freeman is here today for a pre operative examination of her right knee. Continues to use a cane for support. Patient reports that her symptoms have decreased since her last visit, but it continues to cause her pain at night. She is currently taking norco and naproxen prn; flexeril for back pain.

### MEDICATIONS;
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol

### ALLERGIES:
NKDA

### OBJECTIVE FINDINGS;
Intial BP: R-146/101  L- 146/105

2nd BP: R- 136/96

+ medial and lateral joint line tenderness
trace effusion
0-120 degrees ROM

### DIAGNOSIS:
1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
2.RIGHT KNEE MEDIAL MENISCUS TEAR
3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4.LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
717.9–Knee - IDK
715.16–Knee - OA knee
717.7–Knee - Chondromalacia
836.0–Knee - Tear med meniscus

Bertacchi-Freeman/Hartford001117

201501162000343

**122**

Date of Service: 10/28/2013                   Patient: Gloria Bertacchi-freeman                   Page: 12

**ASSESSMENT & PLAN:**
I discussed my findings and the treatment options with the patient. Informed consent obtained and plan to proceed with right knee arthroscopy next week as planned pending medical clearance. Patient to see anesthesiologist today. Rx Norco 10/325 and vistaril 25 called into pharmacy. Follow up for initial post-op in 2 weeks. Patient instructed to follow up with internist regarding elevated BP measurements.

Leslie Kim, M.D.
CA License # G41605

Bertacchi-Freeman/Hartford001118

2015011620000343

**123**

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

### Orthopaedic Surgery   Sports Medicine



Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

10/15/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 10/15/2013
REFERRING PROVIDER:

#### SUBJECTIVE FINDINGS:
Ms Bertacci-freeman is here today for a follow up examination of her right knee. She states that she fell last monday - she was crossing the street and her right foot got "caught" on one of the manhole covers and she fell down onto her right knee. Her pain has now greatly increased and her knee is swollen. She now ambulates with the assistance of her cane. She is currently taking norco and naproxen prn; flexeril for back pain. She is requesting a refill of lidoderm patches today. Her right knee surgery is scheduled for Nov 7th, but now she is unsure about proceeding due to the fall last week.

#### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol

#### ALLERGIES:
NKDA

#### OBJECTIVE FINDINGS:

Slight right knee swelling and effusion.

Knee ROM 0 to 90 degrees on right side. Stable AP and medial lateral. Tender right medial joint line.

Ambulating with cane in right hand. Right antelgic pattern, but full weight bearing.

#### DIAGNOSIS:
1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
2.RIGHT KNEE MEDIAL MENISCUS TEAR
3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4.LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
717.9–Knee - IDK
715.16–Knee - OA knee
717.7–Knee - Chondromalacia

Bertacchi-Freeman/Hartford001119

2 0 1 5 0 1 1 6 2 0 0 0 3 4 3      124

Date of Service: 10/15/2013         Patient: Gloria Bertacchi-freeman         Page: 14

836.0—Knee - Tear med meniscus

**PRESCRIPITION**
~Prescription~

**ASSESSMENT & PLAN:**
I discussed my findings and the treatment options with the patient.
Medication Rx refills.
Right knee arthroscopic surgery requested, and informed consent obtained.

Leslie Kim, M.D.
CA License # G41605

201501162000343
**125**

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery   Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

9/23/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Social Security #: REDACTED 3990
Employer:
Date of Examination: 9/23/2013
Date of Report: 9/23/2013
Date of Injury: No data for Date
Claim Number: No data for Workers Comp Claim Number

### SUBJECTIVE:
I had a visit with Gloria Bertacchi-freeman on 9/23/2013 in my office. Ms. Bertacchi-Freeman is here for a follow up examination of her right and left knees and back.

She rates her L knee as 3-4/10.Patient rates her right knee 7-8/10 with swelling, patient says it varies, gets worse and swollen after too much movement or prolonged standing. She rates her upper and lower back 5/10.

She has not yet received her TENS unit. Tens unit use x 20 R. Knee and Lspine x 1.

Patient is attending PT for back problem, has completed 5/8.  Patient has attended 24+ PT therapy for her right and left knee.

Patient states that her R knee is still the same despite 20+ physical therapy visits, anti-inflammatory medication, and continued self therapy.  Patient had L knee surgery in December 2012 which improved her condition..

Patient is currently on disability.

Patient is taking norco prn, flexeril prn, naproxen prn, tylenol prn, lidoderm prn.

### OBJECTIVE:
Knee Exam: Good knee ROM bilaterally.  Patient has some 1+ bilateral medial joint line tenderness on palpation. No left knee effusion, but slight right knee effusion.  Positive right knee medial McMurray's sign.There is bilateral patellofemoral crepitus at 2+ with tenderness on compression.  Overall, findings are consistent with ongoing osteoarthritis, torn right medial meniscus, and patellofemoral chondromalacia bilaterally.

Lspine Exam: Pain on palpation at L4-S1.  There is bilateral gluteus minimus tenderness.  Patient has posterior thigh and calf tenderness greater on the right than the left but present bilaterally.  There is 2+ bilateral upper extremity reflexes, which are intact at all stations and absent l lateral lower extremity reflexes at all stations.  The patient presents with bilateral right greater than left L2 and L3/L4 as well as L5/S1 myotomal deficit with weakness and guarding on presentation.

201501162000343

**126**

Date of Service:    9/23/2013          Patient:   Gloria Bertacchi-freeman          Page:  16

**ASSESSMENT:**
724.4–L-S Spine - Radiculitis
722.10–L-S Spine - HNP
847.0–Cervical Spine - Sprain/Strain
836.0–Knee - Tear med meniscus
717.9–Knee - IDK
715.16–Knee - OA knee
717.7–Knee - Chondromalacia
S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
Right Knee Partial Meniscus Tear Failing Management with Conservative Treatment.

**PLAN:**
I discussed with Gloria Bertacchi-freeman my findings after listening to the subjective complaints and performing
my examination.  Patient had 20+ PT visits for her knee condition and it has not improved her Sx. with her R.
Knee Meniscus tear.  I advised the patient that if she is not improving with conservative interventions, she should
likely move to a surgical intervention which she agreed to.

Right Knee Surgery Consult with Dr. Kim.
OTC anti-inflammatories with ice and elevation.

RTC for surgery consult.

**Allergies:**
NKDA

**Medications:**
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30
Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol

Sincerely,

Duane Medeiros, MSN-NP
Orthopedic Surgery
CA license # NP12497

2015011620000343 **127**

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

---

| Addendum - Dated 8/13/2013 |
| --- |
| Patient states workers comp case is pending, Name of her adjuster is Micheal Amster |
| 3000 T-street suite 105 Sacramento CA. 95816 phone number 530-302-5773 |
| End Addendum - Dated 8/13/2013 |

8/12/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 8/12/2013
REFERRING PROVIDER:

#### SUBJECTIVE FINDINGS:
Ms. Bertacchi-Freeman is here for a follow up examination of her right knee and low back.

Patient rates her right knee 6/10, patient says it varies, gets worse and swollen after too much movement or prolonged standing. She rates her lower back 5/10, and also has pain in her upper back 5/10.

Tens unit use x 20 R. Knee and Lspine x 1.

Patient is attending P.T for back problem, has completed 1/8. Patient has attended serveral PT therapy for her right, and left knee. Patient states that her Rknee is still the same. Patient had Lknee surgury in December 2012.

Patient is currently on disability, and has a workers comp case pending.
Patient is taking norco prn, flexeril prn, naproxen prn, tylenol prn, lidoderm prn.
She is requesting a refill on the norco, lidoderm, flexeril.
BP: 163/115 pulse 77  patient did not take her her hydrocholorothyzide, patient states that the cortisone injection elevated her blood pressure to 186/131 on April 9th

#### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol

#### ALLERGIES:
NKDA

#### OBJECTIVE FINDINGS:
Knee Exam: Good knee ROM bilaterally.  Patient has some 1+ bilateral medial joint line tenderness on palpation.

20150011620000341   **128**

Date of Service:     8/12/2013          Patient:   Gloria Bertacchi-freeman          Page:  18

No left knee effusion, but slight right knee effusion.  Positive right knee medial McMurray's sign. There is bilateral patellofemoral crepitus at 2+ with tenderness on compression.  Overall, findings are consistent with ongoing osteoarthritis, torn right medial meniscus, and patellofemoral chondromalacia bilaterally.

Lspine Exam: Pain on palpation at L4-S1.  There is bilateral gluteus minimus tenderness.  Patient has posterior thigh and calf tenderness greater on the right than the left but present bilaterally.  There is 2+ bilateral upper extremity reflexes, which are intact at all stations and absent I lateral lower extremity reflexes at all stations.  The patient presents with bilateral right greater than left L2 and L3/L4 as well as L5/S1 myotomal deficit with weakness and guarding on presentation.

**DIAGNOSIS:**
1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
2.RIGHT KNEE MEDIAL MENISCUS TEAR
3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4.LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
847.0–Cervical Spine - Sprain/Strain
722.10–L-S Spine - HNP
724.4–L-S Spine - Radiculitis
836.0–Knee - Tear med meniscus

**PRESCRIPITION**
~Prescription~

**ASSESSMENT & PLAN:**
I discussed my findings and the treatment options with the patient.  We agreed that the patient should continue with conservative interventions.  The patient presented a request for a TENS unit purchase.  She has had a history of multiple sessions with her knees which seem to help her however, she has not had  interventions beyond 1 single PT session for the TENS unit and application to her to L-spine pain.  We made an agreement that she should have some additional visits of PT for her L-spine that include the TENS unit for trial before purchase is determined.  The patient will accomplish this and then report back to me on effectiveness of the TENS unit before recommendation for purchase.

Rx written for PT x4 for an additional cycle of L spine PT.
Medication Rx refills.
Patient electing conservative treatment for right knee meniscus tear.

RTC in 3 weeks to evaluate effectiveness of PT, core strengthening and stabilization exercises in the functional restoration program, and effectiveness of the TENS unit for both axial spine pain and radiculopathy discomfort.

Sincerly,

Duane Medeiros, MSN-NP
Orthopedic Surgery
CA license # NP12497

2015011620000343

↑ 29

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

7/2/2013

Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 7/2/2013
**REFERRING PROVIDER:**

### SUBJECTIVE FINDINGS:
Ms. Bertacchi-Freeman is here for a follow up examination of her right knee and low back. She has brought in her MRI's of right knee and low back for review. Injection recieved at last visit to left knee decreased plain by 50% for a week, but she experienced high blood pressure and trouble sleeping. Completed 20+ sessions of PT for her knees and low back, decreased pain in back, increase strength in knees. She has not started her second cycle of PT for her low back prescribed by Mr. Medeiros, she is going to be starting it soon. Currently taking  Norco PRN, Flexeril PRN, Naproxen PRN, Tyineol otc PRN, Lidoderm PRN. Is requesting a refill of Norco, Flexeril & Lidoderm today.

### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol

### ALLERGIES:
-NKDA

### OBJECTIVE FINDINGS:
Good knee ROM.
No left knee effusion, but slight right knee effusion.

### DIAGNOSIS:
1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
2.RIGHT KNEE MEDIAL MENISCUS TEAR
3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4.LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
717.9–Knee - IDK
715.16–Knee - OA knee
717.7–Knee - Chondromalacia

Bertacchi-Freeman/Hartford001125

201509021000759

130

201501162000343

Date of Service: 7/2/2013                    Patient:  Gloria Bertacchi-freeman           Page:  20

836.0–Knee - Tear med meniscus

**PRESCRIPITION**
~Prescription~

**ASSESSMENT & PLAN:**
I discussed my findings and the treatment options with the patient.
Medication Rx refills.
Patient electing conservative treatment for right knee meniscus tear.
Continue pain management by Mr. Medeiros.

Leslie H Kim, M.D.

CA License # G41605

Bertacchi-Freeman/Hartford001126

201501162000343

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

131

## Orthopaedic Surgery    Sports Medicine



Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

5/6/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Social Security #:REDACTED-3990
Employer:
Date of Examination: 5/6/2013
Date of Report: 5/6/2013
Date of Injury: No data for Date
Claim Number: No data for Workers Comp Claim Number

#### SUBJECTIVE:
I had a visit with Gloria Bertacchi-freeman on 5/6/2013 in my office.

She recieved an injection to the left knee last visit. It decreased her pain by 30%, but it elevated your blood pressure, and caused some insomnia. Symtoms lasted only a week.

Has not gone for the MRI of right knee and L spine. Gave patient an MRI script, will be going to Mercy Medical Center in Sacramento,CA.

She has started PT, has completed 6 sessions. She was in "unbearable pain" before PT, now she has decreased her medication use as the pain has began to subside. She can now turn her head from side to side with minimal pain, and can bend over with minimal pain.

She currently  Norco PRN, Flexeril PRN, Naproxen PRN, Tylneol otc PRN. Is requesting a refill of Norco and Flexeril today.

#### OBJECTIVE:
RESTRICTED L-SPINE FLEXION-EXTENSION, END-RANGE PAIN
GOOD BILATERAL KNEE ROM
LEFT PERIPATELLAR, RIGHT ANTERIOR AND MJL TENDERNESS
POSITIVE RIGHT EXTERNAL MCMURRAY PAIN

#### ASSESSMENT:
–1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
–2.RIGHT KNEE PAIN, RULE OUT EXTENSOR TENDINITIS, INTERNAL JOINT DERANGEMENT
–3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
–4.LUMBAR STRAIN-SPRAIN, RULE OUT DISCOGENIC PAIN, DDD
–717.9–Knee – IDK
–717.7–Knee – Chondromalacia
–715.16–Knee – OA knee



201509021000759

201501162000343

*132*

Date of Service:    5/6/2013       Patient:  Gloria Bertacchi-freeman       Page: 22

## PLAN:
I discussed with Gloria Bertacchi-freeman my findings after listening to the subjective complaints and performing my examination. Completed 15+ visits since January.  Discussed reserving some PT for the end of the year when colder weather.

Continue in self therapy.
OTC Capsacin ointment/lotion on cold inclement days.
Refill Lidoderm 5% #30 prn pain.

RTC 4-6 weeks

**Allgergies:**
NKDA

**Medications:**
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

## WORK STATUS:
LEFT KNEE DIAGNOSTIC AND THERAPEUTIC INJECTION WITH ULTRASOUND GUIDANCE
MRI RIGHT KNEE "RULE OUT MENISCUS TEAR", AND LSPINE "RULE OUT DISC PROTRUSION"
PT FOR NECK AND BACK (SEE RX)
FLEXERIL, NORCO RX REFILL X1
CONSIDER INJECTION RIGHT KNEE DEPENDING ON MRI FINDINGS
I discussed my findings and the treatment options with the patient. Next appointment scheduled for

Sincerely,

Duane Medeiros, MSN-NP
Orthopedic Surgery
CA license # NP12497

## WEST BAY ORTHOPAEDIC MEDICAL GROUP
Orthopaedic Surgery    Sports Medicine

**133**

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650

www.wbomg.com

2/26/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 2/26/2013
REFERRING PROVIDER:. No data for Referral First Name No data for Referral Last Name

### SUBJECTIVE:
Patient is here today for her left knee. Since last visit pain in left knee has decreased. She has completed 6 PT sessions and reports that PT is helping her strengthen knee. She would like to have additional PT prescribed. She continues to take flexeril,naprosyn, and norco prn pain. Currently not working, on disability.

### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed
Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

### ALLERGIES:
NKDA

### OBJECTIVE:
minor antalgic gait favoring left lower extremity
ROM 0 - 125 degrees on the left, 0-130 on the right

### DIAGNOSIS:
S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY
717.7–Knee - Chondromalacia
715.16–Knee - OA knee
717.9–Knee – IDK

### PRESCRIPITION
~Prescription~

### ASSESSMENT & PLAN:
I discussed my findings and the treatment options with the patient. Request additional PT with progression of exercises as tolerated. Will extend time off work and disability until 5/2013. Follow up in 4-6 weeks-4/9/13

Bertacchi-Freeman/Hartford001129

APR/04/2013/THU 01:33 PM    West Bay Orthopedic      FAX No. 1-650-991-2650      P. 019

Date of Service: 2/26/2013              Patient: Gloria Bertacchi-freeman        Page: **134**

Leslie H Kim, M.D.
CA License # G41605

Verbal education

2015090210000759

APR/04/2013/THU 01:34 PM   West Bay Orthopedic      FAX No. 1-650-991-2650          P. 013

*135*

## OPERATIVE NOTE

| | |
|---|---|
| CAMPUS SURGERY CENTER<br>901 Campus Drive Suite 102<br>Daly City, CA 94015 | PATIENT:  Bertacchi Freeman, Gloria<br>MEDICAL RECORD #: 14637<br>PHYSICIAN:  Leslie Kim, M.D.<br>DATE OF SERVICE:  12/13/2012 |

**DATE OF PROCEDURE:**            12/13/2012

**DICTATING PHYSICIAN:**         Leslie Kim, M.D.

**PREOPERATIVE DIAGNOSES:**      1. Left knee medial meniscus tear.
                                 2. Underlying left knee degenerative joint changes.

**POSTOPERATIVE DIAGNOSES:**     1. Left knee medial meniscus tear.
                                 2. Underlying left knee degenerative joint changes.
                                 3. Left knee lateral meniscus tear.
                                 4. Left knee hypertrophic synovitis.

**OPERATIVE PROCEDURES:**        1. Left knee arthroscopic partial medial and lateral meniscectomy.
                                 2. Left knee anteromedial and lateral compartment arthroscopic
                                 synovectomy.

**SURGEON:**                     Leslie Kim, M.D.

**ASSISTANT:**                   None.

**ANESTHESIA:**                  General LMA.

### INDICATIONS FOR PROCEDURE AND SURGICAL FINDINGS:

The patient had persistent signs and symptoms of left knee medial meniscus tear with positive findings on MRI scan. She underwent a conservative treatment, but continued to complain of significant pain and mechanical symptoms interfering with normal daily activities. Arthroscopic surgical evaluation and treatment were therefore requested.

At the time of surgery, the patient was noted to have good knee passive range of motion. No significant anteroposterior or mediolateral laxity was demonstrated on manual stress testing. Arthroscopic evaluation of the joint revealed diffuse hypertrophic synovitis. There was extensive synovitis anteriorly in the medial and lateral compartments. Loose cartilaginous debris was also noted in the joint, but no large loose body. The patellofemoral tracking appeared normal, but there was grade 2 chondromalacia on the medial and lateral patellar facets. Grade 1-2 changes were evident on the femoral trochlear groove. Medial and lateral gutter inspection revealed no osteophyte formation or loose bodies. In the lateral compartment, essential radial tearing of the meniscus was present. Grade 2 essential tibial chondromalacia was present. Inspection of the notch revealed hypertrophic synovium. Normal-appearing anterior cruciate ligament was present. In the medial compartment, posterior horn root tear was present.

Page 1

Bertacchi-Freeman/Hartford001131

**201509021000759**

**136**

Campus Surgery Center                                      Bertacchi Freeman, Gloria
Operative Report                                           12/13/2012 00:00:00

There was also essential tearing of the body of medial meniscus. Grade 2 changes were present on the femoral and tibial articular surfaces. No other abnormalities were noted.

## DESCRIPTION OF PROCEDURE:

The patient was administered general laryngeal mask anesthesia in a supine position. The left lower extremity was then prepped and draped in the usual sterile fashion. A tourniquet was placed around the proximal thigh, but not inflated during the procedure. Standard anteromedial and anterolateral portals were made with a #11 blade. The arthroscope was introduced into the anterolateral portal. Systematic examination was performed. A straight and angled basket punch forceps were then used to perform partial meniscectomy. Torn and unstable meniscus in the body and posterior horn on the medial site was resected. Essential tearing of the lateral meniscus was also resected. A motorized shaver was used to debride and smooth the edges. Loose articular cartilage in the medial and lateral compartments was debrided with the motorized shaver. A hypertrophic synovium was resected with the motorized shaver. The arthroscopic cautery device was also used to debride the soft tissue and obtained hemostasis. The joint was then copiously irrigated and suctioned free of debris. Then, 0.5% Marcaine with epinephrine and 15 mg of morphine were injected around the portal sites. The portal wounds were closed with interrupted 4-0 nylon sutures. Xeroform and dry gauze dressing was applied followed by an Ace compression bandage. The patient tolerated the procedure well with negligible blood loss. She was transferred to the recovery room in good condition.

_____

Leslie Kim, M.D.

LK/111/223/1138152d00        DD: 12/13/2012      DT: 12/13/2012

Page 2

Bertacchi-Freeman/Hartford001132

2015090210000759
Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 67 of 769

APR/04/2013/THU 01:34 PM   West Bay Orthopedic      FAX No. 1-650-991-2650       P. 015

**137**

Campus Surgery Center
Operative Report

Bertacchi Freeman, Gloria
12/13/2012 00:00:00

| CPT CODE | APC | MOD | ICD9 | ICD V3 | PHYSICIAN | COMMENTS |
|---|---|---|---|---|---|---|
| 29880 ... 29876 | 0041 0041 | LT ... 59LT | 836.0 836.1 727.00 715.36 | 80.6 ... 80.76 | LESLIE KIM | |

Page 3

Bertacchi-Freeman/Hartford001133

(Page 14 of 15)    Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 68 of 769
APR/04/2013/THU 01:34 PM   West Bay Orthopedic    FAX No. 1-650-991-2650        P. 016

**2015090210007S9**

**138**



## Health Diagnostics
*Solutions for Better Healthcare*

455 Hickey Boulevard, Suite 200
Daly City, CA 94015
Phone: (650) 757-2030
Fax: (650) 757-2036

Study:              MRI - Knee LT- without Contrast '73721
Patient:            BERTACCHI FREEMAN, GLORIA
Medical Record #:   100533
Date of Birth:      REDACTED/1953
Date of Service:    01/25/2011
Ordering Physician: DUANE MEDEIROS, NP

### MRI LEFT KNEE WITHOUT CONTRAST:

#### CLINICAL HISTORY:
Sudden onset pain.

#### TECHNIQUE:
The following MR sequences were performed of the left knee:
1. PD fat suppression Axial
2. PD Sagittal
3. PD with fat saturation Sagittal
4. PD Coronal
5. PD with fat saturation Coronal
6. PD thin slice Sagittal Oblique through the ACL

#### FINDINGS:
The anterior cruciate ligament is intact. The posterior cruciate ligament is intact. The medial collateral ligament is intact.

There is mild scarring of the proximal fibers of the medial collateral ligament, with fibers in continuity. Lateral collateral ligament complex is intact.

Evaluation of the lateral compartment, demonstrates intact lateral meniscus. The lateral compartmental cartilage is well preserved. There is no abnormal lateral compartmental marrow edema.

Evaluation of the medial compartment, demonstrates a partial root tear of the posterior horn root attachment of the medial meniscus, with extension into the posterior horn and posterior aspect of the body of the medial meniscus. There is mild peripheral subluxation of the body segment of the medial meniscus into the medial joint line with overlying synovitis. There is peripheral marginal edema in the medial femoral condyle and posteromedial femoral condyle, with overlying shallow chondral fissuring likely representing underlying reactive changes with superimposed osseous contusion. The medial tibial plateau cartilage is well preserved.

The trochlear cartilage is well preserved. The patellar cartilage is well preserved. The medial retinaculum is intact. The lateral retinaculum is intact. The patellar tendon is intact. The quadriceps tendon is intact. There is a large joint effusion, with mild synovitis and debris. There are no osteochondral bodies. There is a small popliteal fossa cyst.

#### IMPRESSION:

1. Partial root tear of the posterior horn of the posterior horn root attachment at the medial meniscus, with extension to the posterior horn and posterior aspect of the body of the medial meniscus. Associated mild peripheral subluxation of the body segment of the medial meniscus into the medial joint line.
2. Focal osseous contusion and marrow edema of the peripheral margin of the medial femoral condyle and posteromedial femoral condyle with overlying shallow chondral fissuring.

**2015090210 0 0 7 5 9**

APR/04/2013/THU 01:31 PM   West Bay Orthopedic     FAX No. 1-650-991-2650     P. 003



# WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery    Sports Medicine

**139**

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

11/13/2012
Not Referred By
Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-Freeman
Social Security #: REDACTED 3990
Employer:
Date of Examination: 11/13/2012
Date of Report: 11/13/2012
Date of Injury: No data for Date
Claim Number: No data for Workers Comp Claim Number

### ASSESSMENT:
717.7-Knee - Chondromalacia
715.16-Knee - OA knee

### PLAN:
I discussed with Gloria Bertacchi-Freeman my findings after listening to the subjective complaints and performing my examination. I outlined the MRI findings with the patient as related to the physical examination. Based on the patient's poor performance in physical therapy and with other conservative measures. We discussed surgery. The patient advised that she would like to proceed with surgery as her condition is not improving.

The patient will have a preoperative consultation with Leslie Kim M.D. orthopedic surgeon. We will get the patient a surgery date following this.
Flexoril 10 mg by mouth every 8 hours when necessary muscle spasm.

Followup visit is scheduled with Leslie Kim M.D. for preoperative consultation.

Allgergies:
NKDA

Medications:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

### SUBJECTIVE:
I had a visit with Gloria Bertacchi-Freeman on 11/13/2012 in my office. Patient is here to followup with her L knee pain. She also compains of R knee and low back and neck pain. She rates her pain for her L knee today as 6-7 /10. Her knee pain has increased since last visit, she has swelling and intermittent dull pain especially when weigth bearing. She has had 12X PT for the L knee. She found PT helpful for her knee pain, allowing her to walk without

Bertacchi-Freeman/Hartford001135

Date of Service: 11/13/2012            Patient: Gloria Bertacchi-freeman            Page: 2

pain. She has an MRI taken on 1/25/11 that has not been reviewed. Report in chart, films pulled up. Patient had 2-4 visits PT with no help,

She rates her R knee pain as 1/10 with swelling and dull, constant pain. She had an xray of her R knee at Kaiser, date unknown. She has had 2 PT sessions for her R knee and low back in Oct. 2012. She did not have enough PT to be helpful for her R knee and back. Her claim for the R knee was not approved as a WC claim so she has not had additional sessions. She is now open to consider injections or surgical options for her knees,

She rates her neck pain as 5/10, mid back to neck radiating pain with stiffness, constant dull aching pain. She rates her back pain as 5/10. Back pain is in mid to lower back, throbbing, constant dull ache. She complains of numbness and tingling in both of her hands and legs.
She reports recent onset of sudden incontinence. She has seen her PCP for this problem who referred her to a chiropractor. The chiro refused to treat her until she has had a neurology consult. She will seek a neuro consult referral from her PCP.

She has taken flexoril and naprosen rx by Kaiser in the past prn pain and spasm. She currently is using otc tylenol for pain and benadryl to help her sleep. She also uses lidoderm patches rx by Kaiser, prn pain.
She is currently on temporary disability.

**OBJECTIVE:**
Cspine: Pain on compression and compression with rotation. Absent of bilateral upper reflexes. Bilateral interscalene tenderness.
Lspine: Pain on palpation spinous process L4-S1. Absent of lower extremity reflexes.

Left Knee: + Medial Mcmurray sign. Tenderness at medial jointline. +MMT findings.

Left knee MRI 1/25/2011: Partial root tear to the posterior horn medial meniscus. Osseous contusion with bone marrow edema, medial femoral condyle. Chondral fissuring with cartilage loss at the medial femoral condyle. Moderate to large joint effusion.

Sincerely,

Duane Medeiros, MSN-NP
Orthopedic Surgery
CA license # NP12497

Verbal education:

Bertacchi-Freeman/Hartford001136

**2015090210000759**

**141**

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery   Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com



12/5/2012

Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 12/5/2012
REFERRING PROVIDER: No data for Referral First Name No data for Referral Last Name

**SUBJECTIVE:** Ms Bertacchi-Freeman is here today for a pre op visit for her left knee. Since her last office visit her pain has decreased slightly. She takes flexeril prn for pain, which is not very often. She is currently off work on disability.

**MEDICATIONS:**
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

**ALLERGIES:**
NKDA

**OBJECTIVE:**
ROM 0-110 degrees
1+ effusion
tende MJL

**DIAGNOSIS:**
715.16–Knee – OA knee
717.7–Knee – Chondromalacia
717.9–Knee - IDK

**ASSESSMENT:**
Left knee arthroscopic surgery scheduled. Informed consent obtained.

**PRESCRIPITION**
~Prescription~

**PLAN:**
I discussed my findings and the treatment options with the patient. As above. Follow up for pre-op

**Bertacchi-Freeman/Hartford001137**

APR/04/2013/THU 01:32 PM   West Bay Orthopedic        FAX No. 1-650-991-2650           P. 006

Date of Service: 12/5/2012                    Patient: Gloria Bertacchi-freeman        Page: 2

Leslie H Kim, M.D.
CA License # G41605

Verbal education

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

12/19/2012

Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 12/19/2012
REFERRING PROVIDER:. No data for Referral First Name No data for Referral Last Name

### SUBJECTIVE:
Patient is here today for her first postop appointment. On 12/13/12 patient had left knee arthroscopic partial medial and lateral meniscetomy. Today she states she has minor pain and pain is only aggravated when walking. Patient describes pain as mostly achey sometimes sharp. Patient is taking norco and vistral PRN.

### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

### ALLERGIES:
NKDA

### OBJECTIVE:
incisions clean and dry with sutures intact.  mild effusion

### DIAGNOSIS:
715.16–Knee - OA knee
717.7–Knee - Chondromalacia
717.9–Knee - IDK

### ASSESSMENT:
S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISECTOMY

### PRESCRIPTION
~Prescription~

### PLAN:
I discussed my findings and the treatment options with the patient.  Patient may begin WBAT.  Post-op PT prescribed.  Next post-op visist 4 weeks.

Brianna Morris, PA-C

Leslie H Kim, M.D.
CA License # G41605

Bertacchi-Freeman/Hartford001139

Date of Service: 12/19/2012          Patient: Gloria Bertacchi-Freeman          Page: 2

Verbal education

Bertacchi-Freeman/Hartford001140

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
## Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Médeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

1/24/2013

Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 1/24/2013
REFERRING PROVIDER:. No data for Referral First Name No data for Referral Last Name

### SUBJECTIVE:
Patient is here today for her left knee. Since last visit patients pain has reduced. She has completed 6 PT sessions. She reports PT has increased her strength and is now able to walk more with less pain. She continues to have some achey sharp pain. She currently takes norco, flexeril, and naprosyn PRN. Currently not working, on disability.

### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

### ALLERGIES:
NKDA

### OBJECTIVE:
LEFT KNEE ROM 0-120 with minimal discomfort with flexion

### DIAGNOSIS:
S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY
715.16-Knee - OA knee
717.7-Knee - Chondromalacia
717.9-Knee - IDK

### ASSESSMENT & PLAN:
I discussed my findings and the treatment options with the patient.  Plan to renew PT 2x/week x 6 weeks.  Follow up in

Leslie H Kim, M.D.
CA License # G41605

Bertacchi-Freeman/Hartford001141

PENINSULA ORTHOPEDIC ASSOCIATES, INC.
1850 Sullivan Avenue, Suite 330, Daly City, California 94015
(650)756-5630   Fax (650)756-0136

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 76 of 769

# WORK STATUS REPORT

**146**

**Patient:** Gloria Bertacchi Freeman

DOI: 01/01/2014

Cigna Healthcare

Exam Date: 07/22/2015                                      Next Exam: 08/21/2015

- ☐ Return to full duty with no limitations/restrictions on: _____
- ☒ Return to work with modified duties (see restrictions below) on: 07/22/2015
- ☐ Unable to perform any work from _____ to _____

## WORK RESTRICTIONS/LIMITATIONS:                    (X=no capacity, LC=limited capacity)

(LC) Lifting  10 pounds          (___) Standing
(LC) Pushing 10 pounds.          (LC) Climbing
(___) Pulling 10 pounds.         (LC) Walking
(___) Reaching Overhead          ( X) Kneeling
                                 ( X) Bending/Stooping/Squatting

**DIAGNOSIS:**

**SPECIAL COMMENTS:**

_____

Leslie H. Kim MD                              Date: 07/22/2015

*PENINSULA ORTHOPEDIC ASSOCIATES, INC.*
*Stephen E. Conrad, M.D. - Alfredo F. Fernandez, M.D.*
*Victoria L. Barber, M.D. - A. Shabi Khan, M.D. - Philip J. Krueger, M.D.*
*Leslie H. Kim, M.D. - Eugene A. Baciocco, M.D., Inc.*

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650) 756-5630 - Fax (650) 756-0136

June 5, 2015

Ms. Jackie Ko
Sedgwick Claims Management
P.O. Box 14442
Lexington, KY 40512
Fax: (877) 922-7236

Brian A. Dixon, Esq.
Mastagni Holstedt, APC
Fax: (916) 447-4614

Lawrence Bohm, Esq.
Bohm Law Group
Fax: (916) 927-2046

### State of California
### Division of Workers' Compensation
### PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)

| | |
|---|---|
| REF: | BERTACCHI-FREEMAN, Gloria |
| D.O.B.: | REDACTED 1953 |
| EMP: | Cardinal Health |
| DOI: | 07/11/2012 |
| CLM: | 301210282970001 |

Dear Ms. Ko, Mr. Dixon, and Mr. Bohm:

| | | |
|---|---|---|
| **Medical Records Review:** | Yes () | No (x) |
| **MRI Review:** | Yes () | No (x) |
| **Use of Certified Interpreter:** | Yes () | No (x) |

**147**

BERTACCHI-FREEMAN, Gloria
June 5, 2015
Page Two

## SUBJECTIVE COMPLAINTS

Ms. Bertacchi-Freeman presents to us today for orthopaedic followup of her bilateral knees. At her last visit on May 1, 2015, a Functional Capacity Evaluation request was sent forward and subsequently approved. However, the patient is permanent and stationary regarding her bilateral knees and has already had a Functional Capacity Evaluation, so she has been advised by her attorney not to proceed with a new Functional Capacity Evaluation. With regard to her symptoms, the patient says they generally remain unchanged. She is still most bothered by her right knee pain, which ranges from 5 to 7/10 in intensity, with the left knee ranging from 3 to 4/10. The patient had previously been approved for bilateral Orthovisc injections. However, she opted to hold off on the injection for fear of any side effects that may affect her and her myriad of other medical conditions. The patient notes that with a previous cortisone injection, her blood pressure rose to an unacceptable level. The patient is also complaining of mid-cervical and lumbar strain and pain that ranges from 4 to 6/10. It is radiating from her thoracic area to the lumbar and she currently treats it with Lidoderm patches but is seeking physical therapy to help with it. With regard to her knees, the pain is created with ambulation and made better with rest. She is currently ambulating with a cane today. As stated, the patient has permanent and stationary disability.

## OBJECTIVE FINDINGS

General: The patient is a heavyset Caucasian female in no apparent distress. She is alert and oriented times three with a pleasant demeanor.

Gait Analysis: The patient ambulates with an antalgic gait favoring the left side with use of a cane.

Visual Inspection of the Bilateral Knees: Visual inspection of the bilateral knees shows mild hypertrophy on the right knee compared to the left. There is tenderness to palpation at the medial joint line bilaterally. She is nontender to palpation at the lateral joint line bilaterally. Anterior drawer and Lachman's signs are negative bilaterally. Varus and valgus strain causes the patient pain. There is crepitus noted on circumduction of the left and right knee.

2

Bertacchi-Freeman/Hartford001144

BERTACCHI-FREEMAN, Gloria
June 5, 2015
Page Three


Bilateral Knee Active Range of Motion:        Right/Left

    Extension                                 0/0 degrees
    Flexion                                   110/100 degrees

Focused examination of the thoracic and lumbar spine reveals no gross deformities, edema, ecchymosis, or erythema.  There is tenderness to palpation at the right parathoracic and paralumbar musculature.

Lumbar Spine Active Range of Motion:

    Flexion 5" (fingertip-to-toe)
    Extension 10 degrees
    Right Lateral Bending 100% of normal
    Left Lateral Bending 100% of normal
    Right Lateral Rotation 100% of normal
    Left Lateral Rotation 100% of normal

## ASSESSMENT

BILATERAL OSTEOARTHRITIS OF THE KNEES.

## TREATMENT PLAN

The treatment options have been discussed with Ms. Bertacchi-Freeman.  The patient has elected to proceed with viscoelastic supplementation but will confer with her primary care physician and return within the next few weeks to receive the viscotherapy upon a green light from her doctor.  Based on the x-rays that were previously done and the fact that the patient still has not exhausted all conservative treatment, the patient may benefit from a right medial unloader brace, which will be requested today.  Please consider this an official request for a right medial unloader brace for this patient.  Additionally, with her back pain, the patient would likely benefit from a short round of outpatient physical therapy focusing on her cervicothoracic and lumbar areas twice a week for four weeks.  We respectfully request approval for this therapy as well.  Lastly, the patient had her medications refilled.  These include Lidoderm patches as well as Norco 5/325.

3

1 49

BERTACCHI-FREEMAN, Gloria
June 5, 2015
Page Four


**WORK STATUS**

The patient has permanent and stationary disability.

**MEDICAL FOLLOWUP**

Ms. Bertacchi-Freeman will return to the clinic in approximately four to six weeks for
further evaluation of her bilateral knees.  She may return sooner pending an okay from
her medical doctor to proceed with viscoelastic supplementation.

In accordance with Labor Code 5703(a)(1), there has not been a violation of Labor Code 139.3, and the
contents of this report are true and correct to the best of my knowledge.  This statement is made under
penalty of perjury.


Sincerely,



Joshua Dagcuta, NP, for
Leslie H. Kim, M.D.

JD/LHK:ag/emz

4

Bertacchi-Freeman/Hartford001146



**Peninsula Orthopedic Associates, Inc.**

**1850 Sullivan Avenue, Suite 330, Daly City, CA 94015**
**Phone: 650-756-5630  Fax: 650-756-0136  www.poadocs.com**

---

## PHYSICAL THERAPY ORDER

**NAME:**  Gloria Bertacchi Freeman               **DATE**:   06/05/2015

**DATE OF BIRTH:**   REDACTED 1953

**AREA OF THE BODY:**                          Cervical Spine    **SIDE:**

[ ] ROM          [ ] Strengthening      [ ] Modalities

**FREQUENCY:**        2x/week for 4 weeks.

**ADDITIONAL INFORMATION:** toracic, lumbar spine

Leslie H. Kim MD
NPI:  1427022482
License:  G41605

2015009821000758

151

## PENINSULA ORTHOPEDIC ASSOCIATES, INC.
### Leslie H. Kim, M.D.

Name: Bertacchi Freeman, Gloria

Time of Appointment: 2⁰⁰

Getting X-Rays this o/v?    Yes    No

☐ New Patient
☐ Consult Only
☑ PTP/Ok to treat
☐ Post-op period

☐ PVT Ins
☑ WC ins
☐ New Injury
☑ Follow-up

Date: JUN 0 5 2015

Referred by: "

Chief Complaint: (B) knees

Insurance: Sedgwick

REDACTED 53

L.O.V: 5·1·15

Pre Op Date:

Surgery Date:

please CC
Adj: Jackie Coe   Attys: Emily Silver, Laurence Boehm
FCE Approved

S:                                                                          CANE

O:    Pt has already had FCE & been As'd so her lawyer
      is fighting against her having another
      - no Δ to symptoms          PAIN when
      - no continue B/c BP↑            ambulate

A: (Back → - pain mid back
            - non-radiating 4-6/10          lidoderm
                  to lumbar                   but
      - TTP (B) para thoracic musculor...   ROM 5"
                                             90/90
                                             90/90

P: - RTC As needed.   Request PT Thoraco... 2d x 4wk
   - Regimens medial unloader brace (R)
   - ...tor Confirm ÷ return of gym need
   - RTC / wk to request / need of Okd

Name: Bertacchi Freeman, Gloria          DOB: [REDACTED]/1953          Date: 06/05/20

2015 8902 1000 758

**15.2**

## PENINSULA ORTHOPEDIC ASSOCIATES, INC.
### Leslie H. Kim, M.D.

Name: Bertacchi Freeman, Gloria

Time of Appointment: 11⁰⁰

Getting X-Rays this o/v?    Yes    No

☐ New Patient            ☐ PVT ins
☐ Consult Only           ☒ WC ins
☒ PTP/Ok to treat        ☐ New Injury
☐ Post-op period         ☒ Follow-up

Date: MAY 0 1 2015

Referred by:

Chief Complaint: Ⓑ knees

Insurance: Sedgwick

DOB: [REDACTED] 53
L.O.V:
Pre Op Date:
Surgery Date:

Orthovisc approved, Ultrasound denied

S:   #1 Ⓑ knees

O:   Doesn't want
     Inj today

A:   refill Lidoderm
     & Norco #20                    VIOLATED

P:

### *PENINSULA ORTHOPEDIC ASSOCIATES, INC.*
### *Stephen E. Conrad, M.D. - Alfredo F. Fernandez, M.D.*
### *Victoria L. Barber, M.D. - A. Shabi Khan, M.D. - Philip J. Krueger, M.D.*
### *Leslie H. Kim, M.D. - Eugene A. Baciocco, M.D., Inc.*

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650) 756-5630 - Fax (650) 756-0136

May 1, 2015

Sedgwick Claims Management
P.O. Box 14442
Lexington, KY 40512
Fax: (877) 922-7236

### State of California
### Division of Workers' Compensation
### PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)

REF:        BERTACCHI-FREEMAN, Gloria
D.O.B.:     REDACTED 1953
EMP:        Cardinal Health
DOI:        10/15/12
CLM:        301210282970001

To Whom it May Concern:

| | | |
|---|---|---|
| **Medical Records Review:** | Yes () | No (x) |
| **MRI Review:** | Yes () | No (x) |
| **Use of Certified Interpreter:** | Yes () | No (x) |

Bertacchi-Freeman/Hartford001150

BERTACCHI-FREEMAN, Gloria
May 1, 2015
Page Two

## SUBJECTIVE COMPLAINTS

Ms. Bertacchi-Freeman returns to the clinic today to follow up regarding her bilateral knee pain. Today she is most bothered by her right knee pain. She states the pain ranges from 5 to 7/10 in intensity in the left knee and the right knee is 3/10 in intensity today. At a previous visit, we did document bilateral osteoarthritis of the knee. A Request for Authorization was placed for bilateral Orthovisc series. This was approved. The patient is not interested in receiving viscosupplementation injections today. The patient is currently using Lidoderm patches for mild-to-moderate pain and occasional Norco, specifically three or four per week for moderate-to-severe pain.

## OBJECTIVE FINDINGS

General: The patient is a heavyset Caucasian female in no apparent distress. She is alert and oriented times three with a pleasant demeanor.

The patient walks with an antalgic gait favoring the left side. She is using a cane for ambulation today. On visual inspection of the bilateral knees, there is slight swelling of the left knee relative to the right. Range of motion of the right knee is from 0 to 110 degrees and the left is 0 to 100 degrees. She is tender to palpation about the medial joint line bilaterally. She is nontender to palpation about the lateral joint line. Anterior drawer is negative bilaterally. Lachman's is negative bilaterally. Varus and valgus strain causes the patient pain. There is no evidence of laxity. There is crepitus appreciated with palpation of the left through range of motion and minimal crepitus appreciation of the right knee through range of motion.

## ASSESSMENT

BILATERAL OSTEOARTHRITIS OF THE KNEES.

## TREATMENT PLAN

The patient is refusing a viscosupplementation injection in her knee today. A Request for Authorization for a Functional Capacity Evaluation to objectively clarify the patient's work status is pending.

2

*155*

BERTACCHI-FREEMAN, Gloria
May 1, 2015
Page Three

She was given a prescription for Lidoderm patches and Norco 6/325 one p.o. q.6h. p.r.n. moderate-to-severe pain #20 with no refills. I will see this patient back in four weeks for a repeat evaluation.

**WORK STATUS**

The patient has permanent and stationary disability.

In accordance with Labor Code 5703(a)(1), there has not been a violation of Labor Code 139.3, and the contents of this report are true and correct to the best of my knowledge. This statement is made under penalty of perjury.

Sincerely,


Brian T. Mitchell, D.O.
Leslie H. Kim, M.D.

BTM/LHK:ag/emz

3

**PENINSULA ORTHOPEDIC ASSOCIATES, INC.**
1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650)756-5630 - Fax (650)756-0136

## WORK STATUS REPORT

**Patient:** Gloria Bertacchi Freeman

DOI: 01/01/2014

Cigna Healthcare

Exam Date: 05/01/2015                    Next Exam: 06/05/2015

    ☐ Return to full duty with no limitations/restrictions on: _____

    ☒ Return to work with modified duties (see restrictions below) on: 05/01/2015

    ☐ Unable to perform any work from _____ to _____

**WORK RESTRICTIONS/LIMITATIONS:**                    (X=no capacity, LC=limited capacity)

    (LC) Lifting  10 pounds        (___) Standing

    (LC) Pushing 10 pounds.      (LC) Climbing

    (___) Pulling 10 pounds.      (LC) Walking

    (___) Reaching Overhead    ( X ) Kneeling

                                      ( X ) Bending/Stooping/Squatting

**DIAGNOSIS:**

**SPECIAL COMMENTS:**

_____

**Leslie H. Kim MD**                    Date: 05/01/2015

## PENINSULA ORTHOPEDIC ASSOCIATES, INC.
### Stephen E. Conrad, M.D. - Alfredo F. Fernandez, M.D.
### Victoria L. Barber, M.D. - A. Shabi Khan, M.D. - Philip J. Krueger, M.D.
### Leslie H. Kim, M.D. - Eugene A. Baciocco, M.D., Inc.

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650) 756-5630 - Fax (650) 756-0136

March 20, 2015

Sedgwick Claims Management
P.O. Box 14442
Lexington, KY 40512
Fax: (877) 922-7236

### State of California
### Division of Workers' Compensation
### PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)

REF:        BERTACCHI-FREEMAN, Gloria
D.O.B.:     REDACTED/1953
EMP:        Cardinal Health
DOI:        07/11/2012
CLM:        301210282970001

To Whom It May Concern:

| | | |
|---|---|---|
| **Medical Records Review:** | **Yes ()** | **No (x)** |
| **MRI Review:** | **Yes ()** | **No (x)** |
| **Use of Certified Interpreter:** | **Yes ()** | **No (x)** |

## SUBJECTIVE COMPLAINTS

Ms. Gloria Bertacchi-Freeman returns to the clinic today to follow up regarding her bilateral knee pain. Today she is most bothered by her left knee pain over her right knee pain. At a previous visit, it was her right knee bothering her most. With regard to her left knee pain, she rates it as 7/10 in intensity. It is described as sharp and localized to the medial joint line. It is aggravated with walking, standing, and transition from seated to standing and minimally relieved with Lidoderm patches and rest. With regard to her right knee pain, she rates it was 2/10 in intensity today. It is described as a dull ache localized to the medial joint line. It is aggravated with any

Bertacchi-Freeman/Hartford001154

standing, walking, and transition from seated to standing. It is mildly relieved with Lidoderm patches. The patient is also requiring occasional Norco for flares of her severe pain. I

BERTACCHI-FREEMAN, Gloria
March 20, 2015
Page Two

am in possession of a letter dated February 5, 2015, from nurse case manager Kimberly Scouten, asking us to clarify Ms. Bertacchi-Freeman's work restrictions. This will be addressed under the Treatment Plan below.

## OBJECTIVE FINDINGS

General: The patient is a heavyset Caucasian female in no apparent distress. She is alert and oriented times three with a pleasant demeanor.

Gait: The patient walks with an antalgic gait favoring the left side. She is using a cane in the left hand.

On visual inspection of the bilateral knees, there is slight swelling on the left relative to the right. Range of motion of the right knee is flexion 110 degrees and left knee 100 and extension 0/0 degrees. She is very tender to palpation in the medial joint line bilaterally. She is nontender in the lateral joint line. Anterior drawer is negative bilaterally. Lachman's is negative bilaterally. Varus and valgus strain causes pain at the medial joint line bilaterally, but there is no evidence of laxity. There is slight valgus alignment.

## RADIOGRAPHIC STUDIES

A five-view series of bilateral knees was undertaken at clinic today. These films reveal severe medial compartment degeneration and joint space narrowing on the right with osteophyte formation on the femoral condyle. On the left side, there is moderate degeneration and joint space narrowing in the medial compartment. The joint space is preserved laterally bilaterally. The patellofemoral compartment shows minimal degenerative changes. There are no fractures seen.

## ASSESSMENT

BILATERAL OSTEOARTHRITIS OF THE KNEES.

## TREATMENT PLAN

The treatment options have been discussed with the patient. At this point, the patient has severe functional limitations due to osteoarthritis in bilateral knees. She has had multiple treatment modalities, including physical therapy, activity modification, pharmacologic pain management, and steroid injections. A steroid injection did give her minimal relief of pain. We discussed

further treatment options with the patient. After a detailed conversation, it was elected to pursue a series of three viscosupplementation injections to address bilateral medial compartment

BERTACCHI-FREEMAN, Gloria
March 20, 2015
Page Three

arthritis of the knees in this patient. A request for authorization has been submitted. Please kindly approve this request. I did refill the patient's Lidoderm patches and Norco 5/325 one p.o. q.6h. p.r.n. #20. The patient will continue over-the-counter nonsteroidal anti-inflammatory medications for mild-to-moderate pain.

With regard to the letter from Ms. Scouten, I am asked to define yes or no if the patient can participate in "sedentary job demand." To objectively clarify the patient's work restrictions, I have submitted a request for authorization for a Functional Capacity Evaluation. Please kindly approve this request so we may have definitive resolution as to exactly what the patient's work restrictions are at this point. I will see this patient back in clinic in four weeks for a repeat evaluation.

## WORK STATUS

Mr. Bertacchi-Freeman is permanent and stationary disability.

In accordance with Labor Code 5703(a)(1), there has not been a violation of Labor Code 139.3, and the contents of this report are true and correct to the best of my knowledge. This statement is made under penalty of perjury.

Sincerely,


Brian T. Mitchell, D.O.
Leslie H. Kim, M.D.

BTM/LHK:ag/jel

Bertacchi-Freeman/Hartford001156

# PENINSULA ORTHOPEDIC ASSOCIATES, INC.

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650)756-5630 - Fax (650)756-0136

**1 60**

## WORK STATUS REPORT

**Patient:** Gloria Bertacchi Freeman

DOI: 01/01/2014

Cigna Healthcare

Exam Date: 03/20/2015                                    Next Exam: 05/01/2015

☐ Return to full duty with no limitations/restrictions on: _____

■ Return to work with modified duties (see restrictions below) on: 03/20/2015

☐ Unable to perform any work from _____ to _____

**WORK RESTRICTIONS/LIMITATIONS:**              (X=no capacity, LC=limited capacity)

(LC) Lifting  10 pounds                    (___) Standing

(LC) Pushing 10 pounds.                    (LC) Climbing

(___) Pulling 10 pounds.                   (LC) Walking

(___) Reaching Overhead                    ( X) Kneeling

                                           ( X) Bending/Stooping/Squatting

**DIAGNOSIS:**

**SPECIAL COMMENTS:**

_____

**Leslie H. Kim MD**                              Date: 03/20/2015

Bertacchi-Freeman/Hartford001157

*PENINSULA ORTHOPEDIC ASSOCIATES, INC.*
*Stephen E. Conrad, M.D. - Alfredo F. Fernandez, M.D.*
*Victoria L. Barber, M.D. - A. Shabi Khan, M.D. - Philip J. Krueger, M.D.*
*Leslie H. Kim, M.D. - Eugene A. Baciocco, M.D., Inc.*

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650) 756-5630 - Fax (650) 756-0136

February 6, 2015

Sedgwick Claims Management
P.O. Box 14442
Lexington, KY 40512-4442

Emily R. Silver
Attorney at Law
Mastagni Holstedt
1912 I Street
Sacramento, CA 95811-3151

Zachary M. Kweller, Esq.
McDonald Law Corporation
1800 Sutter Street, Suite 300
Concord, CA 94520-2563

**State of California**
**Division of Workers' Compensation**
**PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)**

REF:        BERTACCHI-FREEMAN, Gloria
D.O.B.:     REDACTED1953
EMP:        Cardinal Health
DOI:        07/11/2012
CLM:        301210282970001

Gentlepersons:

## SUBJECTIVE COMPLAINTS

Ms. Gloria Bertacchi-Freeman returns to the clinic today for followup regarding bilateral knee pain. Today she is most bothered by her right knee pain. She is status post arthroscopic procedures in both knees. The patient rates her right knee pain as 5/10 in intensity localized to

2015090210000759

**162**

BERTACCHI-FREEMAN, Gloria
February 6, 2015
Page Two

the medial joint line. It is aggravated with walking and increased with cold weather. It is mildly relieved with Lidoderm patches. She is requiring Norco for flares of severe pain.

## OBJECTIVE FINDINGS

With visual inspection of the bilateral knees, there is slight swelling in the right knee relative to the contralateral side. Range of motion is from 0 to 130 degrees bilaterally. She is tender to palpation in the bilateral medial joint line and nontender in the lateral joint line. Anterior drawer is negative bilaterally. Lachman's is negative bilaterally. Varus and valgus strain causes pain in the medial joint line on the right side. There is no evidence of laxity bilaterally. McMurray's maneuver is positive on the right and negative on the left.

## ASSESSMENT

BILATERAL CHONDROMALACIA.

## PLAN

The treatment options were discussed with the patient. The patient states she is not interested in intra-articular steroid injection today. We may consider an MRI should this pain persist. I did refill her Lidoderm patches and Norco 5/325 one p.o. q.6h. p.r.n. for moderate-to-severe pain #20. The patient will continue taking over-the-counter nonsteroidal anti-inflammatory medications for mild-to-moderate pain.

**WORK STATUS**: The patient is permanent and stationary.

## MEDICAL FOLLOWUP

I will see this patient back in four to six weeks for repeat evaluation and to ensure her care is moving forward.

In accordance with Labor Code 5703(a)(1), there has not been a violation of Labor Code 139.3, and the contents of this report are true and correct to the best of my knowledge. This statement is made under penalty of perjury.

Sincerely,



Brian T. Mitchell, D.O.
Leslie H. Kim, M.D.

Bertacchi-Freeman/Hartford001159

# PENINSULA ORTHOPEDIC ASSOCIATES, INC.
1850 Sullivan Avenue, Suite 330 - Daly City, California 94015-2259
(650)756-5630 - Fax (650)756-0136

**164**

## WORK STATUS REPORT

**Patient:** Gloria Bertacchi Freeman

DOI: 01/01/2014

Cigna Healthcare

Exam Date: 11/17/2014                              Next Exam: 02/06/2015

    □ Return to full duty with no limitations/restrictions on: _____

    ☒ Return to work with modified duties (see restrictions below) on: 11/17/2014

    □ Unable to perform any work from _____ to _____

**WORK RESTRICTIONS/LIMITATIONS:**                (X=no capacity, LC=limited capacity)

| | |
|---|---|
| (LC) Lifting 10 pounds | (LC) Standing |
| (LC) Pushing 10 pounds. | (LC) Climbing |
| (LC) Pulling 10 pounds. | (LC) Walking |
| (___) Reaching Overhead | ( X) Kneeling |
| | ( X) Bending/Stooping/Squatting |

**DIAGNOSIS:**

**SPECIAL COMMENTS:**

_____

**Kim MD, Leslie**                                    Date: 11/17/2014

---

Bertacchi-Freeman/Hartford001160

# Dignity Health
## Medical Foundation

MRN: 11056432A
BERTACCHIFREEMAN, GLORIA
DOB: REDACTED/1953

LESLIE H KIM, MD
901 CAMPUS DR STE 111

DALY CITY CA 94051


MR LUMBAR SPINE WO CONTRAST     ACC: 8000000453468
Exam Date: 06/05/2013

EXAM: MRI OF THE LUMBAR SPINE WITHOUT GADOLINIUM

CLINICAL HISTORY: Low back pain

COMPARISON: No relevant priors available

TECHNIQUE: 1.5 Tesla MRI images of the Lumbar spine were acquired
using the following sequences: Sagittal T1 and T2, sagittal T2
with fat saturation, axial T1 and T2.

Contrast: None

FINDINGS:

Anatomy: There are 5 lumbar-type, non-rib-bearing vertebral
bodies.

Alignment: Normal throughout.  Normal degree of lumbar lordosis.

Vertebral bodies: Vertebral body height is normal.  No evidence
of compression fractures.  No focal lesions or marrow signal
abnormality.  No evidence of modic type endplate changes or
Schmorl's nodes.

Posterior elements: Posterior neural arches are intact.  Evidence
of possible prior bilateral laminectomies at L5-S1, please
correlate clinically, see axial image #5 series 7.  No other
signs of prior surgery.

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Page 1 of 3

Bertacchi-Freeman/Hartford001161

BERTACCHI FREEMAN, GLORIA          11056432A
 MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013

Disks: Diffusely desiccated but normal in height.  No evidence of
diskitis osteomyelitis.

Spinal canal: There is narrowing of the spinal canal congenitally
at L4 and L5 due to short pedicles.  Remaining portions of the
canal are patent.  No significant acquired stenosis.

Cord and cauda equina: The conus terminates at L1.  Lower cord
signal is normal.  The cauda equina nerve roots are unremarkable.

Epidural space: No epidural fluid collections.

Level-by-level analysis of the axial T1 and T2 images reveals the
following:

* T12 - L1: Normal disk and facet joints.  No spinal canal or
neuroforaminal stenosis.

* L1 - L2: Normal disk and facet joints.  No spinal canal or
neuroforaminal stenosis.

* L2 - L3: Mild facet arthropathy.  Minimal bilateral foraminal
disc protrusions.  No significant spinal canal or neural
foraminal stenosis.

* L3 - L4: Mild to moderate facet arthropathy bilaterally.  Mild
foraminal disc protrusions.  Spinal canal and neural foramina are
patent.

* L4 - L5: There is a broad-based disc bulge extending to the
neural foramina.  There is a small central disc protrusion.
There is mild overall triangular narrowing of the spinal canal.
No significant narrowing of the lateral recesses.  Neural
foramina are mildly narrowed bilaterally but there is no
impingement of the nerve roots.  There is severe facet
arthropathy with thickening of the ligamentum flavum up to 4 mm.
No evidence of compression of the cauda equina or the traversing
nerve roots or exiting nerve roots.

* L5 - S1: Mild central disc protrusion.  Possible prior
bilateral laminectomy at this level.  Moderate facet arthropathy,
worse on the right, with moderate narrowing of the neural
foramina bilaterally.  Possible impingement of the exiting right
L5 nerve root due to facet osteophyte.  Spinal canal is patent.
No impingement of the S1 traversing nerve roots.

* Sacrum: Visualized portions are unremarkable.

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 *phone*
916 325-2125 *fax*

mercyimaging.org

*Page 2 of 3*

Bertacchi-Freeman/Hartford001162

2015090021000759

*167*

BERTACCHIFREEMAN, GLORIA          11056432A
MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013

Paraspinal soft tissues: No paraspinal fluid collections or
edema.

Retroperitoneum: No adenopathy or AAA.

IMPRESSION:
1.  Evidence of possible prior bilateral laminectomy at L5-S1,
please correlate with history.  No evidence of recurrent spinal
canal stenosis at this level.

2.  Possible impingement of the exiting right L5 nerve root due
to facet osteophyte in the right L5-S1 neural foramen.

3.  No other significant spinal canal or neural foraminal
stenosis.

4.  Severe bilateral facet arthropathy at L4-5, worse on the
right.  There is mild triangular narrowing of the spinal canal at
this level.

Thank you for the opportunity to help in the care of your
patient.  Please call or SMS me directly at (916) 538-4734 or
email gregory.rogalski@dignityhealth.org with questions about the
report or feedback on the final diagnosis.

Electronically Signed By: GREGORY ROGALSKI MD
GR/
CC:
Report Approval Date/Time: 06/05/2013 10:30 AM

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Page 3 of 3

. Bertacchi-Freeman/Hartford001163



**Dignity Health**
Medical Foundation

MRN: 11056432A
BERTACCHIFREEMAN, GLORIA
DOB: [REDACTED]/1953

LESLIE H KIM, MD
901 CAMPUS DR STE 111

DALY CITY CA 94051

MR KNEE RT WO CONTRAST
Exam Date: 05/31/2013

ACC: 8000000453469

MRI RIGHT KNEE 05/31/2013

HISTORY: Injury several months ago with medial greater than
lateral knee pain since.

TECHNIQUE: Proton Density and fat suppressed proton density
weighted sagittal, coronal and axial sequences were done.

FINDINGS:

Alignment is normal. Osseous structures have normal signal.
There is mild thinning of the articular cartilages in all three
compartments but no focal defects. Small hypertrophic spurring
in the medial compartment.

There is an oblique horizontal tear of the posterior horn medial
meniscus extending to the undersurface. Tear extends into the
body of the medial meniscus where it is more peripherally located
on the inferior surface. The anterior horn appears intact.
Lateral meniscus is unremarkable.

Anterior and posterior cruciate ligament are intact. Medial and
lateral collateral ligaments are unremarkable. Quadriceps and
patellar tendons are normal. Popliteus tendon is unremarkable.

Small joint effusion. No intra-articular filling defects. No
popliteal cyst. Patellar retinaculum are normal. Periarticular
soft tissues are unremarkable.

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Page 1 of 2

Bertacchi-Freeman/Hartford001164

**169**

BERTACCHI FREEMAN, GLORIA          11056432A
 MR KNEE RT WO CONTRAST
Exam Date: 05/31/2013

Conclusion:

Tear in the posterior horn and body of the medial meniscus.

Electronically Signed By: DWIGHT MUKUNO MD
DM/
CC:
Report Approval Date/Time: 05/31/2013 01:55 PM

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Page 2 of 2

Bertacchi-Freeman/Hartford001165

## OPERATIVE NOTE

CAMPUS SURGERY CENTER
901 Campus Drive Suite 102
Daly City, CA 94015

PATIENT:           BERTACCHI FREEMAN, GLORIA
MEDICAL RECORD #: 400061-2
PHYSICIAN:         LESLIE KIM, M.D.
DATE OF SERVICE:   12/26/2013

**DATE OF BIRTH:**               [REDACTED]1953

**DATE OF PROCEDURE:**           12/26/2013

**DICTATING PHYSICIAN:**         Leslie Kim, M.D.

**PREOPERATIVE DIAGNOSES:**      Right knee medial meniscus tear.

**POSTOPERATIVE DIAGNOSES:**     1. Right knee medial meniscus tear.
                                 2. Right patellofemoral and femorotibial chondromalacia.
                                 3. Right knee hypertrophic synovitis.

**PROCEDURES:**                  1. Right knee arthroscopic partial medial meniscectomy.
                                 2. Right knee arthroscopic synovectomy.

**SURGEON:**                     Leslie Kim, M.D.

**ASSISTANT:**                   None.

**ANESTHESIA:**                  General LMA and right adductor canal block.

**ANESTHESIOLOGIST:**            Benjamin Hu, M.D.

**INDICATIONS FOR PROCEDURE AND SURGICAL FINDINGS:** The patient has had persistent signs and symptoms of right knee medial meniscus tear with a positive MRI scan. She underwent conservative treatment, but continued to complain of significant pain and mechanical symptoms restricting normal daily activities. Arthroscopic surgical evaluation and treatment were, therefore, requested.

At the time of surgery, the patient was noted to have full knee range of motion. Moderate knee joint effusion was present, with normal appearing synovial fluid. Arthroscopic evaluation of the joint revealed diffuse hypertrophic synovitis in the suprapatellar pouch. No loose bodies are evident. Patellar tracking and alignment appeared normal, but grade II central patellar and femoral trochlear chondromalacia was present. Hypertrophic synovitis was noted in the infrapatellar area. Medial and lateral gutter inspection revealed no loose bodies or osteophyte formation. In the lateral compartment, central area of tibial grade II chondromalacia was present. The meniscus was intact on inspection and probing. Femoral articular surface appeared normal. Inspection of the notch revealed hypertrophic synovium. Normal appearing anterior cruciate ligament was present. In the medial compartment, complex tear of the posterior horn of the meniscus was demonstrated with peripheral, vertical, and central radial tears. Grade II central tibial and grade I-II femoral chondromalacia was present.

Page 1

Bertacchi-Freeman/Hartford001166

Campus Surgery Center
Operative Report

Bertacchi Freeman, Gloria
12/26/2013 14:31:29



There was also hypertrophic synovitis anteriorly in the medial and lateral compartments.   No other
abnormalities were noted.

**DESCRIPTION OF PROCEDURE:** The patient was administered general laryngeal mask anesthesia in the
supine position.  The right lower extremity was prepped and draped in usual sterile fashion.  A tourniquet was
placed around the proximal thigh, but not inflated during the procedure.   Standard anteromedial and
anterolateral portals were made with #11 blade.  The arthroscope was introduced into the anterolateral portal
and systematic examination was performed.   Straight and angled basket punch forceps were then used to
perform partial medial meniscectomy, removing torn and unstable meniscus back to normal appearing rim.
Transition to the anterior horn was smoothed and tapered with motorized shaver.  Hypertrophic synovium was
resected anteriorly in the medial and lateral compartment.   Hypertrophic infrapatellar and suprapatellar
synovium was also resected using a motorized shaver and arthroscopic cautery device.   The arthroscopic
cautery device was used to obtain hemostasis.  A motorized shaver was used to perform femorotibial and
patellofemoral chondroplasty.  The joint was then copiously irrigated and suctioned free of debris.  A 0.5%
Marcaine with epinephrine and 10 mg of Morphine were injected around the portal sites.  The portal wounds
were closed with interrupted 4-0 nylon suture.  Xeroform and dry gauze dressing was applied, followed by an
Ace compression bandage.  The patient tolerated the procedure well with negligible blood loss.  She was
transferred to the recovery room in good condition.


X_____
Leslie Kim, M.D.
LK/med/swa/suc/930363
DD: 12/26/2013
DT: 12/27/2013

Bertacchi-Freeman/Hartford001167

Campus Surgery Center
Operative Report

Bertacchi Freeman, Gloria
12/26/2013 14:31:29

| CPT CODE | MOD | ICD9 | COMMENTS |
|----------|-----|------|----------|
| 29876 | RT | 727.00, 717.7 | |
| 29881 | RT | 717.2, 733.92 | |

Bertacchi-Freeman/Hartford001168

2015090210007258
173

# PENINSULA ORTHOPEDIC ASSOCIATES, INC.

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650)756-5630 - Fax (650)756-0136

☐ *Stephen E. Conrad, M.D.*          ☐ *Alfredo F. Fernandez, M.D.*
☐ *Victoria L. Barber, M.D.*          ☐ *A. Shabi Khan, M.D.*
☐ *Philip J. Krueger, M.D.*          ☐ *Leslie H. Kim, M.D.*
☐ *Eugene A. Baciocco, M.D., Inc.*

**BERTACCHI-FREEMAN, Gloria**
**D.O.B:** REDACTED 1953

**DATE: June 24, 2014**

## SUBJECTIVE COMPLAINTS

Ms. Bertacchi-Freeman returns for a scheduled orthopaedic reexamination. She was last examined on May 13, 2014, at which time additional physical therapy was prescribed.

The patient states she has attended two additional physical therapy sessions. She indicates that there has been improvement with the treatments, which have resulted in decreased knee pain.

Back symptoms are reported to be unchanged. The patient is not describing any radiating pain or neurologic symptoms associated with the back pain.

Currently, Norco analgesic medication is being used only infrequently. She has also been using Lidoderm patches, which she indicates have been effective.

## OBJECTIVE FINDINGS

Gait: The patient ambulates with a normal gait pattern.

Inspection: No deformity is evident on standing inspection. The patient's posture is normal.

Knee Range of Motion:                                   Right/Left

      Knee Extension                          180/180 degrees
      Knee Flexion                            125/130 degrees

Palpation: Bilateral medial joint line tenderness.

Swelling: No gross knee joint effusion is evident.

## DIAGNOSES

1.  S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013).

**Bertacchi-Freeman/Hartford001169**

2015090210000759

174

RE: BERTACCHI-FREEMAN, Gloria
06/24/2014

2. S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12ED

3. CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE.

4. LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY
   RADICULITIS.

## PLAN

The treatment options have been discussed with the patient.  She will continue attending physical therapy
with additional treatments prescribed.  She will be given one refill of her Norco analgesic medication, but
she has been counseled and will completely wean off the medication as instructed.  Lidoderm patches
may continue to be used as needed.  If the patient is unable to get off Norco medication, she will
probably be referred for treatment by a chronic pain management specialist.

LHK/ag/jel

2

Bertacchi-Freeman/Hartford001170

201509021000759

**175**

Sedgwick
PO Box 14423,
Lexington, KY 40512



sedgwick.

06/25/2015

Leslie Kim, MD
Peninsula Orthopedic Associates
1850 Sullivan Ave, Suite 330
DALY CITY, CA 94015

**Authorization**
**Approved**
**By:**

RECEIVED
JUL 06 2015
By _____

Claimant:       Gloria Bertacchi-Freeman
Claims Payor:   Sedgwick Claims Management Services, Inc. ("Sedgwick")
Adjuster:       Saul Perez
Claims File #:  301210282970001

Employer:       Cardinal Health
Writing Co:.    XL Specialty Insurance Company
Date of Injury: 10/5/2012
Date of Birth:  REDA 1953

Request for Authorization Received: 6/23/2015

Specific Request: Physical Therapy 2x4 weeks cervical spine, thoracic spine, lumbar spine / Approved by Nurse.

This correspondence pertains to the review of the following health care service:

| Category | Reference # | Start Date | End Date |
|---|---|---|---|
| Physical Therapy | 1715777 | 6/25/2015 | 10/25/2015 |

**Referred to Medrisk for PT scheduling 800-225-9675**
**Dr. Leslie Kim, MD 650-756-5630**

**Diagnosis: 722.00, 722.52, 847.00**

After review of a request for authorization, it has been determined that the specific service(s) meets established criteria for medical necessity based on the information presented by the medical provider.

The medical provider, injured worker and workers' compensation payor have been notified of this decision.

This review applies only to the specific service(s) listed. Additional services require separate review.

You have the right to file a complaint by contacting the Utilization Review Department by calling toll-free 866-286-0281, fax 877-922-7236 or mailing to the address on this notice. We will respond to your complaint as quickly as possible but not longer than 30 days.

Sedgwick
301210282970001
Gloria Bertacchi-Freeman



6/25/2015          301210282970001          562015062518745



Insert Chart Confidentiality Message

Sincerely,

Ariane Mata, RN
Utilization Review Nurse I
(866) 286-0281

CC:         Mastagni, Holdstedt, Amick, et al.
 McDonald Law Corporation
MedRisk
Gloria Bertacchi-Freeman

Enclosure: Request for Authorization form (RFA)

 

6/25/2015          301210282970001          562015062518745

Insert Chart Confidentiality Message

Job 17802 (07/22/2015 14:41) - Page 2 Doc# 1

Bertacchi-Freeman/Hartford001172



Sedgwick
PO Box 14423,
Lexington, KY 40512

**sedgwick.**

06/25/2015

Gloria Bertacchi-Freeman
5135 MOSS LANE
GRANITE BAY, CA 95746

Claimant:       Gloria Bertacchi-Freeman
Claims Payor:  Sedgwick Claims Management Services, Inc. ("Sedgwick")
Adjuster:       Saul Perez
Claims File #:  301210282970001

Employer:       Cardinal Health
Writing Co:     XL Specialty Insurance Company
Date of Injury: 10/5/2012
Date of Birth: [REDACTED]953

Request for Authorization Received: 6/23/2015

**Specific Request**: Physical Therapy 2x4 weeks cervical spine, thoracic spine, lumbar spine / Approved by Nurse.

This correspondence pertains to the review of the following health care service:

| Category | Reference # | Start Date | End Date |
|---|---|---|---|
| Physical Therapy | 1715777 | 6/25/2015 | 10/25/2015 |

**Referred to Medrisk for PT scheduling 800-225-9675**
**Dr. Leslie Kim, MD 650-756-5630**

**Diagnosis: 722.00, 722.52, 847.00**

After review of a request for authorization, it has been determined that the specific service(s) meets established criteria for medical necessity based on the information presented by the medical provider.

The medical provider, injured worker and workers' compensation payor have been notified of this decision.

This review applies only to the specific service(s) listed. Additional services require separate review.

You have the right to file a complaint by contacting the Utilization Review Department by calling toll-free 866-286-0281, fax 877-922-7236 or mailing to the address on this notice. We will respond to your complaint as quickly as possible but not longer than 30 days.

Sedgwick
301210282970001
Gloria Bertacchi-Freeman

   6/25/2015   301210282970001   562015062518785   

2015090210007759

Sincerely,

Ariane Mata, RN
Utilization Review Nurse I
(866) 286-0281

CC:Leslie Kim
             Mastagni, Holdstedt, Amick, et al.
   McDonald Law Corporation
   MedRisk

Enclosure:  Request for Authorization form (RFA)

/ **178**



6/25/2015          301210282970001          562015062518785     

Bertacchi-Freeman/Hartford001174

2015090210000759



**179**

Sedgwick
PO Box 14423,
Lexington, KY 40512

sedgwick.

06/22/2015

Gloria Bertacchi-Freeman
5135 MOSS LANE
GRANITE BAY, CA 95746

Claimant:      Gloria Bertacchi-Freeman
Claims Payor: Sedgwick Claims Management Services, Inc. ("Sedgwick")
Adjuster:      Saul Perez
Claims File #: 301210282970001

Employer:      Cardinal Health
Writing Co:    XL Specialty Insurance Company
Date of Injury: 10/5/2012
Date of Birth: [REDACTED]953

Request for Authorization Received: 6/19/2015

**Specific Request**: DME Pre-fabricated medial unloader brace for the right knee purchase / Approved by nurse

Referred to MSC for DME purchase
Dr. Leslie Kim
Phone: 650-756-5630
DX: 715.36

This correspondence pertains to the review of the following health care service:

| Category | Reference # | Start Date | End Date |
|----------|-------------|------------|----------|
| DME | 1711687 | 6/19/2015 | 9/19/2015 |

After review of a request for authorization, it has been determined that the specific service(s) meets established criteria for medical necessity based on the information presented by the medical provider.

The medical provider, injured worker and workers' compensation payor have been notified of this decision.

This review applies only to the specific service(s) listed. Additional services require separate review.

You have the right to file a complaint by contacting the Utilization Review Department by calling toll-free 866-286-0281, fax 877-922-7236 or mailing to the address on this notice. We will respond to your complaint as quickly as possible but not longer than 30 days.

Sedgwick
301210282970001
Gloria Bertacchi-Freeman



6/22/2015          301210282970001          562015062217873



Bertacchi-Freeman/Hartford001175

2015 9902100 0759

Sincerely,

Jake Austin Pangulayan, RN
Utilization Review Nurse 1
(866) 286-0281

1 80

CC: Leslie Kim
MSC
 McDonald Law Corporation
          Mastagni, Holdstedt, Amick, et al.

Enclosure:  Request for Authorization form (RFA)



6/22/2015          301210282970001          562015062217873



Bertacchi-Freeman/Hartford001176

# PENINSULA ORTHOPEDIC ASSOCIATES, INC.

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650)756-5630 - Fax (650)756-0136

☐ *Stephen E. Conrad, M.D.*　　　　　　　☐ *Alfredo F. Fernandez, M.D.*
☐ *Victoria L. Barber, M.D.*　　　　　　　☐ *A. Shabi Khan, M.D.*
☐ *Philip J. Krueger, M.D.*　　　　　　　☐ *Leslie H. Kim, M.D.*
　　　　　　☐ *Eugene A. Baciocco, M.D., Inc.*

**BERTACCHI-FREEMAN, Gloria**
**D.O.B:** REDACTED 1953

**DATE: June 24, 2014**

## SUBJECTIVE COMPLAINTS

Ms. Bertacchi-Freeman returns for a scheduled orthopaedic reexamination. She was last examined on May 13, 2014, at which time additional physical therapy was prescribed.

The patient states she has attended two additional physical therapy sessions. She indicates that there has been improvement with the treatments, which have resulted in decreased knee pain.

Back symptoms are reported to be unchanged. The patient is not describing any radiating pain or neurologic symptoms associated with the back pain.

Currently, Norco analgesic medication is being used only infrequently. She has also been using Lidoderm patches, which she indicates have been effective.

## OBJECTIVE FINDINGS

Gait:　The patient ambulates with a normal gait pattern.

Inspection:　No deformity is evident on standing inspection. The patient's posture is normal.

Knee Range of Motion:　　　　　　　　　　　　Right/Left

　　　　Knee Extension　　　　　　　　　　　　180/180 degrees
　　　　Knee Flexion　　　　　　　　　　　　　125/130 degrees

Palpation:　Bilateral medial joint line tenderness.

Swelling:　No gross knee joint effusion is evident.

## DIAGNOSES

1.　S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013).

Bertacchi-Freeman/Hartford001177

RE: BERTACCHI-FREEMAN, Gloria
06/24/2014

**182**

2. S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12ED

3. CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE.

4. LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS.

## PLAN

The treatment options have been discussed with the patient. She will continue attending physical therapy with additional treatments prescribed. She will be given one refill of her Norco analgesic medication, but she has been counseled and will completely wean off the medication as instructed. Lidoderm patches may continue to be used as needed. If the patient is unable to get off Norco medication, she will probably be referred for treatment by a chronic pain management specialist.

LHK/ag/jel

Bertacchi-Freeman/Hartford001178

## PENINSULA ORTHOPEDIC ASSOCIATES, INC.
*Stephen E. Conrad, M.D. - Alfredo F. Fernandez, M.D.*
*Victoria L. Barber, M.D. - A. Shabi Khan, M.D. - Philip J. Krueger, M.D.*
*Leslie H. Kim, M.D. - Eugene A. Baciocco, M.D., Inc.*

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650) 756-5630 - Fax (650) 756-0136

February 6, 2015

Sedgwick Claims Management
P.O. Box 14442
Lexington, KY 40512-4442

Emily R. Silver
Attorney at Law
Mastagni Holstedt
1912 I Street
Sacramento, CA 95811-3151

Zachary M. Kweller, Esq.
McDonald Law Corporation
1800 Sutter Street, Suite 300
Concord, CA 94520-2563

<u>State of California</u>
<u>Division of Workers' Compensation</u>
<u>PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)</u>

REF:       BERTACCHI-FREEMAN, Gloria
D.O.B.:    REDACTED 1953
EMP:       Cardinal Health
DOI:       07/11/2012
CLM:       301210282970001

Gentlepersons:

## SUBJECTIVE COMPLAINTS

Ms. Gloria Bertacchi-Freeman returns to the clinic today for followup regarding bilateral knee pain. Today she is most bothered by her right knee pain. She is status post arthroscopic procedures in both knees. The patient rates her right knee pain as 5/10 in intensity localized to

Bertacchi-Freeman/Hartford001179

BERTACCHI-FREEMAN, Gloria
February 6, 2015
Page Two

the medial joint line. It is aggravated with walking and increased with cold weather. It is mildly relieved with Lidoderm patches. She is requiring Norco for flares of severe pain.

## OBJECTIVE FINDINGS

With visual inspection of the bilateral knees, there is slight swelling in the right knee relative to the contralateral side. Range of motion is from 0 to 130 degrees bilaterally. She is tender to palpation in the bilateral medial joint line and nontender in the lateral joint line. Anterior drawer is negative bilaterally. Lachman's is negative bilaterally. Varus and valgus strain causes pain in the medial joint line on the right side. There is no evidence of laxity bilaterally. McMurray's maneuver is positive on the right and negative on the left.

## ASSESSMENT

BILATERAL CHONDROMALACIA.

## PLAN

The treatment options were discussed with the patient. The patient states she is not interested in intra-articular steroid injection today. We may consider an MRI should this pain persist. I did refill her Lidoderm patches and Norco 5/325 one p.o. q.6h. p.r.n. for moderate-to-severe pain #20. The patient will continue taking over-the-counter nonsteroidal anti-inflammatory medications for mild-to-moderate pain.

## WORK STATUS: The patient is permanent and stationary.

## MEDICAL FOLLOWUP

I will see this patient back in four to six weeks for repeat evaluation and to ensure her care is moving forward.

In accordance with Labor Code 5703(a)(1), there has not been a violation of Labor Code 139.3, and the contents of this report are true and correct to the best of my knowledge. This statement is made under penalty of perjury.

Sincerely,



Brian T. Mitchell, D.O.
Leslie H. Kim, M.D.



185



# MICHAEL AMSTER MD

**3000 T ST STE 105, SACRAMENTO, CA 95817**
**Mailing Address - P.O. Box 4062 Davis, CA 95617**
Phone (530) 302-5773
Fax (530) 231-2942

| 6/4/2013 | |
|---|---|

Thank you for scheduling a QME appointment with Dr. Amster. The DEU Appointment Notification Form is attached. Please read the following information carefully.

**Cancellation Policy**

In the event that any of the parties cancel the scheduled appointment within 5 (five) business days prior to the appointment, OR that medical records have not been provided within 5(FIVE) business days prior to the appointment, we will cancel the appointment and a $500 late cancellation fee will apply. Any time spent on reviewing medical records or otherwise preparing for the examination will also be billed for.

**For the Patient:**

A typical QME appointment may take up to 2-3 hours. When you come to your appointment, please have the following information ready:

1. If you are not represented by an attorney, you will need to complete the DEU Form 100 in advance and bring it with you to your appointment. You will also need a DEU 101, which should be available from your insurance claims adjustor. You can find the forms online at http://dir.ca.gov/dwc/forms/html

2. Details about treatment of the injury including a list of current mediations (please bring the packaging with medication labels with you to the appointment): Where/where did you first seek treatment, was there any testing/e-rays, MRI, were medications or othe treatments prescribed, how did the treatment help, and did you continue treatment . Knowing the names of the doctors and the names of medications prescribed will be helpful for conveying your story to the doctor.

**PLEASE DO NOT WEAR PERFUME/COLONGE OF ANY KIND TO YOUR APPOINTMENT.**

**For the Attorney(s):**

Although we are copying all parties o this Appointment Notification Form, please confirm that the applicnt, claims adjuster and opposing counsel are aware of the appointment time/location, as well as the other information contained in this notice.

**For the Claims Adjuster:**

Please send all the records, including the DEU 101, and DEU 100 (if applicable), and the job description at least 2 weeks in advance of the appointment date to our **PO box listed above.**

2915890210009759

**186**

# QUALIFIED MEDICAL EVALUATION

October 4, 2013

| | | |
|---|---|---|
| Michael G. McDonald, Esq. | Sedgwick | Gloria Bertacchi |
| McDonald Law Corporation | P.O. Bo 14440 | 5135 Moss Lane |
| 1800 Sutter Street, Suite 430 | Lexington, KY 40512 | Granite Bay, CA 95746 |
| Concord, CA 94520-2563 | Attn: Jaqueline Coe | |

**Re:**                  **Bertacchi, Gloria**
**Date of Birth:**      REDACTED 1953
**Date of Injury:**      CT October 5, 2012
**Employer**:          Cardinal Health
**Occupation:**     Director of Pharmacy
**Insurance Carrier:**   Sedgwick
**Claim Number:**     30121028297-0001
**WCAB Number:**     ADJ8601089
**Date of Examination:**   June 25, 2013

## **FEE DISCLOSURE**

**Pursuant to 8 California Code of Regulations, Section 9795 (b) and (c), this report is submitted as an ML102.** This Qualified Medical Evaluation was performed with regard to her complaints in neck, low back, and knees. Total time spend included, but not limited to, face to face time with the examinee, record review time (including examinee questionnaire, MRI, x-rays, prior and current notes and cover letters), narrative report preparation and its review and final editing.

Total time spent was 5 hrs 45 mins.

- 1 hour(s) of face to face time
- 1 hour(s) of record review time
- 3.75 hour(s) of report preparation time
- 5.75 hour(s) total combined time

Complexity factors and prejustification: The evaluation consisted of a 1 hour face-to-face interview and examination, evaluation of 50 plus pages of medical records required 1 hour of review, and preparation of this comprehensive medical-legal report required 3.75 hours, for a total of 5.75 hours. Issues of causation and apportionment are addressed.

Bertacchi-Freeman/Hartford001182

To Whom It May Concern:

Thank you for the opportunity to evaluate Ms. Gloria Bertacchi, in my Sacramento office located at 3000 T Street Suite 105, Sacramento, California, on October 4, 2013.

It was explained to Ms. Gloria Bertacchi that the purpose of the examination was for evaluation purposes only, and that as a report would be submitted, confidentiality would not exist.  It was also explained to the applicant that a treatment relationship would not be established, and no treatment would be rendered.  I explained that to the applicant that I have/would be reviewing all documents provide to me by the parties.  Ms. Gloria Bertacchi was given the opportunity to ask questions about the process and my experience/background.

I would like to thank you the referring party/parties for placing their trust in me as a Board-Certified Pain Specialist and Qualified Medical Evaluator.

I take this expert role very seriously and always strive to perform an accurate, honest, impartial and thorough medical report regarding the complex issues presented in this case.

I came to the conclusions below from the oral history as presented to me by Ms. Gloria Bertacchi, review of the available medical records/diagnostic studies, history as presented by Ms. Gloria Bertacchi and current physical examination findings.

## WORK HISTORY:

At the time of injury, Ms. Gloria Bertacchi was working for Cardinal Health as a director of the pharmacy.  Her last day of work was on October 11, 2012.

She also worked for Staff USA from February 1999 to June 2012 as a pharmacy director/Manager, Sutter Health from July 2010 to September 2010 as a pharmacist and National Medical from January 1979 to January 1999 as a pharmacist/manager.

## JOB DESCRIPTION AT THE TIME OF INJURY:

At the time of injury, Ms. Bertacchi was working for Cardinal Health as a pharmacy director for three months.  She worked 8 to 10 hours a day, 5 days a week with 30 minutes of lunch break.  Her job includes filling prescriptions, distribution, stocking of medicines and counseling.

The applicant's job activity level at the time of injury involved group psychiatric counseling, hand filling large heavy medication carts and overhead reaching and lifting heavy boxes of medication orders.  If systems broke down, she is required to manually file the charts and medication.  She also states that narcotic orders required excessive hand filling to overcome system breakdown.  She usually works on a linoleum surface.  The heaviest weight she is required to lift at work is 110 pounds.  She has to bend over or lean forward while lifting.

She states that she is not able to lift the same amount of weight now as before the injury.  She is required to reach at shoulder level to place medications on high and low sleeves in the pharmacy.

She is required to move her feet in a repetitive movement/activity which include filling of medications, carts and data entry.  She is required to use her hands for fine manipulation, grasping, pushing, pulling and torquing for orders and filling medications.  She is required to work at heights or walk on uneven ground to reach medications with an aide of a stool.  She is also required to work on hazardous medications.  She is required on special seeing/visual or hearing especially in reading medication labels and computer scans.

Her physical activities include sitting, squatting, reaching, keyboarding, fingering, working overhead, flexing/twisting/side bending/extending the neck, walking, typing, grasping, standing, bending, pushing, using the mouse, kneeling, twisting, pulling and writing.

**CURRENT WORK STATUS:**

Ms. Bertacchi is not working at this time.

**HISTORY AS RELATED BY APPLICANT:**

Prior to injury, the applicant reports no pain in the knee, back or neck except for one episode in 2010 or 2011 where she had left knee pain but had resolved.  She sustained an injury on October 5, 2012 while at work.  She stated that she was at a group counseling session between 2:40-3:40 pm, when an angry male patient pushed a chair towards her, she moved back against her chair to avoid getting hurt.  The prior week, the patient had thrown a chair in the hallway ended up hitting her foot but did not result an injury.  On September 27 to September 28, 2012 and October 4 to October 5, 2012 she stated she worked much harder and longer, manually filled pharmacy carts since the system was down, six feet above and below the floor and she felt that motion also triggered her pain.  The weekend after her work, she felt sore that she could not get off the couch so she reported it to her boss on October 11, 2012 and was seen at UHS clinic in Rocklin.  She had x-rays of her back and right knee which were negative for fracture.  She was diagnosed of lumbar, thoracic, leg and knee sprain.  She was also given prescription for Voltaren, Norflex, knee brace, pillow and told to get chiropractor therapy.  She was referred to Dr. Armstrong for this but was not able to treat her as she thought it was cauda equina and requested to undergo an MRI.  She also states that she did previously strain her right knee approximately 2 years ago from skiing and states that she made a full recovery from that injury and denies intervening symptoms.  She was placed on modified duty but could not be accommodated so her last day of work was October 10, 2012.  She also received treatment through Kaiser Permanente.  On November 5, 2012, Dr. Chong diagnosed the patient with strains of the cervical spine, lumbar spine and right knee.  She was also referred to Dr. Nguyen who has given her bone density test, blood tests, Flector patch as well as drug testing and was referred to Dr. Kim for an Orthopedic evaluation.  Dr. Kim recommended her to have an MRI.  She also had left knee surgery and injections, physical therapy and was given medications.  She was diagnosed of having meniscus tear in both knees, lumbar disc and nerve injury as well as radiculopathy bilaterally.  She was also advised off work from November 13, 2012 to present with light work restrictions.

**CURRENT COMPLAINTS:**

The applicant complains of right knee pain, left knee pain, neck and back pain.  She is pending right lateral meniscus repair.

**ACTIVITIES OF DAILY LIVING:**

**Self Care/Personal Hygiene** (Urinating, Defecating, Brushing teeth, Combing hair, Bathing, Dressing Oneself, Eating):

The applicant has fecal incontinence

**Communication** (Writing, Typing, Seeing, Hearing, Speaking):

The applicant has difficulty seeing and hearing.

**Physical Activity** (Standing, Sitting, Reclining, Walking, Climbing Stairs):

The applicant has difficulty standing, sitting, walking for long periods and climbing stairs.

**Sensory Function** (Hearing, Seeing, Tactile Feeling, Tasting, Smelling):

The applicant has difficulty seeing and hearing.

**Hand, non-specialized activities** (Grasping, Lifting, Tactile Discrimination):

The applicant has difficulty lifting and grasping.

**Travel** (Riding, Driving, Flying):

The applicant has difficulty riding and driving long distances and feels uncomfortable.  Flying is difficult especially when walking in the airport and getting on and off the plane.

**Sexual Function** (Orgasm, Ejaculation, Lubrication, Erection):

The applicant has no difficulty.

**Sleep** (Restful, Nocturnal Sleep Pattern):

The applicant has difficulty sleeping due to pain.

**EPWORTH SLEEPINESS SCALE:**

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 120 of 769

201509021000759

Bertacchi, Gloria QME 10/4/2013 Page **190**   5

The Epworth Sleepiness Scale is used to determine the level of daytime sleepiness. A score of 10 or more is considered sleepy. A score of 18 or more is very sleepy. If the patient has a score of 10 or more on this test, they may need to see a sleep specialist.

It should be noted that the applicant has reported some degree of difficulty sleeping due to ongoing symptoms. The applicant on the Epworth Sleepiness Scale totaled 6.

**CURRENT MEDICATIONS:**

The applicant is currently taking Norco, Valium for MRI and Cyclobenzaprine as well as using Lidoderm patch.

**ALLERGIES:**

The applicant has known allergies to pollens, grass, chemicals and molds.

**PAST SURGICAL/HOSPITALIZATION HISTORY:**

The applicant underwent ovarian cystectomy in 1977 and left knee surgery in December 2012. She also had infertility surgery.

**PRIOR NON-WORK RELATED INJURIES:**

The applicant had some minor motor vehicle and one boating accident.

**PREVIOUS WORKERS' COMPENSATION INJURIES:**

The applicant has left knee injury in 2010/2011.

**PAST MEDICAL HISTORY;**

The applicant has a history of GERD, high blood pressure, hypothyroidism, asthma and allergies. She also had a history of measles, mumps, chicken pox and allergies as a child.

**FAMILY HISTORY:**

The applicant's father has a history of cardiovascular disease and diabetes. Her mother had a history of stroke as well as cardiovascular disease. She has a brother who has diabetes.

**SOCIAL HABITS:**

The applicant is married. She has a history of smoking in the past. She does not drink alcoholic beverages or use illicit drugs.

## CHRONOLOGIC REVIEW OF RECORDS:

I reviewed the available medical records with a fine tooth comb to make sure was not missing any pertinent information.    These records included visits for a rash, active problem list, obesity, hypertension, hypothyroidism, hyperlipidemia, asthma.  In review of all the able medical records, there was only one mention of knee pain in 2010.  There was no mention of prior back and neck pain in the medical records.  The first mention of neck and back pain is from a Kaiser Permanente visit on October 15, 2012 with a complaint of back and neck problem with a date of injury of October 5, 2012.  This is the first mention of these areas of pain in the patient's Kaiser Permanente records that I have available for my review.  The patient changed her insurance in November 2012, and transitioned out of Kaiser Permanente around the end of November 2012.

1/4/10 and 6/17/10 - Progress Notes from the Permanente Medical Group by Steven Emil Zawilla, M.D.  On 1/4/10, the patient complained of severely itchy rash near the anus and vaginal area.  Diagnoses:  1) Dermatitis- Primary.  2) Essential hypertension.  3) Hypothyroidism.  4) Hyperlipidemia.  5) Asthma.  6) Obesity.  7) Adult health check up.  8) GERD.  9) Psoriasis.  Her medications included hydrochlorothiazide, Levothroid, and Aciphex.  Her physical examination showed mild lightly pink with mild scale rash limited to skin fold upper inner thighs.  Plan:  As the patient had psoriasis, an empiric therapy for fungal was recommended.  If steroid failed a follow-up in three weeks was advised.  Clotrimazole was also prescribed.  With regard to hypertension, she was recommended to lose weight and to monitor her blood pressure.  With regard to hypothyroidism, she was instructed to continue her medications as prescribed.  With regard to hyperlipidemia, a recheck was recommended.  With regard to obesity, she was referred to a weight loss classes.  A mammogram cervical cancer screening was recommended.  Aciphex was prescribed to treat GERD.  With regard to psoriasis, a follow-up was recommended.  On 6/17/10, she continued to complain of rash.  Diagnoses:  1) Obesity.  2) Essential hypertension.  3) Hypothyroidism.  4) Hyperlipidemia.  5) Asthma.  6) GERD.  7) Psoriasis.  On examination, she had plaque psoriasis at the dorsal feet, ankles, elbows, and dorsal hands.  Plan:  1) Psoriasis. She was prescribed betamethasone.  A follow-up in one month was advised.  2) Adult Health Check up. Mammogram and labs were recommended.

10/12/12 - Doctor's First Report of Occupational Illness or Injury by Peter Heitke, M.D.   The patient complained of intermittent mild to moderate, dull pain in the right knee; constant to moderate, dull pain in back and neck.  She presented with gradually increasing neck, low back, right knee pain for over one week which she attributed to a significant increase in the amount of bending, squatting, and overhead reaching activities at her job during the past two weeks.  She stated that she did previously strain her right knee approximately two years ago in skiing.  She stated that she made a full recovery from that injury and denied intervening symptoms.  On examination, there was mild to moderate loss of cervical lordosis.  There was minimal tenderness and mild to moderate spasm of paracervical/upper parathoracic muscles.  There was restricted range of motion in the neck. There was mild loss of lumbosacral lordosis.  There was minimal paralumbar tenderness with mild to moderate spasm.  There was limited range of motion in the back.  There was minimal swelling in the knee with mild tenderness anteromedially.  Full range of motion in the knee was noted.  Diagnoses:  1) Sprain of knee and leg. 2) Sprain lumbar region.  3) Sprain thoracic region.  Treatment Rendered:  Comprehensive history, evaluation, and examination were performed.  Diclofenac, orphenadrine, hot/cold Flexipac, hot/cold Medi-Pak, D-core fiber, and Krames booklets were dispensed.  Reddie-Brace was applied and fitted.  Chiropractic three times a

week for two weeks was advised.  She was precluded from overhead work, stooping, bending, kneeling, squatting, and climbing.  She was instructed to return to modified work.

10/12/12 - Medical Report from US HealthWorks Medical Group by Peter Heitke, M.D.  Diagnoses:  1) Sprain of knee and leg NEC.  2) Sprain thoracic region.  3) Sprain lumbar region.  Voltaren and Norflex were dispensed.  Treatment:  The patient was instructed to continue her chiropractic therapy three times a week for two weeks.  She was instructed to return to work with preclusions from overhead work, stooping and bending; kneeling or squatting, and climbing.

10/12/12 - Primary Treating Physician's Progress Report from US HealthWorks Medical Group by Peter Heitke, M.D.  Diagnoses:  1) Right knee strain.  2) Cervical thoracic strain.  3) Lumbar strain.  She was instructed to return to work with the same restrictions.

10/12/12 - X-rays of the Cervical Spine from CFM Radiology Medical Group, Inc.  Conclusion:  Neck held flexed and there was mild foraminal narrowing as described.  This was read by Drew Sullivan, M.D.

10/12/12 - X-rays of the Right Knee from CFM Radiology Medical Group, Inc.  Conclusion:  Negative was indicated.  This was read by Drew Sullivan, M.D

10/12/12 - X-rays of the Lumbar Spine from CFM Radiology Medical Group, Inc.  Conclusion:  Scoliosis and lumbosacral facet arthritis.  This was read by Drew Sullivan, M.D

10/15/12 - Progress Note from the Permanente Medical Group by Florence Besana Chong, D.O.  The patient reported that she had been experiencing problems with her knee, back and neck.  HPI:  She sustained an injury on 10/5/12 while at work.  She stated that she was at a group counseling session between 2:40-3:40 pm, when an angry guy pushed a chair towards her, she moved back against her chair to avoid getting hurt.  The prior week, the patient had thrown a chair in the hallway ended up hitting her foot but did not result an injury.  On 9/27-9/28/12 and 10/4-10/5/12 she stated she worked much harder and longer, manually filled pharmacy carts since the system was down, six feet above and below the floor and she felt that motion also triggered her pain.  The weekend after her work, she felt sore that she could not get off the couch so she reported it to her boss on 10/11/12 and was seen at UHS clinic in Rocklin.  She had x-rays of her back and right knee which were negative for fracture and given prescription for voltaren and muscle relaxant, pillow and told to get chiropractor therapy.  She was placed on modified duty but could not be accommodated so her last day of work was 10/10/12.  She presented with right knee pain.  She had a ski accident 40 years ago.  Her medications included hydrochlorothiazide, Levothroid, and Aciphex.  On examination, her blood pressure was 157/96 mmHg and she weighed 215 pounds.  With regard to the neck, full range of motion with pain on extension was noted.  Bilateral paraspinous muscles were tender to palpation.  With regard to the back, there was tenderness at the trapezius with bilateral tightness and right paraspinal lumbosacral tenderness.  With regard to the bilateral lower extremities, there was pain on walking on toes.  With regard to the bilateral knees, there was tenderness along right inferomedial aspect.  Full range of motion with pain in the knees was noted.  Assessment:  1) Sprain or strain of cervical spine. 2) Sprain or strain of lumbar region. 3) Knee joint pain.  Treatment:  Ice, NSAIDs, and muscle relaxant were to be continued.  Lidoderm patch was prescribed.  Hinged knee brace was applied to right knee.  A referral for physical therapy was indicated.  X-rays of the knee was ordered.  She was placed on

modified duty.  A follow-up on 11/26/12 was recommended.  <u>Causation:</u>  It was the doctor's opinion that the underlying cause of the patient's symptoms was osteoarthritis, a non-industrial condition.  However, but for the employment activities stated above, this-pre-existing condition would not have become disabling or needed medical treatment at this time.  Apportionment may be appropriate, should permanent disability result.  The doctor expected the patient to get better with conservative therapy, ice, NSAIDs, muscle relaxant, physical therapy and work modification since there was no trauma.

11/5/12 - Claim for Disability Insurance Benefits by Illegible Signature.  The patient's disability began on 10/5/12.  She was taken off work on 10/11/12.  She was released to return to her regular and customary work on 12/10/12.  <u>Diagnoses:</u>  1) Cervical strain.  2) Lumbar strain.  3) Knee joint pain.  4) Arthritis of the knee.  <u>Treatment:</u>  Diclofenac patch and physical therapy were prescribed.

11/5/12 - Medical Report from Kaiser Permanente.  <u>Diagnoses:</u>  1) Sprain or strain of cervical spine.  2) Sprain or strain of lumbar region.  3) Sprain/strain, knee.  The patient was placed on modified activity at work and at home from 11/5/12 through 11/26/12.  If modified activity was not accommodated by the employer then the patient was considered temporarily and totally disabled from their regular work for the designated time and a separate off work order was not required.  The patient's activity was modified as follows:  She was restricted in climbing stairs, climbing ladders, and using of scaffolds/work at height.  She must limit standing/walking to 20 minutes/hour.  No pivoting, kneeling or squatting.  She was able to lift up to 10 pounds.

10/15/12 - X-ray of the Right Knee from Kaiser Foundation Hospitals.  <u>Impression:</u>  Mild degenerative osteoarthrosis of the right knee.  This was read by James Smith, M.D.

11/14/12 - Medical Report by Mohammad Reza, M.D.  The patient was seen for evaluating care with regard to her knee injury.  She stated that it happened at work but Workers' compensation claim was denied.  She was cleared to see a primary care physician for her condition.  <u>HPI:</u>  She had hypertension, GERD, hypothyroidism, and bilateral knee pain.  Patient stated that she had an injury while working as a pharmacy technician in a mental facility on 10/5 when a patient almost pushed her.  She stated that she was placed on disability on 10/11 and was planning to have left knee meniscal surgery done by Dr. Lin on 12/15/12.  She initially stated that her worker's comp case was denied however she states that her knee issues are due to her work.  She was advised that if she was planning on workers compensation that she should consider occupational medicine for evaluation for her knee issues.  In regards to hypertension she stated that she has been on hydrochlorothiazide for many years.  Last time she had a lab test to check her potassium six months ago.  She generally does not check her blood pressures at home.  She was a former smoker, drinks social alcohol, and denied any illicit drug use.  She also had hypothyroidism for several years and stated that she had been on the same dose of levothyroxine for several years.  Her last TSH was also six months ago and she was told that it was normal.  She denied any cold or heat intolerance, excessive weight gain over the past three months, thin hair, or skin changes.  She also dealt with GERD and had been taking Aciphex.  On physical examination, her blood pressure was 130/80 mmHg and she weighed 215 pounds.  <u>Assessment:</u>  1) Hypertension.  2) Esophageal reflux.  3) Hypothyroidism.  Hydrochlorothiazide, levothyroxine sodium and Aciphex were ordered.  <u>Plan:</u>  1) Hypertension.  Hydrochlorothiazide was to be refilled.  Low salt diet and maintained with balanced meals was to be continued. 2) Hypothyroid.  The patient was stable on levothyroxine.  TSH would be obtained if no recent labs from Kaiser can be found at next visit. 3) GERD.  Modification diet was discussed.  She was instructed to

limit foods that could trigger her GERD symptoms.  4) The patient was advised that if her knee pain was due to work related injury and she was on disability then she should establish with Occupational Medicine for Worker's Comp.  She stated that she was going to have left meniscal tear surgery by Dr. Lim at West Bay orthopedic on 12/5.

11/16/12 - Laboratory Report from Campus Surgery Center.  The lipid panel showed increased cholesterol, LDL, total cholesterol, triglyceride, and NON-HDL cholesterol.  The urinalysis was notable for turbid clarity, abnormal protein urine, increased WBC and squamous RPI, presence of amorphous crystals, and abnormal urine culture.

11/21/12 - Surgical History and Physical from Campus Surgery Center by Leslie H. Kim, M.D.  The patient complained of left knee pain.  She had undergone MRI.  She had swelling and intermittent dull pain especially when weight bearing.  Planned Procedure:  Left knee arthroscopy debridement meniscectomy as needed.

11/26/12 - Progress Note from the Permanente Medical Group by Florence Besana Chong, D.O.  The patient presented for a follow-up regarding her back and right knee.  She rated her back pain 5/10, right knee pain 5/10 when she gets up.  She had attended three out of six physical therapy sessions.  She was taken off work since 10/11 since not accommodated.  She went to see her own orthopedic surgeon while she was off.  She was told she had a leg length discrepancy with left leg shorter than her right which had bothered her knees and thus bothered her back.  She had meniscal problem with both knees but they will do the left one first then the right knee after a few month.  She was told DDD of back and to have MRI.  Her medications were Lidoderm, Levothroid, and Aciphex.  On examination, a full range of motion with pain in both knees was noted.  Assessment:  1) Sprain or strain of cervical spine-resolved.  2) Sprain or strain of lumbar region.  3) Sprain/strain, knee.  4) Hypertension.  Treatment:  A follow-up with own primary doctor and orthopedic surgeon was recommended.  Causation:  It was the doctor's opinion, that the patient's knee and back were non-industrial since she remained unchanged with her pain level without work for over a month.  She stated her orthopedic surgeon deemed her back pain to be caused by her leg length discrepancy causing her to have knee and back pain.  Now that her neck pain had resolved and she had ongoing issues with her knees and back.  She did not sustain any trauma to these said body parts and thus, the doctor released her from care and to follow up under her own health care plan.  She was also advised to follow up on her blood pressure which was elevated today.  She was instructed to return to work in a full duty capacity.

11/26/12 - Medical Note from the Hartford by Dvane Medeiros.  Primary Diagnosis:  Right knee chondromalacia.  Secondary Diagnosis:  Right knee osteoarthritis.  Her medications were cyclobenzaprine, Lidoderm patches, and Naprosyn.  She was precluded from bending, kneeling, reaching, squatting, and walking or sitting more than 20 min at a time.  She was able to work only part time, and was able to increase to full time on 2/2012.

12/5/12 - Preanesthetic Consultation/history and Physical from Campus Surgery Center by Jon W. Churnin, M.D.  The date of procedure was 12/13/12.  HPI:  She was scheduled for left knee arthroscopy, debridement and meniscectomy repair as needed.  Surgery was scheduled for 1:45 pm on 12/13/12.  Previous Surgeries:  She had a laparotomy and ovarian cystectomy in 1976.  She had multiple IVF procedures in 1990s.  She had a laparoscopic tubal repair in 1995.  She had a colonoscopy and upper GI endoscopy and two procedures in 2002.

Her medications were hydrochlorothiazide, Aciphex, and Synthroid.  On examination, her blood pressure was 128/82 mmHg and she weighed 210 pounds.  Impression:  1) Internal derangement, left knee, probable chondromalacia and torn meniscus.  2) Morbid obesity.  3) Hypertension.  4) Hyperlipidemia.  5) Hypothyroidism, on replacement. 6) Allergic rhinitis. 7) Gastroesophageal reflux syndrome. 8) Degenerative disk disease.  She was assessed as an ASA 2 to 3 physical status.  Plan:  General anesthesia was planned as preferred by the patient and the surgeon.  The risks, benefits and complications were explained to the patient and she consented to anesthesia.

12/13/12 - Operative Note from Campus Surgery Center by Leslie H. Kim, M.D.  Preoperative Diagnoses:  1) Left knee medial meniscus tear. 2) Underlying left knee degenerative joint changes.  Postoperative Diagnoses: 1) Left knee medial meniscus tear.  2) Underlying left knee degenerative joint changes.  3) Left knee lateral meniscus tear.  4) Left knee hypertrophic synovitis.  Operative Procedures:  1) Left knee arthroscopic partial medial and lateral meniscectomy.   2) Left knee anteromedial and lateral compartment arthroscopic synovectomy.

12/13/12 - ECG Report from Campus Surgery Center.  Interpretation:  Sinus rhythm.  Normal ECG.  This was read by Felix G. Millhouse, M.D.

1/29/13 - Medical Note from the Hartford by Leslie H. Kim, M.D.  Primary Diagnosis:  Left knee osteoarthritis. Secondary Diagnosis:  Left knee chondromalacia.  Subjective Symptoms:  Reduction in pain.  Her physical examination demonstrated that she had minimal discomfort with flexion at 0-120 degrees range of motion.  Her medication included Norco, Flexeril, and naproxen.

5/6/13 - Medical Note from the Hartford by Leslie H. Kim, M.D.  The patient presented with decreased knee, back, and neck pain.  Range of motion 0-120 with minimal discomfort with flexion was noted.  An injection into the knee was given on 4/9/13.  Primary Diagnosis:  Left knee osteoarthritis.  Secondary Diagnosis:  Left knee chondromalacia.  Her medications included hydrocodone, cyclobenzaprine, Naprosyn, Lidoderm, and lidocaine.

5/31/13 – MRI of the Right Knee from Dignity Health Medical Foundation.  Conclusion:  Tear in the posterior horn and body of the medial meniscus.  This was signed by Dwight Mukuno, M.D.

6/5/13 - MRI of the Lumbar Spine without Gadolinium from Dignity Health Medical Foundation.  Impression: 1) Evidence of possible prior bilateral laminectomy at L5-S1, please correlate with history.  No evidence of recurrent spinal canal stenosis at this level.  2) Possible impingement of the existing right L5 nerve root due to facet osteophyte in the right L5-S1 neural foramen. 3) No other significant spinal canal or neural foraminal.  4) Severe bilateral facet arthropathy at L4-L5, worse on the right.  There was mild triangular narrowing of the spinal canal at this level.  This was signed by Gregory Rogalski, M.D.

6/25/13 - Medical Report by Unknown Source.  The patient sustained an injury on 10/5/12.  She reported the injury to her employer on 10/10/12.  Her past medical history was significant for measles, mumps, chicken pox, allergies, GERD, high blood pressure, hypothyroidism, and asthma.  She stated that she had some minor motor vehicle and one boating accident.  She is allergic to pollens, grass, chemicals, and molds.  Her medication

regimen included Aciphex, Synthroid, Norco, Lidoderm patch, valium, and cyclobenzaprine.  She had an ovarian cystectomy in 1977.  She also had left knee surgery in 12/12.  Family history was positive for stroke and diabetes.  She was treated with Flexeril, Norco, Lidoderm, knee injection, and over the counter drugs.  She mentioned that knee injections helped temporarily.  She had undergone x-rays of the back and knee.  Physical therapy and chiropractic were ordered.  The doctor recommended MRI to ensure cauda equina was not present.

## REVIEW OF SYSTEM:

Constitutional:  The patient has history fatigue.
Eyes:  The patient has no history of glaucoma, blindness or blurred vision.
ENT:  The patient has history of ringing in the ears, hearing loss, congestion and blurred vision.
Cardiovascular:  The patient has history of high blood pressure.
Respiratory:  The patient has no history of shortness of breath, wheezing, cough or require oxygen.
Gastrointestinal:  The patient has history of nausea, vomiting, heartburn, constipation and diarrhea.
Genitourinary:  The patient has history of frequent urination.
Endocrine:  The patient has history of thyroid problems and bleeding gums.
Musculoskeletal:  The patient has history of joint pain, muscle cramps and difficulty walking.
Skin:  The patient has history of itching and rash.
Neurologic:  The patient has history of headaches and dizziness.
Psychiatric:  The patient has no history of depression, anxiety, panic attacks, suicide attempts, suicidal thoughts, emotional problems and mood disorder.

## PHYSICAL EXAMINATION:

Height: 5'5"
Weight: 214 pounds

The patient is a well-developed, well-nourished, obese, pleasant and cooperative female.

## CERVICAL SPINE EXAMINATION:

| | |
|---|---|
| HEAD CARRIAGE/LORDOSIS: | Midline with normal lordosis. |
| TENDERNESS/SPASM: | There is mild tenderness over the trapezius muscles |
| AXIAL HEAD COMPRESSION: | Negative. |
| SPURLING SIGN: | Negative. |
| FACET TENDERNESS: | There is no tenderness to palpation. |

## CERVICAL SPINE RANGE OF MOTION:

| | Right | Left | Expected |
|---|---|---|---|
| Flexion | | 35 degrees | 30 degrees |
| Extension | | 35 degrees | 60 degrees |
| Lateral Flexion | 55 degrees | 55 degrees | 30 degrees |

2015090210000759

| Lateral Rotation | 70 degrees | **72 degrees** | 70 degrees |

**197**

UPPER EXTREMITY EXAMINATION:

| INSPECTION: | Negative. |
| TENDERNESS: | Negative. |
| SWELLING: | Negative. |
| EDEMA: | Negative. |

SHOULDER RANGE OF MOTION:

|  | Right | Left | Expected |
|---|---|---|---|
| Abduction | 180 degrees | 180 degrees | 180 degrees |
| Forward Flexion | 180 degrees | 180 degrees | 180 degrees |
| Internal Rotation | 90 degrees | 90 degrees | 90 degrees |
| External Rotation | 90 degrees | 90 degrees | 90 degrees |
| Crossed Shoulder Adduction | 40 degrees | 40 degrees | 40 degrees |

SHOULDER SPECIAL TESTS:

|  | Right | Left | Expected |
|---|---|---|---|
| Impingement Sign | Negative | Negative | Negative |
| Supraspinatus Test | Negative | Negative | Negative |
| O'Brien Test | Negative | Negative | Negative |
| Anterior Drawer | Negative | Negative | Negative |
| Yergason Test | Negative | Negative | Negative |
| Roos Test | Negative | Negative | Negative |
| Wright Test | Negative | Negative | Negative |
| Brachial Plexus Stretch | Negative | Negative | Negative |

ELBOW EXAMINATION:

|  | Right | Left | Expected |
|---|---|---|---|
| Flexion | 135 degrees | 135 degrees | 135 degrees |
| Extension | 0 degrees | 0 degrees | 0 degrees |
| Pronation | 80 degrees | 80 degrees | 80 degrees |
| Supination | 80 degrees | 80 degrees | 80 degrees |

ELBOW SPECIAL TESTS:

|  | Right | Left | Expected |
|---|---|---|---|
| Lateral Epicondylar | Negative | Negative | Negative |
| Medial Epicondylar | Negative | Negative | Negative |

Bertacchi-Freeman/Hartford001193

Bertacchi, Gloria QME 10/4/2013  Page            13

⬤ Cozen Test              Negative        Negative        Negative
  Ulnar Nerve Compression  Negative        Negative        Negative
  Elbow Flexion Test       Negative        Negative        Negative
  Cubital Tunnel Tinel     Negative        Negative        Negative
  Radial N. Compression    Negative        Negative        Negative

WRIST RANGE OF MOTION:

|  | Right | Left | Expected |
|---|---|---|---|
| Flexion | **75 degrees** | **75 degrees** | 80 degrees |
| Extension | **75 degrees** | **75 degrees** | 80 degrees |
| Radial Deviation | 15 degrees | 15 degrees | 15 degrees |
| Ulnar Deviation | 30 degrees | 30 degrees | 30 degrees |

WRIST SPECIAL TESTS:

|  | Right | Left | Expected |
|---|---|---|---|
| Tinel | Negative | Negative | Negative |
| Median Nerve Compression | Negative | Negative | Negative |
| Finkelstein Test | Negative | Negative | Negative |
| Grind Test | Negative | Negative | Negative |
| Ulnar Click Test | Negative | Negative | Negative |

SENSORY EXAMINATION:

Grossly intact in all dermatomes as to vibration and two-point discrimination.

UPPER EXTREMITY MUSCLE TESTING:

|  | Right | Left | Expected |
|---|---|---|---|
| Shoulder Abductors (C5) | 5/5 | 5/5 | 5/5 |
| Elbow Flexors (C5,6) | 5/5 | 5/5 | 5/5 |
| Elbow Extensors (C7) | 5/5 | 5/5 | 5/5 |
| Wrist Flexors (C7,C8) | 5/5 | 5/5 | 5/5 |
| Wrist Extensors (C6,C7) | 5/5 | 5/5 | 5/5 |
| Finger Abductors (C8,T1) | 5/5 | 5/5 | 5/5 |

UPPER EXTREMITY REFLEXES:

|  | Right | Left | Expected |
|---|---|---|---|
| Biceps | 2+ | 2+ | 2+ |
| Brachioradialis | 2+ | 2+ | 2+ |
| Triceps | 2+ | 2+ | 2+ |

Bertacchi-Freeman/Hartford001194

## LUMBAR SPINE EXAMINATION:

VISUAL INSPECTION:              Normal lordosis and alignment.
TENDERNESS/TRIGGER POINTS:      **There is mild tenderness noted at L3-L5 paraspinals.**
FACET TENDERNESS:               There is no tenderness noted.

PIRIFORMIS TESTS:

|                        | Right    | Left     | Expected |
|------------------------|----------|----------|----------|
| Piriformis Tenderness  | Negative | Negative | Negative |
| Piriformis Stress (FAIR)| Negative| Negative | Negative |

SACROILIAC TESTS:

|                        | Right    | Left     | Expected |
|------------------------|----------|----------|----------|
| Sacroiliac Tenderness  | Negative | Negative | Negative |
| Fabere's/Patrick       | Negative | Negative | Negative |
| Sacroiliac Thrust Test | Negative | Negative | Negative |

SCIATIC NERVE ROOT TENSION TESTS:

|                         | Right    | Left     | Expected |
|-------------------------|----------|----------|----------|
| Sciatic Notch Tenderness| Negative | Negative | Negative |
| Lasègue Sign            | Negative | Negative | Negative |
| Kemp's Test             | Negative | Negative | Negative |
| Bowstring Sign          | Negative | Negative | Negative |
| Seated Straight Leg Raise| Negative| Negative | Negative |
| Supine Straight Leg Raise| Negative| Negative | Negative |

OTHER TESTS:

|                    | Right    | Left     | Expected |
|--------------------|----------|----------|----------|
| Valsalva Maneuver  | Negative | Negative | Negative |
| Dejerine Triad     | Negative | Negative | Negative |
| Farfan Test        | Negative | Negative | Negative |

LUMBAR SPINE RANGE OF MOTION:

|                  | Right       | Left        | Expected      |
|------------------|-------------|-------------|---------------|
| Lateral Bending  | **28 degrees** | **28 degrees** | 30/30 degrees |
| Flexion          |             | **90 degrees** | 70 degrees    |
| Extension        |             | 20 degrees  | 20 degrees    |

● **There is mild pain with lumbar spine flexion and extension.**

<u>LOWER EXTREMITY EXAMINATION:</u>

VISUAL INSPECTION:           Normal.
TENDERNESS:                 **There is tenderness over the medial aspect of the right knee.**
EFFUSION:                   Negative.
SWELLING:                   Negative.
EDEMA:                      Negative.

HIP RANGE OF MOTION:

|                    | <u>Right</u> | <u>Left</u> | <u>Expected</u> |
|--------------------|------------|------------|------------|
| Flexion            | 120 degrees | 120 degrees | 120 degrees |
| Extension          | 15 degrees  | 15 degrees  | 15 degrees  |
| Internal Rotation  | 30 degrees  | 30 degrees  | 30 degrees  |
| External Rotation  | 45 degrees  | 45 degrees  | 45 degrees  |
| Abduction          | 45 degrees  | 45 degrees  | 45 degrees  |
| Adduction          | 30 degrees  | 30 degrees  | 30 degrees  |

● KNEE RANGE OF MOTION:

|           | <u>Right</u> | <u>Left</u> | <u>Expected</u> |
|-----------|------------|------------|------------|
| Flexion   | 135 degrees | 135 degrees | 135 degrees |
| Extension | 0 degrees   | 0 degrees   | 0 degrees   |

KNEE SPECIAL TESTS:

|                      | <u>Right</u> | <u>Left</u> | <u>Expected</u> |
|----------------------|------------|------------|------------|
| Patellar Compression | Negative   | Negative   | Negative   |
| Lachman Test         | Negative   | Negative   | Negative   |
| McMurray Test        | Negative   | Negative   | Negative   |
| Patellar Apprehension| Negative   | Negative   | Negative   |
| Grind Test           | Negative   | Negative   | Negative   |
| Anterior Drawer Test | **Positive** | **Positive** | Negative   |
| Posterior Drawer Test| **Positive** | **Positive** | Negative   |
| Pivot Shift Test     | **Positive** | Negative   | Negative   |

There is no evidence of instability.

● ANKLE RANGE OF MOTION:

|   | <u>Right</u> | <u>Left</u> | <u>Expected</u> |
|---|------------|------------|------------|

Bertacchi-Freeman/Hartford001196

| | | | |
|---|---|---|---|
| Dorsiflexion | 15 degrees | 15 degrees | 15 degrees |
| Plantarflexion | 50 degrees | 50 degrees | 50 degrees |
| Eversion | 15 degrees | 15 degrees | 15 degrees |
| Inversion | 30 degrees | 30 degrees | 30 degrees |

SENSORY EXAMINATION:

Sensation is intact as to pain, light touch and vibration.

LOWER EXTREMITY MUSCLE TESTING:

| | Right | Left | Expected |
|---|---|---|---|
| Plantarflexors (S1) | 5/5 | 5/5 | 5/5 |
| Foot Evertors (S1) | 5/5 | 5/5 | 5/5 |
| Foot Invertors (L5) | 5/5 | 5/5 | 5/5 |
| Big Toe Extensors (L5) | 5/5 | 5/5 | 5/5 |
| Knee Extensors (L4) | 5/5 | 5/5 | 5/5 |
| Hip Flexors (L2,L3) | 5/5 | 5/5 | 5/5 |

LOWER EXTREMITY REFLEXES:

| | Right | Left | Expected |
|---|---|---|---|
| Knee | 2+ | 2+ | 2+ |
| Ankle | 2+ | 2+ | 2+ |

Gait is normal.

FUNCTIONAL TESTS:

The patient has pain with squatting, kneeling and stopping bilaterally.

**DIAGNOSTIC IMPRESSION:**

1.     Cervicalgia (723.1).
2.     Degenerative joint disease/degenerative disc disease of the lumbar spine (722.5).
3.     Lumbago (724.2).
4.     Lumbar spinal stenosis (724.02).
5.     Lumbar spine sprain/strain (847.2).
6.     Bilateral knee medial meniscus tear (836.0).
7.     Status post left knee meniscal repair in December 2012.


**DISCUSSION/MEDICAL RESEARCH AND RELATED TREATMENT:**

Ms. Gloria Bertacchi is a 60 year old female who claims to have sustained injuries to her neck, back and right knee while performing her customary job duties as a pharmacy director for Cardinal Health on October 5, 2012. She stated that she was at a group counseling session when an angry patient pushed a chair towards her, she moved back against her chair to avoid getting hurt. She also stated that on September 27-28, 2012 and October 4-5, 2012, she had worked much harder and longer. She had manually filled pharmacy carts since their system was down and felt that motion triggered her pain. She felt sore the weekend after her work and could not get off the couch. She reported it to her boss on October 11, 2012 and she was seen at UHS Clinic in Rocklin. She had x-rays of her back and right knee which revealed negative for fracture. She was diagnosed with lumbar. thoracic, leg and knee sprain. Voltaren, Norflex, knee brace and pillow were prescribed and she was advised to undergo chiropractor therapy under the care of Dr. Armstrong but was not able to treat her because it was thought that it was cauda equina and MRI was requested. The applicant also stated that she had previously strained her right knee from a skiing 2 years ago but claims that she had a full recovery from that injury with no intervening symptoms. She was placed on modified duty but could not be accommodated by her employer, thus her last day of duty was October 10, 2012. On October 15, 2012 as per Dr. Chong's progress report, the applicant presented with knee, back and knee problem and was diagnosed with sprain or strain of cervical spine, sprain or strain of lumbar region and knee joint pain. Treatment includes ice packs, NSAID's and Lidoderm patch were prescribed and a hinge knee brace was applied to the right knee. A referral for physical therapy was indicated and she was placed on modified duty and was expected to get better with conservative therapy. It was the doctor's opinion that the underlying cause of the patient's symptoms was osteoarthritis, a non-industrial condition. On November 21, 2012 she consulted with Leslie Kim due to left knee pain and was advised to undergo left knee arthroscopy debridement meniscectomy and underwent the procedure on December 13, 2012. She continued treatment with Flexeril, Norco, Lidoderm, knee injection, and over the counter drugs. She mentioned that knee injections helped temporarily. She had undergone x-rays of the back and knee as well as physical therapy and chiropractic therapy.

After review of the submitted medical records it has come to my attention that even though the patient did not have prior back and neck pain, the patient deftly had pre-existing arthritic changes on her MRI. The patient's lumbar MRI done on June 5, 2013 showed multiple levels of facet arthritis and degenerative changes mostly at the L4/5 and L5/S1 levels. The findings are from years of chronic degenerative changes, however, the accident set into motion the development of chronic pain. As of this evaluation, the patient is believed to have reached maximum medical improvement and is permanent and stationary in regard to her back, neck and left knee. As for the right knee, the patient should be afforded complete surgery and postoperative physical therapy.

Allow me to cite some references following the need for a right knee arthroscopy and postoperative physical therapy:

I believe that the proposed treatment is in agreement with the ACOEM Guidelines, Second edition, Chapter 3 – Initial Approaches to Treatments, pages 46-47, under Patient's Comfort, which states that, *"Physical comfort can and should be achieved in several ways, one of which is by means of surgery."* Also, in Chapter 13 – Knee, under the subheading Surgical Considerations, on pages 343-345, *"knee surgery may be indicated for patients having activity limitation for more than one month; and failure of exercise programs to increase range of motion and strength of the musculature around the knee."* Continuing on pages 344 to 352, surgery is indicated for *"anterior cruciate ligament tears, meniscus*

tears, collateral ligament tears, patellofemoral syndrome, and osteochondral defects. "

As for the postoperative physical therapy, let me emphasize the legality of the intended therapeutic plan as referenced in Title 8, California Code of Regulations, Article 5.5.2 Medical Treatment Utilization Schedule (Postsurgical Treatment Guidelines § 9792.24.3), July 18, 2009, under (c) (2) Postsurgical Patient Management, affirms that, *"The medical necessity for postsurgical physical medicine treatment for any given patient is dependent on, but not limited to, such factors as the comorbid medical conditions; prior pathology and/or surgery involving same body part; nature, number and complexities of surgical procedure(s) undertaken; presence of surgical complications; and the patient's essential work functions."* Also, the allowable recommended visits applies to the patient as stated under *"Postsurgical treatment: (Meniscectomy): 12 visits over 12 weeks \*Postsurgical physical medicine treatment period: 6 months."*

## DISABILITY STATUS AND DATE OF MAXIMAL MEDICAL IMPROVEMENT:

The applicant is not able to perform her normal work activities as a pharmacy director. With regard to her back, neck and left knee condition, she has reached maximum medical improvement and is considered permanent and stationary on October 4, 2013.

With regard to her right knee, right knee surgery is still pending in the next few weeks and is not yet permanent and stationary.

## SUBJECTIVE FACTORS OF DISABILITY:

The applicant complains of right knee pain, left knee pain, neck and back pain.

## OBJECTIVE FINDINGS:

Cervical Spine:

There is mild tenderness over the trapezius muscles.

Lumbar Spine:

There is mild tenderness noted at L3-L5 paraspinals. There is restricted range of motion. An MRI scan done on June 5, 2013 showing abnormal findings.

Right Knee:

There are positive orthopedic tests and an MRI scan done on May 31, 2013 showing abnormal results.

Left Knee:

There are positive orthopedic tests. Status post left knee meniscal repair in December 2012.

Bertacchi-Freeman/Hartford001199

**RECOMMENDED WORK PRECLUSIONS:**

The patient can return to modified work on October 4, 2013 with the following restriction, if modified work is not available then the patient should be regarded as a Qualified Injured Worker.

In regard to the cervical spine, she should do no overhead activities, no activities involving repetitive motion of the neck or involving comparable physical effort.

In regard to the thoracic and lumbosacral spine, she should do no heavy lifting, squatting, stooping prolonged standing, sitting, kneeling, climbing, twisting, walking on uneven grounds or other activities involving comparable physical effort.

In regard to the bilateral lower extremities, she should do no heavy lifting, prolonged weightbearing, climbing, no repetitive use of stairs, walking on uneven surface, kneeling, crouching, crawling or other activities involving comparable physical effort.

The patient should also be precluded from repetitive lifting over 25 pounds.

**IMPAIRMENT:**

The AMA *Guides to the Evaluation of Permanent Impairment,* Fifth Edition is used in determining impairment ratings for the patient. Instances wherein combination of values was done involved use of the Combined Values Chart on pages 604-606.

For the determination of lumbar spine impairment, the diagnosis-related estimates (DRE) method is used. Referencing Chapter 15, Section 15.4, Table 15-3 on page 384, her lumbar spine condition is classified under DRE Lumbar Spine Category II due to the presence of mild tenderness noted at L3-L5 paraspinals and restricted range of motion and MRI scan finding showing abnormal findings. She is assigned *8% whole person impairment to the lumbar spine.*

For the left knee, methods of assessment of left lower extremity impairment are reviewed (Ref: Chapter 17, pp. 525-27, Tables 17-1 and 17-2). The patient is noted to have undergone left knee arthroscopic partial medial and lateral meniscectomy. Referencing Table 17-33 on page 546 the patient is given *4% whole person impairment for the left knee.*

For the cervical spine, Ms. Bertacchi presented with mild tenderness over the trapezius muscles, which is considered to be secondary to her work-related injuries. It is opined that the pain has affected some of her activities of daily living. As such, according to page 573 of the Guides, "*If the individual appears to have pain-related impairment that has increased the burden of his or her condition slightly; the examiner may increase the percentage by up to 3%.*" Therefore, an additional *2% whole person impairment* secondary to her ongoing pain symptoms is given.

Combining the 8% whole person impairment for the lumbar spine, 4% whole person impairment for the left knee, and adding 2% pain impairment, yields a total of **14% whole person impairment.**

Bertacchi-Freeman/Hartford001200

Right knee surgery is still pending in the next few weeks and is not yet permanent and stationary.

**CAUSATION AND APPORTIONMENT:**

Causation of the neck, back, and knees arose in the course of work but the insurance company keeps denying the case and acceptance of the claim. I had no legal paperwork that details the reason for denial of claim. Ms. Bertacchi had x-rays in the lumbar spine, which showed degenerative changes. Post-operative findings for her left knee showed degenerative joint changes, medial and lateral meniscal tears, and hypertrophic synovitis. However, it should be taken into account that she had no complaints of neck or back pain prior to the industrial injury claimed. The patient had one isolated episode preexisting knee pain in 2010. There is no imaging done only physical therapy. This early complaint of knee pain had fully solved before October 5, 2012. Her work duties as a pharmacy director included such as sitting, squatting, reaching, working overhead, flexing/twisting/side bending/extending the neck, walking, typing, grasping, standing, bending, pushing, kneeling, twisting, pulling and writing.

In discussing knee pain with occupational activities, the population-based case-control study by Cooper et.al., states "After adjustment for obesity and Heberden's nodes, the risk of knee OA was significantly elevated in subjects whose main job entailed more than 30 minutes per day squatting (OR 6.9, 95% CI 1.8-26.4) or kneeling (OR 3.4, 95% CI 1.3-9.1), or climbing more than ten flights of stairs per day (OR 2.7, 95% CI 1.2-6.1). The increase in risk associated with kneeling or squatting appeared to be more marked in subjects whose jobs entailed heavy lifting, but the size of the study did not permit precise delineation of any such interaction. These data suggest that prolonged or repeated knee bending is a risk factor for knee OA, and that risk may be higher in jobs which entail both knee bending and mechanical loading. (C Cooper, T McAlindon, D Coggon, P Egger, P Dieppe.   Occupational   activity   and   osteoarthritis   of   the   knee.   *Ann Rheum Dis* 1994;  53:90-93 doi:10.1136/ard.53.2.90).

For the lumbar spine, job activities that require prolonged sitting or prolonged standing, are also known to instigate or aggravate low back pain (LaDou J. Current occupational environmental medicine, 4th. Ed: Musculoskeletal injuries, Lang Med Books, 2004; pg 57-60).

For the cervical spine, it has been well-documented in evidence based medical studies that patients whose job duties require static neck postures, are at increased risk for neck strain syndromes (1] Waling K, Sundelin G, Ahlgren C, et al. Perceived pain before and after three exercise programs - a controlled clinical trial of women with work-related trapezius myalgia. Pain 2000; 2] Grieco A, Molteni G, De Vito G et al. Epidemiology of musculoskeletal disorders due to biomechanical overload. Ergonomics 1998).

There is within reasonable medical probability that the cumulative trauma through October 5, 2012 has lighted up the applicant's pre-existing condition to the neck, low back, and knees.

In compliance with Senate Bill 899, Labor Code Sections 4663 and 4664, as well as in the light of the Escobedo decision, the following is my opinion regarding apportionment.

For the left knee, 50% is attributable to the pre-existing degenerative changes and 50% is apportioned to the industrial injury.

The patient has chronic neck and back degenerative disc disease but has no pain, 50% is apportioned to degenerative osteoarthritis and 50% was triggered by onset of injury which is now stable.

Issues regarding apportionment to the right knee are deferred since the applicant has not yet reached maximum medical improvement to the right knee.

## PROVISION FOR FUTURE MEDICAL CARE:

The patient should be afforded complete surgery plan on the right knee and postoperative physical therapy.

For the cervical and lumbar spine, if the patient's pain does become aggravated, she should use moist heat and over-the-counter medication. She may require prescription medication, as well as brief courses of physical therapy, no more than 20 visits in any one given year.

For the left knee, she has been advised to use moist heat and over-the-counter medication. She would also benefit from a specialist consultation should her symptoms worsen and possible viscosupplemental injections for her arthritis.

## DISCLOSURE STATEMENT

I declare under the penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I received from others. As to that information, I declare under the penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe it to be true.

I further declare under the penalty of perjury that I personally performed the evaluation of the patient or, in the case of a supplemental report, I personally performed the cognitive services necessary to produce the report, and that, except as otherwise stated herein, the evaluation was performed and the time spent performing the evaluation was in compliance with the guidelines, if any, established by the Industrial Medical Council or the administrative director pursuant to paragraph (5) of subdivision (j) of Section 139.2 or Section 5307.6 of the California Labor Code

I further declare under the penalty of perjury that I have not violated the previsions of California Labor Code Section 139.3 with regard to the evaluation of this patient or the preparation of this report.

Signed and dated on October 30, 2013 in the County of Sacramento, California.

MICHAEL AMSTER, M.D., QME

2015090210007559

**207**

# Michael Amster MD

Pain Medicine, PM&R and Family Practice
Mailing Address - P.O. Box 4062   Davis, CA 95617
O (530)302-5773   F (530)231-2942

# QUALIFIED MEDICAL RE-EVALUATION

June 6, 2014

Michael G. McDonald, Esq.
McDonald Law Corporation
1800 Sutter Street, Suite 300
Concord, CA 94520-2563

Sedgwick
P.O. Box 14440
Lexington, KY 40512-4440
Attn: Jaqueline Coe

Gloria Bertacchi
5135 Moss Lane
Granite Bay, CA 95746

Emily Silver, Esq.
Mastaghni, Holstedt, Amick, Miller and Johnsen
19121 Street
Sacramento, CA 95811

**Re:**                              **Bertacchi, Gloria**
**Date of Birth:**            REDACTED 1953
**Date of Injury:**           CT October 5, 2012
**Employer:**                  Cardinal Health
**Occupation:**              Director of Pharmacy
**Insurance Carrier:**     Sedgwick
**Claim Number:**         30121028297-0001
**WCAB Number:**        ADJ8601089
**Date of Examination:**  June 6, 2014

## FEE DISCLOSURE

**Pursuant to 8 California Code of Regulations, Section 9795 (b) and (c), this report is submitted as an ML101.** This Qualified Medical Evaluation was performed with regard to her complaints in neck, low back, and knees. Total time spend included, but not limited to, face to face time with the examinee, record review time (including examinee questionnaire, MRI, x-rays, prior and current notes and cover letters), narrative report preparation and its review and final editing.
**Total time spent was 13 hrs 30 mins.**
- 1.5 hour (s) of face to face time  310pm-440pm
- 4.75 hour(s) of record review time
- 1.75 hours of medical research
- 5.5 hour (s)of report preparation time
- 13.5 hour(s) total combined time

Bertacchi-Freeman/Hartford001203

To Whom It May Concern:

Thank you for the opportunity to evaluate Ms. Gloria Bertacchi, in my Sacramento office located at 3000 T Street Suite 105, Sacramento, California, on June 6, 2014.

It was explained to Ms. Gloria Bertacchi that the purpose of the re-examination was for re-evaluation purposes only, and that as a report would be submitted, confidentiality would not exist. It was also explained to the applicant that a treatment relationship would not be established, and no treatment would be rendered. explained that to the applicant that I have/would be reviewing all documents provide to me by the parties. Ms Gloria Bertacchi was given the opportunity to ask questions about the process and my experience/background.

I would like to thank you the referring party/parties for placing their trust in me as a Board-Certified Pain Specialist and Qualified Medical Evaluator.

I take this expert role very seriously and always strive to perform an accurate, honest, impartial and thorough medical report regarding the complex issues presented in this case.

I came to the conclusions below from the oral history as presented to me by Ms. Gloria Bertacchi, review of the available medical records/diagnostic studies, history as presented by Ms. Gloria Bertacchi and current physica examination findings.

## WORK HISTORY:

At the time of injury, Ms. Gloria Bertacchi was working for Cardinal Health as a director of the pharmacy. Her last day of work was on October 11, 2012.

The applicant also worked for Staff USA from February 1999 to June 2012 as a pharmacy director/manager Sutter Health from July 2010 to September 2010 as a pharmacist and National Medical from January 1979 to January 1999 as a pharmacist/manager.

## CURRENT WORK STATUS:

Ms. Bertacchi is not working at this time. The applicant's employer would not accommodate her.

## INITIAL HISTORY AS RELATED BY APPLICANT:

Prior to the injury, the applicant reports no pain in the knee, back, or neck except for one episode in 2010 or 2011 where she had left knee pain but had resolved. She sustained an injury on October 5, 2012 while at work She stated that she was at a group counseling session between 2:30 pm – 3:40 pm, when an angry male patient pushed a chair towards her, she moved back against her chair to avoid getting hurt. The prior week, the patient had thrown a chair in the hallway and ended up hitting her foot but did not result an injury.

Bertacchi, Gloria  QME Re-Evaluation  6/6/14                                                                    Page 3

On September 27 to September 28, 2012 and October 4 to October 5, 2012, the applicant stated that she worked much harder and longer, manually filled pharmacy carts since the system was down, six feet above and below the floor and she felt that motion also triggered her pain.  The weekend after her work, she felt sore that she could not get off the couch so she reported it to her boss on October 11, 2012 and was seen at UHS clinic in Rocklin.  She had x-rays of her back and right knee which were negative for fracture.  She was diagnosed of lumbar, thoracic, leg and knee sprain.  She was also given prescription for Voltaren, Norflex, knee brace, pillow and told to get chiropractic therapy.  She was referred to Dr. Armstrong for this but was not able to treat her as she thought it was cauda equina and requested to undergo an MRI.  She also states that she did previously strain her right knee approximately 2 years ago from skiing and states that she made a full recovery from that injury and denies intervening symptoms.  She was placed on modified duty but could not be accommodated so her last day of work was October 10, 2012.  She also received treatment through Kaiser Permanente.

On November 5, 2012, Dr. Chong diagnosed the applicant with strains of the cervical spine, lumbar spine and right knee.  She was also referred to Dr. Nguyen who has given her bone density test, blood tests, Flector patch as well as drug testing and was referred to Dr. Kim for an Orthopedic evaluation.  Dr. Kim recommended her to have an MRI.  She also had left knee surgery and injections, physical therapy and was given medications.  She was diagnosed of having meniscus tear in her knees, lumbar disc and nerve injury as well as radiculopathy bilaterally.  She was also advised modified work from November 13, 2012 to present with light work restrictions.

## INTERVAL HISTORY AS RELATED BY APPLICANT SINCE INITIAL QME on 10/4/13:

Since the initial QME in October 2013, the applicant has had a right knee surgery.  This was a right knee lateral meniscus repair by Dr. Kim at surgery center in Daly City California on December 26, 2013.  The applicant reports that her right knee continues to be painful and that she had minimal improvement.  She continues to have chronic low back pain and bilateral knee pain.  Since the last evaluation, she has had at least an additional eight physical therapy sessions at Vibrant rehabilitation.  She continues to have quarterly visits with her primary treating physician and is being prescribed Norco and Lidoderm patches as the mainstay of her treatment.  The applicant has not returned back to work.  She continues to have chronic pain and hopes for better function and improved pain control.  She feels that she has plateaued overall with regards to her care and improvement.  She continues to have problems with authorization through her workers compensation insurance.  There are no changes in her condition and her work status has not changed since her last visit.  Her overall goals with worker's compensation claim are to better function, improved pain control, and to get back to some meaningful employment.

## CURRENT COMPLAINTS:

The applicant complains of right knee pain, left knee pain, neck and back pain.

## UPDATED ACTIVITIES OF DAILY LIVING:

Bertacchi-Freeman/Hartford001205

2015090210000759

Bertacchi, Gloria QME Re-Evaluation 6/6/14

**210** /

Page 4

The applicant was specifically questioned regarding her activities of daily living, and the effect of her injuries on her normal activities of daily living, and she has provided the following responses:

1.   Regarding the ability to perform personal self-care activities including washing, dressing, using the bathroom, the applicant indicated that she need some help but she manage most of her personal self-care.

2.   Regarding the ability to lift and carry objects, the applicant indicated that she can lift very light objects.

3.   Regarding the ability to walk, the applicant indicated that because of her injury and discomfort, she walks a limited distance or she use a cane, crutches, or walker.

4.   Regarding the most energy level of activity that she could do for at least two minutes, the applicant indicated that she can do very light activity.

5.   Regarding the ability to climb one flight of stairs, the applicant indicated that she is unable or cannot do this activity.

6.   Regarding the ability to sit for 30 minutes to an hour, the applicant indicated that she experiences a lot of difficulty but she can still do the activity.

7.   Regarding the ability to sit for two hours, the applicant indicated that she is unable or cannot do this activity.

8.   Regarding the ability to stand or walk for 30 minutes, the applicant indicated that she experiences a lot of difficulty but she can still perform the activity.

9.   Regarding the ability to stand or walk for two hours, the applicant indicated that she is unable to or cannot do this activity.

10.   Regarding the ability to reach and grasp something off a shelf at eye level, the applicant indicated that she experiences no difficulty and she can easily perform the activity.

11.   Regarding the ability to reach or grasp something off a shelf overhead, the applicant indicated that she is unable or cannot do this activity or someone helps her.

12.   Regarding any difficulty with pushing and pulling activities, the applicant indicated that she experiences some difficulty but she can still perform the activity well enough.

13.   Regarding any difficulty with gripping, grasping, and holding and manipulating objects with the hands, the applicant indicated that she experiences some difficulty but she can still perform the activity well enough..

14.   Regarding any difficulty with repetitive motions such as typing on a computer, the applicant indicated that she experiences some difficulty but she can still perform the activity well enough.

15.   Regarding any difficulty with forceful activities with her arms and hands, the applicant indicated that she experiences a lot of difficulty but she can still do the activity.

Bertacchi-Freeman/Hartford001206

Bertacchi, Gloria  QME Re-Evaluation  6/6/14                                                    Page 5

16.     Regarding any difficulty with kneeling, bending or squatting, the applicant indicated that that she is unable or cannot do this activity or someone helps her.

17.     Regarding any difficulty with sleeping, the applicant indicated that her sleep is greatly disturbed (4-5 hours sleepless) since her injury.

18.     Regarding sexual activity since and because of her injury, the applicant indicated that it is much less frequent because of her injury.

19.     Regarding her pain at the moment, the applicant indicated that it is moderate at the moment.

20.     Regarding her pain most of the time, the applicant indicated that her pain is moderate at the moment.

21.     Regarding how much the injury and/or pain interfered with her ability to travel, the applicant indicated that a lot or most of the time she cannot sit in the car too long without breaks.

22.     Regarding how much the injury and/or pain interfered with her ability to engage in social activities, the applicant indicated that it interferes most of the time.

23.     Regarding how much the injury and/or pain interfered with her ability to engage in recreational activities, the applicant indicated that it interferes most of the time.

24.     Regarding how much the injury and/or pain interfered with concentrating and thinking, the applicant indicated that it does not interfere.

25.     Regarding how much the injury and/or pain caused emotional distress with depression or anxiety, the applicant indicated that her pain and injury have caused emotional distress some or a little of the time with mild depression or anxiety from the injury or discomfort.

**EPWORTH SLEEPINESS SCALE:**

The Epworth Sleepiness Scale is used to determine the level of daytime sleepiness. A score of 10 or more is considered sleepy. A score of 18 or more is very sleepy. If the applicant has a score of 10 or more on this test, they may need to see a sleep specialist.

It should be noted that the applicant has reported some degree of difficulty sleeping due to ongoing symptoms. The applicant's score on the Epworth Sleepiness Scale totaled 6.

**CURRENT MEDICATIONS:**

The applicant is currently taking Norco and Lidoderm patch, and as needed Cyclobenzaprine.

**ALLERGIES:**

The applicant has known allergies to pollens, grass, chemicals, and molds.

## PAST SURGICAL/HOSPITALIZATION HISTORY:

The applicant underwent an ovarian cystectomy in 1977 and left knee surgery in December 2012 and right knee surgery in December 2013.  She also had infertility surgery.

## PRIOR NON-WORK RELATED INJURIES:

The applicant had some minor motor vehicle and one boating accident.

## PREVIOUS WORKERS' COMPENSATION INJURIES:

The applicant has left knee injury in 2010/2011.

## PAST MEDICAL HISTORY:

The applicant has a history of GERD, high blood pressure, hypothyroidism, asthma and allergies.  She also has a history of measles, mumps, chicken pox and allergies as a child.  No changes since the initial QME 10/4/13.

## FAMILY HISTORY:

The applicant's father has a history of cardiovascular disease and diabetes.  Her mother had a history of stroke as well as cardiovascular disease.  She has a brother who has diabetes.  No changes since the initial QME 10/4/13.

## SOCIAL HABITS:

The applicant is married.  She has a history of smoking in the past.  She does not drink alcoholic beverages or use illicit drugs.  No changes since the initial QME 10/4/13.

## CHRONOLOGIC REVIEW OF RECORDS:

I received two moderate sized 2+inches packages of records for this re-evaluation. I reviewed the available medical records with a fine tooth comb to make sure was not missing any pertinent information.  There were some duplicate records from the initial QME, however, most were new records. This included non-pertinent primary care records for visits for a rash, active problem list, obesity, hypertension, hypothyroidism, hyperlipidemia, and asthma. In review of all the able medical records, there was only one mention of prior knee pain in 2010.  There was no mention of prior back and neck pain in the medical records.  The first mention of neck and back pain is from a Kaiser Permanente visit on October 15, 2012 with a complaint of back and neck problem with a date of injury of October 5, 2012.  This is the first mention of these areas of pain in the

Bertacchi-Freeman/Hartford001208

applicant's Kaiser Permanente records that I have available for my review.   The applicant changed her insurance in November 2012, and transitioned out of Kaiser Permanente around the end of November 2012.

5/23/00 - Medical Note.  The patient complained of back pain, left flank pain and abdominal pain which she thought was due to lifting an object.  Her symptoms were aggravated by sitting; resting and lying down improved the pain.  She reported that there was a positive tenderness on her left mid back and flank area. Assessment/Treatment Plans:  Back/left flank pain, suspected as musculoskeletal etiology.  KUB was ordered to rule out possible kidney stone.  Urinalysis was also ordered.  Robaxin was prescribed.  Back exercises were recommended.

6/8/00 - Medical Report by Patricia Fone, M.D.  The patient was complaining of some low back pain, left greater that right and some microscopic hematuria.  She had pain for about month and at that time she notices that she had lifted something heavy and had been doing some swimming.  Her pain was now getting better.  It was initially thought as a musculoskeletal problem.  There was also a possibility of microscopic hematuria and based on the laboratory data, there was a small occult blood, but microscopic did not denote any RBC per HPF. Past Medical History:  She was recently diagnosed with diverticulitis following sigmoidoscopy.  She also had hay fever problems and low thyroid.  Past Surgical History:  She had ovarian cystectomy and tubai ligation. Her medications were Synthroid and Allegra.   Family History:   Significant for diabetes was her cousins. Physical Examination:  She had a mild midline low back pain.  Impression/Plan:  1) Back pain, left greater that right.  This was suspected to be musculoskeletal due to the location.  There was a possibility that she had some microscopic hematuria.  2) Dip positive occult blood, but no RBC per HPF on recent laboratory evaluation or today.  A repeat urinalysis with microscopic was ordered.  If the result showed greater than three RBC per HPF, a full upper and lower tract evaluation would be necessary, or if the pain persists or became more consistent with renal colic, then an upper tract evaluation would be needed.

9/5/02 - Progress Note.  The patient complained of left arm pain and fatigue.  Her face was also felt hot and flushed.  She was having some "C/P" [chest pain] and her blood pressure was increased.  She had arm pain which shoots from the upper shoulder and into her arm.  Past History:  She had a history of decreased thyroid and increased cholesterol.  Assessment/Treatment Plans:  1) Chest pain.  2) Arm pain.  She as advised to go to the emergency room for cardiac evaluation.

10/13/10 - Initial Orthopaedic Consultation by Leslie H. Kim, M.D.  The patient complained of left knee pain for two weeks.  History of Present Injury:  She indicated that her left knee pain started when she was held up in traffic in a static position in her vehicle for an extended period of time.  She suddenly felt a left knee pain at the region of the patella at the medial aspect of the patella at the medial facet.  She currently felt that her pain was unrelenting.  After this episode, she had an occasional patellofemoral pain, particularly on changing directions and turning to the left with body movements.  She noted that there was still no improvement over the last two weeks.  Past Medical History:  She had a history of migraine headaches which was varied in intensity and frequency and history of hypertension.  She had seasonal asthma that she sometimes treated with rescue inhaler. She had a poorly controlled psoriasis.  She also had a history of hypothyroidism as well as gatroesophageal reflux disease.   Current Medications:   She was currently treated with Synthroid, Aciphex and hydrochlorothiazide. Past Surgeries:  She underwent an ovarian duct tubal repair in 1995, ovarian cyst excision

Bertacchi-Freeman/Hartford001209

Bertacchi, Gloria QME Re-Evaluation 6/6/14

**214**

Page 8

at left ovary in 1978, and tonsillectomy in 1963. Diagnostic Imaging: AP lateral of left knee and Merchant view of bilateral patellofemoral joints were pending. Physical Examination: She had a blood pressure of 144/106 mmHg. Assessment: 1) Hypothyroidism. 2) Hypertension. 3) Gastroesophageal reflux disease. 4) Bilateral knee greater on the left than the right patellofemoral chondromalacia. Plan: She was advised to start some physical therapy based on the patellar chondromalacia diagnosis, left greater than right. She agreed on this, so prescription was provided.

11/29/10 - Medical Note. The patient was attending physical therapy for her left knee which she found to be beneficial. She reported that she was now able to stand up and walk. Patellofemoral crepitus was noted. Assessment: Same bilateral patellofemoral chondromalacia. Plan: Continued physical therapy and home program were advised. Injection should be made available if she decided to proceed with it.

1/25/11 - MRI of the Left Knee without Contrast from Health Diagnostics. Impressions: 1) Partial root tear of the posterior horn of the posterior horn root attachment at the medial meniscus, with extension to the posterior horn and posterior aspect of the body of the medial meniscus. Associated mild peripheral subluxation of the body segment of the medial meniscus into the medial joint line. 2) Focal osseous contusion and marrow edema of the peripheral margin of the medial femoral condyle and posteromedial femoral condyle with overlying shallow chondral fissuring.

11/13/12 - Orthopaedic Progress Report by Duane Medeiros, Msn-NP. The patient presented for follow-up with her left knee pain. She complained of right knee, low back and neck pain. Her left knee pain was rated as 6-7/10. She reported that her knee pain had increased since the last visit, which she developed swelling and intermittent dull pain especially when weight bearing. She had 12 sessions of physical therapy for her left knee which allowed her to walk without pain. her right knee pain was 1/10 with swelling, dullness and constant pain. X-ray of the right knee was done. She reported that she had two physical therapy sessions in 10/2012 for her right knee and lower back. Her right knee was not appr5oved as workers compensation claim so she had not had any additional sessions. She was open to consider injections or surgical option for her knees. Her neck pain was 5/10, mid back to neck radiating pain with stiffness, constant dull aching pain. Her back pain was rated as 5/10. The pain was localized in mid to lower back, throbbing, and constant dull aches. She complained of numbness and tingling in her both hands and legs. Recently, she noted a sudden onset of incontinence. Her PCP referred her to a chiropractor, but the chiro refused to treat her until she had a neurology consult. She would seek a neuro consult from her PCP. She had taken flexoril and Naprosyn. She reported that she was currently taking an over the counter Tylenol and Benadryl. She was also using Lidoderm patches. She was on temporary disability. Objective: On examination, it was noted that she had pain on compression and compression with rotation. The bilateral upper reflexes were absent and noted a bilateral interscalene tenderness. She had pain on palpation on the spinous process L4-S1 and lower extremity reflexes were also absent. For the examination of her left knee, it appeared that she had a positive medial Mcmurray sign and positive MMT findings. There was also tenderness at the medial joint line. Assessment: 1) Chondromalacia. 2) Osteoarthritis knee. Plan: The patient had a poor performance in physical therapy and with other conservative treatment, so surgery was discussed. She was to have a preoperative consultation with Dr. Kim. Flexoril was prescribed.

Bertacchi-Freeman/Hartford001210

11/15/12 - Office Visit by Thuy Rose Nguyen, D.O.  The patient presented with left knee and neck pain since October 5th after she injured her left knee.  She was planning to go to physical therapy.  She had a meniscus tear and had a plan on having a repair.  She had a medial knee pain and had difficulty in walking.  She had to rest her knee after she walked for about 1.5 blocks.  She also had a back pain which might be aggravated by overreaching at work.  Urinary incontinence with urgency was noted on 10/7 and continued to have urinary incontinence for few times a week.  The x-ray of the back and neck were done.  She tried to use Benadryl because of her insomnia.  She reported that she could not stay asleep and woke up every two hours.  Physical Examination:  On examination, her pedal pulses were 2/4.  Mild tenderness was noted over the lumbar spine.  She had a positive straight leg test on the right.  She could ID all points on mono filament testing in all extremities though she had decreased sensation in certain areas not corresponding to certain dermatomes.  Assessment and Plan:  1) Hypertension.  Comprehensive metabolic panel was advised.  2) Overweight.  Lipid panel with DLDL reflex was ordered.  3) Low back pain.  The MR lumbar spine without contrast was ordered.  4) Unspecified hypothyroidism.  The TSH with free T4 reflex was ordered.

11/15/12 – Visit Notes by Cherry Mendoza, M.A.  The patient complained of hypertension, back pain and bilateral knee pain.  She had run out of hydrochlorothiazide for three weeks prior and she had not taken since then.  She admitted that she was not checking her blood pressure at home and it appeared elevated on today's' evaluation.  Her back pain was not improved and reported that she was not performing the daily stretches for her back.  She was followed by ortho for her meniscus injury.  She was in physical therapy.  She was status post knee surgery.  Hyperlipidemia was discussed.  Physical Exam:  Her blood pressure was 136/92 mmHg.  Assessment and Plan:  1) Hypertension.  She was instructed to restart hydrochlorothiazide.  2) Other and unspecified hyperlipidemia.  Lipid pane with DLD reflex was ordered.  3) Preventive health care.  She wanted to establish with OB for well woman exam.  Mammography screening, as well as OB Gyne general referral was ordered.  4) Chondromalacia of left knee.  She was worried about her bone density and wished to have screening.  Complete dexa was advised.

12/5/12 and 12/19/12 - Orthopaedic Progress Report by Leslie H. Kim, M.D.  On 12/5/12, she presented for preoperative visit for her left knee.  She noted that her pain was slightly decreased since her last visit.  She was taking Flexeril for pain.  She was currently off work for disability.  Medial joint line was noted.  Diagnoses:  1) Osteoarthritis knee.  2) Chondromalacia.  3) Internal derangement knee.  She was scheduled for the left knee arthroscopy and informed consent was obtained.

On 12/19/12, the patient presented for post-operative appointment.  She underwent a left arthroscopic partial medial and lateral meniscectomy on 12/13/12.  She had a minor pain that was aggravated by walking.  She described her pain as achy and at times sharp.  She was taking Norco and vistral on as needed basis.  Upon examination, mild effusion was noted.  Diagnoses:  1) Osteoarthritis knee.  2) Chondromalacia.  3) Internal derangement knee.  Assessment:  Status post left knee arthroscopy with partial meniscectomy.  Plan:  She was to start on WBAT and postoperative physical therapy was prescribed.

12/21/12 – Medical Report by Greg Rice, P.T.  The patient stated that she noted a gradual improvement on her condition since the surgery.  However, she was still complaining of pain and mobility restrictions.  Her current standing and walking tolerance was reported as three minutes and her sitting tolerance was 20 minutes before

Bertacchi, Gloria QME Re-Evaluation 6/6/14

her knee pain was aggravated. The left knee active range of motion showed that flexion was 107 degrees and extension was -5 degrees. The prone left knee bend was 85 degrees. <u>Treatment Plan:</u> Her treatment would include ultrasound, myofascial release, joint mobilization, patient education for symptoms and load management skills, therapeutic exercise with a home program and IFC electrical stimulation.

12/27/12 to 3/21/13 - Medical Note. The patient had attended 17 sessions of physical therapy. The treatment included ultrasound, myofascial release, and interferential current and hot packs.

1/24/13 - Orthopaedic Progress Report from West Bay Orthopedic Medical Group. The patient stated that her left knee pain had reduced since her last visit. She had completed six physical therapy sessions which helped to increase her strength and was now able to walk with led pain. She reported a continued some achy sharp pain. She reported that she was currently taking norco, Flexeril and Naprosyn on as needed basis. She was no currently working and was on disability. On examination, her range of motion on the left knee was 0.120 with minimal discomfort with flexion. <u>Diagnoses:</u> 1) Status post left knee arthroscopy with partial meniscectomy. 2) Osteoarthritis knee. 3) Chondromalacia. 4) Internal derangement knee. <u>Plan:</u> Her physical therapy, twice a week for six weeks was renewed.

1/28/13 - Correspondence by Greg Rice, P.T. The patient continued to follow up twice a week regarding her left knee pain following a meniscectomy on 12/13/12. Upon examination, dated 1/22/12, flexion was 122 degree and extension was -3 degree, which showed an improvement on her knee motion. Sensitivity was noted at the end of range of flexion and with extended weight-bearing episodes. She was able to moderately tolerate the strength and stabilization activities initiated at the clinic gym.

2/26/13 - Orthopaedic Progress Report by Leslie H. Kim, M.D. The patient reported that her left knee pain was decreased since her last visit. She completed a six physical therapy sessions which she found beneficial. She would like to have an additional physical therapy prescribed. She continued taking flexeril, Naprosyn, and Norco. She was still not working and still on disability. Upon examination, it was noted that she had a mino. antalgic gait favoring left lower extremity. Her range of motion was 0-125 degrees on the left and 0-130 on the right. <u>Diagnoses:</u> 1) Status post left knee arthroscopy with partial meniscectomy. 2) Chondromalacia. 3) Osteoarthritis knee. 4) Internal derangement knee. <u>Assessment and Plan:</u> Additional physical therapy with progression of exercises as tolerated was requested. The patient's off work and disability would be extended until 5/2013.

2/27/13 - Deposition of Gloria Bertacchi.

Page 7: The last time she worked was on 10/10/12 or 10/11/12. At that time, she was employed at Sierra Vista Hospital in Sacramento. She was hired as a director pharmacy in 6/29/12 and she started on 7/1/12. Her job duties were to manage and provide staffing for the pharmacy.

Page 8-11: She had a doctorate degree in pharmacy from University of pacific in Stockton, California in about 1975 or 1976. Prior to that, she was at university of Santa Clara. She wet there for two years from 1971 to 1973 and she did an online school for MBA, America's University, 2002. Prior to Sierra Vista, she was

Bertacchi-Freeman/Hartford001212

201509021000759

|217

working at Staff USA which was a staffing agency who provided pharmacy and other medical services to the government primarily.  She worked there from 1999 to 2012.  Their primary office was in Rocklin but she had worked at various pharmacies throughout the country and state.  She was doing pharmacy home healthcare in Rocklin, California and was also working at the administrative offices in Rocklin.  As a primary home healthcare, she was responsible for preparing the IV's, delivered the IV's and administer the medications and monitor the patient.  She was physically standing, lifting, bending, and stooping.  She was carrying an IV which might be ten pounds.  She carried things roughly one to ten pounds or maybe more.  She walked from the car to the inside of the patient's home and indicated that she did not use stairs.  As far as she could recall she started working at the pharmacy home healthcare at the end of 2011 and the beginning on 2012.  After that, she worked at the admin offices in Rocklin, California and the later in Roseville.

Page 11-:  At the admin office, she was required to do typical administration management staffing.  She was managing around 15 to 20 employees.  The physical requirements of this job would include sitting in front of the computer, bending, stopping, moving boxes and sorting of things.  The boxes were mostly banker's boxes, but there were other smaller boxes.  She was normally uses a cart to pull these boxes.

Page 12:  these boxes from the cart were set on the floor, table or sometimes at the top of each other.  These boxes might probably weight roughly ten to twenty pounds.  She explained that sitting varied per day and sometime she was required to travel on other locations.  She stated that she was driving especially when she was doing pharmacy work.

Page 13:  Prior to working at pharmacy home healthcare, she worked at St. Helena Hospital in about August or September 2011.  She also worked at clear Lake Hospital between September to November 2011 as a pharmacist.  The physical requirements of these job would include data entry in the computer, lifting, bending, stooping, walking, filling carts, making IV's, carrying IV's, putting on gowns and masks when she had to go to the ICU.  She was typically using closed-toed shoes with soft sole when she was doing the home healthcare.

Page 14-:  Her work at Sierra Vista was more on pharmacy related and more.  There was more bending, stopping, straining, filling of carts, more pharmacy duties and also group counseling.  They also had management leadership rounds which they were required to go to the units.  She added that there was not only doing administrative duties.  They act like really a pharmacist and not just the director of the pharmacy.

Page 15-16:  In June 2011, she believed that she was working as staff USA.  They also did a property management and also had an auction house.  Her administrative duties at the staff USA would include medical staffing, pharmacy staffing, auction house and for the property management.  Physically she was required to do sitting in front of the computer, sometimes moving boxes in the auction house or rearranging offices.  She did not move heavy things; she would just tell them where to move it.

Page 17-18:  These boxes would typically weigh ten to twenty pounds.  A day prior to 10/5/12, all the pharmacy system had gone down in the hospital when the electricity went down.  So she and Veneta Singh, a pharmacy tech stayed late on the 4th to manually fill the carts and the narcotics.  This also happened on 9/27 and 9/28,

**Bertacchi-Freeman/Hartford001213**

Bertacchi, Gloria QME Re-Evaluation 6/6/14                                                                  Page 12

where they also had to stay late. Her normal hours of work was from 8:00 to 4:30 p.m., but on 10/4 they stayed until 7:00 p.m. On 9/27 and 9/28 they also stayed until 7:00 p.m. 8:00 p.m.

Page 19-20: When the system went down, she went to the assistant administrator, who worked for Mike Zauner, the administrator and she requested for overtime for the pharmacy technician. She also requested for food to be brought to the pharmacy. She spoke to the nursing administrator as well as other nurses. She reported some pain on 10/5 but not until the end of the day. The pain was localized on her right knee. She had a previous left knee injury in 2010 which she sustained while she was working at both Sutter Roseville Hospital at night and PMC Pharmacy during the day. She noticed problems when she was at Sutter and her left knee went out when she was at PMC pharmacy.

Page 21-23: She used to ski and about 40 years ago, she sustained a right knee sprain. She stated that she did not file a claim against Sutter or PMC. However, she had a physical therapy for her left knee. She saw Dwayne Medeiros who worked for Dr. Kim at West Bay Orthopedics. She stated that her course of employment was the other cause her injury and explained that at Sierra, she was required to do a lot of reaching, stooping, straining, bending, especially in narcotics cabinet. She was only five feet one and the pharmacy cabinets were high. She was not sure if there was an available stepladder, but she was using something to step on in reaching for the higher cabinets. She had to bend down when it comes to the lower cabinets.

Page 24-26: The deponent was claimed that she injured her back and neck. She was currently having physical therapy for her back and knee. She was going to Swanson and Schaack Physical therapy with Greg Rice since December. Prior to that, she was at Seaton Medical Center for her back and the physical therapy in Daly City. She also received treatment at Kaiser since October. She was currently treating with Dr. Kim in Daly City. According to her, she had not received any chiropractic treatment since 10/2012. Dr. Hedge, wanted her to see a chiropractor. She went to see Dr. Armstrong, but her refuse to treat him because of the incontinence that she had in 10/7. He believed that she had a cauda equine syndrome. She was told that she needed a neurological consultation and instructed to return to Dr. Hedge and get a neurological consultation before seeing any chiropractor.

Page 27-28: Ms. Bertacchi hobbies would include riding a stationary bike and sometimes swimming. At the physical therapy, weights were placed on her legs and were asked to lift them. The last time she went to a gym was a week ago. She was not currently doing any weights at the gym. She belongs to 24-Hour Fitness for about a year and stated that she was visiting the gym for about two to three times a week.

Page 29-30: Her neck and back pain was not totally improved since she had been off work. She indicated that she was not sure if there were any other job that she could do because her primary vocation was pharmacy and it was a difficult job because she had to do a lot of active manual type of labor. Therefore, she was looking for a job that was more sedentary. She had contacted other staffing places, but the staff USA was not open anymore. She stated that she did not resign in Sierra, they just did not accommodate her. She talked to Brad Mathis, her supervisor regarding her modifications. She was told by Brad that the only modification available for her was doing the group counseling. She stated that she wanted to rearranged the narcotics cabinet and rearrange some things in the pharmacy as well as the desk, but these were not ADA complaint.

Bertacchi-Freeman/Hartford001214

Page 31-32: She explained that the desks were not ADA compliant because the desks were too closed and there was a lack of space. Her chair does not also have arms, but she already asked Brad for it which was about after he had the notice from Dr. Hedge regarding her restrictions. She explained that using an armchair would allow her to rest easier. Sitting on a chair without arms would be difficult in case a person had a back problem. Her symptoms were preventing her from returning to her work. She believed that she had long term disability insurance. She was currently on a short term disability with the Hartford and with the State. She believed that her insurance was from the Cardinal Health, her employer.

Page 33-36: Her short term disability payments was around $800 a month plus the state disability, so she was receiving about $2000. She reported that the Cardinal was deducting everything for her medical insurance. She reported that she was also having limitations in walking and sitting for a prolonged period of time. She had a motor vehicle accident, but she could not recall the year; all she knew was that Joseph Cooper was the attorney. It was a settlement of about $3,500 and was a minor accident. She had another minor vehicle accident which she believed was on 2011, but she never file any medical claim for it. She reported that she was taking hydroclorothiazide for her high blood pressure. Sometimes she was taking Allegra for her asthma, but she had an asthma inhaler that she used when needed. She was taking Aciphex for the acid reflux which was present for about five to years already. She previously had a doctor at Kaiser, but now she was seeing Dr. Nguyen.

Page 27-41: She had seen Dr. Nguyen once and she tried to get an MRI. The last time she was treated at Kaiser Roseville was in 11/2012 in occupational health. The staff USA closed in 2012. On October 5th at Sierra, while they were having group counseling, they had about 15 to 20 patients in the room and right towards the end of the counseling sessions, one of the patients who was sitting got very angry and very agitated. The patient stood up and started screaming and pushed chair back, so Ms. Bertacchi moved back to her chair with her right knee to avoid the patient and keep track on him and everything else in the group counseling sessions. She noticed that her right knee was injured after she filled all then forms and was walking to the pharmacy. The pain reminded her of the pain she had before in her left knee. Her right knee pain was felt more on the front and she was told that it was a meniscus tear. She was also diagnosed with arthritis in her knees. She believed that Dr. Chong, the occupational health doctor had diagnosed her with arthritis.

Page 42-44: Her neck and back injury was sustained on 10/5/12. On the same day, she also sustained a right knee injury. The incident that happened during the group counseling sessions was documented in the patient's chart. She notified Brad Mathis verbally and in writing about the incident after a week. There were other incidents at the Cardinal health that she was involved but she was not able to document them. The patient's that were seen at Cardinal health were psychiatric patients, most were psychotic drug abusers. The group counseling in 10/5 was focus on drug abuse and drug use. They also talked about that drugs that they had used. Cardinal Health did not provide any training on dealing with psychiatric patients. She had not even counseled these types of patient in the past.

Page 45-47: According to her, she was doing 30 percent more manual labor at the Cardinal Health, but in the past, she would say that it was only 5 percent of doing administrative job. She was currently treated by Dr. Kim. She reported that she was currently experiencing neck and back pain. Her right knee injury was also

Bertacchi-Freeman/Hartford001215

2ᴖ1509ᴖ21ᴖᴖᴖ759

**220 /**

Bertacchi, Gloria  QME Re-Evaluation  6/6/14                                                                          Page 14

treated by Dr. Kim and she believed that she was diagnosed with meniscus tear.  She stated that she had been involved in a lot of violent incidents at work.  She reported that recently that one of the patient had thrown a phone book and hit her right knee.  In addition, she also had to do management leadership rounds on the adolescent unit and there was a time that they grab her around her waist, hug her or touch her in various ways. She stated that she liked the group counseling and enjoyed being with the patient.  Most of the time, she was all alone in doing the counseling for these patients.

This is 54-page condensed deposition.  The proceedings lasted for 1 hour and 15 minutes.

3/21/13 - Correspondence by Greg Rice, P.T.  The patient's follow-up continued twice a week for her left knee following her meniscectomy surgery on 12/13/12.  She continually complained of weight-bearing limitation and difficulty with stairs due to her knee pain.  It was noted that her mobility had improved, although she continued to display sensitivity at the end of range.  On 3/21/13, her flexion was 130 degrees with pain EOR and extension was 0 degree.  She had progressed through strength and stability exercises with moderate tolerance.  Her limitations were due to her weight bearing sensitivity.

4/9/13 - Orthopaedic Progress Report by Leslie H. Kim, M.D.  The patient had completed more than 20 sessions of physical therapy and stated that it somewhat helped, although there was still pain in her knees, back and neck.  She had a bone density test on 3/14/13 and she was informed that she had osteopenia.  On examination, it was noted that she had restricted lumbar spine flexion-extension, end range pain, and left peripatellar, right anterior and medial joint line tenderness.  She had a positive right external Mcmurray pain.  Diagnoses:  1) Status post knee arthroscopy with partial meniscectomy, 12/13/12.  2) Right knee pain, rule out extensor tendinitis, internal joint derangement.  3) Cervical strain-sprain, rule out degenerative spine disease.  4) Lumbar strain-sprain, rule out discogenic pain, degenerative disc disease.  5) Internal Derangement of the knee.  6) Chondromalacia.  7) Osteoarthritis of the knee.  Assessment and Plan: The left knee diagnostic and therapeutic injection with ultrasound guidance, MRI of the right knee to rule out meniscus tear, and lumbar spine to rule out disc protrusion was recommended.  Physical therapy for the neck and back was ordered.  Her medications were refilled.  The injection to the right knee was considered depending on her MRI findings.

4/19/13 - Initial Evaluation by Julia Salazar, P.T.  The patient was seen in PT visit for her left knee.  Treatments include AROM activities, client education, gait training, HEP, manual therapy techniques modalities.  She would also undergo neuromuscular re-education, postural stabilization training, proprioceptive/closed kinetic chain activities, soft tissue mobilization techniques, stretching/flexibility activities, therapeutic activities and therapeutic exercise.

4/22/13 to 3/31/14 - Daily Note by Julia Salazar, P.T.  The patient had attended nine sessions of physical therapy for the treatment of her left knee.  The treatments included were knee extension, full arc, straight leg raise flexion and abduction, iliotibial band, and electrical stimulations.

6/3/13 - Re-evaluation by Julia Salazar, P.T.  The patient was seen in 8 PT visits for her left knee.  Treatments include electrical stimulation, hot or cold packs, therapeutic activities and therapeutic procedure.

6/17/13 - Orthopaedic Progress Report by Duane Medeiros, Msn-np.  The patient had started on the physical therapy and completed 11 sessions.  She stated that she was in unbearable pain prior to her physical therapy, but currently her medication use was lessen because her pain was started to subside.  She was now able to turn her head from side to side and bend over with minimal pain.  She reported that the pain was aggravated by the weather.  Her medications included norco, flexeril, naproxen, Tylenol, and Lidoderm.  She was now requesting for the refill of Norco and Flexeril.  On examination, it was noted that she had a restricted lumbar spine flexion-extension, and end range pain.  She also had a left peripatellar, right anterior and medial joint line tenderness.  Her right knee had a positive McMurray's sign and a medial meniscal tear.  <u>Assessment:</u>  1) Status post left knee arthroscopy with partial meniscectomy, 12/13/12.  2) Right knee pain, rule out extensor tendinitis, internal joint derangement.  3) Cervical strain-sprain, rule out degenerative spine disease.  4) Lumbar strain-sprain, rule out discogenic pain, degenerative disc disease.  5) Internal Derangement of the knee.  6) Chondromalacia.  7) Osteoarthritis of the knee.  <u>Plan:</u>  Reserving some physical therapy at the end of the year for colder weather was discussed.  She was advised to continue in self therapy.  An over-the-counter Capsacin ointment/lotion on cold inclement days was recommended.  Lidoderm was refilled.  The second cycle of physical therapy for eight sessions for the lumbar spine was prescribed.  She was recommended to have a RTC surgery consult with Dr. Kim for her right knee partial meniscectomy status post failure for conservative interventions of physical therapy and cortisone injection.  The left knee diagnostic and therapeutic injection with ultrasound guidance, MRI of the right knee to rule out meniscus tear, lumbar spine to rule out disc protrusion and physical therapy for the neck and back was recommended.  The injection for the right knee would be considered depending on the MRI findings.

6/28/13 - Discharge Summary by Julia Salazar, P.T.  The patient complained of giving out knee and her pain was rated as 4/10.  The pain was aggravated by standing, deep squat, walking, and performing the activities of daily living.  <u>Plan:</u>  She was discharged to independent Home Exercise program.  She was advised to continue with her current rehabilitation program and advance as tolerated.  No further treatment was required.

7/2/13 - Orthopaedic Progress Report by Leslie H. Kim, M.D.  The patient presented for follow-up regarding her right knee and lower back.  She reported that the injection she had on her left knee on the last visit decreased the pain by 50% for a week; however, she experienced high blood pressure and trouble sleeping.  She had completed more than 20 sessions of physical therapy for her knees and low back which she found beneficial in decreasing the pain and increasing strength of the knees.  She had not yet started the second cycle of her physical therapy for her low back.  She was requesting a refill of Norco, flexeril and Lidoderm.  On examination, it was noted that she had a slightly right knee effusion.  <u>Diagnoses:</u>  1) Status post knee arthroscopy with partial meniscectomy, 12/13/12.  2) Right knee medial meniscus tear.  3) Cervical strain-sprain, rule out degenerative spine disease.  4) Lumbar degenerative spine disease, slight disc protrusion, secondary radiculitis.  5) Internal Derangement of the knee.  6) Osteoarthritis of the knee.  7) Chondromalacia.  <u>Assessment and Plan:</u>  She was electing conservative treatment for the right knee meniscus tear.  She was instructed to continue pain management by Mr. Medeiros.

8/9/13 - Initial Evaluation by Julia Salazar, P.T.  The patient was seen for her degenerative disc disease with [bilateral] radiculopathy.  She was unable to work due to dysfunction.  Her pain was rated as 10/10 and was aggravated by sitting and standing.  Her pain was relieved by rest and changing positions.  <u>Objective</u>

Examination:  based on the lower extremity manual muscle testing her bilateral hip flexion, bilateral knee extension and flexion and ankle dorsiflexion was -4/5.  The erector spinae and piriformis had pain and wincing Bilateral rotation and side bending was 75%.  Positive slump on both sides was noted.  The straight leg raise was 35-70 degrees with ipsilateral pain.  Treatments:  Electrical stimulation, physical therapy evaluation and self care/ home management training.  Assessment:  She required skilled physical therapy in conjunction with a home exercise program.  TENS unit was recommended.  She reported that her pain was decreased with electrical stimulation.  Plan:  rehabilitative therapy twice a week for four weeks was recommended.  Her treatment would include client education.  Home exercise program, joint mobilization techniques, manual range of motion activities, and manual therapy techniques.  Also recommended were neural mobilization techniques, neuromuscular  re-education,  self  care/home  management,  soft  tissue  mobilization  techniques, stretching/flexibility activities, therapeutic activities and therapeutic exercises.

8/12/13 and 9/23/13 - Orthopaedic Progress Report by Duane Medeiros, Msn-np.  On 8/12/13, the patient rated her knee pain as 6/10.  According to her, the pain varies and gets worse and swollen after too much movement and prolonged standing.  Her lower back pain and upper back pain were both rated as 5/10.  She reported that her right knee pain was still the same.  Refills for Norco, Lidoderm and flexeril were requested.   On examination, her blood pressure was 163/115 mmHg.  There was some 1+ bilateral medial joint tenderness, slight right knee effusion, positive right knee medial McMurray's sign, and bilateral patellofemoral crepitus at 2+ with tenderness on compression.  She had pain on the palpation at L4-S1, bilateral gluteus minimus tenderness, and posterior thigh and calf tenderness, mostly on the right, but present bilaterally.  Her lateral lower extremity reflexes were absent in all stations.  She presented with bilateral right greater than left L2 and L3/L4 as well as L5/S1 myotomal deficit with weakness and guarding on presentation.  Diagnoses:  1) Status post knee arthroscopy with partial meniscectomy, 12/13/12.  2) Right knee medial meniscus tear.  3) Cervical strain-sprain, rule out degenerative spine disease.  4) Lumbar degenerative spine disease, slight disc protrusion, secondary radiculitis.  5) Cervical spine, sprain strain.  6) Lumbar spine herniated nucleus pulposus.  7) Lumbar spine radiculitis.  8) Knee-tear medial meniscus.  Assessment and Plan:  She was instructed to continue with the conservative interventions.  She presented a request for a TENS unit purchase.  An additional visit of PT for her lumbar spine which include the TENS unit for a trial before purchased was recommended.  An additional cycle of physical therapy was for the lumbar spine was requested.

On 9/23/13, the patient was seen for a follow up examination of her right and left knees and back.  She rated her left knee pain as 3-4/10 and her right knee pain as 7-8/10 with swelling.  The pain varies and gets worse and swollen after too much movement or prolonged standing.  She rated her upper and lower back as 5/10.  The patient was attending PT for back problem and completed 5/8.  She attended over 24 PT for her knees.  Her right knee was still the same despite more than 20 PT visits, anti-inflammatory medication and continued self-therapy.  She underwent left knee surgery in 12/12 which improved her condition.  She was on disability.  She was taking Norco, Flexeril, naproxen, Tylenol and using Lidoderm.  Objective:  Examination of the knee showed some 1+ bilateral medial joint line tenderness on palpation.  She had a slight right knee effusion.  She had a positive right knee medial McMurray's sign.  There was also bilateral patellofemoral crepitus at 2+ with tenderness on compression.  The findings appeared to be consistent with ongoing osteoarthritis, torn right medial meniscus, and patellofemoral chondromalacia bilaterally.  The examination of the lumbar spine showed that there was pain on palpation at L4-S1.  There was bilateral minimus tenderness. She had posterior thigh

201509021000759

**?23**

calf tenderness, mostly on the right but presently bilateral. The bilateral lower extremity reflexes were absent at all stations. She had a bilateral right greater than left L2 and L3/L4 as well as L5/S1 myotomal deficit with weakness and guarding on presentation. Assessment: 1) Lumbar spine radiculitis. 2) Lumbar spine herniated nucleus pulposus. 3) Cervical spine strain/sprain. 4) Knee tear medial meniscus. 5) Internal derangement knee. 6) Osteoarthritis knee. 7) Chondromalacia. She was status post left knee arthroscopy with partial meniscectomy, 12/13/12. She also had a right knee partial meniscus tear failing management with conservative treatment. Plan: She had more than 20 physical therapy visit for the treatment of her knee, but still, there was no improvement. She was advised that if she failed conservative treatment, then a surgical intervention would be considered which she agreed to. She was recommended for a right knee surgery consult with Dr. Kim. Also recommended was an over-the-counter anti-inflammatory with ice and elevation.

9/27/13 - Discharge Summary by Julia Salazar, P.T. The patient was seen due to her degenerative disc disease with [bilateral] radiculopathy. She rated her pain as 10/10. Objective Examination: Based on the lower extremity manual muscle testing, her hip flexion, knee extension and flexion, as well as ankle dorsiflexion showed a result of -4/5. For the assessment of her erector spinae and priformis, she was given a grade of 2 which was equal to pain with wincing. Rotation and bending were both limited. She was positive for slump bilaterally. The straight leg raise was 35-70 degrees with ipsilateral pain. Assessment: It was opined that she had a poor prognosis at the time of discharge from the skilled rehabilitative therapy in conjunction with a home exercise program. Her status remained unchanged since the beginning of her treatment until discharge. Diagnosis: Lumbago. Plan: It appeared that further skilled care would not be necessary, so she had been discharge to the independent home exercise program. She was instructed to continue with the current rehabilitation program and advance as tolerated.

10/15/13 - Orthopaedic Progress Report by Leslie H. Kim, M.D. On 10/15/13, the patient reported that as she was crossing the street, she noted that her right foot got caught on one of the manhole covers and she fell down onto her right knee. She noted that the pain had increased and her knee was swollen. She was able to ambulate using her cane. She was currently taking norco and naproxen on as needed basis and flexeril for her back pain. She was requesting for a lidoderm patches refill. She was scheduled on 11/7/13 for her right knee surgery; however, she explained that she was unsure about proceeding due to her fall last week. Objective Findings: Her right knee was slightly swollen and had effusion. The range of motion of her knee was 0 to 90 degrees on the right side. Tenderness on the right medial joint line was noted. She was able to ambulate using a cane on the right hand. She had a right antalgic pattern, but full weight bearing. Diagnoses: 1) Status post left knee arthroscopy with partial meniscectomy, 12/13/12. 2) Right knee medial meniscus tear. 3) Cervical strain-sprain, rule out degenerative spine disease. 4) Lumbar degenerative spine disease, slight disc protrusion, secondary radiculitis. 5) Internal derangement knee. 6) Osteoarthritis. 7) Chondromalacia. 8) Knee tear medial meniscus. Assessment and Plan: Her medications were refilled. The right knee arthroscopic surgery was requested and the informed consent was obtained.

On 10/28/13, the patient was seen for a pre-operative examination of her right knee. She was still using a cane for support. Her symptoms had decreased since her last visit, but there was still pain at night. Her medications were unchanged. Objective Findings: Her initial blood pressure at the right was 146/101 mmHg and at the left was 146/105 mmHg. It was repeated on the right arm which showed 136/96 mmHg. She had positive medial

Bertacchi-Freeman/Hartford001219

and lateral joint line tenderness, trace effusion, and 0-120 degrees range of motion. <u>Diagnoses</u>: 1) Status pos
left knee arthroscopy with partial meniscectomy, 12/13/12. 2) Right knee medial meniscus tear. 3) Cervica
strain-sprain, rule out degenerative spine disease. 4) Lumbar degenerative spine disease, slight disc protrusior.
secondary radiculitis. 5) Internal derangement knee. 6) Osteoarthritis. 7) Chondromalacia. 8) Knee tea
medial meniscus. <u>Assessment and Plan</u>: She was to proceed with the right knee arthroscopy, but the medica
clearance was still pending. Norco and vistaril were prescribed. She was instructed to follow-up with the
internist due to her elevated blood pressure. she was advised to follow-up for an initial post-operative in twc
weeks.

11/7/13 - Preanesthetic Consultation/history And Physical by Jon W. Churnin, M.D. The patient was schedulec
for a right knee arthroscopy, partial medial meniscectomy, synovectomy, chondroplasty and other treatment a:
needed. <u>Review of System</u>: She had a seasonal hay fever and allergic rhinitis. She was being treated fo:
hypothyroidism. She had some mild asthma, but she was not using any inhalants recently. She had some
gastroesophageal reflux syndrome and suffered from diverticulitis. She had hyperlipdemia, hypertension,
degenerative osteoarthritis and lumbar discogenic disease, but denies sciatica. <u>Pertinent Laboratory Work</u>: he:
hemoglobin was 13.2g, hematocrit was 39.3, and white count was 6700. Her blood glucose was slightly
elevated at 106. The electrocardiogram showed ST-T wave abnormalities. <u>Physical Examination</u>: Her blood
pressure 145/89 mmHg. Impressions: 1) Internal derangement, right knee with probable torn meniscus and
chondromalacia. 2) Obesity, BMI around 38. 3) Hypertension. 4) Hyperlipidemia. 5) Hypothyroidism on
replacement. 6) Gastroesophageal reflux syndrome. 7) Diverticulosis. 8) Asthma. 9) Probable coronary artery
disease. 10) Lumbar discogenic disease. She was assessed as an ASA 2-3 physical status. <u>Plan</u>: Risk and
complications were discussed. Postoperative pain relief had been discussed with the patient, who had been
prescribed pain medicines by Dr. Kim.

11/19/13 - Orthopaedic Progress Report by Leslie H. Kim, M.D. The patient presented for the follow-up
examination of her right knee. She was unable to proceed with the surgery due to discomfort she had from a
biopsy two days before. Surgery would be rescheduled. She continued taking lidoderm, naproxen, Norco and
flexeril as needed. <u>Diagnoses</u>: 1) Status post left knee arthroscopy with partial meniscectomy, 12/13/12. 2)
Right knee medial meniscus tear. 3) Cervical strain-sprain, rule out degenerative spine disease. 4) Lumbar
degenerative spine disease, slight disc protrusion, secondary radiculitis. 5) Internal derangement knee. 6)
Osteoarthritis. 7) Chondromalacia. 8) Knee tear medial meniscus. <u>Assessment and Plan</u>: She had QME exam
and her injury was accepted by the workers comp. She was to continue with symptomatic treatment.

12/26/13 - Surgical History and Physical. The patient had a right knee injury. She described pain with swelling
after too much movement. It appeared that there was an oblique horizontal tear of the posterior horn medial
meniscus extending to the undersurface. The planned procedure would be the right knee arthroscopy, partial
medial meniscectomy, synovectomy, and chondroplasty repair as needed.

12/26/13 - Operative Note by Leslie H. Kim, M.D. <u>Preoperative Diagnosis</u>: Right knee medial meniscus tear.
<u>Postoperative Diagnoses</u>: 1) Right knee medial meniscus tear. 2) Right patellofemoral and femorotibial
chondromalacia. 3) Right knee hypertrophic synovitis. <u>Procedures</u>: 1) Right knee arthroscopic partial medial
meniscectomy. 2) Right knee arthroscopic synovectomy.

**Bertacchi-Freeman/Hartford001220**

1/6/14 - Orthopaedic Progress Report by Leslie H. Kim, M.D. The patient was seen for her initial post operative examination of her right knee. The pain was decreased and some swelling was noted. Her current medications were Norco, lidoderm patches, flexeril, Tylenol and naproxen. <u>Objective Findings</u>: The incision was clean and dry with sutures intact. She had a small to moderate effusion. The range of motion was 0-110. <u>Diagnoses</u>: 1) Status post right knee arthroscopy partial medial meniscectomy, synovectomy 12/27/13. 2) Status post left knee arthroscopy with partial meniscectomy, 12/13/12. 3) Right knee medial meniscus tear. 4) Cervical strain-sprain, rule out degenerative spine disease. 5) Lumbar degenerative spine disease, slight disc protrusion, secondary radiculitis. 5) Internal derangement knee. 6) Osteoarthritis. 7) Chondromalacia. 8) Knee tear medial meniscus. <u>Assessment and Plan</u>: The attempt aspiration was deferred. Sutures were removed. Continued ice application for the swelling was advised. Her post-operative physical therapy would be started twice a week for four weeks. Norco and lidoderm were refilled.

1/15/14 - Initial Evaluation by Tricia Benson, P.T. The patient was not working for a year due to her injury. She indicated that her pain at worst was 5/10 and at best was 0/10. <u>Objective Finding</u>: based on the lower extremity manual muscle testing, her left knee flexion was 4/5 and on the right, hip flexion was +4/5, knee extension was -4/5, and knee flexion was +3/5. <u>Treatments</u>: Electrical stimulation, physical therapy evaluation and therapeutic procedure. <u>Assessment</u>: Skilled physical therapy was required in conjunction with a home exercise program. She had pain, problems with gait/locomotion and range of motion. <u>Plan</u>: She was advised to attend rehabilitative therapy, twice a week for four weeks. A client education, gait training and home exercises program was recommended. Her treatments should also include stretching/flexibility activities, therapeutic activities, therapeutic exercise, and proprioceptive/closed kinetic chain activities.

2/4/14 - Orthopaedic Progress Report by Leslie H. Kim, M.D. The patient noted a right knee improvement, but her back was flared with recent wet weather. She had attended one session of physical therapy, but she was unable to continue due to her flu. A new prescription was needed so she could continue the therapy. According to her, the pain was decrease than before the surgery. Her medications remained the same. <u>Diagnoses</u>: 1) Status post right knee arthroscopy partial medial meniscectomy, synvectomy 12/27/13. 2) Status post left knee arthroscopy with partial meniscectomy, 12/13/12. 3) Right knee medial meniscus tear. 4) Cervical strain-sprain, rule out degenerative spine disease. 5) Lumbar degenerative spine disease, slight disc protrusion, secondary radiculitis. 5) Internal derangement knee. 6) Osteoarthritis. 7) Chondromalacia. 8) Knee tear medial meniscus. <u>Assessment and Plan</u>: Physical therapy was prescribed for her neck and knee.

2/13/14 - Discharge Summary by Tricia Benson, P.T. The patient cancelled all her visits because she was not feeling well. She indicated that her pain severity at worst was 5/10. <u>Objective Examination</u>: Mild antalgic gait was noted. <u>Assessment</u>: The skilled physical therapy was still required in conjunction with a home exercise program. She was last seen on 1/15/14. <u>Plan</u>: The rehabilitative therapy, twice a week for four weeks was still recommended. She was now discharged due to non compliance.

3/18/14 - Orthopaedic Progress Report by Leslie H. Kim, M.D. The patient was seen for a follow-up examination of her right knee, back and neck. Her pain had increased which she associated with the fluctuations in the weather. She had attended one session of physical therapy. She continued to go to the gym

Bertacchi-Freeman/Hartford001221

Bertacchi, Gloria QME Re-Evaluation 6/6/14                                                         Page 2(

to do independent exercise. She continued taking Tylenol, norco, and lidoderm. She also had a weekly massage which helped her pain. <u>Objective Findings</u>: The lumbar spine active range of motion showed flexion was 20 cm which was from fingertip to floor distance; extension was 50% normal; bilateral bending and bilateral rotation were all 90% normal. <u>Diagnoses</u>: 1) Status post right knee arthroscopy partial media meniscectomy, synvectomy 12/27/13. 2) Status post left knee arthroscopy with partial meniscectomy, 12/13/12 3) Cervical strain-sprain, rule out degenerative spine disease. 4) Lumbar degenerative spine disease, slight disc protrusion, secondary radiculitis. 5) Osteoarthritis of the knee. <u>Assessment and Plan</u>: Physical therapy was prescribed for her knee and back.

3/27/14 - Initial Evaluation by Tricia Benson, P.T. The patient rated her pain at worst as 7/10 and 0/10 at best. Swelling varied with activities. Her pain was aggravated by bending forward for 0-10 minutes and sitting for 50-60 minutes. <u>Treatment</u>: Therapeutic exercises. <u>Assessment</u>: It was opined that she required skilled physical therapy in conjunction with a home exercise program. <u>Plan</u>: She was recommended to attend a rehabilitative therapy for two visits for four weeks. The therapeutic contents included active range of motion activities, client education, gait training, home exercises program, and manual therapy techniques. Also included were the neuromuscular re-education, postural stabilization training, neutral principle training, proprioceptive/closed kinetic chain activities, soft tissue mobilization techniques, stretching/flexibility activities, therapeutic activities and therapeutic exercises.

3/27/14 - Initial Evaluation by (Incomplete Copy). The patient's complaints of pain remained the same. Her pain restricted her from skiing, rafting and walking. Her pain was relieved by elevation, rest, heat/hot shower and ice. <u>Treatment</u>: Therapeutic exercises. <u>Assessment</u>: A skilled physical therapy would be necessary in conjunction with a home exercise program. She presented with a significant biochemical deformity and subsequent injury which would improved with an appropriate orthotic to control abnormal motion and to balance weight bearing. She had a pain and strength problem. <u>Plan</u>: A rehabilitative therapy was recommended for two visits for four weeks. The therapeutic contents included active range of motion activities, client education, gait training, home exercises program, and manual therapy techniques. Also included were the neuromuscular re-education, proprioceptive/closed kinetic chain activities, soft tissue mobilization techniques, stretching/flexibility activities, therapeutic activities and therapeutic exercises.

Undated - Triage Report from UDMC - Roseville. The patient complained of back pain and abdominal pain for one week. She initially had a lower back pain then it moved to the lower abdominal and pelvic area for two days. Her pain radiated to her left leg. She probably had a fever because she felt warm. She was not sure of the lifting injury she had a week ago. Her back pain had improved, but the pain in her abdomen/pelvic area were still constant. She rated her pain as 9/10. She was advised to proceed to emergency room due to severe pain.

## REVIEW OF SYSTEM:

Constitutional: The applicant has complaint history of fatigue.
Eyes: The applicant has no complaint of glaucoma, blindness or blurred vision.
ENT: The applicant has complaint of ringing in the ears, hearing loss, congestion and blurred vision.

Bertacchi-Freeman/Hartford001222

2015099021000759

Bertacchi, Gloria  QME Re-Evaluation  6/6/14

227

Cardiovascular:  The applicant has complaint of high blood pressure.
Respiratory:  The applicant has no complaint of shortness of breath, wheezing, cough or require oxygen.
Gastrointestinal:  The applicant has complaint of nausea, vomiting, heartburn, constipation, and diarrhea.
Genitourinary:  The applicant has complaint of frequent urination.
Endocrine:  The applicant has complaint of thyroid problems and bleeding gums.
Musculoskeletal:  The applicant has complaint of joint pain, muscle cramps or difficulty walking.
Skin:  The applicant has complaint of itching and rash.
Neurologic:  The applicant has complaint of headaches and dizziness.
Psychiatric:  The applicant has no complaint of depression, anxiety, panic attacks, suicide attempts, suicidal thoughts, emotional problems and mood disorder.

**PHYSICAL EXAMINATION:**

The applicant has completed a five-minute warm-up before performing the physical examination today.

Height: 5'5"
Weight: 214 pounds
Pain: 7/10

The applicant is a well-developed, well-nourished, obese, pleasant and cooperative female.

CERVICAL SPINE EXAMINATION:

| | |
|---|---|
| HEAD CARRIAGE/LORDOSIS: | Midline with normal lordosis. |
| TENDERNESS/SPASM: | **There is mild tenderness over the trapezius muscles.** |
| AXIAL HEAD COMPRESSION: | Negative. |
| SPURLING SIGN: | Negative. |
| FACET TENDERNESS: | There is no tenderness to palpation. |

CERVICAL SPINE RANGE OF MOTION:

| | Right | Left | Expected |
|---|---|---|---|
| Flexion | | **40 degrees** | 30 degrees |
| Extension | | **38 degrees** | 60 degrees |
| Lateral Flexion | **25 degrees** | **25 degrees** | 30 degrees |
| Lateral Rotation | 74 degrees | 83 degrees | 70 degrees |

UPPER EXTREMITY EXAMINATION:

| | |
|---|---|
| INSPECTION: | Negative. |
| TENDERNESS: | Negative. |
| SWELLING: | Negative. |

EDEMA:                    Negative.

SHOULDER RANGE OF MOTION:

|                              | Right        | Left         | Expected     |
|------------------------------|--------------|--------------|--------------|
| Abduction                    | 180 degrees  | 180 degrees  | 180 degrees  |
| Forward Flexion              | 180 degrees  | 180 degrees  | 180 degrees  |
| Internal Rotation            | 90 degrees   | 90 degrees   | 90 degrees   |
| External Rotation            | 90 degrees   | 90 degrees   | 90 degrees   |
| Crossed Shoulder Adduction   | 40 degrees   | 40 degrees   | 40 degrees   |

ELBOW EXAMINATION:

|            | Right        | Left         | Expected     |
|------------|--------------|--------------|--------------|
| Flexion    | 135 degrees  | 135 degrees  | 135 degrees  |
| Extension  | 0 degrees    | 0 degrees    | 0 degrees    |
| Pronation  | 80 degrees   | 80 degrees   | 80 degrees   |
| Supination | 80 degrees   | 80 degrees   | 80 degrees   |

SENSORY EXAMINATION:

Grossly intact in all dermatomes as to vibration and two-point discrimination.

UPPER EXTREMITY MUSCLE TESTING:

|                        | Right | Left | Expected |
|------------------------|-------|------|----------|
| Shoulder Abductors (C5)| 5/5   | 5/5  | 5/5      |
| Elbow Flexors (C5,6)   | 5/5   | 5/5  | 5/5      |
| Elbow Extensors (C7)   | 5/5   | 5/5  | 5/5      |
| Wrist Flexors (C7,C8)  | 5/5   | 5/5  | 5/5      |
| Wrist Extensors (C6,C7)| 5/5   | 5/5  | 5/5      |
| Finger Abductors (C8,T1)| 5/5  | 5/5  | 5/5      |

UPPER EXTREMITY REFLEXES:

|                | Right | Left | Expected |
|----------------|-------|------|----------|
| Biceps         | 2+    | 2+   | 2+       |
| Brachioradialis| 2+    | 2+   | 2+       |
| Triceps        | 2+    | 2+   | 2+       |

Bertacchi-Freeman/Hartford001224



## LUMBAR SPINE EXAMINATION:

VISUAL INSPECTION:              Normal lordosis and alignment.
TENDERNESS/TRIGGER POINTS:      **There is mild tenderness noted at L3-L5 paraspinals**.
FACET TENDERNESS:               There is no tenderness noted.

PIRIFORMIS TESTS:

|                          | Right    | Left     | Expected |
|--------------------------|----------|----------|----------|
| Piriformis Tenderness    | Negative | Negative | Negative |
| Piriformis Stress (FAIR) | Negative | Negative | Negative |

SACROILIAC TESTS:

|                       | Right    | Left     | Expected |
|-----------------------|----------|----------|----------|
| Sacroiliac Tenderness | Negative | Negative | Negative |
| Fabere's/Patrick      | Negative | Negative | Negative |

SCIATIC NERVE ROOT TENSION TESTS:

|                          | Right    | Left     | Expected |
|--------------------------|----------|----------|----------|
| Sciatic Notch Tenderness | Negative | Negative | Negative |
| Seated Straight Leg Raise| Negative | Negative | Negative |
| Supine Straight Leg Raise| Negative | Negative | Negative |

LUMBAR SPINE RANGE OF MOTION:

|                 | Right          | Left           | Expected       |
|-----------------|----------------|----------------|----------------|
| Lateral Bending | **28 degrees** | **28 degrees** | 30/30 degrees  |
| Flexion         |                | 90 degrees     | 70 degrees     |
| Extension       |                | 20 degrees     | 20 degrees     |

**There is mild pain with lumbar spine flexion and extension.**

## LOWER EXTREMITY EXAMINATION:

VISUAL INSPECTION:      **There are well-healed scars from previous surgeries on both
                        knees.**
TENDERNESS:             **There is tenderness over the medial aspect of the right knee.**
EFFUSION:               Negative.
SWELLING:               Negative.
EDEMA:                  Negative.

Bertacchi-Freeman/Hartford001225

HIP RANGE OF MOTION:

|  | Right | Left | Expected |
|---|---|---|---|
| Flexion | 120 degrees | 120 degrees | 120 degrees |
| Extension | 15 degrees | 15 degrees | 15 degrees |
| Internal Rotation | 30 degrees | 30 degrees | 30 degrees |
| External Rotation | 45 degrees | 45 degrees | 45 degrees |
| Abduction | 45 degrees | 45 degrees | 45 degrees |
| Adduction | 30 degrees | 30 degrees | 30 degrees |

KNEE RANGE OF MOTION:

|  | Right | Left | Expected |
|---|---|---|---|
| Flexion | 135 degrees | 135 degrees | 135 degrees |
| Extension | 0 degrees | 0 degrees | 0 degrees |

KNEE SPECIAL TESTS:

|  | Right | Left | Expected |
|---|---|---|---|
| Patellar Compression | Negative | Negative | Negative |
| Lachman Test | Negative | Negative | Negative |
| McMurray Test | **Slightly Positive** | Negative | Negative |
| Patellar Apprehension | Negative | Negative | Negative |
| Grind Test | Negative | Negative | Negative |
| Anterior Drawer Test | **Slightly Positive** | Negative | Negative |
| Posterior Drawer Test | Negative | Negative | Negative |
| Pivot Shift Test | **Positive** | | |

There is no evidence of instability.

ANKLE RANGE OF MOTION:

|  | Right | Left | Expected |
|---|---|---|---|
| Dorsiflexion | 15 degrees | 15 degrees | 15 degrees |
| Plantarflexion | 50 degrees | 50 degrees | 50 degrees |
| Eversion | 15 degrees | 15 degrees | 15 degrees |
| Inversion | 30 degrees | 30 degrees | 30 degrees |

Bertacchi, Gloria  QME Re-Evaluation  6/6/14

SENSORY EXAMINATION:

Sensation is intact as to pain, light touch, and vibration.

LOWER EXTREMITY MUSCLE TESTING:

|                          | Right | Left | Expected |
|--------------------------|-------|------|----------|
| Plantarflexors (S1)      | 5/5   | 5/5  | 5/5      |
| Foot Evertors (S1)       | 5/5   | 5/5  | 5/5      |
| Foot Invertors (L5)      | 5/5   | 5/5  | 5/5      |
| Big Toe Extensors (L5)   | 5/5   | 5/5  | 5/5      |
| Knee Extensors (L4)      | 5/5   | 5/5  | 5/5      |
| Hip Flexors (L2,L3)      | 5/5   | 5/5  | 5/5      |

LOWER EXTREMITY REFLEXES:

|       | Right | Left | Expected |
|-------|-------|------|----------|
| Knee  | 2+    | 2+   | 2+       |
| Ankle | 2+    | 2+   | 2+       |

Gait is normal.

FUNCTIONAL TESTS:

**The applicant can stand on her left and right foot without difficulty, but does require some help with balancing. Squatting is possible but does cause some pain. Applicant is able to deal with some difficulty getting down on her own require support.  Toe and heel walking is possible without difficulty.  The applicant has pain with squatting, kneeling and stooping bilaterally.**

**DIAGNOSTIC IMPRESSION:**

1. Chronic knee pain.
2. Bilateral knee medial meniscus tear (836.0).
3. Status post left knee meniscal repair in December 2012.
4. Status post right knee meniscal repair in December 2013.
5. Degenerative joint disease/degenerative disc disease of the lumbar spine (722.5).
6. Lumbago (724.2).
7. Lumbar spinal stenosis (724.02).
8. Lumbar spine sprain/strain (847.2).
9. Cervicalgia (723.1).

**DISCUSSION AND RECOMMENDATIONS:**

Bertacchi-Freeman/Hartford001227

Ms. Gloria Bertacchi is a 60-year-old female who claims to have sustained injuries to her neck, back and right knee while performing her customary job duties as a pharmacy director for Cardinal Health on October 5, 2012. She stated that she was at a group counseling session when an angry patient pushed a chair towards her, she moved back against her chair to avoid getting hurt.  She also stated that on September 27-28, 2012 and October 4-5, 2012, she had worked much harder and longer.  She had manually filled pharmacy carts since their system was down and felt that motion triggered her pain.  She felt sore the weekend after her work and could not get off the couch.  She reported it to her boss on October 11, 2012 and she was seen at UHS Clinic in Rocklin.  She had x-rays of her back and right knee which revealed negative for fracture.  She was diagnosed with lumbar. thoracic, leg and knee sprain.  Voltaren, Norflex, knee brace and pillow were prescribed and she was advised to undergo chiropractor therapy under the care of Dr. Armstrong but was not able to treat her because it was thought that it was cauda equina and MRI was requested.  The applicant also stated that she had previously strained her right knee from a skiing 2 years ago but claims that she had a full recovery from that injury with no intervening symptoms.  She was placed on modified duty but could not be accommodated by her employer, thus her last day of duty was October 10, 2012.  On October 15, 2012 as per Dr. Chong's progress report, the applicant presented with knee, back and knee problem and was diagnosed with sprain or strain of cervical spine, sprain or strain of lumbar region and knee joint pain.   Treatment includes ice packs, NSAID's and Lidoderm patch were prescribed and a hinge knee brace was applied to the right knee.  A referral for physical therapy was indicated and she was placed on modified duty and was expected to get better with conservative therapy.  It was the doctor's opinion that the underlying cause of the applicant's symptoms was osteoarthritis, a non-industrial condition.  On November 21, 2012 she consulted with Leslie Kim due to left knee pain and was advised to undergo left knee arthroscopy debridement meniscectomy and underwent the procedure on December 13, 2012.  She continued treatment with Flexeril, Norco, Lidoderm, knee injection, and over the counter drugs.  She mentioned that knee injections helped temporarily.  She had undergone x-rays of the back and knee as well as physical therapy and chiropractic therapy.  On June 26, 2013, the applicant's condition has been declared to have reached maximum medical improvement and stationary in regard to her back, neck and left knee.

As for the right knee, the applicant was afforded continued conservative treatments which included medications, physical therapy and TENS.  On October 15, 2013, the applicant reported that as she was crossing the street, she noted that her right foot got caught on one of the manhole covers and she fell down onto her right knee.  Her pain had increased and her knee was swollen.  Conservative treatments were continued.  She was able to ambulate using her cane.  On December 26, 2013, she underwent right knee arthroscopic partial medial meniscectomy and right knee arthroscopic synovectomy.  Post operative physical therapy, home exercise program were provided.

As of this evaluation, the applicant describes pain in the right knee, left knee, neck and back.  She also was noted to have limited cervical and lumbar spine range of motion.  Overall I believe the applicant is permanent and stationary.  I believe the applicant will continue to improve but with persistence of symptoms I have recommended physical therapy, TENS unit, medication management using NSAIS, low-dose opioids therapy, neuropathic agents for severe chronic pain.  I also recommend acupuncture, medical massage and functional restoration and ongoing management by an orthopedic surgeon for flareups of the knee pain.

Bertacchi-Freeman/Hartford001228

**233**

## MEDICAL RESEARCH AND RELATED TREATMENT:

Ms. Bertacchi sustained injuries to her neck, back and right knee on October 5, 2012 while working as a pharmacy director for Cardinal Health. She was provided with conservative management which included medications, physical therapy, chiropractic treatments. She also had diagnostics studies including x-rays and MRI studies of the back and knee. The applicant underwent left knee arthroscopy debridement meniscectomy on December 13, 2012. She was declared permanent and stationary on June 26, 2013 with regards to her back, neck and left knee. She continued to receive conservative treatments for her right knee. On December 26, 2013, she underwent right knee arthroscopic partial medial meniscectomy and right knee arthroscopic synovectomy. Post operative physical therapy, home exercise program were provided.

With continued symptoms and significant objective findings, my recommendations included physical therapy, TENS, medication management using NSAIDs, low-dose opioids therapy, neuropathic agents for severe chronic pain, acupuncture, medical massage and functional restoration.

Commenting on the above mentioned treatment recommendations, these have been supported by the ACOEM Guidelines, Second Edition, Medical Disability Advisor, Fifth Edition, Official Disability Guidelines – Treatment in Workers Comp (ODG-TWC), Ninth Edition and the evidence-based articles as presented below.

### Medications

I have recommended the applicant with medications such as nonsteroidal anti-inflammatories drugs, low-dose opiate therapy for more severe chronic and acute pain, neuropathic agents and/or selective norepinephrine serotonin reuptake inhibitors such as Cymbalta, Pristiq, and Savella

*"Relief of pain with the use of medications is generally temporary, and measures of the lasting benefit from this modality should include evaluating the effect of pain relief in relationship to improvements in function and increased activity."* (Chronic Pain Medical Treatment Guidelines, MTUS effective July 18, 2009, page 60)

According to the ODG-TWC, *"A comprehensive review of clinical trials on the efficacy and safety of drugs for the treatment of low back pain concludes that available evidence supports the effectiveness of non-selective nonsteroidal anti-inflammatory drugs (NSAIDs) in acute and chronic low back pain (LBP), of muscle relaxants in acute LBP, and of anti-depressants in chronic LBP (Schnitzer, 2004)."* (Work Loss Data Institute. Official Disability Guidelines-TWC, 8th Edition, Procedure Summary – Pain, 2008 page 760).

Likewise, ACOEM Guidelines, 2nd Edition, Chapter 3 - Initial Approaches to Treatments, page 47. *"Oral pharmaceuticals are a first-line palliative method. Nonprescription analgesics provide sufficient pain relief for most patients with acute work-related symptoms. If treatment response is inadequate (i.e., symptoms and activity limitations continue), physicians should add prescribed pharmaceuticals or physical methods. The safest effective medication for acute musculoskeletal and eye problems appears to be acetaminophen. Nonsteroidal anti-inflammatory drugs (NSAIDs), including aspirin and ibuprofen, also are effective, although they can cause gastrointestinal irritation or ulceration or, less commonly, renal or allergic problems.*

Bertacchi-Freeman/Hartford001229

*Acetaminophen may be used safely in combination with NSAIDs or other pharmacologic or physical methods. "*

Medical massage, Chiropractic treatment and Physical therapy

I believe that the applicant requires with sessions of chiropractic treatment, massage and physical therapy. As recommended in the Official Disability Guidelines Treatment in Workers' Comp Preface, it states that, *"Physical medicine treatment (including PT, OT and chiropractic care) should be an option when there is evidence of a musculoskeletal or neurologic condition that is associated with functional limitations; the functional limitations are likely to respond to skilled physical medicine treatment, care is active and includes a home exercise program; & the patient is compliant with care and makes significant functional gains with treatment....the recommendations for number of visits are guidelines and are not meant to be absolute caps for every case. "* The guideline clearly stipulates that the number of visits that they recommend is not the absolute limit and further sessions can be prescribed if the applicant demonstrates signs of musculoskeletal or neurologic improvement.

*"Physical therapy uses a wide variety of techniques, ranging from soft tissue massage to acupressure, to help restore and improve flexibility of muscles, tendons, and joints. Physical therapy also uses various techniques for soft tissue healing, such as hydrotherapy, electrical stimulation, application of cold or heat through the use of short-wave diathermy, microwave, and ultrasound. Therapeutic exercise is an important part of physical therapy, helping to strengthen muscles and joints weakened by disease and injury. "* Additionally, *"Outcome varies with diagnosis, severity of impairment, motivation, social support, and co-morbidity. Some individuals may not return to their prior level of function due to inability to successfully treat the underlying condition, which may include progressive illnesses. However, with adaptive equipment, individuals can expect to participate in their prior activities to some degree. Outcomes of specific therapeutic procedures may vary among individuals. Massage therapy has been shown to decrease muscle tightness, increase the flexibility of muscles and tendons, and promote healing of ligaments. Acupressure may provide pain relief as a result of pressure applied to specific points on the body. Individuals who have pain in muscles and bones experience a positive outcome and reduction in pain from heat treatments, such as diathermy, fluidotherapy, and paraffin treatment. "* (The Medical Disability Advisor Fifth Edition Volume II, under Physical Therapy pages 1652-1653)

Acupuncture

Acupuncture, which is a passive treatment modality, is an essential component in the applicant's pain management. Citing Title 8, California Code of Regulations, Article 5.5.2 Medical Treatment Utilization Schedule § 9792.21, June 15, 2007, it states *"(1) "Acupuncture" is used as an option when pain medication is reduced or not tolerated, it may be used as an adjunct to physical rehabilitation and/or surgical intervention to hasten functional recovery. It is the insertion and removal of filiform needles to stimulate acupoints (acupuncture points). Needles may be inserted, manipulated, and retained for a period of time. Acupuncture can be used to reduce pain, reduce inflammation, increase blood flow, increase range of motion, decrease the side effect of medication-induced nausea, promote relaxation in an anxious patient, and reduce muscle spasm. "* It was recommended that, *"Acupuncture can be used to reduce pain, reduce inflammation, increase blood flow, increase range of motion, decrease the side effect of medication induced-nausea, promote relaxation in an*

**Bertacchi-Freeman/Hartford001230**

*anxious patient, and reduce muscle spasm."*  With acupuncture, we will be able to reduce her pain and at the same time decrease her use of medication to avoid side effects.

Also, in an article entitled "The Effect of Acupuncture on Musculoskeletal Disorders" by Rosted, P, published in Ugeskrift for Laeger CLXVI:38 (September 19, 2005), pages 3573-7, it was noted that *"reasonable scientific evidence exists for the alleviation of myogenic facial pain, neck pain, shoulder pain, elbow pain, low back pain and knee pain."* Also, it points out that *"acupuncture is a very safe technique in the hands of a qualified doctor with special training in the discipline."*

Transcutaneous Electrical Nerve Stimulator

In conjunction with the physical therapy, the TENS unit will be also essential in rendering symptomatic relief to help her tolerate her activities and exercises; hence, preventing further disability and limitation.  The ACOEM Guidelines, Second Edition (Revised), in Chapter 3 – Initial Approaches to Treatments, page 34, specifies that, *"Transcutaneous galvanic and electrical stimulation can keep symptoms at bay temporarily, diminishing pain long enough so that patients begin to mobilize."*

Treatment via TENS has advantages over other modalities because it can deliver constant pain control.  The effects of other treatments (such as heat) wear off after treatment has ended (removal of the hot pack).  TENS is portable and unobtrusive and may be used throughout the work day.  In addition, *"studies show that 70 to 80 percent of individuals experience pain relief initially… the use of TENS can improve function and reduce the need for narcotics and other pain controlling drugs… the use of TENS can allow individuals to participate in physical and occupational therapy, so that a more complete recovery can occur.  TENS can ultimately allow individuals to resume participation in their daily activities."* (The Medical Disability Advisor, Volume II, under Reason for Procedure of Transcutaneous Electric Nerve Stimulation, page 2209)

Referral to a Pain Management Specialist / Orthopedist

For the consultation with specialist, the ACOEM Guidelines, Second Edition, Chapter 5 – Cornerstones of Disability, Prevention and Management, pages 79-80, under Clinician's Role, states that *"Under the optimal system, a clinician acts as the primary case manager.  The clinician provides appropriate medical evaluation and treatment and adheres to a conservative evidence-based treatment approach that limits excessive physical medicine usage and referral.  The clinician should judiciously select and refer to specialists who will support functional recovery as well as provide expert medical recommendations."*  Moreover, it was mentioned in the same reference, on page 92, under Referrals, that, *"Referral may be appropriate if the practitioner is uncomfortable with the line of inquiry outlined above, with treating a particular cause of delayed recovery, or has difficulty obtaining information or agreement to a treatment plan.  Depending on the issue involved, it often is helpful to "position" a behavioral health evaluation as a return-to-work evaluation.  The goal of such an evaluation is, in fact, functional recovery and return to work."*

In addition, the ACOEM Guidelines states that, *"If a diagnosis is uncertain or complex, if psychosocial factors are present, or if the plan or course of care may benefit from additional expertise, the occupational health physician may refer a patient to other specialists for an independent medical assessment."*  It went on further to

Bertacchi-Freeman/Hartford001231

stipulate that, "*a consultation is intended to aid in assessing the diagnosis, prognosis, therapeutic management determination of medical stability, and permanent residual loss and/or examinee's fitness for return to work. ? consultant is usually requested to act in an advisory capacity, but may sometimes take full responsibility fo investigating and/ or treating a patient within the doctor-patient relationship.*" (ACOEM's Occupationa Medicine Practice Guidelines, Third Edition, 2011, Chapter 6 – Independent Medical Examinations and Consultations, page 163).

Also, from the Article of Stephen M. Salerno, MD, MPH; Frank P. Hurst, MD; Stephanie Halvorson, MD Donna L. Mercado, MD, Principles of Effective Consultation, Volume 167 No. 3, February 12, 2007, page: 271-275, it states that, "*Specialty-dependent differences exist in consult preferences of physicians. These differences vary from the extremes of orthopedic surgeons desiring a comprehensive co-management approach with the consultant to general internists and family medicine physicians desiring to retain control over order writing and have a more focused consultant approach.*" This should bring credence to the validity and necessity of the consultation with a specialist.

Functional Restoration Program

These kind of program is supported by the ACOEM Guidelines, Third Edition, Chapter 9 – Chronic Pain Management Program/Functional Restoration Programs, states that, "*There are several types of programs but all are intended for chronic pain/disability using a biopsychosocial approach. These programs are intended to manage the psychological, social, physical, and occupational factors associated with chronic spinal disorders where there is a limiting pain complain.*"

In addition, "*Functional restoration is an established treatment approach that aims to minimize the residual complaints and disability resulting from acute and/or chronic medical conditions. Functional restoration can be considered if there is a delay in return to work or a prolonged period of inactivity. Functional restoration is the process by which the individual acquires the skills, knowledge and behavioral change necessary to avoid preventable complications and assume or re-assume primary responsibility for his or her physical and emotional well-being post-injury. The individual thereby maximizes functional dependence and pursuit of vocational and avocational goals, as measured by functional improvement.*" (MTUS for Chronic Pain Medical Treatment Guidelines, Effective July 18, 2009, page 7)

I find the treatments provided to the applicant thus far as acceptable and well within the standards of current clinical practice. My future recommendations are likewise, medically appropriate and reasonable

**DISABILITY STATUS AND DATE OF MAXIMAL MEDICAL IMPROVEMENT:**

The applicant is not able to perform her normal work activities as a pharmacy director. With regard to her back, neck and left knee condition, she has reached maximum medical improvement and is considered permanent and stationary on June 26, 2013.

**Bertacchi-Freeman/Hartford001232**



With regard to her right knee, she was treated conservatively and subsequently underwent right knee surgery on December 26, 2013. She has reached maximum medical improvement and is considered permanent and stationary on June 6, 2014.

## SUBJECTIVE FACTORS OF DISABILITY:

The applicant complains of right knee pain, left knee pain, neck and back pain.

## OBJECTIVE FINDINGS:

Cervical Spine:

There is mild tenderness over the trapezius muscles. There is restricted range of motion.

Lumbar Spine:

There is mild tenderness noted at L3-L5 paraspinals. There is restricted range of motion. An MRI scan done on June 5, 2013 showing abnormal findings. There is mild pain with lumbar spine flexion and extension.

Right Knee:

There is tenderness over the medial aspect of the right knee. There are positive orthopedic tests. Status post right knee arthroscopic partial medial meniscectomy in December 26, 2013.

Left Knee:

Status post left knee arthroscopic partial medial and lateral meniscectomy in December 2012.

## RECOMMENDED WORK PRECLUSIONS:

The above applicant has reached maximum improvement on June 26, 2013 for her back, neck and left knee condition and also on June 6, 2014 for her right knee.

In regard to the cervical spine, she should do no overhead activities, no activities involving repetitive motion of the neck or involving comparable physical effort.

In regard to the thoracic and lumbosacral spine, she should do no heavy lifting, squatting, stooping prolonged standing, sitting, kneeling, climbing, twisting, walking on uneven grounds or other activities involving comparable physical effort.

2015090210000759

238

In regard to the bilateral lower extremities, she should do no heavy lifting, prolonged weightbearing, climbing, no repetitive use of stairs, walking on uneven surface, kneeling, crouching, crawling or other activities involving comparable physical effort.

The applicant should also be precluded from repetitive lifting over 25 pounds.

## IMPAIRMENT:

The AMA *Guides to the Evaluation of Permanent Impairment*, Fifth Edition is used in determining impairment ratings for the applicant. Instances wherein combination of values was done involved use of the Combined Values Chart on pages 604-606.

Impairment of the **cervical spine** impairment is determined using the Diagnosis Related Estimate (DRE) method. On examination, the applicant is noted to have tenderness over the trapezius muscles and limited range of motion. Referencing Table 15-5 on page 392, the applicant is classified under DRE Cervical Category II with *8% whole person impairment to the cervical spine.*.

For the determination of lumbar spine impairment, the diagnosis-related estimates (DRE) method is used. Referencing Chapter 15, Section 15.4, Table 15-3 on page 384, her lumbar spine condition is classified under DRE Lumbar Spine Category II due to the presence of mild tenderness noted at L3-L5 paraspinals and restricted range of motion and MRI scan finding showing abnormal findings. She is assigned *8% whole person impairment to the lumbar spine.*

For the lower extremities, the methods of assessment of lower extremity impairment are reviewed (Ref: Chapter 17, pp. 525-27, Tables 17-1 and 17.2).

For the left knee, the applicant is noted to have undergone left knee arthroscopic partial medial and lateral meniscectomy. Referencing Table 17-33 on page 546 the applicant is given *4% whole person impairment for the left knee.*

For the right knee, the applicant is noted to have undergone right knee arthroscopic partial medial meniscectomy. Referencing Table 17-33 on page 546 the applicant is given *1% whole person impairment for the right knee.*

The applicant also suffers from chronic pain secondary to her work-related injury. It is opined that the pain has significantly affected her activities of daily living. As such, according to page 573 of the *Guides, "If the individual appears to have pain-related impairment that has increased the burden of his or her condition slightly; the examiner may increase the percentage by up to 3%."* Therefore, an additional *3% whole person impairment* secondary to her ongoing pain symptoms is given.

In summary, the combined rating obtained for the cervical spine (8% WPI), lumbar spine (8% WPI), left knee (4% WPI) and right knee (1% WPI) is 19% WPI is then added to the 3% WPI pain related impairment would yield a total of **22% whole person impairment**.

I believe that the final impairment rating obtained is an accurate, equitable, and proportionate measurement of the applicant's permanent disability.



## CAUSATION AND APPORTIONMENT:

Causation of the neck, back, and knees arose in the course of work but the insurance company keeps denying the case and acceptance of the claim. I had no legal paperwork that details the reason for denial of claim. Ms. Bertacchi had x-rays in the lumbar spine, which showed degenerative changes. Post-operative findings for her left knee showed degenerative joint changes, medial and lateral meniscal tears, and hypertrophic synovitis. It should be taken into account that she has no complaints of neck or back pain prior to the industrial injury claimed. The applicant had one isolated episode preexisting knee pain in 2010. Back in 2010, there was no imaging done, only physical therapy. This early complaint of knee pain had fully resolved before October 5, 2012. Her work duties as a pharmacy director included such as sitting, squatting, reaching, working overhead, flexing/twisting/side bending/extending the neck, walking, typing, grasping, standing, bending, pushing, kneeling, twisting, pulling and writing.

Based on the review of records, the applicant reported that on October 15, 2013, as she was crossing the street, she noted that her right foot got caught on one of the manhole covers and she fell down onto her right knee. Her pain had increased and her knee was swollen.

In discussing knee pain with occupational activities, the population-based case-control study by Cooper et.al., states "After adjustment for obesity and Heberden's nodes, the risk of knee OA was significantly elevated in subjects whose main job entailed more than 30 minutes per day squatting (OR 6.9, 95% CI 1.8-26.4) or kneeling (OR 3.4, 95% CI 1.3-9.1), or climbing more than ten flights of stairs per day (OR 2.7, 95% CI 1.2-6.1). The increase in risk associated with kneeling or squatting appeared to be more marked in subjects whose jobs entailed heavy lifting, but the size of the study did not permit precise delineation of any such interaction. These data suggest that prolonged or repeated knee bending is a risk factor for knee OA, and that risk may be higher in jobs which entail both knee bending and mechanical loading. (C Cooper, T McAlindon, D Coggon, P Egger, P Dieppe. Occupational activity and osteoarthritis of the knee. *Ann Rheum Dis* 1994; 53:90-93 doi:10.1136/ard.53.2.90).

For the lumbar spine, job activities that require prolonged sitting or prolonged standing, are also known to instigate-or-aggravate-low-back-pain (LaDou J. Current occupational environmental medicine, 4th. Ed: Musculoskeletal injuries, Lang Med Books, 2004; pg 57-60).

For the cervical spine, it has been well-documented in evidence based medical studies that patients whose job duties require static neck postures, are at increased risk for neck strain syndromes [1] Waling K. Sundelin G, Ahlgren C, et al. Perceived pain before and after three exercise programs - a controlled clinical trial of women with work-related trapezius myalgia. Pain 2000; 2] Grieco A, Molteni G, De Vito G et al. Epidemiology of musculoskeletal disorders due to biomechanical overload. Ergonomics 1998).

There is within reasonable medical probability that the cumulative trauma through October 5, 2012 has lighted up the applicant's pre-existing condition to the neck, low back, and knees.

Bertacchi, Gloria  QME Re-Evaluation 6/6/14

In compliance with Senate Bill 899, Labor Code Sections 4663 and 4664, as well as in the light of the Escobedo decision, the following is my opinion regarding apportionment.

For the left knee, 50% is attributable to the pre-existing degenerative changes and 50% is apportioned to the industrial injury.

The applicant has chronic neck and back degenerative disc disease but has no pain, 50% is apportioned to degenerative osteoarthritis and 50% was triggered by onset of injury which is now stable.

For the right knee, 90% is apportioned to the industrial injury and 10% is attributable to the aggravation by the accident on October 15, 2013

## PROVISION FOR FUTURE MEDICAL CARE:

With regard to the cervical and lumbar spine, I recommend that if the applicant's pain does become aggravated, she should use moist heat and over-the-counter medication. She may require prescription medication, as well as brief courses of physical therapy, no more than 20 visits should be needed in any one given year.

For the left and right knee, she has been advised to use moist heat and over-the-counter medication. She would also benefit from a pain specialist consultation should her symptoms continue. She may require prescription medication, as well as brief courses of physical therapy, no more than 20 visits should be needed in any one given year. A pain management consultation is also advised, since the applicant lives up in the foothills near Auburn, Dr. Willis would be a good option for her to be evaluated. I also recommended medications including nonsteroidal anti-inflammatories drugs, closely monitored low-dose opiate therapy for more severe chronic and acute pain, neuropathic agents and/or selective norepinephrine serotonin reuptake inhibitors such as Cymbalta, Pristiq, and Savella.

Provision of the following treatment modalities should be considered: functional restoration program, TENS unit, acupuncture times eight sessions up to three times a year, medical massage six sessions up to three times a year, and quarterly evaluation management by an orthopedic surgeon as needed for flare ups of the knee pain. Future diagnostic imaging and/or interventional procedures as needed based on future knee conditions related to this particular work injury.

## DISCLOSURE STATEMENT

I declare under the penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I received from others. As to that information, I declare under the penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe it to be true.

I further declare under the penalty of perjury that I personally performed the evaluation of the applicant or, in the case of a supplemental report, I personally performed the cognitive services necessary to produce the report,

Bertacchi, Gloria  QME Re-Evaluation  6/6/14                                                              Page 3

and that, except as otherwise stated herein, the evaluation was performed and the time spent performing th
evaluation was in compliance with the guidelines, if any, established by the Industrial Medical Council or th
administrative director pursuant to paragraph (5) of subdivision (j) of Section 139.2 or Section 5307.6 of th
California Labor Code

I further declare under the penalty of perjury that I have not violated the previsions of California Labor Cod
Section 139.3 with regard to the evaluation of this applicant or the preparation of this report.

Signed and dated on July 2, 2014 in the County of Sacramento, California.

MICHAEL AMSTER, M.D., QME

Bertacchi-Freeman/Hartford001237

2015090210007598

**U.S. HealthWorks**
MEDICAL GROUP

BIL

**WC Worksheet**
*New Patient*

**MA / NURSE NOTES.**  Dominant hand: ☒ Right  ☐ Left    Allergies: _N/KDA_
Medications: _HCTZ, Synthroid, Aliphx, Alligra_  Problems/Side effects: ___
☒ Yes  ☐ No  History of ulcers or gastritis?    ☐ Yes ☒ No  Possibly pregnant?    Last Tetanus Toxoid: _2010_

**Occupational History:**
Job Title: _Director of pharmacy_    Length of employment with company _3 mos/yrs_  Average hours per week: _40+_
Main Job Characteristics At The Time Of Injury:
☒ Sit down job    ☐ Prolonged standing or walking    ☒ Repetitive use of hands / keyboard / mouse    ☒ Kneeling or squatting
☒ Bending    ☐ Stooping    ☐ Climbing    ☐ Overhead work    ☐ Operating hand tools / Machinery
☒ Lifting / Pulling / Pushing    ☐ Up to 10 lbs.    ☒ Up to 25 lbs.    ☐ Up to 50 lbs.  ☐ Up to ___ lbs.   Other: ___
☒ Yes  ☐ No  Any lost work time? If Yes, specify number of full days lost: _2_  and last date worked: _10/10/12_
☐ Yes ☒ No  Any other source of employment?   If Yes, specify: ___
☐ Yes ☒ No  Any sports or hobbies?   If Yes, specify: ___
☐ Yes ☒ No  Any previous treatment for the complaint(s) before coming to U.S. HealthWorks?   If Yes, specify: ___
Chief Complaint: _(R) Knee pain & back lower, stiff neck + pain_
Ht: _61_  In   Wt: _210_  lbs  Pulse: _64_  /min   BP: _130/84_ mmHg   Resp: _16_  /min   Temp: _99.1_  °F
                                                                     Completed by: _J. Sorice_

**PHYSICIAN HISTORY**   (Explain any Yes answers below.)
☐ Yes ☒ No  Chemical / toxic exposure involved?
☐ Yes ☒ No  Any previous occupational injuries or illnesses?
☐ Yes ☒ No  Any pre-existing condition that could complicate or prolong the patient's diagnosis, treatment, and/or rate of recovery?

**History of Present Illness/Injury:**   (Describe below the mechanism of injury, progression of illness, and the characteristics of the chief complaint)
_c/o gradual ↑ neck, LB, + (R) knee pain x ? | wk which she
attribute to a significant ↑ in the amount of bending, squatting, +
overhead reaching activities at her job during the past 2
weeks. She denies any previous neck or back problems but
after that she did pursue for strain (R)
                                                               knee_

Chief Complaint #1: _Pain_                    Chief Complaint #2: _Pain_
Location: _(R) knee_                          Location: _neck + Back_
Quality: ☐ Faint ☐ Sharp ☒ Dull ☐ Tingling ☐ Burning   Quality: ☐ Faint ☐ Sharp ☒ Dull ☐ Tingling ☐ Burning
Severity: ☐ Minimal ☒ Mild ☐ Moderate ☐ Severe   Severity: ☐ Minimal ☒ Mild ☐ Moderate ☐ Severe
Duration: ___ Min ___ Hours ___ Days _1+ weeks_   Duration: ___ Min ___ Hours ___ Days _1+ weeks_
Timing: ☐ Occasional ☒ Intermittent ☐ Constant   Timing: ☐ Occasional ☐ Intermittent ☒ Constant
Context: _work_                                Context: _work_
Modifying Factors: Exacerbated by: _Climbing / stairs_   Modifying Factors: Exacerbated by: _Climbing / Twisting Rgt_
                    Lessened by: _rest_                                       Lessened by: _rest_
Relevant History. Comments:
_→ (~2 y. ago) skiing - she states that she broke
full recovery from that ? any + chronic
                                      intervening symptoms_
                                              Peter J. Heitke M.D.

☒ As part of my evaluation, I reviewed the information above, as well as the patient's Medical, G46389
Family and Social History and the Review of Systems collected today.                Provider Signature

05/28/2013  11:30    916--773-2956          FEDEX OFFICE    3294              PAGE  05

# U.S. HealthWorks
### M E D I C A L   G R O U P

STATE OF CALIFORNIA
Division of Workers' Compensation
PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)

☐ Additional pages attached

Patient Last __Bertacchi-Freemon__   First __Gloria__   DOB __REDACTED__53  Date of Exam: __10/12/12__ Case #: __113092598__

Occupation __director__   SS# 5__REDACTED__3990   Date of Injury __10/05/12__   Claim # _____

Employer: __CARDINAL HEALTH/CORP.__   Contact: __TAMI EBERLY__   Tel: __(614) 757-7006__  Fax: __614 652-6382__

Claims Administrator __SEDGWICK/PMSI__   Tel: __(951) 275-5400__  Fax: _____

**REASON FOR SUBMITTING REPORT** (Check all that apply. If any box aside from "Other" applies, this report qualifies as mandatory.)

☐ Change in patient's condition          ☐ Need for referral or consultation      ☐ Info. requested by: _____
☐ Change in work status                  ☐ Need for surgery or hospitalization    ☐ Released from Care   ☐ Request for Authorization
☐ Change in treatment plan               ☐ Periodic Report (45 days after last report)  ☐ Other: ___Rx___

**PATIENT STATUS**  Since the last exam, this patient's condition has:

☐ improved as expected     ☐ improved, but slower than expected      ☐ not improved significantly
☐ worsened                 ☐ reached plateau and no further improvement is expected   ☐ been determined to be non-work related

**SUBJECTIVE COMPLAINTS** (Document and describe significant complaints)

Hot/Cold Medi-Pak 6"x10 ½"
HCPCS: A9273
Bill Code: 6850
Item#: 59-610R

**OBJECTIVE FINDINGS** (Document significant exam findings, lab, imaging, and other diagnostic testing)

HCPC: 1.11620
REF 79-82399-10
REDDIE BRACE, XXXL

Hot/Cold Flexipac 5"x14"
(dispensed)
HCPCS: A9273
Bill Code: 6971   Item#: 4029

Krames PT Education 9-16 pgs
HCPCS: 99071
Bill Code: 6850

**DIAGNOSES** (Include ICD-9 code, if possible)

HCPCS: E0190
COR101
D—CORE FIBER SUPPORT PILL
OW, REGULAR, 24" X 16"

**TREATMENT**

☐ Office Visit / Injury Treatment  ☐ Start / ☐ Continue  ☐ Therapy: ___ times / week for ___ weeks.  ☐ Ergonomic eval
                                   ☐ Start / ☐ Continue  ☐ Chiro: __3__ times / week for __1__ weeks.  ☐ Other _____
☐ Meds / Supplies Dispensed _____

☐ Consultation / ☐ Referral       ☐ Requested / ☐ Pending.  Specialty_____       ☐ Work status to be determined by specialist.

Estimated length of treatment is now _____ weeks
**WORK STATUS**    ☐ First Aid Case

☐ Return / ☐ Continue... to work without restrictions.

☐ Off work until (Date)_____   Estimated period of total temporary disability _____ days.

☐ Off the balance of this shift only, Then RTW on (Date)_____ to ☐ Full / ☐ Modified duty.  ☐ Re-evaluate work status before next shift.

☐ Return to work as of (Date)_____ with the restrictions indicated below. Estimated duration of modified duty is _____ days.

( ) No work near moving machinery                              ( ) Sit down job
( ) No / ( ) Limited use of  R / L hand    to _____ hrs/day    ( ) Must wear  ☐ Splint ☐ Immobilizer  ☐ Back support ☐ Cage
( ) No / ( ) Limited standing or walking   to _____ hrs/day            ☐ Other _____
( ) No / ( ) Limited overhead work         to _____ hrs/day    ( ) Must keep _____ elevated
( ) No / ( ) Limited stooping and bending  to _____ hrs/day    ( ) Keep wound/bandage clean and dry
( ) No / ( ) Limited kneeling or squatting to _____ hrs/day    ( ) Must take a ___ minute stretch break every ___ minutes from
( ) No / ( ) Limited  ☐ Lift ☐ Pull ☐ Push                                  ( ) Keyboard / ( ) _____
   Up to:   ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs ☐ ___ lbs              ( ) Other _____
( ) No climbing
☐ Medical status was discussed with employer representative _____

**DISCHARGE STATUS**

☐ Return to full duty on (Date)_____ with no limitations or restrictions. Released from care without ratable disability or need for future medical care.
☐ Patient discharged as permanent and stationary with either impairment, work restrictions and/or need for future medical care.  A PR-4 to follow.
☐ NON-INDUSTRIAL. Patient instructed to see private physician at own expense.

**PRIMARY TREATING PHYSICIAN**

I declare under penalty of perjury that this is true and correct to the best of my knowledge and that I have not violated Labor Code S 139.3.

Name __Peter J. Hettle M.D.__   Cal. Lic # _____   Date of Exam ___10/12/12___
Specialty: _____   G46389      Signature _____

Executed at: USHW of California - Rocklin, 2305 SUNSET BOULEVARD, ROCKLIN, CA 95765  Tel: (916) 632-9606

YOUR NEXT APPOINTMENT WITH THE DOCTOR IS ON:           YOUR NEXT APPOINTMENT FOR PHYSICAL THERAPY IS ON:

☐ MON  ☐ TUE  ☐ WED  ☐ THUR  ☐ FRI  ☐ SAT         ☐ MON  ☐ TUE  ☐ WED  ☐ THUR  ☐ FRI  ☐ SAT
DATE: __10/19/12__  TIME: _____  ☐ Before / After Shift   DATE: _____

05/28/2013  11:30   916--773-2956                FEDEX OFFICE    3294            PAGE  04

USHW of California - Rocklin                                          Case # 113092598

# DOCTOR'S FIRST REPORT OF OCCUPATIONAL ILLNESS OR INJURY

*Within 5 days of your initial examination, for every occupational injury or illness, send two copies of this report to the employer's workers' compensation insurance carrier or the insured employer. Failure to file a timely doctor's report may result in assessment of a civil penalty. In the case of diagnosed or suspected pesticide poisoning, send a copy of the report to Division of Labor Statistics and Research, P.O. Box 420603, San Francisco, CA 94142-0603, and notify your local health officer by telephone within 24 hours.*

| 2. EMPLOYER CARDINAL HEALTH/CORP. | 1. INSURER SEDGWICK/PMSI | PLEASE DO NOT USE THIS COLUMN |
|---|---|---|
| 3. Street Address 7000 CARDINAL PLACE | Street Address  P.O. BOX 14440 | Case No. |
| City, State, Zip DUBLIN        OH  43017 | City, State, Zip  LEXINGTON       KY  40512 | |
| 4. Business Type | Claim # | |

| 5. PATIENT NAME (First, Middle, Last) Bertacchi-Freemon, Gloria | 6. Sex ☐ Male  ☒ Female | 7. Date of Birth REDACTED/53 | Industry |
|---|---|---|---|
| 8. Address: No. and Street  City          Zip  5135 Moss Ln          Granite Bay      95746 | 9. Telephone Number (916) 390-1845 | | County |
| 10. Occupation (Specific Job Title) director | 11. Social Security Number REDACTED-3990 | | Age |
| 12. Injured at: 8100 BRUCEVILLE RD     City SACRAMENTO | County SACRAMENTO | | Hazard |
| 13. Date and hour of injury or onset of illness     10/05/12    8:00 AM | 14. Date last worked   Mo. Day Yr.    10/10/12 | | Disease |
| 15. Date and hour of first examination or treatment    10/12/12    9:42 AM | 16. Have you (or your office) previously treated patient?  ☐ Yes  ☒ No | | Hospitalization |

| 17. PATIENT, PLEASE DESCRIBE HOW THE ACCIDENT OR EXPOSURE HAPPENED (Be specific) | Occupation |
|---|---|
| Description written: "Knee pain, right knee and swelling.  Back and neck pain.  Sudden incontinence.  Incident occurred at Sierra Vista Hospital.  Patient group counseling agitated patient and bending, stretching, reaching in pharmacy." 4116 yel/Peter Heitke, M.D./rc | Return Date Code |

| 18./19./20. SUBJECTIVE COMPAINTS/OBJECTIVE FINDINGS/DIAGNOSIS  Chemical or toxic compounds involved? ☐ Yes  ☒ No |
|---|
| HISTORY OF THE PRESENT INJURY:  Complains of gradually increasing neck, low back, and right knee pain for over one week which she attributes to a significant increase in the amount of bleeding, squatting, and overhead reaching activities at her job during the past two weeks.  She denies any previous neck or back problems, but states that she did previously strain her right knee (approx two years ago), skiing.  She states that she made a full recovery from that injury and denies intervening symptoms.  I have reviewed patient's medical, family, and social history, and review of systems.  CHIEF COMPLAINT:  Intermittent mild to moderate, dull pain in the right knee; constant mild to moderate, dull pain in back and neck. EXAMINATION:  HT: 61 in, WT: 210 lbs, P: 64, BP: 130/84, R: 16, T: 99.1. Alert and oriented, well developed, well nourished.  Normal posture/gait. NECK:  Mild to moderate loss of cervical lordosis.  Minimal tenderness and mild to moderate spasm of paracervical/upper parathoracic muscles. Restricted ROM.  BACK:  Mild loss of lumbosacral lordosis.  Minimal paralumbar tenderness with mild to moderate spasm.  Restricted ROM.  RIGHT KNEE:  Minimal swelling with mild tenderness anteromedially.  Full ROM.
· Diagnosis: 844.8   SPRAIN OF KNEE & LEG NEC R               847.1   SPRAIN THORACIC REGION
            847.2   SPRAIN LUMBAR REGION |
| X-ray and laboratory results (state if none or pending)     X-rays: right knee (3V) = minimal DJD; lumbar spine (5V) = normal; cervical spine (5V) = loss of cervical lordosis consistent with muscle spasm, otherwise normal.  Wet readings. |

| 21. Findings consistent with patient's statement? ☒ Yes ☐ No | 22. Other condition that will impede recovery ☐ Yes ☒ No | Explain: |
|---|---|---|

| 23. TREATMENT RENDERED |
|---|
| Comprehensive history, evaluation, and examination were performed.  X-rays sent to radiology.  Dispensed diclofenac XR 100 mg 1 q day #30, orphenadrine 100 mg 1 q h.s. #30.  Dispensed Hot/Cold Flexipac, Hot/Cold Medi-Pak, D-Core fiber pillow, Kremes booklets x3.  Reddie-Brace applied and fitted.  Chiropractic three times a week for two weeks.  Patient voiced understanding of aftercare instructions, medication side effects, work restrictions, and the expected progression of the injury.  WORK RESTRICTIONS: No overhead work.  No stooping, bending, kneeling, squatting.  No climbing. |
| 24. If further treatment required, specify treatment.  Chiropractic, office visit.          Estimated Days 14 |
| 25. If hospitalized as inpatient, give hospital name and location.          Date Admitted          Estimated stay |

| 26. WORK STATUS - Is patient able to perform usual work? ☐ Yes ☒ No   If no, extended return date to: |
|---|
| Regular Work                Mod Work 10/12/12          Specify Restrictions: See above. |

| Doctor's Signature  *[signature]* 10/17/12 | CA License    G46389 |
|---|---|
| Name and Degree  HEITKE, PETER J., M.D. | IRS Number  95-4643269 |
| Address  2305 SUNSET BOULEVARD  ROCKLIN  CA  95765 | Phone Number (916) 632-9606 |

ANY PERSON WHO MAKES OR CAUSES TO BE MADE ANY KNOWINGLY FALSE OR FRAUDULENT MATERIAL STATEMENT OR MATERIAL REPRESENTATION FOR THE PURPOSE OF OBTAINING OR DENYING WORKERS COMPENSATION BENEFITS IS GUILTY OF A FELONY.

Bertacchi-Freeman/Hartford001240



*CFM Radiology Medical Group, Inc.*

| | | | |
|---|---|---|---|
| Patient: | Bertacchi-Freeman, Glor | Date of Examination: | 10/12/12 |
| Age: | | Examination: | C-Spine, L-Spine, Right Knee |
| Requestor: | US HealthWorks-Rocklin / Heitke, MD | Chart No.: | 4116 Yellow |
| | | X-ray No.: | 12089 |

Clinical History: Pain.

**Cervical Spine: 5 views**

Mild foraminal narrowing due to uncovertebral arthritis C3-4-5-6. Neck held flexed at about C4 level. This could be positional or due to pain and spasm. I do not see loss of disc or body heights.

CONCLUSION: Neck held flexed and there is mild foraminal narrowing as described.

**Right Knee: 3 views**

Alignment anatomic. No fracture or erosion seen.

CONCLUSION: Negative.

**Lumbar Spine: 5 views**

Scoliosis apex left mid L-spine. Disc and body heights preserved where seen tangentially. Mild lumbosacral facet arthritis.

CONCLUSION: Scoliosis and lumbosacral facet arthritis.

Drew Sullivan, M.D., D.A.B.R.

DS:ka
10/15/12



**EDD** Employment
Development
Department
State of California

**2015090210000759**

**Claim for Disability Insurance Benefits – Doctor's Certificate**

TYPE or PRINT with BLACK INK.

R100V0000095089

| 34. PATIENT'S FILE NUMBER | 35. PATIENT'S SOCIAL SECURITY NO. | 36. PATIENT'S LAST NAME |
|---|---|---|
| R100000095089 Q100028567427 | REDACTED 3990 | (Bertacchi) FREEMAN |

| 37. DOCTOR'S NAME AS SHOWN ON LICENSE | 38. DOCTOR'S TELEPHONE NUMBER | 39. DOCTOR'S STATE LICENSE NO. |
|---|---|---|
| FLORENCE CHONG | (916) 974-8100 | A20975 |

40. DOCTOR'S ADDRESS – NUMBER AND STREET, CITY, STATE, COUNTRY (IF NOT USA), ZIP CODE. POST OFFICE BOX NUMBER IS NOT ACCEPTED AS THE SOLE ADDRESS

1600 EUREKA RD, ROSEVILLE, CA 95661

41. THIS PATIENT HAS BEEN UNDER MY CARE AND TREATMENT FOR THIS MEDICAL PROBLEM
FROM 10/15/12 TO 11/5/12 AT INTERVALS OF ☐ DAILY ☐ WEEKLY ☑ MONTHLY ☐ AS NEEDED

42. AT ANY TIME DURING YOUR ATTENDANCE FOR THIS MEDICAL PROBLEM, HAS THE PATIENT BEEN INCAPABLE OF PERFORMING HIS/HER REGULAR OR CUSTOMARY WORK?
☐ NO – SKIP TO THE DOCTOR'S CERTIFICATION SECTION
☑ YES – ENTER DATE DISABILITY BEGAN: 10/05/12   off work 10-11-12

43. DATE YOU RELEASED OR ANTICIPATE RELEASING PATIENT TO RETURN TO HIS/HER REGULAR / CUSTOMARY WORK ("UNKNOWN," "INDEFINITE," ETC., NOT ACCEPTED.)
12/10/12

44. ICD9 DISEASE CODE, PRIMARY (REQUIRED UNLESS DIAGNOSIS NOT YET OBTAINED)
847.02B

45. ICD9 DISEASE CODE(S), SECONDARY
847.2B  844.9L

46. DIAGNOSIS (REQUIRED) – IF NO DIAGNOSIS HAS BEEN DETERMINED, ENTER OBJECTIVE FINDINGS OR A DETAILED STATEMENT OF SYMPTOMS
CERVICAL STRAIN       KNEE JOINT PAIN
LUMBAR STRAIN         ARTHRITIS OF KNEE

47. FINDINGS – STATE NATURE, SEVERITY, AND EXTENT OF THE INCAPACITATING DISEASE OR INJURY. INCLUDE ANY OTHER DISABLING CONDITIONS
PAIN, STIFFNESS TO NECK, BACK, RIGHT KNEE WORSE WITH BENDING

48. TYPE OF TREATMENT / MEDICATION RENDERED TO PATIENT
DICLOFENAC PATCH
PHYSICAL THERAPY

49. IF PATIENT WAS HOSPITALIZED, PROVIDE DATES OF ENTRY AND DISCHARGE
___/___/___ TO ___/___/___

50. DATE AND TYPE OF SURGERY / PROCEDURE PERFORMED OR TO BE PERFORMED
NA

ICD9 PROCEDURE CODE(S)

51. IF PATIENT IS NOW PREGNANT OR HAS BEEN PREGNANT, WHAT DATE DID PREGNANCY TERMINATE OR WHAT DATE DO YOU EXPECT DELIVERY?
___/___/___   N/A

52. IF PREGNANCY IS / WAS ABNORMAL, STATE THE ABNORMAL AND INVOLUNTARY COMPLICATION CAUSING MATERNAL DISABILITY

53. BASED ON YOUR EXAMINATION OF PATIENT, IS THIS DISABILITY THE RESULT OF "OCCUPATION," EITHER AS AN "INDUSTRIAL ACCIDENT" OR AS AN "OCCUPATIONAL DISEASE"? (INCLUDE SITUATIONS WHERE PATIENT'S OCCUPATION HAS AGGRAVATED PRE-EXISTING CONDITIONS.)
☑ YES ☐ NO   AGGRAVATION OF PRE-EXISTING CONDITION

54. ARE YOU COMPLETING THIS FORM FOR THE SOLE PURPOSE OF REFERRAL / RECOMMENDATION TO AN ALCOHOLIC RECOVERY HOME OR DRUG-FREE RESIDENTIAL FACILITY AS INDICATED BY THE PATIENT IN QUESTION 23?
☐ YES ☑ NO

55. WOULD DISCLOSURE OF THIS INFORMATION TO YOUR PATIENT BE MEDICALLY OR PSYCHOLOGICALLY DETRIMENTAL?
☐ YES ☑ NO

**Doctor's Certification and Signature (REQUIRED):** Having considered the patient's regular or customary work, I certify under penalty of perjury that, based on my examination, this Doctor's Certificate truly describes the patient's disability (if any) and the estimated duration thereof.

I further certify that I am a   OSTEOPATHIC   (TYPE OF DOCTOR)   ED   (SPECIALTY, IF ANY)   licensed to practice in the State of   CA

► _____ ORIGINAL SIGNATURE OF ATTENDING DOCTOR – RUBBER STAMP IS NOT ACCEPTABLE

► 11/5/12   DATE SIGNED

Under sections 2116 and 2122 of the California Unemployment Insurance Code, it is a violation for any individual who, with intent to defraud, falsely certifies the medical condition of any person in order to obtain disability insurance benefits, whether for the maker or for any other person, and is punishable by imprisonment and/or a fine not exceeding $20,000. Section 1143 requires additional administrative penalties.

DE 2501 Rev. 77 (3-06)

page 3

Bertacchi-Freeman/Hartford001242

201509021000759

201305162000169    8


THE PERMANENTE
MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: ▮▮▮1953, Sex: F
Enc. Date:10/15/12

## Work Comp

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 10/15/2012 11:10 AM | FLORENCE BESANA CHONG DO | Ros-Occm >Main Campus | 337419282 |

### Allergies as of 10/15/2012

Date Reviewed: 10/15/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

### Immunizations as of 10/15/2012

Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD, (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Custido, Tracy (Coht) | 10/15/2012 11:38 AM |

### Reason For Encounter

KNEE PROBLEM
   Comment : right  doi: 10/5/12
BACK PROBLEM
NECK PROBLEM

### Diagnoses

Visit Diagnoses
**KNEE JOINT PAIN** - Primary
**SPRAIN OR STRAIN OF CERVICAL SPINE**
**SPRAIN OR STRAIN OF LUMBAR REGION**

### Vitals - Last Recorded

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 157/96 | 89 | 99.2 °F (37.3 °C) (Oral) | 5' 3" | 215 lb (97.523 kg) | 38.09 kg/m2 |

| SpO2 |
|---|
| 97% |

### Flowsheet (all recorded)

**Encounter Vitals**

| Row Name | 10/15/12 1139 | 10/15/12 1138 |
|---|---|---|
| **Enc Vitals** | | |
| BP | 157/96 mmHg -TC | 157/127 mmHg -TC |
| Pulse | -- | 89 -TC |
| Temp | -- | 99.2 °F (37.3 °C) -TC |
| Temp src | -- | Oral -TC |
| SpO2 | -- | 97 % -TC |
| Wt (gms) | -- | 215 lb (97.523 kg) -TC |
| Height | -- | 5' 3" -TC |

### User Key

(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| TC | Custido, Tracy (Coht) | 05/31/12 - |

29

Bertacchi-Freeman/Hartford001243

## KAISER PERMANENTE. thrive

**This form contains your diagnosis.**

CHONG, FLORENCE BESANA (D.O.)
OCCUPATIONAL MEDICINE
1600 Eureka Road
Roseville CA 95661-3027
Dept: 916-784-4100
Main: 916-784-4000

**Patient Name:** Freeman,Gloria M
**Patient MRN:** 110002856742
**Encounter Date & Time:** 11/5/2012 8:50 AM

Please see below for this health care provider's directives and information relating to this encounter.

# Industrial Work Status Report

**Date of Injury:** 10/5/12
**Claim #:**
**Next Appointment Date:** 11/26/2012

**DIAGNOSIS:** SPRAIN OR STRAIN OF CERVICAL SPINE [847.0ZB], SPRAIN OR STRAIN OF LUMBAR REGION [847.2B], SPRAIN/STRAIN, KNEE. [844.9L]

**Modified Activity (Applies to work and home)**
This patient is placed on modified activity at work and at home from 11/5/2012 through 11/26/2012.

*If modified activity is not accommodated by the employer then this patient is considered temporarily and totally disabled from their regular work for the designated time and a separate off work order is not required.*

**This patient's activity is modified as follows:**
- Climb stairs: Not at all.
- Climb ladders: Not at all.
- Use of scaffolds/work at height: Not at all.

**Concurrent Treatment:**
PT/OT.

**Pre-Visit Work Status:**
Working Modified Duty.

**Other needs and/or restrictions:**

Limit standing/walking to 20 minutes/hour. No climbing. No pivoting, kneeling or squatting. Able to lift/carry up to 10 lbs. She needs to be able to change position, alternating sit/stand every

# KAISER PERMANENTE. thrive



**This form contains your diagnosis.**

CHONG, FLORENCE BESANA (D.O.)
OCCUPATIONAL MEDICINE
1600 Eureka Road
Roseville CA 95661-3027
Dept: 916-784-4100
Main: 916-784-4000

**Patient Name:** Freeman,Gloria M
**Patient MRN:** 110002856742
**Encounter Date & Time:** 11/5/2012 8:50 AM

Please see below for this health care provider's directives and information relating to this encounter.

## Industrial Work Status Report

**Date of Injury:** 10/5/12
**Claim #:**
**Next Appointment Date:** 11/26/2012

**DIAGNOSIS:** SPRAIN OR STRAIN OF CERVICAL SPINE [847.0ZB], SPRAIN OR STRAIN OF LUMBAR REGION [847.2B], SPRAIN/STRAIN, KNEE. [844.9L]

**Modified Activity (Applies to work and home)**
This patient is placed on modified activity at work and at home from 11/5/2012 through 11/26/2012.

*If modified activity is not accommodated by the employer then this patient is considered temporarily and totally disabled from their regular work for the designated time and a separate off work order is not required.*

**This patient's activity is modified as follows:**
- Climb stairs: Not at all.
- Climb ladders: Not at all.
- Use of scaffolds/work at height: Not at all.

**Concurrent Treatment:**
PT/OT.

**Pre-Visit Work Status:**
Working Modified Duty.

**Other needs and/or restrictions:**

Limit standing/walking to 20 minutes/hour. No climbing. No pivoting, kneeling or squatting.
Able to lift/carry up to 10 lbs. She needs to be able to change position, alternating sit/stand every 20

Bertacchi-Freeman/Hartford001245

2015090210000759



11

# Fitness for Duty Certification

**Cardinal** Health



* M D F 4 1 0 0 *

*Cardinal Health*
*ATTN: myHR Service Center*
*7000 Cardinal Place*
*Dublin, OH 43017*
*Phone: 866.471.7867*
*Fax: 614.652.0791*

Prior to returning to work, a completed Fitness for Duty Certification form must be provided to the Cardinal Health myHR Service Center at least two (2) business days before returning to work. Questions should be directed to a Cardinal Health Leave Specialist at 866.471.7867.

**Instructions:** *Employee: Complete Sections 1 and 4; Healthcare Provider: Complete Sections 2 and 3 then fax to the myHR Service Center at 614.652.0791.*

## Section 1 – Employee Information (*Indicates required field):

Employee ID number*: 708564                    Date*: 10/23/12

Last name*: Bertacchi-Freeman          First name*: Gloria          Middle initial: _____

Home address: 5135 Moss Lane          City: Granite Bay     State: CA     Zip: 95746

Home phone: 916-390-1845          myHRSC Case #: 1143136

## Section 2 – Fitness for Duty Information (Required section to be completed by healthcare provider):

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

1. ___OCCUPATIONAL MEDICINE___     2. ___10/5/12___
   Department                          Date the condition began

3. **Please check one of the following:**

☐ The employee is able to work a full, regular schedule with no restrictions, beginning _____ (date).

☐ The employee is unable to return to work until _____ (date).

☐ The employee is able to return to work on a reduced schedule for _____ hours a day from _____ (date)
   through _____ (date).

☑ The employee is able to return to work with restrictions from __11/5__ (date) through __11/26__ (date).

4. **Please indicate restrictions, if any, below for:**
Standing (number of hours): __20 MIN/Hr__
Walking (number of hours): __20 MIN/Hr__
Sitting (number of hours): __20 MIN/Hr__
Lifting (number of pounds): __10 lbs__
Carrying (number of pounds): __10 lbs__
Use of hands (repetitive motions, pushing, pulling): __∅__
_____
_____

5. **Any other restrictions:**

FFD41000910 – Rev. 3/11/11                                                pg 1 of 2

**Bertacchi-Freeman/Hartford001246**

2015009021000759

12

**Section 3 – Healthcare Provider Signature** (Required section):

_____     _____
Signature of healthcare provider                                    Date    11/5/12

_____
Printed name of healthcare provider    FLORENCE CHONG DO


**Section 4 – Employee Signature** (Required section):

_____     _____
Employee signature                                                        Date    11/5/12

Bertacchi-Freeman/Hartford001247

2015090210000759

2013051620000169    13


**THE PERMANENTE MEDICAL GROUP**

| | |
|---|---|
| ROS-MAIN CAMPUS<br>1600 EUREKA ROAD<br>ROSEVILLE, CA 95661-3027<br>Encounter Record | FREEMAN,GLORIA M<br>MRN: 110002856742<br>DOB: [REDACTED]1953, Sex: F<br>Enc. Date:10/25/12 |

**Progress Notes (continued)**

Referring Diagnosis: right **KNEE JOINT PAIN** - Primary 719.46 **SPRAIN OR STRAIN OF** central **CERVICAL SPINE** 847.0 **SPRAIN OR STRAIN OF** Central **LUMBAR REGION** 847.2

Treatment Goals: In 12 weeks.

Patient is able to:
walk 60 minutes without an assistive device.
bend frequent to perform functional activity(s) of director of pharmacy using good body mechanics.
lift 30 lbs during simulated vocational task(s) with good body mechanics.
Treatment to include:
 Patient Education/Home Program
Manual Therapy techniques as needed
Therapeutic Exercise may include flexibility exercises, self mobilization, strength  training, and neuromuscular reeducation.
Functional Activity training
Modalities as needed to address pain and inflammation
Gait training
Frequency and Duration of Treatment: 2 times per week for 12 weeks
=========================================================
Occupation: pharmacy business for 30 years, current position since 7/1/12
Work Status:  patient states not working due to lack of accommodation
Critical Job Demands: Bend , Squat , Lift/Carry , Stand , Walk  and Sit
------------------------------------------------------

SUBJECTIVE:

Patient presents in the clinic with complaints constant dull pain and ache in the central LB 5/10. Patient also complains of constant burning sensation in the central base of neck and posterior neck 7/10 .  Pt also complains of intermittent medial right knee at 2/10.

Mechanism of Injury:  Pt states it is a combination effect of extra work when pharmacy system wasn't working for three weeks and when pt had to move quickly to protect herself from her pt throwing chair at her.

Aggravating activities are: sitting over 10 minutes, bending over ,lying supine for LBP
Standing over 10-15 minutes, bending over, bending neck for neck pain
Wt bearing , kneeling, and squatting for knee pain

Easing activities are: medication use, lidocaine patch and hot shower.

24 hour symptom behaviors are: pain/stiffness on rising
worse at end of day
awakens 4-5 times a night due to discomfort mainly in LB.
activity dependent

Special Questions:
Negative for: Bilateral numbness and/ or tingling
            Saddle Anesthesia,        Coughing / Sneezing
Positive for Changes in the bowel or bladder:  **Loss of bladder function x3-4** so far

Relevant past medical/surgical history: right knee sprain from ski accident 40 years ago; right knee pain 2

37

201509021000759 14

201305162000169



THE PERMANTE MEDICAL GROUP
KAISER FOUNDATION HOSPITALS

ROS-ROI MED SEC
Encounter Results

FREEMAN, GLORIA M
MRN: 110002856742
DOB: ▓▓/1953, Sex: F

## Encounter Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 10/15/2012 1:15 PM | Rad Tech Mob2 | Ros-Rad2 >Main Campus | 337551645 |

| | | Ordered On |
|---|---|---|
| RADIOLOGIC EXAM, KNEE, 3 VIEW. | | 10/15/2012 |

## All Orders

### RADIOLOGIC EXAM, KNEE, 3 VIEW.                                                    Final result

| Ordering User: | Chong, Florence Besana (D.O.) 10/15/12 1217 | Authorized by: | Chong, Florence Besana (D.O.) |
|---|---|---|---|
| Electronically signed by: | Chong, Florence Besana (D.O.) 10/15/12 1217 | | |
| Specimen: | 10/15/12 1308 | | |
| Diagnoses: | KNEE JOINT PAIN [719.46] | | |
| Questions: | Laterality - specify right, left, N/A, or Bilateral RIGHT | | |
| Comments: | | | |
| Order Details | Right Knee pain without trauma Contact Ph: | | |

## Order Results

### RADIOLOGIC EXAM, KNEE, 3 VIEW. [407875407]              Resulted: 10/15/12 1639. Result Status: Final result

| Order Status: | Completed | Resulting Lab: | TPMG ROSEVILLE RADIOLOGY - RADIOLOGY MOB2 |
|---|---|---|---|
| Specimen: | 10/15/12 1306 | | |
| Narrative: | | | |
| Impression: | | | |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1230 - ROSRAD2 | TPMG ROSEVILLE RADIOLOGY - RADIOLOGY MOB2 | Unknown | 1600 Eureka Road Roseville CA 95661 | 01/14/09 1730 - Present |

## Radiology Report

| Type | ID | Date | Author |
|---|---|---|---|
| Procedures | 0285674210 /15/201213: 06:49ROSX 0101 | 10/15/2012 | Smith, James Howard (M.D.) |

Document Text

RIGHT KNEE RADIOGRAPH TWO VIEWS

** HISTORY **:
Right knee pain

** FINDINGS **:
There is mild loss of joint space in the medial tibial femoral
joint.    No fractures or subluxations are seen.   These changes
are likely due to degenerative osteoarthrosis.  No joint effusion
is seen.   No abnormal soft tissue calcifications are visualized.

34

Bertacchi-Freeman/Hartford001249

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 184 of 769

**2015090210000759**

**201305162000169**

**15**

 **THE PERMANTE MEDICAL GROUP**
**KAISER FOUNDATION HOSPITALS**

ROS-ROI MED SEC
Encounter Results

FREEMAN,GLORIA M
MRN: 110002856742
DOB[REDACTED]1953, Sex: F

\*\* IMPRESSION \*\*:
Mild degenerative osteoarthrosis of the right knee

JAMES SMITH MD

DD:  10/15/2012  DT:  10/15/2012   JJS

Display only: Transcription (0285674210/15/201213:06:49ROSX0101) on 10/15/2012 by Smith, James Howard (M.D.)

Bertacchi-Freeman/Hartford001250

# ❊ Dignity Health
## Medical Foundation

---

MRN: 11056432A                    LESLIE H KIM, MD
BERTACCHIFREEMAN, GLORIA          901 CAMPUS DR STE 111
DOB: REDACTED/1953

                                  DALY CITY CA 94051


 MR LUMBAR SPINE WO CONTRAST      ACC: 8000000453468
Exam Date: 06/05/2013


EXAM: MRI OF THE LUMBAR SPINE WITHOUT GADOLINIUM

CLINICAL HISTORY: Low back pain

COMPARISON: No relevant priors available

TECHNIQUE: 1.5 Tesla MRI images of the Lumbar spine were acquired
using the following sequences: Sagittal T1 and T2, sagittal T2
with fat saturation, axial T1 and T2.

Contrast: None

FINDINGS:

Anatomy: There are 5 lumbar-type, non-rib-bearing vertebral
bodies.

Alignment: Normal throughout.  Normal degree of lumbar lordosis.

Vertebral bodies: Vertebral body height is normal.  No evidence
of compression fractures.  No focal lesions or marrow signal
abnormality.  No evidence of modic type endplate changes or
Schmorl's nodes.

Posterior elements: Posterior neural arches are intact.  Evidence
of possible prior bilateral laminectomies at L5-S1, please
correlate clinically, see axial image #5 series 7.  No other
signs of prior surgery.

---

Mercy Imaging Center, Sacramento                              mercyimaging.org
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 *phone*
916 325-2125 *fax*                                            *Page 1 of 3*

Bertacchi-Freeman/Hartford001251

BERTACCHI FREEMAN, GLORIA         11056432A
 MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013


**Disks:** Diffusely desiccated but normal in height.  No evidence of
diskitis osteomyelitis.

**Spinal canal:** There is narrowing of the spinal canal congenitally
at L4 and L5 due to short pedicles.  Remaining portions of the
canal are patent.  No significant acquired stenosis.

**Cord and cauda equina:** The conus terminates at L1.  Lower cord
signal is normal.  The cauda equina nerve roots are unremarkable.

**Epidural space:** No epidural fluid collections.

**Level-by-level analysis** of the axial T1 and T2 images reveals the
following:

* T12 – L1: Normal disk and facet joints.  No spinal canal or
neuroforaminal stenosis.

* L1 – L2: Normal disk and facet joints.  No spinal canal or
neuroforaminal stenosis.

* L2 – L3: Mild facet arthropathy.  Minimal bilateral foraminal
disc protrusions.  No significant spinal canal or neural
foraminal stenosis.

* L3 – L4: Mild to moderate facet arthropathy bilaterally.  Mild
foraminal disc protrusions.  Spinal canal and neural foramina are
patent.

* L4 – L5: There is a broad-based disc bulge extending to the
neural foramina.  There is a small central disc protrusion.
There is mild overall triangular narrowing of the spinal canal.
No significant narrowing of the lateral recesses.  Neural
foramina are mildly narrowed bilaterally but there is no
impingement of the nerve roots.  There is severe facet
arthropathy with thickening of the ligamentum flavum up to 4 mm.
No evidence of compression of the cauda equina or the traversing
nerve roots or exiting nerve roots.

* L5 – S1: Mild central disc protrusion.  Possible prior
bilateral laminectomy at this level.  Moderate facet arthropathy,
worse on the right, with moderate narrowing of the neural
foramina bilaterally.  Possible impingement of the exiting right
L5 nerve root due to facet osteophyte.  Spinal canal is patent.
No impingement of the S1 traversing nerve roots.

* Sacrum: Visualized portions are unremarkable.

Mercy Imaging Center, Sacramento                                         mercyimaging.org
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 *phone*
916 325-2125 *fax*
                                                                    *Page 2 of 3*

Bertacchi-Freeman/Hartford001252

BERTACCHI FREEMAN, GLORIA          11056432A
MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013


Paraspinal soft tissues: No paraspinal fluid collections or edema.

Retroperitoneum: No adenopathy or AAA.

IMPRESSION:
1.  Evidence of possible prior bilateral laminectomy at L5-S1, please correlate with history.  No evidence of recurrent spinal canal stenosis at this level.

2.  Possible impingement of the exiting right L5 nerve root due to facet osteophyte in the right L5-S1 neural foramen.

3.  No other significant spinal canal or neural foraminal stenosis.

4.  Severe bilateral facet arthropathy at L4-5, worse on the right.  There is mild triangular narrowing of the spinal canal at this level.

Thank you for the opportunity to help in the care of your patient.  Please call or SMS me directly at (916) 538-4734 or email gregory.rogalski@dignityhealth.org with questions about the report or feedback on the final diagnosis.

Electronically Signed By: GREGORY ROGALSKI MD
GR/
CC:
Report Approval Date/Time: 06/05/2013 10:30 AM

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 *phone*
916 325-2125 *fax*

mercyimaging.org

*Page 3 of 3*

Bertacchi-Freeman/Hartford001253



## Dignity Health
### Medical Foundation

MRN: 11056432A                         LESLIE H KIM, MD
BERTACCHIFREEMAN, GLORIA               901 CAMPUS DR STE 111
DOB: REDACTED 1953

                                       DALY CITY CA 94051


 MR KNEE RT WO CONTRAST           ACC: 8000000453469
Exam Date: 05/31/2013


MRI RIGHT KNEE 05/31/2013

HISTORY: Injury several months ago with medial greater than
lateral knee pain since.

TECHNIQUE: Proton Density and fat suppressed proton density
weighted sagittal, coronal and axial sequences were done.

FINDINGS:

Alignment is normal.  Osseous structures have normal signal.
There is mild thinning of the articular cartilages in all three
compartments but no focal defects.  Small hypertrophic spurring
in the medial compartment.

There is an oblique horizontal tear of the posterior horn medial
meniscus extending to the undersurface.  Tear extends into the
body of the medial meniscus where it is more peripherally located
on the inferior surface.  The anterior horn appears intact.
Lateral meniscus is unremarkable.

Anterior and posterior cruciate ligament are intact.  Medial and
lateral collateral ligaments are unremarkable.  Quadriceps and
patellar tendons are normal.  Popliteus tendon is unremarkable.

Small joint effusion.  No intra-articular filling defects.  No
popliteal cyst.  Patellar retinaculum are normal.  Periarticular
soft tissues are unremarkable.

Mercy Imaging Center, Sacramento                      mercyimaging.org
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax                                      Page 1 of 2

BERTACCHI FREEMAN, GLORIA         11056432A
MR KNEE RT WO CONTRAST
Exam Date: 05/31/2013


**Conclusion:**

**Tear in the posterior horn and body of the medial meniscus.**

**Electronically Signed By: DWIGHT MUKUNO MD**
**DM/**
**CC:**
**Report Approval Date/Time: 05/31/2013 01:55 PM**

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Bertacchi-Freeman/Hartford001255

Report: E401773R
Office:
Date Of Report: 04/27/2015

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/07/2013 - 04/27/2015
For business Role:

Page 46

Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14520979
Case: Cardinal Health, Inc.
Claim Owner: Role: Office:

ACTIONS REQUIRED:
- WC denial on file in STD. Should run index and request atty auth for potential settlement. AA should request
documentation of current WC status.

P: ltr to  clmt
dy fo fu

01/31/2014 03:48:31 p.m. ET Christine M Montroy Examiner Minneapolis  MILESTONE CALL
MILESTONE CALL
Relationship to Claimant: Claimant      Date of Call: 01/31/2014
Interviewee: Gloria Bertacchi-Freeman                    Phone: (916) 390-1845  Fax Number:

Medical Condition And Treatment

          clmt adv she had sx
          12/26/2013 - just on right knee
          clmt is doing better
          she went to PT but had a relapse because she got the flu
          clmt adv she is on antibiotics and will start PT again once fever is gone
          knee is swollen and has been icing
          going to try and drain knee
          nov 2/4/2014

          clmt is still tx with Dr. Kim
          Dr. Ngy

01/30/2014 04:28:47 p.m. ET Christine M Montroy Examiner Minneapolis  MILESTONE CALL
MILESTONE CALL
Relationship to Claimant: Claimant      Date of Call: 01/30/2014
Interviewee: Gloria Bertacchi-Freeman                    Phone: (916) 390-1845  Fax Number:

Medical Condition And Treatment

          late comment
          1st attempt ms
          no answer

01/28/2014 05:47:15 p.m. ET Jamie M Radloff MANAGER Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

          MANAGEMENT OVERSIGHT
          58 yr old female, light occ, oow since 10/11 due to back, neck, and knee pain.  EE treated conservatively and eventually
          underwent surgery on 12/13/12.  EE continues to have issues with knee and AP is addressing back pain as well.  EE was to

2015 099 21 007 59 21

Bertacchi-Freeman/Hartford001256

201501162000343

Aug. 15, 2014  2.02PM                           No. 1037   P. 2/5



4990 Rocklin Road
Ste B
Rocklin CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

| | |
|---|---|
| Patient: | Gloria Bertacchifreeman |
| Acct #: | 100197649 |
| DOB: | REDACTED 1953 |
| Physician: | Leslie Kim |
| Phys Fax: | (650) 991-7650 |
| Physician: | Not Specified |
| Clinician: | Tricia Benson |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | CIGNA PPO |
| Pol/Claim#: | |

| | |
|---|---|
| Note Date: | Aug 13, 2014 |
| Phys Phone: | (650) 991-9400 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Oct 05, 2012 |
| Surg. Date: | |
| Visits: | 17 |
| C-UNs: | 0 |
| Employer: | None Given |
| Insured: | |

# Discharge Summary

## Diagnoses  Spine

7242    LUMBAGO
7225Z   LUMB/LUMBOSAC DISC DEGEN

## Subjective Examination

Chief Complaint:
- Pain: Severity at Worst: 7/10.
- Pain: Aggravating Factors: Activities:
  - Bending Forward. 0-10 minutes. Sitting: 50-60 minutes.

## Objective Examination

Posture: Laterally:
- Thoracic Kyphosis: Increased. Lumbar Lordosis: increased. Pelvis: Anterior Tilt.

## Assessment

The client was educated regarding the discharge prognosis and related pathology. The client exhibits fair understanding and is independent in their home exercise program and instructions outlined in this skilled rehabilitation program. From the initiation of treatment to discharge the patient's status is unchanged. Given patient's response after completing program activity, they exhibit poor perception of appropriate self-exertion levels.
Client Behavior/Traits:
- Patient seemed to enjoy physical therapy but did not report any improvement in her condition over the few months I have been seeing her.
Presentation:
- Patient scores her Oswestry at 28/50. She indicates she is unable to stand for longer than 10 minutes due to her pain but is routinely able to stand for exercises at physical therapy 10-15 minutes without complaint of pain. She indicates only being able to lift very light weights but is able to lift her purse from the floor with ease and without complaint of pain. Her Oswestry scores indicate she has not perceived improvement since starting physical therapy. Her scores on the Oswestry have been consistent since starting treatment but indicate a much higher level of perceived impairment than her actual ability impairment seen during physical therapy treatments.

## Problems & Goals

*Problem #1*   Chief Complaint: Pain: Severity at Worst: 7/10.
   LTG Achieve by Aug 14, 2014. Progress: *Some progress*.
         Symptomatic Improvements:
            - Decreasing Pain: to 4/10

*Problem #2*   Chief Complaint: Pain: Aggravating Factors: Activities: Bending Forward. 0-10 minutes.
   LTG Achieve by Aug 14, 2014. proper bending mechanics
         Biomechanical Improvements:
            - via Joint Protection Procedures.

*Problem #3*   Chief Complaint: Pain: Aggravating Factors: Activities: Sitting: 50-60 minutes.
   LTG Achieve by Aug 14, 2014. sitting
         Functional Improvements In:
            - Positional Tolerance to: Up to 2 Hours.

## Plan

Document ID: 3EF002C3.022          Status: Signed off (secure electronic signature)          Page 1 of 2
Tricia Benson, PT(CA Lic: 30225)

201509021000759

Aug. 15. 2014 2:02PV · 201501162000343  No. 1037   P. 3/5



Patient: Gloria Bertacchifreeman
Acct #: 100197649

Note Date: Aug 13, 2014

**Daily Plan:**
· Continue to pursue new prescription from MD. Patient said one was issued and MD office has confirmed this by phone but hard copy of the prescription has not been received yet.
**Discharge due to:**
· Non-compliance.

Electronically authenticated.

_____

Tricia Benson, PT(CA Lic: 30225)
Signed on Aug 13, 2014 14:05:54

2015090210000758

**Seton Medical Center Physical Rehabilitation Services**
45 Southgate Ave, Daly City, Ca 94015    (650) 985-7588

24

**Appointment Date/Time**
12-10-2012 10:00AM

**Type**
Priv Ins

| **Patient Name** | | **Soc Sec Num** | **Birthdate** | **Gender** |
|---|---|---|---|---|
| Gloria Bertacchi Freeman | | REDACTED 3990 | REDACTED/1953 | Female |

**Address**                                                    **Occupation**
po box 2699, Grandite Bay, 95746

**Phone**
916 390-1845

**Claim Number:**          **Adjuster Name:**          **Accident Date:**
Cigna Open Access                                    ~2012-11-13 unkn

**Diagnosis:**

Lumbar Spine, Degenerative Disc Diease (722.52),Thoracic Spine, Degenerative Disc Diease (722.51)

---

**Subjective/Objective/Assesment/Plan**

| | | | | |
|---|---|---|---|---|
| Subjective | 11-21-2012 | HPI:59yo woman referred by Ortho Duane Medelros NP with lumbar and upper back pain,DDD.NO MOI.She describes midline lumbar pain and midlineu pper thoracic pain above the level of T4. She denies upper or lower ex tremity radiculopahles. She rates the pain in these areas as 5/10. Agg s:standing, walking. Gen Health: bilat meniscal tears, scheduled for s urgery Lt knee 12/00/12; incontinence, low thyroid. Relevant Meds:none . Activites: walking, swimming, light workouts at health club.Occupati on: pharmacy manager,standing most of day.Presently off work due to kn ee pain | 0 | Eddwin |
| Objective | 11-21-2012 | ManTher x 30mins FPR lumbar and upper scapulothoracic muscles.Explaine d to pt true leg length differance can cause back pain.Advised pt to h ave Lt shoe build-up. | | Eddwin |
| Assessment | 11-21-2012 | S//low and upperback pain improved after Rx. | | Eddwin |
| Plan | 11-21-2012 | Continue current plan. | | Eddwin |
| Subjective | 11-26-2012 | ***PATIENT COVERED @ 100% WITH 60 VISITS PER CALENDER YEAR*** | 0 | Eddwin |
| Subjective | 11-30-2012 | Pt called to cx today. | 0 | michael |
| Subjective | 12-05-2012 | Visit 2/6: Back pain improved. Some muscle knots along spine and scapu lae. SOme LBP if sitting to long. Having shoe lift installed for short leg. Will be having knee meniscectomy next week. | 0 | Eddwin |
| Objective | 12-05-2012 | ManTher x 30mins FPR TPs lumbar and upper scapulothoracic muscles.MHP. | | Eddwin |
| Assessment | 12-05-2012 | TP's non-tenmder after Rx. | | Eddwin |
| Plan | 12-05-2012 | 1-2 more sessions for back. Then DC and close out that chart and start a new one for knee rehab. Pt will probably return postop for knee re hab. | | Eddwin |

---

Provider's signature _Electronic signature on file._ Date _____

Provider's Name and Degree_____

Address _45 Southgate Ave, Daly City, Ca 94015_____

CA License number _____

IRS Number _____ 91-2154441

Telephone Number _____ (650) 985-7588

Seton Medical Center Physical Rehabilitation Services
45 Southgate Ave, Daly City, Ca 94015 (650) 985-7588

20150902100759

Eval Patient Form

25

**Appointment Date/Time**
12-10-2012 10:00AM

**Type**
Priv Ins

| Patient Name | Soc Sec Num | Birthdate | Gender |
|---|---|---|---|
| Gloria Bertacchi Freeman | REDACTED 3990 | REDACTED 1953 | Female |

**Address**
po box 2699

**Occupation**

**Phone**
916 390-1845

**Claim Number:**
Cigna Open Access

**Adjuster Name:**

**Med/PMH/Allagies**
See Attachements

**Mechanism of injury**
, None

**Date of Accident**

**History**
HPI:59yo woman referred by Ortho Duane Medeiros NP with lumbar and upper back pain,DDD.NO MOI.She describes midline lumbar pain and midlineupper thoracic pain above the level of T4. She denies upper or lower extremity radiculopahies. She rates the pain in these areas as 5/10. Aggs:standing, walking. Gen Health: bilat meniscal tears, scheduled for surgery Lt knee 12/00/12; incontinence, low thyroid. Relevant Meds:none. Activites: walking, swimming, light workouts at health club.Occupation: pharmacy manager,standing most of day.Presently off work due to knee pain.

**Diagnosis**
Lumbar Spine, Degenerative Disc Diease (722.52);Thoracic Spine, Degenerative Disc Diease (722.51);

## SUBJECTIVE

**Current Complaints**
Pain. Pain with sitting.

**Work Classification**

**Risk Factors**
None

**Pain Scale**
Pain Level: 5. Pain Target: 1. Target Achieved: Yes. Pain Type: Chronic. Description: Throb.

**Abuse Report**
Sign/Statement of abuse : No. Reported: N/A.

**Nutrition**
Less then 50% of usual intake over last 5 days: No. Unintentional weight loss of more then 10 lb in last three months: No. Yes answers reported to Physician : N/A.

**Other notes**
Location: Consistent w/ DX. Effects: Decreased Activity. Home Program: Heat/Cold.

## OBJECTIVE

**Observations**
Pleasant,cooperative, in NAD.

**Findings**
Pain SINSS:not severe, not irritable, mechanical back pain,chronic, stable

**Physiologic Findings**
Overweight and poor posture.

**ROM**
Lumbar AROM is normal and w/o pain complaints

**MT**
NA

**Spasm**
TO's in lumbar and upper scapulothoracic muscles

**Joint Mobility**
Stiff thoracic kyphosis

**Neural Tests**
SLR to 90dg bilat w/o LBP;prone knee flex bilat w/o LBP

**Gait**
Normal

**Special Tests**
*LEG LENGTHS Rt 31 1/2in Lt 31in

## FUNCTIONAL LEVEL / GOALS

**Position Tolerance:**

**Functional Strength:**

**Functional ROM:**

**Stability:**

Bertacchi-Freeman/Hartford001261

**Mobility/Plan:**
Be independant and competent with a gym program

**27**

**Treatment Plan:**

**Assessment**
Lumbar Spine, Degenerative Disc Diease (722.52);Thoracic Spine, Degenerative Disc Diease (722.51);

**Treatment Plan**
Physical Therapy.

**Frequecny**          **Duration**
2x week                30 Days

**Home Exercise Program**          **All goals were created in collaboration with the patient**
VH-1 exercise program #6           Yes

**Advised Home Program**
Yes

**Authorized By**
Duane Medeiros MSN NP

**Provider**
Edwin Guarino PT Lic#12050

Provider's signature Electronic signature on file. Date _____

Provider's Name and Degree EDWIN GUARINO PT LIC _____

Address 45 Southgate Ave, Daly City, Ca 94015 _____

CA License number ____12050____

IRS Number ____91-2154441____

Telephone Number ____(650) 985-7588____

2015090210000759

28

**Seton Medical Center Physical Rehabilitation Services**
45 Southgate Ave, Daly City, Ca 94015    (650) 985-7588

**Appointment Date/Time**
06-15-2015  01:00PM

**Type**
WC

| | |
|---|---|
| **Patient Name** | **Soc Sec Num**  **Birthdate**  **Gender** |
| Gloria Bertacchi Freeman | REDACTED 00015   REDACTED 1953   Female |
| **Address** | **Occupation**  **Phone** |
| 5135 Moss Ln., Granite Bay, CA, 95746 | 916 390-1845 |
| **Claim Number:** | **Adjuster Name:**  **Accident Date:** |
| CL#     DOI: 10/11/2012 | ~2015-06-05 unkn |

**Diagnosis:**

### Subjective/Objective/Assessment/Plan

| Subjective | 06-15-2015 | 62y/o woman referred by Dr. Leslie Kim for evaluation and treatment of the cervical, thoracic, and lumbar spine. She reports pain throughout her neck, back, and bilateral knees since 2012, associated with her job as a pharmacy director. She has been unable to work since 2012 due to pain. She reports being relatively sedentary, with limited mobility due to knee pain. Per pt, knee surgeries in 12/2013 and 12/2013 have not helped. Her back symptoms are aggravated by prolonged sitting or standing and limit most daily activities. Her goal is to be free of back and neck pain.  Relevant meds: Norco, lidoderm  Other PMH: unremarkable | 0 | eileen |
|---|---|---|---|---|
| Objective | 06-15-2015 | Please see the IE. Pt tx via: 15 min manual: hip girdle stretching, sidelying scap mob, c/s manual traction. HEP of DKC, l/s rotations, modified down dog, door way pec stretch, seated c/s stretches. 15min estim : Hwave and MHP to t/s and l/s. | | eileen |
| Assessment | 06-15-2015 | Patient tolerating plan. | | eileen |
| Plan | 06-15-2015 | Bike or UBE warmup. Focus postural stab and general flexibility program. | | eileen |
| Subjective | 06-23-2015 | cx - no auth | 0 | eileen |
| Subjective | 06-25-2015 | RECEIVED POC SIGNED BY MD/AT | 0 | eileen |

Provider's signature  Electronic signature on file.  Date _____

Provider's Name and Degree_____

Address  45 Southgate Ave, Daly City, Ca 94015 _____

CA License number _____

IRS Number _____ 91-2154441

Telephone Number _____ (650) 985-7588

Bertacchi-Freeman/Hartford001263

**Seton Medical Center Physical Rehabilitation Services**
45 Southgate Ave, Daly City, Ca 94015   (650) 985-7588

**Appointment Date/Time**
06-23-2015 01:30PM

**Type**
WC

| | | | |
|---|---|---|---|
| **Patient Name**<br>Gloria Bertacchi Freeman | **Soc Sec Num**<br>REDACTED 00015 | **Birthdate**<br>REDACTED 1953 | **Gender**<br>Female |
| **Address**<br>5135 Moss Ln. | **Occupation** | | **Phone**<br>916 390-1845 |
| **Claim Number:**<br>CL#          DOI: 10/11/2012 | **Adjuster Name:**      . | | **Med/PMH/Allagies**<br>See Attachements |
| **Mechanism of Injury** | **Date of Accident**<br>10/11/2012 | | |

**History**
62y/o woman referred by Dr. Leslie Kim for evaluation and treatment of the cervical, thoracic, and lumbar spine. She reports pain throughout her neck, back, and bilateral knees since 2012, associated with her job as a pharmacy director. She has been unable to work since 2012 due to pain. She reports being relatively sedentary, with limited mobility due to knee pain. Per pt, knee surgeries in 12/2013 and 12/2013 have not helped. Her back symptoms are aggravated by prolonged sitting or standing and limit most daily activities. Her goal is to be free of back and neck pain.
Relevant meds: Noroc, lidoderm

**Diagnosis**
Diagnosis: Unremarkable

## SUBJECTIVE

**Current Complaints**
Pain. Siffness. Difficulty sleeping. No change in pain. Pain with sitting. Pain with prolonged standing. Pain with working. Weakness. Difficult to Walk. Motion Restricted.
**Work Classification**

**Risk Factors**

**Pain Scale**
Pain Level: 7. Pain Target: 1. Target Achieved: No. Pain Type: Chronic. Description: Sharp.
**Abuse Report**
Sign/Statement of abuse : No. Reported: N/A.
**Nutrition**
Less then 50% of usual intake over last 5 days: No. Unintentional weight loss of more then 10 lb in last three months: No. Yes answers reported to Physician : N/A.
**Other notes**
Location: Consistent w/ DX. Effects: Decreased Activity. Home Program: Rest.

## OBJECTIVE

**Observations**
Pt pleasant and agreeable with PT. Moderate distress with transitional movements.

**Findings**
Consistent with dx and pt report of chronic neck, back, and knee pain.

**Physiologic Findings**
Moderately TTP throughout lumbar paraspinals and bilateral periscap mm. Mildy TTP suboccipitals.

**ROM**
Lumbar: FF: fingertips to mid-shin, ext 10deg, rotations and sidebend 50%
C/S: FF: chin to chest, ext 30deg, rotations and sidebend WNL
UEs: WNL, painful at endrange shoulder flexion.
LEs: painful and limited at the knees, otherwise WFL

**MT**
Core and scap stabilizers 3/5
Extremities grossly 3+/5

**Spasm**
Moderate hypertonicity throughout periscap and lumbar paraspinal mm.

**Joint Mobility**
Deferred due to pain with palpation.

**Neural Tests**
B SLR and ULTTs (-). Pt reports normal extremity sensation.

**Gait**
Antalgic R stance, limited hip and pelvic movement bilaterally.

**Special Tests**

**FUNCTIONAL LEVEL / GOALS**

**Position Tolerance:**

**Functional Strength:**
Pt to demonstrate 4/5 postural stabilizer strength within 4 weeks.

**Functional ROM:**
Pt to have full functional, painfree spinal and extremity ROM within 4 weeks.

**Stability:**
Pt to be able to demonstrate neutral spinal posture without cueing within 2 weeks and able to maintain neutral with functional activities within 4 weeks.

**Mobility/Plan:**
Pt to benefit from skilled PT 2x/week for 4 weeks to improve flexibility, strength, core stability, and activity tolerance in order to return to functional activities.

**Treatment Plan:**
Ultra sound. Neuro-mus. Re-ed for muscle recruitment. Exercise for strength / flexibility. Kinetics for co-ordination / balance. Ther. Activity to improve jt. / soft tissue movement. Biofeedback. E-Stim.

**Assessment**

**Treatment Plan**
Physical Therapy.

| **Frequecny** | **Duration** |
|---|---|
| 2x week | 30 Days |

**Home Exercise Program**          **All goals were created in collaboration with the patient**
VH-1 exercise program #6          Yes

**Advised Home Program**
Yes

**Authorized By**
Leslie Kim MD          POA

**Provider**
Eileen Howard DPT #39095

---

Provider's signature _Electronic signature on file._ Date _____

Provider's Name and Degree _EILEEN HOWARD DPT_ _____

Address _45 Southgate Ave, Daly City, Ca 94015_ _____

CA License number _39095_ _____

IRS Number _91-2154441_ _____

Telephone Number _(650) 985-7588_ _____

Bertacchi-Freeman/Hartford001266

# Capitol **Physical** Therapy

Johnson Ranch Racquet Club - South   2600 Eureka Rd. Roseville, CA. 95661   Phone: 916-782-2761   Fax: 916-751-2430

Date:   7-22-2015

To:     Leslie Kim, MD                                                                    3²

From:   Cary Caulfield, PT

Re:     Gloria Bertacchi-Freeman
        Treatment Summary Note

DOI:    10-2012

Dr Kim,

The above mentioned pt initiated PT on 7-6-15 and has completed 5 sessions in total with us through the current time.  Compliance to treatment overall has been good.  A formal evaluation note and progress notes will be sent to you directly as available.

The pt initiated treatment with land-based treatments progressing to a pool based program which was initiated on her last visit.  Initial treatments were appearing to be beneficial, though the pt was limited by pain and the multi-site involvement throughout her spine when attempting to complete and progress therapeutic activities.  Modalities including ultrasound and electrical stimulation have been completed as part of the treatment plan to ready the tissues for manual work and to help control post exercise and treatment inflammation.  Manual therapy techniques applied have included soft tissue mobilization, joint mobilization, myofascial restrictions, and muscle energy techniques.  The plan of care in total has been applied to address the pt's problem list and reported subjective reports as well as focused efforts being placed on impairments and restoring functional activity abilities and tolerances.

Overall, the pt has initiated therapy and is demonstrating steady progress as expected.  Slow, steady progress is expected based on the multiple regions of involvement, the chronicity of the condition(s), and impairment levels associated with and contributing the overall level of functional decline and inability.  Irritability levels of the injuries are all minimal to moderate and reactive to activities and duration of activities.  Severity of the condition is moderate primarily due to the level of involvement and multiple regions involved.  Individual pathologies specifically assessed appear to be stable and appropriate for rehab with good potential to improve.  Along with all medical diagnoses, there are multiple impairment based diagnoses including a postural syndrome, abnormal posture, and generalized weakness.  Comorbidities include bilateral knee surgical history in 2012 and 2013.

We are planning to continue with formal physical therapy as ordered and authorized.  We are pleased to change of modify plan based on your reassessment.  The pt did respond well to the change of exercise medium into the aquatic environment.  This appeared to allow her to move with both support and resistance throughout multiple planes of motion and addressing functional movements as well as specific postural stabilization and core focused strengthening activities.  Our plan is to continue with aquatic therapy for the exercise portion of her treatments, if approved and supported by MD (and the pt), with continued application of manual therapy addressing specific L/S, T/S and C/S impairments and hypomobilities.

Bertacchi-Freeman/Hartford001267

2015090210000759

33

# Capitol **Physical** Therapy

Johnson Ranch Racquet Club - South   2600 Eureka Rd.  Roseville, CA. 95661  Phone: 916-782-2761   Fax: 916-751-2430

Thank you for allowing us to work with your pt.  We do appreciate the opportunity.  Please do not hesitate to contact me at any time with comments or questions.

Sincerely,


Cary Caulfield, PT, CSCS
Office: 916-446-1497
Cell: 916-397-3708
Email: cmcaulfield@capitolpt

Bertacchi-Freeman/Hartford001268

2015090210007 BERTACCHI-FREEMAN, GLORIA

# Capitol **Physical** Therapy

**34**

**Capitol Physical Therapy Center**
2600 Eureka Rd
Roseville, CA 95661-6448
(916) 782-2761 (phone)
(916) 751-2430 (fax)

| | | | |
|---|---|---|---|
| **Date:** | 7/6/2015 | | |
| **Patient:** | BERTACCHI-FREEMAN, GLORIA | **DOB:** | REDACT 1953 |
| **Medical Record #:** | 1738213 | **Physician:** | LESLIE KIM MD |
| **Start of Care:** | 7/6/2015 | **Plan of Care Start Date:** | 7/6/2015 |
| **Onset Date:** | 10/1/2012 | **Number of Visits Since the Start of Care:** | 1 |

**Diagnosis(es):**
7242  LUMBAGO
7241  PAIN IN THORACIC SPINE
78192  ABNORMAL POSTURE
72887  MUSCLE WEAKNESS (GENERALIZED)

Dear Dr. **KIM**:

Attached is a summary of my initial evaluation of **Ms. BERTACCHI-FREEMAN** conducted on **7/6/2015**:

**Current Functional Problems:**
1. All WB activities increase pain
2. All transfers and transitional movements are limited.
3. Walking is limited and painful
4. Sitting and driving are painful and difficult
5. UA to exercise at desired levels due to pain
6. Knee co-morbidities limit function as well and contribute to L/S pain
7. unable to work

**Mechanism of Onset:** Work injury - repetitive strain
**Pain:** Yes

**Symptom Scales:** Verbal Numeric Rating Scale

| Date | Score | | Comments |
|---|---|---|---|
| 7/6/2015 | 10/10 | Worst - Activity | T/S, L/S, neck, knees |
| 7/6/2015 | 6/10 | Now - Rest | T/S, L/S, neck, knees |
| 7/6/2015 | 3-4/10 | Best - Rest | T/S, L/S, neck, knees |

**Other Associated Symptoms:** No
**Self-Report Survey:** OPTIMAL

| Date | Score | Comments |
|---|---|---|
| 7/6/2015 | 48% limited based on OPTIMAL survey | T/S, L/S, neck, knees |

**Exam Results:**

**Cervical Spine:**

**Observation:**

| Test/Measure | Other |
|---|---|
| **Abnormal Joint Sounds** | Present |
| Comments: knees | |
| **Posture** | Impaired |
| Comments: forward head, forward shoulder posture with decreased C/S and L/S lordosis | |

**Palpation:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| **Crepitus** | | | Present |
| Comments: knees | | | |
| **Nerve Restriction** | Absent | Absent | |
| **Signs of Inflammation** | Yes | Yes | |
| Comments: R: knees | | | |
| L: knees | | | |
| **Soft Tissue Integrity** | Impaired | Impaired | |
| Comments: R: Stiff and tight at moderate levels with min spasm at the paraspinals at the C-T junction and L/S regions | | | |
| L: Stiff and tight at moderate levels with min spasm at the paraspinals at the C-T junction and L/S regions | | | |
| **Symptoms Reproduced** | | | Yes |
| Comments: P-A testing all grade II- to II+ at the C-T junction, T/S and L/S with L/S being most sensitive and limited. | | | |

**AROM/PROM:**

| Test/Measure | AROM |
|---|---|
| **Cervical Extension** | Impaired 34 Degrees |
| Comments: AROM: pain with ROM and at end range | |
| **Cervical Flexion** | Impaired 30 Degrees |
| Comments: AROM: pain with ROM and at end range | |
| **Cervical Lateral Flexion - Left** | Impaired 16 Degrees |
| Comments: AROM: pain with ROM and at end range | |
| **Cervical Lateral Flexion - Right** | Impaired 14 Degrees |
| Comments: AROM: pain with ROM and at end range | |
| **Cervical Rotation - Left** | Impaired 58 Degrees |
| Comments: AROM: pain with ROM and at end range | |
| **Cervical Rotation - Right** | Impaired 56 Degrees |
| Comments: AROM: pain with ROM and at end range | |

**Strength:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| **Cervical Extensors** | | | 4 |
| **Cervical Flexors** | | | +4 |
| **Cervical Lateral Flexors** | 4 | -4 | |
| **Cervical Rotators** | -4 | -4 | |

**Neurologic:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| **Sensation** | | | Not Impaired |
| **Upper Limb Tension Test** | Negative | Negative | |

**Special Test:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| **Alar Ligament Test** | Negative | Negative | |
| **Axial Manual Compression Test** | | | Positive |
| Comments: Reproduces C/S pain - Lower C/S at C-T junction | | | |
| **Axial Manual Traction Test** | | | Positive |
| Comments: pain relief | | | |
| **Cervical Flexion Lateral Rotation Test** | Positive | Positive | |
| Comments: R: Reproduces C/S pain ipsilaterally | | | |
| L: Reproduces C/S pain Ipsilaterally | | | |
| **Jump Test** | Negative | Negative | |
| **Spurling's Test** | Positive | Positive | |
| Comments: R: Reproduces C/S pain | | | |
| L: Reproduces C/S pain | | | |
| **Transverse Ligament Test** | Negative | Negative | |
| **Valsalva Test** | | | Negative |

**Vertebral Artery Test**    Negative    Negative

Lumbar Spine:

**Palpation:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| Soft Tissue Integrity | Impaired | Impaired | |
| Comments: R: Stiff and tight L/S paraspinals and QL MM | | | |
| L: Stiff and tight L/S paraspinals and QL MM | | | |
| Symptoms Reproduced | | | Yes |
| Comments: P-A testing of L3-L5 segments | | | |

AROM/PROM:

| Test/Measure | AROM |
|---|---|
| Lumbar Extension | Impaired 12 Degrees |
| Lumbar Flexion | Impaired 42 Degrees |
| Lumbar Lateral Flexion - Left | Impaired 12 Degrees |
| Lumbar Lateral Flexion - Right | Impaired 12 Degrees |
| Lumbar Rotation - Left | Impaired |
| Lumbar Rotation - Right | Impaired |

Strength:

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| Lumbar Extensors | | | 4 |
| Lumbar Flexors | | | -4 |
| Lumbar Lateral Flexors | -4 | -4 | |
| Lumbar Rotators | -4 | -4 | |

**Neurologic:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| Neural Tension | Negative | Negative | |
| Sensation | | | Not Impaired |
| Straight Leg Raise Test (Passive) | Positive | Positive | |
| Comments: R: L/S at 48 deg hip flexion | | | |
| L: L/S at 46 deg hip flexion | | | |

Functional Performance:

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| Ambulation | | | Impaired |
| Comments: Min-Mod increasing with increased distance/time | | | |
| Bathing | | | Impaired |
| Comments: Lowered reach activities | | | |
| Bed Mobility | | | Impaired |
| Comments: rolling in bed | | | |
| Bending | | | Impaired |
| Comments: Min-Mod depending on level | | | |
| Carrying | | | Impaired |
| Comments: Min-Mod | | | |
| Dressing | | | Impaired |
| Comments: LE clothing and footwear | | | |
| Driving | | | Impaired |
| Comments: Min-Mod and increasing with increased time | | | |
| General Endurance | | | Impaired |
| Comments: Moderate | | | |
| Lifting | | | Impaired |
| Comments: Moderate with pain and compensation | | | |
| Pulling | | | Impaired |
| Comments: Minimal | | | |

**Pushing**                                                                    Impaired
Comments: Minimal
**Reaching over head**           Impaired                    Impaired
**Shopping**                                                                   Impaired
Comments: Min-mod
**Sitting**                                                                    Impaired
Comments: Min-Mod and increasing with increased time
**Squatting**                                                                  Impaired
Comments: Moderate with pain and compensation
**Stairs**                                                                     Impaired
Comments: knees and back - moderate
**Standing**                                                                   Impaired
Comments: Min-Mod with pain and compensation increasing with increased time
**Stepping Down**                Impaired                    Impaired
Comments: R: knees and back - moderate
L: knees and back - moderate
**Stepping Up**                  Impaired                    Impaired
Comments: R: knees and back - moderate
L: knees and back - moderate
**Stirring**                                                                   Impaired
Comments: Min-Mod increasing with increased time
**Transfers**                                                                  Impaired
Comments: Moderate with pain and compensation

## CLINICAL ASSESSMENT:
The patient presents to PT with signs and symptoms consistent with C/S pain, bilateral knee pain, and T/S and L/S injuries all limiting functional abilities.
Stage: Chronic
Irritability: Moderate
Nature: T/S and L/S sprain strain conditions with acquired abnormal posture affecting C/S and significant co-morbidities at the knees with bilateral knee internal derangements.
Severity: Moderate

## PLAN OF CARE
Ms. BERTACCHI-FREEMAN will attend therapy as ordered and authorized with a POC focused on pain relief, posture re-ed, ther ex for strength and endurance, and general functional progressions to facilitate improved functional activities. Possibly, we will trial the addition of an aquatic based ther ex and ther activities program to facilitate movement and limit pain at all involved areas.

Thank you for this referral.

Cary Caulfield, PT, CSCS                                    7/6/2015

_____                      _____
Cary Caulfield, PT                                         Date
Digitally signed with RevFlow

**38**

# Capitol **Physical** Therapy

**Capitol Physical Therapy Center**
2600 Eureka Rd
Roseville, CA 95661-6448
(916) 782-2761 (phone)
(916) 751-2430 (fax)

## INITIAL VISIT NOTE

| | | | |
|---|---|---|---|
| **Date of Service:** | 7/6/2015 | | |
| **Patient:** | BERTACCHI-FREEMAN, GLORIA | **DOB:** | REDACT/1953 |
| **Medical Record #:** | 1738213 | **Physician:** | LESLIE KIM MD |
| **Start of Care:** | 7/6/2015 | **Plan of Care Start Date:** | 7/6/2015 |
| **Onset Date:** | 10/1/2012 | | |
| **Diagnosis(es):** | 7242  LUMBAGO | | |
| | 7241  PAIN IN THORACIC SPINE | | |
| | 78192  ABNORMAL POSTURE | | |
| | 72887  MUSCLE WEAKNESS (GENERALIZED) | | |

### PATIENT REPORT

**Patient Comments:** The pt reports she injured her T/S and L/S while working.  She also reports Hx of bilateral knee surgeries in 2011 and 2012.

**Problems:**
1. All WB activities increase pain
2. All transfers and transitional movements are limited.
3. Walking is limited and painful
4. Sitting and driving are painful and difficult
5. UA to exercise at desired levels due to pain
6. Knee co-morbidities limit function as well and contribute to L/S pain
7. unable to work

**Onset Date:** 10/1/2012

**Mechanism of Onset:** Work injury - repetitive strain
**Characteristics:**
**Pain:** Yes
- Pain characteristics description: sharp, dull, and achy
- What makes the pain better?: rest, change of position
- What makes the pain worse?: Extended activities, all positions, repetititve motions

**Symptom Scales:** Verbal Numeric Rating Scale

| Date | Score | | Comments |
|---|---|---|---|
| 7/6/2015 | 10/10 | Worst - Activity | T/S, L/S, neck, knees |
| 7/6/2015 | 6/10 | Now - Rest | T/S, L/S, neck, knees |
| 7/6/2015 | 3-4/10 | Best - Rest | T/S, L/S, neck, knees |

**Other Associated Symptoms:** No

**Prior treatment for current problem(s):** Yes   Comments: PT x 1 session in bay area

**Diagnostic tests for current problem(s):** Yes
- Imaging Studies: with MD
- Labs: with MD

**Impact of current problem(s) on function:** Limited   Comments: pain and fatigue from pain limits all.

20150902100975 BERTACCHI-FREEMAN, GLORIA

**39**

Self-Report Survey: OPTIMAL

| Date | Score | Comments |
|------|-------|----------|
| 7/6/2015 | 48% limited based on OPTIMAL survey | T/S, L/S, neck, knees |

**Red Flags:**
• None Reported

**Medications:** None
**Comments:** In PT medical record as reported by Pt.

**Past Medical History:**

**Other Medical Conditions:** Yes
• Orthopedic: Bilateral knee internal derangements

**Family History:** Not Reported

**Social History:**

**Living Environment:**
• Household occupancy: Lives with  husband

**Employment Status:**
• Occupation: Worked in a Psych facility
• Employment status: Unable to work due to current condition

**Lifestyle:**
• Leisure Activities/Hobbies: Sedentary/min-mod active in community

**Prior Level of Function:**
• Prior level of function: Independent   Comments: Intermittent pain - not limiting funciton.

**Safety Considerations:**

**Allergies:**
• Patient has Allergies: No

**Precautions:**
• Patient Precautions: Yes
• Activity Restrictions: T/S, L/S, neck, knees
• Fall Risk

## EXAMINATION

**Cervical Spine:**

**Observation:**

| Test/Measure | | Other |
|--------------|---|-------|
| **Abnormal Joint Sounds** | | Present |
| Comments: knees | | |
| **Posture** | | Impaired |
| Comments: forward head, forward shoulder posture with decreased C/S and L/S lordosis | | |

**Palpation:**

| Test/Measure | Right | Left | Other |
|--------------|-------|------|-------|
| **Crepitus** | | | Present |
| Comments: knees | | | |
| **Nerve Restriction** | Absent | Absent | |
| **Signs of Inflammation** | Yes | Yes | |
| Comments: R: knees | | | |

2015090210000750   BERTACCHI-FREEMAN, GLORIA

**40**

L: knees

**Soft Tissue Integrity**     Impaired                    Impaired

Comments: R: Stiff and tight at moderate levels with min spasm at the paraspinals at the C-T junction and L/S regions

L: Stiff and tight at moderate levels with min spasm at the paraspinals at the C-T junction and L/S regions

**Symptoms Reproduced**                                                                Yes

Comments: P-A testing all grade II- to II+ at the C-T junction, T/S and L/S with L/S being most sensitive and limited.

**AROM/PROM:**

| Test/Measure | AROM |
|---|---|
| **Cervical Extension** | Impaired 34 Degrees |
| Comments: AROM: pain with ROM and at end range | |
| **Cervical Flexion** | Impaired 30 Degrees |
| Comments: AROM: pain with ROM and at end range | |
| **Cervical Lateral Flexion – Left** | Impaired 16 Degrees |
| Comments: AROM: pain with ROM and at end range | |
| **Cervical Lateral Flexion - Right** | Impaired 14 Degrees |
| Comments: AROM: pain with ROM and at end range | |
| **Cervical Rotation - Left** | Impaired 58 Degrees |
| Comments: AROM: pain with ROM and at end range | |
| **Cervical Rotation - Right** | Impaired 56 Degrees |
| Comments: AROM: pain with ROM and at end range | |

**Strength:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| **Cervical Extensors** | | | 4 |
| **Cervical Flexors** | | | +4 |
| **Cervical Lateral Flexors** | 4 | -4 | |
| **Cervical Rotators** | -4 | -4 | |

**Neurologic:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| **Sensation** | | | Not Impaired |
| **Upper Limb Tension Test** | Negative | Negative | |

**Special Test:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| **Alar Ligament Test** | Negative | Negative | |
| **Axial Manual Compression Test** | | | Positive |
| Comments: Reproduces C/S pain - Lower C/S at C-T junction | | | |
| **Axial Manual Traction Test** | | | Positive |
| Comments: pain relief | | | |
| **Cervical Flexion Lateral Rotation Test** | Positive | Positive | |
| Comments: R: Reproduces C/S pain ipsilaterally L: Reproduces C/S pain Ipsilaterally | | | |
| **Slump Test** | Negative | Negative | |
| **Spurling's Test** | Positive | Positive | |
| Comments: R: Reproduces C/S pain L: Reproduces C/S pain | | | |
| **Transverse Ligament Test** | Negative | Negative | |
| **Valsalva Test** | | | Negative |
| **Vertebral Artery Test** | Negative | Negative | |

**Lumbar Spine:**

**Palpation:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| **Soft Tissue Integrity** | Impaired | Impaired | |

Comments: R: Stiff and tight L/S paraspinals and QL MM
L: Stiff and tight L/S paraspinals and QL MM

**Symptoms Reproduced**                                             Yes                    # 41

Comments: P-A testing of L3-L5 segments

**AROM/PROM:**

| Test/Measure | AROM |
|---|---|
| **Lumbar Extension** | Impaired 12 Degrees |
| **Lumbar Flexion** | Impaired 42 Degrees |
| **Lumbar Lateral Flexion - Left** | Impaired 12 Degrees |
| **Lumbar Lateral Flexion - Right** | Impaired 12 Degrees |
| **Lumbar Rotation - Left** | Impaired |
| **Lumbar Rotation - Right** | Impaired |

**Strength:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| **Lumbar Extensors** | | | 4 |
| **Lumbar Flexors** | | | -4 |
| **Lumbar Lateral Flexors** | -4 | -4 | |
| **Lumbar Rotators** | -4 | -4 | |

**Neurologic:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| **Neural Tension** | Negative | Negative | |
| **Sensation** | | | Not Impaired |
| **Straight Leg Raise Test (Passive)** | Positive | Positive | |

Comments: R: L/S at 48 deg hip flexion
L: L/S at 46 deg hip flexion

**Functional Performance:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| **Ambulation** | | | Impaired |
| Comments: Min-Mod increasing with increased distance/time | | | |
| **Bathing** | | | Impaired |
| Comments: Lowered reach activities | | | |
| **Bed Mobility** | | | Impaired |
| Comments: rolling in bed | | | |
| **Bending** | | | Impaired |
| Comments: Min-Mod depending on level | | | |
| **Carrying** | | | Impaired |
| Comments: Min-Mod | | | |
| **Dressing** | | | Impaired |
| Comments: LE clothing and footwear | | | |
| **Driving** | | | Impaired |
| Comments: Min-Mod and increasing with increased time | | | |
| **General Endurance** | | | Impaired |
| Comments: Moderate | | | |
| **Lifting** | | | Impaired |
| Comments: Moderate with pain and compensation | | | |
| **Pulling** | | | Impaired |
| Comments: Minimal | | | |
| **Pushing** | | | Impaired |
| Comments: Minimal | | | |
| **Reaching over head** | Impaired | Impaired | |
| **Shopping** | | | Impaired |
| Comments: Min-mod | | | |
| **Sitting** | | | Impaired |
| Comments: Min-Mod and increasing with increased time | | | |

2015892210827 BERTACCHI-FREEMAN, GLORIA

Page 5 of 6

**42**

**Squatting**                                                                  Impaired
Comments: Moderate with pain and compensation
**Stairs**                                                                     Impaired
Comments: knees and back - moderate
**Standing**                                                                   Impaired
Comments: Min-Mod with pain and compensation increasing with increased time
**Stepping Down**              Impaired               Impaired
Comments: R: knees and back - moderate
L: knees and back - moderate
**Stepping Up**                Impaired               Impaired
Comments: R: knees and back - moderate
L: knees and back - moderate
**Stirring**                                                                   Impaired
Comments: Min-Mod increasing with increased time
**Transfers**                                                                  Impaired
Comments: Moderate with pain and compensation

## EVALUATION

**Assessment:** The patient presents to PT with signs and symptoms consistent with C/S pain, bilateral knee pain, and T/S and L/S injuries all limiting functional abilities.
Stage: Chronic
Irritability: Moderate
Nature: T/S and L/S sprain strain conditions with acquired abnormal posture affecting C/S and significant co-morbidities at the knees with bilateral knee internal derangements.
Severity: Moderate
**Goals:**

| No. | Goal |
|-----|------|
| 1. | Improve OPTIMAL baseline ability score by 20% or more in 4-6 weeks |
| 2. | Pt to walk without significant impairment in 4-6 weeks |
| 3. | Pt to sleep > 6 hours without waking due to pain in 4-6 weeks |
| 4. | Pt to tolerate sitting and standing for > 60 minutes in 4-6 weeks |
| 5. | Decrease pain to < 2/10 with all activities in 6-8 weeks. |
| 6. | Pt to return to appropriate PLOF exercises in 4-6 weeks |
| 7. | Pt to return to all recreational activities without pain in 8-12 weeks |
| 8. | Pt to ambulate up and down stairs without impairment or pain in 6-8 weeks. |
| 9. | Pt to tolerate driving without pain in 4-6 weeks |

**Rehabilitation Potential:** Good
**Prognosis:**
The following characteristics/patient factors will increase the likelihood that this patient will achieve the outcomes:
Good with active participation and compliance to treatment plan and HEP

## TREATMENT PLAN

**Treatment Schedule:**
**Frequency of Care:** 2 visits per week
**Duration of Care:** 4 weeks
**Plan of Care:**
**Anticipated Treatment Techniques:**
POC as listed in interventions with possible addition/trial of aquatic based ther ex and ther activities to facilitate movement and limit pain at all involved areas.

## INTERVENTIONS

**Exercise:**

| Date | Name | Mode | Frequency | Intensity | Duration | Other Information |
|------|------|------|-----------|-----------|----------|-------------------|
| 6/2015 | Ther ex | flexibility, ROM, stab strength, HEP | PRN | PRN | PRN | |
| 7/6/2015 | Neuro re-ed | Posture re-ed with biofeedback and proprioception | | | | |

**Modalities:**

| Date | Name | Device | Duration | Intensity | Other Settings | Other Information |
|------|------|--------|----------|-----------|----------------|-------------------|
| 7/6/2015 | Ultrasound | clinical unit | 10' | 1 Mhz; 100%; 1.5 w/cm2 | | |
| 7/6/2015 | Electrical Stimulation | TENS HAN-1 | 15' | PRN | | |

**Manual Therapy:**

| Date | Name | Technique | Body Part | Equipment / Devices | Parameters | Other Information |
|------|------|-----------|-----------|---------------------|------------|-------------------|
| 7/6/2015 | Manual Therapy | ST mobilization / Jt Mobilization | T/S and L/S; C/S | manual | GII/III as tolerated and appropriate | |

**Notes:**

| Date | Name | Description |
|------|------|-------------|
| 7/6/2015 | PT evaluation - Extended - C/S, T/S, and L/S | |

**Post-Intervention:**

**Assessment:** Chronic Postural abnormalities and strain related to T/S and L/S injuries also involving the C/S and knees. All limit functional activity abilities and tolerances.

**Treatment Plan:** Apply POC to address all regions and improve function. Consider trial of aquatic PT for mode of ther ex is land based therapy is difficult.

**Total Minutes for Timed Procedure Codes:** 55

**Total Treatment Minutes for the Visit:** 70

Cary Caulfield, PT, CSCS

8/8/2015

Cary Caulfield, PT
Digitally signed with RevFlow

Date

2015090210007 BERTACCHI-FREEMAN, GLORIA
44

# Capitol **Physical** Therapy

**Capitol Physical Therapy Center**

2600 Eureka Rd

Roseville, CA 95661-6448

(916) 782-2761 (phone)

(916) 751-2430 (fax)

## FOLLOW UP VISIT NOTE

| | | | |
|---|---|---|---|
| **Date of Service:** | 7/8/2015 | | |
| **Patient:** | BERTACCHI-FREEMAN, GLORIA | **DOB:** | REDACT 1953 |
| **Medical Record #:** | 1738213 | **Physician:** | LESLIE KIM MD |
| **Start of Care:** | 7/6/2015 | **Plan of Care Start Date:** | 7/6/2015 |
| **Onset Date:** | 10/1/2012 | | |
| **Diagnosis(es):** | 7242   LUMBAGO | | |
| | 7241   PAIN IN THORACIC SPINE | | |
| | 78192  ABNORMAL POSTURE | | |
| | 72887  MUSCLE WEAKNESS (GENERALIZED) | | |

## PATIENT REPORT

**Patient Comments:** The pt reports she continues to have pain and soreness related to her neck and back regions with neck and upper shoulder being worse today.  The pt reports she tolerated treatment well initially with soreness after that resolved to normal levels.

## INTERVENTIONS

**Exercise:**

| Date | Name | Mode | Frequency | Intensity | Duration | Other Information |
|---|---|---|---|---|---|---|
| 7/8/2015 | Ther ex | flexibility, ROM, stab strength, HEP | PRN | PRN | PRN | |
| 7/8/2015 | Neuro re-ed | Posture re-ed with biofeedback and proprioception | | | | |

**Modalities:**

| Date | Name | Device | Duration | Intensity | Other Settings | Other Information |
|---|---|---|---|---|---|---|
| 7/8/2015 | Ultrasound | clinical unit | 10' | 1 Mhz; 100%; 1.5 w/cm2 | | |
| 7/8/2015 | Electrical Stimulation | TENS HAN-1 | 15' | PRN | | |

**Manual Therapy:**

| Date | Name | Technique | Body Part | Equipment / Devices | Parameters | Other Information |
|---|---|---|---|---|---|---|
| 7/8/2015 | Manual Therapy | ST mobilization / Jt Mobilization | T/S and L/S; C/S | manual | GII/III as tolerated and appropriate | |

**Notes:**

| Date | Name | Description |
|---|---|---|
| 8/2015 | PT evaluation - Extended - C/S, T/S, and L/S | |

## EVALUATION

**Assessment:** Good tolerance to all treatments applied based on POC initiated last visit.  Posture correction at the C/S and T/S regions was discussed and practiced with Lumbo-pelvic positioning addressed as well.  Ther ex and general activities were discussed at length throughout treatment in efforts to assist self-care and keep functional activities going at an appropriate level without flaring Sxs and limiting further

function. The pt continues to demonstrate weakness and poor endurance related to her regions of injury. The multiple regions being involved does limit her function and tolerances.

**Goals:**

| No. | Goal | % Achieved | Status | Comments |
|---|---|---|---|---|
| 1. | Improve OPTIMAL baseline ability score by 20% or more in 4-6 weeks | 0 | In Progress | |
| 2. | Pt to walk without significant impairment in 4-6 weeks | 0 | In Progress | |
| 3. | Pt to sleep > 6 hours without waking due to pain in 4-6 weeks | 0 | In Progress | |
| 4. | Pt to tolerate sitting and standing for > 60 minutes in 4-6 weeks | 0 | In Progress | |
| 5. | Decrease pain to < 2/10 with all activities in 6-8 weeks. | 0 | In Progress | |
| 6. | Pt to return to appropriate PLOF exercises in 4-6 weeks | 0 | In Progress | |
| 7. | Pt to return to all recreational activities without pain in 8-12 weeks | 0 | In Progress | |
| 8. | Pt to ambulate up and down stairs without impairment or pain in 6-8 weeks. | 0 | In Progress | |
| 9. | Pt to tolerate driving without pain in 4-6 weeks | 0 | In Progress | |

45

## TREATMENT PLAN

**Plan of Care:**

**Anticipated Treatment Techniques:**

Continue with POC activities with progressions as able.

**Total Minutes for Timed Procedure Codes:**  55

**Total Treatment Minutes for the Visit:**  70

Cary Caulfield, PT, CSCS                                            **8/8/2015**

**Cary Caulfield, PT**
Digitally signed with RevFlow

**Date**

2015090210000 BERTACCHI-FREEMAN, GLORIA

# Capitol **Physical** Therapy

**Capitol Physical Therapy Center**

2600 Eureka Rd

Roseville, CA 95661-6448

(916) 782-2761 (phone)

(916) 751-2430 (fax)

## FOLLOW UP VISIT NOTE

| | | | |
|---|---|---|---|
| Date of Service: | 7/13/2015 | | |
| Patient: | BERTACCHI-FREEMAN, GLORIA | DOB: | [REDACT]1953 |
| Medical Record #: | 1738213 | Physician: | LESLIE KIM MD |
| Start of Care: | 7/6/2015 | Plan of Care Start Date: | 7/6/2015 |
| Onset Date: | 10/1/2012 | | |
| Diagnosis(es): | 7242   LUMBAGO | | |
| | 7241   PAIN IN THORACIC SPINE | | |
| | 78192  ABNORMAL POSTURE | | |
| | 72887  MUSCLE WEAKNESS (GENERALIZED) | | |

## PATIENT REPORT

**Patient Comments:** The pt reports that she continues to have C/S and L/S pain associated with decreased tolerance to functional activities. She does report that treatment does help. She has been able to stay and exercise more with better tolerance due to pain relief from treatment. The pt reports that she continues to struggle with both the back and neck, but that she understands this will take some time to improve. Pain today is reported at 5-6/10 levels with the L/S and C/S involved and the L/S being more achy and stiff.

## EXAMINATION

**Cervical Spine:**

**Palpation:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| Symptoms Reproduced | | | Yes |

Comments: stiff and tight and tender all noted with general palaption bilaterally throughotu post-lat C/S and post upper quarters.

**Lumbar Spine:**

**Palpation:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| Soft Tissue Integrity | Impaired | Impaired | |

Comments: R: Stiff and tight. No active spasm

L: Stiff and tight. No active spasm

| | | | |
|---|---|---|---|
| Symptoms Reproduced | | | Yes |

Comments: Conitnued paina nd tenderness with palpation throughout bilateral L/S and with P-A GII-/II+ L3-5.

## INTERVENTIONS

**Exercise:**

| Date | Name | Mode | Frequency | Intensity | Duration | Other Information |
|---|---|---|---|---|---|---|
| 7/13/2015 | Ther ex | flexibility, ROM, stab strength, HEP | PRN | PRN | PRN | |
| 13/2015 | Neuro re-ed | Posture re-ed with biofeedback and proprioception | | | | |
| 7/13/2015 | Aquatic Therapy | Trial of water based | | | | |

| | | programming | | | | |

**Modalities:**

| Date | Name | Device | Duration | Intensity | Other Settings | Other Information |
|------|------|--------|----------|-----------|----------------|-------------------|
| 7/13/2015 | Ultrasound | clinical unit | 10' | 1 Mhz; 100%; 1.5 w/cm2 | | PT completed on L/S without charge |
| 7/13/2015 | Electrical Stimulation | TENS HAN-1 | 15' | PRN | | |

**Manual Therapy:**

| Date | Name | Technique | Body Part | Equipment / Devices | Parameters | Other Information |
|------|------|-----------|-----------|---------------------|------------|-------------------|
| 7/13/2015 | Manual Therapy | ST mobilization / Jt Mobilization | T/S and L/S; C/S | manual | GII/III as tolerated and appropriate | |

**Notes:**

| Date | Name | Description |
|------|------|-------------|
| 7/13/2015 | PT evaluation - Extended - C/S, T/S, and L/S | |

## EVALUATION

**Assessment:** The pt received treatment well today with verbal reports of feeling less pain after manual techniques and modalities on table. She also reported tolerating her ex well. The pt demonstrated postural focused exercises on correction and mobility with light PRE all with posture re-ed focus. Kinesthetic awareness was cued throughout verbally and with light tactile cues. Good compliance to HEP was noted with pt ability to demonstrate exercises issued with good effort and technique.

**Goals:**

| No. | Goal | % Achieved | Status | Comments |
|-----|------|-----------|--------|----------|
| | Improve OPTIMAL baseline ability score by 20% or more in 4-6 weeks | 0 | In Progress | Reassess at re-eval |
| 2. | Pt to walk without significant impairment in 4-6 weeks | 20 | In Progress | |
| 3. | Pt to sleep > 6 hours without waking due to pain in 4-6 weeks | 33 | In Progress | |
| 4. | Pt to tolerate sitting and standing for > 60 minutes in 4-6 weeks | 33 | In Progress | |
| 5. | Decrease pain to < 2/10 with all activities in 6-8 weeks. | 15 | In Progress | |
| 6. | Pt to return to appropriate PLOF exercises in 4-6 weeks | 25 | In Progress | |
| 7. | Pt to return to all recreational activities without pain in 8-12 weeks | 20 | In Progress | |
| 8. | Pt to ambulate up and down stairs without impairment or pain in 6-8 weeks. | 20 | In Progress | |
| 9. | Pt to tolerate driving without pain in 4-6 weeks | 33 | In Progress | |

**47**

**Prognosis:**
The following characteristics/patient factors will increase the likelihood that this patient will achieve the outcomes:
Overall good throughout with expected slow progressions due to chronicity of condition and multiple sites of involvement

## TREATMENT PLAN

**comments:** Pt to continue treatment under PT and PTA. focus on ther ex and manual work. Pt might complete trial of pool based exercise to see if pain is decreased with movement and to facilitate a longer treatment session to stress endurance.

**n of Care:**
**Anticipated Treatment Techniques:**
Continue with POC and all progreesions.
Consider Pool based exercise as a trial.
Progress HEP.
**Total Minutes for Timed Procedure Codes:** 55

2015090210007354   BERTACCHI-FREEMAN, GLORIA

**Total Treatment Minutes for the Visit:** 70

Cary Caulfield, PT, CSCS

8/8/2015

**48**

Cary Caulfield, PT
Digitally signed with RevFlow

Date

# Capitol **Physical** Therapy

**Capitol Physical Therapy Center**
2600 Eureka Rd
Roseville, CA 95661-6448
(916) 782-2761 (phone)
(916) 751-2430 (fax)

## FOLLOW UP VISIT NOTE

| | | | |
|---|---|---|---|
| Date of Service: | 7/15/2015 | | |
| Patient: | BERTACCHI-FREEMAN, GLORIA | DOB: | 1953 |
| Medical Record #: | 1738213 | Physician: | LESLIE KIM MD |
| Start of Care: | 7/6/2015 | Plan of Care Start Date: | 7/6/2015 |
| Onset Date: | 10/1/2012 | | |
| Diagnosis(es): | 7242  LUMBAGO | | |
| | 7241  PAIN IN THORACIC SPINE | | |
| | 78192  ABNORMAL POSTURE | | |
| | 72887  MUSCLE WEAKNESS (GENERALIZED) | | |

## PATIENT REPORT

**Patient Comments:** Pt. reports 5/10 pain overall in in her neck and low back.

## INTERVENTIONS

**Exercise:**

| Date | Name | Mode | Frequency | Intensity | Duration | Other Information |
|---|---|---|---|---|---|---|
| 7/15/2015 | Ther ex | flexibility, ROM, stab strength, HEP | PRN | PRN | PRN | |
| 7/15/2015 | Neuro re-ed | Posture re-ed with biofeedback and proprioception | | | | |

**Modalities:**

| Date | Name | Device | Duration | Intensity | Other Settings | Other Information |
|---|---|---|---|---|---|---|
| 7/15/2015 | Ultrasound | clinical unit | 10' | 1 Mhz; 100%; 1.5 w/cm2 | | PT completed on L/S without charge |
| 7/15/2015 | Electrical Stimulation | TENS HAN-1 | 15' | PRN | | |

**Manual Therapy:**

| Date | Name | Technique | Body Part | Equipment / Devices | Parameters | Other Information |
|---|---|---|---|---|---|---|
| 7/15/2015 | Manual Therapy | ST mobilization / Jt Mobilization | T/S and L/S; C/S | manual | GII/III as tolerated and appropriate | |

**Notes:**

| Date | Name | Description |
|---|---|---|
| 7/15/2015 | PT evaluation - Extended - C/S, T/S, and L/S | |

## EVALUATION

**Assessment:** Progressed ther-ex to include leg press. Limited ROM of hips to approximately 45 deg to prior history of knee pain. Continued verbal and tactile cues to address posture during exercises and pelvic position during l/s stability exercises. Treatment was effective at reducing pain. Pt. reported a decrease in pain from 5/10 pre-tx to 3-4/10 post-Tx.

## TREATMENT PLAN

**comments:** Pt to continue treatment under PT and PTA.  focus on ther ex and manual work.  Pt might complete trial of pool based exercise to ... e if pain is decreased with movement and to facilitate a longer treatment session to stress endurance.

**Plan of Care:**

**Anticipated Treatment Techniques:**

Trial aquatic exercises next visit.

**Total Minutes for Timed Procedure Codes:**  55

**Total Treatment Minutes for the Visit:**  72

**50**

Brandon Stone, PTA                                                    8/9/2015

_____                    _____
**Brandon Stone, PTA**                                               **Date**
Digitally signed with RevFlow


Cary Caulfield, PT, CSCS                                              8/9/2015

_____                    _____
**Cary Caulfield, PT**                                               **Date**
Digitally signed with RevFlow

Bertacchi-Freeman/Hartford001285

2015090210007 BERTACCHI-FREEMAN, GLORIA

Page 1 of 2

# Capitol **Physical** Therapy

**51**

**Capitol Physical Therapy Center**

2600 Eureka Rd

Roseville, CA 95661-6448

(916) 782-2761 (phone)

(916) 751-2430 (fax)

## FOLLOW UP VISIT NOTE

| | | | |
|---|---|---|---|
| **Date of Service:** | 7/20/2015 | | |
| **Patient:** | BERTACCHI-FREEMAN, GLORIA | **DOB:** | [REDACTED]/1953 |
| **Medical Record #:** | 1738213 | **Physician:** | LESLIE KIM MD |
| **Start of Care:** | 7/6/2015 | **Plan of Care Start Date:** | 7/6/2015 |
| **Onset Date:** | 10/1/2012 | | |
| **Diagnosis(es):** | 7242   LUMBAGO | | |
| | 7241   PAIN IN THORACIC SPINE | | |
| | 78192  ABNORMAL POSTURE | | |
| | 72887  MUSCLE WEAKNESS (GENERALIZED) | | |

### PATIENT REPORT

**Patient Comments:** Pt. states that her body feels "achy" today.  She states that her back is "not too bad" but her knees bother her.  Pt. states that she would like to try doing exercises in the pool today.

### INTERVENTIONS

Exercise:

| Date | Name | Mode | Frequency | Intensity | Duration | Other Information |
|---|---|---|---|---|---|---|
| 7/20/2015 | Ther ex | flexibility, ROM, stab strength, HEP | PRN | PRN | PRN | |
| 7/20/2015 | Neuro re-ed | Posture re-ed with biofeedback and proprioception | | | | |
| 7/20/2015 | Aquatic Therapy | Trial of water based programming | | | | |

Notes:

| Date | Name | Description |
|---|---|---|
| 7/20/2015 | PT evaluation - Extended - C/S, T/S, and L/S | |

### EVALUATION

**Assessment:** Trialed aquatic exercises.  Pt. had no exacerbation of l/s or c/s pain but had reports of increased R knee pain.  Instructed pt. to move in her available ROM and not to move past the point of pain.  Cued pt. to perform exercises/activities in the slow-mod speed range

### TREATMENT PLAN

**Plan of Care:**

**Anticipated Treatment Techniques:**

Continue aquatic exercises based on how pt. responded to aquatic trial.

**Total Minutes for Timed Procedure Codes:**  55

**Total Treatment Minutes for the Visit:**  55

Brandon Stone, PTA                                                          8/9/2015

**Brandon Stone, PTA**
Digitally signed with RevFlow

**Date**

2015090210000 BERTACCHI-FREEMAN, GLORIA

Page 2 of 2

Cary Caulfield, PT, CSCS

8/9/2015

**Cary Caulfield, PT**
gitally signed with RevFlow

Date

52

# Capitol **Physical** Therapy

**Capitol Physical Therapy Center**
2600 Eureka Rd
Roseville, CA 95661-6448
(916) 782-2761 (phone)
(916) 751-2430 (fax)

## FOLLOW UP VISIT NOTE

| | | | |
|---|---|---|---|
| Date of Service: | 7/23/2015 | | |
| Patient: | BERTACCHI-FREEMAN, GLORIA | DOB: | [REDACT]1953 |
| Medical Record #: | 1738213 | Physician: | LESLIE KIM MD |
| Start of Care: | 7/6/2015 | Plan of Care Start Date: | 7/6/2015 |
| Onset Date: | 10/1/2012 | | |
| Diagnosis(es): | 7242   LUMBAGO | | |
| | 7241   PAIN IN THORACIC SPINE | | |
| | 78192  ABNORMAL POSTURE | | |
| | 72887  MUSCLE WEAKNESS (GENERALIZED) | | |

### PATIENT REPORT

**Patient Comments:** Pt. states that she felt exhausted and sore for about 1 day after aquatic exercises last visit.  Pt. reports 5/10 pain, mostly in her low back.  She also states that her R knee hurts.  Pt. states that she would like to continue working in the water.

### INTERVENTIONS

**Exercise:**

| Date | Name | Mode | Frequency | Intensity | Duration | Other Information |
|---|---|---|---|---|---|---|
| 7/23/2015 | Ther ex | flexibility, ROM, stab strength, HEP | PRN | PRN | PRN | |
| 7/23/2015 | Neuro re-ed | Posture re-ed with biofeedback and proprioception | | | | |
| 7/23/2015 | Aquatic Therapy | Trial of water based programming | | | | |

**Modalities:**

| Date | Name | Device | Duration | Intensity | Other Settings | Other Information |
|---|---|---|---|---|---|---|
| 7/23/2015 | Ultrasound | clinical unit | 10' | 1 Mhz; 100%; 1.5 w/cm2 | | PT completed on L/S without charge |
| 7/23/2015 | Electrical Stimulation | TENS HAN-1 | 15' | PRN | | |

**Manual Therapy:**

| Date | Name | Technique | Body Part | Equipment / Devices | Parameters | Other Information |
|---|---|---|---|---|---|---|
| 7/23/2015 | Manual Therapy | ST mobilization / Jt Mobilization | T/S and L/S; C/S | manual | GII/III as tolerated and appropriate | |

**Notes:**

| Date | Name | Description |
|---|---|---|
| 7/23/2015 | PT evaluation - Extended - C/S, T/S, and L/S | |

## EVALUATION

**Assessment:** Pt. reports that her pain level did not change after today's session, and remained at 5/10 overall.  She also reports that her R knee feels swollen.  Progressed exercises for both the c/s and l/s areas, including activities combining a mini-squat with open chain UE movements to strengthen abdominal muscles..  Cued pt. throughout treatment to control the speed (force) of movements in order to avoid increase in pain.  The focus is to move the joints.  Pt. verbalized and demonstrated understanding.

## TREATMENT PLAN

**Plan of Care:**

**Anticipated Treatment Techniques:**

Continue aquatic exercises and progress as tolerated.  Consider performing exercises in deeper water based on pt. subjective reports pre-tx.

**Total Minutes for Timed Procedure Codes:**  55

**Total Treatment Minutes for the Visit:**  55

Brandon Stone, PTA                                            8/9/2015

---

**Brandon Stone, PTA**
Digitally signed with RevFlow                               **Date**

Cary Caulfield, PT, CSCS                                     8/9/2015

---

**Cary Caulfield, PT**
Digitally signed with RevFlow                               **Date**

# Capitol **Physical** Therapy

**Capitol Physical Therapy Center**

2600 Eureka Rd

Roseville, CA 95661-6448

(916) 782-2761 (phone)

(916) 751-2430 (fax)

## FOLLOW UP VISIT NOTE

| | | | |
|---|---|---|---|
| **Date of Service:** | 7/27/2015 | | |
| **Patient:** | BERTACCHI-FREEMAN, GLORIA | **DOB:** | [REDACT]1953 |
| **Medical Record #:** | 1738213 | **Physician:** | LESLIE KIM MD |
| **Start of Care:** | 7/6/2015 | **Plan of Care Start Date:** | 7/6/2015 |
| **Onset Date:** | 10/1/2012 | | |
| **Diagnosis(es):** | 7242  LUMBAGO | | |
| | 7241  PAIN IN THORACIC SPINE | | |
| | 78192  ABNORMAL POSTURE | | |
| | 72887  MUSCLE WEAKNESS (GENERALIZED) | | |

## PATIENT REPORT

**Patient Comments:** Pt. states that her low back and neck are not "too bad today."

## INTERVENTIONS

**Exercise:**

| Date | Name | Mode | Frequency | Intensity | Duration | Other Information |
|---|---|---|---|---|---|---|
| 7/27/2015 | Ther ex | flexibility, ROM, stab strength, HEP | PRN | PRN | PRN | |
| 7/27/2015 | Neuro re-ed | Posture re-ed with biofeedback and proprioception | | | | |
| 7/27/2015 | Aquatic Therapy | Trial of water based programming | | | | |

**Notes:**

| Date | Name | Description |
|---|---|---|
| 7/27/2015 | PT evaluation - Extended - C/S, T/S, and L/S | |

## EVALUATION

**Assessment:** Limited multi-plane walking today due to continued reports of R knee pain.  Instructed pt. to perform exercises/activities in deeper water levels (mid abdomen to mid chest) to decrease pressure on l/s and knee joints.  Cued pt. to increase speed/force of movements as tolerable.  Pt. tolerated all progressions with no exacerbation of pain.  Pt. stated post-tx that her R knee did not feel irritated like it did with previous sessions in the water.

## TREATMENT PLAN

**comments:** Re-eval next visit.  Last authorized visit.

**Total Minutes for Timed Procedure Codes:**  55

**Total Treatment Minutes for the Visit:**  55

Brandon Stone, PTA

8/9/2015

**Brandon Stone, PTA**
Digitally signed with RevFlow

**Date**

Cary Caulfield, PT, CSCS

8/9/2015

**Cary Caulfield, PT**
tally signed with RevFlow

Date

**56**

# Capitol **Physical** Therapy

57

**Capitol Physical Therapy Center**

2600 Eureka Rd
Roseville, CA 95661-6448
(916) 782-2761 (phone)
(916) 751-2430 (fax)

| | | | |
|---|---|---|---|
| **Date:** | 7/29/2015 | | |
| **Patient:** | BERTACCHI-FREEMAN, GLORIA | **DOB:** | REDACT 1953 |
| **Medical Record #:** | 1738213 | **Physician:** | LESLIE KIM MD |
| **Start of Care:** | 7/6/2015 | **Plan of Care Start Date:** | 7/6/2015 |
| **Onset Date:** | 10/1/2012 | **Number of Visits Since the Start of Care:** | 8 |

**Diagnosis(es):**
7242  LUMBAGO
7241  PAIN IN THORACIC SPINE
78192  ABNORMAL POSTURE
72887  MUSCLE WEAKNESS (GENERALIZED)

Dear Dr. **KIM**:

Below is a summary of Ms. BERTACCHI-FREEMAN's progress to date in therapy:

## SIGNIFICANT CLINICAL FINDINGS

Exam Results:
Lumbar Spine:
AROM/PROM:

| Test/Measure | AROM | |
|---|---|---|
| | 7/6/2015 | 7/29/2015 |
| **Lumbar Extension** | Impaired 12 Degrees | Impaired 16 Degrees |
| **Lumbar Flexion** | Impaired 42 Degrees | Impaired 50 Degrees |
| **Lumbar Lateral Flexion - Left** | Impaired 12 Degrees | Impaired 16 Degrees |
| **Lumbar Lateral Flexion - Right** | Impaired 12 Degrees | Impaired 16 Degrees |

Strength:

| Test/Measure | Right | | Left | | Other | |
|---|---|---|---|---|---|---|
| | 7/6/2015 | 7/29/2015 | 7/6/2015 | 7/29/2015 | 7/6/2015 | 7/29/2015 |
| **Lumbar Extensors** | | | | | 4 | +4 |
| Comments: within available ROM | | | | | | |
| **Lumbar Flexors** | | | | | -4 | +4 |
| Comments: within available ROM | | | | | | |
| **Lumbar Lateral Flexors** | -4 | 4 | -4 | 4 | | |
| Comments: R: within available ROM L: within available ROM | | | | | | |
| **Lumbar Rotators** | -4 | 4 | -4 | 4 | | |
| Comments: R: within available ROM within available ROM | | | | | | |

Functional Performance:

| Test/Measure | Right | | Left | | Other | |
|---|---|---|---|---|---|---|
| | 7/6/2015 | 7/29/2015 | 7/6/2015 | 7/29/2015 | 7/6/2015 | 7/29/2015 |

BERTACCHI-FREEMAN, GLORIA
Page 2 of 2

**58**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Ambulation** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |
| **Bathing** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |
| **Bed Mobility** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |
| **Bending** | | | | | Impaired | Impaired |
| **Carrying** | | | | | Impaired | Impaired |
| **Dressing** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |
| **Driving** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |
| **General Endurance** | | | | | Impaired | Impaired |
| **Lifting** | | | | | Impaired | Impaired |
| **Pulling** | | | | | Impaired | Impaired |
| **Pushing** | | | | | Impaired | Impaired |
| **Reaching over head** | Impaired | Impaired | Impaired | Impaired | | |
| Comments: R: min and improved | | | | | | |
| L: min and improved | | | | | | |
| **Shopping** | | | | | Impaired | Impaired |
| **Sitting** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |
| **Squatting** | | | | | Impaired | Impaired |
| **Stairs** | | | | | Impaired | Impaired |
| **Standing** | | | | | Impaired | Impaired |
| **Stepping Down** | Impaired | Impaired | Impaired | Impaired | | |
| **Stepping Up** | Impaired | Impaired | Impaired | Impaired | | |
| **Stirring** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |
| **Transfers** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |

**CLINICAL ASSESSMENT:**
**Stage: Chronic**
**Irritability: Min-Moderate with improvement**
**Nature: T/S and L/S pain with continued postural abnormalities and general weaknesses that appear to be affecting the C/S with functional attempts.**
**Severity: Min-Mod and stabilizing.**

**Overall pt. continues to note improvement with PT.  She states that she feels stronger; however, pain symptoms continue to range from 3-5/10.    Complaints of R knee pain from prior surgery have limited pt. in terms of progressing exercises, and also have limited pt's tolerance to walking and standing while on land.  Pt. could benefit from continued PT with an emphasis on continued aquatic exercises, STM and modalities as needed.**

**PLAN OF CARE RECOMMENDATION**
I recommend continued therapy 2 visits per week for 4 week.  Remaining impairments and limitations will be addressed with aquatic exercises, manual therapy, and modalities as needed for pain.

**comments:** Last authorized visit.

Thank you for this referral.

Cary Caulfield, PT, CSCS                                                7/29/2015

_____                                  _____
**Cary Caulfield, PT**                                                        **Date**
Digitally signed with RevFlow

# Capitol **Physical** Therapy

**Capitol Physical Therapy Center**
2600 Eureka Rd
Roseville, CA 95661-6448
(916) 782-2761 (phone)
(916) 751-2430 (fax)

159

## RE-EVALUATION VISIT NOTE

| | | | |
|---|---|---|---|
| Date of Service: | 7/29/2015 | | |
| Patient: | BERTACCHI-FREEMAN, GLORIA | DOB: | REDACT/1953 |
| Medical Record #: | 1738213 | Physician: | LESLIE KIM MD |
| Start of Care: | 7/6/2015 | Plan of Care Start Date: | 7/6/2015 |
| Onset Date: | 10/1/2012 | | |
| Diagnosis(es): | 7242 LUMBAGO | | |
| | 7241 PAIN IN THORACIC SPINE | | |
| | 78192 ABNORMAL POSTURE | | |
| | 72887 MUSCLE WEAKNESS (GENERALIZED) | | |

## PATIENT REPORT

**Patient Comments:** Pt. states that she felt muscle soreness and fatigue after last session but no increase in pain.  Pt. reports 4/10 pain in her low back and neck.  Pt. states that she likes aquatic exercises and would like to continue if possible.

## EXAMINATION

**Lumbar Spine:**

**AROM/PROM:**

| Test/Measure | AROM | |
|---|---|---|
| | 7/6/2015 | 7/29/2015 |
| **Lumbar Extension** | Impaired 12 Degrees | Impaired 16 Degrees |
| **Lumbar Flexion** | Impaired 42 Degrees | Impaired 50 Degrees |
| **Lumbar Lateral Flexion - Left** | Impaired 12 Degrees | Impaired 16 Degrees |
| **Lumbar Lateral Flexion - Right** | Impaired 12 Degrees | Impaired 16 Degrees |

**Strength:**

| Test/Measure | Right | | Left | | Other | |
|---|---|---|---|---|---|---|
| | 7/6/2015 | 7/29/2015 | 7/6/2015 | 7/29/2015 | 7/6/2015 | 7/29/2015 |
| **Lumbar Extensors** | | | | | 4 | +4 |
| Comments: within available ROM | | | | | | |
| **Lumbar Flexors** | | | | | -4 | +4 |
| Comments: within available ROM | | | | | | |
| **Lumbar Lateral Flexors** | -4 | 4 | -4 | 4 | | |
| Comments: R: within available ROM | | | | | | |
| L: within available ROM | | | | | | |
| **Lumbar Rotators** | -4 | 4 | -4 | 4 | | |
| Comments: R: within available ROM | | | | | | |
| L: within available ROM | | | | | | |

**Functional Performance:**

| Test/Measure | Right | | Left | | Other | |
|---|---|---|---|---|---|---|
| | 7/6/2015 | 7/29/2015 | 7/6/2015 | 7/29/2015 | 7/6/2015 | 7/29/2015 |

| | | | | | Impaired | Impaired |
|---|---|---|---|---|---|---|
| **Ambulation** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |
| **Bathing** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |
| **Bed Mobility** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |
| **Bending** | | | | | Impaired | Impaired |
| **Carrying** | | | | | Impaired | Impaired |
| **Dressing** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |
| **Driving** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |
| **General Endurance** | | | | | Impaired | Impaired |
| **Lifting** | | | | | Impaired | Impaired |
| **Pulling** | | | | | Impaired | Impaired |
| **Pushing** | | | | | Impaired | Impaired |
| **Reaching over head** | Impaired | Impaired | Impaired | Impaired | | |
| Comments: R: min and improved | | | | | | |
| L: min and improved | | | | | | |
| **Shopping** | | | | | Impaired | Impaired |
| **Sitting** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |
| **Squatting** | | | | | Impaired | Impaired |
| **Stairs** | | | | | Impaired | Impaired |
| **Standing** | | | | | Impaired | Impaired |
| **Stepping Down** | Impaired | Impaired | Impaired | Impaired | | |
| **Stepping Up** | Impaired | Impaired | Impaired | Impaired | | |
| **Stirring** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |
| **Transfers** | | | | | Impaired | Impaired |
| Comments: min and improved | | | | | | |

## EVALUATION

**Assessment:** Stage: Chronic

Irritability: Min-Moderate with improvement

Nature: T/S and L/S pain with continued postural abnormalities and general weaknesses that appear to be affecting the C/S with functional attempts.

Severity: Min-Mod and stabilizing.

Overall pt. continues to note improvement with PT.  She states that she feels stronger; however, pain symptoms continue to range from 3-5/10.   Complaints of R knee pain from prior surgery have limited pt. in terms of progressing exercises, and also have limited pt's tolerance to walking and standing while on land.  Pt. could benefit from continued PT with an emphasis on continued aquatic exercises, STM and modalities as needed.

**Goals:**

| No. | Goal | % Achieved | Status | Comments |
|---|---|---|---|---|
| 1. | Improve OPTIMAL baseline ability score by 20% or more in 4-6 weeks | 80 | In Progress | Improvements of 18% |
| 2. | Pt to walk without significant impairment in 4-6 weeks | 66 | In Progress | |
| 3. | Pt to sleep > 6 hours without waking due to pain in 4-6 weeks | 75 | In Progress | |
| 4. | Pt to tolerate sitting and standing for > 60 minutes in 4-6 weeks | 70 | In Progress | |
| 5. | Decrease pain to < 2/10 with all activities in 6-8 weeks. | 40 | In Progress | |
| 6. | Pt to return to appropriate PLOF exercises in 4-6 weeks | 50 | In Progress | |
| 7. | Pt to return to all recreational activities without pain in 8-12 weeks | 33 | In Progress | |

BERTACCHI-FREEMAN, GLORIA

Page 3 of 3

**61**

| | | | |
|---|---|---|---|
| 8. | Pt to ambulate up and down stairs without impairment or pain in 6-8 weeks. | 33 | In Progress |
| 9. | Pt to tolerate driving without pain in 4-6 weeks | 66 | In Progress |

**Prognosis:**
The following characteristics/patient factors will increase the likelihood that this patient will achieve the outcomes:
Good with active participation and compliance to treatment plan and HEP for return to minimally impaired return to functional activities.

## TREATMENT PLAN

**Treatment Schedule:**
**Frequency of Care:** 2 visits per week
**Duration of Care:** 4 weeks

**comments:** Re-eval next visit. Last authorized visit.
**Plan of Care:**
**Anticipated Treatment Techniques:**
Continue PT 2x week for 4 weeks.

## INTERVENTIONS

**Exercise:**

| Date | Name | Mode | Frequency | Intensity | Duration | Other Information |
|---|---|---|---|---|---|---|
| 7/29/2015 | Ther ex | flexibility, ROM, stab strength, HEP | PRN | PRN | PRN | |
| 7/29/2015 | Neuro re-ed | Posture re-ed with biofeedback and proprioception | | | | |
| 7/29/2015 | Aquatic Therapy | Trial of water based programming | | | | |

**Manual Therapy:**

| Date | Name | Technique | Body Part | Equipment / Devices | Parameters | Other Information |
|---|---|---|---|---|---|---|
| 7/29/2015 | Manual Therapy | ST mobilization / Jt Mobilization | T/S and L/S; C/S | manual | GII/III as tolerated and appropriate | |

**Notes:**

| Date | Name | Description |
|---|---|---|
| 7/29/2015 | PT re-evaluation - Extended - C/S, T/S, and L/S | |

**Post-Intervention:**
**Assessment:** Continued L/S and C/S pathology limiting functional abilities and tolerances.
**Treatment Plan:** Recommend continuation of land based and water based POC with progressions as able.
**Total Minutes for Timed Procedure Codes:** 55
**Total Treatment Minutes for the Visit:** 55

Brandon Stone, PTA                                        8/9/2015

_____                                      _____
**Brandon Stone, PTA**                                   **Date**
Digitally signed with RevFlow

Cary Caulfield, PT, CSCS                                  8/9/2015

_____                                      _____
**Cary Caulfield, PT**                                   **Date**
Digitally signed with RevFlow

Case 2:15-cv-02596-TLN-AC Document 18-3 Filed 04/05/17 Page 231 of 769

**62**

# Positive Test

pain is relieved as a result of the movement, then the test is positive for nerve root compression and facet joint pressure. Determining the grade of the pressure would be decided by the amount of pressure and pain relieved while performing the test. [3]

## Common Errors

Common errors by the examiner would include improper position of the examiner, and or improper position of the examiners hands. Common errors by the patient include slumping (not sitting up straight), and not relaxing the muscles of the neck and spine which can result in an altered outcome of the test. [3]

## Importance of Test

As disc height decreases and bone spurs accumulate, the space for nerves to enter and exit the vertebral canal gets smaller. The decreased space can result in greater pressure on the nerve roots or other innervated structures, causing pain and weakness. With distraction, the joint space is increased to relieve the pressure on the nerve roots, thus decreasing the symptoms.

Also, this test has been utilized in a cluster of special tests to more accurately identify cervical radiculopathy with a "clinical prediction rule". According to Wainner et al. in 2003:

e test item cluster included:

- (+) ULTT (median)
- Involved cervical rotation less than 60 degrees
- (+) Spurlings test

**(+) Distraction test(+) LR of 30.3 if all 4 tests are positive. [6]**

## Related Tests

Spurlings Test : superior to the distraction test in that it would be more specific to the exact side or portion of the cervical spine that is affected

Cervical Compression Test : equal to the cervical distraction test as it is testing for the same tissues, but instead of relieving pain, the movement reproduces pain [7]

## Evidence

Sensitivity  0.44

Specificity  0.97[8]

Reliability  0.88[6]

Spurling's test - Wikipedia, the free encyclopedia
Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 232 of 769
Page 1 of 1

# Spurling's test

From Wikipedia, the free encyclopedia

**63**

The **Spurling test** is a medical maneuver used to assess nerve root pain (aka radicular pain). The examiner turns the patient's head to the affected side while extending and applying downward pressure to the top of the patient's head. A positive **Spurling's sign** (i.e. the Spurling's test is positive) is when the pain arising in the neck radiates in the direction of the corresponding dermatome ipsilaterally. It is a variant of the foraminal compression test (cervical compression test).

Patients with a cervical radiculopathy (compression of a nerve 'root' in the neck) can present with a variety of symptoms, including pain, numbness and weakness. Many other disorders can produce similar symptoms. In addition to the clinical history, the neurological examination may show signs suggesting a cervical radiculopathy.

## Accuracy

Spurling's test is somewhat specific when used for individuals with an abnormal electromyogram study and is relatively sensitive physical examination maneuver in diagnosing cervical spondylosis or acute cervical (neck)radiculopathy. It is not a very sensitive test when used for individuals without classic radicular signs suggestive of cervical radiculopathy. In 2011, one study evaluated 257 patients with clinical cervical radiculopathy and correlatedCT scan findings with clinical exam findings using the Spurling's test. The Spurling's test was 95% sensitive and 94% specific for diagnosing nerve root pathology.[1]

## References

1.  Shabat, Shay; Leitner, Yossi; David, Rami; Folman, Yoram (September 2011). "The Correlation between Spurling Test and Imaging Studies in Detecting Cervical Radiculopathy". *Journal of Neuroimaging* **22**: 375–378. doi:10.1111/j.1552-6569.2011.00644.x (https://dx.doi.org/10.1111%2Fj.1552-6569.2011.00644.x). PMID 21883627 (https://www.ncbi.nlm.nih.gov/pubmed/21883627).

Retrieved from "https://en.wikipedia.org/w/index.php?title=Spurling%27s_test&oldid=673376090"

Categories: Physical examination | Orthopedics

- This page was last modified on 27 July 2015, at 22:26.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

2015090210000759
Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 233 of 769

# Straight leg raise

From Wikipedia, the free encyclopedia

**64** (

*Not to be confused with Passive leg raising test.*

The **straight leg raise**, also called **Lasègue's sign**, **Lasègue test** or **Lazarević's sign**, is a test done during the physical examination to determine whether a patient with low back pain has an underlying herniated disk, often located at L5 (fifth lumbar spinal nerve).



**Straight leg raise**

*Diagnostics*

Straight Leg test sometimes used to help diagnose a lumbar herniated disc

## Contents

- 1 Technique
- 2 Interpretation
- 3 Lasègue's sign
- 4 See also
- 5 References

## Technique

With the patient lying down on his or her back on an examination table or exam floor, the examiner lifts the patient's leg while the knee is straight.

A variation is to lift the leg while the patient is sitting.[1] However, this reduces the sensitivity of the test.[2]

In order to make this test more specific, the ankle can be dorsiflexed and the cervical spine flexed. This increases the stretching of the nerve root and dura.

## Interpretation

If the patient experiences sciatic pain when the straight leg is at an angle of between 30 and 70 degrees, then the test is positive and a herniated disc is likely to be the cause of the pain.[3]

A meta-analysis reported the accuracy as:[4]

- sensitivity 91%
- specificity 26%

If raising the opposite leg causes pain (cross or contralateral straight leg raising):

- sensitivity 29%
- specificity 88%

Bertacchi-Freeman/Hartford00728915

# Behavioral Medical Interventions

6600 France Ave S
Suite 245
Edina, MN 55435

Voice: (952) 927-0184
Fax:

# INVOICE

| Invoice Date: | 03/24/2015 |
|---|---|
| Invoice #: | 560751-1 |
| Invoice Due Date: | 04/23/2015 |
| Payment Terms: | Net 30 days |

**Bill To:**

The Hartford –
2559 Lucien Way
Maitland, FL 32751

| Referred By | Claim # | Claimant Name |
|---|---|---|
| Donna Miley | 9004108017 | Gloria Bertacchi-Freeman |

| Delivery Method | Invoice Currency | Customer Reference # |
|---|---|---|
| Other | USD | n/a |

| Qty/Hrs | Service Provided | Description | Specialty | Rate | Amount |
|---|---|---|---|---|---|
| 4.00 | File Review | Report by Brett Fink | Orthopedic Surgery | $285.00 | $1,140.00 |
| 1.00 | | Admin Fees – Flat | | $50.00 | $50.00 |
| 1.00 | | Surcharge – %25.0 Increase | | $250.00 | $250.00 |

| | |
|---|---|
| Subtotal | $1,440.00 |
| Sales Tax | $0.00 |
| Total Invoice Amount | $1,440.00 |
| Payment/Credit Applied | $0.00 |
| TOTAL | $1,440.00 |

**Thank you for your business.**

**Please remit to:**

**4115 Ayrshire DR SW**
**Wyoming, MI 49418**

If you have any questions, please contact Accounting at:
Federal ID #: **27-3249812**
Phone: **(866) 927-0184**
Email: **Accounting@BehavioralMedical.com**

1 of 1

Bertacchi-Freeman/Hartford001300

# Certification of Claim File Copy Form

## Release of Information Certification Form

Claimant Name: <u>Gloria Bertacchi-Freeman</u>
Insured ID: <u>9004108017</u>

An external party has requested a copy of this claim file.  After review of the claim file, the following items were identified that cannot be released or must be redacted prior to release (**check all that apply**):

☐    Internal documents marked as "Privileged & Confidential: Attorney-Client Communication"

☐    Internal documents that appear to contain Law Department advice but are not clearly marked and may be subject to attorney-client privilege.  Law Department was consulted and confirmed information should not be released as of this date.

☐    Claimant's Private Information

☐    Medical records labeled "Do Not Re-release";

☒    Private information of individuals other than the claimant;

☐    CIU material identified as "Not To Be Used in Claim Adjudication" (Law Department and CIU must be consulted)

The identified documents were either not released or redacted appropriately before being released.  The party requesting the information will be so notified.

If the claim file copy can be released in its entirety without redactions or restrictions, please check here:

☐    No information was identified that cannot be re-released.

I certify this claim file copy does not contain information that should not be re-released.

<u>Brenda Ball</u>
Electronic Signature of Release of Information Specialist

<u>4/27/2015</u>
Date

** This certification form must be uploaded to the claim in SIR along with a cover page noting "**Confidential - Do Not Release**."  The certification form should not be released for any reason without Law Department approval.

**Redacted Document PCNs:**

Bertacchi-Freeman/Hartford001308

REDACTED

Hartford Insurance

PO Box 14087

Lexington, KY 40512-4087

FAX  866 411 5613


Re Insured ID 9004108017

Policy Number 83120674


April 16, 2015


I am herewith requesting the following documents


    1)  A Copy of my Insurance Policy with the Hartford

    2)  A Copy of my Claim File from the Hartford


Sincerely

Dr. Gloria Bertacchi-Freeman

5135 Moss Lane

Granite Bay, CA 95746

Phone 916 390 1845

Bertacchi-Freeman/Hartford001303

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| 04/16/2015 18:08 | 916--773-2956 | FEDEX OFFICE | 3294 | PAGE 01 |

Hartford Insurance

FAX 866 411 5613

Re Insured ID 9004108017

Policy Number 83120674


April 16, 2015


I am herewith requesting the following documents


1) A Copy of my Insurance Policy with the Hartford
2) A Copy of my Claim File from the Hartford


Sincerely

Dr. Gloria Bertacchi-Freeman

5135 Moss Lane

Granite Bay, CA 95746

Phone 916 390 1845

Bertacchi-Freeman/Hartford001304

## Employability Analysis Report Addendum

Claimant: Gloria Bertacchi-Freeman
ID Number: 9004108017
Policyholder:  Cardinal Health, Inc.
Date of Report: 4/3/2015

This is an addendum to Employability Analysis dated 1/27/15 conducted for Gloria Bertacchi-Freeman using OASYS for the purpose of determining her current employability.  This analysis was based upon her functional capabilities, provided in the file review dated 3/23/15.

**Functional Capabilities**:
The functional capabilities used in this analysis are based on the File Review report dated 3/23/15 by Brett Fink, MD, Board Certified Orthopedic Surgeon.

Dr. Fink provides the following restrictions and limitations:

- She may lift, carry, push or pull up to 20lbs occasionally and 10lbs frequently. She can sit, stand or walk up to 6 hours each out of an 8 hour day. She can drive up to 1 hour without stopping. She can climb or balance occasionally, and stoop, kneel, crouch, crawl, or reach rarely. These limitations/restrictions are based on minimum expected activity consistent with her observed ability to get in and out of a car without difficulty. She may work at waist/desk or below waist level continuously. No other activity limitations are necessary.
- Would be reasonably capable of physically performing within the limitations and restrictions for upt o 40 hours per week.

**Work and Educational History**:
Please see EAR dated 1/27/15 for work and educational history.

**Profile Adjustments and Considerations**:
The following adjustments were made to the ability profile based on the functional capabilities and work and education history:

1. Stooping was adjusted from occasionally to never to reflect restrictions provided by Dr. Fink.
2. Reaching, handling, fingering, feeling, talking, hearing, tasting, smelling, vision and environmental conditions were adjusted to constantly; and noise intensity was increased to very loud as there are no restrictions.
3. Following specific instructions was changed to yes as he used this skill to follow specific company and health care policies and procedures

4. Making judgments and decisions was changed to yes as she used this skill to solve problems on the job based on her prior work experiences
5. Analyzing, compiling, computing, copying and comparing were changed to yes as she used these skills to assess needs, develop plans, research, evaluate services, etc.
6. Supervising was changed to yes as she used this skill to monitor the activity of hospital pharmacists
7. Serving was changed to yes as she used this skill to attend to the needs of clients, stack holders, etc.
8. Taking instructions-helping was changed to yes as he used this skill to attend to the requests of her supervisors
9. All other Physical Demands, Environmental Conditions, Aptitudes, Work Situations and Work Functions remained at Pre-disability levels.

**Analysis Results:**
The results of the Employability Analysis identified 4 occupations within the "closest" level, 1 occupations within the "good" level, 138 occupations within the "fair" level and 61 occupations within the "potential" level.

Of the viable employment matches from this analysis, below is a representative sample of occupations that meet the claimant's profile:

| Code | Occupation | Monthly Median Wage |
|---|---|---|
| 079.167-010 | Community-Services-and-Health-Education Officer | $ 9557.60 |
| 189.167-030 | Program Manager | $ 9557.60 |
| 169.167-090 | Quality Assurance Coordinator | $ 10311.60 |

Based on the 2013 National OES Wage Statistics, the median monthly wages for the identified occupations range from $9557.60-$10311.60/month and all meet or exceed the required estimated earnings potential of $6933.33/month.

The claimant has worked in the pharmaceutical industry and she has shown proficiency in serving the requests of customers, planning and organizing activities of others and managing people and resources. Her job skills and knowledge transfer to sedentary and light alternative occupations in industries which involve the same traits.

The claimant resides in Placer County, the statistical area for Granit Bay, CA, which is located in the Sacramento, CA (population of 407,018) metro area. This region would offer a significant labor market of employment options.

These occupations exist in reasonable numbers in the geographic economy, use skills and/or worker traits and habits the claimant possesses and are within her

Bertacchi-Freeman/Hartford001306

physical abilities.  These findings are indicative that Gloria Bertacchi- Freeman possesses the capabilities to perform these occupations with minimum training in tools and/or materials.

Respectfully Submitted,

*Bridgett Collins, MS, CRC*
Vocational Clinical Case Manager

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Case:**

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

|  |  | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** |  |  |  |
| Maximum |  | 8 (4 to 10 years) | No Change |
| Minimum |  | 8 (4 to 10 years) | 2 (Up to 1 month) |
|  |  |  |  |
| **General Educational Development** |  |  |  |
| Reasoning |  | 6 Grades 15-16+ | No Change |
| Mathematics |  | 6 Grades 15-16+ | No Change |
| Language |  | 6 Grades 15-16+ | No Change |
|  |  |  |  |
| **Physical Demands** |  |  |  |
| Strength | Maximum | L  Light | No Change |
|  | Minimum | L  Light | S  Sedentary |
| Climbing |  | Never | No Change |
| Balancing |  | Never | No Change |
| Stooping |  | Never | No Change |
| Kneeling |  | Never | No Change |
| Crouching |  | Never | No Change |
| Crawling |  | Never | No Change |
| Reaching |  | Frequently | Constantly |
| Handling |  | Frequently | Constantly |
| Fingering |  | Frequently | Constantly |
| Feeling |  | Never | Constantly |
| Talking |  | Frequently | Constantly |
| Hearing |  | Frequently | Constantly |
| Tasting/Smelling |  | Never | Constantly |
| Near Acuity |  | Frequently | Constantly |
| Far Acuity |  | Never | Constantly |
| Depth Perception |  | Never | Constantly |
| Accommodation |  | Occasionally | Constantly |
| Color Vision |  | Frequently | Constantly |
| Field of Vision |  | Occasionally | Constantly |
|  |  |  |  |
| **Environmental Conditions** |  |  |  |
| Exposure to Weather |  | Never | Constantly |
| Extreme Cold |  | Never | Constantly |
| Extreme Heat |  | Never | Constantly |
| Wet and/or Humid |  | Never | Constantly |

| | | |
|---|---|---|
| Vibration | Never | Constantly |
| Atmospheric Conditions | Never | Constantly |
| Proximity to Moving Mechanical Parts | Never | Constantly |
| Exposure to Electrical Shock | Never | Constantly |
| Working in High Exposed Places | Never | Constantly |
| Exposure to Radiation | Never | Constantly |
| Working with Explosives | Never | Constantly |
| Exposure to Toxic or Caustic Chemicals | Never | Constantly |
| Other Environmental Conditions | Never | Constantly |
| Noise Intensity Level | Quiet | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 1  (Above 89 Percentile) | No Change |
| Verbal Aptitude | 1  (Above 89 Percentile) | No Change |
| Numerical Aptitude | 1  (Above 89 Percentile) | No Change |
| Spatial Aptitude | 1  (Above 89 Percentile) | No Change |
| Form Perception | 1  (Above 89 Percentile) | No Change |
| Clerical Aptitude | 1  (Above 89 Percentile) | No Change |
| Motor Coordination | 3  (34-66 Percentile) | No Change |
| Finger Dexterity | 3  (34-66 Percentile) | No Change |
| Manual Dexterity | 4  (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5  (Below 11 Percentile) | No Change |
| Color Discrimination | 2  (67-89 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following  Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | No | Yes |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |

| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

**Name:** Bertacchi-Freeman, Gloria

SSN:

Case:

**Search Date:** 04/03/2015
**Search Type:** Potential
**TSA Component Pairs:**                                          Mixed
**Aptitude Mode:** DOT

**Hourly Wage Required:** $40.00  Using California State OES data
**Occupations Meeting All Criteria:** 204

**TRANSFERABILITY TABLE**

| Match Type | Selected | Transferability | Training |
|---|---|---|---|
| Closest | 4 | Excellent | Minimum, Familiarization Only |
| Good | 1 | Good To Moderate | Some in Tools and/or Materials |
| Fair | 138 | Fair, Develop a Plan | Must train in Tools and/or Materials |
| Potential | 61 | Low, Plan Development and Training | Must train in Tools and Materials |

**MATCH LIST**

| Code | Occupation | Industry | SVP | Str | O*NET | Level |
|---|---|---|---|---|---|---|
| 079.167-010 | Community-Services-and-Health-Education Officer | Government Services | 8 | S | 11-1011.00 | Closest |
| 189.167-030 | Program Manager | Professional and Kindred | 8 | S | 11-1011.00 | Closest |
| 169.167-090 | Quality Assurance Coordinator | Insurance | 6 | L | 11-9111.00 | Closest |

**Name:** Bertacchi-Freeman, Gloria                    SSN:
                                                       Reg/Case:

The following wage calculations are based on survey results.  The Occupational
Employment Statistics (OES) survey collects wages for wage and salary workers in
non-farm establishments by industry.

**Wages for Area:** California, Sacramento-Arden-Arcade-Roseville, CA
**Estimated Wage Data For:** May 2013

| DOT Code | SOC (OES) | SOC (OES) Title | Hourly Mean | Hourly Median | Annual | Empl. | DOTs |
|----------|-----------|-----------------|-------------|---------------|--------|-------|------|
| 079.167-010 | 11-1011 | Chief Executives | $63.97 | $55.14 | $133,060 | 2,740 | 72 |
| 189.167-030 | 11-1011 | Chief Executives | $63.97 | $55.14 | $133,060 | 2,740 | 72 |
| 169.167-090 | 11-9111 | Medical and Health Services Managers | $58.29 | $59.49 | $121,250 | 1,680 | 9 |

**Name:** Bertacchi-Freeman, Gloria                                      **SSN:**
                                                                                   **Reg/Case:**

**079.167-010   Community-Services-and-Health-Education Officer**
**O*NET Code:**  11-1011.00  Chief Executives

Plans and directs statewide program of public health education and promotes establishment of local health services:  Directs workers engaged in preparation and distribution of health information materials, such as brochures, films, weight charts, and first-aid kits.  Promotes establishment or expansion of local health services and provides technical assistance to individuals and groups conducting [health conferences, workshops, and training courses.  Answers health information requests received by department or reviews correspondence prepared by others.  Coordinates special health education campaigns during epidemics, rabies outbreaks, instances of food poisoning, and similar emergencies.  May direct health education activities in public schools.
DLU: 1977

-----

**O*NET Title:** Chief Executives
**O*NET Code:** 11-1011.00

Determine and formulate policies and provide overall direction of companies or private and public sector organizations within guidelines set up by a board of directors or similar governing body. Plan, direct, or coordinate operational activities at the highest level of management with the help of subordinate executives and staff managers.

CORE TASKS: Direct or coordinate an organization's financial or budget activities to fund operations, maximize investments, or increase efficiency.  Appoint department heads or managers and assign or delegate responsibilities to them.  Analyze operations to evaluate performance of a company or its staff in meeting objectives or to determine areas of potential cost reduction, program improvement, or policy change.  Direct, plan, or implement policies, objectives, or activities of organizations or businesses to ensure continuing operations, to maximize returns on investments, or to increase productivity.  Prepare budgets for approval, including those for funding or implementation of programs.  Confer with board members, organization officials, or staff members to discuss issues, coordinate activities, or resolve problems.  Implement corrective action plans to solve organizational or departmental problems.  Direct human resources activities, including the approval of human resource plans or activities, the selection of directors or other high-level staff, or establishment or organization of major departments.  Establish departmental responsibilities and coordinate functions among departments and sites.  Preside over or serve on boards of directors, management committees, or other governing boards.  Negotiate or approve contracts or agreements with suppliers, distributors, federal or state agencies, or other organizational entities.  Coordinate the development or implementation of budgetary control systems, recordkeeping systems, or other administrative control processes.  Review reports submitted by staff members to recommend approval or to suggest changes.  Deliver speeches, write articles, or present information at meetings or conventions to promote services, exchange ideas, or accomplish objectives.  Interpret and explain policies, rules, regulations, or laws to organizations, government or corporate officials, or individuals.  Prepare or present reports concerning activities, expenses, budgets, government statutes or rulings, or other items affecting businesses or program services.  Review and analyze legislation, laws, or public policy and recommend changes to promote or support interests of the general population or special groups.  Administer programs for selection of sites, construction of buildings, or provision of equipment or supplies.  Direct or conduct studies or research on issues affecting areas of responsibility.
SUPPLEMENTAL TASKS: Direct or coordinate activities of businesses or departments concerned with production, pricing, sales, or distribution of products.  Make presentations to legislative or other government committees regarding policies, programs, or budgets.  Refer major policy matters to elected representatives for final decisions.  Direct or coordinate activities of businesses involved with buying or

selling investment products or financial services.   Conduct or direct investigations or hearings to resolve complaints or violations of laws or testify at such hearings.   Direct non-merchandising departments, such as advertising, purchasing, credit, or accounting.   Prepare bylaws approved by elected officials and ensure that bylaws are enforced.   Serve as liaisons between organizations, shareholders, and outside organizations.   Attend and participate in meetings of municipal councils or council committees. Represent organizations or promote their objectives at official functions or delegate representatives to do so.   Organize or approve promotional campaigns.   Nominate citizens to boards or commissions.
DETAILED WORK ACTIVITIES
Analyze impact of legal or regulatory changes.

2). Advise others on legal or regulatory compliance matters.

3). Direct financial operations.

4). Confer with organizational members to accomplish work activities.

5). Analyze data to assess operational or project effectiveness.

6). Implement organizational process or policy changes.

7). Develop organizational policies or programs.

8). Direct organizational operations, projects, or services.

9). Prepare operational budgets.

10). Direct sales, marketing, or customer service activities.

11). Negotiate contracts for transportation, distribution, or logistics services.

12). Analyze data to inform operational decisions or activities.

13). Prepare staff schedules or work assignments.

14). Manage human resources activities.

15). Prepare financial documents, reports, or budgets.

16). Prepare operational progress or status reports.

17). Resolve employee or contractor problems.

18). Direct administrative or support services.

19). Present information to the public.

20). Liaise between departments or other groups to improve function or communication.

21). Communicate organizational policies and procedures.

22). Coordinate with external parties to exchange information.

23). Manage construction activities.

24). Represent the organization in external relations.

Bertacchi-Freeman/Hartford001312

25). Coordinate special events or programs.

26). Promote products, services, or programs.

27). Draft legislation or regulations.


Preliminary Crosswalk shows this DOT Occupation is 1 of 72 DOT's under this O*NET Code.

**Please note: O*NET Codes are under development and subject to change.**

Bertacchi-Freeman/Hartford001313

**Name:** Bertacchi-Freeman, Gloria                          SSN:
                                                              Reg/Case:

        **Title:** Community-Services-and-Health-Education Officer        **DOT Code:** 079.167-
010
        **Industry:** Government Services

                **Specific Vocational Preparation:** Level 8 (4 to 10 years)

                **General Educational Development:** Reasoning  Grades 15-16+
                                                      Mathematics  Grades 13-14
                                                      Language  Grades 15-16+

**Strength:** Sedentary                          Lifting, Carrying, Pushing, Pulling 10 Lbs.
occasionally. Mostly sitting, may
                                                 involve standing or walking for brief periods of time.

**Physical Demands:**                            **Environmental Conditions:**
Climbing              Never                       Noise Intensity Level
  Moderate
Balancing             Never                       Exposure to Weather
  Never
Stooping              Never                       Extreme Cold
  Never
Kneeling              Never                       Extreme Heat
  Never
Crouching             Never                       Wet and/or Humid
  Never
Crawling              Never                       Vibration
  Never
Reaching              Frequently                  Atmospheric Conditions
  Never
Handling              Frequently                  Proximity to Moving Mechanical Parts
  Never
Fingering             Frequently                  Exposure to Electrical Shock
  Never
Feeling               Never                       Working in High Exposed Places
  Never
Talking               Frequently                  Exposure to Radiation
  Never
Hearing               Frequently                  Working with Explosives
  Never
Tasting/Smelling      Never                       Exposure to Toxic or Caustic Chemicals
  Never
Near Acuity           Frequently                  Other Environmental Conditions
  Never
Far Acuity            Never
Depth Perception      Never
Accommodation         Never
Color Vision          Never
Field of Vision       Never

 **Work Situations:** Directing, controlling, or planning activities of others.        **Data:** 1
Coordinating
                      Dealing with people.                                              **People:** 6
Speaking-Signaling
                      Making judgments and decisions.                                   **Things:** 7
Handling

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability Percentile) | 2  (67-89 Percentile) | 3+ (56 - 66 |
| Verbal Aptitude Percentile) | 2  (67-89 Percentile) | 3- (34 - 44 |
| Numerical Aptitude Percentile) | 3  (34-66 Percentile) | 3  (46 - 54 |
| Spatial Aptitude | 3  (34-66 Percentile) | Not Included |
| Form Perception | 3  (34-66 Percentile) | Not Included |
| Clerical Aptitude Percentile) | 4  (11-33 Percentile) | 3  (46 - 54 |
| Motor Coordination | 4  (11-33 Percentile) | Not Included |
| Finger Dexterity | 4  (11-33 Percentile) | Not Included |
| Manual Dexterity | 5  (Below 11 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5  (Below 11 Percentile) | |
| Color Discrimination | 5  (Below 11 Percentile) | |

**Bertacchi-Freeman/Hartford001315**

**Name:** Bertacchi-Freeman, Gloria                                        SSN:
                                                                           Reg/Case:

|  |  |  |
|---|---|---|
| **Title:** | Community-Services-and-Health-Education Officer | **DOT Code:** 079.167-010 |
| **Industry:** | Government Services | |

**SOC (OES) Category:**                    Chief Executives
**Code:**   11-1011

| | |
|---|---|
| **2012 Employment** | 330,500 |
| **2012 Employment – Percent of Industry** | 0.2% |
| **2012 Percent Self Employment** | 17.7% |
| **2022 Employment – Number** | 347,900 |
| **2022 Employment – Percent of Industry** | 0.2% |
| **Employment Change 2012-2022 – Percent** | 5.3% |
| **Employment Change 2012-2022 – Numeric** | 17,400 |
| **2012-2022 Total Openings** | 87,800 |
| **2012-2022 Replacements** | 70,300 |

**This SOC (OES) code includes 72 DOT Occupations**

**Name:** Bertacchi-Freeman, Gloria                                        SSN:
                                                                           Reg/Case:

|  |  |  |
|---|---|---|
| **SOC Category:** | Chief Executives | **SOC Code:** 11-1011 |
| **Includes DOT:** | Community-Services-and-Health-Education Officer | **DOT Code:** 079.167-010 |
| **State:** | California | |
| **Area:** | Sacramento-Arden Arcade-Roseville MSA | |

| | |
|---|---|
| **Annual Average Employment 2010** | 3,470 |
| **Annual Average Employment 2020** | 3,480 |
| **Employment Change – Numerical** | 10 |
| **Employment Change – Percent** | 0.3% |
| **Average Annual Job Openings – New Jobs** | 0 |
| **Avg Annual Job Openings – Replacement Needs** | 90 |
| **Avg Annual Job Openings – Total Jobs** | 90 |

**Source:**   State of California, Employment Development Department

**This SOC Occupation group includes 72 DOT Occupations**

**Name:** Bertacchi-Freeman, Gloria                                    SSN:
                                                                      Reg/Case:

**189.167-030  Program Manager**
**O\*NET Code:**  11-1011.00  Chief Executives

Manages program to ensure that implementation and prescribed activities are carried out in accordance
with specified objectives:  Plans and develops methods and procedures for implementing program, directs
and coordinates program activities, and exercises control over personnel responsible for specific functions
or phases of program.  Selects personnel according to knowledge and experience in area with which
program is concerned, such as social or public welfare, education, economics, or public relations.  Confers
with staff to explain program and individual responsibilities for functions and phases of program.  Directs
and coordinates personally, or through subordinate managerial personnel, activities concerned with
implementation and carrying out objectives of program.  Reviews reports and records of activities to ensure
progress is being accomplished toward specified program objective and modifies or changes methodology
as required to redirect activities and attain objectives.  Prepares program reports for superiors.  Controls
expenditures in accordance with budget allocations.  May specialize in managing governmental programs
set up by legislative body or directive and be designated Manager, Governmental Program (government
ser.).
DLU: 1977

-----

____

**O\*NET Title:** Chief Executives
**O\*NET Code:** 11-1011.00

Determine and formulate policies and provide overall direction of companies or private and public sector
organizations within guidelines set up by a board of directors or similar governing body. Plan, direct, or
coordinate operational activities at the highest level of management with the help of subordinate executives
and staff managers.

CORE TASKS: Direct or coordinate an organization's financial or budget activities to fund operations,
maximize investments, or increase efficiency.   Appoint department heads or managers and assign or
delegate responsibilities to them.   Analyze operations to evaluate performance of a company or its staff in
meeting objectives or to determine areas of potential cost reduction, program improvement, or policy
change.   Direct, plan, or implement policies, objectives, or activities of organizations or businesses to
ensure continuing operations, to maximize returns on investments, or to increase productivity.   Prepare
budgets for approval, including those for funding or implementation of programs.   Confer with board
members, organization officials, or staff members to discuss issues, coordinate activities, or resolve
problems.   Implement corrective action plans to solve organizational or departmental problems.   Direct
human resources activities, including the approval of human resource plans or activities, the selection of
directors or other high-level staff, or establishment or organization of major departments.   Establish
departmental responsibilities and coordinate functions among departments and sites.   Preside over or serve
on boards of directors, management committees, or other governing boards.   Negotiate or approve
contracts or agreements with suppliers, distributors, federal or state agencies, or other organizational
entities.   Coordinate the development or implementation of budgetary control systems, recordkeeping
systems, or other administrative control processes.   Review reports submitted by staff members to
recommend approval or to suggest changes.   Deliver speeches, write articles, or present information at
meetings or conventions to promote services, exchange ideas, or accomplish objectives.   Interpret and
explain policies, rules, regulations, or laws to organizations, government or corporate officials, or
individuals.   Prepare or present reports concerning activities, expenses, budgets, government statutes or
rulings, or other items affecting businesses or program services.   Review and analyze legislation, laws, or
public policy and recommend changes to promote or support interests of the general population or special
groups.   Administer programs for selection of sites, construction of buildings, or provision of equipment or

supplies.   Direct or conduct studies or research on issues affecting areas of responsibility.
SUPPLEMENTAL TASKS: Direct or coordinate activities of businesses or departments concerned with
production, pricing, sales, or distribution of products.   Make presentations to legislative or other
government committees regarding policies, programs, or budgets.   Refer major policy matters to elected
representatives for final decisions.   Direct or coordinate activities of businesses involved with buying or
selling investment products or financial services.   Conduct or direct investigations or hearings to resolve
complaints or violations of laws or testify at such hearings.   Direct non-merchandising departments, such
as advertising, purchasing, credit, or accounting.   Prepare bylaws approved by elected officials and ensure
that bylaws are enforced.   Serve as liaisons between organizations, shareholders, and outside
organizations.   Attend and participate in meetings of municipal councils or council committees.
Represent organizations or promote their objectives at official functions or delegate representatives to do
so.   Organize or approve promotional campaigns.   Nominate citizens to boards or commissions.
DETAILED WORK ACTIVITIES
Analyze impact of legal or regulatory changes.

2). Advise others on legal or regulatory compliance matters.

3). Direct financial operations.

4). Confer with organizational members to accomplish work activities.

5). Analyze data to assess operational or project effectiveness.

6). Implement organizational process or policy changes.

7). Develop organizational policies or programs.

8). Direct organizational operations, projects, or services.

9). Prepare operational budgets.

10). Direct sales, marketing, or customer service activities.

11). Negotiate contracts for transportation, distribution, or logistics services.

12). Analyze data to inform operational decisions or activities.

13). Prepare staff schedules or work assignments.

14). Manage human resources activities.

15). Prepare financial documents, reports, or budgets.

16). Prepare operational progress or status reports.

17). Resolve employee or contractor problems.

18). Direct administrative or support services.

19). Present information to the public.

20). Liaise between departments or other groups to improve function or communication.

21). Communicate organizational policies and procedures.

22). Coordinate with external parties to exchange information.

23). Manage construction activities.

24). Represent the organization in external relations.

25). Coordinate special events or programs.

26). Promote products, services, or programs.

27). Draft legislation or regulations.

Preliminary Crosswalk shows this DOT Occupation is 1 of 72 DOT's under this O*NET Code.

**Please note: O*NET Codes are under development and subject to change.**

Bertacchi-Freeman/Hartford001319

**Name:** Bertacchi-Freeman, Gloria

SSN:
Reg/Case:

**Title:** Program Manager

DOT Code: 189.167-030

**Industry:** Professional and Kindred

**Specific Vocational Preparation:** Level 8 (4 to 10 years)

**General Educational Development:** Reasoning Grades 13-14
Mathematics Grades 13-14
Language Grades 13-14

**Strength:** Sedentary occasionally. Mostly sitting, may

Lifting, Carrying, Pushing, Pulling 10 Lbs.

involve standing or walking for brief periods of time.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Occasionally | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Never | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Directing, controlling, or planning activities of others. Coordinating

Making judgments and decisions.

Dealing with people. Speaking-Signaling

Handling

**Data:** 1

**People:** 6

**Things:** 7

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability Percentile) | 2  (67-89 Percentile) | 3+ (56 - 66 |
| Verbal Aptitude Percentile) | 2  (67-89 Percentile) | 3- (34 - 44 |
| Numerical Aptitude Percentile) | 2  (67-89 Percentile) | 3  (46 - 54 |
| Spatial Aptitude | 3  (34-66 Percentile) | Not Included |
| Form Perception | 3  (34-66 Percentile) | Not Included |
| Clerical Aptitude Percentile) | 2  (67-89 Percentile) | 3  (46 - 54 |
| Motor Coordination | 4  (11-33 Percentile) | Not Included |
| Finger Dexterity | 4  (11-33 Percentile) | Not Included |
| Manual Dexterity | 4  (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5  (Below 11 Percentile) | |
| Color Discrimination | 5  (Below 11 Percentile) | |

Bertacchi-Freeman/Hartford001321

**Name:** Bertacchi-Freeman, Gloria                                    SSN:
                                                                      Reg/Case:

          **Title:** Program Manager                                  DOT Code:
189.167-030
       **Industry:** Professional and Kindred

**SOC (OES) Category:**                    Chief Executives
          **Code:** 11-1011

|                                               |         |
|-----------------------------------------------|---------|
| **2012 Employment**                           | 330,500 |
| **2012 Employment – Percent of Industry**     | 0.2%    |
| **2012 Percent Self Employment**              | 17.7%   |
| **2022 Employment – Number**                  | 347,900 |
| **2022 Employment – Percent of Industry**     | 0.2%    |
| **Employment Change 2012-2022 – Percent**     | 5.3%    |
| **Employment Change 2012-2022 – Numeric**     | 17,400  |
| **2012-2022 Total Openings**                  | 87,800  |
| **2012-2022 Replacements**                    | 70,300  |

**This SOC (OES) code includes 72 DOT Occupations**


**Name:** Bertacchi-Freeman, Gloria                                    SSN:
                                                                      Reg/Case:

**SOC Category:** Chief Executives                                     SOC Code:
11-1011
**Includes DOT:** Program Manager                                      DOT Code:
189.167-030
          **State:** California
           **Area:** Sacramento-Arden Arcade-Roseville MSA

|                                               |       |
|-----------------------------------------------|-------|
| **Annual Average Employment 2010**            | 3,470 |
| **Annual Average Employment 2020**            | 3,480 |
| **Employment Change – Numerical**             | 10    |
| **Employment Change – Percent**               | 0.3%  |
| **Average Annual Job Openings – New Jobs**    | 0     |
| **Avg Annual Job Openings – Replacement Needs** | 90  |
| **Avg Annual Job Openings – Total Jobs**      | 90    |

       **Source:** State of California, Employment Development Department

**This SOC Occupation group includes 72 DOT Occupations**

**Name:** Bertacchi-Freeman, Gloria

**SSN:**
**Reg/Case:**

**169.167-090  Quality Assurance Coordinator**
**O*NET Code:**  11-9111.00  Medical and Health Services Managers

Coordinates activities of personnel engaged in monitoring, evaluating, and improving quality of patient care provided by medical facility or service, and implements policies and procedures consistent with quality assessment and improvement standards to ensure optimum provision and delivery of health care services:  Examines patient records and interviews health care personnel and patients to evaluate quality and effectiveness of medical services according to established criteria, such as accreditation standards, government regulations, insurance company guidelines, and hospital policies.  Consults with departments, committees, and medical staff to coordinate and integrate quality assessment and improvement activities. Assists in identification and implementation of measures for correction of identified problems and prepares documentation to support problem identification and resolution efforts.  Compiles statistical data, analyzes trends and critical incidents, and prepares reports to inform management and professional committees of status of quality assurance activities and noncompliance with regulatory and accreditation agencies.  May inspect physical facilities for regulated conditions, such as access, lighting, sanitation, and safety.  May coordinate utilization review activities to document and ensure appropriateness and medical necessity of patient care and services.  May coordinate risk management activities to resolve safety and liability issues and to prevent or limit future incidents.  May plan and develop goals, policies, and procedures and oversee personnel engaged in quality assurance activities and be designated Director, Quality Assurance (insurance).
DLU: 1993

----

**O*NET Title:** Medical and Health Services Managers
**O*NET Code:** 11-9111.00

Plan, direct, or coordinate medical and health services in hospitals, clinics, managed care organizations, public health agencies, or similar organizations.

CORE TASKS: Conduct and administer fiscal operations, including accounting, planning budgets, authorizing expenditures, establishing rates for services, and coordinating financial reporting.  Direct, supervise and evaluate work activities of medical, nursing, technical, clerical, service, maintenance, and other personnel.  Maintain communication between governing boards, medical staff, and department heads by attending board meetings and coordinating interdepartmental functioning.  Review and analyze facility activities and data to aid planning and cash and risk management and to improve service utilization.  Plan, implement and administer programs and services in a health care or medical facility, including personnel administration, training, and coordination of medical, nursing and physical plant staff.  Direct or conduct recruitment, hiring and training of personnel.  Establish work schedules and assignments for staff, according to workload, space and equipment availability.  Maintain awareness of advances in medicine, computerized diagnostic and treatment equipment, data processing technology, government regulations, health insurance changes, and financing options.  Monitor the use of diagnostic services, inpatient beds, facilities, and staff to ensure effective use of resources and assess the need for additional staff, equipment, and services.  Develop and maintain computerized record management systems to store and process data such as personnel activities and information, and to produce reports.  Establish objectives and evaluative or operational criteria for units they manage.  Prepare activity reports to inform management of the status and implementation plans of programs, services, and quality initiatives.  Inspect facilities and recommend building or equipment modifications to ensure emergency readiness and compliance to access, safety, and sanitation regulations.  Develop and implement organizational policies and procedures for the facility or medical unit.  Manage change in integrated health care delivery systems, such as work restructuring, technological innovations, and shifts in the focus of care.  Consult with medical, business, and community

groups to discuss service problems, respond to community needs, enhance public relations, coordinate activities and plans, and promote health programs.

SUPPLEMENTAL TASKS: Develop instructional materials and conduct in-service and community-based educational programs.   Develop or expand and implement medical programs or health services that promote research, rehabilitation, and community health.

DETAILED WORK ACTIVITIES

Evaluate employee performance.

2). Supervise employees.

3). Develop organizational goals or objectives.

4). Develop procedures to evaluate organizational activities.

5). Conduct employee training programs.

6). Hire personnel.

7). Recruit personnel.

8). Develop computer or information systems.

9). Maintain operational records.

10). Implement organizational process or policy changes.

11). Develop organizational policies or programs.

12). Develop operating strategies, plans, or procedures.

13). Direct financial operations.

14). Prepare operational budgets.

15). Prepare staff schedules or work assignments.

16). Liaise between departments or other groups to improve function or communication.

17). Monitor performance of organizational members or partners.

18). Monitor resources.

19). Maintain knowledge of current developments in area of expertise.

20). Manage operations, research, or logistics projects.

21). Prepare operational progress or status reports.

22). Manage human resources activities.

23). Coordinate operational activities with external stakeholders.

24). Inspect condition or functioning of facilities or equipment.

25). Advise others on legal or regulatory compliance matters.

26). Monitor facilities or operational systems.

27). Analyze risks to minimize losses or damages.

Preliminary Crosswalk shows this DOT Occupation is 1 of 9 DOT's under this O*NET Code.

**Please note: O*NET Codes are under development and subject to change.**

Bertacchi-Freeman/Hartford001325

**Name:** Bertacchi-Freeman, Gloria                                          SSN:
                                                                             Reg/Case:

    **Title:**  Quality Assurance Coordinator                          **DOT Code:**  169.167-090

    **Industry:**  Insurance

    **Specific Vocational Preparation:**  Level 6 (1 to 2 years)

    **General Educational Development:**  Reasoning  Grades 13-14
    Mathematics  Grades 9-12
    Language  Grades 13-14

**Strength:** Light occasionally, frequently up to 10

walking and or standing

include pushing and or pulling

Lifting, Carrying, Pushing, Pulling 20 Lbs.

Lbs., or negligible amount constantly. Can include

frequently even though weight is negligible. Can

of arm and or leg controls.

| **Physical Demands:** | | **Environmental Conditions:** |
|---|---|---|
| Climbing | Never | Noise Intensity Level |
| Quiet | | |
| Balancing | Never | Exposure to Weather |
| Never | | |
| Stooping | Never | Extreme Cold |
| Never | | |
| Kneeling | Never | Extreme Heat |
| Never | | |
| Crouching | Never | Wet and/or Humid |
| Never | | |
| Crawling | Never | Vibration |
| Never | | |
| Reaching | Occasionally | Atmospheric Conditions |
| Never | | |
| Handling | Frequently | Proximity to Moving Mechanical Parts |
| Never | | |
| Fingering | Frequently | Exposure to Electrical Shock |
| Never | | |
| Feeling | Never | Working in High Exposed Places |
| Never | | |
| Talking | Frequently | Exposure to Radiation |
| Never | | |
| Hearing | Frequently | Working with Explosives |
| Never | | |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals |
| Never | | |
| Near Acuity | Frequently | Other Environmental Conditions |
| Never | | |
| Far Acuity | Never | |
| Depth Perception | Never | |
| Accommodation | Occasionally | |
| Color Vision | Never | |
| Field of Vision | Never | |

 **Work Situations:**  Directing, controlling, or planning activities of others.                          **Data:**  1
Coordinating

|  | Dealing with people. | **People:** 6 |
| Speaking-Signaling | | |
|  | Attaining precise set limits, tolerances, and standards. | **Things:** 7 |
| Handling | | |
|  | Making judgments and decisions. | |

| **Aptitudes:** | **DOT** | **OAP** |
| --- | --- | --- |
| General Learning Ability | 2 (67-89 Percentile) | 3+ (56 - 66 Percentile) |
| Verbal Aptitude | 2 (67-89 Percentile) | 3- (34 - 44 Percentile) |
| Numerical Aptitude | 3 (34-66 Percentile) | 3 (46 - 54 Percentile) |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 2 (67-89 Percentile) | 3 (46 - 54 Percentile) |
| Motor Coordination | 3 (34-66 Percentile) | Not Included |
| Finger Dexterity | 3 (34-66 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

Bertacchi-Freeman/Hartford001327

**Name:** Bertacchi-Freeman, Gloria                                          SSN:
                                                                             Reg/Case:

**Title:**   Quality Assurance Coordinator                                   DOT Code:
169.167-090
**Industry:**   Insurance

**SOC (OES) Category:**   Medical and Health Services Managers
**Code:**   11-9111

| | |
|---|---|
| **2012 Employment** | 315,500 |
| **2012 Employment – Percent of Industry** | 0.2% |
| **2012 Percent Self Employment** | 4.6% |
| **2022 Employment – Number** | 388,800 |
| **2022 Employment – Percent of Industry** | 0.2% |
| **Employment Change 2012-2022 – Percent** | 23.2% |
| **Employment Change 2012-2022 – Numeric** | 73,300 |
| **2012-2022 Total Openings** | 149,900 |
| **2012-2022 Replacements** | 76,600 |

**This SOC (OES) code includes 9 DOT Occupations**

**Name:** Bertacchi-Freeman, Gloria                                          SSN:
                                                                             Reg/Case:

**SOC Category:**   Medical and Health Services Managers                     SOC Code:
11-9111
**Includes DOT:**   Quality Assurance Coordinator                            DOT Code:
169.167-090
**State:**   California
**Area:**   Sacramento-Arden Arcade-Roseville MSA

| | |
|---|---|
| **Annual Average Employment 2010** | 1,950 |
| **Annual Average Employment 2020** | 2,330 |
| **Employment Change – Numerical** | 380 |
| **Employment Change – Percent** | 19.5% |
| **Average Annual Job Openings – New Jobs** | 38 |
| **Avg Annual Job Openings – Replacement Needs** | 48 |
| **Avg Annual Job Openings – Total Jobs** | 86 |

**Source:**   State of California, Employment Development Department

**This SOC Occupation group includes 9 DOT Occupations**

Bertacchi-Freeman/Hartford001329

# EMPLOYABILITY ANALYSIS REFERRAL (EAR) FORM



| |
|---|
| Claimant: <u>Gloria Bertacchi-Freeman</u> |
| Insured ID Number: <u>9004108017</u> |

| |
|---|
| Test Change date: <u>4/11/2015</u> |

Employability Analysis: ☒ Yes ☐ No
Early Ability Settlement (EAS): ☐ Yes ☐ No
Premium Waiver: ☐ Yes ☐ No

Is a Labor Market Survey required?: ☐ Yes ☒ No

☐ Resident of CA with non-ERISA policy and DOD prior to 03/18/2008
☐ FI ERISA or Non-ERISA policy sitused in CA with DOD on or after 03/18/2008
☐ CA Enhanced Contract Language
☒ Legacy CNA policy

Does this EAR require completion in local geographical area? ☒ Yes ☐ No

**WORK / EDUCATION / VOLUNTEER HISTORY** (Note: The past 15 years of work and education history is required at referral):

☒ LTD Application
☐ Job Description
☐ PDA
☐ Claimant Questionnaire (CQ)
☒ WEH form
☐ Resume
☐ Voc Assessment Report
☐ DCS Comments dated: _____

**FUNCTIONAL CAPABILITIES/LIMITATIONS** to be used in the Employability Analysis:

Dominant Hand: ☒ Right ☐ Left

☐ APS date: _____
☐ PCE date: _____
☐ FCE date: _____
☐ Psych- APS date: _____
☐ Behavioral Function Evaluation (BFE): _____
☐ IME date: _____
☒ Other: <u>Peer review completed on 3/23/2015</u>

Please provide any clarifying information or direction for this EA referral in the space below.

_____

Include both physical and mental nervous in review?

☒ Physical Only
☐ M/N Only
☐ Both Physical and M/N

Bertacchi-Freeman/Hartford001330

# EMPLOYABILITY ANALYSIS REFERRAL (EAR) FORM

**EARNINGS POTENTIAL**

Does this policy require indexing?   ☐ Yes   ☒ No
If yes copy and paste spreadsheet below.

Indicate earnings potential requirement for the test change determination.
Monthly: $6933.34

Please cut/paste earnings calculation here:

**Bertacchi-Freeman/Hartford001331**

03/26/2015 05:27 FAX                                                                    ☑0001/0002

Feb 05 2015 14:51:14 EST  FROM: F2M/32050756200     MSG# 1114A622-006-1     PAGE 003 OF 004



THE
HARTFORD

February 5, 2015

Dr. Kim
Fax (650) 991-2650
Dpo, AA 34004

Policy Holder:   Cardinal Health, Inc.
Claimant:        Gloria Bertacchi-Freeman
Insured ID:      9004108017
Policy Number:   83120674
DOB:             [REDACTED]953

Dear Dr Kim:

I am a Clinical Case Manager with The Hartford.  We are handling the Long Term Disability (LTD)
claim for Gloria Bertacchi-Freeman. Additional information is needed to help us understand your
patient's current capabilities and medical condition.

In the office notes you provided Ms Bertacchi is able to sit, stand, and walk for ½ hr at a time
totaling 4 hours each per day due to osteoarthritis, lumbar degeneration, and cervical strain.  EE is
limited to lifting no more than 10 lbs occasionally.  EE reports exacerbation of pain with exertion.

It is understandable that Ms Bertacchi is not able to be on her feet for any length of time and
requires frequent position changes due to her lower back pain, and knee pain, however, do you
agree that she would be able to sit for 6-8 hours with changes in position as needed, performing
fingering and handling at desk level, and lifting no more than 10 lbs occasionally?  This is defined
as Sedentary Job Demand in the Dictionary of Occupational Titles.

Yes_____                          No_____
If no, please explain the reason including diagnostic rational describing the barriers for Ms
Bertacchi to function at a sedentary job demand level full time.

*We have submitted RFA for functional capacity*
*Evaluation. TO objectively evaluate work restrictions*
*Please kindly approve.*

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

03/26/2015 05:28 FAX                                                                    @0002/0002

Feb 05 2015 14:54:22 EST FROM: S2M/32DB0756200     MSG# 11140622 PG 1     PAGE 004 OF 004
Case 2:13-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 267 of 769

**Physician's signature:** _____     Date: 3-20-15

A verbal response can be made by calling me at the phone number below. A written response can be faxed to (877) 853-9667. A response is requested by the end of the day on 02/12/2015. If not received by that time, we will make a decision on the claim with the information we have available. Thank you.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions, please feel free to contact our office at (800) 445-9057. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Kimberly Scouten, RN*

Kimberly Scouten, RN Clinical Case Manager
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

Bertacchi-Freeman/Hartford001333

Case 3:15-cv-08596-FLN-AC   Document 18-3   Filed 04/03/17   Page 268 of 769

# FAX
## TRANSMISSION

To:

From:

Subject:     final report for claim # 9004108017

**Message:**

Attached is the final report for claim # 9004108017.  Thank you for the referral.
Please contact client@behavioralmedical.com for additional questions.

**Company Name**
Address
Tel: Fax:
Email: Website:

Bertacchi-Freeman/Hartford001334

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com



**Behavioral·Medical Interventions**

6600 France Ave. S., Suite 245
Edina, MN 55435
1-866-927-0184 phone
952-927-7147 fax
office@behavioralmedical.com

March 23, 2015

**CONFIDENTIAL**

Donna Miley
The Hartford
Maitland

Re: Gloria Bertacchi-Freeman
Claim No: 9004108017
Case ID: 560751
DOB: <span>REDACTED</span> 1953

Dear Ms. Miley:

Thank you for the referral of the file on Gloria Bertacchi-Freeman for the purpose of file review and provider contact. All records provided by The Hartford, Maitland were reviewed. Services have been completed on this file, and below is a summary of findings and conclusions. Specific questions you have asked are addressed at the end of this report.

**Background Information**
The available information indicates Gloria Bertacchi-Freeman is a 61-year-old female with a disability onset date of 10/11/12. The claimant worked as a Director of Pharmacy at Cardinal Health Inc. Her reported diagnoses are osteoarthritis, lumbar deneration and cervical strain. The treating provider is listed as Leslie Kim, MD, Orthopedic Surgery.

**Records Review**

**What follows is an outline of the records reviewed to prepare for this report:**

1. **Attending Physician Statements completed by:**
   a. **Peter Heitke, MD, Internal Medicine, dated 10/12/12 and undated**
   b. **Florence Chong, DO, Emergency Medicine, dated 11/5/12**
   c. **Duane Medeiros, NP, Orthopaedics, dated 11/26/12**
   d. **Leslie Kim, MD, Orthopedic Surgery, dated 1/29/13 through 11/19/14**
2. **Progress Notes, Correspondence, and/or Consultations completed by:**
   a. **Multiple Providers at Kaiser Permanente, dated 2/11/12 through 11/26/12**
   b. **Multiple Providers at West Bay Orthopaedic Medical Group, dated 11/13/12 through 5/13/14**
   c. **Mohammad Reza, MD, Family Medicine, dated 11/14/12**

Donna Miley                                          Re: Gloria Bertacchi-Freeman
March 23, 2015                                                        Page 2 of 7

        d.  **Multiple Providers at Unknown Clinic, dated 11/15/12 through 3/9/13**
        e.  **Multiple Providers at Peninsula Orthopedic Associates, Inc., dated 6/24/14 and 11/17/14**
        f.  **Tricia Benson, PT, dated 7/15/14 and 7/17/14**
3.  **Workers Compensation Records completed by:**
        a.  **Dr. Heitke, dated 10/12/12**
        b.  **Multiple Providers at Kaiser Permanente, dated 10/15/12 through 11/5/12**
4.  **Hospitalization Records and/or Operative Reports completed at:**
        a.  **Campus Surgery Center, dated 11/21/12 through 11/7/13**
        b.  **Mercy Hospital of Folsom, dated 12/18/12**
        c.  **Vibrant Care, dated 8/13/14**
5.  **Diagnostics**
6.  **Labs**
7.  **Medication Lists and/or Pharmacy Records**
8.  **Employee Statements**
9.  **Internal Client Case Notes**
10. **Duplicate Documents**
11. **Authorization**

**Provider Contact with Leslie Kim, MD, Orthopedic Surgery**
Dr. Kim's office was contacted on 3/11/15 at 1645 EST. The receptionist informed me that Dr. Kim was out of the office until 3/17/15.

Dr. Kim's office was contacted on 3/18/15 at 1247 EST and I spoke to Jeanelle. Dr. Kim was in the operating room and not available for contact. My personal cell phone number was given but no return contact was given by Dr. Kim.

**Summary**
Ms. Gloria Bertacchi-Freeman is a 61-year-old female who on 10/12/12 "complains of gradually increasing neck, low back, and left knee pain for over one week which she attributes to a significant increase in the amount of bending, squatting, and overhead reaching activities at her job during the past two weeks." However, on 10/15/12, Dr. Florence Besana Chong, MD, documents "Injury Date: 10/5/12 was at a group counseling session between 2:40-3:40 pm, when an angry guy pushed a chair towards her, she moved back against her chair to avoid getting hurt. The prior week, a patient had thrown a chair in the hallway ended up hitting her foot but didn't result in any injury. On 9/27-9/28/12 and 10/4-10/5/12 she states she worked much harder and longer, manually filled pharmacy carts since the system was down, 6 feet above and below the floor and she feels that motion also triggered her pain. The weekend after her work, she felt sore that she couldn't get off the couch, so she reported it to her boss on 10/11/12 and was seen at UHS clinic in Rocklin." Radiographs of the left knee showed mild osteoarthritis. Ms. Freeman was referred to physical therapy and placed on restricted duty.

Case 2:15-cv-02596-TLN-AC    Document 18-3    Filed 04/03/17    Page 271 of 769

Donna Miley                                                    Re: Gloria Bertacchi-Freeman
March 23, 2015                                                              Page 3 of 7

On 10/25/12, a left MRI showed "partial root tear to the posterior horn medial meniscus. Osseous contusion with bone marrow edema. Medial femoral condyle chondral fissuring with cartilage loss at the medial femoral condyle." This MRI's findings were similar to the report of the left knee dated 1/25/11. After failing therapy, she underwent left knee arthroscopy by Dr. Leslie Kim, MD, on 12/13/12. This showed "The patellofemoral tracking appeared normal, but there was grade 2 chondromalacia on the medial and lateral patellar facets. Grade 1-2 changes were evident on the femoral trochlear groove. Medial and lateral gutter inspection revealed no osteophyte formation or loose bodies. In the lateral compartment, essential radial tearing of the meniscus was present Grade 2 essential tibial chondromalacia was-present. Inspection of the notch revealed hypertrophic synovium. Normal-appearing anterior cruciate ligament was present. In the medial compartment, posterior horn root tear was present. There was also essential tearing of the body of medial meniscus. Grade 2 changes were present on the femoral and tibial articular surfaces. No other abnormalities were noted."

An MRI of the right knee was done on 5/31/13 which showed a tear in the posterior horn and body of the medial meniscus. An MRI of the lumbar spine was done on 6/5/13 which showed "evidence of possible prior bilateral laminectomy at L5 – S1 please correlate with history. No evidence of recurrent spinal canal stenosis at this level. Possible impingement of the exiting right L5 nerve root due to facet osteophyte in the right L5 – S1 neural foramen. Severe bilateral facet arthropathy at L4 – L5, worse on the right. There is mild triangular narrowing of the spinal canal at this level." An arthroscopy of the right knee was done on 12/27/2013 with partial medial meniscectomy.

Ms. Freeman continued to be treated in physical therapy for both her back and right knee. Ms. Tricia Benson, PT, stated in her 9/13/14 note "She indicates extreme difficulty or unable to perform lifting an object, like a bag of groceries from the floor but is able to lift her purse from the floor with ease and without complaint of pain. She indicates moderate difficulty with getting into or out of a car but is able to drive herself to physical therapy independently and get into/out of the car and into/out of the building independently without use of an AD. She does not use in AD for any of her ADLs."

## Questions

As per your request, the following questions are answered for the present time:

1. **Please clarify what is the current primary disabling diagnosis?**

   The current primary diagnoses are osteoarthritis of the lumbar spine and left knee degenerative meniscal tear.

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Donna Miley                                                    Re: Gloria Bertacchi-Freeman
March 23, 2015                                                                Page 4 of 7

The MRI of the left knee on 10/25/12 showed "partial root tear to the posterior horn medial meniscus. Osseous contusion with bone marrow edema. Medial femoral condyle chondral fissuring with cartilage loss at the medial femoral condyle." An arthroscopic evaluation showed "The patellofemoral tracking appeared normal, but there was grade 2 chondromalacia on the medial and lateral patellar facets. Grade 1-2 changes were evident on the femoral trochlear groove. Medial and lateral gutter inspection revealed no osteophyte formation or loose bodies. In the lateral compartment, essential radial tearing of the meniscus was present Grade 2 essential tibial chondromalacia was-present. Inspection of the notch revealed hypertrophic synovium. Normal appearing anterior cruciate ligament was present. In the medial compartment, posterior horn root tear was present There was also essential tearing of the body of medial meniscus. Grade 2 changes were present on the femoral and tibial articular surfaces. No other abnormalities were noted."

An MRI of the lumbar spine showed "evidence of possible prior bilateral laminectomy at L5 – S1 please correlate with history. No evidence of recurrent spinal canal stenosis at this level. Possible impingement of the exiting right L5 nerve root due to facet osteophyte in the right L5 – S1 neural foramen. Severe bilateral facet arthropathy at L4 – L5, worse on the right. There is mild triangular narrowing of the spinal canal at this level."

On 6/24/14, Ms. Freeman was seen by Dr. Kim for left knee, neck, and back pain. On 7/15/14, she was seen by Tricia Benson for lumbago and left knee pain rated at "severity at worse 7/10."

2. **Please address the claimant's current maximal physical functional capabilities, including amount of hours the claimant can sit, stand, walk, amount the claimant can lift/carry/push/pull, drive, climb, balance, stoop, kneel, crouch, crawl, reach (work) at waist/desk level, reach above shoulder level & reach below waist level, handle, finger & feel?**

A work note questionnaire filled out by Dr. Kim on 6/17/13 stated:

"Light Work is defined by the Department of Labor as exerting up to 20 pounds of force occasionally (up to 1/3 of the time), and/or up to 10 pounds of force frequently (from 1/3 to 2/3 of the time), and/or a negligible amount of force constantly (2/3 or more of the time) to move objects.

Physical demand requirements for Light Work are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work:    (1) when it requires walking or standing to a significant degree; or

**Bertacchi-Freeman/Hartford001338**

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Donna Miley                                           Re: Gloria Bertacchi-Freeman
March 23, 2015                                                        Page 5 of 7

(2) when it requires sitting most of the time but entails pushing or pulling of arm or leg controls; or (3) when the job requires working at a production rate pace entailing the constant pushing or pulling of materials even though the weight of those materials is negligible.

Please note that Gloria Bertacchi-Freeman's own Job requires little to no lifting and would be considered lighter in occupation that the above definition.

I disagree that Gloria Bertacchi-Freeman is currently able to perform Light Work on a full-time basis."

On 10/29/13, Dr. Kim indicated that Ms. Freeman could occasionally lift 1 to 10 pounds, and never able to lift greater than 10 pounds. She can sit, stand, and walk for 4 hours per day.

However, Ms. Tricia Benson, PT makes some observations that suggest abnormal pain behavior. She documents:

"She indicates she is unable to stand for longer than ten minutes due to her pain but is routinely able to stand for exercises at physical therapy ten – fifteen minutes without complaint of pain. She indicates only being able to lift very light weights and is able to lift a purse from the floor with ease and without complaint of pain... Her scores on the Oswestry have been consistent since starting treatment but indicate a much higher level of perceived impairment than her actual ability impairment seen during the physical therapy treatments.

She indicates extreme difficulty or unable to perform lifting an object, like a bag of groceries from the floor but is able to lift her purse from the floor with ease and without complaint of pain. She indicates moderate difficulty with getting into or out of a car but is able to drive herself to physical therapy independently and get into/out of the car and into/out of the building independently without use of an AD. She is not use in AD for any of her ADLs."

This suggests that Ms. Freeman's actual physical capabilities exceed her claims of impairment. Based on these observations, Ms. Freeman's activities should be similar to those of other persons with knee and back arthritis. She may lift, carry, push, or pull up to 20 lbs. occasionally and 10 lbs. frequently. She can sit, stand, or walk up to 6 hours each out of an 8 hour day. She can drive up to 1 hour without stopping. She can climb or balance occasionally, and stoop, kneel, crouch, crawl, or reach rarely. These limitations/restrictions are based on minimum expected activity consistent with her observed ability to get in and out of a car without difficulty. She may work at waist/desk

**Bertacchi-Freeman/Hartford001339**
This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Donna Miley                                           Re: Gloria Bertacchi-Freeman
March 23, 2015                                              Page 6 of 7

or below waist level continuously. She can work above shoulder level occasionally. She can handle, finger and feel continuously. No other activity limitations are necessary.

**3. What is the highest level of functional capacity this claimant is reasonably capable of physically performing for up to 40 hours per week?**

In my opinion, the claimant would be reasonably capable of physically performing within the limitations and restrictions noted in Question 2 for up to 40 hours per week.

**4. Is the claimant at maximum medical improvement?**

Maximum medical improvement (MMI) occurs when an injured person reaches a state where his or her condition cannot be improved any further or when a treatment plateau in a person's healing process is reached. Ms. Freeman underwent bilateral knee arthroscopies on 10/25/12 and 12/27/2013. No surgical indication such as mechanical locking is present within the submitted documentation. While knee arthroplasty or lumbar fusion are reasonable forms of treatment of knee and lumbar osteoarthritis, these procedures should be considered cautiously in a claimant with abnormal pain behavior. The claimant has been through multiple course of physical therapy and, as Ms. Benson, states in her 8/13/14 note, "patient seemed to enjoy physical therapy but did not report any improvement in her condition over the few months I have been seeing her." It is not expected that further physical therapy will lead to significant or meaningful improvements of Ms. Freeman's activity. To a reasonable degree of medical certainty, the claimant has reached maximal medical improvement.

Thank you for the opportunity to provide services on this file. If you need any further assistance, please do not hesitate to call.

Sincerely,

Brett Fink, MD
Board Certified Orthopedic Surgeon
Indiana License # 01052171A
Texas License # K102

*All opinions in this report are solely the opinions of the author. There is no conflict of interest. There is no doctor/provider-patient treatment relationship, and the author did not personally examine the claimant. All opinions*

**Bertacchi-Freeman/Hartford001340**
This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Donna Miley                                             Re: Gloria Bertacchi-Freeman
March 23, 2015                                                          Page 7 of 7

*are advisory only, independent, and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering all the data available at the time of preparation of this report.  This report is not intended as a recommendation regarding any decisions on a claim or administrative functions to be made or enforced. BMI does not make claim decisions.*

**Bertacchi-Freeman/Hartford001341**
This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

```
** INBOUND NOTIFICATION : FAX RECEIVED WITH ERRORS **

TIME RECEIVED                    REMOTE CSID        DURATION   PAGES    STATUS
March 23, 2015 1:55:10 PM EDT    9529277147         50         1        Failed to

ERROR CODE ( 700 )
Error in fax transmission.
```

From: Behavioral Medical Interventions      To: 800-615-8194      Page: 1/8      Date: 3/23/2015 12:54:14 PM



**FAX**
TRANSMISSION

To:

From:

Subject:      final report for claim # 9004108017

**Message:**

Attached is the final report for claim # 9004108017. Thank you for the referral.



Bertacchi-Freeman/Hartford001342

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| March 21, 2015 5:31:27 PM EDT | 916 773 2956 | 163 | 3 | Received |

03/21/2015  14:28     916--773-2956                FEDEX OFFICE     3294          PAGE  01



**FedEx Office.**

FedEx Kinko's is now FedEx Office

# Fax Cover Sheet

Date ___3/21/15___

Number of pages __3__ (including cover page)

**To:**

Name _Christine Monteroy_

Company _Hartford Insurance_

Telephone _____

Fax _866 - 411 - 5613_

**From:**

Name _Gloria Bertacchi Freeman_

Company _____

Telephone _916 - 390 - 1845_

Comments _900408011 Please see work status report + Rx prescriptions (note DoI is incorrect)_

7 90363 00711 1
Fax - Local Send

7 90363 00714 2
Fax - Domestic Send

7 90363 00720 3
Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2008 FedEx. All rights reserved. Products, services and hours vary by location. 610.0700.069  SÉR09

73705

Bertacchi-Freeman/Hartford001343

Case 2:15-cv-02247   FEDEX ORTHOPEDIC ASSOCIATES, INC. of 769

# PENINSULA ORTHOPEDIC ASSOCIATES, INC.

1850 Sullivan Avenue, Suite 330 • Daly City, California 94015
(650) 758-5630 • Fax (650) 756-0136

## WORK STATUS REPORT

Patient: Gloria Berlacchi Freeman

DOI: 01/01/2014

Cigna Healthcare

Exam Date: 03/20/2015

Next Exam: 05/01/2015

   □ Return to full duty with no limitations/restrictions on _____

   ■ Return to work with modified duties (see restrictions below) on: 03/20/2015

   □ Unable to perform any work from _____ to _____

## WORK RESTRICTIONS/LIMITATIONS:

(X=no capacity, LC=limited capacity)

(LC) Lifting  10 pounds.       ( __ ) Standing

(LC) Pushing 10 pounds.     (LC) Climbing

( __ ) Pulling 10 pounds.     (LC) Walking

( __ ) Reaching Overhead    ( X ) Kneeling

                            ( X ) Bending/Stooping/Squatting

## DIAGNOSIS:

## SPECIAL COMMENTS:

Leslie H. Kim MD                            Date: 03/20/2015

Bertacchi-Freeman/Hartford001344

# Peninsula Orthopedic Associates, Inc.
1850 Sullivan Avenue, Suite 330
Daly City, CA 94015
Phone (650) 756-5630
Fax (650) 756-0136

**Patient Name:**  Gloria Bertacchi Freeman
**Address:**       5135 Moss Lane
                   Granite Bay, CA 95746

**DOB:**           05/01/1953
**Prescription
Date:**            03/20/2015

**NORCO   5 mg-325 m TABLET**

**QTY: 20     REFILLS: 0**
take 1 tablet by oral route  every 4 - 6 hours as needed for pain

**Generic Substitution Permissable**

**Instructions:**

**LIDODERM   5 % (700 m ADH. PATCH**

**QTY:  30     REFILLS: 0**
apply 1 patch by transdermal route  every day (May wear up to 12hours.)

**Generic Substitution Permissable**

**Instructions**

Signature _____

Leslie H Kim, MD

| Provider | | |
|---|---|---|
| ☐ | Stephen E. Conrad, M.D. | Ca Lic #C32475 / DEA #AC3347533 |
| ☐ | Alfredo F. Fernandez, M.D. | Ca Lic #G33550 / DEA #AF2508440 |
| ☐ | Victoria L. Barber, M.D. | Ca Lic #G72452 / DEA #BB3178349 |
| ☐ | Aman S. Khan, M.D. | Ca Lic #A60839 / DEA #BK5118648 |
| ☐ | Yung Chuan Chen, M.D. | Ca Lic #A54788 / DEA #BC4686987 |
| ☐ | Philip J. Krueger, M.D. | Ca Lic #A87975 / DEA #BK7442394 |
| ☒ | Leslie H. Kim, M.D. | Ca Lic #G41605 / DEA #AK9194865 |
| ☐ | Kian Raiszadeh, M.D. | Ca Lic #A99221 / DEA #FR0357815 |
| ☐ | Rehan Khan, PA-C | Ca Lic #PA17347 / DEA #MK1087697 |
| ☐ | Danny C. Kay, PA-C | Ca Lic #PA19815 / DEA #MK1840277 |
| ☐ | Carol M. Marraccini-Otto, PA-C | Ca Lic #PA19627 / DEA #MM1767548 |
| ☐ | Megan G. Dickey, N.P. | Ca Lic #22227 / DEA #MD2832132 |

Quantity: ☐1-24 ☐25-49 ☐50-74 ☐75-100 ☐101-150 ☐151 and over ☐ ____ units
Refill: ☐1 ☐2 ☐3 ☐4 ☐5 ☐PRN

Case 2:15-cv-02596-TLN-AC Document 18-3  Filed 04/08/15 Page 286 of 769

Mar 02 2015 14:43:21 EST  FROM: F2M/33029303502    MSG# 34056563-000-1    PAGE 001 OF 005



**The Hartford**

Date:          03/02/15 02:42:56 PM

Re:            14520979

Total Pages:   5   including cover page

_____

PRIVILEGED AND CONFIDENTIAL: This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information.  If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited.  If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

_____

Notes:

Peer referral for Gloria Bertacchi-Freeman 9004108017

Donna Miley
GB Claim Clinical Vendor Coordinator
GBC Central Services



The Hartford Financial Services Group, Inc.
200 Colonial Center Parkway, Suite 500
Lake Mary, FL 32746
W: 800-303-9744 ext 2309219
F: 855-202-8683

Business Insurance
Employee Benefits
Auto
Home

**Bertacchi-Freeman/Hartford001346**

## Independent Medical Opinion (IMO) Referral Form



**THE HARTFORD**

### Vendor Information

| Vendor Name: BMI | Date: 3/2/2015 |
|---|---|
| Service Requested: ☐ IME    ☒ Medical Consultant    ☐ FCE *See service specific information under service heading below* | |
| Videotape/CD Enclosed: ☐ Yes   ☒ No | Hours: | Minutes: |
| Medical Records Enclosed: ☒ Yes   ☐ No | Pages: | Inches: |

- All medical records as of the date of this referral are enclosed, including claimant's most recent self-reported statements of functionality.
- To maintain objectivity, any medical consultant reviews are not enclosed.
- Signed authorization included

### Claimant Information

| Claimant Name: Gloria Bertacchi-Freeman | Date of Birth: ▓1953 |
|---|---|
| Address: (Street, City, State & Zip Code) 5135 Moss Lane Granit Bay Ca 95746 | Telephone Number: 9163921845 |
| Insured ID Number: 9004108017 | Date Last Worked: 10/10/2012 | Date of Disability: 10/11/2012 |
| Employer: Cardinal Health Inc | |
| ☐ STD   ☒ LTD   ☐ AD&D   ☐ Premium Waiver | |

### Attorney Representation

| Does Claimant have Attorney Representation: ☒ Yes     ☐ No If Yes, Provide Attorney Contact Information: Edward Lester Phone 916 446 4692 fax 916 447 4614 WWW.Mastagni.com |
|---|

### Medical Information

| Primary Diagnosis: Osteoarthritis | Secondary Diagnosis: Lumbar Deneration and Cervical strain |
|---|---|
| Primary Physician's Name: Dr Leslie Kim | Physician Specialty: Orthopedic Surgery |
| Phone Number: 650 756 5630 | Fax Number: 650 756 0136 |
| Physician's Address: Ed Suite 330 Daly City. Ca | |
| **Other Treating Physicians: (if applicable)** | |
| Physician's Name: _____ | Physician Specialty: _____ |
| Phone Number: | Fax Number: |
| Physician's Address: _____ | |
| Physician's Name: _____ | Physician Specialty: _____ |
| Phone Number: | Fax Number: |
| Physician's Address: _____ | |

### Independent Medical Evaluation (IME)

| Specialty of IME Physician:     2nd Choice |
|---|

### Psychiatric/Neuropsychological Independent Medical Evaluation (IME)

▓▓▓ ▓▓r▓▓▓rd▓ ▓▓ ▓▓▓ ▓▓r▓▓▓rd ▓▓▓▓▓▓▓▓▓ ▓▓r▓▓▓▓▓ ▓r▓▓▓▓ ▓▓▓▓ ▓▓d ▓▓▓ ▓▓▓▓▓d▓▓r▓▓▓▓
▓▓▓▓▓▓▓

Bertacchi-Freeman/Hartford001347

| Specialty of IME Physician: | 2nd Choice |
|---|---|

## Medical Consultant (MC)

| Medical Specialty(ies) Requested: Orthopedics | | | |
|---|---|---|---|
| ☐ Appeal | ☐ Co-Morbid | ☒ Priority – indicate requested completion date: | |
| ☒ File Review | ☐ Clarification | ☐ Addendum | ☐ Add'l Info (if review not completed) |
| ☐ Prior Medical Review | | Name of Prior Medical Consultant: | |
| Board Certification(s) of Prior Medical Consultant: | | | |

## Functional Capacity Evaluation (FCE)

**Medical considerations per Attending Physician prescription:**

FCE providers will assess the ability to perform general work functions, with specifics described in "Additional Considerations" below. The report of test results should include the Department of Labor's (DOL) physical demand categories (i.e. Sedentary, Light, Medium, Heavy, Very Heavy) as well as specific physical functions, with frequencies (i.e. Never, Occasional, Frequent, Constant).
**Additional Considerations:** _____

**Optional: To be used only if needed to help clarify occupational capacity.**
☐ **Job Description Attached.** Please *assess the claimant's functional abilities in relation to the physical demands/essential duties as outlined in the attached Job Description, in addition to the above request for an assessment of overall functional abilities.*

## Vendor Instructions:

- All FCE Reports will include an assessment of the consistency of effort demonstrated throughout the FCE.
- All FCE reports must include the raw data as well as testing/performance summary.
- Claimant will be notified of appointment date/time by The Hartford.

## Referral Source Information

| Referral Source Name: Kimberly Scouten | Telephone/Extension: 1 800 445 9057 ext 2307610 |
|---|---|
| Referral Source E-mail Address: kimberly.scouten@thehartford.com | Office: Syracuse   Office claim file originates from: Simsbury |
| Mailing Address: (Street, City, State & Zip Code) The Hartford, PO BOX 14302, Lexington, KY 40512-4302 | |
| Support Associate Name: Donna Miley | Support Associate E-mail Address: GBClaimClinicalVendorCoordinator@thehartford.com |
| Deliver Report and Invoice to the following Fax Number:    Fax Number: (800) 615-8194 | |

Bertacchi-Freeman/Hartford001348



Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 283 of 769

**Behavioral·Medical Interventions** *eCaseManager*

**Case 560751 - The Hartford -**

| Status | Medical Records | Staged | Assigned Specialists |
|---|---|---|---|
| Pending | Yes | No | 0 |

| | | | | | |
|---|---|---|---|---|---|
| **Client** Maitland | | **First Name** Gloria | | **Employer** Cardinal Health Inc | |
| **Service** File Review | | **Last Name** Bertacchi-Freeman | | **Phone** (916) 392-1845 | |
| **Service Type** Disability | | **Date of Birth** 1953 | | **Email** | |
| **Services Requested** Provider Contact | | **Address Line 1** 5135 Moss Lane | | **Occupational Title** Director of Pharmacy | |
| **Claim #** 9004108017 | | **Address Line 2** | | **Disability Date** 10/11/2012 | |
| **Claim Type** LTD | | **City** Granit Bay | | **Last Day Worked** 10/10/2012 | |
| **File #** | | **State** CA | | **Send Med. Records by** Website | |
| **Date Received** | | **Postal Code** 95746 | | **Turn Around Time** 10 | |
| **Due** | | **Country** USA | | **Appeal** No | |
| **Referral Purpose** | | | | | |
| **Comments** | | | | | |

**Customer Referrer**

Name Donna Miley
Email Address Donna.miley@thehartford.com

Referral Date 03/02/2015 12:00 AM
Phone Number (800) 303-9744 x 2309219 - Work
(866) 326-6555 - Fax

**Specialist**

| Name | Credentials | Specialty |
|---|---|---|
| | | |

**Attorney Information**

First Name Edward          Address          State
Last Name Laster          Address Line 2          Postal Code
Phone (916) 446-4692          City          Country

**Attending Physicians**

Name Leslie Kim          Specialty Orthopedic Surgery          State CA
Phone (650) 756-5630          Address 1850 Sullivan          Postal Code 00000
Fax (650) 756-0136          Address 2 Suite 330          Country USA
Email          City Daly City

**Diagnoses**

Diagnosis 1 Osteoarthritis
Diagnosis 2 Lumbar Deneration
Diagnosis 3 Cervical strain

**Specialties Requested**

Specialty 1 Orthopedic Surgery
Specialty Note 1

**Questions**

Answer Questions From See Through Forms

**Medical Records**

Bertacchi-Freeman.doc
Uploaded at 03/02/2015 02:23 PM by Donna Miley
Bertacchi-Freeman_auth.TIF
Uploaded at 03/02/2015 02:23 PM by Donna Miley
Bertacchi-Freeman_CL.tif
Uploaded at 03/02/2015 02:23 PM by Donna Miley



# HARTFORD LIFE INSURANCE COMPANY
## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

### Medical Consultant Cover Letter

**THE HARTFORD**

Claimant Name: Gloria Bertacchi-Freeman

Insured ID:  9004108017

To the Medical Consultant Reviewer - Please respond to the following questions, using the general guidelines below as a guide.

- Please contact the claimant's Primary Attending Physician and any other treatment provider who in your opinion can provide information regarding the claimant's current abilities, restrictions and limitations, including but not limited to the other treatment providers identified in the referral form.

1) Please clarify what is the current primary disabling diagnosis?

2) Please address the claimant's current maximal physical functional capabilities, including amount of hours the claimant can sit, stand, walk, amount the claimant can lift/carry/push/pull, drive, climb, balance, stoop, kneel, crouch, crawl, reach (work) at waist/desk level, reach above shoulder level & reach below waist level, handle, finger & feel?

3) What is the highest level of functional capacity this claimant is reasonably capable of physically performing for up to 40 hours per week?

4) Is the claimant at maximum medical improvement?

Thank you for your assistance.
Kimberly Scouten, R.N., MCCM
Medical Clinical Case Manager
The Hartford

---

*General Guidelines to be used when responding to the above questions*

- This is a request for your independent opinion of this individual's functionality.

- We are not asking you to determine if the individual is Disabled, which is an insurance contract determination, or if s/he is able to return to work.

- We are asking you to provide an objective assessment of the individual's appropriate restrictions/limitations based on your examination, the medical records, and the individual's self-reported information.

- Please do not develop a return to work plan unless specifically requested to do so.

- Do not exclusively use Department of Labor (DOL) work categories such as sedentary, light, medium, etc without addressing specific restrictions/limitation which are not outlined in the DOL definition.

- Address the full range of restrictions/limitations based upon your area(s) of expertise and include your rationale for the restrictions. Note that we will assume there are no restrictions on function unless specified in your report.

- Address sit/stand/walk function in terms of hours of activity at one time and hours per day. Example: walk 1 hour at a time for a maximum of 5 hours//day.

---

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

10/2013

Bertacchi-Freeman/Hartford001350

INBOUND NOTIFICATION: FAX RECEIVED WITH ERRORS

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| March 2, 2015 2:29:28 PM EST | 1-855-893-4357 | 44 | 1 | Failed to |

ERROR CODE ( 700 )
Error in fax transmission.

Mar 02 2015 14:29:00 EST  FROM: F2M/33029303502    MSG# 33954570-000-1    PAGE 001 OF 005



# The Hartford
# FAX COVER PAGE

To:

From:        The Hartford
Re:          T452097/9

Total Pages:   5  including cover page

contain proprietary, confidential and/or privileged information.  If you are not the intended recipient, any use, copying, disclosure, communication and all copies.

---

Notes:
Peer referral for Gloria Bertacchi-Freeman 9004108017

Donna Miley

The Hartford Financial Services Group, Inc.

W. 800-303-9744 ext. 2309219
F: 855-202-8683



Business Insurance

Auto

Home

Bertacchi-Freeman/Hartford001351



# The Hartford
# FAX COVER PAGE

**To:**

**From:**   The Hartford

**Date:**   03/02/15 02:22:03 PM

**Re:**   BERTACCI FREEMAN, GLORIA 9004108017 MEDICAL PACKET CONTENT

**Total Pages:**   2  including cover page

---

PRIVILEGED AND CONFIDENTIAL: This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information.  If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited.  If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

---

Notes:

Bridget Trinkaus
Claim Technician
GBC Central Serivces

The Hartford Financial Services Group, Inc.
One Hartford Plaza |
Hartford, Connecticut 06155
W: 800-303-9744 ex 2305807



Business Insurance
Employee Benefits
Auto
Home

Bertacchi-Freeman/Hartford001352

MEDICAL PACKET CONTENT (TRINKAUS)

BEERTACCHI FREEMAN, GLORIA 9004108017

1. CLAIM FORM. CQ
2. MR. 11/17/14 OVN
3. APS. DR. KIM 11/19/14
4. MR. DR. KIM OVN
5. APS. 5/13/14
6. MR. DR. KIM
7. APS. 10/28/13
8. MR. 6/17/13 DR. KIM RESPONSE TO AA QUESTIONS
9. MR. DR. KIM
10. MR. DR. HETIKE/US HEALTHWORKS
11. MR. CAMPUS SURGERY CENTER
12. MR. CLMT LTR
13. MR. MERCY HOSPT FOLSOM
14. MR. KASIER
15. MR. RX HISTORY TARGET DALY CITY RX
16. APS. 5/6/13
17. MR. DR. THUY NOSE NGUYEN OVN'S
18. MR. 11/14 OVN MERCY MEDICAL GROUP
19. MR. DR. LESLIE KIM OVN'S
20. MR. RX HISTORY TARGET PHARMACY ROSEVILLE LOCATION
21. CLAIM FORM. MED HX FORM
22. NEW APP. IBQ
23. APS. KIM 2/27/13
24. MR. WEST BAY ORTHO
25. APS. 1/24/13
26. MR. WEST BAY ORTHO
27. APS. DR. KIM 1/29/13
28. MR. DR. KIM
29. APS. MEDEIROS 11/26/12
30. MR. DR. KIM
31. MR 11/5/12

Bertacchi-Freeman/Hartford001353

Case 2:15-cv-02596-PLM-MAC   Document 35-3   Filed 04/03/17   Page 288 of 769

Jan 27 2015 11:03:03 CST  FROM: F2M/35599450620    MSG# 92213021-007-1    PAGE 001 OF 007



Hartford Life

## *Fax Cover Page*

To:                                          Fax Number:    8778539664

Subject:        ID: 9004108017
From:           Jessie A Hennessy
Company:        Hartford Life, Inc.
Address:        PO BOX 14305
                Lexington, KY  40512-4305

Phone:          800-752-9713 x66518

Fax#:           1- 877-853-9664

Date:           01/27/15 11:02:34 AM

Total Pages:    7  including cover page

This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

Memo: 9004108017

Jessie Hennessy

Jessie Hennessy MS, CRC, CVE
Rehabilitation Case Manager
Group Benefits

The Hartford<http://www.thehartford.com/>

The Hartford
PO Box 14301
Lexington, KY 40512
P: 800-549-6514, x.2305015
F: 877-853-9664

*Please note my new phone number

www.thehartford.com<http://www.thehartford.com/>
www.facebook.com/thehartford<http://www.facebook.com/thehartford>

**Bertacchi-Freeman/Hartford001354**

www.twitter.com/thehartford<http://www.twitter.com/thehartford>

Bertacchi-Freeman/Hartford001355

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 290 of 769

## Employability Analysis Report

**Claimant: Gloria Bertacchi-Freeman**
**ID Number: 9004108017**
**Policyholder: Cardinal Health, Inc.**
**Date of Report: 1/27/15**

An Employability Analysis was conducted for Ms. Bertacchi-Freeman using OASYS for the purpose of determining her current employability. This analysis was based upon her functional capabilities, education, training and work history.

OASYS (Occupational Access System) is a computerized job matching system that cross references an individual's qualifications profile with 12,761 occupations classified by the U.S. Department of Labor in the 1991 Dictionary of Occupational Titles (DOT).

**Functional Capabilities:**
The functional capabilities used in this analysis are based on the Attending Physician Statement dated 11/19/14, completed by Dr. Kim. The claimant is physically capable of the following: sitting for 30 minutes/time, 4 hours/day; stand 30 minutes/time, 4 hours/day; walk 15 minutes/time, 4 hours/day; occasionally lift/carry 10 pounds, bending, and driving; never kneel or crouch; and no restrictions with reaching, fingering or handling.

**Work and Educational History:**
Educationally, according to her work and educational history form dated 11/3/14, she obtained her Pharm D. in 1977 and her MSA in 2002. The work history used to perform this analysis was also developed from this form. When looking at the most recent 15 years of work history, the claimant worked as a Director of Pharmacy for 3 months and as a Director of Operations, Clinical Pharmacist for 12.5 years.

The following Dictionary of Occupational (DOT) Titles represent the work history used in this analysis:

| DOT Code | Occupation Title | SVP | Yrs | Mos | Str |
|---|---|---|---|---|---|
| 074.167-010 | Director, Pharmacy Services | 8 | 12 | 9 | L |

**Profile Adjustments and Considerations:**
The following adjustments were made to the ability profile based on the functional capabilities and work and education history:

- Stooping was set to occasionally
- Reaching, fingering and handling were set to constantly
- No restrictions were feeling so this was set at constantly

Bertacchi-Freeman/Hartford001356

- No restrictions were noted for talking, hearing, tasting/smelling, or vision, so these were adjusted to constantly
- No restrictions were noted for noise level, so this was adjusted to very loud
- Following specific instructions was changed to yes as he used this skill to follow specific company and health care policies and procedures
- Making judgments and decisions was changed to yes as she used this skill to solve problems on the job based on her prior work experiences
- Analyzing, compiling, computing, copying and comparing were changed to yes as she used these skills to assess needs, develop plans, research, evaluate services, etc.
- Supervising was changed to yes as she used this skill to monitor the activity of hospital pharmacists
- Serving was changed to yes as she used this skill to attend to the needs of clients, stack holders, etc.
- Taking instructions-helping was changed to yes as he used this skill to attend to the requests of her supervisors

**Analysis Results:**
The results of the Employability Analysis identified 4 occupations within the "closest" level, 1 occupation within the "good" level, 116 occupations within the "fair" level and 52 occupations within the "potential" level when screened for an hourly wage of at least $40.00 within her local geographical area (Placer County, the statistical area for Granit Bay, CA, where the claimant resides). All but 5 occupations were eliminated as they would require additional skills/training. Another job was removed as it did not meet her wage requirement. The final 4 occupations were screened out as they would not allow for positions changes every 15 to 30 minutes.

Based on this analysis, no occupations were identified that utilize the claimant's functional capabilities, transferrable skills and wage requirement, therefore her employability is limited.

Respectfully submitted,

*Jessie Hennessy, MS, CRC, CVE*

Jessie Hennessy, MS, CRC, CVE
Vocational Rehabilitation Counselor

Name: Bertacchi-Freeman, Gloria                                    SSN:
                                                                   Case:

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|----------|------------------|-----|-----|-----|-----|---------|----------|-----|----------|
| 074.167-010 | Director, Pharmacy Services | 8 | 12 | 9 | Y | N | N | L | 02.04.01 |

Name: Bertacchi-Freeman, Gloria

SSN:
Case:

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

|  |  | Changed From | Changed To |
|--|--|--------------|------------|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 8 (4 to 10 years) | 2 (Up to 1 month) |
| **General Educational Development** | | | |
| Reasoning | | 6 Grades 15-16+ | No Change |
| Mathematics | | 6 Grades 15-16+ | No Change |
| Language | | 6 Grades 15-16+ | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | L  Light | No Change |
| | Minimum | L  Light | S  Sedentary |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Never | Occasionally |
| Kneeling | | Never | No Change |
| Crouching | | Never | No Change |
| Crawling | | Never | No Change |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Constantly |
| Feeling | | Never | Constantly |
| Talking | | Frequently | Constantly |
| Hearing | | Frequently | Constantly |
| Tasting/Smelling | | Never | Constantly |
| Near Acuity | | Frequently | Constantly |
| Far Acuity | | Never | Constantly |
| Depth Perception | | Never | Constantly |
| Accommodation | | Occasionally | Constantly |
| Color Vision | | Frequently | Constantly |
| Field of Vision | | Occasionally | Constantly |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | No Change |
| Extreme Cold | | Never | No Change |
| Extreme Heat | | Never | No Change |
| Wet and/or Humid | | Never | No Change |
| Vibration | | Never | No Change |
| Atmospheric Conditions | | Never | No Change |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | No Change |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | No Change |
| Working with Explosives | | Never | No Change |
| Exposure to Toxic or Caustic Chemicals | | Never | No Change |

| | | |
|---|---|---|
| Other Environmental Conditions | Never | No Change |
| Noise Intensity Level | Quiet | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 1 (Above 89 Percentile) | No Change |
| Verbal Aptitude | 1 (Above 89 Percentile) | No Change |
| Numerical Aptitude | 1 (Above 89 Percentile) | No Change |
| Spatial Aptitude | 1 (Above 89 Percentile) | No Change |
| Form Perception | 1 (Above 89 Percentile) | No Change |
| Clerical Aptitude | 1 (Above 89 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 2 (67-89 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following  Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | No | Yes |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Bertacchi-Freeman/Hartford001359

Name: Bertacchi-Freeman, Gloria                                      SSN:
                                                                     Case:
              Search Date: 01/27/2015
              Search Type: Potential
              TSA Component Pairs:                                   Mixed
              Aptitude Mode: DOT

          Hourly Wage Required: $40.00  Using California  State OES data
       Occupations Meeting All Criteria: 173

## TRANSFERABILITY TABLE

| Match Type | Selected | Transferability | Training |
|---|---|---|---|
| Closest | 4 | Excellent | Minimum, Familiarization Only |
| Good | 1 | Good To Moderate | Some in Tools and/or Materials |
| Fair | 116 | Fair, Develop a Plan | Must train in Tools and/or Materials |
| Potential | 52 | Low, Plan Development and Training | Must train in Tools and Materials |

# EMPLOYABILITY ANALYSIS REFERRAL (EAR) FORM



Claimant: <u>Gloria Bertacchi-Freeman</u>

Insured ID Number: <u>9004108017</u>

Test Change date: <u>4/11/2015</u>

Employability Analysis:　　　☒ Yes　☐ No
Early Ability Settlement (EAS):　☐ Yes　☐ No
Premium Waiver:　　　　　　☐Yes　☐ No

Is a Labor Market Survey required?: ☐ Yes  ☒ No

☐ Resident of CA with non-ERISA policy and DOD prior to 03/18/2008
☐ FI ERISA or Non-ERISA policy sitused in CA with DOD on or after 03/18/2008
☐ CA Enhanced Contract Language
☒ Legacy CNA policy

Does this EAR require completion in local geographical area? ☒ Yes　☐ No

## WORK / EDUCATION / VOLUNTEER HISTORY (Note: The past 15 years of work and education history is required at referral):

☐ LTD Application
☐ Job Description
☐ PDA
☐ Claimant Questionnaire (CQ)
☒ WEH form
☐ Resume
☐ Voc Assessment Report
☐ DCS Comments dated: _____

## FUNCTIONAL CAPABILITIES/LIMITATIONS to be used in the Employability Analysis:

Dominant Hand: ☒ Right  ☐ Left

☒ APS date: <u>11/19/2014</u>
☐ PCE date: _____
☐ FCE date: _____
☐ Psych- APS date: _____
☐ Behavioral Function Evaluation (BFE): _____
☐ IME date: _____
☐ Other: _____

Please provide any clarifying information or direction for this EA referral in the space below.

_____

Include both physical and mental nervous in review?

☒ Physical Only
☐ M/N Only
☐ Both Physical and M/N

Bertacchi-Freeman/Hartford001361

## EMPLOYABILITY ANALYSIS REFERRAL (EAR) FORM

**EARNINGS POTENTIAL**

Does this policy require indexing?  ☐ Yes   ☒ No
If yes copy and paste spreadsheet below.

Indicate earnings potential requirement for the test change determination.
Monthly: $6933.34

Please cut/paste earnings calculation here:

Bertacchi-Freeman/Hartford001362

Please fax the completed form to:
Fax Number: 866-411-5613
The Hartford
P.O.Box 14301
Lexington, KY 40512-4301



**THE HARTFORD**

## ATTENDING PHYSICIAN'S STATEMENT OF CONTINUED FUNCTIONALITY

**To be completed by the Employee**

| Patient Name: | RECEIVED | Date of Birth: | Insured ID Number: |
|---|---|---|---|
| Gloria Bertacchi-Freeman | NOV 17 2014 | REDACTED 1953 | 9004108017 |

Patient Address: (Street, City, State & Zip Code)

5135 Moss Lane, Granite Bay, CA 95746     BY: _____

**To be completed by the Attending Physician - Use current information from your patient's most recent office visit or examination to complete this form.** (The patient is responsible for the completion of this form without expense to the Company.)

**DIAGNOSIS**

Primary diagnosis: Knee Osteoarthritis/Chrondomalacia          ICD-9 Code: ✗ 715.16/717.7
                                                                                                ICD-10 Code:

Secondary diagnoses: Cervical Strain/Spring; Lumbar Degeneration/Spine Disease    ICD-9 Code(s): ✗ 847/724.4/727.10
                                                                                                                        ICD-10 Code(s):

Current Subjective Symptoms:   see attached report

Current Physical Examination findings:   see attached report

Current Blood Pressure: 124/70          Height: 5'1"     Weight: 209     Weight Loss / Gain? (since last visit)     gain

Current Pertinent Test Results (within past 6 months) (Not previously reported; List all results, or enclose test result reports):

Test: MRI, Knee/Back          Date: 05/31/2013     Results: previously reported

Test: _____          Date: _____     Results: _____

Current Medications, Dosage, and Frequency (indicate any changes):   Lidoderm 5% 700 mg/patch, 1 patch to skin once daily qd

Norco 10-325 mg 1 tab q 6-8 hrs prn pain; Tylenol 325 mg prn

**TREATMENT PLAN**

Current Treatment Plan: Physical Therapy for Knee and Back; Pain Medication; Ice Machine

What is the Frequency / Duration of Treatment?   prn          Dates of Treatment:   ongoing

First Office Visit for this condition: 11/13/2012     Last Office Visit: 11/17/14     Next Scheduled Office Visit: 2/6/15

Has Surgery been performed since last report?   ☐ Yes  ☒ No    If "Yes," on what Date(s):

Procedure(s):                                                             CPT Code(s):

Was patient hospitalized since last report?     ☐ Yes  ☒ No    If "Yes," Hospital name and phone Number:

_____     Admission date: _____     Discharge date: _____

Has patient been referred to other physicians?   ☐ Yes  ☒ No   If " Yes," Date of Referral(s): _____

Other Physician Name _____     Phone Number: (_____) _____     Specialty: _____

Other Physician Name _____     Phone Number: (_____) _____     Specialty: _____

¹ The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

| LC-7137-9 LTD | Page 1 of 2 | 02/2014 |
|---|---|---|

Bertacchi-Freeman/Hartford001363

## ABILITIES

Address the full range of restrictions/limitations based on your most recent medical findings, noting that we will assume there are no restrictions on function unless specified below.

In the general workplace environment, the patient is able to:

|  | Walk | Stand | Sit |
|---|---|---|---|
| Number of hours at a time | 1/4 | 1/2 | 1/2 |
| Total hours / day | 4 | 4 | 4 |
| Check here if no restrictions | ☐ | ☐ | ☐ |

Please circle / check the frequency that the patient can perform the following activities:

| R = Right    L = Left    B = Bilateral | | No Restrictions | Frequently (34 - 67%) | Occasionally (1 - 33%) | Never |
|---|---|---|---|---|---|
| Lift / carry 1 to 10 lbs. | | R  L  B | R  L  B | R  L  ☒ | R  L  B |
| Lift / carry 11 to 20 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry 21 to 30 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry 31 to 40 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry 41 to 50 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry 51 to 100 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry over 100 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Bending at waist | | | | ☒ | |
| Kneeling / Crouching | | | | | ☒ |
| Driving | | | | ☒ | |
| Reaching (non load-bearing) | Above shoulder | R  L  ☒ | R  L  B | R  L  B | R  L  B |
| | Below shoulder level (reach forward for objects on desktop or workstation) | R  L  ☒ | R  L  B | R  L  B | R  L  B |
| Fingering / handling | | R  L  ☒ | R  L  B | R  L  B | R  L  B |

Hand dominance: ☒ R   ☐ L

Expected duration of any current restriction(s) or limitation(s) listed above:
Permanent

Additional Comments:
no lift / push/pull > 10 lbs.   no kneeling, bending, stooping limited standing duration walking

Does the patient have a psychiatric / cognitive impairment? ☐ Yes  ☒ No   If "Yes," please describe the extent of the impairment and its etiology:

Do you believe the patient is competent to endorse checks and direct the use of the proceeds? ☒ Yes  ☐ No

## PHYSICIAN INFORMATION

Provider's Name: Leslie H Kim, M.D.   Telephone Number: ( 650 )  756-5630

Degree: MD   Specialty: Orthopedic Surgery   Fax Number: (650 ) 756 0136

License Number: G41605   Social Security Number or EIN Number: REDACTED

Street Address: 1850 Sullivan Suite 330   City: Daly City   State: CA   Zip Code:

Signature:   Date signed: 11/19/17

Bertacchi-Freeman/Hartford001364

Please fax the completed application to:
The Hartford
P.O. Box 14301
Lexington, KY. 40512-4301
Fax Number: 866-411-5613

# WORK AND EDUCATIONAL HISTORY



THE HARTFORD

| Claimant's Name: Gloria Bertacchi-Freeman | Insured ID Number: 900408017 | Date: 11/3/14 |

Email Address: _delta doctra @ igloo.com_

Personal Cell Telephone Number: ( 916 ) 390 1845   Alternate Telephone Number: ( )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone?
☐ Yes ☑ No

Signature   Date 11/3/14

## Educational Background
Are you a High School Graduate?
☑ Yes   If "Yes," check one: ☑ Diploma ☐ GED   Enter the Date completed: _1971_
☐ No   If "No," enter the Highest Grade Completed: _____ and Date completed: _____

## Other Education / Training (please include any current programs):

| College / School / Institute / Facility | | City / State |
| University of Santa Clara | | Santa Clara CA |
| Dates Attended 1971-1973 | Degree Earned and the Year Completed N/A | Major(s), Minor(s), Certificate, License Science |

| College / School / Institute / Facility | | City / State |
| University of the Pacific | | Stockton, CA |
| Dates Attended 1973-1977 | Degree Earned and the Year Completed Pharm.D | Major(s), Minor(s), Certificate, License |

| College / School / Institute / Facility | | City / State |
| Americus University | | online |
| Dates Attended 2002 | Degree Earned and the Year Completed MBA | Major(s), Minor(s), Certificate, License |

For additional education or specialized training, attach a separate sheet with the above information.

Current Occupational Certificate / License with expiration date :(e.g., CDL, forklift)
_Pharmacist License, 31805 exp 2016 / RE Broker 01409639 exp 2015_

Computer skills / programs used? ☑ Word ☐ Excel ☐ PowerPoint ☐ Access ☑ 10-key
☑ E-Mail ☑ Internet   List other programs used:

Which is your Dominant Hand? ☑ Right ☐ Left ☐ Ambidextrous (use both equally)

Were you in the Military? ☐ Yes ☑ No   Dates served: _____ to _____

If "Yes," provide Branch, Rank, and Specialty: _____

What is your Primary (or first) Language? _English_

List all other languages that you speak and / or write fluently: _French_

## Volunteer Activities / Community Work / Hobbies

| Organization / Group / Club: | Dates: | Duties / Responsibilities / Equipment Used: |
| Granite Bay MAC | 2009-2012 | Board Member / Vote on Issues |
| Carmichael Park Board | 1985-1986 | Board Member / Vote on Issues |
| Citizens to Protect Carmichael Parks | 1985-1987 | Admin Duties / Attend Meetings / Community Organizer |

For additional activities, attach a separate sheet with the above information.

---

[1] The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

Bertacchi-Freeman/Hartford001365

**Work Experience – Please attach resume, if available**

If no resume, please start with your most recent Employer and list ALL Jobs in date order.

| Dates of Employment:<br>From:          To: | Name of Employer: |
|---|---|

| Employer Address: (Street/City/State) | Employer Telephone Number:<br>(    ) |
|---|---|

| Type of Industry: | Are you eligible for a Pension with this employer?<br>☐ Yes   ☐ No |
|---|---|

Job title(s):  If you held **different** jobs with **this** employer, please list all job titles and number of years in each job.

Did you supervise anyone? ☐ Yes  ☐ No  If "Yes," how many?

Tools / Equipment used:

Duties / Responsibilities:

| Dates of Employment:<br>From:          To: | Name of Employer: |
|---|---|

| Employer Address: (Street/City/State) | Employer Telephone Number:<br>(    ) |
|---|---|

| Type of Industry: | Are you eligible for a Pension with this employer?<br>☐ Yes   ☐ No |
|---|---|

Job title(s):  If you held **different** jobs with **this** employer, please list all job titles and number of years in each job.

Did you supervise anyone? ☐ Yes  ☐ No  If "Yes," how many?

Tools / Equipment used:

Duties / Responsibilities:

| Dates of Employment:<br>From:          To: | Name of Employer: |
|---|---|

| Employer Address: (Street/City/State) | Employer Telephone Number:<br>(    ) |
|---|---|

| Type of Industry: | Are you eligible for a Pension with this employer?<br>☐ Yes   ☐ No |
|---|---|

Job title(s):  If you held **different** jobs with **this** employer, please list all job titles and number of years in each job.

Did you supervise anyone? ☐ Yes  ☐ No  If "Yes," how many?

Tools / Equipment used:

Duties / Responsibilities:

Bertacchi-Freeman/Hartford001366

**Signature - Please read the statement that applies to your state of residence and sign the bottom of the page.**

With the exception of any source(s) of income reported above in this form, I certify by my signature that I have not received and am not eligible to receive any source of income, except for my disability benefits from this plan. Further, I understand that should I receive income of any kind or perform work of any kind during any period The Hartford has approved my disability claim, I must report all details to The Hartford, immediately. If I receive disability income benefits greater than those which should have been paid, I understand that I will be required to provide a lump sum repayment to the Plan. The Hartford has the option to reduce or eliminate future disability payments in order to recover any overpayment balance that is not reimbursed.

**For residents of all states EXCEPT California, Colorado, Florida, Kentucky, Maine, Maryland, New Jersey, New York, Oregon, Pennsylvania, Puerto Rico, Tennessee, Virginia and Washington:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For Residents of California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**For residents of Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**For residents of Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**For residents of Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim or an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**For residents of Maine, Tennessee, Virginia and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

**For Residents of Maryland:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For residents of New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. Any person who includes any false or misleading information on an application for insurance policy is subject to criminal and civil penalties.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**For residents of Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto that the insurer relied upon is subject to a denial and/or reduction in insurance benefit and may be subject to any civil penalties available.

**For residents of Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material hereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**For residents of Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

The statements contained in this form are true and complete to the best of my knowledge and belief.

_____     Date _11/3/14_
Signature

_5135 Moss Lane, Granite Bay, CA 95746_     _(916) 390-1845_
Address                                        Telephone Number

Electronic Funds Transfer (EFT) is our standard method of payment. When making our claim decision we may contact you to obtain your banking information.
PLEASE ATTACH A COPY OF YOUR DRIVER'S LICENSE OR ANOTHER DOCUMENT THAT VERIFIES YOUR DATE OF BIRTH.

Bertacchi-Freeman/Hartford001367

**Work Experience Continued**

| Dates of Employment:<br>From:        To: | Name of Employer: |
|---|---|

| Employer Address: (Street/City/State) | Employer Telephone Number:<br>(     ) |
|---|---|

| Type of Industry: | Are you eligible for a Pension with this employer?<br>☐ Yes  ☐ No |
|---|---|

Job title(s):  If you held **different** jobs with **this** employer, please list all job titles and number of years in each job.

Did you supervise anyone? ☐ Yes  ☐ No  If "Yes," how many?

Tools / Equipment used:

Duties / Responsibilities:

| Dates of Employment:<br>From:        To: | Name of Employer: |
|---|---|

| Employer Address: (Street/City/State) | Employer Telephone Number:<br>(     ) |
|---|---|

| Type of Industry: | Are you eligible for a Pension with this employer?<br>☐ Yes  ☐ No |
|---|---|

Job title(s):  If you held **different** jobs with **this** employer, please list all job titles and number of years in each job.

Did you supervise anyone? ☐ Yes  ☐ No  If "Yes," how many?

Tools / Equipment used:

Duties / Responsibilities:

| Dates of Employment:<br>From:        To: | Name of Employer: |
|---|---|

| Employer Address: (Street/City/State) | Employer Telephone Number:<br>(     ) |
|---|---|

| Type of Industry: | Are you eligible for a Pension with this employer?<br>☐ Yes  ☐ No |
|---|---|

Job title(s):  If you held **different** jobs with **this** employer, please list all job titles and number of years in each job.

Did you supervise anyone? ☐ Yes  ☐ No  If "Yes," how many?

Tools / Equipment used:

Duties / Responsibilities:

Bertacchi-Freeman/Hartford001368

**Dr. Gloria M. Bertacchi-Freeman**
5135 Moss Lane, Granite Bay, CA  95746
Work: (916) 390-1845, email deltadoctor@yahoo.com

**EDUCATION**

Graduate of the University of the Pacific, School of Pharmacy, Stockton, California, Doctorate Program (1973-1977)
Graduate of Americus University, Masters in Business Administration(2002)
Undergraduate Work, University of Santa Clara, Santa Clara, California (1971-1973)

**EXPERIENCE**

**Director of Pharmacy, Cardinal Health, 7000 Cardinal Place, Dublin, OH 43017**(July 1, 2012 to 10-10-2012)866 471 7867; Director of Hospital Pharmacy in Conjunction with Kaiser, United Health Care Services and Cardinal Health. Oversight of Pharmacy, Quality Assurance, PT Committee Meetings, Vendor Coordination for Purchasing Pharmaceutical and Medical Supplies for Pharmacy and Related areas, Inventory Control, Intern Education and Training, Inservice Education, Internship Startup Programs with 3 Colleges, Patient Interaction and Oversight, Clinical Pharmacy, Staffing and Management of Pharmacy, Group Counseling, Leadership Rounds in Hospital

**Director of Operations, Clinical Pharmacist, Staff USA, Inc**.  (2-1999 to  June 30, 2012). Director of Operations and Pharmacist in Charge of of Hospital Pharmacies, Emergency Rooms, Nursing Units, Laboratories and Clinics.  Preparation and management of contracts and vendors that serviced  medical supplies and services. We serviced primarily the Federal Government under a Federal Supply Schedule and the State of California. Worked with state Legislators to get bills passed. Experience in Inpatient and Outpatient Pharmacy Setting as a Pharmacist who covered Maine, Hawaii, Utah and all of California. Provided 30 years of services as both inpatient/outpatient/retail/long term care pharmacist in a variety of  health care settings, including hospitals, retail, chain,  nursing homes and clinics. Staff USA Inc contracted with, **Premium Access Inc**. an affiliate, provided Commercial Real Estate Services, Property Management, Construction and Auction Services

**Pharmacist, Adventist Health**, 15630 18th Avenue, Clearlake, CA (9-11 to 11-11)
Clinical Pharmacist, Inpatient Hospital Setting, Acute Care

**Pharmacist, Sutter Hospital**, 1 Medical Plaza Drive, Roseville, CA 95661(6-10 to 9-10)
Clinical Pharmacist, Inpatient Hospital Setting

**President, Radback Energy, Inc** (2007 to 2008) Started up and got approval from PGE to build a power plant in east bay area. Worked with vendors, real estate agents, contractors, subcontractors, legislators, both state and federal to acquire land and get power plant approval.(worked through Staff USA)

**President,National MedicalSeminars Inc.,**(1979 to 2006)
 Provided continuing education courses to health care professionals

 **Director of Operations/Clinical Pharmacist:** National Medical Staffing, 1979 to 1-1999
Director of Operations and Pharmacist in Charge of of Hospital Pharmacies, Emergency Rooms, Nursing Units, Laboratories and Clinics.  Preparation and management of contracts and vendors that serviced  medical supplies and services. We serviced primarily the Federal Government under a Federal Supply Schedule and the State of California. Worked with state Legislators to get bills passed. Experience in Inpatient and Outpatient Pharmacy Setting as a

Bertacchi-Freeman/Hartford001369

Pharmacist who covered Maine, Hawaii, Utah and all of California. Provided services as both inpatient/outpatient/retail/long term care pharmacist in a variety of health care settings, including hospitals, retail, chain, nursing homes and clinics.

**Intern Clinical Pharmacist, Methodist Hospital,** Arcadia, California, Psychiatric Unit(1978-1979)

☐ **Teaching Assistant and Volunteer Laboratory Analyst,** University of the Pacific, School of Pharmacy (1976-1979)

☐ **Drug Abuse Counselor in Monrovia Out Reach Program** and Santa Cruz Drug Rehabilitation Center (1976, 1978)

☐ **Pharmacist, Veterans Administration Hospital,** Palo Alto, California(1979)

☐ **Author/Editor of Continuing Medical Education and general public books, including:**
☐

*AIDS & HIV in Women and Children,*
*AIDS: A MedicalReview*
*Cocaine: Fact & Fantasy*
*Contraceptive Methods & Management*
*Drug Abuse in the Sports World*
*Drugs of Abuse*
*Drugs, Sex & Aging,*
*Hantavirus Mystery*
*International Diseases: Prevention &*
*Treatment*
*Medical Emergency Drugs*
*Obesity: Destiny or Choice*
*Osteoporosis: Prevention & Treatment*
*Overview of Antibiotics*
*Prenatal Care*
*Psychiatric Update: Violence, Abuse,*
*Depression, & Suicide*

☐ **Guest Speaker on Television:**
*Montel Williams Show, Viacom International,* New York, NY,AViolence in the Schools@ (1999), ADrug Abuse: Date Rape   Drugs 1996 and (1997)*Infertility Drugs , Camilla Scott Show,* BBS Productions, Smoking, Toronto, Canada (1996)
*News Talk TV,* CNN, New York, NY (1995, 1996)
*Geraldo Rivera Show,* "AIDS and Prostitution" NBC, New York, NY (1990)
*Morning Edition,* KJEO, CBS Affiliate, Fresno, CA (1989), Drug Abuse@
KXTV, CBS Affiliate, Sacramento, CA (1989)
*Good Morning California,* KOVR, ABC Affiliate, Sacramento, CA (1984), Drugs

☐ **Guest Speaker on Radio/Press** (numerous shows across the nation this is only a partial list):
WMAL, ABC Affiliate, Washington DC(1998), Supervised Drinking in the Home
KXLY, Spokane, WA(1998) Airmen Expelled from Airforce and Drug Abuse Prevention
KFWB, CBS Affiliate, Los Angeles, CA,(1998) "HPV"
WROW, CBS Affiliate, Albany, NY(1998) Drugs, Sex and Aging(Viagra)
WSYR, Syracuse, NY(1997) How to Deal with Peer Pressure for Back to School Children
WTNA, Rockford, IL(1997) Pharmacists, moral issues and the morning after pill
Ken Hamblin Show, Denver, Colorado(1997), Drug-Resistant Bacteria shows up in the US
WFTO, Miami, FL(1997)                         WOAI, CBS,San Antonio,TX(1997)JimmyJJWalker, HMOs

UPI, Washington DC(1997)                         WAXY, No. Miami, Florida(1997)

Bertacchi-Freeman/Hartford001370

News Limited of Australia(1997)

KVJY, Harlingen, Texas (1997)

KMPC, ABC Affiliate, Los Angeles, CA (1996)

KPIX, CBS/CNN Affiliate, San Francisco, CA.(1996)

WOOD, NBC Affiliate, Grand Rapids, MI (1995)

WHYN, ABC Affiliate, Springfield, MA (1995)

WBZT, ABC Affiliate, South Florida (1995)

WFTL, AP Affiliate, Ft.Lauderdale, FL (1993,1994, 1995)

WAFL, AP Affiliate, Philadelphia, PA (1993, 1994)

WOAI, CBS Affiliate, San Antonio, TX (1993)

KMNY, UPI Affiliate, Los Angeles, CA

KPEL, Lafayette, LA(1997)

KFBK, Los Angeles(1997)

WXYT, CNN Affiliate, Southfield, MI (1996)

WWWE, Cleveland, OH (1996) (1993)

WTOP, CBS Affiliate, Washington D.C. (1991)

KEX, ABC Affiliate, Portland, OR (1990)

KSMF, NBC Affiliate, Sacramento, CA (1990)

KZAP, NBC Affiliate, Sacramento, CA (1989)

KXL, NBC Affiliate, Portland, OR (1989)

KVEN, ABC/NBC Affiliate, Ventura, CA (1989)

WHO, NBC Affiliate, Des Moines, IA (1989)

**Volunteer Work:**
**Granite Bay Municipal Advisory Counsel, 2009-2012**
**Carmichael Park Board, 1986**
**Citizens to Protect Carmichael Parks, 1986**

**LICENSES:** Licensed Pharmacist in California 31805(current)

Please Fax to:
The Hartford
P.O. Box 14301
Lexington, KY. 40512-4301
Fax Number: (866) 411-5613

**CLAIMANT QUESTIONNAIRE**
(Read instructions carefully before completing this form.)

THE HARTFORD

| Policyholder/Employer | Claimant Name | Policy Number |
|---|---|---|
| Gloria Bertacchi-Freeman/Cardinal Health | Gloria Bertacchi-Freeman | 83120674 |
| Claimant Address (Street, City, State & Zip Code) | | Insured ID Number |
| 5135 Moss Lane, Granite Bay, CA 95746 | | 9004108017 |

Email Address: 5135 Moss Lane, Granite Bay, CA 95746

Personal Cell Telephone Number: (916) 390-1845     Alternate Telephone Number: (  )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone?     Yes ✓ No

Signature _____     Date 1/14/15

**Part I.  Personal Profile Evaluation** (Please complete this form to the best of your ability. If you need additional space, please attach additional pages. Sign and date the form and promptly return it in the self-addressed envelope enclosed.)

**1.** Please describe your most current medical condition or conditions (including the specific limitations or restrictions that they place on your ability to work).

Lumbar Degeneration/Spine Disease/Knee Osteoarthritis/Chrondomalacia/Incontinence/Asthma:Limit movement/activities/lifting/sit

Has there been a change in your condition in the last 18 months? ☒No ☐Yes
If "Yes," please describe the specific change or changes.

**2.** Please list all of the types of activities that you do during the course of a typical day. What do you specifically do from the time you arise in  the morning until you retire at night? Do you require assistance with any of your daily activities?

☐No ☒Yes   If "Yes," describe:

Reading, Computers, Internet, TV, Exercising, Phone, Walking, Movies, Studying. Assistance: cleaning/repairs/movement/travel

**3.** Please provide the following information about the condition causing your disability. Next to any Activity of Daily Living (ADL), please place the number shown next to the statement that most accurately reflects your ability/inability to perform each of them:  1 = I can perform this activity independently;  2 = I can perform this activity with the use of equipment or adaptive devices;  3 = I cannot perform this activity.

( 1 ) **Dress**          ( 3 ) **Voluntary bladder and bowel control or ability to maintain a reasonable level of personal hygiene**

( 1 ) **Toilet**          ( 1 ) **Feed yourself with food that has been prepared and made available to you.**

( 1 ) **Bathe** (tub, shower, or sponge)          ( 1 ) **Transfer from Bed to Chair**

If you indicated 3 for any of the above activities, please describe the impairment and restrictions to your functionality that preclude you from performing the activity.

Difficult to maintain hygiene due to bladder and bowel incontinence

Have you suffered a severe Cognitive Impairment that renders you unable to perform common tasks, such as using the phone, money management or medication management?   ☒ No     Yes   If "Yes," describe:

**4.** What kinds of hobbies or social/community activities did you engage in prior to your Disability?

International Traveler, Community Organizer, Waterskier, Skier, Runner, Skater, Surfer, Yardwork, Treetrim, Hiker, Radio/TV

Have you continued to engage in any of these activities since you became Disabled and/or do you presently continue with any of these activities? ☒No ☐Yes

If "Yes," please list the hobbies or social/community activities and how often you participate in them.

Church service weekly, church/educational seminars weekly, physical therapy/gym 2-3x week, internet daily, restaurants 3-4 x week, shopping 3-4x week, walking occassionally, swim/jacuzzi at gym occassionally

What is your Height: 5'1"     Weight: 209

**5.** Do you own a personal computer?     No  ☒ Yes   If "Yes," please provide the following information:

What types of programs are you proficient in? ☒ Word ☐ Excel ___ Other_____

Do you have your own web-site? ☒ No ☐ Yes _____

LC-4699-24 FI                    Page 1 of 5                    10/2013

Bertacchi-Freeman/Hartford001372

**2015011620000343**

Part I.  Personal Profile Evaluation *(continued...)*

**6. Have you engaged in any work activity (including self-employment) since the onset of your Disability?**   No  ☒ Yes
If "Yes," please indicate:

Name of the employer (including your business, if self-employed)
Applied/interviewed at UC Davis, CVS, Walmart, Safeway, Rideout, etc. Casework prep for my workers comp & legal cases

| Address of the employer (Street, City, State & Zip Code) | Dates of employment |
|---|---|
| various job interviews Davis, Yuba City, Sacramento, Auburn etc | n/a |
| Essential job duties | Gross monthly earnings |
| Pharmacist; legal casework for my workers comp & legal cases | |

If self-employed, does your business also have an e-mail or web-site address?   No   Yes
If "Yes," what are they?

**7. Do you expect to be engaged in any work activity (including self-employment)?** ☒ No   Yes   If "Yes, " please indicate:
Name of the employer (including your business, if self-employed)

Address of the employer  (Street, City, State & Zip Code)       Dates of employment

Essential job duties

**8. Have you ever served in the Military?** ☒ No  ☐ Yes

**Have you continued your education or vocational training since the onset of your Disability?**   No  ☒ Yes
If "Yes", please advise:

| Name of the educational or vocational institution | Courses of study |
|---|---|
| Lincoln Law School | LSAT (entrance exam) |
| Address of the educational or vocational institution | |
| 3140 J Street, Sacramento, CA 95816 | |
| Degrees or certificates received if any, or expeccted to receive. | Current occupational licenses |
| n/a test and preparation for test only | Pharmacist/Broker |

**9. Has there been a change in your marital status since the onset of your Disability?** ☒ No  ☐ Yes
If "Yes," indicate the nature of the change:

**10. Please list the names, dates of birth and social security numbers of your spouse and any dependent children under age 19.**

| Laurence Freeman | REDACTED 1944 | REDACTED 4219 |
|---|---|---|
| (Spouse) | (Date of Birth) | (Social Security Number) |
| (Child) | (Date of Birth) | (Social Security Number) |
| (Child) | (Date of Birth) | (Social Security Number) |
| (Child) | (Date of Birth) | (Social Security Number) |

**11. Please list the names(s), address(es) and telephone number(s) of any physicians that you have consulted and/or been treated by within the last 18 months.**

| Name | Address | Telephone Number |
|---|---|---|
| Dr. Rosa Nguyen | 550 W. Ranch View Drive #2005, Rocklin CA 95765 | (916 )  295-5700 |
| Dr. Leslie Kim | 1850 Sullivan #330 Daly City, CA 94015 | (650 )  756-5630 |
| Dr. Laurence Bass | 5340 Elvas Avenue #600, Sacramento, CA 95819 | (916 )  739-1505 |
| Dr Barbara Neyhard | UC Davis, 4680 Y Street, Sacramento, CA 95817 | (916 )  734-6747 |

**12. If you have been hospitalized within the last 18 months, please list the name(s), address(es), of the hospital(s) and confinement dates.**

| Name | Address | Dates of Confinement |
|---|---|---|
| Campus Surgery | 901 Campus Drive, Daly City, CA | 12/26/2013 |
| | | |
| | | |

Bertacchi-Freeman/Hartford001373

Drs seen, continued

Dr. Michael S. Jedrzynski, MD   6660 Coyle Avenue Suite 300, Carmichael, CA 95608-6367 phone 916 965 1115

Dr Raja Kamesawaran Sivamani, MD. UC Davis, Dermatology, 3301 C Street Suite 1300, Sacramento, CA phone 916 734-6111

Dr. Michael Amster, QME PO Box 4062, Davis, CA 95617, 530 302 5773

Dr. Richard Leach, 4 Medical Plaza Suite 205, Roseville, CA 95661 916 773 6200

Bertacchi-Freeman/Hartford001374

**Part II. Other Income Questionnaire** (Please check the appropriate box and complete the information for any of the following other income items that you have received, are currently receiving, expect to receive, or are eligible to receive)

| | | DATE BENEFITS STARTED | DATE BENEFITS ENDED | GROSS AMOUNT (Weekly, Monthly) | |
|---|---|---|---|---|---|
| **WAGES** Wages Salary or Remuneration received from: | [X] Any employer *Cardinal, Medical/Disability sick days/penalty work comp* | 10/12/2012 | 04/25/2012 | $ *TBD* | per |
| | [ ] Self Employment | | | $ | per |
| **INSURANCE** Disability Benefits received from: | [ ] Group Life Insurance | | | $ | per |
| | [ ] Disability Income Policy purchased or available through an Employer, Association or Group (other than Hartford) | | | $ | per |
| | [ ] Pension/Retirement Plan (from any employer) | | | $ | per |
| | [ ] No-Fault Disability Income | | | $ | per |
| | [ ] Individual Disability Policy | | | $ | per |
| **GOVERNMENTAL SOURCES** Disability Benefits received from: | [X] Federal Social Security Act | | | | |
| | [X] - Self | 04/25/2013 | | $ 2,217.00 | per mo |
| | [ ] - Spouse | | | $ | per |
| | [ ] - Children | | | $ | per |
| | [ ] - Others | | | $ | per |
| | [ ] Canada/Quebec Pension Plan | | | | |
| | [ ] - Self | | | $ | per |
| | [ ] - Dependents | | | $ | per |
| | [✓] Workers' Compensation *Pending TBD* (or similar benefits, i.e. Jones Act, etc) | | | $ | per |
| | | | | $ | per |
| | [ ] Railroad Retirement Act | | | $ | per |
| | [ ] Civil Service Retirement Act | | | $ | per |
| | [ ] The Jones Act | | | $ | per |
| | [ ] Black Lung | | | $ | per |
| | [ ] Veteran's benefits | | | $ | per |
| | [X] Any other Governmental Program | 10/11/2012 | 04/05/2013 | $ 541.00 | per wk |
| **RETIREMENT SOURCES** Retirement Benefits under: | [ ] Federal Social Security Act | | | | |
| | [ ] - Self | | | $ | per |
| | [ ] - Spouse | | | $ | per |
| | [ ] - Children | | | $ | per |
| | [ ] - Others | | | $ | per |
| | [ ] Railroad Retirement Act | | | $ | per |
| | [ ] Any Pension Plan (present/prior) | | | $ | per |
| | [ ] Military Retirement Program | | | $ | per |
| **OTHER** | [X] Unemployment Compensation | 05/05/2013 | 07/13/2013 | $ 440.00 | per wk |
| | [ ] Income from any 3rd party action or settlement | | | $ | per |
| | [X] Any other income (not listed in above) | | | $ | per |

Are you paying for Medicare Part D? [ ] Yes [X] No  If "Yes," please enter amount: $ _____ . 00.

Bertacchi-Freeman/Hartford001375

**Signature - Please read the statement that applies to your state of residence and sign the bottom of the page.**

With the exception of any source(s) of income reported above in this form, I certify by my signature that I have not received and am not eligible to receive any source of income, except for my disability benefits from this plan. Further, I understand that should I receive income of any kind or perform work of any kind during any period The Hartford has approved my disability claim, I must report all details to The Hartford, immediately. If I receive disability income benefits greater than those which should have been paid, I understand that I will be required to provide a lump sum repayment to the Plan. The Hartford has the option to reduce or eliminate future disability payments in order to recover any overpayment balance that is not reimbursed.

**For residents of all states EXCEPT California, Colorado, Florida, Kentucky, Maine, Maryland, New Jersey, New York, Oregon, Pennsylvania, Puerto Rico, Tennessee, Virginia and Washington:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For Residents of California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**For residents of Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**For residents of Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree

**For residents of Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim or an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**For residents of Maine, Tennessee, Virginia and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

**For Residents of Maryland:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For residents of New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. Any person who includes any false or misleading information on an application for insurance policy is subject to criminal and civil penalties.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**For residents of Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto that the insurer relied upon is subject to a denial and/or reduction in insurance benefits and may be subject to any civil penalties available.

**For residents of Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material hereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**For residents of Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

The statements contained in this form are true and complete to the best of my knowledge and belief

Signature _____   Date 1/14/15

PLEASE ATTACH A COPY OF YOUR DRIVER'S LICENSE OR ANOTHER DOCUMENT THAT VERIFIES YOUR DATE OF BIRTH.

Electronic Funds Transfer (EFT) is our standard method of payment. When making our claim decision we may contact you to obtain your banking information.

Bertacchi-Freeman/Hartford001376



THE
HARTFORD

## AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

**To:** Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or document s relative to:

| Gloria Bertacchi-Freeman | REDACTED 1953 | 3990 |
|---|---|---|
| Insured's Name (*Please print* ) | Date of Birth | Last 4 Digits of Social Security Number |

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefit s and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration;  f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer 's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required;  (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or p ayment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information.  The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request.  A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

| | | |
|---|---|---|
| Signature of Insured or Guardian | 1/14/15 Date | Relationship to Insured (*if signed by Guardian*) |

[1] The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

Bertacchi-Freeman/Hartford001377

*PENINSULA ORTHPEDIC ASSOCIATES, INC.*
1850 Sullivan Avenue, Suite 330 – Daly City, California 94015
(650) 756-5630 – Fax: (650) 756-0136

# Authorization of Release of Medical Records

_Gloria Bertacchi Freeman_
Patient Name

REDACTED _1953_
Date of Birth

_916 - 390 - 1845_
Daytime Phone Number

_____-_____-_____
Fax Number

Body Part(s): _____

To disclose/release the following information *(check all applicable):
    ☑ All Records (NOT including images on CD)    ☐ Billing Records
    ☐ Office Notes (previous 2 years)    ☐ Diagnostic Reports (including images on CD)
    ☐ Laboratory/Pathology Records (previous 3 years)

**My Delivery Instructions for Records/CD:**
☑ Picking up myself  ☐ Picking up by other than myself (see below)  ☐ Mailed ☐ Faxed (chart notes only)
I authorize _____ to pick up my records.
*(Please note that they will be required to show a photo I.D in order to pick up your records)*

**Mail To:**    ☐ Self ☐ Parent/Guardian of Minor Patient  ☐ Guarantor  ☐ Next of Kin
              ☐ Physician    ☐ Diagnostic Test Facility   ☐ Executor of Deceased Patient
              ☐ Insurance Carrier    ☐ Other (please specify) _____

**Mailing Address:**
             _____
             Name of Physician/Diagnostic test facility/Insurance Carrier

             _____    SCANNED
             Street Address

             _____    _____    _____
             City           State       Zip

             _____-_____-_____    _____-_____-_____
             Phone Number           Fax Number

1. This is to authorize any physician, hospital, or medical attendant to furnish my physician, or any representative thereof, any and all information which they may represent regarding my physical condition and treatment rendered thereof, and to allow them to see or copy and x-rays or records which you may have regarding my condition or treatment.
2. This request and authorization to release medical records will be valid for one (1) year from the date set forth below.
3. I have been advised that I have the right to revoke this request and authorization to release medical records, in writing, except as to any records released before the date of revocation in reliance on this request and authorization to release medical records.
4. I have been advised that I have the right to receive a copy of the above request.
5. I have been advised that the information disclosed pursuant to this request and authorization to release medical records is subject to rediscloure by the recipient and my information may no longer be protected by state and federal laws.
6. A photocopy of this request and authorization to release medical records and of my signature theron will have the same effect as an original.
7. I acknowledge receipt of a signed copy of this authorization.

Date: _11/19/14_            Name: _Gloria Bertacchi Freeman_

Signature: _____

**PENINSULA ORTHOPEDIC ASSOCIATES, INC.**
Leslie H. Kim, M.D.

Name: Bertacchi-Freeman, Gloria

Time of Appointment: 11 30

Getting X-Rays this o/v?    Yes    No

☐ New Patient          ☑ PVT ins
☐ Consult Only         ☐ WC ins
☐ PTP/Ok to treat      ☐ New Injury
☐ Post-op period       ☑ Follow-up

Date: NOV 1 7 2014

Referred by: Dr. Nguyen

Chief Complaint: Ⓑ knees & Back

Insurance: Cigna PPO

DOB: [REDACTED] ·53
L.O.V: 10·24·14
Pre Op Date:
Surgery Date:

S: "No change" Chronic pain. Lidoderm
   Ⓡ leg-knee see swelling. HEP
   Restricted activity. Disabled & off work

O: full restriction C-sp, L-sp ROM
   Neuro exam negative
   Ⓡ > Ⓛ myot tender
   J grn ↔. No b Rx

A: S/P Ⓑ ⊭
   2° OA
   C-sp., L-sp deg spine dz

P: Cont HEP, self-treatment until PT as Rx through vey [illegible]
   RT prn 2-3 mths

# PENINSULA ORTHOPEDIC ASSOCIATES, INC.

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650)756-5630 - Fax (650)756-0136

☐ *Stephen E. Conrad, M.D.*          ☐ *Alfredo F. Fernandez, M.D.*
☐ *Victoria L. Barber, M.D.*          ☐ *A. Shabi Khan, M.D.*
☐ *Philip J. Krueger, M.D.*          ☐ *Leslie H. Kim, M.D.*
          ☐ *Eugene A. Baciocco, M.D., Inc.*

**BERTACCHI-FREEMAN, Gloria**
**D.O.B:** ▮REDACTED▮1953

**DATE: June 24, 2014**

## SUBJECTIVE COMPLAINTS

Ms. Bertacchi-Freeman returns for a scheduled orthopaedic reexamination.  She was last examined on May 13, 2014, at which time additional physical therapy was prescribed.

The patient states she has attended two additional physical therapy sessions.  She indicates that there has been improvement with the treatments, which have resulted in decreased knee pain.

Back symptoms are reported to be unchanged.  The patient is not describing any radiating pain or neurologic symptoms associated with the back pain.

Currently, Norco analgesic medication is being used only infrequently.  She has also been using Lidoderm patches, which she indicates have been effective.

## OBJECTIVE FINDINGS

Gait:   The patient ambulates with a normal gait pattern.

Inspection:  No deformity is evident on standing inspection.  The patient's posture is normal.

Knee Range of Motion:                                    Right/Left

      Knee Extension                              180/180 degrees
      Knee Flexion                                125/130 degrees

Palpation:  Bilateral medial joint line tenderness.

Swelling:  No gross knee joint effusion is evident.

## DIAGNOSES

1.  S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013).

RE:  BERTACCHI-FREEMAN, Gloria
06/24/2014

2.  S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12ED

3.  CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE.

4.  LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS.

**PLAN**

The treatment options have been discussed with the patient. She will continue attending physical therapy with additional treatments prescribed.  She will be given one refill of her Norco analgesic medication, but she has been counseled and will completely wean off the medication as instructed.  Lidoderm patches may continue to be used as needed.  If the patient is unable to get off Norco medication, she will probably be referred for treatment by a chronic pain management specialist.

LHK/ag/jel

2

Bertacchi-Freeman/Hartford001381



**Dignity Health**
Medical Foundation

MRN: 11056432A                    LESLIE H KIM, MD
BERTACCHIFREEMAN, GLORIA          901 CAMPUS DR STE 111
DOB: REDACTED 1953

                                  DALY CITY CA 94051

 MR LUMBAR SPINE WO CONTRAST      ACC: 8000000453468
Exam Date: 06/05/2013

EXAM: MRI OF THE LUMBAR SPINE WITHOUT GADOLINIUM

CLINICAL HISTORY: Low back pain

COMPARISON: No relevant priors available

TECHNIQUE: 1.5 Tesla MRI images of the Lumbar spine were acquired
using the following sequences: Sagittal T1 and T2, sagittal T2
with fat saturation, axial T1 and T2.

Contrast: None

FINDINGS:

Anatomy: There are 5 lumbar-type, non-rib-bearing vertebral
bodies.

Alignment: Normal throughout. Normal degree of lumbar lordosis.

Vertebral bodies: Vertebral body height is normal. No evidence
of compression fractures. No focal lesions or marrow signal
abnormality. No evidence of modic type endplate changes or
Schmorl's nodes.

Posterior elements: Posterior neural arches are intact. Evidence
of possible prior bilateral laminectomies at L5-S1, please
correlate clinically, see axial image #5 series 7. No other
signs of prior surgery.

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 *phone*
916 325-2125 *fax*

mercyimaging.org

*Page 1 of 3*

Bertacchi-Freeman/Hartford001382

BERTACCHI FREEMAN, GLORIA        11056432A
MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013

**Disks:** Diffusely desiccated but normal in height.  No evidence of
diskitis osteomyelitis.

**Spinal canal:** There is narrowing of the spinal canal congenitally
at L4 and L5 due to short pedicles.  Remaining portions of the
canal are patent.  No significant acquired stenosis.

**Cord and cauda equina:** The conus terminates at L1.  Lower cord
signal is normal.  The cauda equina nerve roots are unremarkable.

**Epidural space:** No epidural fluid collections.

**Level-by-level analysis of the axial T1 and T2 images reveals the
following:**

* T12 – L1: Normal disk and facet joints.  No spinal canal or
neuroforaminal stenosis.

* L1 – L2: Normal disk and facet joints.  No spinal canal or
neuroforaminal stenosis.

* L2 – L3: Mild facet arthropathy.  Minimal bilateral foraminal
disc protrusions.  No significant spinal canal or neural
foraminal stenosis.

* L3 – L4: Mild to moderate facet arthropathy bilaterally.  Mild
foraminal disc protrusions.  Spinal canal and neural foramina are
patent.

* L4 – L5: There is a broad-based disc bulge extending to the
neural foramina.  There is a small central disc protrusion.
There is mild overall triangular narrowing of the spinal canal.
No significant narrowing of the lateral recesses.  Neural
foramina are mildly narrowed bilaterally but there is no
impingement of the nerve roots.  There is severe facet
arthropathy with thickening of the ligamentum flavum up to 4 mm.
No evidence of compression of the cauda equina or the traversing
nerve roots or exiting nerve roots.

* L5 – S1: Mild central disc protrusion.  Possible prior
bilateral laminectomy at this level.  Moderate facet arthropathy,
worse on the right, with moderate narrowing of the neural
foramina bilaterally.  Possible impingement of the exiting right
L5 nerve root due to facet osteophyte.  Spinal canal is patent.
No impingement of the S1 traversing nerve roots.

* Sacrum: Visualized portions are unremarkable.

Mercy Imaging Center, Sacramento                          mercyimaging.org
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax                                          Page 2 of 3

Bertacchi-Freeman/Hartford001383

BERTACCHI FREEMAN, GLORIA          11056432A
 MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013


Paraspinal soft tissues: No paraspinal fluid collections or
edema.

Retroperitoneum: No adenopathy or AAA.

IMPRESSION:
1.  Evidence of possible prior bilateral laminectomy at L5-S1,
please correlate with history.  No evidence of recurrent spinal
canal stenosis at this level.

2.  Possible impingement of the exiting right L5 nerve root due
to facet osteophyte in the right L5-S1 neural foramen.

3.  No other significant spinal canal or neural foraminal
stenosis.

4.  Severe bilateral facet arthropathy at L4-5, worse on the
right.  There is mild triangular narrowing of the spinal canal at
this level.

Thank you for the opportunity to help in the care of your
patient.  Please call or SMS me directly at (916) 538-4734 or
email gregory.rogalski@dignityhealth.org with questions about the
report or feedback on the final diagnosis.

Electronically Signed By: GREGORY ROGALSKI MD
GR/
CC:
Report Approval Date/Time: 06/05/2013 10:30 AM

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Page 3 of 3

Bertacchi-Freeman/Hartford001384



# Dignity Health
## Medical Foundation

MRN: 11056432A
BERTACCHIFREEMAN, GLORIA
DOB: REDACTED/1953

LESLIE H KIM, MD
901 CAMPUS DR STE 111

DALY CITY CA 94051

 MR KNEE RT WO CONTRAST          ACC: 8000000453469
Exam Date: 05/31/2013

MRI RIGHT KNEE05/31/2013

HISTORY:Injury several months ago with medial greater than
lateral knee pain since.

TECHNIQUE: Proton Density and fat suppressed proton density
weighted sagittal, coronal and axial sequences were done.

FINDINGS:

Alignment is normal.  Osseous structures have normal signal.
There is mild thinning of the articular cartilages in all three
compartments but no focal defects.  Small hypertrophic spurring
in the medial compartment.

There is an oblique horizontal tear of the posterior horn medial
meniscus extending to the undersurface.  Tear extends into the
body of the medial meniscus where it is more peripherally located
on the inferior surface.  The anterior horn appears intact.
Lateral meniscus is unremarkable.

Anterior and posterior cruciate ligament are intact.  Medial and
lateral collateral ligaments are unremarkable.  Quadriceps and
patellar tendons are normal.  Popliteus tendon is unremarkable.

Small joint effusion.  No intra-articular filling defects.  No
popliteal cyst.  Patellar retinaculum are normal.  Periarticular
soft tissues are unremarkable.

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercymaging.org

Page 1 of 2

Bertacchi-Freeman/Hartford001385

BERTACCHI FREEMAN, GLORIA          11056432A
 MR KNEE RT WO CONTRAST
Exam Date: 05/31/2013

                    .

Conclusion:

Tear in the posterior horn and body of the medial meniscus.

Electronically Signed By: DWIGHT MUKUNO MD
DM/
CC:
Report Approval Date/Time: 05/31/2013 01:55 PM

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Page 3 of 2

Name: Bertacchi Freeman, Gloria                    DOB: ███/1953                    Dat

Bertacchi-Freeman/Hartford001386



4990 Rocklin Road, Suite B
Rocklin, CA 95677
Phone (916) 632-2273
Fax (916) 632-2279

Live Vibrantly.

# FAX COVER SHEET

**To:** Dr. Kim

**To Fax:** (650) 756-0136

**To Phone:**

**Subject:** Bertacchi - Freeman, Gloria

**From:** Soloman

**Date:** 8-15-14

**Pages:** 5 _INCLUDING COVER SHEET_

**CC:**

URGENT    FOR REVIEW    PLEASE COMMENT    PLEASE REPLY    TIME SENSITIVE

MESSAGE:

Enclosed is a progress note for your patient, Gloria Bertacchi - Freeman

At this time we will be recommending that this patient be discharged to their home

exercise program. If you have any questions please feel free to give us a call.


Thank you for your referral.

### Notice of Confidentiality

"The documents accompanying this transmission contain confidential health information that is
legally privileged. This information is intended only for the use of the individual or entity named
above. The authorized recipient of this information is prohibited from disclosing this information
to any other party unless required to do so by law or regulation and is required to destroy the
information after its stated need has been fulfilled. If you are not the intended recipient, you are
hereby notified that any disclosure, copying, distribution, or action taken in reliance on the
contents of these documents is strictly prohibited. If you have received this information in error,
please notify the sender immediately and arrange for the return or destruction of these
documents."

Name: Bertacchi Freeman, Gloria                    DOB: [REDACTED]/1953                    Da



VIBRANT*care*
REHABILITATION

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

| | |
|---|---|
| Patient: | Gloria Bertacchifreeman |
| Acct #: | 100197649 |
| DOB: | REDACTED 1953 |
| Physician: | Leslie Kim |
| Phys Fax: | (650) 991-2650 |
| Physician: | Not Specified |
| Clinician: | Tricia Benson |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | CIGNA PPO |
| Pol/Claim#: | |

| | |
|---|---|
| Note Date: | Aug 13, 2014 |
| Phys Phone: | (650) 991-9400 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Oct 05, 2012 |
| Surg. Date: | |
| Visits: | 17 |
| Cxl/Ns: | 0 |
| Employer: | None Given |
| Insured: | |

# Discharge Summary

**Diagnoses**  Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 72252 | LUMB/LUMBOSAC DISC DEGEN |

## Subjective Examination

**Chief Complaint:**
- Pain: Severity at Worst: 7/10.
- Pain: Aggravating Factors: Activities:
  - Bending Forward. 0-10 minutes. Sitting: 50-60 minutes.

## Objective Examination

**Posture: Laterally:**
- Thoracic Kyphosis: Increased. Lumbar Lordosis: Increased. Pelvis: Anterior Tilt.

## Assessment

The client was educated regarding the discharge prognosis and related pathology. The client exhibits fair understanding and is independent in their home exercise program and instructions outlined in this skilled rehabilitation program. From the initiation of treatment to discharge the patient's status is unchanged. Given patient's response after completing program activity, they exhibit poor perception of appropriate self-exertion levels.

**Client Behavior/Traits:**
- Patient seemed to enjoy physical therapy but did not report any improvement in her condition over the few months I have been seeing her.

**Presentation:**
- Patient scores her Oswestry at 28/50. She indicates she is unable to stand for longer than 10 minutes due to her pain but is routinely able to stand for exercises at physical therapy 10-15 minutes without complaint of pain. She indicates only being able to lift very light weights but is able to lift her purse from the floor with ease and without complaint of pain. Her Oswestry scores indicate she has not perceived improvement since starting physical therapy. Her scores on the Oswestry have been consistent since starting treatment but indicate a much higher level of perceived impairment than her actual ability impairment seen during physical therapy treatments.

## Problems & Goals

***Problem #1***  Chief Complaint: Pain: Severity at Worst: 7/10.
  *LTG Achieve by Aug 14, 2014. Progress: Some progress.*
      Symptomatic Improvements:
      - Decreasing Pain: to 4/10

***Problem #2***  Chief Complaint: Pain: Aggravating Factors: Activities: Bending Forward. 0-10 minutes.
  *LTG Achieve by Aug 14, 2014. proper bending mechanics*
      Biomechanical Improvements:
      - via Joint Protection Procedures.

***Problem #3***  Chief Complaint: Pain: Aggravating Factors: Activities: Sitting: 50-60 minutes.
  *LTG Achieve by Aug 14, 2014. sitting*
      Functional Improvements In:
      - Positional Tolerance to: Up to 2 Hours.

## Plan

Document ID: 3FF002C3.022          Status: Signed off (secure electronic signature)          Page 1 of 2
Tricia Benson, PT(CA Lic: 30225)

parKiełł



Patient:   Gloria Bertacchifreeman
Acct #:   100197649

Note Date:   Aug 13, 2014

**Daily Plan:**
- Continue to pursue new prescription from MD. Patient said one was issued and MD office has confirmed this by phone but hard copy of the prescription has not been received yet.

**Discharge due to:**
- Non-compliance.

Electronically authenticated.

Tricia Benson, PT(CA Lic: 30225)
Signed on Aug 13, 2014 14:05:54

Document ID: 3EF002C3.022        Status: Signed off (secure electronic signature)        Page 2 of 2
Tricia Benson,PT(CA Lic: 30225)

Name: Bertacchi Freeman, Gloria        DOB: REDACTED/1953        Da

Bertacchi-Freeman/Hartford001389



| | |
|---|---|
| Patient: | Gloria Bertacchifreeman |
| Acct #: | 100209006 |
| DOB: | REDACTED 1953 |
| Physician: | Leslie Kim |
| Phys Fax: | (650) 991-2650 |
| Physician: | Not Specified |
| Clinician: | Tricia Benson |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | CIGNA |
| Pol/Claim#: | |

| | |
|---|---|
| Note Date: | Aug 13, 2014 |
| Phys Phone: | (650) 991-9400 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Mar 01, 2014 |
| Surg. Date: | |
| Visits: | 17 |
| Cxl/Ns: | 0 |
| Employer: | |
| Insured: | |

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

# Discharge Summary

## Diagnosis    Bilateral Knee    71946    JOINT PAIN-L/LEG

## General Information

History of Injury:
- Surgery for medial meniscus repair right knee 12/2013, left knee 12/2012. Also complains of Lumbago.

## Subjective Examination

Chief Complaint:
- Pain: Effect on Activity: Restricts. (stand tolerance, walking).
- Pain: Aggravating Factors: Activities:
  - Walking: 10-20 minutes. Standing: 10-20 minutes.

## Objective Examination

LEFS 7/21/14 13/80 = 84% perceived impairment (5/21/14 = 11/80 indicating 86% perceived impairment) (4/21/14 = 13/80 indicating 84% perceived impairment) (3/27/14 = 17/68, 75% perceived impairment)

| Girth/Volume: Pre-Treatment Girth: Girth (cm): | Left | Right |
|---|---|---|
| 4) Joint Line | 46.5 cm. | 46.0 cm. |
| Superior Patellar Pole | 49.0 cm. | 51.0 cm. |
| Inferior Patellar Pole | 43.0 cm. | 43.0 cm. |

| | Mar 27, 2014 | | Jul 21, 2014 | |
|---|---|---|---|---|
| Muscle Testing: Lower Extremity MMT: | Left | Right | Left | Right |
| Hip Extension | +4/5 | +3/5 | +4/5 | 4/5 |
| Hip Flexion | -4/5 | +4/5 | 4/5 | +4/5 |
| Hip External Rotation | -4/5 | -4/5 | -4/5 | -4/5 |
| Hip Internal Rotation | 4/5 | -4/5 | 4/5 | 4/5 |
| Knee Extension | +4/5 | 4/5 | +4/5 | +4/5 |
| Knee Flexion | -4/5 | +3/5 | 4/5 | -4/5 |
| Ankle Dorsiflexion | -4/5 | 4/5 | -4/5 | 4/5 |
| Ankle Plantarflexion | 5/5 | 5/5 | 5/5 | 5/5 |

| | Mar 27, 2014 | | Jul 21, 2014 | |
|---|---|---|---|---|
| Range of Motion: Knee: Pre-Treatment: | L. Act. | R. Act. | L. Act. | R. Act. |
| Extension | 0 | 0 | 0 | 0 |
| Flexion | 125 | 113 | 125 | 120 |

Range of Motion:
- Patient complains of back pain with hip IR bilaterally and hip extension on the right LE

## Assessment

The client was educated regarding the discharge prognosis and related pathology. The client exhibits fair understanding and is independent in their home exercise program and instructions outlined in this skilled rehabilitation program. From the initiation of treatment to discharge the patient's status is unchanged.
Presentation:
- Patient scores her LEFS at 13/80. She indicates extreme difficulty or unable to perform lifting an object, like a bag of groceries form the

---

Document ID: 3FF002C4.022
Tricia Benson,PT(CA Lic: 30225)

Status: Signed off (secure electronic signature)

Page 1 of 2

---

Bertacchi-Freeman/Hartford001390



| Patient: | Gloria Bertacchifreeman |
|---|---|
| Acct #: | 100209006 |

Note Date:   Aug 13, 2014

floor but is able to lift her purse from the floor with ease and without complaint of pain. She indicates moderate difficulty with getting into or out of a car but is able to drive herself to physical therapy independently and get into/out of the car and into/out of the building independently without use of an AD. She does not use an AD for any of her ADL's. Her scores on the LEFS have been consistent since starting treatment but indicate a much higher level of perceived impairment than her actual ability impairment. Her LEFS scores indicate she has not perceived improvement since starting physical therapy.

## Problems & Goals

*Problem #1*   **Chief Complaint: Pain: Effect on Activity: Restricts. (stand tolerance, walking).**
　　*LTG Achieve by Aug 14, 2014.*
　　　　**Functional Improvements In:**
　　　　　　• Athletic Capacity, Returning to: walking for exercise

*Problem #2*   **Range of Motion: Knee: Pre-Treatment.**
　　*LTG Achieve by Aug 14, 2014.*

| Range of Motion Improvements to: Knee: | Left AROM | Right AROM |
|---|---|---|
| • Flexion | 130 | 130 |

*Problem #3*   **Muscle Testing: Lower Extremity MMT.**
　　*LTG Achieve by Aug 14, 2014.*

| Musculoskeletal Improvements In: Lower Extremity Strength to: | | Right |
|---|---|---|
| • Knee Flexion | | 4/5 |

*Problem #4*   **Chief Complaint: Pain: Aggravating Factors: Activities: Walking: 10-20 minutes.**
　　*LTG Achieve by Aug 14, 2014.*
　　　　**Functional Improvements In:**
　　　　　　• Activity Tolerance: Up to 30 Minutes.

*Problem #5*   **Chief Complaint: Pain: Aggravating Factors: Activities: Standing: 10-20 minutes.**
　　*LTG Achieve by Aug 14, 2014.*
　　　　**Functional Improvements In:**
　　　　　　• Activity Tolerance: Up to 30 Minutes.

## Plan

**Daily Plan:**
• Continue to pursue new prescription from MD. Patient said one was issued and MD office has confirmed this by phone but hard copy of the prescription has not been received yet.
**Discharge due to:**
• Non-compliance.

Electronically authenticated.

_____

Tricia Benson, PT(CA Lic: 30225)
Signed on Aug 13, 2014 14:06:42


VIBRANTcare
REHABILITATION

4990 Rocklin Road
Ste B
Rocklin CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

| | |
|---|---|
| Patient: | Gloria Bertaechifreeman |
| Acct #: | 100209006 |
| DOB: | REDACTED, 1953 |
| Physician: | Leslie Kim |
| Phys Fax: | (650) 991-2650  756-0136 |
| Physician: | Not Specified |
| Clinician: | Tricia Benson |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | CIGNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | Jul 17, 2014 |
| Phys Phone: | (650) 991-9400  756-9190 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Mar 01, 2014 |
| Surg. Date: | |
| Visits: | 16 |
| Cxl/Ns: | 0 |
| Employer: | |
| Insured: | |

# Re-Evaluation  *Progress Report (No Re-eval Charge)*

## Diagnosis   Bilateral Knee      71946   JOINT PAIN-L/LEG

## General Information

**History of Injury:**
• Surgery for medial meniscus repair right knee 12/2013, left knee 12/2012. Also complains of Lumbago.

## Subjective Examination

**Chief Complaint:**
• Pain: Effect on Activity: Restricts. (stand tolerance, walking).
• Pain: Aggravating Factors: Activities:
  • Walking: 10-20 minutes. Standing: 10-20 minutes.
**Daily Comments: Overall Condition is:**
• Unchanged. Patient unable to say improvement has been made with physical therapy. She continues to report pain in the knees with standing over 5 minutes and walking more than 5 minutes. She complains that the knee continues to swell and is limited in motion. She reports going to the gym regularly which she is not sure is helping.

## Objective Examination

**LEFS 4/21/14 = 13/80 indicating 84% perceived impairment. (3/27/14 = 17/68, 75% perceived impairment)**
**Functional Tests: Berg Balance Scale:**
• Risk of Falling :                                                      4=56: Low
• Sitting to Standing                                                     3= Independent, Uses Hands
• Standing Unsupported                                                    4= 2 minutes, unsupervised
• Sitting Unsupported                                                     4= 2 minutes, unsupervised
• Standing to Sitting                                                     4= Descent, minimal hand use
• Transfers.                                                              4= Minimal use of hands
• Standing With Eyes Closed                                              4= 10 seconds, unsupervised
• Standing With Feet Together                                            4= 1 minute, unsupervised
• Reach Forward/Outstretched Arm                                         3=More than 12.5cm safely(5 in)
• Retrieving Object From Floor                                           4= Picks up object easily
• Turning to Look Behind                                                 4= From both sides
• Turning 360 Degrees                                                     2= Safely but slowly
• Placing Alt Foot on Stool                                              3= 8 steps in more than 20 sec.
• Standing, One Foot in Front                                            2 - Small step, 30 seconds
• Standing on One Foot                                                   1=Unable to hold for 3 seconds
• Severity/Complexity Modifiers                                          45-55 (1% to < 20% impaired)
**Functional Tests:**
• BERG 46/56 on 7/17/14

| | May 21, 2014 | | Jul 17, 2014 | |
|---|---|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** | **Left** | **Right** |
| • Hip Extension | +4/5 | 4/5 | +4/5 | +4/5 |
| • Hip Flexion | 4/5 | +4/5 | 4/5 | +4/5 |
| • Hip External Rotation | -4/5 | -4/5 | 4/5 | 4/5 |
| • Hip Internal Rotation | 4/5 | -4/5 | 4/5 | 4/5 |

Document ID: 3EF002C4.019                     Status: Signed off (secure electronic signature)                  Page 1 of 4
Tricia Benson, PT(CA Lic: 30225)


FAXED
7.18.14

---

Bertacchi-Freeman/Hartford001392



| Patient: | Gloria Bertacchifreeman |
| Acct #: | 100209006 |

Visit Date:   Jul 17, 2014

| | | | | |
|---|---|---|---|---|
| • Knee Extension | +4/5 | 4/5 | +4/5 | 4/5 |
| • Knee Flexion | 4/5 | -4/5 | 4/5 | -4/5 |
| • Ankle Dorsiflexion | +4/5 | 4/5 | +4/5 | : 4/5 |
| • Ankle Plantarflexion | 5/5 | 5/5 | 5/5 | 5/5 |

| | May 21, 2014 | | Jul 17, 2014 | |
|---|---|---|---|---|
| **Range of Motion: Knee: Pre-Treatment:** | L. Act. | R. Act. | L. Act. | R. Act. |
| • Extension | 0 | 0 | 0 | 0 |
| • Flexion | 125 | 115 | 125 | 120 |

| | May 21, 2014 | | Jul 17, 2014 | |
|---|---|---|---|---|
| **Range of Motion: Hip/Pelvis: Pre-Treatment:** | L. Act. | R. Act. | L. Act. | R. Act. |
| • Extension | 10 | 8 | 10 | 10 |
| • Flexion | 110 | 116 | 120 | 120 |
| • External Rotation | 35 | 30 | 35 | 35 |
| • Internal Rotation | 25 | 20 | 25 | 25 |

| | May 21, 2014 | | Jul 17, 2014 | |
|---|---|---|---|---|
| **Range of Motion: Foot/Ankle: Pre-Treatment:** | L. Act. | R. Act. | L. Act. | R. Act. |
| • Dorsiflexion | 8 | 6 | 10 | 10 |
| • Plantarflexion | 51 | 47 | 51 | 47 |

**Range of Motion:**
• Patient complains of back pain with hip IR bilaterally and hip extension on the right LE

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Therapeutic Activities | 97530 | 2 | 20 |
| • Therapeutic Procedure | 97110 | 1 | 12 |

**Exercise Activities: Flexibility:**
• Gastroc Towel Stretching(This visit) — Did Not Perform: This visit
• Gastrocnemius Slantboard — Time Elapsed: 4 Minutes, Subtalar Position: Neutral, Additional Detail: standing on board, Charge As: Therapeutic Exercise, Billing Code: 97110.

• Hamstring Muscle(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: Gait Activities:**
• Level Surface Ambulation(This visit) — Did Not Perform: This visit
• Gait Training 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Range of Motion:**
• Knee Extension(This visit) — Did Not Perform: This visit
• ROM Activity 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: Pilates: Combo Chair:**
• Seated Leg Press(This visit) — Did Not Perform: This visit
• Standing Leg Press(This visit) — Did Not Perform: This visit

**Exercise Activities: Aerobic Conditioning:**
• Recumbent Bicycle — Time Elapsed: 8 Minutes, Level: 1, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: Balance/Proprioception:**
• Balance Board(This visit) — Did Not Perform: This visit
• Weight Shift(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: Gym Ball: Sitting Exercises:**
• Ball/Bolster Activity 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Tubing/Bands:**

---

Document ID: 3EF002C4.019
Tricia Benson,PT(CA Lic: 30225)

Status: Signed off (secure electronic signature)

Page 2 of 4



---





**VIBRANTcare**

| | Patient: | Gloria Bertacchifreeman |
| | Acct #: | 100209006 |

Visit Date:   Jul 17, 2014

| | | | | |
|---|---|---|---|---|
| • Knee Extension | +4/5 | 4/5 | +4/5 | 4/5 |
| • Knee Flexion | 4/5 | -4/5 | 4/5 | -4/5 |
| • Ankle Dorsiflexion | +4/5 | 4/5 | +4/5 | 4/5 |
| • Ankle Plantarflexion | 5/5 | 5/5 | 5/5 | 5/5 |

| | May 21, 2014 | | Jul 17, 2014 | |
|---|---|---|---|---|
| **Range of Motion: Knee: Pre-Treatment:** | L. Act. | R. Act. | L. Act. | R. Act. |
| • Extension | 0 | 0 | 0 | 0 |
| • Flexion | 125 | 115 | 125 | 120 |

| | May 21, 2014 | | Jul 17, 2014 | |
|---|---|---|---|---|
| **Range of Motion: Hip/Pelvis: Pre-Treatment:** | L. Act. | R. Act. | L. Act. | R. Act. |
| • Extension | 10 | 8 | 10 | 10 |
| • Flexion | 110 | 116 | 120 | 120 |
| • External Rotation | 35 | 30 | 35 | 35 |
| • Internal Rotation | 25 | 20 | 25 | 25 |

| | May 21, 2014 | | Jul 17, 2014 | |
|---|---|---|---|---|
| **Range of Motion: Foot/Ankle: Pre-Treatment:** | L. Act. | R. Act. | L. Act. | R. Act. |
| • Dorsiflexion | 8 | 6 | 10 | 10 |
| • Plantarflexion | 51 | 47 | 51 | 47 |

**Range of Motion:**
• Patient complains of back pain with hip IR bilaterally and hip extension on the right LE

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Therapeutic Activities | 97530 | 2 | 20 |
| • Therapeutic Procedure | 97110 | 1 | 12 |

**Exercise Activities: Flexibility:**
• Gastroc Towel Stretching(This visit)  Did Not Perform: This visit
• Gastrocnemius Slantboard    Time Elapsed: 4 Minutes, Subtalar Position: Neutral, Additional
Detail: standing on board, Charge As: Therapeutic Exercise, Billing
Code: 97110.

• Hamstring Muscle(This visit)    Did Not Perform: This visit

**Exercise Activities: Dynamic Training: Gait Activities:**
• Level Surface Ambulation(This visit)   Did Not Perform: This visit;
• Gait Training 1(This visit)    Did Not Perform: This visit

**Exercise Activities: Range of Motion:**
• Knee Extension(This visit)    Did Not Perform: This visit
• ROM Activity 1(This visit)    Did Not Perform: This visit

**Exercise Activities: Dynamic Training: Pilates: Combo Chair:**
• Seated Leg Press(This visit)    Did Not Perform: This visit
• Standing Leg Press(This visit)    Did Not Perform: This visit

**Exercise Activities: Aerobic Conditioning:**
• Recumbent Bicycle    Time Elapsed: 8 Minutes, Level: 1, Charge As: Therapeutic Exercise,
Billing Code: 97110.

**Exercise Activities: Dynamic Training: Balance/Proprioception:**
• Balance Board(This visit)    Did Not Perform: This visit
• Weight Shift(This visit)    Did Not Perform: This visit

**Exercise Activities: Dynamic Training: Gym Ball: Sitting Exercises:**
• Ball/Bolster Activity 1(This visit)    Did Not Perform: This visit

**Exercise Activities: Tubing/Bands:**

---

Document ID: 3EF002C4.019        Status: Signed off (secure electronic signature)        Page 2 of 4
Tricia Benson,PT(CA Lic: 30225)



FAXED

---



| Patient: | Gloria Bertacchifreeman |
|---|---|
| Acct #: | 100209006 |

Visit Date:  **Jul 17, 2014**

| | |
|---|---|
| • Hamstring Curls, Standing | Time Elapsed: 3 Minutes, Tubing/Band Color: green, Charge As: Therapeutic Activities, Billing Code: 97530. |
| • Hip Abduction (Tubing) | Time Elapsed: 3 Minutes, Tubing/Band Color: green, Additional Detail: supine and seated, Charge As: Therapeutic Activities, Billing Code: 97530. |
| • Hip Extension (Tubing) | Time Elapsed: 3 Minutes, Tubing/Band Color: green, Charge As: Therapeutic Activities, Billing Code: 97530. |
| • Hip Flexion (Tubing) | Time Elapsed: 3 Minutes, Tubing/Band Color: green, Charge As: Therapeutic Activities, Billing Code: 97530. |
| • Hip Internal Rotation | Time Elapsed: 3 Minutes, Tubing/Band Color: green, Charge As: Therapeutic Activities, Billing Code: 97530. |

**Modalities:**

| | |
|---|---|
| • Electric Stim, Unattended | Time Elapsed: 15 Minutes, Location: bilateral anterior and medial knee, Mode: Continuous, Type: TENS, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014. |
| • Ultrasound (This visit) | Did Not Perform: This visit |

**Pt/Family Education:**

| | |
|---|---|
| • Written Home Exercise Program | Time Elapsed: 3 Minutes, Activity: Provided & Reviewed, Additional Detail: copy in chart, Description: Diagnosis Specific, Charge As: Therapeutic Activities, Billing Code: 97530. |

**Therapy Session Time**

| | |
|---|---|
| • Therapy Session Start Time | 09:30 AM |
| • Therapy Session Stop Time | 10:15 AM |
| • Total Therapy Session Time | 45 Minutes |

**Timed Code Total Time:**
• 32 Minutes

## Assessment

**Presentation:**

• Patient has improved posture with less anterior pelvic tilt after today's treatment. She required multiple cues verbally to use abdominals and maintain neutral pelvis and proper LE alignment. She was instructed to think about this during ADL's in order to provide stability to the lumbar spine and lessen her back and knee pains. She seems to understand the concept but to date has not shown carry over of what she has learned during treatment into home activities. When asked how is your pain today? She replies, "Oh, you know." She is unable to give a straight answer as to exact pain location or number level of pain. She would benefit from continued core and lower extremity strengthening but needs to have more carry over into ADL's in order to make lasting changes in her pain.

## Problems & Goals

**Problem #1    Chief Complaint: Pain: Effect on Activity: Restricts. (stand tolerance, walking).**
    *LTG Achieve by Aug 14, 2014.*
        **Functional Improvements In:**
            • Athletic Capacity, Returning to: walking for exercise

**Problem #2    Range of Motion: Knee: Pre-Treatment.**
    *LTG Achieve by Aug 14, 2014.*

| Range of Motion Improvements to: Knee: | Left AROM | Right AROM |
|---|---|---|
| • Flexion | 130 | :130 |

**Problem #3    Range of Motion: Hip/Pelvis: Pre-Treatment.**
    *Goal Achieved Jul 17, 2014.*

| Range of Motion Improvements to: Hip/Pelvis: | Left AROM | Right AROM |
|---|---|---|
| • Extension | | 10 |
| • Flexion | 120 | 120 |
| • External Rotation | | 35 |

---

Document ID: GEF002C4.019                Status: Signed off (secure electronic signature)                Page 3 of 4
Tricia Benson, PT (CA Lic: 30225)



Bertacchi-Freeman/Hartford001395



| Patient: | Gloria Bertacchifreeman |
|---|---|
| Acct #: | 100209006 |

Visit Date:   Jul 17, 2014

---

| | | |
|---|---|---|
| • Internal Rotation | | 25 |

**Problem #4   Range of Motion: Foot/Ankle: Pre-Treatment.**
  *Goal Achieved Jul 17, 2014.*

| Range of Motion Improvements to: Foot/Ankle: | Left AROM | Right AROM |
|---|---|---|
| • Dorsiflexion | 10 | 10 |

**Problem #5   Muscle Testing: Lower Extremity MMT.**
  *LTG Achieve by Aug 14, 2014.*

| Musculoskeletal Improvements In: Lower Extremity Strength to: | | Right |
|---|---|---|
| • Knee Flexion | | 4/5 |

  *Goal Achieved Jul 17, 2014.*

| Musculoskeletal Improvements In: Lower Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | 4/5 | 4/5 |

**Problem #6   Chief Complaint: Pain: Aggravating Factors: Activities: Walking: 10-20 minutes.**
  *LTG Achieve by Aug 14, 2014.*
  Functional Improvements In:
  • Activity Tolerance: Up to 30 Minutes.

**Problem #7   Chief Complaint: Pain: Aggravating Factors: Activities: Standing: 10-20 minutes.**
  *LTG Achieve by Aug 14, 2014.*
  Functional Improvements In:
  • Activity Tolerance: Up to 30 Minutes.

## Plan

Daily Plan:
• Continue w/ Current Rehabilitation Program. MD has ordered continued treatment for the lumbar and knee pain. New prescription is being sent by fax.


Electronically authenticated.

---

Tricia Benson, PT(CA Lic: 30225)
Signed on Jul 17, 2014 13:14:44

---

Document ID: 3EF002C4.019
Tricia Benson, PT(CA Lic: 30225)

Status: Signed off (secure electronic signature)

Page 4 of 4



---



4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

| Patient: | Gloria Bertacchifreeman | | |
|---|---|---|---|
| Acct #: | 100209006 | | |
| DOB: | REDACTED 1953 | Visit Date: | Jul 17, 2014 |
| Physician: | Leslie Kim | Phys Phone: | (650) 991-9400 |
| Phys Fax: | (650) 991-2650 | SSN: | XXX-XX-XXXX |
| Physician: | Not Specified | Inj. Date: | Mar 01, 2014 |
| Clinician: | Tricia Benson | Surg. Date: | |
| FSC: | Commercial Insurance | Visits: | 16 |
| Case Mgr: | | Cxl/Ns: | 0 |
| Payor: | CIGNA | Employer: | |
| Pol/Claim#: | | Insured: | |

# Plan of Care

## Diagnosis    Bilateral Knee     71946    JOINT PAIN-L/LEG

## Assessment

**Presentation:**
- Patient has improved posture with less anterior pelvic tilt after today's treatment. She required multiple cues verbally to use abdominals and maintain neutral pelvis and proper LE alignment. She was instructed to think about this during ADL's in order to provide stability to the lumbar spine and lessen her back and knee pains. She seems to understand the concept but to date has not shown carry over of what she has learned during treatment into home activities. When asked how is your pain today? She replies, "Oh, you know." She is unable to give a straight answer us to exact pain location or number level of pain. She would benefit from continued care and lower extremity strengthening but needs to have more carry over into ADL's in order to make lasting changes in her pain.

## Problems & Goals

**Problem #1**   **Chief Complaint: Pain: Effect on Activity: Restricts. (stand tolerance, walking).**

   *LTG Achieve by Aug 14, 2014.*

     **Functional Improvements In:**
- Athletic Capacity. Returning to: walking for exercise

| Problem #2   Range of Motion: Knee: Pre-Treatment. | Left AROM | Right AROM |
|---|---|---|
| • Extension | 0 | 0 |
| • Flexion | 125 | 120 |

   *LTG Achieve by Aug 14, 2014.*

| Range of Motion Improvements to: Knee: | Left AROM | Right AROM |
|---|---|---|
| • Flexion | 130 | 130 |

| Problem #3   Range of Motion: Hip/Pelvis: Pre-Treatment. | Left AROM | Right AROM |
|---|---|---|
| • Extension | 10 | 10 |
| • External Rotation | 35 | 35 |
| • Flexion | -120 | -120 |
| • Internal Rotation | 25 | 25 |

   *Goal Achieved Jul 17, 2014.*

| Range of Motion Improvements to: Hip/Pelvis: | Left AROM | Right AROM |
|---|---|---|
| • Extension | | 10 |
| • Flexion | 120 | 120 |
| • External Rotation | | 35 |
| • Internal Rotation | | 25 |

| Problem #4   Range of Motion: Foot/Ankle: Pre-Treatment. | Left AROM | Right AROM |
|---|---|---|
| • Dorsiflexion | 10 | 10 |
| • Plantarflexion | 51 | 47 |

   *Goal Achieved Jul 17, 2014.*

| Range of Motion Improvements to: Foot/Ankle: | Left AROM | Right AROM |
|---|---|---|
| • Dorsiflexion | 10 | 10 |

| Problem #5   Muscle Testing: Lower Extremity MMT. | Left | Right |
|---|---|---|

---

Document ID: 3EF002C4.020      Status: Signed off (secure electronic signature)      Page 1 of 2
Tricia Benson,PT(CA Lic: 30225)



---

Name: Bertacchi Freeman, Gloria      DOB: REDACTED 1953      Da'

VIBRANTcare
REHABILITATION

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

| | | | | |
|---|---|---|---|---|
| Patient: | Gloria Bertacchifreeman | | | |
| Acct #: | 100197649 | | | |
| DOB: | REDACTED 1953 | Visit Date: | Jul 15, 2014 | |
| Physician: | Leslie Kim | Phys Phone: | (650) 991-9400 | |
| Phys Fax: | (650) 991-2650 | SSN: | XXX-XX-XXXX | |
| Physician: | Not Specified | Inj. Date: | Oct 05, 2012 | |
| Clinician: | Tricia Benson | Surg. Date: | | |
| FSC: | Commercial Insurance | Visits: | 15 | |
| Case Mgr: | | Cxl/Ns: | 0 | |
| Payor: | CIGNA PPO | Employer: | None Given | |
| Pol/Claim#: | | Insured: | | |

# Re-Evaluation  *Progress Report (No Re-eval Charge)*

## Diagnoses  Spine

| | 7242 | LUMBAGO |
|---|---|---|
| | 72252 | LUMB/LUMBOSAC DISC DEGEN |

## Subjective Examination

**Chief Complaint:**
- Pain: Severity at Worst: 7/10.
- Pain: Aggravating Factors: Activities:
  - Bending Forward. 0-10 minutes. Sitting: 50-60 minutes.

**Daily Comments:**
- Patient reports she saw her MD who requested continued core strengthening and postural exercises for her back pains. She did not come in for 3 weeks due to physical therapist was on vacation and she was waiting to see her MD. She reports she is still going to the gym but does not feel her pains are changing much.

## Objective Examination

**Posture: Laterally:**
- Thoracic Kyphosis: Increased. Lumbar Lordosis: Increased. Pelvis: Anterior Tilt.

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Hot or Cold Packs | 97010 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 16 |

**Exercise Activities: Aerobic Conditioning:**
- Recumbent Bicycle(This visit)     Did Not Perform: This visit
- Upper Body Ergometer     Time Elapsed: 8 Minutes. Direction: forward & backward. Speed (rpm): 120, Additional Detail: seated, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Range of Motion:**
- Rope & Pulley Flexion     Time Elapsed: 8 Minutes, Hold: seated with alternate knee extension kicks in neutral spine Seconds. Additional Detail: seated and standing, dynamic UE's in neutral spine and with trunk rotation, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Stabilization Training: Supine Position:**
- Bridging(This visit)     Did Not Perform: This visit
- Curl Ups-Straight Plane(This visit)     Did Not Perform: This visit
- Marching in Place(This visit)     Did Not Perform: This visit
- Pelvic Tilts-Knees Flexed(This visit)     Did Not Perform: This visit
- Transverse Abdominus(This visit)     Did Not Perform: This visit
- Stabilization Training 1(This visit)     Did Not Perform: This visit

**Exercise Activities: Dynamic Training: Gym Ball: Sitting Exercises:**

---

Document ID: 3EF002C3.018          Status: Signed off (secure electronic signature)          Page 1 of 3
Tricia Benson, PT(CA Lic: 30225)


FAXED

---



| Patient: | Gloria Bertacchifreeman |
| Acct #: | 100197649 |

Visit Date:   Jul 15, 2014

---

* Ball/Bolster Activity 1

Time Elapsed: 10 Minutes, Hold.: bounce in neutral pelvis, single leg balance with ADIM, hamstring stretches Seconds, Description: ant/post pelvic tilts, hip circles, Charge As: Therapeutic Activities, Billing Code: 97530.

**Exercise Activities: Dynamic Training: Pilates: Combo Chair:**
* Seated Leg Press(This visit)          Did Not Perform: This visit

**Exercise Activities: Flexibility(L. Quarter):**
* Hamstring Muscle(This visit)          Did Not Perform: This visit

**Modalities:**
* Electric Stim, Unattended(This visit)          Did Not Perform: This visit
* Moist Hot Pack          Time Elapsed: 15 Minutes, Location: Anterior/Posterior, Clinical Use: Pre Activity, Charge As: Hot or Cold Packs, Billing Code: 97010.

**Pt/Family Education:**
* Postures(This visit)          Did Not Perform: This visit
* Written Home Exercise Program(This visit)          Did Not Perform: This visit

**Therapy Session Time**
* Therapy Session Start Time          11:05 AM
* Therapy Session Stop Time          11:45 AM
* Total Therapy Session Time          40 Minutes

**Timed Code Total Time:**
* 26 Minutes

## Assessment

**Presentation:**
* Patient continues to complain of lower back pain but is vague as to the exact location of the pain or any exacerbating activity other than "everything hurts." She would definitely benefit from postural awareness and core strengthening but seems rather lazy with her posture. She reports regular visits to the gym but still exhibits poor postural control, decreased strength and anterior pelvic tilt. Needs continued emphasis on neutral pelvis and spine, strength of abdominals and glutes, overall endurance to activity and dynamic balance.

## Problems & Goals

*Problem #1*  **Chief Complaint: Pain: Severity at Worst: 7/10.**
  *LTG Achieve by Jun 18, 2014.*
      **Symptomatic Improvements:**
      * Decreasing Pain: to 4/10.

*Problem #2*  **Chief Complaint: Pain: Aggravating Factors: Activities: Bending Forward. 0-10 minutes.**
  *LTG Achieve by Jun 18, 2014. proper bending mechanics*
      **Biomechanical Improvements:**
      * via Joint Protection Procedures.

*Problem #3*  **Chief Complaint: Pain: Aggravating Factors: Activities: Sitting: 50-60 minutes.**
  *LTG Achieve by Jun 18, 2014. sitting*
      **Functional Improvements In:**
      * Positional Tolerance to: Up to 2 Hours.

## Plan

**Daily Plan:**
* Reassess objective measurements next visit. Contact MD for new prescription in order to continue treatment as patient lost her copy of the prescription.

---



---

Name: Bertacchi Freeman, Gloria          DOB: [REDACTED]/1953          Da

Bertacchi-Freeman/Hartford001400



Patient:    Gloria Bertacchifreeman
Acct #:     100197649

Visit Date:    Jul 15, 2014

Electronically authenticated.

Tricia Benson, PT(CA Lic: 30225)
Signed on Jul 15, 2014 13:15:07



Name: Bertacchi Freeman, Gloria          DOB: REDACTED 1953          Da

Bertacchi-Freeman/Hartford001401



4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

Patient: Gloria Bertacchifreeman
Acct #: 100197649
DOB: [REDACTED] 1953
Physician: Leslie Kim
Phys Fax: (650) 991-2650
Physician: Not Specified
Clinician: Tricia Benson
FSC: Commercial Insurance
Case Mgr:
Payor: CIGNA PPO
Pol/Claim#:

Visit Date: Jul 15, 2014
Phys Phone: (650) 991-9400
SSN: XXX-XX-XXXX
Inj. Date: Oct 05, 2012
Surg. Date:
Visits: 15
Cx/Ns: 0
Employer: None Given
Insured:

# Plan of Care

**Diagnoses** Spine

7242    LUMBAGO
72252   LUMB/LUMBOSAC DISC DEGEN

## Assessment

**Presentation:**

- Patient continues to complain of lower back pain but is vague as to the exact location of the pain or any exacerbating activity other than "everything hurts." She would definitely benefit from postural awareness and core strengthening but seems rather lazy with her posture. She reports regular visits to the gym but still exhibits poor postural control, decreased strength and anterior pelvic tilt. Needs continued emphasis on neutral pelvis and spine, strength of abdominals and glutes, overall endurance to activity and dynamic balance.

## Problems & Goals

**Problem #1   Chief Complaint: Pain: Severity at Worst: 7/10.**
    *LTG Achieve by Jun 18, 2014.*
        **Symptomatic Improvements:**
            - Decreasing Pain: to 4/10.

**Problem #2   Chief Complaint: Pain: Aggravating Factors: Activities: Bending Forward. 0-10 minutes.**
    *LTG Achieve by Jun 18, 2014. proper bending mechanics*
        **Biomechanical Improvements:**
            - via Joint Protection Procedures.

**Problem #3   Chief Complaint: Pain: Aggravating Factors: Activities: Sitting: 50-60 minutes.**
    *LTG Achieve by Jun 18, 2014. sitting*
        **Functional Improvements In:**
            - Positional Tolerance to: Up to 2 Hours.

## Plan

**Daily Plan:**

- Reassess objective measurements next visit. Contact MD for new prescription in order to continue treatment as patient lost her copy of the prescription.

---

Document ID: 3EF002C3.019
Tricia Benson,PT(CA Lic: 30225)

Status: Signed off (secure electronic signature)

Page 1 of 2



---

Name: Bertacchi Freeman, Gloria                    DOB: [REDACTED] 953                                        Da

Bertacchi-Freeman/Hartford001402



| Patient: | Gloria Bertacchifreeman |
| Acct #: | 100197649 |

Visit Date:  Jul 15, 2014

Electronically authenticated.

Tricia Benson, PT(CA Lic: 30225)
Signed on Jul 15, 2014 13:15:07

## Please sign and return

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need. Comments and/or revisions to this Plan of Care are noted below.

Comments/Revisions

| Physician/NPP Signature | Date | Print Name and Credentials |

7/21/14

---



---

Name: Bertacchi Freeman, Gloria                         DOB REDACTED /1953                                                Dat

Bertacchi-Freeman/Hartford001403

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

**Orthopaedic Surgery     Sports Medicine**

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
**www.wbomg.com**

Date of Service: 5/13/2014

Primary Care Provider:  No data for PCP First Name  No data for PCP Last Name   FAX: No data for PCP Fax

### ORTHOPAEDIC PROGRESS REPORT

Patient:  Gloria Bertacchi-freeman
Date of Examination: 5/13/2014
**REFERRING PROVIDER:**

**SUBJECTIVE FINDINGS:**
Ms Bertacchi-freeman is here today for a follow up examination of her right knee, back, and neck. She reports that she was recently in a car accident 5/7/2014, she reports that she reports increased her pain. She has followed up with her PCP since the accident. Completed 8 sessions of physical therapy for her back and knee. Patient would like to request additional therapy. Complains of constant swelling in her right knee, but continues to exercise her knee. Complains of intermittent pain in her neck. She continues to have trouble sleeping. Continues taking tylenol, norco and lidoderm prn for pain 2-3 times per week.

**MEDICATIONS:**
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg|tablet  SIG: Take 1 tablet by mouth every six to eight hours as needed for pain Dispense: 30)
tylenol (Dosage: |)

**ALLERGIES:**
NKDA

**OBJECTIVE FINDINGS:**

LUMBAR SPINE ACTIVE RANGE OF MOTION MEASUREMENTS:
FLEXION            20  cm. (fingertip to floor distance)
EXTENSION          90 % normal
RIGHT BENDING      75 % normal
LEFT BENDING       75 % normal
RIGHT ROTATION     90 % normal
LEFT ROTATION      100 % normal
No palpable paraspinal muscle spasm

**DIAGNOSIS:**
1. S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013)
2. S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
3. CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4. LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
715.16--Knee - OA knee

**ASSESSMENT & PLAN:**
I discussed my findings and the treatment options with the patient.

Date of Service: 5/13/2014                    Patient: Gloria Bertacchi-freeman                    Page: 2

ADDITIONAL PT PRESCRIBED 2X/WK X 4 WKS, TRANSITION TO HEP.
CONTINUE TREATMENT INTERCURRENT MVA AGGRAVATION BACK CONDITION.

Leslie Kim, M.D.
CA License # G41605

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
## Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
**www.wbomg.com**

3/18/2014

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient:  Gloria Bertacchi-freeman
Date of Examination:  3/18/2014
**REFERRING PROVIDER:**

### SUBJECTIVE FINDINGS:
Ms Bertacchi-freeman is here today for a follow up examination of her right knee, back, and neck. Pain has increased, which she states has been due to the fluctuations in the weather.  She has completed 1 session of post op PT.  She continues to go to the gym to do independant exercises.  She continues taking tylenol, norco and lidoderm prn for pain 2-3 times per week.  She has been going to get massages weekly, which also helps with her pain.

### MEDICATIONS:
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) adhesive patch,medicated SIG: 1 patch to skin once a day as directed 30 Dispense: 30)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet SIG: Take 1 tablet by mouth every six to eight hours as needed for pain Dispense: 30)
tylenol (Dosage:)

### ALLERGIES:
NKDA

### SMOKING STATUS
Former smoker

### OBJECTIVE FINDINGS:

LUMBAR SPINE ACTIVE RANGE OF MOTION MEASUREMENTS:
FLEXION          20  cm. (fingertip to floor distance)
EXTENSION       50 % normal
RIGHT BENDING    90 % normal
LEFT BENDING    90 % normal
RIGHT ROTATION   90 % normal
LEFT ROTATION    90 % normal
No palpable paraspinal muscle spasm

Good knee ROM. No effusion.

### DIAGNOSIS:
1. S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013)

Date of Service: 3/18/2014          Patient: Gloria Bertacchi-freeman          Page: 4

2. S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
3. CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4. LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
715.16–Knee - OA knee

**ASSESSMENT & PLAN:**
I discussed my findings and the treatment options with the patient.
PT prescribed for knee and back.

Leslie Kim, M.D.
CA License # G41605

Bertacchi-Freeman/Hartford001407

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
**www.wbomg.com**

2/4/2014

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient:  Gloria Bertacchi-freeman
Date of Examination:  2/4/2014
**REFERRING PROVIDER:**

### SUBJECTIVE FINDINGS:
Ms. Bertacchi-Freeman states that the right knee is improving, but back is flared with recent wet weather.
Completed 1 session of PT, but was unable to continue due to a flu, she needs a new prescription to continue.
"Less pain than before the surgery." Currently takes Norco 2-3x weekly, lidoderm patches daily, flexeril 1x
monthly, tylenol 2x weekly, and naproxen 2x weekly.

### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30
Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) adhesive patch,medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol (Dosage:)

### ALLERGIES:
NKDA

### SMOKING STATUS
Former smoker

### OBJECTIVE FINDINGS:
No gross effusion
Good knee ROM
Negative SLR
Motor and sensory exam nl, BLE.

### DIAGNOSIS:
1. S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013)
2. S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
3. RIGHT KNEE MEDIAL MENISCUS TEAR
4. CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
5. LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
717.9–Knee - IDK
715.16–Knee - OA knee
717.7–Knee - Chondromalacia

Bertacchi-Freeman/Hartford001408

Date of Service:  2/4/2014                     Patient:  Gloria Bertacchi-freeman                     Page:  6

836.0–Knee - Tear med meniscus

**ASSESSMENT & PLAN:**
I discussed my findings and the treatment options with the patient.
PT prescribed for back and knee.

Leslie Kim, M.D.
CA License # G41605

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
**www.wbomg.com**

1/6/2014

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient:  Gloria Bertacchi-freeman
Date of Examination:  1/6/2014
**REFERRING PROVIDER:**

### SUBJECTIVE FINDINGS:
Ms. Bertacchi-Freeman is here her first post operative examination of her right knee. Pain has decreased, states there is some swelling.  Currently taking norco and using lidoderm patches daily and taking flexeril, tylenol, and naproxen prn.

### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) adhesive patch,medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol (Dosage:)

### ALLERGIES:
NKDA

### SMOKING STATUS
Former smoker

### OBJECTIVE FINDINGS:
insicions clean and dry with sutures intact. small to moderate effusion.  ROM 0-110

### DIAGNOSIS:
1. S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013)
2. S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
3. RIGHT KNEE MEDIAL MENISCUS TEAR
4. CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
5. LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
717.9–Knee - IDK
715.16–Knee - OA knee
717.7–Knee - Chondromalacia
836.0–Knee - Tear med meniscus

### PRESCRIPTION
~Prescription~

Date of Service: 1/6/2014                 Patient: Gloria Bertacchi-freeman               Page:  8

**ASSESSMENT & PLAN:**

I discussed my findings and the treatment options with the patient.  Attempt at aspiration deferred today.  Sutures removed.  Continue ICE to treat swelling.  Post-op PT to be started 2x/week x 4 weeks.  Follow up for post-op 4-6 weeks.  Refill of norco and lidoderm patch.

Leslie Kim, M.D.
CA License # G41605

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
**www.wbomg.com**

11/19/2013

Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient:  Gloria Bertacchi-freeman
Date of Examination:  11/19/2013
**REFERRING PROVIDER:**

### SUBJECTIVE FINDINGS:
Ms Bertacchi-freeman is here today for a follow up examination of her right knee. She was unable to go through with her already scheduled surgery due to discomfort from a biopsy she had 2 days prior.  She is ready to reschedule at this time.  She continues to take lidoderm, naproxen, norco and flexeril prn.

### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol

### ALLERGIES:
NKDA

### SMOKING STATUS
Former smoker

### OBJECTIVE FINDINGS:
no exam done today

### DIAGNOSIS:
1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
2.RIGHT KNEE MEDIAL MENISCUS TEAR
3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4.LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
717.9–Knee - IDK
715.16–Knee - OA knee
717.7–Knee - Chondromalacia
836.0–Knee - Tear med meniscus

### ASSESSMENT & PLAN:

Date of Service: 11/19/2013          Patient: Gloria Bertacchi-freeman          Page: 10

I discussed my findings and the treatment options with the patient. Patient had QME exam and injury has been accepted by worker comp. Awaiting paperwork to go through. She will continue with sympomatic treatment. She will contact us once she has approval to be seen under WC or sooner as needed.

Leslie Kim, M.D.
CA License # G41605

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
**www.wbomg.com**

10/28/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient:  Gloria Bertacchi-freeman
Date of Examination:  10/28/2013
**REFERRING PROVIDER:**

### SUBJECTIVE FINDINGS:

Ms Bertacci-freeman is here today for a pre operative examination of her right knee. Continues to use a cane for support. Patient reports that her symptoms have decreased since her last visit, but it continues to cause her pain at night. She is currently taking norco and naproxen prn; flexeril for back pain.

### MEDICATIONS:

Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol

### ALLERGIES:

NKDA

### OBJECTIVE FINDINGS:

Intial BP: R-146/101  L- 146/105   .

2nd BP: R- 136/96

+ medial and lateral joint line tenderness
trace effusion
0-120 degrees ROM

### DIAGNOSIS:

1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
2.RIGHT KNEE MEDIAL MENISCUS TEAR
3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4.LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
717.9–Knee - IDK
715.16–Knee - OA knee
717.7–Knee - Chondromalacia
836.0–Knee - Tear med meniscus

Date of Service: 10/28/2013          Patient: Gloria Bertacchi-freeman          Page:  12

**ASSESSMENT & PLAN:**

I discussed my findings and the treatment options with the patient. Informed consent obtained and plan to proceed with right knee arthroscopy next week as planned pending medical clearance. Patient to see anesthesiologist today.  Rx Norco 10/325 and vistaril 25 called into pharmacy.  Follow up for initial post-op in 2 weeks. Patient instructed to follow up with internist regarding elevated BP measurements.

Leslie Kim, M.D.
CA License # G41605

Bertacchi-Freeman/Hartford001415

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
## Orthopaedic Surgery   Sports Medicine



Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
**www.wbomg.com**

10/15/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient:  Gloria Bertacchi-freeman
Date of Examination:  10/15/2013
**REFERRING PROVIDER:**

### SUBJECTIVE FINDINGS:
Ms Bertacci-freeman is here today for a follow up examination of her right knee.  She states that she fell last monday - she was crossing the street and her right foot got "caught" on one of the manhole covers and she fell down onto her right knee. Her pain has now greatly increased and her knee is swollen.  She now ambulates with the assistance of her cane.  She is currently taking norco and naproxen prn; flexeril for back pain. She is requesting a refill of lidoderm patches today.  Her right knee surgery is scheduled for Nov 7th, but now she is unsure about proceeding due to the fall last week.

### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol

### ALLERGIES:
NKDA

### OBJECTIVE FINDINGS:

Slight right knee swelling and effusion.

Knee ROM 0 to 90 degrees on right side. Stable AP and medial lateral. Tender right medial joint line.

Ambulating with cane in right hand. Right antelgic pattern, but full weight bearing.

### DIAGNOSIS:
1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
2.RIGHT KNEE MEDIAL MENISCUS TEAR
3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4.LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
717.9–Knee - IDK
715.16–Knee - OA knee
717.7–Knee - Chondromalacia

Date of Service: 10/15/2013          Patient: Gloria Bertacchi-freeman          Page:  14

836.0–Knee - Tear med meniscus

**PRESCRIPITION**
~Prescription~

**ASSESSMENT & PLAN:**
I discussed my findings and the treatment options with the patient.
Medication Rx refills.
Right knee arthroscopic surgery requested, and informed consent obtained.

Leslie Kim, M.D.
CA License # G41605

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

### Orthopaedic Surgery     Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
**www.wbomg.com**

9/23/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Social Security # REDACTED 3990
Employer:
Date of Examination:  9/23/2013
Date of Report:  9/23/2013
Date of Injury:  No data for Date
Claim Number:  No data for Workers Comp Claim Number

#### SUBJECTIVE:
I had a visit with Gloria Bertacchi-freeman on 9/23/2013 in my office. Ms. Bertacchi-Freeman is here for a follow up examination of her right and left knees and back.

She rates her L knee as 3-4/10.Patient rates her right knee 7-8/10 with swelling, patient says it varies, gets worse and swollen after too much movement or prolonged standing. She rates her upper and lower back 5/10.

She has not yet received her TENS unit. Tens unit use x 20 R. Knee and Lspine x 1.

Patient is attending PT for back problem, has completed 5/8.  Patient has attended 24+ PT therapy for her right and left knee.

 Patient states that her R knee is still the same despite 20+ physical therapy visits, anti-inflammatory medication, and continued self therapy.  Patient had L knee surgery in December 2012 which improved her condition..

Patient is currently on disability.

Patient is taking norco prn, flexeril prn, naproxen prn, tylenol prn, lidoderm prn.

#### OBJECTIVE:
Knee Exam: Good knee ROM bilaterally.  Patient has some 1+ bilateral medial joint line tenderness on palpation. No left knee effusion, but slight right knee effusion.  Positive right knee medial McMurray's sign.There is bilateral patellofemoral crepitus at 2+ with tenderness on compression.  Overall, findings are consistent with ongoing osteoarthritis, torn right medial meniscus, and patellofemoral chondromalacia bilaterally.

Lspine Exam:  Pain on palpation at L4-S1.  There is bilateral gluteus minimus tenderness.  Patient has posterior thigh and calf tenderness greater on the right than the left but present bilaterally.  There is 2+ bilateral upper extremity reflexes, which are intact at all stations and absent l lateral lower extremity reflexes at all stations.  The patient presents with bilateral right greater than left L2 and L3/L4 as well as L5/S1 myotomal deficit with weakness and guarding on presentation.

Date of Service:     9/23/2013          Patient:   Gloria Bertacchi-freeman          Page:  16

**ASSESSMENT:**
724.4–L-S Spine - Radiculitis
722.10–L-S Spine - HNP
847.0–Cervical Spine - Sprain/Strain
836.0–Knee - Tear med meniscus
717.9–Knee - IDK
715.16–Knee - OA knee
717.7–Knee - Chondromalacia
S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
Right Knee Partial Meniscus Tear Failing Management with Conservative Treatment.

**PLAN:**
I discussed with Gloria Bertacchi-freeman my findings after listening to the subjective complaints and performing my examination.  Patient had 20+ PT visits for her knee condition and it has not improved her Sx. with her R. Knee Meniscus tear.  I advised the patient that if she is not improving with conservative interventions, she should likely move to a surgical intervention which she agreed to.

Right Knee Surgery Consult with Dr. Kim.
OTC anti-inflammatories with ice and elevation.

RTC for surgery consult.

**Allergies:**
NKDA

**Medications:**
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol

Sincerely,

 Duane Medeiros, MSN-NP
Orthopedic Surgery
CA license # NP12497

Bertacchi-Freeman/Hartford001419

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
**www.wbomg.com**

---

Addendum - Dated 8/13/2013
Patient states workers comp case is pending, Name of her adjuster is Micheal Amster
3000 T-street suite 105 Sacramento CA. 95816 phone number 530-302-5773

End Addendum - Dated 8/13/2013

---

8/12/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient:  Gloria Bertacchi-freeman
Date of Examination:  8/12/2013
**REFERRING PROVIDER:**

## SUBJECTIVE FINDINGS:
Ms. Bertacchi-Freeman is here for a follow up examination of her right knee and low back.

Patient rates her right knee 6/10, patient says it varies, gets worse and swollen after too much movement or prolonged standing. She rates her lower back 5/10, and also has pain in her upper back 5/10.

Tens unit use x 20 R. Knee and Lspine x 1.

Patient is attending P.T for back problem, has completed 1/8.  Patient has attended serveral PT therapy for her right, and left knee.  Patient states that her Rknee is still the same. Patient had Lknee surgury in December 2012.

Patient is currently on disability, and has a workers comp case pending.
Patient is taking norco prn, flexeril prn, naproxen prn, tylenol prn, lidoderm prn.
She is requesting a refill on the norco, lidoderm, flexeril.
BP: 163/115 pulse 77  patient did not take her her hydrocholorothyzide, patient states that the cortisone injection elevated her blood pressure to 186/131 on April 9th

## MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol

## ALLERGIES:
NKDA

## OBJECTIVE FINDINGS:
Knee Exam: Good knee ROM bilaterally.  Patient has some 1+ bilateral medial joint line tenderness on palpation.

Date of Service:     8/12/2013          Patient:   Gloria Bertacchi-freeman          Page:  18

No left knee effusion, but slight right knee effusion.  Positive right knee medial McMurray's sign. There is bilateral patellofemoral crepitus at 2+ with tenderness on compression.  Overall, findings are consistent with ongoing osteoarthritis, torn right medial meniscus, and patellofemoral chondromalacia bilaterally.

Lspine Exam: Pain on palpation at L4-S1.  There is bilateral gluteus minimus tenderness.  Patient has posterior thigh and calf tenderness greater on the right than the left but present bilaterally.  There is 2+ bilateral upper extremity reflexes, which are intact at all stations and absent l lateral lower extremity reflexes at all stations.  The patient presents with bilateral right greater than left L2 and L3/L4 as well as L5/S1 myotomal deficit with weakness and guarding on presentation.

**DIAGNOSIS:**
1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
2.RIGHT KNEE MEDIAL MENISCUS TEAR
3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4.LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
847.0–Cervical Spine - Sprain/Strain
722.10–L-S Spine - HNP
724.4–L-S Spine - Radiculitis
836.0–Knee - Tear med meniscus

**PRESCRIPITION**
~Prescription~

**ASSESSMENT & PLAN:**
I discussed my findings and the treatment options with the patient.  We agreed that the patient should continue with conservative interventions.  The patient presented a request for a TENS unit purchase.  She has had a history of multiple sessions with her knees which seem to help her however, she has not had  interventions beyond 1 single PT session for the TENS unit and application to her to L-spine pain.  We made an agreement that she should have some additional visits of PT for her L-spine that include the TENS unit for trial before purchase is determined.  The patient will accomplish this and then report back to me on effectiveness of the TENS unit before recommendation for purchase.

Rx written for PT x4 for an additional cycle of L spine PT.
Medication Rx refills.
Patient electing conservative treatment for right knee meniscus tear.

RTC in 3 weeks to evaluate effectiveness of PT, core strengthening and stabilization exercises in the functional restoration program, and effectiveness of the TENS unit for both axial spine pain and radiculopathy discomfort.

Sincerly,

Duane Medeiros, MSN-NP
Orthopedic Surgery
CA license # NP12497

Bertacchi-Freeman/Hartford001421

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
**www.wbomg.com**

7/2/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient:  Gloria Bertacchi-freeman
Date of Examination:  7/2/2013
**REFERRING PROVIDER:**

### SUBJECTIVE FINDINGS:
Ms. Bertacchi-Freeman is here for a follow up examination of her right knee and low back. She has brought in her MRI's of right knee and low back for review. Injection recieved at last visit to left knee decreased p[ain by 50% for a week, but she experienced high blood pressure and trouble sleeping. Completed 20+ sessions of PT for her knees and low back, decreased pain in back, increase strength in knees. She has not started her second cycle of PT for her low back prescribed by Mr. Medeiros, she is going to be starting it soon. Currently taking  Norco PRN, Flexeril PRN, Naproxen PRN, Tylneol otc PRN, Lidoderm PRN. Is requesting a refill of Norco, Flexeril & Lidoderm today.

### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg tablet)
tylenol

### ALLERGIES:
NKDA

### OBJECTIVE FINDINGS:
Good knee ROM.
No left knee effusion, but slight right knee effusion.

### DIAGNOSIS:
1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
2.RIGHT KNEE MEDIAL MENISCUS TEAR
3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4.LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
717.9–Knee - IDK
715.16–Knee - OA knee
717.7–Knee - Chondromalacia

Date of Service: 7/2/2013                Patient:  Gloria Bertacchi-freeman          Page:  20

836.0–Knee - Tear med meniscus

**PRESCRIPITION**
~Prescription~

**ASSESSMENT & PLAN:**
I discussed my findings and the treatment options with the patient.
Medication Rx refills.
Patient electing conservative treatment for right knee meniscus tear.
Continue pain management by Mr. Medeiros.

Leslie H Kim, M.D.

CA License # G41605

Bertacchi-Freeman/Hartford001423

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

5/6/2013

Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient:  Gloria Bertacchi-freeman
Social Security #: REDACTED 3990
Employer:
Date of Examination:  5/6/2013
Date of Report:  5/6/2013
Date of Injury:  No data for Date
Claim Number:  No data for Workers Comp Claim Number

### SUBJECTIVE:
I had a visit with Gloria Bertacchi-freeman on 5/6/2013 in my office.

She recieved an injection to the left knee last visit. It decreased her pain by 30%, but it elevated your blood pressure, and caused some insomnia. Symtoms lasted only a week.

Has not gone for the MRI of right knee and L spine. Gave patient an MRI script, will be going to Mercy Medical Center in Sacramento,CA.

She has started PT, has completed 6 sessions. She was in "unbearable pain" before PT, now she has decreased her medication use as the pain has began to subside. She can now turn her head from side to side with minimal pain, and can bend over with minimal pain.

She currently  Norco PRN, Flexeril PRN, Naproxen PRN, Tylneol otc PRN. Is requesting a refill of Norco and Flexeril today.

### OBJECTIVE:
RESTRICTED L-SPINE FLEXION-EXTENSION, END-RANGE PAIN
GOOD BILATERAL KNEE ROM
LEFT PERIPATELLAR, RIGHT ANTERIOR AND MJL TENDERNESS
POSITIVE RIGHT EXTERNAL MCMURRAY PAIN

### ASSESSMENT:
−1.S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
−2.RIGHT KNEE PAIN, RULE OUT EXTENSOR TENDINITIS, INTERNAL JOINT DERANGEMENT
−3.CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
−4.LUMBAR STRAIN-SPRAIN, RULE OUT DISCOGENIC PAIN, DDD
−717.9−Knee – IDK
−717.7−Knee – Chondromalacia
−715.16−Knee – OA knee

Date of Service:   5/6/2013          Patient:  Gloria Bertacchi-freeman          Page:  22

**PLAN:**
I discussed with Gloria Bertacchi-freeman my findings after listening to the subjective complaints and performing my examination.  Completed 15+ visits since January.   Discussed reserving some PT for the end of the year when colder weather.

Continue in self therapy.
OTC Capsacin ointment/lotion on cold inclement days.
Refill Lidoderm 5% #30 prn pain.

RTC 4-6 weeks

**Allgergies:**
NKDA

**Medications:**
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30
Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

**WORK STATUS:**
LEFT KNEE DIAGNOSTIC AND THERAPEUTIC INJECTION WITH ULTRASOUND GUIDANCE
MRI RIGHT KNEE "RULE OUT MENISCUS TEAR", AND LSPINE "RULE OUT DISC PROTRUSION"
PT FOR NECK AND BACK (SEE RX)
FLEXERIL, NORCO RX REFILL X1
CONSIDER INJECTION RIGHT KNEE DEPENDING ON MRI FINDINGS
I discussed my findings and the treatment options with the patient. Next appointment scheduled for


Sincerely,




Duane Medeiros, MSN-NP
Orthopedic Surgery
CA license # NP12497

**OPERATIVE NOTE**

| | |
|---|---|
| CAMPUS SURGERY CENTER<br>901 Campus Drive Suite 102<br>Daly City, CA 94015 | PATIENT:          BERTACCHI FREEMAN, GLORIA<br>MEDICAL RECORD #: 400061-2<br>PHYSICIAN:        LESLIE KIM, M.D.<br>DATE OF SERVICE:  12/26/2013 |

**DATE OF BIRTH:**            [REDACTED]1953

**DATE OF PROCEDURE:**        12/26/2013

**DICTATING PHYSICIAN:**      Leslie Kim, M.D.

**PREOPERATIVE DIAGNOSES:**   Right knee medial meniscus tear.

**POSTOPERATIVE DIAGNOSES:**
1. Right knee medial meniscus tear.
2. Right patellofemoral and femorotibial chondromalacia.
3. Right knee hypertrophic synovitis.

**PROCEDURES:**
1. Right knee arthroscopic partial medial meniscectomy.
2. Right knee arthroscopic synovectomy.

**SURGEON:**                  Leslie Kim, M.D.

**ASSISTANT:**                None.

**ANESTHESIA:**               General LMA and right adductor canal block.

**ANESTHESIOLOGIST:**         Benjamin Hu, M.D.

**INDICATIONS FOR PROCEDURE AND SURGICAL FINDINGS:** The patient has had persistent signs and symptoms of right knee medial meniscus tear with a positive MRI scan. She underwent conservative treatment, but continued to complain of significant pain and mechanical symptoms restricting normal daily activities. Arthroscopic surgical evaluation and treatment were, therefore, requested.

At the time of surgery, the patient was noted to have full knee range of motion. Moderate knee joint effusion was present, with normal appearing synovial fluid. Arthroscopic evaluation of the joint revealed diffuse hypertrophic synovitis in the suprapatellar pouch. No loose bodies are evident. Patellar tracking and alignment appeared normal, but grade II central patellar and femoral trochlear chondromalacia was present. Hypertrophic synovitis was noted in the infrapatellar area. Medial and lateral gutter inspection revealed no loose bodies or osteophyte formation. In the lateral compartment, central area of tibial grade II chondromalacia was present. The meniscus was intact on inspection and probing. Femoral articular surface appeared normal. Inspection of the notch revealed hypertrophic synovium. Normal appearing anterior cruciate ligament was present. In the medial compartment, complex tear of the posterior horn of the meniscus was demonstrated with peripheral, vertical, and central radial tears. Grade II central tibial and grade I-II femoral chondromalacia was present.

Subject: Gloria Bertacchi-Freeman ; 9004108017
From: Michael.Opperman@thehartford.com
To: Eligibility@hartfordlife.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Bertacchi-Freeman/Hartford001427



**THE HARTFORD**

December 19, 2014

Mastagni Holstedt, A.P.C.
1912 I St.
Sacramento, CA 95811

CERTIFIED MAIL        917199 9991 7033 7097 2587

| Plan Sponsor: | Cardinal Health, Inc. |
| Your Client: | Gloria Bertacchi-Freeman |
| Insured ID: | 9004108017 |

Dear Nathan,

Please let this letter confirm our phone conversation this afternoon. Ms. Bertacchi-Freeman's workers compensation claim is still open.

I've enclosed an itemized breakdown of benefits paid to your client. Please do not hesitate to contact the undersigned should you have any questions or concerns.

Thank you for your cooperation.

Sincerely,

Michael Opperman
Hartford Life & Accident Insurance Company
P.O. Box 14272
Lexington, KY 40512
Phone: 407-562-3149
Fax: 866-597-6417
michael.opperman@thehartford.com

| From | Thru | Payment |
|---|---|---|
| 12/1/2014 | 12/31/2014 | $   4,767.34 |
| 11/1/2014 | 11/30/2014 | $   4,767.34 |
| 10/1/2014 | 10/31/2014 | $   4,767.34 |
| 9/1/2014 | 9/30/2014 | $   4,767.34 |
| 8/1/2014 | 8/31/2014 | $   4,767.34 |
| 7/1/2014 | 7/31/2014 | $   4,767.34 |
| 6/1/2014 | 6/30/2014 | $   4,767.34 |
| 5/1/2014 | 5/31/2014 | $   4,767.34 |
| 4/1/2014 | 4/30/2014 | $   4,767.34 |
| 3/1/2014 | 3/31/2014 | $   4,767.34 |
| 2/1/2014 | 2/28/2014 | $   4,767.34 |
| 1/1/2014 | 1/31/2014 | $   4,767.34 |
| 12/1/2013 | 12/31/2013 | $   4,767.34 |
| 11/1/2013 | 11/30/2013 | $   4,767.34 |
| 10/1/2013 | 10/31/2013 | $   4,767.34 |
| 9/1/2013 | 9/30/2013 | $   4,767.34 |
| 8/1/2013 | 8/31/2013 | $   2,192.22 |
| 7/1/2013 | 7/31/2013 | $   2,423.01 |
| 4/11/2013 | 4/30/2013 | $ 12,237.36 |

**Total**          **$93,130.03**

Bertacchi-Freeman/Hartford001429

Case 2:13-cv-02596-PLM-AC   Document 158-3   Filed 04/03/17   Page 364 of 769



# The Hartford
# FAX COVER PAGE

To:        Christine Montroy

From:      The Hartford

Date:      12/10/14 02:06:26 PM

Re:        FAX MESSAGE

Total Pages:   4   including cover page

---

PRIVILEGED AND CONFIDENTIAL: This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

---

Notes:


Tara Osborne
Claims Tech, National Claim Operations
The Hartford | Group Benefits | Claims
tara.osborne@thehartford.com
800-445-9057 ext 2304980

**Bertacchi-Freeman/Hartford001430**

# ISO CLAIMSEARCH MATCH REPORT SUMMARY

A claim report identified by ClaimSearch identification number 0N003759431 which matched a claim report previously sent by your company was received by ISO ClaimSearch on 12/9/2014. As an added service, we are providing you with a copy of this AUTOMATIC UPDATE claim report. Reasonable procedures have been adopted to maximize the accuracy of this report. Independent investigations should be performed to evaluate the relevant data provided.

If you have any questions concerning your report, please contact Customer Support at (800) 888-4476.

**INITIATING CLAIM INFORMATION**

| | | | |
|---|---|---|---|
| **Claim Number:** | REDACTED 3990 | **Date of Loss:** | 05/07/2014 |
| **Policy Number:** | 83120674 | **ISO File Number:** | 8T003635137 |

**SUMMARY FOR EACH SEARCHABLE PARTY**
**GLORIA BERTACCHI-FREEMAN, BOTH CLAIMANT & INSURED**

| | | |
|---|---|---|
| **Coverage:** | Disability | **Loss Type:** | Disability |

| | SAME LOSS TYPE | SIU INVOLVEMENT | NAME | ADDRESS | SSN | PHONE | DRIVER'S LICENSE | VIN | LICENSE PLATE | KEY INDICATORS FOR THIS PARTY |
|---|---|---|---|---|---|---|---|---|---|---|
| **# of Matches** | | | 1 | 1 | | | | | | Show Key Indicators List |
| **ISO File Number** | | | | | | | | | | • Prior Claims History |
| 0N003759431 | | | X | X | | | | | | |

# ISO CLAIMSEARCH AUTOMATIC UPDATE DETAILS

## Automatic Update                          **File Number: 8T003635137**

| | |
|---|---|
| **Company:** | H00000009 |
| **Claim Number:** | REDACTED 3990 |
| **Date/Time of Loss:** | 05/07/2014 00:00 |
| **Policy Number:** | 83120674 |
| **Policy Type:** | Accident & Health |
| **ISO Received Date:** | 05/19/2014 |
| **Loss Description:** | MVA |
| **Location of Loss:** | CA |

## Involved Party      **Both Claimant & Insured**

| | |
|---|---|
| **Name:** | GLORIA BERTACCHI-FREEMAN |
| **Address:** | 5135 MOSS LANE |
| | GRANITE BAY, CA  95746 |

## Casualty Coverage Information

| | |
|---|---|
| **Coverage Type:** | Disability |
| **Loss Type:** | Disability |
| **Claim Status:** | Open |
| **Adjuster Company:** | HARTFORD LIFE & ACCIDENT INS CO. |
| **Adjuster:** | OSBORNE, TARA L |
| **Adjuster Phone:** | (800) 445-9057 |
| **Alleged Injury:** | PAIN IN KNEE AND BACK |

# Matching Claim                    File Number: 0N003759431

| | |
|---|---|
| **Reason for Match:** | Name |
| | Address |
| **Insuring Company:** | STATE COMPENSATION INS FUND OF CALIFORNIA |
| **Claim Number:** | 06051530 |
| **Date/Time of Loss:** | 10/05/2012 00:00 |
| **Policy Number:** | 000000901744420120 |
| **Policy Type:** | Workers Compensation |
| **Inception Date:** | 07/04/2012          **Expiration Date:** 10/08/2012 |
| **Policy Renewed?:** | No |
| **Insuring Co. Address:** | SN FRANCISCO DIST OF (NA) |
| | PO BOX 65005 |
| | PINEDALE, CA  93650-5005 |
| **Insuring Co. Phone:** | (415) 974-8201 |
| **Company Received Date:** | 11/19/2014 |
| **Loss Description:** | CT |
| **Location of Loss:** | 2201 PLAZA DR STE 500 |
| | ROCKLIN, CA |

## Involved Party        Claimant

| | |
|---|---|
| **Name:** | GLORIA BERTACCHI |
| **Address:** | 5135 MOSS LN |
| | GRANITE BAY, CA  95746-5881 |
| **Gender:** | Female |

## Casualty Coverage Information

| | |
|---|---|
| **Coverage Type:** | WC Indemnity |
| **Loss Type:** | WC Indemnity |
| **Claim Status:** | Open |
| **Adjuster Company:** | STATE COMPENSATION INS FUND OF CALIFORNIA |
| **Adjuster:** | DUNCAN, SHAKISHA |
| **Adjuster Phone:** | (209) 476-2716 |
| **Alleged Injury:** | NOT DESCRIBED |

## Involved Party        Insured

**Name:**        STAFF USA, INC.

**Address:**        PO BOX 3190

        ROCKLIN, CA  95677-0000



03/23/2013 16:48   916--773-2955       FEDEX OFFICE    3294          PAGE 18



THE
HARTFORD

**G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION**

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. I AUTHORIZE you to disclose to The Hartford a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

_Chris Bertaccia Freeman_      _5/1/53_        _3990_
Insured's Name (Please print)       Date of Birth      Last 4 Digits of Social Security Number

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning social security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

I UNDERSTAND that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) running fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

I ALSO UNDERSTAND that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures. The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

_[signature]_                          _3/19/13_
Signature of Insured or Guardian              Date          Relationship to Insured
                                                             (if signed by Guardian)

¹ The Hartford is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.

LC-7117-21FI                         Page 4 of 4                          12/2012
LC-7411-1

Bertacchi-Freeman/Hartford001434

```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                    REMOTE CSID            DURATION   PAGES      STATUS
December 2015 0, 0256 PM TEST-AC   Document 18-3   Filed 04/03/17   Page 369 of 769 Received
12/04/2014 THU 15:07  FAX                                                   ☑001/007
```



### THE HARTFORD

## *Fax Cover Page*



| | |
|---|---|
| Date: | 12/02/14 08:01:36 PM |

| | |
|---|---|
| To: | Release Of Information |
| Fax Number: | 6509912650 |
| Subject: | Dr. Kim/Request for Medical Records of Bertacchi-Freeman, Gloria for the period from 09/01/1914 to present. |

| | |
|---|---|
| From: | GB Claims – Medical Record Requests |



| | |
|---|---|
| Company: | Hartford Life, Inc. |
| Address: | PO BOX 14306 |
| | Lexington, KY  40512-4306 |

| | |
|---|---|
| Fax#: | 1- 888-393 -2106 |

| | |
|---|---|
| Total Pages: | 4 including cover page |

This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

Memo:

Bertacchi-Freeman/Hartford001435

12/04/2014 THU 15:08 FAX                                                        ☑002/007

Dec 02 2014 20:02:29 1-855-893-4357   →   Ashok Shivanagappan   Page 002
Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 370 of 769



THE
HARTFORD

December 2, 2014

Dr. Kim
Fax Number:     650-991-2650

Policyholder:    Cardinal Health, Inc.
Claimant:        Gloria Bertacchi-Freeman
DOB:             REDACTED/1953
Insured ID:      9004108017
Claim Event ID:  14520979
Policy No:       83120674

Dear Dr. Kim:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the
following information:

Please provide office notes for the period from 09/01/2014 to present. Please include any other
information you feel is pertinent to the processing of this claim.

To permit you to honor our request, we are enclosing a signed authorization to release medical
information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in
complying with our request promptly upon its receipt. If you require pre-payment please contact the
writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other
entities covered by GINA Title II from requesting or requiring genetic information of an individual,
except as specifically allowed by this law. To comply with this law, we are asking that you not
provide any genetic information when responding to this request for medical information. 'Genetic
information' as defined by GINA, includes an individual's family medical history, the results of an
individual's or family member's genetic tests, the fact that an individual or an individual's family
member sought or received genetic services, and genetic information of a fetus carried by an
individual or an individual's family member or an embryo lawfully held by an individual or family
member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

Bertacchi-Freeman/Hartford001436

If you have any questions, please feel free to contact our office at (800) 549-6514, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/AS*

Christine M. Montroy, Ability Analyst /AS
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

Bertacchi-Freeman/Hartford001437

February 24, 2014

### Letter of Representation

To Whom It May Concern:

Please be advised that ReleasePoint has been designated as an authorized representative
of Standard Insurance Company and Standard Life Insurance of New York (The
Standard) in the matter of securing medical records for the purposes of insurance
applications and/or claims investigation.  The Standard, as well as ReleasePoint, are
aware of the privacy and confidentiality issues surrounding personal health information
as outlined in the Health Insurance Portability and Accountability Act of 1996 (HIPAA),
and other applicable laws and regulations.  The records being sought are for the sole use
of The Standard as authorized by the insured/claimant or his/her legal representative.
This letter of representation is to remain in effect until further notice.

**If you have filed a claim with The Standard and have questions about why medical
records were requested, please direct your questions to your claim analyst or
examiner.  The sole purpose of this letter is to assure you that ReleasePoint is a
legitimate vendor representing The Standard.  I don't have information about your
individual case.**

Sincerely,

Evelyn Wilkins-Green
Supervisor, Disability Management Resources
The Standard
Standard Insurance Company

**Medical providers: Please forward medical records to ReleasePoint, Inc. at the
address indicated on the attached request form.  If you have any questions about
this request, please call ReleasePoint at (800) 999-9589.**

**PENINSULA ORTHOPEDIC ASSOCIATES, INC.**
Leslie H. Kim, M.D.

Name: Bertacchi-Freeman, Gloria

Time of Appointment: 11:30

Getting X-Rays this o/v?   Yes   No

Date: NOV 1 7 2014

Referred by: Dr. Nguyen

Chief Complaint: ℗ knees & back

Insurance: Cigna PPO

REDACTED 53

☐ New Patient
☐ Consult Only
☐ PTP/Ok to treat
☐ Post-op period

☑ PVT ins
☐ WC ins
☐ New Injury
☑ Follow-up

L.O.V: 10·24·14
Pre Op Date:
Surgery Date:

S: "No change" Chronic pain. Lidoderm
℗ leg-knee see swelling. HEP
Restricted activity. Disabled & off work

O: Full restriction C-sp, L-sp ROM
Neuro exam negative
℗ > ℗ mild tender
ⁿ gross eff. W/a b R/R

A: S/P ℗ k
2° OA
C-sp, L-sp deg. spine dz

P: Cont HEP, self-treatment until P.T. as Rx through ref source
RTP prn 2-3 mths

# PENINSULA ORTHOPEDIC ASSOCIATES, INC.

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015

(650)756-5630 - Fax (650)756-0136

## WORK STATUS REPORT

**Patient:** Gloria Bertacchi Freeman

DOI: 01/01/2014

Cigna Healthcare

Exam Date: 11/17/2014                          Next Exam: 02/06/2015

  ❑ Return to full duty with no limitations/restrictions on: _____

  ▣ Return to work with modified duties (see restrictions below) on: 11/17/2014

  ❑ Unable to perform any work from _____ to _____

**WORK RESTRICTIONS/LIMITATIONS:**                    (X=no capacity, LC=limited capacity)

| | |
|---|---|
| (LC) Lifting  10 pounds | (LC) Standing |
| (LC) Pushing 10 pounds. | (LC) Climbing |
| (LC) Pulling 10 pounds. | (LC) Walking |
| (___) Reaching Overhead | ( X) Kneeling |
| | ( X) Bending/Stooping/Squatting |

**DIAGNOSIS:**

**SPECIAL COMMENTS:**

_____

**Kim MD, Leslie**                          Date: 11/17/2014



Please fax the completed form to:
Fax Number: 866-411-5613
The Hartford
P.O.Box 14301
Lexington, KY 40512-4301

THE HARTFORD

### ATTENDING PHYSICIAN'S STATEMENT OF CONTINUED FUNCTIONALITY

**To be completed by the Employee**

| Patient Name: Gloria Bertacchi-Freeman | RECEIVED NOV 17 2014 BY:____ | Date of Birth: REDACTED/1953 | Insured ID Number: 9004108017 |

Patient Address: (Street, City, State & Zip Code)

5135 Moss Lane, Granite Bay, CA 95746

**To be completed by the Attending Physician** • Use current information from your patient's most recent office visit or examination to complete this form. (The patient is responsible for the completion of this form without expense to the Company.)

**DIAGNOSIS**

Primary diagnosis: Knee Osteoarthritis/Chrondomalacia    ICD-9 Code: [X] 715.16/717.7    ICD-10 Code: [ ]

Secondary diagnoses: Cervical Strain/Spring; Lumbar Degeneration/Spine Disease    ICD-9 Code(s): [X] 847/724.4/727.10    ICD-10 Code(s): [ ]

Current Subjective Symptoms: see attached report

Current Physical Examination findings: see attached report

Current Blood Pressure: 124/70 _____ Height: 5'1" Weight: 209 _____ Weight Loss / Gain? (since last visit) gain

Current Pertinent Test Results (within past 6 months) (Not previously reported; List all results, or enclose test result reports):

Test: MRI, Knee/Back    Date: 05/31/2013    Results: previously reported

Test: ____    Date: ____    Results: ____

Current Medications, Dosage, and Frequency (indicate any changes): Lidoderm 5% 700 mg/patch, 1 patch to skin once daily qd
Norco 10-325 mg 1 tab q 6-8 hrs prn pain; Tylenol 325 mg prn

**TREATMENT PLAN**

Current Treatment Plan: Physical Therapy for Knee and Back; Pain Medication; Ice Machine

What is the Frequency / Duration of Treatment? prn    Dates of Treatment: ongoing

First Office Visit for this condition: 11/13/2012    Last Office Visit: 11/17/14    Next Scheduled Office Visit: 2/6/15

Has Surgery been performed since last report: [ ] Yes [X] No    If "Yes," on what Date(s):

Procedure(s):    CPT Code(s):

Was patient hospitalized since last report? [ ] Yes [X] No    If "Yes," Hospital name and phone Number: ____
Admission date: ____    Discharge date: ____

Has patient been referred to other physicians? [ ] Yes [X] No    If "Yes," Date of Referral(s): ____

Other Physician Name ____ Phone Number: (   ) ____ Specialty: ____
Other Physician Name ____ Phone Number: (   ) ____ Specialty: ____

¹ The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

LC-7137-8 LTD    Page 1 of 2    02/2014

**Bertacchi-Freeman/Hartford001441**

**ABILITIES**

Address the full range of restrictions/limitations based on your most recent medical findings, noting that we will assume there are no restrictions on function unless specified below.

In the general workplace environment, the patient is able to:

| | Walk | Stand | Sit |
|---|---|---|---|
| Number of hours at a time | 1/4 | 1/2 | 1/2 |
| Total hours / day | 4 | 4 | 4 |
| Check here if no restrictions | ☐ | ☐ | ☐ |

Please circle / check the frequency that the patient can perform the following activities:

| R = Right    L = Left    B = Bilateral | | No Restrictions | Frequently (34 - 67%) | Occasionally (1 - 33%) | Never |
|---|---|---|---|---|---|
| Lift / carry 1 to 10 lbs. | | R  L  B | R  L  B | R  L  ☒ | R  L  B |
| Lift / carry 11 to 20 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry 21 to 30 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry 31 to 40 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry 41 to 50 lbs | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry 51 to 100 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Lift / carry over 100 lbs. | | R  L  B | R  L  B | R  L  B | R  L  ☒ |
| Bending at waist | | | | ☒ | |
| Kneeling / Crouching | | | | | ☒ |
| Driving | | | | ☒ | |
| Reaching (non load-bearing) | Above shoulder | R  L  ☒ | R  L  B | R  L  B | R  L  B |
| | Below shoulder level (reach forward for objects on desktop or workstation) | R  L  ☒ | R  L  B | R  L  B | R  L  B |
| Fingering / handling | | R  L  ☒ | R  L  B | R  L  B | R  L  B |

Hand dominance:  ☒ R    ☐ L

Expected duration of any current restriction(s) or limitation(s) listed above:
Permanent

Additional Comments:  no lift / push/pull > 10 lbs. ) no lengthy, standing, limited standing, limited walking

Does the patient have a psychiatric / cognitive impairment? ☐ Yes  ☒ No   If "Yes," please describe the extent of the impairment and its etiology:

Do you believe the patient is competent to endorse checks and direct the use of the proceeds?  ☒ Yes  ☐ No

**PHYSICIAN INFORMATION**

Provider's Name: Leslie H Kim, M.D.                  Telephone Number: (650) 756-5630

Degree: MD              Specialty: Orthopedic Surgery       Fax Number: (650) 756 0136

License Number: G41605         Social Security Number or EIN Number: REDACTED

Street Address 1850 Sullivan Suite 330    City: Daly City    State: CA   Zip Code:

Signature:                                   Date signed 11/19/14

Bertacchi-Freeman/Hartford001442


THE HARTFORD

03/23/2013 16:10 FAX                    KINKO'S                    ☒008/011


THE HARTFORD

**G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION**

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. I AUTHORIZE you to disclose to The Hartford' a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

_Gloria Bertaccin Freeman_          _5/1/53_          _3990_

Insured's Name (Please print)          Date of Birth          Last 4 Digits of Social Security Number

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. ~~Such information shall be referred to herein collectively as "My Information."~~ I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

I UNDERSTAND that once my information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

I ALSO UNDERSTAND that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make. Unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

_[signature]_                              _3/19/13_

Signature of Insured or Guardian          Date          Relationship to Insured
                                                         (if signed by Guardian)

---

[1] The Hartford is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.

LC-7117-21(F)                              Page 4 of 4                              12/2012
LC-7411.4

Bertacchi-Freeman/Hartford001443

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |

November 2:05 2013-cv-02406-TEST-AC   Document 18-3   Filed 04/03/17   Page 378 of 769 Received
11/05/2014 WED 11:49  FAX                                                    @001/023

Oct 29 2014 13:14:35 1-855-893-4357        ->           Victor Shanish        Page 001



**THE HARTFORD**

## Fax Cover Page

*SCANNED*

Date:        10/29/14 01:08:49 PM

To:          Release of information
Fax Number:  6509912650
Subject:     Dr Kim/Request medical records of Bertacchi-Freeman, Gloria for the period of 6/1/2014
to present

From:        GB Claims – Medical Record Requests

*FAXED*

*NOV 0 5 2014*

By_____

Company:     Hartford Life, Inc.
Address:     PO BOX 14306
             Lexington, KY  40512-4306

*RECEIVED*

*OCT 2 9 2014*

Fax#:        1- 888-393 -2106

Total Pages: 4 including cover page

This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

Memo:

**Bertacchi-Freeman/Hartford001444**



THE
HARTFORD

October 29, 2014

Dr Kim
901 Campus Drive #111
Daly City, CA 94015
Fax : (650) 991-2650

| Policyholder: | Cardinal Health, Inc. |
|---|---|
| Claimant: | Gloria Bertacchi-Freeman |
| DOB: | REDACTED 1953 |
| Insured ID: | 9004108017 |
| Claim Event ID: | 14520979 |
| Policy No: | 83120674 |

Dear Dr Kim:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

All records for the period of 6/1/2014 to present. Please include any other information you feel is pertinent to the processing of this claim.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

Bertacchi-Freeman/Hartford001445

11/05/2014 WED 11:49 FAX ☑003/023

Oct 29 2014 13:14:52 1-855-893-4357  Case 2:15-cv-02556-TLN-AC   Document 18-3   Filed 04/08/16   Victor Shanto Page 380 of 769   P. 003

If you have any questions, please feel free to contact our office at (800) 549-6514, x2308969.  Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/VS*

Christine M. Montroy, Ability Analyst */VS*
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (866) 411-5613

Bertacchi-Freeman/Hartford001446



**VIBRANT** *care*
REHABILITATION

Live Vibrantly

4990 Rocklin Road, Suite B
Rocklin, CA 95677
Phone (916) 632-2273
Fax (916) 632-2279

## FAX COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Dr. Kim | FROM: | Solaman |
| TO FAX: | (650) 756-0136 | DATE: | 8-15-14 |
| TO PHONE: | | PAGES: | 5 INCLUDING COVER SHEET |
| SUBJECT: | Bertacchi - Freeman, Gloria | CC: | |

**URGENT    FOR REVIEW    PLEASE COMMENT    PLEASE REPLY    TIME SENSITIVE**

**MESSAGE:**

Enclosed is a progress note for your patient, Gloria Bertacchi - Freeman

At this time we will be recommending that this patient be discharged to their home

exercise program. If you have any questions please feel free to give us a call.

Thank you for your referral.



### Notice of Confidentiality

"The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents."



| | | |
|---|---|---|
| Patient: | Gloria Bertacchifreeman | |
| Acct #: | 100197649 | Note Date: Aug 13, 2014 |
| DOB: | REDACTED 1953 | Phys Phone: (650) 991-9400 |
| Physician: | Leslie Kim | SSN: XXX-XX-XXXX |
| Phys Fax: | (650) 991-2030 | Inj. Date: Oct 05, 2012 |
| Physician: | Not Specified | Surg. Date: |
| Clinician: | Tricia Benson | Visits: 17 |
| FSC: | Commercial Insurance | Cxl/Ns: 0 |
| Case Mgr | | |
| Payor: | CIGNA PPO | Employer: None Given |
| Pol/Claim#: | | Insured: |

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

# Discharge Summary

## Diagnoses   Spine

    7242    LUMBAGO
    72252   LUMB/LUMBOSAC DISC DEGEN

## Subjective Examination

**Chief Complaint:**
• Pain: Severity at Worst: 7/10.
• Pain: Aggravating Factors: Activities:
    • Bending Forward. 0-10 minutes. Sitting: 50-60 minutes.

## Objective Examination

**Posture: Laterally:**
• Thoracic Kyphosis: Increased. Lumbar Lordosis: Increased. Pelvis: Anterior Tilt.

## Assessment

The client was educated regarding the discharge prognosis and related pathology. The client exhibits fair understanding and is independent in their home exercise program and instructions outlined in this skilled rehabilitation program. From the initiation of treatment to discharge the patient's status is unchanged. Given patient's response after completing program activity, they exhibit poor perception of appropriate self-exertion levels.

**Client Behavior/Traits:**
• Patient seemed to enjoy physical therapy but did not report any improvement in her condition over the few months I have been seeing her.

**Presentation:**
• Patient scores her Oswestry at 28/50. She indicates she is unable to stand for longer than 10 minutes due to her pain but is routinely able to stand for exercises at physical therapy 10-15 minutes without complaint of pain. She indicates only being able to lift very light weights but is able to lift her purse from the floor with ease and without complaint of pain. Her Oswestry scores indicate she has not perceived improvement since starting physical therapy. Her scores on the Oswestry have been consistent since starting treatment but indicate a much higher level of perceived impairment than her actual ability impairment seen during physical therapy treatments.

## Problems & Goals

*Problem #1*   Chief Complaint: Pain: Severity at Worst: 7/10.
    *LTG Achieve by Aug 14, 2014. Progress: Some progress.*
        **Symptomatic Improvements:**
        • Decreasing Pain: to 4/10.

*Problem #2*   Chief Complaint: Pain: Aggravating Factors: Activities: Bending Forward. 0-10 minutes.
    *LTG Achieve by Aug 14, 2014. proper bending mechanics*
        **Biomechanical Improvements:**
        • via Joint Protection Procedures.

*Problem #3*   Chief Complaint: Pain: Aggravating Factors: Activities: Sitting: 50-60 minutes.
    *LTG Achieve by Aug 14, 2014. sitting*
        **Functional Improvements In:**
        • Positional Tolerance to: Up to 2 Hours.

## Plan

Document ID: 3BF002C3.022                Status: Signed off (secure electronic signature)                Page 1 of 2
Tricia Benson, PT (CA Lic: 30225)

Aug. 15. 2014  2:02PM                                                      No. 1037  P. 3/5



| | Patient: | Gloria Bertacchifreeman |
| | Acct #: | 100197649 |

Note Date:   Aug 13, 2014

**Daily Plan:**
* Continue to pursue new prescription from MD. Patient said one was issued and MD office has confirmed this by phone but hard copy of the prescription has not been received yet.

**Discharge due to:**
* Non-compliance.

Electronically authenticated.

---

Tricia Benson, PT(CA Lic: 30225)
Signed on Aug 13, 2014 14:05:54

---

Name: Bertacchi Freeman, Gloria                    DOB REDACTED 1953                                  Date:

Bertacchi-Freeman/Hartford001449

VIBRANTcare
REHABILITATION

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

| | |
|---|---|
| Patient: | Gloria Bertacchifreeman |
| Acct #: | 100209006 |
| DOB: | REDACTED 953 |
| Physician: | Leslie Kim |
| Phys Fax: | (650) 991-2650 |
| Physician: | Not Specified |
| Clinician: | Tricia Benson |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | CIGNA |
| Pol/Claim#: | |

| | |
|---|---|
| Note Date: | Aug 13, 2014 |
| Phys Phone: | (650) 991-9400 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Mar 01, 2014 |
| Surg. Date: | |
| Visits: | 17 |
| Cxl/Ns: | 0 |
| Employer: | |
| Insured: | |

# Discharge Summary

## Diagnosis   Bilateral Knee   71946   JOINT PAIN-L/LEG

## General Information

History of Injury:
* Surgery for medial meniscus repair right knee 12/2013, left knee 12/2012. Also complains of Lumbago.

## Subjective Examination

Chief Complaint:
* Pain: Effect on Activity: Restricts. (stand tolerance, walking).
* Pain: Aggravating Factors: Activities:
  * Walking: 10-20 minutes. Standing: 10-20 minutes.

## Objective Examination

LEFS 7/21/14 13/80 = 84% perceived impairment (5/21/14 = 11/80 indicating 86% perceived impairment) (4/21/14 = 13/80 indicating 84% perceived impairment) (3/27/14 = 17/68, 75% perceived impairment)

| Girth/Volume: Pre-Treatment Girth: Girth (cm): | Left | Right |
|---|---|---|
| 4) Joint Line | 46.5 cm. | 46.0 cm. |
| Superior Patellar Pole | 49.0 cm. | 51.0 cm. |
| Inferior Patellar Pole | 43.0 cm. | 43.0 cm. |

| | Mar 27, 2014 | | Jul 21, 2014 | |
|---|---|---|---|---|
| Muscle Testing: Lower Extremity MMT: | Left | Right | Left | Right |
| Hip Extension | +4/5 | +3/5 | +4/5 | 4/5 |
| Hip Flexion | -4/5 | +4/5 | 4/5 | +4/5 |
| Hip External Rotation | -4/5 | -4/5 | 4/5 | 4/5 |
| Hip Internal Rotation | 4/5 | -4/5 | 4/5 | 4/5 |
| Knee Extension | +4/5 | 4/5 | +4/5 | 4/5 |
| Knee Flexion | -4/5 | +3/5 | 4/5 | -4/5 |
| Ankle Dorsiflexion | -4/5 | 4/5 | +4/5 | 4/5 |
| Ankle Plantarflexion | 5/5 | 5/5 | 5/5 | 5/5 |

| | Mar 27, 2014 | | Jul 21, 2014 | |
|---|---|---|---|---|
| Range of Motion: Knee: Pre-Treatment: | L. Act. | R. Act. | L. Act. | R. Act. |
| Extension | 0 | 0 | 0 | 0 |
| Flexion | 125 | 113 | 125 | 120 |

Range of Motion:
* Patient complains of back pain with hip IR bilaterally and hip extension on the right LE

## Assessment

The client was educated regarding the discharge prognosis and related pathology. The client exhibits fair understanding and is independent in their home exercise program and instructions outlined in this skilled rehabilitation program. From the initiation of treatment to discharge the patient's status is unchanged.

Presentation:
* Patient scores her LEFS at 13/80. She indicates extreme difficulty or unable to perform lifting an object, like a bag of groceries form the

---

Document ID: 3FF002C4.022
Tricia Benson, PT(CA Lic: 30225)

Status: Signed off (secure electronic signature)

Page 1 of 2



| Patient: | Gloria Bertacchifreeman |
|---|---|
| Acct #: | 100209006 |

Note Date:   Aug 13, 2014

floor but is able to lift her purse from the floor with ease and without complaint of pain. She indicates moderate difficulty with getting into or out of a car but is able to drive herself to physical therapy independently and get into/out of the car and into/out of the building independently without use of an AD. She does not use an AD for any of her ADL's. Her scores on the LEFS have been consistent since starting treatment but indicate a much higher level of perceived impairment than her actual ability impairment. Her LEFS scores indicate she has not perceived improvement since starting physical therapy.

## Problems & Goals

*Problem #1*   Chief Complaint: Pain: Effect on Activity: Restricts. (stand tolerance, walking).
   LTG Achieve by Aug 14, 2014.
      Functional Improvements In:
         • Athletic Capacity, Returning to: walking for exercise

*Problem #2*   Range of Motion: Knee: Pre-Treatment.
   LTG Achieve by Aug 14, 2014.

| Range of Motion Improvements to: Knee: | Left AROM | Right AROM |
|---|---|---|
| Flexion: | 130 | 130 |

*Problem #3*   Muscle Testing: Lower Extremity MMT.
   LTG Achieve by Aug 14, 2014.

| Musculoskeletal Improvements In: Lower Extremity Strength to: | | Right |
|---|---|---|
| • Knee Flexion | | 4/5 |

*Problem #4*   Chief Complaint: Pain: Aggravating Factors: Activities: Walking: 10-20 minutes.
   LTG Achieve by Aug 14, 2014.
      Functional Improvements In:
         • Activity Tolerance: Up to 30 Minutes.

*Problem #5*   Chief Complaint: Pain: Aggravating Factors: Activities: Standing: 10-20 minutes.
   LTG Achieve by Aug 14, 2014.
      Functional Improvements In:
         • Activity Tolerance: Up to 30 Minutes.

## Plan

**Daily Plan:**
• Continue to pursue new prescription from MD. Patient said one was issued and MD office has confirmed this by phone but hard copy of the prescription has not been received yet.
**Discharge due to:**
• Non-compliance.

Electronically authenticated.

Tricia Benson, PT(CA Lic: 30225)
Signed on Aug 13, 2014 14:06:42

**VIBRANTcare** REHABILITATION

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

| | |
|---|---|
| Patient: | Gloria Bertacchifreeman |
| Acct #: | 100209006 |
| DOB: | REDACTED 1953 |
| Physician: | Leslie Kim |
| Phys Fax: | (650) 991-9656 756-0136 |
| Physician: | Not Specified |
| Clinician: | Tricia Benson |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | CIGNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | Jul 17, 2014 |
| Phys Phone: | (630) 991-9400 756-520 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Mar 01, 2014 |
| Surg. Date: | |
| Visits: | 16 |
| Cxl/Ns: | 0 |
| Employer: | |
| Insured: | |

# Re-Evaluation *Progress Report (No Re-eval Charge)*

## Diagnosis    Bilateral Knee    719.46    JOINT PAIN-L/LEG

## General Information

History of Injury:
* Surgery for medial meniscus repair right knee 12/2013, left knee 12/2012. Also complains of Lumbago.

## Subjective Examination

Chief Complaint:
* Pain: Effect on Activity: Restricts. (stand tolerance, walking).
* Pain: Aggravating Factors: Activities:
  * Walking: 10-20 minutes, Standing: 10-20 minutes.
Daily Comments: Overall Condition is:
* Unchanged. Patient unable to say improvement has been made with physical therapy. She continues to report pain in the knees with standing over 5 minutes and walking more than 5 minutes. She complains that the knee continues to swell and is limited in motion. She reports going to the gym regularly which she is not sure is helping.

## Objective Examination

LEFS 4/21/14 = 13/80 indicating 84% perceived impairment. (3/27/14 = 17/68, 75% perceived impairment)
Functional Tests: Berg Balance Scale:

| | |
|---|---|
| * Risk of Falling | 41-56: Low |
| * Sitting to Standing | 3= Independent, Uses Hands |
| * Standing Unsupported | 4= 2 minutes, unsupervised |
| * Sitting Unsupported | 4= 2 minutes, unsupervised |
| * Standing to Sitting | 4= Descent, minimal hand use |
| * Transfers. | 4= Minimal use of hands |
| * Standing With Eyes Closed | 4= 10 seconds, unsupervised |
| * Standing With Feet Together | 4= 1 minute, unsupervised |
| * Reach Forward/Outstretched Arm | 3= More than 12.5cm safely(5 in) |
| * Retrieving Object From Floor | 4= Picks up object easily |
| * Turning to Look Behind | 4= From both sides |
| * Turning 360 Degrees | 2= Safely but slowly |
| * Placing Alt Foot on Stool | 3= 8 steps in more than 20 sec |
| * Standing, One Foot in Front | 2 = Small step, 30 seconds |
| * Standing on One Foot | 1= Unable to hold for 3 seconds |
| * Severity/Complexity Modifiers | 45-55 (1% to < 20% impaired) |

Functional Tests:
* BERG 46/56 on 7/17/14

| Muscle Testing: Lower Extremity MMT: | May 21, 2014 | | Jul 17, 2014 | |
|---|---|---|---|---|
| | Left | Right | Left | Right |
| * Hip Extension | +4/5 | 4/5 | +4/5 | 4/5 |
| * Hip Flexion | 4/5 | +4/5 | 4/5 | +4/5 |
| * Hip External Rotation | -4/5 | -4/5 | 4/5 | 4/5 |
| * Hip Internal Rotation | 4/5 | +4/5 | 4/5 | 4/5 |

Document ID: 3EF002C4.019
Tricia Benson,PT(CA Lic: 30223)    Status: Signed off (secure electronic signature)    Page 1 of 4



**VIBRANT**care

| Patient: | Gloria Bertacchifreeman |
|---|---|
| Acct #: | 100209006 |

Visit Date:   Jul 17, 2014

| | +4/5 | 4/5 | +4/5 | 4/5 |
|---|---|---|---|---|
| • Knee Extension | +4/5 | 4/5 | +4/5 | 4/5 |
| • Knee Flexion | 4/5 | -4/5 | 4/5 | -4/5 |
| • Ankle Dorsiflexion | +4/5 | 4/5 | +4/5 | 4/5 |
| • Ankle Plantarflexion | 5/5 | 5/5 | 5/5 | 5/5 |

| | **May 21, 2014** | | **Jul 17, 2014** | |
|---|---|---|---|---|
| **Range of Motion: Knee: Pre-Treatment:** | **L. Act.** | **R. Act.** | **L. Act.** | **R. Act.** |
| • Extension | 0 | 0 | 0 | 0 |
| • Flexion | 125 | 115 | 125 | 120 |

| | **May 21, 2014** | | **Jul 17, 2014** | |
|---|---|---|---|---|
| **Range of Motion: Hip/Pelvis: Pre-Treatment:** | **L. Act.** | **R. Act.** | **L. Act.** | **R. Act.** |
| • Extension | 10 | 8 | 10 | 10 |
| • Flexion | 140 | 116 | 120 | 120 |
| • External Rotation | 35 | 30 | 35 | 35 |
| • Internal Rotation | 25 | 20 | 25 | 25 |

| | **May 21, 2014** | | **Jul 17, 2014** | |
|---|---|---|---|---|
| **Range of Motion: Foot/Ankle: Pre-Treatment:** | **L. Act.** | **R. Act.** | **L. Act.** | **R. Act.** |
| • Dorsiflexion | 10 | 6 | 10 | 10 |
| • Plantarflexion | 51 | 47 | 51 | 47 |

**Range of Motion:**
• Patient complains of back pain with hip IR bilaterally and hip extension on the right LE

# Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Therapeutic Activities | 97530 | 2 | 20 |
| • Therapeutic Procedure | 97110 | 1 | 12 |

**Exercise Activities: Flexibility:**
| • Gastroc Towel Stretching(This visit) | Did Not Perform: This visit |
|---|---|
| • Gastrocnemius Slantboard | Time Elapsed: 4 Minutes, Subtalar Position: Neutral, Additional Detail: standing on board, Charge As: Therapeutic Exercise, Billing Code: 97110. |
| • Hamstring Muscle(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: Gait Activities:**
| • Level Surface Ambulation(This visit) | Did Not Perform: This visit |
|---|---|
| • Gait Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Range of Motion:**
| • Knee Extension(This visit) | Did Not Perform: This visit |
|---|---|
| • ROM Activity 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: Pilates: Combo Chair:**
| • Seated Leg Press(This visit) | Did Not Perform: This visit |
|---|---|
| • Standing Leg Press(This visit) | Did Not Perform: This visit |

**Exercise Activities: Aerobic Conditioning:**
| • Recumbent Bicycle | Time Elapsed: 8 Minutes, Level: 1, Charge As: Therapeutic Exercise, Billing Code: 97110. |
|---|---|

**Exercise Activities: Dynamic Training: Balance/Proprioception:**
| • Balance Board(This visit) | Did Not Perform: This visit |
|---|---|
| • Weight Shift(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: Gym Ball: Sitting Exercises:**
| • Ball/Bolster Activity 1(This visit) | Did Not Perform: This visit |
|---|---|

**Exercise Activities: Tubing/Bands:**

---

Document ID: 3EF002C4.019                Status: Signed off (secure electronic signature)                Page 2 of 4
Tricia Bunson,PT(CA Lic: 30225)



| Name: Bertacchi Freeman, Gloria | DOB: [REDACTED]/1953 | Date: |
|---|---|---|

Bertacchi-Freeman/Hartford001453

**VIBRANTcare** REHABILITATION

Patient: Gloria Bertacchifreeman
Acct #: 100209006

Visit Date: Jul 17, 2014

| | | | | |
|---|---|---|---|---|
| • Knee Extension | +4/5 | 4/5 | +4/5 | 4/5 |
| • Knee Flexion | 4/5 | -4/5 | 4/5 | -4/5 |
| • Ankle Dorsiflexion | +4/5 | 4/5 | +4/5 | 4/5 |
| • Ankle Plantarflexion | 5/5 | 5/5 | 5/5 | 5/5 |

|  | May 21, 2014 | | Jul 17, 2014 | |
|---|---|---|---|---|
| **Range of Motion: Knee: Pre-Treatment:** | L. Act. | R. Act. | L. Act. | R. Act. |
| • Extension | 0 | 0 | 0 | 0 |
| • Flexion | 125 | 115 | 125 | 120 |

|  | May 21, 2014 | | Jul 17, 2014 | |
|---|---|---|---|---|
| **Range of Motion: Hip/Pelvis: Pre-Treatment:** | L. Act. | R. Act. | L. Act. | R. Act. |
| • Extension | 10 | 8 | 10 | |
| • Flexion | 110 | 116 | 120 | 120 |
| • External Rotation | 35 | 30 | 35 | 35 |
| • Internal Rotation | 25 | 20 | 25 | 25 |

|  | May 21, 2014 | | Jul 17, 2014 | |
|---|---|---|---|---|
| **Range of Motion: Foot/Ankle: Pre-Treatment:** | L. Act. | R. Act. | L. Act. | R. Act. |
| • Dorsiflexion | 6 | 4 | 10 | 10 |
| • Plantarflexion | 51 | 47 | 51 | 47 |

**Range of Motion:**
• Patient complains of back pain with hip IR bilaterally and hip extension on the right LE

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Therapeutic Activities | 97530 | 2 | 20 |
| • Therapeutic Procedure | 97110 | 1 | 12 |

**Exercise Activities: Flexibility:**
• Gastroc Towel Stretching(This visit) — Did Not Perform: This visit
• Gastrocnemius Slantboard — Time Elapsed: 4 Minutes, Subtalar Position: Neutral, Additional Detail: standing on board, Charge As: Therapeutic Exercise, Billing Code: 97110.
• Hamstring Muscle(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: Gait Activities:**
• Level Surface Ambulation(This visit) — Did Not Perform: This visit
• Gait Training 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Range of Motion:**
• Knee Extension(This visit) — Did Not Perform: This visit
• ROM Activity 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: Pilates: Combo Chair:**
• Seated Leg Press(This visit) — Did Not Perform: This visit
• Standing Leg Press(This visit) — Did Not Perform: This visit

**Exercise Activities: Aerobic Conditioning:**
• Recumbent Bicycle — Time Elapsed: 8 Minutes, Level: 1, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: Balance/Proprioception:**
• Balance Board(This visit) — Did Not Perform: This visit
• Weight Shift(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: Gym Ball: Sitting Exercises:**
• Ball/Bolster Activity 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Tubing/Bands:**



 VIBRANTcare

**Patient:** Gloria Bertacchifreeman
**Acct #:** 100209006

Visit Date: Jul 17, 2014

| | |
|---|---|
| • Hamstring Curls, Standing | Time Elapsed: 3 Minutes, Tubing/Band Color: green, Charge As: Therapeutic Activities, Billing Code: 97530. |
| • Hip Abduction (Tubing) | Time Elapsed: 3 Minutes, Tubing/Band Color: green. Additional Detail: supine and seated, Charge As: Therapeutic Activities, Billing Code: 97530. |
| • Hip Extension (Tubing) | Time Elapsed: 3 Minutes, Tubing/Band Color: green, Charge As: Therapeutic Activities, Billing Code: 97530. |
| • Hip Flexion (Tubing) | Time Elapsed: 3 Minutes, Tubing/Band Color: green, Charge As: Therapeutic Activities, Billing Code: 97530. |
| • Hip Internal Rotation | Time Elapsed: 3 Minutes, Tubing/Band Color: green, Charge As: Therapeutic Activities, Billing Code: 97530. |

**Modalities:**

| | |
|---|---|
| • Electric Stim, Unattended | Time Elapsed: 15 Minutes, Location: bilateral anterior and medial knee, Mode: Continuous, Type: TENS, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014. |
| • Ultrasound(This visit) | Did Not Perform: This visit |

**Pt./Family Education:**

| | |
|---|---|
| • Written Home Exercise Program | Time Elapsed: 3 Minutes, Activity: Provided & Reviewed, Additional Detail: copy in chart, Description: Diagnosis Specific, Charge As: Therapeutic Activities, Billing Code: 97530. |

**Therapy Session Time**

| | |
|---|---|
| • Therapy Session Start Time | 09:30 AM |
| • Therapy Session Stop Time | 10:15 AM |
| • Total Therapy Session Time: | 45 Minutes |

**Timed Code Total Time:**
• 32 Minutes

## Assessment

**Presentation:**

• Patient has improved posture with less anterior pelvic tilt after today's treatment. She required multiple cues verbally to use abdominals and maintain neutral pelvis and proper LE alignment. She was instructed to think about this during ADL/s in order to provide stability to the lumbar spine and lessen her back and knee pains. She seems to understand the concept but to date has not shown carry over of what she has learned during treatment into home activities. When asked how is your pain today? She replies, "Oh, you know." She is unable to give a straight answer as to exact pain location or number level of pain. She would benefit from continued core and lower extremity strengthening but needs to have more carry over into ADL's in order to make lasting changes in her pain.

## Problems & Goals

**Problem #1   Chief Complaint: Pain: Effect on Activity: Restricts. (stand tolerance, walking).**
  LTG Achieve by Aug 14, 2014.
    Functional Improvements In:
    • Athletic Capacity, Returning to: walking for exercise

**Problem #2   Range of Motion: Knee: Pre-Treatment.**
  LTG Achieve by Aug 14, 2014.

| Range of Motion Improvements to: Knee: | Left AROM | Right AROM |
|---|---|---|
| • Flexion | 130 | 130 |

**Problem #3   Range of Motion: Hip/Pelvis: Pre-Treatment.**
  Goal Achieved Jul 17, 2014.

| Range of Motion Improvements to: Hip/Pelvis: | Left AROM | Right AROM |
|---|---|---|
| • Extension | | 10 |
| • Flexion | 120 | 120 |
| • External Rotation | | 15 |

---

 FAXED

---



| Patient: | Gloria Bertacchifreeman |
| Acct #: | 100209006 |

Visit Date:   Jul 17, 2014

---

　　　　　• Internal Rotation                                                          25

**Problem #4   Range of Motion: Foot/Ankle: Pre-Treatment.**
　　*Goal Achieved Jul 17, 2014.*
　　　　Range of Motion Improvements to: Foot/Ankle:       **Left AROM**       **Right AROM**
　　　　• Dorsiflexion                                           5 to 10          to 10

**Problem #5   Muscle Testing: Lower Extremity MMT.**
　　*LTG Achieve by Aug 14, 2014*
　　　　Musculoskeletal Improvements In: Lower                          Right
　　　　Extremity Strength to:
　　　　• Knee Flexion                                                   4/5
　　*Goal Achieved Jul 17, 2014.*
　　　　Musculoskeletal Improvements In: Lower       Left                  Right
　　　　Extremity Strength to:
　　　　• Gross Assessment                            4/5                  4/5

**Problem #6   Chief Complaint: Pain: Aggravating Factors: Activities: Walking: 10-20 minutes.**
　　*LTG Achieve by Aug 14, 2014.*
　　　　Functional Improvements In:
　　　　• Activity Tolerance: Up to 30 Minutes.

**Problem #7   Chief Complaint: Pain: Aggravating Factors: Activities: Standing: 10-20 minutes.**
　　*LTG Achieve by Aug 14, 2014.*
　　　　Functional Improvements In:
　　　　• Activity Tolerance: Up to 30 Minutes.

## Plan

**Daily Plan:**
　• Continue w/ Current Rehabilitation Program.  MD has ordered continued treatment for the lumbar and knee pain. New prescription is being
　sent by fax.

Electronically authenticated.

---

Tricia Benson, PT(CA Lic: 30225)
Signed on Jul 17, 2014 13:14:44

---



**VIBRANTcare**
REHABILITATION

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

| | |
|---|---|
| Patient: | Gloria Bertacchifreeman |
| Acct #: | 100209006 |
| DOB: | REDACTED, 1953 |
| Physician: | Leslie Kim |
| Phys Fax: | (650) 991-2650 |
| Physician: | Not Specified |
| Clinician: | Tricia Benson |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | CIGNA |
| Pol/Claim#: | |

| | | |
|---|---|---|
| Visit Date: | Jul 17, 2014 | |
| Phys Phone: | (650) 991-9400 | |
| SSN: | XXX-XX-XXXX | |
| Inj. Date: | Mar 01, 2014 | |
| Surg. Date: | | |
| Visits: | 16 | |
| Cxl/Ns: | 0 | |
| Employer: | | |
| Insured: | | |

# Plan of Care

**Diagnosis**   Bilateral Knee    71946    JOINT PAIN-L/LEG

## Assessment

**Presentation:**
- Patient has improved posture with less anterior pelvic tilt after today's treatment. She required multiple cues verbally to use abdominals and maintain neutral pelvis and proper LE alignment. She was instructed to think about this during ADL's in order to provide stability to the lumbar spine and lesson her back and knee pains. She seems to understand the concept but to date has not shown carry over of what she has learned during treatment into home activities. When asked how is your pain today? She replies, "Oh, you know." She is unable to give a straight answer as to exact pain location or number level of pain. She would benefit from continued care and lower extremity strengthening but needs to have more carry over into ADL's in order to make lasting changes in her pain.

## Problems & Goals

**Problem #1   Chief Complaint: Pain: Effect on Activity: Restricts. (stand tolerance, walking).**
*LTG Achieve by Aug 14, 2014.*
  **Functional Improvements In:**
  - Athletic Capacity, Resuming to: walking for exercise

| **Problem #2   Range of Motion: Knee: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Extension | 0 | 0 |
| • Flexion | 125 | 120 |

*LTG Achieve by Aug 14, 2014.*

| **Range of Motion Improvements to: Knee:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 130 | 100 |

| **Problem #3   Range of Motion: Hip/Pelvis: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Extension | 10 | 10 |
| • External Rotation | 35 | 35 |
| • Flexion | 120 | 120 |
| • Internal Rotation | 25 | 25 |

*Goal Achieved Jul 17, 2014.*

| **Range of Motion Improvements to: Hip/Pelvis:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Extension | | 10 |
| • Flexion | 120 | 120 |
| • External Rotation | | 35 |
| • Internal Rotation | | 25 |

| **Problem #4   Range of Motion: Foot/Ankle: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Dorsiflexion | 10 | 10 |
| • Plantarflexion | 51 | 47 |

*Goal Achieved Jul 17, 2014.*

| **Range of Motion Improvements to: Foot/Ankle:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Dorsiflexion | 10 | 10 |

| **Problem #5   Muscle Testing: Lower Extremity MMT.** | **Left** | **Right** |
|---|---|---|

Document ID: 3EF002C4.020
Tricia Benson,PT(CA Lic: J0225)

Status: Signed off (secure electronic signature)

Page 1 of 2



**VIBRANTcare**
REHABILITATION

Patient:   Gloria Bertacchifreeman
Acct #:   100209006

Visit Date:   Jul 17, 2014

| | | |
|---|---|---|
| • Ankle Dorsiflexion | +4/5 | 4/5 |
| • Ankle Plantarflexion | 5/5 | 5/5 |
| • Hip Extension | 3+4/5 | 4/5 |
| • Hip External Rotation | 4/5 | 4/5 |
| • Hip Flexion | 4/5 | +4/5 |
| • Hip Internal Rotation | 4/5 | 4/5 |
| • Knee Extension | +4/5 | 4/5 |
| • Knee Flexion | 4/5 | -4/5 |

LTG Achieve by Aug 14, 2014.

| | | |
|---|---|---|
| Musculoskeletal Improvements In: Lower | | Right |
| Extremity Strength in: | | |
| • Knee Flexion | | 4/5 |

Goal Achieved Jul 17, 2014.

| | | |
|---|---|---|
| Musculoskeletal Improvements In: Lower | Left | Right |
| Extremity Strength to: | | |
| • Gross Assessment | 4/5 | 4/5 |

**Problem #6**  Chief Complaint: Pain: Aggravating Factors: Activities: Walking: 10-20 minutes.
LTG Achieve by Aug 14, 2014.
    **Functional Improvements In:**
       • Activity Tolerance: Up to 30 Minutes.

**Problem #7**  Chief Complaint: Pain: Aggravating Factors: Activities: Standing: 10-20 minutes.
LTG Achieve by Aug 14, 2014.
    **Functional Improvements In:**
       • Activity Tolerance: Up to 30 Minutes.

## Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.  MD has ordered continued treatment for the lumbar and knee pain. New prescription is being sent by fax.

Electronically authenticated.

Tricia Benson, PT(CA Lic: 30225)
Signed on Jul 17, 2014 13:14:44

### Please sign and return

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need. Comments and/or revisions to this Plan of Care are noted below.

Comments/Revisions

Physician/NPP Signature        Date        Print Name and Credentials



**VIBRANTcare** REHABILITATION
*Live Vibrantly*

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

| | | | |
|---|---|---|---|
| Patient: | Gloria Bertacchifreeman | | |
| Acct #: | 100197649 | | |
| DOB: | REDACTED 1953 | Visit Date: | Jul 15, 2014 |
| Physician: | Leslie Kim | Phys Phone: | (650) 991-9400 |
| Phys Fax: | (650) 991-2650 | SSN: | XXX-XX-XXXX |
| Physician: | Not Specified | Inj. Date: | Oct 05, 2012 |
| Clinician: | Tricia Benson | Surg. Date: | |
| FSC: | Commercial Insurance | Visits: | 15 |
| Case Mgr: | | Cxl/Ns: | 0 |
| Payor: | CIGNA PPO | Employer: None Given | |
| Pol/Claim#: | | Insured: | |

# Re-Evaluation *Progress Report (No Re-eval Charge)*

## Diagnoses  Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 72252 | LUMB/LUMBOSAC DISC DEGEN |

## Subjective Examination

**Chief Complaint:**
- Pain: Severity at Worst: 7/10.
- Pain: Aggravating Factors: Activities:
  - Bending Forward. 0-10 minutes. Sitting: 50-60 minutes.

**Daily Comments:**
- Patient reports she saw her MD who requested continued core strengthening and postural exercises for her back pains. She did not come in for 3 weeks our physical therapist was on vacation and she was waiting to see her MD. She reports she is still going to the gym but does not feel her pains are changing much.

## Objective Examination

**Posture: Laterally:**
- Thoracic Kyphosis: Increased. Lumbar Lordosis: Increased. Pelvis: Anterior Tilt.

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| Hot or Cold Pack | 97010 | 1 | N/A |
| Therapeutic Activities | 97530 | 1 | 10 |
| Therapeutic Procedure | 97110 | 2 | 16 |

**Exercise Activities: Aerobic Conditioning:**
- Recumbent Bicycle(This visit) Did Not Perform This visit
- Upper Body Ergometer Time Elapsed: 8 Minutes, Direction: forward & backward, Speed (rpm): 120, Additional Detail: seated, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Range of Motion:**
- Rope & Pulley Flexion Time Elapsed; 8 Minutes, Hold: , seated with alternate knee extension kicks in neutral spine Seconds; Additional Detail: seated and standing, dynamic UE's in neutral spine and with trunk rotation. Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Stabilization Training: Supine Position:**
- Bridging(This visit) Did Not Perform This visit
- Curl Ups-Straight Plane(This visit) Did Not Perform This visit
- Marching In Place(This visit) Did Not Perform This visit
- Pelvic Tilts-Knees Flexed(This visit) Did Not Perform This visit
- Transverse Abdominal(This visit) Did Not Perform This visit
- Stabilization Training I(This visit) Did Not Perform This visit

**Exercise Activities: Dynamic Training: Gym Ball: Sitting Exercises:**

---

Document ID: 3BF002C3.018          Status: Signed off (secure electronic signature)          Page 1 of 3
Tricia Benson,PT(CA Lic: 30225)





Patient:   Gloria Bertacchifreeman
Acct #:    100197649

Visit Date:   Jul 15, 2014

- Ball/Bolster Activity 1 — Time Elapsed: 10 Minutes, Hold; bounce in neutral pelvis, single leg balance with ADIM, hamstring stretches Seconds, Description; ant/post pelvic tilts, hip circles, Charge As: Therapeutic Activities, Billing Code: 97530.

**Exercise Activities: Dynamic Training: Pilates: Combo Chair:**
- Seated Leg Press(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(L. Quarter):**
- Hamstring Muscle(This visit) — Did Not Perform: This visit

**Modalities:**
- Electric Stim, Unattended(This visit) — Did Not Perform: This visit
- Moist Hot Pack — Time Elapsed: 15 Minutes, Location: Anterior/Posterior, Clinical Use: Pre Activity, Charge As: Hot or Cold Packs, Billing Code: 97010.

**Pt/Family Education:**
- Postures(This visit) — Did Not Perform: This visit
- Written Home Exercise Program(This visit) — Did Not Perform: This visit

**Therapy Session Time**
- Therapy Session Start Time — 11:05 AM
- Therapy Session Stop Time — 11:45 AM
- Total Therapy Session Time — 40 Minutes

**Timed Code Total Time:**
- 26 Minutes

## Assessment

**Presentation:**
- Patient continues to complain of lower back pain but is vague as to the exact location of the pain or any exacerbating activity other than "everything hurts." She would definitely benefit from postural awareness and core strengthening but seems rather lazy with her posture. She reports regular visits to the gym but still exhibits poor postural control, decreased strength and anterior pelvic tilt. Needs continued emphasis on neutral pelvis and spine, strength of abdominals and glutes, overall endurance to activity and dynamic balance.

## Problems & Goals

*Problem #1   Chief Complaint: Pain: Severity at Worst: 7/10.*
   *LTG Achieve by Jun 18, 2014.*
      **Symptomatic Improvement:**
      - Decreasing Pain: to 4/10.

*Problem #2   Chief Complaint: Pain: Aggravating Factors: Activities: Bending Forward. 0-10 minutes.*
   *LTG Achieve by Jun 18, 2014. proper bending mechanics*
      **Biomechanical Improvement:**
      - via Joint Protection Procedures.

*Problem #3   Chief Complaint: Pain: Aggravating Factors: Activities: Sitting: 50-60 minutes.*
   *LTG Achieve by Jun 18, 2014. sitting*
      **Functional Improvements In:**
      - Positional Tolerance to: Up to 2 Hours.

## Plan

**Daily Plan:**
- Reassess objective measurements next visit.  Contact MD for new prescription in order to continue treatment as patient lost her copy of the prescription.

Document ID: 3BF002C3.018        Status: Signed off (secure electronic signature)        Page 2 of 3
Tricia Henson,PT(CA Lic: 30223)





Patient:   Gloria Bertacchifreeman
Acct #:    100197649

Visit Date:   Jul 15, 2014

Electronically authenticated.

Tricia Benson, PT(CA Lic: 30225)
Signed on Jul 15, 2014 13:13:07



 VIBRANTCARE REHABILITATION

4990 Rocklin Road
Ste B
Rocklin, CA USA 95677
Phone: (916) 632-2273 Fax: (916) 632-2279

| | |
|---|---|
| Patient: | Gloria Bertacchi/freeman |
| Acct #: | 100197649 |
| DOB: | REDACTED 1953 |
| Physician: | Leslie Kim |
| Phys Fax: | (650) 991-2650 |
| Physician: | Not Specified |
| Clinician: | Tricia Benson |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | CIGNA PPO |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | Jul 15, 2014 |
| Phys Phone: | (650) 991-9400 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Oct 05, 2012 |
| Surg. Date: | |
| Visits: | 15 |
| Cxl/Ns: | 0 |
| Employer: | None Given |
| Insured: | |

# Plan of Care

**Diagnoses**  Spine        7242   LUMBAGO
                             72252  LUMB/LUMBOSAC DISC DEGEN

## Assessment

**Presentation:**
- Patient continues to complain of lower back pain but is vague as to the exact location of the pain or any exacerbating activity other than "everything hurts." She would definitely benefit from postural awareness and core strengthening but seems rather lazy with her posture. She reports regular visits to the gym but still exhibits poor postural control, decreased strength and anterior pelvic tilt. Needs continued emphasis on neutral pelvis and spine, strength of abdominals and glutes, overall endurance to activity and dynamic balance.

## Problems & Goals

*Problem #1*  **Chief Complaint: Pain: Severity at Worst: 7/10.**
      *LTG Achieve by Jun 18, 2014.*
            **Symptomatic Improvements:**
            - Decreasing Pain: to 4/10.

*Problem #2*  **Chief Complaint: Pain: Aggravating Factors: Activities: Bending Forward, 0-10 minutes.**
      *LTG Achieve by Jun 18, 2014. proper bending mechanics*
            **Biomechanical Improvements:**
            - via Joint Protection Procedures.

*Problem #3*  **Chief Complaint: Pain: Aggravating Factors: Activities: Sitting: 50-60 minutes.**
      *LTG Achieve by Jun 18, 2014. sitting*
            **Functional Improvements In:**
            - Positional Tolerance to: Up to 2 Hours.

## Plan

**Daily Plan:**
- Reassess objective measurements next visit. Contact MD for new prescription in order to continue treatment as patient lost her copy of the prescription.





| | Patient: | Gloria Bertacchifreeman |
| | Acct #: | 100197649 |
| | Visit Date: | Jul 15, 2014 |

Electronically authenticated.

Tricia Benson, PT(CA Lic: 30225)
Signed on Jul 15, 2014 13:15:07

## Please sign and return

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need. Comments and/or revisions to this Plan of Care are noted below.

Comments/Revisions

| Physician/NPP Signature | Date | Print Name and Credentials |



Name: Bertacchi Freeman, Gloria
DOB: REDACTED 1953
Date:
Bertacchi-Freeman/Hartford001463

# PENINSULA ORTHOPEDIC ASSOCIATES, INC.

1850 Sullivan Avenue, Suite 330 - Daly City, California 94015
(650)756-5630 - Fax (650)756-0136

☐ *Stephen E. Conrad, M.D.*        ☐ *Alfredo F. Fernandez, M.D.*
☐ *Victoria L. Barber, M.D.*        ☐ *A. Shabi Khan, M.D.*
☐ *Philip J. Krueger, M.D.*         ☐ *Leslie H. Kim, M.D.*
                    ☐ *Eugene A. Baciocco, M.D., Inc.*

**BERTACCHI-FREEMAN, Gloria**
**D.O.B:** REDACTED 1953

**DATE: June 24, 2014**

## SUBJECTIVE COMPLAINTS

Ms. Bertacchi-Freeman returns for a scheduled orthopaedic reexamination. She was last examined on May 13, 2014, at which time additional physical therapy was prescribed.

The patient states she has attended two additional physical therapy sessions. She indicates that there has been improvement with the treatments, which have resulted in decreased knee pain.

Back symptoms are reported to be unchanged. The patient is not describing any radiating pain or neurologic symptoms associated with the back pain.

Currently, Norco analgesic medication is being used only infrequently. She has also been using Lidoderm patches, which she indicates have been effective.

## OBJECTIVE FINDINGS

Gait: The patient ambulates with a normal gait pattern.

Inspection: No deformity is evident on standing inspection. The patient's posture is normal.

Knee Range of Motion:                              Right/Left

      Knee Extension                          180/180 degrees
      Knee Flexion                            125/130 degrees

Palpation: Bilateral medial joint line tenderness.

Swelling: No gross knee joint effusion is evident.

## DIAGNOSES

1. S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013).

Bertacchi-Freeman/Hartford001464

RE: BERTACCHI-FREEMAN, Gloria
06/24/2014

2. S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12ED

3. CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE.

4. LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS.

**PLAN**

The treatment options have been discussed with the patient. She will continue attending physical therapy with additional treatments prescribed. She will be given one refill of her Norco analgesic medication, but she has been counseled and will completely wean off the medication as instructed. Lidoderm patches may continue to be used as needed. If the patient is unable to get off Norco medication, she will probably be referred for treatment by a chronic pain management specialist.

LHK/ag/jel

2

Bertacchi-Freeman/Hartford001465

Subject: 9004108017 ; Gloria Bertacchi-Freeman
From: Michael.Opperman@thehartford.com
To: Eligibility@hartfordlife.com


************************************************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
************************************************************

Bertacchi-Freeman/Hartford001466



August 22, 2014

Mastagni Holstedt, A.P.C.
1912 I St.
Sarcramento, CA 95811

CERTIFIED MAIL (91 7199 9991 7033 3372 4185)

Your Client:      Gloria Bertacchi-Freeman
Insured ID:       9004108017
Our Policyholder: Cardinal Health, Inc.

Dear Attorney Silver,

We appreciate your involvement in your client's workers compensation claim. We understand that the claim may be resolving soon and we wanted to provide you with our updated lien amount of $74,060.67.

Prior to the date of the occurrence, there was in existence an "Employee Welfare Benefit Plan" as that term is defined in the Employee Retirement Income Security Act of 1974, 29 U.S.C. 1001, et sec. (ERISA).

Thank you for your cooperation and please do not hesitate to contact the undersigned with any questions.

Sincerely,

Michael Opperman
Hartford Life and Accident Insurance Company
P.O. Box 14272
Lexington, KY 40512
Phone: 407-562-3149
Fax: 866-597-6417
michael.opperman@thehartford.com

Bertacchi-Freeman/Hartford001467

Bertacchi-Freeman/Hartford001468

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 403 of 769

May 19 2014 09:05:38 EDT  FROM: F2M/65432304570      MSG# 36700016-006-1      PAGE 001 OF 007



# The Hartford
# FAX COVER PAGE

| | |
|---|---|
| **To:** | Christine Montroy |
| **From:** | The Hartford |
| **Date:** | 05/19/14 09:05:11 AM |
| **Re:** | FAX MESSAGE |
| **Total Pages:** | 7  including cover page |

PRIVILEGED AND CONFIDENTIAL: This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information.  If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited.  If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

Notes:

Tara Osborne

**Bertacchi-Freeman/Hartford001469**

# ISO CLAIMSEARCH MATCH REPORT SUMMARY

A claim report identified by ClaimSearch identification number 8T003635137 was received by ISO ClaimSearch on 5/19/2014. Submission of this claim report initiated a search for similar claims. The claim(s) listed below appear(s) to be similar to the claim submitted. Reasonable procedures have been adopted to maximize the accuracy of this report. Independent investigations should be performed to evaluate the relevant data provided.

If you have any questions concerning your report, please contact Customer Support at (800) 888-4476.

**INITIATING CLAIM INFORMATION**

| | | | |
|---|---|---|---|
| Claim Number: | REDACTED3990 | Date of Loss: | 05/07/2014 |
| Policy Number: | 83120674 | ISO File Number: | 8T003635137 |

**SUMMARY FOR EACH SEARCHABLE PARTY**
**GLORIA BERTACCHI-FREEMAN, BOTH CLAIMANT & INSURED**

| Coverage: | Disability | | Loss Type: | Disability |
|---|---|---|---|---|

| | SAME LOSS TYPE | SIU INVOLVEMENT | NAME | ADDRESS | SSN | PHONE | DRIVER'S LICENSE | VIN | LICENSE PLATE | KEY INDICATORS FOR THIS PARTY |
|---|---|---|---|---|---|---|---|---|---|---|
| # of Matches | 1 | | 4 | 4 | | | | | | Show Key Indicators List |
| ISO File Number | | | | | | | | | | • Prior Claims History |
| 1O003281895 | | | X | X | | | | | | |
| 2H003080124 | | | X | X | | | | | | |
| 8T003586638 | X | | X | X | | | | | | |
| 9C003034707 | | | X | X | | | | | | |

# ISO CLAIMSEARCH MATCH REPORT DETAILS

## Initiating Claim                    File Number: 8T003635137

| | |
|---|---|
| Company: | H00000009 |
| Claim Number: | REDACTED3990 |
| Date/Time of Loss: | 05/07/2014 00:00 |
| Policy Number: | 83120674 |
| Policy Type: | Accident & Health |
| ISO Received Date: | 05/19/2014 |
| Loss Description: | MVA |
| Location of Loss: | CA |

**Involved Party    Both Claimant & Insured**

| Name: | GLORIA BERTACCHI-FREEMAN |
|---|---|
| Address: | 5135 MOSS LANE |
| | GRANITE BAY, CA  95746 |

## Casualty Coverage Information

| Coverage Type: | Disability |
|---|---|
| Loss Type: | Disability |
| Claim Status: | Open |
| Adjuster Company: | HARTFORD LIFE INSURANCE CO |
| Adjuster: | OSBORNE, TARA L |
| Adjuster Phone: | (800) 445-9057 |
| Alleged Injury: | PAIN IN KNEE AND BACK |

## Matching Claim                    File Number: 1O003281895

| Reason for Match: | Name |
|---|---|
| | Address |
| Insuring Company: | XL AMERICA INC |
| Claim Number: | 301210292970991 |
| Date/Time of Loss: | 10/05/2012 00:00 |
| Policy Number: | RWD943512507 |
| Policy Type: | Workers Compensation |
| Insuring Co. Address: | C/O SEDGWICK CLMS MGMT |
| | 45 MALLET DR |
| | FREEPORT, ME  04032 |
| Insuring Co. Phone: | (207) 865-2544 |
| Company Received Date: | 10/12/2012 |
| Loss Description: | KNEE, LEG, THORACIC AND LUMBAR SPRAIN |
| Agency Notified: | Report Case No.: N |
| Location of Loss: | 1330 ENCLAVE PARKWAY |
| | HOUSTON, TX  77077 |

## Involved Party    Insured

| Name: | CARDINAL HEALTH |
|---|---|
| Address: | 7000 CARDINAL PLACE |
| | DUBLIN, OH  43017 |

## Involved Party    Claimant

| Name: | GLORIA BERTACCHI-FREEMAN |
|---|---|
| Address: | 5135 MOSS LANE |
| | GRANITE BAY, CA  95746 |
| DOB: | REDACTED 1953 |
| Gender: | Female |

| | |
|---|---|
| **Home Phone:** | (916) 390-1845 |
| | *** More matches on this Home Phone outside this report *** |
| **SSN:** | XXX-XX-3990 was issued between 1964 and 1965 in CA |
| **Occupation:** | DIRECTOR OF PHA |

## Casualty Coverage Information

| | |
|---|---|
| **Coverage Type:** | Indemnity |
| **Loss Type:** | Indemnity |
| **Claim Status:** | Open |
| **Adjuster Company:** | XL AMERICA INC |
| **Adjuster:** | COE, JACKIE |
| **Adjuster Phone:** | (951) 275-5419 |
| **Alleged Injury:** | KNEE, LEG, THORACIC AND LUMBAR SPRAIN |
| **Suit filed?:** | Yes |

## Matching Claim                    **File Number:** 2H003080124

| | |
|---|---|
| **Reason for Match:** | Name |
| | Address |
| **Insuring Company:** | STATE FARM (R) AFFILIATE |
| **Claim Number:** | 0502D4506 |
| **Date/Time of Loss:** | 09/22/2011 00:00 |
| **Policy Number:** | 048089605C |
| **Policy Type:** | Personal Automobile |
| **Policy Renewed?:** | Yes |
| **Assigned Risk?:** | No |
| **Insuring Co. Address:** | CIOS - 00 |
| | ONE STATE FARM PLAZA |
| | BLOOMINGTON, IL  61710 |
| **Loss Description:** | BLANK |
| **CAT Related?:** | No |
| **Hit & Run Accident:** | No |
| **Location of Loss:** | ROCKLIN, CA |
| | US |
| **Physical Risk:** | 5228 PAR PL |
| | ROCKLIN, CA  956774204 |

## Involved Party     Claimant Driver

| | |
|---|---|
| **Name:** | GLORIA BERTACCHI |
| **Address:** | 5135 MOSS LN |
| | GRANITE BAY, CA  95746-5881 |
| | US |
| **DOB:** | REDACTED 1953 |

| | |
|---|---|
| **Home Phone:** | (916) 652-6200 |
| | *** More matches on this Home Phone outside this report *** |
| **Business Phone:** | (916) 772-3333 |
| **Cellular Phone:** | (916) 390-1845 |
| | *** More matches on this Cell Phone outside this report *** |
| **SSN:** | XXX-XX-3990 was issued between 1964 and 1965 in CA |

## Also Known As (AKA)

| | |
|---|---|
| **Name:** | GLORIA M BERTACCHI |
| **Address:** | 5135 MOSS LN |
| | GRANITE BAY, CA  95746-5881 |
| | US |

## Also Known As (AKA)

| | |
|---|---|
| **Name:** | GLORIA FREEMAN |
| **Address:** | PO BOX 2699 |
| | GRANITE BAY, CA  95746-2699 |
| | US |
| **Business Phone:** | (916) 772-3333 |

## Service Provider    Other Insurance Personnel

| | |
|---|---|
| **Name:** | STATE FARM |
| **Address:** | PO BOX 52290 |
| | PHOENIX, AZ  85072-2290 |
| | US |
| **Business Phone:** | (888) 663-1003 |

## Casualty Coverage Information

| | | |
|---|---|---|
| **Coverage Type:** | Bodily Injury | |
| **Loss Type:** | Bodily Injury | |
| **Claim Status:** | | **Date Claim Closed:** 02/01/2012 |
| **Adjuster Company:** | STATE FARM (R) AFFILIATE | |
| **Adjuster Phone:** | (877) 774-8138 | |
| **Alleged Injury:** | BACK PAIN | |
| **Suit filed?:** | No | |

## Casualty Coverage Information

| | | |
|---|---|---|
| **Coverage Type:** | Property Damage | |
| **Loss Type:** | Property Damage | |
| **Claim Status:** | | **Date Claim Closed:** 02/01/2012 |
| **Adjuster Company:** | STATE FARM (R) AFFILIATE | |
| **Adjuster Phone:** | (877) 774-8138 | |
| **Alleged Injury:** | BACK PAIN | |

| Suit filed?: | No |
|---|---|

## Involved Party — **Insured Driver**

| | |
|---|---|
| **Name:** | WYNONA GOOLD |
| **Address:** | 5228 PAR PL |
| | ROCKLIN, CA  95677-4204 |
| | US |
| **DOB:** | REDACTED 1930 |
| **Home Phone:** | (916) 259-2138 |
| **Cellular Phone:** | (928) 304-3258 |
| **SSN:** | XXX-XX-5800 was issued between 1936 and 1950 in CO |
| **Drivers License:** | N9718361 | **State:** CA |

## Matching Claim                     **File Number:** 8T003586638

| | |
|---|---|
| **Reason for Match:** | Address |
| | Name |
| **Insuring Company:** | HARTFORD LIFE INSURANCE CO |
| **Claim Number:** | REDACTED 3990 |
| **Date/Time of Loss:** | 10/11/2012 00:00 |
| **Policy Number:** | 83120674 |
| **Policy Type:** | Accident & Health |
| **Insuring Co. Address:** | HARTFORD DISABILITY CLMS |
| | 690 ASYLUM ST |
| | HARTFORD, CT  06155 |
| **Insuring Co. Phone:** | (860) 547-9615 |
| **Loss Description:** | W/R |
| **Location of Loss:** | CA |

## Involved Party — **Both Claimant & Insured**

| | |
|---|---|
| **Name:** | GLORIA BERTACCHI-FREEMAN |
| **Address:** | 5135 MOSS LANE |
| | GRANITE BAY, CA |

## Casualty Coverage Information

| | |
|---|---|
| **Coverage Type:** | Disability |
| **Loss Type:** | Disability |
| **Claim Status:** | Open |
| **Adjuster Company:** | HARTFORD LIFE INSURANCE CO |
| **Adjuster:** | SAUNDERS, LATRELLA M |
| **Adjuster Phone:** | (800) 445-9057 |
| **Alleged Injury:** | KNEE AND BACK |

## Matching Claim                    File Number: 9C003034707

| | |
|---|---|
| **Reason for Match:** | Address |
| | Name |
| **Insuring Company:** | STATE FARM (R) AFFILIATE |
| **Claim Number:** | 55J625214 |
| **Date/Time of Loss:** | 09/22/2011 00:00 |
| **Policy Number:** | 250612555 |
| **Policy Type:** | Personal Automobile |
| **Insuring Co. Address:** CI03 - 00 | |
| | ONE STATE FARM PLAZA |
| | BLOOMINGTON, IL  61710 |
| **Hit & Run Accident:** | No |
| **Location of Loss:** | SUNSET AND PACIFIC STREET |
| | ROCKLIN, CA |

## Involved Party    Claimant

| | |
|---|---|
| **Name:** | GLORIA M BERTACCHI |
| **Address:** | 5135 MOSS LN |
| | GRANITE BAY, CA  95746-5881 |
| **Home Phone:** | (916) 652-6200 |
| | *** More matches on this Home Phone outside this report *** |
| **SSN:** | XXX-XX-3990 was issued between 1964 and 1965 in CA |

## Casualty Coverage Information

| | |
|---|---|
| **Loss Type:** | Bodily Injury |
| **Adjuster Company:** | STATE FARM (R) AFFILIATE |
| **Adjuster:** | -TEAM, CLAIM PROCES |
| **Alleged Injury:** | BACK PAIN |

## Involved Party    Insured

| | |
|---|---|
| **Name:** | BERTACCHI GLORIA |
| **Address:** | 5135 MOSS LN |
| | GRANITE BAY, CA  95746-5881 |
| **SSN:** | XXX-XX-3990 was issued between 1964 and 1965 in CA |

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED     REMOTE CSID          DURATION   PAGES   STATUS
May 13, 2014 4:45:50 PM EDT  650-756-1006          4098            Received
05/13/2014  10:45   650-756-1006      FEDEX OFFICE            PAGE    01

Case 3:14-cv-02506-TLN-AC  Document 18-3  Filed 04/03/17  Page 410 of 769

**Please fax the completed form to:**
Fax Number: 866-411-5613
The Hartford
P.O.Box 14301
Lexington, KY 40512-4301



### HARTFORD LIFE INSURANCE COMPANY
### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
### ATTENDING PHYSICIAN'S STATEMENT OF CONTINUED FUNCTIONALITY

**THE**
**HARTFORD**

To be completed by the Employee

| Patient Name: | Date of Birth: REDACTED | Insured ID Number: |
|---|---|---|
| Gloria Bertacchi-Freeman | 53 | 9004108017 |

Patient Address: (Street, City, State & Zip Code):

5135 Moss Lane, Granite Bay, CA 95746

To be completed by the Attending Physician - Use current information from your patient's most recent office visit or examination to complete this form. (The patient is responsible for the completion of this form without expense to the Company.)

**DIAGNOSIS**

Primary diagnosis: Knee Osteoarthritis /Chondomalacia  ICD-9 Code: ☑ 916.16 / 717.7
ICD-10 Code: ☐

Secondary diagnoses: Cervical Strain /Sprain; Lumbar Degenerative ICD-9 Code(s): ☑  847/724.4/722.10
Spine Disease, Radiculitis ICD-10 Code(s): ☐

Current Subjective Symptoms: See attached report

Current Physical Examination findings: See attached report

Current Blood Pressure: 100/91   Height: 5'1"  Weight: 204  Weight Loss / Gain? (since last visit)

Current Pertinent Test Results (within past 6 months) (Not previously reported; List all results, or enclose test result reports):

Test: MRI rt knee + back  Date: 5/31/13  Results: previously reported

Test: _____  Date: _____  Results: _____

Current Medications, Dosage, and Frequency (indicate any changes): Lidoderm 5% 700mg/patch 1 patch to skin
once daily as directed; Norco 10-325mg sig: 1 tablet by mouth every 6-8 hrs prn pain
Tylenol 325 mg prn/prn

**TREATMENT PLAN**

Current Treatment Plan: Physical therapy for Knee & Back; Pain Medication

What is the Frequency / Duration of Treatment? twice weekly; PT Dates of Treatment: 2/3/14 - 1/15/14  3/27,3/31, 4/2, 4/7
4/9, 4/11, 4/14, 4/16, 4/21/14

First Office Visit for this condition: 11/13/12  Last Office Visit: 3/18/14  Next Scheduled Office Visit: 5/13/14

Has Surgery been performed since last report? ☑Yes ☐ No  If "Yes," on what Date(s): 12-26-13

Procedure(s): Right knee arthroscopic partial medial meniscectomy  CPT Code(s): 29876/ 29881
and synovectomy
Was patient hospitalized since last report? ☐Yes ☑No  If "Yes," Hospital name and phone Number: _____

_____  Admission date: _____  Discharge date: _____

Has patient been referred to other physicians? ☐Yes ☑ No  If " Yes," Date of Referral(s): _____

Other Physician Name _____  Phone Number: ( )_____  Specialty: _____

Other Physician Name _____  Phone Number: ( )_____  Specialty: _____

¹ The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

Bertacchi-Freeman/Hartford001476

**ABILITIES**

Address the full range of restrictions/limitations based on your medical findings at the time patient stopped working or reduced work schedule, noting that we will assume there are no restrictions on function unless specified below.

In a general workplace environment the patient is able to:

|  | Sit | Stand | Walk |
|---|---|---|---|
| Number of hours at a time | 1/2 | 1/2 | 1/4 hr |
| Total hours/day | 4 | 4 | 4 |
| Check here if no restrictions | ☐ | ☐ | ☐ |

Please check the frequency with which the patient can perform the following activities:

| R = Right    L = Left    B = Bilateral | | No Restrictions | Frequently (34-67%) | Occasionally (1-33%) | Never |
|---|---|---|---|---|---|
| Lift / carry 1 to 10 lbs. | | R L B | R L B | R L B | R L B |
| Lift / carry 11 to 20 lbs. | | R L B | R L B | R L B | R L B |
| Lift / carry 21 to 30 lbs. | | R L B | R L B | R L B | R L B |
| Lift / carry 31 to 40 lbs. | | R L B | R L B | R L B | R L B |
| Lift / carry 41 to 50 lbs. | | R L B | R L B | R L B | R L B |
| Lift / carry 51 to 100 lbs. | | R L B | R L B | R L B | R L B |
| Lift / carry over 100 lbs. | | R L B | R L B | R L B | R L B |
| Bending at waist | | | | ✓ | |
| Kneeling / crouching | | | | | ✓ |
| Driving | | | ✓ | | |
| Reaching only (non load-bearing) | Above shoulder | R L B | R L B | R L B | R L B |
| | Below shoulder level (reach forward for objects on desktop or workstation) | R L B | R L B | R L B | R L B |
| Fingering / handling | | R L B | R L B | R L B | R L B |

Hand dominance: (R)  [L]

Progress (Please check one): ☐ Recovered   ☑ Improved   ☐ Unchanged   ☐ Retrogressed

Expected duration of any restriction(s) or limitation(s) listed above:
Permanent

Additional Comments:

Does the patient have a psychiatric / cognitive impairment? ☐ Yes  ☑ No   If "Yes," please describe the extent of the impairment and its etiology:

Do you believe the patient is competent to endorse checks and direct the use of the proceeds? ☑ Yes  ☐ No

Attending Physician's Name: (please print or type)
Leslie H. Kim, M.D.
Telephone Number: (650) 991-9400

License Number: G41605
EIN Number:
Fax Number: (650) 991-2650

Degree: M.D.
Specialty: Orthopedic Surgery

Street Address: Street, City, State & Zip Code)
901 Campus Drive Suite 111, Daly City, CA 94015

Signature:      Date signed: 5-13-14

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery Sports Medicine



Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
**www.wbomg.com**

Date of Service: 5/13/2014

Primary Care Provider: No data for PCP First Name No data for PCP Last Name FAX: No data for PCP Fax

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 5/13/2014
**REFERRING PROVIDER:**

### SUBJECTIVE FINDINGS:
Ms Bertacchi-freeman is here today for a follow up examination of her right knee, back, and neck. She reports that she was recently in a car accident 5/7/2014, she reports that she reports increased her pain. She has followed up with her PCP since the accident. Completed 8 sessions of physical therapy for her back and knee. Patient would like to request additional therapy. Complains of constant swelling in her right knee, but continues to exercise her knee. Complains of intermittent pain in her neck. She continues to have trouble sleeping. Continues taking tylenol, norco and lidoderm prn for pain 2-3 times per week.

### MEDICATIONS:
Norco (hydrocodone-acetaminophen) (Dosage: 10-325 mg|tablet SIG: Take 1 tablet by mouth every six to eight hours as needed for pain Dispense: 30)
tylenol (Dosage: |)

### ALLERGIES:
NKDA

### OBJECTIVE FINDINGS:
LUMBAR SPINE ACTIVE RANGE OF MOTION MEASUREMENTS:
FLEXION          20 cm. (fingertip to floor distance)
EXTENSION        90 % normal
RIGHT BENDING    75 % normal
LEFT BENDING     75 % normal
RIGHT ROTATION   90 % normal
LEFT ROTATION    100 % normal
No palpable paraspinal muscle spasm

### DIAGNOSIS:
1. S/P RIGHT KNEE ARTHROSCOPIC PARTIAL MEDIAL MENISCECTOMY, SYNOVECTOMY (12/27/2013)
2. S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY (12-13-12)
3. CERVICAL STRAIN-SPRAIN, RULE OUT DEGENERATIVE SPINE DISEASE
4. LUMBAR DEGENERATIVE SPINE DISEASE, SLIGHT DISC PROTRUSION, SECONDARY RADICULITIS
715.16—Knee - OA knee

### ASSESSMENT & PLAN:

Bertacchi-Freeman/Hartford001478

Date of Service: 5/13/2014          Patient: Gloria Bertacchi-freeman          Page:  2

I discussed my findings and the treatment options with the patient.
ADDITIONAL PT PRESCRIBED 2X/WK X 4 WKS, TRANSITION TO HEP.
CONTINUE TREATMENT INTERCURRENT MVA AGGRAVATION BACK CONDITION.


Leslie Kim, M.D.
CA License # G41605

Bertacchi-Freeman/Hartford001479

04/30/2014  09:36      916--773-2956          FEDEX OFFICE     3294      PAGE   01

Christine Montroy
800 898 2458 x 2308969
FAX877 454 7217
her address is Benefit Management Services,
Minneapolis Disability Claim Office
The Hartford PO Box 14305
Lexington KY 40512-4305


April 30, 2014

Dear Ms. Montroy

Please be advised that the following person is my new attorney for my workers compensation
case. Mr. Lester is no longer the attorney at the firm handling the case. Please also see attached
letter from the opposing counsel showing that I have a QME exam on June 6, 2014. This QME
exam must be completed as a follow up before the workers compensation case can be resolved.

Ms. Emily Silver
Mastagni, Holstedt, et al
1912 I Street
Sacramento, CA. 95811
Phone 916 491 4248
FAX 916 447 4614


Sincerely,


Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA. 95746
916 390 1845
email deltadoctor@yahoo.com

Bertacchi-Freeman/Hartford001480

# McDONALD LAW CORPORATION



April 24, 2014

Gloria Bertacchi
5135 Moss Lane
Granite Bay, CA 95746

RE:    Gloria Bertacchi (Freeman) vs. Cardinal Health
       WCAB No.              :    ADJ8601069
       Claim No.             :    30121028297-0001
       Date of Injury        :    CT 07/01/12 - 10/05/12
       Our File No.          :    326-5559-12

Dear Dr. Bertacchi:

With respect to your industrial injury case, we have taken the liberty of scheduling an examination for you with a doctor qualified to render an opinion in connection with your particular injury. You are hereby requested to report for a Panel Qualified Medical Examination as indicated below:

**DATE:**    Friday, June 6, 2014            **ARRIVAL TIME:** 2:30 p.m.
                                             **APPOINTMENT TIME:** 3:00 p.m.

**LOCATION:**    Michael A. Amster, M.D.          (530) 302 - 5773
                 3000 T Street, Suite 105
                 Sacramento, CA 95817

Please make arrangements to be present at the appointed time. You have a right to have an interpreter present if you do not proficiently speak or understand the English language. If you are represented by counsel and are unable to attend this appointment, please contact your attorney and another appointment will be made for you. Failure to attend this medical evaluation could prejudice any rights to additional benefits. A mileage check will be sent under separate cover.

                                    Very truly yours,

                                    McDONALD LAW CORPORATION

                                    BY:    MICHAEL G. MCDONALD, ESQ.

MGM:rad
cc:    Sedgwick CMS (Riverside) (Coe)
       Mastagni, Holstedt, Amick, Miller, et al. (Lester, Esq.)
       Michael Amster, M.D.
clients\2500\2400\F225.doc

---

| Corporate Office | PLEASE REPLY TO OUR | Los Angeles Area Office |
|---|---|---|
| **Bay Area** | **CORPORATE OFFICE** | Voice: (657) 333-0630 |
| 1800 Sutter Street, Suite 300 | | **Central Valley/Sacramento Office** |
| Concord, CA 94520-2563 | **www.mcdonaldlawcorp.com** | Voice: (916) 201-2450 |
| Voice: (925) 363-4380 | **Fax:   (925) 363-4352** | **South Bay/San Jose Office** |
| E-mail: info@mcdonaldlawcorp.com | | Voice: (408) 315-5941 |

Bertacchi-Freeman/Hartford001481

Mar 04 2014 16:27:47 EST  FROM: F2M/69208944386      MSG# 53757394-006-1      PAGE 001 OF 007



# The Hartford
# FAX COVER PAGE

To:          Christine Montroy

From:        The Hartford

Date:        03/04/14 04:26:54 PM

Re:          FAX MESSAGE

Total Pages:  7  including cover page

---

PRIVILEGED AND CONFIDENTIAL: This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information.  If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited.  If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

---

Notes:

LaTrella Saunders
Senior Service Specialist
National Claim Operations
Claim Strategy & Services
The Hartford | Group Benefits | Claims
latrella.saunders@TheHartford.com
678.566.4261 Phone

**Bertacchi-Freeman/Hartford001482**

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 417 of 769

# ISO CLAIMSEARCH MATCH REPORT SUMMARY

A claim report identified by ClaimSearch identification number 8T003586638 was received by ISO ClaimSearch on 3/4/2014. Submission of this claim report initiated a search for similar claims. The claim(s) listed below appear(s) to be similar to the claim submitted. Reasonable procedures have been adopted to maximize the accuracy of this report. Independent investigations should be performed to evaluate the relevant data provided.

If you have any questions concerning your report, please contact Customer Support at (800) 888-4476 ✆.

**INITIATING CLAIM INFORMATION**

| | | | |
|---|---|---|---|
| Claim Number: | REDACTED 3990 | Date of Loss: | 10/11/2012 |
| Policy Number: | 83120674 | ISO File Number: | 8T003586638 |

**SUMMARY FOR EACH SEARCHABLE PARTY**
**GLORIA BERTACCHI-FREEMAN, BOTH CLAIMANT & INSURED**

| | | |
|---|---|---|
| Coverage: | Disability | Loss Type: | Disability |

| | SAME LOSS TYPE | SIU INVOLVEMENT | NAME | ADDRESS | SSN | PHONE | DRIVER'S LICENSE | VIN | LICENSE PLATE | KEY INDICATORS FOR THIS PARTY |
|---|---|---|---|---|---|---|---|---|---|---|
| # of Matches | | | 3 | 3 | | | | | | Show Key Indicators List |
| ISO File Number | | | | | | | | | | • Prior Claims History |
| 1O003281895 | | | X | X | | | | | | |
| 2H003080124 | | | X | X | | | | | | |
| 9C003034707 | | | X | X | | | | | | |

# ISO CLAIMSEARCH MATCH REPORT DETAILS

## Initiating Claim                                    File Number: 8T003586638

| | |
|---|---|
| Company: | H00000008 |
| Claim Number: | REDACTED 3990 |
| Date/Time of Loss: | 10/11/2012 00:00 |
| Policy Number: | 83120674 |
| Policy Type: | Accident & Health |
| ISO Received Date: | 03/04/2014 |
| Loss Description: | W/R |
| Location of Loss: | CA |

## Involved Party          Both Claimant & Insured

| | |
|---|---|
| Name: | GLORIA BERTACCHI-FREEMAN |

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 418 of 769

| | |
|---|---|
| **Address:** | 5135 MOSS LANE |
| | GRANITE BAY, CA |

## Casualty Coverage Information

| | |
|---|---|
| **Coverage Type:** | Disability |
| **Loss Type:** | Disability |
| **Claim Status:** | Open |
| **Adjuster Company:** | HARTFORD LIFE INSURANCE CO |
| **Adjuster:** | SAUNDERS, LATRELLA M |
| **Adjuster Phone:** | (800) 445-9057 ☎ |
| **Alleged Injury:** | KNEE AND BACK |

## Matching Claim                     **File Number:** 1O003281895

| | |
|---|---|
| **Reason for Match:** | Name |
| | Address |
| **Insuring Company:** | XL AMERICA INC |
| **Claim Number:** | 301210282970001 |
| **Date/Time of Loss:** | 10/05/2012 00:00 |
| **Policy Number:** | RWD943512507 |
| **Policy Type:** | Workers Compensation |
| **Insuring Co. Address:** | C/O SEDGWICK CLMS MGMT |
| | 45 MALLET DR |
| | FREEPORT, ME  04032 |
| **Insuring Co. Phone:** | (207) 865-2544 ☎ |
| **Company Received Date:** | 10/12/2012 |
| **Loss Description:** | KNEE, LEG, THORACIC AND LUMBAR SPRAIN |
| **Agency Notified:** | **Report Case No.:** N |
| **Location of Loss:** | 1330 ENCLAVE PARKWAY |
| | HOUSTON, TX  77077 |

## Involved Party          **Insured**

| | |
|---|---|
| **Name:** | CARDINAL HEALTH |
| **Address:** | 7000 CARDINAL PLACE |
| | DUBLIN, OH  43017 |

## Involved Party          **Claimant**

| | |
|---|---|
| **Name:** | GLORIA BERTACCHI-FREEMAN |
| **Address:** | 5135 MOSS LANE |
| | GRANITE BAY, CA  95746 |
| **DOB:** | REDACTED 1953 |
| **Gender:** | Female |
| **Home Phone:** | (916) 390-1845 ☎ |

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 419 of 769

*** More matches on this Home Phone outside this report ***

| | |
|---|---|
| **SSN:** | XXX-XX-3990 was issued between 1964 and 1965 in CA |
| **Occupation:** | DIRECTOR OF PHA |

## Casualty Coverage Information

| | |
|---|---|
| **Coverage Type:** | Indemnity |
| **Loss Type:** | Indemnity |
| **Claim Status:** | Open |
| **Adjuster Company:** | XL AMERICA INC |
| **Adjuster:** | COE, JACKIE |
| **Adjuster Phone:** | (951) 275-5419 |
| **Alleged Injury:** | KNEE, LEG, THORACIC AND LUMBAR SPRAIN |
| **Suit filed?:** | Yes |

## Matching Claim                    **File Number:** 2H003080124

| | |
|---|---|
| **Reason for Match:** | Name |
| | Address |
| **Insuring Company:** | STATE FARM (R) AFFILIATE |
| **Claim Number:** | 0502P4596 |
| **Date/Time of Loss:** | 09/22/2011 00:00 |
| **Policy Number:** | 048089605C |
| **Policy Type:** | Personal Automobile |
| **Policy Renewed?:** | Yes |
| **Assigned Risk?:** | No |
| **Insuring Co. Address:** | CIOS - 00 |
| | ONE STATE FARM PLAZA |
| | BLOOMINGTON, IL  61710 |
| **Loss Description:** | BLANK |
| **CAT Related?:** | No |
| **Location of Loss:** | ROCKLIN, CA |
| | US |
| **Physical Risk:** | 5228 PAR PL |
| | ROCKLIN, CA  956774204 |

## Involved Party       **Claimant Driver**

| | |
|---|---|
| **Name:** | GLORIA BERTACCHI |
| **Address:** | 5135 MOSS LN |
| | GRANITE BAY, CA  95746-5881 |
| | US |
| **DOB:** | REDACTED 1953 |
| **Home Phone:** | (916) 652-6200 |

*** More matches on this Home Phone outside this report ***

Bertacchi-Freeman/Hartford001485

| | |
|---|---|
| **Business Phone:** | (916) 772-3333 📞 |
| **Cellular Phone:** | (916) 390-1845 📞 |
| | *** More matches on this Cell Phone outside this report *** |
| **SSN:** | XXX-XX-3990 was issued between 1964 and 1965 in CA |

## Also Known As (AKA)

| | |
|---|---|
| **Name:** | GLORIA M BERTACCHI |
| **Address:** | 5135 MOSS LN |
| | GRANITE BAY, CA  95746-5881 |
| | US |

## Also Known As (AKA)

| | |
|---|---|
| **Name:** | GLORIA FREEMAN |
| **Address:** | PO BOX 2699 |
| | GRANITE BAY, CA  95746-2699 |
| | US |
| **Business Phone:** | (916) 772-3333 📞 |

## Service Provider    Other Insurance Personnel

| | |
|---|---|
| **Name:** | STATE FARM |
| **Address:** | PO BOX 52290 |
| | PHOENIX, AZ  85072-2290 |
| | US |
| **Business Phone:** | (888) 663-1003 📞 |

## Casualty Coverage Information

| | |
|---|---|
| **Coverage Type:** | Bodily Injury |
| **Loss Type:** | Bodily Injury |
| **Claim Status:** | **Date Claim Closed:** 02/01/2012 |
| **Adjuster Company:** | STATE FARM (R) AFFILIATE |
| **Adjuster Phone:** | (877) 774-8138 📞 |
| **Alleged Injury:** | BACK PAIN |
| **Suit filed?:** | No |

## Casualty Coverage Information

| | |
|---|---|
| **Coverage Type:** | Property Damage |
| **Loss Type:** | Property Damage |
| **Claim Status:** | **Date Claim Closed:** 02/01/2012 |
| **Adjuster Company:** | STATE FARM (R) AFFILIATE |
| **Adjuster Phone:** | (877) 774-8138 📞 |
| **Alleged Injury:** | BACK PAIN |
| **Suit filed?:** | No |

Case 2:15-cv-02596-TLN-AC  Document 18-3  Filed 04/03/17  Page 421 of 769

Print Reports                                                                              Page 5 of 6

| Involved Party | Insured Driver |
|---|---|
| **Name:** | WYNONA GOOLD |
| **Address:** | 5228 PAR PL |
| | ROCKLIN, CA  95677-4204 |
| | US |
| **DOB:** | REDACTED 1930 |
| **Home Phone:** | (916) 259-2138 |
| **Cellular Phone:** | (928) 304-3258 |
| **SSN:** | XXX-XX-5800 was issued between 1936 and 1950 in CO |
| **Drivers License:** | N8718361                              **State:** CA |

## Matching Claim                         **File Number:** 9C003034707

| | |
|---|---|
| **Reason for Match:** | Address |
| | Name |
| **Insuring Company:** | STATE FARM (R) AFFILIATE |
| **Claim Number:** | 55J625214 |
| **Date/Time of Loss:** | 09/22/2011 00:00 |
| **Policy Number:** | 250612555 |
| **Policy Type:** | Personal Automobile |
| **Insuring Co. Address:** | CIOS - 00 |
| | ONE STATE FARM PLAZA |
| | BLOOMINGTON, IL  61710 |
| **Location of Loss:** | SUNSET AND PACIFIC STREET |
| | ROCKLIN, CA |

| Involved Party | Claimant |
|---|---|
| **Name:** | GLORIA M BERTACCHI |
| **Address:** | 5135 MOSS LN |
| | GRANITE BAY, CA  95746-5881 |
| **Home Phone:** | (916) 652-6200 |
| | *** More matches on this Home Phone outside this report *** |
| **SSN:** | XXX-XX-3990 was issued between 1964 and 1965 in CA |

## Casualty Coverage Information

| | |
|---|---|
| **Loss Type:** | Bodily Injury |
| **Adjuster Company:** | STATE FARM (R) AFFILIATE |
| **Adjuster:** | -TEAM, CLAIM PROCES |
| **Alleged Injury:** | BACK PAIN |

| Involved Party | Insured |
|---|---|
| **Name:** | BERTACCHI GLORIA |
| **Address:** | 5135 MOSS LN |

**Bertacchi-Freeman/Hartford001487**

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 422 of 769

GRANITE BAY, CA  95746-5881

**SSN:**                    XXX-XX-3990 was issued between 1964 and 1965 in CA

Bertacchi-Freeman/Hartford001488



# THE HARTFORD

## AUTHORIZATION TO RELEASE INFORMATION

Claimant Name: Gloria Bertacchi-Freeman      xxx-xx-3990

Attorney Name: _Edward Lester_

Address: _Mastagni, Holstedt, Amick, Miller + Johnsen_
_1912 I Street_
_Sacramento, CA  95811_
_(www.mastagni.com)_

Phone: ( _916 446-4692_

Fax: ( _916 447-4614_

The undersigned hereby authorizes <u>The Hartford Life and Accident Insurance Company</u> to obtain medical, vocational, and/or financial information to/from my attorney, _Mastagni + Associate_ pertaining to my claim for Worker's Compensation benefits in connection with my Long Term Disability claim.  I understand that this document is valid for as long as such attorney represents me.

Date _2/7/14_      Claimant's Signature _____

Minneapolis Regional Office
Benefit Management Services
3800 American Blvd. West
Bloomington, MN 55431-4440
Telephone (952) 656-6900
Toll Free (800) 752-9713
Toll Free Fax (877) 454-7217

Bertacchi-Freeman/Hartford001489



# THE HARTFORD

## AUTHORIZATION TO RELEASE INFORMATION

Claimant Name: Gloria Bertacchi-Freeman     xxx-xx-3990

Attorney Name: _Edward Lester_

Address: _Mastagni, Holstedt, Amick, Miller + Johnsen_
_1912 I Street_
_Sacramento, CA  95811_
_(www. mastagni. com )_

Phone: _(916 446-4692_

Fax: _(916 447-4614_

The undersigned hereby authorizes The Hartford Life and Accident Insurance Company to obtain medical, vocational, and/or financial information to/from my attorney, _Mastagni + Associates_ pertaining to my claim for Worker's Compensation benefits in connection with my Long Term Disability claim. I understand that this document is valid for as long as such attorney represents me.

Date _2/7/14_          Claimant's Signature _____

Minneapolis Regional Office
Benefit Management Services
3800 American Blvd. West
Bloomington, MN 55431-4440
Telephone (952) 656-6900
Toll Free (800) 752-9713
Toll Free Fax (877) 454-7217

Bertacchi-Freeman/Hartford001490

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| | | | | Received |
| October 28, 2013 10:32:16 PM EDT | 916-773-2956 | | 3 | |
| 10/28/2013 19:29 | 916--773-2956 | FEDEX OFFICE | 3294 | PAGE 01 |

Case 2:15-cv-02596-TLN-AC Document 18-3 Filed 04/03/17 Page 425 of 769

Please fax the completed form to:
**Fax Number: 866-411-5613**
**The Hartford**
**P.O.Box 14301**
**Lexington, KY 40512-4301**

HARTFORD LIFE INSURANCE COMPANY
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

**THE HARTFORD**

REDACTED

## ATTENDING PHYSICIAN'S STATEMENT OF CONTINUED DISABILITY

### To be completed by the Employee

Patient Name: Gloria Bertucclu-Freeman   Insured ID Number: 9004108017   Date of Birth: _____ 53

Patient Address: (Street, City, State & Zip Code)   5135 MOSS LANE, GRANITE BAY, CA 95746

Email Address: deltadoctor@yahoo.com

Personal Cell Telephone Number: 916-390-1845   Alternate Telephone Number: (___)

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? ☐ Yes ☑ No
I hereby authorize release of information on this form by the below named physician for the purpose of claim processing.

Signed: _____   Date: 10/22/13

### To be completed by the Attending Physician - Use current information from your patient's most recent office visit or examination to complete this form. (The patient is responsible for the completion of this form without expense to the Company.)

**DIAGNOSIS**

Primary diagnosis: Right Knee/ Tear in Posterior Horn + Body of Medial   ICD-9 Code: 717.2
Meniscus

Secondary diagnoses: R. Knee Chondromalacia   ICD-9 Code(s): 717.7

Current Subjective Symptoms: Pain in Right Knee + Back Pain

Current Physical Examination findings: Rom 0-120 with minimal discomfort with flexion
Knee Swollen

Current Blood Pressure: 136/96   Height: 5'1"   Weight: 205   Weight Loss or Gain? _____

Current Pertinent Test Results (Not previously reported; List all results, or enclose test result reports):

Test: MRI RIGHT KNEE   Date: 5/31/13   Results: tear in Posterior horn and body of medial meniscus

Test: MRI LUMBAR SPINE   Date: 5/31/13   Results: Severe bilateral facet arthropathy

Current Medications, Dosage, and Frequency (indicate any changes): Hydrocodone/APAP 10-325 prn pain,
Cyclobenzaprine 10mg prn; Naprosyn 500mg prn; Lidoderm patches prn

### TREATMENT PLAN

Current Treatment Plan: Surgery Right Knee Arthroscopy   11/7/13 Scheduled

What is the Frequency / Duration of Treatment? Allow for surgery recovery   Dates of Treatment: 11/13/12, 11/26/12, 12/4/12, 12/19/12,
1/24/13, 2/27/13, 4/9/13, 5/16/13, 6/17/13, 8/12/13, 9/23/13, 9/13/13, 10/15/13

First Office Visit for this condition: 11/13/12   Last Office Visit: 10/15/13   Next Scheduled Office Visit: 10/28/13,
Surgery 11/7/13

Has Surgery been performed since last report? ☐ Yes ☑ No   If "Yes," on what Date(s): 12/13/12

Procedure(s): Left Knee Arthroscopy   CPT Code(s): 29881

Was patient hospitalized since last report? ☐ Yes ☑ No   If "Yes," Hospital name and phone Number: _____

_____   Admission date: _____   Discharge date: _____

Has patient been referred to other physicians? ☐ Yes ☑ No   If "Yes," Date of Referral(s): _____

Referral Physician Name _____   Phone Number: (___)   Specialty: _____

Referral Physician Name _____   Phone Number: (___)   Specialty: _____

LC-7137-7 [LTD FI]   Page 1 of 2   04/2013

Bertacchi-Freeman/Hartford001491

## FUNCTIONAL CAPABILITIES

Please complete the applicable portion of this section based on your most recent clinical assessment.
In a general workplace environment the patient is able to:

| | Sit | Stand | Walk |
|---|---|---|---|
| Number of hours at a time | 20 min/hr | 20 min/hr | 24 min/hr |
| Total hours / day | 4 | 4 | 4 |

Please circle / check the frequency that the patient can perform the following activities:

| R = Right    L = Left    B = Bilateral | | Never | Occasionally (1-33%) | Frequently (34-67%) | No Restriction |
|---|---|---|---|---|---|
| Lift / carry 1 to 10 lbs. | | R  L  B | R  L  (B) | R  L  B | R  L  B |
| Lift / carry 11 to 20 lbs. | | R  L  (B) | R  L  B | R  L  B | R  L  B |
| Lift / carry 21 to 50 lbs. | | R  L  (B) | R  L  B | R  L  B | R  L  B |
| Lift / carry 51 to 100 lbs. | | R  L  (B) | R  L  B | R  L  B | R  L  B |
| Lift / carry over 100 lbs. | | R  L  (B) | R  L  B | R  L  B | R  L  B |
| Bending at waist | | | | | |
| Kneeling / Crouching | | | | | |
| Driving | | | | | |
| Reaching only (not load-bearing) | Above shoulder | R  L  B | R  L  (B) | R  L  B | R  L  B |
| | At waist / desk level | R  L  B | R  L  (B) | R  L  B | R  L  B |
| | Below waist / desk level | R  L  B | R  L  (B) | R  L  B | R  L  B |
| Fingering / handling | | R  L  B | R  L  B | R  L  B | R  L  B |

Is the patient's vision impaired? ☑ Yes ☐ No   If "Yes, please describe the extent of the impairment. _____

_corrected by glasses_

Best corrected vision:   R _20_   L _20_

Does the patient have a psychiatric / cognitive impairment? ☐ Yes ☑ No   If "Yes," please describe the extent of the impairment and its etiology:

_____

_____

_____

_____

Expected duration of any current restriction(s) or limitation(s) listed above: _____

Do you believe the patient is competent to endorse checks and direct the use of the proceeds? ☑ Yes ☐ No

## PHYSICIAN INFORMATION

Provider's Name: _Leslie H. Kim, MD_    Telephone Number: _(650) 991-9400_

Degree: _M.D_    Specialty: _Orthopaedic Surgery_    Fax Number: _(650) 991-2650_

License Number: _G-41605_    Social Security Number or EIN Number: _____

Street Address: _901 Campus Drive #111_   City: _Daly City_   State: _CA_   Zip Code: _94015_

Signature: _____    Date signed: _10/28/2013_

Bertacchi-Freeman/Hartford001492

FEDEX OFFICE     3294

Campus Surgery Center
Registration Ledger
Print Date:  10/28/2013 11:49:00AM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Patient Name:* **BERTACCHI FREEMAN, GLORIA** | | | *Pt ID:* **14637** | | | *Visit Number:* **2** | |
| *Surgery Date:* 11/07/13 | *Room:* C-2 | *Time:* 14:00 | *Dur:* 60 | *Anes:* G | *Pt.Type:* 1 | *Apt.Type:* | **SRGY** |
| *Sex:* **F** | *Marital Status:* **M** | *DOB:* REDACTED/53 | *Age:* **60** | *SSN:* REDACTED3990 | *Collect:* | **0.00** | |

*Race:*  99 - Unknown

(circle one) | R1 American Indian | R2 Asian | R3 Black/African American; R4 Hawaiian/Pacific Islander | R5 White | 99 Other

*Ethnic:*  99 - Unknown

(circle one) | E1 Hispanic/Latino | E2 Non Hispanic/Non Latino | 99 Other

*Language:*

(circle one) EN English | ES Spanish | 99 Other

*Pt. Address:* (Home)  5135 MOSS LANE,
GRANITE BAY, CA 95746

*WC Claim #:* Pending
*Date of Injury:* 10/5/12

*Home Phone:*  916-390-1845
*OtherPhone:*

*Work:*

*Occupation:*

*Email:*  deltadoctor@yahoo.com

*Employer:*

*Surgeon:*  Kim, MD, Leslie H

*Anesthesiologist / Ref Phys:*

*Procedure:*  RIGHT KNEE ARTHROSCOPY PARTIAL MEDIAL MENISCECTOMY SYNOVECTOMY

*Procedure:*  CHONDROPLASTY AND OTHER TREATMENT AS NEEDED

*Diagnosis:*  **RIGHT KNEE MEDIAL MENISCUS TEAR, CHONDROMALACIA**

---

*Resp. Party:*  SELF

*Date of Birth:* REDACTED53

*SSN:*  x - on file -          *Relation:*  Self

*Sex:* F

*Address (H):*  5135 MOSS LANE, , GRANITE BAY, CA 95746

*Home Phone:*  916-390-1845

*Employer:*  CARDINAL

---

*Primary Ins:*  Cigna Healthcare PPO
*Ins. Address:* PO Box 182223, Chattanooga TN 37422-7223
*Ins Phone:* 866 471-1817     *Plan:* Open Access Plus     *Insurance Verified:*
*Subscriber:* Self                                         *Sex:* U   *Date of Birth:*
*Policy #:* U 47104 18 01   *Rel Code:*   *Auth:*          *Grp:* 3203328
*Sub Phone:*                                               *Employer:* Cardinal Health

---

*Secondary Ins:*
*Ins Address:*                                             *Insurance Verified:*
*Ins Phone:*                  *Plan:*                       *Sex:* U   *Date of Birth:*
*Subscriber:*
*Policy #:*                   *Rel. Code:*   *Auth:*        *Grp:*
*Ins Phone:*                                                *Employer:*

---

| Campus: | Begin: | End: | Branch: | Grade: | Stat: | Ind: | Hand: |
|---|---|---|---|---|---|---|---|
| Ins: CIGNA | | | | | | | |

*Logged By:*

**Bertacchi-Freeman/Hartford001493**

Ms. Christine Montroy
Ability Analyst
Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
877 454 7217

September 4, 2013

Dear Ms. Montroy:

Policy Holder: Cardinal Health, Inc
Re: Gloria Bertacchi-Freeman
Insured ID 9004108017
Policy Number: 83120674

Although the UCD benefits have not been exhausted, I am not eligible to receive them at this time as sent to you on the previous letter stating that my eligibility ended on June 30, 2013.

The state does not send notice of exhaustion of benefits. The benefits remain with the state. If you do not qualify you cannot receive the benefits.

If I do receive UCD benefits or qualify in the future, I will report this to you.

See CA Codes Unemployment Insurance Code Section 1251-1265.9

Thanks for all your help to date.

Dr. Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA. 95746
916 390 1845

Bertacchi-Freeman/Hartford001494

Ms. Christine Montroy
Ability Analyst
Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
877 454 7217

August 13, 2013

Dear Ms. Montroy:

Policy Holder: Cardinal Health, Inc
Re: Gloria Bertacchi-Freeman
Insured ID 9004108017
Policy Number: 83120674

On 4-21-2013, I began receiving from the California Employment Development Department Unemployment benefits of $450 per week. That benefit ended on June 30, 2013. Please see attached documents indicating the start and end dates of the UCD.

Thanks for all your help to date.

Dr. Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA. 95746
916 390 1845

Bertacchi-Freeman/Hartford001495

EMPLOYMENT DEVELOPMENT DEPT
LOS ANGELES ADJUDICATION CNTR
PO BOX 15014
LOS ANGELES      CA 90015-0014


Employment
Development
Department
State of California

## N O T I C E   O F   D E T E R M I N A T I O N

DATE MAILED          08/12/13
BENEFIT YEAR BEGAN 04/21/13

G M BERTACCHI          1210
5135 MOSS LN
GRANITE BAY      CA 95746-5881

EDD TELEPHONE NUMBERS:
ENGLISH      1-800-300-5616
SPANISH      1-800-326-8937
CANTONESE    1-800-547-3506
MANDARIN     1-866-303-0706
VIETNAMESE   1-800-547-2058
TTY          1-800-815-9387

SSA NUMBER      REDACTED 3990

YOU ARE NOT ELIGIBLE TO RECEIVE BENEFITS UNDER CALIFORNIA UNEMPLOYMENT
INSURANCE CODE SECTION 1253C BEGINNING 06/30/13 AND ENDING 07/13/13   (02
WEEKS).

Bertacchi-Freeman/Hartford001496

## ATTENDING PHYSICIAN STATEMENT

# MetLife®

Metropolitan Life Insurance Company
P.O. Box 14632
Lexington, KY 40512-4632
Fax 1-315-792-6600

Instructions for completing the claim form:
1. Complete all applicable areas of the claim form.
2. Sign the claim form.
3. Fax this claim form to expedite your claim – retain original for your records.

| The following section must be completed and signed by the employee/patient. Any fee for the completion of this form is the patient's responsibility. | Occupation | | |
|---|---|---|---|
| Name-MUST ANSWER *Bertacchi – Freeman, Gloria* | Social Security# MUST ANSWER REDACTED *3990* | Employer-MUST ANSWER *Cardinal* | Group Report # *146189* |
| I hereby authorize my physician to release any information acquired in the course of examination or treatment. Signature of Employee_____ | | Date *8/2/13* | Date of Birth REDACTED *53* |

The following section must be completed and signed by the attending physician.
The purpose of this report is to assist us in making a disability determination. Please complete all applicable sections of this form. A MetLife claim representative may telephone your office if additional information is needed.

Bertacchi-Freeman/Hartford001497

Ms. Christine Montroy
Ability Analyst
Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
877 454 7217

August 7, 2013

Dear Ms. Montroy:

Policy Holder: Cardinal Health, Inc
Re: Gloria Bertacchi-Freeman
Insured ID 9004108017
Policy Number: 83120674

On 4-21-2013, I began receiving from the California Employment
Development Department Unemployment benefits of $450 per week. That
benefit ended on July 13, 2013. It says at the bottom, you have submitted
all current claim forms and do not have any claims to submit at this time.

Please see attached documents indicating the start and end dates of the
UCD.

I was also wondering if you have any of the medical records on file that you
could send to the MetLife and the Workers Compensation QME? Please
advise. Mainly needed are the Kaiser, Mercy Rocklin, Pharmacy, and UC
Davis. Or if you could forward these to me at my address below? My QME
appointment is in October 5, 2013.

Thanks for all your help to date.

Dr. Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA. 95746
916 390 1845



ORANGE COUNTY ADJUDICATION CTR
P.O.BOX 66000
ANAHEIM CA 92816

Mail Date:      05/02/2013
SSN:            REDACTED 3990

EDD Telephone Numbers:
English     1-800-300-5616
Spanish     1-800-326-8937
Cantonese   1-800-547-3506
Mandarin    1-866-303-0706
Vietnamese  1-800-547-2058
TTY         1-800-815-9387

||ılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıl
GLORIA M BERTACCHI
5135 MOSS LN
GRANITE BAY CA 95746-5881

## NOTICE OF UNEMPLOYMENT INSURANCE AWARD

1. Claim Beginning Date:   04/21/2013      2.  Claim Ending Date:        04/19/2014

3. Maximum Benefit Amount:   $11700      4.  Weekly Benefit Amount:        $450

5. Total Wages:     43,875.71      6.  Highest Quarter Earnings:   26,146.20

7. This item does not apply to your claim. For more information, see item on the reverse

8. **You must look for full time work each week.** Please see your handbook, <u>A Guide to</u>
   <u>Benefits and Employment Services,</u>  DE1275A, for more information about looking
   for work.

9. **To qualify for this claim you must meet further eligibility requirements.**  You
   will receive additional information on what you need to do to qualify.  Please
   see your handbook, <u>A Guide to Benefits and Employment Services,</u>  DE1275A, for
   more information.

10. This Claim Award is calculated based on the Standard Base Period.

| 11. Employee Name | 12. Employee Wages for the Quarter Ending: | | | | 13. Employer Name |
|---|---|---|---|---|---|
|  | MAR. 2012 | JUN. 2012 | SEP. 2012 | DEC. 2012 |  |
| G BERTAC |  |  | 26,146.20 | 17,729.51 | CARDINAL H |
| 14. Totals: | 0.00 | 0.00 | 26,146.20 | 17,729.51 |  |

## Important Information On The Reverse Of This Form

DE429/z/ Rev. 5 (3-12)

CU-PA343

Bertacchi-Freeman/Hartford001499

 **Employment Development Department**          EDD Web-Cert
                                                       **Welcome Gloria Bertacchi**

## Claim History

This page has a summary of your claim history.

For more help view the Continued Claim Form tip sheet: <u>English</u> | <u>Spanish</u> | <u>Chinese</u> | <u>Vietnamese</u>

If a certification period (one or two weeks) has a status of:

- "Ready to File": You may certify for that period today. Please select the "Continue" button at the bottom of the page.
- "Submitted": Your information for that period has already been received. Please allow ten (10) days from the submission date for processing
- "Use Paper Form": You must use your paper claim form for this period

If a particular certification period is not listed: Use your paper "Continued Claim" form to certify for that period.

| Beginning | Ending | Weeks | Status | |
|-----------|--------|-------|--------|--|
| 06/30/2013 | 07/13/2013 | 2 | Issued | 07/19/2013 |
| 06/16/2013 | 06/29/2013 | 2 | Issued | 07/03/2013 |
| 06/02/2013 | 06/15/2013 | 2 | Issued | 06/18/2013 |
| 05/19/2013 | 06/01/2013 | 2 | Issued | 06/15/2013 |
| 05/05/2013 | 05/18/2013 | 2 | Issued | 05/29/2013 |
| 04/21/2013 | 05/04/2013 | 2 | Use Paper Form | |
| 03/24/2013 | 03/30/2013 | 1 | Issued | 04/30/2013 |

You have submitted all current claim forms and do not have any claims to submit at this time



# MICHAEL AMSTER MD

### 3000 T ST STE 105, SACRAMENTO, CA 95817
Mailing address - P.O. Box 4062 Davis, CA 95617
Phone (530) 302-5773
Fax (530) 231-2942

**6/4/2013**

Dear Ms. Bertacchi,

This letter is confirm your QME appointment on October 4, 2013 at
12:00pm in our Sacramento office located at 3000 T Street Suite 105,
Sacramento, CA 95817. Please complete the enclosed intake form
prior to your appointment. We prefer that you fax of email a copy to
our office before your QME exam. Our fax number is (530) 231-2942,
and email is drmamster@gmail.com. Please ensure you bring the
completed form with you on the day of your QME appointment even if
you sent a copy via fax or email. The form may take up to one hour to
complete and it is very important that you have it completed prior to
your scheduled appointment.

Thank you for your time and we look forward to seeing you on October
4, 2013 at 12:00pm.

Sincerely,

Dr. Michael Amster
Margaret Scott - CMA

Bertacchi-Freeman/Hartford001501



# MICHAEL AMSTER MD

3000 T ST STE 105, SACRAMENTO, CA 95817
**Mailing Address - P.O. Box 4062 Davis, CA 95617**
Phone (530) 302-5773
Fax (530) 231-2942

**6/4/2013**

Thank you for scheduling a QME appointment with Dr. Amster. The DEU Appointment Notification Form is attached. Please read the following information carefully.

**Cancellation Policy**

In the event that any of the parties cancel the scheduled appointment within 5 (five) business days prior to the appointment, OR that medical records have not been provided within 5(FIVE) business days prior to the appointment, we will cancel the appointment and a $500 late cancellation fee will apply. Any time spent on reviewing medical records or otherwise preparing for the examination will also be billed for.

**For the Patient:**

A typical QME appointment may take up to 2-3 hours. When you come to your appointment, please have the following information ready:

1. If you are not represented by an attorney, you will need to complete the DEU Form 100 in advance and bring it with you to your appointment. You will also need a DEU 101, which should be available from your insurance claims adjustor. You can find the forms online at http://dir.ca.gov/dwc/forms/html

2. Details about treatment of the injury including a list of current medications (please bring the packaging with medication labels with you to the appointment): Where/where did you first seek treatment, was there any testing/e-rays, MRI, were medications or othe treatments prescribed, how did the treatment help, and did you continue treatment . Knowing the names of the doctors and the names of medications prescribed will be helpful for conveying your story to the doctor.

**PLEASE DO NOT WEAR PERFUME/COLONGE OF ANY KIND TO YOUR APPOINTMENT.**

**For the Attorney(s):**

Although we are copying all parties o this Appointment Notification Form, please confirm that the applicnt, claims adjuster and opposing counsel are aware of the appointment time/location, as well as the other information contained in this notice.

**For the Claims Adjuster:**

Please send all the records, including the DEU 101, and  DEU 100 (if applicable), and the job description at least 2 weeks in advance of the appointment date to our **PO box listed above**.

Bertacchi-Freeman/Hartford001502

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| July 26, 2013 2:11:06 PM EDT | 9168523004 | 165 | 1 | Received |

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 437 of 769

07/25/2013 11:08 FAX  8168523004          UNG                                    ☑001/002

**Ms. Christine Montroy**
**Ability Analyst**
**Benefit Management Services**
**Minneapolis Disability Claim Office**
**The Hartford**
**PO Box 14305**
**Lexington, KY 40512-4305**
**877 454 7217**

**July 26, 2013**

**Dear Ms. Montroy:**

**Policy Holder: Cardinal Health, Inc**
**Re: Gloria Bertacchi-Freeman**
**Insured ID 9004108017**
**Policy Number: 83120674**

Attached is the letter I received from the California Employment
Development Department showing that my last payment for disability was
received on 4-05-2013 as the benefits were exhausted.

On 4-21-2013, I began receiving from the California Employment
Development Department Unemployment benefits of $450 per week. That
benefit is ending as of July 21, 2013.

I prefer that the overpayment from Social Security be taken back over the
three month period beginning next month for Aug/Sept/Oct 2013.

Thanks for all your help to date.

**Dr. Gloria Bertacchi-Freeman**
**5135 Moss Lane**
**Granite Bay, CA. 95746**
**916 390 1845**

Bertacchi-Freeman/Hartford001503



Skip to main content

(delladoctor) Help | Logout

**MAIN MENU**

Home
Inbox
File a New Claim
Continue a Saved Draft
Manage My Profile
My Claim History

**PAGE MENU**

Claim Summary
Available Forms
Form History
Payment History
Benefit Details
Request Claim Update

## My Claim Summary

Claim Information

Claimant Name: Gloria M Bertacchi                    Claim ID: DI-1000-147-546

Expected Return to Work 05-01-2013                   Claim Effective Date: 10-11-2012
Date:

Current Status

Last Payment Amount ($): 28.87                        Authorized on: 04-05-2013

Your payment method is: "manual certification." In order to continue to receive payments you are required to submit a; "SDI Continued Claim Certification" (DE 2500A) unless noted below.

You have exhausted your maximum benefit amount. No further benefit is payable on this claim. You may wish to contact the Social Security Administration at 800-778-1213 regarding Social Security disability benefits.

Physician/Practitioner(s)

Information regarding your claim has been provided by the physician/practitioner(s) listed below

FLORENCE BESANA CHONG

LESLIE KIM

Benefit Summary

Daily Benefit Amount ($): 77.29

Weekly Benefit Amount ($): 541.00

Maximum Benefit Amount ($): 12,781.00

Issued Benefit Amount ($): 12,781.00

Remaining Benefit Amount ($): 0.00

Back to Top | Contact EDD | Conditions of Use | Privacy Policy | Equal Opportunity Notice

EDD - Confidential

Copyright © 2010 State of California

** INBOUND NOTIFICATION : FAX RECEIVED WITH ERRORS **

TIME RECEIVED                REMOTE CSID                  DURATION      PAGES      STATUS
July 26, 2013 2:25:58 PM CST 9166523004                   56           2          Received to

ERROR CODE ( 700 )
Error in fax transmission.

07/25/2013 10:23 FAX  9186523004        UNG                                    ☑ 001/002

Ms. Christine Montroy
Ability Analyst
Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
877 454 7217


July 26, 2013


Dear Ms. Montroy:

Policy Holder: Cardinal Health, Inc
Re: Gloria Bertacchi-Freeman
Insured ID 9004108017
Policy Number: 83120674

Attached is the letter I received from the California Employment
Development Department showing that my last payment for disability was
received on 4-05-2013 as the benefits were exhausted.

On 4-21-2013, I began receiving from the California Employment
Development Department Unemployment benefits of $450 per week. That
benefit is ending as of July 21, 2013.

I prefer that the overpayment from Social Security be taken back over the
three month period beginning next month for Aug/Sept/Oct 2013.


Thanks for all your help to date.

Dr. Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA. 95746
916 390 1845

07/25/2013 10:24 FAX 9166523004       UNG       ☑002/002

Page 1 of 1

Bertacchi-Freeman/Hartford001506

Ms. Christine Montroy
Ability Analyst
Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
877 454 7217

July 15, 2013

Dear Ms. Montroy:

Policy Holder: Cardinal Health, Inc
Re: Gloria Bertacchi-Freeman
Insured ID 9004108017
Policy Number: 83120674

Attached is the letter I received from the California Employment Development Department showing that my last payment for disability was received on 4-05-2013.

The California Employment Development Department then approved me under another benefit program another claim on 5-2-13 to begin on 4-21-2013. The benefits for that are $450 per week for 26 weeks and will end in October 2013(note this is less than the $541 per week previously).

I have applied for Social Security Disability and I believe that claim has been approved and am waiting for the written notice from them to confirm this as I did receive a payment on Saturday into my account and it appears to be the SSA. I will fax you that as soon as I receive it. $6498 pending credit in my Chase account.

I have an appointment with a QME in October for the Workers Compensation evaluation for Sedgwick Insurance.

I will keep you posted if anything changes with any benefits.

I have updated the form for you.

Thanks for all your help to date.

Dr. Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA. 95746
916 390 1845

Bertacchi-Freeman/Hartford001507


Print Now | Save a Copy | Can't print or save this letter?

Customize your letter Customize your letter

Customize your letter

1. ☑ Current & Past Benefit Amounts
2. ☑ Type of Benefit(s)
3. ☑ Date of Birth

Apply to Letter | Cancel

# Social Security Administration

Date: July 15, 2013
Claim Number: XXX-XX-3990A

GLORIA M BERTACCHI
5135 MOSS LANE
GRANITE BAY CA 95746-5881

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning April 2013, the full monthly Social Security benefit before any deductions is $2,166.70.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $2,166.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the second Wednesday of each month.

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

**Date of Birth Information**

**C. Information About Physicians/Hospitals**

First medical attention for the current disability was given by (complete below):

| Doctor's Name | Telephone Number | Specialty |
|---|---|---|
| Dr. Heitke | (916) 632-9606 | Occupational |
| | Fax Number (916) 632-9706 | |

Address (Street, City, Zip)
US HealthWorks, 2305 Sunset Blvd, Rocklin CA 95765

Dates seen 10/12/12 to 10/12/12

Have you consulted any other physicians or been hospitalized in the past three years? ☑Yes ☐No If "Yes," complete the following concerning your past treatment (attach separate sheet, if needed). (657) 991-4400

| Doctor's Name | Telephone Number (650) 991-2650 Dr | Specialty Orthopedics |
|---|---|---|
| Dr. Kim | Fax Number 650 991-2650 | |

Address (Street, City, Zip)
901 Campus Drive #111, Daly City, CA 94015

Dates seen 11/13/12 to 2/26/13 (Oralce 2011)

Hospital
Campus Surgery Ctr

Address (Street, City, Zip)
901 Campus Drive #102 Daly City, CA 94015

Dates of Confinement 12/13/12 to 12/13/12

**D. Other Income**

Check the other income benefits you have received/are receiving, or are eligible to receive during your disability (complete the information requested).

| Source of Income | Amount (week /month) | Date Claim was filed | Date Payments began | Date Payments ended |
|---|---|---|---|---|
| Social Security / Disability | $2160.00 | unknown / working on this | April 2013 approved? | |
| Social Security / Retirement | $0.0 | not eligible until 62 | | |
| Sick Pay or Salary continuation | $0.0 | may have received a day or two | | |
| Income from Work | $0. | salary ended in Oct 2012 | | |
| Workers' Compensation | $0. | 10/12/12 | N/A | Denied |
| State Disability | $541 /week | 10/13/12 | 10/18/12 | 4/15/13 ended |
| Pension / Retirement | $0. | | | |
| Pension / Disability | $0. | | | |
| Short Term Disability Hartford Metrics | $541/mo | 10/3/12 | 10/13 | 4/9/13 ended |
| Unemployment EDD | $450. /week | 4/21/2013 | 5/13 | 10/13 |
| No-Fault Insurance | $0. | | | |
| Other (include individual, Group Benefits or Veteran's Benefits) | unknown $0.0 | medical insurance ends first by myself general | 4/10/13 | |

Are you paying for Medicare Part D? ☐Yes ☑No If "Yes," please enter amount: $_____.00.

**E. Information About Tax Withholding**

Federal law requires us to withhold federal income tax from your check if you request us to do so. We are also required to send a report to your employer at the end of each calendar year showing your name, total amount of benefits paid to you, total amount withheld, if any, and your social security number. If you want us to withhold tax, please indicate on the line below the dollar amount to be withheld per benefit check. Whole dollars only (minimum is $88.00 per month): $_____.00. **IMPORTANT:** If you pay the cost of the LTD premium, but on a Post-tax basis per Section I, Part D of the Employer's Statement, you will not be able to request any federal income tax withholding from your check. Puerto Rico residents may not request withholding.

**Note to residents of Iowa and the District of Columbia:** Should you choose federal income tax withholding, your state requires us to withhold state income tax. We must withhold at a state mandated rate (which may be higher than you need) until we receive a signed state Tax Withholding Certificate from you. Please contact your employer or state Tax Department to obtain the proper withholding form.

**Note to residents of Nebraska, Rhode Island and South Carolina:** Should you choose federal income tax withholding, your state requires us to withhold state income tax. We must withhold at a state mandated rate (which may be higher than you need) until we receive a signed federal Form W-4, Employee's Withholding Allowance Certificate, from you. You may go to www.irs.gov to obtain the proper withholding form.

Bertacchi-Freeman/Hartford001509

 

Employment
Development
Department
State of California  Skip to main content

(deltadoctor) Help | Logout

**MAIN MENU**

Home
Inbox
File a New Claim
Continue a Saved Draft
Manage My Profile
My Claim History

**PAGE MENU**

Claim Summary
Available Forms
Form History
Payment History
Benefit Details
Request Claim Update

## My Claim Summary

**Claim Information**

Claimant Name: Gloria M Bertacchi

Claim ID: DI-1000-147-546

Expected Return to Work Date: 05-01-2013

Claim Effective Date: 10-11-2012

**Current Status**

Last Payment Amount ($): 28.87

Authorized on: 04-05-2013

Your payment method is: "manual certification." In order to continue to receive payments you are required to submit a: "SDI Continued Claim Certification" (DE 2500A) unless noted below.

You have exhausted your maximum benefit amount. No further benefit is payable on this claim. You may wish to contact the Social Security Administration at 800-778-1213 regarding Social Security disability benefits.

**Physician/Practitioner(s)**

Information regarding your claim has been provided by the physician/practitioner(s) listed below

FLORENCE BESANA CHONG

LESLIE KIM

**Benefit Summary**

Daily Benefit Amount ($): 77.29

Weekly Benefit Amount ($): 541.00

Maximum Benefit Amount ($): 12,781.00

Issued Benefit Amount ($): 12,781.00

Remaining Benefit Amount ($): 0.00

Back to Top | Contact EDD | Conditions of Use | Privacy Policy | Equal Opportunity Notice

EDD - Confidential

Copyright © 2010 State of California

Bertacchi-Freeman/Hartford001510

# How Social Security Disability Insurance Benefits May Work Together With The Hartford's Benefits



*Please keep this educational tool in a place where you can easily access it during the course of your disability claim with The Hartford.  Your Ability Analyst may ask you to refer to it from time to time.[1]*

## The Hartford's Ability Philosophy

Through your employer, you have private group Long Term Disability (LTD) benefits insured by The Hartford.[2]  Because we passionately believe that people want to lead active, productive, and independent lives, we focus on your abilities, rather than your disabilities. Our aim is for you to return to work with your employer or another employer if and when you no longer meet your LTD policy's definition of disability.

If, however, you are unable to return to work even for a limited period of time, our staff is dedicated to helping you understand that qualifying for Social Security Disability Insurance (SSDI) benefits provides you and your family with multiple unique advantages during a challenging time. We have created this educational tool to help you better understand the benefits of SSDI, how SSDI differs from your LTD coverage with The Hartford, the process for obtaining SSDI benefits, and how SSDI benefits work together with The Hartford's LTD benefits.

## What is SSDI?

SSDI is a federal disability insurance program funded by you and your employer through payroll taxes commonly referred to as FICA taxes. This program is administered by the federal Social Security Administration (SSA) which uses local state offices in various ways, particularly at the initial application stage.

If your disability is expected to last at least 12 months and you appear disabled from any kind of substantial gainful activity or work, The Hartford's LTD policy requires you to apply for SSDI (and appeal if necessary). This is important because, when faced with a qualifying disability, SSDI offers you many direct benefits both immediately and over time.

These include:

- Receiving SSDI benefits will protect the time you are unable to work, otherwise considered a "zero income" period, from being included in the calculation of and reducing your ultimate Social Security Retirement benefits.
- You may be entitled to medical insurance through Medicare once you have received SSDI benefits for a 24-month period.
- You will receive periodic cost-of-living SSDI increases that help your benefits keep pace with inflation. (For example, a 2004 SSDI award of $1,000 monthly would have increased in 2007 by nearly 20% to $1,195.)
- If you qualify for SSDI benefits, your family members may be eligible for SSDI dependent benefits.
- If and when you return to work you may be eligible for continued SSDI benefits for up to nine months to assist you with the transition from disability.



Note too that if you return to work after being disabled for more than 12 months and your SSDI application is pending when you return to work, you remain eligible for retroactive SSDI benefits for the period of time you were not able to work.

## What are some of the differences between SSDI and my private LTD coverage with The Hartford?

SSDI is the insurance provided to all working Americans covered under Social Security. The Hartford's LTD insurance is an optional private benefit provided through your employer to further protect more of your income. Such private LTD coverage is made affordable due to the SSDI offset discussed in more detail below.

The Hartford's LTD policy has a definition of Disability which is different from that used by SSA. Therefore, it is possible that you may qualify for one type of benefit but not the other. SSA will consider you disabled and award SSDI if: (1) you cannot do work that you did before; (2) SSA decides that you cannot adjust to other work because of your medical condition(s); and (3) your disability has lasted or is expected to last for at least one year or to result in death. For the definition governing your receipt of benefits from The

[1] Nothing contained in this educational tool is intended or should be construed as legal advice or tax advice. None of the illustrations or examples contained herein takes into account possible tax liabilities. Your group Long Term Disability Policy governs your disability claim with The Hartford.  If any statement contained herein differs with any provision of your LTD Policy, your LTD Policy governs.

**Social Security Disability Insurance Benefits**

Hartford, please see the definition of Disability in your policy, and if you have questions contact your Ability Analyst.

SSDI and The Hartford's LTD insurance differ in other important ways. For example, SSA uses age as a primary factor in determining whether to award SSDI and treats advancing age as an increasingly limiting factor in a worker's ability to adjust to other work. The Hartford does not use age in assessing if a claimant meets its LTD policy's definition of Disability.

### What is the SSDI application process?
The Hartford will only require you to apply for SSDI benefits if you reasonably appear to meet the Social Security Administration's standards for disability. At that time, The Hartford Ability Analyst will explain your LTD policy's requirement for SSDI application and inform you of the SSA's appeal process in the event your SSDI claim is initially denied.

You do not have to wait until you have been out of work for 12 months to apply for SSDI. You can apply at any time if your illness or injury is expected to keep you from working for at least 12 months. Therefore, you should apply for SSDI as soon as it is apparent you will meet the SSDI definition of disability. Application for SSDI can be a lengthy process with some SSDI claims taking years before being resolved. This is one reason why The Hartford LTD coverage is so important – it can provide you with relative financial stability while you await a SSDI determination. Note too that sometimes SSDI awards include back benefits (a retroactive award) to cover the time from the date you first qualified for SSDI because of your disability.

We can introduce you to a qualified Social Security Representative who will assist you with your application, and continue to work with you throughout the entire process. You may also call the Social Security Administration at 800-772-1213 and request the necessary application forms. Or you may obtain forms from the Social Security Administration Web site, www.ssa.gov, or local Social Security Administration office listed in your phone directory. If any of your family members are dependents, be sure to also request an application for dependent benefits.

### How will SSDI benefits work together with my private LTD benefits?
It is important to understand that disability insurance, whether public (like SSDI) or private (like The Hartford's LTD insurance), is intended to replace part of your income. It is not intended that a disabled employee will receive a combined income from all sources exceeding 100% of his or her pre-disability income. One reason The Hartford's LTD policies require an offset for SSDI benefits is to prevent that very result. Otherwise a disabled person could collect an amount equal to or exceeding his or her pre-disability income, which obviously could provide a disincentive to return to work. So think of your LTD benefit

not as constant dollar amount, but rather as a constant replacement ratio of your pre-disability income – with any SSDI award to which you are entitled working together with your LTD coverage to satisfy that constant replacement ratio.



The offset structure enables employers and employees to purchase affordable private group LTD insurance while avoiding costly duplication of coverage and over-insurance. According to the American Council of Life Insurers, estimates show that without offsets the premiums for group disability insurance could increase by at least 40% and up to 100%.

If your SSDI application is anticipated or pending, The Hartford generally gives you two options from which you can choose to best suit your current financial situation. First, you may elect to have The Hartford estimate SSDI benefits while your SSDI application is pending. Such an estimate would be calculated based on the SSA's own estimating parameters and would be an offset reducing your monthly LTD benefit payments from The Hartford. An advantage of this selection is that little or no reimbursement by you will likely be due to The Hartford at the time of any SSDI award.

Under the second option, you may elect to receive your full monthly LTD benefits from The Hartford and agree in writing to provide a lump sum reimbursement to The Hartford for the amount of any retroactive SSDI award. It is critical to note that this option may require you to reimburse The Hartford a significant lump sum and that failure to provide this reimbursement may result in the reduction of your monthly LTD benefit to the minimum amount allowed by law and may even result in referral to collections.

To illustrate how a lump sum reimbursement works: if The Hartford had been paying your full LTD benefit for 3 years, and after a length of time the SSA awarded you SSDI benefits in the amount of $1000 per month retroactively for the same 3 years, you could immediately owe The Hartford up to $36,000. (As a practical matter, the SSA would pay you the $36,000 award as a lump sum which you would then owe to The Hartford.)

 Last updated: 01/2012

Bertacchi-Freeman/Hartford001512

**Social Security Disability Insurance Benefits**

No matter which option you choose, you will be required to sign **an LTD Payment Options and Reimbursement Agreement**. Generally, failure to apply for SSDI or sign the Reimbursement Agreement will result in a default to the estimation approach.

### How can The Hartford help me with the SSDI process?
Depending on your individual situation, we can introduce you to a qualified Social Security Representative to assist you with pursuit of SSDI. They can provide assistance beginning with your initial application for SSDI, or after the initial decision.

As long as you are receiving The Hartford's LTD benefits, there is no direct charge to you for such a Social Security Representative's assistance. Social Security Representatives are independent advocates with expertise in Social Security disability matters. A Representative can complete application forms for you, gather medical evidence for your SSDI claim, and help you meet deadlines. It is particularly helpful to have a Social Security Representative if your SSDI claim proceeds to an Administrative Law Judge at the administrative hearing stage.

The following example illustrates how Social Security Representatives to whom you are introduced by The Hartford are compensated. To use our earlier example, if the SSA owes you $36,000 in back benefits, then your LTD claim with The Hartford may have been overpaid by $36,000. Because you used a Social Security Representative, you will actually receive $30,000 from the SSA which you would be required to pay to The Hartford, and the Social Security Representative may receive $6,000 as a fee (the maximum permitted by the SSA). In short, The Hartford would absorb the Representative's fee and you would only owe The Hartford a $30,000 lump sum reimbursement, not the full $36,000 awarded to you by the SSA.

### What happens if I am approved for SSDI?
Once you are approved for SSDI, you will find out in one of three ways. This is usually in the form of a "Notice of Award" sent to you by the SSA, but you may also be notified by the independent Representative with whom you had been working, or you may receive a retroactive SSDI benefit as a deposit (electronic funds transfer) into your bank account.

*When you learn of your SSDI award you are responsible for immediately contacting The Hartford Ability Analyst.*

When you contact The Hartford Ability Analyst, s/he will ask you information about your SSDI award and will ask you for a copy of any "Notice of Award" letter. Specifically,

s/he will request the amounts and effective dates of your SSDI award and all dependent benefits. Then s/he will immediately review the LTD benefits The Hartford has paid to you to determine if you owe The Hartford a reimbursement because of a retroactive SSDI award.

Again, if you receive an SSDI award for retroactive benefits (including dependent benefits) owed to you during the same period for which you received The Hartford's LTD benefits without an estimated SSDI offset, you are obligated by The Hartford's LTD policy and the **LTD Payment Options and Reimbursement Agreement** to fully and immediately reimburse The Hartford for any amount we have overpaid to you. The Hartford's Ability Analyst will explain specifically how your SSDI entitlement will impact your LTD benefits and financial obligations to The Hartford.

### How will Social Security dependent and retirement benefits work together with my private LTD benefits?
Your LTD policy requires you to apply for certain other benefits that may be due to you. Included are dependent SSDI benefits, as well as your own and dependent Social Security Retirement benefits under your earnings record with the SSA. Like your own SSDI benefits, these dependent SSDI benefits as well as your own and dependent Social Security Retirement benefits are also reductions (offsets) to your LTD benefits from The Hartford. Failure to apply for dependent SSDI benefits as well as your own and dependent Social Security Retirement benefits in a timely fashion will result in an estimation and reduction in your LTD benefits.

### Security in the face of income loss.
"The No. 1 concern of today's employees is having enough money to pay the bills during a period of income loss, an issue about which 71 percent of all employees are 'extremely concerned.' Yet, only 60 percent of full-time employees... have disability insurance. Even among those full-time employees who have disability insurance, nearly half (44 percent) do not know how much coverage they have."[3]

Fortunately, you may be entitled to SSDI benefits, and your employer has provided or you have purchased LTD coverage from The Hartford to help you through a difficult financial and emotional time. After claim approval, The Hartford is committed to assisting you with returning to work and/or being awarded SSDI benefits as appropriate.

---

[2] The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including issuing companies Hartford Life Insurance Company and Hartford Life and Accident Insurance Company. Policies sold in New York are underwritten by Hartford Life Insurance Company. Home Office of both companies is Simsbury, CT.

[3] The John Hewitt Associates Disability Fact Book, 2007 Edition, p. 8.

Printed in the U.S.A. ©2009 The Hartford, Hartford, CT 06115

Bertacchi-Freeman/Hartford001513

From: Leslie Kim, MD
901 Campus Drive Suite 111
Daly City, CA. 94015
FAX 650 991 2650


RE Policy Holder: Cardinal Health, Inc
Re: Gloria Bertacchi-Freeman
Insured ID 9004108017
Policy Number: 83120674

June 17, 2013

Attachment to Request Regarding Patient Assessment for Long Term Disability
For Functionality of Gloria Bertacchi-Freeman for Light Work Duty

The following diagnostic tests/assessment/procedures have been performed:

1) MRIs were completed on the patient in May 2013 for both the Lumbar Spine
and the Right Knee.
2) Injection/Ultrasound of Left Knee in April 9 2013
3) Bone Density Test completed in 2013.
4) Surgery was performed on the right knee in December 2012.
5) Evaluation of Patient at Each Appointment through today

All of the aforementioned tests, assessments and evaluations conclude that the
patient is unable to perform light work on a full time basis due to the patient's
inability to walk or stand for continuous significant periods of time, to continuously
exert force of up to 20 pounds 1/3 of the time, her inability to sit in one position
for long periods of time(over 20 minutes per hour) as noted on her previous
assessment form, and her inability to constantly push or pull materials at a
production rate pace.

In addition as noted on evaluation of Functional Capabilities for the Patient that I
sent you previously the patient cannot lift/carry 1 to 10 pounds frequently(only
occasionally) as required for light duty. The patient is unable to lift/carry up to 20
pounds as noted on the Functional Capability Assessment of the patient as sent
to you previously.

Bertacchi-Freeman/Hartford001514

Case 2:15-cv-02596-TLN-AC  Document 18-3   Filed 04/03/17   Page 449 of 769

06/17/2013  18:46     916--773-2956           FEDEX OFFICE     3294          PAGE  01

## FedEx
Office and Print Center

# Fax Cover Sheet

Date _____6/7/13_____          Number of pages _13_  (including cover page)

## To:
Name _Christine Montroy_

Company _____

Telephone _____

Fax _____

Comments _re 9004108017, Afleg#83120674_____

## From:
Name _Dr Gloria Bakeerly - Freema_

Company _____

Telephone _____


Fax · Local Send


Fax · Domestic Send


DOMESTIC Send Addl Pages


Fax · International Send

fedex   .com 1.800.GoFedEx 1.800.463.3339

© 2005 FedEx     ; Office and Print Services, Inc. All rights reserved. Products, services and hours vary by location. fm05.105  L03

Bertacchi-Freeman/Hartford001515



THE
HARTFORD

June 6, 2013

Leslie Kim, MD
901 Campus Drive Suite 111
Daly City, CA  94015
Fax: 650-991-2650

| | |
|---|---|
| Policy Holder: | Cardinal Health, Inc. |
| Claimant: | Gloria Bertacchi-Freeman |
| Insured ID: | 9004108017 |
| Policy Number: | 83120674 |

Dear Dr. Kim:

We are processing a claim for Long Term Disability (LTD) Benefits on behalf of your patient.  We would appreciate your assistance in furnishing the following:

Please advise if in your opinion Gloria Bertacchi-Freeman has the functionality needed for Light Work as defined below on a full-time basis (8 hours a day, 5 days a week) as of April 11, 2013.

Light Work is defined by the Department of Labor as exerting up to 20 pounds of force occasionally (up to 1/3 of the time), and/or up to 10 pounds of force frequently (from 1/3 to 2/3 of the time), and/or a negligible amount of force constantly (2/3 or more of the time) to move objects. Physical demand requirements for Light Work are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing or pulling of arm or leg controls; or (3) when the job requires working at a production rate pace entailing the constant pushing or pulling of materials even though the weight of those materials is negligible.

Please note that Gloria Bertacchi-Freeman's own Job requires little to no lifting and would be considered lighter in occupation that the above definition.

_____ I agree that Gloria Bertacchi-Freeman is currently able to perform Light Work on a full-time basis.

___✓___ I disagree that Gloria Bertacchi-Freeman is currently able to perform Light Work on a full-time basis.

If you have indicated "I disagree" that Gloria Bertacchi-Freeman is currently able to perform both Sedentary Work and Light Work as defined above on a full-time basis, please provide medical information supporting your assessment, including any office notes or diagnostic testing.  Please provide your recommended restrictions and/or limitations regarding any return to work at this time. (For

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY  40512-4305
Fax (877) 454-7217

example, if your assessment is that your patient is restricted or limited with regard to some, but not all, of the requirements for Light Work – and/or – if your assessment is that your patient is currently able to perform Light Work, but not on a full-time basis, please explain.)

_Unable to perform light work._

_See MRI Reports._

X _(signature)_                    Date _6/17/13_

Please fax your response to 877-454-7217 by June 12, 2013.

If you have any questions, please feel free to contact our office at (800) 898-2458, x2308969. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy*

Christine M. Montroy, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY  40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford001517

06/17/2013 18:46    916--773-2956        FEDEX OFFICE    3294        PAGE 05

Case 2:15-cv-02596-TLN-AC  Document 18-3  Filed 04/03/17  Page 452 of 769
From: FAXmaker    To: KIM LESLIE H    Page: 1/3    Date: 6/17/2013 2:12:03 PM



## Dignity Health
### Medical Foundation

MRN: 11056432A                          LESLIE H KIM, MD
BERTACCHIFREEMAN, GLORIA                901 CAMPUS DR STE 111
DOB: [REDACTED]1953

                                        DALY CITY CA 94051


  MR LUMBAR SPINE WO CONTRAST        ACC: 8000000453468
Exam Date: 06/05/2013


EXAM: MRI OF THE LUMBAR SPINE WITHOUT GADOLINIUM

CLINICAL HISTORY: Low back pain

COMPARISON: No relevant priors available

TECHNIQUE: 1.5 Tesla MRI images of the Lumbar spine were acquired
using the following sequences: Sagittal T1 and T2, sagittal T2
with fat saturation, axial T1 and T2.

Contrast: None

FINDINGS:

Anatomy: There are 5 lumbar-type, non-rib-bearing vertebral
bodies.

Alignment: Normal throughout.  Normal degree of lumbar lordosis.

Vertebral bodies: Vertebral body height is normal.  No evidence
of compression fractures.  No focal lesions or marrow signal
abnormality.  No evidence of modic type endplate changes or
Schmorl's nodes.

Posterior elements: Posterior neural arches are intact.  Evidence
of possible prior bilateral laminectomies at L5-S1, please
correlate clinically, see axial image #5 series 7.  No other
signs of prior surgery.

Mercy Imaging Center, Sacramento                    mercyimaging.org
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax                                    Page 1 of 3

Bertacchi-Freeman/Hartford001518

Case 2:15-cv-02596-TLN-AC Document 18-3 Filed 04/03/17 Page 453 of 769
From FAXmaker          TO KIM LESLIE          Page 2/3    Date 4/03/2013 2:12:09 PM

BERTACCHI FREEMAN, GLORIA      11056432A
 MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013


Disks: Diffusely desiccated but normal in height.  No evidence of
diskitis osteomyelitis.

Spinal canal: There is narrowing of the spinal canal congenitally
at L4 and L5 due to short pedicles.  Remaining portions of the
canal are patent.  No significant acquired stenosis.

Cord and cauda equina: The conus terminates at L1.  Lower cord
signal is normal.  The cauda equina nerve roots are unremarkable.

Epidural space: No epidural fluid collections.

Level-by-level analysis of the axial T1 and T2 images reveals the
following:

* T12 - L1: Normal disk and facet joints.  No spinal canal or
neuroforaminal stenosis.

* L1 - L2: Normal disk and facet joints.  No spinal canal or
neuroforaminal stenosis.

* L2 - L3: Mild facet arthropathy.  Minimal bilateral foraminal
disc protrusions.  No significant spinal canal or neural
foraminal stenosis.

* L3 - L4: Mild to moderate facet arthropathy bilaterally.  Mild
foraminal disc protrusions.  Spinal canal and neural foramina are
patent.

* L4 - L5: There is a broad-based disc bulge extending to the
neural foramina.  There is a small central disc protrusion.
There is mild overall triangular narrowing of the spinal canal.
No significant narrowing of the lateral recesses.  Neural
foramina are mildly narrowed bilaterally but there is no
impingement of the nerve roots.  There is severe facet
arthropathy with thickening of the ligamentum flavum up to 4 mm.
No evidence of compression of the cauda equina or the traversing
nerve roots or exiting nerve roots.

* L5 - S1: Mild central disc protrusion.  Possible prior
bilateral laminectomy at this level.  Moderate facet arthropathy,
worse on the right, with moderate narrowing of the neural
foramina bilaterally.  Possible impingement of the exiting right
L5 nerve root due to facet osteophyte.  Spinal canal is patent.
No impingement of the S1 traversing nerve roots.

* Sacrum: Visualized portions are unremarkable.

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Bertacchi-Freeman/Hartford001519

BERTACCHI FREEMAN, GLORIA        11056432A
 MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013

Paraspinal soft tissues: No paraspinal fluid collections or
edema.

Retroperitoneum: No adenopathy or AAA.

IMPRESSION:
1.  Evidence of possible prior bilateral laminectomy at L5-S1,
please correlate with history.  No evidence of recurrent spinal
canal stenosis at this level.

2.  Possible impingement of the exiting right L5 nerve root due
to facet osteophyte in the right L5-S1 neural foramen.

3.  No other significant spinal canal or neural foraminal
stenosis.

4.  Severe bilateral facet arthropathy at L4-5, worse on the
right.  There is mild triangular narrowing of the spinal canal at
this level.

Thank you for the opportunity to help in the care of your
patient.  Please call or SMS me directly at (916) 538-4734 or
email gregory.rogalski@dignityhealth.org with questions about the
report or feedback on the final diagnosis.

Electronically Signed By: GREGORY ROGALSKI MD
GR/
CC:
Report Approval Date/Time: 06/05/2013 10:30 AM

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Page 3 of 3

Bertacchi-Freeman/Hartford001520

06/17/2013 18:46 916--773-2956 FEDEX OFFICE 3294 PAGE 08

Case 2:15-cv-02596-TLN-AC Document 18-3 Filed 04/03/17 Page 455 of 769
From: FAXmaker To: KIM LESLIE H Page: 1/2 Date: 6/17/2013 2:14:47 PM

 **Dignity Health**
Medical Foundation

MRN: 11056432A
BERTACCHIFREEMAN, GLORIA
DOB: REDACTED 1953

LESLIE H KIM, MD
901 CAMPUS DR STE 111

DALY CITY CA 94051

MR KNEE RT WO CONTRAST          ACC: 8000000453469
Exam Date: 05/31/2013

MRI RIGHT KNEE 05/31/2013

HISTORY:Injury several months ago with medial greater than
lateral knee pain since.

TECHNIQUE: Proton Density and fat suppressed proton density
weighted sagittal, coronal and axial sequences were done.

FINDINGS:

Alignment is normal. Osseous structures have normal signal.
There is mild thinning of the articular cartilages in all three
compartments but no focal defects. Small hypertrophic spurring
in the medial compartment.

There is an oblique horizontal tear of the posterior horn medial
meniscus extending to the undersurface. Tear extends into the
body of the medial meniscus where it is more peripherally located
on the inferior surface. The anterior horn appears intact.
Lateral meniscus is unremarkable.

Anterior and posterior cruciate ligament are intact. Medial and
lateral collateral ligaments are unremarkable. Quadriceps and
patellar tendons are normal. Popliteus tendon is unremarkable.

Small joint effusion. No intra-articular filling defects. No
popliteal cyst. Patellar retinaculum are normal. Periarticular
soft tissues are unremarkable.

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 *phone*
916 325-2125 *fax*

mercyimaging.org

*Page 1 of 2*

Bertacchi-Freeman/Hartford001521

06/17/2013 18:46    916--773-2956          FEDEX OFFICE    3294          PAGE    09

Case 2:15-cv-02696-TLN-AC Document 18-3 Filed 04/03/2013 Page 456 of 769
From: FAShaker    To: KIM LESLIE?    Page 2/2    Date: 6/17/2013 2:14:49 PM

BERTACCHI FREEMAN, GLORIA          11056432A
MR KNEE RT WO CONTRAST
Exam Date: 05/31/2013


Conclusion:

Tear in the posterior horn and body of the medial meniscus.

Electronically Signed By: DWIGHT MUKUNO MD
DM/
CC:
Report Approval Date/Time: 05/31/2013 01:55 PM

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Page 2 of 2

Bertacchi-Freeman/Hartford001522

06/17/2013  18:46    916--773-2956         FEDEX OFFICE    3294         PAGE  10

Case 2:15-cv-02596-TLN-AC Document 18-3 Filed 04/02/17 Page 457 of 769
From: FAXmaker    To: KIM LESLIE H    Page: 1/3    Date: 6/17/2013 2:12:08 PM



**Dignity Health**
Medical Foundation

---

**MRN: 11056432A**
**BERTACCHIFREEMAN, GLORIA**
**DOB:** REDACTED 1953

**LESLIE H KIM, MD**
**901 CAMPUS DR STE 111**

**DALY CITY CA 94051**

MR LUMBAR SPINE WO CONTRAST     ACC: 8000000453468
**Exam Date: 06/05/2013**

EXAM: MRI OF THE LUMBAR SPINE WITHOUT GADOLINIUM

CLINICAL HISTORY: Low back pain

COMPARISON: No relevant priors available

TECHNIQUE: 1.5 Tesla MRI images of the Lumbar spine were acquired
using the following sequences: Sagittal T1 and T2, sagittal T2
with fat saturation, axial T1 and T2.

Contrast: None

FINDINGS:

Anatomy: There are 5 lumbar-type, non-rib-bearing vertebral
bodies.

Alignment: Normal throughout.  Normal degree of lumbar lordosis.

Vertebral bodies: Vertebral body height is normal.  No evidence
of compression fractures.  No focal lesions or marrow signal
abnormality.  No evidence of modic type endplate changes or
Schmorl's nodes.

Posterior elements: Posterior neural arches are intact.  Evidence
of possible prior bilateral laminectomies at L5-S1, please
correlate clinically, see axial image #5 series 7.  No other
signs of prior surgery.

---

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 *phone*
916 325-2125 *fax*

mercyimaging.org

*Page 1 of 3*

Bertacchi-Freeman/Hartford001523

06/17/2013 18:46 916--773-2956 FEDEX OFFICE 3294 PAGE 11

BERTACCHIFREEMAN, GLORIA        11056432A
 MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013


Disks: Diffusely desiccated but normal in height. No evidence of
diskitis osteomyelitis.

Spinal canal: There is narrowing of the spinal canal congenitally
at L4 and L5 due to short pedicles. Remaining portions of the
canal are patent. No significant acquired stenosis.

Cord and cauda equina: The conus terminates at L1. Lower cord
signal is normal. The cauda equina nerve roots are unremarkable.

Epidural space: No epidural fluid collections.

Level-by-level analysis of the axial T1 and T2 images reveals the
following:

* T12 - L1: Normal disk and facet joints. No spinal canal or
neuroforaminal stenosis.

* L1 - L2: Normal disk and facet joints. No spinal canal or
neuroforaminal stenosis.

* L2 - L3: Mild facet arthropathy. Minimal bilateral foraminal
disc protrusions. No significant spinal canal or neural
foraminal stenosis.

* L3 - L4: Mild to moderate facet arthropathy bilaterally. Mild
foraminal disc protrusions. Spinal canal and neural foramina are
patent.

* L4 - L5: There is a broad-based disc bulge extending to the
neural foramina. There is a small central disc protrusion.
There is mild overall triangular narrowing of the spinal canal.
No significant narrowing of the lateral recesses. Neural
foramina are mildly narrowed bilaterally but there is no
impingement of the nerve roots. There is severe facet
arthropathy with thickening of the ligamentum flavum up to 4 mm.
No evidence of compression of the cauda equina or the traversing
nerve roots or exiting nerve roots.

* L5 - S1: Mild central disc protrusion. Possible prior
bilateral laminectomy at this level. Moderate facet arthropathy,
worse on the right, with moderate narrowing of the neural
foramina bilaterally. Possible impingement of the exiting right
L5 nerve root due to facet osteophyte. Spinal canal is patent.
No impingement of the S1 traversing nerve roots.

* Sacrum: Visualized portions are unremarkable.

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Page 2 of 3

Bertacchi-Freeman/Hartford001524

From: FAXmaker      To: KIM LESLIE R      Page: 3/5      Date: 6/17/2013 2:12:06 PM

BERTACCHI FREEMAN, GLORIA        11056432A
 MR LUMBAR SPINE WO CONTRAST
Exam Date: 06/05/2013


**Paraspinal soft tissues: No paraspinal fluid collections or**
edema.

**Retroperitoneum: No adenopathy or AAA.**

IMPRESSION:
1.  Evidence of possible prior bilateral laminectomy at L5-S1,
please correlate with history.  No evidence of recurrent spinal
canal stenosis at this level.

2.  Possible impingement of the exiting right L5 nerve root due
to facet osteophyte in the right L5-S1 neural foramen.

3.  No other significant spinal canal or neural foraminal
stenosis.

4.  Severe bilateral facet arthropathy at L4-5, worse on the
right.  There is mild triangular narrowing of the spinal canal at
this level.

Thank you for the opportunity to help in the care of your
patient.  Please call or SMS me directly at (916) 538-4734 or
email gregory.rogalski@dignityhealth.org with questions about the
report or feedback on the final diagnosis.

Electronically Signed By: GREGORY ROGALSKI MD
GR/
CC:
Report Approval Date/Time: 06/05/2013 10:30 AM

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 *phone*
916 325-2135 *fax*

mercyimaging.org

*Page 3 of 3*

Bertacchi-Freeman/Hartford001525

06/17/2013  18:46    916--773-2956         FEDEX OFFICE    3294              PAGE  13

Case 2:15-cv-02596-TLN-AC  Document 18-3  Filed 04/03/17  Page 460 of 769
From: FAXmaker    To: KIM LESLIE H    Page: 1/2    Date: 6/17/2013 2:14:47 PM



**Dignity Health**
Medical Foundation

MRN: 11056432A
BERTACCHIFREEMAN, GLORIA
DOB: REDACTED 1953

LESLIE H KIM, MD
901 CAMPUS DR STE 111

DALY CITY CA 94051


MR KNEE RT WO CONTRAST          ACC: 8000000453469
Exam Date: 05/31/2013

MRI RIGHT KNEE 05/31/2013

HISTORY: Injury several months ago with medial greater than
lateral knee pain since.

TECHNIQUE: Proton Density and fat suppressed proton density
weighted sagittal, coronal and axial sequences were done.

FINDINGS:

Alignment is normal.  Osseous structures have normal signal.
There is mild thinning of the articular cartilages in all three
compartments but no focal defects.  Small hypertrophic spurring
in the medial compartment.

There is an oblique horizontal tear of the posterior horn medial
meniscus extending to the undersurface.  Tear extends into the
body of the medial meniscus where it is more peripherally located
on the inferior surface.  The anterior horn appears intact.
Lateral meniscus is unremarkable.

Anterior and posterior cruciate ligament are intact.  Medial and
lateral collateral ligaments are unremarkable.  Quadriceps and
patellar tendons are normal.  Popliteus tendon is unremarkable.

Small joint effusion.  No intra-articular filling defects.  No
popliteal cyst.  Patellar retinaculum are normal.  Periarticular
soft tissues are unremarkable.

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 phone
916 325-2125 fax

mercyimaging.org

Page 1 of 2

Bertacchi-Freeman/Hartford001526

BERTACCHIFREEMAN, GLORIA        11056432A
 MR KNEE RT WO CONTRAST
Exam Date: 05/31/2013


**Conclusion:**

Tear in the posterior horn and body of the medial meniscus.

**Electronically Signed By: DWIGHT MUKUNO MD**
**DM/**
**CC:**
**Report Approval Date/Time: 05/31/2013 01:55 PM**

Mercy Imaging Center, Sacramento
A service of Dignity Health Medical Foundation
3301 C Street, Bldg 500
Sacramento, Ca. 95816
916 556-3300 *phone*
916 325-2125 *fax*

mercyimaging.org

*Page 2 of 2*

Bertacchi-Freeman/Hartford001527

Ms. Christine Montroy
Ability Analyst
Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
877 454 7217

May 28, 2013

Dear Ms. Montroy:

Policy Holder: Cardinal Health, Inc
Re: Gloria Bertacchi-Freeman
Insured ID 9004108017
Policy Number: 83120674

Regarding the various requests for Medical Records

1) Campus Surgery Center, Daly City was sent to you via FEDEX and signed and
received May 24, 2013
2) US Healthworks and Pharmacy(there is no Pharmacy they self dispense at the clinic);
FAXED to you today May 28, 2013, confirmation of receipt
4) Kaiser Records previously sent via FEDEX(on the tape is a list of the Medications
Dispensed from the Pharmacy)
5) Mercy Hospital, Folsom, these were faxed to you last week on May 23, 2013

This should complete your request for information

Thanks,

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA. 95746
916 390 1845

Case 2:15-cv-02596-TLN-AC  Document 18-3  Filed 04/03/17  Page 463 of 769

 **HealthWorks**
MEDICAL GROUP
The Right Care, Right Away

# AUTHORIZATION / SPECIALTY EVALUATION

Date of Request: __10/12/12__   Clinic: __USHW of California - Rocklin__   Case #: __113-092598__

## PATIENT INFORMATION

Patient Name: __Bertacchi-Freemon, Gloria__          Soc. Security #: _____

Date of Birth: __REDACTED 53__      Date of Injury: __10/05/12__      Sex: __F__   Tel: __(916)390-1845__

Address: __5135 Moss Ln__          City: __Granite Bay__      State: __CA__  Zip: __95746__

## INSURANCE INFORMATION

Carrier: __SEDGWICK/PMSI__          Claim #: _____

Address: __P.O. BOX 14440__      City: __LEXINGTON__      State: __KY__  Zip: __40512__

Adjuster: _____      Tel: _____      Fax: _____

Email: _____

## EMPLOYER INFORMATION

Employer: __CARDINAL HEALTH/CORP.__          Tel: __(614)757-7006__

Address: __7000 CARDINAL PLACE__      City: __DUBLIN__      State: __OH__  Zip: __43017-1091__

Contact Person: __TAMI EBERLY__      Tel: __(614)757-7006__   Fax: __(614)652-6382__

Email: __TAMI.EBERLY@CARDINALHEALTH.COM__

## REQUEST INFORMATION

** Diagnosis | 1. 844.8 / R  SPRAIN OF KNEE & LEG NEC
| 2. 847.1 /    SPRAIN THORACIC REGION
| 3. 847.2 /    SPRAIN LUMBAR REGION

Reasons for Request:  See attached medical notes.

Request for:  Evaluation:  ☐ Consult   ☐ Referral   ☐ AOE/COE Evaluation   ☐ Other: _____

Specialty: ☐ Orthopedist ☐ General / ☐ Hand / ☐ Spine  ☐ PM&R ☐ Ophthalmologist ☐ Neurologist ☐ Psychiatrist

☐ General Surgery  ☐ Plastic Surgery  ☐ Other: _____

Type: ☐ Routine   ☐ Urgent   ☐ Emergent

Therapy: ☐ PT ☐ OT ☑ Chiropractor ☐ Acupuncturist ☐ Other: _____  Frequency: _____ Duration: _____

Diagnostics: ☐ MRI ☐ CT Scan ☐ w/contrast ☐ w/o contrast ☐ EMG/NCV (w/consult) ☐ Other: _____

☐ Right ☐ Left  Body Part: _____

## AUTHORIZATION INFORMATION

☐ Authorized/ ☐ Denied by:  Name: _____      Date: _____

Carrier Authorization #: _____

If request is denied, document reasons for denial: _____

Appointment: Date: _____ Time: _____ Transportation Provider: _____

Patient Notified by (Name): _____      on (Date): _____

Employer Notified by (Name): _____      on (Date): _____

## REQUESTING PROVIDER COMMENTS

_____
_____
_____

REQUESTED BY:  Provider: __HEITKE, PETER J., M.D.__

Address: __2305 SUNSET BOULEVARD__   City: __ROCKLIN__   State: __CA__  Zip: __95765__

Tel: __(916)632-9606__   Fax: __(916)632-9706__

**Bertacchi-Freeman/Hartford001529**

Case 2:15-cv-02596-TLN-AC     Document 18-3     Filed 04/03/17     Page 464 of 769

05/28/2013   11:30     916--773-2956          FEDEX OFFICE     3294          PAGE   01



**FedEx**
Office and Print Center

# Fax Cover Sheet

Date _____5/28/13_____          Number of pages _15_ (including cover page)

## To:

Name _Christine Montroy_

Company _____

Telephone _____

Fax _877-454-7217_

## From:

Name _Gloria Freeman_

Company _900410 8017/83120674_

Telephone _916 3901845_

- Comments _re UHS Healthworks + Pharmacy Dispensing Info (inhouse clinic)_
- _also Kaeser included medecation seminar on the tape._
- _Campus sent fedex - Mercy Folsom faxed_
- _you should have everything now_

Fax - Local Send          Fax - Domestic Send          DOMESTIC Send Addl Pages          Fax - International Send

fedexkinkos.com 1.800.GoFedEx 1.800.463.3339

© 2008 FedEx Kinko's Office and Print Services, Inc. All rights reserved. Products, services and hours vary by location. lindR1R5 1.08

Bertacchi-Freeman/Hartford001530

# U.S. HealthWorks
MEDICAL GROUP

## WORK STATUS REPORT

Name. Last: **Bertacchi-Freemon**    First:  **Gloria**    Date of Exam: **10/12/12**  Case #: **113092598**

SS#:  **XXX-XX-3990**    Date of Birth: **REDACTED/53**  Date of Injury: **10/05/12**  Claim #: _____

Employer:  **CARDINAL HEALTH/CORP.**    Contact: **TAMI EBERLY**    Tel.: **(614) 757-7006**  Fax:  **614 652-6382**

Claims Administrator:  **SEDGWICK/PMSI**    Tel.: **(951) 275-5400**  Fax: _____

PATIENT STATUS  Since the last exam, this patient's condition has:
☐ improved as expected    ☐ improved, but slower than expected    ☐ work status pending PR2
☐ worsened    ☐ reached plateau and no further improvement is expected    ☐ not improved significantly
                                                                        ☐ been determined to be non-work related

DIAGNOSES  (Include ICD-9 code, if possible)

844.8   SPRAIN OF KNEE & LEG NEC R          847.2   SPRAIN LUMBAR REGION
847.1   SPRAIN THORACIC REGION

TREATMENT

☒ Office Visit / Injury Treatment   ☐ Start /☐ Continue  ☐ Therapy: ___ times / week for _____ weeks.   ☐ Ergonomic Eval
                                    ☒ Start /☐ Continue  ☒ Chiro:  3  times / week for  2  weeks. ☐ Other _____

☒ Meds / Supplies Dispensed  voltaren, norflex

☐ Consultation /☐ Referral   ☐ Requested /☐ Pending. Specialty _____   ☐ Work status to be determined by specialist
   Estimated length of treatment is now _____ weeks

WORK STATUS   ☐ First Aid Case

☐ Return / ☐ Continue... to work without restrictions.

☐ Off work until (Date) _____ Estimated period of total temporary disability _____ days.

☐ Off the balance of this shift only. Then RTW on (Date) _____ to ☐ Full  / ☐ Modified duty.   ☐ Re-evaluate work status before next shift.

☒ Return to work as of (Date) **10/12/12** _____ with the restrictions indicated below. Estimated duration of modified duty is _____ days.

   ( ) No work near moving machinery                   ( ) Sit down job.
   ( ) No / ( ) Limited use of  R / L hand to  ____ hrs/day   ( ) Must wear:  ( ) Splint  ( ) Immobilizer  ( ) Back support  ( ) Cage
   ( ) No / ( ) Limited standing or walking to  ____ hrs/day   ( ) Other _____
   (X) No / ( ) Limited overhead work to  ____ hrs/day   ( ) Must keep _____ elevated
   (X) No / ( ) Limited stooping and bending to  ____ hrs/day   ( ) Keep wound/bandage clean and dry
   (X) No / ( ) Limited kneeling or squatting to  ____ hrs/day   ( ) Must take a ____ minute stretch break every ____ minutes from
   ( ) No / ( ) Limited   ( ) Lift  ( ) Pull  ( ) Push   ( ) Keyboard / ( ) _____
      Up to: ( ) 10 lbs ( ) 25 lbs ( ) 50 lbs   ( ) ___ lbs   ( ) Other _____
   (X) No climbing                                     _____

☐ Medical status was discussed with employer representative.  Name _____

   If no modified work is made available, employer must keep employee off work unless, and until, such modified work is made available.

DISCHARGE STATUS  ☐ Return to full duty on (Date) _____ with no limitations or restrictions. Released from care without
                     ratable disability or need for future medical care.
                  ☐ Patient discharged as permanent and stationary with either impairment, work restrictions and/or need for future
                     medical care.  A PR-4 to follow.
                  ☐ NON-INDUSTRIAL.  Patient instructed to see private physician at own expense.

TREATING PROVIDER

Name  **HEITKE, PETER J., M.D.**    Lic. #  **G48389**    Date of Exam  **10/12/12**

Specialty _____    Signature  Signature on File

Issued at:   USHW of California - Rocklin, 2305 SUNSET BOULEVARD, ROCKLIN, CA 95765 Tel: (916) 632-9606

Checkin Time   8:24 AM          Checkout Time  11:29 AM      Next Visit Date  10/19/12  Time  9:30 AM

Bertacchi-Freeman/Hartford001531

# DOCTOR'S FIRST REPORT OF OCCUPATIONAL ILLNESS OR INJURY

Within 5 days of your initial examination, for every occupational injury or illness, send two copies of this report to the employer's workers' compensation insurance carrier or the insured employer. Failure to file a timely doctor's report may result in assessment of a civil penalty. In the case of diagnosed or suspected pesticide poisoning, send a copy of the report to Division of Labor Statistics and Research, P.O. Box 420603, San Francisco, CA 94142-0603, and notify your local health officer by telephone within 24 hours.

| | | | |
|---|---|---|---|
| 2. EMPLOYER  CARDINAL HEALTH/CORP. | 1. INSURER   SEDGWICK/PMSI | | PLEASE DO NOT USE THIS COLUMN |
| 3. Street Address  7000 CARDINAL PLACE | Street Address  P.O. BOX 14440 | | Case No. |
| City, State, Zip  DUBLIN              OH  43017 | City, State, Zip  LEXINGTON          KY  40512 | | |
| 4. Business Type | Claim # | | |

| | | | |
|---|---|---|---|
| 5. PATIENT NAME (First, Middle, Last)  Bertacchi-Freemon, Gloria | 6. Sex  ☐ Male  ☒ Female | 7. Date of Birth  REDACTED 53 | Industry |
| 8. Address: No. and Street City  5135 Moss Ln            Granite Bay | Zip  95746 | 9. Telephone Number  (916) 390-1845 | County |
| 10. Occupation (Specific Job Title)  director | 11. Social Security Number  REDACTED 3990 | | Age |
| 12. Injured at:  8100 BRUCEVILLE RD        City  SACRAMENTO | County  SACRAMENTO | | Hazard |
| 13. Date and hour of injury or onset of illness  10/05/12  8:00 AM | 14. Date last worked  Mo. Day Yr.  10/10/12 | | Disease |
| 15. Date and hour of first examination or treatment  10/12/12  9:42 AM | 16. Have you (or your office) previously treated patient?  ☐ Yes  ☒ No | | Hospitalization |

| | |
|---|---|
| 17. PATIENT, PLEASE DESCRIBE HOW THE ACCIDENT OR EXPOSURE HAPPENED (Be specific)  Description written:  "Knee pain, right knee and swelling.  Back and neck pain.  Sudden incontinence.  Incident occurred at Sierra Vista Hospital.  Patient group counseling agitated patient and bending, stretching, reaching in pharmacy."  4116 yel/Peter Heitke, M.D./rc | Occupation  Return Date Code |

18./19./20. SUBJECTIVE COMPAINTS/OBJECTIVE FINDINGS/DIAGNOSIS   Chemical or toxic compounds involved? ☐ Yes  ☒ No
HISTORY OF THE PRESENT INJURY:  Complains of gradually increasing neck, low back, and right knee pain for over one week which she attributes to a significant increase in the amount of bleeding, squatting, and overhead reaching activities at her job during the past two weeks.  She denies any previous neck or back problems, but states that she did previously strain her right knee (approx two years ago), skiing.  She states that she made a full recovery from that injury and denies intervening symptoms.  I have reviewed patient's medical, family, and social history, and review of systems.  CHIEF COMPLAINT:  Intermittent mild to moderate, dull pain in the right knee, constant mild to moderate, dull pain in back and neck.  EXAMINATION:  HT: 61 in, WT: 210 lbs, P: 64, BP: 130/84, R: 16, T: 99.1.  Alert and oriented, well developed, well nourished.  Normal posture/gait.  NECK:  Mild to moderate loss of cervical lordosis.  Minimal tenderness and mild to moderate spasm of paracervical/upper parathoracic muscles.  Restricted ROM.  BACK:  Mild loss of lumbosacral lordosis.  Minimal paralumbar tenderness with mild to moderate spasm.  Restricted ROM.  RIGHT KNEE:  Minimal swelling with mild tenderness anteromedially.  Full ROM.

| | | | |
|---|---|---|---|
| Diagnosis: 844.8   SPRAIN OF KNEE & LEG NEC R   847.2   SPRAIN LUMBAR REGION | 847.1   SPRAIN THORACIC REGION | | |

X-ray and laboratory results (state if none or pending)   X-rays: right knee (3V) = minimal DJD; lumbar spine (5V) = normal; cervical spine (5V) = loss of cervical lordosis consistent with muscle spasm, otherwise normal.  Wet readings.

| | |
|---|---|
| 21. Findings consistent with patient's statement?  ☒ Yes  ☐ No | 22. Other condition that will impede recovery  ☐ Yes  ☒ No   Explain: |

23. TREATMENT RENDERED
Comprehensive history, evaluation, and examination were performed.  X-rays sent to radiology.  Dispensed diclofenac XR 100 mg 1 q day #30, orphenadrine 100 mg 1 q h.s. #30.  Dispensed Hot/Cold Flexipac, Hot/Cold Medi-Pak, D-Core fiber pillow, Krames booklets x3.  Reddie-Brace applied and fitted.  Chiropractic three times a week for two weeks.  Patient voiced understanding of aftercare instructions, medication side effects, work restrictions, and the expected progression of the injury.
WORK RESTRICTIONS:  No overhead work.  No stooping, bending, kneeling, squatting.  No climbing.

| | | |
|---|---|---|
| 24. If further treatment required, specify treatment.  Chiropractic, office visit. | Estimated Days 14 | |
| 25. If hospitalized as inpatient, give hospital name and location. | Date Admitted | Estimated stay |

| | | |
|---|---|---|
| 26. WORK STATUS  Is patient able to perform usual work?  ☐ Yes  ☒ No  Regular Work  Mod Work 10/12/12 | If no, extended return date to:  Specify Restrictions: See above. | |

| | |
|---|---|
| Doctor's Signature  [signature] 14/7/12 | CA License  G46389 |
| Name and Degree  HEITKE, PETER J., M.D. | IRS Number  95-4643269 |
| Address  2305 SUNSET BOULEVARD  ROCKLIN  CA  95765 | Phone Number (916) 632-9606 |

ANY PERSON WHO MAKES OR CAUSES TO BE MADE ANY KNOWINGLY FALSE OR FRAUDULENT MATERIAL STATEMENT OR MATERIAL REPRESENTATION FOR THE PURPOSE OF OBTAINING OR DENYING WORKERS COMPENSATION BENEFITS OR PAYMENTS IS GUILTY OF A FELONY.

Bertacchi-Freeman/Hartford 001532

# U.S. HealthWorks
M E D I C A L   G R O U P

STATE OF CALIFORNIA
Division of Workers' Compensation
**PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)**

☐ *Additional pages attached*

Patient Last __Bertacchi-Freemon__   First __Gloria__   DOB __REDACTED53__   Date of Exam: __10/12/12__   Case #: __113092598__

Occupation __director__   SS# __REDACTED3990__   Date of Injury __10/05/12__   Claim # _____

Employer: __CARDINAL HEALTH/CORP.__   Contact: __TAMI EBERLY__   Tel: __(614) 757-7006__   Fax: __614  652-6382__

Claims Administrator __SEDGWICK/PMSI__   Tel: __(951) 275-5400__   Fax: _____

**REASON FOR SUBMITTING REPORT**   (Check all that apply. If any box aside from "Other" applies, this report qualifies as mandatory.)

☐ Change in patient's condition         ☐ Need for referral or consultation          ☐ Info. requested by: _____
☐ Change in work status               ☐ Need for surgery or hospitalization        ☐ Released from Care   ☑ Request for Authorization
☐ Change in treatment plan            ☐ Periodic Report (45 days after last report)  ☑ Other: __Rx__

**PATIENT STATUS**   Since the last exam, this patient's condition has:

☐ improved as expected       ☐ improved, but slower than expected             ☐ not improved significantly
☐ worsened                  ☐ reached plateau and no further improvement is expected   ☐ been determined to be non-work related

**SUBJECTIVE COMPLAINTS**   (Document and describe significant complaints)

Hot/Cold Medi-Pak 6"x10 ½"
HCPCS: A9273
Bill Code: 6850
Item#: 59-610R

DICLOFENAC SOD. XR 100mg Tab
NDC-16590-9274-30  QTY:60ea
Expl 08/14    Lot:DCL28JUL093
(Volimman XR)00391-0B291-01

ORPHENADRINE CIT.100mg,E.R.TAB
NDC:60069-0867-90  QTY:60ea
Expl 11/13    Lot:(OC)00BXKR2U
(Norflex)00115-0811-02

**OBJECTIVE FINDINGS**   (Document significant exam findings, lab, imaging, and other diagnostic testing)

HCPC: 1,L1820
[barcode] REF 79-82399-10
REDDIE BRACE, XXXL

Hot/Cold Flexipac 8"x14"
(dispensed)
HCPCS: A9273
Bill Code: 6971     Item# 4029

Krames Pt Education 9-16 pgs
HCPCS: 99071
Bill Code: 6860   ③

HCPCS: E0190
CGR101
D—CORE FIBER SUPPORT PILL
OW, REGULAR, 24" X 16"

**DIAGNOSES** (Include ICD-9 code, if possible)

_(handwritten)_

**TREATMENT**

☑ Office Visit / Injury Treatment  ☐ Start / ☐ Continue  ☐ Therapy: ___ times / week for ___ weeks.    ☐ Ergonomic eval
☑ Start / ☐ Continue ☐ Chiro: __2__ times / week for __1__ weeks.    ☐ Other _____
☑ Meds / Supplies Dispensed __Rx Dicl/Norflex__
☐ Consultation / ☐ Referral   ☐ Requested / ☐ Pending, Specialty _____   ☐ Work status to be determined by specialist.
Estimated length of treatment is now _____ weeks

**WORK STATUS**   ☐ First Aid Case

☐ Return / ☐ Continue... to work without restrictions.
☐ Off work until (Date) _____   Estimated period of total temporary disability _____ days.
☐ Off the balance of this shift only. Then RTW on (Date) _____ to   ☐ Full / ☐ Modified duty.   ☐ Re-evaluate work status before next shift.
☑ Return to work as of (Date) __today__ with the restrictions indicated below. Estimated duration of modified duty is _____ days.

( ) No work near moving machinery                        ( ) Sit down job
( ) No / ( ) Limited use of  R / L hand        to _____ hrs/day      ( ) Must wear  ☐ Splint ☐ Immobilizer  ☐ Back support ☐ Cage
( ) No / ( ) Limited standing or walking       to _____ hrs/day                ☐ Other _____
☑ No / ( ) Limited overhead work              to _____ hrs/day      ( ) Must keep _____ 'elevated
☑ No / ( ) Limited stooping and bending       to _____ hrs/day      ( ) Keep wound\bandage clean and dry
☑ No / ( ) Limited kneeling or squatting       to _____ hrs/day      ( ) Must take a ___ minute stretch break every ___ minutes from
( ) No / ( ) Limited  ☐ Lift ☐ Pull ☐ Push                                  ( ) Keyboard / ( ) _____
Up to: ☐ 10 lbs ☐ 25 lbs ☐ 60 lbs ☐ ___ lbs       ( ) Other _____
☑ No climbing
☐ Medical status was discussed with employer representative _____

**DISCHARGE STATUS**

☐ Return to full duty on (Date) _____ with no limitations or restrictions. Released from care without ratable disability or need for future medical care.
☐ Patient discharged as permanent and stationary with either impairment, work restrictions and/or need for future medical care.  A PR-4 to follow.
☐ NON-INDUSTRIAL. Patient instructed to see private physician at own expense.

**PRIMARY TREATING PHYSICIAN**
I declare under penalty of perjury that this is true and correct to the best of my knowledge and that I have not violated Labor Code S 139.3.
Name __Peter J. Heitke M.D.__   Cal. Lic # __G46389__   Date of Exam __10/12/12__
Specialty: _____   Signature _____
Executed at: USHW of California · Rocklin, 2305 SUNSET BOULEVARD, ROCKLIN, CA  95765  Tel: (916) 632-9606

| YOUR NEXT APPOINTMENT WITH THE DOCTOR IS ON: | YOUR NEXT APPOINTMENT FOR PHYSICAL THERAPY IS ON: |
|---|---|
| ☐ MON  ☐ TUE  ☐ WED  ☐ THUR  ☑ FRI  ☐ SAT | ☐ MON  ☐ TUE  ☐ WED  ☐ THUR  ☐ FRI  ☐ SAT |
| DATE: __10/19/12__  TIME: _____  ☐ Before / After Shift | DATE: _____  TIME: _____ |
| PLEASE CALL IN ADVANCE IF YOU WILL BE UNABLE TO KEEP THIS APPOINTMENT. | PLEASE CALL IN ADVANCE IF YOU WILL BE UNABLE TO KEEP THIS APPOINTMENT. |

U.S. HealthWorks
M E D I C A L   G R O U P

WC Worksheet
New Patient

**MA / NURSE NOTES:** Dominant hand: ☑ Right ☐ Left  Allergies: _N/KDA_

Medications: HCTZ, Synthroid, Aliphex, Allegra  Problems/Side effects: ___

☑ Yes ☐ No  History of ulcers or gastritis?  ☐ Yes ☑ No  Possibly pregnant?  Last Tetanus Toxoid: _2010_

**Occupational History:**

Job Title: _director of pharmacy_  Length of employment with company _3 mos._ yrs  Average hours per week: _40+_

Main Job Characteristics At The Time Of Injury:

☑ Sit down job  ☐ Prolonged standing or walking  ☑ Repetitive use of hands / keyboard / mouse  ☑ Kneeling or squatting
☑ Bending  ☐ Stooping  ☐ Climbing  ☐ Overhead work  ☐ Operating hand tools / Machinery
☑ Lifting / Pulling / Pushing  ☐ Up to 10 lbs.  ☑ Up to 25 lbs.  ☐ Up to 50 lbs. ☐ Up to ___ lbs.  Other: ___

☑ Yes ☐ No  Any lost work time?  If Yes, specify number of full days lost: _2_ and last date worked: _10/10/12_
☐ Yes ☑ No  Any other source of employment?  If Yes, specify: ___
☐ Yes ☑ No  Any sports or hobbies?  If Yes, specify: ___
☐ Yes ☑ No  Any previous treatment for the complaint(s) before coming to U.S. HealthWorks?  If Yes, specify: ___

**Chief Complaint:** _(R) Knee pain & back, lower, stiff neck + pain_

Ht: _61_ in  Wt: _210_ lbs  Pulse: _84_ /min  BP: _130/84_ mmHg  Resp: _16_ /min  Temp: _99.1_ °F

Completed by: _J. Sorine_

**PHYSICIAN HISTORY**  (Explain any Yes answers below.)
☐ Yes ☑ No  Chemical / toxic exposure involved?
☐ Yes ☑ No  Any previous occupational injuries or illnesses?
☐ Yes ☑ No  Any pre-existing condition that could complicate or prolong the patient's diagnosis, treatment, and/or rate of recovery?

**History of Present Illness/Injury:**  (Describe below the mechanism of injury, progression of illness, and the characteristics of the chief complaint)

c/o gradual ↑ neck, LB, + (R) knee pain x > 1 week which she
attributes to a significant ↑ in the amount of bending, squatting, +
overhand reaching activities at her job during the past 2
weeks.  She denies any previous neck or back problem.  She
states that she did previously have (R)
knee

**Chief Complaint #1:** _Pain_  |  **Chief Complaint #2:** _Pain_
**Location:** _(R) knee_  |  **Location:** _neck + back_
**Quality:** ☐ Faint ☐ Sharp ☑ Dull ☐ Tingling ☐ Burning  |  **Quality:** ☐ Faint ☐ Sharp ☑ Dull ☐ Tingling ☐ Burning
**Severity:** ☐ Minimal ☑ Mild ☐ Moderate ☐ Severe  |  **Severity:** ☐ Minimal ☑ Mild ☐ Moderate ☐ Severe
**Duration:** ___ Min ___ Hours ___ Days _1+ week_  |  **Duration:** ___ Min ___ Hours ___ Days _1+ week_
**Timing:** ☐ Occasional ☑ Intermittent ☐ Constant  |  **Timing:** ☐ Occasional ☐ Intermittent ☑ Constant
**Context:** _work_  |  **Context:** _work_
**Modifying Factors:** Exacerbated by: _climbing / squatting_  |  **Modifying Factors:** Exacerbated by: _climbing / bending/lifting_
Lessened by: _rest_  |  Lessened by: _rest_

**Relevant History.  Comments:**

← (~ 2 yrs ago) skiing.  She states that she broke →
full recovery from that injury + denies
interim symptoms

Peter J. Heitke M.D.  G46389

☑ As part of my evaluation, I reviewed the information above, as well as the patient's Medical,
Family and Social History and the Review of Systems collected today.

_[signature]_
**Provider Signature**

CARDINAL HEALTH/CORP.  90009
DOS:10/12/12  DOI:10/05/12  DOB: REDACTED 53
Patient: Bertacchi-Freemon, Glor
Case # : 113-092598 Ref # : 4116yell/lr

THE DOCUMENTATION ABOVE.
_cident #:_ ___  Date: ___

WC Worksheet
New Patient

Bertacchi-Freemon/Hartford001534

**U.S. HealthWorks**
MEDICAL GROUP

**NECK**
*Page 1 of 2*   WC New Patient

**Associated Symptoms**  ☐ None   (Check all that apply.)

☐ Yes ☑ No  Arm pain?      ☐ Yes ☑ No  Arm numbness or tingling?   ☐ Yes ☑ No  Arm weakness?   ☑ Yes ☐ No  Neck pain with motion?  Ext

☐ Yes ☑ No  Neck swelling?   ☑ Yes ☐ No  Restricted motion?  Ext.   ☐ Yes ☑ No  Recent URI symptoms?   ☐ Yes ☑ No  Bowel/Bladder dysfunction?

Other: _____

**EXAM:** (Check all the statements that apply and explain any Yes answers below. If not all items in a statement are positive; check and explain those that apply.)

1. ☐ Yes ☑ No  **Malnourished** and/or **underdeveloped?**
2. ☐ Yes ☑ No  **Disoriented** to time, place and person and/or **non-alert?**
3. ☐ Yes ☑ No  **Mood and affect** appear **inappropriate?**
4. ☐ Yes ☑ No  **Abnormal posture** or **gait?**
5. ☐ Yes ☑ No  **Signs of apparent respiratory distress** (tachypnea, hyperpnea, etc.)?
6. ☑ Yes ☐ No  **Loss of cervical lordosis?**  Mild - mod.
7. ☐ Yes ☑ No  ☐ **Erythema,** ☐ **ecchymosis,** ☐ **scars,** ☐ **masses,** ☐ **swelling,** or ☐ **deformities** in neck?
8. ☑ Yes ☐ No  **Neck** ☑ **stiffness** or ☐ **splinting.**  Mild
9. ☐ Yes ☑ No  **Posterior cervical tenderness?**
10. ☑ Yes ☐ No  ☑ **Tenderness** or ☑ **muscle spasms** in the ☑ **Paracervical** ☐ **Sternocleidomastoid** ☑ **Trapezius muscles?**
11. ☐ Yes ☑ No  **Abnormal thyroid palpation?**
12. ☑ Yes ☐ No  **Restricted range of motion of the neck?**  (If Yes, specify restrictions below.)
    Flex: 45 /45°   Ext. 35 /55°   Lat. Flexion R: 35 L 35 /40°   Lat. Rotation R: 70 L: 70 /70°
13. ☐ Yes ☑ No  **Weakness of the upper extremity muscles?**  (If Yes, grade the weakness below.)
    Shoulder abduction (C5) R:___ L:___ /5   Wrist extension (C6) R:___ L:___ /5   Wrist flexion (C7) R:___ L:___ /5
    Finger extension (C7) R:___ L:___ /5   Finger Flexion (C8) R:___ L:___ /5   Shoulder adduction (T1) R:___ L:___ /5
14. ☐ Yes ☑ No  **Abnormal deep tendon reflexes in upper extremities?**  (If Yes, grade the response below.)
    Bicipital (C5) R:___ L:___ /2   Brachioradialis (C6) R:___ L:___ /2   Tricipital (C7) R:___ L:___ /2
15. ☐ Yes ☑ No  **Sensory changes to light touch and pinprick in upper extremities?**  (If Yes, specify area of decreased sensation below.)
    R / L  Lat. arm sensation (C5)   R / L  Lat. forearm sensation (C6)   R / L  Middle finger sensation (C7)
    R / L  medial forearm sensation (C8)   R / I.  Medial arm sensation (T1)
16. ☐ Yes ☑ No  **Abnormal pulses in neck and upper extremities?**  (If Yes, grade the intensity.)   Carotid R:___ L:___ 4   Radial R:___ L:___ 4
17. ☐ Yes ☑ No  **Cervical lymphadenopathy?**
18. ☐ Yes ☑ No  **Signs of apparent respiratory distress** (tachypnea, hyperpnea, etc.)?

**Maneuvers and Tests**

19. **Dynamometer (JAMAR)**  Setting #:___   Right: ___, ___, ___ lbs.   Left: ___, ___, ___ lbs.
20. ☐ Pos ☑ Neg  **Cervical compression test** for nerve root compression.   21. ☐ Pos ☑ Neg  **Cervical distraction test** for nerve root compression.
22. ☐ Pos ☑ Neg  **Valsalva maneuver** for cervical space-occupying lesions.   23. ☐ Pos ☐ Neg  Other:_____

**Explanation of abnormalities and other physical findings:**

10. _Neck w/ tenderness to mild - mod spasm of the paracervical / upper paraplavic. muscles_

Other injuries associated with this incident: _____   (Document appropriately)

**DIAGNOSTIC TESTS:** Radiographic series of the ☑ Neck ☐ Other: C-Spine   Number of views 5   X-Ray #: 120819

☐ CBC / Differential   ☐ Chemistry   ☐ Urinalysis. Dipstick   ☐ Urinalysis   Other:_____

**Results:**  Preliminary X-ray reading: ☐ Normal ☑ Abnormal: LOCL C/W Muscle Spasm; ☑ Sent to radiologist
Laboratory: ☐ Normal ☐ Abnormal:  other wise normal   ☑ Discussed with patient

CARDINAL HEALTH/CORP.   90009   **NECK**
*Page 1 of 2*   WC New Patient
DOS: 10/12/12  DOI: 10/05/12  DOB: [REDACTED]53   Incident #:___   Date:___
Patient: Bertacchi-Freemon, Glor
Case # : 113-092598  Ref  # : 4116yell/Lr

Bertacchi-Freeman/Hartford001535

**U.S. HealthWorks** MEDICAL GROUP

BACK
Page 1 of 2    WC New Patient

**Associated Signs/Symptoms:** ☑ None  (Check all that apply)
☐ Yes ☐ No Dysuria?     ☐ Yes ☐ No Polyuria?     ☐ Yes ☐ No Fever, chills, sweats?     ☐ Yes ☐ No Hematuria?
☐ Yes ☐ No Paresthesias?   ☐ Yes ☐ No Weakness?   ☐ Yes ☐ No Changes in bowel habits? ☐ Yes ☐ No Pain radiation to: _____
☐ Yes ☐ No Bowel/Bladder dysfunction? Other: _____     Other: _____

**EXAM:** (Check all the statements that apply and explain any Yes answers below. If not all items in a statement are positive, check and explain those that apply.)

1. ☐ Yes ☑ No  Malnourished and/or underdeveloped?
2. ☐ Yes ☑ No  Disoriented to time, place and person and/or non-alert?
3. ☐ Yes ☑ No  Mood and effect appear inappropriate?
4. ☐ Yes ☑ No  Abnormal posture or gait?
5. ☐ Yes ☑ No  Signs of apparent respiratory distress (tachypnea, hyperpnea, etc.)?
6. ☐ Yes ☑ No  ☐ Erythema, ☐ ecchymosis, ☐ scars, ☐ masses, ☐ swelling, or ☐ deformities of chest or thoracolumbar region?
7. ☐ Yes ☑ No  ☐ Kyphosis or ☐ scoliosis?
8. ☑ Yes ☐ No  Loss of lumbosacral lordosis? mild
9. ☐ Yes ☑ No  Pelvis asymmetry?
10. ☑ Yes ☐ No  Difficult Heel/Toe ambulation?
11. ☑ Yes ☐ No  ☐ Tenderness or ☑ spasm of the thoracolumbar spine or the paravertebral musculature?
12. ☐ Yes ☑ No  Abnormal abdominal palpation?
13. ☐ Yes ☑ No  Costovertebral angle tenderness for renal involvement?
14. ☑ Yes ☐ No  Restricted range of motion of the back?   (If Yes, specify restrictions below)
    Flexion; Fingertips to:  ☐ Mid-Thigh  ☐ Knee  ☐ Mid-tibia  ☑ Ankles  ☐ _____ inches from floor
    Extension: 27/30°   Lateral Flexion R: 40 L: 40/45°   Lateral Rotation R: 18 L: 22/30°
15. ☐ Yes ☑ No  Weakness of the lower extremities?   (If Yes, grade the weakness below)
    Hip Flexion (T12-L13) R___L___/5   Foot Dorsiflexion-Inv (L4) R___L___/5   Great Toe Dorsiflexion (L5) R___L___/5

**Neurovascular**
16. ☐ Yes ☑ No  Abnormal deep tendon reflexes?    (If Yes, grade the response below)
    Patellar (L2, L3, L4) R___L___/2   Achilles Tendon (S1, S2) R___L___/2
17. ☐ Yes ☑ No  Sensory changes to light touch and pinprick? (If Yes, specify area of decreased sensation below)
    R / L  Medial Forearm (T1)    R / L  Medial Arm (T2)    R / L  Torso (T2-T7)
    R / L  Anterior Thigh (L1-L3)  R / L  Medial Leg/Foot (L4)  R / L  Lateral Leg/Medial Foot (L5)
    R / L  Lateral Leg/Dorsal Foot (L5)  R / L  Lateral Ventral Foot (S1)  R / L  Thoracoabdominal region
18. ☐ Yes ☑ No  Abnormal distal pulses? (If Yes, specify):_____
19. ☑ Yes ☐ No  Abnormal exam of the neck? — see other page
20. ☐ Yes ☑ No  Signs of apparent dependent lymphedema?

**Maneuvers and Tests**
21. ☐ Pos ☑ Neg  Straight Leg Raise Test for sciatic nerve involvement.  Right: + ____ degrees,  Left: + ____ degrees.
22. ☐ Pos ☑ Neg  Patrick-Fabere Test for pathology of sacroiliac joint.   23. ☐ Pos ☑ Neg  Extensor hallucis longus (EHL) Test
24. ☐ Pos ☑ Neg  Waddell's Signs for symptom magnification.   25. ☐ Pos ☐ Neg  Other: _____

**Explanation of abnormalities and other physical findings:**

11. There was paralumbar tenderness with + low spasm

Other injuries associated with this incident: _____   (Document appropriately)

**DIAGNOSTIC TESTS:** Radiographic series of the ☑ Lumbar / ☐ Thoracic Spine ☐ Other: _____ Number of views 5  X-Ray #: 120819
☐ CBC / Differential  ☐ Blood Chemistry  ☐ Urinalysis, Dipstick  ☐ Urinalysis  ☐ Urine C&S  Other: _____
**Results:**  Preliminary X-ray reading: ☑ Normal ☐ Abnormal: _____     ☐ Sent to radiologist
          **Laboratory:** ☐ Normal ☐ Abnormal: _____        ☑ Discussed with patient

IF ID LABELS ARE USED, AFFIX HERE ___ OF THE DOCUMENTATION ABOVE.    BACK
CARDINAL HEALTH/CORP.     90009           Page 1 of 2   WC New Patient
DOS:10/12/12 DOI:10/05/12 DOB: [REDACTED]/53   Incident #: _____   Date: _____
Patient: Bertacchi-Freemon, Glor

Bertacchi-Freeman/Hartford001536

**U.S. HealthWorks** MEDICAL GROUP

KNEE
Page 2 of 2     WC New Patient

**DIAGNOSES:** (Specify all diagnoses by numbering in order of importance.)
#___ Abrasion. Knee / Leg              #___ Contusion. Knee              # 1 Sprain/Strain Knee ~ (R)
#___ Bursitis. Knee                    #___ Fracture                    #___ Degenerative Joint Disease. Knee
#___ Internal Derangement of the Knee  # 2 Other: _Cervical thoracic_   # 3 Other: _Lumbar Strain_
☑ Work-related  ☐ Not Work-related  ☐ Pending determination.   _Strain_
☐ First Aid Case

**PHYSICIAN COMMENTS**   (Explain Any No answers.)
1. ☐ Yes ☑ No  According to the patient, was the present injury/illness caused by a single specific event? _Repetitive in activity_
2. ☑ Yes ☐ No  Are findings consistent with the patient's statement?

**TREATMENT PLAN:**
☐ Cryotherapy locally for 15 min. STAT.
☐ Injection administered. Med/Manufacturer:_____ Dose:_____ Route:_____ Location: _____ Lot:_____ Exp. Date: _____

**Medications / Supplies**   (Check all that apply, write the prescription in the blanks and circle (D) for Dispensed and (P) for Prescribed.)
☐ Acetaminophen ES 500 mg #40 _____ D / P      ☐ Acetaminophen/ Cod. 300/30 mg #20 _____ D / P
☐ Biofreeze Tube 4 oz _____ D / P               ☐ Cyclobenzaprine 5 mg #30 _____ D / P
☑ Diclofenac Sodium XR 100 mg #30 _+ gel_ (D)/ P     ☐ Etodolac 300 mg #30 _____ D / P
☐ Hydrocodone/Acet ☐ 5/325 mg ☐ 10/325 mg # 20 ___ D / P   ☐ Ibuprofen 200 mg #40 _____ D / P
☐ Lidoderm Patches #30 _____ D / P              ☐ Methocarbamol 750 mg #40 _____ D / P
☐ Naproxen 550 mg #30 _____ D / P               ☐ Naproxen Sodium 220 mg #28 _____ D / P
☐ Omeprazole DR 20 mg #30 _____ D / P           ☑ Orphenadrine Citrate ER 100 mg #30 _+ gel_ (D)/ P
☐ Tramadol /Acetaminophen 37.5/325 mg #30 ___ D / P  ☐ Tramadol HCL 50 mg #20 _____ D / P
☐ Injectables. Specify:_____ D / P              ☐ Other: _____ D / P
☑ The following medical / orthotics were applied and fitted, and the patient instructed in their proper use and care:
☐ Knee Immobilizer _____          ☐ Splint_____          ☑ Knee Brace _____
☐ Knee Support _____              Other:_____
The following medical supplies were dispensed and the patient instructed in their proper use:
☑ Cold Packs ☐ Hot Pack ☐ Thermophore Pack ☐ ACE Wrap_____ ☐ Crutches ☐ Cane ☑ Other: _D - Core Pillow_
Other: _Large (x4)_
        _Extra Large (x4)_
☐ Patient will be followed by primary physician for **fracture care.** No referral is anticipated at this time.
☐ **Physical Therapy:** Evaluate and treat ___ times/week for ___ weeks.  ☑ **Chiropractic Therapy:** Evaluate and treat _2_ times/week for _2_ weeks.
☐ **Gait Training**          ☐ **Ergonomic Evaluation**
☐ **Interpreter used**  ☐ **Certified interpreter unavailable.**  Name:_____
**Work Status:** ☐ Regular work  ☑ Modified work  ☐ Off work. Explain:_____
☐ **Counseling visit:** Total duration of visit: _____ mins. Total duration of patient counseling: _____ mins.
**Return to clinic on:** _10/19/12 → Alhambra Office_
☐ **Discharged from care.** No further treatment is anticipated at this center at this time.

HCPC: 1. **L1820**
[barcode] REF 79-82399-10
**REDDIE BRACE, XXXL**

MA/Nurse completing medical orders: _[signature]_

[medication label boxes]
DICLOFENAC SOD. XR 100mg TAB...
ORPHENADRINE CIT. 100mg E.R. Tab...

Hot/Cold Medi-Pak 6"x10 ½"
HCPCS: A9273
Bill Code: 6850
Item#: 59-610R

**CONSULT / REFERRAL:**
☐ Patient advised to follow up with personal physician.
☐ Consult/ ☐ Referral ☐ Emergency ☐ Orthopedics ☐ Other:_____
Reasons:

Hot/Cold Flexipac 8"x14"
(dispensed)
HCPCS: A9273
Bill Code: 6971     Item# 4029

**PATIENT EDUCATION.**
Patient voiced understanding of: ☑ aftercare instructions and medication side effects
☑ work restrictions and expected progression of the injury
Patient was given educational material on _____ ☑ Krames Booklet #_____

Krames Pt Education 9-16 pgs
HCPCS: 99071
Bill Code: 6660   (3)

HCPCS: E0190
COR101
D - CORE FIBER SUPPORT PILL
OW, REGULAR, 24" X 16"

**EMPLOYER CONTACT:** ☑ Discussed case / ☐ Left detailed message with: _Teri Eberly_ _____ on the issues of:
☑ Causation ☐ Diagnoses ☑ Prognosis ☑ Work Status (Other) _2 Tx_

**Peter J. Heitke M.D.**

**PROVIDER.** Signature: _[signature]_     Name:_____     **G46389**

KNEE
Page 2 of 2     WC New Patient

CARDINAL HEALTH/CORP.
DOS: 10/12/12 DOI: 2/23/12 2 0084-3693
Patient: Bertacchi-Freemon, Glor
Case # : 113-092598 Ref  # : 4116yell/lr



## US HealthWorks
### MEDICAL GROUP

# PT/OT/Chiro/Acupuncture
## Medical Necessity / Treatment Goals

Patient Name: _Glori   Bertacchi-Freemon_     Date: _10/12/12_

Diagnosis: _Cervicothoracic Strain / Lumbar Spine /_    Date of Injury: _____

Precautions / Remarks: _____ _Thoracic Strain_

Physical Therapy: ____ times per week for _____ weeks     Occupational Therapy: _____ times per week for _____ weeks

Chiropractic: _____ times per week for _____ weeks     Acupuncture: ____ times per week for _____ weeks

## PRESCRIPTION

☐ Physical/Occupational Therapy Evaluation and Treatment      ☐ Request for additional therapy treatment
☐ Physical/Occupational Therapy Re-Evaluation
☐ Chiropractic Evaluation and Treatment                      ☐ Request for additional chiropractic treatment
☐ Acupuncture Evaluation and Treatment                       ☐ Request for additional acupuncture treatment
☐ Biofeedback

## REASONS FOR PRESCRIPTION

☑ Decreased / Impaired functional mobility / Capacity        ☑ Provocation of pain with functional mobility/ROM
☑ Decreased Joint Range of Motion                            ☐ Other _____
☐ Functional strength deficits
☐ Positive Special Tests / Radicular Symptoms / Hypermobility
☐ Postural dysfunction and/or impaired movement patterns

## GOALS

☑ Accelerate / Increase functional ROM within 80 - 90% of AMA guides
☐ Accelerate / Increase strength to 4/5 on MMT or acceptable performance on specific functional motor tests
☐ Achieve normalization of special test findings
☑ Decrease pain to 2/10, or less, with proper body mechanics / posture
☑ Expedite / Advance expected functional capacity / status to 80 - 90% of normal
☑ Facilitate independence in a progressive home exercise program with functional emphasis
☑ Restore functional capacity to allow return to full duty
☐ Other: _____

Labor Code Section 4610, section (e) states that "no person other than a licensed physician ... may modify, delay or deny request for authorization of medical treatment.
Labor Code Section 4610 section (g) states the timeframe for UR.
(1) Prospective or concurrent decisions shall be made in a timely fashion that is appropriate for the nature of the employee's condition, not to exceed five working days from the receipt of the information reasonably necessary to make the determination, but in no event more than 14 days from the date of the medical treatment recommendation by the physician. In cases where the review is retrospective, the decision shall be communicated to the individual who received services, or to the individual's designee, within 30 days of receipt of information that is reasonably necessary to make this determination. All of the denial or modification procedures contained in Labor Code section 4610 (g) (2) and (3) are mandatory, and if the statutory requirements are not met, the utilization review report is not admissible. The only other procedure for disputing the treatment is a QME, pursuant to Labor Code section 4062.

PHYSICIAN     **Peter J. Heitke M.D.**
Name _____     **G46389**

Signature _____     Date of Exam _10/12/12_

ST 6030 (Rev 7/2010)     © US HealthWorks

Bertacchi-Freeman/Hartford001539



**U.S. HealthWorks**
M E D I C A L  G R O U P

HX1

**PATIENT INFORMATION / INFORMACIÓN DEL PACIENTE**
*WC*

**Please complete the following information.** *(Por favor, complete la siguiente información)*

Employer (Patrón): _Cardinal Health_     Date (Fecha): _10/12/12_     SSN: REDACTED _3990_

First Name (Nombre): _Gloria_     Middle Initial (Inicial): _M_     Last Name (Apellido): _Bertacchi-Freeman_

Address (Dirección): _5135 Moss Lane_     City (Ciudad): _Granite Bay_     State (Estado): _9_     Zip (C. Postal): _95746_

Telephone Numbers (Teléfonos) Home: (Casa): _____     Work (Trabajo): _916 288 5361_     Cell (Celular): _916-390-1845_

Best number to reach you (Mejor número para llamarle): ☐ Home: (Casa) ☐ Work (Trabajo) ☑ Cell (Celular)  Email: _deltadoctore@yahoo.com_

Date of Birth (Fecha de Nacimiento): REDACTED _53_     Sex (Sexo): _F_     Marital Status (Estado Civil): _M_

Date of Injury (Fecha de lesión): _10/5/12_  Time (Hora): _unknown_  Last day worked (Ultimo día que trabajó): _10/10/12_

Occupation (Ocupación): _Director Pharmacy_ Address where injury occurred (Dirección donde ocurrió la lesión): _8100 Bruceville Rd Sac_

Was your problem caused by something that happened at work? (¿Fue su problema causado por algo sucedido en su trabajo?) ☑ Yes (Sí) ☐ No

Injury was reported to (La lesion fue reportada a): _Cardinal Health_     Date (Fecha): _10/11/12_     Time (Hora): _8am_

Has U.S. HealthWorks ever treated you before? (Alguna vez ha sido tratado en U.S. HealthWorks?): _N_  When? (Cuándo?): _____

In case of emergency call: (En caso de emergencia llamar a:) _Larry Freeman_     Tel: _916 652 3000_

**Please describe how your present injury/illness occurred.** *(Por favor describa cómo ocurrió su actual lesión o enfermedad.)*

Knee Pain, Rt Knee + Swelling
Back + Neck Pain
Sudden Incontinence
Incident occurred at Sierra Vista Hospital, Patient Group Counseling
Agitated Patient and Bending, Stretching, reaching in Pharmacy

**PLEASE COMPLETE THE FOLLOWING DIAGRAM** *(Por favor complete el diagrama a continuación.)*

If you feel any of the symptoms below, mark the areas of the body where you feel them on the figures below and indicate the type of symptom.
(Si siente alguno de los síntomas listados a continuación, marque la zona del cuerpo en donde los siente en las figuras e indique el tipo de síntoma.)

| Symptoms (Síntomas) | Example (Ejemplo) |
| --- | --- |
| 1. Pain (Dolor) | |
| 2. Numbness (Adormecimiento) | |
| 3. Burning (Quemazón) | |
| 4. Pins/Needles (Pinchazos) | |

Rate the intensity of your pain:     NO PAIN                          MOST PAIN
Indique la intensidad de su dolor:   SIN DOLOR                        DOLOR INTENSO

0   1   2   3   4   5   ⑥   7   8   9   ⑩

Patient Signature (Firma del Paciente) _____     Date (Fecha): _10/12/12_

ST1012 (11/09)                                          © US HealthWorks

Bertacchi-Freeman/Hartford001540




U.S. **HealthWorks**
MEDICAL GROUP

HX2

WC HISTORY / HISTORIA MÉDICA
Confidential / Confidencial

**To better assess your health condition, please provide the following information** (Para evaluar mejor su condición de salud, por favor proporcione la siguiente información)

| | | PLEASE ANSWER ALL QUESTIONS | PAST MEDICAL HISTORY / ANTECEDENTES MEDICOS | | | | POR FAVOR, CONTESTE TODAS LAS PREGUNTAS | RESPIRATORY SYSTEM | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Yes/Sí | No | | | | Yes/Sí | No | | | | |
| ✓ | | 1. Allergies or hives | Alergias o urticaria | | | ✓ | 42. Chronic/Recurrent Cough/Cold | Resfriado / tos crónica o recurrente | | |
| | ✓ | 2. Medications | Medicinas | | ✓ | | 43. Asthma / Wheezing | Asma o pitos (silbidancias) en el pecho | | |
| ✓ | | 3. Major illnesses or injuries | Enfermedades/lesiones importantes | | | ✓ | 44. Emphysema or chronic bronchitis | Enfisema o bronquitis crónica | | |
| ✓ | | 4. Hospitalizations or surgeries | Hospitalizaciones o cirugías | | | ✓ | 45. Pneumonia | Pneumonia o pulmonía | | |
| | ✓ | 5. Motor vehicle accidents | Accidentes de tránsito | | | ✓ | 46. Tuberculosis | Tuberculosis | | |
| ✓ | | 6. Blood transfusions | Transfusiones de sangre | | | ✓ | 47. Coughing of Blood | Tos con sangre | | |
| | ✓ | 7. Worked in a hazardous environment | Trabajo en ambientes peligrosos | | | | GASTROINTESTINAL TRACT | | Yes/Sí | No |
| ✓ | | 8. Work-related injuries/illnesses | Accidentes/enfermedades en el trabajo | | ✓ | | 48. Frequent indigestion or reflux | Indigestión o reflujo frecuentes | | |
| | ✓ | 9. Permanent disabilities | Incapacidad permanente | | | ✓ | 49. Nausea or vomiting | Náusea o vómitos | | |
| Yes/Sí | No | FAMILY HISTORY / ANTECEDENTES FAMILIARES | | | | ✓ | 50. Vomiting of Blood | Vómitos con sangre | | |
| | ✓ | 10. Blood diseases in relatives | Familiares con enfermedades de la sangre | | | ✓ | 51. Abdominal pain | Dolor abdominal | | |
| ✓ | | 11. Cancer or leukemia in relatives | Familiares con cáncer o leucemia | | | ✓ | 52. Liver disease | Enfermedades del hígado | | |
| ✓ | | 12. Diabetes in relatives | Familiares con diabetes | | | ✓ | 53. Change in Bowel Habits | Cambios en hábitos intestinales | | |
| ✓ | | 13. Heart Disease | Familiares con enfermedades del corazón | | | ✓ | 54. Frequent Constipation/Diarrhea | Constipación o diarrea frecuentes | | |
| ✓ | | 14. High Blood Pressure | Familiares con presión alta | | | ✓ | 55. Blood in stools/Black stools | Heces negras o con sangre | | |
| ✓ | | 15. Strokes in relatives | Familiares con trombosis / ataques cerebrales | | | ✓ | 56. Hemorrhoids / Rectal Disease | Hemorroides o enfermedades del recto | | |
| | ✓ | 16. Mental illnesses in relatives | Familiares con enfermedades mentales | | | | GENITOURINARY TRACT | | Yes/Sí | No |
| Yes/Sí | No | SOCIAL HISTORY / ANTECEDENTES SOCIALES | | | | ✓ | 57. Painful or difficult urination | Dificultad o dolor al orinar | | |
| | ✓ | 17. Tobacco use. How much? ____ week  Uso de tabaco. ¿Cuanto? ____ semana | | | | ✓ | 58. Blood in urine | Sangre en la orina | | |
| | ✓ | 18. Alcohol use. How much? ____ week  Uso de alcohol. ¿Cuanto? ____ semana | | | | ✓ | 59. Kidney infection/stones | Infecciones o cálculos del riñón | | |
| | | REVIEW OF SYSTEMS / REVISIÓN DE SISTEMAS | | | | ✓ | 60. Venereal Disease | Enfermedades venéreas | | |
| | | Have you had or do you commonly have: (Tiene usted normalmente, o ha tenido:) | | | | | MUSCULOSKELETAL | | Yes/Sí | No |
| Yes/Sí | No | CONSTITUTIONAL | | | | ✓ | 61. Joint pain or disease | Enfermedades o dolor en las articulaciones | | |
| | ✓ | 19. Recent gain or loss of weight | Ganancia o pérdida de peso reciente | | | ✓ | 62. Neck or back injury | Lesiones del cuello o de la espalda | | |
| ✓ | | 20. Weakness, fatigue, or appetite loss | Debilidad, fatiga o pérdida de apetito | | | ✓ | 63. Foot Problems | Problemas en los pies | | |
| | ✓ | 21. Fever | Fiebre | | | | NEUROLOGICAL | | Yes/Sí | No |
| Yes/Sí | No | SKIN | | | | ✓ | 64. Epilepsy, Convulsions | Epilepsia, convulsiones, ataques | | |
| | ✓ | 22. Skin diseases or problems | Enfermedades en la piel | | | ✓ | 65. Dizziness | Mareos o vértigo | | |
| ✓ | | 23. Discoloration, pigmentation changes | Cambios de color en la piel | | | ✓ | 66. Muscle weakness or paralysis | Parálisis o debilidad muscular | | |
| | ✓ | 24. Cancer/Tumors or cysts | Cáncer, tumores o quistes | | | ✓ | 67. Numbness in arms or legs | Adormecimiento de manos o pies | | |
| Yes/Sí | No | HEAD | | | | | PSYCHIATRIC PROBLEMS | | Yes/Sí | No |
| | ✓ | 25. Frequent or severe headaches | Dolores de cabeza frecuentes o severos | | | ✓ | 68. Depression | Depresión | | |
| Yes/Sí | No | EYES / VISION | | | | ✓ | 69. Nervousness | Nerviosismo | | |
| | ✓ | 26. Eye injury, infection or pain | Lesiones, infección o dolor en los ojos | | | ✓ | 70. Mood swings | Cambios del humor o del carácter | | |
| ✓ | | 27. Blurred, double or decreased vision | Visión borrosa, doble, o disminuida | | | ✓ | 71. Sleep disturbances | Trastornos del sueño | | |
| | ✓ | 28. Eye itching, burning or tearing | Lagrimeo, picazón o quemazón en ojos | | | ✓ | 72. Alcoholism | Alcoholismo | | |
| | ✓ | 29. Light sensitivity | Sensibilidad a la luz | | | ✓ | 73. Drug abuse treatment/rehabilitation | Rehabilitación por adicción a drogas | | |
| Yes/Sí | No | EARS, NOSE, THROAT, MOUTH | | | | | ENDOCRINE SYSTEM | | Yes/Sí | No |
| | ✓ | 30. Loss or decreased hearing | Pérdida o disminución de la audición | | | ✓ | 74. Increased appetite | Apetito exagerado | | |
| | ✓ | 31. Ear pain, infection, discharge | Dolor, infección o secreción en oídos | | | ✓ | 75. Increased thirst | Sed exagerada | | |
| | ✓ | 32. Nose / Sinus Problems | Problemas en la nariz o en senos nasales | | ✓ | | 76. Increased urination | Aumento en la frecuencia o cantidad de orina | | |
| | ✓ | 33. Dental/Gum Disease | Enfermedades dentales o de las encías | | | ✓ | 77. Diabetes/High Blood Sugar | Diabetes / Azúcar en la sangre | | |
| | ✓ | 34. Recurrent throat problems | Problemas de garganta recurrentes | | | ✓ | 78. Hair loss | Pérdida del cabello | | |
| | ✓ | 35. Voice Change / Hoarseness | Ronquera o cambios en la voz | | | | BLOOD DISORDERS | | Yes/Sí | No |
| Yes/Sí | No | CARDIOVASCULAR SYSTEM | | | | ✓ | 80. Bleeding gums | Sangramiento por las encías | | |
| | ✓ | 36. Shortness of Breath | Dificultad para respirar | | | ✓ | 81. Bruising | Moretones o cardenales | | |
| | ✓ | 37. Chest Pain or Pressure | Opresión o dolor en el pecho | | | ✓ | 82. Spontaneous nose bleeding | Sangramiento espontáneo de la nariz | | |
| | ✓ | 38. Palpitation/Pounding Heart | Palpitaciones o saltos del corazón | | | ✓ | 83. Easy bleeding or hard to stop | Sangramiento fácil o difícil de detener | | |
| ✓ | | 39. High Blood Pressure | Presión sanguínea elevada | | | | FOR WOMEN ONLY | | Yes/Sí | No |
| ✓ | | 40. Swelling Feet/Ankles | Hinchazón de pies o tobillos | | | ✓ | 84. Pregnant? | Embarazada? | | |
| ✓ | | 41. Varicose Veins | Venas varicosas | | | | 85. Date last menstrual period? | Fecha última menstruación | N/A | |
| | | | | | | | 86. Irregular Menstruation? | ¿Menstruación o periodos irregulares? | | |
| | | | | | | | 87. Painful Menstruation | ¿Menstruación o periodos dolorosos? | | |

**Please write the number of any Yes answers and explain each one of them in the space below.**
Por favor, escriba el número de las preguntas en las cuales haya contestado que SÍ y explique sus respuestas en este espacio.

~ Ovarian cystectomy 1978      et
~ minor car accidents
~ currently on triphex, HCTZ, Syntroid, Allegra
~ psoriasis
~ mother had heart problems, strokes,
  father heart problems + diabetes

I certify that the information above is correct. (Certifico que la información arriba es correcta.)

Patient Signature (Firma del Paciente): _____   Date (Fecha): 10/17/12

**PROVIDER COMMENTS**

Peter J. Heitke M.D
G46389

✓ Relevant history was discussed and patient advised
to follow up with personal physician

Provider Initials: _____

IF ID LABELS ARE USED, AFFIX HERE AND DO NOT COVER ANY OF THE DOCUMENTATION ABOVE.

CARDINAL HEALTH/CORP.        90009
DS:10/12/12  DOI:10/05/12  DOB: [REDACTED] 53
Patient: Bertacchi-Freemon, Glor
Case # : 113-092598  Ref # : 4116yell/lr

WC HEALTH HISTORY / HISTORIA MÉDICA
Confidential / Confidencial

Incident #: _____        Date: _____

Bertacchi-Freemon/Hartford001541
© US HealthWorks

## CFM Radiology Medical Group, Inc.

| | | | |
|---|---|---|---|
| Patient: | Bertacchi-Freeman, Glor | Date of Examination: | 10/12/12 |
| Age: | | Examination: | C-Spine, L-Spine, Right Knee |
| Requestor: | US HealthWorks-<br>Rocklin / Heitke, MD | Chart No.: | 4116 Yellow |
| | | X-ray No.: | 12089 |

Clinical History:  Pain.

### Cervical Spine:  5 views

Mild foraminal narrowing due to uncovertebral arthritis C3-4-5-6.  Neck held flexed at about C4 level.
This could be positional or due to pain and spasm.  I do not see loss of disc or body heights.

CONCLUSION: Neck held flexed and there is mild foraminal narrowing as described.

### Right Knee:  3 views

Alignment anatomic.  No fracture or erosion seen.

CONCLUSION:  Negative.

### Lumbar Spine:  5 views

Scoliosis apex left mid L-spine.  Disc and body heights preserved where seen tangentially.  Mild
lumbosacral facet arthritis.

CONCLUSION:  Scoliosis and lumbosacral facet arthritis.

Drew Sullivan, M.D., D.A.B.R.

DS:ka
10/15/12

Bertacchi-Freeman/Hartford001542



## **US HealthWorks**
### M E D I C A L   G R O U P

## *AUTHORIZATION TO RELEASE INFORMATION*

Patient Name _Gloria Bertacchi Freeman_ Date of Birth [REDACTED] 53 SS # _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_
Address (number and street) _5135 moss Lane_
City, State, Zip Code _Granite Bay, CA 95746_ Telephone _916-390-7845_

I hereby authorize and request U.S. HealthWorks Medical Group of _Rocklin, CA_

To    ☒ Release information to       or       ☐ Obtain information from

Name/Facility _Benefit Management Services, MINNEApolis DISABILITY CLAIM OPTK_
Address _The Hartford, PO Box 14305_
City, State, Zip _Lexington, KY 40512-4305_

**INFORMATION TO BE DISCLOSED**

☒ Medical Record from (insert date) _1/1/12_ to (insert date) _present_
☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other:_____

**PURPOSE FOR DISCLOSURE**
☐ At request of Patient
☒ Other (specify) _Insurance_

I specifically authorize the use and/or disclosure of the following type of highly confidential information indicated by my initials next to the information type:

_____ AIDS (Acquired Immunodeficiency Syndrome) or HIV (Human Immunodeficiency Virus) infection
_____ Psychiatric Care/Mental Illness                    _____ Genetic Information
_____ Treatment for alcohol and/or drug abuse            _____ Sexually    Transmitted Disease(s)
_____ Communicable Disease(s)

I authorize the above person/organization and /or members of their staff to furnish the above information, including copies or faxed copies of the information as directed in this authorization. I further agree to release the facility and its employees and agents from all liability that may arise from the release of information herein requested. I acknowledge that I may incur a fee related to the copy and release of my records.

I understand that I may revoke this authorization to release information in writing at any time, except to the extent that action has been taken in reliance thereon. I understand that this authorization will expire on _____. If I fail to specify an expiration date, event or condition, this authorization will expire in one year.

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I do not need to sign this form in order to receive treatment. I understand that any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by federal confidentiality rules. I understand that I will be given a copy of this form after I sign it. I acknowledge that I have reviewed or been given an opportunity to review the U.S. HealthWorks Medical Group Notice of Privacy Practices.

**US HealthWorks**_____

Bertacchi-Freeman/Hartford001543

 **Mercy Hospital of Folsom.**
A Dignity Health Member

1650 Creekside Drive
Folsom, CA 95630

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information
about you. Failure to provide *all* information requested may invalidate this authorization.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: _Gloria Bertacchu Freeman_ Date of Birth: __REDACTED__53__

Other Names Used: _____ Telephone Number: _916 3901845_

Medical Record or Account #:_____
<div align="center">(Hospital use only)</div>

I AUTHORIZE: _____Mercy Hospital Folsom_____
<div align="center">(Facility or other provider)</div>

TO DISCLOSE TO: _____
<div align="center">(Persons/organizations authorized to *receive* the information)</div>

at the following address:_____
<div align="center">(street, city, state and zip code)</div>

the following information contained in the records specified below (check box and initial
applicable lines below):

_____Mental health or developmental disability treatment records (excludes
"psychotherapy notes")

_____Substance abuse treatment records

_____HIV test results    (This authorizes disclosure of laboratory test results only.
**Note that your records may include information concerning your HIV status
even if you do not initial this line.)**

☑ **THE FOLLOWING RECORDS,** specific types of health information, or records for
the date(s) of treatment as specified [check applicable box(es)]:

☐ Billing Records            ☑ Emergency Room Reports     ☐ Procedure Reports
☐ Consultation Reports       ☐ History and Physical        ☐ Progress Notes
☐ Discharge Summary          ☐ Laboratory Tests            ☐ X-ray Reports

☑ Date(s): _1/12 to present_____

☐ Other:_____

☑ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care.
A separate authorization is required for the use or disclosure of psychotherapy notes or
research health information.

<div align="center">Page 1 of 2</div>

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:
- ☐ At the request of the patient or personal representative; *OR*
- ☑ Other: _____ *Insurance* _____

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: _____
<div align="center">(insert date)</div>

**MY RIGHTS:**
- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: Mercy Hospital of Folsom, 1650 Creekside Drive, Folsom, CA 95630. My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.
- I have a right to receive a copy of this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** _____ Date: _5/20/13_
<div align="center">(Patient or personal representative)</div>

_____     _____
Print name of personal representative          Relationship to patient

Patient/Representative Identification Verified. *Initials:*_____ *Dept:*_____

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

9.803 Form General Authorization for California
PS-G-MHF-934 (2-04) MPS/DOC

Revised: 01/01/04

Bertacchi-Freeman/Hartford001545

2013052420004148

May 7, 2013

Dear US Healthworks and Pharmacy

My Insurance company has asked me to contact you to provide information about the period January 1, 2012 through the present. They have repeatedly contacted you but you have failed to provide the information.

Please send the information to

Christine Montroy
Ability Analyst
Hartford Life and Accident Insurance
Benefit Management Services
Minneapolis Disability Claim Office
PO Box 14305
Lexington, KY 40512-4305

I was seen there on time on or about October 12, 2012. I had an xray, was given a pillow and given two presriptions.

Thanks

Dr. Gloria Bertacchi Freeman, RPH, Pharm D
916 390 1845 cell phone
5135 Moss Lane
Granite Bay, CA 95746

2013052420000414



**MERCY HOSPITAL OF FOLSOM**
1650 CREEKSIDE DRIVE
FOLSOM, CA 956303400
Phone: (916) 852-4040

## RECEIPT

Receipt No.
33490        XPHAM001

Date....................  12 / 18 / 2012

Patient Name.........  BERTACCHIFREEMAN, GLORIA
Account Number.....  301633194
Payers Name.........  BERTACCHIFREEMAN, GLORIA

Credit Card Amount   $169.26          Card Number......  6742

Total Payment........  $169.26

PAID $169.26 PAID BY VISA 6742 EXP 07/15

Thank you for paying on your account.
We appreciate the opportunity to serve
you.

1

Bertacchi-Freeman/Hartford001547

201305242000414

# Mercy Hospital
# of Folsom.
### A Dignity Health Member

**Mercy Hospital of Folsom**
1650 Creekside Dr
Folsom, CA 95630
Phone: (916) 983-7400

## ESTIMATE WORKSHEET

Patient Name: Gloria Bertacchi
Service Date: 12/18/2012
Account #: 301633194
Policy Number: U4710141801
Group Number: 3203328
Insurance Company: Cigna HMO/PPO

Estimate is based on the following codes:

**Facility Codes (CPT®):**
99282 : EMERGENCY DEPT VISIT

**ICD9's:**
-- none --

| | |
|---|---|
| Deductible: | $450.00 |
| Deductible Met: | $450.00 |
| Out of Pocket Max: | $2,500.00 |
| Out of Pocket Met: | $250.00 |
| Co-Pay: | $0.00 |
| Co-Insurance: | 20% |

| | | |
|---|---|---|
| Co-Pay: | $0.00 | Total Estimated Charges: $1,074.00 |
| Deductible: | $0.00 | Total Estimated Patient Amount: $169.26 |
| Co-Insurance: | $169.26 | |
| Total: | $169.26 | Estimated Amount You Owe: $169.26 |

*CPT copyright 2012 American Medical Association. All rights reserved.*        Est ID: 579884

## OFFICE USE ONLY

Date: _____    Time: _____

Notes: _____

_____

## PATIENT FINANCIAL RESPONSIBILITY

The information provided in this worksheet is a best estimate based on the information we currently have and is not a guarantee of what you will be charged.

The procedure(s) listed above and the associated service codes selected for the estimate are based upon the information provided by you and the Emergency Room physician and/or clinical staff. The estimate does not include any diagnostic services that may have been provided such as: laboratory, radiology, pathology, etc. The benefit information is based upon information provided by you and/or your insurance company on the benefit date. Changes to the benefit information may affect the estimate. Please understand that in many cases it is impossible to predict the final charges for the services as there are variables involved in your actual Emergency Room services such as: specific equipment, supplies and medications required; additional tests required by your physician; and/or any unusual special care or unexpected conditions. This estimate does not include any physician charges (e.g. office visit, surgeon, anesthesiologist, emergency room physician, radiologist, pathologist, consulting physicians, etc.) If you have insurance, your benefits will ultimately determine the amount you owe (including deductibles, co-pay, co-insurance and out-of-pocket maximums).

Return a copy of this letter and your deposit in the enclosed envelope to:
Mercy Hospital of Folsom, Attn: , 1650 Creekside Dr, Folsom, CA 95630,
or you may call our customer service representatives at (916) 983-7400   (REF. Patient Account #) with your credit card information.

Prepared By: xpham001 on 12/18/2012  10:40:23AM

Bertacchi-Freeman/Hartford001548

**Mercy Hospital of Folsom**
**1600 Creekside Drive**
**Sacramento, CA 95630**
**(916) 983-7400**

**Name:** GLORIA BERTACCHIFREEMAN                    **DOB:** [REDACTED]1953
**Current Date:** 12/18/2012 11:41:41
**MRN:** 02416632(M)                    **FIN:** 301633194(M)
**Patient Address:** 5135 MOSS LANE GRANITE BAY CA 95746

**Patient Phone:** (916)390-1845

Mercy Hospital of Folsom would like to thank you for allowing us to assist you with your healthcare needs.  These instructions are intended to provide general information and guidelines to follow at home to properly care for your particular medical problem.

**Follow-Up Instructions:**
**GLORIA BERTACCHIFREEMAN has been given these follow-up instructions:**

| **Follow Up With:** | **Where:** | **When:** |
|---|---|---|
| Follow up with your usual provider | | Within 2 to 4 days |

**Comments:**
Return to ED if symptoms worsen
Take all medications as prescribed. Increase fiber. Drink the magnesium citrate today-you may repeat it tomorrow. Do the fleets enema-you may repeat it later. Increase fluids at home.

**Patient Education Materials:**
**GLORIA BERTACCHIFREEMAN has been given the following patient education materials:**

Family Medicine

# Constipation in Adults

Constipation is having fewer than 2 bowel movements per week. Usually, the stools are hard. As we grow older, constipation is more common. If you try to fix constipation with laxatives, the problem may get worse. This is because laxatives taken over a long period of time make the colon muscles weaker. A low-fiber diet, not taking in enough fluids, and taking some medicines may make these problems worse.

MEDICATIONS THAT MAY CAUSE CONSTIPATION
Water pills (*diuretics*).                    Anticholinergics.
Calcium channel blockers (used to control blood                    Anti-inflammatory agents.
    pressure and for the heart).                    Antacids that contain aluminum.
Certain pain medicines (*narcotics*).

Name: GLORIA BERTACCHIFREEMAN          1 of 5                    Dec/18/2012 11:41:41
MRN: 02416632(M)

Bertacchi-Freeman/Hartford001549

Name: GLORIA BERTACCHIFREEMAN   MRN: 02416632(M)

## DISEASES THAT CONTRIBUTE TO CONSTIPATION

| | |
|---|---|
| Diabetes. | Stroke. |
| ·kinson's disease. | Depression. |
| ᴅ∈mentia. | Illnesses that cause problems with salt and water metabolism. |

## HOME CARE INSTRUCTIONS

Constipation is usually best cared for without medicines. Increasing dietary fiber and eating more fruits and vegetables is the best way to manage constipation.

Slowly increase fiber intake to 25 to 38 grams per day. Whole grains, fruits, vegetables, and legumes are good sources of fiber. A dietitian can further help you incorporate high-fiber foods into your diet.

Drink enough water and fluids to keep your urine clear or pale yellow.

A fiber supplement may be added to your diet if you cannot get enough fiber from foods.

Increasing your activities also helps improve regularity.

Suppositories, as suggested by your caregiver, will also help. If you are using antacids, such as aluminum or calcium containing products, it will be helpful to switch to products containing magnesium if your caregiver says it is okay.

If you have been given a liquid injection (*enema*) today, this is only a temporary measure. It should not be relied on for treatment of longstanding (*chronic*) constipation.

Stronger measures, such as magnesium sulfate, should be avoided if possible. This may cause uncontrollable diarrhea. Using magnesium sulfate may not allow you time to make it to the bathroom.

## SEEK IMMEDIATE MEDICAL CARE IF:

There is bright red blood in the stool.

The constipation stays for more than 4 days.

˙ ⸜re is belly (*abdominal*) or rectal pain.

⸜ou do not seem to be getting better.

You have any questions or concerns.

## MAKE SURE YOU:

Understand these instructions.

Will watch your condition.

Will get help right away if you are not doing well or get worse.

Document Released: 09/15/2005  Document Re-Released: 03/14/2011

ExitCare® Patient Information ©2012 ExitCare, LLC.

# Fecal Impaction

Bertacchi-Freeman/Hartford001550

201305242000414

Name: GLORIA BERTACCHIFREEMAN   MRN: 02416632(M)



Large Intestine (Colon)

Rectum

© SEIF & ASSOCIATES, INC., 2005

A fecal impaction happens when there is a large, firm amount of stool (poop) that cannot be passed. The impacted stool is usually in the rectum, which is the lowest part of the large bowel. The impacted stool can block the colon and cause significant problems.

CAUSES

The longer stool stays in the rectum, the harder it gets. Anything that slows down your bowel movements can lead to fecal impaction. These conditions include:

Constipation (having firm hard stools). This can be a longstanding (*chronic*) problem, or can happen suddenly (*acutely*).

Painful conditions of the rectum, such as hemorrhoids or anal fissures. The pain of these conditions can make you try to avoid having bowel movements.

Narcotic pain medications cause constipation, which can sometimes be severe. If you take narcotic pain medication, you should also talk with your caregiver about preventing constipation.

Not getting enough fluids.

Inactivity and bed rest over long periods of time.

SYMPTOMS

Some symptoms of fecal impaction include:

Lack of normal bowel movements or changes in bowel patterns.

Sense of fullness in the rectum, but unable to pass stool.

Pain or cramps in the stomach or abdominal area (often after meals).

Thin, watery discharge from the rectum.

Without treatment, a fecal impaction can block the colon and cause severe abdominal pain or colon tears (*perforation*). This may lead to surgery.

DIAGNOSIS

Fecal impaction is suspected based upon your symptoms and upon a physical examination. This will include an exam of your rectum, which can confirm the diagnosis. Sometimes x-rays or lab testing may be needed to confirm the diagnosis and be sure there are no other problems.

TREATMENT

Initially an impaction can be removed manually. Your caregiver, using a gloved finger, can remove hard stool from your rectum.

Medication is sometimes needed. A suppository or enema can be given in the rectum to soften the stool. This

Bertacchi-Freeman/Hartford001551

can stimulate a bowel movement. Medicines can also be given by mouth (*orally*).
Surgery may be needed if the colon has torn (*perforated*) due to blockage. This is very rare.

HOME CARE INSTRUCTIONS

Develop regular bowel habits. This may be something such as getting in the habit of having a bowel
    movement after your morning cup of coffee or after eating. Be sure to allow yourself enough time on the
    toilet.
Maintain a high fiber diet.
Drink plenty of fluids each day. This is especially true for the elderly and especially during cold weather
    when thirst may not be as strong. Try to take in at least eight, 8 ounce glasses of water daily unless
    instructed otherwise.
Exercise regularly.
If you begin to get constipated, increase the amount of fiber in your diet. Eat plenty of fruits, vegetables,
    whole wheat breads, bran, oatmeal and similar products.
Natural fiber laxatives such as Metamucil are also very helpful.
Speak with your caregiver if you suspect medications may be causing constipation.

SEEK MEDICAL CARE IF:
You have ongoing constipation or a hard time passing your stools.
You have ongoing rectal pain.
You require enemas or suppositories more than twice a week.

**SEEK IMMEDIATE MEDICAL CARE IF:**
There are continued problems or you develop abdominal pain.
You develop rectal bleeding.
You develop black or tarry stools or feel lightheaded.

**MAKE SURE YOU:**
Understand these instructions.
Will watch your condition.
Will get help right away if you are not doing well or get worse.

Document Released: 09/09/2005  Document Re-Released: 01/09/2011
ExitCare® Patient Information ©2012 ExitCare, LLC.

Bertacchi-Freeman/Hartford001552

Campus Surgery Center
901 Campus Drive, Suite 102
Daly City, CA 94015
650.991.2000



**Campus
Surgery Center**

## ACKNOWLEDGMENT OF RECEIPT OF PRIVACY NOTICE

I acknowledge that I have received a copy of the Center's Privacy Notice.

## ACKNOWLEDGMENT OF RECEIPT OF PATIENT RIGHTS, ADVANCED DIRECTIVE POLICIES AND MY PHYSICIAN'S FINANCIAL INTEREST IN THE SURGERY CENTER

I acknowledge that I have received the letter outlining my rights and responsibilities as a patient, the Center's policies related to Advance Directives and my physicians financial interest in the Surgery Center. I understand the information provided and have been given the opportunity to ask questions.

_____     12/13/12
Patient or Personal Representative Signature      Date

If Personal Representative's signature appears above, please describe Personal Representative's relationship to the patient:

_____

MR# 14637-1
BERTACCHI FREEMAN, GLORIA
DOB: REDACTED 53          Age: 59
DOS: 12/13/12             Sex: F
Dr: Kim, MD, Leslie H
        **Campus Surgery Center**

**Bertacchi-Freeman/Hartford001553**

**Campus Surgery Center**
Registration Ledger
Print Date:  12/13/2012 12:53:21PM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Patient Name:* | **BERTACCHI FREEMAN, GLORIA** | | *Pt ID:* **14637** | | | *Visit Number:* | **1** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Surgery Date:* | **12/13/12** | *Room:* **C-2** | *Time:* **13:45** | *Dur:* **90** | *Anes:* **G** | *Pt.Type:* **1** | *Apt.Type:* | **SRGY** |

| | | | | | | |
|---|---|---|---|---|---|---|
| *Sex:* **F** | *Marital Status:* **M** | *DOB:* REDACTED**53** | *Age:* **59** | *SSN:* REDACTED**3990** | *Collect:* **765.00** |

*Race:*  99 - Unknown

(circle one) | R1 American Indian | R2 Asian | R3 Black/African American; R4 Hawaiian/Pacific Islander | R5 White | 99 Other

*Ethnic:*  99 - Unknown

(circle one) | E1 Hispanic/Latino | E2 Non Hispanic/Non Latino | 99 Other

*Language:*

(circle one) | EN English | ES Spanish | 99 Other _____

*Pt. Address:* (Home)  **5135 MOSS LANE,**
**GRANITE BAY, CA 95746**

*WC Claim #:*
*Date of Injury:*

*Home Phone:*  **916-390-1845**      *Work:*
*OtherPhone:*

*Occupation:*  **Director of Pharmacy**

*Email:* .    **deltadoctor@yahoo.com**

*Employer:*  **Cardinal**

*Surgeon:*  **Kim, MD, Leslie H**

*Anesthesiologist / Ref.Phys:*    *Pre-op ICD:*

*Procedure:*  **LEFT KNEE ARTHROSCOPY, DEBRIDEMENT, MENISCECTOMY REPAIR AS NEEDED**

**(A) Brouch, MD, Eric M**

*Diagnosis:*  **LEFT KNEE CHONDROMALACIA**

---

| | | | |
|---|---|---|---|
| *Resp. Party:* | SELF | | *Date of Birth:* REDACTED/53 |
| *SSN:* | x - on file - | *Relation:* Self | *Sex:* F |
| *Address (H):* | 5135 MOSS LANE, , GRANITE BAY, CA 95746 | | |
| *Home Phone:* | 916-390-1845 | *Employer:* Cardinal | |

---

| | | | |
|---|---|---|---|
| *Primary Ins:* | Cigna Healthcare PPO | | |
| *Ins. Address:* | PO Box 182223, , Chattanooga, TN 37422 | | |
| *Ins Phone:* | 800/244-6224 | *Plan:* | *Insurance Verified:* Yes |
| *Subscriber:* | BERTACCHI FREEMAN, GLORIA | | *Sex:* F  *Date of Birth:* REDACTED/53 |
| *Policy # :* | U47101418 | *Rel Code:* 1  *Auth:* | *Grp:* |
| *Sub Phone:* | 916-390-1845 | *Employer:* Cardinal | |

---

| | | | |
|---|---|---|---|
| *Secondary Ins:* | | | |
| *Ins Address:* | | | |
| *Ins Phone:* | *Plan:* | | *Insurance Verified:* |
| *Subscriber:* | | | *Sex:* U  *Date of Birth:* |
| *Policy # :* | *Rel. Code:* | *Auth:* | *Grp:* |
| *Sub Phone:* | | *Employer:* | |

---

| *Champus:* | *Begin:* | *End:* | *Branch:* | *Grade:* | *Stat:* | *Ind:* | *Hand:* |
|---|---|---|---|---|---|---|---|
| *Memo:* | **UMR** | | | | | | |

Logged By: _____ NC _____    Date: 12.17.12

MR# 14637-1
BERTACCHI FREEMAN, GLORIA
P   DOB: [REDACTED]/53          Age: 59
    DOS: 12/13/12              Sex: F
L   Dr: Kim, MD, Leslie H
S:      Campus Surgery Center,

## CAMPUS SURGERY CENTER
901 Campus Drive, Suite 102 · Daly City, CA 94015
Phone: 650-991-2000  FAX 650-755-8638

## SURGICAL HISTORY AND PHYSICAL

1. Chief Complaint/Relevant History _59 year old    female with Left Knee Pain_

2. Date of Injury:  ☑ N/A

3. Allergies:  ☐ NONE

4. Pertinent Preoperative Diagnostic Tests:

   ☐ NONE

   ☑ Yes

   Type of Test: _MRI_

5. Physical Exam of Surgical Site: _Patient has Swelling and intermittent dull pain especially when weight bearing_

6. Justification for Surgery: _Partial root tear of the Posterior horn of the Posterior horn root attachment at the medial meniscus_

7. Planned Procedure: _Left Knee arthroscopy, debridement meniscectomy as needed._

I have explained the proposed procedures, its risks and alternatives. I have answered all of the patient's questions or guardian's questions. The patient or guardian accepts the proposed plan.

_____                    _11/21/12_   12-13-12
Surgeon Signature                              Date

G:\Administrative\CSC\FormsMaster\FormsSurgical H&P Form 120607.doc            12/07

Bertacchi-Freeman/Hartford001555

## PREANESTHETIC CONSULTATION/HISTORY AND PHYSICAL

| | |
|---|---|
| CAMPUS SURGERY CENTER<br>901 Campus Drive Suite 102<br>Daly City, CA 94015 | PATIENT:          Bertacchi Freeman, Gloria<br>MEDICAL RECORD #: 14637<br>PHYSICIAN:       Jon W. Churnin, M.D.<br>DATE OF SERVICE:   12/13/2012 |

**DICTATING PHYSICIAN:**          Jon W. Churnin, M.D.

**ATTENDING PHYSICIAN:**          Leslie Kim, M.D.

**DATE OF CONSULTATION:**          12/05/2012

**DATE OF PROCEDURE:**          12/13/2012

**HISTORY OF PRESENT ILLNESS:**

The patient is a 59-year-old Caucasian female scheduled for left knee arthroscopy, debridement and meniscectomy repair as needed. Surgery is scheduled for 01:45 p.m. on 12/13/2012.

**PREVIOUS SURGERIES:**

The patient had a laparotomy and ovarian cystectomy under general anesthesia in 1976. She had multiple IVF procedures under general anesthesia and sedation in 1990s. She had a laparoscopic tubal repair under general anesthesia in 1995. She had a colonoscopy and upper GI endoscopy under intravenous sedation and two procedures in 2002. The patient tolerated her anesthetics without problem.

**FAMILY HISTORY:**

No family history of anesthetic intolerance.

**SOCIAL HISTORY:**

The patient denies smoking cigarettes, alcohol use, or recreational drugs.

**ALLERGIES:**

Denies any drug allergies, food allergies, or latex allergies.

**MEDICATIONS:**

The patient takes hydrochlorothiazide 25 mg daily, Aciphex 20 mg daily, and Synthroid 150 mcg daily.

**REVIEW OF SYSTEMS:**

Bertacchi-Freeman/Hartford001556

Campus Surgery Center                        Bertacchi Freeman, Gloria
Pre-Anesthetic Consultation                      12/13/2012 00:00:00

The patient denies history of strokes, seizures, blackout spells, anxiety attacks, depression, insomnia, migraine
or severe headaches, visual or hearing loss, vertigo, or tinnitus. She has seasonal hay fever and allergic rhinitis.
She is being treated for hypothyroidism. No history of asthma, tuberculosis, recent upper respiratory infection,
orthopnea, dyspnea on exertion. She denies sleep apnea. The patient does have some gastroesophageal reflux.
Denies history of hiatal hernia, irritable bowel syndrome, diverticulosis, constipation, and hemorrhoids. She
does have hyperlipidemia. No history of chest pains, irregular heartbeats, rheumatic heart disease, heart
murmurs, heart failure, heart attack. She does have hypertension. No history of diabetes, kidney problems,
bladder infections, kidney stones, kidney infections, hepatitis, jaundice, anemia, HIV, bleeding disorders, blood
transfusions. She has degenerative disk disease in her neck in her lower back. No sciatica.

## PERTINENT LABORATORY WORK:

Electrolyte and liver and function enzymes were all within normal limits. Fasting cholesterol is elevated at 345
and LDL cholesterol of 252, HDL cholesterol of 35. Urinalysis was essentially negative with urine-specific
gravity of 1.025, pH of 6. Electrocardiogram is raised within normal limits.

## PHYSICAL EXAMINATION:

VITAL SIGNS:     The patient is 5 feet 1 inches, weighs 210 pounds. Blood pressure 128/82, pulse 78,
                 respiratory rate 16, temperature 97.6 degrees, and O2 sat 98% on room air.
HEENT:           No loose teeth or dentures. She has molar crowns. Airway is patent.
CHEST:           Clear to auscultation.
HEART:           Regular S1 and S2 without murmurs or gallops.
EXTREMITIES:     Without cyanosis, clubbing, or edema.

## IMPRESSION:

1. Internal derangement, left knee, probable chondromalacia and torn meniscus.
2. Morbid obesity.
3. Hypertension.
4. Hyperlipidemia.
5. Hypothyroidism, on replacement.
6. Allergic rhinitis.
7. Gastroesophageal reflux syndrome.
8. Degenerative disk disease.

The patient is assessed as an ASA 2 to 3 physical status.

## PLAN:

General anesthesia is planned as preferred by the patient and the surgeon. The risks and complications including
airway problems, respiratory problems, exacerbation of preexisting medical problems, cardiac arrhythmias, heart
attacks, stroke, coma, and death have been discussed with the patient who understands and consents to anesthesia.

Bertacchi-Freeman/Hartford001557

20130524200041<del></del>
QR4637-1
BERTACCHI FREEMAN, GLORIA
DOB: 05/01/53                    Age: 59
DOS: 12/13/12                    Sex: F
Dr: Kim, MD, Leslie H
Campus Surgery Center

**CAMPUS SURGERY CENTER**
901 Campus Drive, Suite 102 ♦ Daly City, California 94015 ♦ (650) 991-2000 ♦ FAX (650) 755-8636

## ANESTHESIA HISTORY AND PHYSICAL

NAME _Gloria Bertacchu Freeman_   AGE _59_   SEX ☐ Male  ☑ Female

Height _5_ ft. _1_ in.   Weight _210_ lbs.

HOME TEL No. (_916_) _3901845_   WORK TEL No. (___) _____

CELL No. (___) _____   EMAIL ADDRESS. _____ @ _____

PLANNED PROCEDURE _Arthroscopy (Left) Knee_   Right ☐ Left ☒ Both ☐ N/A ☐

SURGEON _Kim_   MEDICAL DOCTOR _Nguyen_

List all previous surgeries and procedures (even childhood ones, colonoscopies and vaginal deliveries)

| PAST SURGERIES OR PROCEDURES | TYPE OF ANESTHESIA | DATE (YEAR) |
|---|---|---|
| ☐ None | | |
| Ovarian Cystectomy – open | Unknown GA | 1976 |
| Fertility Surgery – IVF | Unknown GA | 1990's |
| Lap tubal repair | GA | 1995 |
| Colonoscopy | Sedation | 2002 |
| Upper GI | Sedation | 2002 |

Did you have any problems with any of your anesthetics? _N/A_

Has anyone in your family ever had problems with anesthesia? _N/A_

Did you **EVER** smoke?  ☐ yes  ☑ no,  If **YES**, what age did you start smoking? _____ years old.
How much do you or did you smoke on a regular basis? _____ packs per day.
If you quit, when did you quit? _____ years ago.

Can you drink alcohol?  ☐ yes  ☑ no,  If **YES**, how much can you drink without feeling a little drunk?
_____ cans of beer or _____ glasses of wine or _____ cocktails.

Do you presently use any recreational drugs? ☐ yes ☑ no,  If **YES**, please list _____

Are you **ALLERGIC** to any medicines, latex or foods? ☐ yes ☑ no
If so, please list the medicines, latex or foods and the allergic reactions.

Have you taken _any_ medicines, pills (even supplements) or eye drops within the last two weeks? ☐ yes ☐ no
Please list **ALL** prescriptive and non-prescriptive medicines, dosages and frequency.

| MEDICINE (name) | DOSAGE (mg) | FREQUENCY (Number per Day) |
|---|---|---|
| HCTZ | 25 mg | daily |
| Aciphex | 20mg | daily |
| Synthroid | 150mcg | daily |

PLEASE CONTINUE (TURN PAGE)       Nurse Initials: _SO_   11/2012

Bertacchi-Freeman/Hartford001558

If you are a woman, is there **ANY** chance you may be pregnant?   ☐ yes        ☑ no

Significant medical history:  Mark an **X** for any condition that you have had personally (**NOT** family members).

| | |
|---|---|
| strokes ☐ | high cholesterol or lipids ☑ |
| nerve disease ☐   peripheral neuropathy ☐ | chest pain (non-cardiac) ☐ |
| seizures, epilepsy ☐ | angina (cardiac) ☐ |
| blackout or fainting spells ☐ | atrial fibrillation or flutter ☐ |
| anxiety ☐   depression ☐   insomnia ☐ | irregular heart beats, palpitations ☐ |
| migraine or severe headaches ☐ | rheumatic heart disease ☐ |
| glaucoma ☐   blindness ☐   hearing loss ☐ | heart murmur ☐   mitral valve prolapse ☐ |
| vertigo ☐   tinnitus ☐ | heart failure ☐   swollen feet (pedal edema) ☐ |
| sinusitis ☐   nasal polyps ☑ | heart attack ☐   coronary stents ☐ |
| allergic rhinitis, hayfever ☑ | high blood pressure ☑ |
| thyroid imbalance ☑ | diabetes ☐ |
| asthma ☐ | kidney disease ☐   kidney infections ☐ |
| tuberculosis or positive PPD ☐ | bladder infections ☐ |
| recent cold, flu or sore throat ☐ | kidney stones ☐ |
| recent ear infection ☐ | prostate problems ☐ |
| recent cough ☐   chronic cough ☐ | hepatitis or jaundice ☐ |
| sleep apnea ☐   history of snoring ☐ | anemia ☐   thalassemia ☐ |
| unable to sleep flat ☐ | AIDS or HIV Positive ☐ |
| shortness of breath up a flight of stairs ☐ | sickle cell disease or trait ☐ |
| heartburn or gastro-esophageal reflux ☑ | bleed easily ☐   bruise easily ☐ |
| gastritis or ulcer ☐ | blood transfusion ☐ |
| hiatal hernia ☐ | osteoarthritis ☑   rheumatoid ☐   gout ☐ |
| irritable bowel syndrome ☐   diverticulosis ☐ | neck pain ☑   back pain ☑   sciatica ☐ |
| constipation ☐   hemorrhoids ☐ | **NONE OF THE ABOVE** ☐ |

*DDD*

Do you have any caps, veneers or crowns?  ☑ yes   ☐ no    Any bridges, dentures or plates? ☐ yes  ☑ no

Any loose teeth? ☐ yes  ☑ no    Any contact lenses? ☐ yes  ☑ no

Do you have any other medical problems or information you wish us to know about you?

_____

_____

SIGNATURE of Patient or Guardian          DATE  12/5/12

SIGNATURE of Nurse

**SIGNIFICANT ABNORMAL LABORATORY OR DIAGNOSTIC STUDIES:**   ☐ None   ☐ Other

**ASA PHYSICAL STATUS**    1    ② 3    4    E    **ANESTHESIA PLAN:** ___GA___

**PHYSICAL EXAM:**  HEART: : ☑ RRR w/o murmurs or gallops ☐ other _____ LUNGS: : ☑ clear ☐ other _____
OTHER PERTINENT PHYSICAL FINDINGS: _____MP II____

I HAVE REVIEWED THE ABOVE AND DETERMINED THAT THIS PATIENT IS IN SUITABLE MEDICAL CONDITION TO UNDERGO THE PLANNED ANESTHESIA. I HAVE EXPLAINED THE ANESTHETIC PLAN, INCLUDING APPROPRIATE ALTERNATIVES, SIDE EFFECTS AND RISKS. I HAVE ANSWERED ALL OF THE PATIENT'S (OR PATIENT'S GUARDIAN'S ) QUESTIONS. THE PATIENT (OR THE PATIENT'S GUARDIAN) ACCEPTS THE PROPOSED PLAN.

DATE OF SURGERY: 12/13/12   TIME: 1425

Anesthesiologist or Surgeon Signature

☑ Dictated    Dictation Number  526648

11/2012

Bertacchi-Freeman/Hartford001559

Campus Surgery Center                          Bertacchi Freeman, Gloria
Pre-Anesthetic Consultation                    12/13/2012 00:00:00

Postoperative pain relief has been discussed with the patient who has been prescribed Norco and hydroxyzine by
Dr. Leslie Kim.

Jon W. Churnin, M.D.

cc:      Leslie Kim, M.D.

JWC/126/226/1137321d00        DD: 12/12/2012      DT: 12/12/2012

Page 3

Bertacchi-Freeman/Hartford001560

## OPERATIVE NOTE

| | |
|---|---|
| CAMPUS SURGERY CENTER<br>901 Campus Drive Suite 102<br>Daly City, CA 94015 | PATIENT:  Bertacchi Freeman, Gloria<br>MEDICAL RECORD #: 14637<br>PHYSICIAN:  Leslie Kim, M.D.<br>DATE OF SERVICE:  12/13/2012 |

**DATE OF PROCEDURE:**   12/13/2012

**DICTATING PHYSICIAN:**   Leslie Kim, M.D.

**PREOPERATIVE DIAGNOSES:**
1. Left knee medial meniscus tear.
2. Underlying left knee degenerative joint changes.

**POSTOPERATIVE DIAGNOSES:**
1. Left knee medial meniscus tear.
2. Underlying left knee degenerative joint changes.
3. Left knee lateral meniscus tear.
4. Left knee hypertrophic synovitis.

**OPERATIVE PROCEDURES:**
1. Left knee arthroscopic partial medial and lateral meniscectomy.
2. Left knee anteromedial and lateral compartment arthroscopic synovectomy.

**SURGEON:**   Leslie Kim, M.D.

**ASSISTANT:**   None.

**ANESTHESIA:**   General LMA.

## INDICATIONS FOR PROCEDURE AND SURGICAL FINDINGS:

The patient had persistent signs and symptoms of left knee medial meniscus tear with positive findings on MRI scan. She underwent a conservative treatment, but continued to complain of significant pain and mechanical symptoms interfering with normal daily activities. Arthroscopic surgical evaluation and treatment were therefore requested.

At the time of surgery, the patient was noted to have good knee passive range of motion. No significant anteroposterior or mediolateral laxity was demonstrated on manual stress testing. Arthroscopic evaluation of the joint revealed diffuse hypertrophic synovitis. There was extensive synovitis anteriorly in the medial and lateral compartments. Loose cartilaginous debris was also noted in the joint, but no large loose body. The patellofemoral tracking appeared normal, but there was grade 2 chondromalacia on the medial and lateral patellar facets. Grade 1-2 changes were evident on the femoral trochlear groove. Medial and lateral gutter inspection revealed no osteophyte formation or loose bodies. In the lateral compartment, essential radial tearing of the meniscus was present. Grade 2 essential tibial chondromalacia was present. Inspection of the notch revealed hypertrophic synovium. Normal-appearing anterior cruciate ligament was present. In the medial compartment, posterior horn root tear was present.

Bertacchi-Freeman/Hartford001561

Campus Surgery Center                                    Bertacchi Freeman, Gloria
Operative Report                                         12/13/2012 00:00:00

There was also essential tearing of the body of medial meniscus. Grade 2 changes were present on the femoral and tibial articular surfaces. No other abnormalities were noted.

## DESCRIPTION OF PROCEDURE:

The patient was administered general laryngeal mask anesthesia in a supine position. The left lower extremity was then prepped and draped in the usual sterile fashion. A tourniquet was placed around the proximal thigh, but not inflated during the procedure. Standard anteromedial and anterolateral portals were made with a #11 blade. The arthroscope was introduced into the anterolateral portal. Systematic examination was performed. A straight and angled basket punch forceps were then used to perform partial meniscectomy. Torn and unstable meniscus in the body and posterior horn on the medial site was resected. Essential tearing of the lateral meniscus was also resected. A motorized shaver was used to debride and smooth the edges. Loose articular cartilage in the medial and lateral compartments was debrided with the motorized shaver. A hypertrophic synovium was resected with the motorized shaver. The arthroscopic cautery device was also used to debride the soft tissue and obtained hemostasis. The joint was then copiously irrigated and suctioned free of debris. Then, 0.5% Marcaine with epinephrine and 15 mg of morphine were injected around the portal sites. The portal wounds were closed with interrupted 4-0 nylon sutures. Xeroform and dry gauze dressing was applied followed by an Ace compression bandage. The patient tolerated the procedure well with negligible blood loss. She was transferred to the recovery room in good condition.

_____
        Leslie Kim, M.D.

LK/111/223/1138152d00              DD: 12/13/2012      DT: 12/13/2012

Page 2

Bertacchi-Freeman/Hartford001562

Campus Surgery Center
Operative Report

Bertacchi Freeman, Gloria
12/13/2012 00:00:00

| CPT CODE | APC | MOD | ICD9 | ICD V3 | PHYSICIAN | COMMENTS |
|---|---|---|---|---|---|---|
| 29880 ... 29876 | 0041 0041 | LT ... 59LT | 836.0 836.1 727.00 715.36 | 80.6 ... 80.76 | LESLIE KIM | |

Bertacchi-Freeman/Hartford001563

2013052420004 1 4

BERTACCHI-FREEMAN, GLORIA

MR# 14637-1

JOB: REDACTED 53    Age: 59

DOS: 12/13/12

Dr: Kim, MD, Leslie H    Sex: F

Campus Surgery Center

## CAMPUS SURGERY CENTER
### Procedure / Surgical Verification Boarding

| ✓ when completed before entering procedure room | Criteria Patient Verification | Initials |
|---|---|---|
| ☑ Patient ☐ Other (Guardian) | Person Completing Verification of Patient | MS |
| ☑ | Pre-op staff verbally verifies with patient the first identifier (full name) | MS |
| ☑ | Pre-op staff verbally verifies with patient the second identifier (DOB) | MS |
| ☑ | Patient's responses match ID band, consents, and all other relevant data. | MS |
| | **SITE MARK – Pre-Op Unit** | **Initials** |
| ☑ | Patient (legal guardian) states procedure, side, and site to be performed. | MS |
| ☑ | Pre-op nurse marks the surgical site with the word "YES" | MS |
| ☑ | Patient's consent describes the operative / procedural site and laterality as described by patient. | MS |
| ☑ | All relevant data in the medical record is consistent with patient (legal guardian) response. | MS |
| ☑ | Procedure schedule / operative schedule is consistent with patient (legal guardian) response.    Pre-op nurse signature: | _Myf_ RN |
| **Next two boxes to be completed prior to pt leaving pre-op area** | **SITE MARK – Operating Room** | **Initials** |
| ☑ | Confirms: patient identity (using two identifiers), consent (s), patient position, operative procedure, and laterality. | |
| ☑ | OR RN marks the surgical site with his/her initials. | |
| ☑ | Review medical record for consistency in identifying the correct surgical site or procedural site.    OR RN signature: | |
| ☑ | **"Time Out"** immediately before start of the procedure for final verification of correct patient, correct site, correct procedure, correct position, pre-op antibiotics have been given, if ordered, and x-rays are displayed appropriately on the correct patient once surgeon is present. | _w_ |

Document members present for "time out."

_DrKim_    MD        _ABrum_    Scrub

_DiBranch_ Anesthesia        _DrRhodes_ RN Circulator

_____ Other        _____ Other

| Discrepancy Noted | Surgeon Notified: | |
|---|---|---|
| | Date:      Time: | |
| | Surgeon verified final site and side and communicated with team. | ☐ N/A |
| | Documented note completed. | |

Administrative\CSC\Forms\masterforms\Boarding Pass.doc        6/09

Bertacchi-Freeman/Hartford001564

20130524200044

MRN# 14637-1

[REDACTED], GLORIA
DOB: [REDACTED]53          Age: 59
DOS: 12/13/12          Sex: F
Dr: Kim, MD, Leslie H
Campus Surgery Center

# PRE-OPERATIVE NURSING RECORD

## Pre-op Phone Call

Patient: Bertacchi Freeman, Gloria    Date of Call: 12/7/12

| | Y | N |
|---|---|---|
| 1. Procedure Verified | ☑Y | ☐N |
| 2. Confirm Arrival Time @ 1215 | | |
| 3. NPO Status Explained | ☑Y | ☐N |
| 4. Ride/Responsible Adult Yes | | |
| 5. English Speaking | ☑Y | ☐N |
| Interpreter Needed | ☐Y | ☑N |
| Language | | |
| 6. No Valuables/Comfortable Clothing | ☑Y | |
| 7. Plain Cap sleeve T-shirt | ☐Y | ☑N/A |
| 8. Prescriptions Given | ☑Y | ☐N |
| 9. Do you have DME | ☑Y | ☐N |
| List: cane | | |
| 10. Ice Machine | ☐N/A ☐Y | ☑N |
| 11. Do you take blood thinners | ☐Y | ☑N |
| Name | | |
| Last Dose | | |
| Signature Jennise Chamlan, LVN | ☐L/M | |

## Pre-operative Labs

| | | Y | N |
|---|---|---|---|
| CBC | On chart | ☑Y | ☐N |
| CHEM | On chart | ☑Y | ☐N |
| EKG | On chart | ☑Y | ☐N |
| PREGNANCY | Ordered | ☐Y | ☑N  Result N/A |
| OTHER | N/A | | |
| Medical History | On Chart | ☑Y | ☐N |
| Surgical History | On Chart | ☑Y | ☐N |

### Allergies/ Reaction: NKA

| | Y | N | |
|---|---|---|---|
| Latex | ☐Y | ☑N | Note: Rx: Hydrocodone; Pt taking: HCTZ qAM |
| Iodine | ☐Y | ☑N | |

## Admitting Assessment

Time of Admit: 1155

Height: 5'2"   Weight 206.3 lb  93.6 kg   BMI 38

B/P: 161/91  HR: 89  R: 18  T: 37'  SAO2: 99 %

LMP n/a   EPT n/a

Last Voided @ 1200, 1245          FS Glucose N/A  @ N/A

Last ate solids 6 PM 12/12
Last liquids 9 AM sip H2O
Medication taken today none

Pre-Op Pain Level:  No Pain= 0   Mild Pain= 1-3  (Moderate Pain=4-6)  Severe Pain=7-10  Location (L) knee

Prescription:  Given to Patient/Family,  Called/Taken to N/A          Rx at home ☑Y ☐N

IV Start: Size ____ Solution ____ # Attempts ____ Location ____ Time ____
✓ IV per anesthesia                                      Initial N/A

## Medications Administered on Admit

| Pre-op Medication | TIME | INIT. | Pre-op Medication | TIME | INIT. |
|---|---|---|---|---|---|
| REGLAN 10 mg po  ⎫ TO BE GIVEN  ZANTAC 150 mg po ⎭ ON ADMIT | | | | | |
| BICITRA ____ ml PO | | | | | |
| VALIUM ____ mg PO | | | | | |
| Ondansetron 8mg PO | | | | | |

| Personal Belongings: | YES | NO | | On | Off | Taped | | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Allergy Band | ☐ | ☑ |
| Braces (Prosthesis) | ☐ | ☑ | Underwear | ☑ | ☐ | | Armband | ☑ | |
| Dentures/ Partials | ☐ | ☑ | Jewelry | ☐ | ☑ | ☐ | Surgical site marked | ☑ | N/A ☐ |
| Glasses/ Contacts | ☑ | ☐ | Piercing | ☐Y | ☑N | | Surgical skin checked | ☑ | N/A ☐ |
| Hearing Aids  R / L | ☐ | ☑ | | | | | Surgical site clipped | ☐ | N/A ☑ |
| | | | | | | | Teds/Other | ☐ | N/A ☑ |

Notes: Crutch training done. Pt stated rep will deliver ice machine. Pt has ice machine.

## Signatures

☑ Consent Signed by Patient/Guardian          ☐ Sterilization Consent  (if applicable)

Signature of Nurse: Monica Flores, RN    Date: 12/13/12

08/12

MDSV80536
Youth crutches

BERTACCHI FREEMAN, GLORIA
MR# 14637-1
Age: 59
DOS: 12/13/12    Sex: F
Dr. Kim, MD, Leslie H

Campus Surgery Center

# CAMPUS SURGERY CENTER Post-Operative Record

**Time Into PACU:** 1600
**Airway:** ☒N/A ☐ ET tube ☐ LMA ☐ Oral
☐Nasal   **Time D/C'd** ___
**Oxygen:** ☒N/A ☐ Nasal Cannula ☐Mask ☐Blow by
___ L/min   **Time D/C'd** ___
**Dressings:** ☐ N/A ☒ Dry & Intact ☐ See Notes
**Drain:** ☒N/A ☐ Intact & patent ☐ See Notes
☒ Ice/Cold therapy to site ☐ N/A

IV bag # 2   Fluid type/amt left in bag: 1000 LR
☒Site checked, infusing well
IV bag # ___   Fluid type/amt: ___ ↑ at ___ (time)
☒ Warm blankets on Pt.   ☐ Bair hugger blanket used ☐ N/A
☒ Extremity elevated   ☐ N/A
☐ Capillary  refill < 3 sec., sensation & movement intact distal to
Operative site   ☐ N/A   ☐ See Notes

| Time | T | BP | P | R | SpO2 | Pain level | IV/PO | U/O Other | PAR Scores | | Admit Phase 1: | 15-30": | Admit Phase 2: |
|------|---|----|---|---|------|-----------|-------|-----------|-----------|---|---|---|---|
| 1600 | 96° | 158/84 | 105 | 14 | 98 | Ø | | | **Phase I / II** | | 10 | 10 | 10 |
| 1605 | — | 147/77 | 95 | 16 | 94 | Ø | | | **Activity** Voluntary movement / Movement to pain / No movement | 2 1 0 | 2 | 2 | 2 |
| 1610 | — | 160/72 | 94 | 16 | 95 | Ø | | | **Respiration** Easy/ Deep / Shallow Limited / Apnea/ Obstructed | 2 1 0 | 2 | 2 | 2 |
| 1620 | — | 159/88 | 93 | 16 | 98 | Ø | 100 | 200 | **SBP** 0-20 mm from preop / 20-50 mm from preop / 50+ mm from preop | 2 1 0 | 2 | 2 | 2 |
| 1640 | — | 153/100 | 86 | 16 | 97 | Ø | | 300 | **Consciousness** Awake/ Alert / Arousable / Nonresponsive | 2 1 0 | 2 | 2 | 2 |
| 1655 | 96° | 158/98 | 94 | 16 | 95 | Ø | | | **O₂ Saturation** O2>92 RA / O2>90 with O2 / O2<90 with O2 | 2 1 0 | 2 | 2 | 1 |
| 1705 | — | 138/85 | 55 | 16 | 96 | Ø | 100 | | | | | | |
| ☐ See page 2 | | IV fluids given in OR/EBL | | | | | | 1000 | 550 | D/C: | | 9 | Met @: 1700 |
| | | **I & O Totals:** | | | | | | 1100 300 | 350 | | | | | |

**Allergies:** None

**Notes:** 1600 - Pt recieved fm OR SV VSS. No respitry distress noted.
Awk, oreintd. Ft elevated Ice applied. Drssg intact. Pulse plptd.
Grs fill <3 sec. Skin wm & drk. Pt c pA 3sty @ 98.2 LK
1620 pt awake, denies pain ∞ ←
1636 pt medicated for 4° nausea c̄
1648 pt to bathroom via wheelchair c
1700 discharge criteria met
dc'd pt dressed c 1709. pt to
car via wheelchair c

| Time | Medications | Dose | Rte | Init. | Reason | Time | Effect |
|------|-------------|------|-----|-------|--------|------|--------|
| 1636 | Reglan | 10mg | IV | | ∞ Nausea | 1650 | N/V |

**D/C Criteria**
**SBP** 0-20 mm from preop / 20-50 mm fr. preop / 50+ mm from preop — 2 1 0
**Walk** Steady gait, by self / With assistance / None/ Too dizzy — 2 1 0
**Nausea** None/ Minimal / Moderate / Severe — 2 1 0
**Pain** None/ Minimal / Moderate / Severe — 2 1 0
**Bleeding** None/ Minimal / Moderate / Severe — 2 1 0

**Time IV D/C'd:** 1700   ☒Catheter tip intact
☐ D/C delay (explain)
☒ PostOp teaching done
**Pt. released to:** Inpatient
**Time Pt. D/C'd:** 1709
**D/C RN:** _____

**To car by:** _____ RN
☒W/C ☐ Ambulated
**Discharged Pt. with:**
☒ Personal belongings
☒ Rx ☐ MRI/films
☒ D/C instructions
☐ Cold Therapy unit
☒ Crutches/walker
☐ Opth glasses
☐ Brace
☐ Sling
☐ PostOp shoe
☒ Ice pack

**Signatures/ Titles/ Initials:** _____

07/2012

Bertacchi-Freeman/Hartford001566

201305

# CAMPUS SURGERY CENTER - Operating Room Nursing Record

| | | | |
|---|---|---|---|
| MR# 14637 -1 | | | |
| BERTACCHI FREEMAN, GLORIA | | | |
| DOB: (REDACTED)53 | | Age: 59 | |
| DOS: 12/13/12 | | Sex: F | |
| Dr: Kim, MD, Leslie H | | | |

Campus Surgery Center

O.R. # 2    ROOM TIME IN 1430   OUT 1600

INCISION START 1517   DRESSINGS STOP 1553

ALLERGIES  None   ☐ NKDA

TIME OUT ☒

WOUND CLASSIFICATION: ☒I  ☐ II  ☐ III  ☐ IV

SURGEON(S): Dr. L. Kim

ASSISTANT(S): ☒

ANESTHESIOLOGIST: Dr. Brouch

| | RELIEF | | TIME |
|---|---|---|---|
| CIRCULATOR: A. Acosta   RN. | | | |
| SCRUB: B. Wolf   ORT. | | | |
| OTHERS(S): ☒ | | | |

PRE-OP DIAGNOSIS: Internal derrangement left knee

PROCEDURE) Left knee Arthroscopy — medial meniscectomy & lateral     meniscectomy

POST-OP DIAGNOSIS: same

ANESTHESIA: ☒ GENERAL  ☐ MAC  ☐ REGIONAL  ☐ LOCAL  ☐ LOCAL WITH SEDATION  ☐ NONE

SURGICAL POSITION: ☒ SUPINE  ☐ PRONE  ☐ LITHOTOMY  ☐ SEMI-FOWLERS  ☐ JACK-KNIFE
☐ LATERAL  ☐ RIGHT  ☐ LEFT   Position Checked By: Surgeon ☒  Anesthesiologist ☒

SAFETY STRAP SECURED: ☐ CHEST  ☒ ABDOMEN  ☐ THIGHS  ☐ SIDE
ARMS: ☒ ARMBOARDS  ☐ SIDE  ☐ TORSO  ☐ OTHER POSITIONS: _____

POSITIONAL AIDS ☐ N/A

| | | |
|---|---|---|
| ☒ EYE GURNEY — folded blankets | ☐ BEAN BAG | ☐ SPIDER |
| ☒ HEAD ON PILLOW / FOAM / DONUT | ☐ CHEST ROLLS | ☐ LATERAL POST, ORANGE / GRAY |
| ☐ PILLOW ↓ KNEE/ ↓ LEGS/ ↓ HIP/ | ☐ BEACH CHAIR / T-MAX/ STERRIS | ☐ BUMP ↓ RIGHT HIP / ↓ LEFT HIP |
| BETWEEN LEGS | ☐ BEACH CHAIR / WEDGE | ☐ STIRRUPS: CANDY CANE / ALLEN / |
| ☐ FOAM ELBOW RIGHT / LEFT | ☐ LATERAL POSITIONER | CYSTO / YELLOFINS |
| ☐ FOAM KNEE RIGHT / LEFT | ACUFEX / ARTHREX _____ lbs. | ☐ TRACTION DISTRACTER _____ lbs. |
| ☐ FOAM FOOT RIGHT / LEFT | ☐ AXILLARY ROLL RIGHT / LEFT | ☐ WELL LEG FOAM, RIGHT / LEFT |
| ☒ FOAM HEEL RIGHT / LEFT | ☐ PADDED MAYO   RIGHT / LEFT | ☐ HAND TABLE |
| ☐ PRONE POSITIONER | ☒ CIRCUMFERENTIAL LEG HOLDER | ☐ OTHER |

EQUIPMENT  ☐ N/A

| | | |
|---|---|---|
| ☐ BAIR HUGGER OR#1 34053 OR#2 38791 | ☐ MICROSCOPE: EYE #0067 ENT #00033 | ☐ LIGHT SOURCE FOR HEADLIGHT #0052 |
| ☐ BAIR PAWS   OR#3 0056 | ☐ INFINITI  #0037 | ☐ PHYSICIAN EQUIP: _____ |
| ☐ FLOWTRON #1-FXR013369 | ☐ CHAN WRIST REST | ☐ OSS FORCE #0095 |
| ☒ FLOWTRON #2-FXR013357 — Rght knee | ☐ AQUASENS FLUID MANAGEMENT #0022 | ☐ OTHER _____ |
| ☐ FLOWTRON #3-FXR008542 | ☐ BIPOLAR WOLFE #0051 SET @ ____ | _____ |
| ☒ VIDEO TOWER  #1  #2  #3  #4 | ☐ INSUFFLATOR  #0116 SET @ ____ | |
| ☐ VIDEO SLAVE #0031 #0151 #0156 #0160 | ☐ LIPO SUCTION #0030 | |
| ☒ ORTHO CART  #1  #2  #3  #4  #5 | ☐ NOVASURE #6007 | |
| ☒ TOURNIQUET #0063  #0137 #0149 | ☐ SCOPE WARMER #0096 | |
| ☒ NEPTUNE #0060 #0141 #0159 #155 | ☐ TAB MACHINE #0086 | |
| ☐ HIP ARTHROSCOPY POSITIONER | ☐ ULTRASOUND #0132 | |

ELECTROSURGICAL UNIT: ☒ N/A   ☐ UNIT #0065  #6048   #F7G3454T   ☐ Ligasure Covidien #0157
☐ MONOPOLAR   CUT _____   COAG _____   GROUND PADSITE _____
☐ BIPOLAR

SKIN CONDITION PRE-OP WNL ☒   POST-OP WNL ☒ OTHER

PREP: ☐ N/A   ☐ CLIPPER / RAZOR   ☐ BETADINE SCRUB / PAINT   ☐ OPHTHALMIC BETADINE
☐ DURA-PREP   ☐ PHISOHEX   ☒ CHLORAPREP   ☐ SALINE RINSE   ☐ ALCOHOL 70%   ☐ OTHER ____

| | | | |
|---|---|---|---|
| #1 | left knee lat rgt R.L | BY: | A. Acosta |
| #2 | | BY: | |
| #3 | | BY: | |
| #4 | | BY: | |

URINARY DRAINAGE: ☒ N/A  ☐ Straight Cath  ☐ Size ____ French   ☐ FOLEY: Size ____ French
INSERTED BY: ____   DISCONTINUED BY: ____   TOTAL OUTPUT: ____ ML

MEDICATIONS:  ☐ N/A   _____

Marcain 0.5% ( epi   →  20 cc   post op injecte

Morphine (150/cc )   →  # cc  injected — post op inject

Bertacchi-Freeman/Hartford001567

**IRRIGATION SOLUTIONS AT OPERATIVE SITE:**
☐ N/A  ☑ RINGERS  ☐ RINGERS WITH Epi 1:1000 x 1ml FOR EVERY 1000 ml of L/R  ☐ NaCl
☐ 3% SORBITOL  ☐ WATER
DIFFERENCE_____  ☑ N/A  ☐ DR. NOTIFIED:_____

**COUNTS:**
☑ SPONGES: ☐ N/A          ☑ SHARPS: ☐ N/A     **CIRCULATOR**          **SCRUB**
#1 ☑ STARTING COUNT
#2 ☑ CORRECT  ☐ UNRESOLVED
#3 ☐ CORRECT  ☐ UNRESOLVED
#4 ☐ CORRECT  ☐ UNRESOLVED

**CASTING MATERIAL:** ☑ N/A  ☐ PLASTER  ☐ FIBERCAST
**SPLINT:** ☐ ARM  ☐ LEG    **CAST:** ☐ ARM  ☐ LONG-LEG  ☐ SHORT LEG
**X-RAYS TAKEN IN O.R.:** ☑ NO  ☐ YES  ☐ PERINEAL LEAD SHIELD  ☐ ORTHO-SCAN # 0161
**X-RAY OPERATOR:**_____  ☐ MINI C-ARM #1  ☐ MINI C-ARM #2  ☐ C-ARM OEC/ZIEHM

**DRAINS/ PACKING:** ☑ N/A  ☐ PENROSE  ☐ JACKSON-PRATT  ☐ AXIOM
SIZE:_____  SITE:_____

**DRESSING:** ☐ N/A
☑ 2X2 ☑ 4X4            ☐ COBAN              ☐ STERI-STRIPS
☑ ABD                  ☐ CONFORM / KERLIX   ☐ SURGI-STUFF/ FLUFFS
☐ BINDER: ABD/ BREAST  ☐ COVADERM           ☐ TAPE/PAPER/FOAM/CLOTH/PLASTIC
☑ ACE                  ☐ DERMABOND          ☐ TED HOSE
☐ ADAPTIC              ☐ EYE PAD / SHIELD   ☐ TEGADERM
☐ ATHLETIC SUPPORTER   ☐ KNEE BRACE         ☐ TELFA
☐ BAND-AIDS            ☐ KNEE / SHOULDER IMMOBILIZER  ☐ VASELINE
☐ BENZOIN / MASTISOL   ☐ NASAL SLINGS       ☐ WEBRIL
☐ BETADINE HALF STRENGTH ☐ OWENS SILK       ☑ XEROFORM
☐ BETADINE / POLYSPORIN / ☐ PERI-PAD / ABD  ☐ OTHER_____
  BACITRACIN OINTMENT  ☐ RESTON
☐ BIAS                 ☐ SLING

**SPECIMEN(S):** ☑ N/A  ☐ SETON  ☐ WCPL  ☐ PALO ALTO PATH  ☐ OTHER_____
#1_____
#2_____
#3_____
#4_____
#5_____
#6_____

**CULTURES:** ☑ N/A  ☐ SITE & SOURCE:_____

**PERIOPERATIVE NOTES:**_____

**TRANSPORTED TO PACU:** ☑ GUERNEY  ☐ LOUNGE /WHEELCHAIR  ☐ BED
**REPORT GIVEN TO:** M. Kudara RN  **NURSE'S SIGNATURE:**_____

Bertacchi-Freeman/Hartford001568

BERTACCHI FREEMAN, GLORIA
DOB: REDACTED 53            Age: 59
DOS: 12/13/12              Sex: F
Dr: Kim, MD, Leslie H

**Camous Surgery Center**

## ANESTHESIA RECORD • CAMPUS SURGERY CENTER, DALY CITY, CA

| Date 12/13/12 | Age 59 | Ht. | Wt. | BMI | Physical ASA Status 1 (2) 3 4' E |
|---|---|---|---|---|---|
| HGB / HCT NONE | | Allergies NKDA | | Medications Sy H2P | |

Other Lab    OK

Pre-op Systemic Problems  Obesity, HTN, GERD ФSX

Pre-medication    Time    Effect
☐ Ranitidine 150 mg
☐ Metoclopramide 10 mg
☐ Bicitra 15 mg
☐ Ondansetron 8 mg
☐ Other

EKG  NSR        Anesthesia Hx  ФCKS        No Food Since  MN

| TIME: AM PM | 1400 15 30 45 | 1500 15 30 45 | 1600 15 30 45 | 15 30 45 | TOTALS |
|---|---|---|---|---|---|
| N2O | | | | | L/M |
| O2 | 10-2/... ∼ ∼ 10 | | | | L/M |
| %desflurane | | | | | % |
| %sevoflurane | | | | | % |
| fentanyl | 50 50 50 50 | | | | 200 mcg |
| propofol | 250 | | | | ml |
| remifentanil | | | | | ml |
| lidocaine | | | | | mg |
| glycopyrrolate | | | | | mg |
| dexamethasone | 8 | | | | 8 mg |
| ondansetron | 8 | | | | mg |
| rocuronium | | | | | mg |
| succinylcholine | | | | | mg |
| ketorolac | 30 | | | | 30 mg |
| Versed | 2 | | | | |
| IR | | 1600 | | | 1050 |

EBL <50    Urine Output

BP ∨ ∧
Map X
Pulse ○
Spont Vent ○
Asst Vent ◉
Cont Vent ⊗
Anes Time X••X
Surg Time ◉••◉

Remarks
Position: Supine, arms out.
EKG: SR SR SR SR SR
%O2: 1.0 .92 .93 .93 1.0
ETCO2: +42 44 39 40 39
%O2 sat: 99 98 99 100 98
Temp
BIS

Antibiotic Cefazolin  Dose 1G IV  Time 1455  ☐ Not Indicated

Remarks: Difficult
① To OR, PIV, Monitors, preox, IV indxn, LMA, good seal, pond.

② Awake, LMA out, Good s/w. To PACU.

Operation: ① Knee Arthroscopic Meniscectomy  Medial

TECHNIQUES
IV 22 (L)    Anesthesia Machine Precheck ☐
General Anesthesia ☑
Airway Size  Oral ☐  Nasal ☐
Laryngeal Mask ☑  Proseal ☐  Size:  Cuff:
ETT Size  Type  Oral ☐  Nasal ☐  Cuff ☐
Laryngoscope
Attempts  Local No:
Eyes (Protection)  Ointment ☐  Tape ☑
Regional Anesthesia ☐
Spinal ☐  NDL Size
Epidural ☐  Agent
ISB ☐  Dose
Other ☐  Vol.
          Posit.
Ultrasound ☐
O2 Mask ☐  O2 Cannula ☐

MONITORS
BIS ☐  Steth PC ☐
Auto Cuff ☑  ESO ☐
EKG ☑  TempESO ☐
PNS ☐  Skin ☐
O2 Monitor ☐  Disconnect ☐
ET CO2 ☑  Air Pressure ☑
Pulse O2 ☑  Foley ☐
BairHugger ☐  Venodyne ☐

TOURNIQUET
         mm
Location  Pressure  Hg.
On    Off    Total
On    Off    Total

In PACU 1600
BP 158/84
HR 105
RR 14
% O2 sat 98
Mental Status  Awake

Page  of

| Times | Start | Stop | Total |
|---|---|---|---|
| Anes | 430 | 1605 | |
| Surg | 517 | 1553 | |

OR Scrub(s)  BRIAN
OR Circ(s)  AL, NICOLE
Surgeon(s)  KIM
Anesthesiologist  EBRIGHT

201305242000616

14637-1

BERTACCHI FREEMAN, GLORIA
Age: 59
DOB: REDACTED 53
Sex: F
DOS: 12/13/12
Dr. Kim, MD, Leslie H
Campus Surgery Center

## CAMPUS SURGERY CENTER LP
901 Campus Drive, Suite 102 ♦ Daly City, California 94015 ♦ (650) 991-2000 ♦ FAX (650) 755

## ANESTHESIA POST-OPERATIVE ORDERS

EKG (HR), BP, RR, Pulse Oximetry to be monitored continuously and documented every 5 minutes until stable, then every 15 minutes. Temperature is to be taken on admission and discharge. Inform anesthesiologist of any change in patient's condition.

Oxygen per nasal cannula at 5 liters per minute or oxygen per mask/face tent at 10 liters per minute as needed to keep O2 saturation >95%. May decrease flow to 2 liters/minute if O2 saturation >95%. Insert nasal airway as needed to maintain patent airway. May discontinue O2 if O2 saturation stays >95%.

Continue IV solution of __LR__ at __125__ ml per hour. Discontinue prior to discharge. __250__ ml of LR may be administered over __5__ minutes for a decrease in systolic blood pressure of greater than 20 mm/Hg from perioperative systolic blood pressure. Oral Fluids as tolerated.

Atropine _____ mg IV/IM PRN heart rate < 50 or heart rate < 60 and systolic BP < 90.

When taking PO, give _____ mg of _____ po.

Narcotics:
Shivering
☑ Meperidine (Demerol) __25__ mg IV q 5 min PRN shivering.
    May repeat up to a total dose of __50__ mg.

Mild-Moderate Pain (Pain Score 1-5) or before discharge. **Check only one choice.**
☐ Hydrocodone/Acetaminophen Elixir (7.5/500 mg per 15 ml) _____ ml PO q 4 hrs PRN
☐ Nucynta 50mg 1 tablet PO q 4 hrs PRN
☐ Acetaminophen with Codeine 300/30 2 tablets PO q 4 hrs PRN
☑ Hydrocodone/ Acetaminophen 5/325 2 tablets PO q 4 hrs PRN, if not in stock, may give
    Hydrocodone/ Acetaminophen 5/500 2 tablets PO q 4 hrs PRN
☐ Oxycodone/Acetaminophen (Percocet) 5/325 2 tablets PO q 4 hrs PRN
☐ Tramadol 50mg 2 tablets PO q 4 hrs PRN

Moderate-Severe Pain (Pain Score 6-10 or in Post-op Phase 1 Recovery) **Check only one choice.**
☐ Fentanyl _____ mcg IV q 5 min PRN, may repeat up to total dose of _____mcg
☑ Morphine __2-4__ mg IV q 5 min PRN, may repeat up to total dose of __12__ mg
☐ Meperidine (Demerol) _____ mg IV q 5 min PRN, may repeat up to total dose of _____ mg
    If still complaining of pain (4-10) after maximum dose of Meperidine (Demerol), may give:
☐ Meperidine (Demerol) 100 mg + Vistaril 50 mg IM q 2hrs PRN

**Hold narcotics for RR<12. Notify anesthesiologist for RR<10.**

For nausea:
☐ Ondansetron (Zofran) 8 mg po x 1, then if still complaining of nausea, give
☑ Metoclopramide 10 mg IV x 1, then if still complaining of nausea, give
☑ Compazine 10 mg PO x 1, then if still complaining of nausea, give
☑ Compazine 25 mg suppository x 1

For sore throat: ☐ Chloraseptic lozenges PRN

For wheezing or dyspnea: ☑ Albuterol treatment q 4 hrs PRN

☐ Give 30 ml of MOM (Milk of Magnesia) prior to discharge.

☐ Void prior to D/C    ☐ Bair Hugger
☐ STAT Hb/Hct    ☐ STAT Na/K    ☐ Glucoscan    ☐ Venodyne

☑ Discharge from PACU when patient is stable and meets discharge criteria.
☑ Discharge from acute recovery to overnight status at _____ hours.
☑ Other orders: _Labetalol 5mg IV Q10' PRN For SBP > 160 mm Hg_

PHYSICIAN SIGNATURE _E Brown_ DATE 12/13/12 TIME 15:30

NK 12/17/1 -
1605

Bertacchi-Freeman/Hartford001570

20130524200041 4

ERTACCHI FREEMAN, GLORIA    MR# 14637-1
DOB: REDACTED 53            Age: 59
DOS: 12/13/12               Sex: F
Dr: Kim, MD, Leslie H

**CAMPUS SURGERY CENTER**
901 Campus Drive, Suite 102 ♦ Daly City, California 94015 ♦ (650) 991-2000 ♦ FAX (650) ___-___    Campus Surgery Center

## *Anesthesia Postoperative Notes*

Patient tolerated the anesthetic:  ☒ without problems
                                    ☐ but was noted to have the following:

_____
_____
_____
_____
_____
_____
_____
_____

_____        12/13/12  16⁵⁵
Anesthesiologist's Signature    **Date/Time**


_____
_____
_____
_____
_____
_____
_____

_____     _____
Anesthesiologist's Signature     **Date/Time**

8/12

Bertacchi-Freeman/Hartford001571

# CAMPUS SURGERY CENTER
## 901 Campus Drive, Suite 102 Daly City, CA 94015 (650) 991-2000

## DISCHARGE INSTRUCTIONS
*If your surgeon's instructions vary from these instructions, please follow your surgeon's instructions.*

You may experience lightheadedness, dizziness and sleepiness due to medications. Therefore, a responsible person must drive you home and stay with you overnight. For the next 24 hours:

- Do not drive a car, operate machinery or power tools.
- Do not drink alcoholic beverages of any kind, including beer and wine.
- Do not sign any important paper or make important decisions.

**MEDICATIONS:**

- Take prescribed antibiotics until completely finished.
- If pain medication is irritating your stomach, take it with small amount of food or drink.
- Take your pain medication as soon as you feel pain. DO NOT WAIT.
- Do not take acetaminophen (Tylenol) while taking Ultracet, Darvocet, Vicodin, Lortab, Norco or Percocet.
- Follow your surgeon's instructions for medications.

Take _____Norco_____ as needed for pain. Take _____oxycodone_____ for more severe pain.

_Itchiness, nausea or insomnia_

**DIET:**

- Drink plenty of fluids
- Start with clear liquids (7-Up, broth, jello, apple or cranberry juice) and progress as tolerated to a <u>light meal</u> (soup, toast, cereal, etc.) and progress to more substantial food later in the day.
- Avoid highly spiced or greasy foods.
- You should be able to resume your normal diet after 24 hours.

**ADDITIONAL INSTRUCTIONS:**

_Elevation, Ice on polar care_

**FOLLOW-UP APPOINTMENT:**

- Contact your physician for a follow-up appointment, if one has not yet been scheduled.

Physician: _____Kim_____   Phone number: _____612 991 9402_____

**Contact your surgeon (or his/her associate) promptly if any of the following occur:**

- Bright red or persistent bleeding or swelling
- Persistent nausea or vomiting (greater than 24 hours)
- Unrelieved pain
- Temperature above 101 degrees °F
- If your surgery was on an extremity, any change in color, mobility, feeling or temperature of fingers and toes
- Redness around the incision
- Difficulty breathing
- Decreasing level of responsiveness or consciousness

**If you are unable to reach your surgeon in an acute emergency, go to the nearest Emergency Department or call 911.**

Copy of printed instructions from physician given to patient.   ☑ Yes   ☐ No

The above instructions have been reviewed with me. I understand they are for my benefit.

_____   _12/13/12 × 12:28_
Patient's Signature          Date and Time

Discharge Instructions given by:
_____   _12-13-12   1655_
Nurse's Signature           Date and Time

_____   _12-13-12   1655_
Responsible Adult's Signature   Date and Time

MR# 14637-1
BERTACCHI FREEMAN, GLORIA
DOB REDACTED 53   Age: 59
DOS: 12/13/12   Sex: F
Dr: Kim, MD, Leslie H
Campus Surgery Center

02/11

2013052420000414

MR# 14637-1
BERTACCHI FREEMAN, GLORIA
DOB: REDACTED 53          Age: 59
DOS: 12/13/12            Sex: F
Dr: Kim, MD, Leslie H
Campus Surgery Center

## WEST BAY ORTHOPAEDIC MEDICAL
*Orthopaedic Surgery     Sports Medicine*

Leslie H. Kim, M.D.



901 Campus Drive, #111
Daly City, CA 94015
Fax: (650) 991-2650
Tel: (650) 991-9400

## INSTRUCTIONS FOR PATIENTS FOLLOWING KNEE SURGERY-

**ACTIVITIES:**   During the first 72 hours after surgery, avoid Excessive walking and activity.   After 48 hours get up a little more each day but continue to elevate your leg to prevent swelling.  Do not sit with your leg hanging dependent.

**MOTION:**   You may start bending your knee slowly the day after surgery.

**STOCKINGS:**   Keep the stockings on your legs as tolerated. They may be removed for showering and skin care. Be sure that the stockings are on smoothly so that they do not cut off the circulation.

**DRESSINGS:**   Keep the dressing clean and dry for three days. On the fourth day, you may remove the ace wrap and dressing.   You may shower and pat the incision line dry.  The incision may be covered with Band Aids after the shower.  Do not soak in a bathtub.

**WALKING:**   You may put weight on your operated leg as much as you can tolerate.   Use a ☐walker ☐cane ☒crutches.

**EXERCISES:**   1. Do ten straight leg raises and ten ankle pumps every hour during the day.   Keep your knee as straight as possible during the exercise.
2. Put your arms up over your head and take a deep breath and cough once every hour during the first two post-op days.

**APPOINTMENT:**   Call my office at (650)991-9400 for an appointment in about 5-7 days, if you do not have one scheduled.

X _(signature)_

Draft Copy
Bertacchi-Freeman/Hartford001573

**CAMPUS SURGERY CENTER LP**

901 Campus Drive, Suite 102 ◆ Daly City, California  94015 ◆ (650) 991-2000 ◆ FAX (650) 755-8638

## POST-OP PROGRESS / DISCHARGE NOTES

MR# 14637-1
BERTACCHI FREEMAN, GLORIA
DOB: REDACTED 53          Age: 59
DOS: 12/13/12             Sex: F
Dr: Kim, MD, Leslie H
Campus Surgery Center

POST-OPERATIVE NOTE

OPERATIVE REPORT:   DICTATED ☑      CONFIRMATION # _527488_

Post-op Diagnesis:  ① knee medial & lateral menicus
tears, chondromalacia, synovitis

☐ No Change from Pre-op Diagnosis

Procedure:  ① knee arthoscopic partial medial &
lateral meniscectomy, synovectomy

☐ No Change from Consent _____

Comments: _____

Surgeon's Signature _____      Date: _12-13-12_

Bertacchi-Freeman/Hartford001574

MR# 14637 -1
BERTACCHI FREEMAN, GLORIA
DOB: REDACTED 53            Age: 59
DOS: 12/13/12              Sex: F
Dr: Kim, MD, Leslie H
**Campus Surgery Center**

## CAMPUS SURGERY CENTER
### PHYSICIAN ORDERS

- ☐ Void prior to D/C
- ☐ Podiatry Shoe
- ☑ Ice Pack/Polar Care
- ☐ Sling/Shoulder Immobilizer
- ☑ Elevation
- ☐ Athletic Supporter
- ☐ Venodyne
- ☐ Crutches/Walker/Cane
- ☐ Abdominal Binder
- ☐ Weight Bearing
- ☐ Non-Weight Bearing

- Discharge patient when discharge criteria is met
- Resume Pre-Operative Medications as prescribed

PHYSICIAN SIGNATURE: _____ DATE: 12/13/12 TIME: _____

Order: _____

PHYSICIAN SIGNATURE: _____ DATE: _____ TIME: _____

Order: _____

PHYSICIAN SIGNATURE: _____ DATE: _____ TIME: _____

\\Alpinehc.com\shared\Administrative\CSC\Forms\masterforms\Physician Order Sheet 10 2010.doc          10/10

Bertacchi-Freeman/Hartford001575

**CAMPUS SURGERY CENTER**
901 Campus Drive, Suite 102 ♦ Daly City, California 94015 ♦ (650) 991-2000 ♦ FAX (650) 755-8638

MR#  14637 -1
BERTACCHI FREEMAN, GLORIA
DOB: 0[REDACTED]3          Age: 59
DOS: 12/13/12              Sex: F
Dr: Kim, MD, Leslie H
    Campus Surgery Center

## POST OPERATIVE PHONE CALL RECORD

Patient Phone Numbers:

1: 916-390-1845 (cell)          2: _____

Patient was called on _____12/14_____ and had:

☒ No Post Operative problems
☐ No Post Operative anesthetic related problems except:

_____
_____
_____
_____
_____

☐ Patient requires another Post Operative call (see below)

_____          12/14   219
Anesthesiologist's Signature            Date/Time

═══════════════════════════════════════════════

If Needed:   Date/Time _____
             Person Contacted_____

1.  Pain controlled: ☐ Yes _____

2.  Tolerating diet: ☐ Yes _____

3.  Nausea / Vomiting: ☐ No _____

4.  Fever / Headache: ☐ No _____

5.  Surgery site D / I: ☐ Yes_____

6.  Adequate Discharge ☐ Yes_____

7.  Message left: ☐ Yes  to call 650-991-2000 if there are any questions or concerns and to call MD if there are any problems.

_____
_____
_____
_____

_____          _____
Signature                      Date/Time

Bertacchi-Freeman/Hartford001576

BERTACCHI FREEMAN, GLORIA
MR# 14637-1
DOB REDACTED 53        Age: 59
DOS: 12/13/12          Sex: F
Dr: Kim, MD, Leslie H

Campus Surgery Center

# Campus Surgery Center
901 Campus Drive Suite 102
Daly City CA 94015

**BELONGINGS CHECKLIST**

| Check those that apply | None | Locked Cabinet | Left with Patient | Given to family Member |
|---|---|---|---|---|
| Clothing | ☐ | ☑ | ☐ | ☐ |
| Shoes | ☐ | ☑ | ☐ | ☐ |
| Cane/Crutches/ Walker | ☑ | ☐ | ☐ | ☐ |
| Contact Lenses | ☐ | ☐ | ☐ | ☐ |
| Dentures: ☐Upper ☐Lower ☐Partial | ☑ | ☐ | ☐ | ☐ |
| Glasses | ☐ | ☑ | ☐ | ☐ |
| Hearing Aids ☐One ☐Two | ☑ | ☐ | ☐ | ☐ |
| Cell phone | ☑ | ☐ | ☐ | ☐ |
| Mp3 player or other electronic device | ☑ | ☐ | ☐ | ☐ |
| Cash: Amount $_____ | ☑ | ☐ | ☐ | ☐ |
| Checkbook | ☑ | ☐ | ☐ | ☐ |
| Credit cards | ☑ | ☐ | ☐ | ☐ |
| Keys | ☑ | ☐ | ☐ | ☐ |
| Purse | ☑ | ☐ | ☐ | ☐ |
| Wallet | ☑ | ☐ | ☐ | ☐ |
| Jewelry _Rings_____ | ☐ | ☐ | ☐ | ☑ |
| Other_____ | ☑ | ☐ | ☐ | ☐ |

**I take full responsibility for retaining in my possession the articles listed above and any other brought to me while in the facility and release Campus Surgery Center of all liability.**

X _____  12/13/12        _____ RN  12/13/12
Patient Signature   Date          Nurse Signature   Date

**All Belongings and valuables returned to patient.**

_____
Patient/ Responsible Adult Signature

ERTACCHI FREEMAN, GLORIA
DOB: REDACTED 53          Age: 59
DOS: 12/13/12            Sex: F
Dr: Kim, MD, Leslie H

## Lab Results

⚥ LIPID PANEL WITH

Campus Surgery Center

### Collection Information

| Collection Date and Time | Received Date and Time |
|---|---|
| 11/16/2012 1012 | 11/16/2012 1012 |

### Entry Date

11/16/2012

### Component Results

| Component | Value | Flag | Reference Range | Status |
|---|---|---|---|---|
| FASTING | YES | | | Final |
| CHOLESTEROL | 345 | H | 0-200 mg/dL | Final |
| Comment: | | | | |
| Desirable adult value < 200 mg/dL | | | | |
| HDL CHOLESTEROL | 35 | | >= 35 mg/dL | Final |
| LDL CHOLESTEROL CALCULATION | 252 | H | < 130 mg/dL | Final |
| TOTAL CHOLESTEROL:HDL RATIO | 9.9 | H | < 4.0 | Final |
| TRIGLYCERIDE | 290 | H | 35-160 mg/dL | Final |
| NON-HDL CHOLESTEROL | 310 | H | 0-150 mg/dl | Final |
| Comment: | | | | |
| Desirable: <130 | | | | |

### Result History

LIPID PANEL WITH DLDL REFLEX (Order#91613381) on 11/16/12 - Order Result History Report

### MyChart Status:

This result is currently not released to MyChart.

### Related Tests

COMPREHENSIVE METABOLIC PANEL (Order#91613380) on 11/16/12

### Other IDs

Lab Specimen #
1116:CI00788R

### Lab Collection Information

| Collection Date and Time | Collected By |
|---|---|
| 11/16/2012 1012 | PCN.PB |

### Reviewed by List

NGUYEN, THUY  on Mon Nov 19, 2012  5:46 PM

### Patient Information

| Patient Name | MRN | Sex | DOB | Home Phone |
|---|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | F | REDACTED 1953 (59yr) | 916-652-6200 |

Unit
UCDREG

### Result Notes

```
                                                         MR# 14637-1
                                              BERTACCHI FREEMAN, GLORIA
                                              DOB: [REDACTED]53        Age: 59
## Lab Results                    TSH WITH FR   DOS: 12/13/12          Sex: F
                                              Dr: Kim, MD, Leslie H
```

### Collection Information

Camous Surgery Center

| Collection Date and Time | Received Date and Time |
|---|---|
| 11/16/2012 1012 | 11/16/2012 1012 |

### Entry Date

11/16/2012

### Component Results

| Component | Value | Flag | Reference Range | Status |
|---|---|---|---|---|
| THYROID STIMULATING HORMONE | 1.17 | | 0.35-3.30 mcIU/mL | Final |

### Result History

TSH WITH FREE T4 REFLEX (Order#91613382) on 11/16/12 - Order Result History Report

### MyChart Status:

This result is currently not released to MyChart.

### Other IDs

Lab Specimen #
1116:SC00516R

### Lab Collection Information

| Collection Date and Time | Collected By |
|---|---|
| 11/16/2012 1012 | PCN.PB |

### Reviewed by List

NGUYEN, THUY  on Mon Nov 19, 2012  5:46 PM

### Patient Information

| Patient Name | MRN | Sex | DOB | Home Phone |
|---|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | F | [REDACTED]1953 (59yr) | 916-652-6200 |

Unit
UCDREG

### Result Notes

**Notes Recorded by Thuy Rose Nguyen, MD on 11/19/2012 at 5:46 PM**
Called patient and discussed results. She want to try diet and exercise. Suggested recheck of cholesterol in 3 months. Discussed urine culture. She states she has no dysuria, fever, nausea, or flank pain. She will monitor. Patient to follow up in a few weeks.

### Lab Information

| Lab | Lab Director |
|---|---|
| UC DAVIS MED CTR | Lydia P. Howell, M.D. |
| 2315 Stockton Blvd | |
| Sacramento CA 95817 | |

Phone Number
916-734-0500

Lab NPI
1710918545

MR#  14637 -1
BERTACCHI FREEMAN, GLORIA
DOB: ⬛REDACTED/53          Age: 59
DOS: 12/13/12             Sex: F
Dr: Kim, MD, Leslie H

## Lab Results                        ♀ URINALYSIS AND C

Campus Surgery Center

### Collection Information

| Collection Date and Time | Received Date and Time | Source |
|---|---|---|
| 11/16/2012 1012 | 11/16/2012 1012 | URINE |

### Entry Date

11/16/2012

### Component Results

| Component | Value | Flag | Reference Range | Status |
|---|---|---|---|---|
| COLLECTION | Clean Catch | | | Final |
| COLOR | Yellow | | None/Yellow | Final |
| CLARITY | TURBID | Abnl | Clr/Sl Turb | Final |
| SPECIFIC GRAVITY | 1.025 | | 1.002-1.030 | Final |
| pH URINE | 6.0 | | 4.8-7.8 | Final |
| OCCULT BLOOD URINE | Negative | | Negative mg/dL | Final |
| BILIRUBIN URINE | Negative | | Negative | Final |
| KETONES | Negative | | Negative mg/dL | Final |
| GLUCOSE URINE | Negative | | Negative mg/dL | Final |
| PROTEIN URINE | 30 | Abnl | Neg/Trace mg/dL | Final |
| UROBILINOGEN | < 2.0 | | Neg-2.0 mg/dL | Final |
| NITRITE URINE | Negative | | Negative | Final |
| LEUK. ESTERASE | Negative | | Negative | Final |
| MICROSCOPIC | INDICATED | | | Final |
| WBC | 3-6 | H | 0-3 /HPF | Final |
| BACTERIA/HPF | Few | | Neg/Few /HPF | Final |
| SQUAMOUS EPI | 3-6 | H | 0-3 /HPF | Final |
| AMORPH CRYSTALS | Present | | Pres/Absent /HPF | Final |
| URINE CULTURE | INDICATED | Abnl | | Final |

Comment:
See Microbiology Report for Culture Results

### Result Narrative

Microscopic done by dilution.

### Result History

URINALYSIS AND CULTURE IF IND (Order#91613383) on 11/16/12 - Order Result History Report

### MyChart Status:

This result is currently not released to MyChart.

### Other IDs

Lab Specimen #
1116:UA00085R

### Lab Collection Information

| Specimen | Collection Date and Time | Collected By |
|---|---|---|
| URINE | 11/16/2012 1012 | PCN.PB |

### Reviewed by List

NGUYEN, THUY   on Mon Nov 19, 2012  5:46 PM

Bertacchi, Gloria M (MRN 0565663)

14637-1

BERTACCHI FREEMAN, GLORIA

DOB: REDACTED 53          Age:  59
DOS: 12/13/12             Sex:  F
Dr: Kim, MD, Leslie H

## Lab Results                    CULTURE URINE ROU

Campus Surgery Center

### Collection Information

Collection Date and Time       Received Date and Time        Source
11/16/2012 1011                11/16/2012 2004               URINE

### Entry Date

11/18/2012

### Component Results

**CULTURE URINE:**
  CULTURE URINE  Final

      10,000 - 100,000 CFU (ORGANISMS)/ML MIXED FLORA

### Result History

  CULTURE URINE ROUTINE, BACTI (Order#91645861) on 11/18/12 - Order Result History Report

### Other IDs

Lab Specimen #
12:B0062222R

### Microbiology Report

Microbiology

### Reviewed by List

**NGUYEN, THUY**  on Tue Nov 20, 2012  8:00 AM

### Patient Information

Patient Name        MRN        Sex        DOB              Home Phone
Bertacchi, Gloria M  0565663    F          REDACTED 1953 (59yr)    916-652-6200

Unit
ROCIMF

### Result Notes

**Notes Recorded by Thuy Rose Nguyen, MD on 11/20/2012 at 8:00 AM**
Called and discussed with patient. No dysuria, fever, flank pain, or nausea. Will monitor symptoms. Patient to
follow up in clinic

### Lab Information

Lab                                    Lab Director
UCDMC SPECIALTY TESTING CENTER         Lydia P. Howell, M.D.
3740 Business Drive
Sacramento CA 95820-2164

Phone Number
916-734-0500

Lab NPI
1710918545

### Order                          CULTURE URINE ROUTINE, BACTI (Order 91645861)

### Allergies

(No Known Allergies)  Date Reviewed: 11/15/12

COPY - Protected Health Information - 12/06/2012 14:59:35-PCH0087

Bertacchi-Freeman/Hartford001581

2013052420004914

**Pacific Medical Inc. Tax id# 943\_\_\_060**

1700 North Chrisman Road, Tracy, CA 95304

P.O. Box 149, Tracy, CA 95378

Office: 800-726-9180

Fax: 800-861-5950

**Patient Product Agreement & Rx form**

Practice Name _____

Address _____

_____

Office Ph# _____

---

Pacific Medical Inc. is providing you with the DME item(s) that you received at this facility. Pacific Medical, Inc. will bill your product to your Insurance Carrier or Medicare. If you have any questions regarding the bill please contact Pacific Medical Inc. (not your doctor's office) at 1-800-726-9180.

---

MDSV80536
Youth crutches

|||||||||||||||||||||||||

**PRODUCT** (AFFIX LABEL HERE)

Diagnosis _____

(circle)  Right / Left

ICD-9 Code _____

Date of Surgery _____

Date of Injury _____

Provider Name _____

NPI# _____

**Provider Signature** _____

Date _____

Pa  BERTACCHI FREEMAN, GLORIA   MR# 14637-1
Ac  DOB: REDACTED 53   Age: 59
I I  DOS: 12/13/12   Sex: F
Dr: Kim, MD, Leslie H
**Campus Surgery Center**

SS# _____   DOB _____

_____   Phone # _____

ts directly to Pacific Medical Inc. for services rendered. I further authorize the or determining the extent of third party coverage and for processing an insurance claim on my behalf. I agree to use all products only in the manner for which they were intended and not attempt to make any modifications or changes of any kind to the product.

**ANY AND ALL PATIENTS ARE HEREBY NOTIFIED THAT THIS FACILITY MAKES AVAILABLE TO YOU THE IMMEDIATE PURCHASE OF THE PRODUCT(S) PRESCRIBED FOR YOUR TREATMENT ARE NOT OWNED BY THE FACILITY OR OTHERWISE AFFILIATED WITH THE FACILITY. YOU ARE INFORMED THAT YOU ARE FREE TO PURCHASE THE PRODUCT(S) FROM ANY AND ALL OTHER SOURCES. YOU ARE NOT OBLIGATED, IN ANY WAY, TO PURCHASE THE PRODUCT(S) FROM THIS FACILITY.**

I understand that all costs of device and supplies not paid by my insurance carrier will become my responsibility. Assignment of insurance benefits does not guarantee that my insurance company will provide coverage. If litigation or collections is necessary to collect unpaid debts, the undersigned agrees to pay for all costs incurred.

**NON-COVERED RELEASE (Work Comp excluded)**
Pacific Medical Inc. has informed me that the Durable Medical Equipment (DME) shown on this request form may be denied by my insurance (**Blue Cross, Blue Shield, Aetna, OMAP (Oregon), DSHS (Washington),** _____
as **NOT MEDICALLY NECESSARY,** or **NOT A COVERED BENEFIT.** I agree to be fully responsible for payments of the product costs. I also understand that my insurance company will not reimburse either Pacific Medical Inc. or me for this equipment.

If the product is a **NON-COVERED item** please identify the self-pay price that reflects the product(s) dispensed.
Cold Therapy w/ pad: $210.00    Post-Op shoe: $20.00    Crutches: $30.00
Post-Op knee brace: $250.00    Arm sling: $25.00    Shoulder immobilizer: $90.00    Other: _____

**\*\*\*NON-RETURNABLE HYGIENE PRODUCT\*\*\***
Hygiene products which relate to personal hygiene and self care are generally non-returnable. Hygiene products, toileting products, bathroom products, body brace foam cushions, wheelchair cushions, stockings, splints and products that come in contact with the body; cannot be returned – they are single use patient items. No hygiene product can be returned if the package has been opened per Public Health Policy and per Rehabmart Policy.

**I acknowledge that I have read and understand all of the terms above, and have received the product(s) mentioned above.**

**Patient Signature:** _____   **Date:** 12/13/12

Credit Card (circle one): Visa / Mastercard / American Express

Account Number: _____   Exp. ____ / ____   3-Digit Security Code _____

Billing Address: _____

Name on Card (please print): _____

Signature: _____   Today's Date: _____

(patient or financially responsible person)

**Bertacchi-Freeman/Hartford001583**








Facility: CAMPUS
Surgeon: L KIM

**stryker**







Patient ID: 14637

Patient: BERTACCHI FREEMAN GLORIA

Procedure Date: 12/13/2012

Procedure: LEFT KNEE ARTHROSCOPY
Bertacchi-Freeman/Hartford001585

Campus Surgery Center
901 Campus Drive Suite 102, Daly City CA 94015

2013052{illegible}    Facility Copy

| BERTACCHI FREEMAN, GL 14637-1 | | |
|---|---|---|
| DOB:  REDACTED 1953 | | Age:  59 |
| DOS:  12/13/2012 | | Sex:  F |
| Dr:  Kim, MD, Leslie H | | |

## AUTHORIZATION AND CONSENT TO SURGERY, ANESTHESIA, DIAGNOSTIC OR THERAPEUTIC PROCEDURES

Your physician is:

**Leslie Kim, MD**

The operation(s) or procedure(s) to be performed on you is/are:

### LEFT KNEE ARTHROSCOPY, DEBRIDEMENT, MENISCECTOMY REPAIR AS NEEDED

I. This surgical facility maintains personnel, equipment, and a facility to assist your physician in his or her performance of surgical operations and other diagnostic and therapeutic procedures. **These operations and procedures, as well as the potential administration of anesthesia, may all involve risks of unsuccessful results, complications, injury, infection, or even death, from both known and unforeseen causes. No warranty or guarantee can be made to you concerning the result or cure of a condition being addressed by the operation or procedure proposed by your physician. You have the right to be informed by your physician of the nature and purpose of your operation(s) or procedure(s), as well as the risks associated with the operation(s) or procedure(s), and alternative methods of treatment.** Except in cases of emergency, the operation(s) or procedure(s) is/are not performed until you have had an opportunity to discuss all significant risks, the nature and purpose of your operation or procedure, and alternative methods of treatment with your physician. You may refuse any proposed operation or procedure, at any time, prior to its performance. By signing this form, you are verifying that you have discussed the nature of your operation or procedure, the risks associated with the operation or procedure, and alternative methods of treatment with your physician.

II. By signing this form, you are further authorizing any different or further operation(s) or procedure(s) which, in the opinion of your physician, may be indicated due to an emergency or unanticipated intraoperative findings. The operation(s) or procedure(s) will be performed by your physician as well as other assistants he or she may select, including anesthesiologists, radiologists, registered nurses, medical students, podiatry students, and physicians receiving instruction and training (known as residents or fellows), as well as representatives of medical device manufacturers, may also observe or participate in your surgery.

III. Anesthesia involves the use of medication. Different individuals react differently to the same medication, and the state of their physical health influences the action of medicine. While all possible precautions will be taken, unforeseen reactions may occur. By signing this agreement you verify your understanding and acceptance of the fact that certain hazards and risks are inherent in any anesthetic procedure. You further verify your understanding that post-anesthetic nausea, vomiting, headache, phlebitis, sore throat with laryngeal and tracheal swelling, dental injuries, more serious heart and lung abnormalities or nerve and/or muscle disorders as well as other problems may occur, and any anesthetic procedure (including, but not limited to general, local, conscious sedation, monitored anesthesia care, spinal and epidural) may cause complications, including death.

IV. Your attending physician and any other physicians with whom you may interact are <u>not</u> agents, servants, r employees of this facility, but are independent contractors. All of your physicians are acting as your agents.

Patient Initials {signature}                                                    Page 1 of 2

**Bertacchi-Freeman/Hartford001586**

Campus Surgery Center

901 Campus Drive Suite 102, Daly City CA 94015

**Facility Copy**

| BERTACCHI FREEMAN, GL 14637-1 | | |
|---|---|---|
| DOB: REDACTED 1953 | | Age: 59 |
| DOS: 12/13/2012 | | Sex: F |
| Dr: Kim, MD, Leslie H | | |

## AUTHORIZATION AND CONSENT TO SURGERY, ANESTHESIA, DIAGNOSTIC OR THERAPEUTIC PROCEDURES

V. Severed tissues, members, organs, other tissues or foreign objects may be removed from your person during the operation(s) or procedure(s) to be performed by your physician and may be submitted to pathology, or subject to the directions of your physician, other recipients. By signing this form you authorize the performance of pathology service and the disposal of any bodily members, organs, or other tissues removed from you at the discretion of the pathologist and/or your physician.

VI. Your signature below constitutes your acknowledgment that: (1) You have read and agree to the foregoing; (2) The operation(s) or procedure(s) described above, including all risks, complications and alternatives, has/have been adequately explained to you by your physician and that you have received all of the information you desire concerning such operation(s) or procedure(s); (3) You authorize and consent to the performance of the operation(s) or procedure(s) as well as the administration of anesthesia; and (4) You acknowledge receipt of a copy of this authorization.

VII. By signing this form you additionally consent to photographing or videotaping of your treatment when deemed necessary by your physician.

VIII. This facility uses products/devices that contain a chemical known by the State of to cause birth defects or other reproductive harm.

x _____     12/13/12     x  12:15 p.
Signature of patient or patient's legal          Date           Time
guardian with description of relationship)

_____     12/13/12     12:15
Witness (not patient's physician)                Date           Time

Witness to complete if patient has not signed:
( )  Patient is a minor and patient's parents/conservator/guardian (circle one) signed.
( )  Patient is incompetent and patient's conservator/guardian (circle one) signed
( )  Patient is unable to sign because  _____

Bertacchi-Freeman/Hartford001587

2013052420004 1 2  MRN 14637-1
RTACCHI-FREEMAN, GLORIA
JB: REDACTED 53                    Age: 59
DOS: 12/13/12                      Sex: F
Dr: Kim, MD, Leslie H
         Campus Surgery Center

# CAMPUS SURGERY CENTER
901 Campus Drive, Suite 102, Daly City, CA 94015

## ANESTHESIA PRE-OP ORDERS

| LABS:<br>DATE/HOUR | Send Copies of Labs, EKG, CXR to: |
|---|---|
| | ☐ Pre-op now   ☐ **STAT** on admission   ☒ To be faxed   ☐ Waived |

**Send Copies of Labs, EKG, CXR to:**

☐ Pre-op now   ☐ **STAT** on admission   ☒ To be faxed   ☐ Waived

☐ CBC with diff & plats   ☐ UA with reflex   ☐ Chemistry Panel (comprehensive)   ☐ Chem 8

☐ Lipid Panel   ☐ Serum Pregnancy (Qual)   ☐ Blood Type+ RH   ☐ Random   ☐ Fasting

☐ TSH, T4   ☐ PT/ INR   ☐ Hepatitis A, B, C Antibodies   ☐ HBA1C   ☐ Uric Acid   ☐ PSA

☐ Other _____

12 lead EKG:   ☒ Pre-op now   ☐ **STAT** on admission   ☐ To be faxed   ☐ Waived

CXR-PA + Lat:   ☐ Pre-op now   ☐ **STAT** on admission   ☐ To be faxed   ☒ Waived

Dx *836 + V72.84*   Physician *Kim*

Physician Signature _____

**ON DAY OF SURGERY:**
**Urine Pregnancy on admission for menstruating females.**
**Notify anesthesiologist for diastolic BP > 100 or Positive Serum Preg Test/Urine EPT.**
**Fingerstick blood sugar for all insulin dependant diabetics and pre-op glucose >110.**
**Notify anesthesiologist of fingerstick glucose above 150.**

☐ Fingerstick blood sugar on admission   ☐ 12 lead EKG on admission

☐ Zantac 150mg and Reglan 10mg p.o. on admission         ☐ Start IV 1 liter LR in Pre-op

☐ Valium _____ mg p.o. on admission                      ☐ Waive saline lock

☐ Zofran 8 mg p.o. on admission

☐ Versed elixir _____ mg p.o. on admission

☐ Bicitra 15 ml p.o. on admission

*Orders Ms notice 12/13 12UU*

☐ Additional orders _____

_____

☐ On admission   ☐ On call   ☐ at _____ AM/PM

Physician Signature _____

**FAX RESULTS TO JON W. CHURNIN, M.D. AT 650-755-8638**

Bertacchi-Freeman/Hartford001588

20130524200414

*Standard Operating Practices*

_____          5/8/13
Client Signature or Mark                                        Date

_____          _____
Witness Signature                                               Date

_____          _____
Guardian/Parent/Legal Representative Signature  (specify role)     Date
Revocation of this Authorization:

_____          _____
Signature/Mark Of Person Revoking Authorization     Relationship     Date

_____          _____
Witness Signature (if Mark/Stamp above)      Witness Printed Name      Date

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I do not need to sign this form in order to receive treatment. I understand that any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by federal confidentiality rules. I understand that I will be given a copy of this form after I sign it. I acknowledge that I have reviewed or been given an opportunity to review the U.S. HealthWorks Medical Group *Notice of Privacy Practices.*

_____          5/8/13
Client Signature or Mark                                        Date

_____          _____
Witness Signature                                               Date

_____          _____
Guardian/Parent/Legal Representative Signature  (specify role)     Date

*Revocation of this Authorization:*

_____          _____
Signature/Mark Of Person Revoking Authorization     Relationship     Date

_____          _____
Witness Signature (If Mark/Stamp above)      Witness Printed Name      Date

HealthWorks

Revised 10/09/07                                                 140

Bertacchi-Freeman/Hartford001589

Ms. Christine Montroy
Ability Analyst
Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
877 454 7217

May 18, 2013

Dear Ms. Montroy:

Policy Holder: Cardinal Health, Inc
Re: Gloria Bertacchi-Freeman
Insured ID 9004108017
Policy Number: 83120674

Regarding the various requests for Medical Records

1) Enclosed is the one for Campus Surgery Center, Daly City
2) Target Pharmacy, Daly City said that they faxed the information to you
3) US Healthworks, I filled in a release for them and they said they were faxing to you
4) Kaiser Records previously sent via FEDEX
5) Mercy Hospital, Folsom, I have enclosed the medical information I received at the one visit that I had in December 2012.

This should complete your request for information

Thanks,

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA. 95746
916 390 1845

Bertacchi-Freeman/Hartford001590

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 525 of 769



FedEx.
Office and Print Center

# Fax Cover Sheet

Date _____5/23/13_____          Number of pages _9_ (including cover page)

## To:

Name _Christine Montroy_

Company _Hartford_

Telephone _____

Fax _877-454-7217_

## From:

Name _Gloria Freeman_

Company _9004108017/83120674_

Telephone _____

Comments _medical records for Mercy Hospital_
_Sent fedex for Campus Surgery, etc., also fedexed_
_Kaiser or desk to cpu_

7  90363 00711 1      7  90363 00714 2      7  90363 01476 8      7  90363 00720 3
Fax - Local Send        Fax - Domestic Send      DOMESTIC Send Addl Pages      Fax - International Send

fedex'   .com 1.800.GoFedEx 1.800.463.3339

© 2006 FedEx   : Office and Print Services, Inc. All rights reserved. Products, services and hours vary by location. Im09.105 1.00          22705

Bertacchi-Freeman/Hartford001591



**Mercy Hospital**
**of Folsom**
A Dignity Health Member

1650 Creekside Drive
Folsom, CA 95630

**Patient's Request For Access**
**To Protected Health Information**

RECEIVED
MAY 1 0 2013

Date: _5/8/13_                                M.R. #: /

Patient Name: _Gloria Bertacchi-Freeman_ AKA/Other Names: _Freeman, G. Bertacchi_

Date of Birth: REDACTED _53_                Phone: _916 390 1845_

Address: _5135 Moss Lane_          City/State/Zip: _Granite Bay, CA 95746_

Covering the period of healthcare from (date) _1/1/12_ to (date) _present_

You have requested access to health information about you. To enable us to process your request, please read the following carefully and complete the requested information below.

**There may be fees associated with your request.** The form in which you access your information may determine the amount of such fees.

A. You would like to access to the health information about you maintained by the MERCY HOSPITAL OF FOLSOM as follows (Check one).
   ☐ Inspect only
   ☑ Copy only (Fees may apply. See attached price list.)
   ☐ Inspect and copy (Fees may apply. See attached price list.)

B. You may obtain the following in lieu of a copy of the medical records:
   ☐ written summary of health information (Fees may apply. See attached price list.)

C. Tell us which type of health information you want to access (Check all that apply):
   ☐ Complete Health Record(s)            ☑ Emergency Room Records
   ☐ Discharge Summary                    ☐ Progress Notes
   ☐ History and Physical                 ☐ Laboratory Tests
   ☐ Consultation Reports                 ☐ X-ray Reports
   ☐ Billing Records
   ☐ Others (please specify)_____

The following classes of information are protected by special privacy laws and access may be subject to special rules or may be restricted under certain circumstances or access may require consultation with your physician or healthcare provider responsible for your care before release. If you are requesting access to records relating to any of the following, please initial each applicable item to confirm your request

_____HIV (Human Immunodeficiency Virus) Test Results (To be released upon approval of your physician.)
Initial

_____Psychiatric care (To be released upon caregiver's approval.)
Initial

_____Treatment for alcohol and/or drug abuse
Initial



**Mercy Hospital of Folsom**
1650 Creekside Dr.
Folsom, CA 95630·
Facility Phone #:   916-983-7400

NAME: **BERTACCHIFREEMAN, GLORIA**
MRN:  02416632(M); 011056432(C)
Acct #: 301633194(M)
Pt Loc: MHF ED

DOB: ~~REDACTED~~ 953   Age:  59 years   Sex:F
Admit Date:  12/18/2012
Disch Date:  12/18/2012
Physician:

---

### *Emergency Documentation - MD*

DOCUMENT NAME:
RECEIVED DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

ED Physician Notes
12/18/2012 10:24 PST
Auth (Verified)
Delvo,Danielle Lee PA (12/18/2012 10:30 PST)
Flores,Ronald R MD (12/18/2012 14:25 PST); Delvo,Danielle
Lee PA (12/18/2012 11:42 PST)

**Constipation**

Patient:  **BERTACCHIFREEMAN, GLORIA**        **MRN: 02416632(M)**        **FIN: 301633194(M)**
Age:  **59 years**    Sex:  F    DOB: ~~REDACTED~~ 953
Associated Diagnoses:  **None**
Author:  **Delvo, Danielle Lee PA**

**Basic Information**
   **Time seen:** Date & time 12/18/2012 10:25:00.
   **History source:** Patient.
   **Arrival mode:** Private vehicle.
   **History limitation:** None.
   **Additional information:** Chief Complaint from Nursing Triage Note : Chief Complaint ED.
      12/18/2012 10:15 PST    Chief Complaint ED    LAST BM X 2 DAYS

**History of Present Illness**
   The patient presents with constipation and Pt had arthroscopic knee surgery 5 days ago. Pt states constipation x 2 days. . The onset was 2  days ago. The course/duration of symptoms is constant. Last bowel movement 2 day(s) ago.  Character of constipation hard, small stools. The degree at present is moderate. The exacerbating factor is none.  The relieving factor is none.  Risk factors consist of recent surgery.  Prior episodes: none. Therapy today: none. Associated symptoms: abdominal pain, denies rectal pain, denies blood in stool, denies nausea and denies vomiting.

**Review of Systems**
      **Constitutional symptoms:** No fever, no chills, no sweats, no weakness, no fatigue, no weight
         gain, no weight loss.
      **Skin symptoms:** Negative except as documented in HPI.

| Legend: | C=Corrected | | *=Comment | | H=High | | L=Low | |
|---|---|---|---|---|---|---|---|---|
| Lab Legend: | C=Critical | @=Corrected | *=Abnormal | H=High | L=Low | $=Interpretive Data | f=Footnotes | |

Laboratory Medical Director:    Stephen Bauer, M.D.
Date/Time Printed:   5/20/2013 10:43 PDT

Bertacchi-Freeman/Hartford001593



**Mercy Hospital of Folsom**
1650 Creekside Dr.
Folsom, CA 95630-
Facility Phone #:     916-983-7400

NAME: **BERTACCHIFREEMAN, GLORIA**          DOB: ~~REDACTED~~ 953    Age:  59 years     Sex: F
MRN:  02416632(M); 011056432(C)              Admit Date:  12/18/2012
Acct #: 301633194(M)                         Disch Date:  12/18/2012
Pt Loc: MHF ED                               Physician:

## *Emergency Documentation - MD*

**ENMT symptoms:**  No ear pain, no sore throat, no nasal congestionMouth: no swelling, oral lesions negative, Throat: no pain, no swelling, no difficulty swallowing.

**Respiratory symptoms:**  No shortness of breath, no orthopnea, no cough, no hemoptysis, no wheezing.

**Cardiovascular symptoms:**  No chest pain, no palpitations, no tachycardia, no syncope, no peripheral edema.

**Gastrointestinal symptoms:**  Negative except as documented in HPI.

**Genitourinary symptoms:**  No decreased urine output, no dysuria, no hematuria, no discharge.

**Musculoskeletal symptoms:**  No back pain, no Muscle pain, no Joint pain.

**Neurologic symptoms:**  No headache, no dizziness, no altered level of consciousness, no numbness, no tingling, no weakness, no decreased motor function, no seizure, no vision changes, no hearing loss.

**Hematologic/Lymphatic symptoms:**  Bleeding tendency negative, bruising tendency negative.

**Allergy/Immunologic symptoms:**  No recurrent infections, no impaired immunity.

**Additional review of systems information:** All other systems reviewed and otherwise negative.

## Health Status

**Allergies:** .
 Allergic Reactions (Selected)
  NKA
**Immunizations:** Up to date.
**Menstrual history:** Per nurse's notes.

## Past Medical/ Family/ Social History

**Medical history**
 Reviewed as documented in chart.
**Medical history:** .
 Resolved
  Acid reflux (353140018):  Resolved.
  Acquired hypothyroidism (178809013):  Resolved.
  HTN - Hypertension (2164904016):  Resolved.
**Surgical history:** ovarian cyst; knee.
**Surgical history:** .
 No active procedure history items have been selected or recorded.

Bertacchi-Freeman/Hartford001594

**�֍ Dignity Health.**

**Mercy Hospital of Folsom**
1650 Creekside Dr.
Folsom, CA 95630-
Facility Phone #:    916-983-7400

NAME: **BERTACCHIFREEMAN, GLORIA**
MRN:  02416632(M); 011056432(C)
Acct #: 301633194(M)
Pt Loc: MHF ED

DOB: [REDACTED] 953   Age: 59 years      Sex:F
Admit Date:  12/18/2012
Disch Date:  12/18/2012
Physician:

---
### Emergency Documentation - MD
---

**Family history:** NO related family or social history.
**Social history:** Alcohol use: Denies, Tobacco use: Quit 10 years ago, Drug use: Denies,
Occupation: Employed, Family/social situation: Married.

### Physical Examination

#### Vital Signs
Vital-Signs.

```
12/18/2012 10:15 PST      Oxygen Amount          Room air
                          SPO2                   98 %
                          Heart Rate             94 bpm
                          NIBP Diastolic         82 mm Hg
                          NIBP Systolic          133 mm Hg
                          Resp Rate (Monitor)    18 Breaths/Min
                          Temperature PO         36.7 deg C
                          Pain Intensity         4
                          Pain Scale Used        Numeric Rating Scale
```
Measurements.
```
12/18/2012 10:15 PST      Height                 154.9 cm
                          Drug Calc Weight (kg)  95 kg
                          BMI                    39.59
```
SPO2.

```
12/18/2012 10:15 PST   SPO2          98 %
```
O2 sat on RA is normal.

**General:** Alert, no acute distress.

**Skin:** Warm, dry, pink, intact.

**Eye:** Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva..

**Neck:** Supple, trachea midline, no tenderness.

**Cardiovascular:** Regular rate and rhythm, No murmur, Normal peripheral perfusion.

**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion.

**Gastrointestinal:** Soft, Tenderness: Mild, generalized, Guarding: Negative, Rebound: Negative, Bowel sounds: Normal, Organomegaly: Negative.

### Medical Decision Making
**Differential Diagnosis::** Constipation, obstipation, fecal impaction, abdominal pain, bowel obstruction.

Date/Time Printed:   5/20/2013 10:43 PDT                                      Page 3 of 7

Bertacchi-Freeman/Hartford001595

**Dignity Health.**

**Mercy Hospital of Folsom**
1650 Creekside Dr.
Folsom, CA 95630-
Facility Phone #:    916-983-7400

NAME: **BERTACCHIFREEMAN, GLORIA**
MRN: 02416632(M); 011056432(C)
Acct #: 301633194(M)
Pt Loc: MHF ED

DOB: [REDACTED] 953    Age:  59 years        Sex:F
Admit Date:  12/18/2012
Disch Date:  12/18/2012
Physician:

---

### *Emergency Documentation - MD*

**Rationale:** Pt with abd pain/constipation after recent surgery. Pt is afebrile and nontoxic
appearing. Abd XR shows constipation/fecal retention. Will treat with mag citrate and
enema at home. .

**Orders**  Launch Orders.

Radiology:

Abdomen Flat+Upright or Decub w/ Chest (Order Processing): 12/18/2012 10:29 PST, Stat,
Reason For Exam: abd pain; assess for SBO, once, No

**Radiology results:** Radiologist's interpretation.

 **Name:** BERTACCHIFREEMAN, GLORIA
**Account:** 301633194
**MRN:** 11056432
**DOB:** [REDACTED] 1953

=============================

**Result Date:** 12/18/12 11:03
**Verified By:** Haines, Philip O MD at 12/18/12 11:08

**Report :**  XR Abd AP+Erect +or Decub+CXR 1 View
Impression:Normal complete abdominal series. 12/18/12 11:07
++++++++++++++++++++++++++++++++++++++++++++++++++++++++

### Impression and Plan

### Diagnosis

Constipation  564.00 (ICD9 564.00, Discharge, Emergency medicine, Medical)
Fecal impaction 560.39 (ICD9 560.39, Discharge, Emergency medicine, Medical)

### Plan

**Condition:** Unchanged.
**Disposition:** Discharged: Time  12/18/2012 11:36:00, to home.
**Prescriptions:** Launch RX Writer.

Pharmacy:

Fleets Enema (Order Processing): 1 Enema, PR, x1
magnesium citrate (Order Processing): 300 mL, PO, once

Admit/Transfer/Discharge:

Discharge (Order Processing): 12/18/2012 11:37 PST, Now, Home or self care

**Patient was given the following educational materials:** Constipation in Adults, Fecal
Impaction. .

Date/Time Printed:    5/20/2013 10:43 PDT

Page 4 of 7

Bertacchi-Freeman/Hartford001596

 **Dignity Health.**

**Mercy Hospital of Folsom**
1650 Creekside Dr.
Folsom, CA 95630-
Facility Phone #:    916-983-7400

NAME: **BERTACCHIFREEMAN, GLORIA**
MRN:  02416632(M); 011056432(C)
Acct #: 301633194(M)
Pt Loc: MHF ED

DOB: ▓▓▓ 953    Age:  59 years    Sex:F
Admit Date:  12/18/2012
Disch Date:  12/18/2012
Physician:

---

### *Emergency Documentation - MD*

**Follow up with:** Follow up with your usual provider Within 2 to 4 days Return to ED if symptoms
worsen

Take all medications as prescribed. Increase fiber. Drink the magnesium citrate today-you may
repeat it tomorrow. Do the fleets enema-you may repeat it later. Increase fluids at home. .
**Counseled:** Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment
plan, Regarding prescription, Patient indicated understanding of instructions.

## Addendum

### Teaching-Supervisory Addendum-Brief
Notes: Supervising Physician is Dr. Ronald Flores..

*Electronically Signed By:*
*Delvo, Danielle Lee PA*
*On 12/18/12 11:42*
*Co Signature By:*
*Flores, Ronald R MD*
*On 12/18/12 14:25*
*Proxy Signature By:*
*Modify Signature By:*
*Delvo, Danielle Lee PA*
*On 12/18/12 11:42*

Bertacchi-Freeman/Hartford001597

 **Dignity Health.**

**Mercy Hospital of Folsom**
1650 Creekside Dr.
Folsom, CA 95630-
Facility Phone #: 916-983-7400

NAME: **BERTACCHIFREEMAN, GLORIA**
MRN: 02416632(M); 011056432(C)
Acct #: 301633194(M)
Pt Loc: MHF ED

DOB: ▓▓1953   Age: 59 years   Sex:F
Admit Date: 12/18/2012
Disch Date: 12/18/2012
Physician:

## General Radiology

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|-----------|-----------|----------------|--------|-------------------|
| XR Abdomen AP+Erect 17-XR-12-217411 +or Decub+CXR 1 View | | 12/18/2012 11:03 PST | Auth (Verified) | Delvo,Danielle Lee PA |

**Reason For Exam**
(XR Abdomen AP+Erect +or Decub+CXR 1 View) abd pain; assess for SBO

**Report**
Supine, decubitus and erect images of the abdomen and an erect
image of the chest were obtained.

There is moderate adipose tissue.

Chest appears normal.

The bowel pattern is normal.  There is no free intraperitoneal
air.

No abnormal densities are present.  Soft tissue planes and
osseous structures are intact.

Impression:

Normal complete abdominal series.

***FINAL***

Dictated by: Haines, Philip O MD
Electronically signed by: Haines, Philip O MD
Transcribed by: SS , D: 12/18/2012 11:07, T: 12/18/2012 11:07, S: 12/18/2012 11:08
***FINAL***

Bertacchi-Freeman/Hartford001598

**Mercy Hospital of Folsom**
1650 Creekside Dr.
Folsom, CA 95630-

Facility Phone #:     916-983-7400

**Dignity Health.**

NAME: **BERTACCHIFREEMAN, GLORIA**
MRN:  02416632(M); 011056432(C)
Acct #: 301633194(M)
Pt Loc: MHF ED

DOB: [REDACTED] 953     Age: 59 years     Sex:F
Admit Date:  12/18/2012
Disch Date:  12/18/2012
Physician:

## *Prescription/Home Medications*

### Home Medications

Order: **levothyroxine (Synthroid 0.15 mg oral tablet)**
Order Start Date/Time: 12/18/2012 10:19 PST
Order Date/Time: 12/18/2012 10:19 PST
Order Status: Ordered          Clinical Category: Medications          Medication Type: Documented
Ordering Physician:                                   Consulting Physician:
Entered By: Mchugh,Rebecca RN on 12/18/2012 10:19 PST
Order Details: 1 Tab Tab, PO, qDay, Qty: 30 Tab
Order Comment:

Order: **hydrochlorothiazide (HCTZ)**
Order Start Date/Time: 12/18/2012 10:19 PST
Order Date/Time: 12/18/2012 10:19 PST
Order Status: Ordered          Clinical Category: Medications          Medication Type: Documented
Ordering Physician:                                   Consulting Physician:
Entered By: Mchugh,Rebecca RN on 12/18/2012 10:19 PST
Order Details: 25 mg, PO, qDay, Qty: 90 Tab
Order Comment:

Order: **RABEprazole (Aciphex 20 mg oral tablet,extended release)**
Order Start Date/Time: 12/18/2012 10:18 PST
Order Date/Time: 12/18/2012 10:18 PST
Order Status: Ordered          Clinical Category: Medications          Medication Type: Documented
Ordering Physician:                                   Consulting Physician:
Entered By: Mchugh,Rebecca RN on 12/18/2012 10:19 PST
Order Details:
Order Comment:

## *Allergies*

Substance: **NKA**
Recorded Date/Time     Recorded By
12/18/2012 10:18 PST  Mchugh,Rebecca RN     **Allergy Type:** Allergy; **Recorded On Behalf Of:** Mchugh,Rebecca RN;
**Reaction Status:** Active; **Reviewed By:** Delvo,Danielle Lee PA;
**Reviewed Date/Time:** 12/18/2012 10:25 PST

Bertacchi-Freeman/Hartford001599



THE
HARTFORD

March 27, 2013

Target Pharmacy
133 Seramonte Center
Daly City, CA 94015
Fax : (415) 840-2254

Policy Holder:      Cardinal Health, Inc.
Claimant:           Gloria Bertacchi-Freeman (DOB: ~~REDACTED~~1953)
Insured ID:         9004108017
Policy Number:      83120674

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the
following information:

A complete print out of all prescriptions that have been filled for Gloria Bertacchi-Freeman from
1/1/2012 through the present.

Please include:
(1) the name of the drug
(2) the name of the physician who prescribed the drug
(3) the quantity prescribed
(4) the date filled.

To permit you to honor our request, we are enclosing a signed authorization to release medical
information. Please be assured that we will honor a reasonable fee for necessary clerical expenses
in complying with our request promptly upon its receipt. If you require pre-payment please contact
the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other
entities covered by GINA Title II from requesting or requiring genetic information of an individual,
except as specifically allowed by this law. To comply with this law, we are asking that you not
provide any genetic information when responding to this request for medical information. 'Genetic
information' as defined by GINA, includes an individual's family medical history, the results of an
individual's or family member's genetic tests, the fact that an individual or an individual's family
member sought or received genetic services, and genetic information of a
fetus carried by an individual or an individual's family member or an
embryo lawfully held by an individual or family member receiving assistive
reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

P 3/3                                    << 4158402254                      2013-25-12 55:35 PM

Bertacchi-Freeman/Hartford081600

# ◎ PHARMACY

5/7/13    2:35 pm
5/18/13    1:50 pm

**FROM:**
**TARGET T1407**
133 Serramonte Center, Daly City, CA 94015
**Phone: 650-755-4668**
**Fax: 415-840-2254**

**TO:**
~~DOCTOR:~~ Christine Montroy
Senior Ability Analyst -
Phone:_____ FAX:_____

Request→ | 1st ____ | 2nd ____ | 3rd 5/23/13.

**Pharmacy request for:**

~~Your Patient:~~ _____ ~~DOB~~ _____

Here is the print out for
Gloria Bertacchi - Freeman
from 1/1/12 - Present.

Thx.

©2010 Target Pharmacy. Confidential.
The information contained in this facsimile message may be privileged and confidential information. It is intended only for the use of individual or entity to which it is addressed. If the reader of this message is not the intended recipient or the employee of agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, disclosure or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone at the number listed above and return the original message to the address above by mail.

| STATUS | PAGES | DURATION | REMOTE CSID | TIME RECEIVED |
|---|---|---|---|---|
| Received | 3 | 94 | 1407 RX | May 23, 2013 12:54:57 PM EDT |

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Bertacchi-Freeman/Hartford001601

```
                    M E D I C A L   E X P E N S E S
            BERTCase 2:15-cv-02596-TLN-AC  Document 18-3  Filed 04/03/17  Page 536 of 769
Patient: BERTACCHI-FREEMAN, GLORIA    Pharmacy: TARGET PHARMACY #1407
RespPty:                                        133 SERRAMONTE CENTER
         5135 MOSS LN                           DALY CITY      CA 94015
                                                RPh: CONNIE WONG
         GRANITE BAY      CA 95746 5881
  Birth: REDACTED/1953
```

Prescriptions:                           Dates: 01/01/2012 to 05/07/2013

| Last Fill Written | Rx # Tx # | Drug Name Drug NDC | DAW RPh RefAut/Rem/# | Qty Days Physician | Price |
|---|---|---|---|---|---|
| 12/13/2012 | 4825794 | HYDROCO/APAP 10-325 TAB | 0 | 30 5 | 7.48 |
| 12/05/2012 | 1496263 | | MCA 0 /0 / 0 | Dr. KIM, LESLIE H. | |
| 12/13/2012 | 6988377 | CYCLOBENZAPR 10 MG TAB | 0 | 30 10 | 3.33 |
| 12/13/2012 | 1496262 | | MCA 0 /0 / 0 | Dr. MEDEIROS, DUANE | |

Report Date: 05/07/2013                                                $10.81

Attested To By: _____
                     Registered Pharmacist

201305162000169



KAISER PERMANENTE
MEDICAL SECRETARIES
1680 E ROSEVILLE PARKWAY
ROSEVILLE, CA 95661
916-746-3646

FREEMAN
GLORIA
DOB: 5-1-1953
MRN: 02856742

powered by
pacsgear

Created: 5-8-2013 8:14:34 AM
Station ID: ROS_MED_SEC
Job ID: 46607
Disc 1 of 1

Password Needed
DOB = MMDDYY

STUDIES
• 10-15-2012: CR - KNEE W OBLIQUES, 3 VIEWS

FZ

5786
05.16

FZ

Page 1 of 1

Insert
airbill
here
▼

From: (916) 390-1845      Origin ID: AUNA
Dr. Gloria Bertacchi-Freeman

5135 Moss Lane

Granite Bay, CA 95746



FedEx.
Express

E

J13111302120326

Ship Date: 10MAY13
ActWgt: 1.0 LB
CAD: 104738627/INET3370

Delivery Address Bar Code

SHIP TO: (800) 898-2458    X 230896      BILL SENDER

**Christine Montroy, Ability Analyst**
**The Hartford, Benefit Management**
**Minneapolis Disability Claims Offic**
**PO Box 14305**
**LEXINGTON, KY 40512**

Ref #
Invoice #
PO #
Dept #

WED - 15 MAY AA

FedEx
TRK# 7997 3929 5786
0201

WED – 15 MAY AA ER
EXPRESS SAVER

512
KY-US

**SG LEXA**

40512
KY-US   SDE DF

2017340 05/11 51801/9983/93a3

© 2005 FedEx 155476/155475 REV 9/06 RT





Bertacchi-Freeman/Hartford004604

NAME: GLORIA FREEMAN
**RID: 1086593**
MRN: 2856742
DATE: 5/8/2013
**LOCATION: EUREKA**

Bertacchi-Freeman/Hartford001605



**THE PERMANENTE MEDICAL GROUP**
**KAISER FOUNDATION HOSPITALS**

ROS-ROI MED SEC
Clinical Summary

FREEMAN, GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Freeman, Gloria M | 110002856742 | xxx-xx-3990 | Female | [REDACTED]53 (60 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 5135 MOSS LANE GRANITE BAY CA 95746 | 916-390-1845 (H) 916-390-1845 (W) | | |

| Race |
|---|
| White |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Zawilla, Steven Emil (M.D.)916-746-4689 x4689 | 11/26/12 | 12/26/12 |

| Marital Status | Religion |
|---|---|
| Unknown | - |

## Patient Languages

| Interpreter Needed | Spoken Language | Written Language |
|---|---|---|
| No | English | English |

## Patient Ethnicity & Race

| Ethnic Group | Patient Race |
|---|---|
| Non Hispanic/Non Latino | White |

## Emergency Contacts

| None on File |
|---|

## Problem List as of 05/08/2013

| Problem | Noted |
|---|---|
| OBESITY | 4/29/2005 |
| ESSENTIAL HTN | 4/29/2005 |
| HYPOTHYROIDISM | 7/24/1997 |
| HYPERLIPIDEMIA | 5/17/1995 |
| ASTHMA | 1/4/2010 |
| GERD | 1/4/2010 |
| PSORIASIS | 1/4/2010 |
| SPRAIN OR STRAIN OF CERVICAL SPINE | 10/25/2012 |
| SPRAIN OR STRAIN OF LUMBAR REGION | 10/25/2012 |
| SPRAIN/STRAIN, KNEE. | 10/25/2012 |

## Immunizations
Never Reviewed

| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
|---|---|
| TB-PPD, (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

## Allergies as of 5/8/2013
Date Reviewed: 11/26/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies | 10/12/1998 | | |

## Medical History

| None |
|---|

## Social History

| Category | History |
|---|---|
| Smoking Tobacco Use | Former Smoker; Quit date: 2/8/2002; 1 pack/day for 3 years (3 pk yrs); Types: Cigarettes |
| Smokeless Tobacco Use | Unknown |
| Tobacco Comment | |
| Alcohol Use | No |

1

Bertacchi-Freeman/Hartford001606



**THE PERMANTE MEDICAL GROUP
KAISER FOUNDATION HOSPITALS**

ROS-ROI MED SEC
Clinical Summary

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED] 1953, Sex: F

## Social History (continued)

| Category | History |
|---|---|
| _Drug Use | No |
| _Sexual Activity | Yes:_Male partners;_Birth Ctrl/Protection: no_method |
| ADL | Not Asked |

## Family Medical History

| Problem | Relation | Age of Onset | |
|---|---|---|---|
| Colon Cancer | Grandfather | | In 80s |
| Breast Cancer | Paternal Aunt | | Dx in her 70s per pt. |
| Ovarian Cancer | None | | |
| Cervical Cancer | None | | |
| Uterine Cancer | None | | |

## Outpatient Current Meds as of 5/8/2013

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLECTOR 1.3 % Top PTMD Patch** | 5 | 0/0 | 11/5/2012 | 2/5/2014 |
| Sig - Route:  Apply 1 patch topically every 12 hours as needed for pain - Topical | | | | |
| Class:  Fill Now | | | | |
| Non-formulary Exception Code:  Special Need | | | | |
| **Hydrochlorothiazide (ESIDRIX/HYDRODIURIL) 25 mg Oral Tab** | 100 | 0/1 | 11/5/2012 | 2/5/2014 |
| Sig - Route:  Take 1 tablet orally daily - Oral | | | | |
| Class:  Fill Now | | | | |
| **Betamethasone Valerate (VALISONE) 0.1 % Top Oint** | 45 | 5/5 | 8/26/2012 | 11/26/2013 |
| Sig - Route:  Apply topically 2 times a day for psoriasis - Topical | | | | |
| **Calcitriol (VECTICAL) 3 mcg/gram Top Oint** | 100 | 5/5 | 8/26/2012 | 11/26/2013 |
| Sig - Route:  Apply topically 2 times a day to affected area(s) - Topical | | | | |

2

Bertacchi-Freeman/Hartford001607

 **THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]953, Sex: F
Enc. Date:02/11/12

## Scheduled Telephone Encounter

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 2/11/2012  1:50 PM | LARS JAKOB JAKOBSEN MD | Ros-Ahae >Main Campus | 287362215 |

### Allergies as of 2/11/2012

Date Reviewed: 11/18/2011

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

### Immunizations as of 2/11/2012

Never Reviewed

| | |
|---|---|
| _HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| _TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Jakobsen, Lars Jakob (M.D.) | 2/11/2012  1:52 PM |

### Reason For Encounter
TELEPHONE APPOINTMENT VISIT

| Diagnoses | Visit Diagnoses |
|---|---|
| | **RASH** - Primary |
| | URI |

### Vitals
(None)

## Flowsheet (all recorded)

**No Flowsheet Template found**

### Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 2/11/2012 1:50 PM | LARS JAKOB JAKOBSEN MD | Ros-Ahae >Main Campus | ROSA |

### Clinician Notes

### Progress Notes

**Jakobsen, Lars Jakob (M.D.)** Physician  2/11/2012  2:02 PM  Signed
Telephone Appointment Visit:

I called at the number provided and introduced myself. I asked for the specified patient and patient confirmed that indeed I was speaking to the correct person.

I discussed limitations of Telephone Appointment Visits.

Patient expressed understanding and agreed to proceed with the call and treatment if necessary.

HPI: Gloria M Freeman is a 58 Y female calling for

3

201305162000169

 **THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:02/11/12

---

**Progress Notes (continued)**

Telephone Information:
Home Phone    916-390-1845
Work Phone    916-390-1845


She has been having bronchitis type symptoms for some days.  Today  she developed a painful Pruritic rash under both breasts.
She is a pharmacist
She says she has never seen a rash like this.  Her upper respiratory symptoms actually seem to be improving


Review of Systems - Negative except as above
History obtained from chart review and the patient


Problem List:
Patient Active Problem List:
  OBESITY
  ESSENTIAL HTN
  HYPOTHYROIDISM
  HYPERLIPIDEMIA
  ASTHMA
  GERD
  PSORIASIS


Current Medications reviewed & Reconciled:
**Current outpatient prescriptions**

| Medication | Sig |
|---|---|
| • predniSONE (DELTASONE) 50 mg Oral Tab | Take 1 tablet orally daily until gone |
| • Beclomethasone Dipropionate (QVAR) 80 mcg/Actuation Inhl Aero | Inhale 2 puffs orally 2 times a day for asthma prevention and reduction After use, rinse mouth thoroughly with water. |
| • Albuterol (PROAIR HFA) 90 mcg/Actuation Inhl HFAA | Inhale 1 puff orally every 4 hours when needed for shortness of breath May repeat after 1 minute if symptoms persist Rinse mouthpiece at least weekly with warm water. |
| • Benzonatate (TESSALON PERLES) 100 mg Oral Cap | Take 1 capsule orally 3 times a day when needed for cough |
| • Calcitriol (VECTICAL) 3 mcg/gram Top Oint | Apply topically 2 times a day to affected area(s) |
| • Betamethasone Valerate (VALISONE) 0.1 % Top Oint | Apply topically 2 times a day for psoriasis |
| • Hydrochlorothiazide (ESIDRIX/HYDRODIURIL) 25 mg Oral Tab | Take 1 tablet orally daily |


**Allergies**

| Allergen | Reactions |
|---|---|
| • No Known Drug Allergies *1998-10-12* | |

4

201305162000169


**THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: ████1953, Sex: F
Enc. Date:02/11/12

**Progress Notes (continued)**

I have reviewed pertinent lab results and radiology results.

A/P
RASH  (primary encounter diagnosis)
Note: Unclear etiology.
Wonder about candidal rash, viral syndrome, such as psoriasis, rosacea.
Bilateral so doubt zoster.
Looked appointment tomorrow 9:40 AM with Dr. hundal

URI
Note: as above

I have reviewed, counseled, and explained the current complaint & treatment options patient demonstrated understanding and agreed to seek immediate medical attention in ways of 911, emergency room, triage nurse or coming to see me if any adverse events or no improvement with the current plans.

LARS JAKOB JAKOBSEN MD

916-746-4673

Electronically signed by Jakobsen, Lars Jakob (M.D.) on 2/11/2012  2:02 PM

**Patient Secure Message**

No messages in this encounter

## All Meds and Administrations

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| LARS J JAKOBSEN | MEDICAL DOCTOR | Feb 11, 2012 | 14:02:31 |

5

Bertacchi-Freeman/Hartford001610

201305162000169

 **THE PERMANENTE MEDICAL GROUP**

AACC VALLEJO
1617 BROADWAY STREET
VALLEJO, CA 94589-2406
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACTED 1953, Sex: F
Enc. Date:02/11/12

## AACC Call Hx

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 2/11/2012  1:26 PM | Call Center Advice Nurse | Ccz-Med* > Vallejo | 287366038 |

### Allergies as of 2/11/2012

Date Reviewed: **11/18/2011**

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

### Immunizations as of 2/11/2012

Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD, (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Vitals
(None)

### Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 2/11/2012 1:26 PM | Call Center Advice Nurse | Ccz-Med* > Vallejo | CCZA |

### Clinician Notes

### Transcription

| Type | Author | Date |
|---|---|---|
| Call Outcome | Nurse, Call Center Advice | 2/11/2012 |

This document has not been signed

#### Document Text

> AACC Hx: TAV booked - CCMD RASH. Diane Sena, RN

Display only: Transcription on 2/11/2012 12:46 PM by Nurse, Call Center Advice

### Patient Secure Message

No messages in this encounter

## All Meds and Administrations

(There are no med orders for this encounter)

### Electronically signed by:

| Signer | Date | Time |
|---|---|---|
| INBOUND TRANSCRIPTION | Feb 11, 2012 | 13:26:02 |

6

 **THE PERMANENTE
MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACTED 1953, Sex: F
Enc. Date:02/14/12

**Telephone**

## Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 2/14/2012 11:33 AM | JOHN P. VOGELSANG MD | Ros-Gynd >Main Campus | 287764119 |

## Allergies as of 2/14/2012

Date Reviewed: 11/18/2011

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

## Immunizations as of 2/14/2012

Never Reviewed

| | |
|---|---|
| _HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| _TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

## Reason For Encounter History

| User | Date & Time |
|---|---|
| Trent, Dezaree Nichole (M.A.) | 2/14/2012 11:33 AM |

**Reason For Encounter**
MISSED APPOINTMENT

## Vitals
(None)

## Outgoing Call

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 2/14/2012 11:33 AM | JOHN P. VOGELSANG MD | Ros-Gynd >Main Campus | ROSA |

## Clinician Notes

## Progress Notes

**Trent, Dezaree Nichole (M.A.)** MEDICAL ASSISTANT  2/14/2012 11:33 AM  Signed
Pt FTKA for 1 yr pap. Spoke with pt and rescheduled 2/16/12 at 2:50pm

Electronically signed by Trent, Dezaree Nichole (M.A.) on 2/14/2012 11:33 AM

## Patient Secure Message

No messages in this encounter

### All Meds and Administrations

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| DEZAREE N TRENT | MEDICAL ASSISTANT | Feb 14, 2012 | 11:33:43 |

7

 **THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB:REDACTED1953, Sex: F
Enc. Date:02/16/12

## Telephone

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 2/16/2012 3:36 PM | JOHN P. VOGELSANG MD | Ros-Gynd >Main Campus | 288179733 |

### Allergies as of 2/16/2012
Date Reviewed: 11/18/2011

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

### Immunizations as of 2/16/2012
Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Trent, Dezaree Nichole (M.A.) | 2/16/2012 3:40 PM |

**Reason For Encounter**
MISSED APPOINTMENT

### Vitals
(None)

### Outgoing Call

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 2/16/2012 3:40 PM | JOHN P. VOGELSANG MD | Ros-Gynd >Main Campus | ROSA |

### Clinician Notes

### Progress Notes

**Trent, Dezaree Nichole (M.A.) MEDICAL ASSISTANT 2/16/2012 3:41 PM Signed**
Spoke with pt and rescheduled 1yr pap appt for 2/21/12 at 4:10pm.

Electronically signed by Trent, Dezaree Nichole (M.A.) on 2/16/2012 3:41 PM

### Patient Secure Message

No messages in this encounter

## All Meds and Administrations

(There are no med orders for this encounter)

### Electronically signed by:

| Signer | Title | Date | Time |
|---|---|---|---|
| DEZAREE N TRENT | MEDICAL ASSISTANT | Feb 16, 2012 | 15:41:20 |

Bertacchi-Freeman/Hartford001613

**201305162000169**

# KAISER PERMANENTE 1001 RIVERSIDE AVENUE

Results Information

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACTED 1953, Sex: F

**Orders Only**

**Encounter Information**

| | Provider | Department | Encounter # |
|---|---|---|---|
| 4/30/2012  7:58 AM | STEVEN EMIL ZAWILLA MD | Ros-1med >Riverside | 302040370 |

**All Orders**

**Levothyroxine (LEVOTHROID) 150 mcg Oral Tab**                                                    Active

| | | | |
|---|---|---|---|
| Ordering User: | Pims, User 04/30/12 0758 | Authorized by: | Zawilla, Steven Emil (M.D.) |
| Frequency: | 08/19/12 - 12/29/12 | | |
| Electronically signed by: | Pims, User 04/30/12 0758 | | |
| Discontinued by: | Pims, User 12/29/12 1410 [Discontinue Prescription] | | |
| Order Details | | | |

9

# KAISER PERMANENTE 1001 RIVERSIDE AVENUE

Results Information

FREEMAN,GLORIA M
MRN: 110002856742
DOB: ████1953, Sex: F

---

## Orders Only

### Encounter Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 4/30/2012 7:59 AM | STEVEN EMIL ZAWILLA MD | Ros-1med >Riverside | 302040389 |

## All Orders

### ACIPHEX 20 mg Oral TBEC DR Tab
Active

| | | | |
|---|---|---|---|
| Ordering User: | Pims, User 04/30/12 0758 | Authorized by: | Zawilla, Steven Emil (M.D.) |
| Frequency: | 08/19/12 - 12/29/12 | | |
| Electronically signed by: | Pims, User 04/30/12 0758 | | |
| Discontinued by: | Pims, User 12/29/12 1411 [Discontinue Prescription] | | |
| Order Details | | | |

10

Bertacchi-Freeman/Hartford001615

201305162000169

 **THE PERMANENTE MEDICAL GROUP**

| | |
|---|---|
| ROS-MAIN CAMPUS | FREEMAN,GLORIA M |
| 1600 EUREKA ROAD | MRN: 110002856742 |
| ROSEVILLE, CA 95661-3027 | DOB: REDACTED 1953, Sex: F |
| Encounter Record | Enc. Date:05/03/12 |

## Office Visit

### Visit Information

| 5/3/2012 2:50 PM | Provider | Department | Encounter # |
|---|---|---|---|
| 5/3/2012 2:50 PM | JOHN P. VOGELSANG MD | Ros-Gynd >Main Campus | 302039587 |

### Allergies as of 5/3/2012
Date Reviewed: 5/3/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

### Immunizations as of 5/3/2012
Never Reviewed

| _HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
|---|---|
| _TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Pack, Toni L (M.A.) | 5/3/2012 2:31 PM |

#### Reason For Encounter
PHYSICAL EXAM, GYNECOLOGIC

### Diagnoses

Visit Diagnoses
**EXAM, ROUTINE GYN VISIT - Primary**
**SCREENING FOR CA, BREAST**
**EXAM, PELVIC, FEMALE**
**SCREENING FOR CA, CERVIX, PAP SMEAR EXAM**
**SCREENING FOR HUMAN PAPILLOMA VIRUS**
**EXAMINATION OF FEMALE RECTUM.**
**OBESITY**

### Vitals - Last Recorded

| BP | Ht | Wt | BMI |
|---|---|---|---|
| 158/91 | 5' 2" | 219 lb 1.6 oz (99.383 kg) | 40.07 kg/m2 |

### Flowsheet (all recorded)

#### Encounter Vitals

| Row Name | 05/03/12 1442 |
|---|---|
| **Enc Vitals** | |
| BP | 158/91 mmHg -TP |
| Wt (gms) | 219 lb 1.6 oz (99.383 kg) -TP |
| Height | 5' 2" -TP |

#### User Key
(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| TP | Pack, Toni L (M.A.) | 12/10/11 - |

#### Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 5/3/2012 2:50 PM | JOHN P. VOGELSANG MD | Ros-Gynd >Main Campus | ROSA |

11


**THE PERMANENTE
MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB:REDACTED1953, Sex: F
Enc. Date:05/03/12

---

**Visit Notes**

TONI L PACK MA   Thu May 3, 2012  2:44 PM
Two patient identification was asked of pt: yes
Pt brought to exam room by herself: yes
Domestic Violence form was given to pt: yes neg for Risk.
TONI L PACK MA was present for the entire exam: yes
Pap is due
Mammogram is due

Electronically signed by TONI L PACK MA on Thu May 3, 2012  2:44 PM

---

**Clinician Notes**

---

**Progress Notes**

---

**Vogelsang, John P. (M.D.)** Physician  5/3/2012  3:03 PM  Signed
 Report generated by Dragon dictation software. Transcription errors may occur.

CC: PHYSICAL EXAM, GYNECOLOGIC

HPI: return  patient. Gloria M Freeman is a 59 Y female here for:
Gynecological exam..
No vaginal bleeding and no hormone replacement therapy .
History of positive HPV with normal paps.


Review of Systems

Constitutional: no unexpected weight loss/gain, or fatigue
Gastrointestinal: No nausea, vomiting, constipation, diarrhea, bloody stool
Genitourinary: No pelvic pain or incontinence

Physical exam:
BP 158/91 | Ht 5' 2" | Wt 219 lb 1.6 oz (99.383 kg) | BMI 40.07 kg/m2
Neck: No adenopathy or thyromegaly
Breast:  No skin changes, dominant breast mass, axillary adenopathy, nipple retraction or discharge
Abdomen:  Soft, nontender and no masses.
External genitalia: Within normal limits and no focal lesions.
Vagina: No lesions and no abnormal discharge.
Cervix: Normal appearing. Pap smear and HPV done.
Uterus: Mobile, midline not enlarged and nontender.
Adnexa: No masses or tenderness.
Posterior cul-de-sac: No masses.
Rectal: negative

Reviewed lab results: Last GYN Cytology Results:
Procedure: GYN CYTOLOGY
Result Status: Final
Collected: 2/7/2011          Case #:  REGG11-29666
NEGATIVE FOR INTRAEPITHELIAL LESION OR MALIGNANCY.

Last GYN Cytology ABNORMAL Results:
No matching results found

12



**THE PERMANENTE
MEDICAL GROUP**

| ROS-MAIN CAMPUS | FREEMAN,GLORIA M |
| 1600 EUREKA ROAD | MRN: 110002856742 |
| ROSEVILLE, CA 95661-3027 | DOB: REDACTED/1953, Sex: F |
| Encounter Record | Enc. Date:05/03/12 |

---

**Progress Notes (continued)**

HPV CERVIX (no units)

| Date | Value | Low | High | Status |
|------|-------|-----|------|--------|
| 2/8/2011 | POSITIVE* | NEGATIVE | | Final |
| 1/20/2010 | POSITIVE* | NEGATIVE | | Final |

--------

Assessment & Plan: normal gynecological exam. Pap smear and HPV done and repeat in 3 years if negative..
Mammogram annually.. healthy ways number given and encourage exercise and weight loss.. If HPV positive
needs colposcopy.

Electronically signed by Vogelsang, John P. (M.D.) on 5/3/2012  3:03 PM

---

**Patient Secure Message**

---

No messages in this encounter

## Orders

| | Ordered On |
|---|---|
| GYN CYTOLOGY | 5/3/2012 |
| NORMAL PAP W HPV RESULTS; KP.ORG RELEASE . | 5/3/2012 |

## Order Results

**GYN CYTOLOGY [340588355]**                    Resulted: 05/16/12 2011, Result Status: Final result

| Filed on: | 05/16/12 2012 | Resulting Lab: | NCAL PATH INTERFACE |
| Specimen: | PAP SMEAR, LIQUID BASED, CERVICAL; PAP | | |
| | SMEAR, LIQUID BASED, CERVICAL 05/03/12 | | |
| | 1504 | | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|-----------|-------|-----------|------|---------|-----|
| Report, pathology | - | | | - | 481 |

Bertacchi-Freeman/Hartford001618

201305162000169

 **THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACTED 1953, Sex: F
Enc. Date:05/03/12

## Order Results (continued)

__GYN CYTOLOGY [340588355] (continued)__                                   Resulted: 05/16/12 2011, Result Status: Final result

Result:
```
              Provider:  JOHN P. VOGELSANG M.D.
              Collected: 5/3/2012                    Case #:  REGG12-119977
                             Gynecologic Cytology Report
              FINAL PATHOLOGIC DIAGNOSIS
              A:  CERVICAL LIQUID-BASED PAP - 2:31 pm

              NEGATIVE FOR INTRAEPITHELIAL LESION OR MALIGNANCY.

              ENDOCERVICAL/TRANSFORMATION ZONE COMPONENT PRESENT.

              SATISFACTORY FOR EVALUATION.


                             Harry K. Kertscher, Cytotechnologist CT
              (ASCP)
              Marzieh Kharazi, CT (ASCP)
                        ** Report Electronically Signed by MZK **
              Co-collected HPV Result
              Specified: CoTest
              HPV Test Accession Number: 591212513036
              HPV Result: POSITIVE
              Patient Postcard Notification Preference: Y
              Postcard Sent:  Y

              Clinical History
              Date of Last Pap:  2/07/11
              Date of Last Menstrual Period: No LMP recorded
              Other Clinical Conditions:
              Abnormal Previous PAP
              PREVIOUS ABNORMAL PAP DATE (if not last pap date): history of
              positive HPV. If this HPV POSITIVE  NEEDS COLPOSCOPY
              CURRENT INFECTION:  No Infection Provided
              HPV HISTORY:  2/07/11 Positive
              OTHER PERTINENT CLINICAL INFORMATION:  No Data Provided

              Automated Scanning:
              Specimen processed successfully by the TriPath FocalPoint automated
              locator device.  (Becton-Dickinson Diagnostics, Burlington, NC.)
              Specimen(s) Received
              A: CERVICAL LIQUID-BASED PAP  - 2:31 pm

              Patient Name:  FREEMAN, GLORIA M
              Med. Rec #:  02856742    DOB/Age: REDACTED 1953 (Age: 59)    Sex:  F
              Facility:  Roseville Med Ctr
              Location:  OBSTETRICS AND GYNECOLOGY

              Regional Laboratory Cytology
              1725 Eastshore Highway
              Berkeley, CA 94710
              Tel: 510-559-5406  Fax: 510-559-5474
              Thomas S. Lorey, M.D.  Laboratory Director
```

14

 **THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: ███1953, Sex: F
Enc. Date:05/03/12

## Order Results (continued)

### GYN CYTOLOGY [340588355] (continued)

Resulted: 05/16/12 2011, Result Status: Final result

#### Reviewed by

Ruttan, Deborah M. (R.N.) on 05/24/12 1149
Maharaj, Manjula D (M.A.) on 05/17/12 1155
Vogelsang, John P. (M.D.) on 05/17/12 1114

### NORMAL PAP W HPV RESULTS; KP.ORG RELEASE [340588358]

Resulted: 05/17/12 0000, Result Status: Final result

| Filed on: | 05/17/12 0258 | | Specimen: | 05/03/12 1504 |
|---|---|---|---|---|

**Transcription**

| Type | | | ID |
|---|---|---|---|
| Pap Comments | | | 02856742ROS20120503PP20120517 |

#### Document Text

```
Your Pap smear was negative and your HPV test was positive.
This doesn't mean that you have cervical cancer or pre
cancer, or will ever have either condition. It simply means
you may develop an abnormal Pap smear in the future. More
commonly, your body will clear the HPV on its own.
If this is your first positive HPV test result and your
prior Pap was normal, you should have another Pap and HPV
test in one year. If this is your second consecutive HPV
positive, Pap negative test result, please contact your
provider to determine the next step in your care.
<a href="/health/poc?uri=content:ancillary
&ctype=informational&tid=WPP::LXNT4B7L5
&tname=site_context&rtype=rop" target="_parent">
Clic aqui para mirar los resultados en espanol</a>
<a href="/health/mycare/consumer/my-health-manager/
message-center/email-my-doctor" target="_parent">
Click here to E-mail your doctor</a>
```

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 481 - Unknown | TPMG REGIONAL LABORATORY, BERKELEY | T. Lorey, M.D. | 1725 Eastshore Highway BERKELEY CA 94710 | 12/28/06 2057 - Present |
| 501 - Unknown | NCAL PATH INTERFACE | Unknown | Unknown | 06/23/05 0812 - Present |

## All Meds and Administrations

(There are no med orders for this encounter)

### Electronically signed by:

| Signer | Title | Date | Time |
|---|---|---|---|
| JOHN P  VOGELSANG | MEDICAL DOCTOR | May 3, 2012 | 15:04:47 |

Bertacchi-Freeman/Hartford001620

201305162000169

# KAISER PERMANENTE 1600 EUREKA ROAD
Results Information

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F

## Orders Only

### Encounter Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 5/4/2012 1:09 PM | JOHN P. VOGELSANG MD | Ros-Gynd >Main Campus | 303130132 |

| | Ordered On |
|---|---|
| HPV, HIGH RISK, DNA, HYBRID CAPTURE 2 | 5/4/2012 |

## All Orders

### HPV, HIGH RISK, DNA, HYBRID CAPTURE 2                                                                   Final result

| Ordering User: | Vogelsang, John P. (M.D.) 05/03/12 1504 | Authorized by: | Vogelsang, John P. (M.D.) |
|---|---|---|---|
| Electronically signed by: | Vogelsang, John P. (M.D.) 05/03/12 1504 | | |
| Specimen: | 05/04/12 1309 | | |
| Diagnoses: | ROUTINE GYN EXAM [V72.31] | | |
| Order Details | | | |

## Order Results

### HPV, HIGH RISK, DNA, HYBRID CAPTURE 2 [340588357] (Abnormal)          Resulted: 05/07/12 2031, Result Status: Final result

| Order Status: | Completed | | Resulting Lab: | TPMG REGIONAL LABORATORY, BERKELEY |
|---|---|---|---|---|
| Specimen: | 05/04/12 1309 | | | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| HPV CERVIX | POSITIVE | NEGATIVE | A | - | 481 |
| Interpretation | SEE NOTE | | | One or more of the high risk HPV types included in the assay (types 16, 18, 31, 33, 35, 39, 45, 51, 52, 56, 58, 59, 68) were detected. | 481 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 481 - Unknown | TPMG REGIONAL LABORATORY, BERKELEY | T. Lorey, M.D. | 1725 Eastshore Highway BERKELEY CA 94710 | 12/28/06 2057 - Present |

16

Bertacchi-Freeman/Hartford001621


**THE PERMANENTE MEDICAL GROUP**

| | | |
|---|---|---|
| RCO-INTERNATIONAL | FREEMAN,GLORIA M | |
| 10725 INTERNATIONAL DRIVE | MRN: 110002856742 | |
| RANCHO CORDOVA, CA 95670-7967 | DOB: REDACTED 1953, Sex: F | |
| Encounter Record | Enc. Date:05/24/12 | |

**Telephone**

## Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 5/24/2012 12:15 PM | DEBORAH M. RUTTAN RN | Rco-Gyn1 >Internationa | 307093199 |

## Allergies as of 5/24/2012

Date Reviewed: 5/3/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

## Immunizations as of 5/24/2012

Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

## Reason For Encounter History

| User | Date & Time |
|---|---|
| Ruttan, Deborah M. (R.N.) | 7/17/2012  1:06 PM |

**Reason For Encounter**
CERVICAL WARTS
  Comment : Pacts RN- LMTRC. HPV pos x2 , per PCP needs colpo ecc appt.
FOLLOW UP CALL
  Comment : Cb to schedule colpo appt. LMTRC
FOLLOW UP CARE
  Comment : LMTRC.

| User | Date & Time |
|---|---|
| Ruttan, Deborah M. (R.N.) | 7/9/2012 10:23 AM |

**Reason For Encounter**
CERVICAL WARTS
  Comment : Pacts RN- LMTRC. HPV pos x2 , per PCP needs colpo ecc appt.
FOLLOW UP CALL
  Comment : Cb to schedule colpo appt. LMTRC

| User | Date & Time |
|---|---|
| Ruttan, Deborah M. (R.N.) | 5/24/2012 12:21 PM |

**Reason For Encounter**
CERVICAL WARTS
  Comment : Pacts RN- LMTRC. HPV pos x2 , per PCP needs colpo ecc appt.

## Vitals
(None)

## Outgoing Call

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 5/24/2012 12:20 PM | DEBORAH M. RUTTAN RN | Rco-Gyn1 >Internationa | RCOA |

## Clinician Notes

## Patient Secure Message

No messages in this encounter

17


**THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:05/26/12

---

**Scheduled Telephone Encounter**

**Visit Information**

| | Provider | Department | Encounter # |
|---|---|---|---|
| 5/26/2012 11:00 AM | ANNA MIRZOYAN MD | Ros-Ahae >Main Campus | 307473119 |

**Allergies as of 5/26/2012**                                                                 Date Reviewed: 5/3/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

**Immunizations as of 5/26/2012**                                                             Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

**Reason For Encounter History**

| User | Date & Time |
|---|---|
| Mirzoyan, Anna (M.D.) | 5/26/2012 11:03 AM |

**Reason For Encounter**

TELEPHONE APPOINTMENT VISIT
TICK BITE

**Diagnoses**     Visit Diagnosis
                  **NONVENOMOUS INSECT BITE - Primary**

**Vitals**
(None)

**Flowsheet (all recorded)**

**No Flowsheet Template found**
**Encounter Information**

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 5/26/2012 11:00 AM | ANNA MIRZOYAN MD | Ros-Ahae >Main Campus | ROSA |

**Clinician Notes**

**Progress Notes**

**Mirzoyan, Anna (M.D.)** Physician  5/26/2012 11:05 AM  Signed

 TAV Appointment, I called at the number provided and introduced myself. I asked for the specified patient and patient confirmed that indeed I was speaking to the correct person.

I discussed limitations of Telephone Appointment Visits.

Patient expressed understanding and agreed to proceed with the call and treatment if necessary

18

201305162000169

 THE PERMANENTE MEDICAL GROUP

| ROS-MAIN CAMPUS | FREEMAN,GLORIA M |
|---|---|
| 1600 EUREKA ROAD | MRN: 110002856742 |
| ROSEVILLE, CA 95661-3027 | DOB: [REDAC]/1953, Sex: F |
| Encounter Record | Enc. Date:05/26/12 |

**Progress Notes (continued)**

Gloria M Freeman is a 59 Y female had tick bite 2 days ago. Pt removed the tick form her r calf completely. Now dark discoloration around the bite area with central clearing.

NONVENOMOUS INSECT BITE  (primary encounter diagnosis)
Note: we discussed treatment options, and pt agree to have treatment now, to prevent possible lyme disease.
Plan: BORRELIA BURGDORFERI ANTIBODY
     DOXYCYCLINE HYCLATE 100 MG ORAL TAB

Advised to call back directly if there are further questions, or if these symptoms fail to improve as anticipated or worsen.

Electronically signed by Mirzoyan, Anna (M.D.) on 5/26/2012 11:05 AM

**Patient Secure Message**

No messages in this encounter

### Orders

|  | Ordered On |
|---|---|
| BORRELIA BURGDORFERI ANTIBODY | 5/26/2012 |

### All Meds and Administrations

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| ANNA A MIRZOYAN | MEDICAL DOCTOR | May 26, 2012 | 11:05:43 |

19

Bertacchi-Freeman/Hartford001624



**THE PERMANENTE MEDICAL GROUP**

AACC SACRAMENTO
3200 ARDEN WAY
SACRAMENTO, CA 95825-2015
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACTED 1953, Sex: F
Enc. Date:05/26/12

## AACC Call Hx

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 5/26/2012 11:05 AM | Call Center Teleservice Rep | Ccy-Med* > Sacramento | 307476790 |

### Allergies as of 5/26/2012

Date Reviewed: 5/3/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

### Immunizations as of 5/26/2012

Never Reviewed

| | |
|---|---|
| _HAV-HBV_(Hepatitis A and B) | 7/21/2009 (56 Y) |
| _TB-PPD_(TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Vitals

(None)

### Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 5/26/2012 11:05 AM | Call Center Teleservice Rep | Ccy-Med* > Sacramento | CCYA |

### Clinician Notes

### Transcription

| Type | Author | Date |
|---|---|---|
| Call Outcome | Rep, Call Center Teleservice | 5/26/2012 |

This document has not been signed

#### Document Text

> AACC Hx: TAV booked - Bites: Insect. Cristine Ivey, TSR

Display only: Transcription on 5/26/2012 10:35 AM by Rep, Call Center Teleservice

### Patient Secure Message

No messages in this encounter

## All Meds and Administrations

(There are no med orders for this encounter)

### Electronically signed by:

| Signer | Date | Time |
|---|---|---|
| INBOUND TRANSCRIPTION | May 26, 2012 | 11:05:29 |

Bertacchi-Freeman/Hartford001625



**THE PERMANENTE MEDICAL GROUP**

ROS-RIVERSIDE
1001 RIVERSIDE AVENUE

ROSEVILLE, CA 95661-5134
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]/1953, Sex: F
Enc. Date:07/17/12

## Ancillary Orders

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 7/17/2012  1:01 PM | STEVEN EMIL ZAWILLA MD | Ros-1med >Riverside | 318694034 |

### Allergies as of 7/17/2012

Date Reviewed: 5/3/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

### Immunizations as of 7/17/2012

Never Reviewed

| | |
|---|---|
| _HAV-HBV_(Hepatitis_A and_B)_ | _7/21/2009_(56_Y)_ |
| _TB-PPD_(TB_skin_test)_ | _8/12/2011_(58_Y)_ |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

**Diagnoses**   Visit Diagnosis
**LABORATORY EXAMINATION** - Primary

### Vitals

(None)

## Flowsheet (all recorded)

**No Flowsheet Template found**

### Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 7/17/2012 1:01 PM | STEVEN EMIL ZAWILLA MD | Ros-1med >Riverside | ROSB |

### Visit Notes

KIM M MONTAGUE RN    Tue Jul 17, 2012  1:02 PM
Cardiovascular lab order(s) transmitted based on department standing order.

Orders:
- POTASSIUM, SERUM
- CREATININE, SERUM, WITH GLOMERULAR FILTRATION RATE, CALCULATED

Diagnosis:
- Lab Examination

Electronically signed by KIM M MONTAGUE RN on Tue Jul 17, 2012  1:02 PM

### Clinician Notes

### Patient Secure Message

No messages in this encounter

## Orders

| | Ordered On |
|---|---|
| POTASSIUM, SERUM | 7/17/2012 |
| CREATININE, SERUM, WITH GLOMERULAR FILTRATION RATE, CALCULATED | 7/17/2012 |

21


**THE PERMANENTE MEDICAL GROUP**

ROS-RIVERSIDE
1001 RIVERSIDE AVENUE

ROSEVILLE, CA 95661-5134
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]/1953, Sex: F
Enc. Date:07/17/12

## Orders (continued)

### All Meds and Administrations

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| KIM M MONTAGUE | REGISTERED NURSE | Jul 17, 2012 | 13:02:00 |

Bertacchi-Freeman/Hartford001627

**2013051620000169**



THE PERMANENTE MEDICAL GROUP

RCO-INTERNATIONAL
10725 INTERNATIONAL DRIVE
RANCHO CORDOVA, CA 95670-7967
Encounter Record

FREEMAN, GLORIA M
MRN: 110002856742
DOB: REDACTED 1953, Sex: F
Enc. Date: 08/08/12

## Telephone

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 8/8/2012 12:25 PM | DEBORAH M. RUTTAN RN | Rco-Gyn1 >Internationa | 323397558 |

### Allergies as of 8/8/2012
Date Reviewed: 5/3/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

### Immunizations as of 8/8/2012
Never Reviewed

| | |
|---|---|
| _HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| _TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Ruttan, Deborah M. (R.N.) | 8/13/2012 10:51 AM |

**Reason For Encounter**
HPV
  Comment : Pacts RN- LMTRC needs colpo appt HPV Pos x 2. No pt response to 2nd letter.
FOLLOW UP CALL
  Comment : 8/13 Spoke to pt now agrees to colpo appt WED 08/15 0300P, J P VOGELSANG M.D.

| User | Date & Time |
|---|---|
| Ruttan, Deborah M. (R.N.) | 8/13/2012 10:48 AM |

**Reason For Encounter**
HPV
  Comment : Pacts RN- LMTRC needs colpo appt HPV Pos x 2. No pt response to 2nd letter.
FOLLOW UP CALL
  Comment : 8/13

| User | Date & Time |
|---|---|
| Ruttan, Deborah M. (R.N.) | 8/8/2012 12:33 PM |

**Reason For Encounter**
HPV
  Comment : Pacts RN- LMTRC needs colpo appt HPV Pos x 2. No pt response to 2nd letter.

| User | Date & Time |
|---|---|
| Ruttan, Deborah M. (R.N.) | 8/8/2012 12:27 PM |

**Reason For Encounter**
HPV
  Comment : Pacts RN- LMTRC needs colpo appt HPV Pos x 2.

| User | Date & Time |
|---|---|
| Ruttan, Deborah M. (R.N.) | 8/8/2012 12:26 PM |

**Reason For Encounter**
HPV
  Comment : Pacts RN-

### Vitals

Bertacchi-Freeman/Hartford001628

**201305162000169**

 **THE PERMANENTE MEDICAL GROUP**

| | | |
|---|---|---|
| RCO-INTERNATIONAL | FREEMAN, GLORIA M | |
| 10725 INTERNATIONAL DRIVE | MRN: 110002856742 | |
| RANCHO CORDOVA, CA 95670-7967 | DOB: REDACTED 1953, Sex: F | |
| Encounter Record | Enc. Date:08/08/12 | |

## Vitals (continued)
(None)

## Outgoing Call

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 8/8/2012 12:25 PM | DEBORAH M. RUTTAN RN | Rco-Gyn1 >Internationa | RCOA |

## Clinician Notes

## Patient Secure Message

No messages in this encounter

## All Meds and Administrations

(There are no med orders for this encounter)

## Electronically signed by:

| Signer | Title | Date | Time |
|---|---|---|---|
| DEBORAH RUTTAN | REGISTERED NURSE | Aug 8, 2012 | 12:33:57 |

24

# KAISER PERMANENTE 1001 RIVERSIDE AVENUE

Results Information

FREEMAN,GLORIA M
MRN: 110002856742
DOB REDACTED 1953, Sex: F

## Orders Only

### Encounter Information

|  | Provider | Department | Encounter # |
|---|---|---|---|
| 8/20/2012 10:04 AM | STEVEN EMIL ZAWILLA MD | Ros-1med >Riverside | 325898391 |

## All Orders

### Betamethasone Valerate (VALISONE) 0.1 % Top Oint                                            Active

| Ordering User: | Pims, User 08/20/12 1004 | Authorized by: | Zawilla, Steven Emil (M.D.) |
|---|---|---|---|
| Frequency: | 08/26/12 - 11/26/13 | | |
| Electronically | Pims, User 08/20/12 1004 | | |
| signed by: | | | |
| Order Details | | | |

### Prescriptions Ordered/Discontinued This Encounter

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Betamethasone Valerate (VALISONE) 0.1 % Top Oint. | 45 | 5/5 | 8/26/2012 | 11/26/2013 |
| Sig: Apply topically 2 times a day for psoriasis | | | | |
| Route: Topical | | | | |

25

Bertacchi-Freeman/Hartford001630

# KAISER PERMANENTE 1001 RIVERSIDE AVENUE

Results Information

FREEMAN,GLORIA M
MRN: 110002856742
DOB REDACTED 1953, Sex: F

## Orders Only

### Encounter Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 8/20/2012 10:05 AM | STEVEN EMIL ZAWILLA MD | Ros-1med >Riverside | 325898552 |

## All Orders

### Calcitriol (VECTICAL) 3 mcg/gram Top Oint

Active

| Ordering User: | Pims, User 08/20/12 1005 | Authorized by: | Zawilla, Steven Emil (M.D.) |
|---|---|---|---|
| Frequency: | 08/26/12 - 11/26/13 | | |
| Electronically signed by: | Pims, User 08/20/12 1005 | | |
| Order Details | | | |

### Prescriptions Ordered/Discontinued This Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Calcitriol (VECTICAL) 3 mcg/gram Top Oint | 100 | 5/5 | 8/26/2012 | 11/26/2013 |
| Sig:  Apply topically 2 times a day to affected area(s) | | | | |
| Route:  Topical | | | | |

26



**THE PERMANENTE MEDICAL GROUP**

ROS-RIVERSIDE
1001 RIVERSIDE AVENUE

ROSEVILLE, CA 95661-5134
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:08/21/12

### Telephone

## Visit Information

| 8/21/2012 11:56 AM | Provider | Department | Encounter # |
|---|---|---|---|
| | STEVEN EMIL ZAWILLA MD | Ros-1med >Riverside | 326208955 |

## Allergies as of 8/21/2012
Date Reviewed: 5/3/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

## Immunizations as of 8/21/2012
Never Reviewed

| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
|---|---|
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

## Reason For Encounter History

| User | Date & Time |
|---|---|
| Harvey, Penny (M.A.) | 8/21/2012 11:56 AM |

**Reason For Encounter**
APPOINTMENT
Comment : needs mabp appointment

## Vitals
(None)

## Outgoing Call

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 8/21/2012 11:56 AM | STEVEN EMIL ZAWILLA MD | Ros-1med >Riverside | ROSB |

## Clinician Notes

## Progress Notes

**Harvey, Penny (M.A.)** MEDICAL ASSISTANT  8/21/2012 11:58 AM  Signed

Left message for patient to call 784-4050 and be transferred to med 7.

Patient needs an mabp appointment for blood pressure check.

Explained she can to a walk-in blood pressure clinic or be scheduled to have blood pressure check at Dr Zawilla's office.

Electronically signed by Harvey, Penny (M.A.) on 8/21/2012 11:58 AM

## Patient Secure Message
No messages in this encounter

27


**THE PERMANENTE MEDICAL GROUP**

ROS-RIVERSIDE
1001 RIVERSIDE AVENUE

ROSEVILLE, CA 95661-5134
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: ████1953, Sex: F
Enc. Date:08/21/12

**Telephone**

## Visit Information

| 8/21/2012 12:02 PM | Provider | Department | Encounter # |
|---|---|---|---|
| | STEVEN EMIL ZAWILLA MD | Ros-1med >Riverside | 326210401 |

## Allergies as of 8/21/2012

Date Reviewed: **5/3/2012**

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

## Immunizations as of 8/21/2012

Never Reviewed

| _HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
|---|---|
| _TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

## Reason For Encounter History

| User | Date & Time |
|---|---|
| Harvey, Penny (M.A.) | 8/21/2012 12:02 PM |

**Reason For Encounter**
APPOINTMENT
  Comment : needs mabp appointment

## Vitals

(None)

## Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 8/21/2012 12:02 PM | STEVEN EMIL ZAWILLA MD | Ros-1med >Riverside | ROSB |

## Clinician Notes

## Progress Notes

**Harvey, Penny (M.A.)** MEDICAL ASSISTANT  8/21/2012 12:03 PM  Signed
 From: ZAWILLA, STEVEN EMIL (8/20/2012 7:50:17 AM) <<< Needs blood pressure check


Notified patient.


Electronically signed by Harvey, Penny (M.A.) on 8/21/2012 12:03 PM


## Patient Secure Message

No messages in this encounter

**All Meds and Administrations**

28

**20130516200169**


THE PERMANENTE
MEDICAL GROUP

| | | |
|---|---|---|
| ROS-MAIN CAMPUS | FREEMAN,GLORIA M | |
| 1600 EUREKA ROAD | MRN: 110002856742 | |
| ROSEVILLE, CA 95661-3027 | DOB: REDACTED 1953, Sex: F | |
| Encounter Record | Enc. Date:10/15/12 | |

## Work Comp

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 10/15/2012 11:10 AM | FLORENCE BESANA CHONG DO | Ros-Occm >Main Campus | 337419282 |

### Allergies as of 10/15/2012

Date Reviewed: **10/15/2012**

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies | 10/12/1998 | | |
| 1998-10-12 | | | |

### Immunizations as of 10/15/2012

Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Custido, Tracy (Coht) | 10/15/2012 11:38 AM |

### Reason For Encounter

KNEE PROBLEM
   Comment : right   doi: 10/5/12
BACK PROBLEM
NECK PROBLEM

## Diagnoses

### Visit Diagnoses
**KNEE JOINT PAIN** - Primary
**SPRAIN OR STRAIN OF CERVICAL SPINE**
**SPRAIN OR STRAIN OF LUMBAR REGION**

### Vitals - Last Recorded

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 157/96 | 89 | 99.2 °F (37.3 °C) (Oral) | 5' 3" | 215 lb (97.523 kg) | 38.09 kg/m2 |

| SpO2 |
|---|
| 97% |

### Flowsheet (all recorded)

#### Encounter Vitals

| Row Name | 10/15/12 1139 | 10/15/12 1138 |
|---|---|---|
| **Enc Vitals** | | |
| BP | 157/96 mmHg -TC | 157/127 mmHg -TC |
| Pulse | -- | 89 -TC |
| Temp | -- | 99.2 °F (37.3 °C) -TC |
| Temp src | -- | Oral -TC |
| SpO2 | -- | 97 % -TC |
| Wt (gms) | -- | 215 lb (97.523 kg) -TC |
| Height | -- | 5' 3" -TC |

### User Key

(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| TC | Custido, Tracy (Coht) | 05/31/12 - |

29

Bertacchi-Freeman/Hartford001634


**THE PERMANENTE**
**MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN, GLORIA M
MRN: 110002856742
DOB: ██1953, Sex: F
Enc. Date: 10/15/12

### Flowsheet (all recorded) (continued)

#### Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 10/15/2012 11:10 AM | FLORENCE BESANA CHONG DO | Ros-Occm >Main Campus | ROSA |

#### Visit Notes

**TRACY CUSTODIO**   Mon Oct 15, 2012 11:39 AM
  Employed by Cardinal Health
  NKDA per pt
  Room 14

Electronically signed by TRACY CUSTODIO on Mon Oct 15, 2012 11:39 AM

#### Clinician Notes

#### Progress Notes

**Chong, Florence Besana (D.O.)** PHYSICIAN (D.O.)  10/15/2012  6:07 PM  Signed
 ||NEW INDUSTRIAL INJURY/ILLNESS||
Injury Date: 10/5/12
Kaiser Roseville Occupational Medicine
Employer: Cardinal, July 1, 2012
||Job Title||  Director of Pharmacy
Body Part(s): knee, back, neck
||Mechanism of Injury|| no trauma
Chief Complaint: KNEE PROBLEM, BACK PROBLEM and NECK PROBLEM

Injury Date: 10/5/12
Date of initial clinic visit to see me:  10/15/2012

||SUBJECTIVE||

HPI:  Gloria M Freeman is a 59 Y right hand dominant female who was at work on
Injury Date: 10/5/12 was at a group counseling session between 2:40-3:40 pm, when an angry guy pushed a
chair towards her, she moved back against her chair to avoid getting hurt.  The prior week, a patient had throw
a chair in the hallway ended up hitting her foot but didn't result in any injury.  On 9/27-9/28/12 and 10/4-10/5/12
she states she worked much harder and longer, manually filled pharmacy carts since the system was down, 6
feet above and below the floor and she feels that motion also triggered her pain.  The weekend after her work,
she felt sore that she couldn't get off the couch so she reported it to her boss on 10/11/12 and was seen at
UHS clinic in Rocklin.  She had xrays of her back and right knee which where negative for fracture and given
prescription for voltaren and muscle relaxant, pillow and told to get chiropractor therapy.  She was placed on
modified duty but couldn't be accommodated so her last day of work is 10/10/12.

Gloria M Freeman  denies any other injuries stemming from this incident on
Injury Date: 10/5/12 :  Patient denies any injuries or symptoms of head, shoulders, arms, wrists, hands,
fingers, chest, hips, legs, ankles or feet.  Denies fall or trauma.

PRESENTING SYMPTOMS ON 10/15/2012 :  Right knee pain

30

Bertacchi-Freeman/Hartford001635



**THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED] 1953, Sex: F
Enc. Date:10/15/12

**Progress Notes (continued)**

PAIN SEVERITY (0 TO 10 SCALE): 6

FACTORS THAT INCREASE PAIN: moving

FACTORS THAT DECREASE PAIN: rest

PRIOR MEDICAL TREATMENT FOR THIS INJURY/ILLNESS: Cliff jumper 40 years ago, at 18, bandage only

PRIOR INJURIES TO THIS BODY PART: 40 years--skiing accident

Relevant Past Medical/Surgical History: Patient Active Problem List:
 OBESITY

Relevant Family History: No relevant family history

Relevant Medications: Active Medications as of 10/15/2012:
HYDROCHLOROTHIAZIDE  25 MG ORAL TAB
LEVOTHROID 150 MCG ORAL TAB
ACIPHEX 20 MG ORAL TBEC DR TAB

Allergies: No known drug allergies

Social History:  reports that she quit smoking about 10 years ago. Her smoking use included Cigarettes. She has a 3 pack-year smoking history. She does not have any smokeless tobacco history on file.

Occupational History: date last worked: 10/10/12 and works full time

Hobbies/Leisure Activities: "Patient reports the following relevant recreational/leisure activities  Gym 2/weeks

||OBJECTIVE||
PHYSICAL EXAMINATION:    BP 157/96 | Pulse 89 | Temp(Src) 99.2 °F (37.3 °C) (Oral) | Ht 5' 3" | Wt 215 lb (97.523 kg) | BMI 38.09 kg/m2 | SpO2 97%
General:  Nad.

Neck: Full range of motion with pain on extension. Tender to palpation to bilateral paraspinous muscles.  No midline neck tenderness or step offs; no evidence of spasm. Negative Spurling's test.

Back: Tender to palpation at Trapezius with bilateral tightness and right paraspinal Lumbosacral tenderness with tenderness.  Nontender to Parathoracic area.  No evidence of spasm in these latter areas. Full range of motion in all directions with pain and stiffness. No asymmetry.

Bilateral upper extremities: Full range of motion at elbows, wrists, hands, and fingers without pain. Non-tender to palpation. No pain with resisted wrist flexion or extension. No symptoms elicited with carpal tunnel compression. Negative Finkelstein's test. No erythema, swelling, or atrophy.

Bilateral lower extremities: positive straight leg raise testing in supine position to 70 degrees RIGHT with back pain. No pain with passive range of motion at hips. No atrophy. No pain with compression of anterior superior iliac spine areas.  Pain on walking on toes.

Bilateral Knees: no erythema or swelling. Tender to palpation along RIGHT INFEROMEDIAL aspect. No joint line tenderness medially or laterally. No evidence of effusion. Full range of motion with pain. Negative Drawer

Bertacchi-Freeman/Hartford001636



**THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: ▮▮▮1953, Sex: F
Enc. Date:10/15/12

**Progress Notes (continued)**

test. No laxity medially or laterally. Negative Lachman's test. Negative MacMurray's test.

Neurological: normal sensation, MS +5/+5 BUE,BLE, gait antalgic with limp

||Additional Information Reviewed||
Procedures 0285674210/15/201213:06:49ROSX0101 10/15/2012 Smith, James Howard (M.D.)
 RIGHT KNEE RADIOGRAPH TWO VIEWS

** HISTORY **:
Right knee pain

** FINDINGS **:
There is mild loss of joint space in the medial tibial femoral
joint.   No fractures or subluxations are seen.  These changes
are likely due to degenerative osteoarthrosis.  No joint effusion
is seen.  No abnormal soft tissue calcifications are visualized.

** IMPRESSION **:
Mild degenerative osteoarthrosis of the right knee

||ASSESSMENT||
847.0 SPRAIN OR STRAIN OF CERVICAL SPINE
847.2 SPRAIN OR STRAIN OF LUMBAR REGION
719.46 KNEE JOINT PAIN

||TREATMENT PLAN||
Continue ice, nsaids, muscle relaxant
lidoderm 5% patch
Hinged knee brace applied to right knee
Physical Therapy Referral/Treatment Plan:

New physical therapy referral for SPRAIN OR STRAIN OF CERVICAL SPINE
SPRAIN OR STRAIN OF LUMBAR REGION
KNEE JOINT PAIN
Plan: RADIOLOGIC EXAM, KNEE, 3 VIEW.
   LIDODERM 5 %(700 MG/PATCH) TOP PTMD PATCH

Frequency: 2 times per week for 3 weeks.

Consistent with ACOEM guidelines, follow-up visits every 3-5 days by a mid-level practitioner including a PT or
OT will be required and are included in the number of visits requested.

Treatment Plan:
Therapy techniques to reduce pain and inflammation and restore function., Therapy for education, counseling
and evaluation of home exercise program  and Conditioning program to restore pre-injury functional capacity

FLORENCE BESANA CHONG DO   10/15/2012 12:38 PM

Work Status: Modified duty

Return to Clinic: 11/5/12

32

 **THE PERMANENTE MEDICAL GROUP**

| | | |
|---|---|---|
| ROS-MAIN CAMPUS | FREEMAN,GLORIA M |
| 1600 EUREKA ROAD | MRN: 110002856742 |
| ROSEVILLE, CA 95661-3027 | DOB: ▓1953, Sex: F |
| Encounter Record | Enc. Date:10/15/12 |

**Progress Notes (continued)**

Causation: In my opinion, the underlying cause of the patient™s symptoms is osteoarthritis, a non-industrial condition. However, but for the employment activities stated above, this pre-existing condition would not have become disabling or needed medical treatment at this time. Apportionment may be appropriate, should permanent disability result.

I expect her to get better with conservative therapy, ice, nsaids, muscle relaxant, physical therapy and work modification since there is no trauma.

The total visit time face to face with the patient was 40 min. I spent greater than 50% of this time counseling and in discussion with the patient. We reviewed injury, exam findings, pathogenesis, prognosis, work, medications and exam findings","pathogenesis.

||Estimate of total treatment duration|| 4 weeks.
||Chemical or toxic compounds involved|| No.
||Findings and diagnosis consistent with the patient's account of injury|| yes and no trauma.
||Current condition that will impede/delay patient's recovery (if yes, explain)|| yes: Personal Health Factor, Employment Related Factor.

||DO NOT REPRODUCE BELOW THIS LINE (Non-industrial information)||:

Electronically signed by Chong, Florence Besana (D.O.) on 10/15/2012  6:07 PM

**Transcription**

| Type | Author | Date |
|---|---|---|
| Questionnaires | Chong, Florence Besana (D.O.) | 10/18/2012 |

**Document Text**

Display only: Transcription on 10/18/2012  9:12 PM by Chong, Florence Besana (D.O.)

**Patient Secure Message**

No messages in this encounter

**PATIENT INSTRUCTIONS**

**Follow-up and Disposition**

Routing History Recorded

33

 **THE PERMANTE MEDICAL GROUP**
**KAISER FOUNDATION HOSPITALS**

ROS-ROI MED SEC
Encounter Results

FREEMAN,GLORIA M
MRN: 110002856742
DOB REDACTED/1953, Sex: F

## Encounter Information

|  | Provider | Department | Encounter # |
|---|---|---|---|
| 10/15/2012 1:15 PM | Rad Tech Mob2 | Ros-Rad2 >Main Campus | 337551645 |

|  |  |  | Ordered On |
|---|---|---|---|
| RADIOLOGIC EXAM, KNEE, 3 VIEW. |  |  | 10/15/2012 |

## All Orders

**RADIOLOGIC EXAM, KNEE, 3 VIEW.**                                              Final result

| Ordering User: | Chong, Florence Besana (D.O.) 10/15/12 1217 | Authorized by: | Chong, Florence Besana (D.O.) |
|---|---|---|---|
| Electronically signed by: | Chong, Florence Besana (D.O.) 10/15/12 1217 |  |  |
| Specimen: | 10/15/12 1306 |  |  |
| Diagnoses: | KNEE JOINT PAIN [719.46] |  |  |
| Questions: | Laterality - specify right, left, N/A, or Bilateral RIGHT |  |  |
| Comments: |  |  |  |

   Right Knee pain without trauma Contact Ph:
Order Details

## Order Results

**RADIOLOGIC EXAM, KNEE, 3 VIEW. [407875407]**                Resulted: 10/15/12 1639. Result Status: Final result

| Order Status: | Completed | Resulting Lab: | TPMG ROSEVILLE RADIOLOGY - RADIOLOGY MOB2 |
|---|---|---|---|
| Specimen: | 10/15/12 1306 |  |  |
| Narrative: |  |  |  |
| Impression: |  |  |  |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1230 - ROSRAD2 | TPMG ROSEVILLE RADIOLOGY - RADIOLOGY MOB2 | Unknown | 1600 Eureka Road Roseville CA 95661 | 01/14/09 1730 - Present |

## Radiology Report

| Type | ID | Date | Author |
|---|---|---|---|
| Procedures | 0285674210 /15/201213: 06:49ROSX 0101 | 10/15/2012 | Smith, James Howard (M.D.) |

### Document Text


RIGHT KNEE RADIOGRAPH TWO VIEWS

** HISTORY **:
Right knee pain

** FINDINGS **:
There is mild loss of joint space in the medial tibial femoral
joint.   No fractures or subluxations are seen.   These changes
are likely due to degenerative osteoarthrosis.   No joint effusion
is seen.   No abnormal soft tissue calcifications are visualized.

34



**THE PERMANTE MEDICAL GROUP**
**KAISER FOUNDATION HOSPITALS**

ROS-ROI MED SEC
Encounter Results

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F

---

```
** IMPRESSION **:
Mild degenerative osteoarthrosis of the right knee


                    JAMES SMITH MD

DD:  10/15/2012  DT:  10/15/2012   JJS
```

Display only: Transcription (0285674210/15/201213:06:49ROSX0101) on 10/15/2012 by Smith, James Howard (M.D.)

35



**THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACTED/1953, Sex: F
Enc. Date:10/25/12

**Work Comp**

## Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 10/25/2012 2:30 PM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | 337542256 |

## Allergies as of 10/25/2012

Date Reviewed: 10/15/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

## Immunizations as of 10/25/2012

Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

## Reason For Encounter History

| User | Date & Time |
|---|---|
| Macahilas, Yoko (P.T.) | 10/25/2012 4:53 PM |

**Reason For Encounter**
PHYSICAL THERAPY

**Diagnoses**
Visit Diagnoses
**PHYSICAL THERAPY VISIT** - Primary
**SPRAIN OR STRAIN OF CERVICAL SPINE**
**SPRAIN OR STRAIN OF LUMBAR REGION**
**SPRAIN/STRAIN, KNEE.**

## Vitals
(None)

### Flowsheet (all recorded)

**No Flowsheet Template found**

## Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 10/25/2012 2:30 PM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | ROSA |

## Clinician Notes

## Progress Notes

**Macahilas, Yoko (P.T.)** PHYSICAL THERAPIST  10/25/2012  4:55 PM  Signed
PHYSICAL THERAPY LUMBAR EVALUATION

1/ 6 Visits
Date of Injury: 10/5/12

PLAN OF CARE – established on 10/25/2012
Referring Provider: Dr. Chong

36



**THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB REDACTED 1953, Sex: F
Enc. Date:10/25/12

**Progress Notes (continued)**

Referring Diagnosis: right **KNEE JOINT PAIN** - Primary 719.46 **SPRAIN OR STRAIN OF central CERVICAL SPINE** 847.0 **SPRAIN OR STRAIN OF Central LUMBAR REGION** 847.2

Treatment Goals:  In 12 weeks.

Patient is able to:
walk 60 minutes without an assistive device.
bend frequent to perform functional activity(s) of director of pharmacy using good body mechanics.
lift 30 lbs during simulated vocational task(s) with good body mechanics.
Treatment to include:
 Patient Education/Home Program
Manual Therapy techniques as needed
Therapeutic Exercise may include flexibility exercises, self mobilization, strength  training, and neuromuscular reeducation.
Functional Activity training
Modalities as needed to address pain and inflammation
Gait training
Frequency and Duration of Treatment: 2 times per week for 12 weeks
=======================================================
Occupation: pharmacy business for 30 years, current position since 7/1/12
Work Status:  patient states not working due to lack of accommodation
Critical Job Demands: Bend , Squat , Lift/Carry , Stand , Walk  and Sit
----------------------------------------------------------

SUBJECTIVE:

Patient presents in the clinic with complaints constant dull pain and ache in the central LB 5/10. Patient also complains of constant burning sensation in the central base of neck and posterior neck 7/10 .  Pt also complains of intermittent medial right knee at 2/10.

Mechanism of Injury:  Pt states it is a combination effect of extra work when pharmacy system wasn't working for three weeks and when pt had to move quickly to protect herself from her pt throwing chair at her.

Aggravating activities are: sitting over 10 minutes, bending over ,lying supine for LBP
Standing over 10-15 minutes, bending over, bending neck for neck pain
Wt bearing , kneeling, and squatting for knee pain

Easing activities are: medication use, lidocaine patch and hot shower.

24 hour symptom behaviors are: pain/stiffness on rising
worse at end of day
awakens 4-5 times a night due to discomfort mainly in LB.
activity dependent

Special Questions:
Negative for: Bilateral numbness and/ or tingling
          Saddle Anesthesia,     Coughing / Sneezing
Positive for Changes in the bowel or bladder:  **Loss of bladder function x3-4** so far

Relevant past medical/surgical history: right knee sprain from ski accident 40 years ago; right knee pain 2

37

Bertacchi-Freeman/Hartford001642



**THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:10/25/12

**Progress Notes (continued)**

years ago for 2 months without any trauma.  PT helped.

General Health: GERD

Smoker:  No

Hobbies:  Work out in gym with bike, TM, wts, swimming x2/week

Home Environment: married with no child/ren

Patient states the symptoms are improving at the knee, but ISQ with neck and back

------------------------------------------

OBJECTIVE:

Observation: sit to stand and gait WNL, standing without lateral shift, rounded back in sitting with FHP

Lumbar Range of Motion: Within Normal Limits except discomfort at end ranges

CROM:  WNL except discomfort at end ROMs, esp with extension

Knee ROM:  WNL, right

Neurological Exam: Sensory,  motor and reflexes intact and symmetrical at UE's and LE's

Neural Tension Tests: Straight Leg Raise Negative Bilaterally and ULT negative bilaterally

Palpation:tightness in the bilateral lower thoracic and lumbar paraspinals with tender LS junction, tight also in the cranial base and CT junction as well as upper trap muscles; lateral and medial joint tender at right knee

Lumbar Passive Accessory Movements: Central P-A L5  Gr. IV- Pain=Resistance
Cervical Passive Accessory Movements:  Left C1, right C2, Bilateral C7 decreased

Knee special tests: patella -negative, Ligaments - positive for MCL and LCL with pain to palpation, but not for instability, Meniscus - negative, patellar tendon - negative

Treatment:
Patient instructed in:  Home exercise program: active Range of Motion for neck, LB, and right knee
Exercise Program to include SKTC, and abdominal sets for LB, scapular rolls and retraction for neck, and quad sets for Knee;  Pelvic floor ex for bladder control
Acute symptom advice with use of heat or ice
Correct posture
Manual Therapy: Myofascial Release neck, upper back, lower thoracic and low back
======================================================
Physical Therapy Evaluation New for 40 minutes
Individual Instruction for 10 minutes
Myofascial Release for 10 minutes
Total time: 60 minutes
------------------------------------------
**Assessment:** lumbar strain, cervical strain, and knee strain/sprain

38

Bertacchi-Freeman/Hartford001643

 **THE PERMANENTE
MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: ███1953, Sex: F
Enc. Date:10/25/12

**Progress Notes (continued)**

**Plan:** See Plan of Care above.

In the event Gloria M Freeman elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if she is not seen for treatment within 30 days after last visit. For status at the time of discharge see the last Progress Note.

YOKO MACAHILAS,  PT

Electronically signed by Macahilas, Yoko (P.T.) on 10/25/2012  4:55 PM

**Patient Secure Message**

No messages in this encounter

### Orders

| | Ordered On |
|---|---|
| PHYS THER ASSES. EVAL NEW PT EXTENDED. | 10/25/2012 |
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MIN, EA VISIT, INDIVIDUALIZED INSTRUCTION. | 10/25/2012 |
| MYOFASCIAL RELEASE, SOFT TISSUE MOBILIZATION, ONE OR MORE REGIONS. | 10/25/2012 |

### All Meds and Administrations

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| YOKO MACAHILAS | PHYSICAL THERAPIST | Oct 25, 2012 | 16:55:48 |

39



**THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:10/31/12

. **Work Comp**

## Visit Information

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 10/31/2012 9:00 AM | MARIA PITTMAN PT | Ros-Ocpm >Main Campus | 339781035 |

## Allergies as of 10/31/2012

Date Reviewed: 10/15/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

## Immunizations as of 10/31/2012

Never Reviewed

| | |
|---|---|
| _HAV-HBV_(Hepatitis A and B) | 7/21/2009 (56 Y) |
| _TB-PPD_(TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

## Reason For Encounter History

| User | Date & Time |
|---|---|
| Pittman, Maria (P.T.) | 10/31/2012 9:14 AM |

**Reason For Encounter**
PHYSICAL THERAPY

**Diagnoses**

Visit Diagnoses
**PHYSICAL THERAPY VISIT** - Primary
**SPRAIN OR STRAIN OF CERVICAL SPINE**
**SPRAIN OR STRAIN OF LUMBAR REGION**
**SPRAIN/STRAIN, KNEE.**

## Vitals

(None)

### Flowsheet (all recorded)

**No Flowsheet Template found**

## Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 10/31/2012 9:00 AM | MARIA PITTMAN PT | Ros-Ocpm >Main Campus | ROSA |

## Clinician Notes

## Progress Notes

**Pittman, Maria (P.T.)** PHYSICAL THERAPIST  10/31/2012 10:03 AM  Signed
 PHYSICAL THERAPY PROGRESS NOTE
NUMBER OF VISIT:2/6
Date of Injury: 10/5/12

PLAN OF CARE – established on 10/25/2012
Referring Provider: Dr. Chong

40


**THE PERMANENTE
MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: █████1953, Sex: F
Enc. Date:10/31/12

**Progress Notes (continued)**

Referring Diagnosis: right **KNEE JOINT PAIN** - Primary 719.46 **SPRAIN OR STRAIN OF central
CERVICAL SPINE** 847.0 **SPRAIN OR STRAIN OF Central LUMBAR REGION** 847.2


Treatment Goals:  In 12 weeks.

Patient is able to:
walk 60 minutes without an assistive device. (unmet)// walking 20 mins
bend frequent to perform functional activity(s) of director of pharmacy using good body mechanics.(unmet)//
bending occasionally.
lift 30 lbs during simulated vocational task(s) with good body mechanics.(unmet)// not lifting weights.


Treatment to include:
 Patient Education/Home Program
Manual Therapy techniques as needed
Therapeutic Exercise may include flexibility exercises, self mobilization, strength  training, and neuromuscular
reeducation.
Functional Activity training
Modalities as needed to address pain and inflammation
Gait training


Frequency and Duration of Treatment: 2 times per week for 12 weeks
========================================================
Occupation: pharmacy business for 30 years, current position since 7/1/12
Work Status:  patient states not working due to lack of accommodation
Critical Job Demands: Bend , Squat , Lift/Carry , Stand , Walk  and Sit
--------------------------------------------------------------
SUBJECTIVE:Feeling better with decreased pain. Able to tolerate more activities.

OBJECTIVE:
Cervical and trunk, both shoulder range of motions are WNL. Tightness is noted in bilateral cervical and lumbar
paraspinals.
Individual instruction on proper body mechanics, postural correction, RSI pathology, self management, and self
relaxation and home exercises with theratubing for trunk stabilization and knee strengthening.
Soft tissue mobilization to C/T, L/S paraspinals, and guided relaxation.
Electrical stimulation, unattended with Premod-TENS to bilateral C/T, L/S junction.
--------------------------------------------------------------
Individual Instruction for 15 minutes
Soft tissue Mobilization for 15 minutes
Electrical Stimulation Unattended for 20 minutes
Total timed: 50 minutes
--------------------------------------------------------------
ASSESSMENT:Patient presents with signs and symptoms that are consistent with cervical and lumbar strain.
Progressing towards goals. Rehab potential is good.

PLAN:Continue as plan of care stated above. Check knee pain.

In the event Gloria M Freeman elects to discontinue Physical Therapy services prior to attaining the agreed
upon goals and treatment Plan of Care, the patient will be considered discharged to a self-management status.
Patient will be discharged from Occupational Health Physical Therapy services if no contact is made within 30
days after the last visit.  For the status at the time of discharge, see the last Progress Note.

41

Bertacchi-Freeman/Hartford001646

 **THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:10/31/12

**Progress Notes (continued)**

Electronically signed by Pittman, Maria (P.T.) on 10/31/2012 10:03 AM

**Patient Secure Message**

No messages in this encounter

## Orders

|  | Ordered On |
|---|---|
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MIN, EA VISIT, INDIVIDUALIZED INSTRUCTION. | 10/31/2012 |
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MINUTES, EACH VISIT, SOFT TISSUE MOBILIZATION. | 10/31/2012 |
| ELEC STIM UNATTENDED, PHYSICAL THERAPY SERVICES | 10/31/2012 |

## All Meds and Administrations

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| MARIA PITTMAN | PHYSICAL THERAPIST | Oct 31, 2012 | 10:03:57 |

Bertacchi-Freeman/Hartford001647

 **THE PERMANENTE MEDICAL GROUP**

ROS-RIVERSIDE
1001 RIVERSIDE AVENUE

ROSEVILLE, CA 95661-5134
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACTED 1953, Sex: F
Enc. Date:11/01/12

## Telephone

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 11/1/2012 7:50 AM | STEVEN EMIL ZAWILLA MD | Ros-1med >Riverside | 341135564 |

### Allergies as of 11/1/2012
Date Reviewed: 10/15/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

### Immunizations as of 11/1/2012
Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD. (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Harvey, Penny (M.A.) | 11/1/2012 2:07 PM |

**Reason For Encounter**
BLOOD PRESSURE CHECK
   Comment : Needs mabp appointment.

| User | Date & Time |
|---|---|
| Zawilla, Steven Emil (M.D.) | 11/1/2012 7:50 AM |

**Reason For Encounter**
BLOOD PRESSURE CHECK

### Vitals
(None)

### Outgoing Call

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 11/1/2012 2:06 PM | STEVEN EMIL ZAWILLA MD | Ros-1med >Riverside | ROSB |

### Clinician Notes

### Progress Notes

**Harvey, Penny (M.A.)** MEDICAL ASSISTANT  11/1/2012  2:08 PM  Signed

Called and left message for Dr Freeman to call 784-4050 and ask to be transferred to medicine 7 where mabp appointment can be made.

Electronically signed by Harvey, Penny (M.A.) on 11/1/2012  2:08 PM

**Zawilla, Steven Emil (M.D.)** Physician  11/1/2012  7:51 AM  Signed

43

Bertacchi-Freeman/Hartford001648

 **THE PERMANENTE MEDICAL GROUP**

ROS-RIVERSIDE
1001 RIVERSIDE AVENUE
.
ROSEVILLE, CA 95661-5134
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]/1953, Sex: F
Enc. Date:11/01/12

**Progress Notes (continued)**

 Call patient her last 2 blood pressures at Kaiser Permanente are too high. I recommend medical assistant blood pressure appointment. If high a medication change will be needed.

Electronically signed by Zawilla, Steven Emil (M.D.) on 11/1/2012  7:51 AM

**Patient Secure Message**

   No messages in this encounter

### All Meds and Administrations

   (There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| PENNY HARVEY | MEDICAL ASSISTANT | Nov 1, 2012 | 14:08:30 |

Bertacchi-Freeman/Hartford001649



**THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:11/02/12

## Work Comp

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 11/2/2012 11:30 AM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | 339780702 |

### Allergies as of 11/2/2012
Date Reviewed: 10/15/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

### Immunizations as of 11/2/2012
Never Reviewed

| | |
|---|---|
| _HAV_-HBV_(Hepatitis A and B) | 7/21/2009 (56 Y) |
| _TB-PPD_(TB_skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Macahilas, Yoko (P.T.) | 11/2/2012 12:29 PM |

### Reason For Encounter
PHYSICAL THERAPY

**Diagnoses**    Visit Diagnoses
**PHYSICAL THERAPY VISIT** - Primary
**SPRAIN OR STRAIN OF LUMBAR REGION**
**SPRAIN OR STRAIN OF CERVICAL SPINE**

### Vitals
(None)

### Flowsheet (all recorded)
**No Flowsheet Template found**

### Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 11/2/2012 11:30 AM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | ROSA |

### Clinician Notes

### Progress Notes

**Macahilas, Yoko (P.T.)** PHYSICAL THERAPIST  11/2/2012 12:30 PM  Signed
 PHYSICAL THERAPY PROGRESS NOTE
NUMBER OF VISIT:3/6
Date of Injury: 10/5/12

PLAN OF CARE – established on 10/25/2012
Referring Provider: Dr. Chong

Referring Diagnosis: right **KNEE JOINT PAIN** - Primary 719.46 **SPRAIN OR STRAIN OF central**

45

Bertacchi-Freeman/Hartford001650



**THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:11/02/12

**Progress Notes (continued)**

## CERVICAL SPINE 847.0 SPRAIN OR STRAIN OF Central LUMBAR REGION 847.2

Treatment Goals:  In 12 weeks.

Patient is able to:
walk 60 minutes without an assistive device. (unmet)// walking 20 mins
bend frequent to perform functional activity(s) of director of pharmacy using good body mechanics.(unmet)// bending occasionally.
lift 30 lbs during simulated vocational task(s) with good body mechanics.(unmet)// not lifting weights.

Treatment to include:
 Patient Education/Home Program
Manual Therapy techniques as needed
Therapeutic Exercise may include flexibility exercises, self mobilization, strength  training, and neuromuscular reeducation.
Functional Activity training
Modalities as needed to address pain and inflammation
Gait training

Frequency and Duration of Treatment: 2 times per week for 12 weeks
=====================================================
Occupation: pharmacy business for 30 years, current position since 7/1/12
Work Status:  patient states not working due to lack of accommodation
Critical Job Demands: Bend , Squat , Lift/Carry , Stand , Walk  and Sit
----------------------------------------------------------
SUBJECTIVE: pt states she noted that her knee and neck/LB pain get worse with weather changes.  Worse with rain, better after it.

OBJECTIVE:
Cervical and trunk, both shoulder range of motions are WNL. Tender at right C4 and LS junction.
Rx:
Individual instruction with review on proper body mechanics, postural correction, wt management, self management, and self relaxation and home exercises with theratubing for trunk stabilization and knee strengthening.
Soft tissue mobilization to C/T, L/S paraspinals and joint mobilization to right C4 unilateral PA and L5S1 central.  Electrical stimulation, unattended with Premod-TENS to bilateral C/T, L/S junction.
----------------------------------------------------------
Individual Instruction for 15 minutes
joint Mobilization for 15 minutes
Electrical Stimulation Unattended for 15 minutes
Total timed: 45 minutes
----------------------------------------------------------
ASSESSMENT:  Patient presents with signs and symptoms that are consistent with cervical and lumbar strain.  Good mobility.  Progressing towards goals. Rehab potential is good.

PLAN:Continue as plan of care stated above.

In the event Gloria M Freeman elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self-management status.

46

Bertacchi-Freeman/Hartford001651

 **THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACTED/1953, Sex: F
Enc. Date:11/02/12

**Progress Notes (continued)**

Patient will be discharged from Occupational Health Physical Therapy services if no contact is made within 30 days after the last visit.  For the status at the time of discharge, see the last Progress Note.


Electronically signed by Macahilas, Yoko (P.T.) on 11/2/2012 12:30 PM


**Patient Secure Message**

No messages in this encounter

## Orders

|  | Ordered On |
|---|---|
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MINUTES, EACH VISIT, THERAPEUTIC EXERCISES. | 11/2/2012 |
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, EACH VISIT, JOINT MOBILIZATION. | 11/2/2012 |
| ELEC STIM UNATTENDED, PHYSICAL THERAPY SERVICES | 11/2/2012 |

## All Meds and Administrations

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| YOKO MACAHILAS | PHYSICAL THERAPIST | Nov 2, 2012 | 12:30:19 |

Bertacchi-Freeman/Hartford001652

 **THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: ███/1953, Sex: F
Enc. Date:11/05/12

## Work Comp

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 11/5/2012  8:50 AM | FLORENCE BESANA CHONG DO | Ros-Occm >Main Campus | 337540913 |

### Allergies as of 11/5/2012

Date Reviewed: 11/5/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

### Immunizations as of 11/5/2012

Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Martin, Kris D. (Coht) | 11/5/2012  8:57 AM |

**Reason For Encounter**

BACK PROBLEM
  Comment : doi-10/5/12
KNEE PROBLEM
  Comment : right

## Diagnoses

### Visit Diagnoses
**SPRAIN/STRAIN, KNEE. - Primary**
**SPRAIN OR STRAIN OF CERVICAL SPINE**
**SPRAIN OR STRAIN OF LUMBAR REGION**

### Vitals - Last Recorded

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 157/79 | 94 | 98.8 °F (37.1 °C) (Oral) | 5' 1.5" | 218 lb (98.884 kg) | 40.52 kg/m2 |

| SpO2 |
|---|
| 98% |

### Flowsheet (all recorded)

**Encounter Vitals**

| Row Name | 11/05/12 0855 |
|---|---|
| **Enc Vitals** | |
| BP | 157/79 mmHg -KM |
| Pulse | 94 -KM |
| Temp | 98.8 °F (37.1 °C) -KM |
| Temp src | Oral -KM |
| SpO2 | 98 % -KM |
| Wt (gms) | 218 lb (98.884 kg) -KM |
| Height | 5' 1.5" -KM |

### User Key

(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| KM | Martin, Kris D. (Coht) | 06/02/12 - |

48



THE PERMANENTE
MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:11/05/12

### Flowsheet (all recorded) (continued)

**Encounter Information**

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 11/5/2012 8:50 AM | FLORENCE BESANA CHONG DO | Ros-Occm >Main Campus | ROSA |

**Visit Notes**

KRIS D MARTIN   Mon Nov 5, 2012  8:57 AM
Pt states she feels the same as last visit

Electronically signed by KRIS D MARTIN on Mon Nov 5, 2012  8:57 AM

**Clinician Notes**

**Progress Notes**

**Chong, Florence Besana (D.O.)** PHYSICIAN (D.O.)  11/5/2012  3:56 PM  Signed
||RETURN INDUSTRIAL INJURY/ILLNESS||
Injury Date: 10/5/12
Kaiser Roseville Occupational Medicine
Employer: Cardinal, July 1, 2012
||Job Title|| Director of Pharmacy
Body Part(s): knee, back, neck
||Mechanism of Injury|| no trauma
Chief Complaint: BACK PROBLEM and KNEE PROBLEM
Reason for PR2: Change in patient's condition


Injury Date: 10/5/12
Date of initial clinic visit to see me:  10/15/2012

||SUBJECTIVE||

HPI:  Gloria M Freeman is a 59 Y right hand dominant female here for back pain 5/10, right knee 5/10 and now
left knee is bothering her, so it's stiff to walk.  She has had 3/6 physical therapy sessions.  Off work since 10/11
since not accommodated.

Review of Systems:
Musculoskeletal: decreased back and right knee pain
Neurological: denies weakness and numbness

Medications: Active Medications as of 11/05/2012:
LIDODERM 5 %(700 MG/PATCH) TOP PTMD PATCH
LEVOTHROID 150 MCG ORAL TAB
ACIPHEX 20 MG ORAL TBEC DR TAB

Allergies: No known drug allergies
Social History:  reports that she quit smoking about 10 years ago. Her smoking use included Cigarettes. She
has a 3 pack-year smoking history. She does not have any smokeless tobacco history on file.

49

 **THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB:░░░░1953, Sex: F
Enc. Date:11/05/12

**Progress Notes (continued)**

||OBJECTIVE||
BP 157/79 | Pulse 94 | Temp(Src) 98.8 °F (37.1 °C) (Oral) | Ht 5' 1.5" | Wt 218 lb (98.884 kg) | BMI 40.52 kg/m2 | SpO2 98%
Physical Exam:no apparent distress
Neck: Full range of motion without pain. Nontender to palpation; no evidence of spasm. Negative Spurling's test.

Back: Nontender to palpation at tight Trapezius-Parathoracic areas. Bilateral paraspinal Lumbosacral areas. No evidence of spasm in these latter areas. Full range of motion in all directions without pain--3 inches from floor.  Negative FABERE. No asymmetry.

Bilateral lower extremities: negative straight leg raise testing in supine position to 70 degrees bilaterally without any back pain. No pain with passive range of motion at hips. No atrophy. No pain with compression of anterior superior iliac spine areas.  Able to walk on heels and toes without

Neurological: normal sensation, MS +5/+5 BLE, gait antalgic with limp


||Additional Information Reviewed||
Data Review:
Reviewed other records: physical therapy


||ASSESSMENT||
847.0 SPRAIN OR STRAIN OF CERVICAL SPINE--resolved
847.2 SPRAIN OR STRAIN OF LUMBAR REGION
844.9 SPRAIN/STRAIN, KNEE.

||TREATMENT PLAN||
I, Florence Chong, DO , have reviewed the Plan of Care from the Physical Therapist and concur with the treatment plans
Continue ice, patch

I discussed with patient that since she has been off work for 2 weeks and hasn't much improved but has some underlying arthritis that she will be released at 8 weeks from occupational medicine since there is no actual single event to cause her neck, back, and knee pain.  Patient understands.  Will continue to exercise.

Work Status: Modified duty, 10 lbs
Return to Clinic: 11/26/12, trial of full duty

||DO NOT REPRODUCE BELOW THIS LINE (Non-industrial information)||:

Bertacchi-Freeman/Hartford001655

 **THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:11/05/12

**Progress Notes (continued)**

Electronically signed by Chong, Florence Besana (D.O.) on 11/5/2012  3:56 PM

**Patient Secure Message**

No messages in this encounter

## Orders

**Prescriptions Ordered This Encounter**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLECTOR 1.3 % Top PTMD Patch** | 5 | 0/0 | 11/5/2012 | 2/5/2014 |
| Sig:  Apply 1 patch topically every 12 hours as needed for pain |  |  |  |  |
| Class:  Fill Now |  |  |  |  |
| Route:  Topical |  |  |  |  |
| Non-formulary Exception Code:  Special Need |  |  |  |  |

## All Meds and Administrations

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| FLORENCE CHONG | OSTEOPATHIC DOCTOR | Nov 5, 2012 | 15:56:52 |

51



**THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: ███/1953, Sex: F
Enc. Date:11/07/12

## Work Comp

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 11/7/2012 2:00 PM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | 340937467 |

### Allergies as of 11/7/2012
Date Reviewed: 11/5/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

### Immunizations as of 11/7/2012
Never Reviewed

| _HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
|---|---|
| _TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Macahilas, Yoko (P.T.) | 11/8/2012 10:00 AM |

#### Reason For Encounter
PHYSICAL THERAPY

**Diagnoses**    Visit Diagnoses
**PHYSICAL THERAPY VISIT -** Primary
**SPRAIN OR STRAIN OF CERVICAL SPINE**
**SPRAIN OR STRAIN OF LUMBAR REGION**
**SPRAIN/STRAIN, KNEE.**

### Vitals
(None)

### Flowsheet (all recorded)
**No Flowsheet Template found**

### Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 11/7/2012 2:00 PM | YOKO MACAHILAS PT | Ros-Ocpm >Main Campus | ROSA |

### Clinician Notes

### Progress Notes

**Macahilas, Yoko (P.T.)** PHYSICAL THERAPIST  11/8/2012 10:01 AM  Signed
 PHYSICAL THERAPY PROGRESS NOTE
NUMBER OF VISIT:3/6
Date of Injury: 10/5/12

PLAN OF CARE – established on 10/25/2012
Referring Provider: Dr. Chong

52


**THE PERMANENTE**
**MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:11/07/12

**Progress Notes (continued)**

Referring Diagnosis: right **KNEE JOINT PAIN** - Primary 719.46 **SPRAIN OR STRAIN OF central CERVICAL SPINE** 847.0 **SPRAIN OR STRAIN OF Central LUMBAR REGION** 847.2

Treatment Goals:  In 12 weeks.

Patient is able to:
walk 60 minutes without an assistive device. (unmet)// walking 20 mins
bend frequent to perform functional activity(s) of director of pharmacy using good body mechanics.(unmet)// bending occasionally.
lift 30 lbs during simulated vocational task(s) with good body mechanics.(unmet)// not lifting weights.

Treatment to include:
 Patient Education/Home Program
Manual Therapy techniques as needed
Therapeutic Exercise may include flexibility exercises, self mobilization, strength  training, and neuromuscular reeducation.
Functional Activity training
Modalities as needed to address pain and inflammation
Gait training

Frequency and Duration of Treatment: 2 times per week for 12 weeks
====================================================
Occupation: pharmacy business for 30 years, current position since 7/1/12
Work Status:  patient states not working due to lack of accommodation
Critical Job Demands: Bend , Squat , Lift/Carry , Stand , Walk  and Sit
-----------------------------------------------------------
SUBJECTIVE: pt states she noted that her knee and neck/LB pain get worse with weather changes.  Worse with rain, better after it.  Knees are sore and so are neck and LB.

OBJECTIVE:
Cervical and trunk, both shoulder range of motions are WNL. Tender at right C4 and LS junction. Gait is WNL.
Rx:
-Individual instruction with review on proper body mechanics, postural correction, wt management, self management, and self relaxation and home exercises with theratubing for trunk stabilization and knee strengthening.  Pt education on benefit of  joint stabilization for arthritic joints.
-Thera Ex for HEP review with knee strengthening ex and postural stability ex's.
-Soft tissue mobilization to C/T, L/S paraspinals and joint mobilization to right C4 unilateral PA and L5S1 central.
-Electrical stimulation, unattended with Premod-TENS to bilateral C/T, L/S junction.
--------------------------------------------------------
Individual Instruction for 10 minutes
STM for 10 minutes
joint Mobilization for 5 minutes
Electrical Stimulation Unattended for 20 minutes
Total timed: 45 minutes
--------------------------------------------------------
ASSESSMENT:  Patient presents with signs and symptoms that are consistent with cervical and lumbar strain with probable arthritic changes in joints.  Good mobility.  Progressing towards goals. Rehab potential is good.

PLAN:Continue as plan of care stated above.

53

Bertacchi-Freeman/Hartford001658

 **THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB[REDACTED]1953, Sex: F
Enc. Date:11/07/12

---

**Progress Notes (continued)**

In the event Gloria M Freeman elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self-management status. Patient will be discharged from Occupational Health Physical Therapy services if no contact is made within 30 days after the last visit.  For the status at the time of discharge, see the last Progress Note.

Electronically signed by Macahilas, Yoko (P.T.) on 11/8/2012 10:01 AM

**Patient Secure Message**

No messages in this encounter

## Orders

|  | Ordered On |
|---|---|
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MINUTES, EACH VISIT, THERAPEUTIC EXERCISES. | 11/8/2012 |
| PHYSICAL MEDICINE TREATMENT TO ONE AREA, INITIAL 30 MINUTES, EACH VISIT, SOFT TISSUE MOBILIZATION. | 11/8/2012 |
| ELEC STIM UNATTENDED, PHYSICAL THERAPY SERVICES | 11/8/2012 |

## All Meds and Administrations

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| YOKO MACAHILAS | PHYSICAL THERAPIST | Nov 8, 2012 | 10:01:24 |

Bertacchi-Freeman/Hartford001659



**THE PERMANENTE MEDICAL GROUP**

| ROS-MAIN CAMPUS | FREEMAN,GLORIA M |
|---|---|
| 1600 EUREKA ROAD | MRN: 110002856742 |
| ROSEVILLE, CA 95661-3027 | DOB: [REDACTED]/1953, Sex: F |
| Encounter Record | Enc. Date:11/26/12 |

## Work Comp

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 11/26/2012 9:10 AM | FLORENCE BESANA CHONG DO | Ros-Occm >Main Campus | 341867866 |

### Allergies as of 11/26/2012
Date Reviewed: 11/26/2012

| | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies 1998-10-12 | 10/12/1998 | | |

### Immunizations as of 11/26/2012
Never Reviewed

| | |
|---|---|
| HAV-HBV (Hepatitis A and B) | 7/21/2009 (56 Y) |
| TB-PPD (TB skin test) | 8/12/2011 (58 Y) |
| Td 7yrs-adult (Tetanus, diphtheria) | 7/5/2001 (48 Y) |

### Reason For Encounter History

| User | Date & Time |
|---|---|
| Badila, Paula | 11/26/2012 9:24 AM |

**Reason For Encounter**

KNEE PROBLEM
   Comment : right doi 10-5-12
BACK PROBLEM

### Diagnoses

**Visit Diagnoses**
**SPRAIN OR STRAIN OF LUMBAR REGION** - Primary
**SPRAIN OR STRAIN OF CERVICAL SPINE**
**SPRAIN/STRAIN, KNEE.**

### Vitals - Last Recorded

| BP | Pulse | Temp(Src) | SpO2 |
|---|---|---|---|
| 164/99 | 78 | 98 °F (36.7 °C) (Oral) | 95% |

### Flowsheet (all recorded)

### Encounter Vitals

| Row Name | 11/26/12 0924 |
|---|---|
| ·Enc Vitals | |
| BP | 164/99 mmHg -PB |
| Pulse | 78 -PB |
| Temp | 98 °F (36.7 °C) -PB |
| Temp src | Oral -PB |
| SpO2 | 95 % -PB |

### User Key
(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| PB | Badila, Paula | 05/31/12 - |

### Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 11/26/2012 9:10 AM | FLORENCE BESANA CHONG DO | Ros-Occm >Main Campus | ROSA |

Bertacchi-Freeman/Hartford001660

 **THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [REDACTED]1953, Sex: F
Enc. Date:11/26/12

---

**Visit Notes**

**PAULA BADILA**    Mon Nov 26, 2012 9:25 AM
Patient reports that.she is feeling  same as last visit

Electronically signed by PAULA BADILA on Mon Nov 26, 2012  9:25 AM

---

**Clinician Notes**

---

**Progress Notes**

**Chong, Florence Besana (D.O.)** PHYSICIAN (D.O.)  11/26/2012 10:47 AM  Signed
||RETURN INDUSTRIAL INJURY/ILLNESS||
Injury Date: 10/5/12
Kaiser Roseville Occupational Medicine
Employer: Cardinal, July 1, 2012
||Job Title||  Director of Pharmacy
Body Part(s): knee, back, neck
||Mechanism of Injury|| no trauma
Chief Complaint: BACK PROBLEM and KNEE PROBLEM
Reason for PR2: Periodic Report (required 45 days after last report)


||SUBJECTIVE||

HPI:  Gloria M Freeman is a 59 Y right hand dominant female here for follow up on her back and right knee.
Her back pain 5/10, right knee 5/10 when she gets up, sitting is 0/10. She has had 3/6 physical therapy
sessions.  Off work since 10/11 since not accommodated.  She went to see her own orthopedic surgeon while
she was off.  She was told she a leg length discrepancy with left leg shorter than her right which has bothered
her knees and thus bothered her back.  She is to have surgery to have left knee surgery 12/13/12 at West Bay
Orthopedic group own 11/13/12. She said she had meniscal problem with both knees but that they'll do the left
one first then the right knee after a few month.  She was told DDD of back and to have MRI.

Review of Systems:
Musculoskeletal: unchanged back and right knee pain
Neurological: denies weakness and numbness

Active Medications as of 11/26/2012:
LIDODERM 5 %(700 MG/PATCH) TOP PTMD PATCH
LEVOTHROID 150 MCG ORAL TAB
ACIPHEX 20 MG ORAL TBEC DR TAB


Allergies: No known drug allergies
Social History:  reports that she quit smoking about 10 years ago. Her smoking use included Cigarettes. She
has a 3 pack-year smoking history. She does not have any smokeless tobacco history on file.

||OBJECTIVE||
BP 164/99 | Pulse 78 | Temp(Src) 98 °F (36.7 °C) (Oral) | SpO2 95%
Physical Exam:no apparent distress

56



THE PERMANENTE MEDICAL GROUP

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: [redacted]/1953, Sex: F
Enc. Date:11/26/12

**Progress Notes (continued)**

Neck: Full range of motion without pain. Nontender to palpation; no evidence of spasm. Negative Spurling's test.

Back: Nontender to palpation at tight Trapezius-Parathoracic areas. Bilateral paraspinal Lumbosacral areas. No evidence of spasm in these latter areas. Full range of motion in all directions without pain--3 inches from floor. No asymmetry.

Bilateral lower extremities: negative straight leg raise testing in supine position to 70 degrees bilaterally without any back pain. No pain with passive range of motion at hips. No atrophy. No pain with compression of anterior superior iliac spine areas. Able to walk on heels and toes without

Bilateral Knees: no erythema or swelling. Nontender to palpation. No joint line tenderness medially or laterally. No evidence of effusion. Full range of motion with pain--110 degrees flexion bilaterally, full extension. Negative Drawer test. No laxity medially or laterally. Negative Lachman's test. Negative MacMurray's test.

Neurological: normal sensation, MS +5/+5 BLE, gait antalgic with limp

||Additional Information Reviewed||
Data Review:
Reviewed other records: physical therapy

||ASSESSMENT||
847.0 SPRAIN OR STRAIN OF CERVICAL SPINE--resolved
847.2 SPRAIN OR STRAIN OF LUMBAR REGION
844.9 SPRAIN/STRAIN, KNEE.
HYPERTENSION

||TREATMENT PLAN||
Follow up with own primary doctor and orthopedics surgeon

Causation: After careful review of all available evidence, it is my opinion, that her knee and back are non-industrial since she remains unchanged with her pain level without work for over a month. Also, she states her orthopedic surgeon deemed her back pain to be caused by her leg length discrepancy causing her to have knee and back pain.

Now that her neck pain has resolved and she has ongoing issues with her knees and back.

She did not sustain any trauma to these said body parts and thus, I am releasing her from care and to follow up under her own health care plan. Also advised her to follow up on her blood pressure which is elevated today.

Work Status: full duty
Return to Clinic: none

||DO NOT REPRODUCE BELOW THIS LINE (Non-industrial information)||:


**THE PERMANENTE MEDICAL GROUP**

ROS-MAIN CAMPUS
1600 EUREKA ROAD
ROSEVILLE, CA 95661-3027
Encounter Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACTED 1953, Sex: F
Enc. Date:11/26/12

**Progress Notes (continued)**

Electronically signed by Chong, Florence Besana (D.O.) on 11/26/2012 10:47 AM

**Patient Secure Message**

No messages in this encounter

### All Meds and Administrations

(There are no med orders for this encounter)

**Electronically signed by:**

| Signer | Title | Date | Time |
|---|---|---|---|
| FLORENCE CHONG | OSTEOPATHIC DOCTOR | Nov 26, 2012 | 10:47:27 |

**Medication Detail**

| | Quantity | Refills | Start | End |
|---|---|---|---|---|
| Calcitriol (VECTICAL) 3 mcg/gram Top Oint | 100 | 5/5 | 8/26/2012 | 11/26/2013 |

Sig : Apply topically 2 times a day to affected area(s)
Route:  Topical

**Order Release Information**

| Date and Time | Department |
|---|---|
| 8/20/2012 10:05 AM | Ros-1med >Riverside |

**Order Providers**

| Prescribing Provider | Encounter Provider |
|---|---|
| Zawilla, Steven Emil (M.D.) | Zawilla, Steven Emil (M.D.) |

**Medication Detail**

| | Quantity | Refills | Start | End |
|---|---|---|---|---|
| Betamethasone Valerate (VALISONE) 0.1 % Top Oint | 45 | 5/5 | 8/26/2012 | 11/26/2013 |

Sig : Apply topically 2 times a day for psoriasis
Route:  Topical

**Order Release Information**

| Date and Time | Department |
|---|---|
| 8/20/2012 10:04 AM | Ros-1med >Riverside |

**Order Providers**

| Prescribing Provider | Encounter Provider |
|---|---|
| Zawilla, Steven Emil (M.D.) | Zawilla, Steven Emil (M.D.) |

Bertacchi-Freeman/Hartford001663

 **THE PERMANENTE MEDICAL GROUP**

Medication Record

FREEMAN, GLORIA M
MRN: 110002856742
DOB ▓1953, Sex: F

---

## Medication Detail

| | Quantity | Refills | Start | End |
|---|---|---|---|---|
| **FLECTOR 1.3 % Top PTMD Patch** | 5 | 0/0 | 11/5/2012 | 2/5/2014 |
| Sig : Apply 1 patch topically every 12 hours as needed for pain | | | | |
| Route: Topical | | | | |
| DAW: Yes | | | | |
| Non-formulary Exception Code: Special Need | | | | |
| Class: Fill Now | | | | |

## Order Release Information

| Date and Time | Department |
|---|---|
| 11/5/2012  9:25 AM | Ros-Occm >Main Campus |

## Order Providers

| Prescribing Provider | Encounter Provider |
|---|---|
| Chong, Florence Besana (D.O.) | Chong, Florence Besana (D.O.) |

## Medication Detail

| | Quantity | Refills | Start | End |
|---|---|---|---|---|
| **Hydrochlorothiazide (ESIDRIX/HYDRODIURIL) 25 mg Oral Tab** | 100 | 0/1 | 11/5/2012 | 2/5/2014 |
| Sig : Take 1 tablet orally daily | | | | |
| Route: Oral | | | | |
| Class: Fill Now | | | | |

## Order Release Information

| Date and Time | Department |
|---|---|
| 5/24/2011  6:13 PM | Ros-1med >Riverside |

## Order Providers

| Prescribing Provider | Encounter Provider |
|---|---|
| Zawilla, Steven Emil (M.D.) | Zawilla, Steven Emil (M.D.) |

## Medication Detail

| | Quantity | Refills | Start | End |
|---|---|---|---|---|
| **Doxycycline Hyclate (VIBRA-TABS) 100 mg Oral Tab (Discontinued)** | 20 | 0/0 | 5/26/2012 | 9/14/2012 |
| Sig : Take 1 tablet orally 2 times a day until gone | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: Discontinue Prescription | | | | |
| Class: Fill Now | | | | |

## Order Release Information

| Date and Time | Department |
|---|---|
| 5/26/2012 11:03 AM | Ros-Ahae >Main Campus |

## Order Providers

| Prescribing Provider | Encounter Provider |
|---|---|

59


**THE PERMANENTE MEDICAL GROUP**

Medication Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: REDACTED 1953, Sex: F

## Order Providers (continued)

| Prescribing Provider | Encounter Provider |
|---|---|
| Mirzoyan, Anna (M.D.) | Mirzoyan, Anna (M.D.) |

## Medication Detail

| | Quantity | Refills | Start | End |
|---|---|---|---|---|
| LIDODERM 5 %(700 mg/patch) Top PTMD Patch (Discontinued) | 7 | 0/0 | 10/15/2012 | 2/23/2013 |

Sig : Apply 1 patch to skin to affected area(s) daily when needed for pain .Do not keep on patch on for more than 12 hours.Patches may be cut to fit affected area.
Route: Topical
DAW: Yes
Reason for Discontinue: Discontinue Prescription
Non-formulary Exception Code: Special Need
Class: Fill Now

## Order Release Information

| Date and Time | Department |
|---|---|
| 10/15/2012 12:17 PM | Ros-Occm >Main Campus |

## Order Providers

| Prescribing Provider | Encounter Provider |
|---|---|
| Chong, Florence Besana (D.O.) | Chong, Florence Besana (D.O.) |

## Medication Detail

| | Quantity | Refills | Start | End |
|---|---|---|---|---|
| ACIPHEX 20 mg Oral TBEC DR Tab  (Discontinued) | 100 | 4/5 | 8/19/2012 | 12/29/2012 |

Sig : Take 1 tablet orally daily before a meal.
Route: Oral
DAW: Yes
Reason for Discontinue: Discontinue Prescription
Non-formulary Exception Code: Treatment Failure

## Order Release Information

| Date and Time | Department |
|---|---|
| 4/30/2012 7:58 AM | Ros-1med >Riverside |

## Order Providers

| Prescribing Provider | Encounter Provider |
|---|---|
| Zawilla, Steven Emil (M.D.) | Zawilla, Steven Emil (M.D.) |

## Medication Detail

| | Quantity | Refills | Start | End |
|---|---|---|---|---|
| Levothyroxine (LEVOTHROID) 150 mcg Oral Tab (Discontinued) | 100 | 4/5 | 8/19/2012 | 12/29/2012 |

Sig : Take 1 tablet orally daily
Route: Oral
Reason for Discontinue: Discontinue Prescription

60

 **THE PERMANENTE MEDICAL GROUP**

Medication Record

FREEMAN,GLORIA M
MRN: 110002856742
DOB: ▓▓1953, Sex: F

## Order Release Information

| Date and Time | Department |
|---|---|
| 4/30/2012  7:58 AM | Ros-1med >Riverside |

## Order Providers

| Prescribing Provider | Encounter Provider |
|---|---|
| Zawilla, Steven Emil (M.D.) | Zawilla, Steven Emil (M.D.) |

Bertacchi-Freeman/Hartford001666

Ms. Christine Montroy
Ability Analyst
Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
877 454 7217


May 7, 2013

Dear Ms. Montroy:

Policy Holder: Cardinal Health, Inc
Re: Gloria Bertacchi-Freeman
Insured ID 9004108017
Policy Number: 83120674

I am in receipt of your letter dated May 3, 2013.

I have contacted all institutions again for which you are requesting medical records. Many are missing their unique release forms and some had not received any requests from you (or so they claim ie Target Pharmacy Daly City). Some have still not responded (Campus Surgery, Kaiser(I faxed a form to them), and US Healthworks). I have completed the unique release forms for Kaiser and faxed them to the Medical Records. For Mercy Hospital Folsom I requested the form by mail and will fax it back as soon as I receive it.

I also spoke to my attorney, Edward Lester at Mastagni Law Firm at 916 446 4692 who is handling the worker's compensation case and he says that it is your responsibility to get the medical information from the facilities and to send medical court runners out to the facilities to get them and copy them.

I did fax you the other form you requested yesterday from Dr. Kim's office as well.

The QME in the worker's compensation case is proceeding forward and should be done shortly.

Thanks,

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA. 95746
916 390 1845

Bertacchi-Freeman/Hartford001667



**Hartford Life**
## Fax Cover Page

To: Target Pharmacy
Subject: FAX MESSAGE

**From:** Benefit Management Services
**Company:** Hartford Life
**Address:** PO BOX 14305
Lexington, KY 40512-4305
**Phone:** 860-547-5000
**Fax:** 877-454-7217

Date: 05/07/13 03:55:17 PM

Total Pages: # including cover page

This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

Memo:

>Christine Montroy
Senior Ability Analyst
The Hartford * Commercial Markets * Group Benefits Claims
P.O. Box 14305 Lexington, KY 40512-4305
>Tel 1-800-898-2458 ext 2308969 * e-fax 1-877-454-7217
>christine.montroy@thehartford.com

Bertacchi-Freeman/Hartford001668

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| May 7 2013 5:15:04:02:5006-TLN-AC Document 18-3 Filed 04/03/17 Page 603 of 769 eived |

2013-05-06 22:24  1407 RX          4158402254 >>                          P 1/3

# ◎ PHARMACY

**FROM:**
**TARGET T1407**
133 Serramonte Center, Daly City, CA 94015
**Phone: 650-755-4668**
**Fax: 415-840-2254**

**Pharmacy request for:**

**Your Patient:** _____          **DOB:** _____

**TO:**
~~DOCTOR:~~ *Christine Montroy*
*Senior Ability Analyst –*
**Phone:** _____     **FAX:** _____

Request→  1st _____   2nd _____   3rd _____

Here is the print out for
Gloria Bertacchi – Freeman
from 1/1/12 – Present.

Thx.

©2010 Target Pharmacy. Confidential.
The information contained in this facsimile message may be privileged and confidential information. It is intended only for the use of individual or entity to which it is
addressed. If the reader of this message is not the intended recipient or the employee of agent responsible for delivering the message to the intended recipient, you
are hereby notified that any use, dissemination, disclosure or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please
immediately notify us by telephone at the number listed above and return the original message to the address above by mail.

Bertacchi-Freeman/Hartford001669

Case 2:15-cv-02556-TLN-AC  Document 18-3  Filed 04/03/17  Page 604 of 769

BERTGL2

Patient: BERTACCHI-FREEMAN, GLORIA    Pharmacy: TARGET PHARMACY #1407
RespPty:                                        133 SERRAMONTE CENTER
        5135 MOSS LN                            DALY CITY      CA 94015
                                                RPh: CONNIE WONG
        GRANITE BAY      CA 95746 5881
 Birth: REDACTED 1953

Prescriptions:                    Dates: 01/01/2012 to 05/07/2013

| Last Fill Written | Rx # Tx # | Drug Name Drug NDC | DAW RPh RefAut/Rem/# | Qty Days Physician | Price |
|---|---|---|---|---|---|
| 12/13/2012 | 4825794 | HYDROCO/APAP 10-325 TAB | 0 | 30 5 | 7.48 |
| 12/05/2012 | 1496263 | | MCA  0 /0  / 0 | Dr. KIM, LESLIE H. | |
| 12/13/2012 | 6988377 | CYCLOBENZAPR 10 MG TAB | 0 | 30 10 | 3.33 |
| 12/13/2012 | 1496262 | | MCA  0 /0  / 0 | Dr. MEDEIROS, DUANE | |

Report Date: 05/07/2013                              $10.81


Attested To By: _____
                 Registered Pharmacist

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED          REMOTE CSID          DURATION    PAGES    STATUS
May 6, 2013 6:23:49 PM EST Case 3:13-cv-02596-TLN-AC Document 18-3  Filed 04/03/17  Page 605 of 769 Received
05/06/2013  15:45    6507553005              OFFICE DEPOT 933             PAGE    01/02

Please fax the completed form to:
**Fax Number: 866-411-5613**
The Hartford  P.O. Box 14301
Lexington, KY 40512-4301

HARTFORD LIFE INSURANCE COMPANY
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

**ATTENDING PHYSICIAN'S STATEMENT OF FUNCTIONALITY**

THE HARTFORD
REDACTED

## To be completed by the Employee

Patient Name: _Gloria Bertacchi-Freeman_   Insured ID Number: _9004108017_   Date of Birth: _53_

Patient Address: _5135 Miss Lane_   City _Orange Bay_   State _CA_   Zip Code _95746_

Email Address: _axita clorton & yahoo.com_   Employer Name: _Cardinal_

Personal Cell Telephone Number: _(916) 390-1845_   Alternate Telephone Number: ( )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? ☐ Yes ☑ No

I hereby authorize release of information on this form by the below named physician for the purpose of claim processing.

Signed _(Patient)_: _____   Date: _3/19/13_

To be completed by the Attending Physician (*The patient is responsible for the completion of this form without expense to the Company*)
**Please Note: Completion of this entire form will allow us to better assess your patient's disability claim.**

Patient's condition is the result of: ☐ Sickness ☑ Injury ☐ Pregnancy

If pregnancy, what is the expected date of delivery?   Month _____   Day _____   Year _____

Is condition due to illness or an injury that is work related? ☑ Yes ☐ No

### DIAGNOSIS

Primary diagnosis: _Lt. Knee Osteoarthritis_   ICD-9 Code: _715.16_

Secondary diagnosis(es): _Lt. Knee Chrondomalacia_   ICD-9 Code(s): _717.7_

Subjective symptoms: _Reduction of Pain, Knee + Back Pain, Neck Pain_

Blood pressure: _186 / 131_   Date BP taken: _4 / 9 / 13_   Height: _5'1"_   Weight: _210 lbs_

Pertinent Test Results (list all results, or enclose test):

Test: _MRI_   Date: _1/25/11_   Results: _previously sent_

Test: _____   Date: _____   Results: _____

Physical Examination Findings: _ROM 0-120 with minimal discomfort with flexion_
_Injection into knee given on 4-9-13_

Current Medications, Dosage and Frequency: _Hydrocodone/APAP 10-335, prn pain; Cyclobenzaprine 10mg prn pain_
**TREATMENTS** _Naproxen prn; Lidoderm patches prn pain; Lidocaine/Medrol Injection x1_
_500mg_

Date your patient reported stopping work: _10/11/12_   Date of Disability: _10/5/12_   Expected Return to Work Date: _____

Date you first treated this patient: _11/13/12_   Date you first treated this patient for this condition: _11/13/12_
_previously in 11/29/11_

Date of reported onset of this condition: _10/5/12_   Date of most recent treatment: _4/9/13_

How often has patient been seen/treated for this condition? _11/13/12, 11/26/12, 12/4/12, 12/14/12_   Date of next office visit: _6/17/13_
_11/24/13 / 2/27/13, 4/9/13, 5/16/13_

Has patient been referred to any other physician? ☐ Yes ☑ No  If "Yes," Date(s): _____

Name of Physician(s): _____

Telephone Number of Physician(s): ( )   Specialty: _____

Has surgery been performed? ☑ Yes ☐ No   Is surgery planned? ☐ Yes ☐ No

If "Yes," Date: _12/13/12_   Procedure: _Left Knee Arthroscopy_   CPT Code: _29881_

Was patient hospitalized for this condition? ☐ Yes ☑ No

If "Yes," Name of Hospital: _____   Telephone Number of Hospital: ( )

Date(s) admitted: _____   Date(s) Discharged: _____

Bertacchi-Freeman/Hartford001671

FUNCTIONAL CAPABILITIES

Please complete this section based on your clinical assessment at the time patient stopped working or reduced work schedule.

In a general workplace environment the patient is able to:

| | Sit | Stand | Walk |
|---|---|---|---|
| Number of hours at a time | 30 min/ hr | 30 min/ hr | 20 min/ hr |
| Total hours/day | 4 | 4 | 4 |

Please check the frequency with which the patient can perform the following activities:

| R = Right  L = Left  B = Bilateral | Never | Occasionally (1-33%) | Frequently (34-67%) | No Restrictions | Not Applicable |
|---|---|---|---|---|---|
| Lift / carry 1 to 10 lbs. | R L B | R L ⓑ | R L B | R L B | |
| Lift / carry 11 to 20 lbs. | R L ⓑ | R L B | R L B | R L B | |
| Lift / carry 21 to 50 lbs. | R L ⓑ | R L B | R L B | R L B | |
| Lift / carry 51 to 100 lbs. | R L ⓑ | R L B | R L B | R L B | |
| Lift / carry over 100 lbs. | R L ⓑ | R L B | R L B | R L B | |
| Bending at waist | | | | | |
| Kneeling / crouching | | | | | |
| Driving | | | | | |
| Reaching only (not load-bearing) Above shoulder | R L B | R L ⓑ | R L B | R L B | |
| At waist / desk level | R L B | R L ⓑ | R L B | R L B | |
| Below waist / desk level | R L B | R L ⓑ | R L B | R L B | |
| Fingering / handling | R L B | R L B | R L B | R L B | ✓ |

Hand dominance: ☑ R  ☐ L
Is the patient's vision impaired? ☑ Yes ☐ No
Best corrected visual acuity: R 20/20 L 20/20
Does the patient have a psychiatric / cognitive impairment? ☐ Yes ☑ No  If "Yes," please describe the extent of the impairment and its etiology:

Progress (Please check one): ☐ Recovered ☐ Improved ☑ Unchanged ☐ Retrogressed

Do you believe the patient is competent to endorse checks and direct the use of the proceeds? ☑ Yes ☐ No

Current restrictions or limitations, if different from above:

Expected duration of any current restriction(s) or limitation(s) listed above:
unknown

Attending Physician's Name: (please print or type)
Leslie H. Kim, MD
License Number: G41605
EIN Number:
Telephone Number: 650 991-9400
Fax Number: 650 991-3650
Degree: M.D.
Specialty: Orthopaedic Surgery
Street Address: Street, City, State & Zip Code) 901 Campus Drive Suite 111 Daly City, CA 94015
Signature:
Date signed: 5-6-2013

LC-7135-6 [FI] Page 2 of 2 09/2012

Bertacchi-Freeman/Hartford001672

BERTACCHI, GLORIA M    Scan on 4/19/2013 2:22 PM by SANCHEZ, VANESSA
Case 2:15-cv-02596-TLN-AC Document 12 Filed 04/03/17 Page 607 of 769

04/18/2013 07:45 FAX                    KINKO'S                         ☑001/002

RX

UNIVERSITY OF CALIFORNIA, DAVIS
HEALTH SYSTEM

**PATIENT NAME** Gloria Bertacchi-Freeman

**MEDICAL RECORD #:** 11056432

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION**

**BIRTHDATE:** 5/1/53                               Page 1 of 2    Fax #
                                                                  916 734-2126

**I authorize:**
UC DAVIS MEDICAL CENTER
HEALTH INFO. MGMT. DEPT.
Name of person/facility who has information
Sacramento, California

Street Address, City, State, Zip Code

**to release health information to:** re 900410807, 83126674

Benefit Management Services, Minneapolis Claims Office
Specify name/title of person and/or facility to receive health information    (Disability)

PO Box 14305
Street Address, City, State, Zip Code

Lexington, KY 40512-4305

*************************************************

**Please specify the health information you authorize to be released:**

☑ MEDICAL                          ☑ MENTAL HEALTH (other than
                                        psychotherapy notes)

**Type(s) of health information:** Medical Records

**Date(s) of treatment:** Jan 1, 2012 to present    (Dr. Nguyen
                                                       Todkin)

You may also authorize the release of information for treatment provided after the date of the signature on this Authorization as long as such treatment occurs while this authorization has not expired. Please initial if you would like this Authorization to release information about healthcare you receive after the date of your signature. _____
                                                                          (Initial here)

The following information will **not** be released unless you specifically authorize it by marking the relevant box(es) below:

☑   I specifically authorize the release of information pertaining to drug and alcohol abuse, diagnosis or treatment (42 C.F.R. §§2.34 and 2.35).

☑   I specifically authorize the release of HIV/AIDS test results (Health and Safety Code §120980(g)).

☐   I specifically authorize the release of genetic testing information (Health and Safety Code §124980(j)).

71431-784 (2/11)    **AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION—PAGE 1 OF 2**    NR900/82152

Bertacchi-Freeman/Hartford001673

04/18/2013 07:45 FAX                    KIHKO'S                          ☎ 002/002

291364042000182
UNIVERSITY OF CALIFORNIA, DAVIS
HEALTH SYSTEM

PATIENT NAME _Gloria Bertacchi Freeman_

MEDICAL RECORD # _11 056432_

BIRTHDATE: _5/1/53_

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION**

Page 2 of 2

The purpose of this release is for (check one or more):

☑ At the request of the patient/patient representative

☑ Other (state reason) _MSGri ALL~_

**NOTICE**

UCDHS and many other organizations and individuals such as physicians, hospitals and health plans are required by law to keep your health information confidential. If you have authorized the disclosure of your health information to someone who is not legally required to keep it confidential, it may no longer be protected by state or federal confidentiality laws.

**YOUR RIGHTS**

This Authorization to release health information is voluntary. Treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this Authorization except in the following cases: (1) to conduct research-related treatment, (2) to obtain information in connection with eligibility or enrollment in a health plan, (3) to determine an entity's obligation to pay a claim, or (4) to create health information to provide to a third party.

This Authorization may be revoked at any time. The revocation must be in writing, signed by you or your patient representative, and delivered to: Health Information Management Department, UCDHS, 2315 Stockton Blvd., Building 12, Sacramento, California 95817.

The revocation will take effect when UCDHS receives it, except to the extent UCDHS or others have already relied on it.

You are entitled to receive a copy of this Authorization.

**EXPIRATION OF AUTHORIZATION**

Unless otherwise revoked, this Authorization expires _____(insert applicable date or event). If no date is indicated, the Authorization will expire 12 months after the date of my signing this form.

_Gloria Bertacchi Freeman_
Print Name

_Signature (Patient, Parent, Representative)_

_4/17/13_          _3:30pm_
Date                Time

_Relationship to Patient (Parent, Guardian, Conservator, Patient Representative)_

_Witness (only if patient unable to sign) or Interpreter_

F1431-7B4 (2/11)    AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION—Page 2 OF 2    MR906002182



16  pgs          000125
********AUTO**ALL FOR ADC 400
000000125 04 AB    1.240
ATTN: HARTFORD
HARTFORD
PO BOX 14305
LEXINGTON KY  40512-4305

|l|l|l|l|l|l|ı|ı|ı|l|ı|l|l|l|l||||l|l|ı|ıı|l|lı|ı|ı||l|||||

# ATTENTION
## Confidential information enclosed.
## To be viewed by authorized persons only.

# If you have questions regarding any information you have requested,
# Please call the phone number on the enclosed invoice

Health information is reproduced by HealthPort, a health information outsourcing service.  Your healthcare facility contracts with HealthPort to process authorized copies of medical records.

Reproductions are made from the medical facility's original records.  The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover.  Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

Bertacchi-Freeman/Hartford001675

201304251000302

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

 **HealthPort.**
**INVOICE**

**Invoice #:** 0126288847
**Date:** 4/24/2013
**Customer #:** 1578647

| Ship to: | Bill to: | Records from: |
|---|---|---|
| HARTFORD<br>HARTFORD<br>PO BOX 14305<br>LEXINGTON, KY 40512- | HARTFORD<br>HARTFORD<br>PO BOX 14305<br>LEXINGTON, KY 40512- | U C DAVIS MEDICAL CENTER<br>2315 STOCKTON BLVD<br>SACRAMENTO, CA 95816 |

**Requested By:** HARTFORD
**Patient Name:** FREEMAN GLORIA

**DOB:** REDACTED 53

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 12 | 1.25 | 15.00 |
| Shipping | | | 1.52 |
| Subtotal | | | 41.52 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 41.52 |
| Balance Due | | | 41.52 |

**Pay your invoice online at www.HealthPortPay.com**

**Terms: Net 30 days**      **Please remit this amount : $ 41.52 (USD)**

- - - - - - - - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| | |
|---|---|
| **Invoice #:** 0126288847 | |
| Check # _____ | |
| Payment Amount $_____ | |

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to **www.HealthPortPay.com** or call (770) 754 6000.
Email questions to Collections@healthport.com.

Bertacchi-Freeman/Hartford001676

## Chief Complaint

Patient presents with

- Hypertension
- Back Pain
- Knee Pain
    *bilateral knees*


Gloria M Bertacchi is a 59yr old female who presents to follow up hypertension. She ran out of her hydrochlorothiazide 3 weeks prior and has not taken this since. She denies headache, visual disturbance,  Chest pain. She does not check blood pressure at home. It is mildly elevated today.

Her back pain has not improved. She does not do daily stretches for her back. NO saddle paresthesia. NO changes in bowel or bladder.

She is followed by orhto for her meniscus injury. She is in physical therapy. She is s/p knee surgery.

Discussed hyperlipidemia. Patient has not tried dietary changes.

**PHYSICAL EXAM:**
**BP 136/92 | Pulse 90 | Temp(Src) 36.7 °C (98.1 °F) (Tympanic) | Ht 1.549 m (5' 1") | Wt 96.979 kg (213 lb 12.8 oz) | BMI 40.40 kg/m2 | SpO2 96%**

General: Alert. No apparent Distress.
CV: Regular rate and rhythm without murmur.
Lungs: CTAB. No visible respiratory distress
Abdomen: Positive BS. Soft. Nontender. Nondistended.
Extremities: No edema bilaterally in lower extremities. 2/4 pedal pulses
Musculoskeletal: Back straight. Pt can walk heel to toe and stand on heels and toes. 5/5 hand grip, shoulder flexion, knee flexion and extension strength.

**ASSESSMENT & PLAN:**

401.9 HTN (hypertension)
Plan: Restart hydrochlorothiazide 25 mg daily

272.4 Other and unspecified hyperlipidemia
Plan: LIPID PANEL WITH DLDL REFLEX

V70.0 Preventative health care
Comment: patient wishes to establish with ob for well woman exam
Plan: MAMMOGRAPHY SCREENING, OB/GYN – GENERAL
    REFERRAL

733.92 Chondromalacia of left knee
Comment: per history. Patient worried about her bone density and wished to have screening
Plan: DEXA, COMPLETE

I did review patient's past medical and family/social history.
Patient verbalizes understanding of instructions and care plan.  Barriers to Learning: None.

Electronically signed by:
Thuy Rose Nguyen, D.O.
Associate Physician PCN

Electronically signed byThuy Rose Nguyen, DO on 03/09/13 2004

**Chart Review Routing History**

No Routing History on File

**Progress Notes**

**Chief Complaint**

Patient presents with

• Establish Care
  *NP to establish*
• Form Request
  *Disability form*

Gloria M Bertacchi is a 59yr old female who presents with left knee and neck pain since oct 5 th after an injury to her knee. She works as a  pharmacist and was in a psychiatric ward and backed up into a chair to get out of the reach of a patient. She plans  To go to  physical therapy. Has meniscus tear and is planning on having a repair. Pain in medial knee. Difficult to walk. Only can walk about 1.5 blocks then has to rest from knee pain. Also with back pain. She thinks this has been aggrevated by having to reach in high cabinets as work. Patient had urinary incontinence Oct 7 with urgency noted. She continues to have urinary incontinence a few times per week. Has an urge and perhaps cannot get to the restroom in time. XR of back and neck already been done.  She had been trying benadryl for insomnia. Wakes up every 2 hours and can't stay asleep.

**ROS**:

Constitutional: No fever, chills
HEENT: no visual disturbances. No hearing problems
CV: No chest pain, palpitations, edema
Pulmonary: No SOB, cough
GI: No nausea, vomiting

**PHYSICAL EXAM:**
**BP 118/70 | Pulse 96 | Temp(Src) 36.6 °C (97.8 °F) (Tympanic) | Ht 1.549 m (5' 1") | Wt 97.523 kg (215 lb) | BMI 40.62 kg/m2 | SpO2 96%**

General: Alert. No apparent Distress.

HEENT:PERRL. Conjunctiva clear.
CV: Regular rate and rhythm without murmur.
Lungs: CTAB. No visible respiratory distress
Extremities: 1+ edema bilaterally in lower extremities. 2/4 pedal pulses
Musculoskeletal: Pt can walk heel to toe and stand on heels and toes. 5/5 hand grip, shoulder flexion, knee flexion and extension strength.
Mild tenderness over lumbar spine. Positive straight leg test on the right. No cervical spine tenderness. No pain with neck flexion and extension. Negative Spurling. No knee effusion noted. Patient can ID all points on mono filatment testing in all extremities though has decreased sensation in certain areas not corresponding to certain dermatomes.


**ASSESSMENT & PLAN:**
401.9 HTN (hypertension)
Plan: COMPREHENSIVE METABOLIC PANEL

278.02 Overweight
Plan: COMPREHENSIVE METABOLIC PANEL, LIPID PANEL WITH
    DLDL REFLEX

724.2 Low back pain
Plan: MR L-SPINE WITHOUT CONTRAST

244.9 Unspecified hypothyroidism
Plan: TSH WITH FREE T4 REFLEX




FOLLOW UP: Patient instructed to return

I did review patient's past medical and family/social history.
No guarantees were made regarding medical care or treatment outcome. Patient verbalizes understanding of instructions and care plan. Barriers to Learning: None.

Electronically signed by:
Thuy Rose Nguyen, D.O.
Associate Physician PCN




Electronically signed byThuy Rose Nguyen, DO on 11/15/12 1717


**Chart Review Routing History**
No Routing History on File

Case 2:15-cv-02596-TLN-AC   Document 1-17   Filed 04/22/17   Page 14 of 769

| Component | Latest Ref Rng | 11/16/2012 10:12 AM | 11/16/2012 10:12 AM | 11/16/2012 10:12 AM | 11/16/2012 10:12 AM |
|---|---|---|---|---|---|
| COLLECTION | | | | | Clean Catch |
| COLOR | None/Yellow | | | | Yellow |
| CLARITY | Clr/Sl Turb | | | | TURBID (A) |
| SPECIFIC GRAVITY | 1.002-1.030 | | | | 1.025 |
| pH URINE | 4.8-7.8 | | | | 6.0 |
| OCCULT BLOOD URINE | Negative mg/dL | | | | Negative |
| BILIRUBIN URINE | Negative | | | | Negative |
| KETONES | Negative mg/dL | | | | Negative |
| GLUCOSE URINE | Negative mg/dL | | | | Negative |
| PROTEIN URINE | Neg/Trace mg/dL | | | | 30 (A) |
| UROBILINOGEN. | Neg-2.0 mg/dL | | | | < 2.0 |
| NITRITE URINE | Negative | | | | Negative |
| LEUK. ESTERASE | Negative | | | | Negative |
| MICROSCOPIC | | | | | INDICATED |
| WBC | 0-3 /HPF | | | | 3-6 (H) |
| BACTERIA/HPF | Neg/Few /HPF | | | | Few |
| SQUAMOUS EPI | 0-3 /HPF | | | | 3-6 (H) |
| AMORPH CRYSTALS | Pres/Absent /HPF | | | | Present |
| URINE CULTURE | | | | | INDICATED (A) |
| SODIUM | 135-145 mEq/L | 140 | | | |
| POTASSIUM | 3.3-5.0 mEq/L | 3.6 | | | |
| CHLORIDE | 95-110 mEq/L | 102 | | | |
| CARBON DIOXIDE TOTAL | 24-32 mEq/L | 28 | | | |
| UREA NITROGEN, BLOOD (BUN) | 8-22 mg/dL | 12 | | | |
| CREATININE BLOOD | 0.44-1.27 mg/dL | 0.66 | | | |
| E-GFR, AFRICAN AMERICAN | >60 SEE NOTE | >60 | | | |
| E-GFR, NON-AFRICAN AMERICAN | >60 SEE NOTE | >60 | | | |
| GLUCOSE | 70-99 mg/dL | 97 | | | |
| CALCIUM | 8.6-10.5 mg/dL | 9.6 | | | |
| PROTEIN | 6.3-8.3 g/dL | 7.4 | | | |
| ALBUMIN | 3.4-4.8 g/dL | 3.9 | | | |
| ALKALINE PHOSPHATASE (ALP) | 35-115 U/L | 78 | | | |
| ASPARTATE TRANSAMINASE (AST) | 15-43 U/L | 32 | | | |
| BILIRUBIN TOTAL | 0.3-1.3 mg/dL | 0.6 | | | |
| ALANINE TRANSFERASE (ALT) | 5-54 U/L | 33 | | | |
| FASTING | | | YES | | |
| CHOLESTEROL | 0-200 mg/dL | | 345 (H) | | |
| HDL CHOLESTEROL | >= 35 mg/dL | | 35 | | |
| LDL CHOLESTEROL CALCULATION | < 130 mg/dL | | 252 (H) | | |
| TOTAL CHOLESTEROL:HDL RATIO | < 4.0 | | 9.9 (H) | | |
| TRIGLYCERIDE | 35-160 mg/dL | | 290 (H) | | |
| NON-HDL CHOLESTEROL | 0-150 mg/dl | | 310 (H) | | |
| THYROID STIMULATING HORMONE | 0.35-3.30 mcIU/mL | | | 1.17 | |

Bertacchi-Freeman/Hartford001680
Page1

## Lab Results                    CULTURE URINE ROUTINE, BACTI (Order 91645861)

### Collection Information

| Collection Date and Time | Received Date and Time | Source |
|---|---|---|
| 11/16/2012 1011 | 11/16/2012 2004 | URINE |

### Entry Date

11/18/2012

### Component Results

**CULTURE URINE:**
CULTURE URINE   Final

        10,000 - 100,000 CFU (ORGANISMS)/ML MIXED FLORA

### Result History

CULTURE URINE ROUTINE, BACTI (Order #91645861) on 11/18/12 - Order Result History Report

### Other IDs

Lab Specimen #
12:B0062222R

### MyChart Status:

This result is currently not shared in MyChart.

### Microbiology Report

Microbiology

### Reviewed by List

Thuy Rose Nguyen, DO on 11/20/2012  8:00 AM

### Patient Information

| Patient Name | MRN | Sex | DOB | Home Phone |
|---|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | F | ▓1953 (59yr) | 916-390-1845 |

| Unit |
|---|
| ROCIMF |

### Result Notes

**Notes Recorded by Thuy Rose Nguyen, MD on 11/20/2012 at 8:00 AM**
Called and discussed with patient. No dysuria, fever, flank pain, or nausea. Will monitor symptoms. Patient to follow up in clinic

### Lab Information

| Lab | Lab Director |
|---|---|
| UCDMC SPECIALTY TESTING CENTER | Lydia P. Howell, M.D. |
| 3740 Business Drive | |
| Sacramento CA 95820-2164 | |

| Phone Number |
|---|
| 916-734-0500 |

| Lab NPI |
|---|
| 1710918545 |

### Order                    CULTURE URINE ROUTINE, BACTI (Order 91645861)

(No Known Allergies)  Date Reviewed: 03/08/13

| Date and Time | Electronically Signed By | Authorizing | Department |
| --- | --- | --- | --- |
| 11/16/2012 8:04 PM | Lab Results Interface | Thuy Rose Nguyen | Roc Fam Prac/Int Med |

Submit in urine culture transport tube. If the volume of urine is less than 4mL, submit in a sterile container ON ICE.

**Notes Recorded by Thuy Rose Nguyen, MD on 11/20/2012 at 8:00 AM**
Called and discussed with patient. No dysuria, fever, flank pain, or nausea. Will monitor symptoms. Patient to follow up in clinic

No Isolation

| Frequency | Duration | Priority | Order Class |
| --- | --- | --- | --- |
| None | None | Routine | UCD LAB |

| Release Date/Time | Schedule Date/Time |
| --- | --- |
| None | 11/16/2012 2004 |

| Ordered By | Authorized By |
| --- | --- |
| | THUY ROSE NGUYEN [12468] |

| Admitting Provider | PCP |
| --- | --- |
| | Thuy Rose Nguyen, DO |

| Specimen | Collection Date and Time |
| --- | --- |
| URINE | 11/16/2012 1011 |

| Patient Name | MRN | Sex | DOB |
| --- | --- | --- | --- |
| Bertacchi, Gloria M | 0565663 | Female | 1953 |

Unit
ROCIMF

Order ID
91645861

## Imaging Results                    DEXA, COMPLETE (Accession 3764337) (Order 86238684)

| Entry Date | PACS Images |
|---|---|
| 3/18/2013 | Show images for DEXA, COMPLETE |

## Component Results

**TRANSCRIPTIONS:**

EXAM DATE:   3/14/201

PROCEDURE:   DUAL ENERGY X-RAY BONE DENSITOMETRY

COMPARISON: None available at UCDMC.

INDICATION:  59 year old postmenopausal woman
at risk for
osteoporosis because of positive family
history.

PROCEDURE:

We employ a Hologic dual energy x-ray DEXA bone
densitometer. UCDMC
bone mineral analysis protocol includes
measurements of the lumbar
spine in the anterior-posterior (AP) and/or
lateral projection(s), as
well as the AP left hip. This patient's most
pertinent measurements
are reported in the table below. The patient's
bone mineral
questionnaire and other data are on file.
Degenerative arthritis,
compression injuries, anatomic variations, or
postsurgical changes
may alter our analysis protocol as per the
table below. The patient's
bone mineral density (BMD) is compared to the
peak bone mineral
density of a healthy "young normal" adult
control population (T
score) and with an "age- and sex-matched" adult
population (Z score).

FINDINGS:

Anatomic Location: AP LUMBAR SPINE
BMD (gm/cm2): 1.102
SD above (+)/below, (-) T score: 0.5
SD above (+)/below, (-) Z score: 1.9

Anatomic Location: LATERAL LUMBAR SPINE
BMD (gm/cm2): 0.669
SD above (+)/below, (-) T score: -1.8
SD above (+)/below, (-) Z score: 0.4

Anatomic Location: LEFT FEMORAL NECK
BMD (gm/cm2): 0.694
SD above (+)/below, (-) T score: -1.4

SD above (+)/below, (-) Z score: -0.1

Anatomic Location: LEFT WARD'S TRIANGLE
BMD (gm/cm2): 0.514
SD above (+)/below, (-) T score: -1.9
SD above (+)/below, (-) Z score: 0.1

The Ward's triangle is considered as the region
of highest trabecular
bone and lowest BMD within the hip. The average
BMD in the femoral
neck is probably a better indicator of current
femoral neck fracture
risk.

The fracture risk is related to the degree in
reduction in BMD
expressed as standard deviations (SD) below the
"young normal" adult
peak bone density value (T score). The risk for
fracture is increased
approximately 2-3 times for each SD below the T
score. The greater
the reduction, the greater the risk for
insufficiency fractures. The
fracture threshold is defined as BMD 2 or more
SD below the T score,
which places the patient at least 4-6 times
increased risk for
insufficiency fractures.

WORLD HEALTH ORGANIZATION CATEGORIES:

1. NORMAL: A value for BMD within 1.0 SD of the
T score.

2. LOW BONE MASS (osteopenia): A value for BMD
between 1.0 and 2.5 SD
below the T score.

3. OSTEOPOROSIS: A value for BMD 2.5 SD or more
below T score.

4. SEVERE OSTEOPOROSIS (established
osteoporosis): A value for BMD
more than 2.5 SD below the T score in the
presence of one or more
fragility fractures.

THE FRAX INDEX (WHO FRACTURE RISK ASSESSMENT
TOOL), ESTIMATES THIS
PATIENT'S 10-YEAR RISK OF A MAJOR OSTEOPOROTIC
FRACTURE AT 14 %, AND
THE 10-YEAR RISK OF A HIP FRACTURE AT 0.5 %.
THIS IS BASED UPON THE
FRAX VERSION 3.01 SOFTWARE, AND ASSUMES THAT
THE PATIENT IS NOT
TREATED, IS NOT A PREMENOPAUSAL WOMAN, AND HAS
A BODY MASS INDEX OF
39.0.

IMPRESSION:

1. OSTEOPENIA OF THE LATERAL LUMBAR SPINE, WITH
AP MEASUREMENT IN THE
NORMAL RANGE. CONSIDER RADIOGRAPHIC CORRELATION
IF CLINICALLY
INDICATED TO FURTHER EVALUATE FOR DISCORDANT
FINDINGS.

2.   OSTEOPENIA OF THE LEFT FEMORAL NECK.

3.   THE FRAX INDEX (WHO FRACTURE RISK
ASSESSMENT TOOL), ESTIMATES
THIS PATIENT'S 10-YEAR RISK OF A MAJOR
OSTEOPOROTIC FRACTURE AT 14 %,
AND THE 10-YEAR RISK OF A HIP FRACTURE AT 0.5
%.

Final Report Created By: Rosalie Hagge, M.D. on
3/18/2013 1:29 PM
Electronically signed by: Rosalie Hagge, M.D.

## Result History

DEXA, COMPLETE (Order #96239684) on 3/18/13 - Order
Result History Report.

## MyChart Status:

This result is currently shared in MyChart.

## Radiology Exam Information

| Exam Scheduled Date | Exam Scheduled Time | Exam Completed Date | Exam Completed Time |
|---|---|---|---|
| 3/14/2013 | 10:30 | 3/14/2013 | 10:58 |

## Radiology Result Information

| Result Date and Time | Status |
|---|---|
| 3/18/2013 1:29 PM | Final result |

## Order Providers

| Authorizing Provider | Encounter Provider |
|---|---|
| (12468) Thuy Rose Nguyen, DO | (12468) Thuy Rose Nguyen, DO |

## Reviewed by List

Thuy Rose Nguyen, DO on 3/18/2013 2:10 PM

## Patient Information

| Patient Name | MRN | Sex | DOB | Home Phone |
|---|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | F | ███1953 (59yr) | 916-390-1845 |

| Unit |
|---|
| ROCIMF |

| Order | DEXA, COMPLETE (Accession 1764137) (Order 96239684) |
|---|---|

(No Known Allergies) Date Reviewed: 03/08/13

| Date and Time | Electronically Signed By/Authorizing | Department |
|---|---|---|
| 3/8/2013 11:53 AM | Thuy Rose Nguyen | Roc Fam Prac/Int Med |

Chondromalacia of left knee [733.92]

## Call Question

| Question | Answer | Comment |
|---|---|---|
| Pager? | 916-816-2786 | |
| Pregnant? | No | |

**Clinical Indications:** DJD with chondromalacia

Radiology Locations
Ordering Physician Rad. Contact Info.
Inpts. / ED Preps
Dexa

No Isolation

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| None | None | Routine | UCD RAD |

| Release Date/Time | Schedule Date/Time |
|---|---|
| None | 3/8/2013 |

| Ordered By | Authorized By |
|---|---|
| | THUY ROSE NGUYEN [12468] |

| Admitting Provider | PCP |
|---|---|
| | Thuy Rose Nguyen, DO |

Collection Date and Time
3/14/2013 1058

| Done By | Done On |
|---|---|
| Thuy Rose Nguyen, DO | 3/18/2013 2:10 PM |

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | Female | 1953 |

Unit
ROCIMF

Account #
078870826035

Acct Number
078870826035

Order ID
96239684

## Imaging Results                    MAMMOGRAPHY SCREENING (Accession 3764325) (Order 96239328)

| Entry Date | PACS Images |
|---|---|
| 3/15/2013 | Show images for MAMMOGRAPHY SCREENING |

### Component Results

TRANSCRIPTIONS:

3/14/2013 10:22 AM

DIGITAL SCREENING MAMMOGRAM WITH CAD

Clinical history: Screening

Findings:

There are no prior studies for comparison. The breasts are primarily
fatty replaced. There are no focal masses, suspicious
microcalcifications or secondary signs of malignancy.

Impression:

NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY

BI-RADS category 1: Negative

Case reviewed with Dr. Lindfors.

Preliminary Report Created By: Jennifer Chang, M.D. on 3/15/2013
10:19 AM

Final Report Created By: Karen Lindfors, M.D. on 3/15/2013 10:28 AM
Exam reviewed by and findings confirmed by me, the attending physician
Electronically signed by: Jennifer Chang, M.D.
Electronically co-signed by: Karen Lindfors, M.D.

## Result History

MAMMOGRAPHY SCREENING (Order #96239328) on 3/15/13
- Order Result History Report.

## MyChart Status:

This result is currently shared in MyChart.

## Radiology Exam Information

| Exam Scheduled Date | Exam Scheduled Time | Exam Completed Date | Exam Completed Time |
|---|---|---|---|
| 3/14/2013 | 09:40 | 3/14/2013 | 10:22 |

## Radiology Result Information

| Result Date and Time | Status |
|---|---|
| 3/15/2013 10:28 AM | Final result |

## Order Providers

| Authorizing Provider | Encounter Provider |
|---|---|
| (12468) Thuy Rose Nguyen, DO | (12468) Thuy Rose Nguyen, DO |

## Reviewed by List

Thuy Rose Nguyen, DO on 3/15/2013 10:30 AM

## Patient Information

| Patient Name | MRN | Sex | DOB | Home Phone |
|---|---|---|---|---|
| Bertacchi, Gloria M | 0535663 | F | ■■■1953 (59yr) | 916-390-1845 |

| Unit |
|---|
| ROCIMF |

| Order | MAMMOGRAPHY SCREENING (Accession 3764325) (Order 98239328) |
|---|---|

(No Known Allergies) Date Reviewed: 03/08/13

| Date and Time | Electronically Signed By/Authorizing | Department |
|---|---|---|
| 3/8/2013 11:48 AM | Thuy Rose Nguyen | Roc Fam Prac/Int Med |

Preventative health care [V70.0]

| Question | Answer | Comment |
|---|---|---|
| Pager? | 916-816-2786 | |
| Pregnant? | No | |

Radiology Locations
Ordering Physician Rad. Contact Info.
Inpts. / ED Preps
Mammography - Screening

No Isolation

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| None | None | Routine | UCD RAD |

| Release Date/Time | Schedule Date/Time |
|---|---|
| None | 3/8/2013 |

| Ordered By | Authorized By |
|---|---|
| | THUY ROSE NGUYEN [12468] |

| Admitting Provider | PCP |
|---|---|
| | Thuy Rose Nguyen, DO |

Collection Date and Time
3/14/2013 1022

| Done By | Done On |
|---|---|
| Thuy Rose Nguyen, DO | 3/15/2013 10:30 AM |

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Bertacchi, Gloria M | 0565663 | Female | 953 |

Unit
ROCIMF

Account #
078870826035

Acct Number
078870826035

Order ID
96239328



**THE HARTFORD**

03/23/2013 18:12 FAX          KINKO'S                          ☎ 009/011

CHW Medical Foundation
✚ CHW

3000 Q Street
Sacramento, CA 95816
(916) 733-3232 Telephone
(916) 733-3326 Facsimile

### AUTHORIZATION FOR USE OR DISCLOSURE OF
### PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:



Name of Patient: *Gloria Bertacchi Freeman* Date of Birth: [REDACTED] 53

Other Names Used: *Freeman*          Telephone Number: *916 390 1845*

Patient Address: *5135 Moss Lane (Granite Bay, CA 95746*
(Street, City, State and Zip Code)

I AUTHORIZE: _____**CHW – MERCY MEDICAL GROUP**_____
(Facility or other provider)

**TO DISCLOSE TO:** _____
(Persons/organizations authorized to receive the information)

at the following address: _____
(Street, City, State and Zip Code)

the following information contained in the records specified below (check box and initial applicable lines below):

____ Mental health or developmental disability treatment records (excludes "Psychotherapy notes")

____ Substance abuse treatment records

____ HIV test results (This authorizes disclosure of laboratory test results only. Note that your records may include information concerning your HIV status even if you do not initial this line.)

☐ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified [check applicable box(es)]:

____ Billing Records          ____ Emergency Room         ____ Procedure Reports
____ Consultation                Reports                  ____ Progress Notes
    Reports                  ____ History and            ____ X-ray Reports
____ Discharge                   Physical
    Summary                  ____ Laboratory Tests
____ Date(s): _____
____ Other: _____

☐ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care.

Revised: 02/01/04

Bertacchi-Freeman/Hartford001689

Case 2:15-cv-02596-TLN-AC    Document 18-3    Filed 04/03/17    Page 624 of 769

09/23/2013 18:13 FAX                    KINKO'S                         011/011

A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:
___ At the request of the patient or personal representative; **OR**
☑ Other: _in surance_

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: _____
                                                                          (insert date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following: _Attn: Facility Privacy Official 3000 O Street, Sacramento, CA 95816._ My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.
- I have a right to receive a copy of this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** _____    Date: _3/23/13_
                (Patient or personal representative)

_____        _____
_Print name of personal representative_        _Relationship to patient_

Patient/Representative Identification Verified: _Initials:_____ _Dept:_____

Note: If the substance abuse treatment information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

Page 2 of 2

Bertacchi-Freeman/Hartford001690



Catholic Healthcare West
CHW

**MERCY MEDICAL GROUP**
A Service of Dignity Health Medical Foundation

MT/Release of Information
Toni Burns
3000 Q Street
Sacramento, CA 95816
Phone: (916) 733-3332  Right Fax: (916) 853-4873

# Fax

TO: _The Hartford_          FROM: **TONI BURNS**

FAX: _1-877 454-7217_          PAGES: _8_

PHONE: _800 898-2458_          DATE: _4-25-13_

RE: _Gloria Bertacchi-Freeman_          CC:

☐ URGENT     ☐ FOR REVIEW     ☐ PLEASE COMMENT     ☐ PLEASE REPLY     ☐ PLEASE RECYCLE

Caution: This facsimile message is CONFIDENTIAL any may be of a nature that is LEGALLY PRIVILEGED. The information contained in this facsimile message is intended only for the use of the recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you have received this document in error. Any further review, dissemination, distribution, or copying of this message is STRICTLY PROHIBITED. If you have received this communication in error, please notify me immediately by telephone, if you are a regular recipient of confidential or privileged facsimiles from me and you intend to change you facsimile number, it is your responsibility to alert me before the change. Every effort has been made to insure that this document has been sent to the intended recipient. In the event that you are not the intended recipient, please fax this document back to Mercy Medical Group, Release of Information 3000 Q Street, Sacramento, CA 95816, Attn: Toni Burns @(916) 853-4873.

Bertacchi-Freeman/Hartford001691

APR-25-2013 03:02    From:9167335365                                          Page:2/8

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 626 of 769
Apr 24 2013 13:36:37 1-855-893-4357      ->            916 Pradeep Kumar      Page 001

*11056432*



THE HARTFORD

## The Hartford
### FAX COVER PAGE

RECEIVED

APR 25 2013

BY:_____

| | |
|---|---|
| To: | Release of Information |
| Fax Number: | 9167333326 |
| From: | The Hartford |
| Date: | 04/24/13 01:35:50 PM |
| Re: | Mercy Medical Group/Request for Medical Records of Bertacchi-Freeman, Gloria for the period of 01/01/2012 to present. |
| Total Pages: | # 5  including cover page |

The Hartford
www.thehartford.com
*With The Hartford behind you, achieve what is ahead of you.*

PRIVILEGED AND CONFIDENTIAL: This electronic communication, including attachments, is for the exclusive use of addressees and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

Bertacchi-Freeman/Hartford001692

APR-25-2013 03:02    From:9167335365                                              Page:3/8

Case 2:15-cv-02596-TLN-AC    Document 18-3    Filed 04/03/17    Page 627 of 769
Apr 24 2013 13:36:47 1-855-893-4357    ->        916 Pradeep Kumar        Page 002



THE
HARTFORD

April 24, 2013

Mercy Medical Group
550 W Ranch View Suite 3000
Rocklin, CA 95765
Fax: (916) 733-3326

Policy Holder:    Cardinal Health, Inc.
Claimant:         Gloria Bertacchi-Freeman (DOB: ██/1953)
Insured ID:       9004108017
Policy Number:    83120674

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information.  Please provide the
following information:

Office notes for the period of 1/1/2012 to present. Please include any other information you feel is
pertinent to the processing of this claim.

We requested this information on 03/27/2013 and 04/10/2013 and we have not received a response
to date. This is our final request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical
information.  Please be assured that we will honor a reasonable fee for necessary clerical expenses
in complying with our request promptly upon its receipt.  If you require pre-payment please contact
the writer.  Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other
entities covered by GINA Title II from requesting or requiring genetic information of an individual,
except as specifically allowed by this law.  To comply with this law, we are asking that you not
provide any genetic information when responding to this request for medical information.  'Genetic
information' as defined by GINA, includes an individual's family medical history, the results of an
individual's or family member's genetic tests, the fact that an individual or an individual's family
member sought or received genetic services, and genetic information of a fetus carried by an
individual or an individual's family member or an embryo lawfully held by an individual or family
member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY  40512-4305
Fax (877) 454-7217

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/PK*

Christine M. Montroy, Ability Analyst/PK
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford001694

# nChart Note

## Mercy Medical Group
### 3000 Q Street ~
### Sacramento CA 95816
### (916) 733-3333

| | | | |
|---|---|---|---|
| Patient: | GLORIA BERTACCHIFREEMAN | MRN: | 11056432 |
| | 5135 MOSS LANE | WMH MRN: 02416632 | |
| | GRANITE BAY, CA 95746    Sex: F | | |
| Home: | (916) 390-1845 | | |
| Work: | | | |

Encounter Date:  Nov 14 2012  9:30AM

## Chief Complaint
• Patient presents for est care, knee injury
*Per pt it happened at work but states Work comp claim was denied and she was cleared to see primary care pcp for condition.
Completed By:  Ashley Vonk
## Vital Signs
Adult Female Vital Signs Recorded by Vonk, Ashley on November 14,2012 08:06 AM
Height: 61.5 in, Weight: 215.375 lb, BMI: 40.14 , BSA: 1.96
BP: 130/80 mm Hg LUE Sitting
HR: 79 b/min  ;
O2 Sat: 98 (%SpO2)
.
## Allergies
No Known Drug Allergies.
## Personal Hx
Behavioral: Never a smoker.
## HPI
59 yoF comes to clinic to establish care and discuss her hypertension, GERD, hypothyroidism, and bilateral knee pain. Patient states that she had an injury while working as a pharmacy technician in a mental facility on October 5th when a patient almost pushed her. She states that she was placed on disability on October 11th and is planning to have left knee meniscal surgery done by Dr. Lin on 12/5/12. Patient initially stated that her worker's comp case was denied however she states that her knee issues are due to her work. Patient was advised that if she is planning on workers comp that she should consider occupational medicine for evaluation for her knee issues.

In regards to hypertension she states that she has been on hydrochlorothiazide for many years. Last time she had a lab to check her potassium was 6 months ago. She generally does not check her blood pressures at home. She is a former smoker, drinks social alcohol, and denies any illicit drug use. She denies any current headaches, chest pain, vision changes, nausea, vomiting,  or shortness of breath.

Patient has also had hypothyroidism for several years and states that she has been on the same dose of levothyroxine for several years. Her last TSH was also 6 months ago and she was told that it was normal. She denies any cold or heat intolerance, excessive weight gain over the past 3 months, thin hair, or skin changes. Currently she does not appear to be in any acute distress.

Patient has also dealt with GERD and has been taking Aciphex which controls her symptoms. States that it worsens with fatty, oily, spicy and greasy foods. She denies excessive caffeine, alcohol, or coffee intake. When symptoms occur usually in the left upper quadrant worsened when she lies down. Currently she denies any complaints with her acid reflux.
## Physical Exam
GENERAL:  59 year-old slightly obese female in NAD.

Bertacchi-Freeman/Hartford001695

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | GLORIA BERTACCHIFREEMAN | MRN: | 11056432 |
| Encounter: | Nov 14 2012 9:30AM | WMH MRN: 02416632 | |

ENT: PERRL, EOMI, nasal mucosa clear, TMs clear bilaterally, oropharynx clear, no erythema or exudate.
Lip/teeth/gum no lesions
Neck: Supple, thyroid without obvious nodules or enlargement. No lymphadenopathy.
LUNGS: CTA bilaterally, no wheezes with forced expiration, respirations unlabored.
HEART: Regular rate without murmurs, rubs, or gallops.
ABDOMEN: + BS. Soft, non-tender, no HSM, nondistended
EXTREMITIES: Peripheral pulses 2+ bilaterally, no peripheral edema.
SKIN: No rashes
NEURO: Gait normal.
MENTAL STATUS: Alert, normal MS. Answers all questions appropriately. Normal affect.
.
**Assessment**
- Hypertension  (401.9)
- Esophageal reflux  (530.81)
- Hypothyroidism  (244.9)

**Orders**
Renew Hydrochlorothiazide 25 MG Oral Tablet;TAKE 1 TABLET DAILY; Qty90; R2; Rx.
Renew Levothyroxine Sodium 25 MCG Oral Tablet;TAKE 1 TABLET DAILY; Qty90; R1; Rx.
Renew Aciphex 20 MG Oral Tablet Delayed Release;TAKE 1 TABLET DAILY; Qty90; R0; Rx.

**Plan**
1) Hypertension: Will refill hydrochlorothiazide the patient states that she will be running out of the medication in the next few days. Her blood pressure appears stable today. Will obtain records and labs which were done 6 months ago and will consider doing any further labs if indicated. Recommended patient to continue with low-salt diet and maintained well balanced meals.

2) Hypothyroid: Stable on levothyroxine since patient mentioned her last TSH was in the normal range. Will obtain TSH if no recent labs from Kaiser can be found at next visit.

3) GERD: Discussed with patient modification of diet and limiting foods that can trigger her GERD symptoms. Continue with Aciphex.

4) Advised patient that if her knee pain is due to work related injury and she is currently on disability than she should establish with Occupational Medicine for Worker's Comp. Provided patient the numbers for Occupational Medicine in Folsom and Sacramento. She states that she is going to have left meniscal tear surgery by Dr. Lin at West Bay orthopedic on December 5th.

**Signature**
Electronically signed by : Mohammad Reza M.D.; 11/15/2012 12:35 PM PST; Author.

Mohammad Reza M.D.

Bertacchi-Freeman/Hartford001696

04/18/2013 07:48 FAX                    KINKO'S

FedEx.
Office and Print Center

# Fax Cover Sheet

Date ___4/18/13___

Number of pages __3__ (Including cover page)

## To:

Name _Christine Montrog_

Company _Hartford_

Telephone _____

Fax _877-454-7217_

Comments _release for Dr. Nguyen/Rocklin_

## From:

Name _Gloria Freeman_

Company _900410 8017/83120674_

Telephone _____


Fax • Local Send


Fax • Domestic Send


DOMESTIC Send Addl Pages


Fax • International Send

fedex¹    .com 1.800.GoFedEx 1.800.463.3339

© 2008 FedEx    . Office and Print Services, Inc. All rights reserved. Products, services and hours vary by location. fin08J05  L93

Bertacchi-Freeman/Hartford001697

201304042000182

UNIVERSITY OF CALIFORNIA, DAVIS
HEALTH SYSTEM

**AUTHORIZATION FOR RELEASE
OF HEALTH INFORMATION**

PATIENT NAME *Gloria Bertacchi-Freeman*

MEDICAL RECORD #: *1056432*

BIRTHDATE: *5/1/53*

Page 1 of 2   Fax #
*916 734 2126*

I authorize:
      UC DAVIS MEDICAL CENTER
      HEALTH INFO. MGMT. DEPT.
Name of person and/or facility who has information
      2315 Stockton Boulevard
      Sacramento, California 95817

Street Address, City, State, Zip Code

to release health information to: *u 90041080/7, 831212674*
*Benefit Management Services, Minneapolis Claims Office*
Specify name/title of person and/or facility to receive health information *(Disability)*
*PO Box 14305*
Street Address, City, State, Zip Code
*Lexington, KY 40512-4305*

**********************************************************************

Please specify the health information you authorize to be released:

     ☑ MEDICAL        ☑ MENTAL HEALTH (other than
                            psychotherapy notes)

Type(s) of health information: *Medical Records*

Date(s) of treatment: *Jan 1, 2012 to present (Dr. Nguyen Larkin)*

You may also authorize the release of information for treatment provided after the date of the
signature on this Authorization as long as such treatment occurs while this authorization has
not expired. Please initial if you would like this Authorization to release information about
healthcare you receive after the date of your signature. _____
                                                                 (Initial here)

**The following information will not be released unless you specifically authorize it by
marking the relevant box(es) below:**

     ☑      I specifically authorize the release of information pertaining to drug and alcohol
             abuse, diagnosis or treatment (42 C.F.R. §§2.34 and 2.35).

     ☑      I specifically authorize the release of HIV/AIDS test results (Health and Safety Code
             §120980(g)).

     ☑      I specifically authorize the release of genetic testing information (Health and Safety
             Code §124980(j)).

71431-784 (2/11)     **AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION–PAGE 1 OF 2**     MR#06/92192

Bertacchi-Freeman/Hartford001698

201304042000182

**UNIVERSITY OF CALIFORNIA, DAVIS
HEALTH SYSTEM**

PATIENT NAME _Gloria Bertacchi Freeman_

MEDICAL RECORD #: _11 056432_

BIRTHDATE: _5/1/53_

**AUTHORIZATION FOR RELEASE
OF HEALTH INFORMATION**

Page 2 of 2

**The purpose of this release is for (check one or more):**

  ☑ At the request of the patient/patient representative

  ☑ Other (state reason) _insurance_

## NOTICE
UCDHS and many other organizations and individuals such as physicians, hospitals and health plans are required by law to keep your health information confidential. If you have authorized the disclosure of your health information to someone who is not legally required to keep it confidential, it may no longer be protected by state or federal confidentiality laws.

## YOUR RIGHTS
This Authorization to release health information is voluntary. Treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this Authorization except in the following cases: (1) to conduct research-related treatment, (2) to obtain information in connection with eligibility or enrollment in a health plan, (3) to determine an entity's obligation to pay a claim, or (4) to create health information to provide to a third party.

This Authorization may be revoked at any time. The revocation must be in writing, signed by you or your patient representative, and delivered to: Health Information Management Department, UCDHS, 2315 Stockton Blvd., Building 12, Sacramento, California 95817.

The revocation will take effect when UCDHS receives it, except to the extent UCDHS or others have already relied on it.

You are entitled to receive a copy of this Authorization.

## EXPIRATION OF AUTHORIZATION
Unless otherwise revoked, this Authorization expires _____(insert applicable date or event). If no date is indicated, the Authorization will expire 12 months after the date of my signing this form.

_Gloria Bertacchi Freeman_             _(signature)_
Print Name                          Signature (Patient, Parent, Representative)

_4/17/13_      _3:30pm_
Date           Time                Relationship to Patient (Parent, Guardian, Conservator, Patient Representative)

                                  Witness (only if patient unable to sign) or Interpreter

Bertacchi-Freeman/Hartford001699

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| April 9 2013 11:42:02 PM EDT | 9167335365 | 106 | 4 | Received |

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/06/17   Page 634 of 769

APR-09-2013 23:40    From:9167335365                                    Page:1/4



Catholic Healthcare West

**CHW**

**MERCY MEDICAL GROUP**
A Service of Dignity Health Medical Foundation

MT/Release of Information
Toni Burns
3000 Q Street
Sacramento, CA 95816
Phone: (916) 733-3332  Right Fax: (916) 853-4873

# Fax

TO: *The Hartford*          FROM: **TONI BURNS**

FAX: *877 454 7217*      PAGES: *4*

PHONE: *800 898-2458*   DATE: *4-10-13*

RE: *Insured ID# 9004108017*   CC:

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*"NOT OUR ADDRESS OR Facility*
*Policy #= 83120674*

Caution: This facsimile message is CONFIDENTIAL any may be of a nature that is LEGALLY PRIVILEGED. The information contained in this facsimile message is intended only for the use of the recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you have received this document in error. Any further review, dissemination, distribution, or copying of this message is STRICTLY PROHIBITED. If you have received this communication in error, please notify me immediately by telephone, if you are a regular recipient of confidential or privileged facsimiles from me and you intend to change you facsimile number, it is your responsibility to alert me before the change. Every effort has been made to insure that this document has been sent to the intended recipient. In the event that you are not the intended recipient, please fax this document back to Mercy Medical Group, Release of Information  3000 Q Street, Sacramento, CA 95816, Attn: Toni Burns @(916) 853-4873.

Bertacchi-Freeman/Hartford001700



**TRUSTED 200 YEARS**
**THE HARTFORD**

# The Hartford
## FAX COVER PAGE

| | |
|---|---|
| To: | Release of Information |
| Fax Number: | 9167333326 |
| From: | The Hartford |
| Date: | 04/10/13 10:46:42 AM |
| Re: | Mercy Hospital Folsom/Request medical records of Gloria Bertacchi Freeman for the period of 1/1/2012 to present. |
| Total Pages: | # 4 including cover page |

The Hartford
www.thehartford.com
*With The Hartford behind you, achieve what is ahead of you.*

PRIVILEGED AND CONFIDENTIAL: This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

**Bertacchi-Freeman/Hartford001701**



THE
HARTFORD

April 10, 2013

Mercy Hospital Folsom
1600 Creekside Drive
Folsom, CA 95630
Fax Number: 916-733-3326

Policy Holder:    Cardinal Health, Inc.
Claimant:         Gloria Bertacchi-Freeman(DOB: REDACTED/1953)
Insured ID:       9004108017
Policy Number:    83120674

Dear Release of Information:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the
following information:

Please provide office notes for the period from 01/01/2012 to 3/27/2013. Please include:
(1) the report of the examination upon admission
(2) the history sheet
(3) the final discharge summary

We requested this information on 3/28/2013 and we have not received a response to date. This is
our second request for the information.

To permit you to honor our request, we are enclosing a signed authorization to release medical
information. Please be assured that we will honor a reasonable fee for necessary clerical expenses
in complying with our request promptly upon its receipt. If you require pre-payment please contact
the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other
entities covered by GINA Title II from requesting or requiring genetic information of an individual,
except as specifically allowed by this law. To comply with this law, we are asking that you not
provide any genetic information when responding to this request for medical information. 'Genetic
information' as defined by GINA, includes an individual's family medical history, the results of an
individual's or family member's genetic tests, the fact that an individual or an individual's family
member sought or received genetic services, and genetic information of a fetus carried by an
individual or an individual's family member or an embryo lawfully held by
an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford001702

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/SV*

Christine M. Montroy, Ability Analyst/SV
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

**Bertacchi-Freeman/Hartford001703**

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| April 4, 2013 1:16 vl02596 TLN-AC 1060 umen 3650-3 Filed 04/08/17 Page 638 of 769 received |

APR/04/2013/THU 01:30 PM    West Bay Orthopedic        FAX No. 1-650-991-2650              P. 001

Mar 27 2013 21:32:11 1-855-893-4357        ->            Victor Shanish        Page 002

FAXED APR 0 4 2013



THE
HARTFORD

March 27, 2013

Dr. Leslie Kim
901 Campus Drive #111
Daly City, CA 94015
Fax : (650) 991-2650

Ok to Copy
Yes    No

Policy Holder:    Cardinal Health, Inc.
Claimant:         Gloria Bertacchi-Freeman (DOB: REDACTED/1953)
Insured ID:       9004108017
Policy Number:    83120674

Dear Dr. Kim:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Office notes for the period of 1/1/2012 to present. Please include any other information you feel is pertinent to the processing of this claim.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford001704

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

Orthopaedic Surgery   Sports Medicine



Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP

901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

FAXED APR 0 4 2013

## INVOICE
Tax ID: 94-2824291

DATE: **4/4/13**

RE: **Gloria Bertacohi-Freeman**

TO: **The Hartford**
**Benefit Management services**

Address: **PO BOX 14305**

VIA FAX: **887-454-7217**

**Lexington, KY 40512-4305**

___ Completion of Forms: (based on length/complexity).          $ _____

___ Form too complex (request narrative report).

___ We do not complete these forms.

**X** Copy Fee (minimum fee $15.00).                               $ **15**

___ Please send a copy service to copy records.

___ There are no records for this patient.

___ Medicare    ___ G0179 (MD recertification )
               ___ G0180 (MD certification)
               ___ G0181 (Rx plan)

___ Miscellaneous Services _____

_____ $ _____

___ Service will be completed upon receipt of payment.

TOTAL DUE:                                                      $ **15**

Bertacchi-Freeman/Hartford001705

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

### Orthopaedic Surgery   Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650

**www.wbomg.com**

11/13/2012
Not Referred By
Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-Freeman
Social Security #: REDACTED 3990
Employer:
Date of Examination: 11/13/2012
Date of Report: 11/13/2012
Date of Injury: No data for Date
Claim Number: No data for Workers Comp Claim Number

## ASSESSMENT:

717.7-Knee - Chondromalacia
715.16-Knee - OA knee

## PLAN:

I discussed with Gloria Bertacchi-Freeman my findings after listening to the subjective complaints and performing my examination. I outlined the MRI findings with the patient as related to the physical examination. Based on the patient's poor performance in physical therapy and with other conservative measures. We discussed surgery. The patient advised that she would like to proceed with surgery as her condition is not improving.

The patient will have a preoperative consultation with Leslie Kim M.D. orthopedic surgeon. We will get the patient a surgery date following this.
Flexoril 10 mg by mouth every 8 hours when necessary muscle spasm.

Followup visit is scheduled with Leslie Kim M.D. for preoperative consultation.

## Allgergies:
NKDA

## Medications:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

## SUBJECTIVE:
I had a visit with Gloria Bertacchi-Freeman on 11/13/2012 in my office. Patient is here to followup with her L knee pain.She also compains of R knee and low back and neck pain. She rates her pain for her L knee today as 6-7 /10.Her knee pain has increased since last visit, she has swelling and intermittent dull pain especially when weigth bearing. She has had 12X PT for the L knee.She found PT helpful for her knee pain, allowing her to walk without

Bertacchi-Freeman/Hartford001706

Date of Service: 11/13/2012              Patient: Gloria Bertacchi-freeman          Page: 2

pain. She has an MRI taken on 1/25/11 that has not been reviewed. Report in chart, films pulled up. Patient had 2-4 visits PT with no help.

She rates her R knee pain as 1/10 with swelling and dull, constant pain. She had an xray of her R knee at Kaiser, date unknown. She has had 2 PT sessions for her R knee and low back in Oct. 2012.She did not have enough PT to be helpful for her R knee and back. Her claim for the R knee was not approved as a WC claim so she has not had additional sessions. She is now open to consider injections or surgical options for her knees.

She rates her neck pain as 5/10, mid back to neck radiating pain with stiffness, constant dull aching pain.She rates her back pain as 5/10. Back pain is in mid to lower back,throbbing, constant dull ache. She complains of numbness and tingling in both of her hands and legs.
She reports recent onset of sudden incontinence. She has seen her PCP for this problem who referred her to a chiropractor. The chiro refused to treat her until she has had a neurology consult. She will seek a neuro consult referral from her PCP.

She has taken flexoril and naprosen rx by Kaiser in the past prn pain and spasm. She currently is using otc tylenol for pain and benadryl to help her sleep. She also uses lidoderm patches rx by Kaiser, prn pain. She is currently on temporary disability.

**OBJECTIVE:**
Cspine: Pain on compression and compression with rotation. Absent of bilateral upper reflexes. Bilateral interscalene tenderness.
Lspine: Pain on palpation spinous process L4-S1. Absent of lower extremity reflexes.

Left Knee: + Medial Mcmurray sign. Tenderness at medial jointline. +MMT findings.

Left knee MRI 1/25/2011: Partial root tear to the posterior horn medial meniscus. Osseous contusion with bone marrow edema, medial femoral condyle. Chondral fissuring with cartilage loss at the medial femoral condyle. Moderate to large joint effusion.

Sincerely,

Duane Medeiros, MSN-NP
Orthopedic Surgery
CA license # NP12497

Verbal education;

Bertacchi-Freeman/Hartford001707

## WEST BAY ORTHOPAEDIC MEDICAL GROUP
**Orthopaedic Surgery    Sports Medicine**

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
**www.wbomg.com**

12/5/2012

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 12/5/2012
**REFERRING PROVIDER:.** No data for Referral First Name No data for Referral Last Name

**SUBJECTIVE:**Ms Bertacchi-Freeman is here today for a pre op visit for her left knee. Since her last office visit her pain has decreased slightly. She takes flexeril prn for pain, which is not very often. She is currently off work on disability.

### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

### ALLERGIES:
NKDA

### OBJECTIVE:
ROM 0-110 degrees
1+ effusion
tende MJL

### DIAGNOSIS:
715.16–Knee – OA knee
717.7–Knee – Chondromalacia
717.9–Knee - IDK

### ASSESSMENT:
Left knee arthroscopic surgery scheduled. Informed consent obtained.

### PRESCRIPITION
~Prescription~

### PLAN:
I discussed my findings and the treatment options with the patient. As above. Follow up for pre-op

Bertacchi-Freeman/Hartford001708

Date of Service: 12/5/2012                  Patient: Gloria Bertacchi-freeman            Page: 2

Leslie H Kim, M.D.
CA License # G41605

Patient Education Materials     Date 12/5/2012
Verbal education

Bertacchi-Freeman/Hartford001709

## WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650

**www.wbomg.com**

12/19/2012

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 12/19/2012
**REFERRING PROVIDER:.** No data for Referral First Name No data for Referral Last Name

#### SUBJECTIVE:
Patient is here today for her first postop appointment. On 12/13/12 patient had left knee arthroscopic partial medial and lateral meniscetomy. Today she states she has minor pain and pain is only aggravated when walking. Patient describes pain as mostly achey sometimes sharp. Patient is taking norco and vistral PRN .

#### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

#### ALLERGIES:
NKDA

#### OBJECTIVE:
incisions clean and dry with sutures intact.  mild effusion

#### DIAGNOSIS:
715.16–Knee - OA knee
717.7–Knee - Chondromalacia
717.9–Knee - IDK

#### ASSESSMENT:
S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISECTOMY

#### PRESCRIPITION
~Prescription~

#### PLAN:
I discussed my findings and the treatment options with the patient.  Patient may begin WBAT.  Post-op PT prescribed.  Next post-op visist 4 weeks.

Brianna Morris, PA-C

Leslie H Kim, M.D.
CA License # G41605

**Bertacchi-Freeman/Hartford001710**

Date of Service: 12/19/2012                Patient: Gloria Bertacchi-freeman              Page: 2

Verbal education

Bertacchi-Freeman/Hartford001711

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650

**www.wbomg.com**

1/24/2013

Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 1/24/2013
**REFERRING PROVIDER:**. No data for Referral First Name No data for Referral Last Name

### SUBJECTIVE:
Patient is here today for her left knee. Since last visit patients pain has reduced. She has completed 6 PT sessions. She reports PT has increased her strength and is now able to walk more with less pain. She continues to have some achey sharp pain. She currently takes norco, flexeril, and naprosyn PRN. Currently not working, on disability.

### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

### ALLERGIES:
NKDA

### OBJECTIVE:
LEFT KNEE ROM 0-120 with minimal discomfort with flexion

### DIAGNOSIS:
S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY
715.16–Knee - OA knee
717.7–Knee - Chondromalacia
717.9–Knee - IDK

### ASSESSMENT & PLAN:
I discussed my findings and the treatment options with the patient. Plan to renew PT 2x/week x 6 weeks. Follow up in

Leslie H Kim, M.D.
CA License # G41605

Bertacchi-Freeman/Hartford001712

Date of Service: 1/24/2013                Patient: Gloria Bertacchi-freeman           Page: 2

Verbal education

Bertacchi-Freeman/Hartford001713

## WEST BAY ORTHOPAEDIC MEDICAL GROUP

### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650

**www.wbomg.com**

2/26/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 2/26/2013
**REFERRING PROVIDER:**. No data for Referral First Name No data for Referral Last Name

### SUBJECTIVE:

Patient is here today for her left knee. Since last visit pain in left knee has decreased. She has completed 6 PT sessions and reports that PT is helping her strengthen knee. She would like to have additional PT prescribed. She continues to take flexeril,naprosyn, and norco prn pain. Currently not working, on disability.

### MEDICATIONS:

Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

### ALLERGIES:

NKDA

### OBJECTIVE:

minor antalgic gait favoring left lower extremity
ROM 0 - 125 degrees on the left, 0-130 on the right

### DIAGNOSIS:

S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY
717.7–Knee - Chondromalacia
715.16–Knee - OA knee
717.9–Knee – IDK

### PRESCRIPTION

~Prescription~

### ASSESSMENT & PLAN:

I discussed my findings and the treatment options with the patient. Request additional PT with progression of exercises as tolerated. Will extend time off work and disability until 5/2013. Follow up in 4-6 weeks-4/9/13

Bertacchi-Freeman/Hartford001714

Date of Service: 2/26/2013                    Patient: Gloria Bertacchi-freeman              Page: 2

Leslie H Kim, M.D.
CA License # G41605

Patient Education Materials Dated 2/26/2013

Verbal education

Bertacchi-Freeman/Hartford001715

## OPERATIVE NOTE

| | |
|---|---|
| CAMPUS SURGERY CENTER<br>901 Campus Drive Suite 102<br>Daly City, CA 94015 | PATIENT:            Bertacchi Freeman, Gloria<br>MEDICAL RECORD #: 14637<br>PHYSICIAN:         Leslie Kim, M.D.<br>DATE OF SERVICE:    12/13/2012 |

**DATE OF PROCEDURE:**       12/13/2012

**DICTATING PHYSICIAN:**     Leslie Kim, M.D.

**PREOPERATIVE DIAGNOSES:**  1. Left knee medial meniscus tear.
                             2. Underlying left knee degenerative joint changes.

**POSTOPERATIVE DIAGNOSES:** 1. Left knee medial meniscus tear.
                             2. Underlying left knee degenerative joint changes.
                             3. Left knee lateral meniscus tear.
                             4. Left knee hypertrophic synovitis.

**OPERATIVE PROCEDURES:**    1. Left knee arthroscopic partial medial and lateral meniscectomy.
                             2. Left knee anteromedial and lateral compartment arthroscopic synovectomy.

**SURGEON:**                 Leslie Kim, M.D.

**ASSISTANT:**               None.

**ANESTHESIA:**              General LMA.

## INDICATIONS FOR PROCEDURE AND SURGICAL FINDINGS:

The patient had persistent signs and symptoms of left knee medial meniscus tear with positive findings on MRI scan. She underwent a conservative treatment, but continued to complain of significant pain and mechanical symptoms interfering with normal daily activities. Arthroscopic surgical evaluation and treatment were therefore requested.

At the time of surgery, the patient was noted to have good knee passive range of motion. No significant anteroposterior or mediolateral laxity was demonstrated on manual stress testing. Arthroscopic evaluation of the joint revealed diffuse hypertrophic synovitis. There was extensive synovitis anteriorly in the medial and lateral compartments. Loose cartilaginous debris was also noted in the joint, but no large loose body. The patellofemoral tracking appeared normal, but there was grade 2 chondromalacia on the medial and lateral patellar facets. Grade 1-2 changes were evident on the femoral trochlear groove. Medial and lateral gutter inspection revealed no osteophyte formation or loose bodies. In the lateral compartment, essential radial tearing of the meniscus was present. Grade 2 essential tibial chondromalacia was present. Inspection of the notch revealed hypertrophic synovium. Normal-appearing anterior cruciate ligament was present. In the medial compartment, posterior horn root tear was present.

Bertacchi-Freeman/Hartford001716

Campus Surgery Center                                    Bertacchi Freeman, Gloria
Operative Report                                         12/13/2012 00:00:00

There was also essential tearing of the body of medial meniscus. Grade 2 changes were present on the femoral and tibial articular surfaces. No other abnormalities were noted.

## DESCRIPTION OF PROCEDURE:

The patient was administered general laryngeal mask anesthesia in a supine position. The left lower extremity was then prepped and draped in the usual sterile fashion. A tourniquet was placed around the proximal thigh, but not inflated during the procedure. Standard anteromedial and anterolateral portals were made with a #11 blade. The arthroscope was introduced into the anterolateral portal. Systematic examination was performed. A straight and angled basket punch forceps were then used to perform partial meniscectomy. Torn and unstable meniscus in the body and posterior horn on the medial site was resected. Essential tearing of the lateral meniscus was also resected. A motorized shaver was used to debride and smooth the edges. Loose articular cartilage in the medial and lateral compartments was debrided with the motorized shaver. A hypertrophic synovium was resected with the motorized shaver. The arthroscopic cautery device was also used to debride the soft tissue and obtained hemostasis. The joint was then copiously irrigated and suctioned free of debris. Then, 0.5% Marcaine with epinephrine and 15 mg of morphine were injected around the portal sites. The portal wounds were closed with interrupted 4-0 nylon sutures. Xeroform and dry gauze dressing was applied followed by an Ace compression bandage. The patient tolerated the procedure well with negligible blood loss. She was transferred to the recovery room in good condition.

Leslie Kim, M.D.

LK/111/223/1138152d00          DD: 12/13/2012     DT: 12/13/2012

Bertacchi-Freeman/Hartford001717

Campus Surgery Center                              Bertacchi Freeman, Gloria
Operative Report                                      12/13/2012 00:00:00

| CPT CODE | APC | MOD | ICD9 | ICD V3 | PHYSICIAN | COMMENTS |
|---|---|---|---|---|---|---|
| 29880 ... 29876 | 0041 0041 | LT ... 59LT | 836.0 836.1 727.00 715.36 | 80.6 ... 80.76 | LESLIE KIM | |

Bertacchi-Freeman/Hartford001718



**Health Diagnostics**
*Solutions for Better Healthcare*

455 Hickey Boulevard, Suite 200
Daly City, CA 94015
Phone: (650) 757-2030
Fax: (650) 757-2036

| | |
|---|---|
| Study: | MRI - Knee LT- without Contrast *73721 |
| Patient: | BERTACCHI FREEMAN, GLORIA |
| Medical Record #: | 100533 |
| Date of Birth: | REDACTED/1953 |
| Date of Service: | 01/25/2011 |
| Ordering Physician: | DUANE MEDEIROS, NP |

### MRI LEFT KNEE WITHOUT CONTRAST:

**CLINICAL HISTORY:**
Sudden onset pain.

**TECHNIQUE:**
The following MR sequences were performed of the left knee:
1.   PD fat suppression Axial
2.   PD Sagittal
3.   PD with fat saturation Sagittal
4.   PD Coronal
5.   PD with fat saturation Coronal
6.   PD thin slice Sagittal Oblique through the ACL

**FINDINGS:**
The anterior cruciate ligament is intact.  The posterior cruciate ligament is intact.  The medial collateral ligament is intact.

There is mild scarring of the proximal fibers of the medial collateral ligament, with fibers in continuity.  Lateral collateral ligament complex is intact.

Evaluation of the lateral compartment, demonstrates intact lateral meniscus.  The lateral compartmental cartilage is well preserved.  There is no abnormal lateral compartmental marrow edema.

Evaluation of the medial compartment, demonstrates a partial root tear of the posterior horn root attachment of the medial meniscus, with extension into the posterior horn and posterior aspect of the body of the medial meniscus.  There is mild peripheral subluxation of the body segment of the medial meniscus into the medial joint line with overlying synovitis.  There is peripheral marginal edema in the medial femoral condyle and posteromedial femoral condyle, with overlying shallow chondral fissuring likely representing underlying reactive changes with superimposed osseous contusion.  The medial tibial plateau cartilage is well preserved.

The trochlear cartilage is well preserved.  The patellar cartilage is well preserved.  The medial retinaculum is intact.  The lateral retinaculum is intact.  The patellar tendon is intact.  The quadriceps tendon is intact.  There is a large joint effusion, with mild synovitis and debris.  There are no osteochondral bodies.  There is a small popliteal fossa cyst.

**IMPRESSION:**

1.   **Partial root tear of the posterior horn of the posterior horn root attachment at the medial meniscus, with extension to the posterior horn and posterior aspect of the body of the medial meniscus.  Associated mild peripheral subluxation of the body segment of the medial meniscus into the medial joint line.**
2.   **Focal osseous contusion and marrow edema of the peripheral margin of the medial femoral condyle and posteromedial femoral condyle with overlying shallow chondral fissuring.**

**Bertacchi-Freeman/Hartford001719**

**Patient: BERTACCHI FREEMAN, GLORIA**
**Date of Service: 01/25/2011**
**Page 2 of 2**

**Medical Record #: 100533**
**Study: MRI - Knee LT- without Contrast #73721**

   3.  Scarring of the proximal fibers of the medial collateral ligament with fibers in continuity.
   4.  Moderate to large joint effusion with mild synovitis.
   5.  A small popliteal fossa cyst as described above.


THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED Brian Kim, MD


Brian Kim, MD

cc:

D: 01/25/11 T: 01/25/11
BK/vj

MAR-28-2013 10:43 P.04

Mar 27 2013 21:21:32 1-855-853-9357 -> 916 295 5769 Victor Shamish Page 004

THE HARTFORD

03/25/2013 15:53 FAX 41NXO'S 004/011

THE HARTFORD

G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. I AUTHORIZE you to release to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relating to:

Gloria Bertacchi Freeman — 5/1/53 — 3990

Insured's Name (Please print) — Date of Birth — Last 4 Digits of Social Security Number

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension records and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

I UNDERSTAND that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or any further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other legal administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

I ALSO UNDERSTAND that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization, I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of any coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

[signature] — 3/19/13

Signature of Insured or Guardian — Date — Relationship to Insured (If signed by Guardian)

[1] The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, [illegible] Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, beneficiaries and/or third-party contractors.

TOTAL P.04

2013040420000182

UNIVERSITY OF CALIFORNIA, DAVIS
HEALTH SYSTEM

PATIENT NAME_____

MEDICAL RECORD #:_____

BIRTHDATE:_____

**AUTHORIZATION FOR RELEASE
OF HEALTH INFORMATION**

Page 1 of 2    *Fax #*
*916 734 2126*

I authorize: _____
UC DAVIS MEDICAL CENTER
HEALTH INFO. MGMT. DEPT.
Name of person and/or facility who has information
2315 Stockton Boulevard
Sacramento, California 95817

_____

Street Address, City, State, Zip Code

to release health information to:

_____

Specify name/title of person and/or facility to receive health information

_____

Street Address, City, State, Zip Code

_____

************************************************************************

**Please specify the health information you authorize to be released:**

❒ MEDICAL                    ❒ MENTAL HEALTH (other than
                                psychotherapy notes)

Type(s) of health information: _____

Date(s) of treatment:_____

You may also authorize the release of information for treatment provided after the date of the signature on this Authorization as long as such treatment occurs while this authorization has not expired. Please initial if you would like this Authorization to release information about healthcare you receive after the date of your signature. _____
(Initial here)

**The following information will not be released unless you specifically authorize it by marking the relevant box(es) below:**

❒   I specifically authorize the release of information pertaining to drug and alcohol
     abuse, diagnosis or treatment (42 C.F.R. §§2.34 and 2.35).

❒   I specifically authorize the release of HIV/AIDS test results (Health and Safety Code
     §120980(g)).

❒   I specifically authorize the release of genetic testing information (Health and Safety
     Code §124980(j)).

UNIVERSITY OF CALIFORNIA, DAVIS
HEALTH SYSTEM

**PATIENT NAME**_____

**MEDICAL RECORD #:**_____

**BIRTHDATE:**_____

**AUTHORIZATION FOR RELEASE
OF HEALTH INFORMATION**

Page 2 of 2

**The purpose of this release is for (check one or more):**

☐   At the request of the patient/patient representative

☐   Other (state reason) _____

## NOTICE
UCDHS and many other organizations and individuals such as physicians, hospitals and health plans are required by law to keep your health information confidential. If you have authorized the disclosure of your health information to someone who is not legally required to keep it confidential, it may no longer be protected by state or federal confidentiality laws.

## YOUR RIGHTS
This Authorization to release health information is voluntary. Treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this Authorization except in the following cases:  (1) to conduct research-related treatment, (2) to obtain information in connection with eligibility or enrollment in a health plan, (3) to determine an entity's obligation to pay a claim, or (4) to create health information to provide to a third party.

This Authorization may be revoked at any time. The revocation must be in writing, signed by you or your patient representative, and delivered to: Health Information Management Department, UCDHS, 2315 Stockton Blvd., Building 12, Sacramento, California 95817.

The revocation will take effect when UCDHS receives it, except to the extent UCDHS or others have already relied on it.

You are entitled to receive a copy of this Authorization.

## EXPIRATION OF AUTHORIZATION
Unless otherwise revoked, this Authorization expires _____(insert applicable date or event). If no date is indicated, the Authorization will expire 12 months after the date of my signing this form.

_____
Print Name

_____        _____
Signature (Patient, Parent, Representative)

_____
Date                    Time

_____
Relationship to Patient (Parent, Guardian, Conservator, Patient Representative)

_____
Witness (only if patient unable to sign) or Interpreter



9  pgs                    000966
*********AUTO**MIXED AADC 300
000000966 02 MB    0.405
ATTN: CHRISTINE M MONTREY
THE HARTFORD
PO BOX 14306
LEXINGTON KY  40512-4306

# ATTENTION
## Confidential information enclosed.
## To be viewed by authorized persons only.

# If you have questions regarding any information you have requested,
## Please call the phone number on the enclosed invoice

Health information is reproduced by HealthPort, a health information outsourcing service. Your healthcare facility contracts with HealthPort to process authorized copies of medical records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Date |
|---|
| **4/1/2013** |
| Request ID # |
| **0125056911** |

Ship to:

CHRISTINE M MONTREY
THE HARTFORD
PO BOX 14306
LEXINGTON, KY 40512-4306

**Requested By:** THE HARTFORD
**Patient Name:** BERTACCHI FREEMAN GLORIA
**DOB:** REDACTED 53

Records from:

U C DAVIS MEDICAL CENTER
2315 STOCKTON BLVD
SACRAMENTO, CA 95816

HealthPort is the largest provider of release of information(ROI) services and technology.
We ensure the compliant exchange of protected health information for over 10,000
healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to
www.healthport.com/facilityassist

MAR-29-2013  10:42
mar 27 2013 21:20:44 1-855-893-9.5/      →      916 295 5769 Victor Shanish      P.01
                                                                                 Page 001



THE
HARTFORD

## *Fax Cover Page*

---

Date:        03/27/13  09:20:39 PM


To:          Release of Information
Fax Number: 9162955769
Subject:     Dr. Thuy Rose Nguyen/Request medical records of Bertacchi-Freeman, Gloria  for the
period of 1/1/2012  to present

From:        GB Claims – Medical Record Requests


Company:     Hartford Life, Inc.
Address:     PO BOX 14306              ) Shup
             Lexington, KY 40512-4306 )


Fax#:        1- 888-393 -2106                    (Pt: Gloria Bertacchi
                                                    freeman )

Total Pages:  4 including cover page

This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information.  if you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited.  if you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

---

Memo:

Bertacchi-Freeman/Hartford001726

MAR-28-2013  10:43
Mar 27 2013 21:28:58 1-866-893-4367    →    916 295 5769 Victor Shanish    Page 002

P.02



March 27, 2013

Dr. Thuy Rose Nguyen
Uc Davis - Family Practice
550 West Ranch View Dr. #2005
Rocklin, CA 95765
Fax : (916) 295-5769

Policy Holder:    Cardinal Health, Inc.
Claimant:    Gloria Bertacchi-Freeman (DOB REDACTED 1953)
Insured ID:    9004108017
Policy Number:    83120674

Dear Dr. Nguyen:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the
following information:

Office notes for the period of 1/1/2012 to present. Please include any other information you feel is
pertinent to the processing of this claim.

To permit you to honor our request, we are enclosing a signed authorization to release medical
information. Please be assured that we will honor a reasonable fee for necessary clerical expenses
in complying with our request promptly upon its receipt. If you require pre-payment please contact
the writer. Finally, include your tax identification number with all fee requests.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other
entities covered by GINA Title II from requesting or requiring genetic information of an individual,
except as specifically allowed by this law. To comply with this law, we are asking that you not
provide any genetic information when responding to this request for medical information. 'Genetic
information' as defined by GINA, includes an individual's family medical history, the results of an
individual's or family member's genetic tests, the fact that an individual or an individual's family
member sought or received genetic services, and genetic information of a fetus carried by an
individual or an individual's family member or an embryo lawfully held by an individual or family
member receiving assistive reproductive services.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford001727

MAR-28-2013  10:43

Mar 27 2013 21:21:21 1-800-893-2357      ->      916 295 5769 Victor Shanish      Page 003      P.03

If you have any questions, please feel free to contact our office at (800) 898-2458.  Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

*Christine M. Montroy/VS*

Christine M. Montroy, Ability Analyst/VS
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford001728



UNIVERSITY OF CALIFORNIA, DAVIS

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO                    SANTA BARBARA • SANTA CRUZ

UC DAVIS MEDICAL CENTER
2315 STOCKTON BOULEVARD
SACRAMENTO, CALIFORNIA 95817

## UCDHS is Unable to Fulfill Your Request

3/29/13

The Hartford
Po Box 14306
Lexington, KY 40512

RE:   Gloria M Bertacchi / 0565663

The Health Information Management Department at University of California Davis Medical Center
has received your request for medical information regarding the above-mentioned patient.

The authorization is invalid due to one or more of the following reasons:

- **The authorization is invalid. Per California State Law- Civil Code 56.11 (a) –
  requires all authorization forms to be printed in 14 point font or larger. Please fill
  out the attached authorization completely and send back.**
- **All elements of the authorization must be complete; otherwise, we are unable to
  release the medical information for this patient.  Please see where indicated by
  the star.**

We are returning your correspondence in its entirety.  Please submit the completed valid
authorization. Your request will be processed promptly upon receipt of the requested information.

Sincerely,


Release of Information Unit
Health Information Management Department
UC, Davis Health Systems
Phone 916-734-5205
Fax 916-734-2126

Case 2:15-cv-02596-TLN-AC  Document 18-3  Filed 04/03/17  Page 664 of 769

2013-03-28 23:24 T0267       9168652904 >>                    P 1/2



## TARGET PHARMACY

**Target Pharmacy #0267**
**1925 Douglas Blvd**
**Roseville, CA 95661**

## Phone (916) 786 – 8992
## Fax (916) 865 – 2904

**Fax**

To: _Christine Montroy , Hartford Life_    Date: _3/29/13_

Fax: _1-888-393-2106_

From: _Target Pharmacy_

#Pages _2_

Notes

_Regarding patient Gloria Bertacchi-Freeman DOB 5/11/53_
_medical Records release from 1/1/12 to 3/29/13._

This facsimile contains confidential information intended for use only by specific individual or entity named above. If you are not the intended recipient of this facsimile you are hereby notified that any unauthorized dissemination or copying of this facsimile of the information contained in it is prohibited. If you have received this facsimile in error, please immediately notify the pharmacy above by telephone and return the original facsimile to the address above by US mail.

Bertacchi-Freeman/Hartford001730

MEDICAL RX BENSES
FREEDB

Patient: FREEMAN-BENTACCHI, GLORIA    Pharmacy: TARGET PHARMACY #0267
RespPty:                                        1925 DOUGLAS BLVD
        5135 MOSS LN                            ROSEVILLE      CA 95661
                                                RPh: NAVASCA. KIMBERLY,
        GRANITE BAY      CA 95746 5881
  Birth: REDACTED1953

Prescriptions:                   Dates: 01/01/2012 to 03/29/2013

Last Fill  Rx #   Drug Name              DAW      Qty  Days      Price
Written    Tx #   Drug NDC       RPh RefAut/Rem/# Physician

12/29/2012 6929768 ACIPHEX 20 MG     TAB  0        90 90       100.00
04/30/2012 1487473              KAN  3 /3 / 0  Dr. ZAWILLA, STEVEN E

12/29/2012 6929769 LEVOTHYROXIN 150MCG TAB 0       90 90        10.00
04/30/2012 1487474              KAN  3 /3 / 0  Dr. ZAWILLA, STEVEN E

02/27/2013 4445462 HYDROCO/APAP 5-500M TAB 0       30 7          2.95
02/27/2013 1496408              ADC  0 /0 / 0  Dr. STEINER, GREGORY G

02/27/2013 4445463 DIAZEPAM 10 MG    TAB  0         4 4          1.17
02/27/2013 1496409              ADC  0 /0 / 0  Dr. STEINER, GREGORY G

02/27/2013 6933432 AMOXICILLIN 250 MG CAP  0       21 7          3.31
02/27/2013 1496406              ADC  0 /0 / 0  Dr. STEINER, GREGORY G

  Report Date: 03/29/2013                              $117.43

  Attested To By: _____
                  Registered Pharmacist

Bertacchi-Freeman/Hartford001731

**JOB DESCRIPTION/ANALYSIS**

NAME

LOCATION

JOB TITLE __DIRECTOR OF PHARMACY


YEARS EXPERIENCE IN THIS POSITION

NUMBER OF EMPLOYEES REPORTING DIRECTLY TO YOU
IMMEDIATE MANAGER=S NAME AND POSITION
**JOB OBJECTIVE** (describe the overall purpose of your job)

Plan, organize and direct all functions of the hospital pharmacy services.  Assure all legal and regulatory requirements are satisfied.  Assure pharmacy services and activities are carried out to meet goals and standards of both Cardinal Health Healthcare, Inc.

**PRIMARY JOB FUNCTIONS** (list job functions required to meet job objective.  If function not performed the expected results of job would not be achieved.)

**PRIMARY FUNCTION**
- Patient and department charges processed accurately/timely
- Purchase drugs and supplies in accordance with Bids and Cardinal Health Policies

- Use Econotherapeutics in formulary control
- Responsible for all drug storage and preparation in the hospital
- Establish standards/training for sterile product preparation
- Participate in P&T committee assuring all pertinent information communicated
- Design, implement, maintain all pharmacy QI activities
- Achieve acceptable scores on operations audits
- Manage staff pharmacists and technicians.  Train and develop/hire and fire
- Maintain legal staffing level at all
- Reconcile financial information and communicate on a timely basis
- Maintain accurate IMPACT records
- Develop and maintain medical staff approved formulary
- Assure approval of DUE criteria and performs DUE as required
- Assure adequate control and documentation of controlled substances
- Document all drug recalls and use of investigational drugs
- Ensure compliance with all state, local, and federal regulations
- Meet or exceed all JCAHO/Medicare/ADA standards related to pharmacy
- Arrange/conduct hospital and pharmacy orientation for new hires within 60 days
- Ensure competency of designated staff on proper use of equipment and skills

Total % of time on primary functions
(Percent of time spent on primary and secondary job functions = 100%)

**Bertacchi-Freeman/Hartford001732**

**SECONDARY JOB FUNCTIONS** (list job functions done routinely but do not specifically support your Job Objective.  Tasks can be reassigned to someone else without having a significant impact on the Job Objective.)

**SECONDARY FUNCTION**
- Maintains safety-integrity-professionalism of pharmacy at all times
- Provide in-services to staff and hospital professional staff
- Assure acquisition or renewal of all licenses including RPhs
- Petty cash reconciliation/accuracy
- Direct monthly medication area inspections
- Conducts staff meetings
- Serve on hospital committees as requested
- Ensure compliance with all Cardinal Health and hospital policies
- Perform special projects as requested
- Perform as Staff Pharmacist as needed

Total % of time spent on secondary job functions
       (Percent of time spent on primary and secondary job functions = 100%)

**SKILLS USED TO PERFORM JOB** (list specific skills required to perform job functions ex. computer programs, phone skills, typing, statistics, etc...)

- Effective interpersonal skills
- Ability to prioritize
- Supervisory skills
- Pharmacist skills
- Presentation skills
- Negotiation skills
- Financial management skills
- Stress Management skills

**QUALIFICATIONS** (education level, licenses, certifications)

Current license to practice Pharmacy in state
Graduate of college of Pharmacy accredited by ACPE or equivalent
Previous Cardinal Health Healthcare pharmacist experience or previous DOP experience
Training and proficiency in age specific therapies for hospital patients
Neo-natal, pediatric, adolescent, adult and/or geriatric

**CRITICAL DEMANDS** (list demands of job, such as handling multiple project, working independently, flexible, customer service)

Customer oriented at all times - must be diplomatic
Manage diverse workforce
Pressure to perform in emergency situations
Overall decision making responsibility
Constant interruptions
Ability to handle multiple projects

**COMMENTS**

_____

_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Prepared by: _____ Date:_____

Reviewed by:_____ Date:
            (Immediate Manager)

Bertacchi-Freeman/Hartford001734

DOP-SAMPLE

## DIRECTOR OF PHARMACY
## STANDARDS OF PERFORMANCE
Achievement of these standards is expected annually

Patient and department charges processed on timely/accurate basis
       Reconcile patient charges daily
       Reconcile department charges monthly

Ensure drugs and supplies purchases in accordance with Cardinal Health bids and policy 90 % compliance

Use Econotherapeutics in formulary control
       Logs completed 100% of time
       Goals of facility set 100% of time
       Goals of facility met 90% of time

Responsible for all drug storage and preparation in hospital
       No outdates 90%
       Inspections done monthly 100%

Establish standards/training for sterile product preparation
       100% of designated associates within 30 days of hire/promotion

Participate in P&T committee assuring all pertinent information communicated
       Attend all P&T committee meetings (unless approved absence from work)

Modify, implement, maintain all pharmacy QI activities
       Meet 100% of Cardinal Health requirements
       Meet 100 % of hospital requirements

Achieve acceptable scores on operations audits
       Achieve 80% (on existing accounts)

Manage staff pharmacists and technicians in professional manner
       Complete evaluations on time 100%
       Complete updates on time 100%
       Set goals with associates 100%
       Hold monthly staff meetings or 12 per year 100%

Ensure training and development of staff
       Conduct and/or arrange 10 pharmacy staff in-services per year

Reconcile, provide, and communicate financial information on timely basis
       Call sheet estimate within 10 days after month
       Monthly management report by 15th of following month

Maintain IMPACT records
       90% of patient chargeable entered
       Activity updates run monthly

Develop and maintain medical staff approved formulary
       Reviewed Quarterly
       Approved Annually

Bertacchi-Freeman/Hartford001735

Assure approval of DUE criteria and perform DUE as required

    Assure DUEs completed 80%

    Annual approval of criteria

    Report DUE results quarterly

Assure adequate control and documentation of controlled substances

    Narcotics secured 100%

    Narcotic reports and documentation completed 90%

Accurately document drug recalls and sue of investigational drugs

    Drug recalls complete 100%

    Documentation of use of investigational drugs 100%

Ensure compliance with all state, local, and federal regulations

    No documented incidents of failure to comply

Meet JCAHO/Medicare/legal standards

    No type 1 deficiencies

Arrange/conduct hospital and pharmacy orientation for new hires

    New hires/transfers oriented within 60 days

Ensure competency of designated staff on proper use of equipment and skills

    New hires tested for competency within 90 days

    Annual testing thereafter

Maintain safety of pharmacy at all times

    No noted violations

    No more than 2 preventable accident/injury

Maintain professionalism of pharmacy

    No more than 3 documented, verified complaints of any unprofessional or discourteous behavior

Provide in-services to staff and hospital professional staff

    Quarterly to nursing staff

    Annual IV/ADR

    Annual Medical Staff in-service

    12 per year pharmacy staff

Ensure licensure of all professionals

    Post all licenses

    Personal license current

Ensure compliance with Cardinal Health and hospital policies

    No more than 2 documented incidents of not following policy

Ensure dosing appropriate for patients served by pharmacy (age specific)

    No errors

OTHERS AS APPLY TO SPECIFIC HOSPITAL

Bertacchi-Freeman/Hartford001736

**DOP-SAMPLE**

### DIRECTOR OF PHARMACY
### CRITERIA BASED PERFORMANCE EVALUATION

**RATING SCALE**   1 - Unsatisfactory
2 - Improvement needed
3 - Achieved Standard (if standard is 100% 3 is highest rating)
4 - Exceeded Standard (comment/quantified measure required)
5 - Exceptional (comment/quantified measure required)

| STANDARD | RATING | COMMENT |
|---|---|---|
| Reconcile patient charges daily | _____ | |
| Reconcile department charges monthly | _____ | |
| 90% bid compliance | _____ | |
| Econotherapeutic goals completed 100% | _____ | |
| Econotherapeutic goals met 90% | _____ | |
| No outdates 90% | _____ | |
| No Inspections done monthly | _____ | |
| Designate sterile product Associates trained on preparation within 30 days | _____ | |
| Attend 100% Cardinal Health PT committee unless approved by DOM to miss | _____ | |
| Meet 100% Cardinal Health QI requirements | _____ | |
| Meet 100% hospital QI requirements | _____ | |
| Achieve 80% on Operations Audit | _____ | |
| Complete employee evaluations on time | _____ | |
| Set annual goals with employees 100% | _____ | |
| Hold monthly (or 12) staff meetings/year | _____ | |
| Conduct or arrange 10 pharmacy staff in-services/year | _____ | |
| Maintain legal staff levels 100% | _____ | |
| Provide preliminary (sheet estimate) data within 10 days after month end | | |
| Monthly management report by 15th of the following month | _____ | |
| 90% of patient chargeable IMPACT entered monthly | _____ | |
| Monthly IMPACT activity reports run | _____ | |
| Approved formulary (annually) | _____ | |
| Formulary reviewed quarterly | _____ | _____DUE |
| completed 100% of patients | _____ | _____DUE |
| results reported quarterly | _____ | |
| Controlled substances secured 100% | _____ | |
| Narcotic reports/documents complete 90% | _____ | |
| Drug recalls complete 100% | _____ | |
| Document investigational drug use 100% | _____ | |

**Bertacchi-Freeman/Hartford001737**

No incidents of failure to comply with legal
  requirements                                      _____

No type 1 deficiencies JCAHO, Medicare
  legal standards                                   _____

New hires/transfers oriented within 30 days        _____

New hires tested for competency 90 days            _____

Annual competency testing all others         _____    _____No

safety violations documented                 _____    _____No

more than 2 preventable accidents or injuries _____   _____No

more than 3 documented complaints from
patients, visitors, staff on failure to provide
  professional, courteous service                   _____

Conduct or coordinate quarterly in-services to
  nursing staff                                      _____

Conduct or coordinate annual IV/ADR in-services      _____

Conduct or coordinate annual Medical Staff
  In-service                                         _____

Provide age-specific care 100%                       _____

Licenses all current and posted 100%           _____    _____No

more than 2 incidents of failure to comply
  with Cardinal Health/hospital policy                        _____


OTHERS

_____     _____
_____     _____
_____     _____


_____
Associate Signature                        Manager Signature

Bertacchi-Freeman/Hartford001738

**KAISER PERMANENTE.** Kaiser Foundation Health Plan, Inc.
Kaiser Foundation Hospitals
The Permanente Medical Group, Inc

## AUTHORIZATION FOR USE AND DISCLOSURE OF PHARMACY INFORMATION
## (NORTHERN CALIFORNIA)

I understand that Kaiser Permanente will not condition treatment, payment, enrollment, or eligibility for benefits on my providing or refusing to provide this authorization.

I hereby authorize:
Kaiser Permanente Pharmacy,
Kaiser Foundation Health Plan Pharmacy,
and / or Kaiser Foundation Hospital Pharmacy

Disclose to:

_Benefit Management/Disability/Hartford_
Print Name of Recipient

_PO Box 40512_
Address

_Lexington_          _KY_          _40512_ -_4305_
City                    State              Zip

Records and information pertaining to: ( _9004108017_ )

_Gloria Bertacchi Freeman_          _2856742_          _5/1/53_
Print Name of Recipient          Medical Record Number          Date of Birth

_5135 Moss Lane_          _Granite Bay_          _95746_          _916-390-1845_
Address          City          Zip          Telephone Number

**DURATION:** This authorization shall become effective immediately and shall remain in effect for this single request for records; after which the authorization shall expire. A new authorization form will be required for each future request.

**REVOCATION:** This authorization is also subject to written revocation by the member / patient at any time. The written revocation will be effective upon receipt, except to the extent that the disclosing party or others have acted in reliance upon this authorization.

**REDISCLOSURE:** I understand that the recipient may not lawfully further use or disclose the health information unless another authorization is obtained from me or unless such use or disclosure is specifically required or permitted by law.

**SPECIFY**   ☑ Dispensing summary (e.g., tax records).

**RECORDS:** Request for the period from _____ to _____
                                        MM/DD/YY                        MM/DD/YY

Records up to the past 30 months are available as a courtesy. Records beyond 31 months are assessed a service fee of $15.00 per request / per member / patient. Enclose check or money order made to the order of: Kaiser Foundation Hospitals (KFH). **DO NOT SEND CASH.**

The recipient may use the pharmacy health information authorized on this form for the following purposes:

A copy of this authorization is as valid as the original. Member / patient has a right to a copy of this authorization. Please send a copy of Power of Attorney, Death Certificate, or other legal document as it applies to request of records for another member / patient.

_3/23/13_          _[signature]_
Date                    Signature          If Signed by Other than Member/Patient, Indicate Relationship

| Make a copy for your records and Mail completed form to: ➔ | Kaiser Permanente Pharmacy Informatics PO Box 5075 Livermore, CA 94551-5075 | Faxed copies will not be accepted. |



CHW Medical Foundation

CHW

3000 Q Street
Sacramento, CA  95816
(916) 733-3332 Telephone
(916) 733-3326 Facsimile

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. <u>Failure to provide *all* information requested may invalidate this authorization</u>.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

**Name of Patient:** *Gloria Bertacchi Freeman* **Date of Birth** REDACTED/ 53

Other Names Used: *Freeman* _____ **Telephone Number:** *916 390/845*

**Patient Address:** *5135   Moss Lane, Granite Bay, CA  95746*
*(Street, City, State and Zip Code)*

I AUTHORIZE: _____ **CHW – MERCY MEDICAL GROUP** _____
*(Facility or other provider)*

**TO DISCLOSE TO:** _____
*(Persons/organizations authorized to receive the information)*

at the following address: _____
*(Street, City, State and Zip Code)*

the following information contained in the records specified below (check box and initial applicable lines below):

____ Mental health or developmental disability treatment records (excludes "Psychotherapy notes")

____ Substance abuse treatment records

____ HIV test results   (This authorizes disclosure of laboratory test results only. **Note that your records may include information concerning your HIV status even if you do not initial this line.)**

❑ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified [check applicable box(es)]:

| | | |
|---|---|---|
| __ Billing Records | __ Emergency Room Reports | __ Procedure Reports |
| __ Consultation Reports | __ History and Physical | __ Progress Notes |
| __ Discharge Summary | __ Laboratory Tests | __ X-ray Reports |
| __ Date(s): _____ | | |
| __ Other: _____ | | |

❑ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care.

Page 1 of 2

Revised: 02/01/04

Bertacchi-Freeman/Hartford001740

Case 2:15-cv-02586-TLN-AC  Document 18-3  Filed 04/03/17  Page 675 of 769

Please fax the completed application to:
The Hartford
P.O. Box 14301
Lexington, KY. 40512-4301
Fax Number: 866-411-5613

**MEDICAL HISTORY FORM**

THE HARTFORD

Name: BERTACCHI-Freeman, Gloria
Insured ID Number: 900410 8017
Policy: 831 20673

Please provide the following information regarding medical treatment for the period of:
Jan 1, 2012 to present

### DOCTORS/LABORATORY/IMMEDIATE CARE CENTERS

Name: Dr. John Zawilla / Clinic Chong  Specialty: Family Practice / Occ medicine  Telephone Number: (916) 784-4100
Address: Kaiser Hospital, 1600 Eureka Rd. Roseville, CA 95661  Fax Number: (916) 746-4314
Date 1st Consulted: Chong 10-15-2012 to Zawilla 1-2012  Date Last Consulted: Chong 11-26-2012 to 3-2012  Next Appointment Date: N/A

Name: Dr. Thuy Rose Nguyen  Specialty: Fam Practice  Telephone Number: (916) 295-5700
Address: UC Davis, Family Practice, 550 West Ranch View Dr #2005, Rocklin, CA 95765  Fax Number: (916) 295-5769
Date 1st Consulted: 11/5/12  Date Last Consulted: 3/15/13 mon  Next Appointment Date: TBD

Name: Dr. Peter Heitke  Specialty: Occupational  Telephone Number: (916) 632-9606
Address: US Heathworks, 2305 Sunset Blvd, Rocklin, CA 95765  Fax Number: (916) 632-9706
Date 1st Consulted: 10/12/12  Date Last Consulted: 10/12/12  Next Appointment Date: N/A

Name: Dr. Kim (medeiros, PA) West Bay Ortho  Specialty: Ortho  Telephone Number: (650) 991-9400
Address: 901 Campus Drive #111 Daly City, CA 94015  Fax Number: (650) 991-2650
Date 1st Consulted: 11/13/12 M 2012  Date Last Consulted: 2-26-13  Next Appointment Date: 4/9/13

### HOSPITALS (INPATIENT & OUTPATIENT)

Name: Mercy Hospital Folsom  Telephone Number: (916) 983-7400  Fax Number: (916) 733-3326
Address: 1600 Creekside Drive, Folsom, Sacramento, CA 95630  Next Appointment Date: N/A
Date 1st Consulted: 12/18/12  Date Last Consulted: 12/18/12

Name: Campus Surgery Center  Telephone Number: (650) 991-2000  Fax Number: (650) 755-8638
Address: 901 Campus Drive #102 Daly City, CA 94015  Next Appointment Date: N/A
Date 1st Consulted: 12/13/12  Date Last Consulted: 12/13/12

Name: Mercy Medical Group  Dr. Raza  Telephone Number: (916) 404-1400  Fax Number: (916) 733-3326
Address: 550 W Ranch View ~ Suite 3000, Rocklin, CA 95765  Next Appointment Date: N/A
Date 1st Consulted: 11/14/12  Date Last Consulted: 11/14/12

Name: Kaiser Hospital (2856742)  Telephone Number: (916) 784-4000 (916) 784-4050  Fax Number: (916) 746-4314
Address: (1600 Eureka Rd) + (1001 Riverside Ave) Roseville, CA 95661  Next Appointment Date: N/A
Date 1st Consulted: 2012  Date Last Consulted: 2012

**Signature - Please read the statement that applies to your state of residence and sign the bottom of the page.**

**For residents of all states EXCEPT California, Colorado, Florida, Kentucky, Maine, Maryland, New Jersey, New York, Oregon, Pennsylvania, Puerto Rico, Tennessee, Virginia and Washington:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For Residents of California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**For residents of Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**For residents of Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree

**For residents of Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim or an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**For residents of Maine, Tennessee, Virginia and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

**For Residents of Maryland:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For residents of New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. Any person who includes any false or misleading information on an application for insurance policy is subject to criminal and civil penalties.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**For residents of Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto that the insurer relied upon is subject to a denial and/or reduction in insurance benefit and may be subject to any civil penalties available.

**For residents of Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material hereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**For residents of Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

The statements contained in this form are true and complete to the best of my knowledge and belief.

[signature] 3/23/12
Signature — Date

5135 Moss Lane, Granite Bay, CA 95746 — 916 390 1845
Address — Telephone Number

## MEDICAL HISTORY FORM
### Continued 2012 to present


THE
HARTFORD

**MEDICATIONS PRESCRIBED OR TAKEN**

| Medication: | Date: | For what condition: | Physician's name: | |
|---|---|---|---|---|
| Hector Patch | 11/5/12 | Pain | Chong | #2642072613 |
| Medication: Hydrochlorthiazide | Date: 12 | For what condition: Blood Pressure | Physician's name: Zawilla | |
| Medication: Hydrocodone/APAP | Date: 12/13/12 | For what condition: PAIN | Physician's name: Kim | |
| Medication: Orphenadrine | Date: 10/12/12 | For what condition: muscle spasm | Physician's name: Heitke | |
| Medication: Cyclobenzaprine | Date: 12/13/12 | For what condition: muscle spasm | Physician's name: Medeiros, NP | |
| Medication: Acidhex | Date: 12 | For what condition: GERD | Physician's name: Zawilla | |
| Medication: Synthroid | Date: 12 | For what condition: thyroid | Physician's name: Zawilla | |

**PHARMACIES**

| Name: | | Date 1st Consulted: | Telephone Number: | Fax Number: |
|---|---|---|---|---|
| Kaiser Pharmacy | www.kp.org | 2012 | (916) 746-3755 | (916) |
| Address: (City, State, Zip) 1600 Eureka Rd, MOB 2, F1, Roseville, CA 95661-3027 | | | | |
| Name: TARGET Pharmacy | | Date 1st Consulted: 12/13/12 | Telephone Number: (650) 755-4/608 | Fax Number: (650) FAX 415 840 2254 |
| Address: (City, State, Zip) 133 Serramonte Center, Daly City, CA 94015 | | | | |
| Name: TARGET Pharmacy | | Date 1st Consulted: 12/2012 | Telephone Number: 916 786 8992 | Fax Number: (916) 865-2904 |
| Address: (City, State, Zip) 1925 Douglas Blvd, Roseville, CA 95661 | | | | |
| Name: US Healthworks | | Date 1st Consulted: 10/12/12 | Telephone Number: (916) 632 9606 | Fax Number: (916) 6329706 |
| Address: (City, State, Zip) 2305 Sunset Blvd, Rocklin, CA 95765 | | | | |
| Name: | | Date 1st Consulted: | Telephone Number: ( ) | Fax Number: ( ) |
| Address: (City, State, Zip) | | | | |

DID YOU HAVE MEDICAL INSURANCE DURING THIS PERIOD? ☑ YES ☐ NO

IF YES, PLEASE PROVIDE THE GROUP POLICY NUMBER, NAME, ADDRESS AND TELEPHONE NUMBER OF YOUR
MEDICAL INSURANCE CARRIER FOR YOURSELF AND ANY COVERAGE THROUGH YOUR SPOUSE:

Cigna   800 268-3901   916
3203328, 447101418 01, Kaiser 2856742
PO Box 182223, Chattanooga, TN 37422   www.kp.org

Email Adress: delta doctor@yahoo.com

Personal Cell Telephone Number: 916 390 1855   Alternate Telephone Number: ( )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone?   ☐ Yes ☑ No

Your Signature _____   Date 3/23/13

PAGE 11   FEDEX OFFICE 3294   773-2966   Bertacchi-Freeman/Hartford001743

Case 3:15-cv-02506-TLN-AC   Document 18-3   Filed 04/03/17   Page 678 of 769

Please fax the completed application to:

**The Hartford**
P.O. Box 14301
Lexington, KY. 40512-4301
Fax Number: 866-411-5613

## MEDICAL HISTORY FORM

**THE HARTFORD**

| Name: | Insured ID Number: | Policy: |
|---|---|---|
| BERTACCHI-Freeman, Gloria | 9004108017 | 83120673 |

Please provide the following information regarding medical treatment for the period of:

Jan 1, 2012    to    present

### DOCTORS/LABORATORY/IMMEDIATE CARE CENTERS

| Name: Dr. John Zawilla / Clinic / Chong | Specialty: Family Practice / bcc medicine | Telephone Number: (916) 784-4100 |
|---|---|---|
| Address: (City, State, Zip) Kaiser Hospital, 1600 Eureka Rd, Roseville, CA 95661 | | Fax Number: (916) 746-4314 |
| Date 1st Consulted: Chong 10-8-2012 Zawilla | Date Last Consulted: 11-26-2012 Chong | Next Appointment Date: N/A |

| Name: Dr. Thuy Rose Nguyen | Specialty: Fam Practice | Telephone Number: (916) 295-5700 |
|---|---|---|
| Address: (City, State, Zip) UC Davis, Family Practice, 550 West Ranch View Dr Rocklin, CA 95765 #2005 | | Fax Number: (916) 295-5769 |
| Date 1st Consulted: 11/5/12 | Date Last Consulted: 3/15/13 meds | Next Appointment Date: TBD |

| Name: Dr. Peter Heitke | Specialty: Occupational | Telephone Number: (916) 632-9606 |
|---|---|---|
| Address: (City, State, Zip) US Heathworks, 2305 Sunset Blvd, Rocklin, CA 95765 | | Fax Number: (916) 632-9706 |
| Date 1st Consulted: 10/12/12 | Date Last Consulted: 10/12/12 | Next Appointment Date: N/A |

| Name: Dr. Kim (Medeiros, PA) West Bay Ortho | Specialty: Ortho | Telephone Number: (650) 991-9400 |
|---|---|---|
| Address: (City, State, Zip) 901 Campus Drive #111 Daly City, CA 94015 | | Fax Number: (650) 991-2650 |
| Date 1st Consulted: M 2012 11/13/12 | Date Last Consulted: 2-26-13 | Next Appointment Date: 4/9/13 |

### HOSPITALS (INPATIENT & OUTPATIENT)

| Name: Mercy Hospital Folsom | Telephone Number: (916) 9837400 | Fax Number: (916) 733-3326 |
|---|---|---|
| Address: (City, State, Zip) 1600 Creekside Drive, Sacramento Folsom, CA 95630 | | |
| Date 1st Consulted: 12/18/12 | Date Last Consulted: 12/18/12 | Next Appointment Date: N/A |

| Name: Campus Surgery Center | Telephone Number: (650) 991-2000 | Fax Number: (650) |
|---|---|---|
| Address: (City, State, zip) 901 Campus Drive #102 Daly City, CA 94015 | | (650) 755-8638 |
| Date 1st Consulted: 12/13/12 | Date Last Consulted: 12/13/12 | Next Appointment Date: N/A |

| Name: Mercy Medical Group Dr. Raza | Telephone Number: (916) 409-1400 | Fax Number: (916) 733 3326 |
|---|---|---|
| Address: (City, State, Zip) 550 W Ranch View ~ Suite 3000, Rocklin, CA 95765 | | |
| Date 1st Consulted: 11/14/12 | Date Last Consulted: 11/14/12 | Next Appointment Date: N/A |

| Name: Kaiser Hospital (2856742) | Telephone Number: (916) 784-4000 (916) 784-4050 | Fax Number: (916) 746-4314 |
|---|---|---|
| Address: (City, State, Zip) (1600 Eureka Rd) + (1001 Riverside Ave) Roseville, CA 95661 | | |
| Date 1st Consulted: 2012 | Date Last Consulted: 2012 | Next Appointment Date: N/A |

Bertacchi-Freeman/Hartford001744

# MEDICAL HISTORY FORM
### Continued *2012 to present*



**THE HARTFORD**

## MEDICATIONS PRESCRIBED OR TAKEN

| Medication: | Date: | For what condition: | Physician's name: | |
|---|---|---|---|---|
| Flector Patch | 11/5/12 | Pain | Chong | #262 2072613 |
| Hydrochlorthiazide | /12 | Blood Pressure | Zawilla | |
| Hydrocodone/APAP | 12/13/12 | PAIN | Kim | |
| Orphenadrine | 10/12/12 | muscle spasm | Heitke | |
| Cyclobenzaprine | 12/13/12 | muscle spasm | Medeiros, NP | |
| Aciphex | /12 | GIRD | Zawilla | |
| Synthroid | /12 | thyroid | Zawilla | |

## PHARMACIES

| Name: | | Date 1st Consulted: | Telephone Number: | Fax Number: |
|---|---|---|---|---|
| Kaiser Pharmacy | www.kp.org | 2012 | (916) 746-3755 | (916) |
| Address: (City, State, Zip) 1600 Eureka Rd, MOB 2, F1, Roseville, CA 95661-3027 | | | | |
| TARGET Pharmacy | | 12/13/12 | (650) 755 4668 | (650) FAX 415 840 2254 |
| Address: (City, State, Zip) 133 Seramonte Center, Daly City, CA 94015 | | | | |
| TARGET Pharmacy | | 12/ /2012 | (916) 786 8992 | (916) 865-2904 |
| Address: (City, State, Zip) 1925 Douglas Blvd., Roseville, CA 95661 | | | | |
| US Healthworks | | 10/12/12 | (916) 632 9606 | (916) 632 9706 |
| Address: (City, State, Zip) 2305 Sunset Blvd, Rocklin, CA 95765 | | | | |
| Name: | | Date 1st Consulted: | Telephone Number: ( ) | Fax Number: ( ) |
| Address: (City, State, Zip) | | | | |

---

**DID YOU HAVE MEDICAL INSURANCE DURING THIS PERIOD?** ☑ YES ☐ NO

IF YES, PLEASE PROVIDE THE GROUP POLICY NUMBER, NAME, ADDRESS AND TELEPHONE NUMBER OF YOUR MEDICAL INSURANCE CARRIER FOR YOURSELF AND ANY COVERAGE THROUGH YOUR SPOUSE:

Cigna   800 268-3901   3203328, 447101418 01   Kaiser   916 2856742

PO Box 18 2223, Chattanooga, TN 37422      www.kp.org

**Email Adress:** delta doctore@yahoo.com

**Personal Cell Telephone Number:** (916) 390 1845    **Alternate Telephone Number:** ( )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone?    ☐ Yes ☑ No

**Your Signature**         3/23/13 **Date**

**Signature - Please read the statement that applies to your state of residence and sign the bottom of the page.**

**For residents of all states EXCEPT California, Colorado, Florida, Kentucky, Maine, Maryland, New Jersey, New York, Oregon, Pennsylvania, Puerto Rico, Tennessee, Virginia and Washington:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For Residents of California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**For residents of Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**For residents of Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree

**For residents of Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim or an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**For residents of Maine, Tennessee, Virginia and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

**For Residents of Maryland:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For residents of New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. Any person who includes any false or misleading information on an application for insurance policy is subject to criminal and civil penalties.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**For residents of Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto that the insurer relied upon is subject to a denial and/or reduction in insurance benefit and may be subject to any civil penalties available.

**For residents of Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material hereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**For residents of Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

The statements contained in this form are true and complete to the best of my knowledge and belief.

Signature

3/23/12
Date

Address: 5735 Moss Lane, Granite Bay, CA 95746

Telephone Number: 916 390 1845

Bertacchi-Freeman/Hartford001746



CHW Medical Foundation

**CHW**

3000 Q Street
Sacramento, CA 95816
(916) 733-3332 Telephone
(916) 733-3326 Facsimile

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

**Name of Patient:** _Gloria Bertacchi Freeman_ **Date of Birth** [REDACTED] 53

Other Names Used: _Freeman_ **Telephone Number:** _916 390/845_

**Patient Address:** _5135    Moss Lane, Granite Bay, CA   95746_
*(Street, City, State and Zip Code)*

I AUTHORIZE: _____**CHW – MERCY MEDICAL GROUP**_____
*(Facility or other provider)*

**TO DISCLOSE TO:** _____
*(Persons/organizations authorized to receive the information)*

at the following address:_____
*(Street, City, State and Zip Code)*

the following information contained in the records specified below (check box and initial applicable lines below):

_____ Mental health or developmental disability treatment records (excludes
"Psychotherapy notes")

_____ Substance abuse treatment records

_____ HIV test results   (This authorizes disclosure of laboratory test results only.
**Note that your records may include information concerning your HIV status
even if you do not initial this line.)**

❑ **THE FOLLOWING RECORDS,** specific types of health information, or records for
the date(s) of treatment as specified [check applicable box(es)]:

| _Billing Records | _Emergency Room | _Procedure Reports |
|---|---|---|
| _Consultation Reports | Reports | _Progress Notes |
| _Discharge Summary | _History and Physical | __X-ray Reports |
|  | _Laboratory Tests |  |

____Date(s):_____
____Other:_____

❑ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care.

Revised: 02/01/04

Bertacchi-Freeman/Hartford001747



**KAISER PERMANENTE.** Kaiser Foundation Health Plan, Inc.
Kaiser Foundation Hospitals
The Permanente Medical Group, Inc

## AUTHORIZATION FOR USE AND DISCLOSURE OF PHARMACY INFORMATION (NORTHERN CALIFORNIA)

I understand that Kaiser Permanente will not condition treatment, payment, enrollment, or eligibility for benefits on my providing or refusing to provide this authorization.

I hereby authorize:
**Kaiser Permanente Pharmacy,**
**Kaiser Foundation Health Plan Pharmacy,**
**and / or Kaiser Foundation Hospital Pharmacy**

Disclose to:

_Benefit Management/Disability/Hartford_
Print Name of Recipient

_PO Box 40512_
Address

_Lexington_       _KY_     _40512 -4305_
City            State          Zip

**Records and information pertaining to:** _(9004108017)_
_Gloria Bertacchi Freeman_     _2856742_     _5/1/53_
Print Name of Recipient             Medical Record Number        Date of Birth
_5135 Moss Lane_     _Granite Bay_    _95746_    _916-390-1845_
Address             City        Zip       Telephone Number

**DURATION:** This authorization shall become effective immediately and shall remain in effect for this single request for records; after which the authorization shall expire. A new authorization form will be required for each future request.

**REVOCATION:** This authorization is also subject to written revocation by the member / patient at any time. The written revocation will be effective upon receipt, except to the extent that the disclosing party or others have acted in reliance upon this authorization.

**REDISCLOSURE:** I understand that the recipient may not lawfully further use or disclose the health information unless another authorization is obtained from me or unless such use or disclosure is specifically required or permitted by law.

**SPECIFY**   ☑   Dispensing summary (e.g., tax records).
**RECORDS:**   Request for the period from _____ to _____ _____
                                    MM/DD/YY              MM/DD/YY

         Records up to the past 30 months are available as a courtesy. Records beyond 31 months are assessed a service fee of $15.00 per request / per member / patient. Enclose check or money order made to the order of: Kaiser Foundation Hospitals (KFH). **DO NOT SEND CASH.**

The recipient may use the pharmacy health information authorized on this form for the following purposes:

A copy of this authorization is as valid as the original. Member / patient has a right to a copy of this authorization. Please send a copy of Power of Attorney, Death Certificate, or other legal document as it applies to request of records for another member / patient.

_3/23/13_        _[signature]_
Date               Signature                        If Signed by Other than Member/Patient, indicate Relationship

| Make a copy for your records and **Mail** completed form to: → | Kaiser Permanente Pharmacy Informatics PO Box 5075 Livermore, CA 94551-5075 | Faxed copies will not be accepted. |
|---|---|---|

Version 6 (REV 12-07) HIPAA COMPLIANT      FORM NOT TO BE USED FOR RESEARCH, INDIVIDUAL ENROLLMENT OR ELIGIBILITY

Bertacchi-Freeman/Hartford001748

A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:
_____At the request of the patient or personal representative; *OR*
√ Other: _In Surance_

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: _____

                                                                    (insert date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following: ***Attn: Facility Privacy Official 3000 O Street, Sacramento, CA 95816.*** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.
- I have a right to receive a copy of this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** _____          Date: _3/23/13_
                  *(Patient or personal representative)*


_____
*Print name of personal representative*          *Relationship to patient*

Patient/Representative Identification Verified; *Initials:_____ Dept:_____*

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

Bertacchi-Freeman/Hartford001749

Case 3:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 684 of 769

Please fax the completed application to:

**The Hartford**
P.O. Box 14301
Lexington, KY. 40512-4301
Fax Number: 866-411-5613

**MEDICAL HISTORY FORM**

THE HARTFORD

| Name: BERTACCHI~Freeman, Gloria | Insured ID Number: 9004108017 | Policy: 831 20673 |

Please provide the following information regarding medical treatment for the period of: **Jan 1, 2012   ti present**

## DOCTORS/LABORATORY/IMMEDIATE CARE CENTERS

| Name: Dr. John Zawilla / Clinic /Chong | Specialty: Family Practice / occ medicine | Telephone Number: (916) 784-4100 |
|---|---|---|
| Address: (City, State, Zip) Kaiser Hospital, 1600 Eureka Rd. Roseville, CA 95661 | | Fax Number: (916) 746-4314 |
| Date 1st Consulted: Chong 10-15-2012 ti / Zawutha 2012 to 3-2012 | Date Last Consulted: Chong 11-26-2012 | Next Appointment Date: N/A |

| Name: Dr. Thuy Rose Nguyen | Specialty: Fam Practice | Telephone Number: (916) 295-5700 |
|---|---|---|
| Address: (City, State, Zip) UC Davis, Family Practice, 550 West Ranch View Dr #2005 Rocklin, CA 95765 | | Fax Number: (916) 295-5769 |
| Date 1st Consulted: 11/5/12 | Date Last Consulted: 3/15/13 mai | Next Appointment Date: TBD |

| Name: Dr. Peter Heitke | Specialty: Occupational | Telephone Number: (916) 632-9606 |
|---|---|---|
| Address: (City, State, Zip) US Heathworks, 2305 Sunset Blvd, Rocklin, CA 95765 | | Fax Number: (916) 632-9706 |
| Date 1st Consulted: 10/12/12 | Date Last Consulted: 10/12/12 | Next Appointment Date: N/A |

| Name: Dr. Kim (Medeiros, PA) West Bay Ortho | Specialty: Ortho | Telephone Number: (650) 991-9400 |
|---|---|---|
| Address: (City, State, Zip) 901 Campus Drive #111 Daly City, CA 94015 | | Fax Number: (650) 991-2650 |
| Date 1st Consulted: in 2012 11/13/12 | Date Last Consulted: 2-26-13 | Next Appointment Date: 4/9/13 |

## HOSPITALS (INPATIENT & OUTPATIENT)

| Name: Mercy Hospital Folsom | Telephone Number: (916) 9837400 | Fax Number: (916) 733-3326 |
|---|---|---|
| Address: (City, State, Zip) 1600 Creekside Drive, Folsom Sacramento, CA 95630 | | |
| Date 1st Consulted: 12/18/12 | Date Last Consulted: 12/18/12 | Next Appointment Date: N/A |

| Name: Campus Surgery Center | Telephone Number: (650) 991-2000 | Fax Number: (650) 991-2000 |
|---|---|---|
| Address: (City, State, zip) 901 Campus Drive #102 Daly City, CA 94015 | | (650) 755-8638 |
| Date 1st Consulted: 12/13/12 | Date Last Consulted: 12/13/12 | Next Appointment Date: N/A |

| Name: Mercy Medical Group   Dr. Raza | Telephone Number: (916) 409-1400 | Fax Number: (916) 733 3326 |
|---|---|---|
| Address: (City, State, Zip) 550 W Ranch View ~ Suite 3000, Rocklin, CA 95765 | | |
| Date 1st Consulted: 11/14/12 | Date Last Consulted: 11/14/12 | Next Appointment Date: N/A |

| Name: Kaiser Hospital (2856742) | Telephone Number: (916) 784-4000 (916) 784-4050 | Fax Number: (916) 746-4314 |
|---|---|---|
| Address: (City, State, Zip) (1600 Eureka Rd.) + (1001 Riverside Ave.) Roseville, CA 95661 | | |
| Date 1st Consulted: 2012 | Date Last Consulted: 2012 | Next Appointment Date: N/A |

LC-7501-5                Page 1 of 3                12/2012

Bertacchi-Freeman/Hartford001750

# MEDICAL HISTORY FORM

Continued *2012 to present*



THE
HARTFORD

## MEDICATIONS PRESCRIBED OR TAKEN

| Medication: | Date: | For what condition: | Physician's name: | |
|---|---|---|---|---|
| Flector Patch | 11/5/12 | Pain | Chong | #2662072613 |
| Hydrochlorthiazide | /12 | Blood Pressure | Zawilla | |
| Hydrocodone/APAP | 12/13/12 | PAIN | Kim | |
| Orphenadrine | 10/12/12 | muscle spasm | Heitke | |
| Cyclobenzaprine | 12/31/12 | muscle spasm | Medeiros, NP | |
| Aciphex | /12 | GERD | Zawilla | |
| Synthroid | /12 | thyroid | Zawilla | |

## PHARMACIES

| Name: | | Date 1st Consulted: | Telephone Number: | Fax Number: |
|---|---|---|---|---|
| Kaiser Pharmacy   www.kp.org | | 2012 | (916) 746-3755 | (916) |
| Address: (City, State, Zip) 1600 Eureka Rd, MOB 2, F1, Roseville, CA 95661-3027 | | | | |
| TARGET Pharmacy | | 12/13/12 | (650) 755-4168 | (650) FAX 415 840 2254 |
| Address: (City, State, Zip) 133 Serramonte Center, Daly City, CA 94015 | | | | |
| TARGET Pharmacy | | 12/ /2012 | (916) 786 8992 | (916) 805-2904 |
| Address: (City, State, Zip) 1925 Douglas Blvd, Roseville, CA 95661 | | | | |
| US Healthworks | | 10/12/12 | (916) 632 9606 | (916) 632 9706 |
| Address: (City, State, Zip) 2305 Sunset Blvd, Rocklin, CA 95765 | | | | |
| Name: | | Date 1st Consulted: | Telephone Number: ( ) | Fax Number: ( ) |
| Address: (City, State, Zip) | | | | |

DID YOU HAVE MEDICAL INSURANCE DURING THIS PERIOD? ☑YES ☐NO
IF YES, PLEASE PROVIDE THE GROUP POLICY NUMBER, NAME, ADDRESS AND TELEPHONE NUMBER OF YOUR
MEDICAL INSURANCE CARRIER FOR YOURSELF AND ANY COVERAGE THROUGH YOUR SPOUSE:

800 268-3901
Cigna   3203328, U47101418 01   Kaiser   916 2856742
PO Box 182223, Chattanooga, TN 37422   www.kp.org

Email Adress: delta doctor@yahoo.com

Personal Cell Telephone Number: (916) 390 6845    Alternate Telephone Number: ( )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone?
☐Yes ☑No

Your Signature             Date 3/23/13

**Signature - Please read the statement that applies to your state of residence and sign the bottom of the page.**

**For residents of all states EXCEPT California, Colorado, Florida, Kentucky, Maine, Maryland, New Jersey, New York, Oregon, Pennsylvania, Puerto Rico, Tennessee, Virginia and Washington:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For Residents of California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**For residents of Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**For residents of Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree

**For residents of Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim or an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**For residents of Maine, Tennessee, Virginia and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

**For Residents of Maryland:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For residents of New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. Any person who includes any false or misleading information on an application for insurance policy is subject to criminal and civil penalties.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**For residents of Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto that the insurer relied upon is subject to a denial and/or reduction in insurance benefit and may be subject to any civil penalties available.

**For residents of Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material hereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**For residents of Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

The statements contained in this form are true and complete to the best of my knowledge and belief.

Signature

Address  5135 moss Lane, Granite Bay, CA 95746

Date  3/23/12

Telephone Number  (916) 390 1845

Bertacchi-Freeman/Hartford001752



CHW Medical Foundation

CHW

3000 Q Street
Sacramento, CA 95816
(916) 733-3332 Telephone
(916) 733-3326 Facsimile

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. <u>Failure to provide *all* information requested may invalidate this authorization.</u>

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

**Name of Patient:** *Gloria Bertacchu Freeman*   **Date of Birth** REDACTED/53

**Other Names Used:** *Freeman*          **Telephone Number:** *916 3901845*

**Patient Address:** *5135 Moss Lane, Granite Bay, CA 95746*
*(Street, City, State and Zip Code)*

**I AUTHORIZE:**          **CHW – MERCY MEDICAL GROUP**
*(Facility or other provider)*

**TO DISCLOSE TO:** _____
*(Persons/organizations authorized to receive the information)*

at the following address: _____
*(Street, City, State and Zip Code)*

the following information contained in the records specified below (check box and initial applicable lines below):

____ Mental health or developmental disability treatment records (excludes "Psychotherapy notes")

____ Substance abuse treatment records

____ HIV test results   (This authorizes disclosure of laboratory test results only. **Note that your records may include information concerning your HIV status even if you do not initial this line.**)

❑ **THE FOLLOWING RECORDS**, specific types of health information, or records for the date(s) of treatment as specified [check applicable box(es)]:

__ Billing Records          __ Emergency Room          __ Procedure Reports
__ Consultation               Reports                  __ Progress Notes
Reports                      __ History and           __ X-ray Reports
__ Discharge                   Physical
Summary                      __ Laboratory Tests
__ Date(s): _____
__ Other: _____

❑ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care.

Page 1 of 2

Revised: 02/01/04

Bertacchi-Freeman/Hartford001753

**KAISER PERMANENTE.**
Kaiser Foundation Health Plan, Inc.
Kaiser Foundation Hospitals
The Permanente Medical Group, Inc

# AUTHORIZATION FOR USE AND DISCLOSURE OF PHARMACY INFORMATION (NORTHERN CALIFORNIA)

I understand that Kaiser Permanente will not condition treatment, payment, enrollment, or eligibility for benefits on my providing or refusing to provide this authorization.

I hereby authorize:
**Kaiser Permanente Pharmacy,**
**Kaiser Foundation Health Plan Pharmacy,**
and / or Kaiser Foundation Hospital Pharmacy

Disclose to:
*Benefit Management/Disability/Hartford*
Print Name of Recipient
*PO Box 40512*
Address
*Lexington          KY       40512-4305*
City          State          Zip

Records and information pertaining to: (*9004/08017*)
*Gloria Bertacchi Freeman*       *2856742*       REDACTED *53*
Print Name of Recipient          Medical Record Number       Date of Birth
*5735 Moss Lane       Granite Bay,       95746*       *916-390-1845*
Address          City          Zip          Telephone Number

**DURATION:** This authorization shall become effective immediately and shall remain in effect for this single request for records; after which the authorization shall expire. A new authorization form will be required for each future request.

**REVOCATION:** This authorization is also subject to written revocation by the member / patient at any time. The written revocation will be effective upon receipt, except to the extent that the disclosing party or others have acted in reliance upon this authorization.

**REDISCLOSURE:** I understand that the recipient may not lawfully further use or disclose the health information unless another authorization is obtained from me or unless such use or disclosure is specifically required or permitted by law.

**SPECIFY**  ☑ Dispensing summary (e.g., tax records).
**RECORDS:** Request for the period from _____ to _____
                                MM/DD/YY          MM/DD/YY

Records up to the past 30 months are available as a courtesy. Records beyond 31 months are assessed a service fee of $15.00 per request / per member / patient. Enclose check or money order made to the order of: Kaiser Foundation Hospitals (KFH). **DO NOT SEND CASH.**

The recipient may use the pharmacy health information authorized on this form for the following purposes:

A copy of this authorization is as valid as the original. Member / patient has a right to a copy of this authorization. Please send a copy of Power of Attorney, Death Certificate, or other legal document as it applies to request of records for another member / patient.

*3/23/13*          [signature]
Date          Signature          If Signed by Other than Member/Patient, Indicate Relationship

| Make a copy for your records and **Mail** completed form to: → | **Kaiser Permanente Pharmacy Informatics PO Box 5075 Livermore, CA 94551-5075** | Faxed copies will not be accepted. |

Version 8 (REV 12-07) HIPAA COMPLIANT     FORM NOT TO BE USED FOR RESEARCH, INDIVIDUAL ENROLLMENT OR ELIGIBILITY

A separate authorization is required for the use or disclosure of psychotherapy notes or
research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:
_____ At the request of the patient or personal representative; *OR*
√ Other: *In Surance*_____
**EXPIRATION:** This authorization will automatically expire one (1) year from the date
of execution unless a different end date is specified: _____

(insert date)

**MY RIGHTS:**
- I may refuse to sign this authorization. My refusal will not affect my ability to
  obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it
  to the following: *Attn: Facility Privacy Official 3000 O Street, Sacramento, CA
  95816.* My revocation will take effect upon receipt, except to the extent that others
  have acted in reliance upon this authorization.
- I have a right to receive a copy of this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient.
Such re-disclosure is in some cases not protected by California law and may no longer be
protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure
of substance abuse information, the recipient may be prohibited from disclosing the
information under 42 C.F.R. part 2.

**SIGNATURE:** _____          Date: _3/23/13_
          *(Patient or personal representative)*


_____          _____
*Print name of personal representative*          *Relationship to patient*

Patient/Representative Identification Verified; *Initials:* _____   *Dept:* _____

Note: If the **substance abuse treatment** information is protected by federal confidentiality
rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be
provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the
information unless further disclosure is expressly permitted by the written consent of
the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A
general authorization for the release of medical or other information is NOT
sufficient for this purpose. The federal rules restrict any use of the information to
criminally investigate or prosecute any alcohol or drug abuse patient.**

Bertacchi-Freeman/Hartford001755

A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:
___ At the request of the patient or personal representative; *OR*
√ Other: *Insurance*

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: _____
<div align="right">(insert date)</div>

**MY RIGHTS:**
- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following: ***Attn: Facility Privacy Official 3000 O Street, Sacramento, CA 95816.*** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.
- I have a right to receive a copy of this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** _____    Date: _3/23/13_
<div align="center">*(Patient or personal representative)*</div>

_____          _____
*Print name of personal representative*           *Relationship to patient*

Patient/Representative Identification Verified; *Initials:* _____ *Dept:* _____

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

Bertacchi-Freeman/Hartford001756

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 691 of 769

03/24/2013 14:18 FAX             KINKO'S             ☑001/002



**FedEx**
Office and Print Center

# Fax Cover Sheet

Date __3/24/13__

Number of pages __2__ (including cover page)

## To:

Name __Hartford__

Company __Christine Monbroy__

Telephone __800 898-2458 X2308069__

Fax __866 - 411 - 5613__

Comments __AL 900410 8017__ __Policy 831 20673__
__Copy of EDD Disability ends April 15, 2013 app.__
__only good for 6 months__

## From:

Name __Gloria Bertacelli__

Company _____

Telephone __916 3901845__

Fax - Local Send     Fax - Domestic Send     DOMESTIC Send Add'l Pages     Fax - International Send

7 90363 00711 1     7 90363 00714 2     7 90363 01476 8     7 90363 00720 3

fedexkinkos.com 1.800.GoFedEx 1.800.463.3339

© 2008 FedEx Kinko's Office and Print Services, Inc. All rights reserved. Products, services and hours vary by location. fin08.105 1.06

22705

Bertacchi-Freeman/Hartford001757

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 692 of 769   002850

SSN: REDACTED-3990  NAME: GLORIA M BERTACCHI                    DATE ISSUED: 03/14/13   PAGE 1

--- PLEASE DISREGARD THE FORM ON THE BACK OF THIS STUB - DO NOT RETURN

---

KEEP THIS STATEMENT FOR YOUR RECORDS.                      DATE ISSUED: 03/14/13
SSN: REDACTED-3990  NAME: GLORIA M BERTACCHI              CLAIM EFFECTIVE DATE: 10/11/12
WEEKLY RATE: $541.00       WEEKLY RATE IS FOR 7-DAYS
THIS IS YOUR NOTIFICATION OF AUTHORIZED BENEFIT PAYMENT(S) FOR THE PERIOD LISTED BELOW.  EXCEPT FOR THE
MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR BENEFITS, INCLUDING
WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHICH DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                              EMPLOYMENT DEVELOPMENT DEPARTMENT            (800) 480-3287
                              PO BOX 201006
                              STOCKTON CA  95201-9006
YOUR BENEFIT PAYMENT COVERS THE FOLLOWING PERIOD(S): 02/15/13 THROUGH 03/12/13.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 26 | $2009.43 | $0.00 | $2009.43 |

MESSAGE-AREA

IMPORTANT NOTICE:   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ABOVE.

EMPLOYMENT DEVELOPMENT DEPT    D002850                    3990
PO BOX 201006
STOCKTON CA  95201-9006
                                                         03/13/13   EDD

PLEASE READ THE IMPORTANT MESSAGE AND THE REVERSE SIDE OF THIS FORM
YOUR PAYMENT IS BEING MADE VIA DEBIT CARD. IF YOU DO NOT ALREADY HAVE A CARD IT SHOULD
ARRIVE IN NO MORE THAN 5 BUSINESS DAYS FROM THIS NOTICE, IF BEYOND THAT CONTACT EDD.

GLORIA M BERTACCHI
5135 MOSS LN
GRANITE BAY CA  95746-5881

DE 2500E Rev. 2 (8-11)                                   CU-PA062
Bertacchi-Freeman/Hartford001758

** INBOUND NOTIFICATION : FAX RECEIVED WITH ERRORS **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| March 23, 2013 7:58:49 PM PDT | 916--773-2956 | 454 | 11 | Received to |

ERROR CODE ( 700 )
Error in fax transmission.

Case 2:13-cv-02595-TLN-AC Document 18-3 Filed 04/03/17 Page 693 of 769

03/23/2013  16:40     916--773-2956          FEDEX OFFICE    3294              PAGE  01

**FedEx**
Office and Print Center

# Fax Cover Sheet

Date __3/23/13__                    Number of pages __11__ (including cover page)

## To:
Name _Christine Montroy_

Company _____

Telephone __800 898-2458 X2368464__

Fax __877 454-7217__

## From:
Name _Gloria Freeman_

Company _____

Telephone __916 3901845__

Comments _re Medical care in 2012 Jan 1, 2012 - to July 2012 was at Kaiser Roseville Clinics Primare was Dr. Zavilla Dr. Chang occupational was Oct 2012 to Nov 2012 Dr Kim + Medeiros were also seen in early 2011 and 11-13-12 to present_

Fax - Local Send          Fax - Domestic Send          DOMESTIC Send Addl Pages          Fax - International Send

7  90363 00711 1      7  90363 00714 2      7  90363 01476 8      7  90363 00720 3

fedex .COM 1.800.GoFedEx 1.800.463.3339

© 2006 FedEx  |Office and Print Services, Inc. All rights reserved. Products, services and hours vary by location. fin03.365 1.00          22706

| Date 1st Consulted: 12/18/12 | Date Last Consulted: 12/18/12 | Next Appointment Date: N/A | |
|---|---|---|---|
| Name: Campus Surgery Center | | Telephone Number: (650) 991-2000 | Fax Number: (650) |
| Address: (City, State, Zip) 901 Campus Drive #102 Daly City, CA 94015 | | | (650) 755-8638 |
| Date 1st Consulted: 12/13/12 | Date Last Consulted: 12/13/12 | Next Appointment Date: N/A | |
| Name: Mercy Medical Group  Dr. Raza | | Telephone Number: (916) 409-1400 | Fax Number: (916) 733-3326 |
| Address: (City, State, Zip) 550 W Ranch View ~ Suite 3000, Rocklin, CA 95765 | | | |
| Date 1st Consulted: 11/14/12 | Date Last Consulted: 11/14/12 | Next Appointment Date N/A | |
| Name: Kaiser Hospital  (2856742) | | Telephone Number: (916) 784-4000 (916) 784-4050 | Fax Number: (916) 746-4314 |
| Address: (City, State, Zip) (1600 Eureka Rd) + (1001 Riverside Ave) Roseville, CA 95661 | | | |
| Date 1st Consulted: 2012 | Date Last Consulted: 2012 | Next Appointment Date N/A | |

LC-7501-5                         Page 1 of 3                    Bertacchi-Freeman/Hartford001759
                                                                 12/21/2012

Please Fax the completed application to:
**The Hartford**
P. O. Box 14301
Lexington, KY 40512-4301
Fax Number: (866) 411-5613

**LONG TERM DISABILITY INCOME BENEFITS QUESTIONNAIRE**

THE HARTFORD

To be completed by the Employee (BE SURE TO ANSWER ALL QUESTIONS - FAILURE TO DO SO MAY DELAY YOUR CLAIM)

### A. Information About You

Last Name: Bertacchi – Freeman   First Name: Olivia   Middle Initial: M   Social Security Number: 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

Address (Street, City, State/Province, Zip Code): 5735 Moss Lane, Granite Bay, CA 95746

Marital Status: [ ] Single [✓] Married [ ] Divorced [ ] Widowed
Gender: [ ] Male [✓] Female
Date of Birth: 3/1/53
Home Telephone Number: (916) 390-1845

Email Address: dltbertacchi@yahoo.com

Personal Cell Telephone Number: (916) 390 1845   Alternate Telephone Number: (   )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? [ ] Yes [✓] No

Signature: _____   Date: 3/19/13

Your Employer (include division, if applicable): Cardinal Health, Pharmacy Division

When your disability began, did you have more than one employer? [ ] Yes [✓] No. If "Yes," please provide the name, address, and the number of that employer, and indicate the dates when you worked.

Next to any Activity of Daily Living (ADL), please place the number shown next to the statement that most accurately reflects your ability / inability to perform each: 1 = I can perform this activity independently; 2) = I can perform this activity with the use of equipment or adaptive devices; 3) = I cannot perform this activity.

( / ) Bathe (tub, shower, or sponge)   ( / ) Transfer from Bed to Chair
( / ) Dress   ( 3 ) Voluntary bladder and bowel control or ability to maintain a reasonable level of personal hygiene.
( / ) Toilet   ( / ) Feed yourself with food that has been prepared and made available to you.

If you indicated (3) for any of the above activities, please describe the impairment and restrictions to your functionality that preclude you from performing the activity.
Urinary + fecal incontinence

Have you suffered a severe Cognitive Impairment that renders you unable to perform common tasks, such as using the phone, money management, or medication management? [ ] Yes [✓] No If "Yes," please describe:

Weight: 5'1
Height: 210

Please indicate the extent of your formal education (Please check one)
[ ] HS/GED [ ] Trade School/Certification Program [ ] AA/AS [ ] BA/BS [ ] Masters [✓] Doctorate [ ] Some college
[ ] Other   List all licenses, certifications, majors: Pharmacist, CA Pharm D.

Have you ever served in the military? [ ] Yes [✓] No

Briefly describe your past work experience for the last 20 years (begin with your most recent job).

| Dates Employed | Employer | Job Title | Duties |
|---|---|---|---|
| 7-12 to 10-14 | Cardinal Health | Director of Pharmacy | Pharmacy Hospital |
| 1-99 to 6/12 | Staff USA | Pharmacist/Director | Pharmacy Hospital, Retail, Admin |
| 9-11 to 11-11 | Seventh Day Adventist | Pharmacist | Pharmacy Hospital |
| 6-10 to 9-10 | Sutter Hospital | Pharmacist | Pharmacy Hospital |

### B. Information About Your Family (required to determine your eligibility for Social Security Benefits)

Spouse's Name (Last, First): Freeman, Lawrence   Job Title: Educator

Spouse's Social Security Number: REDACTED   Date of Birth (Month, Day, Year): REDACTED   Is your spouse employed? [✓] Yes [ ] No   Retired? See SCC Stubs [✓] Yes [ ] No

Do you have any children under Age 19? [ ] Yes [✓] No If "Yes" please provide the information requested below for each child.

Name ___   Date of Birth ___   Social Security Number ___
Name ___   Date of Birth ___   Social Security Number ___
Name ___   Date of Birth ___   Social Security Number ___

Do you have any children with disabilities (regardless of age)? [ ] Yes [✓] No If "Yes," please provide the information requested below for each child.

Name ___   Date of Birth ___   Social Security Number ___
Name ___   Date of Birth ___   Social Security Number ___

**Signature - Please read the statement that applies to your state of residence and sign the bottom of the page.**

With the exception of any source(s) of income reported above in this form, I certify by my signature that I have not received and am not eligible to receive any source of income, except for my disability benefits from this plan. Further, I understand that should I receive income of any kind or perform work of any kind during any period The Hartford has approved my disability claim, I must report all details to The Hartford, immediately. If I receive disability income benefits greater than those which should have been paid, I understand that I will be required to provide a lump sum repayment to the Plan. The Hartford has the option to reduce or eliminate future disability payments in order to recover any overpayment balance that is not reimbursed.

**For residents of all states EXCEPT California, Colorado, Florida, Kentucky, Maine, Maryland, New Jersey, New York, Oregon, Pennsylvania, Puerto Rico, Tennessee, Virginia and Washington:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For Residents of California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**For residents of Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**For residents of Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**For residents of Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim or an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**For residents of Maine, Tennessee, Virginia and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

**For Residents of Maryland:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison

**For residents of New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. Any person who includes any false or misleading information on an application for insurance policy is subject to criminal and civil penalties.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**For residents of Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto that the insurer relied upon is subject to a denial and/or reduction in insurance benefits and may be subject to any civil penalties available.

**For residents of Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material hereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**For residents of Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

The statements contained in this form are true and complete to the best of my knowledge and belief.

_____   3/19/13
Signature                          Date

PLEASE ATTACH A COPY OF YOUR DRIVER'S LICENSE OR ANOTHER DOCUMENT THAT VERIFIES YOUR DATE OF BIRTH. Electronic Funds Transfer (EFT) is our standard method of payment. When making our claim decision we may contact you to obtain your banking information.

Bertacchi-Freeman/Hartford001761

C. Information About Physician and Illness

**C. Information About Physician and Illness**

Case 3:13-cv-02519-JSC   Document 18-3   Filed 04/03/17   Page 696 of 769

First medical attention for the current disability was given by (complete below):

| Doctor's Name | Telephone Number | Specialty |
|---|---|---|
| Dr. Heitke | ( 916) 632-9006   Fax Number 916-632-9706 | Occupational |

Address (Street, City, State, Zip)
US Health works, 2305 Sunset Blvd, Rocklin CA 95765   Dates seen 10/12/12 to 10/12/12

Have you consulted any other physicians or been hospitalized in the past three years? ☑Yes ☐No If "Yes," complete
the following concerning your past treatment (attach separate sheet, if needed). (657) 991-9407

| Doctor's Name | Telephone Number | Specialty |
|---|---|---|
| Dr. Kim | (650) 991-2650 Fax Number 650 991-2650 | Orthopedics |

Address (Street, City, State, Zip)
901 Campus Drive #111, Daly City, CA 94015   Dates seen 1/13/12 to 2/26/13

Hospital
Campus Surgery Ctr

Address (Street, City, State, Zip)
901 Campus Drive #102   Daly City, CA 94015   Dates of Confinement 12/13/12 to 12/13/12

## D. Other Income

Check the other income benefits you have received/are receiving, or are eligible to receive during your disability (complete the information requested).

| Source of Income | Amount (week /month) | Date Claim was filed | Date Payments began | Date Payments ended |
|---|---|---|---|---|
| Social Security / Disability | $ 0.0 | unknown / working on this | | |
| Social Security / Retirement | $ 0.0 | not eligible until 62 | | |
| Sick Pay or Salary continuation | $ 0.0 | may have recieved a day or two | | |
| Income from Work | $ 0. | salary ended in oct 2012 | | |
| Workers' Compensation | $ 0. | 10/12/12 | N/A | Denied |
| State Disability | $ 541 week | 10/13/12 | 10/18/12 | 4/5/13 |
| Pension / Retirement | $ 0. | | | |
| Pension / Disability | $ 0. | | | |
| Short Term Disability | $ 541 month | 10/3/12 | 10/13 | 4/9/13 |
| Unemployment | $ 0. | | | |
| No-Fault Insurance | $ 0. | | | |
| Other (include Individual, Group Benefits or Veteran's Benefits) | $ 0. | medical insurance ends first of the month | | 4/10/13 |

Are you paying for Medicare Part D? ☐Yes ☑No If "Yes," please enter amount: $ .00.

## E. Information About Tax Withholding

Federal law requires us to withhold federal income tax from your check if you request us to do so. We are also required to send a report to your employer at the end of each calendar year showing your name, total amount of benefits paid to you, total amount withheld, if any, and your social security number. If you want us to withhold tax, please indicate on the line below the dollar amount to be withheld per benefit check. Whole dollars only (minimum is $88.00 per month): $ .00. **IMPORTANT:** If you pay the cost of the LTD premium, but on a Post-tax basis per Section I, Part D of the Employer's Statement, you will not be able to request any federal income tax withholding from your check. Puerto Rico residents may not request withholding.

**Note to residents of Iowa and the District of Columbia:** Should you choose federal income tax withholding, your state requires us to withhold state income tax. We must withhold at a state mandated rate (which may be higher than you need) until we receive a signed state Tax Withholding Certificate from you. Please contact your employer or state Tax Department to obtain the proper withholding form.

**Note to residents of Nebraska, Rhode Island and South Carolina:** Should you choose federal income tax withholding, your state requires us to withhold state income tax. We must withhold at a state mandated rate (which may be higher than you need) until we receive a signed federal Form W-4, Employee's Withholding Allowance Certificate, from you. You may go to www.irs.gov to obtain the proper withholding form.

LC 7117-21 FI   Page 2 of 4   12/2012

PAGE 60   FEDEX OFFICE   3294   773-2566   Bettecchi-Freeman/Hartford001762



## G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

THE HARTFORD

To: Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. I **AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

Gloria Bertuccia Freeman
Insured's Name (*Please print*)

REDACTED/53
Date of Birth

3990
Last 4 Digits of Social Security Number

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

I **UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) legal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

I **ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

Signature of Insured or Guardian

3/19/13
Date

Relationship to Insured
(*if signed by Guardian*)

---

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC, and any of their parents, affiliates, subsidiaries and/or third-party contractors.

Bertacchi-Freeman/Hartford001763

Please Fax Completed Application To:
**The Hartford**
P. O. Box 14301
Lexington, KY 40512-4301
Fax Number: (866) 411-5613

**LONG TERM DISABILITY INCOME BENEFITS QUESTIONNAIRE**



THE
HARTFORD

To be completed by the Employee (BE SURE TO ANSWER ALL QUESTIONS - FAILURE TO DO SO MAY DELAY YOUR CLAIM)

**A.  Information About You**

| Last Name | First Name | Middle Initial | Social Security Number |
|---|---|---|---|
| Bertacchi ~ Freeman | Coloia | M | REDACTED 3970 |

Address (Street, City, State/Province, Zip Code)
5135 Moss Lane, Granite Bay, CA 95746

**Marital Status**  ☐ Single  ☑ Married  ☐ Divorced  ☐ Widowed

**Gender**  ☐ Male  ☑ Female     REDACTED Birth 53

**Home Telephone Number** (916) 390-1845

Email Address: delta doctnc@yahoo.com

Personal Cell Telephone Number: 916-390-1845     Alternate Telephone Number: (   )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? ☐ Yes  ☑ No

Signature _____     Date  3 / 19 / 13

Your Employer (include division, if applicable): Cardinal Health, Pharmacy Division

When your disability began, did you have more than one employer?  ☐ Yes  ☑ No.  If "Yes," please provide the name, address, and the number of that employer, and indicate the dates when you worked.

Next to any Activity of Daily Living (ADL), please place the number shown next to the statement that most accurately reflects your ability / inability to perform each:  1 = I can perform this activity independently;  2 = I can perform this activity with the use of equipment or adaptive devices;  3) = I cannot perform this activity.

( 1 ) Bathe (tub, shower, or sponge)       ( 1 ) Transfer from Bed to Chair
( 1 ) Dress       ( 3 ) Voluntary bladder and bowel control or ability to maintain a reasonable level of personal hygiene.
( 1 ) Toilet       ( 1 ) Feed yourself with food that has been prepared and made available to you.

If you indicated (3) for any of the above activities, please describe the impairment and restrictions to your functionality that preclude you from performing the activity.
Urinary + fecal incontinence

Have you suffered a severe Cognitive Impairment that renders you unable to perform common tasks, such as using the phone, money management, or medication management? ☐ Yes  ☑ No  If "Yes," please describe:

Weight: 51
Height: 210

Please indicate the extent of your formal education  (Please check one)
☐ HS/GED  ☐ Trade School/Certification Program  ☐ AA/AS  ☐ BA/BS  ☐ Masters  ☑ Doctorate  ☐ Some college
☐ Other   List all licenses, certifications, majors Pharmacist, CA, Pharm D

Have you ever served in the military?  ☐ Yes  ☑ No

Briefly describe your past work experience for the last 20 years  (begin with your most recent job).

| Dates Employed | Employer | Job Title | Duties |
|---|---|---|---|
| 7-12 to 10-12 | Cardinal Health | Director of Pharmacy | Pharmacy, Hospital |
| 1-99 to 6/12 | Staff USA | Pharmacist Director | Pharmacy, Hospital, Retail, Admin |
| 9-11 to 11-11 | Seventh Day Adventist | Pharmacist | Pharmacy, Hospital |
| 6-10 to 9-10 | Sutter Hospital | Pharmacist | Pharmacy, Hospital |

**B.  Information About Your Family** (required to determine your eligibility for Social Security Benefits)      Job Title Educator

Spouse's Name (Last, First)
Freeman, Laurence

| Spouse's Social Security Number | Date of Birth (Month, Day, Year) | Is your spouse employed? | Retired? |
|---|---|---|---|
| REDACTED 29 | REDACTED 14 | ☑ Yes  ☐ No | See See Stats ☑ Yes ☐ No 2015 |

Do you have any children under Age 19? ☐ Yes  ☑ No  If "Yes please provide the information requested below for each child.

Name _____ Date of Birth _____ Social Security Number _____
Name _____ Date of Birth _____ Social Security Number _____
Name _____ Date of Birth _____ Social Security Number _____

Do you have any children with disabilities (regardless of age)? ☐ Yes  ☑ No  If "Yes," please provide the information requested below for each child.

Name _____ Date of Birth _____ Social Security Number _____
Name _____ Date of Birth _____ Social Security Number _____

LC-7117-21 FI

12/2012

application for insurance policy is subject to criminal and civil penalties.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**For residents of Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto that the insurer relied upon is subject to a denial and/or reduction in insurance benefits and may be subject to any civil penalties available.

**For residents of Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material hereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**For residents of Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

The statements contained in this form are true and complete to the best of my knowledge and belief.

_____     3/19/13
Signature                                          Date

PLEASE ATTACH A COPY OF YOUR DRIVER'S LICENSE OR ANOTHER DOCUMENT THAT VERIFIES YOUR DATE OF BIRTH. Electronic Funds Transfer (EFT) is our standard method of payment. When making our claim decision we may contact you to obtain your banking information.

LC-7117-21                          Page 3 of 4                                          12/2012

Bertacchi-Freeman/Hartford001765

Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/18   Page 700 of 769

03/23/2013 16:08 FAX                KINKO'S                           ☑001/011

# FedEx
**Office and Print Center**

# Fax Cover Sheet

Date ___3/23/13___                Number of pages __11__ (including cover page)

## To:
Name ___Forg term Disability___

Company _____

Telephone _____

Fax ___866 4115613___

## From:
Name ___Gloria Freeman___

Company _____

Telephone ___916 390 1845___

Comments ___re Medical Care in 2012 was at
Kaiser + Dr Zawila Jan 1 - 2012 to July 2012
Dr Chong was Oct 2012 to Nov 2012
Dr Kim was 2011 early 11-13 to 12-12 + Present___

7 90363 00711 1    7 90363 00714 2    7 90363 01476 8    7 90363 00720 3
Fax - Local Send   Fax - Domestic Send  DOMESTIC Send Add'l Pages  Fax - International Send

fedex'   .com 1.800.GoFedEx 1.800.463.3339

© 2006 FedEx   Office and Print Services, Inc. All rights reserved. Products, services and hours vary by location. fin06.165 1.06

Bertacchi-Freeman/Hartford001766



Please Fax the completed application to:
**The Hartford**
P. O. Box 14301
Lexington, KY 40512-4301
Fax Number: (866) 411-5513

## LONG TERM DISABILITY INCOME BENEFITS QUESTIONNAIRE

**THE HARTFORD**

To be completed by the Employee (BE SURE TO ANSWER ALL QUESTIONS - FAILURE TO DO SO MAY DELAY YOUR CLAIM)

**A. Information About You**

Last Name: *Bertacchi – Freeman*     First Name: *Coloua*     Middle Initial: *M*    Social Security Number: REDACTED *3140*

Address (Street, City, State/Province, Zip Code): *5135 Moss Lane, Granite Bay, CA 95746*

Marital Status: ☐ Single ☑ Married ☐ Divorced ☐ Widowed    Gender: ☐ Male ☑ Female    Date of Birth: REDACTED *53*    Home Telephone Number: *(916) 390-1845*

Email Address: *delta.doctm@yahoo.com*

Personal Cell Telephone Number: *(916) 390 1845*    Alternate Telephone Number: ( )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? ☐ Yes ☑ No

Signature: ___    Date: *3/19/13*

Your Employer (include division, if applicable): *Cardinal Health, Pharmacy Division*

When your disability began, did you have more than one employer? ☐ Yes ☑ No. If "Yes," please provide the name, address, and the number of that employer, and indicate the dates when you worked.

Next to any Activity of Daily Living (ADL), please place the number shown next to the statement that most accurately reflects your ability / inability to perform each:  1 = I can perform this activity independently;  2) = I can perform this activity with the use of equipment or adaptive devices;  3) = I cannot perform this activity.

( / ) Bathe *(tub, shower, or sponge)*    ( / ) Transfer from Bed to Chair
( / ) Dress    (3) Voluntary bladder and bowel control or ability to maintain a reasonable level of personal hygiene.
( / ) Toilet    ( / ) Feed yourself with food that has been prepared and made available to you.

If you indicated (3) for any of the above activities, please describe the impairment and restrictions to your functionality that preclude you from performing the activity.
*urinary + fecal incontinence.*

Have you suffered a severe Cognitive Impairment that renders you unable to perform common tasks, such as using the phone, money management, or medication management? ☐ Yes ☑ No If "Yes," please describe:

Weight: *5'1*
Height: *210*

Please indicate the extent of your formal education  (Please check one)
☐ HS/GED ☐ Trade School/Certification Program ☐ AA/AS ☐ BA/BS ☐ Masters ☑ Doctorate ☐ Some college
☐ Other    List all licenses, certifications, majors *Pharmacist, CA, Pharm D–*

Have you ever served in the military? ☐ Yes ☑ No

Briefly describe your past work experience for the last 20 years  (begin with your most recent job).

| Dates Employed | Employer | Job Title | Duties |
|---|---|---|---|
| 7-12 to 10-12 | Cardinal Health | Director of Pharmacy | Pharmacy Hospital |
| 1-99 to 6/12 | Staff USA | Pharmacist/Director | Pharmacy Hospital, Retail, Admin |
| 9-11 to 11-11 | Seventh Day Adventist | Pharmacist | Pharmacy Hospital |
| 6-10 to 9-10 | Sutter Hospital | Pharmacist | Pharmacy Hospital |

**B. Information About Your Family** (required to determine your eligibility for Social Security Benefits)     Job Title: *Educator*

Spouse's Name (Last, First): *Freeman, Laurence*

Spouse's Social Security Number: REDACTED *219*    Date of Birth (Month, Day, Year): REDACTED *44*    Is your spouse employed? ☑ Yes ☐ No    Retired? ☑ Yes ☐ No *See Sec Stmt 7/30/13*

Do you have any children under Age 19? ☐ Yes ☑ No If "Yes please provide the information requested below for each child.

Name ___    Date of Birth ___    Social Security Number ___
Name ___    Date of Birth ___    Social Security Number ___
Name ___    Date of Birth ___    Social Security Number ___

Do you have any children with disabilities (regardless of age)? ☐ Yes ☑ No If "Yes," please provide the information requested below for each child.

Name ___    Date of Birth ___    Social Security Number ___
Name ___    Date of Birth ___    Social Security Number ___

Bertacchi-Freeman/Hartford001767

**C. Information About Physician and Hospital**

First medical attention for the current disability was given by (complete below):

| Doctor's Name | Telephone Number | Specialty |
|---|---|---|
| Dr. Heitke | (916) 632 9606 | Occupational |
| | Fax Number (916) 632 9706 | |

Address (Street, City, State, Zip)
US Health Works, 2305 Sunset Blvd, Rocklin CA 95765    Dates seen 10/12/12 to 10/12/12

Have you consulted any other physicians or been hospitalized in the past three years?  ☒Yes ☐No  If "Yes," complete the following concerning your past treatment (attach separate sheet, if needed). (650) 991-9407

| Doctor's Name | Telephone Number (050) 991-2650A | Specialty Orth Opedics |
|---|---|---|
| Dr. Kim | Fax Number 650 991-2650 | |

Address (Street, City, State, Zip)
901 Campus Drive #111, Daly City, CA 94015    Dates seen 11/13/12 to 2/26/13

Hospital  Campus Surgery Ctr

Address (Street, City, State, Zip)
901 Campus Drive #102   Daly City, CA 94015    Dates of Confinement 12/13/12 to 12/13/12

**D. Other Income**

Check the other income benefits you have received/are receiving, or are eligible to receive during your disability (complete the information requested).

| Source of Income | Amount (week /month) | Date Claim was filed | Date Payments began | Date Payments ended |
|---|---|---|---|---|
| Social Security / Disability | $ 0.0 | unknown / working on this | | |
| Social Security / Retirement | $ 0.0 | not eligible until 62 | | |
| Sick Pay or Salary continuation | $ 0.0 | may have received a day or two | | |
| Income from Work | $ 0 | salary ended in Oct 2012 | | |
| Workers' Compensation | $ 0 | 10/12/12 | N/A | Denied |
| State Disability | $ 541/week | 10/13/12 | 10/18/12 | 4/15/13 |
| Pension / Retirement | $ 0 | | | |
| Pension / Disability | $ 0 | | | |
| Short Term Disability | $ 541/month | 10/3/12 | 10/13 | 4/9/13 |
| Unemployment | $ 0 | | | |
| No-Fault Insurance | $ 0 | | | |
| Other (include individual, Group Benefits or Veteran's Benefits) | unknown $ 0 | medical insurance ends (through my employer) | | 4/10/13 |

Are you paying for Medicare Part D? ☐Yes ☒No  If "Yes," please enter amount: $ .00.

**E. Information About Tax Withholding**

Federal law requires us to withhold federal income tax from your check if you request us to do so. We are also required to send a report to your employer at the end of each calendar year showing your name, total amount of benefits paid to you, total amount withheld, if any, and your social security number. If you want us to withhold tax, please indicate on the line below the dollar amount to be withheld per benefit check. Whole dollars only (minimum is $88.00 per month): $_____ .00. IMPORTANT: If you pay the cost of the LTD premium, but on a Post-tax basis per Section I, Part D of the Employer's Statement, you will not be able to request any federal income tax withholding from your check. Puerto Rico residents may not request withholding.

Note to residents of Iowa and the District of Columbia: Should you choose federal income tax withholding, your state requires us to withhold state income tax. We must withhold at a state mandated rate (which may be higher than you need) until we receive a signed state Tax Withholding Certificate from you. Please contact your employer or state Tax Department to obtain the proper withholding form.

Note to residents of Nebraska, Rhode Island and South Carolina: Should you choose federal income tax withholding, your state requires us to withhold state income tax. We must withhold at a state mandated rate (which may be higher than you need) until we receive a signed federal Form W-4, Employee's Withholding Allowance Certificate, from you. You may go to www.irs.gov to obtain the proper withholding form.

Bertacchi-Freeman/Hartford001768

**Signature - Please read the statement that applies to your state of residence and sign the bottom of the page.**

With the exception of any source(s) of income reported above in this form, I certify by my signature that I have not received and am not eligible to receive any source of income, except for my disability benefit s from this plan. Further, I understand that should I receive income of any kind or perform work of any kind during any period. The Hartford has approved my disability claim, I must report all details to The Hartford, immediately. If I receive disability income benefits greater than those which should have been paid, I understand that I will be required to provide a lump sum rep ayment to the Plan. The Hartford has the option to reduce or eliminate future disability payments in order to recover any overpayment balance that is not reimbursed.

**For residents of all states EXCEPT California, Colorado, Florida, Kentucky, Maine, Maryland, New Jersey, New York, Oregon, Pennsylvania, Puerto Rico, Tennessee, Virginia and Washington:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For Residents of California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**For residents of Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**For residents of Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**For residents of Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim or an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**For residents of Maine, Tennessee, Virginia and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

**For Residents of Maryland:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For residents of New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. Any person who includes any false or misleading information on an application for insurance policy is subject to criminal and civil penalties.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commit s a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**For residents of Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto that the insurer relied upon is subject to a denial and/or reduction in insurance benefits and may be subject to any civil penalties available.

**For residents of Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or st atement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material hereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**For residents of Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

The statements contained in this form are true and complete to the best of my knowledge and belief.

_____                                      3/19/13
Signature                                                              Date

PLEASE ATTACH A COPY OF YOUR DRIVER'S LICENSE OR ANOTHER DOCUMENT THAT VERIFIES YOUR DATE OF BIRTH. Electronic Funds Transfer (EFT) is our standard method of payment. When making our claim decision we may contact you to obtain your banking information.

Bertacchi-Freeman/Hartford001769



**THE HARTFORD**

## G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

**To:** Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

*Gloria Bertaccia Freeman* _____ REDACTED/23 _____ 3990
Insured's Name (*Please print*)                  Date of Birth        Last 4 Digits of Social Security Number

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

_____         3/19/13         _____
Signature of Insured or Guardian              Date                 Relationship to Insured
                                                                    (*if signed by Guardian*)

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC , and any of their parents, affiliates, subsidiaries and/or third-party contractors.

**Bertacchi-Freeman/Hartford001770**

03/23/2013 15:56 FAX                    KINKO'S                              ☑ 001/011

# FedEx
Office and Print Center

# Fax Cover Sheet

Date ___3/23/13___        Number of pages ___11___ (including cover page)

## To:
Name ___Christine Montroy___

## From:
Name ___Gloria Freeman___

Company _____

Company _____

Telephone ___800 898-2458___ X2308469

Telephone ___916 390 1845___

Fax ___877 454-7217___

Comments ___Re medical care in 2012 was at Kaiser___  Jan 1, 2012 - to July 2012
___Roseville Clinics Primary wcp Dr. Zavilla___
___Dr Chong, Occupational whs Oct 2012 to Nov 2012___
___Dr Kim + Medeiros were also seen in early 2011 and 11-13 - 12 to present___

Fax - Local Send        Fax - Domestic Send        DOMESTIC Send Addl Pages        Fax - International Send

7 90363 00711 1        7 90363 00714 2        7 90363 01476 8        7 90363 00720 3

fedex .com 1.800.GoFedEx 1.800.463.3339

© 2008 FedEx    ; Office and Print Services, Inc. All rights reserved. Products, services and hours vary by location. jln08.109 1.08

22706

Bertacchi-Freeman/Hartford001771

Please Fax the completed application to:
**The Hartford**
P. O. Box 14301
Lexington, KY 40512-4301
Fax Number: (866) 411-5513

## LONG TERM DISABILITY INCOME BENEFITS QUESTIONNAIRE


THE
**HARTFORD**

**To be completed by the Employee (BE SURE TO ANSWER ALL QUESTIONS - FAILURE TO DO SO MAY DELAY YOUR CLAIM)**

### A. Information About You

| Last Name | First Name | Middle Initial | Social Security Number |
|---|---|---|---|
| Bertacchi-Freeman | Colleia | M | REDACTED -3740 |

Address (Street, City, State/Province, Zip Code)
5135 Moss Lane, Granite Bay, CA 95746

| Marital Status | Gender | Date of Birth | Home Telephone Number |
|---|---|---|---|
| ☐ Single ☑ Married ☐ Divorced ☐ Widowed | ☐ Male ☑ Female | REDACTED 3 | (916) 390-1845 |

Email Address: difta_dor@yahoo.com

Personal Cell Telephone Number: 916 390 1845    Alternate Telephone Number: (  )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? ☐ Yes ☑ No

Signature        Date 3/19/13

Your Employer (include division, if applicable):
Cardinal Health, Pharmacy Division

When your disability began, did you have more than one employer? ☐ Yes ☑ No. If "Yes," please provide the name, address, and the number of that employer, and indicate the dates when you worked.

Next to any Activity of Daily Living (ADL), please place the number shown next to the statement that most accurately reflects your ability / inability to perform each:  1 = I can perform this activity independently;  2) = I can perform this activity with the use of equipment or adaptive devices;  3) = I cannot perform this activity.

( 1 ) Bathe (tub, shower, or sponge)    ( 1 ) Transfer from Bed to Chair
( 1 ) Dress    (3) Voluntary bladder and bowel control or ability to maintain a reasonable level of personal hygiene.
( 1 ) Toilet    ( 1 ) Feed yourself with food that has been prepared and made available to you.

If you indicated (3) for any of the above activities, please describe the impairment and restrictions to your functionality that preclude you from performing the activity.
Urinary + fecal incontinence

Have you suffered a severe Cognitive Impairment that renders you unable to perform common tasks, such as using the phone, money management, or medication management? ☐ Yes ☑ No If "Yes," please describe:

Weight: 5'
Height: 210

Please indicate the extent of your formal education   (Please check one)
☐ HS/GED ☐ Trade School/Certification Program ☐ AA/AS ☐ BA/BS ☐ Masters ☑ Doctorate ☐ Some college
☐ Other      List all licenses, certifications, majors Pharmacist, CA, Pharm D-

Have you ever served in the military? ☐ Yes ☑ No

Briefly describe your past work experience for the last 20 years   (begin with your most recent job).

| Dates Employed | Employer | Job Title | Duties |
|---|---|---|---|
| 7-12 to 10-12 | Cardinal Health | Director of Pharmacy | Pharmacy Hospital |
| 1-99 to 6/12 | Staff USA | Pharmacist Director | Pharmacy Hospital, Retail, Admin |
| 9-11 to 11-11 | Seventh Day Adventist | Pharmacist | Pharmacy Hospital |
| 6-10 to 9-10 | Sutter Hospital | Pharmacist | Pharmacy Hospital |

### B. Information About Your Family (required to determine your eligibility for Social Security Benefits)
Job Title: Educator

Spouse's Name (Last, First)
Freeman, Laurence

| Spouse's Social Security Number | Date of Birth (Month, Day, Year) | Is your spouse employed? | Retired? See SCC Stork |
|---|---|---|---|
| REDACTED 219 | REDACTED 14 | ☑ Yes ☐ No | ☑ Yes ☐ No 1/30/13 |

Do you have any children under Age 18? ☐ Yes ☑ No If "Yes please provide the information requested below for each child.

Name _____ Date of Birth _____ Social Security Number _____
Name _____ Date of Birth _____ Social Security Number _____
Name _____ Date of Birth _____ Social Security Number _____

Do you have any children with disabilities (regardless of age)? ☐ Yes ☑ No If "Yes," please provide the information requested below for each child.

Name _____ Date of Birth _____ Social Security Number _____
Name _____ Date of Birth _____ Social Security Number _____

Bertacchi-Freeman/Hartford001772

Case 3:16-cv-02068-HSC   Document 18-3   Filed 04/03/17   Page 707 of 769

## C. Information About Physicians and Hospitals

First medical attention for the current disability was given by (complete below):

| Doctor's Name | Dr. Heitke | Telephone Number | (916) 632-9006 | Specialty | Occupational |
|---|---|---|---|---|---|
| Address (Street, City, State, Zip) | US Health Works, 2305 Sunset Blvd, Rocklin CA 95765 | Fax Number | (916) 632-9706 | Dates seen | 10/12/12 to 10/12/12 |

Have you consulted any other physicians or been hospitalized in the past three years? ☑Yes ☐No If "Yes," complete the following concerning your past treatment (attach separate sheet, if needed). (650) 991-2650?

| Doctor's Name | Dr. Kim | Telephone Number | (650) 991-2650? | Specialty | Orth Opedics |
|---|---|---|---|---|---|
| Address (Street, City, State, Zip) | 901 Campus Drive #111, Daly Cole, CA 94015 | Fax Number | 650 991-2650? | Dates seen | 11/13/12 to 2/26/13 |
| Hospital | Campus Surgery Ctr | | | | |
| Address (Street, City, State, Zip) | 901 Campus Drive #102 Daly City, CA 94015 | | | Dates of Confinement | 12/13/12 to 12/13/12 |

## D. Other Income

Check the other income benefits you have received/are receiving, or are eligible to receive during your disability (complete the information requested).

| Source of Income | Amount (week /month) | Date Claim was filed | Date Payments began | Date Payments ended |
|---|---|---|---|---|
| Social Security / Disability | $ 0.0 | unknown /working on this | | |
| Social Security / Retirement | $ 0.0 | not eligible until 62 | | |
| Sick Pay or Salary continuation | $ 0.0 | may have recieved a day or two | | |
| Income from Work | $ 0 | salary ended in Oct 2012 | | |
| Workers' Compensation | $ 0 | 10/12/12 | N/A | Denied |
| State Disability | $ 541/week | 10/13/12 | 10/18/12 | 4/15/13 |
| Pension / Retirement | $ 0 | | | |
| Pension / Disability | $ 0 | | | |
| Short Term Disability (Hartford) | $ 541/month | 10/31/12 | 10/13 | 4/9/13 |
| Unemployment | $ 0 | | | |
| No-Fault Insurance | $ 0 | | | |
| Other (include individual, Group Benefits or Veteran's Benefits) | $ 0 involuntary | medical maintenance ends first key myself federal | | 4/10/13 |

Are you paying for Medicare Part D? ☐Yes ☑No If "Yes," please enter amount: $_____ .00.

## E. Information About Tax Withholding

Federal law requires us to withhold federal income tax from your check if you request us to do so. We are also required to send a report to your employer at the end of each calendar year showing your name, total amount of benefits paid to you, total amount withheld, if any, and your social security number. If you want us to withhold tax, please indicate on the line below the dollar amount to be withheld per benefit check. Whole dollars only (minimum is $88.00 per month): $_____.00. IMPORTANT: If you pay the cost of the LTD premium, but on a Post-tax basis per Section I, Part D of the Employer's Statement, you will not be able to request any federal income tax withholding from your check. Puerto Rico residents may not request withholding.

Note to residents of Iowa and the District of Columbia: Should you choose federal income tax withholding, your state requires us to withhold state income tax. We must withhold at a state mandated rate (which may be higher than you need) until we receive a signed state Tax Withholding Certificate from you. Please contact your employer or state Tax Department to obtain the proper withholding form.

Note to residents of Nebraska, Rhode Island and South Carolina: Should you choose federal income tax withholding, your state requires us to withhold state income tax. We must withhold at a state mandated rate (which may be higher than you need) until we receive a signed federal Form W-4, Employee's Withholding Allowance Certificate, from you. You may go to www.irs.gov to obtain the proper withholding form.

Bertacchi-Freeman/Hartford001773

03/23/2013 15:58 FAX      KINKO'S      ☒ 004/011

**Signature - Please read the statement that applies to your state of residence and sign the bottom of the page.**

With the exception of any source(s) of income reported above in this form, I certify by my signature that I have not received and am not eligible to receive any source of income, except for my disability benefits from this plan. Further, I understand that should I receive income of any kind or perform work of any kind during any period The Hartford has approved my disability claim, I must report all details to The Hartford, immediately. If I receive disability income benefits greater than those which should have been paid, I understand that I will be required to provide a lump sum repayment to the Plan. The Hartford has the option to reduce or eliminate future disability payments in order to recover any overpayment balance that is not reimbursed.

**For residents of all states EXCEPT California, Colorado, Florida, Kentucky, Maine, Maryland, New Jersey, New York, Oregon, Pennsylvania, Puerto Rico, Tennessee, Virginia and Washington:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For Residents of California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**For residents of Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**For residents of Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**For residents of Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim or an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**For residents of Maine, Tennessee, Virginia and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

**For Residents of Maryland:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison

**For residents of New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. Any person who includes any false or misleading information on an application for insurance policy is subject to criminal and civil penalties.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**For residents of Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto that the insurer relied upon is subject to a denial and/or reduction in insurance benefits and may be subject to any civil penalties available.

**For residents of Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material hereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**For residents of Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

The statements contained in this form are true and complete to the best of my knowledge and belief.

Signature _____      Date 3/19/13

PLEASE ATTACH A COPY OF YOUR DRIVER'S LICENSE OR ANOTHER DOCUMENT THAT VERIFIES YOUR DATE OF BIRTH. Electronic Funds Transfer (EFT) is our standard method of payment. When making our claim decision we may contact you to obtain your banking information.

Bertacchi-Freeman/Hartford001774



**THE HARTFORD**

## G. AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

**To:** Any health care provider, employer, benefit plan, insurer, service provider, financial institution, consumer reporting agency, educational institution, or Federal, State, or Local Government Agency, including the Social Security Administration and Veterans Administration. **I AUTHORIZE** you to disclose to The Hartford[1] a complete copy of any and all of the following personal or privileged information, records, or documents relative to:

_Gloria Bertacchi Freeman_     **REDACTED** 53      _3990_

Insured's Name (*Please print*)                     rth              Last 4 Digits of Social Security Number

Any and all medical information or records, including x-ray films, medical histories, physical, mental, or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work information and history, including job duties, earnings, personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including credit reports and credit applications; other financial information, including pension benefits and bank records; business transactions billing, invoice, and payment records; academic transcripts; and information concerning Social Security benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used for the purpose of evaluating and administering my claim for benefits and/or leave request. Such information shall be referred to herein collectively as "My Information." I understand I have the right to revoke this Authorization for future disclosures, except to the extent action has been taken in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford.

**I UNDERSTAND** that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. I authorize The Hartford to use or disclose My Information (i) to my employer for a) functions related to accommodating my disability; b) responding to claims related to accommodation or adverse or discriminatory treatment related to my claim; c) responding to complaints by me or my representative relating to benefits or leave; d) responding to any litigation or agency document production request or lawful subpoena; e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim or other audits or reviews; (ii) to the administrator or other service providers of my employer's benefit plan, other benefits, and/or leave programs of my employer for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any claim system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance or reinsurance purposes, including workers' compensation insurance; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others; or (ix) as may be reasonably necessary to prevent or detect perpetration of a fraud.

**I ALSO UNDERSTAND** that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. I understand that I have the right to revoke this Authorization for future disclosures The Hartford may make, unless The Hartford has taken action in reliance upon this Authorization. I must revoke this Authorization in writing directly to The Hartford. I understand that my medical treatment or payment for medical benefits cannot be conditioned on my allowing The Hartford to re-disclose My Information. The authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud or protect the personal safety of others. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

_____         _3/19/13_         _____

Signature of Insured or Guardian         Date            Relationship to Insured
                                                        (*if signed by Guardian*)

[1] The Hartford® is The Hartford Financial Services Group, Inc., and its subsidiaries, including issuing companies Hartford Fire Insurance Company, Hartford Life Insurance Company, and Hartford Life and Accident Insurance Company, and administrative services companies Hartford-Comprehensive Employee Benefit Service Company and Specialty Risk Services, LLC , and any of their parents, affiliates, subsidiaries and/or third-party contractors.

Bertacchi-Freeman/Hartford001775

nrose Shaw Examiner Syracuse PHONE CALL
Date of Call: 02/27/2013 Call To/From: Claimant
n Conversation with:
tension: Fax Number:

/9;
rl/s if unable to rtw FT;

alvin Yang Examiner Minneapolis PHONE CALL
Date of Call: 02/27/2013 Call To/From: Claimant
n Conversation with:
tension: Fax Number: Not Contacted: Other

nov- 4/9. MU from nov to also include ongoing rls to ext if no rrtw FT

nsg

alvin Yang Examiner Minneapolis CLAIM MANAGEMENT
Approval/Denial Recommendation Sign off required: N

pain
minor dec in ROM
porsyn, norco
eeling, stooping, reaching, squatting, no walking or stitting more than 20 min at a time
day

9. letter ee

ext. will cont to monitor for when ee is rrtw FT with no rls

ndall Rock Examiner Minneapolis   PHONE CALL
        Date of Call: 02/27/2013                          Call To/From: Claimant
                                                          Conversation with:
ension:         Fax Number:

was rec'd


aim A Batch N/A Simsbury   FAXRECEIPT-EDM


Electronic Document with PCN: 30051201302271000130
N : 30051201302271000130001
DCN : 30051201302271000130002


ndall Rock Examiner Minneapolis   PHONE CALL
        Date of Call: 02/26/2013                          Call To/From: Claimant
                                                          Conversation with:
ension:         Fax Number:

ve APS faxed to: Dr. Kim (F): 650 991 2650


-----Transmission Fax Report-------
r  Kim,6509912650
loria Bertacchi Freeman 9004108017
uccessful
ll Pages OK

'Hig_CCC_GA cover page","rx_33.tif"
3
2/26/13 17:21

ccom. no issues. FMU from nov eval to ext

ura E Tracy   Simsbury   CLAIM MANAGEMENT
Management Plan                                    Sign off required: N

vement in file as ER is unable to accommodate CLMT to RTW as they have filled her position and there
CLMT to RTW to.   ER has also notified CLMT that her position is no longer available. ER is allowing
 STD prior to processing termination.   ER would like to be notified if CLMT RRTW without r/ls after

ura E Tracy   Simsbury   CLAIM MANAGEMENT
Management Plan                                    Sign off required: N

 [mailto:Janet.Wasson@cardinalhealth.com]
ruary 07, 2013 10:22 AM
laim)
   Weary, Annie E (Group Benefits)
 Bertacchi-Freeman

email regarding the reduction in STD to 4 hours per day.  We are not able to consider the
ted because, as we informed Ms. Bertacci-Freeman on November 15th, we have backfilled her position
e for her to return to with Cardinal Health.  We are permitting her to exhaust her STD prior to
ination.  Please keep me closely informed concerning her reevaluation on February 26.

alhealth.com

ura E Tracy Simsbury CLAIM MANAGEMENT
Management Plan Sign off required: N

-----------------------------------------------------------
[mailto:Janet.Wasson@cardinalhealth.com]
bruary 06, 2013 2:49 PM
laim)
Bertacchi-Freeman

business to get back to me but I don?t think they will be able to accommodate. I will let you know
ack from them.

eave Specialist

Service Center

alhealth.com

Laura (Claim)
day, February 06, 2013 1:51 PM
,
oria Bertacchi-Freeman


n the status of this email.
.


C
dinator
ington Office
13 Ext: 2305020


thehartford.com


ura E Tracy  Simsbury  CLAIM MANAGEMENT
Management Plan                              Sign off required: N
                                            .
                                            .  .

_____
 Laura (Claim)
y, February 05, 2013 7:48 AM
,
 Bertacchi-Freeman


Work Coordinator working on the file of employee Gloria Bertacchi-Freeman.  Gloria is released to
urs/day with restrictions of no bending, kneeling, stooping, lifting of squatting.  Restrictions are
in in place until March 2013, however Gloria will be re-evaluated on 2/26.  I am reaching out to see
accommodate these restrictions.  Please inform me at your earliest convenience.

thehartford.com

ura E Tracy  Simsbury  CLAIM MANAGEMENT
Management Plan                          Sign off required: N


ector of Pharmacy per file.  CLMT oow due to 12/13 knee surgery. . ED of job include lifting up to 50
ling scripts, bending, kneeling, squatting, walking, reaching.  Per APS, CLMT RRTW with r/ls of no
stooping, lifting, or squatting and is RRTW 4 hours/day.  NOV is 2/26.  RTWC will r/o to ER to see if


nn M Betar Examiner Syracuse  PHONE CALL
      Date of Call: 02/04/2013              Call To/From: Claimant
                                            Conversation with:
ension:        Fax Number:


lvin Yang Examiner Minneapolis  PHONE CALL
      Date of Call: 02/04/2013              Call To/From: Claimant
                                            Conversation with:
ension:        Fax Number:                  Not Contacted: No Answer


g


lvin Yang Examiner Minneapolis  CLAIM MANAGEMENT
Approval/Denial Recommendation              Sign off required: N

malacia   717.7
in
minimal discomf with flexion

eeling, stooping, lifting, squatting
, 4hrs per day
recovery 3/2013


ted 6 PT sessions, inc strength able to walk more with less pain, cont achey sharp pain, takes
d naprosyn, currently not working, on db.
T 2x/wk for 6wks, fu

s supported as ee cont to reocver post op. ee has not fully recovered att ad cont with post op pain
n rom adn strength. AP has renewed PT for another 6wks att and ee is to fu after completion. given
another 6wks of PT, reasonbe tah tee uanble to rtw att.

3. letter ee. refer to RTWC as AP notes ablet o work PT with rls after eval at lov

er eval at nov, need FMU and PT notes. refer to MCM to review to ext if unclear

aim A Batch N/A Simsbury  FAXRECEIPT-EDM


 Electronic Document with PCN: 30051201301311000042
N : 30051201301311000042001
DCN : 30051201301311000042002


ather Kocourek Examiner Minneapolis  PHONE CALL
     Date of Call: 01/31/2013                    Call To/From: Employer
                                                 Conversation with:
ension:         Fax Number:


l info needed to review claim for ext
nd under review

ristine Mark Examiner Sacramento   PHONE CALL
     Date of Call: 01/30/2013

ension:          Fax Number:

Call To/From: Claimant
Conversation with:

/s tat for AA revw

im A Batch N/A Simsbury  FAXRECEIPT-EDM

Electronic Document with PCN: 30051201301301003208
N : 30051201301301003208001

riam Torres Examiner Maitland   PHONE CALL
     Date of Call: 01/30/2013

ension:          Fax Number:

Call To/From: Claimant
Conversation with:

has been recd
n the AP office.

rbara S Patrick Examiner Atlanta   PHONE CALL
     Date of Call: 01/25/2013

ension:          Fax Number:

Call To/From: Employer
Conversation with: Janet

cd

t

rie Beckstaiger Examiner Sacramento   PHONE CALL
     Date of Call: 01/24/2013

Call To/From: Claimant

mber
asted to re-fax to same number

smission Fax Report Case 2:15-cv-02596-TLN-AC   Document 18-3   Filed 04/03/17   Page 718 of 769

r  Leslie Kim,6509912650
loria Bertacchi Freeman- 9004108017
uccessful
ll Pages OK

nig_ccc_ga cover page","rx_2.tif"

7
1/24/13 18:14
5400

5117425

cy A Tautala Examiner Sacramento  PHONE CALL
    Date of Call: 01/24/2013                       Call To/From: Claimant
                                                   Conversation with:

ension:        Fax Number:

day - extended her PT until the end of next month
of claim
Dr Kim to return med asap

lvin Yang Examiner Minneapolis  CLAIM MANAGEMENT
Claim Management Plan                              Sign off required: N

v resche to 1/24. mU is needed to ext att. fax aps for MU att.

nica R Foster Examiner Minneapolis  PHONE CALL
    Date of Call: 01/22/2013                    Call To/From: Claimant
                                                 Conversation with:
ension:        Fax Number:

at her AP had to reschedule her appointment. appointment was scheduled 01/022 but is rescheduled to
otification will be sent to AA

ic S Mclain MANAGER Minneapolis  CLAIM MANAGEMENT
Claim Management Plan                           Sign off required: N

ight occ, oow since 10/11 due to back, neck, and knee pain.  EE reported that condition was work
filed, though WC was denied as condition was noted to be not WR.  EE treated conservatively and
t surgery on 12/13/12.  Current AED is 1/22 and RTW is unknown.  PDA is on file.  Clinical touchpoint
just had surgery and there is limited new med to review.  AA should consider clmt interview at next
is unclear.  LTD Coord date and BEND are correct.

m Ban Examiner Minneapolis  PHONE CALL
    Date of Call: 01/02/2013                    Call To/From: Claimant
                                                 Conversation with:
ension:        Fax Number:

nsion:          Fax Number:                              Not Contacted: Left Message

ov, 1/22.

nclude symps, post op comps, pefs, specific R/L's precluding ee form perf ee or right occ, and tx


vin Yang Examiner Minneapolis   CLAIM MANAGEMENT
approval/Denial Recommendation                    Sign off required: N

rom APO


arthroscopic partial medial and lateral meniscectomy,  2. left knee anteromedial and lateral
opic synovectomy
876


gravate when walking, sharp, talking norco and vistral
', post op PT, next post op in 4wks


s supported as sx type has been confirmed and ee had multiple knee sx. ee cont with pain at lov and
ds. ee is wbat att and cont with post op PT before eval again in 4wks. reasonbe that ee uanbel o rtw
om sx and will need time for tx.

 1/22. letter ee

 from nov to include symp, pefs, specific rls, updated tx plan and rtw plans to ext.


na Macalma Examiner Sacramento   PHONE CALL
    Date of Call: 12/31/2012                     Call To/From: Claimant
                                                 Conversation with:

nsion:          Fax Number:

APO, DF Leslie H. Kim, 1#6509912650
 ee understood, ee thanked

Fax Report-------
 Leslie H Kim, 6509912650
oria Bertacchi-Freeman 9004108017
ccessful
1 Pages OK

ig_CCC_GA cover page","rx_5.tif"

)
/31/12 14:29
400

2347298


l S Miller Examiner Sacramento   PHONE CALL
    Date of Call: 12/28/2012                    Call To/From: Claimant
                                                Conversation with:
ension:        Fax Number:


d she goes 2 x per week
idnt have date
12/19 ovn rcvd
ew


aim A Batch N/A Simsbury  FAXRECEIPT-EDM


 Electronic Document with PCN: 30051201212211003157
ecords -  DCN : 30051201212211003157001


ic J Crownover Examiner Sacramento   PHONE CALL
    Date of Call: 12/21/2012                    Call To/From: Claimant
                                                Conversation with:

vin Yang Examiner Minneapolis   PHONE CALL
     Date of Call: 12/21/2012                    Call To/From: Medical Provider
                                                 Conversation with: Kayla
nsion:        Fax Number:

over sx OVN and OVN- 12/19


lvin Yang Examiner Minneapolis   PHONE CALL
     Date of Call: 12/21/2012                    Call To/From: Claimant
                                                 Conversation with:
nsion:        Fax Number:                        Not Contacted: Other

2/31. need mu to include sx info to ext


lvin Yang Examiner Minneapolis   CLAIM MANAGEMENT
Approval/Denial Recommendation                   Sign off required: N


te:         12/13/12
pe:         knee sx
   none
   12/13/12


ns supported as ee conf sx did take place as planned for 12/13. reasonable that ee unable to work
om sx att. will ext for recovery time and need to fu with APO for mu and sx info

/31. letter ee

sx info and tx plan to ext

ension: Fax Number:

te: 12/13/12
pe: knee sx
none
12/13/12

hours worked): 10/10/2012 at 8 hrs
10/11/12
ween LDW and date of Surgery/Delivery:

nthia Ware Examiner Atlanta PHONE CALL
Date of Call: 12/13/2012
Call To/From: Claimant
Conversation with:

ension: Fax Number:

firm sx.

lvin Yang Examiner Minneapolis CLAIM MANAGEMENT
Claim Management Plan
Sign off required: N

APS

ft, freq: 5-10ft, occasionally
p, kneel, crouch, crawling

7

per PDA, mod to light

Electronic Document with PCN: 30051201212111002543
n - DCN : 30051201212111002543001

im A Batch N/A Simsbury  FAXRECEIPT EDM

Electronic Document with PCN: 30051201212041003664
N : 30051201212041003664001
DCN : 30051201212041003664002

lvin Yang Examiner Minneapolis   PHONE CALL
    Date of Call: 12/03/2012               Call To/From: Claimant
                                           Conversation with:
ension:         Fax Number:

12/13. Sx conf to ext

fter sx

lvin Yang Examiner Minneapolis   GENERAL

ardinalhealth.com

Bertacchi-Freeman   (CY)  :  message sent zix-encrypt

,

ocessing a Short Term Disability Claim for the above referenced employee (xxx-xx-3990), and are
hysical Demands Analysis Form be completed. Please complete the attached form and return to The

lvin Yang Examiner Minneapolis   CLAIM MANAGEMENT
pproval/Denial Recommendation                      Sign off required: N

)  11/21                        .

ndromalacia   (717.7)
   715.16

e, lidoderm, naprosym
eeling, stooping, reaching, squating, walking sitting more than 20min

until after recover from sx
n, ortho sx

ns supported as ee cont to tx for knee. it appears conservative med has not helped att and ee had AP
sx. ee cont rls att which would preclude ee from perf ed of occ until after recover from sx. as such,
sx date- 12/13. Sx conf to ext.

/13. Sx conf to ext. letter ee. send req for PDA


nley Erickson Examiner Minneapolis   PHONE CALL
        Date of Call: 12/03/2012                      Call To/From: Claimant
                                                      Conversation with:
ension:        Fax Number:

status

Conversation with:

ension:        Fax Number:

AP fax...adv fax recd and clm in rev...GAT

aim A Batch N/A Simsbury  FAXRECEIPT-EDM

 Electronic Document with PCN: 30051201211271002808
N : 30051201211271002808001

gina R Wilson Examiner Maitland  PHONE CALL
      Date of Call: 11/27/2012

Call To/From: Claimant
Conversation with:

ension:        Fax Number:

 if medical wwas received. Advised yes.

aim A Batch N/A Simsbury  FAXRECEIPT-EDM

 Electronic Document with PCN: 30051201211271002552
N : 30051201211271002552001

aim A Batch N/A Simsbury  FAXRECEIPT-EDM

 Electronic Document with PCN: 30051201211271002529
N : 30051201211271002529001

ederick J Dunford Examiner Maitland  PHONE CALL
      Date of Call: 11/27/2012

Call To/From: Claimant
Conversation with:

ension:        Fax Number:

 if m/u recieved. Adv no.

 nsion:          Fax Number:

recd from ap

therine E Ford Examiner Maitland  PHONE CALL
     Date of Call: 11/20/2012                          Call To/From: Claimant
                                                       Conversation with:
ension:         Fax Number:

 from Dr. Mediros at this time
o Dr. Thuy Nguyen, f# 916-295-5769

----Transmission Fax Report-------
R  THUY NGUYEN,9162955769
LORIA BERTACCHI-FREEMAN (DOB: REDACTED 53; ID# 9004108017)
uccessful
ll Pages OK

HIG_CCC_GA cover page","rx.tif"

)
/20/12 14:54
2000

6093957


onne Mcintosh Examiner Sacramento  PHONE CALL
     Date of Call: 11/20/2012                          Call To/From: Claimant
                                                       Conversation with:
ension:         Fax Number:

cvd
 not been rcvd

```
Report: E401773R                The Hartford - Benefit Management Services        Page 19
Office:                          Comments: Summary Detail Report
Date Of Report:12/28/2015        Date Range: 10/31/2012 - 03/06/2013
                                          For business Role:
              Claimant: Gloria Bertacchi-Freeman Insured Id : 9004108017 Claim Event Id: 14399154
                                      Case: Cardinal Health, Inc.
                                Claim Owner:   Role:  Office:
```

ee req aps refaxed to ap, ee adv sx sched for 12/13

```
-------Transmission Fax Report-------
To:                 Dr Mediros,6509912650
Subject:            Gloria Bertacchi-Freeman 9004108017
Result:             Successful
Explanation:        All Pages OK

Sent:               "HIG_CCC_GA cover page","rx_5.tif"
Pages Sent:         2
Connect Time:       55
Transmit Time:      11/20/12 12:41
Transfer Rate:      26400
Retry Count:        1
Job Number:         55813359
```

11/14/2012 01:49:58 p.m. ET Carol Siddall Examiner Atlanta  PHONE CALL
Type of Call: Incoming    Date of Call: 11/14/2012          Call To/From: Claimant
Name: Gloria Bertacchi-Freeman                              Conversation with:
Phone: (916) 390-1845    Extension:       Fax Number:

cx adv. a new ap. Dr. Mediros- Ortho sx  fax#650.991.2650  ph#650.991.9400
cx adv. is having sx 12/4/12.  L-meniscus repair.   Adv. cx to ci within 48 hrs after sx with conf.
aps sent:
```
                    -------Transmission Fax Report-------
To:                 Dr Mediros,6509912650
Subject:            Gloria Bertacchi-Freeman-9004108017
Result:             Successful
Explanation:        All Pages OK

Sent:               "HIG_CCC_GA cover page","rx_1.tif"
Pages Sent:         2
Connect Time:       53
Transmit Time:      11/14/12 13:53
Transfer Rate:      28800
Retry Count:        1
Job Number:         50386093
```

Bertacchi-Freeman/Hartford001794

nsion:        Fax Number:

appr from 10/11 thru 11/21
 to ext
approved for UCD until mid Dec
o on her nov 11/26 to adv us if AP will be keeping her oow longer
ing about how her payment is issues
s

lvin Yang Examiner Minneapolis   PHONE CALL
     Date of Call: 11/07/2012                    Call To/From: Claimant
                                                 Conversation with:
nsion:        Fax Number:                        Not Contacted: Left Message

 10/11 thru 11/21. mU to ext.

te and return WCRA form. WCRA sent with appr letter

lvin Yang Examiner Minneapolis   CLAIM MANAGEMENT
Approval/Denial Recommendation                   Sign off required: N

 Rt Knee and Neck pain

 who works a heavy occ and is oow due to back/right knee/neck pain. ee has BUYUP plan.

 Back, R knee, and neck pain
Condition: Caused by repetitive motion when the pharmacy system went down. Symptoms started on
 occupational Health Clinic on 10/11/12 with reports of back, R knee and neck pain meds given and
chiropractor. EE fu with chiropractor who advised EE to fu with Neurologist due to incontinence. EE
 FOV 10/31/12 NOV 11/2/12 2x/wk. NOV 1 wk. AP r/l no bending, lifting, stretching, kneeling,
, prolonged standing and walking. ERTW 11/6/12. Ht 5'1" wt 210#
eck pain 6-7/10, back pain 5-6/10, urinary and stool incontinence
y

and after w/c issues addressed, functional impairment supported from 10/11/12 thru 11/21/12 d/t the
h knee strain.  Exam findings of pain, stiffness to neck/back and limited ROM right knee, increased
as diclofenac patch and referred to physical therapy.  Consideration given to the EE's job duties
g up to 50# frequently, filling scripts, bending, only pharmacist, kneeling, squatting, walking,
d updated status, response to physical therapy for further determination.


denial letter- though denied for inconsistent meds. need WCRA from ee
ll add UCD offset

ly supported. ee is precluded from perf ed of occ due to cervical strain with knee strain. given symp
 that ee unable to perf ed of\003occ att. as such, will appr claim from 10/11 thru 11/21 to allow time
 to ext. Need WCRA form from ee.

0/11 thru 11/21. mU to ext. 100% tax, 8th day, letter ee w/ WCRA, BUYUP, UCD offset


ristina M Pines Nurse Simsbury  CLAIM MANAGEMENT
Impression                                        Sign off required: N

and after w/c issues addressed, functional impairment supported from 10/11/12 thru 11/21/12 d/t the
h knee strain.  Exam findings of pain, stiffness to neck/back and limited ROM right knee, increased
as diclofenac patch and referred to physical therapy.  Consideration given to the EE's job duties
g up to 50# frequently, filling scripts, bending, only pharmacist, kneeling, squatting, walking,
d updated status, response to physical therapy for further determination.


ristina M Pines Nurse Simsbury  TELEPHONIC
     Type Of Intake: Phone

eived.


ocelyn X Woolridge Examiner Atlanta  GENERAL

aim A Batch N/A Simsbury  FAXRECEIPT-EDM

Electronic Document with PCN: 30051201211051004772
ecords -  DCN : 30051201211051004772001

milea Whittick Examiner Atlanta  CLAIM MANAGEMENT
Claim Management Plan                              Sign off required: N

ter
action needed

aim A Batch N/A Simsbury  FAXRECEIPT-EDM

Electronic Document with PCN: 30051201210311003871
dence -  DCN : 30051201210311003871001

ola Choute Nurse Maitland  PHONE CALL
     Date of Call: 10/31/2012              Call To/From: Physician
                                           Conversation with:
ension:         Fax Number: (916) 474-6451

nber provided by EE during intake.

 Fax Report-------
Dr Chang,9164746451
Gloria Bertacchi-Freeman #9004108017
Successful
All Pages OK

"Hig_CCC_GACI cover page","rx_17.tif"
)
50

ola Choute Nurse Maitland   TELEPHONIC
        Type Of Intake: Phone

ola Choute Nurse Maitland   TELEPHONIC
        Type Of Intake: Phone

.

Back, R knee, and neck pain
Condition: Caused by repetitive motion when the pharmacy system went down. Symptoms started on
o occupational Health Clinic on 10/11/12 with reports of back, R knee and neck pain meds given and
chiropractor. EE fu with chiropractor who advised EE to fu with Neurologist due to incontinence. EE
FOV 10/31/12 NOV 11/2/12 2x/wk. NOV 1 wk. AP r/l no bending, lifting, stretching, kneeling,
, prolonged standing and walking. ERTW 11/6/12. Ht 5'1" wt 210#
neck pain 6-7/10, back pain 5-6/10, urinary and stool incontinence
CY
: Diclofenac, Lidoderm patch and Orphenadrine

ECTOR OF PHARMACY
ments: lifting up to 50# frequently, filling scripts, bending, only pharmacist, kneeling, squatting,

le to Perform:reaching, lifting, filling orders
Discussed: Not available

ne Number: Bradley Mathis/ 406-531-2001
ne Number: 866-471-7867

:30p

rm basic needs cooking, driving, cleaning, hygiene care, and dressing independently sometimes

-275-5400

ill file for CASDI



**THE HARTFORD**

March 15, 2013

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

| Plan Sponsor: | Cardinal Health, Inc. |
|---|---|
| Claimant: | Gloria Bertacchi-Freeman |
| Insured ID: | 9004108017 |
| Plan Number: | 83120673 |

Dear Ms. Bertacchi-Freeman:

This letter is in reference to your claim for Disability benefits.

We attempted to contact you on March 15, 2013 without success. If we have not yet spoken with you, upon receipt of this letter, please contact our office to participate in a claimant interview.

Based on our review of your claim, your Short-Term Disability (STD) benefits are currently approved through April 9, 2013. If it is expected that you will remain out of work beyond April 9, 2013, you will need to provide updated medical information that supports your disability beyond this date. The information must include your current condition, complications, symptoms, specific restrictions/limitations, treatment plan and expected return to work date or reevaluation date

An Attending Physician's Statement of Disability is enclosed for your convenience. Please note that we will require specific restrictions and limitations in order to consider eligibility for benefits beyond April 9, 2013.

The maximum duration of your STD benefits is through April 10, 2013. If it is expected that your disability will extend beyond this date, the enclosed Long Term Disability (LTD) Income Benefits Questionnaire must be completed and returned to our office. Once the requested information is received, we will be able to begin processing your LTD claim.

Please be advised that receipt of STD benefits does not necessarily mean you will be eligible to receive LTD benefits.

It is important that you return the requested documentation as soon as possible to avoid a delay in processing your claim. However, if you return to work full-time, or if your disability does not extend beyond April 10, 2013, it is not necessary to return the Long Term Disability Income Benefits Questionnaire.

According to your group policy, disabilities that commence within the first 365 days of LTD coverage must be investigated according to the Pre-existing Conditions Limitations. Information regarding your coverage

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford001800

documents you were insured for coverage under The Hartford's group policy as of July 1, 2012.

Please list all physician's, provider's, hospital's, and pharmacies that you have treated with, been confined at, or filled prescriptions with from January 1, 2012 through the present on the enclosed Medical History Form.

Please refer to page 13 of your group Policy booklet which states:

***"What are the exclusions and limitations under this program?***
The policy does not cover any loss caused by or resulting from:
CDIX-1AA12
· declared or undeclared war or an act of either;
CDIX-2AA
· a *Pre-existing Condition*;..."

Page 12 of your group Policy booklet states:

***"Pre-existing Condition*** means a condition for which medical treatment or advice was rendered, prescribed or recommended within 3 months prior to *Your* effective date of insurance. A condition shall no longer be considered pre-existing if it causes *Disability* which begins after *You* have been insured under the Policy for a period of 12 months."

The above requested information is required to investigate your claim.  Your failure to provide us with this information will result in the termination of your claim.  Please have the completed forms returned to this office within twenty-one (21) days from the date of this letter.  Please note, if benefits for Long Term Disability are approved, benefit payments are issued on a monthly basis.

Please note that your group disability policy indicates that most other income received is to be "offset" (deducted from) your LTD benefits.  Therefore, we request that you provide us with the amounts and dates of any other income that you've received or will be receiving – e.g. Social Security Disability, Workers Compensation, pension, etc. Please read your benefit booklet for complete details regarding Other Income Benefits.

Please forward your payment information from the State of California documenting the weekly amount of your state benefits, the effective date and the maximum duration of benefits paid to you from the state.

For your convenience and protection, we will make your disability payments via Electronic Funds Transfer (EFT) directly into your checking or savings account rather than by check. Please provide us with the necessary EFT information through any of the following methods:

Completing and returning the EFT Request form attached to the enclosed EFT Brochure;
Providing the EFT information by contacting your Hartford Ability Analyst; or
Completing the EFT information online through our consumer Web site
@www.TheHartfordAtWork.com.

**Bertacchi-Freeman/Hartford001801**

You will find the instructions on what to provide at each of these avenues.

If you do not have a checking or saving account in which we can deposit your benefit payment electronically or if for other reasons you do not want EFT we will send any benefit due via a paper check.

Please be advised we would like the above requested information within twenty-one (21) days from the receipt of this letter.

If you have any questions, please feel free to contact our office at (800) 898-2458 x2308969.  Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

Christine Montroy

Hartford Comprehensive Employee Benefits Service Co.
Administrator of the Short Term Disability plan for Cardinal Health, Inc.

Enclosures:
Long Term Disability Income Benefits Questionnaire  LC-7117(FI)
Attending Physician's Statement of Functionality  LC-7135 (FI)
EFT Request Form 2438A
Medical History Form LC-7501

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY  40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford001802



**THE HARTFORD**

February 27, 2013

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Plan Sponsor:      Cardinal Health, Inc.
Claimant:          Gloria Bertacchi-Freeman
Insured ID:        9004108017
Plan Number:       83120673

Dear Ms. Bertacchi-Freeman:

We are writing to you regarding your claim for Short Term Disability (STD) benefits. Based on a review of your file and/or additional medical information received, we have extended your benefits through 04/09/2013.

If your disability is extended beyond this date, it will be necessary for your physician to provide us with medical evidence to support the extension.

If you return to work on or before 04/09/2013, please contact our office to notify us of your return.

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

Hartford Comprehensive Employee Benefits Service Co.
Administrator of the Short Term Disability Plan for Cardinal Health, Inc.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford001803



**THE HARTFORD**

February 4, 2013

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Plan Sponsor:      Cardinal Health, Inc.
Claimant:          Gloria Bertacchi-Freeman
Insured ID:        9004108017
Plan Number:       83120673

Dear Ms. Bertacchi-Freeman:

We are writing to you regarding your claim for Short Term Disability (STD) benefits. Based on a review of your file and/or additional medical information received, we have extended your benefits through 03/03/2013.

If your disability is extended beyond this date, it will be necessary for your physician to provide us with medical evidence to support the extension.

If you return to work on or before 03/03/2013, please contact our office to notify us of your return.

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

Hartford Comprehensive Employee Benefits Service Co.
Administrator of the Short Term Disability Plan for Cardinal Health, Inc.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

**Bertacchi-Freeman/Hartford001804**



THE
**HARTFORD**

January 2, 2013

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA  95746

| | |
|---|---|
| Plan Sponsor: | Cardinal Health, Inc. |
| Claimant: | Gloria Bertacchi-Freeman |
| Insured ID: | 9004108017 |
| Plan Number: | 83120673 |

Dear Ms. Bertacchi-Freeman:

We are writing to you regarding your claim for Short Term Disability (STD) benefits.  Based on a review of your file and/or additional medical information received, we have extended your benefits through 01/22/2013.

If your disability is extended beyond this date, it will be necessary for your physician to provide us with medical evidence to support the extension.

If you return to work on or before 01/22/2013, please contact our office to notify us of your return.

If you have any questions, please feel free to contact our office at (800) 898-2458.  Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

Hartford Comprehensive Employee Benefits Service Co.
Administrator of the Short Term Disability Plan for Cardinal Health, Inc.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY  40512-4305
Fax (877) 454-7217

**Bertacchi-Freeman/Hartford001805**



**THE HARTFORD**

December 21, 2012

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

Plan Sponsor:     Cardinal Health, Inc.
Claimant:         Gloria Bertacchi-Freeman
Insured ID:       9004108017
Plan Number:      83120673

Dear Ms. Bertacchi-Freeman:

We are writing to you regarding your claim for Short Term Disability (STD) benefits. Based on a review of your file and/or additional medical information received, we have extended your benefits through 12/31/2012.

If your disability is extended beyond this date, it will be necessary for your physician to provide us with medical evidence to support the extension.

If you return to work on or before 12/31/2012, please contact our office to notify us of your return.

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

Hartford Comprehensive Employee Benefits Service Co.
Administrator of the Short Term Disability Plan for Cardinal Health, Inc.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford001806



**THE
HARTFORD**

December 3, 2012

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

| | |
|---|---|
| Plan Sponsor: | Cardinal Health, Inc. |
| Claimant: | Gloria Bertacchi-Freeman |
| Insured ID: | 9004108017 |
| Plan Number: | 83120673 |

Dear Ms. Bertacchi-Freeman:

We are writing to you regarding your claim for Short Term Disability (STD) benefits. Based on a review of your file and/or additional medical information received, we have extended your benefits through 12/13/2012.

If your disability is extended beyond this date, it will be necessary for your physician to provide us with medical evidence to support the extension.

If you return to work on or before 12/13/2012, please contact our office to notify us of your return.

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

Hartford Comprehensive Employee Benefits Service Co.
Administrator of the Short Term Disability Plan for Cardinal Health, Inc.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford001807



**THE
HARTFORD**

November 7, 2012

Gloria Bertacchi-Freeman
5135 Moss Lane
Granite Bay, CA 95746

| | |
|---|---|
| Plan Sponsor: | Cardinal Health, Inc. |
| Claimant: | Gloria Bertacchi-Freeman |
| Insured ID: | 9004108017 |
| Plan Number: | 83120673 |

Dear Ms. Bertacchi-Freeman:

We are pleased to inform you that we have approved your claim for Short Term Disability (STD) benefits effective 10/18/2012.

We have approved Short Term Disability benefits through 11/21/2012. If your disability extends beyond this approval date, you must provide us with medical evidence to support an extension of benefits.

We have advised the above referenced Plan Sponsor of this approval as they are responsible for issuing all benefit payments. Therefore, if you have any questions, regarding the amount of your benefit payment or the date the check was mailed, please contact them directly.

If you return to work on or before 11/21/2012, please contact our office and notify us of your return.

**For residents of all states EXCEPT California, Colorado, Florida, Kentucky, Maine, New Jersey, New York, Oregon, Pennsylvania, Puerto Rico, Tennessee, Virginia and Washington:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.
**For Residents of California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.
**For residents of Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

**For residents of Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree

**For residents of Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim or an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**For residents of Maine, Tennessee, Virginia and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

**For residents of New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. Any person who includes any false or misleading information on an application for insurance policy is subject to criminal and civil penalties.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**For residents of Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto that the insurer relied upon is subject to a denial and/or reduction in insurance benefits and may be subject to any civil penalties available.

**For residents of Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material hereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**For residents of Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

Bertacchi-Freeman/Hartford001809

If you have any questions, please feel free to contact our office at (800) 898-2458. Our office hours are 8:00 AM - 8:00 PM CST, Monday through Friday.

Sincerely,

Hartford Comprehensive Employee Benefits Service Co.
Administrator of the Short Term Disability Plan for Cardinal Health, Inc.

Enclosure: WCRA LC-7271 (ASO)*

Benefit Management Services
Minneapolis Disability Claim Office
The Hartford
PO Box 14305
Lexington, KY 40512-4305
Fax (877) 454-7217

Bertacchi-Freeman/Hartford001810

02/26/2013 18:56 FAX                    KINKO'S                              ☑001/002

Feb 26 2013 17:21:30 EST  FROM: F2M/23943937810      MSG# 57242694-006-1      PAGE 002 OF 002

Please fax the completed
Fax Number: (866) 411-5613
The Hartford
P.O. Box 14301
Lexington, KY 40512

Administered By:

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
**Attending Physician Statement of Continued Disability**

THE HARTFORD

To be completed by the Employee

| Name of Patient: Gloria Bertacchi-Freeman | Date of Birth: REDACTED 1953 | Insured ID Number: 9004108017 |

Address of Patient: (Street, City, State & Zip Code) 5135 Moss Lane Granite Bay, CA 95746   Name of Employer: Cardinal

Email Address of Patient: deeladocton@yahoo.com

Personal Cell Telephone Number: (916) 340 1845   Alternate Telephone Number (if no personal cell telephone): (  )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone?  ☐ Yes  ☑ No

I hereby authorize release of information on this form by the below named physician for the purpose of claim processing.

Signed: _____                                  Date: 2/26/13

To be completed by the Attending Physician - Use current information from your patient's most recent examination or office visit to complete this form. (The patient is responsible for the completion of this form without expense to the Company.)

**DIAGNOSIS**

Primary Diagnosis: L knee osteoarthritis      ICD-9 Code: 715.16

Secondary Diagnosis: L knee chondomalacia      ICD-9 Code: 717.7

Was Surgery Performed?  ☑ Yes  ☐ No  If Yes, Date 12/13/12   Procedure L knee arthroscopy   CPT-4 Code

Was patient hospitalized since last report?  ☑ Yes  ☐ No  If Yes, Admission Date 12/13/12   Discharge Date 12/13/12

Current Subjective Symptoms: Reduction in pain

Current Physical Exam findings: antalgic gait   minor deficits in ROM)

Tests (Not previously reported):                                          Dates

Results (or enclose copies of test result report):

Medication (indicate any changes): Flexeril, Naprosyn, Norco

**FUNCTIONALITY** (This information is required for evaluation of your patient's claim for disability benefits)

List all restrictions and/or limitations based on medical findings. (Example - No standing over 4 hours; No lifting over 50 lbs)
No bending, kneeling, stooping, reaching, squatting
No walking or sitting more than 20 min at a time

Is patient able to return to work without restrictions?  ☐ Yes  ☑ No  If "Yes," Date: _____  ☐ Full Time  ☐ Part Time _____ hours per day

Is patient able to return to work with restrictions?  ☑ Yes  ☐ No  If "Yes," Date: _____  ☐ Full Time  ☑ Part Time  4  hours per day

If able to return to work only part time, on what date will he / she be able to increase to full time?  5/13

**TREATMENT**

How long are these work accommodations expected to be in place?  MAY 1st 2013

Current/Ongoing Treatment Plan: Physical therapy      Frequency/Duration

| Dates of Treatment: 12/19/12   1/24/13   2/27/13 | Date of last office visit: 2/27/13 | Date of next scheduled office visit: 4/9/13 |

Has patient been referred to other physicians?  ☐ Yes  ☑ No  If "Yes," Date of Referral(s):

Referral Provider Name and Phone Number: _____   Specialty: _____

Referral Provider Name and Phone Number: _____   Specialty: _____

**PHYSICIAN INFORMATION**

| Provider's Name: Leslie H. Kim | License Number: 641605 | Social Security Number or EIN Number |

| Degree: M.D. | Specialty: Orthopedic Surgeon | Fax Number: (650) 991-2650 |

Address: (Street, City, State & Zip Code) 901 Campus Drive Ste. 111 Daly City CA 94015   Telephone Number: (650) 999-9400

Signature: _____                                  Date Signed: 2/28/13

LC-7390-3ASD                                                          05/2012

**West Bay Orthopaedic Medical Group, Inc.**

Tel: (650) 991-9400
Fax: (650) 991-2650

901 Campus Drive, Suite #111
Daly City, California 94015

R℞ FOR Gloria Bertacchi Freeman   DATE 2/26/18

Medical Necessity: S/P Ⓛ knee arthroscopy

## THERAPY

☐ RIGHT ☑ LEFT   ☐ NECK ☐ UPPER BACK   ☐ SHOULDER ☐ ELBOW   ☐ WRIST/HAND
☐ BOTH   ☐ LOWER BACK   ☐ HIP ☑ KNEE   ☐ ANKLE ☐ FOOT

Please do not tamper with any of my instructions regarding exercise or devices . Call if you do not understand the request.

**EVALUATION**
☐ Evaluate and Treat   ☐ Work Station/Ergonomic
☐ Functional Capacity   ☐ Isokinetic (Cybex)

**PROGRAMS**
☐ Modified McKenzie program.
Extension only, no flexion in any form, please. Extend into the pain. NO "muscle (especially abdominal) strengthening" work. NO "stretching" except in extension.
☐ Standard McKenzie program.
☐ Flexion Exercises (Williams).
☐ Back School / Body Mechanics.
☐ Work Hardening.   ☐ General/Aerobic Conditioning.
☐ Chiropractic   ☐ Acupressure ☐ Acupuncture
☐ See Attached Protocol
☐ CONTINUE THERAPY same region & regimen.

**MODALITIES**
☑ Modalities as necessary   ☐ Heat, Ultrasound, Massage.
☐ Heat before, ice after   ☐ Heat ☐ Ice ☐ Traction
☐ Paraffin (or similar)   ☐ Scar Desensitization
☐ Contrast baths   ☐ Whirlpool   ☐ Swimming Pool
☐ Electric Stim.   ☐ TENS   ☐ Edema Control
☑ Muscle Strengthening:
☐ Neck   ☐ UB ☐ Upper Back / Shoulder Girdle   ☐ Low Back
☐ LE   ☐ Hips   ☐ Quads   ☐ Hams   ☐ Ankle/Foot
☑ Range of motion & Flexibility:   ☐ Mobilization.
☑ Active   ☐ Passive   ☐ Aggressive   ☐ Dynamic splinting
☐ As Tolerated   ☐ Increase Intensity   ☐ Tendon transfer protocol

**TRAINING**
☐ Teach use of cane, crutch or walker, etc.   ☐ Gait.
☐ Functional Training.   ☐ sEMG Feedback Training.

☐ Please send progress reports.

☐ Other ☐ PRECAUTIONS   ☐ Teach & Monitor Home Program.
progress exercises as you raised

Frequency: 2 sessions / week.
Duration: 4 weeks.

☐ ALBERTO A. BOLANOS, M.D.   ☑ LESLIE H. KIM, M.D.   ☐ PHILIP KRUEGER, M.D.
(G84190 / BB5589417)   (G41605 / AK9194565)   (A87975 / BK7442394)
☐ DUANE MEDEIROS, MSN-NP   ☐ STEPHANIE SPEIZER, PA-C
(12497 / MM0778742)   (PA21061 / MS2223092)

Bertacchi-Freeman/Hartford001812

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| January 30, 2013 ... | West Bay Orthopedic | ... | 3 | Received |

Case 3:16-cv-02596-TLT-AC   Document 165-3   Filed 04/03/17   Page 747 of 769

JAN/30/2013/WED 08:26 PM    West Bay Orthopedic         FAX No. 1-650-991-2650         P. 001/003

01/30/2013 12:08 FAX  9188526419       Mail Biz Etc                              @0001/0001
JAN/29/2013/TUE 09:15 PM   West Bay Orthopedic         FAX No. 1-650-991-2650         P. 001/001

Jan 29 2013 10:13:49 EST  FROM: F2N/77724106604      NSGN 25117425-805-1      PAGE 002 OF 002

Please fax this completed
Fax Number (866) 411-5613
The Hartford
P.O. Box 14301
Lexington, KY 40512

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
Attending Physician Statement of Continued Disability

THE HARTFORD

To be completed by the Employee

Name of Patient: Gloria Bertacchi Freeman     Date of Birth: 07/03/1963     Insured ID Number: 9804106017

Address of Patient, (Street, City, State & Zip Code): 9135 MOSS LANE, GRANITE BAY, CA 95746     Name of Employer: CARDINAL

Email Address of Patient: delta.dolche@yahoo.com

Personal Cell Telephone Number: ___ ___     Secondary Telephone Number (if no personal cell telephone): 916 203-1545

May we have your authorization to leave confidential medical and benefit information on your personal cell phone?  ☑ Yes   ☐ No

I hereby authorize the release of information on this form by the below named physician for the purpose of claim processing.

Signed: _____     Date: 1/29/13

To be completed by the Attending Physician: Use current information from your patient's most recent examination or office visit to complete this form. (The patient is responsible for the completion of this form without expense to the Company.)

**DIAGNOSIS**

Primary Diagnosis: L KNEE osteoarthritis     ICD-9 Code: 715.16

Secondary Diagnosis: 1. knee chondromalacia     ICD-9 Code: 717

Was Surgery Performed?  ☑ Yes  ☐ No  If Yes, Date: 01/15/13  Procedure: arthroscopy  CPT-4 Code: 29881

Was patient hospitalized since last report?  ☐ Yes  ☑ No  If Yes, Admission Date: _____  Discharge Date: _____

Current Subjective Symptoms: Reduced ROM, in pain

Current Physical Exam Findings: ROM 0-120 with normal discomfort with flexion

Tests/labs previously reported? _____     Date: _____

Results (or enclose copies of test result reports): _____

Medications (indicate any changes): NORCO, Flexeril, Naproxen

**FUNCTIONALITY** (This information is required for evaluation of your patient's claim for disability benefits)

List all restrictions and/or limitations based on medical findings: (Examples: No standing over 4 hours, No lifting over 50 lbs)
... No unable walk long ... Stand & Sits

Is patient able to return to work without restrictions?  ☐ Yes  ☑ No  If Yes, Date: _____   ☐ Full Time  ☐ Part Time ___ hours per day

Is patient able to return to work with restrictions?  ☑ Yes  ☐ No  If Yes, Date: _____   ☐ Full Time  ☑ Part Time  4  hours per day

If able to return to work with part time, on what date will we (she) be able to increase to full time? 4/1/13  ?

**TREATMENT**

How long are these work accommodations expected to last in place? At least until future surgery recovery  3/2013

Current/Ongoing Treatment Plan: See attached ... paragraph 1/29/13     Frequency/Duration: _____

Dates of Treatment: 12/5/12  12/12/12  12/19/12     Date of last office visit: 1/29/13   Date of next scheduled office visit: 3/19/20__

Has patient been referred to other physicians?  ☐ Yes  ☑ No  If Yes, Date of Referral(s): _____

Referral Provider Name and Phone Number: _____     Specialty: _____

Referral Provider Name and Phone Number: _____     Specialty: _____

**PHYSICIAN INFORMATION**

Provider's Name: DR. LESLIE Ryan     License Number: GN11600 ...     Social Security Number or TIN Number: _____

Degree: MD     Specialty: Ortho     Fax Number: 650 991-2650

Address (Street, City, State & Zip Code): 901 Campus Dr. #111 Daly City, CA     Telephone Number: 650 991-9400

Signature: _____     Date signed: 1/29/13

LO-728X33A5Q

Bertacchi-Freeman/Hartford001813

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

Date of Service: January 24, 2013 Patient: Bertacchi-freeman Gloria Page: 1

1/24/2013

Cigna

### ORTHOPAEDIC PROGRESS REPORT

Patient:  Gloria Bertacchi-freeman
Date of Examination: 1/24/2013
**REFERRING PROVIDER:.** No data for Referral First Name No data for Referral Last Name

### SUBJECTIVE:
Patient is here today for her left knee. Since last visit patients pain has reduced. She has completed 6 PT sessions. She reports PT has increased her strength and is now able to walk more with less pain. She continues to have some achey sharp pain. She currently takes norco, flexeril, and naprosyn PRN. Currently not working, on disability.

### MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

### ALLERGIES:
NKDA

### OBJECTIVE:
LEFT KNEE ROM 0-120 with minimal discomfort with flexion

### DIAGNOSIS:
S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISCECTOMY
715.16–Knee - OA knee
717.7–Knee - Chondromalacia
717.9–Knee - IDK

### ASSESSMENT & PLAN:
I discussed my findings and the treatment options with the patient.  Plan to renew PT 2x/week x 6 weeks.  Follow up in

Leslie H Kim, M.D.
CA License # G41605

Date of Service: January 24, 2013 Patient: Bertacchi-freeman Gloria Page: 2

## Patient Education Material(s) - Dated 1/26/2013

Verbal education

Bertacchi-Freeman/Hartford001815

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| --- | --- | --- | --- | --- |
| January 30, 2013 12:05:39 PM EST | 8166526419 | 1:02 | 1 | Received |

Case 2:15-cv-02596-TLN-AC Document 18-3 Filed 04/03/17 Page 750 of 769

01/30/2013 12:05 FAX 8166526419          Mail Biz Etc.                    ☒0001/0001

JAN/29/2013/TUE 09:15 PM   West Bay Orthopedic        FAX No. 1-650-991-2650        P. 001/001

Jan 24 2013 18:13:49 EST  FROM: F2M/7772418G804     MSG# 25117425-886-1    PAGE 882 OF 882

Please fax the completed
Fax Number: (866) 411-5613
The Hartford
P.O. Box 14301
Lexington, KY 40512

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Attending Physician Statement of Continued Disability

Administered by:
THE HARTFORD

**To be completed by the Employee**

| Name of Patient: Gloria Bertacchi Freeman | Date of Birth: 05/01/1953 | Insured ID Number: 9004108017 |
| --- | --- | --- |

Address of Patient: (Street, City, State & Zip Code) 5135 MOSS LANE, GRANITE BAY, CA 95746    Name of Employer: CARDINAL

Email Address of Patient: delta.doctor@yahoo.com

Personal Cell Telephone Number: 916 390 1845    Alternate Telephone Number (If no personal cell telephone): 916 390 1845

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? ☒ Yes ☐ No

I hereby authorize release of information on this form by the below named physician for the purpose of claim processing.

Signed: _____     Date: 1/29/13

To be completed by the Attending Physician: Use current information from your patient's most recent examination or office visit to complete this form. (The patient is responsible for the completion of this form without expense to the Company.)

**DIAGNOSIS**

| Primary Diagnosis: L knee osteo arthritis | ICD-9 Code: 715.16 |
| --- | --- |
| Secondary Diagnosis: L Knee Chondromalacia | ICD-9 Code: 717.7 |

Was Surgery Performed? ☒ Yes ☐ No If Yes, Date 12/13/12 Procedure arthroscopic    CPT-4 Code: 29881

Was patient hospitalized since last report? ☐ Yes ☒ No If Yes, Admission Date _____ Discharge Date _____

Current Subjective Symptoms: Reduction in pain

Current Physical Exam findings: ROM 0-120 with minimal discomfort with flexion

Tests (not previously reported): _____     Dates _____

Results (or enclose copies of test result report): _____

Medication (indicate any changes): NORCO, Flexeril, Naproxen

**FUNCTIONALITY** (This information is required for evaluation of your patient's claim for disability benefits)

List all restrictions and/or limitations based on medical findings. (Example - No standing over 4 hours; No lifting over 50 lbs)

no bending, twisting, stand 30 min activity, sit with legs elevated 30 min, standing less than 4 hours

Is patient able to return to work without restrictions? ☐ Yes ☒ No  If Yes, Date _____  ☐ Full Time ☐ Part Time _____ hours per day

Is patient able to return to work with restrictions? ☐ Yes ☒ No  If Yes, Date _____  ☐ Full Time ☒ Part Time 4 hours per day

If able to return to work only part time, on what date will he / she be able to increase to full time: 5/2013

**TREATMENT**

How long are these work accommodations expected to be in place? At least until after surgical recovery 3/2013

Current/Ongoing Treatment Plan: See attached report 1/29/13    Frequency/Duration _____

Dates of Treatment: 12/5/12 12/13/12 12/17/12    Date of last office visit: 1/29/13    Date of next scheduled office visit: 2/26/2013

Has patient been referred to other physicians? ☐ Yes ☒ No If "Yes," Date of Referral: _____

Referral Provider Name and Phone Number: _____    Specialty: _____

Referral Provider Name and Phone Number: _____    Specialty: _____

**PHYSICIAN INFORMATION**

| Provider's Name: Dr. Leslie Kim | License Number: G81665 | Social Security Number or EIN Number: |
| --- | --- | --- |

| Degree: MD | Specialty: Ortho | Fax Number: 650 991-2650 |
| --- | --- | --- |

Address: (Street, City, State & Zip Code) 901 Campus Dr. #111 Daly City, CA    Telephone Number: 650 991-9400

Signature: _____     Date Signed: 1/28/13

LC-7305SA00

Bertacchi-Freeman/Hartford001816

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

## FAX COVER SHEET

Date: _12/21/12_    Time: _____

To: _____

Company: _Hartford Insurance_

FAX#: _877 - 454 - 7217_

From: _Kayla_

Number of pages (not including cover): _____

Reference:

_# 9004108017_

_____

_____

_____

_____

_____

_____

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sendee immediately to arrange for return or destruction of these documents. Calls can be made to West Bay Orthopaedic Medical Group at 650-991-9400

Bertacchi-Freeman/Hartford001817

## OPERATIVE NOTE

| | |
|---|---|
| CAMPUS SURGERY CENTER<br>901 Campus Drive Suite 102<br>Daly City, CA 94015 | PATIENT:              Bertacchi Freeman, Gloria<br>MEDICAL RECORD #: 14637<br>PHYSICIAN:           Leslie Kim, M.D.<br>DATE OF SERVICE:   12/13/2012 |

**DATE OF PROCEDURE:**            12/13/2012

**DICTATING PHYSICIAN:**          Leslie Kim, M.D.

**PREOPERATIVE DIAGNOSES:**      1. Left knee medial meniscus tear.
                                 2. Underlying left knee degenerative joint changes.

**POSTOPERATIVE DIAGNOSES:**     1. Left knee medial meniscus tear.
                                 2. Underlying left knee degenerative joint changes.
                                 3. Left knee lateral meniscus tear.
                                 4. Left knee hypertrophic synovitis.

**OPERATIVE PROCEDURES:**        1. Left knee arthroscopic partial medial and lateral meniscectomy.
                                 2. Left knee anteromedial and lateral compartment arthroscopic synovectomy.

**SURGEON:**                     Leslie Kim, M.D.

**ASSISTANT:**                   None.

**ANESTHESIA:**                  General LMA.

## INDICATIONS FOR PROCEDURE AND SURGICAL FINDINGS:

The patient had persistent signs and symptoms of left knee medial meniscus tear with positive findings on MRI scan. She underwent a conservative treatment, but continued to complain of significant pain and mechanical symptoms interfering with normal daily activities. Arthroscopic surgical evaluation and treatment were therefore requested.

At the time of surgery, the patient was noted to have good knee passive range of motion. No significant anteroposterior or mediolateral laxity was demonstrated on manual stress testing. Arthroscopic evaluation of the joint revealed diffuse hypertrophic synovitis. There was extensive synovitis anteriorly in the medial and lateral compartments. Loose cartilaginous debris was also noted in the joint, but no large loose body. The patellofemoral tracking appeared normal, but there was grade 2 chondromalacia on the medial and lateral patellar facets. Grade 1-2 changes were evident on the femoral trochlear groove. Medial and lateral gutter inspection revealed no osteophyte formation or loose bodies. In the lateral compartment, essential radial tearing of the meniscus was present. Grade 2 essential tibial chondromalacia was present. Inspection of the notch revealed hypertrophic synovium. Normal-appearing anterior cruciate ligament was present. In the medial compartment, posterior horn root tear was present.

Bertacchi-Freeman/Hartford001818

Campus Surgery Center                          Bertacchi Freeman, Gloria
Operative Report                               12/13/2012 00:00:00

There was also essential tearing of the body of medial meniscus. Grade 2 changes were present on the femoral and tibial articular surfaces. No other abnormalities were noted.

## DESCRIPTION OF PROCEDURE:

The patient was administered general laryngeal mask anesthesia in a supine position. The left lower extremity was then prepped and draped in the usual sterile fashion. A tourniquet was placed around the proximal thigh, but no inflated during the procedure. Standard anteromedial and anterolateral portals were made with a #11 blade. The arthroscope was introduced into the anterolateral portal. Systematic examination was performed. A straight and angled basket punch forceps were then used to perform partial meniscectomy. Torn and unstable meniscus in the body and posterior horn on the medial site was resected. Essential tearing of the lateral meniscus was also resected. A motorized shaver was used to debride and smooth the edges. Loose articular cartilage in the medial and lateral compartments was debrided with the motorized shaver. A hypertrophic synovium was resected with the motorized shaver. The arthroscopic cautery device was also used to debride the soft tissue and obtained hemostasis. The joint was then copiously irrigated and suctioned free of debris. Then, 0.5% Marcaine with epinephrine and 15 mg of morphine were injected around the portal sites. The portal wounds were closed with interrupted 4-0 nylon sutures. Xeroform and dry gauze dressing was applied followed by an Ace compression bandage. The patient tolerated the procedure well with negligible blood loss. She was transferred to the recovery room in good condition.

_____

    Leslie Kim, M.D.

LK/111/223/1138152d00          DD: 12/13/2012     DT: 12/13/2012

Bertacchi-Freeman/Hartford001819

Campus Surgery Center
Operative Report

Bertacchi Freeman, Gloria
12/13/2012 00:00:00

| CPT CODE | APC | MOD | ICD9 | ICD V3 | PHYSICIAN | COMMENTS |
|----------|-----|-----|------|--------|-----------|----------|
| 29880 ... 29876 | 0041 0041 | LT ... 59LT | 836.0 836.1 727.00 715.36 | 80.6 ... 80.76 | LESLIE KIM | |

Bertacchi-Freeman/Hartford001820

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

12/19/2012

Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-freeman
Date of Examination: 12/19/2012
**REFERRING PROVIDER:**. No data for Referral First Name No data for Referral Last Name

## SUBJECTIVE:
Patient is here today for her first postop appointment. On 12/13/12 patient had left knee arthroscopic partial medial and lateral meniscetomy. Today she states she has minor pain and pain is only aggravated when walking. Patient describes pain as mostly achey sometimes sharp. Patient is taking norco and vistral PRN .

## MEDICATIONS:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

## ALLERGIES:
NKDA

## OBJECTIVE:
Incisions clean and dry with sutures intact.  mild effusion

## DIAGNOSIS:
715.16–Knee - OA knee
717.7–Knee - Chondromalacia
717.9~Knee - IDK

## ASSESSMENT:
S/P LEFT KNEE ARTHROSCOPY WITH PARTIAL MENISECTOMY

## PRESCRIPITION
~Prescription~

## PLAN:
I discussed my findings and the treatment options with the patient.  Patient may begin WBAT.  Post-op PT prescribed.  Next post-op visist 4 weeks.

Brianna Morris, PA-C

Leslie H Kim, M.D.

**Bertacchi-Freeman/Hartford001821**

Date of Service: December 19, 2012 Patient: Bertacchi-freeman Gloria Page: 2

CA License # G41605

**Patient Education Material(s) Dated 12/19/2012**
Verbal education

Bertacchi-Freeman/Hartford001822

Case 2:16-cv-04596-MLN-AC   Document 18-3   Filed 04/08/17   Page 757 of 769

777 - 454 - 7517

## *PHYSICAL DEMANDS ANALYSIS*

THE HARTFORD

| From: | Date: | Fax Number:<br>(    ) | Phone Number:<br>(    ) |
|---|---|---|---|
| To Supervisor of Claimant:<br>Brad Mathis | Insured ID: | | Policy Number: |
| Claimant:<br>Gloria Bertacchi-Freeman | Job Title:<br>Director of Pharmacy | | |

**The immediate supervisor of the claimant listed above should complete this form and fax it back to The Hartford as soon as possible. If a job analysis has been done for this position, please send with this document.**

| Company Name:<br>Cardinal Health | Location:<br>1330 Enclave Parkway, Houston, TX 77077 |
|---|---|

Please note essential duties of this position (those that are performed with some frequency and not reasonably omitted.) Attach a current job description if available:

Supervisory duties?  [X] Yes  [ ] No

License/trade requirements:
Pharmacy License

Education/training requirements:
Pharmacy Degree

## ***** Complete this form considering only the Essential Job Duties *****

### Work schedule for the job

| Hours per day:<br>40 | Days per week:<br>5 | Shifts:<br>Day | Overtime hours:<br>no | Break/Lunch periods:<br>lunch |
|---|---|---|---|---|

Work pace:  [X] Self   [ ] Incentive/piece rate   [ ] Machine   [ ] Set Quota

### Work field data

Machines / tools used:
[X] Computer   [X] Telephone   [X] Calculator   [ ] Head Set   [ ] Fork Lift (Sit)   [ ] Fork Lift (Stand)

[ ] Motor Vehicle   [ ] Power Hand Tools   [ ] Manual Hand Tools

Materials used:

Describe work station:   Computer workstation.  Shelves, refrigerators, for stocking and picking of medications

### Sitting/Standing/Walking Requirements

| Total hours at one time (circle or check one for each) | Total hours during typical workday (circle or check one for each) |
|---|---|
| Sitting    0  .5  1  2  3  4  5  6  [X]  8+ | Sitting    0  .5  1  2  3  4  [X]  6  7  8+ |
| Standing   0  [X].5  1  2  3  4  5  6  7  8+ | Standing   0  .5  1  [X]  3  4  5  6  7  8+ |
| Walking    0  [X].5  1  2  3  4  5  6  7  8+ | Walking    0  .5  [X]  2  3  4  5  6  7  8+ |

Alternate sitting and standing as needed?   [X] Yes   [ ] No

### Talking/Hearing/Vision Requirements

| Talking [X] Person to person | Hearing [X] In person | Vision [X] Near | [X] Peripheral vision |
|---|---|---|---|
| [X] On the phone | [X] On the phone | [X] Midrange | [X] Depth perception |
| [X] In group settings | [X] In group settings | [X] Far | |

Bertacchi-Freeman/Hartford001823

## Pushing/Pulling/Lifting/Carrying Requirements

| Task description | Article -- Weight | | Typical Distance | Frequency | Duration |
|---|---|---|---|---|---|
| (Describe task, articles that are pushed/pulled/lifted or carried and any mechanical assistance.) | Typical Weight | Maximum Weight | Push/Pull/Lift/Carry (in feet) | (How many times in one day?) | (For how long at one time?) |
| Reaching for medications | neglig. | 0.01 lb | 6 feet | 5-10 feet | 5 seconds |
| occasionally | | | | | |
| | | | | | |

## Other Essential Job Duties

| | | Never | Occasionally (1-33%) | Frequently (34-67%) | Constantly (68-100%) |
|---|---|---|---|---|---|
| Driving | | X | | | |
| Airplane Travel | | X | | | |
| Balancing | | | X | | |
| Stooping | | | X | | |
| Kneeling | | | X | | |
| Crouching | | | X | | |
| Crawling | | | X | | |
| Climbing | | X | | | |
| Reaching, Indicate if not bilateral by using R for right, | Above Shoulder | X | | | |
| | At waist / desk level | X | | | |
| | Below waist level | X | | | |
| Handling (gross motor: gripping, holding, | Right Hand | | | | |
| | Left Hand | | | | |
| | Both Hands | | | X | |
| Fingering | Right Hand | | | | |
| | Left Hand | | | | |
| | Both Hands | | | X | |
| Feeling (sensing temperatures and textures | Right Hand | | | | |
| | Left Hand | | | | |
| | Both Hands | | | X | |

| Work Conditions | Yes | No |
|---|---|---|
| Setting: Inside   100   % | | |
| Outside   % | | |
| Extreme Heat | ☐ | ☒ |
| Extreme Cold | ☐ | ☒ |
| Wet/Humid | ☐ | ☒ |
| Fumes/Dust/Dirt/ Smoke | ☐ | ☒ |
| Confined Areas | ☐ | ☒ |
| High Places | ☐ | ☒ |
| Equipment In Motion | ☐ | ☒ |
| Safety Equipment/Clothing | ☐ | ☒ |
| Noise | ☐ | ☒ |
| Environmental Hazards (Check if exists in workplace) | | |
| Mechanical | ☐ | ☒ |
| Chemical *hazardous meds* | ☒ | ☐ |
| Electrical | ☐ | ☒ |
| Industrial Magnets | ☐ | ☒ |

If you have additional information related to the Essential Duties of this position which has not been addressed elsewhere on this form, please attach and return it with this document.

Essential Duties are defined as those that are performed with some frequency and not reasonably omitted.

Signature of Person filling out form: _Bret Mathis_    Date: 12/9/12

Print Name

Position: _Director Pharmacy Ops and Acct. Mgmt_

Telephone Number: (406) 571-2001

Fax Number: (406) 549-3716

Bertacchi-Freeman/Hartford001824

# WEST BAY ORTHOPAEDIC MEDICAL GROUP

### Orthopaedic Surgery    Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

## FAX COVER SHEET

Date: __12/4/12__   Time: _____

To: __Hartford__

Company: _____

FAX#: __866-411-5613__

From: __Christie__

Number of pages (not including cover): __4__

Reference:

__Gloria Bertacchi-Freeman__

_____

_____

_____

_____

_____

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sendee immediately to arrange for return or destruction of these documents. Calls can be made to West Bay Orthopaedic Medical Group at 650-991-9400

DEC/04/2012/TUE 05:52 PM    West Bay Orthopedic      FAX No. 1-650-991-2650        P. 002

Nov 20 2012 12:41:41 EST  FROM: (2n)9107030700 3   Case 3:15-cv-03596-TLN-AC  Document 18-3  Filed 04/03/17  Page 760 of 769   MSG# 55813359-006-1   PAGE 001 OF 002



## THE HARTFORD

# *Fax Cover Page*

---

Date:        11/20/12 12:41:12 PM


To:          Dr Mediros
Fax Number:  6509912650
Subject:     Gloria Bertacchi-Freeman 9004108017
Total Pages: 2  including cover page


From:        Yvonne McIntosh
Company      **The Hartford Group Benefits Division**
Address      **P.O. Box 14301**
City         **Lexington, KY 40512-4301**

Phone:       **(800) 492-5678 (Wal-Mart)**
             **(800) 445-9057 (All Other Policies)**
Fax:         **(866) 411-5613**

---

This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

---

Memo:       Your patient is requesting an extension of disability with The Hartford
and has been advised to contact your office to provide an authorization
to release information.

Please complete the attached form in its entirety and fax it back to The
Hartford. If you have any questions, or would like to provide this
information over the phone, please contact our office.

A decision on your patient's income replacement is pending until this
information is received so your prompt response is appreciated.

Thank you!

Please fax the completed
Fax Number: (866) 411-5613
**The Hartford**
P.O. Box 14301
Lexington, KY 40512

Administered By:

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
**Attending Physician Statement of Continued Disability**

THE HARTFORD

**To be completed by the Employee**

| Name of Patient: Gloria Bertacchi-Freeman | Date of Birth: 05/01/1953 | Insured ID Number: 9004108017 |

Address of Patient: (Street, City, State & Zip Code) 5135 MOSS LANE, GRANITE BAY, CA 95746

Name of Employer: Cardinal Health

Email Address of Patient: deltadoctor@yahoo.com

Personal Cell Telephone Number: (916) 390-1845     Alternate Telephone Number (if no personal cell telephone): (     )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone?  ☒Yes  ☐No

I hereby authorize release of information on this form by the below named physician for the purpose of claim processing.

Signed: _____     Date: 11/27/12

To be completed by the Attending Physician- Use current information from your patient's most recent examination or office visit to complete this form, *(The patient is responsible for the completion of this form without expense to the Company.)*

**DIAGNOSIS**

| Primary Diagnosis: 717.7 ® knee chondromalacia | ICD-9 Code: 717.7 |
| Secondary Diagnosis: 715.16 ® knee osteoarthritis | ICD-9 Code: 715.16 |

Was Surgery Performed?  ☐Yes  ☒No  If Yes, Date_____  Procedure_____  CPT-4 Code_____

Was patient hospitalized since last report?  ☐Yes  ☒No  If Yes, Admission Date_____  Discharge Date_____

Current Subjective Symptoms:  see attached report dated 11/13/12

Current Physical Exam findings:  see attached report dated 11/13/12

Tests (Not previously reported):  MRI      Dates 1/25/11

Results (or enclose copies of test result report):  see attached report dated 11/13/12

Medication (indicate any changes): cyclobenzaprine 5mg, Lidoderm patches 5%, naprosyn 500 mg

**FUNCTIONALITY** (This information is required for evaluation of your patient's claim for disability benefits).

List all restrictions and/or limitations based on medical findings. (Example - No standing over 4 hours; No lifting over 50 lbs)
No bending, kneeling, stooping, reaching, squatting.
No walking or siting more then 20 min at a time

Is patient able to return to work without restrictions?  ☐Yes  ☒No  If "Yes," Date: _____  ☐Full Time  ☐Part Time _____ hours per day

Is patient able to return to work with restrictions?  ☒Yes  ☐No  If "Yes," Date: _____  ☐Full Time  ☒Part Time 4 hours per day

If able to return to work only part time, on what date will he / she be able to increase to full time?  02/2012

**TREATMENT**

How long are these work accommodations expected to be in place?  At least until after surgery recovery 02/12

Current/Ongoing Treatment Plan:  See attached report 11/13/12      Frequency/Duration

| Dates of Treatment: 1/10/11  4/8/11  4/15/11 | Date of last office visit: 11/13/12 | Date of next scheduled office visit: 12/04/12 |

Has patient been referred to other physicians?  ☒Yes  ☐No  If "Yes," Date of Referral(s): 11/13/12

Referral Provider Name and Phone Number: Dr. Leslie Kim 650991.9460   Specialty: orthopaedics surgery

Referral Provider Name and Phone Number: _____   Specialty: _____

**PHYSICIAN INFORMATION**

| Provider's Name: Duane Medeiros | License Number: 559006 | Social Security Number or EIN Number: |
| Degree: MSN~NP | Specialty: orthopaedics | Fax Number: (650) 991-2650 |
| Address: (Street, City, State & Zip Code) 901 Campus Drive suite 111 Daly City, CA 94015 | Telephone Number: (650) 991-9460 |
| Signature: _____ | Date Signed: 11/20/12 |

LC-7390-3ASO                                                                                    05/2012

Bertacchi-Freeman/Hartford001827

# WEST BAY ORTHOPAEDIC MEDICAL GROUP
### Orthopaedic Surgery   Sports Medicine

Leslie H. Kim, M.D.
Duane Medeiros, MSN-NP



901 Campus Drive, Suite 111
Daly City, California 94015
Telephone: 650-991-9400
Fax: 650-991-2650
www.wbomg.com

11/13/2012
Not Referred By
Cigna

## ORTHOPAEDIC PROGRESS REPORT

Patient: Gloria Bertacchi-Freeman
Social Security #: ▇REDACTED▇-3990
Employer:
Date of Examination: 11/13/2012
Date of Report: 11/13/2012
Date of Injury: No data for Date
Claim Number: No data for Workers Comp Claim Number

## ASSESSMENT:
717.7-Knee - Chondromalacia
715.16-Knee - OA knee

## PLAN:
I discussed with Gloria Bertacchi-Freeman my findings after listening to the subjective complaints and performing my examination. I outlined the MRI findings with the patient as related to the physical examination. Based on the patient's poor performance in physical therapy and with other conservative measures. We discussed surgery. The patient advised that she would like to proceed with surgery as her condition is not improving.

The patient will have a preoperative consultation with Leslie Kim M.D. orthopedic surgeon. We will get the patient a surgery date following this.
Flexoril 10 mg by mouth every 8 hours when necessary muscle spasm.

Followup visit is scheduled with Leslie Kim M.D. for preoperative consultation.

## Allgergies:
NKDA

## Medications:
Flexeril (cyclobenzaprine) (Dosage: 5 mg tablet SIG: Take 1 tablet by mouth every six hours as needed Dispense: 30 Note: As Needed for Spasm)
Lidoderm (lidocaine) (Dosage: 5%(700 mg/patch) Adhesive Patch, Medicated)
Naprosyn (naproxen) (Dosage: 500 mg tablet)

## SUBJECTIVE:
I had a visit with Gloria Bertacchi-Freeman on 11/13/2012 in my office. Patient is here to followup with her L knee pain.She also compains of R knee and low back and neck pain. She rates her pain for her L knee today as 6-7 /10.Her knee pain has increased since last visit, she has swelling and intermittent dull pain especially when weigth bearing. She has had 12X PT for the L knee.She found PT helpful for her knee pain, allowing her to walk without

DEC/04/2012/TUE 05:53 PM    West Bay Orthopedic      FAX No. 1-650-991-2650        P. 005

pain. She has an MRI taken on 1/25/11 that has not been reviewed. Report in chart, films pulled up. Patient had 2-4 visits PT with no help.

She rates her R knee pain as 1/10 with  swelling and dull, constant pain. She had an xray of her R knee at Kaiser, date unknown. She has had 2 PT sessions for her R knee  and low back in Oct. 2012.She did not have enough PT to be helpful for her R knee and back. Her claim for the R knee was not approved as a WC claim so she has not had additional sessions. She is now open to consider injections or surgical options for her knees.

She rates her neck pain as 5/10, mid back to neck radiating pain with stiffness, constant dull aching pain.She rates her back pain as 5/10. Back pain is in mid to lower back,throbbing, constant dull ache. She complains of numbness and tingling in both of her hands and legs.
She reports recent onset of sudden incontinence. She has seen her PCP for this problem who referred her to a chiropractor. The chiro refused to treat her until she has had a neurology consult. She will seek a neuro consult referral from her PCP.

She has taken flexoril and naprosen rx by Kaiser  in the past prn pain and spasm. She currently is using otc tylenol for pain and benadryl to help her sleep. She also uses lidoderm patches rx by Kaiser, prn pain.
She is currently on temporary disability.

**OBJECTIVE:**
Cspine: Pain on compression and compression with rotation.  Absent of bilateral upper reflexes.  Bilateral interscalene tenderness.
Lspine:  Pain on palpation spinous process L4-S1.  Absent of lower extremity reflexes.

Left Knee:  + Medial Mcmurray sign.  Tenderness at medial jointline.  +MMT findings.

Left knee MRI 1/25/2011: Partial root tear to the posterior horn medial meniscus.  Osseous contusion with bone marrow edema, medial femoral condyle.  Chondral fissuring with cartilage loss at the medial femoral condyle.  Moderate to large joint effusion.


Sincerely,


Duane Medeiros, MSN-NP
Orthopedic Surgery
CA license # NP12497


Patient Education Materials   Dated 11/19/2012
Verbal education;

Bertacchi-Freeman/Hartford001829

Please fax the completed
Fax Number: (866) 241-6514

The Hartford
P.O. Box 14301
Lexington, KY 40512

Administered By:

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
**Attending Physician Statement of Continued Disability**

THE
HARTFORD

To be completed by the Employee

| Name of Patient: Gloria Bertacchi-Freeman | Date of Birth: ~~~~~~ 1953 | Insured ID Number: 9004106017 |

Address of Patient: (Street, City, State & Zip Code) 5135 MOSS LANE, GRANITE BAY, CA 95746   Name of Employer: Cardinal Health

Email Address of Patient: deltadocton@yahoo.com

Personal Cell Telephone Number: 916 390 1845   Alternate Telephone Number (if no personal cell telephone): (    )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone?  [X] Yes  [ ] No

I hereby authorize release of information on this form by the below named physician for the purpose of claim processing.

Signed: ~~~~~~   Date: 1/27/12

To be completed by the Attending Physician- Use current information from your patient's most recent examination or office visit to complete this form. (The patient is responsible for the completion of this form without expense to the Company.)

**DIAGNOSIS**

Primary Diagnosis: 717.7 (R) Knee chrondromalacia   ICD-9 Code: 717.7

Secondary Diagnosis: 715.16 (R) Knee Osteoarthritis   ICD-9 Code: 715.16

Was Surgery Performed?  [ ] Yes  [X] No  If Yes, Date _____   Procedure _____   CPT-4 Code _____

Was patient hospitalized since last report?  [ ] Yes  [X] No  If Yes, Admission Date _____   Discharge Date _____

Current Subjective Symptoms:  see attached report dated 11/13/12

Current Physical Exam findings:  see attached report dated 11/13/12

Tests (Not previously reported): MRI   Dates 1/25/11

Results (or enclose copies of test result report): see attached report dated 11/13/12

Medication (indicate any changes): cyclobenzaprine 5mg, lidoderm patches 5%, naprosyn 500mg.

**FUNCTIONALITY** (This information is required for evaluation of your patient's claim for disability benefits).

List all restrictions and/or limitations based on medical findings. (Example - No standing over 4 hours; No lifting over 50 lbs)
No bending, kneeling, stooping, reaching, squating.
No walking or sitting more then 20 min at a time

Is patient able to work without restrictions?  [ ] Yes  [X] No  If "Yes," Date: _____  [ ] Full Time  [ ] Part Time _____ hours per day

Is patient able to return to work with restrictions?  [X] Yes  [ ] No  If "Yes," Date: _____  [ ] Full Time  [X] Part Time 4 hours per day

If able to return to work only part time, on what date will he / she be able to increase to full time? 02/2012

**TREATMENT**

How long are these work accommodations expected to be in place?
At least until after surgery recovery 02/12

Current/Ongoing Treatment Plan:  see attached report 11/13/12   Frequency/Duration

| Dates of Treatment: 1/10/11  4/8/11  4/15/11 | Date of last office visit: 11/13/12 | Date of next scheduled office visit: 12/04/12 |

Has patient been referred to other physicians?  [X] Yes  [ ] No  If "Yes," Date of Referral(s): 11/13/12

Referral Provider Name and Phone Number: Dr Leslie Kim 650 991 9460   Specialty: orthopaedics surgery

Referral Provider Name and Phone Number: _____   Specialty: _____

**PHYSICIAN INFORMATION**

| Provider's Name: Duane Medeiros | License Number S59006 | Social Security Number or EIN Number |

| Degree: MSN- NP | Specialty: Orthopaedics | Fax Number: (650) 991 2050 |

Address: (Street, City, State & Zip Code) 901 Campus Drive Suite 111 Daly City, CA 94015   Telephone Number: (650) 991 9400

| Signature: ~~~~~~ | Date Signed: 11/26/12 |

LC-7390-3ASO   05/2012

PAGE 01/01        OFFICE DEPOT 933        6507553005        11/27/2012 11:25
STATUS   PAGES   DURATION   REMOTE CSID
Received    1      48       6507553005        NOVEMBER 27, 2012 2:21:10 PM EST
           TIME RECEIVED
*** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY ***
Bertacchi-Freeman/Hartford001830

Nov 20 2012 12:41:47 EST FROM: F2M/91878307603    MSG# 55013359-006-1    PAGE 002 OF 002

Please fax the completed
Fax Number: (866) 411-5613
The Hartford
P.O. Box 14301
Lexington, KY 40512

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
**Attending Physician Statement of Continued Disability**

Administered By:

THE
**HARTFORD**

**To be completed by the Employee**

| Name of Patient:<br>Gloria Bertacchi-Freeman | Date of Birth:<br>REDACTED 1953 | Insured ID Number:<br>9004108017 |
|---|---|---|

Address of Patient: (Street, City, State & Zip Code)
5135 MOSS LANE, GRANITE BAY, CA 95746    Name of Employer: Cardinal Health

Email Address of Patient: deltadoctor@yahoo.com

Personal Cell Telephone Number: 916.390.1845  Alternate Telephone Number (if no personal cell telephone): (  )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? ☒Yes ☐No

I hereby authorize release of information on this form by the below named physician for the purpose of claim processing.

Signed: _____    Date: 11/27/12

To be completed by the Attending Physician - Use current information from your patient's most recent examination or office visit to complete this form. (The patient is responsible for the completion of this form without expense to the Company.)

**DIAGNOSIS**

Primary Diagnosis: 717.7 ® knee chrondromalacia    ICD-9 Code: 717.7

Secondary Diagnosis: 715.16 ® knee Osteoarthritis    ICD-9 Code 715.16

Was Surgery Performed: ☐Yes ☒No If Yes, Date _____ Procedure _____ CPT-4 Code _____

Was patient hospitalized since last report? ☐Yes ☒No If Yes, Admission Date _____ Discharge Date _____

Current Subjective Symptoms: see attached report dated 11/13/12

Current Physical Exam findings: see attached report dated 11/13/12

Tests (Not previously reported): MRI    Dates 1/25/11

Results (or enclose copies of test result report): see attached report dated 11/13/12

Medication (indicate any changes): cyclobenzaprine 5mg, Lidoderm patches 5%, naprosyn 500mg

**FUNCTIONALITY** (This information is required for evaluation of your patient's claim for disability benefits).

List all restrictions and/or limitations based on medical findings. (Example - No standing over 4 hours; No lifting over 50 lbs)

No bending, kneeling, stooping, reaching, squatting.
No walking or sitting more than 20 min at a time

Is patient able to return to work without restrictions? ☐Yes ☒No If "Yes," Date: _____ ☐Full Time ☐Part Time _____ hours per day

Is patient able to return to work with restrictions? ☒Yes ☐No If "Yes," Date: _____ ☐Full Time ☒Part Time 4 hours per day

If able to return to work only part time, on what date will he / she be able to increase to full time? 02/2012

**TREATMENT**

How long are these work accommodations expected to be in place? At least until after surgery recovery 02/12

Current/Ongoing Treatment Plan: see attached report 11/13/12    Frequency/Duration

| Dates of Treatment: 1/10/11 4/8/11 4/15/11 | Date of last office visit: 11/13/12 | Date of next scheduled office visit: 12/04/12 |
|---|---|---|

Has patient been referred to other physicians? ☒Yes ☐No If "Yes," Date of Referral(s): 11/13/12

Referral Provider Name and Phone Number: Dr. Leslie Kim 650.991.9460  Specialty: orthopaedics surgery

Referral Provider Name and Phone Number: _____  Specialty: _____

**PHYSICIAN INFORMATION**

| Provider's Name:<br>Duane Medeiros | License Number<br>554008 | Social Security Number or EIN Number |
|---|---|---|

Degree: MSN- NP    Specialty: Orthopaedics    Fax Number: (650) 991 2650

Address: (Street, City, State & Zip Code) 901 Campus Drive suite 111 Daly City, CA 94015    Telephone Number: (650) 991 9400

Signature: _____    Date Signed: 11/20/12

LC-7390-3ASO    05/2012

Bertacchi-Freeman/Hartford001831

Nov 20 2012 12:41:47 EST  FROM: F2M/91070307603     MSG# 55013359-006-1      PAGE 002 OF 002

Please fax the completed
Fax Number: (866) 411-5613
The Hartford
P.O. Box 14301
Lexington, KY 40512

Administered By:

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
**Attending Physician Statement of Continued Disability**

THE HARTFORD

**To be completed by the Employee**

| Name of Patient: Gloria Bertacchi-Freeman | Date of Birth: 1953 | Insured ID Number: 9004108017 |
| --- | --- | --- |

Address of Patient: (Street, City, State & Zip Code) 5135 MOSS LANE, GRANITE BAY, CA95746   Name of Employer: Cardinal Health

Email Address of Patient: deltadoctor@yahoo.com

Personal Cell Telephone Number: 916.390.1845   Alternate Telephone Number (if no personal cell phone): (  )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? [X]Yes [ ]No

I hereby authorize release of information on this form by the below named physician for the purpose of claim processing.

Signed: _____   Date: 11/27/12

To be completed by the Attending Physician- Use current information from your patient's most recent examination or office visit to complete this form. (The patient is responsible for the completion of this form without expense to the Company.)

**DIAGNOSIS**

Primary Diagnosis: 717.7 ® knee chrondromalacia     ICD-9 Code: 717.7

Secondary Diagnosis: 715.16 ® knee Osteoarthritis    ICD-9 Code: 715.16

Was Surgery Performed? [ ]Yes [X]No  If Yes, Date ____ Procedure ____ CPT-4 Code ____

Was patient hospitalized since last report? [ ]Yes [X]No  If Yes, Admission Date ____ Discharge Date ____

Current Subjective Symptoms: see attached report dated 11/13/12

Current Physical Exam findings: see attached report dated 11/13/12

Tests (Not previously reported): MRI     Dates 1/25/11

Results (or enclose copies of test result report): see attached report dated 11/13/12

Medication (indicate any changes): cyclobenzaprine 5mg, Lidoderm patches 5%, naprosyn 500mg.

**FUNCTIONALITY** (This information is required for evaluation of your patient's claim for disability benefits).

List all restrictions and/or limitations based on medical findings. (Example - No standing over 4 hours; No lifting over 50 lbs)
No bending, kneeling, stooping, reaching, squatting.
no walking or sitting more than 20 min at a time

Is patient able to return to work without restrictions? [ ]Yes [X]No If "Yes," Date: ____ [ ]Full Time [ ]Part Time ____ hours per day

Is patient able to return to work with restrictions? [X]Yes [ ]No If "Yes," Date: ____ [ ]Full Time [X]Part Time 4 hours per day

If able to return to work only part time, on what date will he / she be able to increase to full time? 02/2012

**TREATMENT**

How long are these work accommodations expected to be in place?

Current/Ongoing Treatment Plan: see attached report 11/13/12    Frequency/Duration

Dates of Treatment: 1/10/11  4/8/11  4/15/11   Date of last office visit: 11/13/12   Date of next scheduled office visit: 12/04/12

Has patient been referred to other physicians? [X]Yes [ ]No  If "Yes," Date of Referral(s): 11/13/12

Referral Provider Name and Phone Number: Dr Leslie Kim 650991.9460   Specialty: orthopaedic surgery

Referral Provider Name and Phone Number: ____   Specialty: ____

**PHYSICIAN INFORMATION**

Provider's Name: Duane Medeiros   License Number: 559000   Social Security Number or EIN Number:

Degree: MSN-NP   Specialty: Orthopaedics   Fax Number: (650) 991-2050

Address: (Street, City, State & Zip Code) 901 Campus Drive, suite 111 Daly City, CA 94015   Telephone Number: (650) 991-9400

Signature: ____   Date Signed: 11/20/12

LC-7390-3ASO     05/2012

**Bertacchi-Freeman/Hartford001832**

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED       REMOTE CSID       DURATION   PAGES   STATUS
November 5, 2015 6:49:18 PM PST
11-05-'12 16:27 FROM- PakMail Granite Bay   916-791-3058    T-940 P0001/0001 F-141

Case 2:15-cv-02596-TLN-AC Document 18-3 Filed 04/03/17 Page 767 of 769

**EDD**
Employment Development Department
State of California

## Claim for Disability Insurance Benefits – Doctor's Certificate

TYPE or PRINT with BLACK INK

**34. PATIENT'S FILE NUMBER** R100000000095089

**35. PATIENT'S SOCIAL SECURITY NO.** REDACTED 3990

**36. PATIENT'S LAST NAME** (Bertacchi) Freeman

**37. DOCTOR'S NAME AS SHOWN ON LICENSE** Florence Chong

**38. DOCTOR'S TELEPHONE NUMBER** (916) 974-8100

**39. DOCTOR'S STATE LICENSE NO.** A20975T

**40. DOCTOR'S ADDRESS – NUMBER AND STREET, CITY, STATE, COUNTRY (IF NOT USA), ZIP CODE. POST OFFICE BOX NUMBER IS NOT ACCEPTED AS THE SOLE ADDRESS**
1600 Eureka Rd, Roseville, CA 95661

**41. THIS PATIENT HAS BEEN UNDER MY CARE AND TREATMENT FOR THIS MEDICAL PROBLEM**
FROM 10/15/12 TO 11/5/12 AT INTERVALS OF ☐ DAILY ☐ WEEKLY ☑ MONTHLY ☐ AS NEEDED

**42. AT ANY TIME DURING YOUR ATTENDANCE FOR THIS MEDICAL PROBLEM, HAS THE PATIENT BEEN INCAPABLE OF PERFORMING HIS/HER REGULAR OR CUSTOMARY WORK?**
☐ NO – SKIP TO THE DOCTOR'S CERTIFICATION SECTION
☑ YES – ENTER DATE DISABILITY BEGAN: 10,05,12 off work 10-11-12

**43. DATE YOU RELEASED OR ANTICIPATE RELEASING PATIENT TO RETURN TO HIS/HER REGULAR / CUSTOMARY WORK ("UNKNOWN," "INDEFINITE," ETC., NOT ACCEPTED.)** 12,10,12

**44. ICD9 DISEASE CODE, PRIMARY (REQUIRED UNLESS DIAGNOSIS NOT YET OBTAINED)** 847.02B

**45. ICD9 DISEASE CODE(S), SECONDARY** 847.2B 844.9L ____

**46. DIAGNOSIS (REQUIRED) – IF NO DIAGNOSIS HAS BEEN DETERMINED, ENTER OBJECTIVE FINDINGS OR A DETAILED STATEMENT OF SYMPTOMS**
Cervical strain   Knee joint pain
Lumbar strain   Arthritis of knee

**47. FINDINGS – STATE NATURE, SEVERITY, AND EXTENT OF THE INCAPACITATING DISEASE OR INJURY. INCLUDE ANY OTHER DISABLING CONDITIONS**
Pain, stiffness to neck, back, right knee worse with bending

**48. TYPE OF TREATMENT / MEDICATION RENDERED TO PATIENT**
Diclofenac patch
Physical therapy

**49. IF PATIENT WAS HOSPITALIZED, PROVIDE DATES OF ENTRY AND DISCHARGE**
__/__/__ TO __/__/__

**50. DATE AND TYPE OF SURGERY / PROCEDURE PERFORMED OR TO BE PERFORMED** __/__/__ NA

**ICD9 PROCEDURE CODE(S)**

**51. IF PATIENT IS NOW PREGNANT OR HAS BEEN PREGNANT, WHAT DATE DID PREGNANCY TERMINATE OR WHAT DATE DO YOU EXPECT DELIVERY?** __/__/__ N/A

**52. IF PREGNANCY IS / WAS ABNORMAL, STATE THE ABNORMAL AND INVOLUNTARY COMPLICATION CAUSING MATERNAL DISABILITY**

**53. BASED ON YOUR EXAMINATION OF PATIENT, IS THIS DISABILITY THE RESULT OF "OCCUPATION," EITHER AS AN "INDUSTRIAL ACCIDENT" OR AS AN "OCCUPATIONAL DISEASE"? (INCLUDE SITUATIONS WHERE PATIENT'S OCCUPATION HAS AGGRAVATED PRE-EXISTING CONDITIONS.)**
☑ YES ☐ NO aggravation of pre-existing condition

**54. ARE YOU COMPLETING THIS FORM FOR THE SOLE PURPOSE OF REFERRAL / ADMITTANCE TO AN ALCOHOLIC RECOVERY HOME OR DRUG-FREE RESIDENTIAL FACILITY AS INDICATED BY THE PATIENT IN QUESTION 23?**
☐ YES ☑ NO

**55. WOULD DISCLOSURE OF THIS INFORMATION TO YOUR PATIENT BE MEDICALLY OR PSYCHOLOGICALLY DETRIMENTAL?**
☐ YES ☑ NO

**Doctor's Certification and Signature (REQUIRED):** Having considered the patient's regular or customary work, I certify under penalty of perjury that, based on my examination, this Doctor's Certificate truly describes the patient's disability (if any) and the estimated duration thereof.

I further certify that I am a Osteopathic (TYPE OF DOCTOR) ED (SPECIALTY, IF ANY) licensed to practice in the State of CA

ORIGINAL SIGNATURE OF ATTENDING DOCTOR – RUBBER STAMP IS NOT ACCEPTABLE    DATE SIGNED 11/5/12

Under sections 2116 and 2122 of the California Unemployment Insurance Code, it is a violation for any individual who, with intent to defraud, falsely certifies the medical condition of any person in order to obtain disability insurance benefits, whether for the maker or for any other person, and is punishable by imprisonment and/or a fine not exceeding $20,000. Section 1143 requires additional administrative penalties.

DE 2501 Rev. 77 (3-06)

Bertacchi-Freeman/Hartford001833

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED                      REMOTE CSID              DURATION    PAGES      STATUS
October 31, 2012 at 1:51:36 PM EDT    916-791-3058                        2          Received
Case 2:15-cv-02596-TLN-AC  Document 18-3  Filed 04/03/17  Page 768 of 769

10-31-'12 14:58 FROM- PakMail Granite Bay    916-791-3058        T-917  P0001/0002 F-117

Sedgwick Claims Management Services, Inc.
P O Box 14440
Lexington, KY 40512-4440



**sedgwick**⊙

Phone: (951)275-5400
Fax: (951)275-5499

October 25, 2012

Gloria Bertacchi-Freeman
5135 MOSS LANE
GRANITE BAY, CA  95746

RE:   Employee:        Gloria Bertacchi-Freeman
      Employer:        Cardinal Health
      Claim Number:    30121028297-0001
      Date of Injury:  10/05/2012

### NOTICE OF DENIAL OF CLAIM FOR
### WORKERS' COMPENSATION BENEFITS

I am handling your workers' compensation claim on behalf of Cardinal Health. This notice is to advise you of
the status of disability benefits for your workers' compensation injury of 10/05/2012.

☒ After careful consideration of all available information, we are denying liability for your claim of injury.
Workers' Compensation benefits are being denied because you have provided an inconsistent
history of your alleged injuries.  Additionally, we do not have substantial medical evidence to
support a cumulative trauma injury to your knee or thoracic/ lumbar spine during your
employment with Cardinal Health.  Finally, based upon the employer-level investigation, we
have been unable to substantiate the claim of an incident occurring on 10/5/12 that resulted in
injury to your knee or thoracic/lumbar spine.

☐ After careful consideration of all available information, we are denying liability only for your claim of
injury to              because              .

☒ If you disagree with the decision and you have not yet done so, you have the right to seek the opinion of
a Qualified Medical Evaluator. The form is enclosed so that you may submit a request for a panel (QME)
Qualified Medical Evaluator.

Enclosed for your review with this notice is an informative fact sheet addressing questions
about qualified medical evaluators and agree medical evaluators (QME/AME).

For claims reported on or after April 19, 2004, regardless of the date of injury, if you submitted a claim form
to your employer or claim administrator, Labor Code section 5402 (c) provides that within one working day
after you file the claim form, the employer shall authorized the provision of all treatment, consistent with the
applicable treating guidelines, for the alleged injury and shall continue to provide such medical treatment
until the claims administrative accepts or denies liability for the claim. Until the date the claim is accepted or
rejected, liability for medical treatment under this Labor Code section shall be limited to a maximum of ten
thousand dollars ($10,000).

Unless you have done so already, you should send me all medical treatment bills for consideration of
payment.

10/25/2012              301210282970001              562012102513470

Bertacchi-Freeman/Hartford001834

Be aware that you have one year from the date of this denial notice to pursue your claim. You must act by filing an Application for Adjudication before the Appeals Board within this one year.

The State of California requires that you be given the following information:

You have a right to disagree with decisions affecting your claim. If you have any questions regarding the information provided to you in this notice, please call Joy Young at (951)275-5400. However, if you are represented by an attorney, you should call your attorney, not the claims adjuster. If you want further information on your rights to benefits or disagree with our decision, you may contact your local state Information & Assistance Office of the Division of Workers' Compensation by calling 800/794-6900.

For recorded information and a list of offices, call (800)736-7401. You may also visit the DWC website at: http://www.dir.ca.gov/DWC/dwc_home_page.htm.

You also have a right to consult with an attorney of your choice. Should you decide to be represented by an attorney, you may or may not receive a larger award, but, unless you are determined to be ineligible for an award, the attorney's fee will be deducted from any award you might receive for disability benefits. The decision to be represented by an attorney is yours to make, but it is voluntary and may not be necessary for you to receive your benefits.

To resolve a dispute, you may apply to the Administrative Director or the Workers' Compensation Appeals Board.

Sedgwick CMS manages claims for Cardinal Health on behalf of XL Specialty Insurance Company.

Sincerely,
Sedgwick Claims Management Services, Inc.

Joy Young
Claims Examiner III

Enclosures

    ( X ) QME/AME Fact Sheet, rev. 04/2012      ( ☒ ) QME Panel Request Form;  IMC Forms
    ( ☐ ) Mileage Form                          105or 106, rev. 02/17/2009
    ( ☐ )

cc:    File

10/25/2012                301210282970001                562012102513470

Bertacchi-Freeman/Hartford001835